AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  24-cv-03973 |
| Live Nation Entertainment, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff State of Minnesota                              .

Date:   05/23/2024                               S/ Zach Biesanz
                                                *Attorney's signature*

                                           Zach Biesanz (ZB1925)
                                          *Printed name and bar number*

                                       Office of the Minnesota Attorney General
                                       445 Minnesota Street, Suite 1400
                                       Saint Paul, MN 55101
                                                *Address*

                                          zach.biesanz@ag.state.mn.us
                                                *E-mail address*

                                               (651) 757-1257
                                              *Telephone number*

                                               (651) 296-7438
                                                *FAX number*