IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>Plaintiffs,<br><br>v.<br>Live Nation Entertainment, et al.<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Sarah L. Mader, hereby state:

1. I am admitted to practice before the courts of the State of Ohio and am an attorney for the State of Ohio, a plaintiff in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: May 24, 2024

Respectfully Submitted,

*/s/ Sarah L. Mader*

Sarah L. Mader
Assistant Attorney General
Office of the Ohio Attorney General,
30 E. Broad Street, 26th Floor, Antitrust Section
Columbus, OH 43215
Telephone: 614.466.4328

Fax: 614.995.0266
Email: Sarah.Mader@OhioAGO.gov

*Counsel for Plaintiff State of Ohio*

Sworn to in my presence this 24th day of May, 2024.

_____
Notary Public

My commission expires 09/21/2027

