**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America, et al. | Case No.: 1:24-CV-03973-AS |
| Plaintiffs, | **ORDER FOR ADMISSION** |
| v. | **PRO HAC VICE** |
| Live Nation Entertainment, et al. | |
| Defendants. | |

The motion of <u>Sarah L. Mader</u> for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of <u>Ohio</u> and that her contact information is as follows (please print):

Applicant's Name: <u>Sarah L. Mader</u>

Firm Name: <u>Office of the Ohio Attorney General</u>

Address: <u>30 E. Broad Street, 26th Floor, Antitrust Section</u>

City/ State/ Zip: <u>Columbus, OH 43215</u>

Telephone/ Fax: <u>614.466.4328/614.995.0266</u>

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiff State of Ohio in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 28, 2024

_____
United States District/ Magistrate Judge