IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Joseph S. Betsko, hereby state:

1. I am admitted to practice before the courts of the Commonwealth of Pennsylvania and am an attorney for the Commonwealth of Pennsylvania through the Pennsylvania Office of Attorney General, a plaintiff in this proceeding.  A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: May 28, 2024

Sworn to and subscribed before me this 28th day of May, 2024.

_Kimberly Gould_
Notary Public

Commonwealth Of Pennsylvania - Notary Seal
Kimberly Gould, Notary Public
Dauphin County
My Commission Expires August 28, 2027
Commission # 1292682

Respectfully Submitted,

_Joseph Betsko_
Joseph S. Betsko
Assistant Chief Deputy Attorney General
Antitrust Section
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 787-4530
jbetsko@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*