UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>*Defendants*. | Case No.: 1:24-cv-3973 (AS) (SLC)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that JEREMY R. KASHA, an Assistant Attorney General in the Antitrust Bureau of the Office of LETITIA JAMES, Attorney General of the State of New York, and an attorney admitted to practice in this Court, hereby appears as counsel of record for Plaintiff STATE OF NEW YORK in the above-captioned action, and that his address and telephone number are set forth below.

Dated: New York, New York
       May 28, 2024

LETITIA JAMES
Attorney General of the State of New York

By:

*/s/ Jeremy R. Kasha*
Jeremy R. Kasha
Assistant Attorney General, Antitrust Bureau
Office of the Attorney General, State of New York
28 Liberty Street
New York, New York 10005
(212) 416-8277
Jeremy.Kasha@ag.ny.gov

cc:   Counsel of record (via ECF)