# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

                               Plaintiffs,

     v.

LIVE NATION ENTERTAINMENT, INC., et al.,

                             Defendants.

Case No.: 1:24-CV-03973-AS

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Joseph S. Betsko for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

> Joseph S. Betsko
> Assistant Chief Deputy Attorney General
> Antitrust Section
> Pennsylvania Office of Attorney General
> Strawberry Square, 14th Floor
> Harrisburg, PA 17120
> (717) 787-4530
> jbetsko@attorneygeneral.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff Commonwealth of Pennsylvania in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated:     May 28, 2024

_____

United States District / Magistrate Judge