UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> -against- <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC, <br><br> Defendants. | 24-CV-3973 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties should confer, and by the end of next week (June 7, 2024), let the Court know when everyone is available for an initial pretrial conference on the week of **June 24, 2024**. The conference will take place in Courtroom 15A, 500 Pearl Street, New York, NY 10007. After the Court fixes a date, it will issue an order with the various submissions required before the conference.

SO ORDERED.

Dated: May 28, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge