UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.,<br><br>*Defendants*. | Case No.: 1:24-cv-3973 (AS) (SLC)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that ELINOR R. HOFFMANN, Chief of the Antitrust Bureau in the Office of LETITIA JAMES, Attorney General of the State of New York, and an attorney admitted to practice in this Court, hereby appears as counsel of record for STATE OF NEW YORK in the above-captioned action, and that her address and telephone number are set forth below.

Dated: New York, New York
      May 28, 2024

                                    LETITIA JAMES
                                    Attorney General of the State of New York

                                    By:

                                    */s/ Elinor R. Hoffmann*
                                    Elinor S. Hoffmann
                                    Chief, Antitrust Bureau
                                    Office of the Attorney General, State of New York
                                    28 Liberty Street
                                    New York, New York 10005
                                    (212) 416-8269
                                    Elinor.Hoffmann@ag.ny.gov

cc:    Counsel of record (via ECF)