UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>    and<br><br>TICKETMASTER LLC,<br><br>           Defendants. | Case No. 1:24–cv–3973<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Conor J. May, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Colorado; and that his contact information is as follows:

Applicant's Name: Conor J. May

Firm Name: Colorado Office of the Attorney General

Address: 1300 Broadway 7th Floor

City/State/Zip: Denver, CO 80203

Telephone: 720-508-6199

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Colorado in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

1

above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                    _____

                                                                             United States District/Magistrate Judge