## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Conor J. May, swear and affirm that:

1. I have never been convicted of a felony;
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and
3. There are no disciplinary proceedings presently against me in any jurisdiction.

Dated: May 23, 2024

/s/ Conor J. May

Conor J. May

Subscribed and affirmed, or sworn to before me in the County of DENVER,

State of COLORADO, this 23RD day of MAY, 2024.

My commission expires: August 7, 2024

Notary Public: Richard P. VanWie

RICHARD P. VANWIE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204027400
MY COMMISSION EXPIRES AUGUST 7, 2024

1