## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.     ) | |
| ) | Case No. 1:24-cv-03973-AS |
| vs.                                   ) | |
| ) | |
| LIVE NATION ENTERTAINMENT, INC.     ) | **MOTION FOR ADMISSION** |
| and TICKETMASTER L.L.C.               ) | **PRO HAC VICE** |
| _____  ) | |

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lucas J. Tucker, Senior Deputy Attorney General with the State of Nevada, Office of the Attorney General, hereby moves this Court for an Order for admission to practice Pro Hac Vice, to appear as counsel for Plaintiffs, State of Nevada, individually and on behalf of all others similarly situated, in the above-captioned action.

     I am a member in good standing of the bar of the State of Nevada and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 29, 2024.                          Respectfully Submitted,

                                             AARON D. FORD
                                             Attorney General

                    By:    <u>/s/ Lucas J. Tucker</u>
                            LUCAS J. TUCKER (Bar No.10252)
                            Senior Deputy Attorney General
                            State of Nevada, Office of the Attorney General
                            Bureau of Consumer Protection
                            8945 W. Russell Road, Suite 204
                            Las Vegas, Nevada  89148
                            702-486-3256 ph
                            <u>ltucker@ag.nv.gov</u>
                            Attorneys for Plaintiff, State of Nevada