# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| ) | Case No. 1:24-cv-03973-AS |
| vs. ) | |
| ) | |
| LIVE NATION ENTERTAINMENT, INC. ) | **AFFIDAVIT IN SUPPORT OF** |
| and TICKETMASTER L.L.C. ) | **MOTION FOR ADMISSION** |
| ) | **PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lucas J. Tucker, hereby declares the following:

  1. I am a Senior Deputy Attorney General with the State of Nevada, Office of the Attorney General, and I make this declaration in support of my motion for pro hac vice admission in this action on the Plaintiff, State of Nevada's behalf. I have personal knowledge of the facts expressed in this declaration and, if asked, could and would testify competently to the truth of those facts.

  2. I am a resident of the State of Nevada. My office address is 8945 W. Russell Road, Suite 204, Las Vegas, Nevada 89148.

  3. I am a member in good standing of the bar of the State of Nevada and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto is a copy of my Certificate of Good Standing from the State Bar of Nevada.

  4. By this application, I request permission from this Court to be admitted pro hac vice and appear as co-counsel on behalf of Plaintiff State of Nevada in the above-captioned action.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 29th day of May, 2024.

                                         AARON D. FORD
                                         Attorney General

By: _____
              LUCAS J. TUCKER (Bar No.10252)
              Senior Deputy Attorney General
              State of Nevada, Office of the Attorney General
              Bureau of Consumer Protection
              8945 W. Russell Road, Suite 204
              Las Vegas, Nevada 89148
              702-486-3256 ph
              ltucker@ag.nv.gov
              Attorneys for Plaintiff, State of Nevada

STATE OF NEVADA
COUNTY OF CLARK
SUBSCRIBED and SWORN TO before me
by Natalie Criales
this 29 day of May, 2024

_____
NOTARY PUBLIC, in and for said
County and State

NATALIE CRIALES
Notary Public-State of Nevada
APPT. NO. 20-0034-01
My Appt. Expires 11-03-2024

# STATE BAR OF NEVADA



### CERTIFICATE OF STANDING

| | |
|---|---|
| **Issue Date:** | 5/24/2024 |
| **Attorney Name:** | Lucas J. Tucker |
| **Neveda Bar Number:** | 10252 |
| **License Type:** | ATTORNEY |
| **License Status:** | Active |
| **Admit/Certification Date:** | 10/17/2006 |

**3100 W. Charleston Blvd. Suite 100**
**Las Vegas, NV 89102**
**phone 702.382.2200**
**toll free 800.254.2797**
**fax 702.382.2075**

**9456 Double R Blvd., Ste. B**
**Reno, NV 89521-5977**
**phone 775.329.4100**
**fax 775.329.0522**

**www.nvbar.org**

To Whom It May Concern:

 The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

 If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to  memberservices@nvbar.org.

*Mary Jorgensen*
Mary Jorgensen
Member Services Director

No.2024 -10548538

verify by email at memberservices@nvbar.org