# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) <br> ) <br> vs. ) <br> ) <br> LIVE NATION ENTERTAINMENT, INC. ) <br> and TICKETMASTER L.L.C. ) <br> _____ ) | Case No. 1:24-cv-03973-AS <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of Lucas J. Tucker, Senior Deputy Attorney General with the State of Nevada, Office of the Attorney General, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Nevada and that his contact information is:

> AARON D. FORD
> Attorney General
> LUCAS J. TUCKER (Bar No.10252)
> Senior Deputy Attorney General
> State of Nevada, Office of the Attorney General
> Bureau of Consumer Protection
> 8945 W. Russell Road, Suite 204
> Las Vegas, Nevada 89148
> 702-486-3256 ph
> ltucker@ag.nv.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, State of Nevada, individual and on behalf of all others similarly situation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____     _____
                             United States District / Magistrate Judge