## AFFIDAVIT OF DOUGLAS L. DAVIS

STATE OF WEST VIRGINIA,
COUNTY OF KANAWHA, TO-WIT:

I, Douglas L. Davis, after first being duly sworn under oath, do depose and state as follows:

1. I have never been convicted of a felony,

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court,

3. There are no disciplinary proceedings presently against me.

Dated this 28th day of May, 2024.

_____
Douglas L. Davis

Taken, subscribed and sworn to before me this 27th day of May, 2024 in the county and state aforesaid.

My commission expires _____2/3/2029_____.

_____
NOTARY PUBLIC    Lori D. Nichols

NOTARY PUBLIC OFFICIAL SEAL
LORI D. NICHOLS
State of West Virginia
My Commission Expires February 3, 2029
256 WOODLAND DRIVE  NITRO, WV 25143