# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
W. Fletcher McMurry Schrock
President

Rhonda Jennings Blackburn
President-Elect

Todd V. McMurtry
Vice President

Amy D. Cubbage
Immediate Past President

Elizabeth A. Combs
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
Stephanie McGehee-Shacklette
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



*THIS IS TO CERTIFY THAT*

*DOUGLAS LEE DAVIS*
*The Attorney General's Office*
*PO Box 1789*
*Charleston, West Virginia  25326-1789*

*Membership No. 85793*

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 23rd day of May, 2024.

*JOHN D. MEYERS*
*REGISTRAR*

By: _____
Michele M. Pogrotsky, Deputy Registrar

