UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.
                        Plaintiff,

-against-

Live Nation Entertainment, Inc. and
Ticketmaster, LLC
                        Defendants

1:24 cv 03973 ( AS )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of  Douglas L. Davis , for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Ohio, Kentucky and West Virginia ; and that his/her contact information is as follows (please print):

Applicant's Name: Douglas L. Davis

Firm Name: West Virginia Attorney General, Consumer Protection/Antitrust Division

Address: P.O. Box 1789

City / State / Zip: Charleston, WV 25326-1789

Telephone / Fax: 304-558-8986   Fax: 304-558-0184

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for State of West Virginia in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge