AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973-AS |
| LIVE NATION ENTERTAINMENT, INC., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Nevada.

Date: 05/30/2024

/s/ Lucas J. Tucker
*Attorney's signature*

Lucas J. Tucker, Nevada Bar No. 10252
*Printed name and bar number*

Office of the Nevada Attorney General
Bureau of Consumer Protection
8945 W. Russell Road, Suite 204
Las Vegas, NV  89148
*Address*

ltucker@ag.nv.gov
*E-mail address*

(702) 486-3256
*Telephone number*

*FAX number*