UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.
                Plaintiff,

-against-                        1:24 Civ. 03973 ( AS )

Live Nation Entertainment, Inc. and      **MOTION FOR ADMISSION**
Ticketmaster, LLC                          **PRO HAC VICE**

                Defendants

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Douglas L. Davis hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for State of West Virginia in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of West Virginia, Ohio and Kentucky and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                      Respectfully Submitted,

                             State of West Virginia
                             Applicant Signature: [signature]
                             Applicant's Name: Douglas L. Davis
                             Firm Name: West Virgina Attorney General's Office
                             Address: P.O. Box 1789
                             City/State/Zip: Charleston, WV 25326
                             Telephone/Fax: 304-558-8986 / 304-558-0184
                             Email: douglas.l.davis@wvago.gov