STATE OF WEST VIRGINIA

I, C. Casey Forbes, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Douglas L. Davis, of Charleston, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 25th day of September, 1990, that he is an attorney in good standing in said Court, and that he is currently on active status.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 23rd day of May 2024, and in the 161st year of the State.

Clerk, Supreme Court of Appeals of West Virginia

