AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973 (AS) |
| Live Nation Entertainment, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of West Virginia

Date: 05/31/2024

*Attorney's signature*

Douglas L. Davis, WV Bar # 5502
*Printed name and bar number*

Office of the West Virginia Attorney General
P.O. Box 1789
Charleston, WV 25326
*Address*

douglas.l.davis@wvago.gov
*E-mail address*

(304) 558-8986
*Telephone number*

(304) 558-0184
*FAX number*