## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

*Plaintiffs,*

-against-

LIVE NATION ENTERTAINMENT, INC.

and

TICKETMASTER L.L.C.

*Defendants.*

1:24-cv-03973

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul T.J. Meosky, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Rhode Island in the above-captioned action.

I am currently an active member of the bar of the state of Rhode Island and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the required affidavit as required by Local Rule 1.3.

Dated: May 28, 2024                           Respectfully Submitted,

                                              /s/ Paul T.J. Meosky
                                              Paul T.J. Meosky, Bar No. (10742)
                                              Special Assistant Attorney General
                                              150 South Main Street
                                              Providence, RI 02903
                                              (401) 274-4400, ext. 2064
                                              (401) 222-2995 (Fax)
                                              pmeosky@riag.ri.gov

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that on the 3rd day of June, 2024, I filed this document electronically and it is available for viewing and/or downloading from the New York Judiciary's Electronic Filing System.

/s/ Meghan Spooner