UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    *Plaintiffs,*

-against-

LIVE NATION ENTERTAINMENT, INC.

and

TICKETMASTER L.L.C.

    *Defendants.*

1:24-cv-03973

---

## AFFIDAVIT OF PAUL T. J. MEOSKY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Paul T. J. Meosky, being duly sworn, hereby declare and state as follows:

1. I am employed by the Office of Attorney General for the State of Rhode Island.

2. I submit this affidavit in support of my motion to practice *pro hac vice* in the above captioned matter.

3. As shown in the attached Certificate of Good Standing, I am admitted and currently in good standing to practice law in the State of Rhode Island.

4. There are no pending disciplinary proceedings against me.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I declare under penalty of perjury that the foregoing is true and accurate.

Respectfully Submitted,

Paul T. J. Meosky, #10742
Assistant Attorney General
RHODE ISLAND OFFICE OF THE
ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
Tel: 401-274-4400
pmeosky@riag.ri.gov

State of Rhode Island
County of Providence

Subscribed to and sworn to before me on this 3rd day of June, 2024.

Notary Public

Printed Name: Meghan Spooner

My Commission Expires on: 11/9/2027

Meghan E. Spooner
Notary Public, State of Rhode Island
Notary ID# 754220
My Commission Expires 11/9/27