UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

              *Plaintiffs,*

-against-

LIVE NATION ENTERTAINMENT, INC.

and

TICKETMASTER L.L.C.

              *Defendants.*

1:24-cv-03973

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Paul T. J. Meosky, for admission to practice pro hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Rhode Island; and that his contact information is as follows:

> Paul T. J. Meosky
> The Rhode Island Office of the Attorney General
> 150 South Main Street
> Providence, RI 02903
> 401-274-4400

Applicant having requested admission pro hac vice to appear for all purposes as counsel for The State of Rhode Island in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

### APPROVAL BY COURT

APPROVED and SO ORDERED. Signed:

_____