

## Supreme Court of Rhode Island
### Providence

This Certifies that

# Paul Timothy James Meosky

of Providence, RI

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 16th day of November, 2023 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 29th day of May, 2024.

*Meredith Benoit*
Clerk