# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE  OF**

**GOOD  STANDING**

*I,    Robert M. Farrell,   Clerk  of  this  Court,*

*certify  that*   **Katherine Weiler Krems**,    Bar  **710455**,

*was  duly  admitted  to  practice  in  this  Court  on*

**September 20, 2022**,  *and  is  in  good  standing*

*as  a  member  of  the  Bar  of  this  Court.*

*Dated  at  Boston, Massachusetts  on*  **May 31, 2024**



_____
**Robert M. Farrell**
**CLERK**