UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al. Plaintiff,

-against-

Live Nation Entertainment et al. Defendant.

1:24 cv 03973 ( 2024 )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Katherine Weiler Krems, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Massachusetts, Maryland, District of Columbia; and that his/her contact information is as follows (please print):

Applicant's Name: Katherine W. Krems

Firm Name: Massachusetts Office of the Attorney General

Address: 1 Ashburton Pl., 18th Floor

City / State / Zip: Boston, MA 02108

Telephone / Fax: 617.961.9660

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Commonwealth of Massachusetts in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge