## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Tracy W. Wertz, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the Commonwealth of Pennsylvania in the above captioned action.

I am in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 3, 2024                                           Respectfully Submitted,

                                                              /s/ Tracy W. Wertz
                                                              Tracy W. Wertz
                                                              Chief Deputy Attorney General
                                                              Antitrust Section
                                                              Pennsylvania Office of Attorney General

Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 787-4530
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*