## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                   Plaintiffs,<br><br>     v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>et al.,<br><br>                   Defendants. | Case No.: 1:24-CV-03973-AS |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Tracy W. Wertz, hereby state:

1.      I am admitted to practice before the courts of the Commonwealth of Pennsylvania and am an attorney for the Commonwealth of Pennsylvania through the Pennsylvania Office of Attorney General, a plaintiff in this proceeding.  A copy of the Certificate of Good Standing is attached hereto.

2.      I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.      I have prepared this affidavit pursuant to Local Rule 1.3.

Dated:  May 30, 2024

Respectfully Submitted,

Tracy W. Wertz
Chief Deputy Attorney General
Antitrust Section
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 787-4530
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

Sworn to and Subscribed before me
this *30th* day of *May*, 2024.

Notary Public

Commonwealth Of Pennsylvania - Notary Seal
Kimberly Gould, Notary Public
Dauphin County
My Commission Expires August 28, 2027
Commission # 1292682