

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Tracy Wright Wertz, Esq.*

### DATE OF ADMISSION

*November 29, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 28, 2024

Elizabeth E. Zisk
Chief Clerk