UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al. <br><br> Plaintiffs, <br><br> v. <br><br> Live Nation Entertainment, et al. <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Danielle A. Robertson, hereby state:

1.  I am admitted to practice before the courts of the State of South Carolina and before the United States District Court for the State of South Carolina. I have attached corresponding Certificates of Good Standing hereto;

2.  I have never been convicted of a felony;

3.  I have never been censured, suspended, disbarred or denied admission or readmission by any court;

4.  I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court;

5.  I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 4, 2024

Respectfully Submitted,

Danielle A. Robertson
Assistant Attorney General
Office of the Attorney General of South Carolina
P.O. Box 11549 Columbia, SC 29211

(803)734-0274; DaniRobertson@scag.gov

*Counsel for Plaintiff State of South Carolina*

Sworn to in my presence this __4th__ day of June, 2024.

*Dani A Knott*
Notary Public

My commission expires __8/5/2031__