AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, __Robin L. Blume__, Clerk of this Court, certify that __Danielle A. Robertson__, Bar # __14003__, was duly admitted to practice in this Court on __05/08/2023__, and is in good standing as a member of the Bar of this Court.

Dated at __Columbia, SC__ on __6/3/2024__
        (Location)                      (Date)

Robin L. Blume
CLERK

Marybeth E. McDonnell
DEPUTY CLERK