UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, et al.<br><br>Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**ORDER FOR ADMISSION**<br><br>**PRO HAC VICE** |

The motion of <u>Danielle A. Robertson</u> for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of <u>South Carolina</u> and that her contact information is as follows (please print):

Applicant's Name: <u>Danielle A. Robertson</u>

Firm Name: <u>Office of the South Carolina Attorney General</u>

Address: <u>P.O. Box 11549</u>

City/State/Zip: <u>Columbia, South Carolina 29211</u>

Telephone/ Fax: <u>(803)734-0274 / N/A fax</u>

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiff State of South Carolina in the above action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____

                                                                                               United States District/ Magistrate Judge