# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States of America et al.   Plaintiff,

-against-                                                                1:24  Civ. 03973

                                                                        **MOTION FOR ADMISSION**
                                                                        **PRO HAC VICE**

Live Nation Entertainment, Inc., et al.   Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Katherine W. Krems hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Commonwealth of Massachusetts in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Massachusetts, Maryland, District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 4, 2024

Respectfully Submitted,

Katherine W. Krems

Applicant Signature: /s/ Katherine W. Krems

Applicant's Name: Katherine W. Krems

Firm Name: Massachusetts Office of the Attorney General

Address: 1 Ashburton Pl.

City/State/Zip: Boston, MA 02108

Telephone/Fax: (617) 963-2189

Email: Katherine.Krems@mass.gov