**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America et al.,
**PLAINTIFF**

v.

Live Nation Entertainment, Inc., et al.,
**DEFENDANT**

**1:24 C v. 03973**

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Katherine W. Krems, being duly sworn, hereby depose and say as follows:

1. I am an Assistant Attorney General with the Massachusetts Office of the Attorney General.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Massachusetts, Maryland, and District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 1:24 CV. 03973 for Plaintiff Commonwealth of Massachusetts.

Date: 5/31/24

Signature of Movant: _____
Name: Katherine W. Krems
Office Name: Massachusetts Office of the Attorney General
City/State/Zip: One Ashburton Pl., 18th Floor,
            Boston, MA 02108
Telephone: 617.963.2189
Email: Katherine.Krems@mass.gov

Notarized:

Commonwealth of Massachusetts
County of Middlesex

On this 31 day of May , 2024 , before me, the undersigned notary public, personally appeared Katherine Krems (name of document signer), proved to me through satisfactory evidence of identification, which were MA DL , to be the person whose name is signed on the preceding or attached document in my presence.

(seal)

Notary Public Signature _____



DIANA KOTSUR BELL
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
February 19, 2027