UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

United States of America, et al.,

                Plaintiff,

-against-

Live Nation Entertainment, Inc. and Ticketmaster, LLC,

                <u>Defendant.</u>

1:24 Civ. 03973 ( AS )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Rachel A. Lumen__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Washington State Attorney General, Antitrust Division__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Washington__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 31, 2024

Respectfully Submitted,

State of Washington
Applicant Signature: _[signature]_
Applicant's Name: Rachel A. Lumen
Firm Name: Washington State Attorney General's Office
Address: 800 Fifth Avenue, Suite 2000
City/State/Zip: Seattle, WA 98104
Telephone/Fax: (206) 464-5343
Email: Rachel.Lumen@atg.wa.gov