# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1:24-cv-03973-AS |
| Plaintiff, | |
| v. | **AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE** |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC, | |
| Defendants. | |

Pursuant to Local Rule 1.3, I, Rachel A. Lumen, hereby declares the following:

1.  I have never been convicted of a felony.

2.  There are no pending disciplinary proceedings against me in any jurisdiction.

3.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 31st day of May, 2024.

_____
RACHEL A. LUMEN, Declarant

Subscribed and affirmed, or sworn to before me in the County of ____King____,

State of ____Washington____, this _31st_ day of _May_, 20_24_.

My commission expires _08/01/2026_

Notary Public: _Osvaldo Moran Aguirre_