IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert Bernheim, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Arizona in the above captioned action.

I am in good standing of the bar of the State of Arizona and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 6, 2024

Respectfully Submitted,

/s/ *Robert Bernheim*
Robert Bernheim
Unit Chief Counsel
Antitrust & Privacy Unit
Arizona Office of Attorney General

400 W. Congress St., Suite S-215
Tucson, Arizona 85701
Robert.Bernheim@azag.gov

*Counsel for Plaintiff State of Arizona*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Robert Bernheim, hereby state:

1. I am admitted to practice before the courts of the State of Arizona and I am an attorney for the State of Arizona through the Arizona Office of Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 5, 2024

Respectfully Submitted,

Robert Bernheim
Unit Chief Counsel
Antitrust & Privacy Unit
Arizona Office of Attorney General
400 W. Congress St., Suite S-215
Tucson, Arizona 85701
(520) 628-6507
Robert.Bernheim@azag.gov

*Counsel for Plaintiff State of Arizona*

State of Arizona County of Pima
The foregoing instrument was acknowledged before me this 5th day of June, 2024
by Robert Bernheim



NOTARY PUBLIC
My Commission Expires 07/31/2025



May 31, 2024

Robert Alan Bernheim
robert.bernheim@azag.gov
SENT VIA ELECTRONIC MAIL ONLY

**RE: Robert Alan Bernheim**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:    November 08, 2006.
    Current Membership Status:    Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Michael Acevedo*

Resource Center

4201 N. 24th Street    Suite 100    Phoenix, AZ 85016-6266
PH: 602-252-4804    FAX: 602-271-4930    WEB: www.azbar.org

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Robert Bernheim for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Arizona; and that his contact information is as follows:

Robert Bernheim
Unit Chief Counsel
Antitrust & Privacy Unit
Arizona Office of Attorney General
400 W. Congress St., Suite S-215
Tucson, Arizona 85701
(520) 628-6507
Robert.Bernheim@azag.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Arizona in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District / Magistrate Judge