UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>                              Plaintiffs,<br><br>v.<br>Live Nation Entertainment, et al.<br><br>                              Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Edward William Mehrer III, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiff State of Ohio in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 31, 2024

Respectfully Submitted,

/S/ Edward W. Mehrer III

Applicant's Name: Edward "Trey" William Mehrer III

Firm Name: Office of the Ohio Attorney General

Address: 30 E. Broad Street, 26th Floor, Antitrust Section

City/State/Zip: Columbus, OH 43215

Telephone/Fax: 614.466.4328/614.995.0266

Email: Trey.Mehrer@OhioAGO.gov