UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br><br> and <br><br> TICKETMASTER L.L.C., <br><br> *Defendants*. | Case No.: 1:24-cv-3973 (AS) (SLC) <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that AMY E. MCFARLANE, Deputy Bureau Chief of the Antitrust Bureau in the Office of LETITIA JAMES, Attorney General of the State of New York, and an attorney admitted to practice in this Court, hereby appears as counsel of record for Plaintiff STATE OF NEW YORK in the above-captioned action, and that her address and telephone number are set forth below.

Dated: New York, New York
June 5, 2024

LETITIA JAMES
Attorney General of the State of New York

By:

*/s/ Amy E. McFarlane*
Amy E. Mcfarlane
Deputy Bureau Chief, Antitrust Bureau
Office of the Attorney General, State of New York
28 Liberty Street
New York, New York 10005
(212) 416-6195
Amy.Mcfarlane@ag.ny.gov

cc:   Counsel of record (via ECF)