# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. AND TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Zachary Frish hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of New Hampshire in the above-captioned action.

I am in good standing of the bars of the State of New Hampshire and Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 7, 2024

Respectfully Submitted,

*/s/ Zachary Frish*
Zachary A. Frish
New Hampshire Department of Justice
Consumer Protection & Antitrust Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-2150
zachary.a.frish@doj.nh.gov

*Lead Counsel for Plaintiff State of New Hampshire*