UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *et al.*,

    *Plaintiffs*,

v.

LIVE NATION ENTERTAINMENT, INC.
AND TICKETMASTER L.L.C.,

    *Defendants.*

Case No. 1:24-cv-03973

**AFFIDAVIT SUPPORTING ADMISSION PRO HAC VICE**

I, Zachary Frish, having been duly sworn, state the following:

1. I have never been convicted of a felony.
2. I have never been censured, disbarred, or denied admission or readmission by any court.
3. I am not currently subject to any disciplinary proceedings against me.

Dated: May 31, 2024

Zachary A. Frish
New Hampshire Department of Justice
Consumer Protection & Antitrust Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-2150
zachary.a.frish@doj.nh.gov

*Lead Counsel for Plaintiff State of New Hampshire*

NEW HAMPSHIRE

    SWORN and SUSCRIBED TO by Zachary A. Frish, before me, this 31st day of May, 2024.

Notary Public / Justice of the Peace
*Note date commission expires if not on seal / stamp*

JESSICA T. RAYMOND
Justice of the Peace - New Hampshire
My Commission Expires July 10, 2024