UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. AND TICKETMASTER L.L.C., <br><br> *Defendants*. | Case No. 1:24-cv-03973 <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The Motion of Zachary Frish for admission to practice Pro Hac Vice in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New Hampshire and Commonwealth of Massachusetts, and that his contact information is as follows:

> Zachary A. Frish
> New Hampshire Department of Justice
> Consumer Protection & Antitrust Bureau
> 1 Granite Place South
> Concord, NH 03301
> (603) 271-2150
> zachary.a.frish@doj.nh.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes for Plaintiff State of New Hampshire in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                                                    United States District / Magistrate Judge