

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Jennifer Ann Thomson, Esq.*

DATE OF ADMISSION

*October 29, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated: May 28, 2024**

Elizabeth E. Zisk
Chief Clerk