UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>Live Nation Entertainment, Inc.<br>and Ticketmaster, LLC<br><br>*Defendants*. | Case No. 1:24-cv-3973<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Tim D. Nord hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Oregon in the above-captioned action.

I am in good standing of the bar of the states of Oregon, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and the Certificate of Good Standing.

Dated this 7th day of June, 2024.

Respectfully submitted,

/s/ Tim D. Nord
Tim D. Nord
Oregon Attorney General's Office
1162 Court St NE
Salem, OR 97301
Telephone: (503) 934-4400
Fax: (503)378-5017
Tim.d.nord@doj.oregon.gov

1