

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

TIM D. NORD

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 23rd day of September, 1988

TIM D. NORD

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

June 4, 2024.

NANCY COZINE
State Court Administrator

*[signature]*
Authorized Representative

