UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>Live Nation Entertainment, Inc. and Ticketmaster, LLC<br><br>*Defendants.* | Case No. 1:24-cv-3973<br><br>**AFFIDAVIT OF TIM D. NORD IN SUPPORT OF MOTION FOR ADMISSION** |

STATE OF OREGON      )
                     ) ss.
County of Marion     )

I, Tim D. Nord, being first duly sworn, depose and say:

1. The Special Counsel in Civil Enforcement Division of the Oregon Department of Justice.

2. I have never been convicted of a felony,

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court,

4. There are no disciplinary proceedings presently against me.

Dated this 4 day of June, 2024.

Respectfully Submitted,

Applicant Signature: _____
Applicant's Name: Tim D. Nord
Firm Name: Oregon Department of Justice
Address: 1162 Court St NE
City/State/Zip: Salem, Oregon 97301
Telephone/Fax: (503) 934-4400 / (503) 378-5017
Email: tim.d.nord@doj.oregon.gov

OFFICIAL STAMP
CHRISTINE WANNER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1044699
MY COMMISSION EXPIRES JANUARY 28, 2028

SUBSCRIBED AND SWORN to before me this 4 day of June, 2024, by

_Christie Wanner_
Notary Public for OREGON
My Commission Expires: 1/28/2028

1