UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>Live Nation Entertainment, Inc. and Ticketmaster, LLC<br><br>*Defendants*. | Case No. 1:24-cv-3973<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Tim D. Nord, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Oregon; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | TIM D. NORD |
| Firm Name: | Oregon Department of Justice |
| Address: | 1162 Court St NE |
| City/State/Zip: | Salem, Oregon 97301 |
| Telephone/Fax: | (503) 934-4400 / (503) 378-5017 |
| Email: | tim.d.nord@doj.oregon.gov |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The State of Oregon in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**Dated:** _____

_____

United States District / Magistrate Judge