UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, et al.<br><br>Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jared Q. Libet, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiff State of South Carolina in the above-captioned action.

I am in good standing of the bar of the state of South Carolina and in the United States Court for the District of South Carolina, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and Certificates of Good Standing for the Bars of the State of South Carolina and the United States District Court for the District of South Carolina.

Dated: June 7, 2024

Respectfully Submitted,

*/s/ Jared Libet*

Applicant's Name: Jared Q. Libet

Firm Name: Office of the South Carolina Attorney General

Address: P.O. Box 11549

City/State/Zip: Columbia, South Carolina 29211

Telephone: (803) 734-5251

Email: jlibet@scag.gov