UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, et al.<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jared Q. Libet, hereby state:

1. I am admitted to practice before the courts of the State of South Carolina and before the United States District Court for the State of South Carolina. I have attached corresponding Certificates of Good Standing hereto;

2. I have never been convicted of a felony;

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court;

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court;

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 7, 2024

Respectfully Submitted,

Jared Q. Libet
Assistant Deputy Attorney General
Office of the Attorney General of South Carolina
P.O. Box 11549

Columbia, SC 29211  
(803) 734-5251  
jlibet@scag.gov

*Counsel for Plaintiff State of South Carolina*

Sworn to in my presence this ___7th___ day of June, 2024.

_____
Notary Public

My commission expires ___8/5/2031___