AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## for the
## District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____, Clerk of this Court,

certify that __Jared Quante Libet__, Bar # __9882__,

was duly admitted to practice in this Court on __01/22/2007__, and is in good standing as a member of the Bar of this Court.

Dated at __Columbia, SC__ on __6/3/2024__
         *(Location)*              *(Date)*

Robin L. Blume
*CLERK*

Marybeth E. McDonnell
*DEPUTY CLERK*

Print    Save As...    Reset