

U.S. Department of Justice

Antitrust Division

*450 5th Street, N.W.*
*Washington, DC 20530*

June 7, 2024

*Via ECF*
The Honorable Arun Subramanian
United States District Judge
500 Pearl Street
New York, NY 10007

    Re: *United States et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-CV-3973 (AS)

Dear Judge Subramanian:

    In accordance with this Court's May 28, 2024 Order, the parties have conferred, and are available to attend an initial pretrial conference on June 27, 2024.

                                    Respectfully submitted,

                                 */s/ Bonny Sweeney*
                                 BONNY SWEENEY

                                 *Lead Trial Counsel*
                                 United States Department of Justice
                                 Antitrust Division
                                 450 Fifth Street N.W., Suite 4000
                                 Washington, DC 20530
                                 Telephone: (202) 725-0165
                                 Facsimile: (202) 514-7308
                                 Email: Bonny.Sweeney@usdoj.gov

**FOR PLAINTIFF STATE OF ARIZONA:**

KRISTIN K. MAYES
ATTORNEY GENERAL

/s/ Robert A. Bernheim
ROBERT A. BERNHEIM
(*pro hac vice* forthcoming)

CONNOR NOLAN
(*pro hac vice* forthcoming)

Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Fax: (602) 542-4377
Robert.Bernheim@azag.gov
Connor.Nolan@azag.gov

*Attorneys for Plaintiff State of Arizona*

**FOR PLAINTIFF STATE OF ARKANSAS:**

TIM GRIFFIN
ATTORNEY GENERAL

By: /s/ Amanda J. Wentz
Amanda J. Wentz, Ark. Bar No. 2021066
Assistant Attorney General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-1178
Fax: (501) 682-8118
Email: amanda.wentz@arkansasag.gov
(*pro hac vice* forthcoming)

*Attorneys for Plaintiff State of Arkansas*

**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General

/s/ Paula Lauren Gibson
PAULA L. BLIZZARD, Senior Assistant Attorney General
NATALIE S. MANZO, Supervising Deputy Attorney General
PAULA LAUREN GIBSON, Deputy Attorney General
(CA Bar No. 100780)
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6040
Email: paula.gibson@doj.ca.gov

*Attorneys for Plaintiff State of California*
*Pro hac vice* application forthcoming

**FOR PLAINTIFF STATE OF COLORADO**:
PHILIP J. WEISER
Attorney General


CONOR J. MAY
Assistant Attorney General
*(Pro Hac Vice Forthcoming)*
BRYN A. WILLIAMS
First Assistant Attorney General
JONATHAN B. SALLET
Special Assistant Attorney General
ARIC SMITH
Assistant Attorney General
*(Pro Hac Vice Forthcoming)*
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Conor.May@coag.gov
Bryn.Williams@coag.gov
Jon.Sallet@coag.gov
Aric.Smith@coag.gov

*Attorneys for the Plaintiff State of Colorado*

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG
ATTORNEY GENERAL OF CONNECTICUT
Jeremy Pearlman
Associate Attorney General
Email: Jeremy.pearlman@ct.gov
/s/ Nicole Demers
Nicole Demers
Deputy Associate Attorney General
Email: nicole.demers@ct.gov
(*pro hac vice* forthcoming)
/s/ Kim Carlson McGee
Kim Carlson McGee
Assistant Attorney General
Email: kim.mcgee@ct.gov
(*pro hac vice* forthcoming)

/s/ Rahul A. Darwar
Rahul A. Darwar
Assistant Attorney General
Email: rahul.darwar@ct.gov
(*pro hac vice* forthcoming)

Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030

*Attorneys for Plaintiff State of Connecticut*


**FOR PLAINTIFF DISTRICT OF COLUMBIA:**

BRIAN L. SCHWALB
Attorney General

JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division

BETH MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General
Public Advocacy Division

*/s/ Amanda Hamilton*
Amanda Hamilton
Assistant Attorney General
Amanda.Hamilton@dc.gov
(*pro hac vice* forthcoming)

Adam Gitlin
Chief, Antitrust and Nonprofit Enforcement Section
Adam.Gitlin@dc.gov
(*pro hac vice* forthcoming)

Cole Niggeman
Assistant Attorney General
Cole.Niggeman@dc.gov
(*pro hac vice* forthcoming)

Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001

*Attorneys for Plaintiff District of Columbia*


**FOR PLAINTIFF STATE OF FLORIDA:**

ASHLEY MOODY
ATTORNEY GENERAL OF FLORIDA

 */s/* Lizabeth A. Brady
Lizabeth A. Brady
Director, Antitrust Division
Liz.Brady@myfloridalegal.com

