UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiffs,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>And TICKETMASTER LLC,<br><br>      Defendants. | Case No. 1:24-cv-03973 (AS)<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amanda J. Wentz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General, in the above-captioned action.

I am in good standing of the bar of the State of Arkansas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 10, 2024

            Respectfully submitted,

            **TIM GRIFFIN**
            **ATTORNEY GENERAL**

            By: /s/ Amanda J. Wentz
            Amanda J. Wentz, Ark. Bar No. 2021066
            Assistant Attorney General
            Arkansas Attorney General's Office
            323 Center Street, Suite 200
            Little Rock, AR 72201
            Phone: (501) 682-1178
            Fax: (501) 682-8118
            Email: amanda.wentz@arkansasag.gov