UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                Plaintiffs,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>And TICKETMASTER LLC,<br><br>                Defendants. | Case No. 1:24-cv-03973 (AS)<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION FOR ADMISSION<br>PRO HAC VICE |

I, Amanda J. Wentz, being duly sworn, hereby depose and say as follows:

1. I am an Assistant Attorney General with the Office of the Arkansas Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Arkansas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My Arkansas bar number is AR2021066.

8. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case no. 1:24-cv-03973 (AS) for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General.

Date: June 10, 2024

By: _____
Amanda J. Wentz, Ark. Bar No. 2021066
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-1178
Fax: (501) 682-8118
Email: amanda.wentz@arkansasag.gov

## CERTIFICATE OF ACKNOWLEDGEMENT

STATE OF _Arkansas_____   )
                                )
COUNTY OF _Pulaski_____   )

Before me, _Cassie B. Persinger_____, the undersigned notary, personally appeared Amanda J. Wentz, satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal this _10th_ day of _June_____, 2024.

Notary Signature _Cassie B. Persinger_____

Notary Printed _Cassie B. Persinger_____

My Commission Expires: _8/29/2032_____