## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and TICKETMASTER, L.L.C.<br><br>      *Defendants*. | Case No.: 24-cv-03973<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Richard S. Schultz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel to the State of Illinois in the above captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and the Certificate of Admission to the Bar of Illinois, issued by the Clerk of the Supreme Court of Illinois.

Dated: June 10, 2024

                Respectfully Submitted,

                 /s/ Richard S. Schultz
                Richard S. Schultz (Attorney No. 6181379)
                Assistant Attorney General,
                Office of the Illinois Attorney General
                Antitrust Bureau
                115 S. LaSalle Street, Floor 23
                Chicago, Illinois 60603
                (872) 272-0996 cell phone
                (312) 814-4209 facsimile
                Richard.Schultz@ilag.gov
                *Counsel for Plaintiff*
                *State of Illinois*