IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, L.L.C.<br><br>        *Defendants*. | Case No.: 24-cv-03973<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, Richard S. Schultz, being first duly sworn, depose and state the following:

1. I am admitted to practice before the courts of the State of Illinois and am an attorney for the Office of the Illinois Attorney General representing the State of Illinois, a plaintiff in this proceeding. A copy of the Certificate of Admission to the Bar of Illinois is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. By this application, I request permission from this Court to be admitted pro hac vice and appear as co-counsel on behalf of Plaintiff State of Illinois in the above-captioned action.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Dated: June 10, 2024

Respectfully Submitted,

*Richard S. Schultz*

Richard S. Schultz (Attorney No. 6181379)
Assistant Attorney General
Office of the Illinois Attorney General
Antitrust Bureau
115 S. LaSalle St., Floor 23
Chicago, Illinois 60603
(872) 272-0996 Cell
(312) 814-4209 Facsimile
Richard.Schultz@ilag.gov

*Counsel for Plaintiff*
*State of Illinois*

OFFICIAL SEAL
JESELA PERKINS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04-21-2026

Signed and sworn before me on this 10th day of June 2024

*Jesela Perkins*
Notary Public

2

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Richard S. Schultz, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1981 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of June, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois