UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,
                  Plaintiff,

-against-

Live Nation Entertainment, Inc. and Ticketmaster, LLC,
                  Defendant.

1:24 cv 03973 ( AS )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Rachel A. Lumen**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Washington**; and that his/her contact information is as follows (please print):

Applicant's Name: **Rachel A. Lumen**

Firm Name: **Washington State Attorney General's Office**

Address: **800 Fifth Avenue, Suite 2000**

City / State / Zip: **Seattle, WA 98104**

Telephone / Fax: **(206) 464-5343**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **State of Washington** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 11, 2024

_____
United States District / Magistrate Judge