UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, et al. | Case No.: 1:24-CV-03973-AS |
|---|---|
| Plaintiffs, | **ORDER FOR ADMISSION** |
| v. | **PRO HAC VICE** |
| Live Nation Entertainment, et al. | |
| Defendants. | |

The motion of <u>Edward William Mehrer III</u> for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of <u>Ohio</u> and that his contact information is as follows (please print):

Applicant's Name: <u>Edward "Trey" William Mehrer III</u>

Firm Name: <u>Office of the Ohio Attorney General</u>

Address: <u>30 E. Broad Street, 26th Floor, Antitrust Section</u>

City/State/Zip: <u>Columbus, OH 43215</u>

Telephone/Fax: <u>614.466.4328/614.995.0266</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff State of Ohio in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 11, 2024

_____
United States District/ Magistrate Judge