UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>         Plaintiffs,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>And TICKETMASTER LLC,<br><br>         Defendants. | Case No. 1:24-cv-03973 (AS)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of Amanda J. Wentz for admission to practice Pro Hac Vice in the above captioned case is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Arkansas; and that her contact information is as follows:

Amanda J. Wentz
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-1178 / (501) 682-8118 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 11, 2024

_____
United States District / Magistrate Judge