IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>                              Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Schonette J. Walker, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Maryland in the above captioned action.

I am in good standing of the bar of the State of Maryland and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 11, 20244          Respectfully Submitted,

                               <u>*/s/ Schonette J. Walker*</u>
                               Schonette J. Walker
                               Assistant Attorney General
                               Chief, Antitrust Division
                               200 Saint Paul Place
                               19th Floor
                               Baltimore, Maryland 21202
                               410.576.6473
                               swalker@oag.state.md.us

                               *Counsel for Plaintiff State Maryland*