IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Schonette J. Walker, hereby state:

1. I am admitted to practice before the courts of the State of Maryland and am an attorney for the State of Maryland through the Maryland Office of Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3(c).

Dated: June 11, 2024

Respectfully Submitted,

_/s/ Schonette J. Walker_
Schonette J. Walker
Assistant Attorney General
Chief, Antitrust Division
200 Saint Paul Place
19th Floor
Baltimore, Maryland 21202
410.576.6473
swalker@oag.state.md.us

*Counsel for Plaintiff State Maryland*

STATE OF MARYLAND         )
                          )   To Wit:
COUNTY OF BALTIMORE       )

State of Maryland County of __BALTIMORE__ (or City of Baltimore)

On this __11__ day of __JUNE__, 20__24__ before me, the undersigned officer, personally appeared __SCHONETTE WALKER__, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to within the instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

In witness hereof I hereunto set my hand and official seal.

_Yolanda Copley_
Signature of Notary Public

__Notary Yolanda Copley__ My Commission Expires __12/13/2024__
Notary Public

[Notary Seal]

2