UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Antitrust Division<br>450 Fifth Street N.W., Suite 4000<br>Washington, DC 20530<br><br>STATE OF ARIZONA<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br><br>STATE OF ARKANSAS<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br><br>STATE OF CALIFORNIA<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br><br>STATE OF COLORADO<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br><br>STATE OF CONNECTICUT<br>165 Capitol Avenue<br>Hartford, CT 06106<br><br>DISTRICT OF COLUMBIA<br>400 Sixth Street, N.W.<br>Washington, DC 20001<br><br>STATE OF FLORIDA<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br><br>STATE OF ILLINOIS<br>115 S. LaSalle Street, Floor 23<br>Chicago, IL 60603<br><br>STATE OF MARYLAND<br>200 St. Paul Place, 19th Floor<br>Baltimore, MD 21202 | Case No. 1:24–cv–3973<br>Hon. Arun Subramanian |

COMMONWEALTH OF
MASSACHUSETTS
One Ashburton Place, 18th Floor
Boston, MA 02108

STATE OF MICHIGAN
525 W Ottawa St.
Lansing, MI 48933

STATE OF MINNESOTA
445 Minnesota Street
Saint Paul, MN 55101

STATE OF NEVADA
8945 West Russell Road., Suite 204
Las Vegas, Nevada 89148

STATE OF NEW HAMPSHIRE
1 Granite Place South
Concord, NH 03301

STATE OF NEW JERSEY
124 Halsey Street, 5th Floor
Newark, NJ 07101

STATE OF NEW YORK
28 Liberty Street
New York, NY 10005

STATE OF NORTH CAROLINA
P.O. Box 629
Raleigh, NC 27602

STATE OF OHIO
30 E. Broad Street, 26th Floor
Columbus, OH 43215

STATE OF OKLAHOMA
15 West 6th Street
Suite 1000
Tulsa, OK 74119

STATE OF OREGON
1162 Court Street, N.E.
Salem, OR 97301

COMMONWEALTH OF PENNSYLVANIA
Strawberry Square, 14th Floor
Harrisburg, PA 17120

STATE OF RHODE ISLAND
150 South Main Street
Providence, RI 02903

STATE OF SOUTH CAROLINA
P.O. Box 11549
Columbia, South Carolina 29211

STATE OF TENNESSEE
P.O. Box 20207
Nashville, TN 37202

STATE OF TEXAS
P.O. Box 12548
Austin, TX 78711-2548

COMMONWEALTH OF VIRGINIA
202 N. 9th Street
Richmond, VA 23219

STATE OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

STATE OF WEST VIRGINIA
1900 Kanawha Boulevard East
Capitol Complex
Building 6, Suite 401
Charleston, WV 25305

STATE OF WISCONSIN
P.O. Box 7857
Madison, Wisconsin 53707

and

STATE OF WYOMING
109 State Capitol
Cheyenne, WY 82002,

*Plaintiffs*

| |
|---|
| v. <br><br>LIVE NATION ENTERTAINMENT, INC.<br>9348 Civic Center Drive<br>Beverly Hills, CA 90210<br><br>and<br><br>TICKETMASTER L.L.C.<br>9348 Civic Center Drive<br>Beverly Hills, CA 90210,<br><br>     *Defendants.* |

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of LeAnn D. Scott, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of Michigan; and that her contact information is as follows:

 LeAnn D. Scott
 Assistant Attorney General
 Department of Attorney General
 Corporate Oversight Division
 P.O. Box 30736
 Lansing, MI  48909
 Tel: (517) 335-7632
 Email:  scottl21@michigan.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Michigan in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                      Hon. Arun Subramanian
                                                      United States District Court