UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,

                Plaintiff,

-against-                            1:24  Civ. 03973   ( AS )

**MOTION FOR ADMISSION**

Live Nation Entertainment, Inc. and      **PRO HAC VICE**
Ticketmaster, LLC      Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Rahul A. Darwar__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __State of Connecticut__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Connecticut, Minnesota__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  June 6, 2024        Respectfully Submitted,

                                  State of Connecticut

Applicant Signature: _[signature]_

Applicant's Name: Rahul A. Darwar

Firm Name: Connecticut Office of the Attorney General

Address: 165 Capitol Ave., 5th Floor

City/State/Zip: Hartford, CT 06106

Telephone/Fax: 860-808-5030

Email: Rahul.Darwar@ct.gov