UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>　　　　　Defendants. | Case No. 1:24-cv-03973-AS<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE** |

Pursuant to Local Rule 1.3, I, Rahul A. Darwar, hereby declares the following:

1. I have never been convicted of a felony.

2. There are no pending disciplinary proceedings against me in any jurisdiction.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

Dated this 6th day of June, 2024.

_____
RAHUL A. DARWAR, Declarant

Subscribed and affirmed, or sworn to before me in the County of __HARTFORD__,
State of __Connecticut__, this __6th__ day of __June__, 20__24__.

My commission expires __7/31/2027__

Notary Public: __Orlean Woodham__

1