# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti,** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Hartford**

*Do hereby certify,* that, in the Superior Court at on the **26th** day of **June, 2023**

**Rahul A. Darwar**

of

**Glastonbury, CT**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day   **June 3, 2024**

*Carl D. Cicchetti*
*Chief Clerk*