UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,
                Plaintiff,

-against-

Live Nation Entertainment, Inc. and
Ticketmaster, LLC    Defendant.

1:24 cv 03973 ( AS )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Rahul A. Darwar__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Connecticut, Minnesota__; and that his/her contact information is as follows (please print):

Applicant's Name: __Rahul A. Darwar__
Firm Name: __Connecticut Office of the Attorney General__
Address: __165 Capitol Ave., 5th Floor__
City / State / Zip: __Hartford, CT 06106__
Telephone / Fax: __860-808-5030__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __State of Connecticut__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge