UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>**LIVE NATION ENTERTAINMENT, INC.**<br><br>and<br><br>**TICKETMASTER L.L.C.**<br><br>*Defendants.* | Case No. 1:24-cv-03973 (AS)(SLC) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, I, Kim Carlson McGee, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiff State of Connecticut in the above-captioned action.

I am in good standing of the bar of the State of Connecticut and was admitted on December 4, 1996. I was admitted to practice in the United States Court for the District of Connecticut on July 7, 2023. There are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been held in contempt of court, censured, suspended, disbarred, or denied admission or readmission by any court. I have read and am familiar with the provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, the United States District Courts, the Federal Rules of Civil Procedure and Evidence, the Local Rules of the United States District Courts for the Southern

and Eastern District Courts of New York, and the New York State Rules of Professional Conduct.

I have attached the requisite affidavit pursuant to Local Rule 1.3.

Dated: June 10, 2024

WILLIAM TONG
ATTORNEY GENERAL

*Kim Carlson McGee* (signature)

Kim Carlson McGee
Assistant Attorney General
Connecticut Attorney General's Office
165 Capitol Avenue, Antitrust Section
Hartford, CT 06106
Juris No. 440655
Telephone/Fax 860.808.5030/860.808.5391
E-mail: Kim.McGee@ct.gov