## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>*Defendants.* | Case No. 1:24-cv-03973 (AS)(SLC) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kim Carlson McGee, hereby declare the following:

1. I am an Assistant Attorney General with the State of Connecticut, Office of the Attorney General, and I make this declaration in support of my motion for pro hac vice admission in this action on behalf of the Plaintiff, State of Connecticut. I have personal knowledge of the facts expressed in this declaration and, if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Connecticut. My office address is 165 Capitol Ave., Suite 5000, Hartford CT 06106.

3. I am a member in good standing of the bar of the State of Connecticut and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred,

or denied admission or readmission by any court. Attached hereto is a copy of my certificate of good standing from the state bar of Connecticut.

4. By this application, I request permission from this court to be admitted pro hac vice and appear as counsel on behalf of the Plaintiff State of Connecticut in the above captioned action.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: June 10, 2024

_Kim Carlson McGee_
Kim Carlson McGee
Assistant Attorney General

Subscribed and affirmed, or sworn to before me in the County of Hartford, State of Connecticut, this _10th_ day of June 2024.

_____
Commissioner of the Superior Court
Rahul Parwar