# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti,** *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Superior Court at **Hartford** on the **4th** day of **December, 1996**

**Kimberly Carlson McGee**

of

**Mystic, CT**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **June 6, 2024**

*Carl D. Cicchetti*
*Chief Clerk*