UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br><br> and <br><br> TICKETMASTER L.L.C. <br><br> *Defendants.* | Case No. 1:24-cv-03973 (AS)(SLC) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Kim Carlson McGee, Assistant Attorney General with the State of Connecticut for admission to practice pro hac vice in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of Connecticut and that her contact information is:

>Kim Carlson McGee
>Assistant Attorney General
>Connecticut Attorney General's Office
>165 Capitol Avenue, Antitrust Section
>Hartford, CT 06106
>Juris No. 440655
>Telephone/Fax 860.808.5030/860.808.5391
>E-mail: Kim.McGee@ct.gov

Applicant having requested admission pro hac vice to appear for all purposes as counsel for plaintiff, state of Connecticut, in the above titled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this court, including the rules governing discipline of attorneys.

DATED: _____

_____
United States District/Magistrate Judge