AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-CV-03973-AS |
| Live Nation Entertainment, Inc., et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff State of Ohio                                                                                                                  .

Date:     06/12/2024

/s/ Edward W. Mehrer III
*Attorney's signature*

Edward W. Mehrer III (103470)
*Printed name and bar number*
Office of Ohio Attorney General
30 E. Broad St.
26th Floor
Columbus, Ohio 43215
*Address*

Trey.Mehrer@ohioago.gov
*E-mail address*

(614) 466-4328
*Telephone number*

(855) 326-1853
*FAX number*