## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LIVE NATION ENTERTAINMENT, INC., Et al.,<br><br>　　　　　　　Defendants. | Case No.: 1:24-CV-03973-AS |

## MOTION FOR ADMISSION PRO HAC VICE

　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Trevor E. D. Young, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiff State of Texas in the above captioned action.

　　I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 11, 2024　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Trevor E. D. Young*
　　　　　　　　　　　　　　　　　　　　　　Trevor Young
　　　　　　　　　　　　　　　　　　　　　　Deputy Division Chief, Antitrust Division
　　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General of Texas

300 W. 15th St.
Austin, TX 78701
(512) 936-2334
Trevor.Young@oag.texas.gov

*Counsel for Plaintiff State of Texas*