# The Supreme Court of Texas

AUSTIN

---
CLERK'S OFFICE
---

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Trevor Edison Dailey Young**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2012.

I further certify that the records of this office show that, as of this date

**Trevor Edison Dailey Young**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature



and the seal of the Supreme Court of Texas at the City of Austin, this, the 3rd day of June, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2097C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.