**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Trevor E. D. Young, pursuant to Local Rule 1.3, declare the following:

1. I am the Deputy Division Chief of the Antitrust Division, at the State of Texas, Office of the Attorney General. My telephone number is (512) 936-2334. I am over twenty-one years of age and authorized to make this declaration.

2. I submit this declaration in connection with the *United States of America et al. v. Live Nation Entertainment, Inc. et al.*, Case No 1:24-CV-03973-AS, in support of the Motion to Appear Pro Hac Vice filed herewith.

3. I am an attorney for the State of Texas, a plaintiff in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

4. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings against me in any state or federal court.

5. This declaration is based on my personal knowledge and upon information provided by the State Bar of Texas.

Dated: June 12, 2024

Respectfully Submitted,

*/s/ Trevor E. D. Young*
Trevor Young
Deputy Division Chief, Antitrust Division
Office of the Attorney General of Texas
300 W. 15th Street
Austin, TX 78701
(512) 936-2334
Trevor.Young@oag.texas.gov

*Counsel for Plaintiff State of Texas*

State of Texas
County of Williamson

This instrument was acknowledged before me this 12th day of June 20 24 by Trevor Young.

_Ashley Barney_
Ashley Barney
Notary Public, State of Texas

ASHLEY BARNEY
Notary ID #131768853
My Commission Expires
October 28, 2026