## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.

                    Plaintiffs,

        v.

Live Nation Entertainment, et al.

                    Defendants.

Case No.: 1:24-CV-03973-AS

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Lee Istrail, hereby state:

1.      I am an attorney with the Florida Office of the Attorney General, and I submit this affidavit Pursuant to Local Rule 1.3, in support of my motion for *Pro Hac Vice* admission in this action on behalf of Plaintiff State of Florida.

2.      I am a resident of Florida.  My office address is PL-01, The Capitol, Tallahassee, FL 32399-1050.

3.      I am a member in good standing of the bars of the states of Florida, Virginia (inactive), and Maine (inactive), and the bar of the District of Columbia (inactive).  Annexed hereto are copies of my Certificates of Good Standing from the Florida Bar, Virginia State Bar, the State of Maine Supreme Judicial Court, and District of Columbia Bar,

4.      There are no pending disciplinary proceedings against me in any state or federal court.

5.      I have never been convicted of a felony.

6.    I have never been censured, suspended, disbarred, or denied admission

or readmission by any court.

7.    I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 12, 2024                    Respectfully Submitted,

_____

Lee Istrail
Assistant Attorney General
Florida Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
*Counsel for Plaintiff State of Florida*

Sworn to in my presence this ___12th___ day of June, 2024.

_____
Notary Public

FANNITA DIXIE
Commission # HH 388443
Expires July 28, 2027

My commission expires July 28, 2027