

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )

In Re:  0119216
Lee Istrail
Florida Office of the Attorney General
The Capitol THE Capitol PL-01
Tallahassee, FL 32399-1050

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 7, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  23rd  day of **May, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-285961

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **LEE ISTRAIL** IS AN ASSOCIATE (INACTIVE) MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. ISTRAIL** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 13, 2005**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued May 28, 2024

*DaVida M. Davis*
Director of Regulatory Compliance



# STATE OF MAINE
## SUPREME JUDICIAL COURT

# Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Lee Istrail, Esq. (Bar # 005198) of Tallahassee, FL was duly admitted as an Attorney and Counselor at Law in the State of Maine on July 9, 2013, and is presently registered and in good standing as an Inactive Non-Resident member of the bar.

Given under my hand and the Seal of said Court on May 28, 2024.



Matthew E. Pollack
Executive Clerk

Not valid without raised seal.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Lee Istrail

was duly qualified and admitted on August 14, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Inactive member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 28, 2024.*

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.