UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br>     Plaintiffs,<br>v.<br>LIVE NATION ENTERTAINMENT, INC.<br>and<br>TICKETMASTER, LLC,<br>     Defendants. | Case No.: 1:24-cv-3973<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Hamilton Millwee, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff State of Tennessee in the above-captioned action.

I am in good standing of the bar of the state of Tennessee and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED this 7th day of June, 2024.

                Respectfully submitted,

                */s/ Hamilton Millwee*
                HAMILTON MILLWEE (TN Bar No. 038795)
                Assistant Attorney General
                Office of Tennessee Attorney General
                Consumer Protection Division
                UBS Building, 19th Floor
                315 Deaderick Street
                Nashville, Tennessee 37243
                Phone: 615.291.5922
                Email: Hamilton.Millwee@ag.tn.gov
                *Counsel for Plaintiff State of Tennessee*