## AFFIDAVIT IN SUPPORT OF MOTION FOR
## ADMISSION TO PRACTICE PRO HAC VICE

I, Hamilton Millwee, swear and affirm that:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

3. There are no disciplinary proceedings presently against me in any jurisdiction.

Dated: 6/12/24

_____
Hamilton Millwee

STATE OF TENNESSEE    )
COUNTY OF DAVIDSON    )

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, the within named Hamilton Millwee, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that such person executed the within instrument for the purposes therein contained.

WITNESS my hand and seal, at office, this 12th day of June 2024.

My Commission Expires: Jan. 4, 2027

_____
Notary Public

[Notary Seal: EMILY KNIGHT, STATE OF TENNESSEE, DAVIDSON COUNTY, NOTARY PUBLIC, My Commission Expires JAN. 4, 2027]