UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA et al.,

Plaintiffs,

vs.

LIVE NATION ENTERTAINMENT, INC., et al.,

Defendants.

Case No.: 1:24-CV-03973-AS

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Trevor E. D. Young for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

Trevor Young
Deputy Division Chief, Antitrust Division
Office of the Attorney General of Texas
300 W. 15th Street
Austin, TX 78701
(512) 936-2334
Trevor.Young@oag.texas.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff State of Texas in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 13, 2024

_____
United States District / Magistrate Judge