# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24-cv-03973<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sarah Boyce hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of North Carolina in the above-captioned action.

I am a member in good standing of the bar of the State of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  6/13/2024

Respectfully Submitted,

STATE OF NORTH CAROLINA ex rel.
JOSHUA H. STEIN, Attorney General

/s/ Sarah Boyce
Sarah Boyce
Deputy Attorney General & General Counsel
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6788
sboyce@ncdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24-cv-03973<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

I, Sarah Boyce, being duly sworn, hereby depose and say as follows:

1. I am a Deputy Attorney General and General Counsel with the North Carolina Attorney General's Office, North Carolina Department of Justice.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of North Carolina.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 24-cv-03973 for Plaintiff State of North Carolina.

This the 13 day of June, 2024.

RESPECTFULLY SUBMITTED

_____
Sarah Boyce
Deputy Attorney General & General Counsel
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6788
State Bar No. 56896
sboyce@ncdoj.gov

North Carolina
Wake County

I, Miranda G. Winstead, a Notary Public for said County and State, do hereby certify that Sarah Boyce personally appeared before me this day and acknowledged the due execution of the foregoing instrument. Witness my hand and official seal, this the 13th day of June, 2024.

(Official Seal)

_____
Miranda G. Winstead
Notary Public

MIRANDA G WINSTEAD
NOTARY PUBLIC
FRANKLIN County, NC
My Commission Expires JANUARY 12, 2027

My commission expires:

1/12/2027

2

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on November 6, 2020, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Sarah Boyce

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this June 5, 2024.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC, <br><br> Defendants. | Case No. 1:24-cv-03973 <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Sarah Boyce for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of North Carolina; and that her contact information is as follows:

Sarah Boyce
Deputy Attorney General & General Counsel
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6788

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of North Carolina in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                         _____
                                                          United State District / Magistrate Judge