**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, et al.,
                             Plaintiffs,
-against-

LIVE NATION ENTERTAINMENT, INC. and
TICKETMASTER, LLC,
                             Defendants.

1:24 Civ. 03973 (AS)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __I, Kim Carlson McGee,__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of __Connecticut__ in the above-captioned action.

I am in good standing of the bar(s) of the state of __Connecticut__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 13, 2024                   Respectfully Submitted,

Applicant Signature: *Kim Carlson McGee*

Applicant's Name: Kim Carlson McGee

Firm Name: Office of the Connecticut Attorney General

Address: 165 Capitol Avenue

City/State Hartford, Connecticut

Zip: 06106

Telephone: 860.808.5030

email: kim.mcgee@ct.gov