# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC, <br><br> Defendants. | Case No. 1:24-cv-03973-AS <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE** |

Pursuant to Local Rule 1.3, I, Kim Carlson McGee, hereby declares the following:

1. I have never been convicted of a felony.

2. There are no pending disciplinary proceedings against me in any jurisdiction.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

Dated this 13th day of June, 2024.

_____
Kim Carlson McGee, Declarant

Subscribed and affirmed, or sworn to before me in the County of __Hartford__,
State of __Connecticut__, this __13th__ day of __June__, 20__24__.

My commission expires __11/30/2025__

Notary Public: __Mary Frances Goldman__

**MARY FRANCES GOLDMAN**
Notary Public, State of Connecticut
My Commission Expires Nov. 30, 2025

1