**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Elizabeth R. Odette, hereby state:

1. I am admitted to practice before the courts of the State of Minnesota and am an attorney for the State of Minnesota, a plaintiff in this proceeding, through the Office of Minnesota Attorney General. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 12, 2024

Respectfully Submitted,

Elizabeth Odette

Elizabeth R. Odette
Assistant Attorney General Antitrust Division
Minnesota Office of Attorney General
445 Minnesota St, 14th Floor, MN 55101
(651) 728-7208
elizabeth.odette@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

Sworn and subscribed before me this
__12th__ day of June, 2024


Notary Public

TAMMIE L REEVES
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2025