AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Elizabeth R. Odette, Bar # 340698, was duly admitted to practice in this Court on 11/18/2005, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 05/30/2024
         *(Location)*                                    *(Date)*

Kate M. Fogarty
CLERK

Kern O. Adami
DEPUTY CLERK