IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-cv-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Cole Niggeman, Assistant Attorney General with the Office of the Attorney General for the District of Columbia, hereby moves this Court for an Order for admission to practice Pro Hac Vice, to appear as counsel for Plaintiffs, District of Columbia, individually and on behalf of all others similarly situated, in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 13, 2024

Respectfully Submitted,

/s/ *Cole Niggeman*
Cole Niggeman
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for
the District of Columbia
400 6th St NW, 10th Floor
Washington, DC 20001

(202) 717-1390
cole.niggeman@dc.gov

*Counsel for Plaintiff District of Columbia*