IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>   v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>                    Defendants. | Case No.: 1:24-cv-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Cole Niggeman for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

Cole Niggeman
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th St NW, 10th Floor
Washington, DC 20001
(202) 717-1390
Cole.niggeman@dc.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff District of Columbia in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District / Magistrate Judge