IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-cv-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Elizabeth G. Arthur, hereby state:

1. I am admitted to practice before the courts of the District of Columbia and State of Florida and am an attorney for the District of Columbia through the Office of the Attorney General for the District of Columbia, a plaintiff in this proceeding. A copy of the Certificates of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 13, 2023

Respectfully Submitted,

*Elizabeth G. Arthur*

Elizabeth G. Arthur
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for
the District of Columbia
400 6th St NW, 10th Floor
Washington, DC 20001
(202) 727-3400
Elizabeth.arthur@dc.gov

Sworn to and subscribed before me

this __13__ day of __June__, 2024

*Althea Harris*

Notary Public