UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA, et al.,

                        Plaintiff,

-against-

LIVE NATION ENTERTAINMENT, INC.
9348 Civic Center Drive
Beverly Hills, CA 90210

                        AND

TICKETMASTER, L.L.C.
9348 Civic Center Drive
Beverly Hills, CA 90210

                        Defendants.

Case Number: 1:24-cv-03973-AS
Related Case Nos. 1:24-cv-04106 (AS); and
1:24-cv-03994 (AS)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paula Lauren Gibson, "Deputy Attorney General V" for the State of California, Office of the Attorney General, hereby moves this Court for an Order for admission to practice *Pro Hac Vice*, to appear as counsel for Plaintiffs, State of California, in the above-captioned action.

I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any State or Federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no disciplinary proceedings presently against this applicant.

I have been admitted to the following United States District Courts:

1.     USDC, Central District of California
2.     USDC, Southern District of California

3. USDC, Northern District of California

I have attached the Affidavit pursuant to Local Rule 1.3., and I have submitted the filing fee of $200.00 with this Motion for *Pro Hac Vice* admission.

Dated: June 12, 2024        Respectfully Submitted,

ROB BONTA
Attorney General of California
PAULA L. BLIZZARD
Senior Assistant Attorney General
NATALIE S. MANZO
Supervising Deputy Attorney General

Applicant Signature: /s/ Paula Gibson

Applicant's Name: Paula Lauren Gibson
Firm Name: Office of the California Attorney General
Address: 300 S. Spring Street, Suite 1702
City/State/Zip: Los Angeles, CA 90013
Telephone/Fax: (213) 269-6040
E-mail: Paula.Gibson@doj.ca.gov