UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

United States of America, et al.

                Plaintiff,

-against-

Live Nation Entertainment, Inc.

And

Ticketmaster, L.L.C.

                Defendants.

Case No. 1:24-cv-03973 (AS)
Related Case Nos: 1:24-cv-04106 (AS); and
1:24-cv-03994 (AS)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

## AFFIDAVIT

1. Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paula Lauren Gibson, hereby move this Court for an Order for Admission to practice Pro Hac Vice to appear as counsel for Plaintiff, State of California in the above-captioned action.

2. I am a "Deputy Attorney General V" with the State of California, Office of the Attorney General, and I make this declaration in support of my motion for Pro Hac Vice admission in this action on behalf of the Plaintiff, State of California. I have personal knowledge of the facts expressed in this declaration and, if asked, could and would testify competently to the truth of those facts.

3. I am a resident of the State of California. My office address is 300 S. Spring Street, Suite 1702, Los Angeles, California 90013.

4. I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto is a copy of my Certificate of Good Standing from the California Supreme Court and the State Bar of California.

5. By this application, I request permission from this Court to be admitted Pro Hac Vice and appear as Counsel on behalf of Plaintiff State of California in the above-captioned action.

6. I am currently admitted to the following United States District Courts: (1) USDC, Central District of California; (2) USDC, Southern District of California; and (3) USDC, Northern District of California.

7. As required by this Court's rules, I have read and am familiar with the following:

A. The provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, the United States District Courts;

B. The Federal Rules of Civil Procedure;

C. The Federal Rules of Criminal Procedure;

D. The Federal Rules of Evidence;

E. The Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; and

F. The New York State Rules of Professional Conduct as adopted from time to time by the Appellate Divisions of the State of New York; and

G. I also will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 12, 2024         Respectfully Submitted,

Rob Bonta, Attorney General of California
Paula L. Blizzard, Senior Assistant Attorney General
Natalie Manzo, Supervising Deputy Attorney General

Applicant Signature: *[signature]*

Applicant's Name: Paula Lauren Gibson
Firm Name: Office of the Attorney General, Department of Justice
Address: 300 S. Spring Street, Suite 1702
City/State/Zip: Los Angeles, California 90013
Telephone: (213) 269-6040
Email: Paula.Gibson@doj.ca.gov

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Ventura_____ )

On ___June 12, 2024___ before me, __Rebecca Darlene Alvarez, Notary Public__
(insert name and title of the officer)

personally appeared _____Paula Lauren Gibson_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Rebecca D. Alvarez_ (Seal)

REBECCA DARLENE ALVAREZ
Notary Public - California
Ventura County
Commission # 2363204
My Comm. Expires Jun 29, 2025