IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>                      Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.<br><br>                      Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, I, William T. Young hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiff State of Wyoming in the above captioned action.

I am in good standing of the bar of the State of Wyoming, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 13, 2024

                                                  Respectfully Submitted,

                                                  _____

                                                  William T. Young
                                                  Assistant Attorney General
                                                  Consumer Protection & Antitrust Unit
                                                  Office of the Wyoming Attorney General
                                                  109 State Capitol
                                                  Cheyenne, WY 82002

(307) 777-7847
william.young@wyo.gov

*Counsel for Plaintiff State of Wyoming*