IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, William T. Young, hereby state:

1. I am admitted to practice before the courts of the State of Wyoming and am an attorney for the State of Wyoming through the Office of the Wyoming Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 10, 2024

Respectfully Submitted,

_____
William T. Young
Assistant Attorney General
Consumer Protection & Antitrust Unit
Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-7847
william.young@wyo.gov

*Counsel for Plaintiff Staff of Wyoming*

STATE OF Wyoming          )
                          ) ss:
COUNTY OF Laramie         )

On this 10th day of June, 2024, before me, Jennifer Esp, personally appeared William T. Young personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.

Witness my hand and seal.

_____
NOTARY PUBLIC

My Commission Expires: 11/30/27

JENNIFER ESP
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 151293
MY COMMISSION EXPIRES: NOV 30, 2027