## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br>                      Plaintiffs, <br>                    v. <br> LIVE NATION ENTERTAINMENT, INC. <br>                and <br> TICKETMASTER L.L.C., <br>                      Defendants. | Case No.: 1:24-cv-3973 <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marilyn Guirguis, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff State of Tennessee in the above-captioned action.

I am in good standing of the bars of the states of Tennessee and New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED this 13th day of June, 2024.

                                             Respectfully submitted,

                                             */s/ Marilyn Guirguis*
                                             MARILYN GUIRGUIS (TN Bar No. 041045) (NY Bar No. 5713557)
                                             Assistant Attorney General
                                             Office of Tennessee Attorney General
                                             Consumer Protection Division
                                             UBS Building, 20th Floor
                                             315 Deaderick Street
                                             Nashville, Tennessee 37243
                                             Phone: 615.253.5203
                                             Email: Marilyn.Guirguis@ag.tn.gov
                                             *Counsel for Plaintiff State of Tennessee*

## CERTIFICATE OF SERVICE

I, Marilyn Guirguis, hereby certify that on June 13, 2024, I electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

> */s/ Marilyn Guirguis*
> MARILYN GUIRGUIS (TN Bar No. 041045) (NY Bar No. 5713557)
> Assistant Attorney General
> Office of Tennessee Attorney General
> Consumer Protection Division
> UBS Building, 20th Floor
> 315 Deaderick Street
> Nashville, Tennessee 37243
> Phone: 615.253.5203
> Email: Marilyn.Guirguis@ag.tn.gov
> *Counsel for Plaintiff State of Tennessee*