## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br>　　　　　　　　　Plaintiffs,<br>　　　　v.<br>LIVE NATION ENTERTAINMENT, INC.<br>　and<br>TICKETMASTER, LLC,<br>　　　　　　　　　Defendants. | Case No.: 1:24-cv-3973<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Tyler T. Corcoran, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff State of Tennessee in the above-captioned action.

I am in good standing of the bar of the state of Tennessee and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED this 13th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Tyler T. Corcoran*
　　　　　　　　　　　　　　　　　　　　TYLER T. CORCORAN (TN Bar No. 038887)
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Office of Tennessee Attorney General
　　　　　　　　　　　　　　　　　　　　Consumer Protection Division
　　　　　　　　　　　　　　　　　　　　UBS Building, 20th Floor
　　　　　　　　　　　　　　　　　　　　315 Deaderick Street
　　　　　　　　　　　　　　　　　　　　Nashville, Tennessee 37243
　　　　　　　　　　　　　　　　　　　　Phone: 615.770.1714
　　　　　　　　　　　　　　　　　　　　Email: Tyler.Corcoran@ag.tn.gov
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff State of Tennessee*

**CERTIFICATE OF SERVICE**

I, Tyler T. Corcoran, hereby certify that on June 13, 2024, I electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

*/s/ Tyler T. Corcoran*
TYLER T. CORCORAN (TN Bar No. 038887)
Assistant Attorney General
Office of Tennessee Attorney General
Consumer Protection Division
UBS Building, 20th Floor
315 Deaderick Street
Nashville, Tennessee 37243
Phone: 615.770.1714
Email: Tyler.Corcoran@ag.tn.gov
*Counsel for Plaintiff State of Tennessee*