# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br>　　　　　　　Plaintiffs,<br>　　　v.<br>LIVE NATION ENTERTAINMENT, INC.<br>　　and<br>TICKETMASTER, LLC,<br>　　　　　　　Defendants. | Case No.: 1:24-cv-3973<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Tyler T. Corcoran for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Tennessee; and that his contact information is as follows:

　　Applicant's Name:　　Tyler T. Corcoran

　　Firm Name:　　Office of Tennessee Attorney General

　　Address:　　315 Deaderick Street, 20th Floor

　　　　　　　　Nashville, Tennessee 37243

　　Telephone:　　615.770.1714

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Tennessee in the above captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____

                                                                           United States District/Magistrate Judge