UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC, <br><br> Defendants. | Case No. 1:24-cv-03973-AS <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court. I appear as counsel for the STATE OF WASHINGTON. I am Lead Trial Counsel and counsel of record for the STATE OF WASHINGTON.

Dated this 13th day of June 2024.

ROBERT W. FERGUSON
Attorney General

*s/ Rachel A. Lumen*
RACHEL A. LUMEN, WSBA No. 47918
Assistant Attorney General, Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-5343
rachel.lumen@atg.wa.gov

*Attorneys for the Plaintiff State of Washington*