UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, et al., | Case No. 1:24-CV-03973-AS |
|---|---|
| Plaintiffs, | |
| v. | |
| Live Nation Entertainment, et al., | |
| Defendants. | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Caleb J. Smith, hereby state:

1. I am admitted to practice before the courts of the State of Oklahoma and am an attorney for the State of Oklahoma, a plaintiff in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 6, 2024

Respectfully Submitted,

Caleb J. Smith
Assistant Attorney General
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2230
Email: Caleb.Smith@oag.ok.gov

Sworn to in my presence this 6TH day of June, 2024.

_____
Notary Public

My Commission Expires:
May 15, 2025

[Notary Stamp: DANA M. PATRICK, Notary Public in and for STATE OF OKLAHOMA, Commission #17004589, Expires: 15 May 2025]