# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Caleb Jeffrey Smith, of Oklahoma City, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 15, 2018, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 30th day of May, 2024.

S-E-A-L

**JOHN D. HADDEN, CLERK**
**SUPREME COURT OF OKLAHOMA**

By: *[signature]*