UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>Plaintiff,<br><br>-against-<br><br>Live Nation Entertainment, Inc.<br><br>And<br><br>Ticketmaster, L.L.C.<br><br>Defendants. | Case No. 1:24-cv-03973 (AS)<br>Related Case Nos: 1:24-cv-04106 (AS); and<br>1:24-cv-03994 (AS)<br><br>**(PROPOSED)**<br>**ORDER GRANTING MOTION FOR**<br>**ADMISSION *PRO HAC VICE* of**<br>**PAULA LAUREN GIBSON** |

## ORDER

The motion of Paula Lauren Gibson, Deputy Attorney General V with the State of California, Office of the Attorney General, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California and that her contact information is:

> PAULA LAUREN GIBSON (CA State Bar No. 100780)
> Deputy Attorney General
> State of California, Office of the Attorney General
> 300 S. Spring Street, Suite 1702
> 213-269-6040 telephone
> Paula.Gibson@doj.ca.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff, State of California, individually and on behalf of all others similarly situation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED.**

Dated: June 14, 2024

_____
ARUN SUBRAMANIAN, U.S.D.J.