UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | 1:24-cv-03973 (AS) |
| Plaintiffs, | ORDER FOR ADMISSION |
| -against- | PRO HAC VICE |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC, | |
| Defendants. | |

The motion of Kim Carlson McGee for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he/she is a member in good standing of the bar of the state of Connecticut; and that his/her contact information is as follows:

(please print):

Applicant's Name: Kim Carlson McGee

Firm Name: Office of the Connecticut Attorney General

Address: 165 Capitol Avenue

City / State / Zip: Hartford, CT 06106

Telephone: 860.808.5030

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Connecticut in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 14, 2024

_____
United States District / Magistrate Judge