UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24-cv-03973<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Jasmine S. McGhee for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of North Carolina; and that her contact information is as follows:

Jasmine S. McGhee
Senior Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6781

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of North Carolina in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 14, 2024 _____

_____
United State District / Magistrate Judge