# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>                        Plaintiffs,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.<br><br>                        Defendants. | Case No.: 1:24-CV-03973-AS |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of William T. Young for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Wyoming; and that his contact information is as follows:

> William T. Young
> Assistant Attorney General
> Consumer Protection & Antitrust Unit
> Office of the Wyoming Attorney General
> 109 State Capitol
> Cheyenne, WY 82002
> (307) 777-7847
> william.young@wyo.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Wyoming in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 14, 2024

_____
United States District / Magistrate Judge