IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, et al.<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Laura E. McFarlane, hereby state:

1. I am admitted to practice before the courts of the State of Wisconsin, the Eastern District of Wisconsin, and the Western District of Wisconsin, and am an attorney for the State of Wisconsin, a plaintiff in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 14, 2024

Respectfully Submitted,

Laura E. McFarlane
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street,
Post Office Box 7857
Madison, WI 53703
Telephone: 608.266.8911
Fax: 608.294.2907
Email: mcfarlanele@doj.state.wi.us

*Counsel for Plaintiff State of Wisconsin*

Sworn to in my presence this 14th day of June, 2024.

_____
Notary Public
My Commission expires 7-11-27

[Notary seal: CAREY SCHUMACHER, NOTARY PUBLIC, STATE OF WISCONSIN]