UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>Plaintiffs,<br><br>v.<br>Live Nation Entertainment, et al.<br><br>Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lee Istrail, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff State of Florida in the above-captioned action.

I am a member in good standing of the bars of the states of Florida, Virginia, and Maine, and the bar of the District of Columbia. Annexed hereto are copies of my Certificates of Good Standing from the Supreme Court of Florida, the Supreme Court of Virginia, the State of Maine Supreme Judicial Court, and the District of Columbia Court of Appeals. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 14, 2024

Respectfully Submitted,

*Lee Istrail*

Lee Istrail
Assistant Attorney General
Florida Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
*Counsel for Plaintiff State of Florida*