# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**LEE ISTRAIL**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **OCTOBER 7, 2015**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this **JUNE 13, 2024.**

_____
Clerk of the Supreme Court of Florida

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Lee Istrail

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2005.

I further certify that so far as the records of this office are concerned, Lee Istrail is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 14th day of June
A.D. 2024

By: _____
Deputy Clerk



# STATE OF MAINE
## SUPREME JUDICIAL COURT

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Lee Istrail, Esq. (Bar # 005198) of Tallahassee, FL was duly admitted as an Attorney and Counselor at Law in the State of Maine on July 9, 2013, and is presently registered and in good standing as an Inactive Non-Resident member of the bar.

Given under my hand and the Seal of said Court on May 28, 2024.

Matthew E. Pollack
Executive Clerk

Not valid without raised seal.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Lee Istrail

was duly qualified and admitted on August 14, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Inactive member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 28, 2024.*

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.