UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, et al.<br><br>Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**ORDER FOR ADMISSION**<br><br>**PRO HAC VICE** |
|---|---|

The motion of Lee Istrail for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Florida, Virginia, and Maine, and the bar of the District of Columbia.

Applicant has declared that his contact information is as follows:

> Lee Istrail
> Florida Office of the Attorney General
> PL-01, The Capitol
> Tallahassee, FL 32399-1050
> Telephone: (850) 414-3841
> Facsimile: (850) 488-9134
> Email: lee.istrail@myfloridalegal.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff State of Florida in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/ Magistrate Judge