COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND

## AFFIDAVIT

ON THIS day, David C. Smith personally appeared before the undersigned Notary Public

and, after having been first duly sworn according to law, under penalty of perjury, affirms and

states the following:

1. My name is: Chandler P. Crenshaw;
2. I am admitted to practice law in the Commonwealth of Virginia;
3. I have never been convicted of a felony;
4. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and
5. I do not presently have any disciplinary proceedings against me.

I, Chandler P. Crenshaw, do hereby swear or affirm that the above is true and accurate to

the best of my knowledge.

Chandler P. Crenshaw

Subscribed and sworn to before me by Chandler P. Crenshaw, this /3_th day of June, 2024.

CARLA N. WINTERS
NOTARY PUBLIC

Registration Number:  215261
My Commission Expires:  December 31, 2024