# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

**Chandler Payne Crenshaw**

was admitted to practice as an attorney and counsellor at the bar of this Court on December 5, 2018.

I further certify that so far as the records of this office are concerned, Chandler Payne Crenshaw is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 7th day of June
A.D. 2024

By: _[signature]_
Deputy Clerk