## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.    ) | |
| ) | Case No. 1:24-cv-03973-AS |
| vs.                                                        ) | |
| ) | |
| LIVE NATION ENTERTAINMENT, INC.   ) | **MOTION FOR ADMISSION** |
| and TICKETMASTER L.L.C.                  ) | **PRO HAC VICE** |
| _____   ) | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michelle C. Badorine, Senior Deputy Attorney General with the State of Nevada, Office of the Attorney General, hereby moves this Court for an Order for admission to practice Pro Hac Vice, to appear as counsel for Plaintiffs, State of Nevada, individually and on behalf of all others similarly situated, in the above-captioned action.

I am a member in good standing of the bar of the State of Nevada and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 17, 2024.                              Respectfully Submitted,

                                                      AARON D. FORD
                                                      Attorney General

                      By:    /s/ Michelle C. Badorine
                            MICHELLE C. BADORINE (Bar No.13206)
                            Senior Deputy Attorney General
                            State of Nevada, Office of the Attorney General
                            Bureau of Consumer Protection
                            100 N. Carson Street
                            Carson City, Nevada 89701
                            775-684-1164 ph
                            mbadorine@ag.nv.gov
                            Attorneys for Plaintiff, State of Nevada