UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) <br> ) <br> vs. ) <br> ) <br> LIVE NATION ENTERTAINMENT, INC. ) <br> and TICKETMASTER L.L.C. ) <br> _____ ) | Case No. 1:24-cv-03973-AS <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michelle C. Badorine, hereby declares the following:

1. I am a Senior Deputy Attorney General with the State of Nevada, Office of the Attorney General, and I make this declaration in support of my motion for pro hac vice admission in this action on the Plaintiff, State of Nevada's behalf. I have personal knowledge of the facts expressed in this declaration and, if asked, could and would testify competently to the truth of those facts.

2. I am a resident of the State of Nevada. My office address is 100 N. Carson Street, Carson City, Nevada 89701.

3. I am a member in good standing of the bar of the State of Nevada and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto is a copy of my Certificate of Good Standing from the State Bar of Nevada.

4. By this application, I request permission from this Court to be admitted pro hac vice and appear as co-counsel on behalf of Plaintiff State of Nevada in the above-captioned action.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 11th day of June, 2024.

                        AARON D. FORD
                        Attorney General

By: *Michelle C. Badorine*

MICHELLE C. BADORINE (Bar No.13206)
Senior Deputy Attorney General
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, Nevada 89701
775-684-1164 ph
mbadorine@ag.nv.gov
Attorneys for Plaintiff, State of Nevada

STATE OF NEVADA
COUNTY OF CLARK
SUBSCRIBED and SWORN TO before me by *Kimberly B. Brooks* this 11 day of June, 2024.

_____
NOTARY PUBLIC, in and for said County and State

NOTARY PUBLIC
STATE OF NEVADA
County of Washoe
KIMBERLY B. BROOKS
Appt. No. 23-4879-02
My Appt. Expires June 14, 2027

# STATE BAR OF NEVADA

## CERTIFICATE OF STANDING



| | |
|---|---|
| **Issue Date:** | 6/7/2024 |
| **Attorney Name:** | Michelle C. Badorine |
| **Neveda Bar Number:** | 13206 |
| **License Type:** | ATTORNEY |
| **License Status:** | Active |
| **Admit/Certification Date:** | 10/22/2013 |

3100 W. Charleston Blvd.
Suite 100
Las Vegas, NV 89102
phone 702.382.2200
toll free 800.254.2797
fax 702.382.2075

9456 Double R Blvd., Ste. B
Reno, NV 89521-5977
phone 775.329.4100
fax 775.329.0522

**www.nvbar.org**

To Whom It May Concern:

The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to  memberservices@nvbar.org.

*Mary Jorgensen*
Mary Jorgensen
Member Services Director

No.2024 -10549740

verify by email at memberservices@nvbar.org