AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24 cv 03973 |
| Live Nation Entertainment et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America et al. (Commonwealth of Massachusetts)      .

Date:   06/17/2024

/s/ Katherine W. Krems
*Attorney's signature*

Katherine W. Krems MA 710455
*Printed name and bar number*

1 Ashburton Pl., 18th Fl.
Boston MA 02108
*Address*

katherine.krems@mass.gov
*E-mail address*

(617) 963-2189
*Telephone number*