UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br>           Plaintiffs, <br> v. <br> LIVE NATION ENTERTAINMENT, INC. <br>   and <br> TICKETMASTER, LLC, <br>           Defendants. | Case No.: 1:24-cv-3973 <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Hamilton Millwee for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Tennessee; and that his contact information is as follows:

Applicant's Name:   Hamilton Millwee

Firm Name:   Office of Tennessee Attorney General

Address:   315 Deaderick Street, 20th Floor

Nashville, Tennessee 37243

Telephone:   615.291.5922

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Tennessee in the above captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 17, 2024    _____

                                                                                       United States District/Magistrate Judge