# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al., | Case No. 1:24-CV-03973-AS |
| Plaintiffs, | **ORDER FOR ADMISSION PRO HAC VICE** |
| v. | |
| Live Nation Entertainment, et al., | |
| Defendants. | |

The motion of Caleb J. Smith for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Oklahoma and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Caleb J. Smith |
| Firm Name: | Office of the Oklahoma Attorney General |
| Address: | 15 West 6th Street, Suite 1000 |
| City/State/Zip: | Tulsa, OK 74119 |
| Telephone/Fax: | (918) 581-2230 / (918) 938-6384 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiff State of Oklahoma in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Caleb J. Smith is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 17, 2024

_____
United States District/Magistrate Judge