UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA et al.,

          Plaintiffs,

vs.

LIVE NATION ENTERTAINMENT, INC., Et al.,

          Defendants.

Case No.: 1:24-CV-03973-AS

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Diamante Smith, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiff State of Texas in the above captioned action.

I am in good standing of the bars of the states of Texas and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 4, 2024

          Respectfully Submitted,

          */s/ Diamante Smith*
          Diamante Smith
          Assistant Attorney General, Antitrust Division

Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-1579
Diamante.Smith@oag.texas.gov

*Counsel for Plaintiff State of Texas*