UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>                Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Diamante Smith, hereby state:

1. I am admitted to practice before the courts of the States of Texas and California and am an attorney for the State of Texas, a plaintiff in this proceeding. Copies of my Certificates of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 4, 2024                                Respectfully Submitted,

*[signature]*

Diamante Smith
Assistant Attorney General, Antitrust Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-1579
Diamante.Smith@oag.texas.gov

*Counsel for Plaintiff State of Texas*

State of Texas
County of Williamson

This instrument was acknowledged before me this 4th day of June 20 24 by Diamante Smith.

*[signature]*

Ashley Barney
Notary Public, State of Texas

ASHLEY BARNEY
Notary ID #131768853
My Commission Expires
October 28, 2026