UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA et al.,

           Plaintiffs,

    vs.

LIVE NATION ENTERTAINMENT, INC., et al.,

           Defendants.

Case No.: 1:24-CV-03973-AS

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Diamante Smith for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the States of Texas and California; and that her contact information is as follows:

    Diamante Smith
    Assistant Attorney General, Antitrust Division
    Office of the Attorney General of Texas
    P.O. Box 12548
    Austin, TX 78711-2548
    (512) 463-1579
    Diamante.Smith@oag.texas.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff State of Texas in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____

United States District / Magistrate Judge