AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| United States of America et al <br> *Plaintiff* <br> v. <br> Live Nation Entertainment, Inc. et al <br> *Defendant* | ) <br> ) <br> ) Case No. 1:24-cv-03973-AS <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California

Date: 06/17/2024

*Attorney's signature*

Paula Lauren Gibson (CA Bar 100780)
*Printed name and bar number*
Office of the California Attorney General
300 S Spring Street, Suite 1702
Los Angeles, CA 90013

*Address*

paula.gibson@doj.ca.gov
*E-mail address*

213-269-6040
*Telephone number*

916-731-2121
*FAX number*