AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-CV-03973-AS |
| Live Nation Entertainment, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Texas.

Date:   06/17/2024

/s/ Diamante Smith
*Attorney's signature*

Diamante Smith, TX Bar #24134322
*Printed name and bar number*

Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711
*Address*

diamante.smith@oag.texas.gov
*E-mail address*

(512) 463-1579
*Telephone number*

*FAX number*