AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973-AS |
| Live Nation Entertainment, Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America et al (New Hampshire).

Date: 06/17/2024

/s/ Zachary Frish
*Attorney's signature*

Zachary Frish, Bar #276196 (NH)
*Printed name and bar number*
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301

*Address*

zachary.a.frish@doj.nh.gov
*E-mail address*

(603) 271-2150
*Telephone number*

(603) 271-2110
*FAX number*