AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. <br> *Plaintiff* <br> v. <br> LIVE NATION ENTERTAINMENT, INC., et al. <br> *Defendant* | Case No.   1:24-cv-03973-AS |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Nevada.

Date:    06/18/2024

/s/ Michelle Badorine
*Attorney's signature*

Michelle Badorine, Nevada Bar No. 13206
*Printed name and bar number*

Office of the Nevada Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, NV  89701
*Address*

mbadorine@ag.nv.gov
*E-mail address*

(775) 684-1164
*Telephone number*

*FAX number*