AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-CV-03973-AS |
| Live Nation Entertainment, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The District of Columbia.

Date: 06/18/2024

/s/ Cole Niggeman
*Attorney's signature*

Cole Niggeman (DC Bar # 90018051)
*Printed name and bar number*

400 6th Street NW
Washington, DC 20001
*Address*

cole.niggeman@dc.gov
*E-mail address*

(202) 717-1390
*Telephone number*

*FAX number*