## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,

                Plaintiff,

-against-                                  1:24 Civ. 03973 ( AS )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Live Nation Entertainment, Inc. and Ticketmaster, LLC

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Yale A. Leber hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for State of New Jersey in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 18, 2024

Respectfully Submitted,

State of New Jersey

Applicant Signature: *[signature]*

Applicant's Name: Yale A. Leber

Firm Name: New Jersey Office of Attorney General

Address: 124 Halsey Street, 5th Floor

City/State/Zip: Newark, NJ 07101

Telephone/Fax: (862) 381-4150

Email: Yale.Leber@law.njoag.gov