UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.
                            Plaintiff,

-against-

Live Nation Entertainment, Inc. and
Ticketmaster, LLC
                            Defendant.

1:24 cv 03973 ( AS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Yale A. Leber, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of New Jersey; and that his/her contact information is as follows (please print):

Applicant's Name: Yale A. Leber

Firm Name: New Jersey Office of Attorney General

Address: 124 Halsey Street, 5th Floor

City / State / Zip: Newark, NJ 07101

Telephone / Fax: (862) 381-4150

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for State of New Jersey in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge