UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States et al.,

                Plaintiffs,

-against-

                              1:24 Civ. 3973 (AS)

                         **MOTION FOR ADMISSION**

                              **PRO HAC VICE**

Live Nation Entertainment, Inc., et al.,

                Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Tyler T. Henry hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Commonwealth of Virginia in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

                        Respectfully Submitted,

                        Applicant Signature:

                        Applicant's Name: Tyler T. Henry

                        Firm Name: Virginia Office of the Attorney General

                        Address: 202 N. 9th Street

                        City/State/Zip: Richmond, VA 23219

                        Telephone/Fax: 804-692-0485/804-786-0122

                        Email: thenry@oag.state.va.us