COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND

## **AFFIDAVIT**

ON THIS day, Tyler T. Henry personally appeared before the undersigned Notary Public and, after having been first duly sworn according to law, under penalty of perjury, affirms and states the following:

1. My name is: Tyler T. Henry,
2. I am admitted to practice law in the Commonwealth of Virginia.
3. I have never been convicted of a felony;
4. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and
5. I do not presently have any disciplinary proceedings against me.

I, Tyler T. Henry, do hereby swear or affirm that the above is true and accurate to the best of my knowledge.

_____
Tyler T. Henry

Subscribed and sworn to before me by Tyler T. Henry, this 18th day of June, 2024.

_____
CARLA N. WINTERS
NOTARY PUBLIC

Registration Number: 215261
My Commission Expires: December 31, 2024