# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

### Tyler Timothy Henry

was admitted to practice as an attorney and counsellor at the bar of this Court on

December 3, 2014.

I further certify that so far as the records of this office are

concerned, Tyler Timothy Henry is a member of the bar of this Court in

good standing.

**Witness** my hand and seal of said Court

This 7th day of June

A.D. 2024

By: _Afeline Clayman_
Deputy Clerk