**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States, et al.,

                Plaintiffs,

1: 24 CV 3973 (AS)

-against-

**ORDER FOR ADMISSION**
**PRO HAC VICE**

Live Nation Entertainment, Inc., et al.,

                Defendants.

The motion of Tyler T. Henry, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Virginia; and that his contact information is as follows:

Applicant's Name: Tyler T. Henry

Firm Name: Virginia Office of the Attorney General

Address: 202 N 9th Street

City/ State/ Zip: Richmond, VA 23219

Telephone/ Fax: 804-692-0485/804-786-0122

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Commonwealth of Virginia in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                  United States District/ Magistrate Judge