AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973-AS |
| Live Nation Entertainment, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Illinois.

Date: 06/18/2024

/s/ Richard S. Schultz
*Attorney's signature*

Richard S. Schultz, IL Bar #6181379
*Printed name and bar number*

Office of the Illinois Attorney General
Antitrust Bureau
115 S. LaSalleStreet, Floor #23
Chicago, IL 60603
*Address*

Richard.Schultz@ilag.gov
*E-mail address*

(872) 272-0996
*Telephone number*

(312) 814-4209
*FAX number*