AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973-AS |
| Live Nation Entertainment, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff State of South Carolina.

Date:   06/12/2024

/s/ Danielle A. Robertson
*Attorney's signature*

Danielle A. Robertson (SC Bar #105846, pro hac vice)
*Printed name and bar number*

South Carolina Attorney General's Office
P.O. Box 11549
Columbia, South Carolina 29211
*Address*

DaniRobertson@scag.gov
*E-mail address*

(803) 734-8044
*Telephone number*

*FAX number*