IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert Bernheim, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Arizona in the above captioned action.

I am in good standing of the bar of the State of Arizona and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 19, 2024

Respectfully Submitted,

/s/ *Robert Bernheim*
Robert Bernheim
Unit Chief Counsel
Antitrust & Privacy Unit
Arizona Office of Attorney General

400 W. Congress St., Suite S-215
Tucson, Arizona 85701
Robert.Bernheim@azag.gov

*Counsel for Plaintiff State of Arizona*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Robert Bernheim, hereby state:

1. I am admitted to practice before the courts of the State of Arizona and I am an attorney for the State of Arizona through the Arizona Office of Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 5, 2024

Respectfully Submitted,

*[signature]*

Robert Bernheim
Unit Chief Counsel
Antitrust & Privacy Unit
Arizona Office of Attorney General
400 W. Congress St., Suite S-215
Tucson, Arizona 85701
(520) 628-6507
Robert.Bernheim@azag.gov

*Counsel for Plaintiff State of Arizona*

State of Arizona County of Pima
The foregoing instrument was acknowledged before me this 5th day of June, 2024
by Robert Bernheim



ALLISON C. ACEVEDO
Notary Public - State of Arizona
PIMA COUNTY
Commission # 612573
Expires July 31, 2025

*[signature]*
NOTARY PUBLIC
My Commission Expires 07/31/2025

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

---

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### ROBERT ALAN BERNHEIM

was on the 8th day of November, 2006 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 13th day of June, 2024.

TRACIE K. LINDEMAN, Clerk

By _Ana Ramirez_
Ana Ramirez
Deputy Clerk III



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **ROBERT ALAN BERNHEIM**, was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 8, 2006, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  06-06-2024

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS49241679678

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300 (TDD) 602-452-3545

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Robert Bernheim for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Arizona; and that his contact information is as follows:

Robert Bernheim
Unit Chief Counsel
Antitrust & Privacy Unit
Arizona Office of Attorney General
400 W. Congress St., Suite S-215
Tucson, Arizona 85701
(520) 628-6507
Robert.Bernheim@azag.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Arizona in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District / Magistrate Judge