UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.
                  Plaintiff,

-against-

Live Nation Entertainment, Inc. and
Ticketmaster, LLC
                  Defendant.

1:24 cv 03973 ( AS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Yale A. Leber, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of New Jersey; and that his/her contact information is as follows (please print):

    Applicant's Name: Yale A. Leber
    Firm Name: New Jersey Office of Attorney General
    Address: 124 Halsey Street, 5th Floor
    City / State / Zip: Newark, NJ 07101
    Telephone / Fax: (862) 381-4150

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for State of New Jersey in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 20, 2024

                                                    United States District / Magistrate Judge