AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br> *Plaintiff* <br> v. <br> LIVE NATION ENTERAINMENT, et al., <br> *Defendant* | ) <br> ) <br> )  Case No.  1:24-cv-03973-AS <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff State of Florida.

Date: 06/20/2024

/s/ Lizbeth A. Brady
*Attorney's signature*

Lizbeth A. Brady
*Printed name and bar number*

Florida Attorney General's Office
PL-01, The Capitol
Tallahassee, Florida 32399

*Address*

Liz.Brady@myfloridalegal.com
*E-mail address*

(850) 414-3300
*Telephone number*

*FAX number*