AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973-AS |
| Live Nation Entertainment, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of New Jersey.

Date: 06/20/2024

/s/ Yale A. Leber
*Attorney's signature*

Yale A. Leber, NJ Bar # 207732017
*Printed name and bar number*
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101

*Address*

Yale.Leber@law.njoag.gov
*E-mail address*

(862) 381-4150
*Telephone number*

*FAX number*