AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:24-cv-3973 |
| Live Nation Entertainment, Inc. and Ticketmaster, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Oregon                                                                  .


Date:     06/21/2024                                  /s/ Tim D. Nord
                                                        *Attorney's signature*


                                              Tim D. Nord, OSB#882800
                                              *Printed name and bar number*
                                              Oregon Department of Justice
                                              100 SW Market Street
                                              Portland, OR 97201


                                              *Address*


                                              Tim.D.Nord@doj.oregon.gov
                                              *E-mail address*


                                              (503) 934-4400
                                              *Telephone number*


                                              (503) 378-5017
                                              *FAX number*