**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>et al.,<br><br>               Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Robert Bernheim for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Arizona; and that his contact information is as follows:

Robert Bernheim
Unit Chief Counsel
Antitrust & Privacy Unit
Arizona Office of Attorney General
400 W. Congress St., Suite S-215
Tucson, Arizona 85701
(520) 628-6507
Robert.Bernheim@azag.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Arizona in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated:  June 21, 2024

_____

United States District / Magistrate Judge