UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>　　　　　　*Defendants*. | Case No. 1:24-cv-03973 (AS)(SLC) |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 1.4, please enter the appearance of the undersigned Trial Attorney in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated:　　June 24, 2024　　By:　　*/s/ John Reed Thornburgh II*
　　　　　　　　　　　　　　　　　John Reed Thornburgh II
　　　　　　　　　　　　　　　　　DC Bar #1044137
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　450 Fifth Street NW, Suite 7000
　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　Tel: (202) 803-1168
　　　　　　　　　　　　　　　　　John.Thornburgh@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated:  June 24, 2024                                                                 */s/ John Reed Thornburgh II*