IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, L.L.C. <br><br> *Defendants*. | Case No.: 24-cv-03973 <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Daniel R. Betancourt for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

  Applicant's Name:  Daniel R. Betancourt
  Firm Name: Office of the Illinois Attorney General, Antitrust Bureau
  Address: 115 S. LaSalle Street, Floor 23
  City/State/Zip: Chicago, IL 60603
  Telephone: (312) 415-7945

Application having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Illinois in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                United States District / Magistrate Judge