UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Antitrust Division<br>450 Fifth Street N.W., Suite 4000<br>Washington, DC 20530<br><br>STATE OF ARIZONA<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br><br>STATE OF ARKANSAS<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br><br>STATE OF CALIFORNIA<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br><br>STATE OF COLORADO<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br><br>STATE OF CONNECTICUT<br>165 Capitol Avenue<br>Hartford, CT 06106<br><br>DISTRICT OF COLUMBIA<br>400 Sixth Street, N.W.<br>Washington, DC 20001<br><br>STATE OF FLORIDA<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br><br>STATE OF ILLINOIS<br>115 S. LaSalle Street, Floor 23<br>Chicago, IL 60603<br><br>STATE OF MARYLAND<br>200 St. Paul Place, 19th Floor<br>Baltimore, MD 21202 | AFFIDAVIT OF JONATHAN S.<br>COMISH IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE<br>1:24–cv–3973 |

COMMONWEALTH OF MASSACHUSETTS
One Ashburton Place, 18th Floor
Boston, MA 02108

STATE OF MICHIGAN
525 W Ottawa St.
Lansing, MI 48933

STATE OF MINNESOTA
445 Minnesota Street
Saint Paul, MN 55101

STATE OF NEVADA
8945 West Russell Road., Suite 204
Las Vegas, Nevada 89148

STATE OF NEW HAMPSHIRE
1 Granite Place South
Concord, NH 03301

STATE OF NEW JERSEY
124 Halsey Street, 5th Floor
Newark, NJ 07101

STATE OF NEW YORK
28 Liberty Street
New York, NY 10005

STATE OF NORTH CAROLINA
P.O. Box 629
Raleigh, NC 27602

STATE OF OHIO
30 E. Broad Street, 26th Floor
Columbus, OH 43215

STATE OF OKLAHOMA
15 West 6th Street
Suite 1000
Tulsa, OK 74119

STATE OF OREGON
1162 Court Street, N.E.
Salem, OR 97301

COMMONWEALTH OF PENNSYLVANIA
Strawberry Square, 14th Floor
Harrisburg, PA 17120

STATE OF RHODE ISLAND
150 South Main Street
Providence, RI 02903

STATE OF SOUTH CAROLINA
P.O. Box 11549
Columbia, South Carolina 29211

STATE OF TENNESSEE
P.O. Box 20207
Nashville, TN 37202

STATE OF TEXAS
P.O. Box 12548
Austin, TX 78711-2548

COMMONWEALTH OF VIRGINIA
202 N. 9th Street
Richmond, VA 23219

STATE OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

STATE OF WEST VIRGINIA
1900 Kanawha Boulevard East
Capitol Complex
Building 6, Suite 401
Charleston, WV 25305

STATE OF WISCONSIN
P.O. Box 7857
Madison, Wisconsin 53707

and

STATE OF WYOMING
109 State Capitol
Cheyenne, WY 82002,

*Plaintiffs*,

v.

LIVE NATION ENTERTAINMENT, INC.
9348 Civic Center Drive
Beverly Hills, CA 90210

and

TICKETMASTER L.L.C.
9348 Civic Center Drive
Beverly Hills, CA 90210,

*Defendants.*

## AFFIDAVIT OF JONATHAN S. COMISH
## IN SUPPORT OF MOTION TO ADMIT
## <u>COUNSEL PRO HAC VICE</u>

Jonathan S. Comish, being duly sworn, hereby deposes and says as follows:

1.    I am an Assistant Attorney General in the Corporate Oversight Division of the Michigan Department of Attorney General.

2.    I submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter.

3.    As shown in the Certificate of Good Standing attached hereto, I am a member in good standing to the Bar of the State of Michigan.

4.    As shown in the Certificate of Good Standing attached hereto, I am a member in good standing to the Bar of the State of South Carolina.

5.    There are no pending disciplinary proceedings against me in any state or federal court.

6.    I have not been convicted of a felony.

7.    I have not been censured, suspended, disbarred or denied admission or readmission by any court.

1

8. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate Pro Hac Vice in this one case for the State of Michigan.

Dated: 6/18

Jonathan S. Comish
Assistant Attorney General
Corporate Oversight Division
525 West Ottawa Street
P.O. Box 30736
Lansing, MI 48909
517-335-7632
ComishJ@michigan.gov

Subscribed and sworn to before me
This 18th day of June, 2024

Sarah J. Schulte, Notary Public
Clinton County, Acting In
Ingham County, Michigan
My Commission Expires: 11/24/2028

2

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Jonathan Comish*

was admitted to the practice of law in the courts of the State of Michigan on

*November 3, 2022*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: May 30, 2024

_____
Clerk

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Jonathan Scott Comish (Jonathan S. Comish) was duly sworn and admitted as an attorney in this state on November 17, 2014 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

May 28, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.