**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | Case No. 1:24-cv-03973-AS-SLC |
| v. | **NOTICE OF MOTION** |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C., | **TO ADMIT COUNSEL** *PRO HAC VICE* |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Timothy L. O'Mara, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C., in the above-captioned action.

I am a member in good standing of the bar of the State of California and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

*[Signature on following page]*

| | |
|---|---|
| Dated: June 25, 2024<br>San Francisco, CA | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>*/s/ Timothy L. O'Mara*<br>Timothy L. O'Mara<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: tim.o'mara@lw.com<br><br>*Attorneys for Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* |