# EXHIBIT B

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>COUNTY OF HALIFAX<br><br>FILED<br>2015 DEC -1  AM 10: 06<br>HALIFAX COUNTY, C.S.C. | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>FILE NO. <u>15 CVS 767</u> |

LOTONYA SILVER, INDIVIDUALLY AND AS )
   GUARDIAN *AD LITEM* OF BRIANNA SILVER )
SILVER, LARRY SILVER, III AND DOMINICK )
SILVER; BRENDA SLEDGE, INDIVIDUALLY )
AND AS GUARDIAN *AD LITEM* OF ALICIA )
JONES; FELICIA SCOTT, INDIVIDUALLY AND )
AS GUARDIAN *AD LITEM* OF JAMIER SCOTT, )
HALIFAX COUNTY BRANCH #5401 )
NATIONAL ASSOCIATION FOR THE )
ADVANCEMENT OF COLORED PEOPLE, )
COALITION FOR EDUCATION AND )
ECONOMIC SECURITY, )
                   PLAINTIFFS, )
                           )
      V. )
                           )
THE HALIFAX COUNTY BOARD OF COMMISSIONERS, )
                   DEFENDANT. )

ORDER
PLAINTIFFS' MOTION FOR
*PRO HAC VICE*
ADMISSION OF
ATTORNEYS

    THIS CAUSE coming on to be heard and being heard before the undersigned Superior Court Judge presiding at the October 2, 2015 Special Session of Superior Court for Halifax County on the Plaintiff's Motions pursuant to N.C. Gen. Stat. §84-4.1 for *pro hac vice* admission to practice before this Court of nine attorneys domiciled in other states and the District of Colombia and, having reviewed the pleadings, motions and applications for admission, the memoranda and arguments of counsel for the Plaintiffs and counsel for the Defendant, the Court has determined that each of the applications meet the requirements of N.C. Gen. Stat. §84-4.1 for *pro hac vice* admission to practice before this Court; and the Court, in the exercise of its sound discretion, allows the Plaintiffs' motion and application for admission to practice of Maura Eileen O'Connor to practice in the General Court of Justice of North Carolina for the purpose of appearing for the Plaintiffs herein and the Court, in the exercise of its sound discretion, denies the Plaintiffs' motions

and applications for admission to practice of Katherine Larkin-Wong, Alfred C. Pfeiffer, Jr., Charles F. Taylor, Alicia Jovais, Adam S. Sieff, Lawrence E. Butterman, Janice Wang and Brenda L. Shum to practice in the General Court of Justice of North Carolina for the purpose of appearing for the Plaintiffs in the above captioned civil action.

ORDER

NOW, THEREFORE, IT IS ORDERED that EILEEN O'CONNOR be, and she hereby is, ADMITTED to practice in the General Court of Justice of North Carolina pursuant to N.C. Gen. Stat. §84-4.1 for the purpose of appearing for her clients in the above captioned civil action.

FURTHER, IT IS ORDERED that KATHERINE LARKIN-WONG, ALFRED C. PFEIFFER, JR., CHARLES F. TAYLOR, ALICIA JOVAIS, ADAM S. SIEFF, LAWRENCE E. BUTTERMAN, JANICE WANG and BRENDA L. SHUM are DENIED admission to practice in the General Court of Justice of North Carolina pursuant to N.C. Gen. Stat. §84-4.1 for the purpose of appearing for the Plaintiffs in the above captioned civil action.

This the 23rd day of November, 2015.

_____
W. RUSSELL DUKE, JR.
SUPERIOR COURT JUDGE PRESIDING