UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br><br>　　　　　　　　　Defendants. | Case No. 1:24-cv-03973-AS-SLC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-captioned action:

> Jennifer L. Giordano
> Latham & Watkins LLP
> 555 Eleventh Street, NW, Suite 1000
> Washington, D.C. 20004
> Telephone: (202) 637-2200
> Facsimile: (202) 637-2201
> Email: jennifer.giordano@lw.com

Dated: June 25, 2024
　　　Washington, D.C.

Respectfully Submitted,

**LATHAM & WATKINS LLP**

*/s/ Jennifer L. Giordano*
Jennifer L. Giordano
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: jennifer.giordano@lw.com

*Attorneys for Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*