**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br><br>                Defendants. | Case No. 1:24-cv-03973-AS-SLC<br><br>**DECLARATION OF ANDREW M. GASS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, ANDREW M. GASS, declare as follows:

1. I am a member of the law firm of Latham & Watkins LLP, and I am counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *pro hac vice*.

3. I am a member in good standing of the bar of the State of California and was admitted on December 5, 2008.

4. I attach a certificate of good standing from the Supreme Court of the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my motion for admission *pro hac vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

2

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2024

*/s/ Andrew M. Gass*
Andrew M. Gass