UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, et al.,

                Plaintiffs,

      v.

LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,

                Defendants.

Case No. 1:24-cv-03973-AS-SLC

**DECLARATION OF KELLY S. FAYNE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, KELLY S. FAYNE, declare as follows:

1. I am a member of the law firm of Latham & Watkins LLP, and I am counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *pro hac vice*.

3. I am a member in good standing of the bar of the State of California and the bar of the District of Columbia and was admitted on November 28, 2009 and September 10, 2010, respectively.

4. I attach certificates of good standing from the Supreme Court of the State of California and the District of Columbia Court of Appeals, which were issued within thirty days of this filing, as **Exhibit A** to my motion for admission *pro hac vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.      I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2024

                                                              */s/ Kelly S. Fayne*
                                                              Kelly S. Fayne