UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *et al.,*

           Plaintiffs,

 against-

LIVE NATION ENTERTAINMENT, INC.
and TICKETMASTER L.L.C.,

           Defendants.

Case No. 1:24-CV-03973-AS-SLC

NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that David R. Marriott, of the law firm Cravath, Swaine & Moore LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.LC. ("Ticketmaster") in the above-captioned action.

Dated: New York, New York
    June 25, 2024

                Respectfully Submitted,

                CRAVATH, SWAINE & MOORE LLP,

                */s/ David R. Marriott*
                David R. Marriott

                Two Manhattan West
                375 Ninth Avenue
                New York, NY 10001
                (212) 474-1430
                dmarriott@cravath.com

                *Attorney for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*