UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                                        Plaintiffs,<br><br>    -against-<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and TICKETMASTER L.L.C.,<br><br>                                        Defendants. | Case No. 1:24-CV-03973-AS-SLC |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Lauren A. Moskowitz, of the law firm Cravath, Swaine & Moore LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster") in the above-captioned action.

Dated: New York, New York
       June 25, 2024

                                                            Respectfully Submitted,

                                                            CRAVATH, SWAINE & MOORE LLP,

                                                            */s/ Lauren A. Moskowitz*
                                                            Lauren A. Moskowitz

                                                            Two Manhattan West
                                                            375 Ninth Avenue
                                                            New York, NY 10001
                                                            (212) 474-1648
                                                            lmoskowitz@cravath.com

                                                            *Attorney for Defendants Live Nation*
                                                            *Entertainment, Inc. and Ticketmaster*
                                                            *L.L.C.*