UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, *et al.*,

                            Plaintiffs,

      -against-

LIVE NATION ENTERTAINMENT, INC.
and TICKETMASTER L.L.C.,

                            Defendants.

Case No. 1:24-CV-03973-AS-SLC

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicole Peles, of the law firm Cravath, Swaine & Moore LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster") in the above-captioned action.

Dated: New York, New York
            June 25, 2024

                                      Respectfully Submitted,

                                      CRAVATH, SWAINE & MOORE LLP,

                                      */s/ Nicole M. Peles*
                                      Nicole M. Peles

                                      Two Manhattan West
                                      375 Ninth Avenue
                                      New York, NY 10001
                                      (212) 474-1624
                                      npeles@cravath.com

                                      *Attorney for Defendants Live Nation*
                                      *Entertainment, Inc. and Ticketmaster*
                                      *L.L.C.*