UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>*Defendants.* | Case No. 1:24-cv-03973 (AS)(SLC)<br>[rel. 1:24-cv-03994 and 1:24-cv-04106] |

**[PROPOSED] CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

After consultation with counsel for Plaintiff United States of America and the Plaintiff States of Arizona, Arkansas, California, Colorado, Connecticut, Florida, Illinois, Maryland, Michigan, Minnesota, Nevada, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Texas, Washington, West Virginia, Wisconsin, and Wyoming, the Commonwealths of Massachusetts, Pennsylvania, and Virginia, and the District of Columbia, acting by and through their respective Attorneys General (collectively, "Plaintiff States"), and Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively "Defendants"), the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. §636(c). The parties are free to withhold consent without adverse substantive consequences.

2. Plaintiffs have demanded that this case be tried to a jury. Defendants contend that Plaintiffs' federal claims are not entitled to a trial by jury and that they have not properly pled, and cannot sustain, non-federal claims triable to a jury.

3. Joinder of additional parties must be accomplished by **August 12, 2024**.

4. Amended pleadings may be filed without leave of Court until **August 12, 2024**.

5. Discovery (in addition to the disclosures required by Fed. R. Civ. P. 26(a)):

    a. Documents. First requests for production of documents, if any, must be served by **July 25, 2024**. Further document requests may be served as required, but no document request may be served later than 30 days prior to the date of the close of fact discovery as set forth in item 5(f) below.

    b. Interrogatories. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York must be served by **February 27, 2025**. No other interrogatories are permitted except upon prior express permission of the Court. No Rule 33.3(a) interrogatories need be served with respect to disclosures automatically required by Fed. R. Civ. P. 26(a).

    c. Experts: Every party-proponent of a claim (including any counterclaim, crossclaim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **July 28, 2025**. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **September 5, 2025**. No

expert testimony (whether designated as "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinions covered by the aforesaid disclosures except upon prior express permission of the Court, application for which must be made no later than 10 days after the date specified in the immediately preceding sentence. All experts may be deposed, but such depositions must occur within the time limit for all depositions as set forth below. [Plaintiffs propose: Every party proponent of a claim (including any counterclaim, crossclaim, or third-party claim) that made Fed. R. Civ. P. 26(a)(2) disclosures must serve rebuttal expert reports, if any, by **October 16, 2025**.] [Defendants propose no addition of a rebuttal expert report, or in the alternative, that every party-opponent be permitted to file a sur-rebuttal report.]

d. <u>Depositions.</u> [Plaintiffs propose: All fact depositions must be completed by **June 27, 2025**.] [Defendants propose: All depositions (including any expert depositions, see item 5(c) above) must be completed by **October 30, 2025**.] Unless counsel agree otherwise or the Court so orders, depositions shall not commence until all parties have completed the initial disclosures required by Fed. R. Civ. P. 26(a)(1) or until four weeks from the date of this Order, whichever is earlier. Depositions shall proceed concurrently, with no party having priority, and no deposition shall extend beyond one business day, absent consent by all sides, except as provided in the Deposition Protocol, without prior leave of the Court.

e. <u>Request to Admit</u>. Requests to Admit, if any, must be served by **May 28, 2025**.

f. All discovery is to be completed by **October 30, 2025**. Interim deadlines for items 5(a-e) above may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the respective fact and expert discovery completion [Plaintiffs propose: dates] date set forth in this paragraph. The discovery

completion dates may be adjourned only upon a showing to the Court of extraordinary circumstances and may not be extended on consent. [Plaintiffs propose: All fact discovery is to be completed by **June 27, 2025**.] [Defendants do not believe the addition of a fact discovery deadline to the Court's model order is necessary.]

6. Post-discovery summary judgment motions in the form prescribed by the Court's Individual Practices shall be served by **November 10, 2025**; answering papers by **December 8, 2025**; and reply papers by **December 22, 2025**. Each party must file its respective papers on the same date that such papers are served.

7. A final pre-trial conference shall be held on [date to be inserted by the Court]. The timing and other requirements for the Joint Pretrial Order and/or other pre-trial submissions shall be governed by the Court's Individual Practices.

8. Jury selection (if applicable) and trial shall commence on [date to be inserted by the Court].

9. All motions and applications shall be governed by Judge Subramanian's Individual Practices. Counsel shall promptly familiarize themselves with all of the Court's Individual Practices, as well as with the Local Rules for the United States District Court for the Southern District of New York.

**SO ORDERED.**

Dated: _____, 2024  
New York, New York

_____  
ARUN SUBRAMANIAN  
United States District Judge