AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al.<br>*Plaintiff*<br>v.<br>LIVE NATION ENTERTAINMENT, INC., et al.<br>*Defendant* | Case No. 1:24-cv-03973 (AS) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   06/25/2024

/s/ Lorraine Van Kirk
*Attorney's signature*

Lorraine Van Kirk, CA Bar # 287192
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Golden Gate Avenue, Ste. 10-0101
San Francisco, CA 94102
*Address*

lorraine.vankirk@usdoj.gov
*E-mail address*

(202) 826-8830
*Telephone number*

(202) 514-7308
*FAX number*