UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, *et al.*,

                                          Plaintiffs,

        -against-

LIVE NATION ENTERTAINMENT, INC.
and TICKETMASTER L.L.C.,

                                          Defendants.

Case No. 1:24-CV-03973-AS-SLC

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jesse M. Weiss, of the law firm Cravath, Swaine & Moore LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster") in the above-captioned action.

Dated: New York, New York
             June 26, 2024

                                                Respectfully Submitted,

                                                CRAVATH, SWAINE & MOORE LLP,

                                                */s/ Jesse M. Weiss*
                                                Jesse M. Weiss

                                                Two Manhattan West
                                                375 Ninth Avenue
                                                New York, NY 10001
                                                (212) 474-1421
                                                jweiss@cravath.com

                                                *Attorney for Defendants Live Nation*
                                                *Entertainment, Inc. and Ticketmaster*
                                                *L.L.C.*