**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, et al.,

                Plaintiffs,

      v.

LIVE NATION ENTERTAINMENT, INC.
and TICKETMASTER L.L.C.,

                Defendants.

Case No. 1:24-cv-03973-AS-SLC

**ORDER GRANTING MOTION TO
ADMIT COUNSEL  *PRO HAC
VICE***

       The motion of Robin L. Gushman for admission to practice *pro hac vice* in the above-captioned matter is granted.

       Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

       Applicant's Name: Robin L. Gushman

       Firm Name: Latham & Watkins LLP

       Address: 505 Montgomery Street, Suite 2000

       City/State/Zip: San Francisco, CA 94111

       Telephone: (415) 391-0600

       Facsimile: (415) 395-8095

       Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,  in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____June 26_____, 2024

_____

United States District Judge Arun Subramanian