**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br><br>         Defendants. | Case No. 1:24-cv-03973-AS-SLC<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL <u>*PRO HAC VICE*</u>** |

  The motion of Kelly S. Fayne for admission to practice *pro hac vice* in the above-captioned matter is granted.

  Applicant has declared that she is a member in good standing of the bar of the State of California and the bar of the District of Columbia; and that her contact information is as follows:

  Applicant's Name: <u>Kelly S. Fayne</u>
  Firm Name: <u>Latham & Watkins LLP</u>
  Address: <u>505 Montgomery Street, Suite 2000</u>
  City/State/Zip: <u>San Francisco, CA 94111</u>
  Telephone: <u>(415) 391-0600</u>
  Facsimile: <u>(415) 395-8095</u>

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C., in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 26, 2024

_____
United States District Judge Arun Subramanian