## AFFIDAVIT IN SUPPORT OF MOTION FOR
## ADMISSION TO PRACTICE PRO HAC VICE

I, Bryn A. Williams, swear and affirm that:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

3. There are no disciplinary proceedings presently against me in any jurisdiction.

Dated: 06/24/2024

*/s/ Bryn W.*

Bryn A. Williams

Subscribed and affirmed, or sworn to before me in the County of Denver,

State of Colorado, this 24th day of June, 20 24.

My commission expires: 10/31/2026

Notary Public: _____

JEANETTE R. MURPHY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164038206
MY COMMISSION EXPIRES OCTOBER 31, 2026

1