UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC, <br><br> Defendants. | 24-CV-3973 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Thursday's initial pretrial conference will take place in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

For those who want to attend the conference remotely, they may call (646) 453-4442 and enter the Phone Conference ID: 235 716 888, followed by the pound (#) sign. Those who dial in must keep their lines muted at all times.

SO ORDERED.

Dated: June 26, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge