# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

## David Curtis Smith

was admitted to practice as an attorney and counsellor at the bar of this Court on November 3, 2010.

I further certify that so far as the records of this office are concerned, David Curtis Smith is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 7th day of June

A.D. 2024

By: _____

Deputy Clerk