IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Connor Nolan, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Arizona in the above captioned action.

I am in good standing of the bar of the State of Arizona and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 6, 2024

Respectfully Submitted,

/s/ *Connor Nolan*
Connor Nolan
Assistant Attorney General
Antitrust & Privacy Unit
Arizona Office of Attorney General

2005 N Central Avenue
Phoenix, Arizona 85004
Connor.Nolan@azag.gov

*Counsel for Plaintiff State of Arizona*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF FOR MOTION ADMISSION PRO HAC VICE**

I, Connor Nolan, hereby state:

1. I am admitted to practice before the courts of the State of Arizona and I am an attorney for the State of Arizona through the Arizona Office of Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: June 05, 2024

Respectfully Submitted,

*Connor Nolan* (signature)

Connor Nolan
Assistant Attorney General
Antitrust & Privacy Unit
Arizona Office of Attorney General
2005 N Central Avenue
Phoenix, Arizona 85004
(602) 542-8766
Connor.Nolan@azag.gov

*Counsel for Plaintiff State of Arizona*

Subscribed and sworn before me this 5th day of June, 2024
by Connor Nolan.



*Irma Hentges* (signature)
NOTARY PUBLIC

IRMA HENTGES
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 656750
Expires September 17, 2027

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### CONNOR BRADLEY NOLAN

was on the 7th day of March, 2023 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 13th day of June, 2024.

TRACIE K. LINDEMAN, Clerk

By *Ana Ramirez*
Ana Ramirez
Deputy Clerk III



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CONNOR BRADLEY NOLAN,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on March 7, 2023, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  06-11-2024

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS49629FD9E69

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300  (TDD) 602-452-3545

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Connor Nolan for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Arizona; and that his contact information is as follows:

Connor Nolan
Assistant Attorney General
Antitrust & Privacy Unit
Arizona Office of Attorney General
2005 N Central Avenue
Phoenix, Arizona 85004
(602) 542-8766
Connor.Nolan@azag.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Arizona in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                          United States District / Magistrate Judge