**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | Case No. 1:24-cv-03973-AS-SLC |
| v. | DECLARATION OF LINDSEY S. CHAMPLIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C., | |
| Defendants. | |

I, LINDSEY S. CHAMPLIN, declare as follows:

1. I am a member of the law firm of Latham & Watkins LLP, and I am counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *pro hac vice*.

3. I am a member in good standing of the bar of the Commonwealth of Virginia and the bar of the District of Columbia and was admitted on October 31, 2011 and July 13, 2012, respectively.

4. I attach a certificate of good standing from the Supreme Court of the Commonwealth of Virginia and the District of Columbia Court of Appeals, which were issued within thirty days of this filing, as **Exhibit A** to my motion for admission *pro hac vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.     I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2024

*/s/ Lindsey S. Champlin*
Lindsey S. Champlin