**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br><br>                Defendants. | Case No. 1:24-cv-03973-AS-SLC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL <u>_PRO HAC VICE_</u>** |

The motion of Lindsey S. Champlin for admission to practice _pro hac vice_ in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Virginia and the bar of the District of Columbia; and that her contact information is as follows:

    Applicant's Name: <u>Lindsey S. Champlin</u>
    Firm Name: <u>Latham & Watkins LLP</u>
    Address: <u>555 Eleventh Street, NW, Suite 1000</u>
    City/State/Zip: <u>Washington, D.C. 20004</u>
    Telephone: <u>(202) 637-2200</u>
    Facsimile: <u>(202) 637-2201</u>

Applicant having requested admission _pro hac vice_ to appear for all purposes as counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C., in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2024

_____
United States District Judge Arun Subramanian