UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States, et al.,

                 Plaintiffs,

        -against-

1: 24 CV 3973 (AS)

**ORDER FOR ADMISSION
PRO HAC VICE**

Live Nation Entertainment, Inc., et al.,

                 Defendants.

The motion of David C. Smith, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and Washington-District of Columbia; and that his contact information is as follows (please print):

Applicant's Name: David C. Smith

Firm Name: Virginia Office of the Attorney General

Address: 202 N 9th Street

City/ State/ Zip: Richmond, VA 23219

Telephone/ Fax: 804-692-0588/804-786-0122

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Commonwealth of Virginia in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 28, 2024

                                                                United States District/ Magistrate Judge