# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,  Plaintiffs,<br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC<br><br>Defendants. | 1:24 Civ. 03973 ( AS )<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __I, Nicole Demers,__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __the State of Connecticut__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Connecticut and New York__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 9, 2024        Respectfully Submitted,

Applicant Signature: _Nicole Demers_
Applicant's Name: Nicole Demers
Firm Name: Office of the Connecticut Attorney General
Address: 165 Capitol Avenue
City/State/Zip: Hartford, CT  06106
Telephone/Fax: 860-808-5030
Email: nicole.demers@ct.gov