# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1:24-cv-03973-AS |
| Plaintiff, | |
| v. | **AFFIDAVIT IN SUPPORT OF** |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC, | **MOTION FOR PRO HAC VICE** |
| Defendants. | |

Pursuant to Local Rule 1.3, I, Nicole Demers, hereby declares the following:

1.  I have never been convicted of a felony.

2.  There are no pending disciplinary proceedings against me in any jurisdiction.

3.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

Dated this 9th day of July 2024.

_____
Nicole Demers, Declarant

Subscribed and affirmed, or sworn to before me in the County of ___Hartford___,

State of ___Connecticut___, this ___9th___ day of ___July___, 20__24__.

My commission expires ___11/30/28___

Notary Public: _____

NOTARY SEAL: LINDA T. HAWES, NOTARY PUBLIC, MY COMMISSION EXPIRES 11/30/28, STATE OF CONNECTICUT