# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Supreme Court at* **Hartford** *on the* **31st** *day of* **October, 2005**

**Nicole A. Demers**

of

**Cheshire, CT**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **June 14, 2024**

**Carl D. Cicchetti**
*Chief Clerk*