AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-03973 (AS) (SLC) |
| LIVE NATION ENTERTAINMENT, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America. .

Date:     07/12/2024

/s/ Chinita Sinkler
*Attorney's signature*

Chinita Sinkler, MD Bar # 9812170150
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
*Address*

chinita.sinkler@usdoj.gov
*E-mail address*

(202) 677-1531
*Telephone number*

*FAX number*