# APPENDIX A

## Statutes of Limitations for State Law Claims

| Claim | State | Statute of Limitations |
|---|---|---|
| 6 | Arkansas | 5 years.  Ark. Code §§ 4-75-320, 4-75-217. |
| 7 | California | 4 years.  Cal. Bus. & Prof. Code § 17208. |
| 8 | District of Columbia | 4 years.  D.C. Code § 28-4511. |
| 9 | Florida | 4 years.  Fla. Stat. §§ 501.207(5), 542.26. |
| 10 | Illinois | 4 years.  740 ILCS 10/6(2), 10/7(2). |
| 11 | Maryland | 4 years.  Md. Code, Com. Law § 11-209(d). |
| 12 | Michigan | 4 years.  Mich. Comp. Laws § 445.781. |
| 13 | Minnesota | 4 years.  Minn. Stat. § 325D.64. |
| 14 | Nevada | 4 years.  Nev. Rev. Stat. § 598A.220. |
| 15 | New Hampshire | 4 years.  N.H. Rev. Stat.  § 356.12. |
| 16 | New Jersey | 4 years.  N.J. Stat. § 56:9-14. |
| 17 | New York | 3 years.  *See* N.Y. Gen. Bus. Law §§ 342 & 342-a; N.Y. Exec. § 63(12); *People ex rel. Spitzer v. Pharmacia Corp.*, 27 Misc. 3d 368, 373, (N.Y. Sup. 2010). |
| 18 | Ohio | 4 years.  Ohio Rev. Code § 1331.12. |
| 19 | Oregon | 4 years.  Or. Rev. Stat. § 646.800. |
| 20 | Rhode Island | 4 years.  R.I. Gen. L. § 6-36-23. |
| 21 | South Carolina | 3 years.  S.C. Code § 39-5-150. |
| 22 | Tennessee | None.  Tenn. Code §§ 47-25-104, 28-1-113. |
| 23 | Texas | 4 years.  Tex. Bus. & Com. Code § 15.25(a). |
| 24 | Virginia | 4 years.  Va. Code § 59.1-9.14A. |
| 25 | Washington | 4 years.  Wash. Rev. Code § 19.86.120. |
| 26 | West Virginia | 4 years.  W.V. Code § 47-18-11. |
| 27 | Wisconsin | 6 years.  Wis. Stat. § 133.18(2). |