AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cv-03973 (AS) |
| LIVE NATION ENTERTAINMENT, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America.

Date:  07/19/2024

/s/ Alex Cohen
*Attorney's signature*

Alex Cohen, NY Bar No. 5303011
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
*Address*

alex.cohen@usdoj.gov
*E-mail address*

(347) 244-2502
*Telephone number*

*FAX number*