# EXHIBIT E

Learn more about LSEG

Legal Industry | People Moves | Regulatory Oversight | Competitive Intelligence | Legal Industry

# Live Nation hires ex-Latham antitrust chief Dan Wall

By Sara Merken

February 6, 2023 9:11 AM EST · Updated a year ago

The logo and trading information for Live Nation Entertainment is displayed on a screen on the floor at the New York Stock Exchange (NYSE) in New York, U.S., May 3, 2019. REUTERS/Brendan McDermid

Companies Law Firms

Live Nation Entertainment Inc

Follow

Ticketmaster Advance Tickets, L.l.c.

Follow

Feb 6 - Live Nation Entertainment has hired one of its former longtime outside attorneys, veteran antitrust lawyer Dan Wall, as the Ticketmaster owner faces U.S. antitrust scrutiny.

Wall, who retired from law firm Latham & Watkins last week, joins Live Nation as executive vice president for corporate and regulatory affairs, the Beverly Hills, California-based company said in a Thursday announcement.

Live Nation said Wall, a former chair of Latham's antitrust practice, was a "key advisor" to the company for more than 12 years while at the law firm.

Wall said in an interview Friday that he first discussed joining Live Nation in an advisory role with company executives more than three years ago, before delaying his retirement from Latham when the pandemic took hold. He officially retired from the firm on Jan. 31.

Wall said his position, which is not in the company's legal department, is "intended to capture the high-profile things that are happening at any moment in time," including fallout from a botched sale of Taylor Swift concert tickets last year.

Advertisement · Scroll to continue

Reuters
My News

The entertainment company has faced increased regulatory scrutiny from U.S. lawmakers in recent months, including after Ticketmaster was forced to cancel a planned ticket sale to the general public for Swift's tour after more than 3.5 billion requests from fans, bots and scalpers overwhelmed its website in November.

Advertisement · Scroll to continue

Fans and lawmakers have criticized Ticketmaster, accusing it of having too much control over the market for concert tickets. Ticketmaster has denied any anticompetitive practices and remains under a consent decree with the Justice Department following its 2010 merger.

Live Nation president and chief financial officer Joe Berchtold told a U.S. Senate Judiciary Committee hearing last month that he apologized to fans.

Advertisement · Scroll to continue

At Latham, Wall was also a leader of the defense team for American Airlines Group at trial last year in Boston in the Justice Department's case to block its partnership with rival JetBlue Airways Corp. A judge has not yet ruled in the case. Other clients have included insurance broker Aon plc and technology company Broadcom Inc.

Rich Trobman, chair and managing partner of Latham, in a statement said Wall "is a brilliant antitrust lawyer and a preeminent practitioner" who played a key role in the firm's antitrust practice.

> Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Additional reporting by Mike Scarcella

Our Standards: **The Thomson Reuters Trust Principles.**

Purchase Licensing Rights



**Sara Merken**
Thomson Reuters

Sara Merken reports on the business of law, including legal innovation and law firms in New York and nationally.

 

## Read Next / Editor's Picks

Antitrust
**Tesla swaps law firms in antitrust case as Cravath exits**
9:03 PM UTC

Legal Ethics
**Former Alaska judge had potential conflicts in 23 cases, prosecutors say**
12:27 AM UTC

Judiciary
**US judiciary to consider new ethical guidance for law clerk hiring**
July 15, 2024

Legal Ethics
**Law firm Milberg skirts sanctions over fake claims in credit card fees case**
July 15, 2024

## Sponsored Content

Dianomi

How to Cash in on Nvidia's Trillion-Dollar AI Pivot

Sponsored by
Weiss Ratings

Summer Stock Alert: Prepare for a “cash avalanche”

Sponsored by
Chaikin Analytics

A ready book of business is how we do business.

Sponsored by
Fidelity Investments

## Sponsored Content

Dianomi

Summer Stock Alert: Prepare for a “cash avalanche”
Sponsored by Chaikin Analytics

Wall Street Legend: "Prepare now for this rare stock market event"
Sponsored by Stansberry Research

How to Cash in on Nvidia's Trillion-Dollar AI Pivot
Sponsored by Weiss Ratings

Shop naturally cooling and award winning, certified organic mattresses
Sponsored by Avocado Green Mattress

You focus on financial planning. We focus on you.
Sponsored by Fidelity Investments

7 Retirement Income Strategies Once Your Portfolio Reaches $1 Million
Sponsored by Fisher Investments

## Industry Insight >

Legal

**Trump hush money sentencing delayed to September, weeks before US election**

Luc Cohen, Susan Heavey

July 2, 2024

Legal

**Lawyer fired from law firm Husch Blackwell admits to tax crimes**

David Thomas

May 22, 2024

Legal

**Harvard hires law firm King & Spalding amid US House probe**

Mike Scarcella, David Thomas

January 24, 2024

Legal

**Attorneys with disabilities are rare at law firms. It doesn't have to be that way, group says.**

Karen Sloan

December 5, 2023

## Sponsored Content

Dianomi

7 Rookie Mistakes to Avoid With Financial Advisors
Sponsored by smartasset

Help clients plan for today, tomorrow and beyond.
Sponsored by Fidelity Investments

Summer Stock Alert: Prepare for a "cash avalanche"
Sponsored by Chaikin Analytics

Wall Street Legend: "Prepare now for this rare stock market event"
Sponsored by Stansberry Research

If You Have More Than $1,000, Here Are 8 Money Moves
Sponsored by The Penny Hoarder

7 Ways To Help Generate Income Once Your Portfolio Reaches $500,000
Sponsored by Fisher Investments

## Sponsored Content

Dianomi

NVIDIA's New Silent Partner Could be the Next Superstar
Sponsored by Weiss Ratings

Are You Getting The Best Internet Deal? Compare Providers And Save.
Sponsored by HighSpeedInternet.com

9 Ways To Get Money Without Getting A Job
Sponsored by FinanceBuzz

Best-In-Class Cancer Care
Sponsored by USC Norris Cancer Center

50-year Wall Street Legend Issues July Stock Warning
Sponsored by Chaikin Analytics

Wall Street is Selling NVDA At a Record Rate – Here's Why
Sponsored by Chaikin Analytics

Latest

Home
Authors
Topic sitemap

Media

Videos
Pictures
Graphics

Browse

World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports
Science
Lifestyle

About Reuters

About Reuters
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed

Download the App (iOS)
Download the App (Android)
Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**

The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**DataCatalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

---

**Advertise With Us** **Advertising Guidelines** **Purchase Licensing Rights**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** **Terms of Use** **Privacy** **Digital Accessibility** **Corrections** **Site Feedback**
**Do Not Sell or Share My Personal Information and Limit the Use of My Sensitive Personal Information**

© 2024 Reuters. All rights reserved