UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.<br>    *Defendants.* | Case No. 1:24-cv-03973 (AS)(SLC)<br>[rel. 1:24-cv-03994 and 1:24-cv-04106] |

**DECLARATION OF KIMBERLY TOBIAS IN SUPPORT OF
DEFENDANTS' LETTER-MOTION FOR ENTRY OF PROTECTIVE ORDER**

I, KIMBERLY TOBIAS, pursuant 28 U.S.C. § 1746, declare as follows:

1. I am the Senior Vice President of Litigation for Live Nation Entertainment, Inc. ("Live Nation"), a Defendant in the above-entitled action, and the parent corporation of Defendant Ticketmaster L.L.C. ("Ticketmaster"). I make this Declaration in support of Defendants' Letter-Motion for Entry of Protective Order. The facts set forth herein are based on my personal knowledge; if called upon to do so, I can and will competently testify to these facts.

2. I am a member in good standing of the bar of the State of California.

3. I have worked for Live Nation and Ticketmaster for the past eighteen years. Since 2021, I have held the position of Senior Vice President of Litigation. My responsibilities include managing all aspects of litigations involving Live Nation and Ticketmaster, coordinating with the business teams regarding legal issues and coordinating with outside legal counsel.

4. I do not have any operational responsibilities relating to Live Nation's or Ticketmaster's businesses, and I am not involved in competitive decision-making (*i.e.*, decision-

making relating to a competitor; potential competitor; customer; or distribution partner including decisions regarding contracts; marketing; pricing; product or service development or design; product or service offerings; research and development; mergers and acquisitions; or licensing, acquisition or enforcement of intellectual property rights) from a business perspective.

5. My only involvement in such decision-making is rendering of legal advice as to litigation, litigation risk, regulatory compliance and risk, and intellectual property licensing issues related to such decisions.

6. I have had access to confidential materials and been subject to protective orders in numerous other cases without issue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of July, 2024.

_____
Kimberly Tobias