UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　*Plaintiffs,*<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br>　　　　　　　*Defendants.* | Case No. 1:24-cv-03973 (AS)(SLC)<br>[rel. 1:24-cv-03994 and 1:24-cv-04106] |

**NOTICE OF DEFENDANTS' MOTION TO TRANSFER VENUE**

PLEASE TAKE NOTICE that upon the annexed Declaration of David R. Marriott dated July 19, 2024, and the accompanying Memorandum of Law in Support of Defendants' Motion To Transfer Venue dated July 19, 2024, the undersigned hereby move this Court on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. before the Honorable Arun Subramanian, in Courtroom 15A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order granting Defendants' Motion To Transfer Venue pursuant to 28 U.S.C. § 1404(a), and for such other and further relief as the Court deems just and proper.

Dated: July 19, 2024
     New York, New York

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| *[signature]* | *[signature]* |
| Alfred C. Pfeiffer (admitted *pro hac vice*)<br>  *Co- Lead Trial Counsel*<br>Timothy L. O'Mara (admitted *pro hac vice*)<br>Jennifer L. Giordano<br>Andrew M. Gass (admitted *pro hac vice*)<br>Lindsey S. Champlin (admitted *pro hac vice*)<br>Kelly S. Fayne (admitted *pro hac vice*)<br>Robin L. Gushman (admitted *pro hac vice*)<br><br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>(415) 391-0600<br><br>555 11th Street NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br><br>Al.Pfeiffer@lw.com<br>Tim.O'Mara@lw.com<br>Jennifer.Giordano@lw.com<br>Andrew.Gass@lw.com<br>Lindsey.Champlin@lw.com<br>Kelly.Fayne@lw.com<br>Robin.Gushman@lw.com<br><br>*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* | David R. Marriott<br>  *Co-Lead Trial Counsel*<br>Lauren A. Moskowitz<br>Jesse M. Weiss<br>Nicole M. Peles<br><br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>(212) 474-1000<br><br>dmarriott@cravath.com<br>lmoskowitz@cravath.com<br>jweiss@cravath.com<br>npeles@cravath.com<br><br>*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* |