**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br><br>    *Defendants.* | Case No. 1:24-cv-03973 (AS)(SLC)<br>[rel. 1:24-cv-03994 and 1:24-cv-04106] |

### DECLARATION OF DAVID R. MARRIOTT

I, David R. Marriott, declare as follows:

1. I am a partner at the law firm of Cravath, Swaine & Moore LLP, counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. ("Defendants"). My office is located at Two Manhattan West, 375 Ninth Avenue, New York, NY 10001. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I can and will testify competently to these facts under oath.

2. I submit this Declaration in support of Defendants' Motion To Transfer Venue.

3. Attached as exhibits to this Declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Plaintiff United States' Response to Public Comments Pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) (June 21, 2010) |
| 2 | Remarks of Christine A. Varney, Assistant Attorney General, Antitrust Division, U.S. Department of Justice, *The Ticketmaster/Live Nation Merger Review And Consent Decree In Perspective* (Mar. 18, 2010) |
| 3 | Amended Complaint, *United States et al. v. Ticketmaster Entertainment, Inc. and Live Nation, Inc.*, Case No. 1:10-cv-00139-RMC (D.D.C. Jan. 29, 2010) |
| 4 | Final Judgment, *United States et al. v. Ticketmaster Entertainment, Inc. and Live Nation, Inc.*, Case No. 1:10-cv-00139-RMC (D.D.C. July 30, 2010) |
| 5 | Plaintiff United States' Competitive Impact Statement relating to Proposed Final Judgment, *United States et al. v. Ticketmaster Entertainment, Inc. and Live Nation, Inc.*, Case No. 1:10-cv-00139-RMC (D.D.C. Jan. 25, 2010) |
| 6 | Plaintiff United States' Motion To Modify Final Judgment and Enter Amended Final Judgment, *United States et al. v. Ticketmaster Entertainment, Inc. and Live Nation, Inc.*, Case No. 1:10-cv-00139-RMC (D.D.C. Jan. 8, 2020) |
| 7 | Plaintiff United States' Memorandum of Law in Support of Motion To Modify Final Judgment and Enter Amended Final Judgment, *United States et al. v. Ticketmaster Entertainment, Inc. and Live Nation, Inc.*, Case No. 1:10-cv-00139-RMC (D.D.C. Jan. 8, 2020) |
| 8 | Amended Final Judgment, *United States et al. v. Ticketmaster Entertainment, Inc. and Live Nation, Inc.*, Case No. 1:10-cv-00139-RMC (D.D.C. Jan. 28, 2020) |
| 9 | U.S. Department of Justice Press Release: *Justice Department Will Move to Significantly Modify and Extend Consent Decree with Live Nation/Ticketmaster* (Dec. 19, 2019) |
| 10 | U.S. Department of Justice Press Release: *Justice Department Sues Live Nation-Ticketmaster for Monopolizing Markets Across the Live Concert Industry* (May 23, 2024) |
| 11 | Final, Corrected Brief of Appellant United States of America, *U.S. v. AT&T, Inc.*, No. 18-5214 (D.C. Cir. 2019) |

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 19, 2024

Respectfully submitted,

David R. Marriott