# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>                    Plaintiffs,<br><br>v.<br>Live Nation Entertainment, et al.<br><br>                    Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Katherine A. Moerke hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiff State of Minnesota in the above-captioned action.

I am in good standing of the bar of the state of Minnesota, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 22, 2024         Respectfully Submitted,

                             /s/ Katherine Moerke
                             _____

                             Applicant's Name: Katherine A. Moerke

                             Firm Name: Office of the Minnesota Attorney General

                             Address: 445 Minnesota Street, 14th Floor, Antitrust

                             Section City/State/Zip: St. Paul, MN 55101

                             Telephone/Fax: 651-728-7174/ 651-296-7438

                             Email: Katherine.Moerke@ag.state.mn.us