# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

KATHERINE ANN MOERKE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 2001

Given under my hand and seal of this court on

July 19, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration