IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Katherine A. Moerke for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Minnesota; and that her contact information is as follows:

Katherine A. Moerke
Assistant Attorney General
Minnesota Office of Attorney General
445 Minnesota St, 14th Floor, MN 55101
(651) 728-7174
katherine.moerke@ag.state.mn.us
Counsel for Plaintiff State of Minnesota

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff State of Minnesota in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 23, 2024

_____

United States District / Magistrate Judge