AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:24-cv-03973-AS |
| Live Nation Entertainment, Inc., et al. | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party SeatGeek, Inc.

Date: 07/25/2024

/s/ William E. Kalema
*Attorney's signature*

William E. Kalema, Bar No. 5414131
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue, 21st Fl.
New York, NY 10022
*Address*

wkalema@cohengresser.com
*E-mail address*

(212) 957-7600
*Telephone number*

(212) 957-4514
*FAX number*