IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Ronald F. Wick, hereby apply for admission to appear before this Court *pro hac vice*, in order to represent non-party SeatGeek, Inc. in this action. In support of this application, I declare under penalty of perjury as follows:

1. I am admitted to practice before the courts of Maryland and the District of Columbia and I am a partner in the Washington, DC office with the law firm of Cohen & Gresser LLP, located at 2001 Pennsylvania Avenue, NW, Suite 300, Washington, DC 20006. Copies of the Certificates of Good Standing are attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: July 23, 2024

*Ronald F. Wick*
Ronald F. Wick



District of Columbia
Signed and sworn to (or affirmed) before me on
July 23, 2024 by Ronald F. Wick
　　Date　　　　Name(s) of Individual(s) making statement

*Ava Thompson*
Signature of Notarial Officer

Notary
Title of Office
My commission expires: 8/31/2027