IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Ronald F. Wick for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing in the bar of the state of Maryland and the District of Columbia; and that his contact information is as follows:

Ronald F. Wick
Cohen & Gresser LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
(202) 851-2070
rwick@cohengresser.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel to non-party SeatGeek, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated: _____

United States District / Magistrate Judge