## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>　　　　　　　　Defendants. | Case No.: 1:24-cv-03973-AS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that Claude G. Szyfer, attorney at the law firm of Hogan Lovells US LLP, with offices located at 390 Madison Avenue, New York, New York 10017, hereby appears on behalf of Non-Party Anschutz Entertainment Group, Inc. in the above-captioned matter. I certify that I am admitted to practice in the United States District Court for the Southern District of New York. I respectfully request that copies of all pleadings, notices, orders, and other filing be served upon me and I am a registered user of the electronic case filing system.

Dated:　New York, New York
　　　　July 25, 2024

　　　　　　　　　　　　　　　　　　　　　　**HOGAN LOVELLS US LLP**

　　　　　　　　　　　　　　　　　　By:　s/ *Claude G. Szyfer*
　　　　　　　　　　　　　　　　　　　　Claude G. Szyfer
　　　　　　　　　　　　　　　　　　　　390 Madison Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　Tel: (212) 918-3000
　　　　　　　　　　　　　　　　　　　　Fax: (212) 918-3100
　　　　　　　　　　　　　　　　　　　　alexandra.lyon@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Non-Party Anschutz Entertainment Group, Inc.*