UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, et al.,

                Plaintiffs,

-against-

LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,

                Defendants.

24-CV-3973 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    On July 19, 2024, the parties submitted competing proposed protective orders. Dkts. 182, 183. The plaintiffs' proposed order allowed defendants' designated in-house counsel to review all discovery. Dkt. 182-1. The defendants' proposed order allowed Daniel Wall and Kimberly Tobias to review all discovery. Dkt. 183-1. On July 23, 2024, the Court issued an order, stating that the parties should adopt a two-tier protective order that allows defendants' designated in-house counsel to review all discovery (as plaintiffs had suggested) and allow Mr. Wall and Ms. Tobias to review only a more limited subset of discovery.

    On July 25, 2024, non-parties SeatGeek, Inc. and Anschutz Entertainment Group, Inc. (who turned over documents to plaintiffs during the pre-suit investigation) wrote to the Court opposing the disclosure of any of their documents to any of defendants' in-house attorneys.

    Accordingly, to resolve this matter expeditiously with the input of all stakeholders, the Court will hold a hearing on **July 29, 2024, at 1:00 PM.** Anyone who wishes to join should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **785 851 781**, followed by the pound (#) sign.

    SO ORDERED.

Dated: July 26, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge