UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>        Defendants. | **MOTION FOR ADMISSION *PRO HAC VICE* OF JUSTIN BERNICK**<br><br>Case No.: 1:24-cv-03973-AS |

    Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Justin Bernick, of the law firm Hogan Lovells US LLP, hereby move this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Anschutz Entertainment Group, Inc. in the above-captioned litigation.

    I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by L.R. 1.3(c). *See* Declaration of Justin Bernick in Support of Motion for Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificate of Good Standing from the Court of Appeals for the District of Columbia).

    Please serve copies of all papers at the e-mail address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the Court's CM/ECF system.

Dated: Washington, D.C.                           Respectfully submitted,
       July 26, 2024

<u>*/s/ Justin Bernick*</u>
Justin Bernick
HOGAN LOVELLS US LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109
T: (202) 637-5600
F: (202) 637-5910
justin.bernick@hoganlovells.com

*Counsel for Anschutz Entertainment Group, Inc.*
