UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> Defendants. | **DECLARATION OF JUSTIN BERNICK IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* <br><br> Case No.: 1:24-cv-03973-AS |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Justin Bernick, declare the following facts are true:

1. I am a member of good standing of the bar of the District of Columbia.
2. I have never been convicted of a felony.
3. I have never been censured, suspended, disbarred, or denied admission or readmission to any court.
4. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Washington, D.C.
        July 26, 2024

*/s/ Justin Bernick*
Justin Bernick