UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>            Defendants. | **DECLARATION OF MOLLY PALLMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***<br><br>Case No.: 1:24-cv-03973-AS |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Molly Pallman, declare the following facts are true:

1. I am a member of good standing of the bar of the District of Columbia.
2. I have never been convicted of a felony.
3. I have never been censured, suspended, disbarred, or denied admission or readmission to any court.
4. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
       July 26, 2024                                    */s/ Molly Pallman*
                                                        Molly Pallman