UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> Defendants. | ORDER FOR ADMISSION *PRO HAC VICE* OF MOLLY PALLMAN <br><br> Case No.: 1:24-cv-03973-AS |

The motion of Molly Pallman for admission to practice *Pro Hac Vice* in the above-captioned matter is **GRANTED**.

Applicant has declared that he is a member of good standing of the bar of the District of Columbia and that his contact information is as follows:

Molly Pallman
HOGAN LOVELLS US LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109
T: (202) 637-5600
F: (202) 637-5910
molly.pallman@hoganlovells.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Anschutz Entertainment Group, Inc. in the above-captioned litigation,

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: New York, NY
       _____, 2024

                                                                   _____
HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE