AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UNITED STATES OF AMERICA, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973 (AS) |
| LIVE NATION ENTERTAINMENT, INC., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/29/2024

/s/ Jonathan S. Goldsmith
*Attorney's signature*

Jonathan S. Goldsmith, DC Bar # 1044315
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
*Address*

jonathan.goldsmith@usdoj.gov
*E-mail address*

(202) 532-4744
*Telephone number*

(202) 514-7308
*FAX number*