AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:24-cv-03973-AS |
| Live Nation Entertainment, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party ASM Global.

Date: 07/29/2024

/s/ Marcus A. Asner
*Attorney's signature*

Marcus A. Asner
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
*Address*

marcus.asner@arnoldporter.com
*E-mail address*

(212) 836-8000
*Telephone number*

(212) 836-8689
*FAX number*