AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973-AS |
| Live Nation Entertainment, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party SeatGeek, Inc.

Date: 07/29/2024

/s/ Ronald F. Wick
*Attorney's signature*

Ronald F. Wick, D.C. Bar No. 439737 (Admitted pro hac vice)
*Printed name and bar number*

Cohen & Gresser
2001 Pennsylvania Avenue NW Suite 300,
Washington, DC 20006
*Address*

rwick@cohengresser.com
*E-mail address*

(202) 851-2072
*Telephone number*

(212) 957-4514
*FAX number*