UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS |

### NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed declaration of Deborah L. Feinstein in support of this motion and the Certificate of Good Standing annexed thereto, I will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Deborah L. Feinstein, a partner with the firm of Arnold & Porter Kaye Scholer LLP and a member in good standing of the Bar of the District of Columbia, as attorney *pro hac vice* to appear for all purposes as counsel for ASM Global. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated:  July 31, 2024

Respectfully submitted,

*/s/ Deborah L. Feinstein*
Deborah L. Feinstein
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Tel: (202) 942-6594
Debbie.Feinstein@arnoldporter.com

**Counsel for Non-Party ASM Global**