UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS |

**DECLARATION OF DEBORAH L. FEINSTEIN
IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, Deborah L. Feinstein, Esq. hereby declares:

1. I am a partner with the law firm of Arnold & Porter Kaye Scholer LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court, nor have there ever been any such proceedings brought against me in any jurisdiction in which I am licensed.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for non-party ASM Global.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2024

Respectfully submitted,

*/s/ Deborah L. Feinstein*
Deborah L. Feinstein
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Tel: (202) 942-6594
Debbie.Feinstein@arnoldporter.com

**Counsel for Non-Party ASM Global**