IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Melissa H. Maxman, hereby apply for admission to appear before this Court *pro hac vice*, in order to represent non-party SeatGeek, Inc. in this action. In support of this application, I declare under penalty of perjury as follows:

1. I am admitted to practice before the courts of Maryland, the District of Columbia, Pennsylvania, and Virginia and I am a partner in the Washington, DC office with the law firm of Cohen & Gresser LLP, located at 2001 Pennsylvania Avenue, NW, Suite 300, Washington, DC 20006. Copy of the Certificates of Good Standing are attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: August 02, 2024

_____
Melissa H. Maxman

District of Columbia
Signed and sworn to (or affirmed) before me on
August 02, 24 by MELISSA MAXMAN
Date        Name(s) of Individual(s) making statement
_____
Signature of Notarial Officer
Notary
Title of Office
My commission exp: 12/14/28

[Notary Seal: ROSE MARIA JOHNSON, NOTARY PUBLIC, EXP. 12-14-28, DISTRICT OF COLUMBIA]