# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

    I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-third day of December, 2009,

### *Melissa Helen Maxman*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-second day of September,



    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-fourth day of July, 2024.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland