

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Melissa H. Maxman, Esq.*

**DATE OF ADMISSION**

*May 30, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 29, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk