IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>       v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>                              Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Melissa H. Maxman for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing in the bar of the states of Maryland, the District of Columbia, Pennsylvania, and Virginia; and that her contact information is as follows:

Melissa H. Maxman
Cohen & Gresser LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
(202) 851-2070
mmaxman@cohengresser.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel to non-party SeatGeek, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____

                                                                            United States District / Magistrate Judge