AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cv-03973-AS |
| Live Nation Entertainment, Inc. and Ticketmaster, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey                                                                                               .

Date:       08/05/2024

_____
*Attorney's signature*

Andrew F. Esoldi, NYS No. 5826151
*Printed name and bar number*

124 Halsey Street, Fifth Floor
Newark, NJ 07102

*Address*

andrew.esoldi@law.njoag.gov
*E-mail address*

(973) 648-7819
*Telephone number*

(973) 648-6835
*FAX number*