IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Melissa H. Maxman, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for non-party SeatGeek, Inc. in the above-captioned action.

I am in good standing of the bar of the states of Maryland, the District of Columbia, Pennsylvania, and Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 5, 2024

Respectfully Submitted,

Melissa H. Maxman
Cohen & Gresser LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
(202) 851-2070
mmaxman@cohengresser.com

*Counsel for SeatGeek, Inc.*