

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Melissa H. Maxman, Esq.*

**DATE OF ADMISSION**

*May 30, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 29, 2024**

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk