UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

   *Plaintiffs,*

   v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C.,

   *Defendants.*

Case No. 1:24-cv-03973-AS

### ORDER ON MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The motion of Deborah L. Feinstein for admission to practice *pro hac vice* in the above captioned matter is granted. Applicant has declared that she is a member in good standing of the Bar of the District of Columbia, and that her contact information is as follows:

**Applicant's Name**: Deborah L. Feinstein

**Firm Name**: Arnold & Porter Kaye Scholer LLP

**Address**: 601 Massachusetts Ave, NW

**City/State/Zip**: Washington, D.C. 20001-3743

**Telephone/Fax**: (202) 942-6594
                 (202) 942-5999

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for ASM Global in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 7, 2024

_____
Honorable Arun Subramanian