UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>　　　　　　　　　Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　On July 29, 2024, the Court entered a protective order in this matter. The Clerk of Court is therefore directed to terminate Dkts. 197, 201, and 210.

　　SO ORDERED.

Dated: August 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge