UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>        Defendants. | Case No.: 1:24-cv-03973-AS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Justin Bernick, attorney for the law firm of Hogan Lovells US LLP, appears as counsel on behalf of Anschutz Entertainment Group, Inc. in the above-captioned matter. I respectfully request that copies of all pleadings, notices, orders, and other filings be served upon me and certify that I am admitted to practice in this Court and am a registered user of the electronic case filing system.

New York, NY
August 15, 2024

HOGAN LOVELLS US LLP

*/s/ Justin Bernick*
Justin Bernick (*pro hac vice*)
D.C. Bar No. 988245
555 13th Street, NW
Washington, D.C. 20004-1109
justin.bernick@hoganlovells.com

*Counsel for Anschutz Entertainment Group, Inc.*