UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No.: 1:24-cv-03973-AS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Molly Pallman, attorney for the law firm of Hogan Lovells US LLP, appears as counsel on behalf of Anschutz Entertainment Group, Inc. in the above-captioned matter. I respectfully request that copies of all pleadings, notices, orders, and other filings be served upon me and certify that I am admitted to practice in this Court and am a registered user of the electronic case filing system.

| | |
|---|---|
| New York, NY<br>August 15, 2024 | HOGAN LOVELLS US LLP<br><br>*/s/ Molly Pallman*<br>Molly Pallman (*pro hac vice*)<br>D.C. Bar No. 1617494<br>555 13th Street, NW<br>Washington, D.C. 20004-1109<br>molly.pallman@hoganlovells.com<br><br>*Counsel for Anschutz Entertainment Group, Inc.* |