AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12-cv-03973-AS |
| LIVE NATION ENTERTAINMENT, INC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/19/2024

/s/ Matthew R. Huppert
*Attorney's signature*

Matthew R. Huppert, NY Bar #4993143
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave., NW
Washington, DC 20530
*Address*

matthew.huppert@usdoj.gov
*E-mail address*

(202) 532-4725
*Telephone number*

(202) 514-7308
*FAX number*