IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marie W.L. Martin, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Utah in the above captioned action.

I am in good standing with the bars of the states of California, Nevada, and Utah and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 16, 2024

Respectfully Submitted,

/s/ *Marie W.L. Martin*
Marie W.L. Martin
Deputy Division Director
Antitrust & Data Privacy Division
Utah Office of the Attorney General

P.O. Box 140830
350 N. State Street, Suite 230
Salt Lake City, UT  84114
(385) 270-2164
mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*