IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Marie W.L. Martin, hereby state:

1. I am admitted to practice before the courts of the states of California, Nevada, and Utah and am an attorney for the State of Utah through the Utah Office of Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: July 29, 2024

Respectfully Submitted,

Marie W.L. Martin
Deputy Division Director
Antitrust & Data Privacy Division
Utah Office of the Attorney General
P.O. Box 140830
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(385) 270-2164
mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

Notary Public
State of Nevada
County of Carson City
Sworn to and Subscribed before me this 29 day of July 2024.

_____
Notary Public



AUDREY L. SLOBE
Notary Public, State of Nevada
Appointment No. 05-94000-5
My Appt. Expires Feb 5, 2025