UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>                              Defendants. | 24-CV-3973 (AS)<br><br><u>SCHEDULING ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    Further to the discussion the Court had with the parties at the last telephonic conference, counsel for all parties shall appear for a conference on **September 27, 2024** at **10:30 AM**. The conference will take place in Courtroom 15A, 500 Pearl Street, New York, NY 10007. No later than **September 23, 2024**, the parties should file a joint letter outlining any issues to be discussed at the conference. If the parties want a different date for the conference, or have a more productive proposal to ensure that discovery stays on track, just let the Court know.

    Anyone who wishes to join should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **633 146 373**, followed by the pound (#) sign. Callers must keep their lines muted at all times.

    SO ORDERED.

Dated: August 20, 2024
       New York, New York

                                                              ARUN SUBRAMANIAN
                                                            United States District Judge