# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Justin C. McCully, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Nebraska in the above captioned action.

I am in good standing of the bar of the State of Nebraska and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 22, 2024

Respectfully Submitted,

*/s/Justin C. McCully*
Justin C. McCully
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General

2115 State Capitol  
Lincoln, NE 68509  
Tel: (402) 471-9305  
Email: justin.mccully@nebraska.gov

*Attorney for Plaintiff State of Nebraska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Justin C. McCully, hereby state:

1. I am admitted to practice before the courts of the State of Nebraska and I am an attorney for the State of Nebraska through the Office of the Nebraska Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: August 22, 2024

Respectfully Submitted,

*Justin C. McCully*
Justin C. McCully
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Tel: (402) 471-9305
Email: justin.mccully@nebraska.gov

*Attorney for Plaintiff State of Nebraska*

Sworn to and Subscribed before me
this 22nd day of August 2024.

*Linda S Johnson*
Notary Public

GENERAL NOTARY - State of Nebraska
LINDA S. JOHNSON
My Comm. Exp. June 2, 2025

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on September 15, 2020, Justin McCully was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on August 21, 2024.

*Joshua R. Shasserre*

Joshua R. Shasserre, Clerk