IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Justin C. McCully, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Nebraska in the above captioned action.

I am in good standing of the bar of the State of Nebraska and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 22, 2024                                      Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Justin C. McCully*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Justin C. McCully
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　　　Consumer Protection Bureau
　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of the Nebraska Attorney General

2115 State Capitol  
Lincoln, NE 68509  
Tel: (402) 471-9305  
Email: justin.mccully@nebraska.gov

*Attorney for Plaintiff State of Nebraska*