**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, et al.,

                              Plaintiffs,

      v.

LIVE NATION ENTERTAINMENT, INC.,
et al.,

                            Defendants.

Case No.: 1:24-CV-03973-AS

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Justin C. McCully, hereby state:

1.      I am admitted to practice before the courts of the State of Nebraska and I am an attorney for the State of Nebraska through the Office of the Nebraska Attorney General, a plaintiff in this proceeding.  A copy of the Certificate of Good Standing is attached hereto.

2.      I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.      I have prepared this affidavit pursuant to Local Rule 1.3.

Dated:  August 22, 2024

Respectfully Submitted,

*Justin C. McCully*

Justin C. McCully
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Tel: (402) 471-9305
Email: justin.mccully@nebraska.gov

*Attorney for Plaintiff State of Nebraska*

Sworn to and Subscribed before me
this 22nd day of August 2024.

*Linda S Johnson*
Notary Public

GENERAL NOTARY - State of Nebraska
LINDA S. JOHNSON
My Comm. Exp. June 2, 2025