**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>et al.,<br><br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lynette R. Bakker, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Kansas in the above captioned action.

I am in good standing of the bar of the State of Kansas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 26, 2024                          Respectfully Submitted,


                                                                */s/ Lynette R. Bakker*
                                                                Lynette R. Bakker
                                                                First Assistant Attorney General
                                                                Public Protection Division
                                                                Kansas Office of Attorney General

120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
(785) 296-3751
lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*