IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Lynette R. Bakker for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Kansas; and that her contact information is as follows:

    Lynette R. Bakker
    First Assistant Attorney General
    Public Protection Division
    Kansas Office of Attorney General
    120 S.W. 10th Avenue, 2nd Floor
    Topeka, KS 66612-1597
    (785) 296-3751
    lynette.bakker@ag.ks.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Kansas in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District / Magistrate Judge