AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al.<br>*Plaintiff*<br>v.<br>LIVE NATION ENTERTAINMENT, INC., et. al.<br>*Defendant* | Case No. 1:24-cv-03973 (AS) (SLC) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 08/27/2024

/s/ Michael G. McLellan
*Attorney's signature*

Michael G. McLellan, D.C. Bar # 489217
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 4000
Washington, DC 20530
*Address*

michael.mclellan@usdoj.gov
*E-mail address*

(202) 344-5196
*Telephone number*

(202) 514-7308
*FAX number*