IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gerald L. Kucia, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Mississippi in the above captioned action.

I am in good standing of the bar of the State of Mississippi and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 22, 2024    Respectfully Submitted,

*/s/ Gerald L. Kucia*
Gerald L. Kucia
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220

Jackson, Mississippi 39205-0220
(601) 359-4223
Gerald.Kucia@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Gerald L. Kucia, hereby state:

1. I am admitted to practice before the courts of the State of Mississippi and am an attorney for the State of Mississippi, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: August 22, 2024                                    Respectfully Submitted,

[signature]

Gerald L. Kucia
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
(601) 359-4223
Gerald.Kucia@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

Sworn to and Subscribed before me this 22nd day of August 2024.

[signature]
Notary Public

[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 289917, SHALENIA WILLIAMS, Commission Expires March 4, 2025, HINDS COUNTY]



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Gerald L. Kucia,** Mississippi Bar Identification Number **(8716)** was admitted to practice law**, September 27, 1990.**

_____
Amy S. Ward
Membership Records Coordinator

Date   08/22/2024



# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Gerald Lee Kucia** was duly and legally admitted to practice law before the Supreme Court of Mississippi on September 27, 1990, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on August 26, 2024, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

_____
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Gerald L. Kucia for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Mississippi; and that his contact information is as follows:

Gerald L. Kucia
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
(601) 359-4223
Gerald.Kucia@ago.ms.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Mississippi in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                           United States District / Magistrate Judge