UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>Defendants. | Case No. 1:24-CV-03973 (AS) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Noah Goerlitz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Iowa in the above-captioned action.

I am in good standing of the bar of the state of Iowa and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 28, 2024

Respectfully Submitted,

*/s/ Noah Goerlitz*
Noah Goerlitz
Assistant Attorney General
Office of the Iowa Attorney General

1305 E. Walnut St.
Des Moines, IA 50319
Tel: (515) 281-5164
noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*