UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br><br> and <br><br> TICKETMASTER L.L.C. <br><br> *Defendants.* | Case No. 1:24-CV-03973 (AS) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Noah Goerlitz, hereby state:

1. I am admitted to practice before the courts of the State of Iowa and am an attorney for the State of Iowa through the Office of the Iowa Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5. I have prepared this affidavit to comply with Local Rule 1.3.

Dated: August 28, 2024

Respectfully Submitted,

Noah Goerlitz
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Tel: (515) 281-5164
noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*



Sworn and Subscribed before me on August 28, 2024 in Polk County, Iowa

Kristle Finck
Notary