## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

                             Plaintiffs,

     v.

LIVE NATION ENTERTAINMENT, INC., et al.,

                            Defendants.

Case No.: 1:24-CV-03973-AS

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Gerald L. Kucia for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Mississippi; and that his contact information is as follows:

Gerald L. Kucia
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
(601) 359-4223
Gerald.Kucia@ago.ms.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Mississippi in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated: August 28, 2024

_____
United States District / Magistrate Judge

Dkts. 245 and 246 appear to be
duplicative. The Clerk of Court is
directed to terminate the motions at
Dkts. 245 and 246. SO ORDERED.