UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

    v.

LIVE NATION ENTERTAINMENT, INC.

and

TICKETMASTER L.L.C.

    Defendants.

Case No. 1:24-CV-03973 (AS)

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Noah Goerlitz for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Iowa; and that his contact information is as follows:

> Noah Goerlitz
> Assistant Attorney General
> Office of the Iowa Attorney General
> 1305 E. Walnut St.
> Des Moines, IA 50319
> (515) 281-5164
> noah.goerlitz@ag.iowa.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Iowa in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 29, 2024

_____
United States District / Magistrate Judge