UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br>       Plaintiffs, <br><br> -against- <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC, <br><br>       Defendants. | 24-CV-3973 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  There was a filing error in Dkt. 63. The motion was refiled on June 13, 2024 and granted on June 14, 2024. *See* Dkts. 76 and 94. The Clerk of Court is directed to terminate the motion at Dkt. 63.

  SO ORDERED.

Dated: August 29, 2024
    New York, New York

                     _____
                        ARUN SUBRAMANIAN
                       United States District Judge