UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA et al.,

Plaintiffs,

-against-

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER LLC,

Defendants.

24-CV-3973 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is directed to terminate the motion at Dkt. 242, which was resolved by Dkt. 249. The Clerk of Court is also directed to terminate the motion at Dkt. 44, which was filed in anticipation of a June 2024 conference.

SO ORDERED.

Dated: August 29, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge