# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | Case No. 1:24-cv-03973-AS-SLC |
| *Plaintiffs*, | |
| v. | MOTION FOR ADMISSION PRO HAC VICE |
| LIVE NATION ENTERTAINMENT, INC. | |
| and | |
| TICKETMASTER L.L.C. | |
| *Defendants.* | |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Aaron Salberg hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, the State of South Dakota in the above-captioned action.

I am in good standing of the bar of the State of South Dakota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated the 29th day of August, 2024.

Respectfully submitted,

_____
Aaron Salberg
Assistant Attorney General
2000 E. 52nd St. N.
Sioux Falls, SD 57104
Tel: (605) 367-5885
aaron.salberg@state.sd.us