# STATE OF
# <u>SOUTH DAKOTA</u>

# IN THE SUPREME COURT

*I Hereby Certify* that Aaron D. Salberg was on the 6th day of May in the year two thousand two admitted to practice as an Attorney and Counselor at Law in all the Courts of South Dakota and since that date he has remained on active status in good standing.

*I further Certify* that no disciplinary action is presently pending against Aaron D. Salberg nor has any discipline heretofore been imposed upon him.

DATED at Pierre, South Dakota, this 16th day of August, 2024.

*Deputy Clerk,*
*South Dakota Supreme Court*