IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br><br> and <br><br> TICKETMASTER L.L.C. <br><br> *Defendants*. | Case No. 1:24-cv-03973-AS-SLC <br><br><br> AFFIDAVIT OF <br> AARON D. SALBERG |

Your Affiant, Aaron D. Salberg, being duly sworn and upon oath states:

1. I make this Affidavit in support of my Motion to be admitted Pro Hac Vice to appear as counsel for Plaintiff, State of South Dakota, in the above-captioned action.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. I am only licensed to practice law in the State of South Dakota.

6. I am contemporaneously herewith filing my Certificate of Good Standing from the South Dakota Supreme Court along with my Motion for Admission Pro Hac Vice and proposed Order for Admission Pro Hac Vice.

Dated this 29th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Aaron Salberg
　　　　　　　　　　　　　　　　　　　　　　　　Aaron Salberg

Subscribed and sworn before me this 29 day of August, 2024.

／s／ Tammy Sunde
Notary Public
My commission expires: 1-30-29

