### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>*Defendants*. | Case No. 1:24-cv-03973-AS-SLC<br><br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of Aaron Salberg, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of South Dakota and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Aaron Salberg |
| Firm Name: | South Dakota Attorney General's Office |
| Address: | 2000 E. 52nd St.N. |
| City/State/Zip: | Sioux Falls, South Dakota 57104 |
| Telephone/Fax: | T:  (605) 367-5885  /  F: (605) 367-5886 |

Dated _____

_____
US District / Magistrate Judge