UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br>  Plaintiff, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC, <br><br>  Defendants. | Case No. 1:24-cv-03973-AS <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE** |

Pursuant to Local Rule 1.3, I, Travis A. Kennedy, hereby declares the following:

1. I have never been convicted of a felony.
2. There are no pending disciplinary proceedings against me in any jurisdiction.
3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 2nd day of August 2024.

_____
TRAVIS A. KENNEDY, Declarant

Subscribed and affirmed, or sworn to before me in the County of __King__,
State of __Washington__, this __2nd__ day of __Aug.__, 20__24__.

My commission expires __6/19/27__

Notary Public: _Ian D. Yzt_

1