IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br><br> and <br><br> TICKETMASTER L.L.C. <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS-SLC <br><br> ORDER FOR ADMISSION <br> PRO HAC VICE |

The motion of Aaron Salberg, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of South Dakota and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Aaron Salberg |
| Firm Name: | South Dakota Attorney General's Office |
| Address: | 2000 E. 52nd St.N. |
| City/State/Zip: | Sioux Falls, South Dakota 57104 |
| Telephone/Fax: | T: (605) 367-5885 / F: (605) 367-5886 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of South Dakota in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated September 4, 2024

US District / Magistrate Judge