IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Colin P. Snider, hereby state:

1. I am admitted to practice before the courts of the State of Nebraska and I am an attorney for the State of Nebraska through the Office of the Nebraska Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: September 5, 2024

Respectfully Submitted,

*Colin P. Snider*

Colin P. Snider
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Tel: (402) 471-7759
Email: colin.snider@nebraska.gov

*Attorney for Plaintiff State of Nebraska*

Sworn to and Subscribed before me
this __5__ day of __Sept.__ 2024.

_____
Notary Public

