IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>         Plaintiffs,<br><br> v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>         Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Colin P. Snider for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Nebraska; and that his contact information is as follows:

 Colin P. Snider
 Assistant Attorney General
 Consumer Protection Bureau
 Office of the Nebraska Attorney General
 2115 State Capitol
 Lincoln, NE 68509
 Tel: (402) 471-7759
 Email: colin.snider@nebraska.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Nebraska in the above entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                                              United States District / Magistrate Judge