# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

                                 Plaintiffs,

      v.

LIVE NATION ENTERTAINMENT, INC.,
et al.,

                                 Defendants.

Case No.: 1:24-CV-03973-AS

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Colin P. Snider for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Nebraska; and that his contact information is as follows:

> Colin P. Snider
> Assistant Attorney General
> Consumer Protection Bureau
> Office of the Nebraska Attorney General
> 2115 State Capitol
> Lincoln, NE 68509
> Tel: (402) 471-7759
> Email: colin.snider@nebraska.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Nebraska in the above entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated:  September 6, 2024    _____

United States District / Magistrate Judge