AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America, et al.,<br>*Plaintiff*<br>v.<br>Live Nation Entertainment, Inc., et al.,<br>*Defendant* | )<br>)<br>)  Case No.  1:24-CV-03973-AS<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**State of Vermont**

Date: 9/11/2024

*Attorney's signature*

Justin Sherman (5047238)
*Printed name and bar number*

109 State Street, Montpelier, VT 05609
*Address*

justin.sherman@vermont.gov
*E-mail address*

(802) 828-5621
*Telephone number*

802-828-2154
*FAX number*