IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-cv-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Adam Gitlin, Chief of the Antitrust and Nonprofit Enforcement Section in the Office of the Attorney General for the District of Columbia, hereby moves this Court for an Order for admission to practice Pro Hac Vice, to appear as counsel for Plaintiffs, District of Columbia, individually and on behalf of all others similarly situated, in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 12, 2024

Respectfully Submitted,

/s/ *Adam Gitlin*
Adam Gitlin
Chief, Antitrust and Nonprofit Enforcement Section
Office of the Attorney General for the

District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
(202) 442-9864
Adam.gitlin@dc.gov

*Counsel for Plaintiff District of Columbia*