IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-cv-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Adam Gitlin, hereby state:

1. I am an active member in good standing admitted to practice before the courts of the District of Columbia and State of New York and am an attorney for the District of Columbia through the Office of the Attorney General for the District of Columbia, a plaintiff in this proceeding. A copy of the Certificates of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: September 11, 2024

Respectfully Submitted,

*[signature]*

Adam Gitlin
Chief, Antitrust and Nonprofit
Enforcement Section
Office of the Attorney General for the
District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
(202) 442-9864
Adam.gitlin@dc.gov

Sworn to and subscribed before me
this 11 day of September, 2024

*[signature]*

Notary Public