# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>et al.,<br><br><br>Defendants. | Case No.: 1:24-cv-03973-AS |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Adam Gitlin for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of New York; and that his contact information is as follows:

Adam Gitlin
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
(202) 442-9864
Adam.gitlin@dc.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff District of Columbia in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.


Dated:  September 12, 2024

_____

United States District Judge