AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973-AS |
| Live Nation Entertainment, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the District of Columbia.

Date: 09/16/2024

/s/ Adam Gitlin
*Attorney's signature*

Adam Gitlin (DC Bar No. 90004308)
*Printed name and bar number*

400 6th Street NW, 10th Floor
Washington, D.C. 20001
*Address*

adam.gitlin@dc.gov
*E-mail address*

(202) 442-9864
*Telephone number*

*FAX number*