<u>**VIA ECF**</u>

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:     *United States et al. v. Live Nation Entertainment, Inc. et al.*; **1:24-cv-03973-AS-SLC**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-captioned action. We write concerning Defendants' motion to dismiss certain claims in Plaintiffs' Amended Complaint, to be filed on September 18, 2024. Due to the nature and complexity of the claims alleged in the 518-paragraph Amended Complaint (ECF No. 257), Defendants respectfully request permission to file a memorandum of law in support of their motion to dismiss of no more than 25 pages. This is Defendants' first such request to expand the page limits with respect to briefing on the forthcoming motion to dismiss.

Defendants proposed to Plaintiffs that the parties agree to additional pages for the briefing on Defendants' motion to dismiss. Specifically, Defendants proposed that Defendants and Plaintiffs each be allowed 25 pages for their memoranda of law in support of and in opposition to Defendants' motion to dismiss, and that Defendants be allowed 10 pages for their reply memorandum of law. Plaintiffs responded that they take no position regarding Defendants' request for a 25-page memorandum of law in support of Defendants' motion to dismiss. Plaintiffs also responded that they think it is premature to enter into a stipulation as to the page limits for further briefing.

Accordingly, Defendants respectfully request that the Court grant Defendants permission to file a memorandum of law of no more than 25 pages in support of their forthcoming motion to dismiss.

*[signatures on following page]*

Dated: September 16, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

Alfred C. Pfeiffer (admitted *pro hac vice*)
    *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

David R. Marriott
        *Co-Lead Trial Counsel*
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

dmarriott@cravath.com
lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc:    All Counsel of Record (via ECF)