# EXHIBIT 1

| **M&C** | **Attorney Participants** |
|---|---|
| Aug. 20<br>1 hour<br>re: Request No. 2 | <u>United States</u>: Bonny Sweeney (lead trial counsel), Alex Cohen, Alexis Lazda, Arianna Markel, Michael McLellan, Jennie Roualet, John Thornburgh, Lorraine Van Kirk<br><br><u>Plaintiff States</u>: Amanda Wentz (AR), Aric Smith (CO), Kim McGee (CT), Elizabeth Arthur (DC), Tyler Kovacs (FL), Lee Istrail (FL), Liz Brady (FL), Daniel Betancourt (IL), Richard Schultz (IL), Zachary Frish (NH), Lucas Tucker (NV), Michelle C. Badorine (NV), Chuanyi Qi (NY), Joe Betsko (PA), Paul Meosky (RI), Dani Robertson (SC), Marilyn Guirguis (TN), Diamante Smith (TX), Chandler Crenshaw (VA), Tracy Jacoby (WA), Travis Kennedy (WA), William Young (WY)<br><br><u>Defendants</u>: David Marriott (lead trial counsel), Kelly Fayne, Robin Gushman, Ehson Kashfipour, Nicole Peles, Leah Wisser |
| Sept. 3<br>30 minutes<br>re: Request No. 2 | <u>United States</u>: Sarah Licht, Arianna Markel, Michael McLellan, Jennie Roualet, John Thornburgh, Lorraine Van Kirk<br><br><u>Plaintiff States</u>: Amanda Wentz (AR), Robert Bernheim (AZ), Paula Gibson (CA), Kim McGee (CT), Adam Gitlin (DC), Cole Niggeman (DC), Tyler Kovacs (FL), Lee Istrail (FL), Daniel Betancourt (IL), Richard Schultz (IL), Schonette Walker (MD), Zach Biesanz (MN), Isabella Pitt (NJ), Molly Sprick (NY), Sarah Mader (OH), Trey Mehrer (OH), Jennifer Thomson (PA), Paul Meosky (RI), Diamante Smith (TX), David Smith (VA)<br><br><u>Defendants</u>: David Marriott (lead trial counsel), Lindsey Champlin, Kelly Fayne, Robin Gushman, Ehson Kashfipour, Luna Maki, Evan Omi, Nicole Peles, Leah Wisser |
| Sept. 13<br>2 hours<br>re: Request No. 2 and Interrogatory No. 1 | <u>United States</u>: Bonny Sweeney (lead trial counsel), Jonathan Goldsmith, Alexis Lazda, Arianna Markel, Michael McLellan, Jennie Roualet, John Thornburgh, Brian White<br><br><u>Plaintiff States</u>: Amanda Wentz (AR), Aric Smith (CO), Elizabeth Arthur (DC), Alexander Budka (IL), Dani Robertson (SC), Diamante Smith (TX), Victoria Field (CT), Adam Gitlin (DC), Jeremy Kasha (NY), Laura McFarlane (WI), Kim McGee (CT), Paul Meosky (RI), Sarah Mader (OH), Richard Schultz (IL), Tyler Kovacs (FL), Wiliam Young (WY), Yale Leber (NJ), Zach Biesanz (MN)<br><br><u>Defendants</u>: David Marriott (lead trial counsel), Kelly Fayne, Robin Gushman, Ehson Kashfipour, Neda Nazdisnian, Tim O'Mara, Nicole Peles, Leah Wisser |