VIA ECF

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:** *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC

Dear Judge Subramanian:

  We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-captioned action. We write concerning Defendants' motion to dismiss certain claims in Plaintiffs' Amended Complaint, to be filed on September 18, 2024. Due to the nature and complexity of the claims alleged in the 518-paragraph Amended Complaint (ECF No. 257), Defendants respectfully request permission to file a memorandum of law in support of their motion to dismiss of no more than 25 pages. This is Defendants' first such request to expand the page limits with respect to briefing on the forthcoming motion to dismiss.

  Defendants proposed to Plaintiffs that the parties agree to additional pages for the briefing on Defendants' motion to dismiss. Specifically, Defendants proposed that Defendants and Plaintiffs each be allowed 25 pages for their memoranda of law in support of and in opposition to Defendants' motion to dismiss, and that Defendants be allowed 10 pages for their reply memorandum of law. Plaintiffs responded that they take no position regarding Defendants' request for a 25-page memorandum of law in support of Defendants' motion to dismiss. Plaintiffs also responded that they think it is premature to enter into a stipulation as to the page limits for further briefing.

  Accordingly, Defendants respectfully request that the Court grant Defendants permission to file a memorandum of law of no more than 25 pages in support of their forthcoming motion to dismiss.

*[signatures on following page]*

Defendants' motion is GRANTED and their proposal on page limits is ADOPTED. The Clerk of Court is directed to terminate the motion at ECF No. 269.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: September 17, 2024

1

Dated: September 16, 2024

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| /s/ Alfred C. Pfeiffer | /s/ David R. Marriott |
| Alfred C. Pfeiffer (admitted *pro hac vice*)<br>   *Co-Lead Trial Counsel*<br>Timothy L. O'Mara (admitted *pro hac vice*)<br>Jennifer L. Giordano<br>Andrew M. Gass (admitted *pro hac vice*)<br>Kelly S. Fayne (admitted *pro hac vice*)<br>Lindsey S. Champlin (admitted *pro hac vice*)<br>Robin L. Gushman (admitted *pro hac vice*) | David R. Marriott<br>   *Co-Lead Trial Counsel*<br>Lauren A. Moskowitz<br>Jesse M. Weiss<br>Nicole M. Peles<br><br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>(212) 474-1000 |
| 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br><br>555 11th Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200 | dmarriott@cravath.com<br>lmoskowitz@cravath.com<br>jweiss@cravath.com<br>npeles@cravath.com<br><br>*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* |
| Al.Pfeiffer@lw.com<br>Tim.O'Mara@lw.com<br>Jennifer.Giordano@lw.com<br>Andrew.Gass@lw.com<br>Kelly.Fayne@lw.com<br>Lindsey.Champlin@lw.com<br>Robin.Gushman@lw.com<br><br>*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* | |

cc:    All Counsel of Record (via ECF)