## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>                    Defendants. | Case No. 1:24-cv-03973-AS-SLC<br><br>[Rel. 1:24-cv-04106-AS-SLC; 1:24-cv-03994-AS-SLC]<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Robin L. Gushman, dated September 18, 2024, the exhibits annexed thereto, and the accompanying Memorandum of Law, dated September 18, 2024, the undersigned hereby moves this Court on behalf of Defendants Live Nation Entertainment, Inc., and Ticketmaster L.L.C. before the Honorable Arun Subramanian, in Courtroom 15A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order granting Defendants' motion to dismiss certain claims in the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court deems just and proper.

Dated: September 18, 2024

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| /s/ Andrew M. Gass | /s/ David R. Marriott |
| Andrew M. Gass (admitted *pro hac vice*) | David R. Marriott |
| Alfred C. Pfeiffer (admitted *pro hac vice*) | *Co-Lead Trial Counsel* |
| *Co-Lead Trial Counsel* | Lauren A. Moskowitz |
| Timothy L. O'Mara (admitted *pro hac vice*) | Jesse M. Weiss |
| Jennifer L. Giordano | Nicole M. Peles |
| Kelly S. Fayne (admitted *pro hac vice*) | |
| Lindsey S. Champlin (admitted *pro hac vice*) | Two Manhattan West |
| Robin L. Gushman (admitted *pro hac vice*) | 375 Ninth Avenue |
| | New York, NY 10001 |
| 505 Montgomery Street, Suite 2000 | (212) 474-1000 |
| San Francisco, CA 94111 | |
| (415) 391-0600 | dmarriott@cravath.com |
| | lmoskowitz@cravath.com |
| 555 Eleventh Street, NW, Suite 1000 | jweiss@cravath.com |
| Washington, D.C. 20004 | npeles@cravath.com |
| (202) 637-2200 | |
| | *Attorneys for Defendants Live Nation* |
| Andrew.Gass@lw.com | *Entertainment, Inc. and Ticketmaster L.L.C.* |
| Al.Pfeiffer@lw.com | |
| Tim.O'Mara@lw.com | |
| Jennifer.Giordano@lw.com | |
| Kelly.Fayne@lw.com | |
| Lindsey.Champlin@lw.com | |
| Robin.Gushman@lw.com | |

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*