**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>                    Defendants. | Case No. 1:24-cv-03973-AS-SLC<br><br>[Rel. 1:24-cv-04106-AS-SLC; 1:24-cv-03994-AS-SLC]<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF ROBIN L. GUSHMAN IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

I, Robin L. Gushman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an associate at the law firm of Latham & Watkins LLP, attorneys for Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster," and together, "Defendants") in the above-captioned matter. I am a member in good standing of the bar of the State of California and have been admitted *pro hac vice* to this Court. I submit this declaration in support of Defendants' Motion to Dismiss certain claims in the Amended Complaint. I have personal knowledge of the facts stated in this declaration, and if called as a witness to testify, would and could competently do so.

2.      Attached as **Exhibit 1** is a true and correct copy of the Amended Complaint in the above-captioned matter, filed as ECF No. 257 on August 30, 2024.

3.      Attached as **Exhibit 2** is a chart of the claim elements not plausibly pled in the Amended Complaint, in accordance with Paragraph 8(G)(i) of Judge Subramanian's Individual Practices in Civil Cases.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on the 18th day of September 2024.

Robin L. Gushman