UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>　　　　　Defendants. | Case No. 1:24-cv-03973-AS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Travis A. Kennedy hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Washington State Attorney General, Antitrust Division in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Washington and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have the affidavit pursuant to Local Rule 1.3.

Dated this 19th day of September 2024.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　State of Washington
　　　　　　　　　　　　　　　　　　　Applicant's signature: *Travis Kennedy*
　　　　　　　　　　　　　　　　　　　Applicant's Name: Travis A. Kennedy
　　　　　　　　　　　　　　　　　　　Firm Name: Washington State Attorney General's Office
　　　　　　　　　　　　　　　　　　　Address: 800 Fifth Avenue, Suite 2000
　　　　　　　　　　　　　　　　　　　City/State/Zip: Seattle, WA 98104
　　　　　　　　　　　　　　　　　　　Telephone/Fax: (206) 322-7082
　　　　　　　　　　　　　　　　　　　Email: Travis.Kennedy@atg.wa.gov

1