**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and TICKETMASTER LLC,<br><br>      Defendants. | Case No. 1:24-cv-03973-AS<br><br>**AFFIDAVIT IN SUPPORT OF**<br>**MOTION FOR PRO HAC VICE** |

Pursuant to Local Rule 1.3, I, Travis A. Kennedy, hereby declares the following:

1. I have never been convicted of a felony.
2. There are no pending disciplinary proceedings against me in any jurisdiction.
3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 19th day of September 2024.

_____
TRAVIS A. KENNEDY, Declarant

Subscribed and affirmed, or sworn to before me in the County of __King__,
State of __Washington__, this __19th__ day of __September__, 20__24__.
My commission expires __08/01/2026__
Notary Public: __Osvaldo Moran Aguirre__

[Notary seal: OSVALDO MORAN AGUIRRE, NOTARY PUBLIC, Comm No. 22029570, STATE OF WASHINGTON, 08/01/2026]

1