UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al., | Case No. 1:24-CV-03973-AS |
| Plaintiffs, | **MOTION FOR ADMISSION PRO HAC VICE** |
| v. | |
| Live Nation Entertainment, et al., | |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert J. Carlson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiff State of Oklahoma in the above-captioned action.

I am in good standing of the bar of the state of Oklahoma and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 23, 2024          Respectfully Submitted,

GENTNER DRUMMOND
ATTORNEY GENERAL OF OKLAHOMA

By:_____
Robert J. Carlson, OBA #19312
Senior Assistant Attorney General
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK  74119
Telephone: (918) 581-2342
Email: Robert.Carlson@oag.ok.gov