UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al., | Case No. 1:24-CV-03973-AS |
| Plaintiffs, | |
| v. | |
| Live Nation Entertainment, et al., | |
| Defendants. | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Robert J. Carlson, hereby state:

1. I am admitted to practice before the courts of the State of Oklahoma and am an attorney for the State of Oklahoma, a plaintiff in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: September 20, 2024          Respectfully Submitted,

*[signature]*

Robert J. Carlson, OBA No. 19312
Senior Assistant Attorney General
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2342
Email: Robert.Carlson@oag.ok.gov

Sworn to in my presence this 23rd day of September, 2024.

*[signature]* Notary Public

My Commission Expires:
12-29-2025

CARI KELSO
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 05011397 Expires 12/29/25