# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                ) ss.
WESTERN DISTRICT OF OKLAHOMA    )

I, *Joan Kane,* Clerk of the United States District Court for the Western District of Oklahoma,

DO HEREBY CERTIFY That  Robert J. Carlson  , Federal Bar # 09-23 ,

was duly admitted to practice in said Court on  May 21, 2009  ,

and is in good standing as a member of the bar of the Court.

*JOAN KANE, Clerk*

Dated at Oklahoma City, Oklahoma

on  September 17, 2024         By:  Kathleen Thompson
                                    **Deputy Clerk**

Certified Copy



9:13 am, Sep 17, 2024
Joan Kane, Clerk

dl/ Rev 04/22/2014