# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Live Nation Entertainment, et al., <br><br> Defendants. | Case No. 1:24-CV-03973-AS <br><br> **MOTION FOR ROBERT J. CARLSON TO APPEAR PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert J. Carlson, hereby move this Court for an Order to appear *Pro Hac Vice* as counsel for the Plaintiff State of Oklahoma in the above-captioned action.

I am in good standing of the bar of the state of Oklahoma and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 25, 2024         Respectfully Submitted,

**GENTNER DRUMMOND**
**ATTORNEY GENERAL OF OKLAHOMA**

By:_____
Robert J. Carlson, OBA #19312
Senior Assistant Attorney General
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2342
Email: Robert.Carlson@oag.ok.gov