# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Robert J. Carlson, of Oklahoma City, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on April 19, 2002, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 23rd day of September, 2024.

JOHN D. HADDEN, CLERK
SUPREME COURT OF OKLAHOMA

By: *[signature]*

S-E-A-L