# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>　　　　　　　Defendants. | Case No.: 1:24-cv-03973-AS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that Lauren M. Knoke, of the law firm of Milbank LLP, who is a member in good standing of the bar of this Court, hereby enters her appearance as counsel for Non-Party Oak View Group, LLC, in the above-captioned matter and requests that copies of all papers and notices in the above-captioned matter be served upon the undersigned at the address stated below.

Dated:　　September 25, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　By:　s/ *Lauren M. Knoke*
　　　　　　　　　　　　　　　　　　　　　　　MILBANK LLP
　　　　　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 530-5109
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 822-5109
　　　　　　　　　　　　　　　　　　　　　　　lknoke@milbank.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Non-Party Oak View Group, LLC*