IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>   v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>                    Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Richard G. Parker, hereby apply for admission to appear before this Court *pro hac vice,* to represent Non-Party Oak View Group, LLC in the above-captioned action. In support of this application, I declare under penalty of perjury as follows:

1. I am admitted to practice before the courts of California and the District of Columbia, and I am a partner in the Washington, DC office with the law firm of Milbank LLP located at 1850 K Street, NW, Suite 1100, Washington, DC 20006. Copies of the Certificates of Good Standing are attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: September 25, 2024

                                                  */s/ Richard G. Parker*
                                                    Richard G. Parker