## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.

*Plaintiffs,*

v.

Live Nation Entertainment, Inc. and
Ticketmaster, LLC

*Defendants.*

Case No. 1:24-cv-03973 (AS)(SLC)

**AFFIDAVIT OF GINA KO IN
SUPPORT OF MOTION FOR
ADMISSION**

STATE OF OREGON     )
                    ) ss.
County of Multnomah )

I, Gina Ko, being first duly sworn, depose and say:

1. I am an Assistant Attorney General in the Civil Enforcement Division of the Oregon Department of Justice;

2. I have never been convicted of a felony;

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

4. There are no disciplinary proceedings presently against me.

Dated this _19th_ day of September, 2024.

Respectfully Submitted,

Applicant Signature: _____
Applicant's Name: ___Gina Ko___
Firm Name: Oregon Department of Justice
Address: 100 SW Market Street
City/State/Zip: Portland, Oregon 97201
Telephone/Fax: (503) 881-2319 / (503) 378-5017
Email: Gina.Ko@doj.oregon.gov

SUBSCRIBED AND SWORN to before me this _19th_ day of ___September___, 2024, by

_Amanda Berends_.

Notary Public for _State of Oregon_
My Commission Expires: _September 8, 2025_

OFFICIAL STAMP
**AMANDA BERENDS**
NOTARY PUBLIC   OREGON
COMMISSION NO. 1016481
MY COMMISSION EXPIRES SEPTEMBER 8, 2025



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

GINA KO

as an Attorney of this Court.


        I, as State Court Administrator of the State of Oregon, certify that on the

10th day of May, 2012

GINA KO

was admitted to the practice of law in the Supreme Court and all other courts in the State of

Oregon, and is now an attorney in good standing.


        September 17, 2024.


        NANCY COZINE
        State Court Administrator



Authorized Representative