# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>Live Nation Entertainment, Inc. and Ticketmaster, LLC<br><br>*Defendants.* | Case No. 1:24-cv-03973 (AS)(SLC)<br><br>**NOTICE OF APPEARANCE OF GINA KO** |

TO: The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that Gina Ko, Assistant Attorney General, is counsel of record for Plaintiff State of Oregon in this proceeding.

DATED: this 19th day of September, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

GINA KO
Assistant Attorney General
OSB#121049
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (503) 881-2319
Facsimile: (503) 378-5017
Email:     Gina.Ko@doj.oregon.gov
Of Attorneys for Plaintiff State of Oregon

Page 1 -    NOTICE OF APPEARANCE OF GINA KO