UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>                         Plaintiffs,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br><br>                         Defendants. | 24-cv-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated at the conference held on September 27, 2024, plaintiffs' motion to compel is GRANTED as to "documents responsive to Request No. 2 in Plaintiffs' First Set of Requests for Production to Defendants" and DENIED as to plaintiffs' request that the Court "compel an adequate response to Plaintiffs' Interrogatory No. 1." ECF No. 270.

      In addition, the substantial completion deadline for document production is **January 15, 2025**.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 270.

      SO ORDERED.

Dated: September 30, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge