IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Adam J. Di Vincenzo, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Non-Party Oak View Group, LLC, in the above-captioned action.

I am in good standing of the bar of the states of New York and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 1, 2024                    Respectfully Submitted,

By:   s/ *Adam Di Vincenzo*
MILBANK LLP
1850 K Street, NW,
Suite 1100
Washington, DC 20006
Tel: (202) 835-7530
Fax: (212) 822-7530
rparker@milbank.com

*Attorney for Non Party Oak View Group, LLC*