## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Adam J. Di Vincenzo, hereby apply for admission to appear before this Court *pro hac vice,* to represent Non-Party Oak View Group, LLC in the above-captioned action. In support of this application, I declare under penalty of perjury as follows:

1. I am admitted to practice before the courts of New York and the District of Columbia, and I am a partner in the Washington, DC office with the law firm of Milbank LLP located at 1850 K Street, NW, Suite 1100, Washington, DC 20006. Copies of the Certificates of Good Standing are attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: October 1, 2024

Sworn to and subscribed before me this 1st day of October, 2024

_____
Notary Public

ABAYOMI A. AYANDIPO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 31, 2025

_____
Adam J. Di Vincenzo