IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Adam J. Di Vincenzo for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing in the bar of the states of New York and the District of Columbia; and that his contact information is as follows:

    Adam J. Di Vincenzo
    Milbank LLP
    1850 K Steet, NW,
    Suite 1100
    Washington, DC 20006
    (202) 835-7530
    adivincenzo@milbank.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel to Non-Party Oak View Group, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   October 1, 2024

_____
United States District / Magistrate Judge