## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,                    Case No. 1:24-cv-03973 (AS)(SLC)

      Plaintiffs,

v.

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

      Defendants.

_____/

## **MOTION FOR ADMISSION PRO HAC VICE**

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, London Ott hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for non-party, City or Orlando, in the above-captioned action.[1]

      I am a member in good standing with the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

---

[1] The undersigned moves to appear pro hac vice in this action for the sole purpose of seeking reimbursement of fees, costs, and expenses pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(ii).

Dated:  October 3, 2024

Respectfully Submitted,

/s/*London Ott*
London Ott
FBN:  0095058
Assistant City Attorney
P.O. Box 4990, Third Floor
Orlando, FL  32802-4990
Tel. (407) 246-2295
Fax. (407) 246-2854
pleadings@cityoforlando.net
london.ott@orlando.gov
Attorney for Non-Party,
CITY OF ORLANDO

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,

          Plaintiffs,

v.

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

          Defendants.
_____/

Case No. 1:24-cv-03973 (AS)(SLC)

## AFFIDAVIT OF LONDON OTT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF FLORIDA
COUNTY OF ORANGE

The undersigned hereby attests under penalty of perjury as follows:

1.     My name is London Ott. I am over the age of eighteen (18) and make this affidavit based upon my personal knowledge and in support of the attached Motion for Admission Pro Hac Vice.

2.     I am an Assistant City Attorney for the City of Orlando, Florida.

3.     I am a member in good standing with the bar of the State of Florida.

4.     I have never been convicted of a felony.

5.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.     There are currently no disciplinary proceedings pending against me.

FURTHER AFFIANT SAYETH NAUGHT.

IN WITNESS WHEREOF, **LONDON OTT** has hereunto set her hand and seal this 3rd day of October, 2024.

LONDON OTT

STATE OF ___Florida___
COUNTY OF ___Orange___

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this _3rd_ day of _October_, 20_24_, by

___London Ott___, as _Assistant City Attorney_ on behalf of the City of Orlando. They ☑ are personally known to me or ☐ have produced _____ as identification.

Notary Public Signature

(Affix Notary Stamp or Seal)

Print, Type or Stamp Name of Notary: _Maritza Torres_

My commission expires: _August 15, 2028_

MARITZA TORRES
MY COMMISSION # HH 516298
EXPIRES: August 15, 2028

2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida      )

County of Leon      )

In Re:   0095058
          London Lee Ott
          400 S Orange Ave
          Orlando, FL 32801-3360

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **February 24, 2012**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  2nd  day of **October, 2024**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-309165

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


United States of America, et al.,                    Case No. 1:24-cv-03973 (AS)(SLC)

      Plaintiffs,

v.

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

      Defendants.
_____/

## <u>ORDER TO APPEAR PRO HAC VICE</u>

The Motion of London Ott, for admission to practice Pro Hac Vice in the above captioned action, is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the state of Florida, and that her contact information is as follows:

London Ott
City of Orlando
400 S. Orange Ave.
Orlando, Florida 32801
(P): 407-246-2295
(F): 407-246-2854

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for non-party, City of Orlando, in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  October _____, 2024

_____
THE HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE