UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America, et al.,

                Plaintiffs,

      -against-

Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,

                Defendants.

24-cv-3973 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    As addressed at the conference held on September 27, 2024, the parties should meet and confer on dates for another conference in late October. The parties should propose dates to the Court by **October 11, 2024**.

    SO ORDERED.

Dated: October 3, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge