UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,　　　　　　　Case No. 1:24-cv-03973 (AS)(SLC)

    Plaintiffs,

v.

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

    Defendants.
_____/

### AMENDED[1] MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, London Ott hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for non-party, City or Orlando, in the above-captioned action.[2]

I am a member in good standing with the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

---

[1] This Motion is amended solely in order to include a Certificate of Good Standing from the Supreme Court of Florida rather than from the Florida Bar.

[2] The undersigned moves to appear pro hac vice in this action for the sole purpose of seeking reimbursement of fees, costs, and expenses pursuant to Federal Rule of Civil Procedure 45.

Dated:  October 7, 2024

                                      Respectfully Submitted,

                                      /s/*London Ott*  
                                      London Ott  
                                      FBN:  0095058  
                                      Assistant City Attorney  
                                      P.O. Box 4990, Third Floor  
                                      Orlando, FL  32802-4990  
                                      Tel. (407) 246-2295  
                                      Fax. (407) 246-2854  
                                      pleadings@cityoforlando.net  
                                      london.ott@orlando.gov  
                                      Attorney for Non-Party,  
                                      CITY OF ORLANDO

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,                Case No. 1:24-cv-03973 (AS)(SLC)

    Plaintiffs,

v.

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

    Defendants.
_____/

## AFFIDAVIT OF LONDON OTT IN SUPPORT OF AMENDED MOTION FOR ADMISSION PRO HAC VICE

STATE OF FLORIDA
COUNTY OF ORANGE

The undersigned hereby attests under penalty of perjury as follows:

1. My name is London Ott. I am over the age of eighteen (18) and make this affidavit based upon my personal knowledge and in support of the attached Motion for Admission Pro Hac Vice.

2. I am an Assistant City Attorney for the City of Orlando, Florida.

3. I am a member in good standing with the bar of the State of Florida.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are currently no disciplinary proceedings pending against me.

FURTHER AFFIANT SAYETH NAUGHT.

IN WITNESS WHEREOF, **LONDON OTT** has hereunto set her hand and seal this 7th day of October, 2024.

_____
LONDON OTT

STATE OF Florida
COUNTY OF Orange

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 7th day of October, 2024, by London Ott, as Assistant City Attorney on behalf of the City of Orlando. They ☑ are personally known to me or ☐ have produced _____ as identification.

_____
Notary Public Signature

(Affix Notary Stamp or Seal)

Print, Type or Stamp Name of Notary: Maritza Torres

My commission expires: August 15, 2028

MARITZA TORRES
MY COMMISSION # HH 516298
EXPIRES: August 15, 2028

2

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### LONDON LEE OTT

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on FEBRUARY 24, 2012, is presently in good standing, and that the private and professional character of the attorney appears to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this OCTOBER 4, 2024.

_____
Clerk of the Supreme Court of Florida

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,   Case No. 1:24-cv-03973 (AS)(SLC)

    Plaintiffs,

v.

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

    Defendants.
_____/

## **ORDER TO APPEAR PRO HAC VICE**

The Motion of London Ott, for admission to practice Pro Hac Vice in the above captioned action, is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the state of Florida, and that her contact information is as follows:

London Ott
City of Orlando
400 S. Orange Ave.
Orlando, Florida 32801
(P): 407-246-2295
(F): 407-246-2854

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for non-party, City of Orlando, in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: October _____, 2024

                                                                                                      _____
THE HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

Case 1:24-cv-03973-AS   Document 296   Filed 10/07/24   Page 7 of 7