UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al., | Case No. 1:24-cv-03973 (AS)(SLC) |
| Plaintiffs, | |
| v. | |
| Live Nation Entertainment, Inc. and Ticketmaster L.L.C., | |
| Defendants. _____/ | |

**NON-PARY, CITY OF ORLANDO'S NOTICE OF WITHDRAWAL OF MOTION FOR REIMBURSEMENT OF FEES, COSTS, AND EXPENSES FOR COMPLYING WITH SUBPOENA TO PRODUCE DOCUMENTS [DE 295] WITHOUT PREJUDGE**

Non-Party, City of Orlando ("City"), through undersigned counsel, hereby withdraws its Motion for Reimbursement of Fees, Costs, and Expenses for Complying with Subpoena to Produce Documents ("Cost Motion") [DE 295] without prejudice, and further states as follows:

On October 3, 2024, the City filed its Cost Motion. On October 8, 2024, the City conferred with Plaintiffs, and the parties agreed to an extension of the current deadline to respond to the subpoena, and also agreed to work together on an ongoing basis to produce responsive documents in a manner that may mitigate the City's financial burden.

In light of the foregoing, the City withdraws its Cost Motion without prejudice, but reserves the right to re-file the Cost Motion at a later date, if circumstances so warrant.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served via the United States District Court, Southern District of New York, E-Filing Portal upon the following counsel:

Counsel for Plaintiffs:  Sarah Licht
U.S. Department of Justice, Antitrust Division
450 Fifth Street NW, Suite 4000
Washington, D.C. 20530

Counsel for Defendants:  Robin L. Gushman
Latham & Watkins LLP
505 Monterey Street, Suite 2000
San Francisco, CA 94111-6538

Nicole Peles
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001

Dated:  October 8, 2024

Respectfully Submitted,

/s/*London Ott*
London Ott
FBN:  0095058
Assistant City Attorney
P.O. Box 4990, Third Floor
Orlando, FL  32802-4990
Tel. (407) 246-2295
Fax. (407) 246-2854
pleadings@cityoforlando.net
london.ott@orlando.gov
Attorney for Non-Party,
CITY OF ORLANDO