UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,        Case No. 1:24-cv-03973 (AS)(SLC)

    Plaintiffs,

v.

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

    Defendants.
_____/

## ORDER TO APPEAR PRO HAC VICE

The Motion of London Ott, for admission to practice Pro Hac Vice in the above captioned action, is GRANTED.

Applicant Ott has declared that she is a member in good standing of the bar of the state of Florida, and that her contact information is as follows:

> London Ott
> City of Orlando
> 400 S. Orange Ave.
> Orlando, Florida 32801
> (P): 407-246-2295
> (F): 407-246-2854

Applicant Ott having requested admission Pro Hac Vice to appear for all purposes as counsel for non-party, City of Orlando, in the above entitled action;

IT IS HEREBY ORDERED that Applicant Ott is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 8, 2024

_____
THE HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE