UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>       Plaintiffs,<br><br>    -against-<br><br>Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,<br><br>       Defendants. | 24-cv-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On October 3, 2024, non-party City of Orlando filed a motion for reimbursement of fees, costs, and expenses related to compliance with a subpoena to produce documents. Dkt. 295. Any opposition briefs (letters are fine) must be filed by **October 18, 2024**.

  SO ORDERED.

Dated: October 8, 2024
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge