# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.,<br><br>                               Plaintiffs,<br><br>  v.<br><br>Live Nation Entertainment, et al.,<br><br>                               Defendants. | Case No. 1:24-CV-03973-AS<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE FOR CALEB J. SMITH** |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Caleb J. Smith of the Office of the Oklahoma Attorney General hereby withdraws as attorney of record for Plaintiff State of Oklahoma in the above-captioned matter.

Plaintiff State of Oklahoma will continue to be represented by Robert J. Carlson, who has filed an appearance in this matter.

Dated: October 11, 2024        Respectfully Submitted,

                                 GENTNER DRUMMOND
                                 ATTORNEY GENERAL OF OKLAHOMA

By:_____
       Robert J. Carlson, OBA #19312
       Senior Assistant Attorney General
       Office of the Oklahoma Attorney General
       15 West 6th Street, Suite 1000
       Tulsa, OK  74119
       Telephone: (918) 581-2342
       Email: Robert.Carlson@oag.ok.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2024, I caused the foregoing Notice of Withdrawal of Appearance for Caleb J. Smith to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

Robert J. Carlson
Senior Assistant Attorney General