UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br> Defendants. | 24-cv-3973 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

On October 3, 2024, non-party City of Orlando filed a motion for reimbursement of fees. Dkt. 295. On October 8, 2024, this motion was withdrawn.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 295.

SO ORDERED.

Dated: October 15, 2024
       New York, New York

                                                 ARUN SUBRAMANIAN
                                                 United States District Judge