UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>                        Plaintiffs,<br><br>         -against-<br><br>Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,<br><br>                        Defendants. | 24-cv-3973 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       In their October 11, 2024 letter, the parties indicated their availability for a conference in late October or early November. Dkt. 301. The conference is scheduled for **October 29, 2024 at 4:00 PM**.

       This will be a remote conference. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **246 713 549**, followed by the pound (#) sign.

       SO ORDERED.

Dated: October 15, 2024
         New York, New York

                                                          ARUN SUBRAMANIAN
                                                        United States District Judge