## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al,

          Plaintiffs,

      v.

LIVE NATION ENTERTAINMENT, INC., et al.,

          Defendants.

Case No. 1:24-cv-03973

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, I, Jesse Moore, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the State of Indiana in the above-captioned action.

I am in good standing of the bar of the State of Indiana and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 16, 2024

Respectfully submitted,

*/s/ Jesse Moore*
Jesse Moore
(IN Bar #37654-49)
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Fl.
Indianapolis, IN 46204
Telephone: (317) 232-4956
Email: jesse.moore@atg.in.gov

**CERTIFICATE OF SERVICE**

I, Jesse Moore, hereby certify that on October 16, 2024, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

*/s/ Jesse Moore*
Jesse Moore
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Fl.
Indianapolis, IN 46204
Telephone: (317) 232-4956
Email: jesse.moore@atg.in.gov