IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al,<br><br>    Plaintiffs,<br><br>  v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>    Defendants. | Case No. 1:24-cv-03973 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jesse Moore, hereby state as follows:

1. I am admitted to practice before the courts of the State of Indiana and am an attorney for the State of Indiana through the Indiana Office of Attorney General, a Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Sworn to and subscribed before me this

___3___ day of __Sept_____, 2024.

_____
Notary Public

*[Notary Seal: EMILY JEAN TRENT, Notary Public, State of Indiana, Marion County, Commission Number NP0752044, My Commission Expires October 5, 2031]*

_____
Jesse Moore
(IN Bar #37654-49)
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
Telephone: (317) 232-4956
Email: jesse.moore@atg.in.gov