IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-03973 |

**MOTION FOR ADMISSION PRO HAC VICE**

　　Pursuant to Rule 1.3 of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, I, Scott Barnhart, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the State of Indiana in the above-captioned action.

　　I am in good standing of the bar of the State of Indiana and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 16, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Scott Barnhart*
　　　　　　　　　　　　　　　　　　　　　　Scott Barnhart
　　　　　　　　　　　　　　　　　　　　　　(IN Bar #25474-82)
　　　　　　　　　　　　　　　　　　　　　　Director & Chief Counsel of Consumer Protection
　　　　　　　　　　　　　　　　　　　　　　Office of the Indiana Attorney General
　　　　　　　　　　　　　　　　　　　　　　302 W. Washington St., IGCS 5th Fl.
　　　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　　　　　　　　Telephone: (317) 232-6309
　　　　　　　　　　　　　　　　　　　　　　Email: scott.barnhart@atg.in.gov

## CERTIFICATE OF SERVICE

I, Scott Barnhart, hereby certify that on October 16, 2024, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

*/s/ Scott Barnhart*
Scott Barnhart
Director & Chief Counsel of Consumer Protection
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Fl.
Indianapolis, IN 46204
Telephone: (317) 232-6309
Email: scott.barnhart@atg.in.gov
