IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No. 1:24-cv-03973 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Scott Barnhart, hereby state as follows:

1. I am admitted to practice before the courts of the State of Indiana and am an attorney for the State of Indiana through the Indiana Office of Attorney General, a Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Sworn to and subscribed before me this
3rd day of September, 2024.

_____
Notary Public

[Notary Seal: EMILY JEAN TRENT, Notary Public, State of Indiana, Marion County, Commission Number NP0752044, My Commission Expires October 5, 2031]

_____
Scott Barnhart
(IN Bar #25474-82)
Director & Chief Counsel of Consumer Protection
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
Telephone: (317) 232-6309
Email: scott.barnhart@atg.in.gov