UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Civil No. 1:24–cv–3973-AS-SLC |

### DECLARATION OF ARIANNA MARKEL IN SUPPORT OF PLAINTIFFS' JOINT MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Arianna Markel, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the Antitrust Division of the United States Department of Justice, and I am a counsel of record for Plaintiff United States of America in the above-captioned matter. I am a member in good standing of the bar of the State of New York, and I am admitted to practice in the Southern District of New York.

2. I respectfully submit this Declaration in support of Plaintiffs' Joint Memorandum of Law in Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters discussed in this Declaration.

3. Attached as **Exhibit A** is Plaintiffs' chart of the claim elements plausibly alleged in the Amended Complaint, in accordance with Paragraph 8(G)(i) of Judge Subramanian's Individual Practices in Civil Cases.

4. Attached as **Exhibit B** is a true and correct copy of the Redacted Brief of Appellee Live Nation, dated July 31, 2015, in *It's My Party, Inc., et al. v. Live Nation, Inc.*, 15-

1

1278 (4th Cir.), which was filed on August 19, 2015, in redacted form on the public docket at ECF No. 66.

5. Attached as **Exhibit C** is a true and correct copy of Live Nation, Inc.'s Memorandum in Support of Motion for Summary Judgment, dated October 25, 2011, in *It's My Party, Inc., et al. v. Live Nation, Inc.*, 1:09-cv-00547 (JFM) (D. Md.), which was filed in redacted form on the public docket at ECF No. 85.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2024.

/s/ *Arianna Markel*
ARIANNA MARKEL
Senior Litigation Counsel
Antitrust Division
U.S. Department of Justice
