IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-03973 |

**ORDER FOR ADMISSION PRO HAC VICE**

　　The motion of Corinne Gilchrist for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

　　Applicant has declared that she is a member in good standing of the bar of the State of Indiana and that her contact information is as follows:

　　Corinne Gilchrist
　　(IN Bar #27115-53)
　　Section Chief of Consumer Litigation
　　Office of the Indiana Attorney General
　　302 W. Washington St., IGCS 5th Floor
　　Indianapolis, IN 46204
　　Telephone: (317) 233-6143
　　Email: corinne.gilchrist@atg.in.gov

　　Applicant having requested admission Pro Hac Vice to appear for all purposed as counsel to Plaintiff State of Indiana in the above-entitled action.

　　**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Courts, including the Rules governing discipline of attorneys.

2

Dated: _____

_____
United States District / Magistrate Judge