IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al,<br><br>      Plaintiffs,<br><br>  v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>      Defendants. | Case No. 1:24-cv-03973 |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Corinne Gilchrist for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Indiana and that her contact information is as follows:

Corinne Gilchrist
(IN Bar #27115-53)
Section Chief of Consumer Litigation
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204
Telephone: (317) 233-6143
Email: corinne.gilchrist@atg.in.gov

Applicant having requested admission Pro Hac Vice to appear for all purposed as counsel to Plaintiff State of Indiana in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Courts, including the Rules governing discipline of attorneys.

1

Dated: _____

						_____
						United States District / Magistrate Judge

2