## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mario E. Guadamud, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Louisiana in the above captioned action.

I am in good standing of the bar of the State of Louisiana and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 19, 2024                    Respectfully Submitted,

                                             */s/ Mario E. Guadamud*
                                             Mario E. Guadamud
                                             Assistant Chief Deputy Attorney General
                                             Public Protection Division,
                                             Complex Litigation Unit
                                             Louisiana Office of Attorney General
                                             1885 North 3rd Street
                                             Baton Rouge, LA 70802
                                             (225) 326-6400
                                             guadamudm@ag.louisiana.gov

                                             *Counsel for Plaintiff State of Louisiana*