## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

               Plaintiffs,

   v.

LIVE NATION ENTERTAINMENT, INC., et al.,

               Defendants.

Case No.: 1:24-CV-03973-AS

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Mario Guadamud, hereby state:

1.      I am admitted to practice before the courts of the State of Louisiana and am an attorney for the State of Louisiana through the Louisiana Office of Attorney General, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2.      I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.      I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: September 19, 2024

Respectfully Submitted,

*/s/ Mario E. Guadamud*
Mario E. Guadamud
Assistant Chief Deputy Attorney General
Public Protection Division,
Complex Litigation Unit
Louisiana Office of Attorney General
1885 North 3rd Street
Baton Rouge, LA 70802
(225) 326-6400
guadamudm@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

Sworn to and Subscribed before me
this 19 day of September 2024.

_____
Notary Public

John J. Kelley
Notary Public
Notary ID No.138068
State of Louisiana