# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

                        Plaintiffs,

          v.

LIVE NATION ENTERTAINMENT, INC.,
et al.,

                        Defendants.

Case No.: 1:24-CV-03973-AS

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Mario E. Guadamud for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Louisiana; and that his contact information is as follows:

Mario E. Guadamud
Assistant Chief Deputy Attorney General
Public Protection Division,
Complex Litigation Unit
Louisiana Office of Attorney General
1885 North 3rd Street
Baton Rouge, LA 70802
(225) 326-6400
guadamudm@ag.louisiana.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Louisiana in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   October 18, 2024

_____

United States District / Magistrate Judge