# EXHIBIT 2

**Plaintiffs' Custodian Proposal**

- **Group A**: Senior executives currently or previously employed by Defendants, nearly all of whom were custodians during Plaintiffs' pre-Complaint investigation. Accounting for the pre-Complaint investigation, Plaintiffs seek a full custodial collection from January 1, 2015 – December 31, 2016 and January 1, 2023, through the present. Defendants agree to these custodians but refuse to produce documents prior to January 1, 2017.

- **Group B**: Employees currently or previously employed by Defendants, all of whom were custodians during Plaintiffs' pre-Complaint investigation. Accounting for the pre-Complaint investigation, Plaintiffs seek a limited custodial collection of emails and attachments from January 1, 2015 – December 31, 2016, and a full custodial collection from January 1, 2023 through the present. Defendants agree to these custodians but refuse to collect and produce documents prior to January 1, 2017.

- **Group C**: These are five senior executives currently or previously employed by Defendants who were not custodians during the pre-Complaint investigation. This group includes individuals with responsibility related to Defendants' conduct core to allegations in the Complaint that were fully covered by custodians in the pre-Complaint investigation. Plaintiffs seek a full custodial collection from January 1, 2015 through the present. Defendants do not agree to any of these custodians.

- **Group D**: Employees currently or previously employed by Defendants, most of whom were not custodians during the pre-Complaint investigation. For 11 of these individuals with an asterisk, Plaintiffs only seek a limited custodial collection for the date ranges indicated below. For 19 of these individuals, Plaintiffs seek a limited custodial collection of emails and attachments from January 1, 2015 – December 31, 2018 and a full custodial collection from January 1, 2019 to the present. Defendants agree to two of these custodians but none of the remaining individuals.

- Because several of Plaintiffs' custodian-related questions to Defendants remain outstanding, Plaintiffs request that Plaintiffs be allowed to add up to three custodians prior to January 15, 2025, and to request additional searches or collections if warranted by discovery developments.

| Custodian # | Name | Custodian Group | Limited Custodial Collection Period | Relevance of Disputed Custodians |
|---|---|---|---|---|
| 1 | Ben Weeden | Group A | | Undisputed |
| 2 | Bob Roux | Group A | | Undisputed |
| 3 | David Marcus | Group A | | Undisputed |
| 4 | Jared Smith | Group A | | Undisputed |
| 5 | Joe Berchtold | Group A | | Undisputed |
| 6 | Jordan Zachary | Group A | | Undisputed |
| 7 | Kurt Schwartzkopf | Group A | | Undisputed |
| 8 | Larry Plawsky | Group A | | Undisputed |
| 9 | Mark Campana | Group A | | Undisputed |
| 10 | Mark Yovich | Group A | | Undisputed |
| 11 | Marla Ostroff | Group A | | Undisputed |
| 12 | Matthew Hansen | Group A | | Undisputed |
| 13 | Michael Evans | Group A | | Undisputed |
| 14 | Michael Rapino | Group A | | Undisputed |
| 15 | Michael Wichser | Group A | | Undisputed |
| 16 | Omar Al-Joulani | Group A | | Undisputed |
| 17 | Rick Franks | Group A | | Undisputed |
| 18 | Russell Wallach | Group A | | Undisputed |
| 19 | Tom See | Group A | | Undisputed |
| 20 | Trevor Allin | Group A | | Undisputed |
| 21 | Amy Corbin | Group B | | Undisputed |
| 22 | Amy Howe | Group B | | Undisputed |

| Custodian # | Name | Custodian Group | Limited Custodial Collection Period | Relevance of Disputed Custodians |
|---|---|---|---|---|
| 23 | Anne Paulsen | Group B | | Undisputed |
| 24 | Brad Wavra | Group B | | Undisputed |
| 25 | Brendan Lynch | Group B | | Undisputed |
| 26 | Brian O'Connell | Group B | | Undisputed |
| 27 | Casey Klein | Group B | | Undisputed |
| 28 | Charlie Walker | Group B | | Undisputed |
| 29 | Clay Luter | Group B | | Undisputed |
| 30 | David Shipitofsky | Group B | | Undisputed |
| 31 | Eric Pirritt | Group B | | Undisputed |
| 32 | Geni Lincoln | Group B | | Undisputed |
| 33 | Geoff Carns | Group B | | Undisputed |
| 34 | Geoffrey Gordon | Group B | | Undisputed |
| 35 | Gerry Barad | Group B | | Undisputed |
| 36 | Grant Lyman | Group B | | Undisputed |
| 37 | Kurt Melien | Group B | | Undisputed |
| 38 | Lesley Olenik | Group B | | Undisputed |
| 39 | Rich Best | Group B | | Undisputed |
| 40 | Arthur Fogel | Group C | | Chairman of Global Music and President of Global Touring; information concerning promotions, amphitheater, and tying claims |

| Custodian # | Name | Custodian Group | Limited Custodial Collection Period | Relevance of Disputed Custodians |
|---|---|---|---|---|
| 41 | Gregory LeMay | Group C | | President of company acquired by LN; information concerning all claims |
| 42 | Joe Taylor | Group C | | Head of Analytics for Live Nation Venues; information concerning amphitheater and tying claims |
| 43 | John Hopmans | Group C | | Executive Vice President Strategic Finance; assesses potential acquisitions in the United States; information concerning all claims |
| 44 | Patti-Anne Tarlton | Group C | | Executive Vice President; works as Live Nation account lead within Ticketmaster; information concerning all claims |
| 45 | Andy Hewitt* | Group D | 1/1/2016 – 12/31/2017 | Prior employee who saw booking, marketing and promotion of important Live Nation venues in Southern California and Las Vegas; information concerning promotions and amphitheater claims |
| 46 | Angela Miles-Powell | Group D | | Regional Vice President, Venues & Promoters; Manages primary ticketing relationships with venues, including some implicated by OVG allegations; information concerning primary ticketing and fan facing claims |

