# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>　　　　　　　　Defendants. | Case No.: 1:24-cv-03973-AS<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that Eyitayo St. Matthew-Daniel, attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, with offices located at 1285 Avenue of Americas, New York, NY 10019, hereby appears on behalf of Non-Party Viagogo Entertainment Inc. ("StubHub") in the above-captioned matter. I certify that I am admitted to practice in the United States District Court for the Southern District of New York. I respectfully request that copies of all pleadings, notices, orders, and other filing be served upon me and I am a registered user of the electronic case filing system.

Dated:　New York, New York
　　　　October 24, 2024

　　　　　　　　　　　　　　　　　　　　**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

　　　　　　　　　　　　　　　　　　By: /s/ *Eyitayo St. Matthew-Daniel*
　　　　　　　　　　　　　　　　　　　　Eyitayo St. Matthew-Daniel
　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　(212) 373-3229
　　　　　　　　　　　　　　　　　　　　tstmatthewdaniel@paulweiss.com

　　　　　　　　　　　　　　　　　　*Attorney for Non-Party Viagogo Entertainment Inc.*