**EXHIBIT 1**

# EXHIBIT 1

## Defendants' Custodial Document Review Proposal

| Category | Proposal |
|---|---|
| Total Number of Documents To Review | • Defendants will review up to **1.5 million documents** for responsiveness to Plaintiffs' custodial document requests (about 24,000 documents per day, from October 3, 2024 to January 15, 2025)<br>• Approximately 600,000 of these documents are left over from the DOJ CID review<br>• The remaining 900,000 will be subject to (1) review utilizing TAR 2.0 and (2) a linear review for documents that are not amenable to TAR analysis, based on the parameters below |
| Custodians | • 41 custodians identified as "Undisputed" in Exhibit 2 to Plaintiffs' letter-motion (ECF No. 320-2) |
| Date Range | • For DOJ CID custodians: 1/1/2023 to 5/23/2024 (given that the CID date range covered 1/1/2017 to 12/31/2022)<br>   • <u>Exceptions</u>: Plaintiffs are not seeking documents from Patti Kim or Stacie George after 12/31/2023; their collection will be limited to 1/1/2023 to 12/31/2023<br>• For non-DOJ CID custodians: 1/1/2017 to 5/23/2024 |
| Search Terms | • Search terms used for DOJ CID, with limited modifications to account for differences between the investigation and litigation |
| Document Types | • Emails and attachments; documents hyperlinked in emails; chats; texts<br>• These document sources are the most likely to be relevant, and given that Defendants are producing hyperlinked attachments, this set will also include many documents stored in other sources |