GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL

**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

**Public Advocacy Division**
**Antitrust and Nonprofit Enforcement Section**



October 28, 2024

<u>VIA ECF</u>

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   <u>United States, et al. v. Live Nation Entertainment, Inc., et al.</u>, No. 1:24-cv-03973

Dear Judge Subramanian:

     In accordance with Paragraphs 7 and 8 of the Court's Individual Practices in Civil Cases, State Plaintiffs advise the Court on their plan should the Court grant the parties' request for oral argument on Defendants' motion to dismiss. Defendants' motion argues that, with respect to their damages claims, State Plaintiffs have not pled antitrust injury and are not efficient enforcers of the antitrust laws. If the Court holds oral argument on Defendants' motion, State Plaintiffs would split the argument on the damages claims, with attorney Cole Niggeman, of the Office of the Attorney General for District of Columbia, addressing the efficient-enforcer issue (and attorney Adam Gitlin, of the same office, addressing antitrust injury). Mr. Niggeman is a 2023 law school graduate who was the principal drafter of the damages-claims portion of the opposition brief to Defendants' motion.

                                               Respectfully submitted,

                                               <u>*Adam Gitlin*</u>
                                               Adam Gitlin
                                               Chief, Antitrust and Nonprofit
                                               Enforcement Section
                                               Office of the Attorney General for
                                               the District of Columbia
                                               400 6th Street NW, 10th Floor
                                               Washington, DC 20001
                                               adam.gitlin@dc.gov

cc: All Counsel of Record (by ECF filing)