UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br>                              Plaintiffs, <br><br> -against- <br><br> Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br>                              Defendants. | 24-CV-3973 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      At the October 29, 2024 hearing, the Court addressed plaintiffs' motion to compel (Dkt. 320) and defendants' motion to amend the protective order (Dkt. 319) on the record. The parties should meet and confer on any outstanding issues relating to those motions and be prepared to address them at the next hearing, which is scheduled for **November 8, 2024 at 11:30 AM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **388 334 964**, followed by the pound (#) sign.

      As for the proposed amendment to the protective order, the parties should meet and confer and file with the Court no later than **November 6, 2024**, the agreed-upon amendment or a single redline reflecting the parties' disagreements. If any non-party affected by the proposed amendment (*e.g.*, SeatGeek, StubHub, and AEG) wishes to propose modifications, they should do so by **November 7, 2024 at 5:00 PM**, ideally in the form of a mark-up of what the parties submitted. Further, the non-parties should endeavor, to the extent possible, to submit one mark-up on behalf of all affected non-parties.

      SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge