UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> Defendants. | Case No. 1:24-cv-03973-AS-SLC <br><br> [Rel. 1:24-cv-04106-AS-SLC; 1:24-cv-03994-AS-SLC] <br><br> **ORAL ARGUMENT REQUESTED** |

**SUPPLEMENTAL DECLARATION OF ROBIN L. GUSHMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Robin L. Gushman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate at the law firm of Latham & Watkins LLP, attorneys for Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster," and together, "Defendants") in the above-captioned matter. I am a member in good standing of the bar of the State of California and have been admitted *pro hac vice* to this Court. I submit this declaration in support of Defendants' Motion to Dismiss certain claims in the Amended Complaint. I have personal knowledge of the facts stated in this declaration, and if called as a witness to testify, would and could competently do so.

2. Attached as **Exhibit 3** is a true and correct copy of the Brief for the United States as Amicus Curiae in *Comcast Corp., et al. v. Viamedia, Inc.*, 141 S. Ct. 2877 (2021) (No. 20-319).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of October 2024.

                                                              Robin L. Gushman