UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,<br><br>        Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Due to the constraints of the remote conferencing system and the number of callers that may dial in, by **November 7, 2024 at 5:00 PM**, the parties, AEG, SeatGeek, and StubHub (to the extent these third parties may wish to be heard) should email the Court (SubramanianNYSDChambers@nysd.uscourts.gov) the counsel expected to speak at the conference on November 8, 2024. The Court hopes that everyone can coordinate and send one list. The list should include the phone numbers from which each attorney expects to dial in to the call.

  SO ORDERED.

Dated: November 6, 2024
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge