UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al.,

                         Plaintiffs,

            -against-                                    24-CV-3973 (AS)

Live Nation Entertainment, Inc. and                     ORDER
Ticketmaster L.L.C.,

                         Defendants.

ARUN SUBRAMANIAN, United States District Judge:

       For the reasons stated at the remote conference held on November 8, 2024, defendants' motion to amend the protective order is GRANTED IN PART. The Court adopts the language in plaintiffs' proposal at Dkt. 335-2. The parties should file a proposed amended protective order incorporating these changes by **November 13, 2024**. If defendants wish to have specific information de-designated, they should work to resolve any disputes with plaintiffs (and any relevant third parties) and raise unresolved issues with the Court through the appropriate procedures.

       If the parties have any remaining disputes on search terms or recall rates that cannot be resolved, they should submit their respective proposals for the Court's review by **November 13, 2024**. Competing hit reports can be emailed to the Court; a single joint-letter on recall rates is preferred.

       The Clerk of Court is respectfully directed to terminate the motions at Dkts. 319, 230, and 325.

       SO ORDERED.

Dated: November 8, 2024
     New York, New York

                                 ARUN SUBRAMANIAN
                             United States District Judge