**VIA ECF**

The Honorable Arun Subramanian  October 23, 2024
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   <u>United States, et al. v. Live Nation Entertainment, Inc., et al.</u>, No. 1:24-cv-03973

Dear Judge Subramanian:

    As directed in the Court's November 8, 2024 Order (Dkt. 337), Plaintiffs hereby submit a proposed Amended Protective Order. The first attachment is a clean version of the Proposed Amended Protective Order. The second attachment is a red-line against the text of the Court's existing Protective Order. (Dkt. 213). Defendants have reviewed the Proposed Amended Protective Order for compliance with the Court's November 8, 2024 Order.

                            Respectfully submitted,
                            <u>/s/ Bonny Sweeney</u>

                            Bonny Sweeney