**VIA ECF**

The Honorable Arun Subramanian                                              November 14, 2024
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   <u>United States, et al. v. Live Nation Entertainment, Inc., et al.</u>, No. 1:24-cv-03973

Dear Judge Subramanian:

   Plaintiffs submit this letter to correct two errors in the proposed Amended Protective Order submitted by Plaintiffs on November 13, 2024.  (Dkt. 345).

   As directed in the Court's November 8, 2024 Order (Dkt. 337), Plaintiffs submitted a proposed Amended Protective Order on November 13, 2024 with two attachments.  (Dkt. 345). The first attachment is a clean version of the proposed Amended Protective Order.  The second attachment was intended to be a redline of the proposed Amended Protective Order against the existing Protective Order, but Plaintiffs erroneously attached a second clean version.  (Dkt. 213). Plaintiffs have also corrected minor typographical errors in the proposed new language appearing as Paragraph 24 in the proposed order.  Accordingly, Plaintiffs respectfully submit this corrected filing.

Respectfully submitted,
<u>/s/ Bonny Sweeney</u>

Bonny Sweeney

1