# EXHIBIT A

| Log. No. | Bates | Document Date | Attorneys | Email From | Email To | Email CC/BCC | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|
| 1 | | 4/29/2024 | Lindsey Champlin ESQ (Latham & Watkins LLP); Richard Parker ESQ (Milbank LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | Richard Parker ESQ (Milbank LLP) | N/A | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) and outside counsel for Oak View Group, LLC (Milbank LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |
| 2 | | 4/28/2024 | Adam Di Vincenzo ESQ (Milbank LLP); Lindsey Champlin ESQ (Latham & Watkins LLP); Lauren Knoke ESQ (Milbank LLP); Richard Parker ESQ (Milbank LLP); Grant Bermann ESQ (Milbank LLP); Andrew Gass ESQ (Latham & Watkins LLP); Kelly Fayne ESQ (Latham & Watkins LLP) | Adam Di Vincenzo ESQ (Milbank LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP); Lauren Knoke ESQ (Milbank LLP); Richard Parker ESQ (Milbank LLP); Grant Bermann ESQ (Milbank LLP); Andrew Gass ESQ (Latham & Watkins LLP); Kelly Fayne ESQ (Latham & Watkins LLP) | N/A | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Oak View Group, LLC (Milbank LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |
| 3 | | 4/28/2024 | Lindsey Champlin ESQ (Latham & Watkins LLP); Adam Di Vincenzo ESQ (Milbank LLP); Lauren Knoke ESQ (Milbank LLP); Richard Parker ESQ (Milbank LLP); Grant Bermann ESQ (Milbank LLP); Andrew Gass ESQ (Latham & Watkins LLP); Kelly Fayne ESQ (Latham & Watkins LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | Adam Di Vincenzo ESQ (Milbank LLP); Lauren Knoke ESQ (Milbank LLP); Richard Parker ESQ (Milbank LLP); Grant Bermann ESQ (Milbank LLP); Andrew Gass ESQ (Latham & Watkins LLP); Kelly Fayne ESQ (Latham & Watkins LLP) | N/A | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Oak View Group, LLC (Milbank LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |
| 4 | | 4/26/2024 | Lauren Knoke ESQ (Milbank LLP); Lindsey Champlin ESQ (Latham & Watkins LLP); Kelly Fayne ESQ (Latham & Watkins LLP); Adam Di Vincenzo ESQ (Milbank LLP); Ivy Ziedrich ESQ (Latham & Watkins LLP); Sam Jeffrey ESQ (Latham & Watkins LLP) | Lauren Knoke ESQ (Milbank LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP); Kelly Fayne ESQ (Latham & Watkins LLP) | Adam Di Vincenzo ESQ (Milbank LLP); Ivy Ziedrich ESQ (Latham & Watkins LLP); Sam Jeffrey ESQ (Latham & Watkins LLP) | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Oak View Group, LLC (Milbank LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |
| 5 | | 4/24/2024 | Lindsey Champlin ESQ (Latham & Watkins LLP); Grant Bermann (Milbank LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | Grant Bermann (Milbank LLP) | N/A | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) and outside counsel for Oak View Group, LLC (Milbank LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |
| 6 | | 4/19/2024 | Kelly Fayne ESQ (Latham & Watkins LLP); Lindsey Champlin ESQ (Latham & Watkins LLP); Adam Di Vincenzo ESQ (Milbank LLP); Andrew Gass ESQ (Latham & Watkins LLP) | Kelly Fayne ESQ (Latham & Watkins LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP); Adam Di Vincenzo ESQ (Milbank LLP) | Andrew Gass ESQ (Latham & Watkins LLP) | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) and outside counsel for Oak View Group, LLC (Milbank LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |
| 7 | | 4/19/2024 | Katherine Rocco ESQ (Latham & Watkins LLP); Kelly Fayne ESQ (Latham & Watkins LLP); Andrew Gass ESQ (Latham & Watkins LLP); Lindsey Champlin ESQ (Latham & Watkins LLP) | Katherine Rocco ESQ (Latham & Watkins LLP) | Kelly Fayne ESQ (Latham & Watkins LLP) | Andrew Gass ESQ (Latham & Watkins LLP); Lindsey Champlin ESQ (Latham & Watkins LLP) | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Silver Lake Technology Management LLC (Latham & Watkins LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live |
