UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America et al.,

                Plaintiffs,

-against-

Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,

                Defendants.

24-CV-3973 (AS)

<u>ORDER</u>

---

ARUN SUBRAMANIAN, United States District Judge:

       The Court is in receipt of plaintiffs' motion to compel. Dkt. 351. Defendants should respond by **Monday, November 25, 2024** and at the same time send the documents at issue to the Court for review.

       SO ORDERED.

Dated: November 21, 2024
       New York, New York

                                   ARUN SUBRAMANIAN
                                   United States District Judge