UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., | |
| Plaintiffs, | |
| -against- | 24-CV-3973 (AS) |
| Live Nation Entertainment, Inc. and Ticketmaster L.L.C., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

      In its November 13, 2024 endorsement, the Court asked the parties to meet and confer and propose dates for the next discovery conference in December. Dkt. 340. The parties have not yet done so and are now ordered to meet and confer and propose dates the week of December 9th or December 16th for a joint discovery conference. This conference can be remote (by agreement) or in person. The parties should submit their proposed dates by **Wednesday, November 27, 2024 at 5:00 PM**. (Of course, if no conference is needed, then just let us know and we'll pick things back up in January.)

      SO ORDERED.

Dated: November 25, 2024
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                            United States District Judge