

**U.S. Department of Justice**

Antitrust Division

*450 5th Street N.W.*
*Washington, D.C. 20530*

November 25, 2024

<u>**VIA ECF**</u>

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

> Re:     *United States, et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-03973

Dear Judge Subramanian:

In accordance with the Courts' instruction that the parties "meet and confer and propose some dates for our next discovery conference in December," ECF 340, the parties have conferred and are available for an in-person conference on either December 17th or December 18th.

Respectfully submitted,

/s/ Bonny Sweeny

BONNY SWEENEY
Lead Trial Counsel
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (202) 725-0165
Facsimile: (202) 514-7308
Bonny.Sweeney@usdoj.gov
*Attorney for Plaintiff United States*