UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Caitlin M. Madden hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiff State of Wisconsin in the above-captioned action.

　　I am in good standing of the bar of the state of Wisconsin, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 26, 2024　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　_/s/ Caitlin M. Madden_____
　　　　　　　　　　　　　　　　　　　Applicant's Name: Caitlin M. Madden

　　　　　　　　　　　　　　　　　　　Firm Name: Wisconsin Department of Justice

　　　　　　　　　　　　　　　　　　　Address: 17 West Main Street, Post Office Box 7857

　　　　　　　　　　　　　　　　　　　City/State/Zip: Madison, WI 53703

　　　　　　　　　　　　　　　　　　　Telephone/Fax: 608.267.1311/608.294.2907

　　　　　　　　　　　　　　　　　　　Email: maddencm@doj.state.wi.us