IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>                       Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, et al.<br><br>                       Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Caitlin M. Madden, hereby state:

1. I am admitted to practice before the courts of the State of Wisconsin, the Eastern District of Wisconsin and the Western District of Wisconsin, and am an attorney for the State of Wisconsin, a plaintiff in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: November 26, 2024                    Respectfully Submitted,

                                                    Caitlin M. Madden
                                                    Assistant Attorney General
                                                    Wisconsin Department of Justice
                                                    17 West Main Street,
                                                    Post Office Box 7857
                                                    Madison, WI  53703
                                                    Telephone: 608.267-1311
                                                    Fax: 608.294.2907
                                                    Email: maddencm@doj.state.wi.us

                                                    *Counsel for Plaintiff State of Wisconsin*

Sworn to in my presence this 26th Day of November 2024.

_____
Notary Public
My Commission expires  is permanent

[Notary Seal: Tressie Kamp, Notary Public, State of Wisconsin]