UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.<br><br>                              Plaintiffs,<br><br>v.<br>Live Nation Entertainment, et al.<br><br>                              Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**ORDER FOR ADMISSION**<br><br>**PRO HAC VICE** |

The motion of <u>Caitlin M. Madden</u> for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of <u>Wisconsin</u> and that her contact information is as follows (please print):

Applicant's Name: <u>Caitlin M. Madden</u>

Firm Name: <u>Wisconsin Department of Justice</u>

Address: <u>17 West Main Street, Post Office Box 7857</u>

City/ State/ Zip: <u>Madison, WI  53703</u>

Telephone/ Fax: <u>608.267-1311 /608.294.2907</u>

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiff State of Wisconsin in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 27, 2024

United States District/ Magistrate Judge