**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants*. | Case No. 1:24-cv-03973-AS |

**MOTION TO WITHDRAW**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, I, Colin P. Snider move the Court to withdraw as counsel for the Plaintiff State of Nebraska. I will be departing the Nebraska Department of Justice effective December, 6, 2024. Justin C. McCully, who has already entered an appearance in this case, will continue to handle this matter for the Plaintiff State of Nebraska.

**DATED: December 4, 2024**              Respectfully Submitted,

*/s/ Colin P. Snider*

Colin P. Snider
Assistant Attorney General
**NEBRASKA DEPARTMENT OF JUSTICE**
2115 State Capitol Building
Lincoln, NE 68509
T: (402) 471-7759
E: colin.snider@nebraska.gov

*Attorney for the Plaintiff State of Nebraska*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS |

**[PROPOSED] ORDER**

The motion of Colin P. Snider to withdraw as counsel for the State of Nebraska in the above-captioned matter is granted.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
Hon. Arun Subramanian
United States District Judge

**CERTIFICATE OF SERVICE**

    I, Colin P. Snider, hereby certify that on December 4, 2024, I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.

                                                                     /s/ *Colin P. Snider*
                                                                       Colin P. Snider