IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS |

**[PROPOSED] ORDER**

The motion of Colin P. Snider to withdraw as counsel for the State of Nebraska in the above-captioned matter is granted.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
Hon. Arun Subramanian
United States District Judge