IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants*. | Case No. 1:24-cv-03973-AS |

**MOTION TO WITHDRAW**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, I, Colin P. Snider move the Court to withdraw as counsel for the Plaintiff State of Nebraska. I will be departing the Nebraska Department of Justice effective December, 6, 2024. Justin C. McCully, who has already entered an appearance in this case, will continue to handle this matter for the Plaintiff State of Nebraska.

**DATED: December 4, 2024**

Respectfully Submitted,

*/s/ Colin P. Snider*

Colin P. Snider
Assistant Attorney General
**NEBRASKA DEPARTMENT OF JUSTICE**
2115 State Capitol Building
Lincoln, NE 68509
T: (402) 471-7759
E: colin.snider@nebraska.gov

*Attorney for the Plaintiff State of Nebraska*

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 362.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 5, 2024