IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lee Morris, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Mississippi in the above captioned action.

I am in good standing of the bar of the State of Mississippi and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 13, 2024                                Respectfully Submitted,

*/s/ Lee Morris*
Lee Morris
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220

Jackson, Mississippi 39205-0220
(601) 359-9011
Lee.Morris@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*