## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

                      Plaintiffs,

    v.

LIVE NATION ENTERTAINMENT, INC., et al.,

                      Defendants.

Case No.: 1:24-CV-03973-AS

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Lee Morris, hereby state:

1.    I am admitted to practice before the courts of the State of Mississippi and am an attorney for the State of Mississippi, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2.    I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.    I have never been convicted of a felony.

4.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.    I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: December 11, 2024               Respectfully Submitted,

*/s/ Lee Morris*
Lee Morris
Special Assistant Attorney General
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Email: Lee.Morris@ago.ms.gov
Office: (601) 359-9011
*Counsel for Plaintiff State of Mississippi*

Sworn to and Subscribed before me
this 11th day of December 2024.

_____
Notary Public