

THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Norman Lee Morris, III,** Mississippi Bar Identification Number **(106843)** was admitted to practice law, **September 26, 2024.**

_____
Amy S. Ward
Membership Records Coordinator

Date    12/10/2024

