

**U.S. Department of Justice**

Antitrust Division

*450 5th Street N.W.*
*Washington, D.C. 20530*

December 13, 2024

**<u>VIA ECF</u>**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

  Re: *United States, et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-03973

Dear Judge Subramanian:

  The parties agree that there are currently no discovery issues ripe for resolution by the Court. For this reason, the parties are amenable to canceling the December discovery conference. Before December 31, 2024, the parties will meet and confer, and, if the parties identify any disputes, provide the Court with proposed dates for a January discovery conference.

        Respectfully submitted,

        /s/ Bonny Sweeney

        BONNY SWEENEY
        Lead Trial Counsel
        Trial Attorney
        United States Department of Justice
        Antitrust Division
        450 Fifth Street N.W., Suite 4000
        Washington, DC 20530
        Telephone: (202) 725-0165
        Facsimile: (202) 514-7308
        Bonny.Sweeney@usdoj.gov
        *Attorney for Plaintiff United States*