

U.S. Department of Justice

Antitrust Division

*450 5th Street N.W.*
*Washington, D.C. 20530*

December 13, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

    Re:    *United States, et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-03973

Dear Judge Subramanian:

    The parties agree that there are currently no discovery issues ripe for resolution by the Court. For this reason, the parties are amenable to canceling the December discovery conference. Before December 31, 2024, the parties will meet and confer, and, if the parties identify any disputes, provide the Court with proposed dates for a January discovery conference.

The discovery conference on December 17, 2024 is canceled.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: December 13, 2024

Respectfully submitted,

/s/ Bonny Sweeney

BONNY SWEENEY
Lead Trial Counsel
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (202) 725-0165
Facsimile: (202) 514-7308
Bonny.Sweeney@usdoj.gov
*Attorney for Plaintiff United States*