IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lee Morris, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Mississippi in the above captioned action.

I am in good standing of the bar of the State of Mississippi and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 16, 2024

Respectfully Submitted,

*/s/ Lee Morris*
Lee Morris
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220

Jackson, Mississippi 39205-0220
(601) 359-9011
Lee.Morris@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>                              Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Lee Morris, hereby state:

1. I am admitted to practice before the courts of the State of Mississippi and am an attorney for the State of Mississippi, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: December 16, 2024                         Respectfully Submitted,



/s/ *Lee Morris*
Lee Morris
Special Assistant Attorney General
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Email: Lee.Morris@ago.ms.gov
Office: (601) 359-9011
*Counsel for Plaintiff State of Mississippi*

Sworn to and Subscribed before me this 16th day of December 2024.

_____
Notary Public



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail: info@msbar.org
Website: www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Norman Lee Morris, III,** Mississippi Bar Identification Number **(106843)** was admitted to practice law, **September 26, 2024.**

_Amy S. Ward_
Amy S. Ward
Membership Records Coordinator

Date   12/10/2024



# The Supreme Court of Mississippi



### Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Norman Lee Morris, III** was duly and legally admitted to practice law before the Supreme Court of Mississippi on September 26, 2024, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on December 9, 2024, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

_____
**CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Lee Morris for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Mississippi; and that his contact information is as follows:

Lee Morris
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
(601) 359-9011
Lee.Morris@ago.ms.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Mississippi in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge