IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Lee Morris for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Mississippi; and that his contact information is as follows:

Lee Morris
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
(601) 359-9011
Lee.Morris@ago.ms.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Mississippi in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Courts for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 17, 2024

_____
United States District / Magistrate Judge