# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC, <br><br> Defendants. | Case No. 1:24-cv-03973 <br><br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sarah L. J. Aceves hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Vermont in the above-captioned action.

I am in good standing of the bar of the State of Vermont and there are no disciplinary proceedings pending against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 12/19/2024

Respectfully Submitted,

STATE OF VERMONT
CHARITY R. CLARK, Attorney General

By: /s/ Sarah L. J. Aceves

Sarah L. J. Aceves
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Phone: (802) 828-3170
sarah.aceves@vermont.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>　　　　　Defendants. | Case No. 1:24-cv-03973<br><br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, Sarah L. J. Aceves, being duly sworn, hereby depose and say as follows:

1. I am an Assistant Attorney General with the Vermont Attorney General's Office.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Supreme Court of the State of Vermont.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 24-cv-03973 for Plaintiff State of Vermont.

This the 19th day of December, 2024.

/s/ Sarah L. J. Aceves
Sarah L. J. Aceves
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Phone: (802) 828-3170
State Bar No. 5596
sarah.aceves@vermont.gov

State of Vermont
Washington County

I, Jacob Metivier, a Notary Public for said County and State, do hereby certify that Sarah L. J. Aceves personally appeared before me this day and acknowledged the due execution of the foregoing instrument. Witness my hand and official seal, this the 19 day of December 2024.

**NOTARY PUBLIC**
**Jacob Metivier**
157.00 11425
**Notary Expires Date:**
1/31/2025

My commission expires Jan 31, 2025



## VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Sarah Aceves, #5596** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 19th day of December 2016.

This is to **FURTHER CERTIFY** that the said **Sarah Aceves, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 19th day of December 2024.

Emily Wetherell
Deputy Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24-cv-03973<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Sarah L. J. Aceves for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Vermont; and that her contact information is as follows:

Sarah L. J. Aceves
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Phone: (802) 828-3170

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Vermont in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                             _____
                                              United State District / Magistrate Judge