IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>                    Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jeff Dan Herrera, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of New Mexico in the above captioned action.

I am in good standing of the bar of the State of New Mexico and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 19, 2024                     Respectfully Submitted,

                                              /s/ *Jeff Dan Herrera*
                                              Jeff Dan Herrera
                                              Assistant Attorney General
                                              Consumer Protection Division
                                              New Mexico Department of Justice

408 Galisteo St.
Santa Fe, NM 87501
Phone: (505) 490-4878
jherrera@nmdoj.gov

*Counsel for Plaintiff State of New Mexico*