IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jeff Dan Herrera, hereby state:

1. I am admitted to practice before the courts of the State of New Mexico and am an attorney for the State of New Mexico through the New Mexico Department of Justice, a plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: December 19, 2024                              Respectfully Submitted,

*signature*

Jeff Dan Herrera
Assistant Attorney General
Consumer Protection Division
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 490-4878
jherrera@nmdoj.gov

*Counsel for Plaintiff State of New Mexico*

Sworn to and Subscribed before me this 9th day of December 2024.

*signature*
Notary Public

STATE OF NEW MEXICO
NOTARY PUBLIC
VERONICA SANCHEZ APODACA
COMMISSION #1000928
COMMISSION EXPIRES 09/05/2027