IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 1:24-CV-03973-AS |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Jeff Dan Herrera for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New Mexico; and that his contact information is as follows:

　　Jeff Dan Herrera
　　Assistant Attorney General
　　Consumer Protection Division
　　New Mexico Department of Justice
　　408 Galisteo St.
　　Santa Fe, NM 87501
　　(505) 490-4878
　　jherrera@nmdoj.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff Commonwealth of Pennsylvania in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District / Magistrate Judge