UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br>                           Plaintiffs, <br><br> -against- <br><br> Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br>                           Defendants. | 24-CV-3973 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hear argument on the pending motion to dismiss (Dkt. 272) on **Wednesday, January 22, 2025 at 11:00 AM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. If that date or time doesn't work for either side, just let us know.

    SO ORDERED.

Dated: December 20, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge