UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24-cv-03973<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Sarah L. J. Aceves for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Vermont; and that her contact information is as follows:

Sarah L. J. Aceves
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Phone: (802) 828-3170

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Vermont in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 23, 2024

_____
United State District / Magistrate Judge