UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES of AMERICA, et al.,       )
                  Plaintiffs,       )
                          )
             v.       )       Case No. 1:24-CV-03973-AS
                          )
LIVE NATION ENTERTAINMENT, INC. et al.,       )
              Defendants.       )

## MOTION TO WITHDRAW APPEARANCE

NOW COMES Justin Sherman, Assistant Attorney General for the State of Vermont, and hereby moves to withdraw his appearance as counsel for the State of Vermont in this action pursuant to Local Civil Rule 1.4. The State of Vermont will continue to be represented by Assistant Attorney General, Sarah Aceves, who has been admitted *pro hac vice*.

DATED at Montpelier, Vermont this 24th day of December 2024.

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: */s/ Justin Sherman*
      Justin Sherman
      Assistant Attorney General
      Office of the Attorney General
      109 State Street
      Montpelier, VT 05609-1001
      802-828-5621
      Justin.sherman@vermont.gov