UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES of AMERICA, et al.,<br>              Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. et al.,<br>              Defendants. | Case No. 1:24-CV-03973-AS |

## MOTION TO WITHDRAW APPEARANCE

NOW COMES Justin Sherman, Assistant Attorney General for the State of Vermont, and hereby moves to withdraw his appearance as counsel for the State of Vermont in this action pursuant to Local Civil Rule 1.4. The State of Vermont will continue to be represented by Assistant Attorney General, Sarah Aceves, who has been admitted *pro hac vice*.

DATED at Montpelier, Vermont this 24th day of December 2024.

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: /s/ Justin Sherman
Justin Sherman
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
802-828-5621
Justin.sherman@vermont.gov

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 376.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: December 26, 2024