UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24-cv-03973<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern District of New York, and with the consent of the Plaintiff State of North Carolina, the undersigned counsel respectfully moves this Court for leave to withdraw as counsel of record for the State of North Carolina. The State of North Carolina will continue to be represented by Jessica Sutton of the North Carolina Department of Justice, who has entered an appearance in this matter.

Respectfully submitted, this the 27th day of December, 2024.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 378 and Ms. McGhee from the docket.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 30, 2024

STATE OF NORTH CAROLINA *ex rel.*
JOSHUA H. STEIN, Attorney General

*/s/ Jasmine S. McGhee*
Jasmine S. McGhee
Senior Deputy Attorney General
Chief, Consumer Protection Division
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
N.C. State Bar No. 48424
jmcghee@ncdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 27th day of December, 2024.

*/s/ Jasmine S. McGhee*
Jasmine S. McGhee
Senior Deputy Attorney General
