December 31, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re: *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC

Dear Judge Subramanian:

As a follow-up to the letter filed on December 13, 2024 (ECF No. 366), and the Court's order canceling the December discovery conference (ECF No. 367), the parties have conferred regarding a January discovery conference. The parties propose that they address any discovery issues on January 22, 2025, the date set by the Court for argument on Defendants' motion to dismiss.

Respectfully submitted,

| | |
|---|---|
| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
| Alfred C. Pfeiffer (admitted *pro hac vice*)     *Co-Lead Trial Counsel* | David R. Marriott     *Co-Lead Trial Counsel* |
| Timothy L. O'Mara (admitted *pro hac vice*) | Lauren A. Moskowitz |
| Jennifer L. Giordano | Jesse M. Weiss |
| Andrew M. Gass (admitted *pro hac vice*) | Nicole M. Peles |
| Kelly S. Fayne (admitted *pro hac vice*) | |
| Lindsey S. Champlin (admitted *pro hac vice*) | Two Manhattan West |
| Robin L. Gushman (admitted *pro hac vice*) | 375 Ninth Avenue |
| | New York, NY 10001 |
| 505 Montgomery Street, Suite 2000 | (212) 474-1000 |
| San Francisco, CA 94111 | |
| (415) 391-0600 | dmarriott@cravath.com |
| | lmoskowitz@cravath.com |
| 555 11th Street, NW, Suite 1000 | jweiss@cravath.com |
| Washington, D.C. 20004 | npeles@cravath.com |
| (202) 637-2200 | |
| | *Attorneys for Defendants Live Nation* |
| Al.Pfeiffer@lw.com | *Entertainment, Inc. and Ticketmaster L.L.C.* |
| Tim.O'Mara@lw.com | |
| Jennifer.Giordano@lw.com | |
| Andrew.Gass@lw.com | |

1

Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc:     All Counsel of Record (via ECF)