UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS |

### MOTION TO WITHDRAW

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, I, Rahul A. Darwar respectfully move the Court to withdraw as counsel for the Plaintiff State of Connecticut. I will be departing the Connecticut Office of the Attorney General effective January 10, 2025. Kimberly Carlson McGee and Nicole Demers, who have entered appearances in this matter, will continue to represent the Plaintiff State of Connecticut.

**DATED: January 1, 2025**

Respectfully Submitted,

*/s/ Rahul A. Darwar*

Rahul A. Darwar
Assistant Attorney General
**Connecticut Office of the Attorney General**
165 Capitol Avenue
Hartford, CT 06106
T: (860) 808-5056
E: rahul.darwar@ct.gov

*Attorney for the Plaintiff State of Connecticut*

**CERTIFICATE OF SERVICE**

    I, Rahul A. Darwar, hereby certify that on January 1, 2025, I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.

                                                */s/ Rahul A. Darwar*
                                                Rahul A. Darwar