UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24-cv-03973<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern District of New York, and with the consent of the Plaintiff State of North Carolina, the undersigned counsel respectfully moves this Court for leave to withdraw as counsel of record for the State of North Carolina. The State of North Carolina will continue to be represented by Jessica Sutton of the North Carolina Department of Justice, who has entered an appearance in this matter.

Respectfully submitted, this the 30th day of December, 2024.

GRANTED. The Clerk of Court is respectfully directed to terminate Sarah G. Boyce from the docket and terminate the motion at ECF No. 379.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: January 2, 2025

STATE OF NORTH CAROLINA *ex rel.*
JOSHUA H. STEIN, Attorney General

*/s/ Sarah G. Boyce*
Sarah G. Boyce
Deputy Attorney General & General Counsel
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6788
sboyce@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 30th day of December, 2024.

<u>/s/ Sarah G. Boyce</u><br>
Sarah G. Boyce<br>
Deputy Attorney General & General Counsel