AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____        *Ashleigh B. Shelton*
                                                                                *Attorney's signature*

                                                                                _____
                                                                                *Printed name and bar number*

                                                                                _____
                                                                                *Address*

                                                                                _____
                                                                                *E-mail address*

                                                                                _____
                                                                                *Telephone number*

                                                                                _____
                                                                                *FAX number*