AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-3973 (AS) |
| LIVE NATION ENTERTAINMENT, INC., et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America        .

Date:    01/13/2025

S/ David Teslicko
*Attorney's signature*

David Teslicko, NY Bar No. 5091921
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Fifth St. NW
Washington, DC 20530
*Address*

david.teslicko@usdoj.gov
*E-mail address*

(202) 710-0114
*Telephone number*

*FAX number*