# State Bar of South Dakota

**President**
Sarah Sharp Theophilus
111 W Capitol Ave. #1
Pierre, SD 57501
(605) 941-0212
sarah.theophilus@va.gov

**President Elect**
John T. Richter
222 E Capitol Ave., Suite 8
Pierre, SD 57501
(605) 773-8231
john.richter@state.sd.us

**Executive Director & Sec/Treas**
Paul L. Cremer
111 W Capitol Ave. #1
Pierre, SD 57501
(605) 224-7554
paul.cremer@sdbar.net

**Board of Bar Commissioners**
Justin Lee Bell         Tyler P. Matson
Steven Blair            Gerald M. McCabe
Sarah Covington         Amber L. Mulder
Kristen Edwards         Erika S. Olson
Teramie L. Hill         Caroline A. Srstka
Stacy M. Johnson        David R. Strait
Kimberly R. Kinney

To Whom It May Concern:

This is to certify that Ms. Bret Leigh Nance of Pierre, SD, was admitted to practice law in the State of South Dakota on May 6, 2024; that she is presently listed on the roster of active practitioners in this state in good standing and is presently, and has been at all times since that year, in good standing and admitted to practice before the Supreme Court of South Dakota, and further, that her fitness to practice law and her conduct as an attorney have never been legitimately challenged before the Disciplinary Board of the State Bar of South Dakota.

Dated at Pierre, South Dakota, this 13th day of January 2025.

*Tailynn Bradford*

Tailynn Bradford
Bar Services Coordinator
State Bar of South Dakota