# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br><br> and <br><br> TICKETMASTER L.L.C. <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS-SLC <br><br><br> ORDER FOR ADMISSION <br> PRO HAC VICE |

The motion of Bret Leigh Nance, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of South Dakota and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Bret Leigh Nance |
| Firm Name: | South Dakota Attorney General's Office |
| Address: | 1302 E Hwy 14, Suite 1 |
| City/State/Zip: | Pierre, South Dakota 57501 |
| Telephone/Fax: | (605) 773-3215 |

Dated _____

_____
US District / Magistrate Judge