## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, | Case No. 1:24-cv-03973-AS-SLC |
| v. | MOTION FOR ADMISSION PRO HAC VICE |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C. *Defendants*. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Bret Leigh Nance hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, the State of South Dakota in the above-captioned action.

I am in good standing of the bar of the State of South Dakota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated the 15 day of January 2025.

Respectfully submitted,

*/s/ Bret-Leigh Nance*
Bret-Leigh Nance
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: Bretleigh.Nance@state.sd.us