## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | Case No. 1:24-cv-03973-AS-SLC |
| *Plaintiffs*, | |
| v. | AFFIDAVIT OF BRET LEIGH NANCE |
| LIVE NATION ENTERTAINMENT, INC. | |
| and | |
| TICKETMASTER L.L.C. | |
| *Defendants.* | |

Your Affiant, Bret Leigh Nance, being duly sworn and upon oath states:

1. I make this Affidavit in support of my Motion to be admitted Pro Hac Vice to appear as counsel for Plaintiff, State of South Dakota, in the above-captioned action.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. I am only licensed to practice law in the State of South Dakota.

6. I am contemporaneously herewith filing my Certificate of Good Standing from the South Dakota Supreme Court along with my Motion for Admission Pro Hac Vice and proposed Order for Admission Pro Hac Vice.

Dated this 15 day of January, 2025.

_____
Bret Leigh Nance

Subscribed and sworn before me this 15th day of January, 2025.

_____
Notary Public
My commission expires: 11/14/2030



CHRISTINA M. WHITLEY
NOTARY PUBLIC
SOUTH DAKOTA