# STATE OF SOUTH DAKOTA

# IN THE SUPREME COURT

*I Hereby Certify* that Bret Leigh Nance was on the 6th day of May in the year two thousand twenty four admitted to practice as an Attorney and Counselor at Law in all the Courts of South Dakota and since that date she has remained on active status in good standing.

*I further Certify* that no disciplinary action is presently pending against Bret Leigh Nance nor has any discipline heretofore been imposed upon her.

DATED at Pierre, South Dakota, this 15th day of January, 2025.

*Deputy Clerk,*
*South Dakota Supreme Court*