# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1:24-cv-03973-AS-SLC |
| Plaintiffs, | |
| v. | ORDER FOR ADMISSION PRO HAC VICE |
| LIVE NATION ENTERTAINMENT, INC. | |
| and | |
| TICKETMASTER L.L.C. | |
| Defendants. | |

The motion of Bret Leigh Nance, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of South Dakota and that her contact information is as follows:

Applicant's Name: Bret Leigh Nance

Firm Name: South Dakota Attorney General's Office

Address: 1302 E Hwy 14, Suite 1

City/State/Zip: Pierre, South Dakota 57501

Telephone/Fax: (605) 773-3215

Dated January 16, 2025

US District / Magistrate Judge