UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al.,

                Plaintiff,

      -against-

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

                Defendants.

24-CV-3973 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

By **Tuesday, January 21, 2025** at **12:00 PM**, each side should file a letter responding to the following questions:

- For questions #1–3, please list the best cases for your side with the relevant pages pincited. You may include quotations from these cases, but no argument.

1. Is there a case or other authority directly addressing whether a tying or other Section 1 claim based on refusal-to-deal allegations is subject to the rule in *Verizon Commc'ns, Inc. v. Law Offices of Curtis V. Trinko, LLP*, 540 U.S. 398 (2004)?

2. Is there a case or other authority directly addressing whether a seller must directly deal with the same buyer (or an intermediary with no independent financial interest) as to both the tying and tied product?

3. Do you have cases similar to this one holding that a consumer who directly purchased a product from the defendant, and who alleges an overcharge with respect to that product, either has or lacks antitrust standing?

- For question #4, each side may respond in one single-spaced page. Bullet-points are acceptable. No formalities required.

4. Are there factual issues relevant to the arguments raised on the motion to dismiss? If not, why not? If so, explain what they are.

   SO ORDERED.

Dated: January 16, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge