IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Christopher Teters, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel to the State of Kansas in the above captioned action.

I am in good standing of the bar of the State of Kansas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 16, 2025                          Respectfully Submitted,

                                                                */s/ Christopher Teters*
                                                                Christopher Teters
                                                                Assistant Attorney General
                                                                Public Protection Division

Kansas Office of Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
(785) 296-3751
chris.teters@ag.ks.gov

*Counsel for Plaintiff State of Kansas*