IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Christopher Teters, hereby state:

1. I am admitted to practice before the courts of the State of Kansas and am an attorney for the State of Kansas through the Kansas Office of Attorney General, a plaintiff in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: 1/16/25

Respectfully Submitted,

*(signature)*

Christopher Teters
Assistant Attorney General
Public Protection Division
Kansas Office of Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
(785) 296-3751
chris.teters@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

Sworn to and Subscribed before me this 16TH day of JANUARY 2025.

*(signature)* Edward D. Burr
Notary Public

EDWARD D. BURR
Notary Public
State of Kansas
My Commission Expires 12/8/2025