IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br> v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>        Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION TO WITHDRAW**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, I, Lynette R. Bakker, respectfully move the Court to withdraw as counsel for the Plaintiff State of Kansas. I will be departing the Kansas Office of the Attorney General effective January 17, 2025. Christopher Teters, who has been admitted *pro hac vice* in this matter, will continue to represent the Plaintiff State of Kansas.

| | |
|---|---|
| Dated: January 17, 2025 | Respectfully Submitted, |
| | |
| The motion to withdraw is GRANTED. The Clerk of Court is respectfully directed to terminate Lynette R. Bakker as counsel for plaintiff State of Kansas, and to terminate the motion at ECF No. 396.<br><br>SO ORDERED.<br><br>*[signature]*<br><br>Arun Subramanian, U.S.D.J.<br>Date: January 21, 2025 | */s/ Lynette R. Bakker*<br>Lynette R. Bakker<br>First Assistant Attorney General<br>Public Protection Division<br>Kansas Office of Attorney General<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597<br>(785) 296-3751<br>lynette.bakker@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2025, I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.

                                      */s/ Lynette R. Bakker*
                                      Lynette R. Bakker
                                      First Assistant Attorney General