UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>       Plaintiffs,<br><br>    -against-<br><br>Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,<br><br>       Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a hearing on the pending motion to dismiss on January 22, 2025 at 11:00 AM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. All speakers must appear in person, but non-speakers may join remotely via a conference line. To join remotely, dial in by calling (646) 453-4442 and entering the Phone Conference ID: **286 214 878**, followed by the pound (#) sign.

  SO ORDERED.

Dated: January 21, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge