UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>               Plaintiffs,<br><br>        -against-<br><br>Live Nation Entertainment, Inc. and<br>Ticketmaster L.L.C.,<br><br>            Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As the Court stated during the hearing on January 22, 2025, the parties may submit (if they wish) a supplemental letter addressing topics discussed at the hearing. This letter should be no more than 5 pages, and it must be filed by **Monday, January 27, 2025 at 5:00 PM**.

      SO ORDERED.

Dated: January 23, 2025
      New York, New York

                            ARUN SUBRAMANIAN
                         United States District Judge