UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-03973-AS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>Ashley A. Locke</u> hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Washington State Attorney General, Antitrust Division in the above-captioned action.

　　　　I am in good standing of the bar(s) of the State(s) of <u>Washington</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this 23rd day of January 2025. Respectfully submitted,

<u>State of Washington</u>
Applicant's signature:　<u>/s/ Ashley A. Locke</u>
Applicant's Name: <u>Ashley A. Locke</u>
Firm Name: <u>Washington State Attorney General's Office</u>
Address: <u>800 Fifth Avenue, Suite 2000</u>
City/State/Zip: <u>Seattle, WA 98104</u>
Telephone/Fax: <u>(206) 389-2420</u>
Email: <u>Ashley.locke@atg.wa.gov</u>