UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>    Defendants. | Case No. 1:24-cv-03973-AS<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE** |

Pursuant to Local Rule 1.3, I, Ashley A. Locke, hereby declares the following:

1. I have never been convicted of a felony.

2. There are no pending disciplinary proceedings against me in any jurisdiction.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 16 day of January 2025.

_____
ASHLEY A. LOCKE, Declarant

Subscribed and affirmed, or sworn to before me in the County of __King__, State of __Washington__, this __16th__ day of __January__, 20__25__.

My commission expires __08/01/2026__

Notary Public: __Osvaldo Moran Aguirre__

[Notary Seal: OSVALDO MORAN AGUIRRE, COMMISSION EXPIRES, NOTARY, Comm No. 22029570, PUBLIC, 08/01/2026, STATE OF WASHINGTON]

1