UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                Plaintiff,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>                Defendants. | Case No. 1:24-cv-03973-AS<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

      The Motion of <u>Ashley A. Locke,</u> for Admission to Practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Washington; and this his/her contact information is as follows:

      Applicant's Name:  <u>Ashley A. Locke</u>
      Firm Name:  <u>Washington State Attorney General's Office</u>
      Address:  <u>800 Fifth Avenue, Suite 2000</u>
      City/State/Zip:  <u>Seattle, WA 98104</u>
      Telephone/Fax:  <u>(206) 389-2420</u>
      Email: <u>Ashley.locke@atg.wa.gov</u>

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Washington in the above-entitled action;

      **IT IS HEREBY ORDERED** that the Applicant is admitted to practice Pro Hac Vice in the above entitled case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____                                       _____
                                                                          United States District / Magistrate Judge