AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-3973 |
| Live Nation Entertainment, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 01/24/2025

/s/ Collier Kelley
*Attorney's signature*

Collier Kelley (VA Bar: 96251)
*Printed name and bar number*
450 5th St. NW, Suite 4000
Washington, DC. 20530

*Address*

Collier.Kelley@usdoj.gov
*E-mail address*

(202) 445-9737
*Telephone number*

*FAX number*