AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-03973-AS |
| LIVE NATION ENTERTAINMENT, INC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 01/24/2025

/s/ Rachel Hicks
*Attorney's signature*

Rachel Hicks, VA Bar #94798
*Printed name and bar number*
U.S. Department of Justice
Antitrust Division
450 Fifth St NW, Suite 4000
Washington, DC 20530
*Address*

rachel.hicks2@usdoj.gov
*E-mail address*

(202) 655-9467
*Telephone number*

(202) 514-7308
*FAX number*