AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.  1:24-cv-03973 (AS) |
| LIVE NATION ENTERTAINMENT, INC. et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington.

Date:   01/24/2025

s/ Ashley A. Locke
*Attorney's signature*

ASHLEY A. LOCKE, WSBA No. 40521
*Printed name and bar number*

Washington Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
*Address*

Ashley.locke@atg.wa.gov
*E-mail address*

(206) 389-2420
*Telephone number*

*FAX number*