# EXHIBIT C

**(publicly filed with redactions)**

**From:** Marcus Fair
**Sent:** 5/22/2024 8:56:47 PM
**To:** Velena Vego
**Subject:** Re: Ameris Amp- Atlanta

[EXTERNAL]

Thank you for your email

Marcus (Snax) Allen
Pro Styles Entertainment
Director of Operations

On Wed, May 22, 2024 at 4:45 PM Velena Vego < > wrote:
I'm sorry I could not help. V



Velena Vego | VP of 3rd Party Programming | Concerts

3060 Peachtree Rd NW, 19th Fl, Atlanta, Georgia, 30305, US

**From:** Marcus Fair < >
**Sent:** Wednesday, May 22, 2024 4:44 PM
**To:** Velena Vego < >
**Cc:** Jennifer Mendez < >

**Subject:** Re: Ameris Amp- Atlanta

[EXTERNAL]

Straight concert .

On Wed, May 22, 2024, 4:44 PM Velena Vego < > wrote:
Marcus we work with those two artist so I don't think I can get a green light to rent. is it for a chairty event or just straight concert?

Velena Vego | VP of 3rd Party Programming | Concerts

3060 Peachtree Rd NW, 19th Fl, Atlanta, Georgia, 30305, US

**From:** Marcus Fair < >
**Sent:** Wednesday, May 22, 2024 4:42 PM
**To:** Velena Vego < >
**Subject:** Re: Ameris Amp- Atlanta

[EXTERNAL]
Thank you for response

███████ or █████

Marcus (Snax) Allen
Pro Styles Entertainment
Director of Operations
███████████████

On Wed, May 22, 2024 at 4:38 PM Velena Vego <███████████████████> wrote:
Hi I need a little more information. Who are you trying to bring?

Velena Vego | VP of 3rd Party Programming | Concerts
███████████████
3060 Peachtree Rd NW, 19th Fl, Atlanta, Georgia, 30305, US