**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re: United States, et al. v. Live Nation Entertainment, Inc., et al., No. 1:24-cv-03973**

Dear Judge Subramanian:

Pursuant to Rule 11(C)(i) of Your Honor's Individual Practices in Civil Cases, non-party Anschutz Entertainment Group ("AEG") writes to respectfully withdraw its confidentiality designations referenced in Plaintiffs' Letter Motion to Seal. ECF No. 408.

AEG received only a short amount of time prior to the filing to offer a position on the confidentiality of the initially designated material. To avoid any inadvertent public disclosure of confidential material, AEG designated the material as Confidential. However, after a more thorough review, we have revised our position on the confidentiality of the redacted passages. Accordingly, AEG has no objection to the Plaintiffs' public filing of the transcript.

We thank the Court for its attention to this matter.


Dated: January 30, 2025


Respectfully submitted,


**Hogan Lovells US LLP**

*/s/ Justin W. Bernick*_____
Justin W. Bernick (admitted *pro hac vice*)
Molly Pallman (admitted *pro hac vice*)
555 13th St. NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
molly.pallman@hoganlovells.com

*/s/ Claude G. Szyfer*_____
Claude G. Szyfer
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000

1

Facsimile: (212) 918-3100
claude.szyfer@hoganlovells.com

*Attorneys for Anschutz Entertainment Group, Inc.*