**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3226**

WRITER'S EMAIL ADDRESS
**kevinteruya@quinnemanuel.com**

February 19, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:   United States, et al. v. Live Nation Entertainment, Inc., et al., No. 1:24-cv-03973

Dear Judge Subramanian,

We write on behalf of Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all others similarly situated (the "*Heckman* Plaintiffs"), in response to the government's letter of today. ECF No. 425 at 1. The *Heckman* Plaintiffs do not object to the schedule and procedure proposed in that letter. *Id*. They filed their request as a letter motion because there was some uncertainty as to which procedure applied; however, just as the government proposes a shortened schedule for any opposition, the *Heckman* Plaintiffs are similarly happy to submit to a shortened schedule for their reply under Local Rule 6.1(b). Commensurate with the government's position, the *Heckman* Plaintiffs propose a five-day period to file their reply; *i.e.*, until March 5, 2025.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP
/s/ *Kevin Y. Teruya*_____
Kevin Y. Teruya
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
kevinteruya@quinnemanuel.com
adamwolfson@quinnemanuel.com

*Attorneys for: Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all others similarly situated*

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH