UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>**LIVE NATION ENTERTAINMENT INC.,**<br><br>and<br><br>**TICKETMASTER L.L.C.,**<br><br>*Defendants.* | Case No. 1:24-cv-3973 (AS) (SLC) |

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that DAVID H. REICHENBERG, Chief of the Antitrust Litigation and Competition Enforcement Section for the Attorney General of the State of New Jersey, Matthew J. Platkin, and an attorney admitted to practice in this Court, hereby appears as lead counsel of record for Plaintiff State of New Jersey in the above-captioned action, and that his address and telephone number are set forth below.

Dated: February 21, 2025

/s/ David Reichenberg
David H. Reichenberg
Deputy Attorney General
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-4686

1

Email: David.Reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*