UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24-cv-03973<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern District of New York, and with the consent of the Plaintiff State of North Carolina, the undersigned counsel respectfully moves this Court for leave to withdraw as counsel of record for the State of North Carolina. The State of North Carolina will continue to be represented by Brian Rabinovitz of the North Carolina Department of Justice, who has entered an appearance in this matter.

Respectfully submitted, this the 25th day of February, 2025.

GRANTED. The Clerk of Court is respectfully directed to terminate Jessica Sutton from the docket and terminate the motion at ECF No. 429.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 25, 2025

STATE OF NORTH CAROLINA *ex rel.*
JEFF JACKSON, Attorney General

*/s/ Jessica V. Sutton*
Jessica V. Sutton
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-0998
State Bar No. 41652
jsutton2@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 25th day of February, 2025.

>  */s/ Jessica V. Sutton*
>  Jessica V. Sutton
>  Special Deputy Attorney General