

Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
T +1 305 459 6500
F +1 305 459 6550
www.hoganlovells.com

February 28, 2025

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:   *United States, et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-03973

Dear Judge Subramanian:

The undersigned counsel represents non-party Inter Miami LLC ("Inter Miami"). On September 9, 2024, the Department of Justice Antitrust Division served a Subpoena for the Production of Documents on Inter Miami in connection with the above-captioned matter. In compliance with the Subpoena, Inter Miami produced responsive documents on November 4, 2024, pursuant to the Protective Order (ECF No. 347), and is in the process of collecting additional documents to be produced.

On February 18, 2025, non-parties Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts's, on behalf of themselves and all others similar situated (the "*Heckman* Plaintiffs") filed a letter Motion to Modify the Protective Order (the "Motion") (ECF No. 424). Plaintiffs then filed a Memorandum of Law in Opposition to the *Heckman* Plaintiffs' Motion. (ECF No. 433).

Inter Miami joins Plaintiffs' arguments in their Opposition, and agrees that the *Heckman* Plaintiffs "intended use of the [document productions] directly conflicts with the Protective Order, which explicitly prohibits any person subject to the Protective Order from 'us[ing] such Highly Confidential or Confidential Discovery Material or Investigation Material for any purpose other than in connection with this action.'" (ECF No. 433 at 17). Inter Miami further agrees that the *Heckman* Plaintiffs' "proposed modifications do not sufficiently protect producing non-parties." (ECF No. 433). Inter Miami produced documents responsive to the DOJ's Subpoena pursuant to the Protective Order, which ensures that Inter Miami's sensitive business information is treated as confidential, not publicly disclosed, and used only for a limited purpose. Inter Miami respectfully requests that the Court deny the *Heckman* Plaintiffs' Motion, to ensure that Inter Miami's highly confidential information is protected.

To the extent the Court grants the *Heckman* Plaintiffs' Motion, however, the *Heckman* Plaintiffs must not be permitted to use the document productions from this action, including Inter Miami's

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

documents produced in response to the Subpoena, for any purpose other than in support of their action in the Central District of California, *Heckman v. Live Nation Entertainment, Inc., et al.*, Case No. 2:22-cv-0004-GW-GJS.

Inter Miami respectfully requests that if the Court grants the *Heckman* Plaintiffs' Motion, that the Court order the *Heckman* Plaintiffs to subject themselves to the Amended Protective Order (ECF No. 347), and specifically limit the use of the document productions in this matter solely to filings approved by the Court, and protected from disclosure, in the action, *Heckman v. Live Nation Entertainment, Inc., et al.*, Case No. 2:22-cv-0004-GW-GJS.

Respectfully submitted,

Daniel E. Gonzalez
daniel.gonzalez@hoganlovells.com


Marty Steinberg
marty.steinberg@hoganlovells.com