# EXHIBIT A

**Total Number and Percent of Priority Custodian Documents After January 15, 2025**

| Priority Custodian | Title | Approximate % of Documents Produced to Plaintiffs After January 15 | Approximate Total Number of Custodial Documents Produced to Plaintiffs after January 15 |
|---|---|---|---|
| Barad, Gerry | EVP – Booking, Global Touring | 19% | 2,798 |
| Basanec, Liz | Vice President, Global Pricing | 64% | 5,962 |
| Berchtold, Joe | President and Chief Financial Officer | 22% | 8,401 |
| Best, Rich | Tour Promoter | 30% | 20,021 |
| Carns, Geoff | SVP – Venues & Promoters | 91% | 43,569 |
| Dockett, Bryan | SVP of Premium Seat Services | 94% | 17,243 |
| Flores, Brittany | Florida Region President, US Concerts | 40% | 25,469 |
| Gee, Shawn | President of Live Nation Urban | 28% | 13,199 |
| Hansen, Matthew | Chief Strategy Officer | 47% | 29,606 |
| Johnson, Jenny | VP, Commercial Strategy | 21% | 2,316 |
| LeMay, Gregory | VP, Strategic Initiatives | 59% | 12,648 |
| Lewis, Colin | Global Tour Promoter, Live Nation Concerts | 16% | 7,940 |
| McGlone, Tom | RVP Venues & Promoters - East | 38% | 5,724 |

2

| Priority Custodian | Title | Approximate % of Documents Produced to Plaintiffs After January 15 | Approximate Total Number of Custodial Documents Produced to Plaintiffs after January 15 |
|---|---|---|---|
| Miles-Powell, Angela | Regional Vice President, V&P | 96% | 14,779 |
| Prieshoff, Matt | Head of Ancillary Experiences, Venue Nation | 41% | 5,256 |
| Rapino, Michael | Chief Executive Officer | 9% | 1,633 |
| Schwartzkopf, Kurt | EVP & Co-Head of Sports | 45% | 7,071 |
| See, Tom | President of Venue Nation | 4% | 3,116 |
| Shipitofsky, David | Sr. Client Development Director, NBA/NHL | 19% | 2,002 |
| Tarlton, Patti-Anne | EVP, Live Nation | 73% | 39,137 |
| Taylor, Joe | SVP of Revenue & Analytics | 25% | 2,860 |
| Vego, Velena | VP of Third Party Programming | 58% | 1,047 |
| Wallach, Russell | President, Sponsorship and Advertising | 71% | 6,012 |
| Williams, Sally | President of Nashville Music & Business Strategy, US Concerts | 67% | 4,478 |
| Yovich, Mark | President, Ticketmaster | 47% | 10,878 |