UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>*Defendants*. | Case No.: 1:24-cv-3973 (AS) (SLC)<br><br><br><br>**NOTICE OF MOTION TO ASSIGN NEW LEAD TRIAL COUNSEL FOR PLAINTIFF STATE OF NEW YORK** |

Pursuant to ¶ 2.A. of Your Honor's Individual Practices in Civil Cases, Plaintiff State of New York respectfully moves to change the designation of its Lead Trial Counsel from the undersigned, Jeremy R. Kasha, to New York Senior Enforcement Counsel Bryan Bloom who recently filed an appearance in this action.

The reason for the substitution is the undersigned's impending departure from State service and return to the private sector. A notice of withdrawal will be filed following the redesignation of New York's Lead Trial Counsel.

Mr. Bloom will continue New York's role as Lead Trial Counsel under the Joint Stipulated Order Regarding Lead Trial Counsel (ECF No. 262).

Plaintiff State of New York will continue to be represented by Elinor Hoffmann, Amy McFarlane, as well as Bryan Bloom, all of whom have filed appearances in this matter.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 468.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 10, 2025

Dated:  March 4, 2025

Respectfully submitted,

By:    <u>/s/ Jeremy R. Kasha</u>
        Assistant Attorney General
        Office of the New York Attorney General
        Antitrust Bureau
        28 Liberty Street
        New York, NY 10005
        Telephone: (212) 416-8277
        Email: Jeremy.Kasha@ag.ny.gov