# EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| Ex A | Table of Pre-Complaint Custodians Whom Defendants Identified as Enabling Text Auto-Delete |
| Ex B | Apr. 4, 2024 Ltr. from J. Roualet, U.S. Dep't of Justice, to K. Fayne, Lathm & Watkins LLP |
| Ex C | May 2, 2024 Ltr. from K. Fayne, Latham & Watkins LLP, to J. Roualet, U.S. Dep't of Justice |
| Ex D | Jan-Mar 2025 Email Chain between Plaintiffs and Latham & Watkins LLP |
| Ex D-1 | Feb. 11, 2025 Ltr. from L. Van Kirk, U.S. Dep't of Justice, to R. Gushman, Latham & Watkins LLP (attachment to Exhibit D at 21-22) |
| Ex D-2 | Feb. 20, 2025 Ltr. from R. Gushman, Latham & Watkins LLP, to L. Van Kirk, U.S. Dep't of Justice (attachment to Exhibit D at 16-17) |
| Ex D-3 | Feb. 22, 2025 Ltr. from L. Van Kirk, U.S. Dep't of Justice, to R. Gushman, Latham & Watkins LLP (attachment to Exhibit D at 15-16) |

# EXHIBIT A

(filed under seal)