# EXHIBIT D-2

## (filed under seal)