UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>*Defendants*. | Case No.: 1:24-cv-3973 (AS) (SLC)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE FOR JEREMY KASHA** |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Jeremy R. Kasha of the Office of the New York Attorney General hereby withdraws as attorney of record for Plaintiff Sate of New York in the above-captioned matter.

Plaintiff State of New York will continue to be represented by Elinor Hoffmann, Amy McFarlane, and Bryan Bloom, who have filed appearances in this matter.

Dated: March 17, 2025        Respectfully submitted,

By:    /s/ Jeremy R. Kasha
       Assistant Attorney General
       Office of the New York Attorney General
       Antitrust Bureau
       28 Liberty Street
       New York, NY 10005
       Telephone: (212) 416-8277
       Email: Jeremy.Kasha@ag.ny.gov