UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>        Plaintiff,<br><br>    -against-<br><br>Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,<br><br>        Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated at the conference held on March 13, 2025:

- Responsive documents from priority custodian Colin Lewis will be turned over to plaintiffs by **March 28, 2025**.

- Defendants will provide plaintiffs with the number of documents in the privilege workflow by **April 4, 2025**. In addition, defendants should include a count of documents in the privilege workflow in their biweekly discovery letters to the Court.

- Defendants must issue cross-document subpoenas to entities plaintiffs subpoenaed prior to February 28, 2025, by **March 21, 2025**.

- The parties should meet and confer on the issue of bifurcation. If a dispute remains, a motion should be filed by **April 14, 2025**.

- The parties agree on amending the Case Management Order to enable each side to issue nationwide trial subpoenas. By **March 21, 2025**, the parties should jointly submit a proposed revised Order for the Court to so-order.

- The parties should meet and confer and propose a schedule for a follow-up conference.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 472.

SO ORDERED.

Dated: March 18, 2025
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge