AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973 (AS) |
| LIVE NATION ENTERTAINMENT, INC., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   03/26/2025

/s/ Janelle Robins
*Attorney's signature*

Janelle Robins, MA Bar #716088
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530

*Address*

janelle.robins@usdoj.gov
*E-mail address*

(202) 746-8681
*Telephone number*

(202) 514-7308
*FAX number*