**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    ***United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC**

Dear Judge Subramanian:

Pursuant to the Court's instruction at the October 29, 2024 conference, Defendants submit this letter to update the Court on the status of discovery.

- Defendants produced over 600,000 documents and over 33 million observations of data to Plaintiffs during their pre-Complaint investigation.[1]

- Defendants' contract reviewers have reviewed approximately 5,275,000 documents for responsiveness to Plaintiffs' document requests since the September 27, 2024 discovery conference, including approximately 625,000 documents since Defendants' last update on March 14, 2025.

- Defendants have produced approximately 1,860,000 documents and over 34 billion observations of data covering 7 different countries in this litigation to date, including approximately 420,000 documents since Defendants' last update on March 14, 2025.

Pursuant to the Court's instruction at the March 13, 2025 conference, Defendants further submit the following metric regarding Defendants' ongoing privilege review workflow.

- As of today, there are approximately 58,500 documents in Defendants' privilege review workflow that have been first-level reviewed and not yet produced or logged.

*[signatures on following page]*

---

[1] Defendants previously produced to Plaintiffs approximately 1.7 million documents between 2015 and 2019 in response to Plaintiffs' prior investigations.

Dated: March 28, 2025

Respectfully submitted,

LATHAM & WATKINS LLP                        CRAVATH, SWAINE & MOORE LLP

_____                        _____
Alfred C. Pfeiffer (admitted *pro hac vice*)        David R. Marriott
   *Co-Lead Trial Counsel*                           *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)        Lauren A. Moskowitz
Jennifer L. Giordano                        Jesse M. Weiss
Andrew M. Gass (admitted *pro hac vice*)        Nicole M. Peles
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)        Two Manhattan West
Robin L. Gushman (admitted *pro hac vice*)        375 Ninth Avenue
                                New York, NY 10001
505 Montgomery Street, Suite 2000                (212) 474-1000
San Francisco, CA 94111
(415) 391-0600                            dmarriott@cravath.com
                                lmoskowitz@cravath.com
555 11th Street, NW, Suite 1000                jweiss@cravath.com
Washington, D.C. 20004                    npeles@cravath.com
(202) 637-2200
                                *Attorneys for Defendants Live Nation*
Al.Pfeiffer@lw.com                        *Entertainment, Inc. and Ticketmaster L.L.C.*
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*


cc:      All Counsel of Record (via ECF)