UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br>         Plaintiffs, <br><br>      -against- <br><br> Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br>         Defendants. | 24-CV-3973 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiffs filed a motion to compel on March 11, 2025. Dkts. 479, 480. Their requested relief was that defendants respond to a series of questions. Defendants pledged to respond to the questions by March 21, 2025. Dkt. 482. There has been no indication that defendants failed to meet this deadline and the parties jointly moved to cancel the last discovery conference.

  The motion to compel is denied without prejudice. If the parties have any further disputes related to this issue, they can make an appropriate motion for relief.

  The Clerk of Court is respectfully directed to terminate the motions at Dkts. 479, 480, and 504.

  SO ORDERED.

Dated: April 4, 2025
    New York, New York

                   _____
                      ARUN SUBRAMANIAN
                      United States District Judge