# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC, <br><br> *Defendants*. | Case No. 1:24-cv-03973-AS <br><br><br> **NOTICE OF MOTION TO ASSIGN NEW LEAD TRIAL COUNSEL FOR PLAINTIFF STATE OF WASHINGTON** |

Pursuant to ¶ 2.A. of Your Honor's Individual Practices in Civil Cases, Plaintiff State of Washington respectfully moves to change the designation of its Lead Trial Counsel from the undersigned, Assistant Attorney General Rachel A. Lumen, to Assistant Attorney General Ashley A. Locke, who was admitted in this action. (ECF No. 405.)

Plaintiff State of Washington seeks this substitution to adjust for the caseload schedules of the aforementioned Assistant Attorneys General.

Ms. Locke will continue State of Washington's role as Lead Trial Counsel under the Joint Stipulated Order Regarding Lead Trial Counsel. (ECF No. 262.)

Plaintiff State of Washington will continue to be represented by Rachel A. Lumen, Travis Kennedy, as well as Ashley A. Locke, all of whom have filed appearances in this matter.

GRANTED. The Clerk of Court is respectfully directed to designate Ashley A. Locke as Lead Trial Counsel and terminate the motion at ECF No. 511.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 14, 2025

1

Dated this 9th day of April 2025.

Respectfully submitted,

<div style="margin-left: 50%;">

**FOR PLAINTIFF**
**STATE OF WASHINGTON**

NICHOLAS W. BROWN
Attorney General

*s/ Rachel A. Lumen*
RACHEL A. LUMEN, WSBA No. 47918
ASHLEY A. LOCKE, WSBA No. 40521
TRAVIS A. KENNEDY, WSBA No. 47742
Assistant Attorneys General, Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744
rachel.lumen@atg.wa.gov
ashley.locke@atg.wa.gov
travis.kennedy@atg.wa.gov

*Attorneys for the Plaintiff State of Washington*

</div>

2