UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br>                         Plaintiffs, <br><br>              -against- <br><br>Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br>                        Defendants. | 24-CV-3973 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court will hold a remote conference on the issue of bifurcation on **May 2, 2025 at 2:00 PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **714 724 72**, followed by the pound (#) sign.

      Due to the constraints of the remote conferencing system, the parties should jointly send the Court a single email with the names and phone numbers of the attorneys expected to speak at the conference. This email should be sent by May 2, 2025 at 9:00 AM.

      SO ORDERED.

Dated: April 30, 2025
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                          United States District Judge