UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br> Defendants. | 24-CV-3973 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      The pending motion for bifurcation is resolved in accordance with the Court's stated reasons on the record at the May 2, 2025 conference. The motion is GRANTED in part and DENIED in part. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 527.

      SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                     ARUN SUBRAMANIAN
                                     United States District Judge