UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>                              Plaintiffs,<br><br>               -against-<br><br>Live Nation Entertainment, Inc. and<br>Ticketmaster L.L.C.,<br><br>                              Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court will hold a remote discovery conference on **May 9, 2025 at 3:00 PM** to address plaintiff's motion at Dkt. 537 to extend the discovery schedule. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **588 125 643**, followed by the pound (#) sign. Due to the constraints of the remote conferencing system, the parties should jointly send the Court a single email with the names and phone numbers of the attorneys expected to speak at the conference. This email should be sent by **May 9, 2025 at 9:00 AM**.

      SO ORDERED.

Dated: May 8, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                         United States District Judge