**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

**Re:**   *United States et al. v. Live Nation Entertainment, Inc. et al.*, **1:24-cv-03973-AS-SLC**

Dear Judge Subramanian:

Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants"), submit this letter pursuant to the Court's instructions during the May 9, 2025 discovery conference.

Consistent with the Court's direction at the May 9, 2025 discovery conference, Defendants hereby advise the Court that they have agreed to not use in support of summary judgment any affirmation or affidavit of any person or entity "newly disclosed" in Defendants' April 25, 2025 supplemental initial disclosures, meaning a person or entity that was not already (1) one of Defendants' document custodians, (2) listed in Defendants' July 1, 2024 initial disclosures, (3) listed in Plaintiffs' July 1, 2024 or April 25, 2025 disclosures or (4) received a document or deposition subpoena in this action. In light of that agreement, Defendants understand that the 300-hour limit on deposition testimony remains in effect for both Plaintiffs and Defendants.

*[signatures on following page]*

Dated: May 16, 2025

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| *(signature)* | *(signature: David R. Marriott)* |
| Alfred C. Pfeiffer (admitted *pro hac vice*)<br>   *Co-Lead Trial Counsel*<br>Timothy L. O'Mara (admitted *pro hac vice*)<br>Jennifer L. Giordano<br>Andrew M. Gass (admitted *pro hac vice*)<br>Kelly S. Fayne (admitted *pro hac vice*)<br>Lindsey S. Champlin (admitted *pro hac vice*)<br>Robin L. Gushman (admitted *pro hac vice*) | David R. Marriott<br>   *Co-Lead Trial Counsel*<br>Lauren A. Moskowitz<br>Jesse M. Weiss<br>Nicole M. Peles |
| 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600 | Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>(212) 474-1000 |
| 555 11th Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200 | dmarriott@cravath.com<br>lmoskowitz@cravath.com<br>jweiss@cravath.com<br>npeles@cravath.com |
| Al.Pfeiffer@lw.com<br>Tim.O'Mara@lw.com<br>Jennifer.Giordano@lw.com<br>Andrew.Gass@lw.com<br>Kelly.Fayne@lw.com<br>Lindsey.Champlin@lw.com<br>Robin.Gushman@lw.com | *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* |
| *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* | |

cc:    All Counsel of Record (via ECF)