**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>et al.,<br><br><br>                    Defendants. | Case No.: 1:24-CV-03973-AS |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jeff Dan Herrera, respectfully move the Court to withdraw as counsel for Plaintiff State of New Mexico.  I will be ending my employment with the State of New Mexico effective May 12, 2025.  Plaintiff State of New Mexico will continue to be represented by Anjana Samant, who has previously entered an appearance in this matter.

Dated: May 23, 2025                                     Respectfully Submitted,


                                                        /s/ *Jeff Dan Herrera*
                                                        Jeff Dan Herrera
                                                        Assistant Attorney General
                                                        Consumer Protection Division
                                                        New Mexico Department of Justice
                                                        408 Galisteo St.
                                                        Santa Fe, NM 87501
                                                        Phone: (505) 490-4878
                                                        jherrera@nmdoj.gov

                                                        *Counsel for Plaintiff State of New Mexico*

## CERTIFICATE OF SERVICE

I, Jeff Dan Herrera, hereby certify that on May 23, 2025, I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.


*/s/Jeff Dan Herrera*
Jeff Dan Herrera