

**Joseph Reyna**
Dreams Over Dollars™
5900 Balcones Dr. #16077
Austin, TX 78731
whitehat@joecattt.com
(956) 202-5580

**Date:** 05/27/25



**Clerk of Court**
United States District Court
Southern District of New York
Pro Se Intake Unit
500 Pearl Street, Room 200
New York, NY 10007

**Re: Filing of Motion to Intervene and Amicus Curiae Brief**
**Case No. 1:24-cv-03973-AS – United States v. Live Nation Entertainment, Inc., et al.**

Dear Clerk of Court,

Please find enclosed the following documents for filing in the above-captioned matter:

- Motion to Intervene under Rule 24(a)(2)

- Declaration of Joseph Reyna

- Appendix of Evidence (Exhibits A–P)

- Motion for Leave to File Amicus Curiae Brief

- Amicus Curiae Brief with Damages Addendum

I am submitting these documents as a **pro se intervenor** pursuant to **Rule 24(a)** of the Federal Rules of Civil Procedure. This filing reflects a legally protectable interest based on firsthand harm, whistleblower disclosures, and systemic exclusion from relief frameworks.

This motion aligns with controlling precedent affirming the rights of third-party intervenors in antitrust and public interest litigation. See, e.g., *Bethune Plaza, Inc. v. Lumpkin*, 863 F.2d 525 (7th Cir. 1988); *United States v. Microsoft Corp.*, 56 F. Supp. 2d 30 (D.D.C. 1999); *Kleissler v. U.S. Forest Serv.*, 157 F.3d 964 (3d Cir. 1998).

Please file the enclosed materials into the docket of the above-referenced case. Should any additional information be required, I may be reached using the contact information provided.

Thank you for your attention to this matter.

Respectfully,

/s/ **Joseph Reyna**
Joseph Reyna
Pro Se Intervenor
Founder, Dreams Over Dollars™

---

**Disclaimer:**
This submission is made in good faith pursuant to Rule 24(a)(2), supported by FOIA disclosures, public records, and constitutional concerns under the First, Fifth, and Fourteenth Amendments.

Dreams Over Dollars
5900 Balcones Dr. #16077
Austin, Texas 78731



CERTIFIED MAIL

9589 0710 5270 2919 1514 81



Retail

U.S. POSTAGE PAID
FCM LG ENV
BUDA, TX 78610
MAY 28, 2025

$7.44

RDC 99    10007    S2324H500550-04





**Clerk of Court**
United States District Court
Southern District of New York
Pro Se Intake Unit
500 Pearl Street, Room 200
New York, NY 10007



RECEIVED JUN 05 2025 PRO SE OFFICE