UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>*Defendants*. | Case No.: 1:24-cv-3973 (AS) (SLC)<br><br>**NOTICE OF MOTION TO ASSIGN NEW LEAD TRIAL COUNSEL FOR PLAINTIFF STATE OF NEW YORK** |

Pursuant to ¶ 2.A. of Your Honor's Individual Practices in Civil Cases, Plaintiff state of New York respectfully moves to change the designation of its Lead Trial Counsel from Senior Enforcement Counsel Bryan Bloom to Assistant Attorney General Jonathan Hatch who recently filed an appearance in this action.

The reason for the substitution is Mr. Bloom's departure from State service and return to the private sector. Mr. Bloom has filed his notice of withdrawal.

Mr. Hatch will continue New York's role as Lead Trial Counsel under the Joint Stipulated Order Regarding Lead Trial Counsel (ECF No. 262).

Plaintiff State of New York will continue to be represented by Elinor Hoffmann and Amy McFarlane, who have filed appearances in this matter, in addition to Mr. Hatch.

Dated: June 16, 2025          Respectfully submitted,

                              By:   /s/ Elinor Hoffmann
                                    Bureau Chief

Office of the New York Attorney General
Antitrust Bureau
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov