UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and TICKETMASTER L.L.C.,<br><br>      Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The motions at Dkts. 536 and 537 were resolved at the discovery conference held on May 9, 2025 and in the letter at Dkt. 548. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 536 and 537.

  SO ORDERED.

Dated: June 24, 2025
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge