UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> -against- <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C., <br><br> Defendants. | 24-CV-3973 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated in plaintiffs' and defendants' submissions at Dkts. 578 and 579, the motion to intervene at Dkt. 564 is DENIED. However, Mr. Reyna's filing—including his amicus brief—is part of the public record. To the extent he wishes to file his own case, he should do so in the appropriate court.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 564.

SO ORDERED.

Dated: June 25, 2025
       New York, New York

ARUN SUBRAMANIAN
United States District Judge