UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., | |
| Plaintiffs, | |
| -against- | 24-CV-3973 (AS) |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiffs and third-party SeatGeek should respond to defendants' motion to compel at Dkt. 586 by **Monday, June 30, 2025**.

SO ORDERED.

Dated: June 27, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge