UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br> Defendants. | 24-CV-3973 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated on the record at the conference on July 7, 2025, defendants and third-party SeatGeek are directed to meet and confer to work out the logistics of producing texts and Slack messages for six custodians. Defendants and third-party SeatGeek should jointly submit a letter to the Court by **July 14, 2025** outlining any remaining disputes.

      The Clerk of Court is respectfully directed to terminate the motions at Dkts. 585 and 586.

      SO ORDERED.

Dated: July 8, 2025
      New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge