**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

**Re:**    *United States et al. v. Live Nation Entertainment, Inc. et al.*; **1:24-cv-03973-AS-SLC**

Dear Judge Subramanian,

      Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants") and third party SeatGeek Inc. ("SeatGeek") submit this joint letter pursuant to the Court's July 8, 2025 Order, which instructed Defendants and SeatGeek to "jointly submit a letter to the Court by July 14, 2025 outlining any remaining disputes." (Dkt. No. 604). After meeting and conferring several times, Defendants and SeatGeek have reached agreement on some items in connection with the production of SeatGeek's text and Slack communications. However, because the relevant documents are still being processed, there are a few issues that Defendants and SeatGeek cannot resolve until that processing is complete, including (i) whether a cap should be imposed on the number of documents to be reviewed, (ii) the Slack channels to be searched, and (iii) SeatGeek's request for fees and costs. Defendants and SeatGeek will be able to have a more informed discussion of these issues later this week, when the parties expect to have more information about the potential volume of material at issue. Following the results of this processing, Defendants and SeatGeek propose to work together to resolve or join issue on the outstanding items, and to provide a further update by Friday, July 18.

     .

*[signatures on following page]*

Dated: July 14, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

_____

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_____

David R. Marriott
   *Co-Lead Trial Counsel*
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

dmarriott@cravath.com
lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

COHEN & GRESSER LLP


 _/s/ Ronald F. Wick_____
Melissa H. Maxman (admitted _pro hac vice_)
Ronald F. Wick (admitted _pro hac vice_)
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C.  20006

William E. Kalema
800 Third Avenue
New York, New York 10022

mmaxman@cohengresser.com
rwick@cohengresser.com
wkalema@cohengresser.com

_Attorneys for Non-Party SeatGeek, Inc._