**<u>VIA ECF</u>**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

**Re:**    ***United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC**

Dear Judge Subramanian,

Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants") and third party SeatGeek Inc. ("SeatGeek") submit this joint letter to provide an update on the status of SeatGeek's production of text and Slack messages. As noted in our previous joint letter, (Dkt. No. 606), Defendants and SeatGeek have already reached agreement on several issues and continue to diligently work together to achieve agreement on remaining issues in connection with SeatGeek's additional production. We note that there are still a few issues Defendants and SeatGeek must resolve, which remain pending as SeatGeek continues processing its relevant documents. Following the completion of the processing, Defendants and SeatGeek will work together to resolve or join issue on the outstanding items, and to provide a further update to the Court by Friday, July 25.

.

*[signatures on following page]*

Dated: July 18, 2025

Respectfully submitted,

LATHAM & WATKINS LLP                    CRAVATH, SWAINE & MOORE LLP

_____                _____
Alfred C. Pfeiffer (admitted *pro hac vice*)    David R. Marriott
   *Co-Lead Trial Counsel*                    *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)     Lauren A. Moskowitz
Jennifer L. Giordano                            Jesse M. Weiss
Andrew M. Gass (admitted *pro hac vice*)        Nicole M. Peles
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)   Two Manhattan West
Robin L. Gushman (admitted *pro hac vice*)      375 Ninth Avenue
                                                New York, NY 10001
505 Montgomery Street, Suite 2000               (212) 474-1000
San Francisco, CA 94111
(415) 391-0600                                  dmarriott@cravath.com
                                                lmoskowitz@cravath.com
555 11th Street, NW, Suite 1000                 jweiss@cravath.com
Washington, D.C. 20004                          npeles@cravath.com
(202) 637-2200

Al.Pfeiffer@lw.com                              *Attorneys for Defendants Live Nation*
Tim.O'Mara@lw.com                               *Entertainment, Inc. and Ticketmaster L.L.C.*
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

COHEN & GRESSER LLP

*/s/ Ronald F. Wick*
Melissa H. Maxman (admitted *pro hac vice*)
Ronald F. Wick (admitted *pro hac vice*)
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C.  20006

William E. Kalema
800 Third Avenue
New York, New York 10022

mmaxman@cohengresser.com
rwick@cohengresser.com
wkalema@cohengresser.com

*Attorneys for Non-Party SeatGeek, Inc.*