**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

**Re:**     *United States et al. v. Live Nation Entertainment, Inc. et al.*; **1:24-cv-03973-AS-SLC**

Dear Judge Subramanian,

Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants") and third party SeatGeek Inc. ("SeatGeek") submit this joint letter to provide an update on the status of SeatGeek's production of text and Slack messages. Defendants and SeatGeek continue to diligently work together to try to resolve this issue. At this stage, SeatGeek has informed Defendants that it has completed collection of its custodians' Slack messages and, barring any unforeseen technical issues, should be finished processing its custodians' text messages by early next week. SeatGeek has further informed Defendants that it anticipates its documents will be fully processed likely by early next week, at which point the parties will have an understanding as to the size of the universe of documents to be potentially reviewed. At that point, Defendants and SeatGeek intend to meet and confer to attempt to resolve the remaining issues. Defendants and SeatGeek can update the Court by Friday August 1, 2025, regarding any outstanding issues.

*[signatures on following page]*

1

Dated: July 25, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

_____
Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_____
David R. Marriott
   *Co-Lead Trial Counsel*
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

dmarriott@cravath.com
lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

COHEN & GRESSER LLP

_/s/ Ronald F. Wick_
Melissa H. Maxman (admitted _pro hac vice_)
Ronald F. Wick (admitted _pro hac vice_)
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C.  20006

William E. Kalema
800 Third Avenue
New York, New York 10022

mmaxman@cohengresser.com
rwick@cohengresser.com
wkalema@cohengresser.com

_Attorneys for Non-Party SeatGeek, Inc._