UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC,<br><br>Defendants. | Case No.: 1:24-CV-03973-AS<br><br>**ORDER** |

The Motion of Danielle A. Robertson to withdraw as Counsel for the Plaintiff State of South Carolina in the above-captioned matter is granted.

IT IS SO ORDERED.

DATED this 20th day of August, 2025.

_____
Hon. Arun Subramanian
United States District Judge