

*Live-Fi™ Technology Holdings*

*7302 Woodstone Circle*
*Princeton, NJ 08540*
*amyg@live-fi.com*
*917-733-9981*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
US Dept. of Justice (and 35+ US States)      SDNY 24cv3973(AS)
Plaintiffs, v.

DECLARATION IN
SUPPORT OF MOTION
AND TO STRIKE ORDER
OF 9-16-25

Live Nation Entertainment. Inc.,
Live Nation Inc., Ticketmaster, LLC and
Does I-X, Defendants.
---------------------------------------------------X

## URGENT September 16, 2025

To the Honorable Arun Subramanian, United States District Judge:

    California Counsel Amy Weissbrod Gurvey US patents of standard essential ticketing management patents declares to the truth of the following statements in support of her motion for reconsideration of the Court's order denying intervention and moving to strike Docket #633 and the court's order entered today 9-16-25.

    Most respectfully, the Court is greatly mistaken in its order entered today, September 16, 2025, that must be stricken from the docket. The previous NDNY judge in 24cv211, Hon. Anne M. Nardacci,

dismissed that case *sua sponte* earlier in 2025 and somehow found based on the Attorney General's frivolous papers that LIVE-Fi®'s California counsel was disbarred in New York State. **LIVE-Fi®'s counsel was never disbarred and never sanctioned in any final order by the NY Court of Appeals**. First Dept. staff counsel serving at Hinshaw & Culbertson, J. Richard Supple, defense lawyers for Live Nation and Cowan Liebowitz & Latman in a previous SDNY patent lawsuit was found to inserted unserved documents into state files that were forged and circulated to this Court.

Moreover, in 2025, it was discovered that a state attorney serving at the NYS Office of Court Administration, Shawn Kerby, was writing *ex parte* to the Federal Circuit since 2018 not to hear Plaintiff's arising under appeals to orders of the SDNY since 2016 denying patent infringement hearings. That order could not be left standing because as today just established, it is being copied by this Court.

Plaintiff received an order to show cause to answer from Judge Brenda Sannes of the NDNY satellite court in Syracuse, New York in June 2025. That OSC was responded to by Plaintiff in detail, after which Plaintiff was given first access to "ordered concealed" Appellate Division First Dept. files on August 26, 2025 after 14 years.

Plaintiff's letter reported the preliminary results of the file contents back to Judge Sannes on August 31, 2025. It was also served on this court in the Reply to Docket #633 in response to a sanctionable opposition by Cravath Swaine and Moore. In response, on September 5, 2025, the NDNY entered a minute order ordering a hearing on injunction to take place on September 26, 2025, an order that the AG attempted to delay and that was vehemently opposed by Plaintiff. No further delay can be allowed because of the derivative prejudice being caused to Plaintiff without due process of law by this Court. Plaintiff's reply is on the NDNY docket. It clearly was not read by this Court.

In addition, the Court did not consider the relief sought in LIVE-Fi®'s Reply to Docket #633. That relief included that <u>this court</u> order the First Dept. files by injunction because Plaintiff has still not be granted a hearing on infringement of her standard essential ticketing US patents for 13 years in violation of her constitutional rights guaranteed by the Fourteenth Amendment. The patents in fact provide a viable resolution to at least part of the dispute among the parties before this Court. *Ex parte Young*, 209 US 123 (1908).

This letter motion is being served on the Federal Circuit, the NDNY and the US Supreme Court.

The court might also investigate why Cravath partner Christine Varney a former US Attorney at the Dept. of Justice who spearheaded the opposition to defendant Live Nation and Ticketmaster's merger before the DC District Court in 2010 (US v. Ticketmaster and Live Nation, 2010 WL 975407, 975408) has now taken a directly opposite position in defending Live Nation Entertainment before this Court.

Dated: September 16, 2025
Princeton NJ 08540

AMY WEISSBROD GURVEY
California Counsel
LIVE-Fi® Technology Holdings