


**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*450 Fifth Street, N.W.*
*Washington, DC 20001*

October 1, 2025

<u>Via ECF</u>

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

As addressed on the record during the October 1 hearing, the motion is denied without prejudice to refiling if circumstances materially change.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 651.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 1, 2025

Re:  *United States, et al. v. Live Nation Entertainment., et al.*: 1:24-cv-03973-AS-SLC

## MOTION FOR STAY OF PROCEEDINGS
## <u>DUE TO LAPSE OF APPROPRIATIONS</u>

Dear Judge Subramanian:

Pursuant to your Individual Rules 3.A, 3.E, and 8.A, the United States hereby moves for a temporary stay of the above-captioned case until appropriations for the Department of Justice are restored and Department of Justice attorneys are permitted to resume their usual civil litigation functions.  The parties have not requested previous extensions, stays, or adjournments in this matter, other than discovery extensions that have not impacted the trial date.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees are generally prohibited from working, even on a voluntary basis, except in very limited circumstances such as "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

If this motion is granted, the United States will notify the Court as soon as Congress has appropriated funds for the Department.

As the Court is aware, the parties are currently conducting expert discovery.  The

Defendants served expert reports on September 16, 2025, the Plaintiffs are scheduled to serve rebuttal expert reports on October 9, 2025, and expert depositions are scheduled to occur during November. In addition, several fact depositions that could not be scheduled during fact discovery are scheduled during October. The parties are scheduled to file any Summary Judgment and Daubert motions by November 11 and November 13, 2025, respectively.

      If the Court denies the request, the government will comply with the Court's order, which would constitute express legal authorization for the activity to continue. We respectfully request that Your Honor notify the parties as soon as possible of its decision.

      The United States has met and conferred with counsel for Defendants and Plaintiff States. Plaintiff States have authorized the United States to represent that they take no position on this motion. As of this filing, Defendants had not yet informed the United States of their position.

      Of course, we stand ready to appear or answer any questions the Court may have as needed. We greatly regret any disruption caused by these circumstances.

Respectfully submitted,

/s/ Bonny Sweeney
Bonny Sweeney
*Lead Trial Counsel*
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (202) 725-0165
Facsimile: (202) 514-7308
Email: Bonny.Sweeney@usdoj.gov

*Attorney for Plaintiff*
*United States of America*

cc: All counsel via ECF