GRANTED as modified.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 659.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 15, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC

Dear Judge Subramanian:

On behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C., we write concerning Defendants' forthcoming motion for summary judgment, to be filed on November 11, 2025. Defendants respectfully request permission to file a memorandum of law in support of their summary judgment motion of no more than ~~17,500~~ **13,000 words**, and a reply in support of their summary judgment motion of no more than ~~7,000~~ **5,000 words.** This is Defendants' first such request to expand the word limits with respect to briefing on the forthcoming motion for summary judgment.

Defendants requested Plaintiffs' consent to the expansion of the word limits for Defendants' briefs and offered to consider an expansion of the word limit for Plaintiffs' opposition. Plaintiffs responded that they are "unable to accommodate [Defendants'] request," but that they are "willing to agree to an expansion of 1,000 words [for the memorandum of law in support of the motion] and 400 words [for the reply], provided that such an agreement is reciprocal, and that opposition briefs are also expanded by 1,000 words **to 13,000 words**."

Given the complexity of this case—in which 41 Plaintiffs assert 39 claims for relief in a 518-paragraph complaint—and the substantial number of arguments Defendants plan to make in their summary judgment motion, neither the word limits set forth in Local Civil Rule 7.1(c) (i.e., 8,750 words for the opening brief and 3,500 words for the reply) nor the limited expansion offered by Plaintiffs is sufficient. Defendants intend to move for summary judgment on all claims, and on multiple bases.

For example, Plaintiffs' claims all rise or fall based on whether the Court will allow a jury to consider market definitions that violate legal doctrine against excluding substitutes (e.g., arenas for amphitheaters) and calculating market shares based on only some of the business opportunities for which rivals indisputably compete. The legal errors are clear, but Plaintiffs contend there are six relevant markets, so briefing those errors is not a simple matter. In order to sufficiently address these (and many other) arguments in their summary judgment motion, Defendants respectfully request permission to file a memorandum of law of no more than 17,500 words, and a reply of no more than 7,000 words.

Dated: October 15, 2025

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|

Alfred C. Pfeiffer (admitted *pro hac vice*)
　*Co-Lead Trial Counsel*
David R. Marriott
　*Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*