# CASE NO.   24-7441

In The
## Supreme Court of the United States

*Petition for a Writ of Mandamus and Writ of Prohibition*

Amy R. Weissbrod Gurvey
7302 Woodstone Circle
Princeton, New Jersey 08540
amyg@live-fi.com

US Patentee
Petitioner Pro se
CEO/California Counsel
LIVE-Fi® Technology Holdings, LLC

To Clerk Scott Harris
Attention: Ms. Angela Jimenez

Dear Ms. Jimenez:

Petitioner Amy Weissbrod Gurvey, California counsel of loan out company LIVE-Fi® Technology Holdings, LLC who is not admitted t practice law in New York State since 1998, and US patentee of standard essential ticketing management patents and confidential patents pending that include priority disclosures for ticket data authentication, hybrid encryption, content transmission and merchandise fulfillment matrices, routing logic, ticket resale and exchange, and AI analytics, petitions the Supreme Court of the United States to add updated orders to the Appendix of the pending Petition seeking a Writ of Mandamus.

Petitioner declares to the truth of the following statements in support of this application.

The orders include: (1) a hearing on injunction entered September 5, 2025 (Docket #85 et seq.) ordered by the Northern District of New York in Case No. 24-cv211 against NYS executive officers of the courts and unified court system (UCS) (inspection of the ordered concealed NYS UCS files was first granted to Petitioner on August 26, 2025 and inspection is not yet complete; (2) An order returning an updated Notice

of Claim by the NY Court of Claims received on October 4, 2025; and (3) an order denying intervention by the SDNY in the antitrust divestiture proceeding against defendant willful patent infringers Live Nation and Ticketmaster and denying striking Cravath Swaine and Moore's frivolous and fraudulent opposition #633 in Case No. 24cv3973 entered by the SDNY in clear abuse of discretion and denying that the order in (1) granting hearing on injunction by the NDNY (Docket #85) was ever entered.

Petitioner also requests ECF filing privileges to upload papers directly on the Supreme Court docket be granted with instructions on whether the instant application requires ten copies for docketing.

Dated:  October 11, 2025
Princeton, NJ
/amyweissbrodgurvey/


AMY WEISSBROD GURVEY
US PATENTEE
CALIFORNIA COUNSEL
LIVE-Fi® TECHNOLOGY HOLDINGS

cc: US District Court Northern District of NY, 24cv211
New York Court of Claims
US District Court Southern District of NY, 24cv3973

# EXHIBIT 5

Case 1:24-cv-03973-AS     Document 666     Filed 10/24/25     Page 5 of 5