UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER L.L.C.<br><br>*Defendants.* | Case No.: 1:24-cv-3973 (AS) (SLC)<br><br>**NOTICE OF MOTION TO ASSIGN CO-LEAD TRIAL COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA**<br><br>GRANTED.<br><br>The Clerk of Court is respectfully directed to terminate the motion at ECF No. 674.<br><br>SO ORDERED.<br><br>*[signature]*<br><br>Arun Subramanian, U.S.D.J.<br>Date: October 31, 2025 |

Plaintiff United States of America respectfully moves to designate David Dahlquist as Co-Lead Trial Counsel on behalf of the United States in preparation for trial in this matter pursuant to ¶ 2.A. of this Court's Individual Practices in Civil Cases. Bonny Sweeney will continue to serve as Co-Lead Trial Counsel, along with Mr. Dahlquist. Mr. Dahlquist filed his notice of appearance on October 28, 2025.

The designation of Co-Lead Trial Counsel on behalf of the United States is to ensure leadership coverage on the various aspects of this case during the busy months leading up to trial. The Court previously granted co-lead designations to Defendants and offered the same option to the United States during its pretrial conference with the parties.[1]

The United States also respectfully moves to allow either Mr. Dahlquist or Ms. Sweeney's presence at any conference or hearing to satisfy the Court's requirement that Lead

---

[1] Transcript of Pre-Trial Conference at 28–29 (June 27, 2024).

Trial Counsel for the United States be present pursuant to the Joint Stipulated Order Regarding Lead Trial Counsel (ECF No. 262).

Plaintiffs requested Defendants' agreement on this motion during a lead-counsel meet and confer on October 28. Defendants indicated they take no position on Plaintiffs' request.

The United States will also continue to be represented by all other attorneys who have filed appearances on behalf of the United States.

Dated: October 30, 2025         Respectfully submitted,

By:     /s/Bonny Sweeney
        BONNY SWEENEY

        *Lead Trial Counsel*
        United States Department of Justice
        Antitrust Division
        450 Fifth Street N.W., Suite 4000
        Washington, DC 20530
        Telephone: (202) 725-0165
        Facsimile: (202) 514-7308
        Email: Bonny.Sweeney@usdoj.gov
        *Attorney for Plaintiff United States of America*


        /s/ David E. Dahlquist
        DAVID E. DAHLQUIST

        Deputy Director of Litigation
        United States Department of Justice
        Antitrust Division
        209 South LaSalle Street
        Chicago, Illinois 60604
        Telephone: (202) 805-8563
        Facsimile: (202) 514-7308
        Email: David.Dahlquist@usdoj.gov
        Attorney for Plaintiff United States of America