November 4, 2025

<u>**VIA ECF**</u>

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

 **Re:** *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC

Dear Judge Subramanian:

  We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-referenced matter. We write on behalf of all parties to jointly propose a protocol for the sealing and redaction of the papers associated with the forthcoming summary judgment and *Daubert* motions that are due to be filed on November 11, 2025 and November 13, 2025, respectively.

  The papers associated with the parties' summary judgment and *Daubert* filings will include numerous exhibits (including deposition transcripts, expert reports, and other discovery materials) and Local Rule 56.1 statements. These submissions are expected to include highly confidential, sensitive, and non-public information of Defendants' as well as of numerous third parties. The parties take seriously their obligations to seek sealing on a narrowly tailored basis, and it would be immensely cumbersome for the parties to complete the meet-and-confer process (as required by Rule 11(B)-(C) of the Court's Individual Practices in Civil Cases) and finalize proposed redactions in advance of the deadlines set forth in the Amended Protective Order (ECF No. 347). The parties believe that the meet-and-confer process will help narrow proposed redactions, and that additional time following the filing deadline would best suit that goal. The parties also believe that briefing confidentiality requests just once at the close of summary judgment and *Daubert* briefing, instead of serially after each filing, would minimize the burden on the Court and third parties.

  The parties thus respectfully propose the following process:

- The parties will initially file the <u>ancillary papers</u> associated with their summary judgment and *Daubert* motions, and the oppositions and replies thereto, entirely under seal on the date those materials are due. The parties propose extending the deadline to file specific requests to redact or seal any portion of those ancillary materials (pursuant to Rule 11(C)(ii) & (iii) of the Court's Individual Practices) until January 13, 2026, following the close of summary judgment and *Daubert* briefing on December 22, 2025.

- The parties will initially file the <u>briefs</u> associated with their summary judgment and *Daubert* motions, and the oppositions and replies thereto, entirely under seal on the date those materials are due. The parties will publicly file redacted versions of their <u>briefs</u> within seven days of their filing deadlines in accordance with Paragraph 9 of

2

the Amended Protective Order (ECF No. 347).  The parties propose extending the deadline to file specific requests to redact any portion of their briefs (pursuant to Rule 11(B) & (C)(iii) of the Court's Individual Practices) until January 13, 2026.

- Any response supporting or opposing a party's proposed sealing or redactions to the summary judgment and *Daubert* briefs or ancillary papers will be filed by January 16, 2026 (pursuant to Rule 11(B)-(C) of the Court's Individual Practices).

We thank the Court for its attention to this matter.

*[signatures on following page]*

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| /s/ Alfred C. Pfeiffer | /s/ Lauren A. Moskowitz |

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)