**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-(AS) <br><br> **ORAL ARGUMENT REQUESTED** |

## <u>DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT</u>

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Robin L. Gushman and all exhibits annexed thereto, and Local Rule 56.1 Statement of Undisputed Material Facts, each dated November 11, 2025, the undersigned hereby move this Court on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants"), before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, 10007, for an order granting summary judgment pursuant to Federal Rule of Civil Procedure 56, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument on this motion at a time and date convenient for the Court.

*[signatures on following page]*

Dated:  November 11, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

_____
Andrew M. Gass (admitted *pro hac vice*)
Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_____
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*