UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>*Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br>*Defendants.* | Case No. 1:24-cv-03973-(AS) <br><br> **ORAL ARGUMENT REQUESTED** |

## CERTIFICATE OF SERVICE

I, Robin L. Gushman, hereby certify and state that on November 11, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Memorandum of Law in Support of Defendants' Motion for Summary Judgment;

- Defendants' Local Civil Rule 56.1 Statement in Support of Their Motion for Summary Judgment; and

- Declaration of Robin L. Gushman in Support of Defendants' Motion for Summary Judgment, and accompanying Exhibits 1–145.

Dated: November 11, 2025

Respectfully submitted,

*/s/ Robin L. Gushman*
Robin L. Gushman