November 13, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:** *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC, **ORAL ARGUMENT REQUESTED**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. Pursuant to Rules 11(B) and 11(C)(i) of this Court's Individual Practices in Civil Cases, and the Court's November 5, 2025, order (ECF No. 685) ("Nov. 5 Order"), Defendants will file the following documents entirely under seal:

- Memorandum of Law in Support of Defendants' Motion To Exclude the Reports, Opinions, and Testimony of Plaintiffs' Expert Dr. Shannon Anderson ("Anderson Memorandum of Law");

- Memorandum of Law in Support of Defendants' Motion To Exclude Certain Opinions and Testimony of Dr. Nicholas Hill ("Hill Memorandum of Law");

- Declaration of Nicole M. Peles in Support of Defendants' Motion To Exclude the Reports, Opinions, and Testimony of Plaintiffs' Expert Dr. Shannon Anderson, and all accompanying exhibits (collectively, "Anderson Declaration"); and

- Declaration of Nicole M. Peles in Support of Defendants' Motion To Exclude Certain Opinions and Testimony of Dr. Nicholas Hill and all accompanying exhibits (collectively, "Hill Declaration").

Pursuant to the Nov. 5 Order, Defendants will:

- by November 20, 2025, publicly file redacted versions of the Anderson Memorandum of Law and Hill Memorandum of Law; and

- by January 13, 2026, file specific requests to redact or seal, as applicable, any portions of the Anderson Memorandum of Law, Hill Memorandum of Law, Anderson Declaration, and Hill Declaration.

We thank the Court for its attention to this matter.

[*signatures on following page*]

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|

_____  _____
Alfred C. Pfeiffer (admitted *pro hac vice*)   Lauren A. Moskowitz
    *Co-Lead Trial Counsel*   Nicole M. Peles
David R. Marriott
    *Co-Lead Trial Counsel*   Two Manhattan West
Andrew M. Gass (admitted *pro hac vice*)   375 Ninth Avenue
Timothy L. O'Mara (admitted *pro hac vice*)   New York, NY 10001
Jennifer L. Giordano   (212) 474-1000
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)   lmoskowitz@cravath.com
    npeles@cravath.com
    *Attorneys for Defendants Live Nation*
505 Montgomery Street, Suite 2000   *Entertainment, Inc. and Ticketmaster L.L.C.*
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*


cc: All counsel of record (via ECF)