UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-(AS) <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION TO EXCLUDE THE REPORTS, OPINIONS, AND TESTIMONY OF PLAINTIFFS' EXPERT DR. SHANNON ANDERSON**

**PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law and the Declaration of Nicole M. Peles and all exhibits annexed thereto, each dated November 13, 2025, the undersigned hereby move this Court on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants"), before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York 10007, for an order excluding the reports, opinions, and testimony of Plaintiffs' expert Dr. Shannon Anderson pursuant to Rules 702 and 403 of the Federal Rules of Evidence and the Supreme Court's decision in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 578 (1993), and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument on this motion at a time and date convenient for the Court.

*[signatures on following page]*

Dated: November 13, 2025

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| /s/ Alfred C. Pfeiffer | /s/ Lauren A. Moskowitz |
| Alfred C. Pfeiffer (admitted *pro hac vice*)  *Co-Lead Trial Counsel* <br> David R. Marriott  *Co-Lead Trial Counsel* <br> Andrew M. Gass (admitted *pro hac vice*) <br> Timothy L. O'Mara (admitted *pro hac vice*) <br> Jennifer L. Giordano <br> Kelly S. Fayne (admitted *pro hac vice*) <br> Lindsey S. Champlin (admitted *pro hac vice*) <br> Robin L. Gushman (admitted *pro hac vice*) <br><br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> (415) 391-0600 <br><br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> (212) 906-1200 <br><br> 555 11th Street, NW, Suite 1000 <br> Washington, D.C. 20004 <br> (202) 637-2200 <br><br> Al.Pfeiffer@lw.com <br> David.Marriott@lw.com <br> Tim.O'Mara@lw.com <br> Jennifer.Giordano@lw.com <br> Andrew.Gass@lw.com <br> Kelly.Fayne@lw.com <br> Lindsey.Champlin@lw.com <br> Robin.Gushman@lw.com <br><br> *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* | Lauren A. Moskowitz <br> Jesse M. Weiss <br> Nicole M. Peles <br><br> Two Manhattan West <br> 375 Ninth Avenue <br> New York, NY 10001 <br> (212) 474-1000 <br><br> lmoskowitz@cravath.com <br> jweiss@cravath.com <br> npeles@cravath.com <br><br> *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* |