**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>        Defendants. | Case No. 1:24-cv-03973-AS-SLC<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF SERVICE**

I, Matthew Jones, hereby certify and state that on November 13, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Plaintiffs' Memorandum in Support of Motion to Partially Exclude the Expert Testimony of Paul K. Meyer; and

- Declaration of Matthew Jones in Support of Motion to Partially Exclude the Expert Testimony of Paul K. Meyer, and accompanying Exhibits 1-8.

Dated: November 13, 2025

Respectfully submitted,

*/s/ Matthew Jones*