# Appendix A

**Appendix A:  Dr. Anderson's Opinions and Grounds for Exclusion**

| Opinion | Grounds for Exclusion |
|---|---|
| *Economic and Monopoly Profits Opinions* ||
| "Accounting-based performance measures" are "inconsistent with economic performance (*e.g.*, economic profits)" and thus are "inadequate as the basis for reaching conclusions about the presence or source of monopoly profits".  Ex. 1 (Anderson Rpt.) ¶ 13. | |
| "[I]t is economic profits that have been an important input to the evaluation of monopoly profits." *Id.* ¶ 59. | • Not qualified (not an economist; no expertise in calculating economic or monopoly profits; opinion based on two articles, not own expertise); <br> • Irrelevant to issues in this case and unhelpful to the jury; <br> • No basis in reliable facts; <br> • Risk of prejudice/confusion by inviting jurors to distrust GAAP without offering admissible economic analysis. |
| Economic profits are "unconstrained by GAAP" and "include full consideration of assets employed in generating revenues, using current market values of assets employed rather than historical cost" and "the opportunity costs of capital". *Id.* ¶ 59. | |
| Economic and accounting profits "diverge" in their treatment of intangible assets.  Customer data and venue "synergies" may generate "future income" but are "not recognized as an asset on the balance sheet even if they provide substantial economic value". *Id.* ¶¶ 61–64. | |

2

| Opinion | Grounds for Exclusion |
|---|---|
| *Financial Reporting Opinions* | |
| "Live Nation's publicly reported segment financial results obscure the performance and profitability of constituent business lines and relevant markets", *id* ¶ 91, and "impair the assessment of accounting profits of certain business activities", *id.* ¶ 14(b). | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>*Id.* ¶ 14(b). | • Not qualified (not an expert on financial accounting or GAAP);<br>• Speculates about theoretically different financial accounting decisions;<br>• Explicitly disclaims any opinion that Live Nation's financial reporting is improper, misleading, or non-compliant with GAAP, and does not suggest that alternative reporting would more accurately reflect profitability or be GAAP compliant;<br>• Risks prejudice and confusion by implying impropriety while expressly disclaiming it. |
| Live Nation's Sponsorship and Advertising segment profits are driven by its other two segments, and because those segments are reported separately, "the requirement and/or discretion to separately report its performance does not provide a clear view of performance in relevant markets". *Id.* ¶ 93. | |
| Dr. Anderson presents alternative presentations of Live Nation's accounting profitability by changing the treatment of credit card and artist fees. These alternatives "show that accounting determinations for the treatment of certain costs can meaningfully impact calculated profit margins that are relevant for performance evaluation". *Id.* ¶¶ 109, 116, 121. | |

| Opinion | Grounds for Exclusion |
|---|---|
| *Management View Opinion* | |
| ▮▮▮▮▮▮▮▮▮▮ *Id.* ¶ 14(c); *see also id.* ¶¶ 110–115. | • Irrelevant to the antitrust issues in this action;<br>• Improper expert testimony because it constitutes mere narration of documents and evidence that jurors can evaluate for themselves;<br>• Risks prejudice and confusion by implying impropriety or monopoly profits while expressly disclaiming them. |
| *Rebuttal Opinions* | |
| Mr. Meyer's reliance on "data from financial disclosures and internal accounting metrics" to evaluate Live Nation's profitability is inadequate for assessing monopoly profits, and he fails to evaluate economic profits or fully account for intangible assets. Ex. 2 (Anderson Reb. Rpt.) ¶¶ 11, 17–59. | • Not qualified (not an economist; no expertise in calculating economic or monopoly profits; opinion based on two articles, not own expertise);<br>• Irrelevant to Mr. Meyer's opinion;<br>• Attempt to repackage inadmissible affirmative opinion into rebuttal opinion. |
| Mr. Meyer inappropriately includes periods affected by COVID-19 in his Live Nation historical profitability analyses. *Id.* ¶¶ 60–64, 115. | • Not qualified (opinion does not implicate managerial accounting expertise);<br>• Employs no specialized expertise;<br>• Opinion is within the province of the jury. |

| Opinion | Grounds for Exclusion |
|---|---|
| Mr. Meyer's comparison of Live Nation's financial results is "flawed" and "unreliable" because he failed to assess the appropriateness of comparators, improperly changed metrics from one comparison to another, and failed to perform a sensitivity analysis. *Id.* ¶¶ 65–108. His profitability analysis for Live Nation owned-and-operated amphitheaters should have included different accounting data and different measures of profitability. *Id.* ¶¶ 109–21. | • Not qualified (management accounting does not implicate comparison metrics);<br>• Outside scope of expert testimony; jury can evaluate credibility of data via cross-examination. |