November 20, 2025

<ins>**VIA ECF**</ins>

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

> GRANTED. The conference is rescheduled to February 17, 2026 at 3:00 PM. And the deadline for the joint-pretrial order is now February 6, 2026. If more time is needed, the Court will hold a second conference on February 18, 2026 at 3:00 PM.
>
> The Clerk of Court is respectfully directed to terminate the motion at ECF No. 726.
>
> SO ORDERED.
>
> */s/ Arun Subramanian*
>
> Arun Subramanian, U.S.D.J.
> Date: November 24, 2025

Re:   *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC
      **Joint Letter-Motion for Extension of Time for Joint Pretrial Order and Final Pretrial Conference**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-referenced matter. Pursuant to Paragraph 3(E) of Your Honor's Individual Practices in Civil Cases ("Individual Practices"), we write on behalf of all parties to jointly and respectfully request that the Court (1) extend the time for the parties to submit a Joint Pretrial Order by one week, to February 6, 2026, and (2) continue the final pretrial conference by five days, to February 18, 2026. If the Court is unavailable on February 18, 2026, the parties are also available on February 17, 2026. If the Court is unavailable on that day, the parties request that the final pretrial conference remain on February 13, 2026. In support of this request, the parties state as follows:

The Amended Civil Case Management Plan and Scheduling Order currently sets the final pretrial conference on February 13, 2026 at 11 am. ECF No. 602 ¶ 9. The parties are required to submit a Joint Pretrial Order on January 30, 2026, pursuant to Paragraph 10(A) of Your Honor's Individual Practices.

The parties have been working actively and collaboratively regarding the exchange and submission of the required materials for the Joint Pretrial Order. The parties seek the extensions to allow for additional time to discuss and resolve any disputes related to the required materials, which the parties believe will result in a more efficient pretrial conference and reduce the burden on the Court.

This is the first time the parties are seeking extensions of the deadline to submit a Joint Pretrial Order and the date for the final pretrial conference, and these extensions will not affect any other deadlines in this case.

The parties are next scheduled to appear before the Court for the final pretrial conference on February 13, 2026 at 11 am.

We thank the Court for its attention to this matter.

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)