AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973 (AS) (SLC) |
| LIVE NATION ENTERTAINMENT, INC., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 12/05/2025

/s/ Elena A. Goldstein
*Attorney's signature*

Elena A. Goldstein (CA 344434)
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Golden Gate Ave, Ste 10-0101
San Francisco, CA 94102
*Address*

Elena.Goldstein@usdoj.gov
*E-mail address*

(202) 733-7673
*Telephone number*

*FAX number*