December 8, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    ***United States et al. v. Live Nation Entertainment, Inc. et al.; 1:24-cv-03973-AS-SLC,***
**ORAL ARGUMENT REQUESTED**

Dear Judge Subramanian:

    We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. Pursuant to Rules 11(B) and 11(C)(i) of this Court's Individual Practices in Civil Cases, and the Court's November 5, 2025 order (ECF No. 685) ("Nov. 5 Order"), Defendants will file the following documents entirely under seal:

- Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Partially Exclude the Expert Testimony of Paul K. Meyer ("Memorandum of Law"); and
- Declaration of Kelly S. Fayne in Support of Defendants' Opposition to Plaintiffs' Motion to Partially Exclude the Expert Testimony of Paul K. Meyer and all accompanying exhibits (collectively, "Fayne Declaration").

Pursuant to the Nov. 5 Order, Defendants will:

- by December 15, 2025, publicly file a redacted version of their Memorandum of Law; and
- by January 13, 2026, file specific requests to redact or seal, as applicable, any portions of their Memorandum of Law and Fayne Declaration.

We thank the Court for its attention to this matter.

*[signatures on following page]*

Respectfully submitted,

LATHAM & WATKINS LLP

_____
Alfred C. Pfeiffer (admitted *pro hac vice*)
    *Co-Lead Trial Counsel*
David R. Marriott
    *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_____
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)