UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No.: 1:24-cv-03973-AS |

**CERTIFICATE OF SERVICE**

I, Matthew Erik Delgado, hereby certify and state that on December 8, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Letter Motion to Seal, dated December 8, 2025, signed by Brent Nakamura;

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Monetary Relief States' Damages Expert Dr. Rosa M. Abrantes-Metz ("Plaintiffs' Memorandum"); and

- Declaration of Brent Nakamura in Support of Plaintiffs' Memorandum and accompanying Exhibits 1–41.

Dated: December 8, 2025              Respectfully Submitted,

                                     By: */s/ Matthew Erik Delgado*
                                     Matthew Erik Delgado