UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> Defendants. | Case No. 1:24-cv-03973-AS-SLC |

**CERTIFICATE OF SERVICE**

I, Matthew Jones, hereby certify and state that on December 8, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Dr. Shannon Anderson; and

- Declaration of Matthew Jones in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Dr. Shannon Anderson, and accompanying Exhibits 1-17.

Dated: December 8, 2025

Respectfully submitted,

/s/ Matthew Jones