UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 1:24-cv-03973-AS-SLC |

## CERTIFICATE OF SERVICE

I, Michael G. McLellan, hereby certify and state that on December 8th and 9th, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Plaintiffs' Counterstatement of Material Facts in Support of Their Opposition to Defendants' Motion for Summary Judgment.

- Plaintiffs' Response to Defendants' Local Civil Rule 56.1 Statement in Support of Their Motion for Summary Judgment.

- Declaration of Michael G. McLellan in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Exhibits 1-323 attached thereto.

Dated: December 9, 2025

Respectfully submitted,

/s/ Michael G. McLellan