UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-03973-AS-SLC |

## CERTIFICATE OF SERVICE

I, John R Thornburgh II, hereby certify and state that on December 8, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Certain Opinions and Testimony of Dr. Nicholas Hill, and accompanying Exhibits 1-15; and
- Declaration of John R. Thornburgh II in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions and Testimony of Dr. Nicholas Hill.

Dated: December 9, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ John R. Thornburgh II