UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Live Nation Entertainment, Inc.; Ticketmaster LLC, <br><br> Defendants. | 24-CV-3973 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   The Court intends to hold a hearing on the pending motions for summary judgment and to exclude expert testimony. The parties should meet and confer and propose four dates during the weeks of January 12 and 19, 2026 on which they are available for an in-person hearing.

      SO ORDERED.

Dated: December 10, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge