# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

        Plaintiffs,

    v.

LIVE NATION ENTERTAINMENT, INC.,

and TICKETMASTER L.L.C.,

        Defendants.

Case No. 1:24-cv-03973-AS-SLC

## CERTIFICATE OF SERVICE

I, John Thornburgh II, hereby certify and state that on December 15th, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Plaintiffs' Corrected Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment
- Plaintiffs' Corrected Response in Opposition to Defendants' Motion to Preclude Certain Opinions and Testimony of Dr. Nicholas Hill
- Plaintiffs' Corrected Counterstatement of Material Facts In Support of Their Opposition To Defendants' Motion for Summary Judgment.
- Plaintiffs' Corrected Response to Defendants' Local Civil Rule 56.1 Statement in Support of Their Motion for Summary Judgment.
- Supplemental Declaration of Michael G. McLellan in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and its attachments.

Dated: December 15, 2025

Respectfully submitted,

*/s/ John Thornburgh II*