December 16, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

The Court will hold a telephonic conference on December 18, 2025 at 3:00 PM to discuss the issues laid out here, including confidentiality and sealing. The parties are instructed to dial in by calling 646-453-4442 and entering the conference ID 862 423 382 followed by the pound (#) sign. As a reminder, the parties should email chambers with the phone numbers of those calling in who will be speaking.

The Court will hold the hearing on the summary judgment and Daubert motions on January 23, 2026 at 10:00 AM.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 17, 2025

Re:   *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-referenced matter. We write to (1) respond to the Court's December 11, 2025 order regarding a date for a hearing on the summary judgment and *Daubert* motions (ECF No. 769) and (2) request a telephone conference with the Court this week regarding pretrial and trial issues.

**Hearing on Summary Judgment and *Daubert* Motions.** The parties have conferred and all parties are available on January 15, 2026 or January 23, 2026 for the hearing. Additionally, Defendants are available on January 20, 2026 and January 21, 2026, and Plaintiffs are available any day between January 12 and January 16, 2026.

**Requested Telephone Conference re: Pretrial and Trial Issues.** The parties have been diligently meeting and conferring on pretrial issues, including the anticipated duration of the trial. Given the impact trial duration will have on the pretrial exchanges currently scheduled to begin in early January 2026, both sides would benefit from early guidance on this issue from the Court. Set out in the table below are Plaintiffs' and Defendants' respective positions on the appropriate trial duration.

| Plaintiffs' Position | Defendants' Position |
|---|---|
| Plaintiffs currently estimate their case in chief will last 2 to 4 weeks, and the total trial 4 to 8 weeks. Plaintiffs believe their estimate will be further refined after the exchange of preliminary witness lists on January 6, 2026, and other pre-trial exchanges scheduled for January 9, 2026. | Defendants' position is that the full trial (including both sides' cases) should last no more than 5 weeks, with time split evenly between Plaintiffs and Defendants. Particularly given that the trial is currently scheduled to be a jury trial, a 5-plus week jury trial is unreasonable and unnecessary. |

Defendants also request the Court's guidance on the pre-trial and trial procedures relating to confidentiality and sealing, particularly regarding third-party confidential information. Defendants propose to discuss the issue during the requested telephone conference. It is Defendants' position that, as with the trial duration issue, it is important to understand the Court's expectations and intentions regarding confidentiality to effectively plan for trial. Defendants also believe it is necessary to discuss these important issues with the Court now, rather than waiting

until after the hearing on the summary judgment and *Daubert* motions, when the parties' exchanges of pretrial materials will be well underway.

Plaintiffs' position on the proposed telephone conference is as follows: "Such a conference will be most productive and the issues will be ripe for the Court (1) after pre-trial exchanges set for January 6 and 9, including third party confidentiality responses due on January 16, and (2) after additional meet and confers between the parties to narrow any areas of dispute. Non-parties should have sufficient opportunity to address the treatment of their confidential information, including Defendants' repeated requests to share confidential information with in-house counsel Dan Wall, before the Court rules. Plaintiffs propose providing this Court with a status report at or immediately after the soon-to-be-scheduled hearing on Summary Judgement and *Daubert* motions."

Defendants can be available for a conference any day this week.

We thank the Court for its attention to this matter.

*[signatures on following page]*

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|

*[signature]*

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

*[signature]*

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)