**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., <br><br> and TICKETMASTER L.L.C., <br><br> Defendants. | Case No. 1:24-cv-03973-AS |

**CERTIFICATE OF SERVICE**

I, Lorraine Van Kirk, hereby certify and state that on December 17th, I caused a true and correct copy of the following document to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Exhibit 1 to Plaintiffs' Corrected Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Lorraine Van Kirk*