## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS<br><br>**ORAL ARGUMENT REQUESTED** |

## CERTIFICATE OF SERVICE

I, Leah A. Wisser, hereby certify and state that on December 22, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Reply Memorandum of Law in Support of Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Monetary Relief States' Damages Expert Dr. Rosa M. Abrantes-Metz; and

- Declaration of Alfred C. Pfeiffer in Further Support of Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Monetary Relief States' Damages Expert Dr. Rosa M. Abrantes-Metz, and accompanying Exhibits 35-38.

Dated: December 22, 2025

Respectfully submitted,

*Leah Wisser*

Leah A. Wisser