December 22, 2025

**<u>VIA ECF</u>**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:** ***United States et al. v. Live Nation Entertainment, Inc. et al.*****; 1:24-cv-03973-AS, ORAL ARGUMENT REQUESTED**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. Pursuant to Rules 11(B) and 11(C)(i) of this Court's Individual Practices in Civil Cases, and the Court's November 5, 2025 order (ECF No. 685) ("Nov. 5 Order"), Defendants will file the following documents entirely under seal:

- Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment ("Reply Memorandum of Law");
- Defendants' Local Civil Rule 56.1 Response to Plaintiffs' Counterstatement of Material Facts ("Response to Plaintiffs' COMF"); and
- Declaration of Robin L. Gushman in Further Support of Defendants' Motion for Summary Judgement, and all accompanying exhibits (collectively, "Gushman Reply Declaration").

Pursuant to the Nov. 5 Order, Defendants will:

- by December 29, 2025, publicly file a redacted version of their Reply Memorandum of Law; and
- by January 13, 2026, file specific requests to redact or seal, as applicable, any portions of their Reply Memorandum of Law, Response to Plaintiffs' COMF, and Gushman Reply Declaration.

We thank the Court for its attention to this matter.

*[signatures on following page]*

Respectfully submitted,

LATHAM & WATKINS LLP

Andrew M. Gass (admitted *pro hac vice*)
Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)