December 22, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**   ***United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC, ORAL ARGUMENT REQUESTED**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter.  Pursuant to Rules 11(B) and 11(C)(i) of this Court's Individual Practices in Civil Cases, and the Court's November 5, 2025, order (ECF No. 685) ("Nov. 5 Order"), Defendants will file the following documents entirely under seal:

- Reply Memorandum of Law in Support of Defendants' Motion To Exclude the Reports, Opinions, and Testimony of Plaintiffs' Expert Dr. Shannon Anderson ("Anderson Reply Memorandum of Law");

- Reply Memorandum of Law in Support of Defendants' Motion To Exclude Certain Opinions and Testimony of Dr. Nicholas Hill ("Hill Reply Memorandum of Law");

Pursuant to the Nov. 5 Order, Defendants will:

- by December 29, 2025, publicly file redacted versions of the Anderson Reply Memorandum of Law and Hill Reply Memorandum of Law; and

- by January 13, 2026, file specific requests to redact or seal, as applicable, any portions of the Anderson Reply Memorandum of Law and Hill Reply Memorandum of Law.

We thank the Court for its attention to this matter.

*[signatures on following page]*

Respectfully submitted,

LATHAM & WATKINS LLP

CRAVATH, SWAINE & MOORE LLP

_____

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

_____

Lauren A. Moskowitz
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)

2