UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 1:24-cv-03973-AS-SLC |

**CERTIFICATE OF SERVICE**

I, Matthew Jones, hereby certify and state that on December 22, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Plaintiffs' Reply Memorandum of Law in Support of Motion to Partially Exclude the Expert Testimony of Paul K. Meyer; and

- Declaration of Matthew Jones in Support of Plaintiffs' Reply Memorandum of Law, and accompanying Exhibits 1–6.

Dated: December 22, 2025

Respectfully submitted,

/s/ Matthew Jones