UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF SERVICE**

I, Robin L. Gushman, hereby certify and state that on December 22, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment;
- Defendants' Local Civil Rule 56.1 Response to Plaintiffs' Counterstatement of Material Facts; and
- Declaration of Robin L. Gushman in Further Support of Defendants' Motion for Summary Judgment, and accompanying Exhibits 146-159.

Dated: December 22, 2025

Respectfully submitted,

*Robin L. Gushman*
_____
Robin L. Gushman