UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>　　　　　　*Defendants.* | Case No. 1:24-cv-03973-(AS)<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF SERVICE**

I, Nicole M. Peles, hereby certify and state that on December 22, 2025, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Reply Memorandum of Law in Support of Defendants' Motion To Exclude the Reports, Opinions, and Testimony of Plaintiffs' Expert Dr. Shannon Anderson ("Anderson Reply Memorandum of Law");

- Reply Memorandum of Law in Support of Defendants' Motion To Exclude Certain Opinions and Testimony of Dr. Nicholas Hill ("Hill Reply Memorandum of Law");

Dated: December 22, 2025

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nicole M. Peles