December 29, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:  *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS

Dear Judge Subramanian:

      We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-referenced matter. We write to request a hearing with the Court on January 12, 2026 regarding third-party confidentiality issues.

      As discussed at the December 18, 2025 telephone conference, Defendants sent a letter (on December 19, 2025) to each non-party deponent in this matter, requesting that, to the extent they previously provided confidentiality designations to portions of the transcript of their deposition (pursuant to Paragraph 5 of the Amended Protective Order (ECF No. 347), they confirm (1) which of those designations (if any) they intend to stand on for purposes of trial, and (2) which of those designations (if any) they object to Defendants sharing with Defendants' in-house counsel (Dan Wall and Kim Tobias). Defendants also requested that, to the extent the non-party deponent previously provided confidentiality designations to exhibits introduced during their deposition (pursuant to Paragraph 4 of the Amended Protective Order), they confirm (1) which of those designated portions (if any) they intend to stand on for purposes of trial, and (2) which of those designated portions (if any) they object to Defendants sharing with Mr. Wall and/or Ms. Tobias.

      Defendants requested that each non-party deponent respond by January 6, 2026, and provided notice that, if Defendants contest any the designations, Defendants intend to submit the disputed portions to the Court under seal by January 9, 2026, and that Defendants intend to request a hearing on January 12, 2026, to discuss these issues with the Court. Defendants also offered to meet and confer on these issues as necessary.

      Accordingly, Defendants propose that, on January 9, 2026, Defendants submit to the Court, under seal via email, any deposition testimony or deposition exhibits whose confidentiality designations Defendants contest. Defendants also request a hearing on January 12, 2026, at which the parties and any relevant non-parties can discuss these issues with the Court.

      Plaintiffs do not join this request.

      We thank the Court for its attention to this matter.

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| *[signature]* | *[signature]* |
| Alfred C. Pfeiffer (admitted *pro hac vice*) | Lauren A. Moskowitz |
|    *Co-Lead Trial Counsel* | Jesse M. Weiss |
| David R. Marriott | Nicole M. Peles |
|    *Co-Lead Trial Counsel* | |
| Timothy L. O'Mara (admitted *pro hac vice*) | Two Manhattan West |
| Jennifer L. Giordano | 375 Ninth Avenue |
| Andrew M. Gass (admitted *pro hac vice*) | New York, NY 10001 |
| Kelly S. Fayne (admitted *pro hac vice*) | (212) 474-1000 |
| Lindsey S. Champlin (admitted *pro hac vice*) | |
| Robin L. Gushman (admitted *pro hac vice*) | lmoskowitz@cravath.com |
| | jweiss@cravath.com |
| 505 Montgomery Street, Suite 2000 | npeles@cravath.com |
| San Francisco, CA 94111 | |
| (415) 391-0600 | *Attorneys for Defendants Live Nation* |
| | *Entertainment, Inc. and Ticketmaster L.L.C.* |
| 1271 Avenue of the Americas | |
| New York, NY 10020 | |
| (212) 906-1200 | |
| | |
| 555 11th Street, NW, Suite 1000 | |
| Washington, D.C. 20004 | |
| (202) 637-2200 | |
| | |
| Al.Pfeiffer@lw.com | |
| David.Marriott@lw.com | |
| Tim.O'Mara@lw.com | |
| Jennifer.Giordano@lw.com | |
| Andrew.Gass@lw.com | |
| Kelly.Fayne@lw.com | |
| Lindsey.Champlin@lw.com | |
| Robin.Gushman@lw.com | |

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)