UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>Live Nation Entertainment, Inc. et al.,<br><br>                    Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Defendants' request for a January 12, 2026 hearing, Dkt. 813, is DENIED. The Court will be open to a hearing in late January or in February to address all parties' confidentiality concerns, but there hasn't been sufficient time for the parties to meet and confer, given the late-breaking nature of defendants' request. It makes sense to give the plaintiffs, defendants, and third parties time to (1) narrow the evidence at issue and (2) meet and confer in good faith on whether the evidence truly warrants protection from disclosure. On all sides, the gut reaction of keeping everything confidential should be rejected. Be reasonable and razor-sharp in terms of the information that you want to keep from the view of defendants' in-house personnel, or alternatively third parties or the public. And be ready to articulate a clear basis for keeping the documents confidential, document-by-document, and question-by-question (e.g., with a bracket and annotation on each portion of evidence explaining why it warrants confidential treatment), so that the Court will be able to quickly resolve these issues without the need for a lengthy hearing.

       SO ORDERED.

Dated:  December 30, 2025
         New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge