AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-03973 |
| Live Nation Entertainment, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Devils Arena Entertainment, LLC.

Date: 12/31/2025

s/ Arthur J. Burke
*Attorney's signature*

Arthur J. Burke (AB-0466)
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
*Address*

arthur.burke@davispolk.com
*E-mail address*

(212) 450-4352
*Telephone number*

(212) 701-5352
*FAX number*