AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-03973 |
| Live Nation Entertainment, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Devils Arena Entertainment, LLC.

Date: 12/31/2025

s/ Benjamin Miller
*Attorney's signature*

Benjamin M. Miller
*Printed name and bar number*

Davis Polk & Wardwell LLP
1050 17th Street NW
Washington, DC 20036
*Address*

benjamin.miller@davispolk.com
*E-mail address*

(202) 962-7133
*Telephone number*

*FAX number*