## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,

                    Plaintiffs,

      v.

Live Nation Entertainment, Inc., et al.,

                    Defendants.

Case No.: 1:24-cv-03973 (AS)

**ORDER FOR ADMISSION**

***PRO HAC VICE***

The motion of <u>Samantha F. Hynes</u> for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the <u>District of Columbia</u> and the <u>State of New York</u> and that her contact information is as follows:

Applicant's Name:  <u>Samantha F. Hynes</u>

Firm Name:  <u>Sullivan & Cromwell LLP</u>

Address:  <u>1700 New York Avenue, N.W., Suite 700</u>

City/State/Zip:  <u>Washington, D.C. 20006-5215</u>

Telephone/Fax:  <u>(202) 956-7500 / (202) 293-6330</u>

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for non-parties Brooklyn Events Center, LLC, Brooklyn Nets, LLC, and New York Liberty, LLC (together, "BSE") in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 6, 2026

_____
Hon. Arun Subramanian
United States District Judge