UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br>    Defendants. | Case No.: 1:24-cv-03973-AS <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Grant Bermann, of the law firm of Milbank LLP, who is a member in good standing of the bar of this Court, hereby enters his appearance as counsel for Non-Party Oak View Group, LLC, in the above-captioned matter and requests that copies of all papers and notices in the above-captioned matter be served upon the undersigned at the address stated below.

Dated:   January 7, 2026
         New York, New York

By:   /s/ Grant Bermann
      MILBANK LLP
      1101 New York Avenue, N.W.
      Washington, DC 20005
      Tel: (202) 835-7515
      gbermann@milbank.com

      *Attorney for Non-Party Oak View Group, LLC*