<u>**Via ECF**</u>

The Honorable Arun Subramanian                                     January 13, 2026
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 15A
New York, NY 10007

Re:    *United States et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-3973-AS

Dear Judge Subramanian:

Pursuant to this Court's November 5, 2025 Order, ECF 685, Plaintiffs file this letter motion to request the specific redaction and sealing of the exhibits and ancillary papers associated with:

- Plaintiffs' Corrected Response in Opposition to Defendants' Motion for Summary Judgment ("MSJ Opposition") (ECF 784), including Plaintiffs' Corrected Counterstatement of Material Facts in Support of Their Opposition to Defendants' Motion for Summary Judgment (ECF 774) and Plaintiffs' Corrected Response to Defendants' Local Civil Rule 56.1 Statement in Support of Their Motion for Summary Judgment (ECF 775);
- Plaintiffs' Motion to Partially Exclude the Expert Testimony of Paul K. Meyer (ECF 709);
- Plaintiffs' Opposition to Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Monetary Relief States' Damages Expert Dr. Rosa M. Abrantes-Metz (ECF 743);
- Plaintiffs' Corrected Response in Opposition to Defendants' Motion to Exclude Certain Opinions and Testimony of Dr. Nicholas Hill (ECF 773);
- Plaintiffs' Opposition to Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Plaintiffs' Expert Dr. Shannon Anderson (ECF 740); and
- Plaintiffs' Reply in Support of its Motion to Partially Exclude the Expert Testimony of Paul K. Meyer (ECF 808).

In accordance with Paragraph 11(C)(iii) of the Court's *Individual Practices* and Paragraph 9 of the Amended Protective Order, ECF No. 347, Plaintiffs have already filed a public copy of the briefs of the aforementioned filings. With the Court's permission, Plaintiffs will file updated public copies of the briefs with narrowed redactions after the resolution of this Motion.

Plaintiffs now concurrently file under seal on ECF an unredacted copy of each exhibit and ancillary paper for the aforementioned filings with the confidentiality redactions proposed by Defendants and/or non-parties highlighted. Plaintiffs have included blue highlights for non-party requested redactions, yellow highlights for Defendants' requested redactions, and pink for redactions requested by both Defendants and a non-party. Plaintiffs also include here a list of exhibits that are provisionally requested to remain under seal.[1] The parties have also requested

---

[1] The Parties jointly proposed to the Court that any pages not cited in the parties' papers and not required for context would not be publicly filed. Accordingly, for condensed transcripts Plaintiffs have redacted, with black boxes, the

that the Court keep under seal all expert reports, which are not listed in the chart below but which have been resubmitted to the Court with this filing for completeness. *See* ECF 824.

### **Plaintiffs Seek Provisional Redaction of the Ancillary Papers and Exhibits to Comply with the Amended Protective Order and the Court's *Individual Practices***

Plaintiffs request provisional redaction of the aforementioned materials because they contain information that Defendants and/or non-parties have designated as Confidential or Highly Confidential. *See* Amended Protective Order ¶ 9; *Individual Practices* ¶ 11(C)(iii). Plaintiffs have met and conferred with both Defendants and the producing non-parties "to narrow the scope of the request" for redaction or sealing. *Individual Practices* ¶ 11(C)(i); *accord* Amended Protective Order ¶ 9 ("The parties will use their best efforts to minimize such sealing."). Such redactions "must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents." *Individual Practices* ¶ 11(B).

Plaintiffs notified Defendants and all non-parties that they "must file, [by January 16], a letter explaining the need to seal or redact the document." *Individual Practices* ¶ 11(C)(i), ECF 685. Because Defendants have not yet provided a basis for their redactions, Plaintiffs respectfully request the opportunity to file a reply on January 22, 2026, three business days after Defendants' filing. Defendants consent to this request. Plaintiffs also request the opportunity to file a reply, if needed, on January 22 responding to any non-party's filing, as not all non-parties have provided the basis for their redactions or have confirmed their final position.[2]

### **Defendants and the Producing Non-Parties Must Overcome the Presumption of Public Access to Justify Any Continuing Redaction or Sealing**

Plaintiffs request provisional sealing of the below listed exhibits and the redaction of the highlighted material of the filed exhibits and ancillary papers, along with the accompanying quotations of those exhibits in the briefs, solely because Defendants and/or the producing non-party have designated those exhibits as Confidential or Highly Confidential.

