## Appendix A:  List of Sealing Requests and Bases for Sealing for Defendants' Sealing Materials

### Memorandum of Law in Support of Defendants' Motion for Summary Judgment and Related Materials
### (Dkt. Nos. 689, 691–96)

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 689 | Defendants' Memo of Law ISO MSJ | AEG / AXS / Goldenvoice, Lovett, SeatGeek | Redaction(s) | Not Applicable ("N/A")[1] |
| 691-3 | MSJ Ex. 3 - LNE-LIT24-000139211 | Defendants | Redaction(s) | This Document is a customer contract that has expired. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 691-4 | MSJ Ex. 4 - BETHEL-DOJ-00000058 | Bethel Performing Arts Center, Defendants | Sealed in full (Bethel Performing Arts Center)<br><br>Sealed in full (Defendants) | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

---

[1] Pursuant to the Court's November 5, 2025 Order (ECF No. 685), Defendants will, by January 16, 2026, file a letter responding to any letter-motion Plaintiffs file seeking leave to redact or seal portions of Plaintiffs' summary judgment and *Daubert* briefing, and supporting materials.  ECF No. 685.

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 691-5 | MSJ Ex. 5 - WHARF-ATR-00000006 | Wharf Entertainment Properties, Defendants | Sealed in full (Wharf)<br><br>Redaction(s) (Defendants) | This Document is a customer contract that has expired. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 691-14 | MSJ Ex. 14 - Pltfs R&Os to Defs.' First Set of RFAs[2] | N/A | N/A | N/A |
| 691-15 | MSJ Ex. 15 - LNTM_OH_000000429 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 691-16 | MSJ Ex. 16 - LNE-LIT24-003864629 | Defendants | Redaction(s) | This Document is a customer contract that has expired. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

---

[2] The parties have agreed to only file excerpts of this exhibit (i.e., only the pages cited to or relied upon by the parties' summary judgment and *Daubert* motions)."

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 691-17 | MSJ Ex. 17 - LNE-LIT24-000093366 | Defendants | Sealed in full | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 691-18 | MSJ Ex. 18 - LNE-LIT24-006219121 | Defendants | Sealed in full | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 691-19 | MSJ Ex. 19 - LNE-LIT24-002743628 | Defendants | Sealed in full | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 691-20 to 691-24 | MSJ Ex. 20 - SG-CID-00001022 | SeatGeek | Sealed in full | N/A |
| 692-1 | MSJ Ex. 21 - CAVS-CID-00000360 | Cleveland Operating Company (Cavaliers) | Sealed in full | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 692-2 | MSJ Ex. 22 - SG-USVLN-00092381 | SeatGeek | Sealed in full | N/A |
| 692-3 | MSJ Ex. 23 - AEG-LIT-000056714 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 692-4 | MSJ Ex. 24 - AEG-LIT-000058836 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 692-5 | MSJ Ex. 25 - AEG-LIT-000058623 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 692-6 | MSJ Ex. 26 - AEG-LIT-000058540 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 692-7 to 10 | MSJ Ex. 27 - SG-USVLN-00092051 | SeatGeek | Sealed in full | N/A |
| 692-11 | MSJ Ex. 28 - SG-CID-00009337 | SeatGeek | Sealed in full | N/A |
| 692-14 | MSJ Ex. 31 - AEG-CID-0000788387 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 692-15 | MSJ Ex. 32 - LACLIPPERS_0000555 | LA Clippers, Defendants | Sealed in full (LA Clippers)<br><br>Sealed in full (Defendants) | This Document is a negotiation communication with a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

