**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | Case No.: 1:24-cv-03973-AS |
| v. | |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., | |
| *Defendants.* | |

**CERTIFICATE OF SERVICE**

I, Matthew Delgado, hereby certify and state that on January 13, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon counsel:

- Declaration of Brent Nakamura in Opposition to Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Monetary Relief States' Damages Expert Dr. Rosa M. Abrantes-Metz, and accompanying Exhibits 1–41.

Dated: January 13, 2026

Respectfully Submitted,

By: /s/ *Matthew Delgado*
Matthew Delgado

1