**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., <br> and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-(AS) |

**CERTIFICATE OF SERVICE**

      I, Nicole M. Peles, hereby certify and state that on January 14, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Letter motion in support of sealing materials related to Defendants' MSJ and Daubert submissions, including all accompanying materials.

Dated: January 14, 2026

Respectfully submitted,

_____
           Nicole M. Peles