**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, et al.,

          Plaintiffs,

    v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C.,

          Defendants.

Case No. 1:24-cv-03973-AS-SLC

## CERTIFICATE OF SERVICE

I, Rachel Hicks, hereby certify and state that on January 13, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- All ancillary papers and exhibits pertaining to Plaintiffs' Corrected Response in Opposition to Defendants' Motion for Summary Judgment ("MSJ Opposition") (ECF 784), including Plaintiffs' Corrected Counterstatement of Material Facts in Support of Their Opposition to Defendants' Motion for Summary Judgment (ECF 774) and Plaintiffs' Corrected Response to Defendants' Local Civil Rule 56.1 Statement in Support of Their Motion for Summary Judgment (ECF 775);

- All ancillary papers and exhibits pertaining to Plaintiffs' Motion to Partially Exclude the Expert Testimony of Paul K. Meyer (ECF 709);

1

- All ancillary papers and exhibits pertaining to Plaintiffs' Opposition to Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Monetary Relief States' Damages Expert Dr. Rosa M. Abrantes-Metz (ECF 743);

- All ancillary papers and exhibits pertaining to Plaintiffs' Corrected Response in Opposition to Defendants' Motion to Exclude Certain Opinions and Testimony of Dr. Nicholas Hill (ECF 773);

- All ancillary papers and exhibits pertaining to Plaintiffs' Opposition to Defendants' Motion to Exclude the Reports, Opinions, and Testimony of Plaintiffs' Expert Dr. Shannon Anderson (ECF 740); and

- All ancillary papers and exhibits pertaining to Plaintiffs' Reply in Support of its Motion to Partially Exclude the Expert Testimony of Paul K. Meyer (ECF 808).

Dated: January 13, 2026

Respectfully submitted,

*/s/ Rachel Hicks*

2