UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>LIVE NATION ENTERTAINMENT, INC. AND TICKETMASTER L.L.C.,<br><br>　　　　　　Defendant. | Case No. 1:24-CV-03973-AS-SLC |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christina Hernsdorf, of the law firm Greenberg Traurig, LLP, who is a member in good standing of the bar of this Court, hereby enters her appearance as counsel for Non-Party Ben Lovett in the above-captioned proceeding.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED:  Albany, New York
　　　　　January 14, 2026

　　　　　　　　　　　　　　　　　　*/s/ Christina Hernsdorf*
　　　　　　　　　　　　　　　　　　Christina Hernsdorf
　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　54 State Street, 6th Floor
　　　　　　　　　　　　　　　　　　Albany, New York 12207
　　　　　　　　　　　　　　　　　　(518) 689-1409
　　　　　　　　　　　　　　　　　　christina.hernsdorf@gtlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Non-Party Ben Lovett*