January 14, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:   *United States et al. v. Live Nation Entertainment, Inc., et al.*; 1:24-cv-03973-AS-SLC

Dear Judge Subramanian:

We represent Non-Party Ben Lovett in the above-referenced matter. We submit this letter-motion pursuant to Local Rule 7.1(d) and to request a brief extension of the deadline to file a response regarding the submission of confidential portions of his deposition testimony and exhibits, from January 16, 2026 to January 23, 2026. The parties have consented to this request.

The parties have already submitted portions of Mr. Lovett's deposition testimony and exhibits confidentially under seal in connection with the summary judgment and *Daubert* briefing. We understand that pursuant to the Court's November 5, 2025 Order (ECF No. 685), the parties filed their specific requests to redact portions of that briefing on January 13, 2026 and that any affected non-parties, including Mr. Lovett, would file their responses by January 16, 2026. We are also cognizant of and appreciate the Court's December 30, 2025 Order instructing all involved to meet and confer and to seek to narrow the issues.

On behalf of Mr. Lovett, we have preliminarily met and conferred with the parties' counsel concerning the materials at issue. During that call, we notified the parties that we intended to ask the Court for a brief extension of Mr. Lovett's response deadline. This brief extension will afford further time to ensure that, consistent with the Court's instructions, Mr. Lovett's requests for redaction and/or sealing are as narrowly tailored as possible and that the parties have an opportunity to complete their meet-and-confer process before Mr. Lovett's response.

For the foregoing reasons, we respectfully request that the Court continue Mr. Lovett's response deadline from January 16, 2026 to January 23, 2026.

We thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            */s/ Mathew S. Rosengart*
                                            Mathew S. Rosengart
                                            Christina Hernsdorf
                                            GREENBERG TRAURIG, LLP
                                            1840 Century Park East, Suite 1900
                                            Los Angeles, CA 90067
                                            *Attorneys for Non-Party Ben Lovett*