UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
**UNITED STATES OF AMERICA, et al**                                    :
                                                                       :
                                                                       :
                                                                       :
**Plaintiffs,**                                                        : 1:24-cv-03973-AS
                                                                       :
             v.                                                        : DECLARATION OF
                                                                       : DEBORAH L. FEINSTEIN IN
                                                                       : SUPPORT OF MOTION TO
                                                                       : <u>WITHDRAW AS ATTORNEYS</u>
                                                                       :
**LIVE NATION ENTERTAINMENT, INC. et al.**                             :
                                                                       :
**Defendant.**                                                         :
-----------------------------------------------------------------------x

   DEBORAH L. FEINSTEIN, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury as follows:

   1. I am a member of Arnold & Porter LLP ("Arnold & Porter"), co-counsel for plaintiffs. I submit this Declaration in support of Arnold & Porter's motion to withdraw as attorneys for ASM Global.

   2. Arnold & Porter represented ASM Global, which was acquired by Legends in August 2024. Cleary Gottlieb Steen & Hamilton LLP has filed a notice of appearance for Legends (now called Legends Global after ASM Global was merged into Legends). Cleary will continue to represent Legends Global, which includes the former ASM Global. The continued participation of Arnold & Porter in this action is unnecessary.

   3. Upon information and belief Legends Global consents to the withdrawal of Arnold & Porter.

   4. No delay in the progress of this action will result from the withdrawal of Arnold & Porter.

5. Arnold & Porter is not asserting a retaining or charging lien.

6. Arnold & Porter has served Legends Global (into which ASM Global was merged) with the Notice of Motion to Withdraw.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Washington, D.C. on this 14th day of January, 2026.

*Deborah L. Feinstein*
DEBORAH L. FEINSTEIN