# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,

                       Plaintiffs,

        v.

Live Nation Entertainment, Inc., et al.,

                       Defendants.

Case No.: 1:24-cv-03973 (AS)

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted to practice *pro hac vice* in this court pursuant to ECF No. 825, and I appear in this case as counsel for non-party Arena Operations, LLC.

Dated:  January 15, 2026

Respectfully submitted,

*/s/ Samantha F. Hynes*
Samantha F. Hynes
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington D.C. 20006-5215
Telephone: (202) 956-7500
hyness@sullcrom.com

*Counsel for non-party*
*Arena Operations, LLC*