UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br>                     Plaintiffs, <br><br> -against- <br><br> Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br>                     Defendants. | 24-cv-3973 (AS) <br><br> SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

1. The parties should ensure that Dr. Nicholas Hill and Dr. Ali Yurukoglu are available for next Friday's hearing. If that poses any difficulties, please let us know.

2. Given the expected length of trial, the Court intends to have prospective jurors answer a short questionnaire that asks whether the jurors have any health- or language-related reason that they cannot serve as jurors, or have any extraordinary personal hardship in attending a trial that would last from **March 2, 2026** through **April 10, 2026**. The questionnaire will be administered on **February 25**, the questionnaires will be furnished to the parties that day, and the parties will have until 11:59 PM on **February 26** to identify those jurors the parties mutually agree should not be excluded from jury selection.

3. To afford the parties more time for preparation of their pre-trial submissions, the final pretrial conference presently scheduled for **February 6, 2026**, will be adjourned to **February 23, 2026** at **11:00 AM**. In light of this adjournment, the parties should meet and confer and by **January 26, 2026**, propose deadlines for the submission of the proposed pretrial order, other pretrial materials (motions *in limine* and opposition briefs, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions), and exhibits.

SO ORDERED.

Dated: January 15, 2026
      New York, New York

                                                 ARUN SUBRAMANIAN
                                          United States District Judge