AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America, et al. )
*Plaintiff* )
v. ) Case No. 1:24-cv-03973 (AS) (SLC)
Live Nation Entertainment, Inc., et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Los Angeles Football Club.

Date: 01/16/2026

/s/ Sidney Eisner
*Attorney's signature*

Sidney Eisner, No. 5828231
*Printed name and bar number*

Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles, CA 90071
*Address*

sidney.eisner@mto.com
*E-mail address*

(213) 683-9100
*Telephone number*

(213) 687-3702
*FAX number*