**Appendix A: Viagogo Entertainment, Inc.'s Redaction Requests**

| Docket Number | Excerpt / Document | Scope of Redactions / | Basis for Redaction / Sealing |
|---|---|---|---|
| 777 | Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment Ex. 113, Cris Miller (StubHub) Dep. 133:9–11 | Redactions | Requested redactions relate to StubHub's ongoing competitive strategy. |
| 777 | Ex. 113, Cris Miller (StubHub) Dep. 133:18–25 | Redactions | Requested redactions relate to StubHub's ongoing competitive strategy. |
| 777 | Ex. 113, Cris Miller (StubHub) Dep. 205:18–19 | Redactions | Requested redactions relate to StubHub's ongoing competitive strategy. |