**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., | ) ) ) No. 1:24–cv–3973-AS |
| *Plaintiffs,* | ) ) **CERTIFICATE OF** |
| v. | ) **SERVICE** ) |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., | ) ) ) |
| *Defendants.* | |

I, Peter Herrick, hereby certify and state that on January 16, 2026, I caused to be served upon the following individuals via email a true and correct copy of the sealed version of Plaintiffs' Exhibit 50 (filed at ECF No. 931), with highlighting reflecting proposed redactions.

- *For Plaintiffs*: Rachel Hicks (Rachel.Hicks2@usdoj.gov); Janelle Robins (Janelle.Robins@usdoj.gov); and Ruth Foster (Ruth.Foster@usdoj.gov)

- *For Defendants*: Robin Gushman (Robin.Gushman@lw.com); Nicole Peles (npeles@cravath.com); Evan Siegel (esiegel@cravath.com); Rachel Shapiro (rshapiro@cravath.com); Leah Wisser (Leah.Wisser@lw.com); Kristen Previto (Kristen.Previto@lw.com); Devon Diggs (Devon.Diggs@lw.com)

Dated: January 16, 2026

Respectfully Submitted,

*/s/ Peter Herrick*
Peter Herrick
O'MELVENY & MYERS LLP
1301 Avenue of the
Americas 17th Floor
New York, NY 10019
Tel: (212) 326-2000
Fax: (212) 326-2061
Email: pherrick@omm.com

**Counsel for Non-Parties
Irving Azoff and The
Azoff Company Holdings
LLC**