**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:    *United States et al. v. Live Nation Entertainment, Inc. et al.*; **1:24-cv-03973**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. Pursuant to Rules 11(B) and 11(C)(i)–(ii) of this Court's Individual Practices in Civil Cases and the Court's November 5, 2025 order (ECF No. 685), Defendants respectfully submit this letter-motion seeking leave to redact or seal portions of Plaintiffs' summary judgment and *Daubert* briefing, and supporting declarations, exhibits, and Local Rule 56.1 statements. To minimize the burden on the Court, Defendants incorporate by reference the reasons for Defendants' redaction and sealing requests as set forth in Defendants' January 13, 2026 letter-motion (ECF No. 850). A list of Defendants' sealing requests and the bases for those requests, by document, is set forth in Appendix 1.

Moreover, Defendants file contemporaneously herewith a highlighted version of Plaintiffs' Corrected Memorandum of Law In Opposition to Defendants' Motion for Summary Judgment ("Plaintiffs' Corrected MSJ Opposition. Pursuant to the Court's November 5, 2025 Order (ECF No. 685), a redacted version of that brief was filed on the docket on December 15, 2025. Since that time, Defendants informed Plaintiffs that they were narrowing their proposed sealing requests. For convenience and clarity, Defendants are filing with this letter a highlighted copy of Plaintiffs' Corrected MSJ Opposition that reflects Defendants' narrowed sealing requests only.[1]

Defendants also file contemporaneously herewith corrected versions of the following exhibits, which were last filed in connection with Defendants' January 13, 2026 letter-motion (ECF No. 850): Defendants' MSJ Ex. 80 (ECF No. 695-7), Defendants' MSJ Ex. 90 (ECF No. 695-17), Defendants' MSJ Ex. 108 (ECF No. 694-3), Defendants' MSJ Ex. 110 (ECF No. 694-5), Defendants' MSJ Ex. 126 (ECF No. 696-5), and Defendants' Abrantes-Metz Daubert Ex. 7 (ECF No. 722-7). These exhibits contain certain corrections to, and replace, the confidentiality designations submitted to the Court on January 13.[2]

Defendants also file contemporaneously herewith corrected versions of the following exhibits, which were last filed in connection with Plaintiffs' January 13, 2026 letter motion (ECF No. 849): MSJ Opp. Ex. 65 (ECF No. 748-5); MSJ Opp. Ex. 148 (ECF No. 758-8); MSJ Opp.

---

[1] For the avoidance of doubt, this version of the brief does not contain highlights for third-party information. Plaintiffs and/or the non-parties seeking the sealing of any information in Plaintiffs' brief address those requests in their own separate filings.

[2] Defendants also file contemporaneously herewith a highlighted version of Defendants' MSJ Ex. 94 (ECF No. 695-21), which was omitted from Defendants' January 13 filing, and for which a non-party is requesting redaction.

Ex. 217 (ECF No. 762-37); MSJ Opp. Ex. 280 (ECF No. 757-20); and Plaintiffs' Corrected Counterstatement of Material Facts (ECF No. 774). These exhibits contain certain corrections to, and replace, the confidentiality designations submitted to the Court on January 13.

Dated: January 16, 2026

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|

_____

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

_____

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com
*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)