**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs,* | Case No. 1:24-cv-03973-(AS) |
| v. | |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., | |
| *Defendants.* | |

**CERTIFICATE OF SERVICE**

I, Nicole M. Peles, hereby certify and state that on January 16, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Letter motion in support of sealing materials related to Plaintiffs' Summary Judgment and Daubert submissions, including all accompanying materials.

Dated: January 17, 2026

Respectfully submitted,

_____
Nicole M. Peles