# Spectrum Center Booking Overview



| Spectrum Center Event Total and Revenue Summary | | | | |
|---|---|---|---|---|
| Fiscal Year | Events | Shows | Net Revenue | Notes |
| FY15 | | | | |
| FY16 | | | | |
| FY17 | | | | |
| FY18 | | | | |
| FY19 | | | | |
| FY20 | | | | *Covid Impact |
| FY21 | | | | *Covid Impact |
| FY22 | | | | *3 Events rescheduled from FY20 |
| FY23 | | | | |
| FY24 | | | | *Arena only available for 7.5 months due to renovations |

**Main Factors for Revenue and Event Growth:**

- Focus on promoter and content diversification while building new relationships.
    - Historically, Spectrum Center has focused on Live Nation events with annual events and city partnerships (ACN, CIAA, Graduations) making up the bulk of our event totals.
    - By increasing our promoter relationships, we've been able to increase event load ▮▮▮▮▮
    - Promoters with no historical events prior to 2020 have generated a net income of approximately ▮▮▮▮
    - The Latin genre has become a staple of our content diversification. ▮▮▮▮

- Putting a greater emphasis on calendar optimization instead of show count by considering opportunity costs when managing available dates.
    - For instance, Disney on Ice (DOI) requires 8-9 days in the building ▮▮▮▮
    - In FY23 we were able to book 2 shows during the traditional DOI week, ▮▮▮▮
    - Our goal is to retain these less profitable events to provide a diverse content offering to premium ticket holders and the Charlotte community when they make financial sense, but strategically slot them to optimize basketball schedule and opportunities for larger, more profitable shows.

CAO-004350

- o Prior to this adjustment there were certain Live Nation shows where the rebate we owed the promoter was greater than the fees we brought in for each ticket.

**Main Challenges:**

- Competitive Market
  - o █████
  - o █████
    - Events:
  - o █████
    - Events:
  - o █████
    - Events:
  - o █████
    - Events:
  - o Smaller venues ███████ compete for Lower Bowl content ███
- ███ Market Perception
  - o As the ███ largest metropolitan area city, ███ is not currently considered a must play for major tours with limited dates where the ███ only gets 3-4 dates. We are consistently challenging that perception by tracking show performance and collecting data that backs our claim as major market.
  - o Dates received by ███ are often dependent on what clears from the other major cities routed ███
  - o Primary dates requested are Friday/Saturday, which we are willing to provide, but are very mindful of the ███ schedule and ticket revenue.
  - o ███ hasn't been a traditional market for multiple dates, however it's something that we're continuously requesting and we've had success ███
- Venue Challenges



**Strategy Moving Forward:**



- To date Live Nation/Ticketmaster relationship has been positive and beneficial to all parties.

- Continuing to cultivate existing relationships while building relationships with new promoters.
    - Smaller promoters may only bring 1-2 shows per year, having a steady pipeline of these shows has a major impact on show count, net income, and diversity of events.

- Continue the work we are doing selling the ▇▇▇▇ Market.
    - Tours continue to sell well in our market compared to other markets. We are using data collection on event performances related to genre and day of the week to better support our case for tours.
    - Cross collaboration with ▇▇▇▇ has been a major factor in our marketing efforts for specific events. We have utilized in-game promotion, television and radio to push our product to our built-in diverse audience during ▇▇▇▇ games, which promoters consistently praise our venue for.
    - Our day of event performance across all departments is known industry wide as a selling point t▇▇▇▇ Promoters and production teams recognize the value we put into ensuring a smooth day for them and that resonates in the touring world.
    - We have positioned ourselves as a strong candidate for starting tours or playing here early on the route. To accommodate this, we sometimes provide additional dates for production and rehearsals, but it's a strategy that's been working to get top tour promoters to come to the arena to see what we're building.

**Opportunities Under Consideration:**

- ███████████████████████████████████████████████████████████████████████████████████████████████████

- VIP upgrades that include access to club amenities ████████████████████████████████████ there's an opportunity to partner with promoters on exclusive access for select ticket holders through an upcharge.

- ████████████████
  - ████████████████████████████████████████████████████████████████████████
  - ████████████████████████████████████████
  ████████████████████████████████████████████████
  ████████████████████████████

████████████████████████████████████████████████████████████████████████n
████████████████████

| Promoter | Number of Events | Average Net Income Per Event | Total Net Income |
|---|---|---|---|
| ███ | █ | $███,███ | $███,███ |
| ███ | █ | $███,███ | $███,███ |





- We will need to discuss our organizational philosophy on booking events throughout the NBA Season, which could have an impact on event count.





- o There are several assumptions in these projections based on historical averages due to the variance in touring cycles. Factors such as the economy, emerging artists or genres, artist availability and Stadium business will have an impact.

CAO-004355

Total Events: ███    Total Events: ███
Total Shows/Performances ███    Total Shows/Performances: ███

Total Events ███    Total Events: ███
Total Shows/Performances: ███    Total Shows/Performances ███

**2023 Main Event Count Differentiators:**

**Multiple Dates** ███

**City Specific Content** ███

**K-Pop:** ███

███ **Competition** ███



CAO-004356