UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>      Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Friday's hearing will be held in Courtroom 23B, 500 Pearl Street, New York, NY 10007. After receiving a number of public inquiries, the Court will provide a dial-in number to interested members of the public. Callers may listen in by dialing (646) 453-4442 and entering the Phone Conference ID: 243 642 22, followed by the pound (#) sign.

  SO ORDERED.

Dated: January 22, 2026
   New York, New York

                       _____
                       ARUN SUBRAMANIAN
                       United States District Judge