

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800   F 973.436.5801

**Bryan P. Couch**
Partner
Direct Dial 973-436-5703
BCouch@connellfoley.com

January 22, 2026

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Room 15A
New York, New York

    **Re:** **United States, et al. v. Live Nation Entertainment, Inc., et al.**
          **Civil Action No. 24-cv-3973 (AS)**

Dear Judge Subramanian:

    On January 21, 2026 Non-party Tixr, Inc. e-filed a non-party letter-motion (ECF No. 946) requesting to seal limited portions of deposition testimony pursuant to the Court's November 25, 2025 Order. Appendix A to Tixr's letter-motion contains confidential and highly confidential deposition transcript excerpts and was inadvertently filed on the public docket and is now viewable on Pacer. Tixr respectfully submits this emergency letter-motion requesting (1) immediate sealing of ECF No. 946 in its entirety due to the inadvertent disclosure of confidential information on the public docket; (2) leave to file a corrected public letter-motion with Appendix A removed; and (3) leave to file the unredacted Appendix A under seal. In sum, the public letter-motion and Appendix A were combined into a single PDF at ECF No. 946 and sealing that erroneous combined entry is necessary to prevent further disclosure while Tixr refiles the motion publicly and the appendix under seal.

    Good cause exists to seal ECF No. 946 because it inadvertently reveals unredacted confidential deposition testimony that Tixr is seeking to file under seal through proper motion practice and that contains sensitive business information. The relief sought is narrowly tailored: Tixr asks the Court to seal the single erroneous docket entry (which currently contains both the public letter-motion and the unredacted Appendix A) and to permit immediate substitution with a compliant set of filings. This approach protects confidential content while preserving public access to non-sensitive portions of the record. Tixr has moved with urgency to limit dissemination and will follow any additional procedures directed by the Court or set forth in Your Honor's Individual Practices regarding sealed filings and courtesy copies.

    For the forgoing reasons, Tixr respectfully requests that the Court enter an order:

1. Sealing ECF No. 946 in its entirety due to inadvertent public filing of unredacted confidential deposition excerpts;
2. Granting leave for Tixr to file a corrected public letter-motion to seal that does not attach the confidential Appendix A (the letter-motion itself to remain public);
3. Granting leave for Tixr to file under seal the unredacted Appendix A, with a corresponding public redacted version or, if necessary, a public slip sheet stating the exhibit is being filed under seal; and
4. Directing the Clerk to annotate the docket to reflect that ECF No. 946 was sealed as an erroneous filing and to link the corrected filings to the prior entry.

Tixr appreciates the Court's prompt attention to this emergency request.

Respectfully submitted,

Bryan P. Couch

BPC/vs