**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs,* | Case No. 1:24-cv-03973-(AS) |
| v. | |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., | |
| *Defendants.* | |

## CERTIFICATE OF SERVICE

I, Nicole M. Peles, hereby certify and state that on January 22, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Letter motion in support of sealing materials related to Defendants' Reply to Plaintiffs' Letter Response in Opposition to Motion from Bonny Sweeney addressed to Judge Arun Subramanian, including all accompanying materials.

Dated: January 23, 2026

Respectfully submitted,

_____
Nicole M. Peles