**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      *Plaintiffs,*<br><br>      v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>      *Defendants.* | Case No. 1:24-cv-03973-AS |

## CERTIFICATE OF SERVICE

I, Robin L. Gushman, hereby certify and state that on January 28, 2026, I caused a true and correct copy of the following document to be served on all counsel of record via electronic mail, as agreed upon by counsel:

- Defendants' Response to the Court's January 27, 2026 Letter (ECF No. 969) and Invitation at the January 23, 2026 Summary Judgment Hearing to Submit Additional Evidence and Argument.

Dated: January 28, 2026

Respectfully submitted,

Robin L. Gushman

Robin L. Gushman