**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-(AS) |

**CERTIFICATE OF SERVICE**

I, Curtis Strong, hereby certify and state that on January 28, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Letter motion in support of sealing materials related to Plaintiffs' letter submission and attached Appendix in response to the Court's direction during its January 23, 2026 summary judgment hearing and in its January 27, 2026 letter to the parties, ECF 969.

- Plaintiffs' letter submission and attached Appendix in response to the Court's direction during its January 23, 2026 summary judgment hearing and in its January 27, 2026 letter to the parties, ECF 969.

Dated: January 28, 2026

Respectfully submitted,

_____/s/ Curtis Strong_____

Curtis Strong
Trial Attorney
United States Department of Justice
Antitrust Division