UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-(AS) |

**DECLARATION OF ROBIN L. GUSHMAN IN SUPPORT OF
DEFENDANTS' MOTION TO STRIKE FAN WITNESSES**

I, Robin L. Gushman, am a partner at the law firm of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, and counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. ("Defendants") in the above-captioned matter. I am a member in good standing of the Bar of the State of California and am admitted to practice before this Court. I have knowledge of the matters set forth herein. I respectfully submit this declaration in support of Defendants' Motion to Strike Fan Witnesses.

1. The parties in this action exchanged Rule 26(a)(1) initial disclosures on July 1, 2024. Plaintiffs' initial disclosures did not identify Callie Brennan or Lori Kelly as individuals likely to have discoverable information that Plaintiffs might use to support their claims.

2. The parties in this action exchanged supplemental disclosures on April 25, 2025. Plaintiffs' supplemental disclosures likewise did not disclose Ms. Brennan or Ms. Kelly as individuals likely to have discoverable information.

3. On January 6, 2026, the parties exchanged preliminary "may call" trial witness lists. Plaintiffs' list included Ms. Brennan and Ms. Kelly. In a January 9, 2026 email,

counsel for Plaintiffs (Jonathan Hatch) stated that "Ms. Brennan and Ms. Kelly are consumers of Defendants' primary concert ticketing services sold to fans."

        4.        Defendants objected to the inclusion of Ms. Brennan and Ms. Kelly on Plaintiffs' witness list, and requested a lead trial counsel conference to discuss the issue. On a January 20, 2026 call, Plaintiffs' counsel acknowledged that Ms. Brennan and Ms. Kelly were not disclosed before Plaintiffs produced their "may call" witness list on January 6, 2026. Plaintiffs' counsel also stated that they intend to call Ms. Brennan and Ms. Kelly to 1) offer personal and anecdotal testimony about their experiences buying tickets and paying the associated fees through Ticketmaster and 2) testify regarding damages they allegedly suffered. Plaintiffs declined to withdraw the witnesses from their list, and the parties agreed they were at an impasse on this issue.

I declare under penalty of perjury that the foregoing is true and correct.

\*    \*    \*

Executed on January 30, 2026 in Mill Valley, California.

                                          Respectfully submitted,

                                          Robin L. Gushman