If you view the [ Full Docket ] you will be charged for 7 Pages $0.70

**General Docket**
**United States Court of Appeals for the Federal Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1954 | **Docketed:** 07/22/2025 |
| **Nature of Suit:** 830 Patent Infringement (Fed. Qst.) | |
| Gurvey v. Live Nation Entertainment, Inc. | |
| **Appeal From:** United States District Court for the Central District of California | |
| **Fee Status:** fee paid | |

**Case Type Information:**
 1) Civil Private
 2) -
 3) -

**Originating Court Information:**
 **District:** 0973-2 : 2:23-cv-04381-MEMF-E
 **Trial Judge:** Maame Ewusi-Mensah Frimpong, Judge
 **Date Filed:** 06/03/2023
 **Date NOA Filed:**                              **Date Rec'd COA:**
 03/24/2025                                       07/21/2025

| Date | # | Description |
|---|---|---|
| 01/26/2026 | 51 | RESPONSE BRIEF FILED by Appellee Hinshaw & Culbertson, LLP. Service: 01/26/2026 by email. [1143069] [25-1954] This document is non-compliant. See Doc No. [59] [Marian Rice] [Entered: 01/26/2026 04:21 PM] |
| 01/26/2026 | 52 | RESPONSE BRIEF FILED by Appellees Major League Baseball and MLB Advanced Media, Inc.. Service: 01/26/2026 by email. [1143131] [25-1954] This document is non-compliant. See Doc No. [59] [Robert Lauridsen] [Entered: 01/26/2026 07:40 PM] |
| 01/26/2026 | 53 | RESPONSE BRIEF FILED by Appellees Instant Live Concerts, LLC, Live Nation Entertainment, Inc., Live Nation, Inc., Phish Inc./Live Phish, Steven Schortgen, Sheppard, Mullin, Richter, and Hampton and Ticketmaster, Inc.. Service: 01/26/2026 by email. [1143136] [25-1954] This document is non-compliant. See Doc No. [59] [Steven Schortgen] [Entered: 01/26/2026 08:30 PM] |
| 01/27/2026 | 54 | ORDER filed denying the motion [43] filed by Amy Rebecca Gurvey. (Per Curiam). Service as of this date by the Clerk of Court. [1143185] [LMS] [Entered: 01/27/2026 10:01 AM] |
| 01/28/2026 | 55 | ORDER filed granting the motion [48] to the extent that ECF No. 48-2 is accepted for filing as Ms. Weissbrod Gurvey's corrected informal opening brief with an addendum, pages 2-8 of ECF No. 49 are accepted for filing as continuation pages to that brief; and pages 1 and 9-209 of ECF No. 49 is accepted as an appendix. No paper copies of these filings are required, and no further changes to the opening brief or appendix will be permitted. Appellees may file corrected response briefs, if necessary, no later than 40 days from the date of entry of this order. See Fed. Cir. R. 26(a)(2). Ms. Weissbrod Gurvey may file a reply brief no later than 61 days from the date of entry of this order. The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this appeal. (Per Curiam). Service as of this date by the Clerk of Court. [1143486] [LMS] [Entered: 01/28/2026 10:05 AM] |
| 01/28/2026 | 56 | LETTER issued in regards to ECF No. 44. Service as of this date by the Clerk of Court. [1143500] [LMS] [Entered: 01/28/2026 10:23 AM] |
| 01/28/2026 | 57 | CORRECTED INFORMAL BRIEF FILED by Appellant Amy Rebecca Gurvey. Service: 01/28/2026 by clerk. [1143626] This document has been accepted. See Order [55] [MMA] [Entered: 01/28/2026 02:30 PM] |
| 01/28/2026 | 58 | CORRECTED APPENDIX FILED by Appellant Amy Rebecca Gurvey. Service: 01/28/2026 by clerk. [1143629] This document has been accepted. See Order [55] [MMA] [Entered: 01/28/2026 02:37 PM] |
| 01/28/2026 | 59 | NOTICE OF NON-COMPLIANCE: The submission of Appellees Baker Botts, LLP, Hinshaw & Culbertson, LLP, Instant Live Concerts, LLC, Live Nation Entertainment, Inc., Live Nation, Inc., MLB Advanced Media, Inc., Major League Baseball, Phish Inc./Live Phish, Steven Schortgen, Sheppard, Mullin, Richter, and Hampton and Ticketmaster, Inc., Response Briefs [50], [51], [52], [53], is not in compliance with the rules of this court (see attached). Compliant documents due on 03/09/2026. Service as of this date by the Clerk of Court. [1143704] [MMA] [Entered: 01/28/2026 05:32 PM] |
| 01/29/2026 | 60 | MOTION of Appellant Amy Rebecca Gurvey to vacate Order entered 1-26-26 to dismiss MLBAM from appeal.. Service: 01/29/2026 by email. [1143914] [25-1954] [Amy Gurvey] [Entered: 01/29/2026 04:34 PM] |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/31/2026 08:47:32 | | | |
| PACER Login: | amyweissbrodgurvey | Client Code: | |
| Description: | Case Summary | Search Criteria: | 25-1954 |
| Billable Pages: | 1 | Cost: | 0.10 |