**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       *Plaintiffs,*<br><br>       v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>       *Defendants.* | Case No. 1:24-cv-03973-(AS) |

**DECLARATION OF ROBIN L. GUSHMAN IN FURTHER SUPPORT OF**
**DEFENDANTS' MOTION TO STRIKE FAN WITNESSES**

I, Robin L. Gushman, am a partner at the law firm of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, and counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. ("Defendants") in the above-captioned matter. I am a member in good standing of the Bar of the State of California and am admitted to practice before this Court. I have knowledge of the matters set forth herein. I respectfully submit this declaration in further support of Defendants' Motion to Strike Fan Witnesses.

1.      Callie Brennan and Lori Kelly were identified as potential witnesses for the first time on January 6, 2026, when the parties exchanged preliminary "may call" trial witness lists.

2.      Defendants served document subpoenas on Ms. Brennan and Ms. Kelly on January 22, 2026. Ms. Kelly did not acknowledge Defendants' document subpoena until February 4, 2026.

3.      On January 13, 2026, Plaintiffs objected to the inclusion of three witnesses on Defendants' preliminary "may call" witness list on the basis that they were "not identified on Defendants' initial disclosures."

4.      One of the witnesses identified by Plaintiffs in their Opposition as a supposedly late-disclosed witness is a senior Live Nation executive whose existence and role have been known to Plaintiffs for years. He was a custodian in the Department of Justice's 2015-to-2019 investigation of Defendants, during which Defendants produced thousands of documents referencing this individual.

5.      Another of the witnesses identified by Plaintiffs in their Opposition as a supposedly late-disclosed witness is employed by Monumental Sports, an organization Plaintiffs themselves subpoenaed. In response to Plaintiffs' document subpoena, Monumental Sports produced over 800 documents involving the individual in question.

6.      The last witness Plaintiffs identified in their Opposition is employed by Greensboro Coliseum. The Department of Justice corresponded with this individual regarding matters relevant to this suit as early as 2022, according to documents produced by the Department of Justice at the outset of this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

*      *      *

Executed on February 4, 2026 in Mill Valley, California.

Respectfully submitted,

Robin L. Gushman

_____
Robin L. Gushman

2