# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-(AS) <br><br><br> FILED UNDER SEAL |

### PLAINTIFFS' SUPPLEMENTAL APPENDIX OF FACTUAL INFORMATION

# TABLE OF CONTENTS

I.  TARGETED CUSTOMER GROUP: VENUE-FACING PRIMARY TICKETING AT MAJOR CONCERT VENUES ................................................................. 2

    A.  Major Concert Venues are Uniquely Dependent on Concert Revenue .................. 2

    B.  Many Rival Ticketers Do Not Participate In or Do Not Achieve Success in Pursuing Primary Ticketing for Major Concert Venues .......................................... 2

    C.  Stadiums Have Material Economic Differences Compared To Major Concert Venues ................................................................................................................ 3

        1.  Stadiums are Less Vulnerable to Content Loss .......................................... 3

        2.  Other Primary Ticketers Have Achieved Greater Success in Stadiums than in Major Concert Venues ....................................................................... 3

    D.  Large Theaters Have Material Economic Differences Compared To Major Concert Venues .............................................................................................................. 4

        1.  Large Theaters Host Smaller Concerts and are Less Vulnerable to Content Loss .................................................................................................. 4

        2.  Additional Primary Ticketers Service Large Theaters and Other Small Venues, But Do Not Service Major Concert Venues .................................... 5

        3.  Defendants are More Able to Exclude Competition or to Engage in Price Discrimination for Primary Ticketing Services for Major Concert Venues than Stadiums or Theaters .......................................................................... 5

    E.  Ticketing Contracts with Major Concert Venues are Individually Negotiated ....... 6

II.  ADDITIONAL BROWN SHOE EVIDENCE FOR PRIMARY CONCERT TICKETING TO MAJOR CONCERT VENUES MARKET ................................................... 6

    A.  Industry and Public Recognition ............................................................................ 6

    B.  Peculiar Characteristics and Uses .......................................................................... 7

        1.  Major Concert Venues Have Different Ticketing Needs Than Stadiums, in Part Due to Major Concert Venues' Size and Greater Dependence on Concerts ...................................................................................................... 7

        2.  Major Concert Venues Have Different Ticketing Needs Than Clubs and Theaters and Often Use of Different Ticketing Technology in Part Due to Major Concert Venues' Size and Function ................................................... 8

        3.  Ticketing Needs for Sports Differ from Those for Concerts ...................... 8

III.  TARGETED CUSTOMER GROUP: CONCERT BOOKING SERVICES AT MAJOR CONCERT VENUES ...................................................................................... 9

    A.  Booking Contracts with Major Concert Venues are Individually Negotiated ........ 9

    B.  Major Concert Venues Attract Artists Of A Distinct Popularity Level As Compared to Stadiums or Large Theaters ............................................................... 9

        1.  Stadiums ...................................................................................................... 9

2.      Large Theaters........................................................................... 10

C.      Major concert venues are particularly vulnerable to Defendants' targeting for imposition of worse terms in booking services...................................................... 11

D.      Defendants are More Able to Exclude Competition or to Engage in Price Discrimination for Concert Booking Services for Major Concert Venues than for Stadiums or Theaters....................................................................................... 12

IV.     ADDITIONAL BROWN SHOE EVIDENCE FOR CONCERT BOOKING TO MAJOR CONCERT VENUES MARKET................................................................................. 12

A.      Industry and Public Recognition.......................................................... 12

B.      Distinct Customers with Peculiar Characteristics and Uses ................................. 13

1.      Major concert venues heavily rely on concert revenue, which non-concert events rarely match ..................................................................... 13

2.      Major concert venues are uniquely attractive ........................................... 13

C.      Price Sensitivity .......................................................................... 13

V.      NON-TARGETED CUSTOMER GROUP MARKET: HARM TO ARTISTS IN ARTIST-FACING PROMOTIONS MARKET ............................................................... 14

VI.     TYING CLAIM.......................................................................................... 14

A.      ARTISTS, NOT PROMOTERS, ARE THE REAL CUSTOMERS OF VENUES ................................................................................................................ 14

1.      Venues View Artists, Not Promoters, As The Client and Compete for Artists, Not Promoters. ..................................................................... 14

2.      Artist and Artists' Agents Are The Ultimate Decisionmaker as to Which Venues to Book and When, and other Negotiated Terms.......................... 15

3.      When Deciding on Venues, Artists Often Consider Expenses like Rent that Venues Charge Because those Expenses Affect an Artist's Earnings ....... 15

4.      Promoters Book Venues On Behalf of Specific Artists, for Specific Dates ............................................................................................... 16

B.      ARTISTS WHO MIGHT HAVE CHOSEN A DIFFERENT PROMOTER ABSENT THE TIE ...................................................................................... 17

1.      Ben Platt.............................................................................. 17

2.      Mumford and Sons.................................................................. 17

3.      ██████████ ........................................................... 18

## <u>INTRODUCTION</u>

This supplemental appendix provides the evidentiary citations requested by the Court at its January 23, 2026 hearing on Defendants' Motion for Summary Judgment and in the Court's follow-up letter, dated January 26, 2026. As requested by the Court, Plaintiffs' citations to exhibits submitted with their summary judgement papers also contain parallel cites to the docket entry for the specific document referenced (for example, "ECF No 749-17" references attachment 17 to docket entry 749). For the Court's convenience, Plaintiffs also attach a crosswalk showing the docket entry for each exhibit submitted in support of Plaintiffs or Defendants' summary judgment papers. *See* Attachment A.

