**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>　　　　　*Defendants.* | Case No. 1:24-cv-03973-AS<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTIONS *IN LIMINE***

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, supporting Declaration of Robin L. Gushman, and exhibits thereto, Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants") will move this court *in limine* before the Hon. Arun Subramanian, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Federal Rules of Evidence 401, 402, 403, 408, 602, 701, and/or 802 precluding Plaintiffs as follows:

1. To preclude Plaintiffs from presenting evidence or argument that an individual heard about supposed threats or retaliation from someone else;

2. To preclude Plaintiffs from presenting evidence or argument about a "widespread fear in the industry" and indirect evidence about venue "fears";

3. To preclude Plaintiffs from presenting evidence or argument relating to Dr. Hill's content-shifting analyses;

4. To preclude Plaintiffs from presenting evidence or argument relating to the consent decrees;

5. To preclude Plaintiffs from presenting evidence or argument concerning old conduct;

6. To preclude Plaintiffs from presenting evidence or argument that Ticketmaster knowingly sells primary tickets to brokers;

7. To preclude Plaintiffs from presenting evidence or argument relating to remedies not at issue in the upcoming trial;

8. To preclude Plaintiffs from presenting evidence or argument regarding alleged monopoly power outside Plaintiffs' relevant markets;

9. To preclude Plaintiffs from presenting evidence or argument regarding ex-US conduct;

10. To preclude Plaintiffs from presenting evidence or argument regarding executive compensation;

11. To preclude Plaintiffs from presenting evidence or argument employing the term "Ticketmaster Tax."

12. To preclude Plaintiffs from presenting lay witness evidence employing the terms "monopoly" or "monopoly power."

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument on this motion at a time and date convenient for the Court.


*[signatures on following page]*

Dated: February 10, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

_____

Alfred C. Pfeiffer (admitted *pro hac vice*)
    *Co-Lead Trial Counsel*
David R. Marriott
    *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_____

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*