UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS |

**CERTIFICATE OF SERVICE**

I, Leah A. Wisser, hereby certify and state that on February 10, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transmission, as agreed upon by counsel:

- Memorandum of Law in Support of Defendants' Motions *in Limine*[1]

Dated: February 10, 2026
       Washington, D.C.

Respectfully submitted,

_____
Leah A. Wisser

---

[1] Defendants separately served on all counsel of record the materials submitted to the Court via electronic transmission pursuant to the Court's February 9, 2026 Order, ECF No. 1011.