UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, L.L.C. <br><br> Defendants. | Case No.: 1:24-cv-03973 (AS) <br><br> NOTICE OF WITHDRAWAL OF COUNSEL |

**MOTION FOR WITHDRAWAL OF COUNSEL:**

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the Clerk of the Court is hereby requested to remove Deputy Attorney General Paula Lauren Gibson, as attorney of record for the State of California from the Docket in the above-captioned matter. At least one member of the Bar of this Court will continue to serve as Counsel for the State of California.

Dated:    December 31, 2025

Respectfully submitted,

*/s/ Paula Lauren Gibson*
PAULA LAUREN GIBSON,
(California SBN 101150)
Deputy Attorney General
Office of the Attorney General for the
State of California
300 S. Spring Street, Suite 1720
Los Angeles, CA 90013
(213) 269-6040
Paula.Gibson@doj.ca.gov

Application GRANTED. The Clerk of Court is respectfully directed to remove Ms. Gibson as counsel from this case, and to terminate the motion at Dkt. 1013.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: February 11, 2026

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2026, I caused a true and correct copy of the foregoing Motion for Withdrawal of Counsel for Paula L. Gibson to be filed via the Court's CM/ECF filing system, which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Notice of Electronic Filing, and to be served via email on all counsel of record:

*/s/ Paula Lauren Gibson*
Paula Lauren Gibson
Former Deputy Attorney General for the
State of California