

**Audrey van Duyn**

Axinn, Veltrop & Harkrider LLP
630 5th Avenue
New York, NY  10111
212.784.5438
avanduyn@axinn.com

February 13, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**   *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC

Dear Judge Subramanian:

On February 13, 2026, non-party Endeavor Group Holdings, Inc. ("Endeavor") e-filed a non-party letter-motion (ECF No. 1028) requesting to redact limited portions of deposition testimony. A portion of Endeavor's letter-motion contains highly confidential deposition transcript excerpts and was inadvertently filed on the public docket and is now viewable on Pacer. Endeavor respectfully submits this emergency letter-motion requesting immediate sealing of ECF No. 1028 in its entirety due to the inadvertent disclosure of highly confidential information on the public docket.

Good cause exists to seal ECF No. 1028 because it inadvertently reveals unredacted highly confidential deposition testimony that Endeavor is seeking to maintain under seal because it discloses sensitive business information. The relief sought is narrowly tailored: Endeavor asks the Court to seal the single erroneous docket entry. This approach protects highly confidential content while preserving public access to non-sensitive portions of the record. Endeavor has moved with urgency to limit dissemination and will follow any additional procedures directed by the Court or set forth in Your Honor's Individual Practices regarding sealed filings and courtesy copies.

Honorable Arun Subramanian
February 13, 2026
Page 2

For the foregoing reasons, Endeavor respectfully requests that the Court enter an order sealing ECF No. 1028 in its entirety due to inadvertent public filing of unredacted confidential deposition excerpts.

Dated: February 13, 2026

    Respectfully submitted,

    /s/ Audrey van Duyn
    Audrey van Duyn
    Leandra Ipiña
    **AXINN, VELTROP & HARKRIDER LLP**
    630 Fifth Avenue, 33rd Floor
    New York, NY 10111
    T: 212-728-2200
    F: 212-728-2201
    avanduyn@axinn.com
    lipina@axinn.com

    *Counsel for Non-party Endeavor Group Holdings, Inc.*

Cc: All counsel of record (by ECF)