# Exhibit 1

**List of People, Places, and Institutions Likely to be Mentioned During the Trial**

**People**
Adel Nur
Alex Hodges
Ali Yurukoglu
Amy Latimer
Andrew Rentmeester
Anthony L. Lazzaro
Becky Colwell
Ben Lovett / Mumford & Sons
Bon Jovi
Ben Weeden
Benjamin Baker
Beth Paul
Robert Ritchie / Bob Ritchie / Kid Rock
Bob Roux
Brad Alberts
Brandon Briggs
Brittany Flores
Brooke Lowery
Bryan Perez
Callie Brennan
Carlos Alvarez
Charles Kalil
Chris Granger
Christian Barney
Christian Lewis
Clay Luter
Colin Lewis
Coran Capshaw
Cristopher Miller
Dan Beckerman
Dana Warg
Darryl Eaton
Dave Brown
David Marcus
David Zedeck
Dennis W. Carlton
Desiree Perez
Donald Law
Doug Dawson
Doug Thornton
Ed Khoury
Eric Budish
Geoffrey Carns

George Hanna
Gerry Barad
Grant Hall
Greg Klippert
Howard Handler
Irving Azoff
Jack Groetzinger
Jack Larson
Jared Smith
Jason Wright
Jay Marciano
Jeff Ianello
Jenny Johnson
Jim Van Stone
Joe Berchtold
Joe Choti
Jon Francis Bongiovi Jr. / Bon Jovi
John Abbamondi
John Marchant
Jordan Zachary
Jordy Leiser
Josephine Vaccarello
Kay Day
Kurt Schwartzkopf
Larry Freedman
Larry Plawsky
Laurie Jacoby
Lesley Olenik
Lori Kelly
Louis Messina
Marc Geiger
Marco Perez
Mark Campana
Mark Yovich
Marla Ostroff
Marney Smith
Matthew Caldwell
Matthew Hansen
Michael Cohl
Michael Marion
Michael Pugh
Michael Rapino
Michael Wichser
Mike Evans
Mike Shull

Mitch Helgerson
Nicholas Hill
Oliver Chi
Omar Al-Joulani
Pat Nagle
Paul Kavanaugh
Paul K. Meyer
Peter Luukko
Randy Phillips
Rene Volker
Rick Franks
Rick Mueller
Robert Davari
Robert Henson
Robert Mudd
Ronald VanDeVeen
Rosa Abrantes-Metz
Russ D'Souza
Russell Doussan
Ryan Smith
Scott Johnson
Seth Hurwitz
Seth Seigle
Shannon Anderson
Sharif Talukder
Stacie George
Stephen Zito
Steve Tadlock
Tim Liewecke
Toby Blumenthal
Todd Glickman
Tom Wilson
Valerie Barone
Walter Allen Johnson
Walter McDonald

**Promoters**
313 Presents
Anschutz Entertainment Group ("AEG")
Another Planet Entertainment, LLC
Danny Wimmer Presents ("DWP")
Doussan Music Group
Gate 52
It's My Party ("I.M.P")
LiveCo
Mammoth, Inc.

...

Messina Touring Group
Nederlander Concerts
Outback Presents, LLC
TEG Entertainment
The Touring Co.
United Concerts/SmithTix
AC Entertainment
Red Mountain Entertainment
Frank Productions
National Shows 2 ("NS2")
ScoreMore
CT Touring
Emporium Presents
LogJam Presents
First Fleet Concerts
Postfontaine Presents
C3 Presents

**Ticketers**
AXS
CTS Eventim
Etix, Inc.
Paciolan, LLC
SeatGeek, Inc.
Stubhub
SI Tickets
SmithsTix
Ticketmaster
Tickets.com, LLC
Tixr, Inc.
Vivid Seats, Inc.

