# Exhibit 2

**Parties' Undisputed Statements of Admitted Facts**

1. Live Nation Entertainment, Inc. ("Live Nation") is a corporation organized under the laws of the State of Delaware with a principal place of business at 9348 Civic Center Drive, Beverly Hills, California 90210.

2. Live Nation was founded in 1996 as SFX Entertainment.

3. SFX Entertainment was acquired by Clear Channel Communications in 2000.

4. Clear Channel Communications spun off its entertainment division as Live Nation, Inc. in 2005.

5. Ticketmaster, L.L.C. ("Ticketmaster") was founded in 1976.

6. On February 10, 2009, Live Nation, Inc. and Ticketmaster Entertainment, LLC entered into a definitive merger agreement.

7. On January 25, 2010, Live Nation, Inc. merged with Ticketmaster Entertainment, LLC and Ticketmaster became a wholly-owned subsidiary of Live Nation (the "Merger").  Effective with the merger, Live Nation, Inc. changed its name to Live Nation.

8. Live Nation's reportable segments are Concerts, Ticketing, and Sponsorship & Advertising.

9. Live Nation provides promotion services, primary and secondary ticketing services, venue operation services, artist management services, and sponsorship and advertising services in the United States and globally.