# Exhibit 3

**PLAINTIFFS' TRIAL WITNESS LIST**

| Name | Employer / Organization | Live/ Designation | Brief Summary of Testimony |
|---|---|---|---|
| John Abbamondi | | Live | As former CEO of BSE Global (Barclays Center) and former Vice President of Ticketing, Suites, and Corporate Hospitality for the Madison Square Garden Group, Mr. Abbamondi's testimony will address the Barclays Center's experience with Defendants in connection with changing primary ticketing providers, how this impacts the Barclays Center's ticketing and concert offerings, as well his perspective on the quality of Ticketmaster and other ticketers' technology based on his roles at both Madison Square Garden and the Barclays Center. |
| Dr. Rosa Abrantes-Metz | Berkeley Research Group | Live | As the head of digital economy and platform markets at Berkeley Research Group, Dr. Abrantes-Metz will provide expert economic testimony about the damages incurred by fans who purchased primary concert tickets from Defendants. |
| Brad Alberts | Dallas Stars | Live | As President and CEO of the Dallas Stars, Mr. Alberts will testify about the H-E-B Center's negotiations for primary ticketing services with Defendants. |
| Carlos Alvarez | Live Nation Entertainment, Inc. | Live | As Ticketmaster's Chief Technology Officer, Mr. Alvarez's testimony will address the quality of Ticketmaster's ticketing services for both fans and major concert venues. |
| Dr. Shannon W. Anderson | Professor Emerita, University of California, Davis; Analysis Group | Live | As Professor Emerita at the Graduate School of Management at the University of California, Davis, Dr. Anderson's testimony will address the opinions contained in her expert reports, including the significance of Live Nation's accounting practices and information. |

1

| Benjamin Baker | Live Nation Entertainment, Inc. | Live | As Head of Ticketing (Venues) for Live Nation, Mr. Baker's testimony will address box office operations and the sale of ancillary services at Live Nation-managed venues. |
|---|---|---|---|
| Gerry Barad | Live Nation Entertainment, Inc. | Live | As Live Nation's Executive Vice President of Global Touring, Mr. Barad's testimony will address Live Nation's conduct in the promotions and concert booking markets. |
| Dan Beckerman | Anshutz Entertainment Group, Inc. | Designation | As AEG's President and CEO, Mr. Beckerman's testimony will likely address AEG's efforts to compete against Live Nation. Mr. Beckerman's testimony also will likely address ticketing negotiations for ASM Global venues, venues using multiple promoters or ticketing companies, and barriers to entry in ticketing and promotion services. The proposed designations for this witness have previously been disclosed. |
| Joe Berchtold | Live Nation Entertainment, Inc. | Designation | As Chief Financial Officer at Live Nation, Mr. Berchtold's testimony will likely address Defendants' business practices and conduct in the ticketing, promotions, concert booking, and amphitheater markets, including how conduct in each market is interrelated. |
| Callie Brennan | | Live | As a fan, Ms. Brennan's testimony will address her purchases of primary concert tickets, her experience using ticketing platforms, and her decisions about whether to purchase primary or secondary concert tickets. |
| Matthew Caldwell | Minnesota Timberwolves Basketball LP | Live | As the CEO of the Minnesota Timberwolves and Minnesota Lynx, formerly the CEO of the Florida Panthers, Mr. Caldwell's testimony will address NBA/NHL teams' ticketing needs and preferences, as well his experiences with different primary ticketing providers. |

