# Exhibit  22

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br> and <br> TICKETMASTER L.L.C., <br><br> *Defendants.* | CASE No. 1:24-CV-03973-AS |

**SUPPLEMENTAL JUROR QUESTIONNAIRE**

JUROR NUMBER_____

# JUROR QUESTIONNAIRE

Please answer all questions.  Your answers will be used to assist in selecting a jury.  If there is anything you prefer to discuss in private, please ask to speak with the judge out of the hearing of other jurors by answering "yes" to Question 29.  **PLEASE PRINT CLEARLY.**

1.  Name_____

2.  Age _____

3.  Gender _____

4.  City, neighborhood and zip code where you live:

    _____

5.  Are you currently:   ☐ Single ☐ Married

    ☐ Divorced ☐ Widowed ☐ Living with non-marital partner

6.  What is the highest level of education you completed?

    ☐ Less than high school   ☐ High school graduate

    ☐ Some college  ☐ AA degree  ☐ College graduate

    ☐ Post-Graduate degree

    a. Degree(s) _____

    _____

    b. Course(s) of study _____

    _____

7.  Current Employment: ☐ Employed full-time

    ☐ Employed part-time  ☐ Self-employed  ☐ Unemployed

    ☐ Retired ☐ Homemaker ☐ Disabled ☐ Student

    a.  What is your <u>current</u> OR <u>most recent</u> occupation and employer? _____

    _____

    _____

    b. Please list all jobs you have held in the past 10 years, including your job title and name of your employer.

    _____

    _____

    _____

    _____

    _____

8.  Have you ever worked for any state or federal government? ☐ No ☐ Yes

    a. If yes, please explain entity, position and when:_____

    _____

    _____

9.  Have you ever worked for Live Nation, Ticketmaster or any other promoter or ticketer to live entertainment events?

    ☐ No  ☐ Yes

    a. If yes, where did you work and when (years)?

    _____

    _____

10. Is your spouse/partner currently employed?

    ☐ No  ☐ Yes

    a.  If yes, what is their current/most recent occupation and who is their employer?

    _____

    _____

    _____

    _____

11. Gender and age(s) of your children/stepchildren:

    _____

    _____

    _____

12. Have you ever served on a jury before? ☐ No

    ☐ No _____ ☐ Yes, in a civil case

    How many times_____

    ☐ Yes, in a criminal case         How many times_____

    How many times did you serve?_____

    a.    Did the jury reach a verdict in all cases?

         ☐ No         ☐ Yes

    b.    b. Did you ever serve as a foreperson?

         ☐ No   ☐ Yes    How many times_____?

13. Have you ever been a party or witness in a lawsuit or claim?          ☐ No

    ☐ Yes, as a plaintiff  ☐ Yes, as a defendant

    ☐ Yes, as both a plaintiff and defendant at different times

    ☐ Yes, as a witness

    a. If yes, please explain:

    _____

    _____

14. Do you believe there are too many lawsuits today?

    ☐ Definitely no  ☐ Probably no

☐ Definitely yes    ☐ Probably yes

15. From what you have read or heard, do you think that the money damages from lawsuits have generally been:

☐ Too low   ☐ About right   ☐ Too high

16. What is your opinion of most large corporations?

☐ Very unfavorable      ☐ Somewhat unfavorable

☐ Somewhat favorable    ☐ Very favorable

17. Should laws to regulate large companies and prevent monopolies be:

☐ More strict    ☐ Less strict   ☐ Removed

~~17.~~ 18.   Have you, or a relative or close friend ever been employed in or had experience, training or education in any of the following areas: (*check all that apply*)

☐ Accounting/Finance/Banking  ☐ Economics

☐ Computers/Software  ☐ Statistics

☐ Marketing/Sales  ☐ Live Entertainment Industry

☐ Promotions/Ticket sales  ☐ Law Enforcement

☐ Event Production  ☐ ~~Law/Courts~~ Financial Analysis

☐ ~~Media/Communications~~

☐ Law/Courts  ☐ Marketing & Promotion

a. If yes, please explain: _____

_____

_____

_____

_____

~~18.~~ 19.   ~~Do~~How much confidence do you have ~~strong opinions, positive or negative, of~~in the U.S. Department of Justice nowadays?

