February 18, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**  *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS-SLC

Dear Judge Subramanian:

   Plaintiffs and Defendants submit this joint letter advising the Court of the parties' proposed topics for discussion at the February 23, 2026, final pretrial conference.

**I.   Issues for Discussion**

   1.   **Motions *in Limine***:  The parties respectfully request that the Court inform the parties whether it intends to hear argument on the parties' motions *in limine*, and if so, which motions it intends to address at the conference.

   2.   **Jury Instructions & Verdict Form**:  The parties respectfully request that the Court inform the parties whether it intends to hear argument on the parties' proposed "Post-Instruction" jury instructions (which are intended to be read to the jury after closing arguments) and the verdict form at the February 23 conference, or if the Court intends to address only the "Preliminary Instructions" at this time. *See* ECF Nos. 1031-9 – 1031-16.

   3.   **Voir Dire, Hardship Questionnaire & Supplemental Questionnaire**:  The parties would like to discuss the competing versions of the voir dire, hardship questionnaire, and supplemental questionnaire submitted with the Proposed Joint Pretrial Order.  *See* ECF Nos. 1031-17 – 1031-22.

   4.   **Proposed Joint Pretrial Order**:  The parties would like to discuss the disputed provisions in the Proposed Joint Pretrial Order.  *See* ECF No. 1031 ¶¶ 1, 9, 15, 18, 19, 26, 54.

   5.   **Treatment of Non-Party Witnesses as Hostile Witnesses**:  The parties would like to discuss whether certain non-party witnesses will be treated as hostile witnesses, for purposes of understanding whether each party can ask them leading questions at trial.

   6.   **Confidentiality Categories**:  The parties would like to discuss the categories of material that the parties propose should presumptively be permitted to be redacted/sealed at trial.  *See* ECF No. 1031 ¶ 52.

II. **Plaintiffs' Additional Issues for Discussion**

1. **Number of Jurors to be Selected**: Plaintiffs would like to discuss increasing to more than 8 the number of jurors to be seated, and relatedly, the number of jurors to be selected for voir dire.

2. **Defendants' Proposed 1006 Exhibits**: Plaintiffs would like to discuss the almost 300 exhibits Defendants have indicated they intend to offer as F.R.E. 1006 summaries, which include undisclosed expert analysis. *See* DX-3337 — DX-3387.

3. **Defendants' Objections to Plaintiffs' Exhibits**: Plaintiffs would like to discuss Defendants' voluminous objections to Plaintiffs' proposed exhibits, and the objections for which Plaintiffs are requesting an advanced ruling and/or the Court's guidance to ensure an efficient process during trial. *See* ECF No. 1031 ¶¶ 32-33.

4. **Production of Party Officer for Live Video Examination**: Plaintiffs intend to call Defendants' UK-based Chief Technology Officer to testify either live or via live remote video examination, however, Defendants refuse to produce the witness for a video examination because he is currently overseas.

5. **Plaintiffs' Ability to Call Recall Witnesses to Testify in Rebuttal Case**: Plaintiffs would like to discuss their ability to recall fact and/or expert witnesses to testify in a rebuttal case.

6. **Corporate Representative**: Plaintiffs request the Court order Defendants to designate their Corporate Representative and to indicate what confidential information – if any – that individual will be permitted to access during trial.

III. **Defendants' Additional Issues for Discussion**

1. **Defendants' Motion to Bifurcate the Trial**: Defendants would like to discuss their pending motion to bifurcate the trial such that only the State Plaintiffs' claims are tried to the jury. *See* ECF No. 1035.

2. **Defendants' Motion to Strike Fan Witnesses**: Defendants would like to discuss their pending motion to strike Lori Kelly and Callie Brennan—two "fan" witnesses disclosed by Plaintiffs for the first time on January 6, 2026—from Plaintiffs' trial witness list. *See* ECF No. 982.

3. **Defendants' Letter-Motion to Compel Plaintiffs to Narrow Their Trial Witness List**: Defendants would like to discuss their pending letter-motion for an order compelling Plaintiffs to narrow their trial witness list. *See* ECF No. 1032.

4. **Hard Copies of Exhibits for Jurors**: Defendants would like to discuss whether the Court intends to adopt the parties' proposed procedure for hard copies of exhibits used at trial, which does not contemplate providing hard copies of

exhibits to jurors (*see* ECF No. 1031 ¶ 49), or if the Court will require that the parties provide hard copies of exhibits to each juror, as stated in Rule 6(H) of the Court's Individual Practices for Hearings and Trials.

*[signatures on following page]*

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| Alfred C. Pfeiffer (admitted *pro hac vice*)<br>    *Co-Lead Trial Counsel*<br>David R. Marriott<br>    *Co-Lead Trial Counsel*<br>Timothy L. O'Mara (admitted *pro hac vice*)<br>Jennifer L. Giordano<br>Andrew M. Gass (admitted *pro hac vice*)<br>Kelly S. Fayne (admitted *pro hac vice*)<br>Lindsey S. Champlin (admitted *pro hac vice*)<br>Robin L. Gushman (admitted *pro hac vice*) | Lauren A. Moskowitz<br>Jesse M. Weiss<br>Nicole M. Peles<br><br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>(212) 474-1000<br><br>lmoskowitz@cravath.com<br>jweiss@cravath.com<br>npeles@cravath.com |

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* (right column)

cc: All counsel of record (via ECF)