UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al, <br><br>                             Plaintiffs, <br><br>       -against- <br><br> Live Nation Entertainment, Inc. and Ticketmaster L.L.C., <br><br>                             Defendants. | 24-CV-3973 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a telephonic hearing on the pending *Daubert* motions, at **2:30 pm ET tomorrow (2/19).** The parties are instructed to dial in by calling 646-453-4442 and entering conference ID 653 143 894 followed by the pound (#) symbol. Members of the public may also join using the same number.

Separately, plaintiffs are ordered to respond to defendants' motion to bifurcate, Dkt. 1034, by **Friday at 12:00 PM.**

SO ORDERED.

Dated: February 18, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge