

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

February 18, 2026

**By ECF Filing**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *United States of America, et al. v. Live Nation Entertainment, Inc., et al.*,
         1:24-cv-03973 (AS)
         Letter Motion Requesting Relief from In Person Attendance Requirement

Dear Judge Subramanian,

I write on behalf of the Plaintiff States in the *United States v. Live Nation* action. The Plaintiff States (other than New York) respectfully request relief from Rules 2.A and 4.C of the Court's Individual Practices in Civil Cases, requiring in-person attendance by Lead Trial Counsel, for the final pretrial conference scheduled for February 23, 2026. We request this relief to avoid duplicative expenses that are ultimately borne by the people of the States and to streamline the proceedings before the Court. Counsel for New York (or other States attending in person) will be designated to respond to any questions or issues on behalf of the Plaintiff States that arise at the pretrial conference.

Specifically, the Plaintiff States (other than New York) request leave to:

1.    attend the conference by audio or video, in-person, or by designating New York or another State that is physically present at the conference to represent them at this conference only; and

2.    for those States that do attend in-person or remotely, excuse designated Lead Trial Counsel who have scheduling conflicts, as long as another attorney for that Plaintiff State, who also works on this matter and is admitted, attends in lieu of designated Lead Trial Counsel.

We have advised Defendants of our intention to make this request, and they have informed us that they take no position.

We therefore respectfully request that this relief be granted for the upcoming February 23, 2026 hearing.

Respectfully submitted,

/s/ *Jonathan H. Hatch*
Assistant Attorney General
Office of the New York State Attorney General

*Lead Trial Counsel for Plaintiff State of New York*


cc:    All Counsel of Record (by ECF filing)