**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., <br>                     Plaintiffs, <br>      v. <br> LIVE NATION ENTERTAINMENT, INC., and <br> TICKETMASTER L.L.C., <br>                     Defendants. | Case No. 1:24-cv-03973-AS |

**CERTIFICATE OF SERVICE**

I, Curtis Strong, hereby certify and state that on February 18, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Memorandum in Opposition to Defendants' Motions in Limine (*see* ECF No. 1017), including all accompanying materials.

Dated: February 18, 2026

Respectfully submitted,

/s/ *Curtis Strong*