February 18, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

    **Re:**    *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS

Dear Judge Subramanian:

On behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-referenced action, we write pursuant to Rules 11(B) and 11(C)(i) of the Court's Individual Practices in Civil Cases to request that the limited, proposed redacted portions of the following document be provisionally filed under seal:

- Defendants' Opposition to Plaintiffs' Motions *in Limine* ("Opposition").[1]

The information Defendants propose to redact in the above-referenced Opposition is third-party information that may implicate such third parties' confidentiality interests. Defendants take no position on whether such information is actually confidential to any third party, but have filed this information under seal consistent with the parties' and the Court's approach to third-party confidential information in the parties' summary judgment papers and related materials to-date.

Defendants are notifying the relevant third parties of their information at issue in the Opposition so that they may separately file motions seeking to maintain sealed treatment of their materials should they believe such treatment is warranted, in accordance with the Court's rules and procedures.

Defendants will concurrently file a redacted version of the Opposition publicly.

*[signatures on following page]*

---

[1] In accordance with the Court's February 9, 2026 Order, ECF No. 1011, Defendants will separately submit an accompanying declaration and exhibits to the Court via electronic transmission. Pursuant to that Order, Defendants will not submit—nor notify third parties that they must submit—a separate sealing application for those electronically transmitted materials.

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|

_____

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

_____

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*