UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al.,

                  Plaintiffs,

     -against-

Live Nation Entertainment, Inc. and
Ticketmaster L.L.C.,

                Defendants.

24-CV-3973 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's hearing, the pretrial conference is rescheduled to **Tuesday, February 24, 2026 at 11:00 AM** in **Courtroom 23B**. The Court further orders:

(1) Counsel for Live Nation should email counsel for plaintiffs the paragraphs at issue in Hill's report that they believe are out of the case **today**, **February 19, 2026**, and they should meet and confer with plaintiffs concerning whether there is a dispute that needs to be addressed by the Court;

(2) Live Nation should file a letter, no longer than two pages, identifying any additional cases or authorities (with quotes but no further argument) with respect to its two letter briefs filed today, Dkts. 1048, 1049, **today, February 19, 2026**;

(3) Plaintiffs should respond to these two letter briefs by **Saturday, February 21 at noon**;

(4) Plaintiffs should file any response to the Court's discussion of the expert testimony of Abrantes-Metz by **Monday, February 23, 2026 at noon**;

(5) Plaintiffs should share with Live Nation a new will-call witness list reflecting the witnesses that they plan to call to the stand during trial by **Monday, February 23, 2026 at 10:00 AM** and Live Nation should respond with their new will-call witness list by **Monday, February 23, 2026 at 6:00 PM.**

Dated: February 19, 2026
     New York, New York

                                ARUN SUBRAMANIAN
                             United States District Judge