UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al,,<br><br>       Plaintiffs,<br><br>  -against-<br><br>Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,<br><br>       Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court resolves some of the pending motions in this case as follows:

1. The Court is in receipt of numerous unopposed motions to seal filings in this case. These motions are GRANTED (Dkts. 687, 702, 705, 708, 733, 737, 738, 739, 745, 789, 792, 796, 798, 814, 823, 849, 850, 872, 873, 881, 883, 885, 886, 887, 888, 891, 895, 896, 897, 898, 899, 900, 901, 902, 904, 905, 907, 908, 913, 915, 916, 917, 918, 919, 920, 922, 923, 925, 926, 928, 930, 934, 935, 940, 946, 948, 955, 963, 964, 965, 974, 975, 989, 990, 991, 996, 1002, 1004, 1005, 1006, 1007, 1008, 1009, 1012, 1016, 1026, 1028, 1040, and 1044).

2. Live Nation's motion to strike plaintiffs' two fan witnesses, Dkt. 981, is DENIED. Here, while the two witnesses identified by plaintiffs were not identified during the discovery period, several factors counsel against precluding these witnesses from testifying at trial. First, the parties proposed a protocol that permitted late-disclosed trial witnesses as long as they were identified reasonably in advance of trial so that they could be deposed and their documents turned over. Here, the witnesses were identified on January 6. While two months might not meet that standard for some witnesses, here the witnesses are providing brief testimony concerning their experiences of fans and customers that won't require upending the trial schedule. And according to the plaintiffs, nothing stood in the way of Live Nation deposing these witnesses and getting their documents (and they can still do so now). Plus,

Live Nation itself disclosed a few witnesses late pursuant to the same protocol, and while there may differences in the circumstances among all these witnesses, none of those differences supports barring the fans from testifying.

3. The motion to withdraw as counsel by ASM Global for Deborah L. Feinstein, Dkt. 868, is GRANTED. The Clerk of Court is respectfully directed to remove Ms. Feinstein from notifications in this case.

4. The motions of Patrick Risdon Hayes, Dkt. 1025, and Jonathan I. Kravis, Dkt. 1027, to appear pro hac vice, are GRANTED.

The Clerk of Court is also respectfully directed to terminate Dkt. 1039, which was disposed of at the Court's February 19, 2026 hearing. Dkt. 1050.

SO ORDERED.

Dated: February 20, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge