**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | Case No.: 1:24-cv-03973-AS |
| v. | |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., | |
| *Defendants.* | |

**CERTIFICATE OF SERVICE**

I, Brent Nakamura, hereby certify and state that on February 23, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Letter Motion to Seal, dated February 23, 2026, signed by Jonathan H. Hatch;

- Plaintiffs' Submission Regarding Defendants pending Motion to Exclude the Reports, Opinions, and Testimony of Monetary Relief States' Damages Expert Dr. Rosa Abrantes-Metz (ECF No. 707); and

- All accompanying exhibits.

Dated:  February 23, 2026       Respectfully Submitted,

By: */s/ Brent Nakamura*
Brent Nakamura