UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:24–cv–03973-AS |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The Motion for Emily Murphys ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that she is an active member in good standing in the Bar of the District of Columbia, and her contact information is as follows:

Emily Murphy, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: 202-383-5300
Fax: 202-383-5414
Email: emurphy@omm.com

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for non-parties Irving Azoff and The Azoff Company Holdings LLC in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United Stated District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____, 2026         _____
                                         UNITED STATES DISTRICT JUDGE