February 24, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    *United States et al. v. Live Nation Entertainment, Inc. et al.*; **1:24-cv-03973-AS**

Dear Judge Subramanian:

On behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-referenced action, we write pursuant to Rules 11(B) and 11(C)(i) of the Court's Individual Practices in Civil Cases to request that the following documents be provisionally filed under seal:

- Defendants' Letter Response to Plaintiffs' Submission (ECF No. 1064) Regarding Dr. Rosa M. Abrantes-Metz ("Letter Response"); and
- Declaration of Alfred C. Pfeiffer in Support of Defendants' Letter Response, and accompanying Exhibits 1-3.

Defendants seek to file these materials provisionally under seal, given the ongoing and yet unresolved discussions regarding confidentiality processes and procedures for the upcoming trial and related materials, which will be one subject of the February 25, 2026 pretrial conference.

The documents referenced above include Defendants' non-public prices, fees, and percentages and other competitively sensitive contract terms in contracts currently in effect, as well as third-party information that may implicate such third parties' confidentiality interests. Defendants take no position on whether such third-party information is actually confidential to any third party, but have filed this information under seal consistent with the parties' and the Court's approach to third-party confidential information in the parties' *Daubert* papers and related materials to-date.

Defendants will concurrently file a redacted version of the Letter Response publicly.

*[signatures on following page]*

Dated:  February 24, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

CRAVATH, SWAINE & MOORE LLP

_____

_____

Alfred C. Pfeiffer (admitted *pro hac vice*)
  *Co-Lead Trial Counsel*
David R. Marriott
  *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

2