UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS |

### CERTIFICATE OF SERVICE

I, Leah A. Wisser, hereby certify and state that on February 24, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transmission, as agreed upon by counsel:

- Defendants' Letter Response to Plaintiffs' Submission (ECF No. 1064) Regarding Dr. Rosa M. Abrantes-Metz ("Letter Response"); and
- Declaration of Alfred C. Pfeiffer in Support of Defendants' Letter Response, and accompanying Exhibits 1-3.

Dated: February 24, 2026

Respectfully submitted,

*/s/ Leah Wisser*

_____
Leah A. Wisser