February 26, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:    *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS

Dear Judge Subramanian:

      We write briefly in response to Plaintiffs' letter of today's date regarding Mr. Wall.

      First, the core of Plaintiffs' stated concerns stems from their characterization of Mr. Wall as "a competitive decision-maker." Dkt. No. 1085 at 2. Plaintiffs state this is indisputable, but it is not accurate at all. Mr. Wall does not make any competitive decisions. He has no involvement, for example, in any contract negotiations, pitch strategy, or other activities for which third-party pricing information and the like would be useful. As we have said previously, he is consulted on such activities only if and to the extent there is some legal issue that those who do make such decisions bring to his attention. Should the Court have any questions or concerns about this, Mr. Wall would be happy to answer questions under oath.

      That said, Mr. Wall is willing to commit that he will not reveal or use any non-public information he learns during the course of this trial, or in preparing for trial, for any purpose outside the litigation.

      It is not appropriate to bar Mr. Wall from reviewing such information before it is used at trial. That means that Mr. Wall would be unable to assist in developing cross examination for all SeatGeek, AEG/AXS and other competitor witnesses, among others. Even now on the eve of trial, we have been unable to share with Mr. Wall basic information such as evidence of threats allegedly made by Ticketmaster against venues. None of that will be sealed at trial, so outside counsel should be able to disclose material now upon a good-faith judgment that it will not be sealed at trial.

*[signatures on following page]*

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| *(signature)* | *(signature)* |

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc:    All Counsel of Record (via ECF)