**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:** *United States et al. v. Live Nation Entertainment, Inc. et al.*; **1:24-cv-03973**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. Pursuant to Rules 11(B) and 11(C)(i)–(ii) of this Court's Individual Practices in Civil Cases, Defendants respectfully submit this response to the letter motion of non-party LA Clippers LLC ("the Clippers") requesting the sealing or redaction of certain exhibits and deposition designations proposed for use by the parties at trial (ECF No. 1068).

The confidentiality procedures set forth in the parties' Proposed Joint Pre-Trial Order (ECF No. 1031), which were endorsed by the Court on February 20, 2026 (ECF No. 1053) and further discussed with the Court at the February 25, 2026 pre-trial conference, contemplate that parties and non-parties will continue to meet and confer regarding proposed redactions prior to the introduction of exhibits and designations at trial. Defendants' current position is that the Clippers' requested redactions are overbroad and inconsistent with the guidelines agreed to by the parties and endorsed by the Court, *see* ECF No. 1031 ¶ 52; ECF No. 1053 at 3, as well as with the governing standards for the sealing of judicial documents set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

However, this issue is not yet ripe for the Court's attention. Defendants will continue to meet and confer with the Clippers to discuss narrowing of their redactions prior to any Clippers information being introduced at trial.

Dated:  February 26, 2026

Respectfully submitted,

LATHAM & WATKINS LLP                    CRAVATH, SWAINE & MOORE LLP

_____         _____
Alfred C. Pfeiffer (admitted *pro hac vice*     Lauren A. Moskowitz
Alfred C. Pfeiffer (admitted *pro hac vice*)    Lauren A. Moskowitz
    *Co-Lead Trial Counsel*                      Jesse M. Weiss
David R. Marriott                               Nicole M. Peles
    *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)        Two Manhattan West
Timothy L. O'Mara (admitted *pro hac vice*)     375 Ninth Avenue
Jennifer L. Giordano                            New York, NY 10001
Kelly S. Fayne (admitted *pro hac vice*)        (212) 474-1000
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)      lmoskowitz@cravath.com
                                                jweiss@cravath.com
505 Montgomery Street, Suite 2000               npeles@cravath.com
San Francisco, CA 94111                         *Attorneys for Defendants Live Nation*
(415) 391-0600                                  *Entertainment, Inc. and Ticketmaster L.L.C.*

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)