AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cv-03973-AS |
| Live Nation Entertainment, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paciolan, LLC                                                                                            .

Date:   03/02/2026

/s/ Arthur J. Burke
*Attorney's signature*

Arthur J. Burke
*Printed name and bar number*

450 Lexington Avenue
New York, NY 10017

*Address*

arthur.burke@davispolk.com
*E-mail address*

(212) 450-4352
*Telephone number*

(212) 701-5352
*FAX number*