IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS |

**MOTION TO WITHDRAW**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, I, Nicole Demers, move the Court to withdraw Victoria Field as counsel for the Plaintiff State of Connecticut. Victoria Field departed the Connecticut Office of the Attorney General effective February 13, 2026. I have an appearance in this case and will continue to handle this matter for the Plaintiff State of Connecticut.

**DATED: March 02, 2026**

Respectfully Submitted,

*/s/ Nicole Demers* _____

Nicole Demers
Deputy Associate Attorney General
**Connecticut Office of the Attorney General**
165 Capitol Avenue
Hartford, CT 06106
T: (860) 808-50030
E: nicole.demers@ct.gov

*Attorney for the Plaintiff State of Connecticut*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS |

**[PROPOSED] ORDER**

The motion of Victoria Field to withdraw as counsel for the State of Connecticut in the above-captioned matter is granted.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
Hon. Arun Subramanian
United States District Judge

## **CERTIFICATE OF SERVICE**

I, Nicole Demers, hereby certify that on March 02, 2026, I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.

*/s/ Nicole Demers*
Nicole Demers
