**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS <br><br> **ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF SERVICE**

I, Robin L. Gushman, hereby certify and state that on March 2, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Declaration of Robin L. Gushman in Support of Defendants' Additional Motions *in Limine* and accompanying Exhibit 1.

Dated: March 2, 2026

Respectfully submitted,

Robin L. Gushman