UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>       Plaintiffs,<br><br>   -against-<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER LLC,<br><br>       Defendants. | 24-cv-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court received the attached communication from Matthew Lee of Inner City Press. It is ORDERED that the text exchange between John Abbamondi and Patti Kim, marked and admitted as Plaintiff Exhibit 654 be unsealed and filed on ECF for public access. It is further ORDERED that Plaintiff Exhibit 230 be unsealed and filed on ECF. Separately, the party that moves for any exhibit to be admitted is responsible for filing the exhibit (if necessary, with approved redactions) on the Docket on the week that it is used during trial.

  SO ORDERED.

Dated: March 4, 2026
   New York, New York

                    _____
                     ARUN SUBRAMANIAN
                    United States District Judge

# Inner City Press

March 4, 2026

By E-mail to Chambers

Hon. Arun Subramanian, United States District Judge
Southern District of New York, 500 Pearl Street, New York, NY 10007

Re: Press application to unseal / for access to exhibits (and to proceedings) in USA v. Live Nation Entertainment, et al., 24-cv-3973 (AS)

Dear Judge Subramanian:

  Inner City Press has been covering the above captioned case, like many others, since the Complaint was filed in May 2024.

  Now that trial has begun, exhibits and filings are being withheld - this specifically challenges the withholding of an exhibit this morning, seemingly a text message between witness Abbamondi and Patty Kim of Live Nation.

  It was said, cut off the public view - but then the audio also went dead, and remains so in the SDNY Press Room as of this writing, nearly an hour.

  In the courtroom, it seems many seats have been set aside for the parties, but too few for the press and public. Therefore Inner City Press relies on the feed, and it is not working, making it nearly impossible to cover this important trial.

   This also challenges last night's formal request to seal by Tennessee Football LLC (Dkt 1108), and that of the LA Clippers (Dkt 1091), IMP (Dkt 1071) -

  A better process should be established for the public and press to be able to challenge such sealing, along the lines of https://www.cod.uscourts.gov/Seal.aspx

See, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006) - which states, "The common law right of public access to judicial documents is firmly rooted in our nation's history."

   At the most recent meeting of this Court's Media Access Committee it was suggested that such request should be made in writing to the District Judge. Particularly in a case with so many intervenors, it would seem to be up to the Court to docket this and such filings, and to direct the parties to file public letters, going forward.   Please docket this challenge to the sealing(s) in this case, as SDNY Judges Hellerstein, Castel, Caproni, Furman and others have done. See, e.g.,

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017

https://storage.courtlistener.com/recap/gov.uscourts.nysd.516151/gov.uscourts.nysd.516151.85.0.pdf . See also, US v. Combs, 24-cr-542 (AS) at Dkt 336, Inner City Press filing to unseal.

   We are cc-ing Messrs. Dahlquist and Marriott.

   If deemed necessary, this now is a request to intervene, see *United States v. All Funds on Deposit at Wells Fargo Bank*, 643 F. Supp. 2d 577, 580 (S.D.N.Y. 2009)

   Please act on, and docket, this request, as soon as possible.

Thank you.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press


cc: david.dahlquist@usdoj.gov, David.Marriott@lw.com