IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No.: 1:24-cv-03973-AS<br><br>MOTION TO WITHDRAW APPEARANCE |

Pursuant to Local Civil Rule 1.4, the undersigned counsel moves the Court to withdraw as counsel of record for the State of Arizona. Robert Bernheim, who has been admitted *pro hac vice* in this matter and entered an appearance, will continue to represent the State of Arizona.

Dated: March 5, 2026

Respectfully Submitted,

/s/ *Connor Nolan*
Connor Nolan
Assistant Attorney General
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
consumer@azag.gov

*Attorney for Plaintiff State of Arizona*

---

Application GRANTED. The Clerk of Court is respectfully directed to remove Mr. Nolan as counsel in this case, and to terminate the motion at Dkt. 1118.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Dated: March 5, 2026

## **CERTIFICATE OF SERVICE**

      I, Catherine Ryland, hereby certify that on March 05, 2026, I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.

                                    */s/* Catherine Ryland
                                    Catherine Ryland