## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *et al.*,

Plaintiffs,

v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C.,

Defendants.

Case No. 1:24-cv-03973-AS

### [PROPOSED] ORDER

The motion of Victoria Field to withdraw as counsel for the State of Connecticut in

the above-captioned matter is granted.

IT IS SO ORDERED.

The Clerk of Court is respectfully directed
to terminate the motion at Dkt. 1099.

DATED this __5__ day of _____March_____, 2026.

Hon. Arun Subramanian
United States District Judge

## **CERTIFICATE OF SERVICE**

I, Nicole Demers, hereby certify that on March 02, 2026, I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.

/s/ *Nicole Demers*
Nicole Demers