# ENCLOSURE

**PX0215** and **PX1065** (JX1205), with proposed redactions from non-party LA Clippers LLC

Provided to the Court under seal via email sent to SubramanianNYSDChambers@nysd.uscourts.gov, copying the parties' counsel of record, on March 5, 2026