**COHEN & GRESSER LLP**

2001 Pennsylvania Avenu
Suite 300
Washington, DC 20006
+1 202 851 2070 phone
www.cohengresser.com

**VIA ECF**                                                                                      March 6, 2026

The Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

_Re: United States, et al. v. Live Nation Entertainment, Inc., et al._, No. 1:24-cv-03973

Dear Judge Subramanian:

Non-party SeatGeek, Inc. ("SeatGeek"), through the undersigned counsel, writes pursuant to Rule 11(C)(i) of the Court's Individual Practices in Civil Cases for emergency relief delaying the publication of all SeatGeek contracts that were admitted into evidence during today's trial testimony of Mr. Jack Groetzinger (Chief Executive Officer of SeatGeek), including but not limited to DX-186; DX-811; DX-1393(1); DX-1393(7); DX-1393(9); DX-1393(13); DX-1393(17); DX-1393(26); DX-1393(38); DX-1393(56); DX-1393(63); DX-1393(71); DX-1393(79); and PX-276.

Most of these exhibits were previously the subject of a sealing request e-mailed to Your Honor on March 3, 2026, which was granted by the Court on March 4, 2026. At the time, Defendants advised SeatGeek that they intended to seek to admit the documents in excerpted form, and SeatGeek provided redactions as to only the pages Defendants identified as part of these excerpts. SeatGeek understands that the entire exhibits were offered and admitted into evidence today, not just the excerpts. Additionally, it appears Defendants did not identify two of the documents, DX-1393(9) and PX-276, to SeatGeek in advance as documents they intended to admit into evidence during Mr. Groetzinger's examination; therefore, SeatGeek did not submit proposed redactions of these exhibits to the Court in its March 3 submission.

In light of Your Honor's rulings this morning regarding the sealing and redaction of exhibits and the public filing of exhibits and the large volume of contracts introduced during Mr. Groetzinger's testimony, SeatGeek requests that the Court order the parties to refrain from filing any SeatGeek contracts introduced during Mr. Groetzinger's testimony, including the above-referenced exhibits, on the public docket before Monday at 5 p.m. This will allow SeatGeek to: 1) submit a sealing request as to DX-1393(9) and PX-276, as well as to the pages excluded from the excerpted versions of the remaining exhibits referenced above; and 2) review the trial transcript for the completeness of the above list and submit any other sealing requests as necessary.



March 6, 2026
Page 2


Respectfully submitted,

COHEN & GRESSER LLP


*/s/ Ronald F. Wick*
Melissa H. Maxman (admitted *pro hac vice*)
Ronald F. Wick (admitted *pro hac vice*)
Derek Jackson
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C.  20006

William E. Kalema
800 Third Avenue
New York, New York 10022

mmaxman@cohengresser.com
rwick@cohengresser.com
djackson@cohengresser.com
wkalema@cohengresser.com

Attorneys for Non-Party SeatGeek, Inc.