

March 7, 2026

**Nicole H. Sprinzen**
Direct Phone    202-471-3451
Direct Fax        202-499-2941
nsprinzen@cozen.com

**VIA ECF**

The Honorable Arun Subramanian
U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:    *United States et al. v. Live Nation Entertainment, Inc., et al*.; 1:24-cv-03973-AS-SLC
        Non-Party It's My Party, Inc.'s Requests to Seal Trial Exhibits

Dear Judge Subramanian:

Pursuant to the Court's directions during trial on March 6, 2026, non-party It's My Party, Inc. hereby files its two redaction requests previously emailed to Chambers as Exhibit A (Exhibits Noticed by Plaintiffs) and Exhibit B (Exhibits Noticed by Defendants).

As to PX0194, I.M.P.'s request for redactions was withdrawn by agreement with Plaintiffs on March 5, 2026.

Sincerely,

COZEN O'CONNOR

*/s/ Nicole H. Sprinzen*

By:    Nicole H. Sprinzen, *admitted pro hac vice*

---