# Exhibit A



March 4, 2026

**VIA EMAIL TO CHAMBERS**

**Nicole H. Sprinzen**
Direct Phone  202-471-3451
Direct Fax     202-499-2941
nsprinzen@cozen.com

The Honorable Arun Subramanian
U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:   *United States et al. v. Live Nation Entertainment, Inc., et al*.; 1:24-cv-03973-AS-SLC
       Request to Redact Trial Exhibits of Non-Party It's My Party, Inc. Noticed by Plaintiffs

Dear Judge Subramanian:

Pursuant to the procedures set by this Court (ECF 1086 ¶10), non-party It's My Party, Inc. ("I.M.P.") requests that the following four (4) trial exhibits noticed by Plaintiffs for use at trial tomorrow be redacted as marked in the attached PDFs: DX-0865, PX0194, PX0195, and PX1254.

In compliance with the Court's Order, I.M.P. provided its proposed redactions to Plaintiffs' counsel on Tuesday, March 3, 2026, counsel for I.M.P. and Plaintiffs met and conferred on Wednesday, March 4, 2026, and Plaintiffs' counsel indicated that they do not object to these redaction requests. The rationale for redactions in each document is outlined briefly below:

| Exhibit | Basis for Redaction |
|---|---|
| DX-0865 | The designations reflect confidential business and financial information that is relevant to I.M.P.'s current operations, competitive pricing, and profit margins as a venue operator negotiating with other promoters. The redacted text reflects non-public business and operations strategy as to how I.M.P. competes as a venue operator. I.M.P. seeks redaction of the specifically negotiated terms and provisions, as compared to the standard terms found on pages 10-13. The document is dated 2023 and the redacted terms are competitively sensitive contract terms that are presumptively permitted to be redacted at trial, per the Court's Order. (ECF 1053 at 3 (XV.52).) |
| PX0194 | The designations reflect non-public confidential trade secret and business information, and business strategy. While the document does not fall within the presumptive categories for redaction/sealing approved by the Court (ECF 1053 at 3 (XV.52)) because the document is dated 2019 and includes discussion of potential terms in 2020, the marked text reflects contract negotiation strategy, as well as competitively sensitive contract provisions and values that are competitively sensitive to I.M.P.'s current business model and business strategy. |

The Honorable Arun Subramanian
March 4, 2026
Page 2

| | |
|---|---|
| PX0195 | The designations reflect non-public confidential trade secret and business information, and business strategy. While the document does not fall within the presumptive categories approved by the Court because the document is dated 2018 (ECF 1053 at 3 (XV.52); ECF 1031 at 29), the marked text reflects competitively sensitive contract provisions and values that are competitively sensitive to I.M.P.'s current business model and business strategy. More recent contracts are premised upon this agreement, and disclosure of the marked text could allow a competitor to extrapolate the likely terms of recent and current agreements between I.M.P. and Ticketmaster. |
| PX1254 | The designations reflect confidential business and financial information that is relevant to I.M.P.'s current operations and competitive pricing and profit margin, and non-public business and operations strategy.  While the document does not fall within the presumptive categories approved by the Court because the document is dated 2018 (ECF 1053 at 3 (XV.52); ECF 1031 at 29), the marked text reflects competitively sensitive contract provisions and values that are competitively sensitive to I.M.P.'s current business model and business strategy. The structure and terms of this agreement remain relevant to I.M.P.'s current agreement and, therefore, the public release of these details would harm I.M.P. in its negotiation with other ticketing providers. |

We thank the Court for its attention to this matter.

Sincerely,

COZEN O'CONNOR

*/s/ Nicole H. Sprinzen*

By:    Nicole H. Sprinzen, *admitted pro hac vice*


cc: Counsel for the parties via the following:
      ATR-USLNE-Trial-DOJ@usdoj.gov
      LiveNationTrialStates@ag.ny.gov
      usvlivenationlitigationfull.lwteam@lw.com
      LN_Lit_CSM@cravath.com

# **Attachment**

**DX-0865, PX0194, PX0195,** and **PX1254**, with proposed redactions from non-party It's My Party, Inc.

Provided to the Court under seal via email sent to SubramanianNYSDChambers@nysd.uscourts.gov, copying the parties' counsel of record, on March 4, 2026