

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York  NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
bclplaw.com

**March 7, 2026**

Emmet P. Ong
Partner
emmet.ong@bclplaw.com

The Honorable Arun Subramanian
United States District Court Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 15A
New York, NY 10007

**FILED BY ECF**

**RE:    *United States et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-3973-AS**

Dear Judge Subramanian:

Pursuant to the Court's oral directions on March 6, 2026, non-parties Minnesota Hockey Ventures Group, LP, Minnesota Wild Hockey Club, LP, and Saint Paul Arena Company, LLC hereby files their sealing request previously emailed to the Court as Exhibit A.

Respectfully submitted,


*/s/ Emmet P. Ong*

**Emmet P. Ong**
Partner

cc:    All counsel of record (via ECF)

      Rebecca A. D. Nelson (rebecca.nelson@bclplaw.com)
      Emilee Hargis (emilee.hargis@bclplaw.com)