

**COHEN & GRESSER LLP**

2001 Pennsylvania Avenu
Suite 300
Washington, DC 20006
+1 202 851 2070 phone
www.cohengresser.com

**VIA ECF**

March 7, 2026

The Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: *United States, et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-03973

Dear Judge Subramanian:

Pursuant to the Court's instructions at trial on March 6, 2026, non-party SeatGeek, Inc. hereby files its email correspondence with the Court of March 2 and March 3, 2026, regarding redactions to trial exhibits, as Exhibits A and B to this letter, respectively.

Respectfully submitted,

COHEN & GRESSER LLP

*/s/ Ronald F. Wick*
Melissa H. Maxman (admitted *pro hac vice*)
Ronald F. Wick (admitted *pro hac vice*)
Derek Jackson
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C.  20006

William E. Kalema
800 Third Avenue
New York, New York 10022

mmaxman@cohengresser.com
rwick@cohengresser.com
djackson@cohengresser.com
wkalema@cohengresser.com

Attorneys for Non-Party SeatGeek, Inc.