# Exhibit A

| | |
|---|---|
| **From:** | Ronald F. Wick |
| **To:** | SubramanianNYSDChambers@nysd.uscourts.gov |
| **Cc:** | ATR-USLNE-Trial-DOJ@usdoj.gov; LiveNationTrialStates@ag.ny.gov; usvlivenationlitigationfull.lwteam@lw.com; LN_Lit_CSM@cravath.com |
| **Subject:** | United States, et al. v. Live Nation Entertainment, Inc., et al., No. 1:24-cv-03973; SeatGeek Request Regarding Confidentiality Designations |
| **Date:** | Monday, March 2, 2026 8:39:00 PM |
| **Attachments:** | image002.png |

Dear Judge Subramanian,

I write on behalf of non-party SeatGeek, Inc., regarding confidentiality of five SeatGeek documents that the parties have indicated they intend to use during tomorrow's examination of John Abbamondi.

One of those documents, SG-CID-00003281, is a dataset containing more than 4,000 rows of data, each of which contains notes about a particular discussion or contact between SeatGeek and a prospective client.  If the dataset were made public in its entirety, it would provide SeatGeek's competitors with an encyclopedic history of SeatGeek's discussions with prospective clients over a significant period of time.  Defendants have identified the particular portions of SG-CID-00003281 that they intend to use tomorrow, and SeatGeek does not seek to seal or redact those portions.  However, SeatGeek requests that the remainder of the document, which is highly sensitive and which will not be used at trial, retain its Highly Confidential designation pursuant to the Amended Protective Order.

Rather than submit proposed redactions at this time that would effectively reveal the portions of the document Defendants intend to use, SeatGeek requests that (i) it be permitted to defer the submission of its redaction request for SG-CID-00003281, if used, until the business day following the conclusion of Mr. Abbamondi's testimony, and (ii) all portions of SG-CID-00003281 that are not used in trial retain their Highly Confidential designation pending the submission and disposition of SeatGeek's redaction request.  Defendants have advised that they have no objection to this proposal.

Redactions to the remaining SeatGeek documents identified for use tomorrow are limited to redactions of personal phone numbers, which SeatGeek understands constitute presumptively confidential information for which no application is required.  Should the Court require such a submission, SeatGeek will provide copies of the redactions promptly.

Respectfully submitted,


Ronald F. Wick

Counsel for SeatGeek, Inc.

2001 Pennsylvania Ave, NW  
Suite 300  
Washington, D.C. 20006  
+1 202 851 2072  
rwick@cohengresser.com  |  view bio  
www.cohengresser.com

New York  |  Paris  |  Washington, D.C.  |  London  |  Dubai



CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.

PRIVACY: A complete copy of our privacy policy can be viewed at: www.cohengresser.com/privacy-policy.