# Exhibit B

| | |
|---|---|
| From: | Ronald F. Wick |
| To: | SubramanianNYSDChambers@nysd.uscourts.gov |
| Cc: | ATR-USLNE-Trial-DOJ@usdoj.gov; LiveNationTrialStates@ag.ny.gov; usvlivenationlitigationfull.lwteam@lw.com; LN_Lit_CSM@cravath.com |
| Subject: | United States, et al. v. Live Nation Entertainment, Inc., et al., No. 1:24-cv-03973; SeatGeek Request Regarding Confidentiality Designations |
| Date: | Tuesday, March 3, 2026 8:07:00 PM |
| Attachments: | image002.png |

Dear Judge Subramanian,

On behalf of non-party SeatGeek, Inc., I write to submit SeatGeek's requested confidentiality designations for trial exhibits that the parties have advised that they intend to use in tomorrow's scheduled examination of Jack Groetzinger. Plaintiffs have advised SeatGeek that they do not oppose SeatGeek's proposed designations for the exhibit they have identified, and Defendants have advised SeatGeek that they do not oppose SeatGeek's proposed designations for the exhibits they have identified.

SeatGeek is mindful of the strong presumption of public access and have endeavored to tailor their redactions narrowly so that only information of the highest sensitivity is sealed or redacted if used at trial.

SeatGeek's "redboxed" designations are too large to send as an attachment to this email but can be accessed in a ShareFile folder at the following link:

https://cohengresser.sharefile.com/d-s88f869bb74e64b0688268e89f41c16a8.

If the Court is unable to access these files or prefers a different method of submission, please let me know.

The below table sets forth each exhibit for which confidential treatment is requested and the basis for each such request. SeatGeek has not included exhibits for which only personal phone numbers or email addresses have been redacted, as SeatGeek understands that such material is deemed presumptively confidential and does not require a separate application to the Court.

| Exhibit | Basis for Redaction(s) |
|---|---|
| PX0285 | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing ticketing contract, as well as competitively sensitive terms that are not relevant to the case. In addition, SeatGeek seeks to redact portions of a make-good clause that identifies the specific basis for triggering the clause. This basis is not common in the make-good clauses SeatGeek has offered, and its disclosure could adversely impact SeatGeek's ability to offer such clauses in the future. |
| DX-186 | SeatGeek seeks to redact pricing, fees, and similar compensation information from a ticketing contract. Although the contract is no longer in effect, SeatGeek regards the financial terms of its contracts as competitively sensitive and does not believe the specific pricing information in this contract is relevant to the case. SeatGeek has narrowly tailored its redactions so that only this information is redacted. |
| DX-291 | SeatGeek seeks to redact the name of a sports team that disclosed to SeatGeek confidentially that it had received a threat from Defendants, as well as that of a name of an existing client who confidentially disclosed to SeatGeek a communication with a Ticketmaster executive regarding the threat. Public disclosure of this information could subject either team to retaliation from Defendants, and thereby harm SeatGeek's relationship with either or both teams. |
| DX-295 | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-401 | SeatGeek seeks to redact, from an internal discussion about negotiations with BSE, messages that appear to discuss an unrelated transaction. |
| DX-533 | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing ticketing contract, as well as competitively sensitive terms that are not relevant to the case. In addition, SeatGeek seeks to redact portions of a make-good clause that identifies the specific basis for triggering the clause. This basis is not common in the make-good clauses SeatGeek has offered, and its disclosure could adversely impact SeatGeek's ability to offer such clauses in the future. |
| DX-645 | SeatGeek seeks to redact specific dollar figures and percentages from quoted language in one of its ticketing contracts in correspondence, and from a proposal to modify the contract. Although the contract is no longer in effect, SeatGeek regards the financial terms of its contracts as competitively sensitive and does not believe the specific pricing information in this contract is relevant to the case. SeatGeek has narrowly tailored its redactions so that only these numbers are redacted. |
| DX-715 | In addition to redacting phone numbers, SeatGeek seeks to redact the identity of a current SeatGeek client who confidentially disclosed a threat from Oak View Group. SeatGeek believes the individual's statements in the exhibit reflect the risk of retaliation from Defendants and the potential harm to an existing SeatGeek client relationship if the information becomes public. |
| DX-742 | SeatGeek seeks to redact compensation information regarding an executive who has no connection to the case, in order to protect both the employee's privacy and SeatGeek's interest in maintaining the confidentiality of its executives' compensation, as well as a valuation figure that SeatGeek regards as confidential. |
| DX-769 | SeatGeek seeks to redact confidential internal discussions about an existing client, the status of the client relationship, the validity of concerns expressed by the client, and strategies to secure the relationship and protect it against future competition from Defendants. Disclosure of these discussions would threaten to harm an existing client relationship. The redactions are narrowly tailored so as not to redact portions of the discussion that do not address these issues. |
| DX-803 | SeatGeek seeks to redact portions of a confidential internal analysis of its relationship with an existing client, which addresses strengths, weaknesses, and strategies in improving the relationship. Public disclosure of this analysis would threaten to harm an existing client relationship. SeatGeek has left unredacted portions of the document that evaluate the attraction of third-party events, focusing its redactions on portions that appear less relevant. |
| DX-811 | SeatGeek seeks to redact specific dollar figures and percentages from a current contract, as well as competitively sensitive terms that are not relevant to the litigation. |

