# Exhibit A

**Subject:**     United States v. Live Nation, No. 24-cv-3973 - Live Nation Confidentiality Designations
**Attachments:**  DX-0103.pdf; DX-0245.pdf; DX-0380.pdf; PX0265.pdf; (LN Redactions) Nagle, Patrick - 987111 - Final_full.pdf; PX0084.pdf; PX0102.pdf; PX0145.pdf; PX0152.pdf; PX0154.pdf; PX0229.pdf; PX0484.pdf; PX0654.pdf; PX0270_compressed.pdf

**From:** Nicole Peles <npeles@cravath.com>
**Sent:** Monday, March 2, 2026 11:12 PM
**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Cc:** Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; David.Dahlquist@usdoj.gov; Arianna.Markel@usdoj.gov; Alex.Cohen@usdoj.gov; Curtis.Strong@usdoj.gov; jonathan.hatch@ag.ny.gov; lnexeccommittee@ncdoj.gov; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Andrew.Gass@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Lindsey.Champlin@lw.com; Kelly.Fayne@lw.com; Katharine.Currault@lw.com; Lauren Moskowitz <LMoskowitz@cravath.com>; Jesse Weiss <jweiss@cravath.com>; Robin.Gushman@lw.com; Rachel Shapiro <rshapiro@cravath.com>; Devon.Diggs@lw.com; Hicks, Rachel (ATR) <Rachel.Hicks2@usdoj.gov>; Robins, Janelle (ATR) <Janelle.Robins@usdoj.gov>
**Subject:** United States v. Live Nation, No. 24-cv-3973 - Live Nation Confidentiality Designations

Dear Judge Subramanian,

Consistent with our understanding of the Court's guidance at the February 25, 2026, pretrial conference, attached please find Defendants' redactions for confidentiality on documents that are expected to be used with the following witnesses: John Abbamondi, Mitch Helgerson and for the exhibits and deposition designations associated with Patrick Nagle. For ease of review, the redactions are reflected in red-boxed versions of the exhibits and deposition transcripts.

These redactions all fall into the categories of information set forth in ¶ 52 of the JPTO [ECF No. 1031], which the Court endorsed as being presumptively able to be redacted or sealed. *See* February 20, 2026 Order [ECF No. 1053], at 3.

Plaintiffs have indicated that they do not oppose these redactions.

Best,
Nicole

Nicole M. Peles
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1624

# **Attachment**

**DX-0103, DX-0245, DX-0380, PX0084, PX0102, PX0145, PX0152, PX0154, PX0229, PX0265, PX0270, PX0484, PX0654**, and **(LN Redactions) Nagle, Patrick - 987111 - Final_full,** with proposed redactions from Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

Provided to the Court under seal via email sent to SubramanianNYSDChambers@nysd.uscourts.gov, copying the parties' counsel of record, on March 2, 2026