**Davis Polk**

Arthur J. Burke
+1 212 450 4352
arthur.burke@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

March 8, 2026

The Honorable Arun Subramanian
United States District Court Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States et al. v. Live Nation Entertainment, Inc., et al.*, 1:24-cv-03973-AS-SLC
      Non-Party Paciolan, LLC's Cover Letter to Motion to Seal Deposition Designations and Exhibits

Dear Judge Subramanian:

We represent non-party Paciolan, LLC ("Paciolan") in connection with the above captioned matter. In response to the Court's instruction during trial in this matter on March 6, 2026, please find attached hereto as **Exhibit A** Paciolan's Letter Motion to Seal Deposition Designations and Exhibits (the "Motion to Seal"). The Motion to Seal was previously submitted to the Court via email on March 2, 2026. The Motion to Seal was subsequently granted by the Court in its entirety during trial on March 3, 2026.

Respectfully submitted,

DAVIS POLK & WARDWELL LLP


          */s/ Arthur J. Burke*

Arthur J. Burke
450 Lexington Avenue
New York, NY 10017
(212) 450-4352
arthur.burke@davispolk.com

Benjamin M. Miller (*pro hac vice*)
1050 17th Street NW
Washington, DC 20036
(202) 962-7133
benjamin.miller@davispolk.com

*Counsel for Paciolan, LLC*


cc:  Plaintiffs' and Defendants' Counsel