Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T  +1 202.887.4000
F  +1 202.887.4288
akingump.com



**Brian Rafkin**
+1 202.887.4158/fax: +1 202.887.4288
brafkin@akingump.com

March 8, 2026

<u>Via ECF</u>

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

   Re: United States, et al. v. Live Nation Entm't, Inc., No. 1:24-cv-3973 (AS)

Dear Judge Subramanian:

Pursuant to the Court's instructions, non-party Lincoln Holdings, LLC dba Monumental Sports and Entertainment ("Monumental") hereby files its sealing request previously emailed to the Court, which is attached as Exhibit A.

Respectfully submitted,

*[signature: Brian Rafkin]*

Brian Rafkin

*Counsel for Non-Party Lincoln Holdings, LLC*

Cc: Counsel of Record (via ECF)