# **EXHIBIT A**

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T   +1 202.887.4000
F   +1 202.887.4288
akingump.com



**Brian Rafkin**
+1 202.887.4158/fax: +1 202.887.4288
brafkin@akingump.com

March 3, 2026

<u>**Via Email**</u>

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

      Re:    United States, et al. v. Live Nation Entm't, Inc., No. 1:24-cv-3973 (AS)

Dear Judge Subramanian:

I write on behalf of non-party Lincoln Holdings, LLC dba Monumental Sports and Entertainment ("Monumental"), pursuant to instructions provided by counsel to Defendants and Section XV of the Proposed Joint Pretrial Order (ECF No. 1031), to request that the following Exhibit proposed for use at trial be redacted to protect confidential information:

- **Defendants' Exhibit DX 1512  ( LNTM_DC_000204142)[1]**

This Exhibit contains personally identifiable information of non-parties to this action, including the non-public email addresses and phone numbers of employees of Monumental and SeatGeek, Inc. The Court and the Parties have agreed that such personally identifiable information "should presumptively be permitted to be redacted/sealed at trial" (ECF No. 1031 at ¶ 52(a); ECF No. 1053). Accordingly, Monumental requests that the Exhibit only be made public in redacted form. Monumental has met and conferred with Defendants, and Defendants do not oppose this request.

Monumental has submitted with this email a redboxed copy of DX 1512 using Adobe Acrobat's "mark for redaction" tool.

Please contact me via email or phone if have any questions or would like to discuss.

---

[1] This Exhibit is comprised of two separate documents, a cover email and an attachment. Monumental is seeking redactions only as to the cover email.

Akin

Page 2

Respectfully submitted,

*Brian Rafkin* (signature)

Brian Rafkin

*Counsel for Non-Party Lincoln Holdings, LLC*

Enclosures:  Exhibit to be Redacted (via email)

Cc: Rachel Shapiro, Esq.
 Franklin Li, Esq.
 Marissa Alter-Nelson, Esq.
 Devon Diggs, Esq.
 Nicole Peles, Esq.
 Luna Maki, Esq.
 Ava Casalino, Esq.
 Sarah Stebbins, Esq.
 Kelsey Roberts, Esq.