# United States of America and Plaintiff States v. Live Nation Entertainment and Ticketmaster

**OPENING STATEMENT**
**MARCH 2, 2026**





INTRODUCTION

# Live Nation / Ticketmaster have the <u>power</u> to control



1. **Price**

2. **Choice**

3. **Quality**

WHAT DID LIVE NATION / TICKETMASTER DO?

# Live Nation / Ticketmaster misused their power

 **Forced** customers to use Live Nation and Ticketmaster

 **Threatened** or **retaliated** against customers

 **Blocked** competition

OPENING OF THE UNITED STATES

3

SECTION ONE

# What is fair competition?

## WHAT IS FAIR COMPETITION?



The purpose of the Sherman Act is to **preserve free and unfettered competition in the marketplace.**



*N. Pac Ry. Co. v. United States*, 356 U.S. 1 (1958)

**WHAT IS FAIR COMPETITION?**

> " Monopoly **power** is the power to **control prices** or **exclude competition.**



*United States v. E.I. du Pont de Nemours*, 351 U.S. 377, 391 (1956)

**SECTION TWO**

# LIVE NATION®

**+**

# *ticketmaster*

LIVE NATION + TICKETMASTER

# Live Nation / Ticketmaster have market power



**Market Share**

**Primary Concert Ticketing** to Major Concert Venues — **86%**

**Use of Large Amphitheaters** by Artists — **78%**

OPENING OF THE UNITED STATES

**Source:** *Dr. Hill, Figure 196, Figure 122 (update) and Figure 136 (2023 tickets sold)*

8

LIVE NATION + TICKETMASTER

# Live Nation has 70% of
# All Shows in amphitheaters



Source: PX0620 at 9



LIVE NATION + TICKETMASTER

# Ticketmaster's market share

Source: *Dr. Hill Figure 46*

OPENING OF THE UNITED STATES

LIVE NATION + TICKETMASTER

# Market Power: "We alone can move the market"



SECTION THREE

# How does a concert happen?

OPENING OF THE UNITED STATES

12

HOW DOES A CONCERT HAPPEN?

# Step 1: Artist



HOW DOES A CONCERT HAPPEN?

# Step 2: Artist hires promoter



OPENING OF THE UNITED STATES

14

HOW DOES A CONCERT HAPPEN?

# Step 3: Promoter books venue on behalf of artist



HOW DOES A CONCERT HAPPEN?

# Step 4: Venue selects ticketer



HOW DOES A CONCERT HAPPEN?

# Step 5: Ticketer sells tickets to fans



HOW DOES A CONCERT HAPPEN?

# Step 6: Fans fund the process



HOW DOES A CONCERT HAPPEN?

# Step 6: Fans fund the process



HOW DOES A CONCERT HAPPEN?

# Step 6: Fans fund the process



OPENING OF THE UNITED STATES

20

HOW DOES A CONCERT HAPPEN?

# Step 6: Fans fund the process



OPENING OF THE UNITED STATES

21





HOW DOES A CONCERT HAPPEN?

# Live Nation / Ticketmaster have the <u>power</u> to control



1. **Price**

2. **Choice**

3. **Quality**

SECTION FOUR

# Price

PRICE

# Ticketing fees are highest in the United States



OPENING OF THE UNITED STATES

- **Service fees**
- **Convenience fees**
- **Order fees**
- **Handling fees**
- **Facility fees**
- **Delivery fees**
- **Payment processing fees**
- **Dynamic pricing fees**
- **VIP fees**

PRICE

# Live Nation CEO wants higher prices

INTERVIEW WITH CNBC, 2025



**Michael Rapino**
*CEO of Live Nation*

"We have a lot of runway left"

"The concert is underpriced"

OPENING OF THE UNITED STATES

**Source:** *PX1241, Interview of Live Nation CEO Michael Rapino, Game Plan Sports Business Summit, hosted by CNBC and Boardroom in Los Angeles on September 16th, 2025.*

27

PRICE

# Live Nation: "robbing them blind baby"



PRICE

# Live Nation: Billions in profit

**2022**
$1,400,000,000

**2023F**
$1,600,000,000

**2024P**
$1,875,000,000

OPENING OF THE UNITED STATES



SECTION FIVE

# Choice

OPENING OF THE UNITED STATES

CHOICE

# Live Nation CEO: "how do we own buy more" amphitheaters



CHOICE

# Live Nation: "No reason to pay [artists] more because they don't have options"



SECTION SIX

# Quality

QUALITY

# Ticketmaster: "duct tape" and "significant outages" due to "underinvestment"



QUALITY

# Pain Points: Live Nation/Ticketmaster has "not historically prioritized fan challenges"



QUALITY

## Pain Points: Taylor Swift ticket on-sale "system…failures"



SECTION SEVEN

# Where do concerts happen?

OPENING OF THE UNITED STATES

WHERE DO CONCERTS HAPPEN?

