Document produced only in native format



CONFIDENTIAL TREATMENT REQUESTED

BSE-DOJ-00412148