

January 5, 2022                                        Delivered Via EMAIL and OVERNIGHT MAIL

SeatGeek, Inc.
c/o General Counsel
Adam Lichtenstein
400 Lafayette Street, Floor 4
New York, New York 10003

Dear Adam:

I am writing with respect to our 2018 SeatGeek Exclusive Ticket Sales Services Agreement (the "Agreement").

In the Agreement, we negotiated a provision titled the "Lost Event Guarantee", found in Exhibit A.

The provision states, "In the event that LiveNation refuses to offer an Event at the Stadium, and Company or its affiliates are financially harmed by the loss of such LiveNation event, SeatGeek shall remit to Company an amount equal to the anticipated profit for such lost event, not to exceed One Million U.S. Dollars ($1,000,000.00), subject to the following:

*1. LiveNation shall be deemed to have withheld an event as a penalty if the applicable LiveNation tour: (A) plays eight (8) or more League venues, other than Stadium in any Contract Year (which may include rollover month(s) for a winter tour); and (B) Company, represents and warrants to SeatGeek that: (x) it used it best efforts to secure the applicable tour; and (y) the Stadium was available for the applicable dates of the tour and no substitute dates could be secured.*

*2. Company shall provide the details sufficient to determine the lost profit, and Company represents and warrants to SeatGeek that: (x) the median amount of profit earned from a LiveNation event at the Stadium for the previous three (3) years is at least One Million U.S. Dollars ($1,000,000.00); and (y) it provided a standard bid for such lost event (using industry norms and historical as a basis for the bid).*

*3. An event shall not be deemed a lost event if the artist or tour is restricted from coming to Dallas (e.g., the artist had played in Dallas so recently that it would not be commercially reasonable to return as of the date of the lost event.*

> **Ex. No**
> **PX0174**
> **1:24-cv-03973**

**DALLAS COWBOYS** | ONE COWBOYS WAY FRISCO, TEXAS 75034 | 972.497.4900 | DALLASCOWBOYS.COM



Specifically, we are writing SeatGeek with respect to the 2022 Coldplay Tour.  We believe that this tour qualifies as a lost event and falls under the guarantee.  This tour is in fact playing more than eight (8) League venues, as listed below:

Levi's Stadium
SoFi Stadium
State Farm Stadium
NRG Stadium
Solider Field
FedEx Field
Metlife Stadium
Lincoln Financial Stadium
Mercedez-Benz Stadium
Raymond James Stadium

We represent to SeatGeek that we used best efforts to secure this tour and our Stadium is available for the dates of the tour and that no substitute dates could be secured.  In fact, the tour has scheduled a date at the Cotton Bowl in Dallas, which appears to be the only non-League venue on the entire U.S. portion of the tour.

In terms of next steps, we can set-up a telephone call to discuss this issue further and provide SeatGeek with any other information you may desire.  At this time, our objective is to put SeatGeek on legal notice and reserve any and all rights with respect to this issue.

Sincerely,

Jason Cohen
General Counsel
Dallas Cowboys Football Club

CC:    Chad Estis
       Russell D'Souza

COWBOYS-DOJ-00000088

 **SeatGeek**

### Exclusive Ticketing Arrangement and Sponsorship Term Sheet
*As of January 22, 2018*

This term sheet (**"Term Sheet"**) is entered into as of the 22nd day of January 2018 (the **"Execution Date"**), by and between SeatGeek, Inc. (**"SeatGeek"**) and Blue Star Operations Services, LLC, on behalf of itself and its affiliates (**"Company"**), in order to summarize the key terms upon which SeatGeek shall make available SeatGeek's ticketing services, SeatGeek Enterprise. Company and SeatGeek (each a **"Party"** and, together, the **"Parties"**) intend to execute a long-form Exclusive Primary Ticket Sales Services Agreements and Sponsorship Agreements (collectively the **"Agreements"**) that sets forth the terms set forth herein, and other terms and conditions commonly included in such agreements; provided, however, that this Term Sheet shall be binding upon the Parties (subject to the Term and Termination section below) and shall remain in full force and effect unless and until such long-form agreements have been executed by Seat Geek and Company's designees (such signatories, the "Designees" (it being understood that the rights and obligations of "Company" set forth herein shall apply in the Agreements to the applicable Designee)). ▮

