**From:** Seth Hurwitz [▮▮▮▮▮▮▮▮▮▮]
**Sent:** 7/13/2019 1:18:53 PM
**To:** Donna Westmoreland [donna@930.com]
**Subject:** Fwd: Shortfall summary

your turn

Begin forwarded message:

**From:** David Marcus <david.marcus@ticketmaster.com>
**Subject: Re: Shortfall summary**
**Date:** July 13, 2019 at 9:15:29 AM EDT
**To:** Seth Hurwitz <▮▮▮▮▮▮▮▮▮▮>
**Cc:** Donna Westmoreland <donna@930.com>

That makes the least amount of sense and puts us in the worst position of the alternatives.

From the beginning our discussions have been anchored by good faith, the underlying premise that nobody would get hurt, and even a formal agreement coming out of Austin that we would balance the ledger at the end of the year.

This one shouldn't be this hard. We were clear in March there was a $2m deficit. We made a deal to ticket all the venues in july to close it. You asked last week to keep 2 so you could take some money from Eventbrite. That puts us in a $500k hole. On top of that MPP isn't delivering the tickets anyone expected. That makes the hole worse.

I don't think sticking us with those costs is fair or in the spirit of our relationship.

We can discuss today.


David Marcus
EVP
Head of Ticketmaster Music
▮▮▮▮▮▮

**From:** Seth Hurwitz <▮▮▮▮▮▮▮▮▮▮>
**Sent:** Saturday, July 13, 2019 3:14:02 AM
**To:** David Marcus
**Cc:** Donna Westmoreland; Geoff Carns; Todd Becker
**Subject:** Re: Shortfall summary

I think we need to go back to the original plan of waiting until after the season to have a look at everything

On Jul 13, 2019, at 12:34 AM, David Marcus <david.marcus@ticketmaster.com> wrote:

The math doesn't work that way. We learned this year that on 100k guaranteed tickets from LN Bob needs $2.1M in profit to break even. MPP comes up $900k short in ticketing margin against that target. So assume the same in 2020.

In 2019 We expected to fund $700k of that shortfall from bumps. Without Lincoln and 930 we lose $350k. We got jammed on Anthem bump for another $100k (and MPP isn't gonna deliver on expected ticket volume (which exacerbated our loss)). So we need to settle on that shortfall for 2019.

In 2020 the plan was to get $1 a ticket net bump on 1.1M tickets. Assuming MPP hits 300k tickets, Anthem does 400k, and Lincoln/930 do 200k post-July, we should be able to just cover Bob in 20.

So basically we need $450k to come out of 2019 the way we expected, and 2020 should be close enough.

David Marcus

**Ex. No PX0194**
1:24-cv-03973

EVP
Head of Ticketmaster Music

**From:** Seth Hurwitz <​​​​​​>
**Sent:** Friday, July 12, 2019 9:05 PM
**To:** David Marcus
**Cc:** Donna Westmoreland; Geoff Carns; Todd Becker
**Subject:** Re: Shortfall summary

And how much is 50,000 less times what you have to pay Bob per tkt

On Jul 12, 2019, at 11:59 PM, David Marcus <david.marcus@ticketmaster.com> wrote:

Its not that simple, unfortunately, because we all agreed in Austin that we would take steps in 2019 to cover Bob's shortfall in excess of the $1.3M that MPP was expected to generate:
- Bump all fees on all venues
- Start ticketing new shows at 930, Lincoln and anthem in July (vs January '20)

By not getting the 6 month head start AND not getting the associated fee bumps, we are short $500k for Bob in 2019.

David Marcus
M:

---

**From:** Seth Hurwitz <​​​​​​>
**Date:** Friday, July 12, 2019 at 8:53 PM
**To:** David Marcus <david.marcus@ticketmaster.com>
**Cc:** Donna Westmoreland <donna@930.com>, Geoff Carns <geoff.carns@ticketmaster.com>, Todd Becker <todd.becker@ticketmaster.com>
**Subject:** Re: Shortfall summary

We're ready to pull the trigger on moving The Anthem over for the deal Bob and I figured out 2 weeks ago

A year after that we will move 930 and Lincoln over and move the Merriweather threshold up from 100,000 to 150,000

It's that simple

On Jul 12, 2019, at 11:42 PM, David Marcus <david.marcus@ticketmaster.com> wrote:

One thing I should also note is that we are proposing to continue to pay our originally expected shortfall of $133k even though we are expecting fewer tickets from MPP than you guys estimated, and LN is going to be more profitable. Just makes everything simpler.

David Marcus
M:

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Friday, July 12, 2019 at 8:37 PM
**To:** Seth Hurwitz <​​​​​​>, Donna Westmoreland <donna@930.com>
**Cc:** Geoff Carns <geoff.carns@ticketmaster.com>, Todd Becker <todd.becker@ticketmaster.com>
**Subject:** Shortfall summary

Seth and Donna,

Pls take a look at the attached file. It compares our agreement coming out of our first Austin meeting in March to where we are today, including your request to keep 930 and Lincoln until July 1, 2020.

Note this only deals with the 2019 shortfall for Bob. We still need to model the impact of not getting 930 & Lincoln for 1H2020.

**David Marcus**
EVP, Head of Ticketmaster Music

\<image001.png\>

Mobile: ▇▇▇▇▇▇▇
Hollywood, CA