

1:07    LTE 5

JF

John ›

Mon, Jul 24 at 11:51 PM

Patrick Strader just sent me a threatening email. ███████



Farrah Kahn must have forwarded my email to him.

Hey John, so sorry about that! I'm sure Farrah forwarded the note to Patrick, and just mind blowing the approach that they and Live Nation are taking!!! 🤯🤯🤯

Just know that we'll get to the finish line, one way or another! I was on the phone until about 30 minutes ago working to coordinate behind the scenes! I'm still optimistic that the arc of this amp effort

\+    iMessage     

**Ex. No PX0198**

1:24-cv-03973



1:07    LTE 5

JF

John ›

Farrah Kahn must have forwarded my email to him.

Hey John, so sorry about that! I'm sure Farrah forwarded the note to Patrick, and just mind blowing the approach that they and Live Nation are taking!!! 🤯🤯🤯

Just know that we'll get to the finish line, one way or another! I was on the phone until about 30 minutes ago working to coordinate behind the scenes! I'm still optimistic that the arc of this amp effort is bending towards the light!

Plus, even if the scenario we hope for doesn't come to fruition, just know that our other discussion about developing a summer home for the Symphony in the Great Park next year is very real, and we'll figure something out... of that I am certain!!!

Appreciate you so much John, thank you for all you do!!!

Thank you Oliver.  Please protect the symphony from LN revenge.  If they win this deal, they will make our life miserable at FivePoint and beyond now that I have stated my position.  We really need a permanent solution some way.  Should I respond to Patrick or sit still.



+    iMessage    🎤

IRVINE-D00-00002280