| | |
|---|---|
| From: | Helgerson, Mitch </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D22EAA572A9F496F9962241F8ACBD438-HELGERSON,> |
| Sent: | Thu 4/04/2019 11:13 AM (GMT-05:00) |
| To: | Craig Leipold <crleipold@aol.com>;Majka, Matt <MMajka@wild.com>;Pellegrom, Jeff <jpellegrom@WILD.com>;Larson, Jack <JLarson@WILD.com>;Troje, Maria <MTroje@WILD.com> |
| Cc: | |
| Bcc: | |
| Subject: | Updated Ticketing Platform Matrix |
| Attachments: | TM Contract Prep_031119 (SG Vol).xlsx |

All,

Following up on our last ticketing platform discussion, early this week we received a written proposal from SeatGeek. This revised proposal increases our share of revenues by ▇ from the last matrix we reviewed. The financial components have shifted in this proposal – notably, in the form of a ▇ ▇ - but other components have been reduced to arrive at virtually the same number we reviewed last week.

The current financial comparison is as follows:

- Current agreement with TM – ▇ ▇

- TM Proposal #1 – ▇ ▇ - $1.0M improvement over current

- TM Proposal #2 – ▇ ▇ $1.6M improvement over current

- SeatGeek Proposal – ▇ ▇ - $2.6M improvement over current

Please see attached update to the ticketing platform proposal matrix. Please let me know if you have any questions or would like to discuss further.

Mitch

Mitch Helgerson | Senior Vice President, Marketing and Ticket Sales | **Minnesota Wild** | 651.602.6033

Ex. No
**PX0227**
1:24-cv-03973

HIGHLY CONFIDENTIAL                                MNWILD_000003968

Produced in Native Format

HIGHLY CONFIDENTIAL

MNWILD_000003969