From: Jake Kearns <jake@seatgeek.com>
Sent: Tue 3/12/2019 10:05 AM (GMT-05:00)
To: Helgerson, Mitch <mhelgerson@WILD.com>;Larson, Jack <JLarson@WILD.com>
Cc: Jeff Ianello <jeff@seatgeek.com>
Bcc:
Subject: LN Retaliation Insurance

Mitch and Jack,

It is our belief that Xcel Energy Center is the preeminent concert venue in Minneapolis-St.Paul and look forward to helping make it an *even more attractive* destination in the future by providing superior economics (flexible fees) and technology (artist choice). Our partnership combined with great execution will result in more shows in St. Paul.

That stated, we realize that you have concern of the unknown. In an effort to keep the main thing the main thing (ticketing), plus our confidence that no data exists to validate the belief of lost shows occurring, we want to include some "insurance."

We believe this structure protects your organizations from potential retaliation by Live Nation / Ticketmaster in the form of rerouted Live Nation content. Please let us know your thoughts and I'm happy to hop on a call if any of the below is unclear.

---

**Live Nation Concert Insurance**

In an effort to ensure Xcel Energy Center remains the preeminent venue for concert programming in the MSP market, SeatGeek will pay to the Wild $300,000 for each "Tier A" missed show and $150,000 for each "Tier B" missed show for which Xcel Energy Center used commercially reasonable efforts to host the event.

SeatGeek defines a Tier A show as a Live Nation show that ends the year in the Pollstar Top 10 and Tier B show as a Live Nation show that ends the year in the Pollstar Top 25 (outside of Top 10).

We define a "missed show" to be any concert (1) promoted by Live Nation, (2) hosted at Target Center, (3) on a date that does not conflict with existing programming at Xcel Energy Center, (4) results in Target Center hosting >40% of all Tier A or Tier B Live Nation concerts in the MSP major arena market (i.e., Target Center and Xcel Energy Center) in any given calendar year (5) there are at least 4 qualifying shows in the market from each tier during a calendar year.

For clarity, if 5 of 10 Tier A or B shows are hosted at Target Center and meet the above defined criteria for a "missed show", SeatGeek will pay to the Wild $300,000 or $150,000 for each show that gives Target Center more than 40%.

**Suite Protection**

Ex. No PX0230
1:24-cv-03973

HIGHLY CONFIDENTIAL                                               MNWILD_000004268

If 20+% of renewal eligible suite FSEs elect not to renew as a result of diminished concert quality at Xcel Energy Center, as evidenced by the following conditions, SeatGeek will pay to the Wild $400,000. This assumes the venue does not fill the suites with new sales at similar revenue levels within a mutually agreed upon duration after non-renewal.

Review of this term will take place in any calendar year (beginning January 1, 2020) Xcel Energy Center hosts less than half of the Tier A arena concerts in the MSP market.

SeatGeek and the Wild mutually conclude, based on empirical suiteholder feedback (e.g., survey data), that the loss of concert content is the primary cause of non-renewal.

--

**Jake Kearns**
Business Development
400 Lafayette Street, 4th Floor, New York, NY 10003
seatgeek.com

HIGHLY CONFIDENTIAL                                                                                                     MNWILD_000004269