**Chat with "John Abbamondi" <​​​​​​​​> on April 9, 2021**

Patti Kim <​​​​​​​​>
John Abbamondi <​​​​​​​​>
Patti Kim <​​​​​​​​>

Earliest item: 2021-04-09 22:55:26
Latest item: 2021-04-09 23:27:20

**Friday 09 April 2021**

Instant Message : Native Messages
From
    Patti Kim <​​​​​​​​>
To
    John Abbamondi <​​​​​​​​>
    Patti Kim <​​​​​​​​>

22:55:26

Hi john!

I think Rapino back on. Monday. Apparently seatgeek are telling msg and others that they have a contract deal with you guys already??

Anyways should think about bigger relationship with LN not just who is writing a bigger sponsorship check ☺

Instant Message : Native Messages
From
    John Abbamondi <​​​​​​​​>
To
    Patti Kim <​​​​​​​​>
    Patti Kim <​​​​​​​​>

23:03:20

63970219358__F06A5CBC-CD41-40C8-B98D-641B613DDDD3.jpeg



**Ex. No**
**PX0654**
1:24-cv-03973

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-001797348

**Instant Message : Native Messages**
From
 John Abbamondi <​██████████>
To
 Patti Kim <​██████████>
 Patti Kim <​██████████>

23:03:26

We are meeting on it now

**Instant Message : Native Messages**
From
 John Abbamondi <​██████████>
To
 Patti Kim <​██████████>
 Patti Kim <​██████████>

23:11:25

All kidding aside we love our LN relationship.

**Instant Message : Native Messages**
From
 Patti Kim <​██████████>
To
 John Abbamondi <​██████████>
 Patti Kim <​██████████>

23:21:57

Ticketmaster!

**Instant Message : Native Messages**
From
 Patti Kim <​██████████>
To
 John Abbamondi <​██████████>
 Patti Kim <​██████████>

23:27:20

Did you guys get vaccine shot

**End Thread**

Thread Statistics
**Instant Message Count**
6

SUBJECT TO CONFIDENTIALITY STATUTES
LNE22-001797349