



April 16, 2021

**VIA EMAIL**

John Abbamondi
Chief Executive Officer
BSE Global
jabbamondi@bseglobal.net

Dear Mr. Abbamondi:

    I represent Ticketmaster, and write regarding the Licensed User Agreement between BSE and Ticketmaster ("the Agreement"). I understand that BSE has indicated that it believes the contract will expire on September 30, 2021, which would allow it to switch ticketing service providers as of October 1, 2021. Ticketmaster disagrees. The contract will not expire until after September 30, 2022, and it is Ticketmaster's intention to fully service BSE through that date, and then of course reasonably enable any switch to another provider if BSE so chooses.

    Section 2 of the July 2016 amendment to the Agreement (effective October 2016) provides:

> The term, as modified by this Amendment, is extended and shall expire September 30, 2021. Notwithstanding the foregoing, if for any reason, thirty percent (30%) or more of the scheduled home games are not played at the Facility during any National Basketball Association ("NBA") … season during the Term (e.g. by virtue of damage to the Facility, unless play continues at another venue where Ticketmaster provides ticketing, or a player's strike, lockout, or other interruption or stoppage of the NBA … season …), then the Term shall be extended for an additional period of one (1) year and the financial terms for such additional year shall be the same as the immediately preceding Contract Year.

    I understand BSE takes the position that because certain scheduled Nets home games in the 2020-21 season were played to empty arenas, the agreed one-year extension does not apply. That suggestion is incorrect. The extension applies whenever, "for any reason," Ticketmaster is unable to provide ticketing services, and therefore earn ticketing revenues, for events above the prescribed threshold. This is evident from the examples given (damage to the Facility or some kind of work stoppage), and most clearly from the fact that the extension would not apply if, notwithstanding damage to the Facility, "play continues at another venue where Ticketmaster provides ticketing." We therefore reject your contention that the extension provision is avoided by games for which tickets were not sold to the public at all. By its terms, the contract has been "extended for an additional period of one (1) year," and will remain in effect until October 1, 2022.

**Ex. No PX0655**
1:24-cv-03973

CONFIDENTIAL COMMERCIAL INFORMATION
HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE-DC22-00056867
LNE22-001830618

April 16, 2021
Page 2



Any effort by BSE to switch ticketing service providers before that date would be a breach of contract, and any announced intention to do so would be an anticipatory breach. While Ticketmaster prefers to resolve any dispute over these issues amicably, by maintaining its mutually beneficial commercial relationship with BSE through the full term of the Agreement, Ticketmaster will enforce its rights through the legal process if needed. Accordingly, Ticketmaster reserves all rights and remedies in connection with the matter discussed herein, including without limitation the right to attorneys' fees pursuant to Section 17(k).

I am available to discuss these matters at your convenience.

Sincerely,

CONFIDENTIAL COMMERCIAL INFORMATION
HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE-DC22-00056868
LNE22-001830619