| Sent: | Mon 12/13/2021 2:04 PM (GMT-05:00) |
|---|---|
| Subject: | Laurie & John discuss Entertainment Strategy Deck |
| Location: | https://zoom.us/j/93670309101?pwd=ZDZoSlhYb3VlOVlYOWV1Wkl4L3RUdz09 |

| Start: | Tue 12/14/2021 9:00 AM (GMT-05:00) |
|---|---|
| End: | Tue 12/14/2021 10:00 AM (GMT-05:00) |

Organizer:     Sherry Reese </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8617C9A5394045078AE29A7D182E38E9-SHERRY REES>

Required Attendees: Sherry Reese <sreese@bseglobal.net>;Laurie Jacoby <ljacoby@bseglobal.net>;John Abbamondi <jabbamondi@bseglobal.net>

Optional Attendees:

Attachments:    Entertainment Strategy Check In_JT Presentation_12-15-21.pptx

Join Zoom Meeting
https://zoom.us/j/93670309101?pwd=ZDZoSlhYb3VlOVlYOWV1Wkl4L3RUdz09

Meeting ID: 936 7030 9101
Passcode: 828041
One tap mobile
+16465588656,,93670309101# US (New York)
+13126266799,,93670309101# US (Chicago)

Dial by your location
    +1 646 558 8656 US (New York)
    +1 312 626 6799 US (Chicago)
    +1 301 715 8592 US (Washington DC)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 669 900 9128 US (San Jose)
Meeting ID: 936 7030 9101
Find your local number: https://zoom.us/u/abw663ahBu

**Ex. No**
**PX1153**
1:24-cv-03973



CONFIDENTIAL TREATMENT REQUESTED



2

CONFIDENTIAL TREATMENT REQUESTED

## Entertainment has adapted to the ever-evolving landscape.

**RECENT CHALLENGES**

- COVID-19 has hampered ticket sales and attendances.

- Live Nation has delivered less content to Barclays Center.

- SeatGeek operations have strained business resources.

**MITIGATION & GROWTH STRATEGIES**



bse

3

CONFIDENTIAL TREATMENT REQUESTED



## The COVID-19 Pandemic has dragged sales down.

- Our concert business is selling ▮ fewer tickets than anticipated and we are having ▮ fewer people attend concerts.
- Phase 2 of the Key to NYC mandates take effect in December, which require 5-11 year-olds to have at least one dose and ages 12+ to have two doses of the vaccine, which could further hurt sales.
- Average ticket prices have also dipped as promoters offer late discounts to try and attract fans.
- Lowered sales affect all venues, including the newly opened UBS Arena (e.g. John Mayer unsold tickets in blue below-right)

CONFIDENTIAL TREATMENT REQUESTED

BSE-DOJ-00208828



CONFIDENTIAL TREATMENT REQUESTED

BSE-DOJ-00208829



**Live Nation accounts for less business than our trailing three-year average and less than our original FY22 budget.**

- AEG Presents business has also declined compared to original budget.

CONFIDENTIAL TREATMENT REQUESTED

BSE-DOJ-00208830



7

BSE-DOJ-00208831

## Entertainment has renegotiated deals with existing clients.

- Our **PBC boxing** deal has had a favorable outcome.

  ████████████████████████████████████████████
  █████████

- The basketball event **Legends Classic** will return in 2022 with a rental fee that is ████████
  ████████

- Our ticketing deal term renegotiation with Feld for **Disney on Ice** has resulted in recognizing over
  ████████ in ticketing fee revenue on our November run compared to our prior shows on TM.

- Added "back-to-back" stagehands and conversion expenses on applicable shows, which can be up
  to ████ on a given concert.

bse                                                                                            181

8

## The implementation of SeatGeek has proven challenging.

- There is concern among promoters that the marketing outreach and buyer database is limited compared to Ticketmaster and hinders their event sales.

- Promoters also need to be educated and trained on the new platform – we need them to advocate for SeatGeek's capabilities in order to have industry buy in from artists, managers and agents.

- SeatGeek operations – especially putting shows on sale – have been clunky and require heavy internal resource support from BSE departments.

