From: Seth Hurwitz
Sent: 8/13/2019 10:30:48 PM
To: brad canfield [brad@930.com]
Subject: Fwd: IMP w LN Final
Attachments: Scan0002.pdf; Untitled attachment 00016.htm

Begin forwarded message:

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** August 13, 2019 at 3:02:25 PM EDT
**To:** Donna Westmoreland <donna@930.com>, Seth Hurwitz
**Cc:** Kelly Flanigan <KellyFlanigan@LiveNation.com>, Bob Roux <BobRoux@LiveNation.com>
**Subject: Fwd: IMP w LN Final**

Mission accomplished.

Drinks are called for - we all need em.

Appreciate everybody's partnership.

Onward!

David Marcus
EVP
Head of Ticketmaster Music
310-500-5253

**From:** Renata Franca <RenataFranca@LiveNation.com>
**Sent:** Tuesday, August 13, 2019 11:41:18 AM
**To:** David Marcus <david.marcus@ticketmaster.com>
**Subject:** RE: IMP w LN Final

Attached, please find doc signed by Bob.

Thank you.

Best,
Renata Franca – U.S. Concerts

-----Original Message-----
From: David Marcus <david.marcus@ticketmaster.com>
Sent: Tuesday, August 13, 2019 1:05 PM
To: Renata Franca <RenataFranca@LiveNation.com>
Subject: FW: IMP w LN Final

Fyi, can help bob to countersign today pls?

David Marcus

Ex. No
PX1254
1:24-cv-03973

IMP_SUB-0209563

M: 310.500.5253

On 8/13/19, 11:02 AM, "Donna Westmoreland" <donna@930.com> wrote:

> Hi All -
>
> Please see the attached, signed. Hoping we can get the countersigned back right away so we can move forward with the conversion.
>
> Best,
> Donna

CONFIDENTIAL

# TERM SHEET

| | |
|---|---|
| Parties: | Live Nation Worldwide, Inc. ("Live Nation") <br> It's My Amphitheater, Inc. and It's My Venue, LLC (with respect to the applicable Venue or Venues defined below, the "Operator") |
| Venues: | Merriweather Post Pavilion located at 10475 Little Patuxent Parkway, Columbia, Maryland 21044 ("MPP") and The Anthem located at 901 Wharf St. SW, Washington, DC 20024 ("Anthem") (collectively, MPP and Anthem are referred to herein as the "Venues"). |
| Relationship of Parties: | Live Nation will promote concerts at the Venues by artists on tours promoted exclusively by Live Nation without limiting Live Nation's right to promote those artists at other venues as well. Concerts by artists for whom Live Nation has not secured exclusive touring rights may be included only after mutual consideration and agreement in writing by both parties. <br><br> The Venues shall be permitted to engage promoters other than Live Nation, including It's My Party, Inc. ("IMP"), to promote concerts at MPP and Anthem. Additionally, nothing set forth herein shall prevent IMP from competing with Live Nation to promote artists. |
| Term: | The "Term" of this Term Sheet begins on August 1, 2019 and continues through the completion of the 2020 concert season at MPP. The Term shall automatically extend on the same terms and conditions for successive periods of approximately one year, through and including the end of the next concert season at MPP, unless either party delivers written notice of termination no later than June 1 of the immediately preceding concert season. By way of example, notice of termination for the 2021 concert season must be delivered to the other party no later than June 1, 2020. |
| MPP Paid Attendance Commitment and Shortfall Payment: | [REDACTED] |

Page 1 of 6

CONFIDENTIAL



| | |
|---|---|
| MPP Financial Terms: | For each event promoted by Live Nation during the Term at MPP, beginning with the 2020 calendar year, Live Nation will pay to Operator a "Rent" expense of ▓▓▓▓ In consideration of this Rent payment by Live Nation, Operator will provide the following:<br><br>1. Advertising: All events promoted by Live Nation at MPP will be included in Operator's "combo ads," to the extent that Operator determines is reasonable to maximize sales, but consistent with amounts spent for events promoted at MPP by Operator or its affiliates. If Live Nation or the artist determines that additional advertising is required, Live Nation will pay for such advertising at its expense and outside of the Rent.<br>2. All traditional Operator/MPP production support, consistent with those expense categories charged for Live Nation-promoted shows at MPP during the 2019 concert season; |

