# Merriweather Post Pavilion




*Columbia, Maryland*

**PXD002**
**1:24-cv-03973**