# AEG Arenas





**CRYPTO.COM ARENA**
Los Angeles, CA

**O2 ARENA**
London, ENG

Ex. No
**PXD003**
1:24-cv-03973

Source: *PXD003*      1