UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 1:24-cv-03973-AS |

### DECLARATION OF ELINOR HOFFMANN
### IN SUPPORT OF PROCEEDING PLAINTIFF STATES' MOTION FOR MISTRIAL AND LIMITED STAY OF PROCEEDINGS

I, Elinor Hoffmann, declare pursuant to 28 U.S.C. § 1746:

1. I am the chief of the Antitrust Bureau at the New York State Office of the Attorney General ("OAG") and am a counsel of record for the Plaintiff State of New York in the above-captioned matter. I am a member in good standing of the Bar of the State of New York and am admitted to practice before this Court. I have knowledge of the matters set forth herein.

2. I respectfully submit this declaration in support of the Plaintiff States' Motion for Mistrial, New Trial Date, and Limited Stay of Proceedings.

3. On January 29, 2026, the Department of Justice ("DOJ") notified me, along with other attorneys for the Plaintiff States, that the DOJ had that day sent an initial response to proposed terms that the DOJ had received from Live Nation "to negotiate a possible settlement of the United States' claims."

4. On January 30, 2026, I, together with counsel for the State of California, spoke with Dan Wall of Live Nation to advise that we were aware that Live Nation had exchanged

1

proposals with DOJ. Mr. Wall informed me that Defendants had sent DOJ a proposed term sheet in October. We said to Mr. Wall that while the Plaintiffs States were prepared to litigate, we should be included in discussions because we were open to considering a settlement that would address our competitive concerns. Mr. Wall confirmed that Live Nation had sent a proposal to the United States but declined to provide any information on the substance of those terms.

5. On February 1, 2026, counsel for the DOJ participated in a call with several attorneys for the Plaintiff States, including me. Counsel for DOJ declined to provide any further substantive information about the proposed terms from Live Nation or the DOJ response. We requested that the Plaintiff States be included in any settlement discussions, and that while prepared to litigate, the Plaintiff States would consider a settlement on acceptable terms.

6. I did not receive any information about a potential settlement from the United States or Defendants during the month of February. During that time, New York and the other Plaintiff States continued to prepare for trial along with attorneys from the Department of Justice.

7. On the morning of March 2, Omeed Assefi (the Assistant Attorney General for the DOJ Antitrust Division) and two of his deputies, met with counsel for four of the Plaintiff States, including myself on behalf of the State of New York. These DOJ officials indicated to us that they were interested in our input and did not indicate that a settlement was near. We were told that a meeting would be scheduled on March 4th to discuss further, but were not informed of the details of the terms that were already being discussed between DOJ officials and Defendants.

8. The following day, we did not receive a copy of the terms under discussion between Defendants and the United States until approximately 3:30 PM on March 3, 2026. At that time, attorneys who were physically present at the offices of Defendants' settlement counsel—attorneys from California, Texas, Tennessee, the District of Columbia and New York,

which comprise the States' settlement committee—received hard copies of terms then under discussion between Live Nation and the DOJ.

9. On 4:07 PM on March 5, 2026, the DOJ sent me, along with attorneys from the other Plaintiff States, a proposed term sheet between DOJ and the Defendants. The DOJ requested that the Plaintiff States inform DOJ if any State would like to join the settlement by 5:00 PM on March 6, 2026.

Executed in New York, New York on March 8, 2026.

                                                    /s/ Elinor Hoffmann
                                                  Elinor Hoffmann