

U.S. Department of Justice

Antitrust Division

950 Pennsylvania Ave, NW
Washington, DC 20530

**<u>Via ECF</u>**

March 9, 2026

The Honorable Arun Subramanian
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 15A
New York, NY 10007

Re: *United States et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-3973-AS

Dear Judge Subramanian:

    On behalf of the United States, attached is the settlement term sheet signed by the United States and by Defendants that was discussed in court today. I look forward to appearing before the Court tomorrow morning.

    Respectfully submitted,

    /s/ Omeed A. Assefi
    OMEED A. ASSEFI

    *Acting Assistant Attorney General*