March 9, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

    **Re:**    *United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS

Dear Judge Subramanian:

    We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. Pursuant to the Court's March 6, 2026 ruling in open court ("March 6 Ruling"), Defendants are filing all documents they have admitted at trial or used as demonstratives,[1] except those documents subject to SeatGeek's pending motion for extension (ECF 1170). *See* DX-0119, DX-0865, DX-0783, DX-0781, DX-0685, DX-0245, DX-0237, DDX-4, DDX-1, PX0491, PX0313, PX0199, DX-1512.

    Going forward, Defendants will file the documents admitted at trail or used as demonstratives on the public docket the day after their admission / use pursuant to the March 6 Ruling.

    Defendants thank the Court for its attention to this matter.

*[signatures on following page]*

---

[1] The documents include redactions pursuant to the Court's evidentiary and confidentiality rulings to date.

Dated: March 9, 2026

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| *[signature]* | *[signature]* |
| Alfred C. Pfeiffer (admitted *pro hac vice*)  *Co-Lead Trial Counsel* | Lauren A. Moskowitz  Jesse M. Weiss |
| David R. Marriott  *Co-Lead Trial Counsel* | Nicole M. Peles |
| Andrew M. Gass (admitted *pro hac vice*) | Two Manhattan West |
| Timothy L. O'Mara (admitted *pro hac vice*) | 375 Ninth Avenue |
| Jennifer L. Giordano | New York, NY 10001 |
| Kelly S. Fayne (admitted *pro hac vice*) | (212) 474-1000 |
| Lindsey S. Champlin (admitted *pro hac vice*) | |
| Robin L. Gushman (admitted *pro hac vice*) | lmoskowitz@cravath.com  jweiss@cravath.com |
| 505 Montgomery Street, Suite 2000 | npeles@cravath.com |
| San Francisco, CA 94111 | |
| (415) 391-0600 | *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* |
| 1271 Avenue of the Americas  New York, NY 10020  (212) 906-1200 | |
| 555 11th Street, NW, Suite 1000  Washington, D.C. 20004  (202) 637-2200 | |
| Al.Pfeiffer@lw.com  David.Marriott@lw.com  Andrew.Gass@lw.com  Tim.O'Mara@lw.com  Jennifer.Giordano@lw.com  Kelly.Fayne@lw.com  Lindsey.Champlin@lw.com  Robin.Gushman@lw.com | |
| *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* | |