Lee Istrail
Assistant Attorney General
Lee.Istrail@myfloridalegal.com
(pro hac vice forthcoming)

Nicole A. Sarrine
Assistant Attorney General
Nicole.Sarrine@myfloridalegal.com
(pro hac vice forthcoming)

Tyler A. Kovacs
Assistant Attorney General
Tyler.Kovacs@myfloridalegal.com

(pro hac vice forthcoming)

Florida Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
850-414-3300

*Attorneys for Plaintiff State of Florida*

**FOR PLAINTIFF STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General

Richard S. Schultz

Assistant Attorney General
Richard.Schultz@ilag.gov

Daniel Betancourt
Assistant Attorney General
Daniel.Betancourt@ilag.gov

Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel: (872) 272-0996
Fax: (312) 814-4902

*Attorneys for Plaintiff State of Illinois*
*Pro hac vice* applications forthcoming

**FOR PLAINTIFF STATE OF MARYLAND:**

ANTHONY G. BROWN
Attorney General

/s/ Schonette J. Walker

Schonette J. Walker
Assistant Attorney General
Chief, Antitrust Division
swalker@oag.state.md.us

Gary Honick
Assistant Attorney General
Deputy Chief, Antitrust Division
ghonick@oag.state.md.us

Byron Warren
Assistant Attorney General
bwarren@oag.state.md.us
200 St. Paul Place, 19th floor
Baltimore, Maryland 21202
(410) 576-6470

(*Pro hac vice* applications forthcoming)

*Attorneys for Plaintiff State of Maryland*

**FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:**

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Katherine W. Krems
KATHERINE W. KREMS (MA Bar # 710455)
Assistant Attorney General, Antitrust Division
(*pro hac vice* forthcoming)
MICHAEL B. MACKENZIE (MA Bar # 683305)
Deputy Chief, Antitrust Division
WILLIAM T. MATLACK (MA Bar # 552109)
Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 963-2180
Email: Katherine.Krems@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

**FOR PLAINTIFF STATE OF MICHIGAN:**

DANA NESSEL
Attorney General of Michigan

JASON R. EVANS
Division Chief
Corporate Oversight Division
EvansJ@michigan.gov

JONATHAN S. COMISH
Assistant Attorney General
Corporate Oversight Division
ComishJ@michigan.gov

LEANN D. SCOTT
Assistant Attorney General
Corporate Oversight Division
ScottL21@michigan.gov

Michigan Department of Attorney General
525 W Ottawa St.
Lansing, MI 48933
Telephone: 517-335-7622

*Attorneys for Plaintiff State of Michigan*
*Pro hac vice* application forthcoming

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
ATTORNEY GENERAL

JAMES CANADAY
Deputy Attorney General

/s/ Katherine A. Moerke
KATHERINE A. MOERKE
(*pro hac vice* motion forthcoming)
ELIZABETH ODETTE
(*pro hac vice* motion forthcoming)
ZACH BIESANZ
Assistant Attorneys General
Office of the Minnesota Attorney General
Suite 1400
445 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 757-1433
Fax: (651) 296-9663
katherine.moerke@ag.state.mn.us
elizabeth.odette@ag.state.mn.us
zach.biesanz@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*


**FOR PLAINTIFF STATE OF NEVADA:**

AARON D. FORD
Nevada Attorney General

ERNEST D. FIGUEROA
Consumer Advocate

 /s/ Lucas J. Tucker

Lucas J. Tucker
Senior Deputy Attorney General (NV Bar No. 10252)
LTucker@ag.nv.gov

Michelle C. Badorine
Senior Deputy Attorney General (NV Bar No. 13206)
MBadorine@ag.nv.gov
Office of the Nevada Attorney General
Bureau of Consumer Protection
8945 West Russell Road., Suite 204
Las Vegas, Nevada 89148
Tel: 702-486-3256

*Attorneys for Plaintiff State of Nevada*

**FOR PLAINTIFF STATE OF NEW HAMPSHIRE:**

JOHN M. FORMELLA
ATTORNEY GENERAL

<u>/s/ *Zachary Frish*</u>
Zachary Frish
(pro hac vice forthcoming)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
One Granite Place South
Concord, NH 03301
603-271-3658
Zachary.A.Frish@doj.nh.gov

*Attorney for Plaintiff State of New Hampshire*


**FOR PLAINTIFF STATE OF NEW JERSEY:**

MATTHEW J. PLATKIN
Attorney General of New Jersey

Isabella Pitt
(*pro hac vice* forthcoming)
Assistant Section Chief – Antitrust
Isabella.Pitt@law.njoag.gov