| Custodian # | Name | Custodian Group | Limited Custodial Collection Period | Relevance of Disputed Custodians |
|---|---|---|---|---|
| 47 | Ashley Capps* | Group D | 1/1/2015 – 12/31/2017 | Founder of company acquired by Live Nation; information concerning promotions and fan-facing claims |
| 48 | Bret Gallagher | Group D | | Executive Vice President of Business Development; has operational and strategic responsibilities for Live Nation venue deals; information concerning promotions, amphitheater, fan-facing, and tying claims |
| 49 | Brittany Flores | Group D | | Florida Region President for Live Nation; information concerning promotions, amphitheater, tying, and fan facing claims |
| 50 | Bryan Dockett | Group D | | Senior Vice President of Premium Seat Services; oversees season sales and venue membership at Live Nation amphitheaters; information concerning promotions, amphitheater and tying claims |
| 51 | Charles Attal | Group D | | President of C3; works on developing festivals; information concerning promotions, amphitheater, and tying claims |
| 52 | Colin Lewis | Group D | | Global Tour Promoter; information concerning |

5

| Custodian # | Name | Custodian Group | Limited Custodial Collection Period | Relevance of Disputed Custodians |
|---|---|---|---|---|
| | | | | promotions, amphitheater, and tying claims |
| 53 | Dan Steinberg* | Group D | 1/1/2017 – 12/31/2018 | Founder of company acquired by Live Nation; information concerning promotions, amphitheater, and tying claims |
| 54 | Darin Lashinsky* | Group D | 5/1/2016 – 12/31/2018 | President of company acquired by Live Nation; information concerning promotions, amphitheater, and tying claims |
| 55 | Fred Frank | Group D | | Founder of company acquired by Live Nation; information concerning promotions, amphitheater, and tying claims |
| 56 | Gary Weinberger* | Group D | 1/1/2016 – 12/31/2018 | President of company acquired by Live Nation; information concerning promotions, amphitheater, and tying claims |
| 57 | Jason Wright | Group D | | Midwest Region President; information concerning promotions, amphitheater, tying, and fan facing claims |
| 58 | Jenny Johnson | Group D | | Vice President Commercial Strategy; information concerning primary ticketing and fan facing claims |
| 59 | Jim McNeil* | Group D | 1/1/2015 – 12/31/2017 | Former CEO of company acquired by Live Nation; |

| Custodian # | Name | Custodian Group | Limited Custodial Collection Period | Relevance of Disputed Custodians |
|---|---|---|---|---|
| | | | | information concerning all claims |
| 60 | Karl Adams | Group D | | Head of Large Venue Operations; oversees operations for Live Nation amphitheaters; information concerning all claims |
| 61 | Kelly Flanigan | Group D | | Capital Region President; information concerning promotions, amphitheater, tying, and fan facing claims |
| 62 | Larry Frank* | Group D | 1/1/2016 – 12/31/2023 | Founder of company acquired by Live Nation; information concerning all claims |
| 63 | Liz Basanec | Group D | | Vice President Global Pricing; responsible for U.S. ticketing pricing strategy; information concerning ticketing and fan facing claims |
| 64 | Matt Prieshoff | Group D | | Head of Ancillary Experiences Venue Nation; responsible for ticketing, premier parking, and other aspects of Live Nation amphitheaters; information concerning all claims |
| 65 | Nick Checota* | Group D | 1/1/2022 – 12/31/2023 | Founder of company acquired by Live Nation; information concerning all claims |

| Custodian # | Name | Custodian Group | Limited Custodial Collection Period | Relevance of Disputed Custodians |
|---|---|---|---|---|
| 66 | Patti Kim* | Group D | 1/1/2021 – 12/31/2023 | Undisputed |
| 67 | Peter Conlon | Group D | | Chairman, Live Nation Georgia, US Concerts; information concerning promotions, amphitheater, and tying claims |
| 68 | Ryan Vangel | Group D | | New England Region President; information concerning promotions, amphitheater, and tying claims |
| 69 | Sacha Guttfreund Stone* | Group D | 1/1/2015 – 12/31/2018 | Founder of company acquired by Live Nation; information concerning all claims |
| 70 | Sally Williams | Group D | | President of Nashville Music & Business Strategy; information concerning all claims |
| 71 | Shawn Gee | Group D | | President of Live Nation Urban; information concerning promotions, amphitheater, and tying claims |
| 72 | Stacie George* | Group D | 1/1/2021 – 12/31/2023 | Undisputed |
| 73 | Tom McGlone | Group D | | Regional Vice President Venues & Promoters; information concerning all claims |
| 74 | Velena Vego | Group D | | Vice President of Third Party Programming; information |

8

| Custodian # | Name | Custodian Group | Limited Custodial Collection Period | Relevance of Disputed Custodians |
|---|---|---|---|---|
|  |  |  |  | concerning promotions, amphitheater, and tying claims |