| 8 | | 1/30/2024 | Pete Herrick ESQ (O'Melveny & Myers LLP); Lindsey Champlin ESQ (Latham & Watkins LLP); Ivy Ziedrich ESQ (Latham & Watkins LLP); Brian Quinn ESQ (O'Melveny & Myers LLP); Elise Nelson ESQ (Latham & Watkins LLP); Andrew Gass ESQ (Latham & Watkins LLP); David Marroso ESQ (O'Melveny & Myers LLP); Emily Murphy ESQ (O'Melveny & Myers LLP) | Pete Herrick ESQ (O'Melveny & Myers LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | Ivy Ziedrich ESQ (Latham & Watkins LLP); Brian Quinn ESQ (O'Melveny & Myers LLP); Elise Nelson ESQ (Latham & Watkins LLP); Andrew Gass ESQ (Latham & Watkins LLP); David Marroso ESQ (O'Melveny & Myers LLP); Emily Murphy ESQ (O'Melveny & Myers LLP) | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Irving Azoff and the Azoff companies (O'Melveny & Myers LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding response to civil investigative demand received from the Department of Justice regarding investigation into the live entertainment industry |
| 9 | | 1/2/2024 | Lauren Knoke ESQ (Milbank LLP); Lindsey Champlin ESQ (Latham & Watkins LLP); Elise Nelson ESQ (Latham & Watkins LLP); Richard Parker ESQ (Milbank LLP); Adam Di Vincenzo ESQ (Milbank LLP); Grant Bermann ESQ (Milbank LLP) | Lauren Knoke ESQ (Milbank LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP); Elise Nelson ESQ (Latham & Watkins LLP) | Richard Parker ESQ (Milbank LLP); Adam Di Vincenzo ESQ (Milbank LLP); Grant Bermann ESQ (Milbank LLP) | Attorney Client; Work Product; Common Interest | Email from outside counsel for Oak View Group, LLC (Milbank LLP) to outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding civil investigative demand received from the Department of Justice regarding investigation into the live entertainment industry |

| Log. No. | Bates | Document Date | Attorneys | Email From | Email To | Email CC/BCC | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|
| 10 | | 12/21/2023 | Lauren Knoke ESQ (Milbank LLP); Lindsey Champlin ESQ (Latham & Watkins LLP); Grant Bermann ESQ (Milbank LLP); Adam Di Vincenzo ESQ (Milbank LLP); Elise Nelson ESQ (Latham & Watkins LLP) | Lauren Knoke ESQ (Milbank LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP); Grant Bermann ESQ (Milbank LLP); Adam Di Vincenzo ESQ (Milbank LLP) | Elise Nelson ESQ (Latham & Watkins LLP) | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Oak View Group, LLC (Milbank LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding civil investigative demand received from the Department of Justice regarding investigation into the live entertainment industry |
| 11 | | 12/14/2023 | Elise Nelson ESQ (Latham & Watkins LLP); Lauren Knoke ESQ (Milbank LLP); Adam Di Vincenzo ESQ (Milbank LLP); Grant Bermann ESQ (Milbank LLP); Lindsey Champlin ESQ (Latham & Watkins LLP) | Elise Nelson ESQ (Latham & Watkins LLP) | Lauren Knoke ESQ (Milbank LLP) | Adam Di Vincenzo ESQ (Milbank LLP); Grant Bermann ESQ (Milbank LLP); Lindsey Champlin ESQ (Latham & Watkins LLP) | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) and outside counsel for Oak View Group, LLC (Milbank LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding response to civil investigative demand received from the Department of Justice regarding investigation into the live entertainment industry |