The burden of demonstrating that a document submitted to a court should be sealed "rests on the party seeking such action," *DiRussa v. Dean Witter Reynolds Inc.*, 121 F.3d 818, 826 (2d Cir. 1997), and sealing "should not be done without a compelling reason," *City of Hartford v. Chase*, 942 F.2d 130, 135 (2d Cir. 1991). Here, the burden accordingly rests with Defendants and the non-parties. "[D]ocuments submitted to a court for its consideration in a summary judgment motion are— as a matter of law—judicial documents to which a strong presumption of access attaches, under both the common law and the First Amendment." *Lugosch v. Pyramid Co.*, 435 F.3d 110, 121 (2d Cir. 2006). Likewise, a "significant" presumption of access also attaches to documents submitted to a court in connection with Daubert motions. *In re Keurig*

---

nonrelevant pages that the parties request remain sealed. *See* ECF 824. The Parties have also agreed that Request for Admissions and relevant responses not relied upon may remain sealed, for now, and Exhibit 312 to Plaintiffs' MSJ Opposition is thus excerpted.

[2] The parties jointly note that non-party positions received after 2:00p.m. ET today may not be reflected in the highlighted exhibits and ancillary documents filed under seal today.

*Green Mountain Single-Serve Coffee Antitrust Litig.*, No. 14-MC-2542 (VSB), 2023 WL 196134, at *3 (S.D.N.Y. Jan. 17, 2023).

"[T]he weight to be given the presumption of access must be governed by the role of the material at issue in the exercise of Article III judicial power and the resultant value of such information to those monitoring the federal courts." *United States v. Amodeo*, 71 F.3d 1044, 1049 (2d Cir. 1995) ("*Amodeo II*"). "[A]fter determining the weight of the presumption of access, the court must 'balance competing considerations against it.'" *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (quoting *Amodeo II*, 71 F.3d at 1050). One competing consideration that courts must weigh is "[t]he privacy interests of innocent third parties" which "should weigh heavily in a court's balancing equation." *Amodeo II*, 71 F. 3d at 1050 (quoting *Gardner v. Newsday, Inc. (In re Newsday, Inc.)*, 895 F.2d 74, 79–80 (2d Cir. 1990)).

Defendants and the producing non-parties must meet this burden in their January 16 filings providing support for the proposed redactions.

| MSJ Opposition Exhibits Defendants request be sealed in full | MSJ Opposition Exhibits Non-Parties request be sealed in full | *Daubert* Exhibits Defendants request be sealed in full | *Daubert* Exhibits Non-Parties request be sealed in full |
|---|---|---|---|
| 1, 2, 4, 10, 12, 20, 22, 24, 25, 27, 29, 35, 36, 37, 39, 44, 46, 51, 54, 55, 58, 59, 66, 70, 78, 79, 81, 93, 94, 96, 101, 112, 120, 121, 123, 124, 129, 132, 134, 135, 136, 140, 141, 142, 145, 155, 158, 159, 160, 167, 169, 170, 171, 172, 174, 175, 176, 179, 181, 182, 183, 187, 188, 190, 191, 192, 193, 195, 203, 208, 212, 214, 218, 219, 220, 224, 225, 226, 231, 233, 237, 238, 242, 244, 245, 246, 249, 250, 251, 255, 256, 257, 258, 259, 262, 263, 264, 265, 266, 267, 268, 269, 272, 273, 278, 279, 282, 283, 284, 289, 294, 295, 296, 298, 301, 302, 304, 306, 307, 309, 310, 311, 319, 321, 322, 324 | 19, 32, 33, 34, 35, 36, 47, 71, 79, 87, 88*, 89*, 100, 101, 103, 119, 123, 150, 151, 164, 165, 173, 179, 180, 184, 241, 250, 252, 253, 254, 255, 267, 268, 275, 276, 278, 288, 298, 300, 320 | Meyer Exhibits: 4, 5, 6, 8<br><br>Meyer Reply Exhibits:<br><br>5, 6<br><br>Anderson Opposition Exhibits:<br><br>7, 8, 12, 13, 14, 15, 16, 17<br><br>Abrantes-Metz Opposition Exhibits:<br><br>4, 5, 7, 8, 9, 10, 13, 14, 15, 21, 23, 24, 36, 37, 38, 39, 40, 41 | Abrantes-Metz Opposition Exhibits:<br><br>6, 11*, 25, 26 |

* indicates that the non-party has not provided its position on sealing a non-party document either the non-party previously designated as highly confidential or that may contain confidential information, despite Plaintiffs providing notice to the non-party; Plaintiffs provisionally request the document be sealed in full to allow the non-party to confirm its position on sealing.