4

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 692-16 | MSJ Ex. 33 - LNE22-000644985 | Defendants | Redaction(s) | This Document is a negotiation communication with a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 692-17 | MSJ Ex. 34 - LNE-LIT24-005148888 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 692-18 | MSJ Ex. 35 - LNE22-000940416 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 692-19 | MSJ Ex. 35(A) - LNE-LIT24-005332614 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 692-20 | MSJ Ex. 36 - LNE-LIT24-005146877 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 692-21 | MSJ Ex. 37 - LNE22-000137710 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 692-22 | MSJ Ex. 38 - LNE-LIT24-000850923 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 692-23 | MSJ Ex. 39 - CAVS-CID-00000751 | Cleveland Operating Company (Cavaliers), Defendants | Sealed in full (Cleveland Operating Company (Cavaliers))<br><br>Sealed in full (Defendants) | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-2 | MSJ Ex. 42 - LNE-LIT24-000073294 | Defendants | Redaction(s) | This Document is a customer contract that has expired. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-3 | MSJ Ex. 43 - LNE-LIT24-000094883 | Defendants | Redaction(s) | This Document is a customer contract that has expired. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 693-4 | MSJ Ex. 44 - LACLIPPERS_0000152 | LA Clippers, Defendants | Sealed in full (LA Clippers)  Sealed in full (Defendants) | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-5 | MSJ Ex. 45 - ASM01430 | ASM / Legends, Defendants | Sealed in full (ASM / Legends)  Sealed in full (Defendants) | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-6 | MSJ Ex. 46 - SG-USVLN-00518838 | SeatGeek | Sealed in full | N/A |
| 693-7 | MSJ Ex. 47 - SG-CID-00000572 | SeatGeek | Sealed in full | N/A |
| 693-8 | MSJ Ex. 48 - FPHC-00000060 | Florida Panthers | Sealed in full | N/A |
| 693-9 | MSJ Ex. 49 - SG-CID-00016828 | SeatGeek | Sealed in full | N/A |
| 693-10 | MSJ Ex. 50 - SG-CID-00002078 | SeatGeek | Sealed in full | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 693-11 | MSJ Ex. 51 - LNE-LIT24-006252648 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-12 | MSJ Ex. 52 - LNE-01591687 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-13 | MSJ Ex. 53 - LNE-02198531 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-14 | MSJ Ex. 54 - LNE-LIT24-000187775 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 693-15 | MSJ Ex. 55 - LNE-LIT24-001327173 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-16 | MSJ Ex. 56 - LNE-LIT24-001334108 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-17 | MSJ Ex. 57 - LNE-LIT24-006435571 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-18 | MSJ Ex. 58 - AEG-CID-0000025875 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 693-19 | MSJ Ex. 59 - AEG-CID-0000010724 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 693-20 | MSJ Ex. 60 - AEG-LIT-000294846 | AEG / AXS / Goldenvoice | Sealed in full | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 693-21 | MSJ Ex. 61 - LNE-LIT24-000136694 | Defendants | Redaction(s) | This Document is a customer contract that has expired. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-22 | MSJ Ex. 62 - BSE-DOJ-00125098 | BSE, Defendants | Sealed in full (BSE)  Sealed in full (Defendants) | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-23 | MSJ Ex. 63 - LNE-LIT24-004902137 | Defendants | Sealed in full | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-24 | MSJ Ex. 64 - LNE-LIT24-000136745 | Defendants | Redaction(s) | This Document is a customer contract that has expired. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 693-25 | MSJ Ex. 65 - LNE-LIT24-000609152 | Defendants | Sealed in full | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-26 | MSJ Ex. 66 - LNE-LIT24-000139392 | Defendants | Sealed in full | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-27 | MSJ Ex. 67 - LNE-LIT24-001011937 | Defendants | Redaction(s) | This Document is a customer contract that has expired. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-28 | MSJ Ex. 68 - LNE-02912679 | Defendants | Sealed in full | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 693-29 | MSJ Ex. 69 - LNE-LIT24-000139284 | Defendants | Sealed in full | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 693-30 | MSJ Ex. 70 - AEG-LIT-000283542 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 693-31 | MSJ Ex. 71 - AEG-LIT-000435350 | AEG / AXS / Goldenvoice | Sealed in full | N/A |