Sections I-IV of this Appendix respond to the Court's questions regarding Plaintiffs' targeted customer markets, which consist of (1) the venue-facing markets for primary ticketing services (including the market for all primary ticketing and the market for primary concert ticketing) and (2) the market for concert booking services at major concert venues. These sections address the markets identified by the Court in its January 26, 2026, letter and provide evidentiary support for the five-page argument submission permitted by that letter.

Section V addresses the Court's request at the hearing for evidence of harm to artists in the artist-facing promotion market.

Finally, Section VI responds to the Court's request at the hearing for evidence related to Plaintiffs' tying claim. In particular, Section VI.A identifies evidence that artists, not promoters, are the real customers of venues, and Section VI.B identifies evidence further showing harm to artists caused by the tie, including identifying artists who might have chosen a different promoter but-for the tie.

## I.    TARGETED CUSTOMER GROUP: VENUE-FACING PRIMARY TICKETING AT MAJOR CONCERT VENUES

### A.    Major Concert Venues are Uniquely Dependent on Concert Revenue

| CITE | FACT |
|------|------|
| ████████████████ ████ ████████████████ | ████████████████████████ ████████████ ████████████████████████ ██████ |
| Defs. Ex. 139, ECF No. 696-18, Thornton (ASM Global) Dep., at 45:3–8. | "[F]or amphitheaters, do you know what percentage -- roughly, what percentage of events are concerts? . . . A. Again, it depends on the market, but it's predominantly concerts." |
| Defs. Ex. 80, ECF No. 695-7, Abbamondi (BSE Global) Dep., at 182:1–184:1. | The former Barclays CEO did not consider the NFL's Dallas Cowboys' experience of switching the AT&T stadium's ticketer from Ticketmaster to SeatGeek to be a "relevant comp" because the AT&T stadium does not "host as many concerts as [Barclays], so it's not as big a part of the business." |
| Defs. Ex. 131, ECF No. 696-10, Perez (AXS) Dep., at 302:25–303:5. | AXS has never won an NBA/NHL arena from Ticketmaster because of the "combination of the content threat and the exclusive contracts." |

### B.    Many Rival Ticketers Do Not Participate In or Do Not Achieve Success in Pursuing Primary Ticketing for Major Concert Venues

| CITE | FACT |
|------|------|
| Pls. Ex. 110, ECF No. 751-10, Choti (Tickets.com) Dep., at 32:9–24, 36:22–37:8, 41:19–22. | While Tickets.com has provided primary ticketing services to NBA or NHL arenas in the past, it does not do so today. Tickets.com also does not provide any primary ticketing services to amphitheaters over 8,000 seats. |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-85 fig. 194. | Primary ticketers' market shares by the number of concert tickets sold at major concert venues (2024): Ticketmaster (87%); AXS (8%); Paciolan (1%); SeatGeek (1%); Other (2%). |

C.    **Stadiums Have Material Economic Differences Compared To Major Concert Venues**

1.   *Stadiums are Less Vulnerable to Content Loss*

| CITE | FACT |
|---|---|
| ████████████ ████████████ ████████████ ████ | ████████████ ████████████ ████████████ ████████████ ████████████ ████████ |
| ████████████ ████████████ | ████████████ ████████████ ████ |
| Pls. Ex. 107, ECF No. 751-7, Luter (Ticketmaster) Dep., at 78:16–81:3. | Stadiums tend to host fewer concerts annually than arenas because of seasonality and capacity, and there are more artists who can fill an arena than can fill a stadium. Also, concerts have different ticketing needs than sporting events. |
| Defs. Ex. 72, ECF No. 693-32, Hill (Pls.' Expert) Opening Report, p. 60 fig. 10. | Stadiums on average host fewer than 5 concerts a year— approximately one-third of the average number of concerts hosted by arenas and amphitheaters. |
| ████████████ ████████████ | ████████████ ████████████ |
| Pls. Ex. 152, ECF No. 758-12, Live Nation presentation (Aug. 2016), LNE-LIT24-000707272, at -277–278. | At -277: showing stadiums sell more sports tickets than concert tickets, whereas arenas sell more concert tickets (10% of MLB stadium tickets are from concerts and 43% of NFL stadium tickets are from concerts, whereas 59% of all NBA/NHL arena tickets are from concerts.) At -278: showing concerts most critical to Ticketmaster's economics at NBA/NHL arenas as compared to either NFL stadiums (for which most of "non-league" margins come from soccer or other sporting events) or MLB stadiums. |

2.   *Other Primary Ticketers Have Achieved Greater Success in Stadiums than in Major Concert Venues*

| CITE | FACT |
|---|---|
| Pls. Ex. 98, ECF No. 749-18, Kearns (SeatGeek) Dep., at 160:22–162:6. | While SeatGeek has had some success in ticketing MLS soccer stadiums, "[w]ith respect to NBA and NHL teams that play in arenas, ████████████ ████████████ ████ |

| | |
|---|---|
| | ███████████████████████████████ |
| Pls. Ex. 98, ECF No. 749-18, Kearns (SeatGeek) Dep., at 163:8–166:15. | For "NFL teams, ████████████████████████ |
| Pls. Ex. 110, ECF No. 751-10, Choti (Tickets.com) Dep., at 28:17–21. | "22 [Major League Baseball] clubs are on Tickets.com, and eight are on Ticketmaster." |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. 107 fig. 44; *compare to* p. H-85, fig. 194. | Fig: 44: In 2023, Tickets.com, a subsidiary of MLB Advanced Media that primarily tickets MLB stadiums, had a 72% share of sports events at MLB stadiums and 39% share of concerts at MLB stadiums (by tickets sold). Fig. 194: SeatGeek had less than 1% share of concert tickets sold at major concert venues (2024); Tickets.com was not listed. |