**Venues**
Alamodome
Allstate Arena
Amerant Bank Arena
American Airlines Center
AT&T Stadium
BMO Stadium
Bon Secours Wellness Arena
Capital One Arena
Chase Stadium
Comerica Park
Delta Center
Fiddler's Green Amphitheatre
First Horizon Coliseum (formerly Greensboro Coliseum)

FivePoint Amphitheatre (permanently closed)
Fox Theatre
Frost Bank Center
FTL War Memorial Auditorium
Grand Casino Arena (formerly Xcel Energy Center)
Great Park Live
Hayden Homes Amphitheater
H-E-B Center
Highmark Mann Center for the Performing Arts
Intuit Dome
Kia Center
Kia Forum
Lakefront Arena
Little Caesars Arena
Madison Square Garden
Meadow Brook Amphitheatre
Mercedes-Benz Amphitheater
Merriweather Post Pavilion
MetLife Stadium
Michigan Lottery Amphitheatre
Moody Center
Northwest Stadium
Pine Knob Music Theatre
Red Rocks Amphitheatre
Rocket Arena
SevenVenues
Shoreline Amphitheater
Simmons Bank Arena
TD Garden
The Greak Theatre
The Orion Amphitheater
Toyota Pavilion
Wells Fargo Center
Jones Beach Theater
Barclays Center
Xcel Energy Center / Grand Casino Arena
XL Center

**Sports Teams**
Austin Gamblers
Boston Bruins
Boston Celtics
Dallas Cowboys
Chicago Wolves
Cleveland Cavaliers
Dallas Mavericks

Dallas Stars
Florida Panthers
Inter Miami
LA Clippers
LAFC
Minnesota Wild
New York Giants
New York Jets
Orlando Magic
Philadelphia 76ers
Philadelphia Flyers
San Antonio Spurs
Texas Longhorns
Texas Stars
Utah Jazz
Utah Mammoth
Washington Capitals
Washington Commanders
New York Knicks
Brooklyn Nets
Washington Wizards

**Other Institutions:**
Arena Operating Company, LLC
BSE Global, Inc.
Capital Region Development Authority
Cavaliers Operating Company, LLC
Center Operating Company, L.P.
City of Concord
City of Denver
City of Greensboro
City of Greenville
City of Irvine
City of Los Angeles Department of Recreation and Parks
City of Mountain View
City of Norfolk
City of Orlando
City of Philadelphia
City of San Antonio
City of Tuscaloosa
Comcast Spectacor, LLC
Community Arena Management, Ltd.
Creative Artists Agency ("CAA")
Delaware North Companies, Inc.
Deschutes River Amphitheater
DreamCrew Entertainment

6

EMC Presents LLC
Inter Miami, LLC
Jazz Basketball Investors, Inc.
Jump Platforms, Inc.
Kirkland & Ellis LLP (Independent Monitor)
Lincoln Holdings LLC
LiveStyle, Inc.
Monumental Sports & Entertainment
Mumford & Sons
Murphy's Bowl LLC
Museum of Outdoor Arts
New Meadowlands Stadium Company, LLC
New York State Office of Parks , Recreation, and Historic Preservation
Pro-Football LLC
Pulaski County Multi-Purpose Civic Center Facilities Board
United Talent Agency
William Morris Endeavor ("WME")
Red Light Management
The Azoff Company
Legends Global (formerly ASM Global)
Oak View Group ("OVG")
Roc Nation (LNE)
S2BN Entertainment
SEG Basketball LLC
Spotify USA Inc.
Spurs Sports & Entertainment
The Messina Group
The University of New Orleans
The Venue Group
University of Texas at Austin
Venu Holding Corp.
Village of Rosemont
WFI Stadium LLC
William Morris Endeavor ("WME")

**Counsel for Plaintiffs:**

UNITED STATES DEPARTMENT OF JUSTICE

Bonny Sweeney (Co-Lead Trial Counsel)

David Dahlquist (Co-Lead Trial Counsel
Arianna Markel
Curtis Strong
John R. Thornburgh II

PLAINTIFF STATES
Adam Gitlin
Jonathan Hatch


**Counsel for Defendants:**

LATHAM & WATKINS LLP

Alfred C. Pfeiffer (Co-Lead Trial Counsel)
David R. Marriott (Co-Lead Trial Counsel)
Andrew M. Gass
Timothy L. O'Mara
Jennifer L. Giordano

CRAVATH, SWAINE & MOORE LLP

Lauren A. Moskowitz