| Mark Campana | Live Nation Entertainment, Inc. | Live | As the former Chief Operating Officer of Live Nation's U.S. Concerts Division, Mr. Campana's testimony will address competitive conditions in the concert booking services, promotion services and amphitheater markets, as well as Defendants' relationships with major concert venues. |
|---|---|---|---|
| Coran Capshaw | Red Light Management | Live | As the Founder of Red Light Management, Mr. Capshaw's testimony will address artist preferences and competitive conditions for artist promotions and amphitheaters, as well as Defendants' related conduct and contracting policies. |
| Oliver Chi | City of Irvine, California | Live | As the former City Manager for the City of Irvine, Mr. Chi's testimony will address the City of Irvine's experience with Defendants in connection with the development of a new amphitheater in Irvine, California. |
| Joe Choti | Tickets.com, LLC | Designation | As President and CEO of Tickets.com, Mr. Choti's testimony will likely address ticketing services offered to Major League Baseball venues, exclusive contracts offered to primary ticketing services clients, and barriers to entry in offering primary ticketing services at other venues. |
| Michael Cohl | S2BN Entertainment | Live | As CEO of S2BN and former Chairman of Live Nation, Mr. Cohl's testimony will address competitive conditions in the concert promotions and amphitheater markets, including the impact of Defendants' actions in those markets. |
| Russ D'Souza | SeatGeek, Inc. | Designation | As SeatGeek's Co-Founder, Mr. D'Souza's testimony will likely address competition for primary ticketing services, barriers to entry in primary ticketing services including those resulting from Live Nation and Ticketmaster's conduct. His testimony also will likely address different ticketing needs for different types of venue customers and innovation in primary ticketing services. |

3

| Robert Davari | Tixr Inc. | Live | As the CEO and co-founder of Tixr, Mr. Davari's testimony will address Tixr's primary ticketing business, technology and features, and barriers to expansion in primary ticketing. |
| --- | --- | --- | --- |
| Doug Dawson | Dallas Cowboys Football Club, Ltd. | Designation | As the Dallas Cowboys' Senior Vice President, Mr. Dawson's testimony will likely address AT&T Stadium's decision to select SeatGeek as the stadium's primary ticketing provider, the stadium's experience with SeatGeek, and the different ticketing needs for sporting events versus concerts. |
| Russell Doussan | Doussan Music Group | Live | As the CEO and founder of Doussan Music Group, and former Live Nation promoter, Mr. Doussan's testimony will address competitive conditions for concert promotions, Defendants' exclusive contracts, and other actions in the artist promotions and ticketing markets. |
| Darryl Eaton | Creative Artists Agency | Live | As Head of Global Touring for Creative Artists Agency, Mr. Eaton's testimony will address artist preferences and competitive conditions in the promotions and amphitheaters markets, including related to Live Nation policies and practices. |
| Michael Evans | Live Nation Entertainment, Inc. | Live | As President of Live Nation Arenas, Mr. Evans' testimony will address Defendants' actions in the promotions and ticketing markets, including the interplay between Defendants' conduct in each of those markets. |
| Rick Franks | Live Nation Entertainment, Inc. | Live | As Senior Vice President of Global Touring, Mr. Franks' testimony will address competitive conditions for artist promotion services, as well as Live Nation's agreement with 313 Presents. |

4

| Marc Geiger | Gate 52 | Live | As the current CEO of venue management company Gate 52 and a prior artist agent at William Morris Endeavor, Mr. Geiger's testimony will address artist preferences and general practices in the live entertainment industry, as well as the competitive dynamics in the amphitheaters, artist promotions, and concert booking services markets. |
|---|---|---|---|
| Chris Granger | Oak View Group, LLC | Live | As CEO of Oak View Group, Mr. Granger's testimony will address competitive conditions for concert promotions and ticketing as well as Live Nation's relationship with Oak View Group. |
| Jack Groetzinger | SeatGeek, Inc. | Live | As the CEO and co-founder of SeatGeek, Mr. Groetzinger's testimony will address SeatGeek's primary ticketing business, technology and features, and barriers to expansion in primary ticketing. |
| Grant Hall | Legends Global | Designation | As Vice President of Business Operations and Strategy at Legends Global (formerly ASM Global), Mr. Hall's testimony will likely address competitive conditions in the amphitheater, promotion services, and ticketing markets, including the open venue model at ASM venues. |
| George Hanna | LA Clippers LLC | Designation | As the Los Angeles Clippers' Chief Technology and Digital Officer, Mr. Hanna's testimony will likely address Intuit Dome's primary ticketing negotiations, the venue's decision to choose Ticketmaster, the capabilities of different ticketers, and the venue's preference to use multiple primary ticketing providers. The proposed designations for this witness have previously been disclosed. |
| Matthew Hansen | Live Nation Entertainment, Inc. | Live | As Live Nation's Chief Strategy Officer, Mr. Hansen's testimony will address Defendants' ticketing, promotions, concert booking, and amphitheater markets and offerings including artist management. |