~~Yes~~                    ~~No~~

~~a. If yes, please explain:~~

~~_____~~

~~_____~~

~~_____~~

~~Do~~ ☐ A great deal   ☐ A fair amount  ☐ Not too much

☐ No confidence        ☐ No opinion / Neutral

~~19.~~ 20.   How much confidence do you have ~~strong opinions, positive or negative, of~~in the New York Attorney General's office nowadays?

~~Yes~~                    ~~No~~

~~a. If yes, please explain:~~

~~_____~~

~~_____~~

~~_____~~

☐ A great deal    ☐ A fair amount   ☐ Not too much

☐ No confidence        ☐ No opinion / Neutral

~~20.~~ 21.   Do you have strong opinions, positive or negative, of Live Nation?

Yes                    No

a. If yes, please explain: _____

_____

~~21.~~ 22.   Do you have strong opinions, positive or negative, of Ticketmaster?

☐ Yes                  ☐ No

~~a. If yes, please explain:~~

~~_____~~

~~_____~~

~~a. If yes, please explain:~~ _____

~~_____~~

~~_____~~

~~22.~~ 23.   ~~Have~~In general, how would you ~~ever purchased a ticket~~describe your experiences using Ticketmaster?

~~☐ Yes  ☐ No~~

~~23.  Have you had any experience, good or bad, with Ticketmaster?~~

~~☐ Yes  ☐ No~~

~~a. If yes, please explain:~~

~~_____~~

~~_____~~

~~_____~~

___ ☐ Positive      ☐ Mixed      ☐ Negative

24. How often do you attend ticketed live entertainment events (including sports, concerts, arts & theater, festivals, family shows, and/or specialized events)?

☐ Never  ☐ Sometimes  ☐ Often  ☐ All the time

a. If you attend live entertainment events, how often do you purchase your own tickets to these events?

☐ Never  ☐ Sometimes  ☐ Often  ☐ All the time

25. ~~In general, how familiar are~~Please check if you ~~with primary~~have ever heard of or used any of the following ticketing ~~companies or used their~~ websites ~~or apps (such as:~~

☐ Ticketmaster  ☐ AXS  ~~SeatGeek, Etix, etc.)~~ ☐ StubHub  ☐ Eventbrite

~~☐ Not at all  ☐ A little  ☐ Somewhat  ☐ Very~~

☐ Seat Geek  ☐ See Tickets ☐ Paciolan ☐ Vivid Seats

~~25.~~ 26.   How ~~familiar are~~often do you ~~with~~use resale websites or apps ~~(~~such as StubHub, ~~SeatGeek,~~ Vivid ~~Seats, etc.)?~~ Seat, or others to buy or sell tickets?

~~☐ Not at all  ☐ A little  ☐ Somewhat  ☐ Very~~

☐ Never    ☐ Sometimes    ☐ Often

~~26.~~27.    Have you, or someone close to you, ever felt taken advantage of in a business matter?

☐ No    ☐ Yes, I have   ☐ Yes, someone close to me has

☐ Yes, both I and someone close to me have

a.    If yes, please explain: _____

_____

_____

_____

_____

~~27.~~28.    Before coming to court today, had you heard or read anything about this case?

☐ Yes                    ☐ Not Sure              ☐ No

a.    If **Yes** or **Not Sure**, explain: _____

_____

_____

~~28.~~29.    Is there any reason that you ~~cannot serve as~~believe you would be unable to be a fair and impartial juror in this case, deciding the case based only on the evidence and the law?

☐ Yes                   ☐ Not Sure               ☐ No

a.    If **Yes** or **Not Sure**, briefly explain: _____

_____

_____

_____

_____

_____

29.    Is there anything about your jury service that you would prefer to discuss in private?

☐ No                         ☐ Yes


**I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, nor received assistance in completing the questionnaire.**


**JUROR SIGNATURE: _____**

**DATE: _____, 2026**

**Plaintiffs' Position:** Plaintiffs do not believe that a supplemental questionnaire is warranted or necessary in this matter. However, in the event the Court agrees with Defendants' request to use a questionnaire, Plaintiffs propose the attached version.