| | |
|---|---|
| DX-812 | SeatGeek seeks to redact specific, non-public financial figures. |
| DX-936 | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-991 | SeatGeek seeks to redact one message in a confidential internal discussion between executives of SeatGeek's relationship with an existing client, which includes a candid evaluation of the relationship and its future.  Public disclosure of this analysis would threaten to harm this existing client relationship. |
| DX-1188 | SeatGeek seeks to redact its detailed, nonpublic financial data from this exhibit.  SeatGeek is a non-public company and keeps this information highly confidential. |
| DX-1189 | SeatGeek seeks to redact its detailed, nonpublic financial data and market share estimates from this exhibit.  SeatGeek is a non-public company and keeps this information highly confidential. |
| DX-1277 | SeatGeek seeks to redact the contents of this document in full.  It is a draft government filing, and the fact of its existence--and the circumstances giving rise to its filing--remain nonpublic.  In addition, the document is 251 pages long and consists of voluminous detailed, confidential financial and strategic information about SeatGeek. |
| DX-1393(1) | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-1393(7) | SeatGeek seeks to redact pricing, fees, and similar compensation information from a ticketing contract.  Although the contract is no longer in effect, SeatGeek regards the financial terms of its contracts as competitively sensitive and does not believe the specific pricing information in this contract is relevant to the case.  SeatGeek has narrowly tailored its redactions so that only these numbers are redacted. |
| DX-1393(13) | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing or recently expired ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-1393(17) | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing or recently expired ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-1393(26) | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing or recently expired ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-1393(38) | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing or recently expired ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-1393(56) | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-1393(63) | SeatGeek seeks to redact pricing, fees, and similar compensation information from a ticketing contract.  Although the contract is no longer in effect, SeatGeek regards the financial terms of its contracts as competitively sensitive and does not believe the specific pricing information in this contract is relevant to the case.  SeatGeek has narrowly tailored its redactions so that only these numbers are redacted. |
| DX-1393(71) | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing or recently expired ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-1393(79) | SeatGeek seeks to redact pricing, fees, and similar compensation information from an existing ticketing contract, as well as competitively sensitive terms that are not relevant to the case. |
| DX-1493(43) | SeatGeek seeks to redact its detailed, nonpublic financial data from this exhibit.  SeatGeek is a non-public company and keeps this information highly confidential. |

For all of the reasons set forth above, SeatGeek respectfully requests that the above-referenced materials be redacted as indicated if used at trial.

Very truly yours,

Ronald F. Wick

Counsel for SeatGeek, Inc.

2001 Pennsylvania Ave, NW
Suite 300
Washington, D.C. 20006
+1 202 851 2072
rwick@cohengresser.com  |  view bio
www.cohengresser.com

New York  |  Paris  |  Washington, D.C.  |  London  |  Dubai



CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.

PRIVACY: A complete copy of our privacy policy can be viewed at: www.cohengresser.com/privacy-policy.