# Where Do Concerts Happen?



CLUBS             THEATERS             LARGE AMPHITHEATERS             ARENAS             STADIUMS

**SECTION EIGHT**

# Major Concert Venues

MAJOR CONCERT VENUES

# Major concert venues around New York



**BARCLAYS CENTER**
19,000 capacity; 67 concerts (2024)



**MADISON SQUARE GARDEN**
19,500 capacity; 115 concerts (2024)



**PNC BANK ARTS CENTER**
17,500 capacity; 36 concerts (2024)



**JONES BEACH**
13,855 capacity; 24 concerts (2024)

OPENING OF THE UNITED STATES

Source: *Hill Rebuttal Report, Figure 163 (update to Hill Report, Figure 102).*

MAJOR CONCERT VENUES

# Major concert venues are important to artists

## 8,000+
**CAPACITY**

## 10+
**CONCERTS IN AT LEAST 1 YEAR**



**63** MILLION
**CONCERT TICKETS**



**$8.5** BILLION
**CONCERT REVENUE**

OPENING OF THE UNITED STATES

**Source:** *Hill Rebuttal Report, Figure 159 (update to Hill Report, Figure 14).*

MAJOR CONCERT VENUES

# Large amphitheaters:
# Live Nation's "standard cutoff" is
# "8,000" capacity



**SECTION NINE**

# What did Live Nation / Ticketmaster do?

WHAT DID LIVE NATION / TICKETMASTER DO?

# Live Nation / Ticketmaster misused their power

 **Forced** customers to use Live Nation and Ticketmaster

 **Threatened** or **retaliated** against customers

 **Blocked** competition

OPENING OF THE UNITED STATES

## SECTION TEN

# Forced customers to use Live Nation / Ticketmaster

FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

## Customers are forced to use Live Nation / Ticketmaster



- Acquired and exclusively booked amphitheaters
- Artists forced to use Live Nation promotion services at controlled amphitheaters
- Converted amphitheaters to Ticketmaster
- Forced artists to use Live Nation and Ticketmaster for amphitheater tours

# Live Nation outdoor amphitheaters span the United States

FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

## Artists "can only play amps" with Live Nation



FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Dark Days: Amphitheaters are empty 50% of Saturdays in the Summer



SECTION ELEVEN

# Threats and retaliation

THREATS AND RETALIATION

# Live Nation / Ticketmaster threaten and retaliate



- Use market power as leverage in ticketing negotiations

- Threaten and retaliate against venue customers that do not choose Ticketmaster

- Rival provided "retaliation insurance"

51

THREATS AND RETALIATION

# Barclays Center in Brooklyn, New York



THREATS AND RETALIATION

# Live Nation: "think about bigger relationship"



THREATS AND RETALIATION

# H-E-B Center in Cedar Park, Texas



THREATS AND RETALIATION

# Live Nation threatens HEB Center



THREATS AND RETALIATION

# Xcel Energy Center in Saint Paul, Minnesota



THREATS AND RETALIATION

# Competitor must offer Live Nation "Retaliation Insurance"



- Competitor provides "Live Nation Concert Insurance" in an attempt to win customers

- Insurance protects venues from rerouted Live Nation Concerts

- Increases costs of winning new customers for rivals

SECTION TWELVE

# Block or buy competition

BUY OR BLOCK COMPETITION

## Live Nation uses market power to block or buy competition



- Long term and exclusive ticketing contracts
- Artists and fans have no choice but to use Ticketmaster
- Limited opportunity for rivals to bid for ticketing contracts
- Buys instead of competes

BUY OR BLOCK COMPETITION

# Exclusive contracts and long-term deals: Hedge Against Competition



BUY OR BLOCK COMPETITION

# Live Nation buys ticketers, venues, and promoters



BUY OR BLOCK COMPETITION

# Lower fees without Ticketmaster



**SWITCH**

**CHANGE IN FEES**

OTHER PRIMARY TICKETER

Fees decrease by
**$3.82**

OTHER PRIMARY TICKETER

Fees increase by
**$4.33**

OPENING OF THE UNITED STATES

BUY OR BLOCK COMPETITION

# Live Nation / Ticketmaster have harmed competition



HIGHER PRICES    LOWER QUALITY    DECREASED INNOVATION    FEWER CHOICES

BUY OR BLOCK COMPETITION

# Witnesses from across the industry



## PROMOTERS









## VENUES









## TICKETING COMPANIES


TIXR


PACiOLAN

OPENING OF THE UNITED STATES

**SECTION THIRTEEN**

# A more competitive world

A MORE COMPETITIVE WORLD

# Closed Room: artists must use Live Nation promotions to access Live Nation amphitheater



A MORE COMPETITIVE WORLD

# Open Room: Artists can choose any promoter in amphitheaters



A MORE COMPETITIVE WORLD

# Open Ticket Distribution: Selling across a variety of ticket companies



A MORE COMPETITIVE WORLD



# The purpose of the Sherman Act is to **preserve free and unfettered competition in the marketplace.**



*N. Pac Ry. Co. v. United States*, 356 U.S. 1 (1958)



SECTION FOURTEEN

# Conclusion



# States' Opening Statement

# Plaintiff States



**Plaintiff States**

# Real Choice of Exclusive Ticketers



# Real Choice of Exclusive Ticketers



# Real Choice of Exclusive Ticketers



# Open Ticketing



# No Choice of Ticketer

  

# Dr. Rosa Abrantes-Metz



- Managing Director, **Berkeley Research Group**

- Ph.D. in Economics, **University of Chicago**

- Associate Professor, Leonard N. Stern School of Business, **New York University**

# Finding the Overcharge

# Finding the Benchmark



# Finding the Overcharge



Overcharge = $2.30

TM KEEPS
$7.58

AXS FEE

# Finding the Overcharge



# Finding the Overcharge to Fans

**TOTAL OVERCHARGE $2.30**

Overcharge to **fans = $1.56 - $1.72**

Overcharge to **others = $0.58 - $0.74**