- BSE needed to spend ███████ on an awareness campaign in the market to educate ticket buyers.

bse

9

CONFIDENTIAL TREATMENT REQUESTED



[D]

CONFIDENTIAL TREATMENT REQUESTED



[D]

CONFIDENTIAL TREATMENT REQUESTED



[D]

CONFIDENTIAL TREATMENT REQUESTED

## Currently confirmed content for remainder of FY22.

| Event Date | Event | Count | Promoter | Franchise |
|---|---|---|---|---|
| 12/17/21 | Playboi Carti | 1 | Outback Concerts | Concerts |
| 10/29/21 | Sebastian Maniscalco | 1 | Outback Concerts | Concerts |
| 12/25/21 | The Wolves | 1 | Live Nation | Concerts |
| 1/25-1/25/22 | Disney on Ice | 9 | Feld Entertainment | Family Shows |
| 2/10/22 | Ladies Night | 1 | Adam Tobias | Concerts |
| 2/15/22 | Hillsong United with Chris Tomlin | 1 | Premier Productions | Concerts |
| 2/02/22 | Harlem Globetrotters | 1 | Harlem Globetrotters International | Family Shows |
| 2/26/22 | EY Convention - DK Independence | 1 | Look & Live Entertainment | Comedy |
| 3/1-3/3/22 | Elton John | 2 | AEG Presents | Concerts |
| 3/5/22 | Head the Street | 1 | Win And Live Entertainment | Concerts |
| 3/8-3/10/22 | ACC Tournament | 8 | Atlantic Coast Conference | Basketball |
| 3/16-3/19/22 | Tame Impala | 2 | AEG Presents | Concerts |
| 3/19-3/20/22 | Bad Bunny | 1 | Cardenas Marketing Network | Concerts |
| 3/25/22 | WWE Smackdown | 1 | World Wrestling Entertainment | Sporting |
| 3/30/22 | Maxwell | 1 | G Presents / Black Promoters Collective | Concerts |
| 4/1/22 | Justin Bieber | 1 | AEG Presents | Concerts |
| 4/2/22 | Bassnikepatrick | 1 | BMSI | Concerts |
| 4/3/22 | J Cole | 1 | AEG Presents | Concerts |
| 4/8/22 | UFC TPO | 1 | Ultimate Fighting Championship | Combat |
| 4/11-4/12/22 | Post Malone | 2 | Live Nation | Concerts |
| 4/21/22 | Jack White | 1 | Live Nation | Concerts |
| 4/29/22 | Luis Miguel | 1 | Live Nation | Concerts |
| 5/7/22 | Doja Cat | 1 | Live Nation | Concerts |
| 5/09/22 | J. Balvin | 1 | Cardenas Marketing Network | Concerts |
| 6/11/22 | Adele Fest | 1 | Adam Tobias | Concerts |
| 6/17-6/18/22 | boulevaa | 2 | Adam Tobias | Concerts |
| 6/24/22 | Michael Feld | 1 | Adam Tobias | Concerts |
| 6/29/22 | Wasteland Ceremony | 1 | Adam Torres | Concerts |

bse

[D]

BSE-DOJ-00208837

December 2021

# BSE Entertainment Update

**This deck reviews our progress with the booking strategies outlined at the start of the fiscal year in July 2021.**

- Recent challenges include the content partnership impacts from Live Nation and our transition to SeatGeek, the COVID-19 pandemic and Key to NYC vaccine restrictions, and the opening of UBS Arena.







2

# Entertainment has adapted to the ever-evolving landscape.

### RECENT CHALLENGES

- COVID-19 has hampered ticket sales and attendances.

- Live Nation has delivered less content to Barclays Center.

- SeatGeek operations have strained business resources.





# The COVID-19 Pandemic has dragged sales down.

- Our concert business is selling ▆▆▆ fewer tickets than anticipated and we are having ▆▆▆ fewer people attend concerts.
- Phase 2 of the Key to NYC mandates take effect in December, which require 5-11 year-olds to have at least one dose and ages 12+ to have two doses of the vaccine, which could further hurt sales.
- Average ticket prices have also dipped as promoters offer late discounts to try and attract fans.
- Lowered sales affect all venues, including the newly opened UBS Arena *(e.g. John Mayer unsold tickets in blue below-right)*



| Box Office Summary | | | |
|---|---|---|---|
| | **FY22 Budget** | **Q1 Reforecast** | **Variance** |
| Ticket Sold | | | |
| Gross Sales | | | |
| ATP | | | |
| Total Attendance | | | |



# Live Nation has announced more shows at other NYC Venues.

- Barclays Center trails MSG, Prudential Center, and UBS Arena in publicly announced show counts.
- As a percentage of each arena's content, Barclays Center trails the other New York venues.