CONFIDENTIAL

| | |
|---|---|
| | including, but not limited to, all MPP staffing and services, police, medical, stagehands, catering, runners, runner vehicles and all other support commonly required to produce a show at MPP. Live Nation will be responsible for extraordinary artist or Live Nation company requests that fall outside of show typical expenses, including artist's limousines, any Live Nation national pushdown expenses, and Live Nation's liability insurance. |
| *Promotion of Shows at Anthem:* | Live Nation will be entitled to promote concerts at Anthem provided that Live Nation has first secured Operator's approval, to be granted or withheld in Operator's sole discretion, for each proposed concert. Withholding such approval by Operator will in no way constitute a breach of this Term Sheet. |
| *Anthem Financial Terms:* | [REDACTED] |
| *Operation of Venues:* | As between the parties, Operator will be solely responsible for the following:<br><br>○ Upkeep, repair and maintenance of the Venues including, without limitation, stage, roof, HVAC, electrical, plumbing, life and fire safety and suppression, seating areas, concessions and merchandise facilities, catering facilities, dressing rooms, production offices, restrooms, and VIP areas, to industry standards.<br><br>○ The Venues' compliance with applicable federal, state and local laws, regulations, codes and ordinances including, without limitation, permits, licenses and inspections. |
| *Acknowledgement for 2019 Concert Season:* | [REDACTED] |

IMP_SUB-0209567

CONFIDENTIAL

| | |
|---|---|
| | ███████████████████████ |
| Venue Selection / Other Activities | Operator understands and acknowledges that various factors may influence choice of venue including, without limitation: (a) production capabilities and amenities of the venues under consideration; (b) suitability of the Venue for the artist's performance style; (c) artist preference; and (d) availability of the Venue.<br><br>Nothing contained in this Term Sheet will prohibit or restrict either party from conducting any of its businesses or activities. Without limitation of the foregoing, nothing contained herein will prohibit Live Nation from acting as an owner, operator, manager, booker, producer or promoter at any other entertainment venue (including, without limitation, other amphitheaters) in the Baltimore, Maryland and Washington DC markets or anywhere else, nor will it prohibit Live Nation from promoting any events at other venue(s), including, without limitation, the venue currently known as Jiffy Lube Live Amphitheater. |
| General: | This Term Sheet may be executed in counterparts, each of which will be deemed an original, but all of which together will be deemed to be one and the same instrument. A signed copy of this Term Sheet delivered by facsimile, e-mail or other means of electronic transmission will have the same legal effect as delivery of an original signed copy of this Term Sheet. Any and all claims or controversies arising out of or relating to a party's rights and responsibilities under this Term Sheet will be governed by and construed in accordance with the laws of the State of Maryland, without regard to its principles of conflicts of laws. Any amendment to this Term Sheet, or waiver of any right or obligation set forth in this Term Sheet, must be in writing or it is void. This Term Sheet contains all of the agreements of the parties with respect to the matters contained herein, and no prior agreement or understanding pertaining to the matters contained herein or therein will be effective for any purpose. Each party acknowledges and agrees that it is entering into this Term Sheet voluntarily and free from coercion and that this Term Sheet is in no way tied to or contingent upon any ticketing arrangement with Ticketmaster or any of its affiliates. Each party is advised to seek its own counsel concerning the interpretation and legal effect of this Term Sheet and has either obtained such counsel or voluntarily refrained from doing so. Any rules of construction that drafting ambiguities are to be resolved against the drafting party are not to be applied in the interpretation of this Term Sheet or any amendment thereto. |

[Signature page follows]

IMP_SUB-0209568

CONFIDENTIAL

The parties may negotiate and execute a long form agreement, or, as may be mutually agreed by the parties, an amendment to this Term Sheet, setting forth additional rights and obligations of the Parties in more detail. Unless and until such long form or amendment is fully executed by the parties, this Term Sheet, when fully executed by the Parties, shall be binding as to the terms and conditions set forth herein.

AGREED:

Live Nation Worldwide, Inc.

By: _____
Bob Roux
President, Live Nation – US Concerts

It's My Amphitheater, Inc.

By: _____
Seth Hurwitz
President

It's My Venue, LLC

By: _____
Seth Hurwitz
President

CONFIDENTIAL

## EXHIBIT A

The parties agree that tickets sold for concerts performed at MPP by the following artists shall not count toward the Live Nation Attendance Guarantee.

JASON ALDEAN
LUKE BRYAN
THOMAS RHETT
FGL
MIRANDA LAMBERT
KANE BROWN
BROOKS AND DUNN
REBA
KEITH URBAN
DIERKS BENTLEY
LUKE COMBS
CHRIS YOUNG
JON PARDI
LADY ANTEBELLUM
RASCAL FLATTS
BRAD PAISLEY
DARIUS RUCKER
SAM HUNT
BRETT YOUNG
COLE SWINDELL
TIM MCGRAW
ALABAMA
SUGARLAND
COLE SWINDELL
KIP MOORE
OLD DOMINION
BRANTLEY GILBERT

IMP_SUB-0209570