<u>/s/ Yale Leber_____</u>
Yale Leber
(*pro hac vice* forthcoming)
Deputy Attorney General
Yale.Leber@law.njoag.gov

Andrew Esoldi
(*pro hac vice* forthcoming)
Deputy Attorney General
Andrew.Esoldi@law.njoag.gov

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101

(973) 648-3070

*Attorneys for Plaintiff State of New Jersey*

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES
ATTORNEY GENERAL OF NEW YORK

 */s/* Jeremy R. Kasha

Jeremy R. Kasha
Assistant Attorney General
Jeremy.Kasha@ag.ny.gov

Amy E. McFarlane
Deputy Chief, Antitrust Bureau
Amy.McFarlane@ag.ny.gov

Elinor R. Hoffmann
Chief, Antitrust Bureau
Elinor.Hoffmann@ag.ny.gov

Christopher D'Angelo
Chief Deputy Attorney General
Economic Justice Division
Christopher.D'Angelo@ag.ny.gov
(pro hac vice forthcoming)

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-8262

*Attorneys for Plaintiff State of New York*

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN
ATTORNEY GENERAL

 */s/* Jasmine S. McGhee
Jasmine S. McGhee
Senior Deputy Attorney General

Director, Consumer Protection Division
JMcghee@ncdoj.gov
(pro hac vice forthcoming)

Sarah G. Boyce
Deputy Attorney General & General Counsel
SBoyce@ncdoj.gov
(pro hac vice forthcoming)

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
Facsimile: (919) 716-6050

*Attorneys for Plaintiff State of North Carolina*

**FOR PLAINTIFF STATE OF OHIO:**

DAVE YOST
OHIO ATTORNEY GENERAL

*/s/ Sarah Mader*
Sarah Mader (*pro hac vice forthcoming*)
Assistant Attorney General, Antitrust Section
Sarah.Mader@OhioAGO.gov

Edward W. Mehrer III (*pro hac vice forthcoming*)
Assistant Attorney General, Antitrust Section
Trey.Mehrer@OhioAGO.gov

Erik Clark
Deputy Attorney General for Major Litigation

Beth A. Finnerty
Section Chief, Antitrust Section

Office of the Ohio Attorney General
30 E. Broad St., 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328

*Attorneys for Plaintiff State of Ohio*

**FOR PLAINTIFF STATE OF OKLAHOMA:**


GENTNER DRUMMOND
Attorney General of Oklahoma

*[signature: Caleb J. Smith]*

CALEB J. SMITH
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street
Suite 1000
Tulsa, OK 74119
Telephone: 918-581-2230
Email: caleb.smith@oag.ok.gov

*Attorneys for Plaintiff State of Oklahoma*
*Pro hac vice* application forthcoming

**FOR PLAINTIFF STATE OF OREGON:**

Ellen F. Rosenblum
Oregon Attorney General

*/s/ Tim Nord*
TIM NORD
Special Counsel
Tim.D.Nord@doj.oregon.gov
(pro hac vice forthcoming)
Civil Enforcement Division
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
Tel: (503) 934-4400
Fax: (503) 378-5017

*Attorneys for Plaintiff State of Oregon*

**FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:**

MICHELLE A. HENRY
Attorney General

James A. Donahue, III
First Deputy Attorney General
jdonahue@attorneygeneral.gov

Mark A. Pacella
Executive Deputy Attorney General
Public Protection Division
mpacella@attorneygeneral.gov

/s/ Tracy W. Wertz
Tracy W. Wertz
Chief Deputy Attorney General
Antitrust Section
twertz@attorneygeneral.gov
(pro hac vice forthcoming)

Joseph S. Betsko
Assistant Chief Deputy Attorney General
Antitrust Section
jbetsko@attorneygeneral.gov
(pro hac vice forthcoming)

Jennifer A. Thomson
Senior Deputy Attorney General
Antitrust Section
jthomson@attorneygeneral.gov
(pro hac vice forthcoming)

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: (717) 787-4530

*Attorneys for Plaintiff Commonwealth of Pennsylvania*


**FOR PLAINTIFF STATE OF RHODE ISLAND:**

PETER F. NERONHA
Attorney General

/s/ *Stephen N. Provazza*
Stephen N. Provazza
*Assistant Attorney General*
Chief, Consumer and Economic Justice Unit

(pro hac vice forthcoming)

Paul T.J. Meosky
*Special Assistant Attorney General*
Office of the Attorney General – State of Rhode Island
(pro hac vice forthcoming)