| 12 | | 12/12/2023 | Brian Quinn ESQ (O'Melveny & Myers LLP); Lindsey Champlin ESQ (Latham & Watkins LLP); Andrew Gass ESQ (Latham & Watkins LLP); David Marroso ESQ (O'Melveny & Myers LLP); Pete Herrick ESQ (O'Melveny & Myers LLP) | Brian Quinn ESQ (O'Melveny & Myers LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP); Andrew Gass ESQ (Latham & Watkins LLP) | David Marroso ESQ (O'Melveny & Myers LLP); Pete Herrick ESQ (O'Melveny & Myers LLP) | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Irving Azoff and the Azoff companies (O'Melveny & Myers LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding response to civil investigative demand received from the Department of Justice regarding investigation into the live entertainment industry |
| 13 | | 12/11/2023 | Lindsey Champlin ESQ (Latham & Watkins LLP); Pete Herrick ESQ (O'Melveny & Myers LLP); David Marroso ESQ (O'Melveny & Myers LLP); Andrew Gass ESQ (Latham & Watkins LLP); Elise Nelson ESQ (Latham & Watkins LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | Pete Herrick ESQ (O'Melveny & Myers LLP); David Marroso ESQ (O'Melveny & Myers LLP) | Andrew Gass ESQ (Latham & Watkins LLP); Elise Nelson ESQ (Latham & Watkins LLP) | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) and outside counsel for Irving Azoff and the Azoff companies (O'Melveny & Myers LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding response to civil investigative demand received from the Department of Justice regarding investigation into the live entertainment industry |
| 14 | | 6/1/2023 | Adam Di Vincenzo ESQ (Milbank LLP); Lindsey Champlin ESQ (Latham & Watkins LLP) | Adam Di Vincenzo ESQ (Milbank LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | N/A | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Oak View Group, LLC (Milbank LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding response to civil investigative demand received from the Department of Justice regarding investigation into the live entertainment industry |
| 15 | | 5/24/2023 | Adam Di Vincenzo ESQ (Milbank LLP); Lindsey Champlin ESQ (Latham & Watkins LLP) | Adam Di Vincenzo ESQ (Milbank LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | N/A | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Oak View Group, LLC (Milbank LLP) and outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding response to civil investigative demand received from the Department of Justice regarding investigation into the live entertainment industry |
| 16 | | 5/18/2023 | Lindsey Champlin ESQ (Latham & Watkins LLP); Katherine Rocco ESQ (Latham & Watkins LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | Katherine Rocco ESQ (Latham & Watkins LLP) | N/A | Attorney Client; Work Product; Common Interest | Email chain to / from outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) and outside counsel for Silver Lake Technology Management LLC (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |
| 17 | | 5/2/2023 | Lindsey Champlin ESQ (Latham & Watkins LLP); Katherine Rocco ESQ (Latham & Watkins LLP); Sam Jeffrey ESQ (Latham & Watkins LLP) | Lindsey Champlin ESQ (Latham & Watkins LLP) | Katherine Rocco ESQ (Latham & Watkins LLP) | Sam Jeffrey ESQ (Latham & Watkins LLP) | Attorney Client; Work Product; Common Interest | Email from outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) to outside counsel for Silver Lake Technology Management LLC (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |

| Log. No. | Bates | Document Date | Attorneys | Email From | Email To | Email CC/BCC | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|
| 18 | | 5/2/2023 | N/A | N/A | N/A | N/A | Attorney Client; Work Product; Common Interest | Document (attached to email, log #17), prepared by outside counsel for Live Nation Entertainment, Inc. (Latham & Watkins LLP) reflecting mental impressions and legal theories of counsel, and prepared because of existing or expected litigation, pursuant to common interest agreement, regarding Department of Justice investigation into the live entertainment industry |