Respectfully submitted,

/s/ Bonny Sweeney
BONNY SWEENEY
*Co-Lead Trial Counsel*
DAVID DAHLQUIST
*Co-Lead Trial Counsel*
RACHEL HICKS
JANELLE ROBINS
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (202) 725-0165
Facsimile: (202) 514-7308
Email:Bonny.Sweeney@usdoj.gov


*Attorneys for Plaintiff*
*United States of America*

/s/ Robert A. Bernheim
Robert A. Bernheim (admitted *pro hac vice*)
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Fax: (602) 542-4377
Email: Robert.Bernheim@azag.gov
*Attorney for Plaintiff State of Arizona*

/s/ Amanda J. Wentz
Amanda J. Wentz (admitted *pro hac vice*)
Assistant Attorney General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 682-1178
Fax: (501) 682-8118
Email: amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

/s/ Brent K. Nakamura
Brent K. Nakamura (admitted *pro hac vice*)
Supervising Deputy Attorney General
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 9200-6
Los Angeles, CA 90013
Telephone: (213) 269-6000
Email: Brent.Nakamura@doj.ca.gov
*Attorney for Plaintiff State of California*

/s/ Conor J. May
Conor J. May (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Unit
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Conor.May@coag.gov
*Attorney for Plaintiff State of Colorado*

/s/ Victoria Maria Orton Field
Victoria Maria Orton Field (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: victoria.field@ct.gov
*Attorney for Plaintiff State of Connecticut*

/s/ Elizabeth G. Arthur
Elizabeth G. Arthur (admitted *pro hac vice*)
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
Email: Elizabeth.arthur@dc.gov
*Attorney for Plaintiff District of Columbia*

/s/ Lizabeth A. Brady
Lizabeth A. Brady
Director, Antitrust Division
Florida Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Telephone: 850-414-3300
Email: Liz.Brady@myfloridalegal.com
*Attorney for Plaintiff State of Florida*

/s/ Richard S. Schultz
Richard S. Schultz (admitted *pro hac vice*)
Assistant Attorney General
Office of the Illinois Attorney General
Antitrust Bureau
115 S. LaSalle Street, Floor 23
Chicago, Illinois 60603
Telephone: (872) 272-0996
Email: Richard.Schultz@ilag.gov
*Attorney for Plaintiff State of Illinois*

/s/ Jesse Moore
Jesse Moore (admitted *pro hac vice*)
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., Fifth Floor
Indianapolis, IN 46204
Telephone: 317-232-4956
Email: Jesse.Moore@atg.in.gov
*Attorney for Plaintiff State of Indiana*

/s/ Noah Goerlitz
Noah Goerlitz (admitted *pro hac vice*)
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 281-5164
Email: noah.goerlitz@ag.iowa.gov
*Attorney for Plaintiff State of Iowa*

/s/ Christopher Teters
Christopher Teters (admitted *pro hac vice*)
Assistant Attorney General
Public Protection Division
Office of Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Telephone: (785) 296-3751
Email: chris.teters@ag.ks.gov
*Attorney for Plaintiff State of Kansas*

/s/ Mario Guadamud
Mario Guadamud (admitted *pro hac vice*)
Louisiana Office of Attorney General
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 326-6400
Fax: (225) 326-6498
Email: GuadamudM@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

/s/ Schonette J. Walker
Schonette J. Walker (admitted *pro hac vice*)
Assistant Attorney General
Chief, Antitrust Division
200 St. Paul Place, 19th floor
Baltimore, Maryland 21202
Telephone: (410) 576-6470
Email: swalker@oag.state.md.us
*Attorney for Plaintiff State of Maryland*

/s/ Katherine W. Krems
Katherine W. Krems (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2189
Email: Katherine.Krems@mass.gov
*Attorney for Plaintiff Commonwealth of Massachusetts*

/s/ LeAnn D. Scott
LeAnn D. Scott (admitted *pro hac vice*)
Assistant Attorney General
Corporate Oversight Division
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
Telephone: (517) 335-7632
Email: ScottL21@michigan.gov
*Attorney for Plaintiff State of Michigan*

/s/ Zach Biesanz
Zach Biesanz
Senior Enforcement Counsel
Antitrust Division
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Telephone: (651) 757-1257
Email: zach.biesanz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota*

/s/ Lee Morris
Lee Morris (admitted pro hac vice)
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-9011
Email: Lee.Morris@ago.ms.gov
*Attorney for Plaintiff State of Mississippi*

/s/ Justin C. McCully
Justin C. McCully (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: justin.mccully@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

/s/ Lucas J. Tucker
Lucas J. Tucker (admitted *pro hac vice*)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 N. Carson St.
Carson City, NV 89701
Email: ltucker@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

/s/ Zachary Frish
Zachary A. Frish (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection & Antitrust Bureau
New Hampshire Attorney General's Office
Department of Justice
1 Granite Place South
Concord, NH 03301
Telephone: (603) 271-2150
Email: zachary.a.frish@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

/s/ Andrew F. Esoldi
Andrew F. Esoldi
Deputy Attorney General
Division of Law
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (609) 696-5465
Email: Andrew.Esoldi@law.njoag.gov
*Attorney for Plaintiff State of New Jersey*

/s/ Jonathan Hatch
Jonathan Hatch
Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8598
Email: jonathan.hatch@ag.ny.gov
*Attorney for Plaintiff State of New York*