| 694-1 | MSJ Ex. 106 - Hall, Grant Tr. | ASM / Legends, Defendants | Redaction(s) (ASM / Legends) Redaction(s) (Defendants) | This Testimony describes specific customer contract terms. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 694-2 | MSJ Ex. 107 - Handler, Howard Tr. | 313 Presents, Defendants | Redaction(s) (313 Presents) Redaction(s) (Defendants) | This Testimony describes specific customer contract terms. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 694-3 | MSJ Ex. 108 - Hanna, George Tr. | LA Clippers | Redaction(s) | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 694-4 | MSJ Ex. 109 - Helgerson, Mitchell Tr. | Minnesota Wild Hockey (St. Paul Arena) | Redaction(s) | N/A |
| 694-5 | MSJ Ex. 110 - Henson, Robert Tr. | SevenVenues | Redaction(s) | N/A |
| 694-7 | MSJ Ex. 112 - Ianello, Jeffrey Tr. | SeatGeek | Redaction(s) | N/A |
| 694-9 | MSJ Ex. 114 - Kavanaugh, Paul Tr. | BSE | Redaction(s) | N/A |
| 694-10 | MSJ Ex. 115 - Klippert, Greg Tr. | The Touring Co. | Redaction(s) | N/A |
| 694-11 | MSJ Ex. 116 - Latimer, Amy Tr. | Delaware North | Redaction(s) | N/A |
| 694-12 | MSJ Ex. 117 - Leiser, Jordan Tr. | Jump Platforms | Redaction(s) | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 694-13 | MSJ Ex. 118 - Lewis, Colin Tr. | Defendants | Redaction(s) | This Testimony describes a negotiation communication with a customer.  It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants |
| 694-14 | MSJ Ex. 119 - Lewis, Christian Tr. | Paciolan | Redaction(s) | N/A |
| 694-15 | MSJ Ex. 120 - Lovett, Benjamin Tr. | Lovett | Redaction(s) | N/A |
| 694-16 | MSJ Ex. 121 - Lowery, Brooke Tr. | Cleveland Operating Company (Cavaliers) | Redaction(s) | N/A |
| 695-7 | MSJ Ex. 80 - Abbamondi, John Tr. | Abbamondi | Redaction(s) | N/A |
| 695-8 | MSJ Ex. 81 - Alberts, Brad Tr. | Dallas Stars Hockey / HEB Center (Center Operating Company) | Redaction(s) | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 695-9 | MSJ Ex. 82 - Al-Joulani, Omar Tr. | Defendants | Redaction(s) | This Testimony describes current or future business strategy. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public financial, marketing, or strategic business planning information. |
| 695-10 | MSJ Ex. 83 - Barney, Christian Tr. | Utah Jazz | Redaction(s) | N/A |
| 695-11 | MSJ Ex. 84 - Beckerman, Daniel Tr. | AEG / AXS / Goldenvoice | Redaction(s) | N/A |
| 695-13 | MSJ Ex. 86 - Blumenthal, Toby Tr. | Mann Center for the Performing Arts | Redaction(s) | N/A |
| 695-15 | MSJ Ex. 88 - Briggs, Brandon Tr. | Inter Miami | Redaction(s) | N/A |
| 695-16 | MSJ Ex. 89 - Brown, Dave Tr. | Defendants | Redaction(s) | This Testimony describes a negotiation communication with a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 695-17 | MSJ Ex. 90 - Caldwell, Matthew Tr. | Florida Panthers | Redaction(s) | N/A |
| 695-19 | MSJ Ex. 92 - Cohl, Michael Tr. | S2BN | Redaction(s) | N/A |
| 695-20 | MSJ Ex. 93 - Colwell, Becky Tr. | LA Clippers | Redaction(s) | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 695-22 | MSJ Ex. 95 - Dawson, Doug Tr. | Dallas Cowboys Football Club | Redaction(s) | N/A |
| 695-24 | MSJ Ex. 97 - D'Souza, Russell Tr. | SeatGeek, Defendants | Redaction(s) (SeatGeek) Redaction(s) (Defendants) | This Testimony describes a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 695-27 | MSJ Ex. 100 - Du Toit, Danielle Tr. | SeatGeek | N/A | N/A |
| 695-29 | MSJ Ex. 102 - Freedman, Larry Tr. | Los Angeles Football Club (LAFC) | Redaction(s) | N/A |
| 695-30 | MSJ Ex. 103 - Geiger, Marc Tr. | Gate 52 (formerly SaveLive) | Redaction(s) | N/A |
| 695-31 | MSJ Ex. 104 - Glickman, Todd Tr. | Comcast Spectator, LLC | Redaction(s) | N/A |
| 695-32 | MSJ Ex. 105 - Groetzinger, John (Jack) - (Vol. 2) Tr. | SeatGeek | Redaction(s) | N/A |
| 696-1 | MSJ Ex. 122 - Marciano, Jay Tr. | AEG / AXS / Goldenvoice | Redaction(s) | N/A |
| 696-4 | MSJ Ex. 125 - McDonald, Walter Tr. | The Touring Co. | Redaction(s) | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 696-5 | MSJ Ex. 126 - Messina, Louis Tr. | AEG / AXS / Goldenvoice, Defendants | Redaction(s) (AEG / AXS / Goldenvoice)<br><br>Redaction(s) (Defendants) | This Testimony describes a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 696-6 | MSJ Ex. 127 - Mueller, Rick Tr. | AEG / AXS / Goldenvoice | Redaction(s) | N/A |
| 696-7 | MSJ Ex. 128 - Nagle, Patrick Tr. | Village of Rosemont, Defendants | Redaction(s) (Village of Rosemont)<br><br>Redaction(s) (Defendants) | This Testimony describes specific customer contract terms. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 696-9 | MSJ Ex. 130 - Paul, Elizabeth Tr. | City of Greenville, Defendants | Redaction(s) (City of Greenville)<br><br>Redaction(s) (Defendants) | This Testimony describes specific customer contract terms. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 696-10 | MSJ Ex. 131 - Perez, Bryan Tr. | AEG / AXS / Goldenvoice | | N/A |
| 696-11 | MSJ Ex. 132 - Phillips, Brandon Tr. | TEG/PhilSlips Digital Media | Redaction(s) | N/A |