### D.    Large Theaters Have Material Economic Differences Compared To Major Concert Venues

#### 1.    *Large Theaters Host Smaller Concerts and are Less Vulnerable to Content Loss*

| CITE | FACT |
|---|---|
| Defs. Ex. 84, ECF No. 695-11, Beckerman (AEG) Dep., at 148:13–149:8. | "[T]he dynamic with small venues is quite different than the dynamic with larger venues. And that -- you know, any kind of a content threat really doesn't exist in this category of venues. So the impediments to making that change aren't what we see with the large venues. . . . [W]hen we're looking at clubs and theaters where there isn't the threat of losing content, that making a ticketing switch, the consequences aren't as dire as they would be in an arena, for example." |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-5 fig. 156. | Summary statistics by venue type show the average capacity of theaters is less than half of the average capacity of arenas and amphitheaters. |
| Pls. Ex. 50, ECF No. 752-10, Azoff (The Azoff Company) Dep., at 28:15–29:2. | "Q. Is it the case that artists sort of graduate up to building capacity as they advance in their careers? A. Look, throughout my 55 years of doing this, it went club, club; theater, theater, theater; bigger theater; amphitheater, hopefully some arenas, not |

| | |
|---|---|
| | everywhere. You know, and a very small percentage really hit it big." |
| Defs. Ex. 139, ECF No. 696-18, Thornton (ASM Global) Dep., at 36:17–37:18, 267:8–269:6, 271:8–277:18. | The President of North American Venues for Legends/ASM Global—a major venue operator— distinguished the type of artist that plays at theaters versus arenas and economic reasons for doing so, distinguished ticketers qualified to ticket arenas versus theaters (testifying theaters are easier to ticket than arenas), and distinguished functionality of ticketing at different venue types, including stadiums, arenas, and theaters. |
| Defs. Ex. 111, ECF No. 694-6, Hurwitz (It's My Party) Dep., at 21:7–23:1, 81:14–82:16, 132:5–18. | Seth Hurwitz, concert promoter and owner of the Anthem venue, testifying that the Anthem is a theater that is unique in its geographic area, in that it was built for concerts, and that other theaters of its size are built for "sports or some other conventions"; testifying that artists typically do not play at the Anthem as part of a broader amphitheater tour; and that the Anthem did not "need" Live Nation to do shows at the Anthem. |

2. *Additional Primary Ticketers Service Large Theaters and Other Small Venues, But Do Not Service Major Concert Venues*

| CITE | FACT |
|---|---|
| Defs. Ex. 127, ECF No. 696-6, Mueller (Live Nation) Dep., at 70:23–71:11. | "Q. So from the ticketing perspective, though, do you understand that there's a different set of ticketers that service large-scale shows versus club and theater shows? A. Yes . . . ███████████████████████████████ ███████████████████████████████████████" |
| Pls. Ex. 7, ECF No. 744-7, Ostroff (Ticketmaster) CID Dep., at 85:9–16. | Identifying Ticketmaster's main competitors for primary ticketing at clubs and theaters as DICE, See Tickets, AXS, and occasionally Eventbrite. |
| Defs. Ex. 90, ECF No. 695-17, Caldwell (Florida Panthers) Dep., at 24:7–14. | According to the CEO for the NHL team the Florida Panthers, ████████████████████████████ ████████████ Amerant Bank Arena, where the Panthers play. |

3. *Defendants are More Able to Exclude Competition or to Engage in Price Discrimination for Primary Ticketing Services for Major Concert Venues than Stadiums or Theaters*

| CITE | FACT |
|---|---|
| Defs. Ex. 139, ECF No. 696-18, Thornton (ASM Global) Dep., at 267:8–268:8. | "I think theaters are different than arenas, so there may be more options at that level . . . So there may be ticketing companies that are more geared to doing theater |

| | operations, that can handle theater operations that may not be able to handle the scale of a big arena or a major stadium." |
|---|---|
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-121 fig. 238. | 74% of major concert venues are exclusively ticketed by Ticketmaster (when exclusively ticketed is defined as 95% or more tickets sold by Ticketmaster). |
| Defs. Ex. 140, ECF No. 696-19, Vaccarello (Madison Square Garden) Dep., at 58:3–59:13. | Madison Square Garden Arena has different prices and profitability than the theaters that Madison Square Garden Entertainment Corp. operates, such as Radio City Music Hall. |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-66 fig. 167. | Statistics comparing major concert venues to other venue types show that theaters sell on average less than one-fifth of the number of concert tickets sold by major concert venues. |
| Pls. Ex. 108, ECF No. 751-8, Wichser (Ticketmaster) Dep., at 22:14–24:23. | Ticketmaster considers "like-for-like buildings" within a segment as similar "comps" when setting fees. |
| Pls. Ex. 129, ECF No. 750-9, Ticketmaster presentation (June 2022), LNE22-000178712, at -713–716. | Ticketmaster has internal royalty structures for "All segments (Amps, [Clubs & Theaters], 3rd Party Stadiums) [that] have various fee share models and rates" that differ for Amphitheaters and Clubs & Theaters in terms of deal terms and structures. |