5

| Mitch Helgerson | Minnesota Wild Hockey Club, LP | Live | As Chief Revenue Officer at the Minnesota Wild, Mr. Helgerson's testimony will address the Wild's experiences with Defendants for the provision of ticketing and concert booking services. |
|---|---|---|---|
| Dr. Nicholas D. Hill | Bates White | Live | As a Partner at Bates White Economic Consulting specializing in antitrust analysis, Dr. Hill's testimony will address the opinions contained in his expert reports, including, Plaintiffs' relevant markets, Defendants' market power in each, Defendants' anticompetitive conduct in those markets, barriers to entry, and any purported procompetitive benefits identified by Defendants and their experts. |
| Seth Hurwitz | It's My Party, Inc. | Live | As the CEO and founder of promotions and venue company It's My Party, Mr. Hurwitz's testimony will address competition for promotion services and access to amphitheaters, as well as It's My Party's business relationship with Defendants. |
| Jeff Ianello | SeatGeek, Inc. | Live | As a consultant to and former Executive Vice President of SeatGeek, with a background in sports teams' ticketing, Mr. Ianello's testimony will address SeatGeek's primary ticketing business, technology and features, barriers to expansion in primary ticketing, and NBA/NHL teams' ticketing needs and preferences. |
| Laurie Jacoby | BSE Global, Inc. | Live | As BSE Global (Barclays Center)'s Chief Entertainment Officer, Ms. Jacoby's testimony will address Defendants' concert booking services at the Barclays Center, particularly in connection with the Barclays Center's decision to change primary ticketers. |
| Lori Kelly | | Live | As a fan, Ms. Kelly's testimony will address her purchases of primary concerts, her experience using ticketing platforms, and her decisions about whether to purchase primary or secondary concert tickets. |

6

| Edward Khoury | Jump Platforms, Inc. | Live | As Jump Platforms' Chief Technology Officer and Ticketmaster's former Vice President of Engineering, Mr. Khoury's testimony will address ticketing services, barriers to enter ticketing, and ticketing technology innovation and quality. |
|---|---|---|---|
| Greg Klippert | Eventim USA LLC | Live | As the Head of Projects at CTS Eventim, Mr. Klippert's testimony will address CTS Eventim's ticketing, the effects of Defendants' long-term exclusive contracts, and barriers to CTS Eventim expanding their ticketing offerings in the United States. |
| Amy Latimer | Delaware North Companies, Inc. | Designation | As Delaware North's Executive Vice President and COO and TD Garden's former President and CEO, Ms. Latimer's testimony will likely address ticketing negotiations with Ticketmaster and others, including how TD Garden could be impacted as a result of switching primary ticketing providers. The proposed designations for this witness have previously been disclosed. |
| Anthony Lazzaro | Capital Region Development Authority | Live | As Deputy Director and General Counsel of the Capital Region Development Authority, Mr. Lazzaro will testify about primary ticketing negotiations for several venues around Hartford, CT, and those venues' relationships with Defendants and Oak View Group. |
| Christian Lewis | Paciolan Systems, Inc. | Designation | As Chief Revenue Officer of ticketer Paciolan, Mr. Lewis's testimony will likely address primary ticketing services offered to different types of venues, exclusive contracts offered to primary ticketing services clients, and other barriers to entry in offering primary ticketing services. His testimony also addresses how Defendants' agreements with Oak View Group have affected Paciolan. |