**Defendants' Position:**

1.      The Court Should Issue A Supplemental Questionnaire.

        The Court has already indicated it intends to use a juror questionnaire in this case. ECF No. 879, ¶ 2.  Adding Defendants' supplemental questionnaire is appropriate here because it will "conserve judicial resource[s] and facilitate the jury selection process." *See United States v. Brown*, No. 1:20-cr-00293, 2022 WL 4586302, at *7 (E.D.N.Y. Sep. 29, 2022); *see also* Jury Selection Strategy and Science § 13:4 (3d ed. 2024) ("[Q]uestionnaires can be used to quickly reduce the potentially large number of potential jurors whose exposures and predispositions would interfere with their ability to render a fair verdict.").  To date, Plaintiffs have offered no reason why issuing a supplemental questionnaire as part of the *voir dire* process will be prejudicial.  Indeed, juror questionnaires have been used to supplement the *voir dire* process in other complex civil matters.  *See, e.g.*, *U.S. Airways, Inc. v. Sabre Holdings Corp.*, Case No. 1:11-cv-02725, ECF No. 1108 (S.D.N.Y. Mar. 3, 2022); *In re: Gen. Motors LLC Ignition Switch Litig.*, No. 1:14-md-02543, ECF No. 4183 (S.D.N.Y. July 5, 2017).  The Court should therefore exercise its discretion to issue a supplemental questionnaire to facilitate the jury selection process.

2.      Defendants' Version of the Supplemental Questionnaire Is Appropriate.

        Defendants' version of the supplemental questionnaire is a tailored proposal that can be easily administered alongside the hardship questionnaire.  It is limited to "major for-cause strike issues in the case," *United States v. Maxwell*, No. 1:20-cr-00330, 2022 WL 986298, at *2 (S.D.N.Y. Apr. 1, 2022), including, among other things, jurors' personal knowledge and experiences with the parties and likely witnesses in the case and jurors' awareness of publicity about the case.

        Most importantly, Defendants' Question 22 ("Have you ever purchased a ticket using Ticketmaster?") is a critical screen for bias.  To avoid prejudice to Defendants, it is necessary that jurors' decision-making is not driven by a desire to award damages to themselves or persons they know.  *See Tumey v. Ohio*, 273 U.S. 510, 522 (1927) (explaining decisionmakers should not have an "interest in the controversy to be decided"); *United States v. Delatorre*, 572 F. Supp. 2d 967, 989 (N.D. Ill. 2008) (juror bias is presumed where juror "has a financial interest in the outcome of the case").  If Plaintiff States object to making clear to jurors that they are not deciding their own damages, Defendants object to including any person on the jury who purchased a concert ticket from Ticketmaster.  Such persons may think that they are deciding their own damages, raising the possibility of severe bias against Defendants.  Defendants' Question 22 is thus of critical importance to understand which potential jurors could be

subject to this severe bias against Defendants.  Accordingly, if the Court is not inclined to issue Defendants' supplemental questionnaire, Defendants' request that Question 22 be added to the hardship questionnaire the Court intends to issue on February 25, 2026.

Several of the questions in Plaintiffs' version of the supplemental questionnaire are inappropriate and should be revised or removed:

- Plaintiffs' Question 17 assumes juror familiarity with the laws and asks jurors to give a legal opinion, which is not an appropriate subject of voir dire.

- Plaintiffs' Questions 19 and 20 are vague (as to the word "confidence" and the use of "nowadays") and unlikely to uncover potential juror bias. Defendants' Questions 18 and 19 mirror those being asked about Live Nation and Ticketmaster (*i.e.*, "Do you have strong opinions, position or negative, of ___?").

- Plaintiffs' Question 23, as written, assumes potential jurors have had some experience with Ticketmaster whereas Defendants' Question 23 is inclusive of people who have had no experience with Ticketmaster.

- Plaintiffs' Question 25 is compound, asking potential jurors to check a box if they have either heard of, used, or used the website of the listed ticketing companies.  Due to the compound nature of the question, the potential juror's answer will be unclear, requiring additional follow up.

- Plaintiffs' Question 26 asks "how often" the potential juror uses resale websites or apps, but there is no corresponding question for "how often" the potential juror uses primary ticketing websites or apps.  In contrast, Defendants' Questions 25 and 26 are consistently framed (*i.e.*, both ask "how familiar" the potential juror is with either primary or resale websites and apps).

- Plaintiffs' Question 29 is compound and also assumes the potential juror will understand the meaning of "evidence and the law" without instruction from the Court.  Defendants' Question 29 is clearer for the potential juror.

Defendants also request that the Court adopt Defendants' version of the supplemental questionnaire for the following reasons:  Defendants' Question 12 because Defendants' formatting is clearer; Defendants' Question 13 due to a the correction of a formatting error; and Defendants' Question 17 because Plaintiffs' additions of "Financial Analysis" and "Marketing & Promotion" are duplicative and confusing.