*Includes all show types except tenant teams*



# Live Nation accounts for less business than our trailing three-year average and less than our original FY22 budget.

- AEG Presents business has also declined compared to original budget.
- ██████████████████████████████████████████████████████████

| Concert Event Counts | | | |
|---|---|---|---|
| **Promoter** | **Trailing 3-Year** | **FY22 Budget** | **FY22 Reforecast** |
| Live Nation | 22 | 17 | 8 |
| Independents | 13 | 12 | 22 |
| AEG Presents | 10 | 12 | 9 |
| **Total** | **45** | **41** | **39** |

| Franchise Contribution to Total NOI | | | |
|---|---|---|---|
| **Franchise** | **Trailing 3-Year** | **FY22 Budget** | **FY22 Reforecast** |
| Concerts | | | |
| Live Nation | | | |
| Independents | | | |
| AEG Presents | | | |
| Sports Properties | | | |
| Other Sporting | | | |
| College Hoops | | | |
| Boxing | | | |
| Private/Special Events | | | |
| Family Shows | | | |
| **Total Entertainment NOI** | | | |



# New, independently promoted shows have had success.





7

# Entertainment has renegotiated deals with existing clients.

- Our **PBC boxing** deal has had a favorable outcome:

  ████████████████████████████████████████████

- The basketball event **Legends Classic** will return in 2022 with a rental fee that is ███████████ █████

- Our ticketing deal term renegotiation with Feld for **Disney on Ice** has resulted in recognizing over ██████ in ticketing fee revenue on our November run compared to our prior shows on TM.

- Added 'back-to-back' stagehands and conversion expenses on applicable shows, which can be up to █████ on a given concert.



# The implementation of SeatGeek has proven challenging.

- There is concern among promoters that the marketing outreach and buyer database is limited compared to Ticketmaster and hinders their event sales.

- Promoters also need to be educated and trained on the new platform – we need them to advocate for SeatGeek's capabilities in order to have industry buy in from artists, managers and agents.

- SeatGeek operations – especially putting shows on sale – have been clunky and require heavy internal resource support from BSE departments.

- BSE needed to spend ███████ on an awareness campaign in the market to educate ticket buyers.



9

# Entertainment increased efforts on artist and client hospitality.





10

# Non-Ticketed event business has room for growth.

- Entertainment team has hired Stephanie Manzo as Director, Special Events to round out the team.

- She has overhauled sales and marketing materials, the arena website and social media content around our special event business to augment our outbound approach to booking.





# APPENDIX



# Currently confirmed content for remainder of FY22.

| Event Date | Event | Count | Promoter | Franchise |
|---|---|---|---|---|
| 12/17/21 | Playboi Carti | 1 | Outback Concerts | Concerts |
| 12/29/21 | Sebastian Maniscalco | 1 | Outback Concerts | Concerts |
| 12/31/21 | The Strokes | 1 | Live Nation | Concerts |
| 1/20-1/23/22 | Disney on Ice | 9 | Feld Entertainment | Family Shows |
| 2/10/22 | Ladies Night | 1 | Adam Torres | Concerts |
| 2/15/22 | Hillsong United with Chris Tomlin | 1 | Premier Productions | Concerts |
| 2/20/22 | Harlem Globetrotters | 2 | Harlem Globetrotters International | Family Shows |
| 2/26/22 | El Concierton - DR Indpendence | 1 | Loud & Live Entertainment | Concerts |
| 3/1-3/2/22 | Elton John | 2 | AEG Presents | Concerts |
| 3/5/22 | Feed the Streetz | 1 | We Are Live Entertainment | Concerts |
| 3/8-3/12/22 | ACC Tournament | 8 | Atlantic Coast Conference | Basketball |
| 3/14-3/15/22 | Tame Impala | 2 | AEG Presents | Concerts |
| 3/19-3/20/22 | Bad Bunny | 2 | Cardenas Marketing Network | Concerts |
| 3/25/22 | WWE Smackdown | 1 | World Wrestling Entertainment | Sporting |
| 3/30/22 | Maxwell | 1 | SJ Presents / Black Promoters Collective | Concerts |
| 4/1/22 | Justin Bieber | 1 | AEG Presents | Concerts |
| 4/2/22 | Rauw Alejandro | 1 | EMM | Concerts |
| 4/3/22 | 2 Cellos | 1 | AEG Presents | Concerts |
| 4/9/22 | UFC PPV | 1 | Ultimate Fighting Championship | Concerts |
| 4/11-4/12/22 | Post Malone | 2 | Live Nation | Concerts |
| 4/21/22 | Jack White | 1 | Live Nation | Concerts |
| 4/29/22 | Luis Miguel | 1 | Live Nation | Concerts |
| 5/9/22 | Doja Cat | 1 | Live Nation | Concerts |
| 5/29/22 | J. Balvin | 1 | Cardenas Marketing Network | Concerts |
| 6/11/22 | Salsa Fest | 1 | Adam Torres | Concerts |
| 6/17-6/18/22 | Soulfrito | 2 | Adam Torres | Concerts |
| 6/24/22 | Afrobeat Fest | 1 | Adam Torres | Concerts |
| 6/25/22 | Masters of Ceremony | 1 | Adam Torres | Concerts |



13

Document produced only in native format

BSE-DOJ-00208838