150 South Main Street
Providence, RI 02903
(401) 274-4400 (telephone)
(401) 222-2995 (fax)
sprovazza@riag.ri.gov
pmeosky@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**FOR PLAINTIFF STATE OF SOUTH CAROLINA:**

ALAN M. WILSON
ATTORNEY GENERAL OF SOUTH CAROLINA

/s/ Alan M. Wilson
ALAN M. WILSON, Fed. ID # 10457
Attorney General of South Carolina

W. JEFFREY YOUNG, Fed. ID # 6122
Chief Deputy Attorney General

C. HAVIRD JONES, JR., Fed. ID # 2227
Senior Assistant Deputy Attorney General
SJones@scag.gov

JARED Q. LIBET, Fed. ID # 9882
Assistant Deputy Attorney General
JLibet@scag.gov

DANIELLE A. ROBERTSON, Fed. ID # 14007
Assistant Attorney General
DaniRobertson@scag.gov
(pro hac vice forthcoming)

OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-0274

*Attorneys for Plaintiff State of South Carolina*

**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ J. David McDowell
J. DAVID MCDOWELL
Deputy, Consumer Protection Division

HAMILTON MILLWEE
MARILYN GUIRGUIS
TYLER CORCORAN
Assistant Attorneys General

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 38202
Telephone: 615-741-8722
Email:David.McDowell@ag.tn.gov
Hamilton.Millwee@ag.tn.gov
Marilyn.Guirguis@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*
*Pro Hac Vice Motions Forthcoming*


**FOR PLAINTIFF STATE OF TEXAS:**

KEN PAXTON
Attorney General

/s/ Trevor E. D. Young
BRENT WEBSTER
First Assistant Attorney General
JAMES LLOYD
Deputy Attorney General for Civil Litigation
TREVOR YOUNG (*pro hac vice* forthcoming)
Deputy Chief, Antitrust Division
DIAMANTE SMITH (*pro hac vice* forthcoming)
Assistant Attorney General, Antitrust Division

Office of the Attorney General of Texas

P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

JASON S. MIYARES
Attorney General of Virginia

STEVEN G. POPPS
Deputy Attorney General
Civil Division

/s/ David C. Smith
TYLER T. HENRY (*pro hac vice* forthcoming)
Senior Assistant Attorney General
DAVID C. SMITH (*pro hac vice* forthcoming)
Assistant Attorney General
CHANDLER P. CRENSHAW (*pro hac vice* forthcoming)
Assistant Attorney General

Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 786-2071
Facsimile:    (804) 786-0122
Email: THenry@oag.state.va.us
DSmith@oag.state.va.us
CCrenshaw@oag.state.va.us

*Attorneys for Plaintiff Commonwealth of Virginia*

**FOR PLAINTIFF STATE OF WASHINGTON:**

ROBERT W. FERGUSON
Attorney General

*s/ Rachel A. Lumen*
RACHEL LUMEN, WSBA No. 47918

Assistant Attorney General
800 Fifth Avenue, Suite 2000

Seattle, WA 98104-3188
206.464.5343
Rachel.Lumen@atg.wa.gov
(*pro hac vice* forthcoming)

*Attorney for the Plaintiff State of Washington*

**FOR PLAINTIFF STATE OF WEST VIRGINIA:**

PATRICK MORRISEY
ATTORNEY GENERAL OF WEST VIRGINIA

 */s/* Douglas L. Davis
Douglas L. Davis
Senior Assistant Attorney General
douglas.l.davis@wvago.gov
(*pro hac vice* forthcoming)

Ann L. Haight
Director and Deputy Attorney General
Consumer Protection and Antitrust Division
ann.l.haight@wvago.gov

West Virginia Office of the Attorney General
1900 Kanawha Boulevard East
Capitol Complex
Building 6, Suite 401
Charleston, WV 25305
(tel) 304-558-8986
(fax) 304-559-0184

*Attorneys for Plaintiff State of West Virginia*

**FOR PLAINTIFF STATE OF WISCONSIN:**

JOSHUA L. KAUL
ATTORNEY GENERAL OF WISCONSIN

*/s/* Laura E. McFarlane

Laura E. McFarlane
Assistant Attorney General
mcfarlanele@doj.state.wi.us
(*pro hac vice* forthcoming)

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707
(608) 266-8911

*Attorneys for Plaintiff State of Wisconsin*

**FOR PLAINTIFF STATE OF WYOMING:**

BRIDGET HILL
ATTORNEY GENERAL OF WYOMING

/s/ William T. Young
William T. Young
Assistant Attorney General
William.Young@wyo.gov
(*pro hac vice* forthcoming)

Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7841

*Attorneys for the Plaintiff State of Wyoming*