/s/ Evan Crocker
Evan Crocker (admitted *pro hac vice*)
Assistant Attorney General, Division Director
Consumer Affairs Division
New Mexico Department of Justice
201 3rd St NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 494-8973
Email: ecrocker@nmdoj.gov
*Attorney for Plaintiff State of New Mexico*

*/s/ Francisco Benzoni*
Francisco Benzoni (admitted *pro hac vice*)
Special Deputy Attorney General
Brian Rabinovitz (admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6000
Facsimile: (919) 716-6050
Email: fbenzoni@ncdoj.gov
Email: brabinovitz@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

*/s/ Sarah Mader*
Sarah Mader (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Section
Office of the Ohio Attorney General
30 E. Broad St., 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
Email: Sarah.Mader@OhioAGO.gov
*Attorney for Plaintiff State of Ohio*

*/s/ Cameron R. Capps*
Cameron R. Capps (admitted *pro hac vice*)
Deputy Attorney General
Consumer Protection
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, Oklahoma  73105
Telephone:  (405) 522-0858
Fax:  (405) 522-0085
Email: Cameron.Capps@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma*

*/s/ Gina Ko*
Gina Ko (admitted *pro hac vice*)
Assistant Attorney General
Antitrust, False Claims, and Privacy Section
Oregon Department of Justice
100 SW Market St.,
Portland, Oregon 97201
Telephone: (971) 673-1880
Fax: (503) 378-5017
Email: Gina.Ko@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

*/s/ Joseph S. Betsko*
Joseph S. Betsko (admitted *pro hac vice*)
Assistant Chief Deputy Attorney General
Antitrust Section
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: jbetsko@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania*

*/s/ Paul T.J. Meosky*
Paul T.J. Meosky (admitted *pro hac vice*)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400, ext. 2064
Fax: (401) 222-2955
Email: pmeosky@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island*

/s/ Jared Q. Libet
Jared Q. Libet (admitted *pro hac vice*)
Assistant Deputy Attorney General
Office of the Attorney General of South
Carolina
P.O. Box 11549
Columbia, South Carolina 29211
Telephone: (803) 734-5251
Email: jlibet@scag.gov
*Attorney for Plaintiff State of South
Carolina*

/s/ Jacob R. Dempsey
By: Jacob R. Dempsey (admitted *pro hac
vice*) Assistant Attorney General
1302 East Highway 1889, Suite 1
Pierre SD 57501-8501
Email: jacob.dempsey@state.sd.us
Telephone: (605) 773-3215
(SD Bar No. 5025)
*Attorney for Plaintiff State of South Dakota*

/s/ Hamilton Millwee
Hamilton Millwee (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General and
Reporter
P.O. Box 20207
Nashville, TN 38202
Telephone: (615) 291-5922
Email: Hamilton.Millwee@ag.tn.gov
*Attorney for Plaintiff State of Tennessee*

/s/ Diamante Smith
Diamante Smith (admitted *pro hac vice*)
Assistant Attorney General, Antitrust
Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 936-1162
*Attorney for Plaintiff State of Texas*

/s/ Marie W.L. Martin
Marie W.L. Martin (admitted *pro hac vice*)
Deputy Division Director,
Antitrust & Data Privacy Division
Utah Office of Attorney General
160 East 300 South, 5th Floor
P.O. Box 140830
Salt Lake City, UT 84114-0830
Telephone: 801-366-0375
Email: mwmartin@agutah.gov
*Attorney for Plaintiff State of Utah*

/s/ Sarah L. J. Aceves
Sarah L. J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection and Antitrust Unit
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3170
Email: sarah.aceves@vermont.gov
*Attorney for Plaintiff State of Vermont*

/s/ David C. Smith
David C. Smith (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0588
Facsimile: (804) 786-0122
Email: dsmith@oag.state.va.us
*Attorney for Plaintiff Commonwealth of
Virginia*

/s/ Ashley A. Locke
Ashley A. Locke (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division
Washington Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
Telephone: (206) 389-2420
Email: Ashley.Locke@atg.wa.gov
*Attorney for Plaintiff State of Washington*

/s/ Douglas L. Davis
Douglas L. Davis (admitted *pro hac vice*)
Senior Assistant Attorney General
Consumer Protection and Antitrust Section
West Virginia Office of Attorney General
P.O. Box 1789
Charleston, WV 25326
Telephone: (304) 558-8986
Fax: (304) 558-0184
Email: douglas.l.davis@wvago.gov
*Attorney for Plaintiff State of West Virginia*

/s/ Caitlin M. Madden
Caitlin M. Madden (admitted *pro hac vice*)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

/s/ William T. Young
William T. Young
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-7847
Email: william.young@wyo,gov
*Attorney for the Plaintiff State of Wyoming*