18

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 696-14 | MSJ Ex. 135 - Shull, Michael Tr. | Los Angeles Dept. of Recreation (City of LA) | Redaction(s) | N/A |
| 696-15 | MSJ Ex. 136 - Smith, Marney Tr. | Deschutes River Amphitheater (Hayden Homes) | Redaction(s) | N/A |
| 696-17 | MSJ Ex. 138 - Talukder, Sharif Tr. | Defendants | Redaction(s) | This Testimony describes a negotiation communication with a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 696-18 | MSJ Ex. 139 - Thornton, Doug Tr. | ASM / Legends, Defendants | Redaction(s) (ASM / Legends)  Redaction(s) (Defendants) | This Testimony describes a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 696-20 | MSJ Ex. 141 - VanDeVeen, Ronald Tr. | New Meadowlands Stadium | Redaction(s) | N/A |
| 696-21 | MSJ Ex. 142 - Wright, Jason Tr. | Washington Commanders (WFI Stadium LLC) | Redaction(s) | N/A |

| Dkt. No. | Document | Party Requesting Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction (for Defendants' sealing requests only) |
|---|---|---|---|---|
| 696-23 | MSJ Ex. 144 - Zito, Stephen Tr. | City of San Antonio, Defendants | Redaction(s) (City of San Antonio) Redaction(s) (Defendants) | This Testimony describes specific customer contract terms. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 696-24 | MSJ Ex. 145 - Hill, Nicholas Tr. | ASM / Legends, Azoff Company Holdings, Dallas Stars Hockey / HEB Center (Center Operating Company), New Meadowlands Stadium, Utah Jazz | Redaction(s) | N/A |

**Defendants' 56.1 Statement in Support of Their Motion for Summary Judgement (Dkt. No. 690)**

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 690 | Defendants' Rule 56.1 Statement in Support of Motion for Summary Judgement | Dallas Stars Hockey / HEB Center (Center Operating Company), Lovett, Minnesota Wild Hockey (St. Paul Arena), SeatGeek | Redaction(s) | N/A |

**Memorandum of Law in Support of Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Monetary Relief States' Damages Expert Dr. Rosa Abrantes-Metz and Related Materials (Dkt. Nos. 704, 722[3])**

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 704 | Memo ISO MTE Dr. Rosa Abrantes-Metz ("A-M") | SeatGeek | Redaction(s) | N/A |

[3] Defendants filed 34 exhibits accompanying Defendants' Motion to Exclude Dr. Abrantes-Metz ("Abrantes-Metz Daubert") on November 13, 2025. On November 18, 2025, Defendants' re-filed such exhibits to include a corrected version of Exhibit 27. Defendants will refer to the full set of Abrantes-Metz Daubert exhibits using the Dkt. No. 722 naming convention for consistency.