### E.    Ticketing Contracts with Major Concert Venues are Individually Negotiated

| CITE | FACT |
|---|---|
| Pls. Ex. 97, ECF No. 749-17, Live Nation Form 10-K (Dec 31, 2024), at 6. | "We generally enter into written agreements with individual clients to provide primary ticketing services for specified multi-year periods, typically ranging from three to five years. . . . Agreements with venue clients in North America and Australia generally grant us exclusive rights to sell tickets for all events presented at the relevant venue for which tickets are made available to the general public." |

## II.    ADDITIONAL BROWN SHOE EVIDENCE FOR PRIMARY CONCERT TICKETING TO MAJOR CONCERT VENUES MARKET

### A.    Industry and Public Recognition

| CITE | FACT |
|---|---|
| Pls. Ex. 314, ECF No. 754-15, Johnson (Ticketmaster) Dep., at 12:8–14:2. | Testifying that Ticketmaster segments business by venue type, with stadiums and clubs/theaters as separate segments; explaining that capacity and ticketing needs |

6

| | (like general admission in clubs) are reasons for segmentation. |
|---|---|
| Pls. Ex. 176, ECF No. 760-16, Ticketmaster presentation (Sept. 2021), LNE22-000583728, at -732, -736, -762. | Showing stadiums are in Ticketmaster's separate segment for stadiums, outdoor and college ("SOC") venues and have separate business objectives within Ticketmaster. |
| Pls. Ex. 108, ECF No. 751-8, Wichser (Ticketmaster) Dep., at 16:20–20:5. | Testifying the Ticketmaster sales teams are organized by venue type. |
| Pls. Ex. 129, ECF No. 750-9, Ticketmaster presentation (June 2022), LNE22-000178712, at -713–715, -719–720. | Ticketmaster has internal royalty structures for "All segments (Amps, [Clubs & Theaters] . . . 3rd Party Stadiums) [that] have various fee share models and rates" that differ between Amphitheaters and 3rd Party Stadiums in terms of deal terms and structures. |

### B.    Peculiar Characteristics and Uses

> 1. *Major Concert Venues Have Different Ticketing Needs Than Stadiums, in Part Due to Major Concert Venues' Size and Greater Dependence on Concerts*

| CITE | FACT |
|---|---|
| Pls. Ex. 108, ECF No. 751-8 Wichser (Ticketmaster) Dep., at 16:20–20:2. | Testifying the Ticketmaster sales teams are organized by venue type because venues within each segment "are looking for the same types of services from a ticketing partner," and the "expectations of your ticketing partner" in the "arena setting" are "different and I would argue are more complicated than for that NFL stadium." |
| Pls. Ex. 107, ECF No. 751-7, Luter (Ticketmaster) Dep., at 79:15–81:3. | Testifying that stadiums and NBA/ NHL arenas have differing ticketing needs, including differences with onsale traffic, the types of tickets sold, such as season tickets, and different fees. |
| Pls. Ex. 97, ECF No. 749-17, Live Nation Form 10-K (Dec 31, 2024), at 6. | "Stadiums typically have 30,000 or more seats" whereas amphitheaters and arenas have capacities between 5,000-30,000 and 5,000-20,000, respectively. |
| *See* supra I.A | Major Concert Venues are Uniquely Dependent on Concert Revenue |

2.  *Major Concert Venues Have Different Ticketing Needs Than Clubs and
    Theaters and Often Use of Different Ticketing Technology in Part Due
    to Major Concert Venues' Size and Function*

| CITE | FACT |
|------|------|
| Pls. Ex. 7, ECF No. 744-7, Ostroff (Ticketmaster) CID Dep., at 52:10–22, 61:10–19. | A Ticketmaster executive testifying that smaller venues generally have fewer high-demand events than arenas, and thus, there are different kinds of on-sales; also testifying that many Ticketmaster clubs use a different software called TicketWeb. |
| Defs. Ex. 131, ECF No. 696-10, Perez (AEG) Dep., at 82:19–83:6, 168:13–170:15. | The CEO of AXS Group, LLC, a primary ticketer, testifying that, generally, ticketers that "tend to only operate at the smaller venue tier don't have the same robust kind of capacity, throughput, security defenses, et cetera" as ticketers that operate at major concert venues; also testifying that major concert venues have "materially different" ticketing needs than clubs, such as reserve and premium seating capabilities, dynamic pricing, and sales support. |
| Defs. Ex. 115, ECF No. 694-10, Klippert (CTS Eventim) Dep., at 22:14–23:2. | The CEO of Eventim USA, a primary ticketer, testifying that Eventim has a distinct ticketing system for use at theaters and concert halls, with "various features and functionalities suited towards the performing arts and community hall business." |
| Defs. Ex. 123, ECF No. 696-2, Marcus (Ticketmaster) Dep., at 10:12–23, 13:4–19. | A Ticketmaster executive testifying that Ticketmaster has a separate "arts and theater" segment, because "the needs of those clients are distinct in ways that require different . . . organization," including that "resident theater is distinct, has much more of a subscription element, more of a fundraising element." |

3.  *Ticketing Needs for Sports Differ from Those for Concerts*

| CITE | FACT |
|------|------|
| ██████████████████ | ████████████████████████ |
| ██████████████████ | ████████████████████████ |
| ██████████ | ████████████████ |
| Defs. Ex. 119, ECF No. 694-14, Lewis (Paciolan) Dep., at 146:15–147:1. | Testifying that there are technical capabilities that could make a ticketer better suited to ticket either concerts or sports. |