| Colin Lewis | Live Nation Entertainment, Inc. | Live | As Senior Vice President of Global Touring, Mr. Lewis' testimony will address competitive conditions in the promotions and amphitheaters markets, including Live Nation's venue access policies. |
|---|---|---|---|
| Ben Lovett | Mumford & Sons | Live | As a member of the band Mumford & Sons and CEO of The Venue Group, Mr. Lovett's testimony will address artist preferences and competitive dynamics associated with the promotions and amphitheaters markets. |
| Clay Luter | Live Nation Entertainment, Inc. | Designation | As Executive Vice President and Co-Head of Sports for Ticketmaster, Mr. Luter's testimony will likely address Ticketmaster's limits on open distribution of tickets, collection and use of consumer data, and how competitive conditions for ticketing services differ based on venue type. |
| Jay Marciano | Anshutz Entertainment Group, Inc. | Live | As the Chief Executive Officer of AEG Presents, Mr. Marciano's testimony will address competitive conditions in the promotions, ticketing, concert booking services, and amphitheater markets, including the impact of Defendants' conduct. |
| David Marcus | Live Nation Entertainment, Inc. | Live | As Ticketmaster's Executive Vice President of Global Music, Mr. Marcus' testimony will address competitive conditions for primary ticketing, Ticketmaster's contracting policies and strategy, including relationships with artists, and Defendant's actions in the ticketing markets. |
| Walter McDonald | The Touring Co. | Live | As Founder and CEO of The Touring Company, and as a former Live Nation promoter, Mr. McDonald's testimony will address current competitive conditions for concert promotions and amphitheaters, including how Defendants' actions have impacted the promotions, ticketing, and amphitheater markets. |

| Louis Messina | The Messina Touring Group | Live | As the Founder and Chief Executive Officer of the Messina Touring Group, Mr. Messina's testimony will address competitive conditions in the promotion services and amphitheater markets, including artist preferences for performing in amphitheaters along with the Messina Touring Group's evolving relationship with Defendants. |
| --- | --- | --- | --- |
| Cristopher Miller | StubHub, Inc. | Live | As StubHub's former Chief Business Officer, Mr. Miller's testimony will address Defendants' conduct and effects of Ticketmaster's long-term exclusive contracts, alternatives to exclusivity, and barriers to enter primary ticketing. |
| Pat Nagle | Village of Rosemont | Designation | As the executive responsible for booking concerts at the Allstate Arena outside of Chicago, IL, Mr. Nagle's testimony will likely address the importance of concert revenue to Allstate Arena, the prices Live Nation charges for concert booking services at the Allstate Arena, and his negotiations with Defendants. The proposed designations for this witness have previously been disclosed. |
| Marla Ostroff | Live Nation Entertainment, Inc. | Live | As Ticketmaster's Managing Director of North America, Ms. Ostroff's testimony will address competitive conditions for primary ticketing, Ticketmaster's contracting policies and strategy, and Defendant's actions in the ticketing markets. |
| Bryan Perez | Anshutz Entertainment Group, Inc. | Live | As the CEO of AXS, Mr. Perez's testimony will address competition in the ticketing markets and the impact of Defendants' actions in those, and related, markets. |
| Larry Plawsky | Vrbo | Live | As Ticketmaster's former Executive Vice President of Resale, Mr. Plawsky's testimony will address Ticketmaster's ticketing services, including ticketing services related to secondary and broker sales, and how those services impact primary ticketing services. |