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 722-5 | A-M Daubert Defs.' Ex. 5 - Lowery, Brooke Tr. | Cleveland Operating Company (Cavaliers) | Redaction(s) | N/A |
| 722-6 | A-M Daubert Defs.' Ex. 6 - Wright, Jason Tr. | Washington Commanders (WFI Stadium LLC) | Redaction(s) | N/A |
| 722-7 | A-M Daubert Defs.' Ex. 7 - Caldwell, Matthew Tr. | Florida Panthers | Redaction(s) | N/A |
| 722-8 | A-M Daubert Defs.' Ex. 8 - Hanna, George Tr. | LA Clippers | Redaction(s) | N/A |
| 722-9 | A-M Daubert Defs.' Ex. 9 - Henson, Robert Tr. | SevenVenues | Redaction(s) | N/A |
| 722-10 | A-M Daubert Defs.' Ex. 10 - Glickman, Todd Tr. | Comcast Spectator, LLC | Redaction(s) | N/A |
| 722-11 | A-M Daubert Defs.' Ex. 11 - Marion, Michael Tr. | Defendants | Redaction(s) | This Testimony describes specific customer contract terms. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 722-12 | A-M Daubert Defs.' Ex. 12 - Zito, Stephen Tr. | City of San Antonio | Redaction(s) | N/A |
| 722-13 | A-M Daubert Defs.' Ex. 13 - Latimer, Amy Tr. | Delaware North | Redaction(s) | N/A |

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 722-17 | A-M Daubert Defs.' Ex. 17 - Nagle, Patrick Tr. | Village of Rosemont | Redaction(s) | N/A |
| 722-18 | A-M Daubert Defs.' Ex. 18 - Colwell, Becky Tr. | LA Clippers | Redaction(s) | N/A |
| 722-21 | A-M Daubert Defs.' Ex. 21 - Smith, Marney Tr. | Deschutes River Amphitheater LLC (Hayden Homes) | Redaction(s) | N/A |
| 722-23 | A-M Daubert Defs' Ex. 23 - VanDeVeen, Ronald Tr. | New Meadowlands Stadium | Redaction(s) | N/A |
| 722-24 | A-M Daubert Defs.' Ex. 24 - Paul, Elizabeth Tr. | City of Greenville, Defendants | Redaction(s) (City of Greenville)  Redaction(s) (Defendants) | This Testimony describes specific customer contract terms. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 722-25 | A-M Daubert Defs. Ex. 25 - Briggs, Brandon Tr. | Inter Miami | Redaction(s) | N/A |
| 722-28 | A-M Daubert Defs.' Ex. 28 - Blumenthal, Toby Tr. | Mann Center for Performing Arts | Redaction(s) | N/A |

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 722-30 | A-M Daubert Defs.' Ex. 30 - Wichser, Michael Tr. | Defendants | Redaction(s) | This Testimony describes specific customer contract terms. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 722-31 | A-M Daubert Defs.' Ex. 31 - McInnes, Darren 30(b)(6) Tr. | Defendants | Redaction(s) | This Testimony describes Defendants' current or future pricing information. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public information regarding prices, costs, or margins. |
| 722-32 | A-M Daubert Defs.' Ex. 32 - Marcus, David 30(b)(6) Tr. | Defendants | Redaction(s) | This Testimony describes Defendants' current or future pricing information. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public information regarding prices, costs, or margins. |
| 722-34 | A-M Daubert Defs.' Ex. 34 - Letter | Defendants | Sealed in full | This document contains historical non-public financial projections or results and historical non-public pricing information. It reflects Defendants' confidential and competitively sensitive business information, including previously non-publicly disclosed financial information. |

**Defendants' Memorandum of Law in Support of Their Motion to Exclude the Reports. Opinions and Testimony of Plaintiffs' Expert Dr. Anderson and Related Materials (Dkt. Nos. 710, 713)**

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 710 | Memo ISO MTE Dr. Anderson | Defendants | Redaction(s) | This Document contains Defendants' current or future financial planning or analysis. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public financial, marketing, or strategic business planning information. |
| 713-3 | Anderson Daubert Defs.' Ex. 3 - Anderson, Shannon Tr. | Defendants | Redaction(s) | This Document contains Defendants' current or future margins. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public information regarding prices, costs, or margins. |

**Defendants' Motion to Exclude Certain Opinions and Testimony of Dr. Nicholas Hill and Related Materials (Dkt. Nos. 716-17)**