8

## III.    TARGETED CUSTOMER GROUP: CONCERT BOOKING SERVICES AT MAJOR CONCERT VENUES

### A.    Booking Contracts with Major Concert Venues are Individually Negotiated

| CITE | FACT |
|------|------|
| Pls. Ex. 219, ECF No. 762-39, Live Nation presentation (Nov. 10, 2018), LNE-LIT24-000575737, at -743, -745–746. | Live Nation individually renegotiated their booking deals, targeting arenas with "10+ shows" for "re-negotiation" and outlined the terms and goals for each of the "Top 20 Arena Opportunities" |
| Pls. Ex. 225, ECF No. 761-6, Live Nation spreadsheet (Mar. 7, 2024), LNE-LIT24-003559534. | Defendants maintain an incentive agreement tracker that analyzes the different booking deals specifically at major concert arenas. |
| Pls. Ex. 195, ECF No. 762-15, Live Nation presentation (Apr. 21, 2020), LNE22-000469758, at -758. | Defendants created an "Arena Guide," reflecting the terms of the individual agreements with arenas with "4+ shows." |
| Defs. Ex. 87, ECF No. 695-14, Bowman (Red Rocks Amphitheater) Dep., at 75:20–77:17. | Defendants have individual agreement with Red Rocks Amphitheater. |
| Pls. Ex. 216, ECF No. 762-36, Charlotte Hornets document (July 2024), CAO-004350, at -350. | "By increasing our promoter relationships, we've been able to increase event load ██████ ████████████████████████████ ████████████████████ |

### B.    Major Concert Venues Attract Artists Of A Distinct Popularity Level As Compared to Stadiums or Large Theaters

#### 1.    *Stadiums*

| CITE | FACT |
|------|------|
| Defs. Ex. 122, ECF No. 696-1, Marciano (AEG) Dep., at 233:7–24. | "[A]mphitheaters are somewhere between 10- and 20,000 tickets, depending on the market, depending on the size. And the same thing could be said about arenas, although most arenas, you wouldn't be playing unless you're set up to sell 12,000 tickets, so somewhere between 12 and 18. And you probably wouldn't go into a stadium unless you could sell a minimum of 35,000 tickets, but it wouldn't be unusual to sell more than 50,000 tickets in a stadium." |
| Pls. Ex. 98, ECF No. 749-18, Kearns (SeatGeek) Dep., at 198:11–21. | "[A] performer needs to be at a certain caliber to begin with, to perform at a stadium, whereas arenas have a broader spectrum of caliber that are performing." |
| Pls. Ex. 206, ECF No. 762-26, Email from Howard (Live Nation) | "As we all know, Stadiums acts are very limited." |

| CITE | FACT |
|---|---|
| (Aug. 3, 2023), LNE-LIT24-003248166, at -166. | |
| Pls. Ex. 107, ECF No. 751-7, Clay Luter (Ticketmaster) Dep., at 78:16–81:3. | Testifying that stadiums tend to host fewer concerts annually than arenas because of seasonality and capacity, and that there are more artists who can fill an arena than can fill a stadium. |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-66 fig. 167. | Analysis showing differences in popularity among artists at major concert venues versus other venue types including stadiums. For example, artists who play at stadiums have an average of 33.2 million average Spotify monthly listeners compared to artists who play at major concert venues, who have an average of 11.5 million average Spotify monthly listeners. |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-5 fig. 156. | Analysis showing the average stadium has less than 5 concerts, which is about 1/3 the number of concerts than at the average arena and amphitheater. Also shows the average stadium capacity far surpasses those of arenas and amphitheaters. |
| Pls. Ex. 76, ECF No. 748-16, Live Nation presentation (Feb. 2022), LNE22-000299148, at -152. | Presentation with "Large Venue Pacing" showing similar show counts at Arenas and Large Amps, which are, respectively, ~6.5-8 times the number of shows at Stadiums. |

2.  *Large Theaters*

| CITE | FACT |
|---|---|
| Pls. Ex. 97, ECF No. 749-17, Live Nation Form 10-K (Dec 31, 2024), at 7. | Theaters "typically have a capacity of between 1,000 and 6,500 . . . and may provide a more appropriately-sized venue for developing artists and more artists in general." |
| Defs. Ex. 139, ECF No. 696-18, Thornton (ASM Global) Dep., at 36:16–37:18. | "Q. . . . Is there a difference between the type of artist that plays an arena versus the type of artist that plays a theater? . . . <br> A. The only difference is the popularity of that artist, typically; meaning, if they could sell more than 2,000 tickets in a theater, they would probably move up to a small arena. So most of the artists that are playing theaters either want to play in front of a small crowd or can't sell more than a couple thousand tickets to move up to a larger building. Artists do not like to play to a half-empty building. So it's not customary for someone who might be used to playing a theater to go into an arena and only sell 3,000 tickets in a 10,000-seat building." |
| Defs. Ex. 139, ECF No. 696-18, Thornton (ASM Global) Dep., at 34:19–22. | "Q. Do artists that play stadiums, do they tend to be the more popular artist compared to artists that play in arenas? <br> A. Yes." |

| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-66 fig. 167. | Analysis showing differences in popularity among artists at major concert venues versus other venue types including large theaters. For example, artists who play at theaters have an average of 3.9 million average Spotify monthly listeners compared to artists who play at major concert venues have an average of 11.5 million average Spotify monthly listeners. |
| --- | --- |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-5 fig. 156. | Analysis showing summary statistic by venue type, including average capacity of theaters substantially lagging those of arenas and amphitheaters. |