9

| Michael Rapino | Live Nation Entertainment, Inc. | Live | As Live Nation's CEO, Mr. Rapino's testimony will address, among other topics, Defendants' role in live entertainment, acquisitions, policies regarding amphitheaters access, ticketing, contracting policies and practices, and Defendants' actions in connection with venues that switched, or considered switching, ticketers. |
| --- | --- | --- | --- |
| Robert Ritchie (Kid Rock) | | Live | As an artist known as Kid Rock, Mr. Ritchie's testimony will address competitive conditions for concert promotions and primary ticketing, including the impact of Defendants' actions on artists and fans. |
| Bob Roux | Live Nation Entertainment, Inc. | Live | As Live Nation's President of U.S. Concerts, Mr. Roux's testimony will address the competitive conditions in the promotions, concert booking services, and amphitheater markets, including, Defendants' acquisitions of promoters and amphitheaters, policies regarding access to Defendants' amphitheaters, compensation to artists for promotion services, and Defendants' relationships with other promoters. |
| Kurt Schwartzkopf | Live Nation Entertainment, Inc. | Designation | As Executive Vice President and Co-Head of Sports for Ticketmaster, Mr. Schwartzkopf's testimony will likely address Ticketmaster's ticketing negotiations, the quality of Ticketmaster's product, and Defendants' conduct in the ticketing markets. |
| Seth Seigle | Endeavor Group Holdings, Inc. | Designation | As an artist agent at William Morris Endeavor, Mr. Seigle's testimony will likely address Live Nation's promotion services and amphitheater offerings and how Live Nation's conduct impacts artists. The proposed designations for this witness have previously been disclosed. |

| Jared Smith | Live Nation Entertainment, Inc. | Live | As Ticketmaster's former President, Mr. Smith's testimony will address Ticketmaster's role in ticketing, contracting policies and practices, ticketing distribution policies and methods, and actions toward venues that switched or considered switching ticketers. |
|---|---|---|---|
| Stephen Tadlock | LiveCo | Live | As Senior Vice President of Venue Relations at LiveCo, Mr. Tadlock will testify about competitive conditions in promotions services and concert booking services markets, including barriers to entry in both markets. |
| Doug Thornton | Legends Global | Live | As Legends Global's (formerly ASM Global) President of North American Venues, Mr. Thornton's testimony will address ticketing exclusivity, competition in ticketing and promotion services, and the impact of Defendants' conduct in those and related markets. |
| Josephine Vaccarello | Madison Square Garden Entertainment Corp. | Live | As Madison Square Garden's Vice President of Live, Ms. Vaccarello's testimony will address competitive conditions for major concert venues, including venue preferences, needs, expectations, and business practices, as well as the quality of Ticketmaster's ticketing products. |
| Ben Weeden | Live Nation Entertainment, Inc. | Live | As the Chief Financial Officer for Live Nation Venues, Mr. Weeden's testimony will address competitive conditions in the promotion services and amphitheater markets, including the rationale and impact of Defendants' acquisition, and renewal, of leases for amphitheaters. |
| Tom Wilson |  | Designation | As former President of the parent company of 313 Presents, Mr. Wilson's testimony will likely address 313's business relationship with Defendants, including an agreement related to the Detroit area. |

11

| Jason Wright | Project Level | Live | As a former President of the Washington Commanders, Mr. Wright's testimony will address how stadiums differ from other types of venues, and the stadium's negotiations with Defendants and other ticketers for primary ticketing services. |
|---|---|---|---|
| Mark Yovich | Live Nation Entertainment, Inc. | Designation | As Ticketmaster's President, Mr. Yovich's testimony will likely address competition in primary ticketing services, delays in innovating Ticketmaster technology, and Ticketmaster's preference for long-term, exclusive primary ticketing contracts with venues. |
| Jordan Zachary | Live Nation Entertainment, Inc. | Designation | As a Live Nation's Co-President of U.S. Concerts, Mr. Zachary's testimony will likely address Defendants' acquisitions of venues, venue operations, and the prices Defendants charge major concert venues for promotions services. |
| David Zedeck | United Talent Agency | Live | As UTA's Co-Head of its Global Music Group and as Live Nation's former Executive Vice President of Global Touring, Mr. Zedeck's testimony will address competition in promotions, amphitheaters, and ticketing services, and Defendants' actions in those markets. |
| Caroline Burdick | United States Department of Justice | Live | Ms. Burdick will provide foundation and explanation for certain of Plaintiffs' 1006 exhibits. |