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 716 | Memo of Law ISO MTE Dr. Nicholas Hill | New Meadowlands Stadium, Defendants | Redaction(s) (New Meadowlands Stadium)  Redaction(s) (Defendants) | This Document contains Defendants' current or future margins.  It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public information regarding prices, costs, or margins. |
| 717-5 | Hill Daubert Ex. 5 – Hill, Nicholas Tr. | ASM / Legends, Azoff Company Holdings, Dallas Stars Hockey / HEB Center (Center Operating Company), New Meadowlands Stadium, Utah Jazz | Redaction(s) | N/A |
| 717-6 | Hill Daubert Ex. 6 – VanDeVeen, Ronald Tr. | New Meadowlands Stadium | Redaction(s) | N/A |

**Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Partially Exclude the Expert Testimony of Paul K. Meyer and Related Materials (Dkt. No. 756)**

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 756 | Opp. to Pls.' Mot. to Exclude Meyer | Defendants | Redaction(s) | This Document contains Defendants' current or future margins. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public information regarding prices, costs, or margins. |
| 753-8 | Meyer Daubert Ex. 6 – Anderson, Shannon Tr. | Defendants | Redaction(s) | This Testimony describes Defendants' current or future margins. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public information regarding prices, costs, or margins. |

**Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgement and Related Materials (Dkt. No. 797, 803)**

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 797 | Defendants' Reply ISO Motion for Summary Judgment | Ben Lovett | Redaction(s) | N/A |

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 803-1 | MSJ Ex. 146 - LNE-LIT24-001554917 | Defendants | Sealed in full | This Document is internal communications discussing current or future business strategy and current or future financial planning or analysis. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public financial, marketing, or strategic business planning information. |
| 803-3 | MSJ Ex. 148 - Larson, John Tr. | Minnesota Wild Hockey (St. Paul Arena) | Redaction(s) | N/A |
| 803-6 | MSJ Ex. 151 - Commanders_DCOAG_002096 | Washington Commanders (WFI Stadium LLC), Defendants | Sealed in full (Washington Commanders (WFI Stadium LLC))<br><br>Redaction(s) (Defendants) | This Document is a current or recent customer contract. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 803-7 | MSJ Ex. 152 - LNE-LIT24-002196483 | Defendants | Sealed in full | This Document is internal communications discussing a negotiation communication with a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 803-9 | MSJ Ex. 154 - LNE22-001281989 | Defendants | Sealed in full | This Document is a business proposal for a customer. It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants. |
| 803-12 | MSJ Ex. 157 - Marchant, John Tr. | City of Mountainview | Redaction(s) | N/A |
| 803-14 | MSJ Ex. 159 - LNE22-001287939 | Defendants | Sealed in full | This Document is current or future business strategy. It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public financial, marketing, or strategic business planning information. |

**Defendants' 56.1 Response to Plaintiffs' Counterstatement of Material Facts (Dkt. No. 799)**

| Dkt. No. | Document | Party Seeking Sealing/Redaction | Scope of Sealing Request | Basis for Sealing / Redaction for LN documents only |
|---|---|---|---|---|
| 799 | Defendants' Response to COMFS | 313 Presents, AEG / AXS / Goldenvoice, Dallas Stars Hockey / HEB Center (Center Operating Company), Delaware North, Deschutes River Amphitheater LLC (Hayden Homes), LA Clippers, Lovett, Minnesota Wild, Outback Presents, OVG, New Meadowlands Stadium, SeatGeek, Defendants | Redaction(s) (Third parties)<br><br>Redaction(s) (Defendants) | This Document contains documents and testimony describing current or recent customer contracts and negotiation communications with and business proposals for customers.  It reflects Defendants' confidential and competitively sensitive business information, including confidential contractual terms, proposed contractual terms, or negotiating positions (including internal deliberations about negotiating positions) taken with respect to Defendants or customers of Defendants.<br><br>This Document also contains documents and testimony describing current or future business strategy.  It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public financial, marketing, or strategic business planning information.<br><br>This Document also contains documents and testimony describing Defendants' current or future financial results or projections and Defendants' current or future pricing information.  It reflects Defendants' confidential and competitively sensitive business information, including current or future non-public information regarding prices, costs, or margins. |