### C. Major concert venues are particularly vulnerable to Defendants' targeting for imposition of worse terms in booking services

| CITE | FACT |
| --- | --- |
| Defs. Ex. 128, ECF No. 696-7, Nagle (Village of Rosemont), Dep. at 64:8–65:6. | Testifying that "a big part of" why Allstate Arena had to give in to Live Nation's demands regarding rebates was due to Live Nation's control of content, "if you look at the tickets sold year to year, they're 80 percent of the business. So they. . . kind of have you." |
| Defs. Ex. 107, ECF No. 694-2, Handler (313 Presents) Dep. at 104:2–6. | Testifying that 313 Presents could not promote the same number of shows at its venues without Live Nation's involvement because "Live Nation is the . . . dominant supplier of concerts in the United States." |
| Pls. Ex. 224, ECF No. 761-5, Live Nation presentation (Mar. 2024), LNE22-002133950, at -951, -963. | "Historically, only Live Nation promoters are permitted to book shows at Venue Nation amphitheaters" and "[Live Nation] Talent is effectively the exclusive promoter for Venue Nation Amps" |
| ECF No. 498, Defendants' Answer to Am. Complaint, ¶ 113. | Defendants "admit that Live Nation has a longstanding unilateral policy not to rent amphitheaters it owns to other promoters." |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-97 fig. 207. | Share of major concert amphitheaters controlled by Live Nation by venue count and tickets sold (2024), showing that Live Nation controlled 79 percent of major concert amphitheaters by tickets sold in 2024. |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. H-117 fig. 232. | Share of artists' major concert arena shows promoted by Live Nation as a function of the number of shows they performed in the prior year (2014-2024). |
| Defs. Ex. 72, ECF No. 693-32, Hill (Pls.' Expert) Opening Report, p. 246 fig. 94. | Regression analysis of correlation between amphitheater season and share of artists' major concert arena shows promoted by Live Nation by month. Results show that Live Nation on average promotes a greater share of artists' major concert arena shows during amphitheater season even when controlling for potentially confounding factors such as artist popularity and past performance history. |

**D. Defendants are More Able to Exclude Competition or to Engage in Price Discrimination for Concert Booking Services for Major Concert Venues than for Stadiums or Theaters**

| CITE | FACT |
|------|------|
| Pls. Ex. 224, ECF No. 761-5, Live Nation presentation (Mar. 2024), LNE22-002133950, at -952–953, -958–959. | In analyzing potential rebate amounts for its own amphitheaters, Live Nation considered rebates at third-party venues it classifies as amphitheaters and arenas, but not stadiums or theaters. |



| CITE | FACT |
|------|------|
| Pls. Ex. 97, ECF No. 749-17, Live Nation Form 10-K (Dec 31, 2024), at 7. | "Theaters represent less risk to concert promoters because they have lower fixed costs associated with hosting a concert . . . Because these venues have a smaller capacity than an amphitheater or arena, they do not offer as much economic upside on a per show basis." |
| Pls. Ex. 220, ECF No. 761-1, Live Nation presentation (Sept. 25, 2024), LNE-LIT24-006402527, at -562, -567. | Showing per show details at arenas where Live Nation earned ~$███ million in "████████████████████████" or █████████ per show compared to "████████████" venues where Live Nation earned $███ million or ~$███ per show in "████████████████████████"). |

## IV. ADDITIONAL BROWN SHOE EVIDENCE FOR CONCERT BOOKING TO MAJOR CONCERT VENUES MARKET

### A. Industry and Public Recognition

| CITE | FACT |
|------|------|
| Pls. Ex. 219, ECF No. 762-39, Live Nation presentation (Nov. 10, 2018), LNE-LIT24-000575737, at -738. | Presentation analyzing Live Nation's US Concerts business at the "top 20 arenas," which identifies three major deal types between arenas and Live Nation: rebate, co-promote, and show-by-show. |
| Pls. Ex. 215, ECF No. 762-35, Live Nation presentation (Dec. | Live Nation calculated it had a 70% market share of the top 20 arenas compared to a 61% share of "total arenas." |

| CITE | FACT |
|---|---|
| 2018), LNE2019-CID-0045195, at 208. | |
| Pls. Ex. 80, ECF No. 748-20, Jared Smith (former Ticketmaster) Dep., at 85:18–92:12. | Arenas and amphitheaters have the "same economic advantages" for concerts; unlike arenas and amphitheaters, stadiums are "unnatural" places to host concerts because they require an entirely different, elaborate, large format stage that costs more. |

### B.    Distinct Customers with Peculiar Characteristics and Uses

#### 1. *Major concert venues heavily rely on concert revenue, which non-concert events rarely match*

| CITE | FACT |
|---|---|
| ███████████████████ ███████ | ███████████████████ ████████ ███████████ |
| Defs. Ex. 137, ECF No. 696-16, Tadlock (LiveCo) Dep., at 126:3–7, 129:24–130:24. | "Concerts are typically the most profitable event type." "[Y]ou might have to have, you know, potentially three or four family shows per capita profitability to equal that of one good concert." |

#### 2. *Major concert venues are uniquely attractive*

| CITE | FACT |
|---|---|
| Pls. Ex. 215, ECF No. 762-35, Live Nation presentation (Dec. 2018), LNE2019-CID-0045195, at -208. | "The top 20 Arenas with [ancillaries per fan ('APF')] potential represent ███ of total 2018 paid, therefore, they hold a lot of weight in overall APF." |
| Pls. Ex. 226, ECF No. 761-7, Live Nation presentation (Sept. 2024), LNE-LIT24-006431157 at 170, 175–177. | In 2023, for example, Defendants earned ~$██ million in "incentives/rebates" from 3P arena compared to ~$██ million from "3P LG Indoor" and ~$██ million from "3P Club." |

### C.    Price Sensitivity

| CITE | FACT |
|---|---|
| ███████████████████ ███████████████████ ███████████ | ███████████████████ ████████ |
| Pls. Ex. 216, ECF No. 762-36, Spectrum Center document (July 2024), CAO-004350, at -350–352. | Arena agreeing to pay increased rebates even when prior increased rebates were larger than what the venue was originally earning. |

13

| | |
|---|---|
| Defs. Ex. 128, ECF No. 696-7, Nagle (Village of Rosemont), Dep. at 51:19–55:11. | Allstate Arena agreed to pay Defendants higher rebates to ensure they didn't lose concerts. |

## V.    NON-TARGETED CUSTOMER GROUP MARKET: HARM TO ARTISTS IN ARTIST-FACING PROMOTIONS MARKET

| CITE | FACT |
|---|---|
| Pls. Ex. 135, ECF No. 750-15, Email from Roux (Live Nation) (June 24, 2015), LNE-02231676, at -676. | "Many of the Non-Superstar Artists have pre-determined to play Amps when we get the call . . . once we identify an Artist as wanting to play our Amps, we should be able to negotiate favorable deals there, just like we have been doing in Arenas." |
| Pls. Ex. 134, ECF No. 750-14, Email from Roux (Live Nation) (Nov. 16, 2018), LNE-LIT24-005256865, at -866. | "Don't push Guarantees to get 'True Amp Tours' confirmed. When we know they are likely playing Amphitheaters we are going to get those in most cases, so don't need to press above deals we've already submitted." <br> "We have a lot of Arena Markets with High APF and CMPF metrics that are not covered in our Amphitheater Routing . . . We should additionally book those Arena markets, and 'use the leverage' of your Amphitheater Offer to get the Arenas you want booked at the same time (even if two distinct time frames)." |
| Defs. Ex. 118, ECF No. 694-13, Lewis (Live Nation) Dep., at 139:17–142:7. | " . . . I knew they wanted to play our venues, so we shouldn't pay them more . . . The reality is [artists who] want to play amphitheaters . . . didn't have other options." |
| Pls. Ex. 133, ECF No. 750-13, Email from Lewis (Live Nation) (Nov. 10, 2021), LNE-LIT24-001432566, at -566. | Instructing employees not to send "revised offers with more money" to artists because "there's no reason to pay them more because they don't have options to play other amps." |

## VI.    TYING CLAIM

### A.    ARTISTS, NOT PROMOTERS, ARE THE REAL CUSTOMERS OF VENUES

1. *Venues View Artists, Not Promoters, As The Client and Compete for Artists, Not Promoters.*

| CITE | FACT |
|---|---|
| Defs. Ex. 111, ECF No. 694-6, Hurwitz (It's My Party) Dep., at 45:14–46:21. | "Q. When . . . an artist is coming to play at Merriweather, do you view the artist as I.M.P.'s customer? <br> A. Client. The people in the audience are our customers. |

14

| | |
|---|---|
| | Q. And when you say 'client,' what do you mean by that?<br>A. We produce their show, and we get our cut, and so they are basically paying us to do the show." |
| Defs. Ex. 87, ECF No. 695-14, Bowman (Red Rocks Amphitheater) Dep., at 40:23–41:8. | "Q. In your opinion, does Red Rocks compete with other amphitheaters for artist's concerts? . . .<br>A. I would say yes.<br>Q. And why would you say yes?<br>A. Because we are trying to attract shows to Red Rocks just like any other venue is trying to attract shows to their venues." |
| Defs. Ex. 96, ECF No. 695-23, Day (Mercedez-Benz Amphitheater) Dep., at 27:17–21. | "Q. So does the [Mercedez-Benz] amphitheater compete with other amphitheaters for artists? . . .<br>A. Absolutely." |

2. *Artist and Artists' Agents Are The Ultimate Decisionmaker as to Which Venues to Book and When, and other Negotiated Terms*

| CITE | FACT |
|---|---|
| Defendants' Local Civil Rule 56.1 Response to Plaintiffs' Counterstatement of Material Facts (ECF #799), at 165 ¶ 246. | Defendants acknowledging that it is "[u]ndisputed that artists are the ultimate decisionmakers for their shows and tours." |
| Pls. Ex. 8, ECF No. 744-8, Rapino (Live Nation) CID Dep., at 36:9–16. | "A. Well, you know, we say it all the time. The -- the artist 100 percent drives the entire process. The artist/agent/manager are truly the -- the -- the commodity in -- in -- in control. So the agent, through the artist or manager, decide they want to go on tour, decide what type of tour." |
| Defs. Ex. 92, ECF No. 695-19, Cohl (S2BN) Dep., at 97:1–97:15. | "Q. But you would agree ultimately the artist decides where it's going the play, correct?<br>A. Yes.<br>Q: And then once the artist decides where it's going to play, it's your job as the promoter to secure the venue for each date of the tour?<br>A. Yes." |
| Defs. Ex. 118, ECF No. 694-13, Lewis (Live Nation) Dep., at 41:24–42:7. | "Q. Who chooses the venue?<br>A. The artist." |

3. *When Deciding on Venues, Artists Often Consider Expenses like Rent that Venues Charge Because those Expenses Affect an Artist's Earnings*

| CITE | FACT |
|---|---|
| Pls. Ex. 57, ECF No. 752-17, Capshaw (Red Light Management) | "Q. So do artists and their representatives consider the expenses that venues charge when selecting a venue?<br>A. Yes." |

| Dep., at 46:19–47:10, 47:23–48:12. | "Q. And so do venues charge artists expenses?<br>A. Yes. They're – the deals are, like, a contract with a promoter, so they're charging the promoter expenses. And in turn, the artist is reducing the artist earnings or increasing them, depending on the level of expenses." |
|---|---|
| Pls. Ex. 92, ECF No. 749-12, Prieshoff (Live Nation) Dep., at 107:16–19. | "Q. So is it true that an artist may choose not to play a venue if the expenses of that venue are higher than competing venues?<br>A. Yes." |
| Defs. Ex. 91, ECF No. 695-18, Campana (Live Nation) Dep., at 95:16–96:08. | "Q. Do you know if artists consider the rent the venue charges when they're deciding on which venue to play?<br>A. Yes, one of the factors.<br>Q. Okay. And why would an artist consider the rent a venue charges when it's deciding where to play?<br>A. It's a factor in how much they're earning." |

4. *Promoters Book Venues On Behalf of Specific Artists, for Specific Dates*

| CITE | FACT |
|---|---|
| Defs. Ex. 140, ECF No. 696-19, Vaccarello (Madison Square Garden) Dep., at 41:12–21. | "Q. So can you explain what an event license agreement is?<br>A. Sure. It is the agreement between us and whoever is renting the building.<br>Q. Okay. And are event license agreements for specific artists?<br>A. They are. They are for a specific event in a specific venue on a specific date." |
| Pls. Ex. 79, ECF No. 748-19, Event Incentive Agreement between Live Nation and Arena Operation, LLC (eff. Apr. 15, 2016), ATL-DOJ-00000001, at -001. | "Live Nation's use of the Venue will be licensed on an Event-by-Event basis" and "The parties will mutually agree upon the terms of an event license agreement ('ELA') for each Event, substantially similar to the sample ELA attached as Exhibit A." |
| Defs. Ex. 82, ECF No. 695-9, Al-Joulani (Live Nation) Dep., at 58:17–24. | "Q. When the event lease agreement is signed, it wouldn't be signed generally without an artist in mind who's going to play at that venue, would it? . . .<br>A. I would agree with that statement." |
| Defs. Ex. 107, ECF No. 694-2, Handler (313 Presents) Dep., at 166:13–18. | "Q. You also discussed renting your venues to promoters. When you rent your venue to a promoter, is it for a specific artist?<br>A. Yes.<br>Q. For a specific date?<br>A. Yes." |

| Defs. Ex. 126, ECF No. 696-5, Messina (Messina Touring Group) Dep., at 94:2–11. | "Q. Have you ever asked, you know, anyone at Live Nation for you, Mr. Messina, to be able to rent Live Nation amphitheaters on a particular day or a particular week without an artist in mind, just for you to rent the amphitheater? A. Why would I? No. Q. Why wouldn't you do that? A. Because without an artist, you know, no one is coming to pay to see me." |
|---|---|

### B.     ARTISTS WHO MIGHT HAVE CHOSEN A DIFFERENT PROMOTER ABSENT THE TIE



| CITE | FACT |
|---|---|

#### 5.  *Ben Platt*

| CITE | FACT |
|---|---|
| Pls. Ex. 59, ECF No. 752-19, Email from Hewitt (Andrew Hewitt Company) (Mar. 23, 2021), LNE-LIT24-002078370, at -370, -371. | When artist Ben Platt was on an AEG-promoted tour, Platt and AEG sought to promote a Platt show in the Hollywood Bowl, a Live Nation venue. Live Nation expressed that the Bowl was "off limits to A[EG] during our season" and "no AEG under any circumstances." |
| Pls. Ex. 58, ECF No. 752-18, Live Nation document (Sept. 2022), LNE-LIT24-001027478. | Platt ultimately played a Live Nation-promoted show in the Hollywood Bowl, as shown by a settlement for Live Nation's promotional services. |

#### 6.  *Mumford and Sons*

| CITE | FACT |
|---|---|

| | |
|---|---|
| Defs. Ex. 120, ECF No. 694-15, Lovett (Mumford & Sons) Dep., at 112:18–113:8. | Mumford and Son's agents and management conducted negotiations with promoters and recommended which promoters the band should use. |
| Defs. Ex. 101, ECF No. 695-28, Eaton (CAA) Dep., at 82:14–21. | Darryl Eaton, Mumford and Son's agent, confirmed the reason for choosing Live Nation to promote the band's 2025 tour was "based on wanting to be outside the majority of the tour." |
| Pls. Ex. 57, ECF No. 752-17, Capshaw (Red Light Management) Dep., at 24:2–10. | Coran Capshaw, Mumford & Sons' manager, acknowledged that, in doing a nationwide tour of amphitheaters, it was "a given" that the artist would need to deal with Live Nation. |
| Defs. Ex. 79, ECF No. 695-6, Hill (Pls.' Expert) Rebuttal Report, p. 48 fig. 19. | Figure showing that Mumford & Sons performed exclusively at outdoor venues from June to early August during its 2025 North American "Rushmere" tour. The band only switched to arenas in October when amphitheaters are typically not available. |

7. ███████

| CITE | FACT |
|---|---|
| ████████████ | ████████████ |
| ██████████████ | ███████████████ |
| █████████ | █████████████ |
| | ██████████ |
| ████████████ | █████████ |
| █████████████ | ██████████████ |
| ████████ | ████████████ |