

# REQUEST FOR CITY COUNCIL AND GREAT PARK BOARD ACTION

**MEETING DATE:**   FEBRUARY 14, 2023

**TITLE:**   AMPHITHEATER STATUS UPDATE – OVERVIEW OF CURRENT DISCUSSIONS WITH LIVE NATION AND REVIEW OF SMALLER LIVE MUSIC VENUE OPTIONS AT THE GREAT PARK

DocuSigned by:

*Oliver Chi*

7809AA719A2B4C7...

Executive Director/City Manager

## RECOMMENDED ACTION

Provide direction to staff regarding the nature and size of the live music amphitheater planned at the Great Park, per the options identified in this report as follows:

- Option 1: Pursue the 14,000-seat amphitheater with Live Nation.

- Option 2: Pursue a scaled-down amphitheater with a smaller footprint, consisting of 6,000 – 8,000 seats, with corresponding updates to the Great Park Framework Plan.

## EXECUTIVE SUMMARY

Consistent with the January 25, 2023 memo from Councilmembers Agran and Treseder, this report has been prepared to provide an update regarding the current status of the live-music amphitheater project in the Great Park, including an overview of ongoing discussions with Live Nation regarding a 14,000-seat venue, along with an evaluation of a scaled-down amphitheater with a smaller footprint that includes 6,000 – 8,000 seats.

Plans for a permanent live-music amphitheater venue in the Great Park were advanced when the City Council approved the *Design, Construction, and Operation Agreement* (DCOA) with Live Nation on September 27, 2022, which contemplates the construction of a 14,000-seat amphitheater. However, after approval of the agreement, Live Nation requested significant changes to the DCOA.

On November 11, 2022, Live Nation formally requested revisions to the DCOA that would shift significant increased costs and amphitheater design responsibilities to the City; introduce additional revenue streams for Live Nation; reduce controls on noise impacts from the planned amphitheater; and provide Live Nation with additional opportunities and flexibility to use the amphitheater. Negotiations with Live Nation have been ongoing since

No. 1:24-cv-03973-AS

Defs' Trial Exhibit

**DX-0783**

CITY_OF_IRVINE_015958

Joint City Council and Great Park Board Meeting
February 14, 2023
Page 2 of 13

that time, with Live Nation representatives recently informing the City that an updated proposal to address concerns raised by staff would be provided on Friday, February 3, 2023. Although no updated proposal was received, in the most recent discussions with Live Nation representatives, they have indicated that proposed updated contract terms could be transmitted to the City in the very near future. However, as of publication of this agenda, Live Nation has not provided any additional contract details to City staff. This report is, therefore, based on the DCOA changes that Live Nation has requested to date.

In addition, based on the request submitted by Councilmembers Agran and Treseder, staff has conducted a preliminary evaluation regarding the viability of a reduced-sized amphitheater in the Great Park that would contain 6,000 – 8,000 seats. That preliminary evaluation shows that a medium-sized amphitheater in the Great Park could be economically viable. Choosing a reduced-sized venue would free up significant financial resources and park acreage for other public amenities, while also reducing community impacts and improving synergy with the surrounding park features. Of note, while staff would need to conduct a more detailed study, the medium-sized amphitheater is unlikely to generate as much direct and indirect economic benefit to the City when compared with the Live Nation project. Further, with the medium-sized facility, the City would likely be unable to attract as many of the largest touring amphitheater concerts each year.

Based on the analysis conducted to date, staff believes that there are two primary options available to the City with regard to development of a live music venue in the Great Park, as follows:

- Option 1: Pursue the 14,000-seat amphitheater with Live Nation, which maximizes commercial music opportunities and economic benefits.

- Option 2: Pursue a scaled-down amphitheater with 6,000 – 8,000 seats, which would provide for increased City operational control, mitigation of community impacts, and prioritize integration of the amphitheater facility into the Great Park.

**COMMISSION/BOARD/COMMITTEE RECOMMENDATION**

Not applicable.

**ANALYSIS**

On January 25, 2023, City Councilmembers Agran and Treseder jointly submitted a memo requesting that a discussion of the amphitheater project in the Great Park be added to the City Council agenda (included as Attachment 1). The memo specifically requested a presentation on the status of the current Live Nation amphitheater project and a scaled-down amphitheater with a smaller footprint.

CITY_OF_IRVINE_015959

*History And Status Of Current Live Nation Amphitheater Project*

In April 2022, the City Council approved an Exclusive Negotiating Agreement with Live Nation Worldwide, Inc. (Live Nation), establishing a negotiating period and providing a roadmap for the construction and operation of an amphitheater at the Great Park. On September 27, 2022, at the culmination of negotiations, the City Council approved a *Design, Construction and Operation Agreement* (DCOA) with Live Nation. The DCOA allocates specific rights and responsibilities (related to design, construction, and long-term operations at the facility) between the City and Live Nation related to the development and operation of a 14,000-seat amphitheater in the Great Park. Several of the key terms, conditions, and requirements of the DCOA as presented to the City Council on September 27, 2022 are summarized below:

- <u>Term</u>: 30 years with two additional ten-year extension options (50 years total).

- <u>Design</u>: Live Nation responsible for hiring and managing a design contractor for the amphitheater, through the completion of construction documents.

- <u>Construction</u>: City responsible for constructing the amphitheater.

- <u>Construction Cost</u>: Total cost of the amphitheater, excluding furnishings, fixtures, and equipment (FF&E), capped at $130 million for construction.

- <u>Live Nation Capital Contribution</u>: Live Nation to provide a $20 million capital contribution toward the $130 million cost for the facility.

- <u>Furnishings, Fittings, & Equipment</u>: Live Nation responsible for purchasing and installing FF&E.

- <u>Operating Fee</u>: Live Nation to pay City $3.5 million / year for rights to operate the facility, inflated at 3% per year.

- <u>Ticket Maintenance Surcharge</u>: Live Nation agreed to add a $5 / ticket surcharge for every ticket sold at the facility, with the revenues being split 50 / 50 between City and Live Nation, for use towards maintenance and refresh of the facility. Surcharge to increase by 10% every three years.

- <u>Possessory Interest Tax</u>: to be paid by Live Nation

- <u>Operation</u>: Live Nation responsible to program and operate the facility, including at least 25 shows per year with a minimum of 10,000 attendees per show.

Neither the City nor Live Nation have executed the DCOA. Instead, on November 11, 2022, Live Nation rejected the deal terms approved by the City Council and made an

CITY_OF_IRVINE_015960

extensive counterproposal. The counter proposal made multiple material revisions to the City Council-approved deal terms. City staff discussed the proposed revisions with Live Nation and advised Live Nation that the material changes in Live Nation's counterproposal would require further City Council consideration. During the assembly of this staff report, Live Nation advised City staff that it intended to submit a further updated counter-proposal to the City by February 3, 2023 (to address concerns raised by staff). As of publication of this staff report on February 7, 2023, City staff has not received any updated documents from Live Nation, although Live Nation representatives have shared with City staff as recently as February 6 that a new redline contract could be submitted to the City in the near future.

A summary of the key changes to the DCOA in Live Nation's counterproposal are included below. A full summary of Live Nation's counterproposal as well as its redlined revision to the DCOA are included as Attachment 2.

- Design: Responsibility for construction drawings and the associated cost of preparing those drawings (estimated at $2 million – $4 million) is shifted from Live Nation to the City.

- Construction Cost: Cost estimates provided by Live Nation indicate that the cost to build the planned facility has increased to $150 million, an increase of $20 million over the $130 million contemplated in the DCOA. Live Nation has proposed that the additional cost be borne by the City.

- Live Nation Capital Contribution: Live Nation has not made any adjustment to its capital contribution, keeping it at $20 million as contemplated in the DCOA.

- Furnishings, Fixtures, & Equipment: Live Nation has shifted the responsibility for purchase and installation of FF&E to the City (estimated cost of $15 million – $30 million). This shift partially accounts for the increase in the estimated construction cost, but ultimately results in an increase of $20 million in construction cost responsibilities for the City, as referenced above.

- Construction: The DCOA has been modified to allow Live Nation to set construction completion and venue opening dates. Live Nation has also added provisions that would require the City to pay Live Nation liquidated damages if the amphitheater is not completed on a timely basis.

- Ticket Maintenance Surcharge: Live Nation has removed the language providing for the 10% increase every three years.

- Possessory Interest Tax: Responsibility to pay possessory interest tax has been shifted from Live Nation to City.

CITY_OF_IRVINE_015961

Joint City Council and Great Park Board Meeting
February 14, 2023
Page 5 of 13

- **Noise Restrictions**: Language requiring compliance with City noise ordinance and the sound contour map has been removed from the DCOA, and as a result, the City's ability to regulate sound and noise related impacts through the contract has been eliminated.

- **VIP / Club Operations**: The planned VIP / club operations at the amphitheater would no longer be restricted to event days, allowing operation of a club independent of a concert.

- **Sponsorship / Naming Rights**: The City Council approved DCOA is silent on sponsorship and naming rights. In its counterproposal, Live Nation has added language that would allow it to own all sponsorship and naming rights and retain all revenue generated from those revenue streams.

- **Event Coordination**: Language requiring coordination with City on events has been removed.

- **Customer Satisfaction**: Language requiring customer satisfaction standards has been removed.

- **Exclusivity**: Under Live Nation's counterproposal, the City cannot hold live music events with more than 10,000 attendees anywhere in the Great Park, and Live Nation would have the exclusive right to host all events with more than 5,000 attendees anywhere in the Great Park.

It is important to note that the above outline of proposed contract revisions is based on the most recent written counter-offer provided by Live Nation and, according to representatives from Live Nation, it does not constitute a last, best, and final offer from the firm.

Concurrent with the ongoing negotiations with Live Nation regarding the DCOA, City staff has also continued its review of the overall project to address concerns raised by the City Council. The primary concerns relate to noise and traffic impacts.

As to noise, recent investments by Live Nation at the temporary Five Point Amphitheater have demonstrated that noise impact improvements can be made by implementing various mitigation measures. However, loud concerts – and bass tone sounds in particular – have driven complaints from various parts of the City, primarily in the southern portions of the City down the I-405 corridor in the villages of Quail Hill, Woodbridge, and Turtle Rock.

To further assess these issues, the City commissioned a sound analysis to identify how the physical noise mitigations planned for the new Live Nation facility (*e.g.,* a 20' earthen berm, stage sunk 20' below grade, directed speaker projection) would mitigate sound impacts. The assessment forecasts that all of the noise mitigations planned will not be sufficient to keep noise and bass levels below acceptable ranges in residential areas, as show in the exhibits below. Based on this assessment, volume levels (identified as dBA

CITY_OF_IRVINE_015962

Joint City Council and Great Park Board Meeting
February 14, 2023
Page 6 of 13

levels) from the proposed 14,000-seat amphitheater are estimated to be in the 55 – 60 dBA in residential neighborhoods, and bass levels (identified as dBC levels) are estimated to be in the 70 – 75 dBC range in residential neighborhoods.  The City Council-approved DCOA established a residential dBA impact limit of 50 dBA in residential neighborhoods. City sound consultants have shared that a bass level which corresponds to a 50 dBA volume level would be 60 dBC.

***dBA Volume Levels***



***dBC Bass Levels***

CITY_OF_IRVINE_015963

Joint City Council and Great Park Board Meeting
February 14, 2023
Page 7 of 13



Given the extensive mitigations that are already planned at the 14,000-seat amphitheater, the City's sound consultant has identified that the volume and bass impacts are beyond the mitigation ability of reasonable physical constructs. Therefore, if the City wants to address the noise and bass impacts, the mitigation will need to be driven by operational measures tied to reducing the maximum volume and bass levels at the facility. Staff is working through these issues with Live Nation, but Live Nation has thus far been unwilling to agree to any operational measures aimed at reducing volume and bass levels. Live Nation has shared that such provisions would limit the range of acts willing to perform at the venue.

As to traffic impacts, residents have expressed concerns regarding the relocation of the facility into the Heart of the Great Park, and the potential impacts that concert traffic may have on surrounding neighborhoods. To address those concerns, the Great Park Framework Plan includes an internal park loop road and concentrates amphitheater access via Great Park Boulevard, which will greatly reduce, if not eliminate, event traffic on neighborhood streets. That said, staff continues to work with neighborhood residents to make adjustments to the plan to address this concern.

*Viability Of A Medium-Sized Amphitheater Venue In The Great Park*

Responding to the concerns identified above, Councilmembers Agran and Treseder also asked that staff provide an assessment of a scaled-down amphitheater venue with a smaller footprint. This presents a choice with regard to the scale and character of the amphitheater at the Great Park.

The larger Live Nation amphitheater requires a larger investment, and it would draw larger musical amphitheater acts with a wide draw across the spectrum of popular commercial

CITY_OF_IRVINE_015964

Joint City Council and Great Park Board Meeting
February 14, 2023
Page 8 of 13

music. The larger venue can generate greater revenue both for Live Nation, and for the City through the operating fees paid to Irvine. The larger venue would also bring more people to the City, which has a corresponding positive economic impact through increased hotel and sales tax revenues. The ongoing revenue and economic activity generated by a large venue can then be channeled into ongoing park maintenance, enhanced park programming, and a variety of needs and services across the City.

In contrast, a 6,000 to 8,000-seat venue could, in theory, allow the City to address various concerns that have been raised regarding the larger, commercially focused amphitheater, while also allowing the City access to a range of amphitheater concert acts. To assess the commercial viability of a medium sized amphitheater, the City hired a consulting firm which specializes in market, financial, and economic feasibility assessments for entertainment / sports venues. The report from that assessment is included as Attachment 3 to this report.

According to the report, the top 200 North American amphitheater concert venues reported an average paid attendance of 7,040 people in 2021, as reported by Pollstar, a leading publication in the live music industry that tracks concert ticket sales for the top grossing artists each year. Approximately 22% of the top 200 tours reported average paid attendance of more than 10,000 concert goers, while 78% reported average attendance of less than 10,000 concert goers (~17% percent reported attendance between 6,001 – 9,999, and ~61% reported average paid attendance of 6,000 or less). This data indicates that there is a sizable market for concerts to perform in venues with less than 10,000 seats, which is further reinforced by the historical average paid ticket attendance at the current temporary FivePoint Amphitheater in Irvine, which averages less than 9,000 tickets per event.

The report also identified that across California, there are a variety of outdoor live music venues with capacities in the 4,000 – 8,000 seat range. Although the size of the venue does influence the types of acts that are booked, the market data indicates that there is an economically viable model for smaller venues, and in some cases, smaller venues outperform the larger venues. One example is the Greek Theatre in Los Angeles. At 5,900 seats, it is one of the more successful venues in the State, attracting top talent (Greek Theater Artist List included as Attachment 4), and delivering a positive financial return to the City of Los Angeles, while successfully co-existing with an immediately adjacent residential neighborhood. In total, the assessment looked at operations at the following nine facilities:

1. Cal Coast Credit Union Open Air Theatre
2. FivePoint Amphitheater
3. Greek Theater
4. Ironstone Amphitheater
5. Oxbow RiverStage
6. Pacific Amphitheater
7. Rady Shell at Jacobs Park
8. Santa Barbara Bowl

CITY_OF_IRVINE_015965

Joint City Council and Great Park Board Meeting
February 14, 2023
Page 9 of 13

9. Vina Robles Amphitheater



In assessing the viability of a medium-sized amphitheater venue, staff also identified that such a project would require a substantially lower capital investment from the City. A preliminary estimate of an 8,000 seat venue at the Great Park indicates that the project would cost $80 – $90 million, as compared to a forecasted $150 million for the 14,000 seat Live Nation venue. This smaller capital requirement would free up significant resources for investment in other Great Park amenities. Further, although the larger Live Nation amphitheater would generate greater revenues, given that an amphitheater is only open for 30 – 50 shows per year, delivering a well-positioned, medium-sized amphitheater, and redirecting excess dollars to other public park amenities, may actually improve the City's return on investment from a public benefit perspective.

*Community Impacts From Medium-Sized Amphitheater*

The medium-sized live music venue will reduce noise and traffic impacts relative to the proposed 14,000 seat facility. A reduction in the number of seats by 40% – 60% means a corresponding reduction in the number of cars coming in and out of the area, and a reduction in the sound projection necessary from the stage. Perhaps more importantly, from a community impact perspective, the medium-sized venue would likely offer a greater degree of local control and operating flexibility to address noise and other impacts. One of

CITY_OF_IRVINE_015966

the challenges of a large venue operated by a promotor, such as Live Nation, is that each musical act brings its own sound system, which presents wide variability in the type of equipment, sound / bass projection levels, and positioning on the performance stage. This factor has been one of the primary challenges to mitigating the noise / bass impacts at the Five Point temporary amphitheater.

In contrast, there are a number of successfully operating smaller amphitheaters that operate with a different model. In those models, the venue is controlled by a local operator on contract with the City, rather than being controlled by the concert promoter. In this model, the sound is run through a house speaker system, rather than sound systems brought in by the musical acts themselves. By running the sound through a single, operator-controlled system that is consistent across shows, the City, or its contracted operator, is better able to anticipate and control volume and bass tone sound levels, as well as the types of acts, and the hours operation. In discussions with people familiar with the Greek Theater, this local operator control has been important in their mitigation of neighborhood impacts.

*Amphitheater Location Within Great Park*

The current Great Park Framework Plan locates the 14,000-seat Live Nation amphitheater on an approximately 25-acre site at the intersection of Great Park Boulevard and Skyhawk – the most prominent intersection in the Great Park (Framework Plan included as Attachment 5). The size of the footprint and the prominent location make the amphitheater the primary feature in the Great Park from both a visibility and accessibility standpoint. The Heart of the Park, the Grand Promenade, the lake feature, and other public park features have been adjusted to accommodate the size and prominence of the Live Nation amphitheater facility.

With a projected operating season featuring 30 – 50 shows between May – September, the facility will be open approximately 10% – 15% of evenings per year. Shifting to a medium-sized facility would allow for a reduction in the park acreage dedicated to the amphitheater use, which would only be open for a fraction of the year, while transitioning the concert venue to a less prominent location in the Great Park. This shift would open up more public park space and create an opportunity for better visibility and access into the Great Park.

An early design concept, included as Attachment 6, illustrates this opportunity, which highlights a smaller footprint for the live music facility, while also shifting the facility to the east away from the Full Circle Farm and the lake feature. In this concept, the lake is extended down to the intersection of Great Park Boulevard and Skyhawk, which offers views over the lake and into the park from this main roadway intersection. This concept preserves enough space for a 6,000 to 8,000-seat facility, while also opening up significant additional publicly accessible park land along the lake edge, and brings the Grand Promenade (the park's primary pathway) along the lake edge rather than routing it around the east side of the amphitheater as envisioned per the Live Nation design.

CITY_OF_IRVINE_015967

The shift to a smaller facility also reduces the parking requirement by 40% – 50%. Attachment 7 provides a comparison of the parking acreage required for a 14,000 seat amphitheater (45 acres) as compared to an 8,000 seat amphitheater (25 acres). As shown in the attachment, smaller parking lots can be tucked in less prominent locations along the Agua Chiñon drainage channel on the east side of the Great Park, out of site from most of the park and park-adjacent streets. This enhances the views into the park from Great Park Boulevard and further opens up additional usable park space, while reducing the number of large parking lots in the park.

The smaller amphitheater concept illustrated in Attachment 6 also promotes a design and operational strategy that better integrates the amphitheater into the Great Park. The current design for the 14,000-seat Live Nation facility features exclusive food and beverage and pre-concert gathering (or tailgating) spaces behind the turnstile and inside the 20 foot berm. A smaller facility with a smaller berm would be potentially less reliant on capturing independent revenue from food and beverage, could offer views over the lake from bleacher seating and share park amenities. Under this revised scenario, a visit to the amphitheater could start with a visit to a restaurant on the lake, a picnic on the Great Meadow, or a visit to a new food hall in Hangar 244, rather than heavy reliance on exclusive food and beverage offerings behind the gates of the amphitheater itself.

Ultimately, a medium-sized amphitheater would refocus the facility away from maximum commercial viability and prioritize other public benefit considerations, while also providing increased financial resources and park acreage for publicly accessible amenities. From that perspective, the medium-sized amphitheater would reduce community impacts while improving synergy with the surrounding park.

Importantly, the City's preliminary evaluation of the live-music amphitheater market indicates that while there is significant and viable demand for a facility in the 6,000 – 8,000 seat range, it will generate less revenue through operating fees and collateral tax revenue than the larger 14,000-seat facility. This presents a key decision for the City regarding the scale and character of the amphitheater as it moves forward with park planning, as outlined by the two options identified below:

- Option 1: Pursue the 14,000-seat amphitheater with Live Nation, which maximizes commercial music opportunities and economic benefits.

- Option 2: Pursue a scaled-down amphitheater with 6,000 – 8,000 seats, which would provide for increased City operational control, mitigation of community impacts, and prioritizes integration of the amphitheater facility into the Great Park.

*Next Steps*

The memorandum submitted by Councilmembers Agran and Treseder requested presentations for both the current Live Nation amphitheater project and a scaled-down amphitheater with a smaller footprint. Should the City Council direct staff to pursue Option

CITY_OF_IRVINE_015968

Joint City Council and Great Park Board Meeting
February 14, 2023
Page 12 of 13

1, staff would engage in further negotiations with Live Nation to finalize a DCOA and bring that contract back for City Council consideration.

Should the City Council direct staff to pursue Option 2, staff will update the Framework Plan to include the medium-sized amphitheater concept presented in Attachment 6, and launch a competitive process to engage a partner in the design and operation of smaller amphitheater facility. Of course, all final designs and operating agreements will be brought back for City Council consideration regardless of the option chosen.


**ALTERNATIVES CONSIDERED**

The Board could recommend and the City Council could direct staff not to move forward with either of the options presented, make modifications to either of the options, or pursue another option not presented in the report.


**FINANCIAL IMPACT**

The planning and design work for the Framework Plan items contemplated in this staff report were approved as part of the Master Landscape Architecture contract approved in September 2022 and fall within the previously approved scope and budget. Construction of each of these projects will be funded by a variety of sources, which will be the subject of the forthcoming phasing plan.

Although more work is necessary to fully quantify the financial impacts of a medium-sized amphitheater, the two options for amphitheater sizing and the associated operations likely present different financial profiles.

The larger amphitheater will require a larger up front capital investment from the City, approximately $150 million based on current estimates, and will generate annual direct revenues of approximately $3.5 million – $4.5 million. It will also generate a proportionately lager amount of collateral tax revenue through hotel and sales activity in the City.

A smaller amphitheater, with capacity for up to 8,000, is estimated to cost $80 – $90 million. Direct revenues to the City associated with the smaller facility will be subject to negotiation with an operating partner identified through a competitive process.


**REPORT PREPARED BY**                      Pete Carmichael, Executive Director Great Park

CITY_OF_IRVINE_015969

DX-0783.0012

Joint City Council and Great Park Board Meeting
February 14, 2023
Page 13 of 13

## ATTACHMENTS

1. Memorandum from Council Members Agran and Treseder requesting that the amphitheater be placed on the agenda
2. Live Nation Redline of Design, Construction, and Operating Agreement (DCOA) between Live Nation and City of Irvine, including a summary of the proposed changes
3. Market Analysis for scaled-down amphitheater
4. Greek Theater 2019-2022 roster of performers
5. Great Park Framework Plan
6. Great Park Design exhibit showing relocated, scaled-down amphitheater
7. Parking comparison exhibit showing parking layout for a 14,000-seat Amphitheater and an 8,000-seat amphitheater

CITY_OF_IRVINE_015970

# Memo

RECEIVED

JAN 2 5 2023

CITY OF IRVINE
CITY MANAGER'S OFFICE

To:     Oliver Chi, City Manager

From:   Larry Agran, Councilmember *LA*

        Kathleen Treseder, Councilmember *KT*

Date:   January 25, 2023

**Re:    Discussion of the amphitheater project in the Great Park**

Please agendize for discussion the above item for the February 14, 2023, meeting of the Irvine City Council and Great Park Board. Our offices have met with and received emails from resident groups city-wide with questions and concerns about the current project.

Please have staff prepare a presentation on the current amphitheater project and a scaled-down amphitheater with a smaller footprint.

cc:  City Council
     City Clerk
     City Attorney

# ATTACHMENT 1

CITY_OF_IRVINE_015971

DX-0783.0014

Live Nation / City of Irvine Deal Point Status Summary Sheet

| | Issue | Council Approved Deal Point | Live Nation Current Proposal |
|---|---|---|---|
| 1. | Design | a) LN hires and manages design contractor through construction documents.<br>b) City reviews at 50% and 100% CDs<br>c) Cost estimates provided at 50% and 100% CD<br>d) City has sole discretion on design.<br>e) 25% cap on design expenditures. | a) Final CDs shifted to City, approximately $2M-$4M cost.<br>b) Not applicable, because CDs shifted to City.<br>c) Cost estimates shifted to City.<br>d) All design issues require LN approval<br>e) Design expenditures cap removed. |
| 2. | Construction | a) City builds "warm shell" of facility; LN purchases and installs all FF&E.<br>b) City final approval of all change orders | a) FF&E Costs shifted to the City, approximately $25M-$50M cost.<br>b) Mutual approval of Change orders. |
| 3. | Costs | a) Total cost up to $130M; LN to provide $20M; Irvine share up to $110M.<br>b) LN to pay possessory interest tax.<br>c) No credit required for LN costs at temporary amp. | a) Total cost up to $150M; LN to provide $20M; Irvine share up to $130M<br>b) City to pay possessory interest tax<br>c) City to pay credit for LN costs at temporary amp for next 2 years.<br>d) City to pay LN liquidated damages if construction is not timely completed. |
| 4. | Revenues | a) LN base operating fee of $3.5M/yr inflated 3%/yr<br>b) No charge for parking.<br>c) Restriction on LN licensing amphitheater to 3rd parties<br>d) Silent on naming rights | a) No change.<br>b) LN has right to charge and retain revenue for parking<br>c) LN allowed to license to 3rd parties (e.g., wireless) and retain revenue<br>d) LN to own and retain revenues from naming rights. |
| 5. | Operations | a) LN provides minimum 25 shows/yr @10,000 attendees.<br>b) Prices, regulations, advertising, and alcohol standards to match comparable facilities in So Cal.<br>c) Customer Satisfaction Standards included.<br>d) Event scheduling coordinated with City.<br>e) Third party use agreements approved by City<br>f) VIP Area use in connection with events only.<br>g) City cannot hold events > 10,000 attendees for live music in the Great Park | a) 10,000 attendee threshold removed.<br>b) Prices, regulations, advertising, and alcohol standards to match temporary amp.<br>c) No customer satisfaction standards.<br>d) No event coordination with City; scheduling of City events more restricted.<br>e) No City approval required for third party use agreements.<br>f) Language requiring VIP Area use only in connection with events removed.<br>g) LN exclusive rights to events of 5,000 or more, and ROFR on events > 5,000. |
| 6. | Maintenance | a) $5/ticket maintenance fee, increases 10% every 3 yrs.<br>b) LN responsible for amphitheater complex, including refreshes to FF&E | a) No increase in ticket surcharge.<br>b) Obligation to refresh every 10 years removed; requirement for replacement/reserve account removed. |
| 7. | Noise | **a)** Must comply with noise ordinance standards<br>b) Must comply with noise contours map | a) Deleted noise ordinance compliance requirement.<br>b) Deleted noise contour map compliance<br>c) No payments for noise violations; removed meet and confer<br>d) LN required only to use commercially reasonable efforts |
| 8. | Remedies and Enforcement | a) City agreeable provisions on assignments, indemnification, release, representations, casualty, termination, liquidated damages, consequential damages, and confidentiality. | a) LN revisions/rewrites to each category. |

# ATTACHMENT 2

CITY_OF_IRVINE_015972

DESIGN, CONSTRUCTION, AND OPERATION AGREEMENT

THIS DESIGN, CONSTRUCTION, AND OPERATION AGREEMENT ("**Agreement**") is made and entered into as of _____, 2022 ("**Date of Agreement**"), between the CITY OF IRVINE, a California municipal corporation and charter city ("**City**"), and LIVE NATION WORLDWIDE, INC., a Delaware corporation ("**Live Nation**"). Each of City and Live Nation may be referred to hereinafter individually as a "**Party**" and collectively as the "**Parties**."

**RECITALS**

A. City owns in fee and/or has a leasehold interest in that certain real property that has been designated for development of a metropolitan park known as the "Great Park," located in the City of Irvine, County of Orange, State of California ("Great Park"). A depiction of the Great Park is attached hereto as Exhibit "A" and incorporated herein by this reference.

B. Live Nation has extensive experience in the entertainment industry, including in the operation of amphitheaters and in the promotion and booking of concerts and other live events.

C. City desires to develop a first-class amphitheater facility (the "**Facility**") within the Great Park and to provide for first-class management and operation of the Facility.

D. In consultation with Live Nation, City has identified an approximately twenty-five (25) acre site within the area of the Great Park generally located north of Great Park Boulevard adjacent to the Skyhawk roundabout (the "**Site**") for development of the Facility. The location of the Site is shown by star designation on Exhibit "A" and the Site is more particularly described on Exhibit "B", which is incorporated herein by this reference.

E. Live Nation and City now wish to set forth the terms and conditions under which City will construct, and thereafter Live Nation will operate, manage, and maintain the Facility and market and manage all Events (as defined herein) held at the Facility.

F. The fulfillment generally of this Agreement is in the vital and best interests of the City of Irvine and the welfare of its residents, and in accordance with the public purposes and provisions of applicable federal, state, and local laws and requirements.

Based upon the foregoing Recitals, which are incorporated into this Agreement by reference, and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by both Parties, City and Live Nation hereby agree as follows:

Deleted: _____

Deleted: ")

Deleted: "

Deleted: and depicted in

Deleted: ,

Deleted: ,

CITY_OF_IRVINE_015973

1.  Definitions.  The following terms shall have the meanings given in this section.

    a.  "**Affiliate**" means any entity directly or indirectly, through one or more intermediaries, controlling, controlled by or under common control with (i) Live Nation or (ii) the officers and directors controlling Live Nation. The term "control" as used in the immediately preceding sentence, means, with respect to a person that is a corporation, the right to the exercise, directly or indirectly, of more than fifty percent (50%) of the voting rights attributable to the shares of the controlled corporation.

| Deleted: person or |
| --- |

| Deleted: , which, if |
| --- |

| Deleted: is a partnership or limited liability company, shall include each of the constituent members or partners, respectively thereof |
| --- |

| Deleted: , and, with respect to a person that is not a corporation, the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of the controlled person |
| --- |

    b.  "**Amphitheater**" means an outdoor amphitheater with a sellable viewable seating capacity of approximately, but not to exceed, fourteen thousand (14,000) without the prior written consent of the City.

| Deleted: ). |
| --- |

    c.  "**City Amphitheater Use Operating Expenses**" means all actual, documented costs incurred by Live Nation in connection with a City Event, including, without limitation, set-up and clean-up costs, and costs for providing any services (including, without limitation, concession services) requested by City or a City User (as applicable).

    d.  "**Applicable Law**" means any applicable statute, rule, regulation, ordinance, order, directive, code, interpretation, judgment, decree, injunction, writ, award, permit, license, authorization, or requirement of any court, board, agency, commission, office, division, subdivision, department, body, authority of the United States, the State of California, City, including, without limitation, City's Municipal Code, and any other governmental unit with jurisdiction over the Site or over the operation of the Facility.

    e.  "**Applicable Standard**" means:

        i.  Except as defined in subsection ii below, a standard of performance, operation (including bookings) and maintenance equal to or exceeding those generally applicable to comparable first-class live entertainment facilities operated by Live Nation or an Affiliate in the United States.

        ii.  With respect to prices, regulation of advertising, and serving of alcoholic beverages and products, the standard shall be equal to the standards currently implemented at the existing amphitheater venue operated by Live Nation in Irvine, California.

| Deleted: the |
| --- |

| Deleted: comparable facilities and amphitheaters located... |
| --- |

| Deleted: the Southern |
| --- |

| Deleted: area |
| --- |

    f.  "**Business Day**" means a day on which the City of Irvine is open for business.

    g.  "**CD**" shall have the meaning ascribed thereto in Section 4.1.

    h.  "**CEQA**" means the California Environmental Quality Act, Public Resources Code Section 21000, et seq.



CITY_OF_IRVINE_015974

**DX-0783.0017**

i.   "**City and City Personnel**" means, collectively, City and the Great Park Corporation, and their respective elected and appointed boards, members, officials, officers, agents, contractors, employees, volunteers, representatives, professional consultants, and attorneys.

j.   "**City Completion Notice**" shall have the meaning ascribed thereto in Section 6.2.

k.   "**City Designated User**" means a third party that City authorizes to use the Amphitheater for a City Event.

l.   "**City Event**" means an event held on one (1) day at the Amphitheater that is organized and/or controlled by City or by a City Designated User.  [NTD - moved from 1p.]

m.   "**City Identification/Signage**" means signage identifying the City of Irvine, with lettering and design at least as prominent in size, style and design as any non-City entity other than the Facility sponsor is identified, and including the City of Irvine seal.

n.   "**City Luxury Box**" means one (1) luxury box within the Amphitheater of a comparable size and with comparable design and amenities to other luxury boxes at the Facility, to be fully owned, and available for exclusive use, by City, and to be located as at the Facility as shown on the Preliminary Site Plan attached hereto as Exhibit "C" attached hereto.[Need Preliminary Site Plan to show City Luxury Box]

o.   "**City Maintenance Elements**" means the structural elements of the Facility, including, without limitation, the terraced concrete seating decks and steps and appurtenant hand and safety railing, the foundation of any and all buildings and improvements comprising the Facility, the roof, roof membrane and roof systems of all such buildings (including all gutters and downspouts), the exterior surfaces of the exterior walls of all buildings (including storefronts, door frames, door checks, windows and window frames, building systems, such as HVAC, mechanical, plumbing, electrical, and lighting, including conduits and pipes up to the point of connection of Live Nation's systems, and the parking areas, and parking area lighting, landscaping, landscape irrigation and lighting, sidewalks, ADA path of travel and other access facilities, utilities and other infrastructure located within the Site, but not including any electrical and/or lighting systems that comprise Live Nation FF&E or any Live Nation Maintenance Elements set forth on Exhibit "F" attached hereto which are the obligation of Live Nation. The City Maintenance Elements are set forth in Exhibit "D" [Need to see].

p.   "**Commencement Date**" means the later of (i) the date on which (a) Live Nation completes installation and/or construction of the Live Nation FF&E, (b) Live Nation has received all Live Nation Permits required to fully operate

| Deleted: , |
| Deleted: . |
| Deleted: roof |
| Deleted: major |
| Deleted: , |
| Deleted: , |
| Deleted: Improvements. |
| Deleted: ". |
| Deleted: <#>"**City Event**" means an event held at the Amphitheater that is organized and/or controlled by City or by a City User. ¶ |
| Deleted: <#>earlier |
| Deleted: <#>Improvements, and (b |



CITY_OF_IRVINE_015975

the Facility for the intended use, including all licenses and permits required to sell food and alcohol, and (c) City issues a final Certificate of Occupancy for the Facility, and (ii) the date that is six (6) calendar months after City delivers to Live Nation a City Completion Notice.

q.  **"Construction Budget"** shall have the meaning ascribed thereto in Section 4.3.

r.  **"Date of Agreement"** shall have the meaning ascribed thereto in the Preamble.

s.  "DD" shall have the meaning ascribed thereto in Section 4.1.

t.  **"Effective Date"** means the date that all statutory filing limitation periods with respect to the findings, determinations, and/or certifications made by City to enable the development and operation of the Facility to move forward, including, without limitation, any findings, determination, and/or certifications made (i) pursuant to CEQA, and (ii) with respect to the Surplus Land Act, Government Code 54200 et seq., have expired with no appeals or adverse actions (including litigation) taken or filed (any of the foregoing, **"Agreement Claims"**), or, if any are so taken or filed, then upon the resolution of the Agreement Claims upon terms acceptable to each of City and Live Nation, in their respective sole and absolute discretion.

u.  **"Events"** means all events (whether single or multi-day) held, conducted or presented at the Amphitheater, which are promoted by Live Nation or an Affiliate and are not City Events, provided each day of multi-day Events shall count as an individual Event.  By way of illustration and not by limitation, events featuring the following types of entertainment, artists and/or activities shall be included within the definition of Events:

  i.  Live and recorded music performances and festivals;

  ii.  Theatrical performances and national Broadway tours;

  iii.  Children's shows and entertainment;

  iv.  Comedy Performers;

  v.  Sporting Events;

  vi.  Film debuts, film festivals and art festivals;

  vii.  Ticketed Special Events for corporate and public rentals for functions such as school musicals, graduations and similar ceremonies.

| Deleted: . |
| Deleted: and |

| Deleted: and |
| Deleted: . |

CITY_OF_IRVINE_015976

v.  "**Facility**" collectively means all improvements situated within the Site and developed for use in conjunction with the Amphitheater including without limitation the following:

   i.  The Amphitheater;

   ii.  Office space to support Facility operations;

   iii.  Concession sales areas and other improvements necessary to support the Facility;

   iv.  The City Luxury Box;

   v.  All other luxury boxes and seating incorporated into the Amphitheater;

   vi.  VIP Area improvements including perimeter walls/enclosures, access, canopies and supporting improvements;

   vii.  Parking areas and circulation to support back of house operations, including, without limitation, employees, management, concessionaires, deliveries, tour buses and customary touring trucks, and performers; and

   viii.  Perimeter enclosure and ticketed entry facilities.

w.  "**Facility Design Concepts**" shall have the meaning ascribed thereto in Section 4.1.  As of the Date of Agreement, the Parties contemplate the Facility Design Concepts shall be as set forth in the Preliminary Site Plan.

x.  "**Facility Permits**" shall mean all zoning and land use permits and governmental approvals, variances, conditional use permits and approvals including building permits required to commence and complete construction of the Facility.

y.  "**Live Nation**" means Live Nation Worldwide, Inc., a Delaware corporation, or an Affiliate. Acts of Live Nation's designated agents, officers, employees and other authorized representatives acting within the scope of their authority or employment shall be deemed to be binding upon Live Nation as to any obligation or duty hereunder assumed by any such parties in writing on behalf of Live Nation.

z.  "**Live Nation Capital Contribution**" shall have the meaning ascribed thereto in Section 5.

aa.  "**Live Nation Capital Contribution Delivery Date**" shall have the meaning ascribed in Section 5.

Deleted: of

Deleted: Approximately (___) square feet of office

Deleted: <#>"**Facility Rental Program**" means a rental program to be developed by Live Nation and approved by City, with such approval not to be unreasonably withheld or delayed, that sets forth the terms and conditions under which Live Nation is able to rent the Facility, or components thereof, to Third-Party Users.

Deleted: acts of Live Nation for purposes of

Deleted: means (i)

Deleted: date Live Nation submits to City construction cost estimates at 100% completion of CD, if said construction cost estimates do not exceed the Construction Budget, or (ii) the next Business Day following the date the City Council approves an increase

Deleted: construction costs, if said construction cost estimates exceed the Construction Budget

-5-

CITY_OF_IRVINE_015977

bb.   "**Live Nation Design Costs**" means all of the out-of-pocket costs incurred by Live Nation in connection with the design and development of the Facility, as evidenced by documentation reasonably acceptable to City.

cc.   "**Live Nation FF&E**" means all furniture, fixtures, and equipment necessary for operation of the Facility, including, without limitation, all stage fixed lighting and control systems, all fixed sound equipment and control systems (including, solely for purposes of Live Nation's responsibility for same but not as to acquisition or installation of same by City, all individual Event lighting and sound equipment provided by performers), all seating (except terraced concrete seating decks), and any stage mounted equipment, all concession equipment, menu boards, sales kiosks, furnishing and equipping general offices, furnishing and equipping the VIP Area, hospitality areas, and performer space, erecting sponsorship signage, installing a phone and data system for the Facility, and all other back of house facilities and space.

dd.   "**Live Nation FF&E Costs**" shall have the meaning ascribed thereto in Section 6.5.

ee.   "**Live Nation Maintenance Elements**" means those elements of Live Nation FF&E and of the Facility, if any, which are to be maintained and repaired by Live Nation as described on Exhibit "F" attached hereto and in Section 9.2.

ff.   "**Live Nation Maintenance Program**" shall have the meaning ascribed thereto in Section 9.2.

gg.   "**Live Nation Permits**" shall mean any and all necessary zoning and land use permits and governmental approvals, including without limitation those permits and approvals necessary for (i) the proposed use of the Facility by Live Nation, (ii) all Facility signage and building logos, (iii) all encroachments/projections over the sidewalks surrounding the Facility, all curb cuts, loading and unloading areas, any off-street trash storage area, conditional use other governmental permits required for Live Nation's use and all applicable California Alcoholic Beverage Control liquor licenses and permits, but in all cases excluding the Facility Permits.

hh.   "**Non-Permitted Use**" means any use not described as a Permitted Use, unless approved in writing by City.  Non-Permitted Uses shall also include any of the activities listed in Live Nation's Prohibited Activities described in this Agreement as well as any use contrary to Applicable Law.

ii.   "**Operating Season**" means the period of March 1 to November 1 in each calendar year during the Term, provided Live Nation shall have the right to hold Events outside of the Operating Season upon reasonable prior notice to the City, subject to City's reasonable approval as to nature and timing of

**Deleted:** Improvements

**Deleted:** pursuant to the terms of this Agreement

**Deleted:** stage, stage canopy

**Deleted:** erecting barricade fencing, obtaining or erecting storage facilities,

**Deleted:** [list to be expanded and modified as appropriate]....

**Deleted:** Improvements

**Deleted:** <#>"**Operating Season**" means the period of May 1 – October 15 in each calendar year during the Term.¶



CITY_OF_IRVINE_015978

any such Events outside of the Operating Season.[NTD – moved to follow Non-Permitted Use]

jj. "**Permitted Use**" means the operation of a first-class live entertainment venue together with ancillary uses thereto comparable to uses at all other comparable venues operated by Live Nation, including, without limitation, operation of food and beverage service (including, without limitation, food storage, preparation, service and consumption and bar service and the sale and consumption of alcoholic beverages), the VIP Area, product exhibitions, meetings, fund raising events, charity events, broadcasting, recording, sale of concessions, and sale of merchandise related to the operations or events at the Facility, exhibiting of pay-per-view events, events for viewing on a screen, the display and sale of works of art, videotapes, promotional items, music, CDs, DVDs, and other items sold generally from time to time at live entertainment venues, and City Events.

kk. "**Preliminary Site Plan**" means the design and layout set forth in Exhibit "C".[Need to attach]

ll. "**Schedule of Performance**" means the schedule for the performance of certain actions by City or Live Nation pursuant to the terms and conditions of this Agreement, attached to this Agreement as Exhibit "E" [Need to develop and attach]

mm. "**SD**" shall have the meaning ascribed thereto in Section 4.1.

nn. "**Sponsorships**" shall have the meaning ascribed in Section 8.20.

oo. "**Third-Party Event**" means an event held at the Amphitheater by a Third-Party User.

pp. "**Third-Party User**" means a person or entity that is not an Affiliate of Live Nation or a City Designated User.

qq. "**VIP Area(s)**" means the area(s) within the Facility that provide a separate, private restaurant club venue and access to certain luxury boxes and premium seating within the Amphitheater, within the areas set forth in the Preliminary Site Plan.

2. Term.

2.1 Initial Term. This Agreement shall be binding upon the Parties subject to the terms hereof as of the Date of Agreement; provided, however, the term of this Agreement ("**Term**") shall commence on the Effective Date and, subject to (i) the possibility of earlier termination as expressly provided for herein, and (ii) extension pursuant to the following paragraph, shall continue thereafter for thirty (30) years following the Commencement Date.

| Deleted: "C". |
| Deleted: . |
| Deleted: " |
| Deleted: provides |
| Deleted: . The VIP Area is contemplated to be located as… |
| Deleted: Initial Term. The |

CITY_OF_IRVINE_015979

DX-0783.0022

2.2    **Options to Extend**.  Live Nation shall have two (2) options to extend the Term, in each instance, for a period of ten (10) additional years (each an "**Extension Period**"), upon the terms and conditions set forth herein (each, an "**Option**"). In the event Live Nation elects to exercise an Option to extend the Term, Live Nation shall deliver to City written notice of its intent to exercise the Option in the manner set forth in Section 25.4 which requires a copy of the notice be sent to the City Attorney (an "**Option Exercise Notice**"), at least one hundred eighty (180) days prior to the expiration of the Term.  If an Event of Default by Live Nation under this Agreement is outstanding (after the expiration of all applicable notice and cure periods) at the time of Live Nation's delivery of an Option Exercise Notice, then City may elect, by delivering written notice to Live Nation within ten (10) days of Live Nation's delivery of its Option Exercise Notice, to reject Live Nation's exercise of its Option to extend, whereupon the extension shall be null and void unless Live Nation subsequently cures the Event of Default thereafter within the number of days permitted under this Agreement for cure of the Event of Default at issue.  If Live Nation elects to exercise an Option, the term "Term" as used herein shall include the Extension Period and all terms and conditions of this Agreement shall continue to apply.

3.    **Schedule of Performance**.  In addition to the timeframes set forth throughout this Agreement with respect to specific tasks, the Parties shall complete their respective tasks by the times set forth in the Schedule of Performance, subject in all events to Force Majeure Delays and delays caused by the other Party.

4.    Design of Facility; Preparation of Construction Budget.

    4.1    Design of Facility

        a.    Live Nation has developed the design concept for the Facility based on the approved Site Plan for the Facility (collectively, the "**Facility Design Concept**").

        b.    Live Nation shall, at its sole cost and expense as part of the Live Nation Design Costs, manage all architectural and engineering services required in connection with the design of the Facility, from the Facility Design Concept to schematic design ("**SD**") through the design development ("**DD**") phase in accordance with the Schedule of Performance.

        c.    Upon Live Nation's completion of each of the SD and DD phases, Live Nation shall submit to City for review and approval such progress drawing sets. City shall verify that each progress drawing set represents sufficient progress to be deemed completion of SD and DD, respectively.  Should City determine, in City's reasonable discretion, that a progress drawing set is not sufficiently complete, Live Nation shall complete the additional design work required and

**Deleted Markup (right margin):**

- Deleted: ,
- Deleted: any default
- Deleted: either
- Deleted:  or at any time prior to the first day of an extension period (or if any event shall have occurred which with the giving of notice or the passage of time or both would constitute such a default),
- Deleted: on or before the first day of an extension period
- Deleted: option
- Deleted: default
- Deleted: time period
- Deleted: default
- Deleted: extension period
- Deleted: ; and Constructability Reviews
- Deleted: Promptly following the Effective Date, the Parties shall engage in a joint design charrette to
- Deleted: Following the Parties' identification of the Facility Design Concept,
- Deleted: completion
- Deleted: final construction documents ("**CD**").
- Deleted: , 50% CD,
- Deleted: 100% CD drawings
- Deleted: , 50% CD,
- Deleted: 100% CD.
- Deleted: sole and absolute



-8-

CITY_OF_IRVINE_015980

resubmit the applicable progress drawing set to City for City approval. Live Nation shall not proceed with additional design work until Live Nation has addressed all City comments to the progress drawings in a manner satisfactory to City in City's reasonable discretion, including any necessary value engineering, and until Live Nation has obtained written approval thereof from City.  City shall timely review each submittal by Live Nation pursuant to this Section 4.1c.

d.      Additionally, upon City's request, Live Nation shall submit to City an electronic copy of progress drawing sets as of the date of the City's request.  Live Nation shall use good faith efforts to address in the subsequent drawings in progress all City comments in a manner satisfactory to City in City's reasonable discretion, including any necessary value engineering, and obtaining written approval thereof from City.

e.      Upon Live Nation's completion of the SD and DD phases, the City shall, at its sole cost and expense, manage all architectural and engineering services required to complete final construction documents ("**CD**") in accordance with the Schedule of Performance. City shall submit to Live Nation for review and approval progress drawing sets at 50% CD and 100% CD.  Should Live Nation, in Live Nation's reasonable discretion, notify City that a progress drawing set is not sufficiently complete or requires some modification, City shall complete the additional design work required and resubmit the applicable progress drawing set to Live Nation for Live Nation's reasonable approval.  City shall not proceed with additional design work until City has addressed all Live Nation comments to the progress drawings in a manner satisfactory to Live Nation in Live Nation's reasonable discretion, including any necessary value engineering, and until City has obtained written approval thereof from Live Nation.  Live Nation shall timely review each submittal by City pursuant to this Section 4.1e.

f.      Additionally, upon Live Nation's request, City shall submit to Live Nation an electronic copy of progress drawing sets as of the date of Live Nation's request.  City shall use good faith efforts to address in the subsequent drawings in progress all Live Nation comments in a manner satisfactory to Live Nation in Live Nation's reasonable discretion, including any necessary value engineering, and obtaining written approval thereof from Live Nation.

4.2    **Cost Estimates**

a.      As provided in the Schedule of Performance, following City's development of 50% CD drawing sets as provided in 4.1 above, City

| Deleted: sole and absolute |
| --- |

| Deleted: If Live Nation proceeds with further design work, prior to obtaining written approval of the progress drawing sets from City, Live Nation does so at its sole risk, and any such further design work that is not utilized shall not constitute a portion of the Live Nation Design Costs. …. |
| --- |

| Deleted: 1 |
| --- |

| Deleted: sole and absolute |
| --- |

| Deleted: Within ____ (__) days |
| --- |
| Deleted: approval of completeness |
| Deleted: the SD, and |
| Deleted: defined by the |

CITY_OF_IRVINE_015981

shall prepare and submit to Live Nation a comprehensive construction cost estimate covering all projected costs associated with construction of the Facility.

b. As provided in the Schedule of Performance, following Live Nation's approval of the 100% CD drawing sets, City shall have prepared a comprehensive construction estimate covering all projected costs associated with construction of the Facility.

4.3 Construction Budget. As of the Date of Agreement, based on preliminary estimates, the Parties anticipate that the Facility will cost between One Hundred Twenty Million Dollars ($120,000,000) and One Hundred Fifty Million Dollars ($150,000,000) to construct inclusive of installation of all Live Nation FF&E. To that end, the Parties shall review the construction cost estimates prepared at completion of 50% CD drawing sets and shall meet and confer to prepare a construction budget inclusive of costs to purchase and install all Live Nation FF&E (the "Construction Budget"). Following completion of each of the 50% CD drawing sets and 100% CD drawing sets, the Parties shall meet and confer, including to discuss potential value engineering solutions, as necessary to ensure that the costs to construct the Facility do not exceed the Construction Budget, subject to mutually approved change orders and Force Majeure Events. If requested at any time by either the City or Live Nation, the Parties shall meet and confer to discuss potential value engineering solutions and may elect to have the construction cost estimates updated to incorporate potential value engineering solutions.

4.4 City Design Cost Obligations During Bidding and Construction. City shall, at City's sole cost and expense, manage all architectural and engineering services during bidding and construction administration. At the completion of the DD phase, City and Live Nation shall coordinate an assignment or other reliance right for the benefit of City such that City shall be entitled to use and implement all CDs generated by all architects, engineers and other consultants for the Facility in constructing the Facility.

4.5 Facility Permits and Approvals. Upon City's receipt of all Facility Permits, City shall furnish copies thereof to Live Nation, and City shall proceed with construction of the Facility in strict accordance with the final approved CDs and construction schedule diligently and continuously until completion. The Facility shall be completed in compliance with the Facility Permits and all Applicable Law.

5. Live Nation Capital Contribution. On the date which is the later of (i) ____ ( ) days after the date City submits to Live Nation construction cost estimates at 100% completion of CD, if said construction cost estimates do not exceed the Construction Budget, or (ii) the next Business Day following the date the City Council approves an increase in construction costs, if said construction cost

| Deleted: , Live Nation |
| Deleted: City |
| Deleted: facility |

| Deleted: Within _____ ( ) days |
| Deleted: City's |
| Deleted: as defined by the City |
| Deleted: City may also elect to have additional construction cost estimates completed at any time at its sole and absolute discretion, cost, and expense. |
| Deleted: Parties' |
| Deleted: Thirty |
| Deleted: 130 |
| Deleted: . |
| Deleted: SD |

| Deleted: does |

| Deleted: . |

| Deleted: <#>Constructability Reviews. Live Nation shall, at its sole cost and expense, coordinate a customary constructability review at fifty-percent (50%) of CD to be completed by a third party selected by City in City's reasonable discretion. Following City's review of the constructability review, the Parties shall meet and confer to address any comments provided in connection with such constructability review. City may, at its sole and absolute discretion, cost, and expense elect to have additional constructability reviews completed at any time. Following City's review of any such constructability review, the Parties shall meet and confer to address any comments provided in connection with such constructability review.¶ Limitation on |
| Deleted: <#>; provided, however, that such costs shall not exceed twenty-five percent (25%) of the total cost of such professional services |
| Deleted: Live Nation Capital Contribution. On the Live Nation Capital Contribution Delivery Date, |

CITY_OF_IRVINE_015982

**DX-0783.0025**

estimates exceed the Construction Budget, or (iii) the date City obtains all Facility Permits and awards a construction contract for the Facility following the bidding process conducted pursuant to Section 6.1 and notifies Live Nation in writing that City is ready to commence construction of the Facility (the "**Live Nation Capital Contribution Delivery Date**"), Live Nation shall deliver to an escrow company mutually acceptable to the Parties (the "**Escrow Holder**") funds in the amount of Twenty Million Dollars ($20,000,000) (the "**Live Nation Capital Contribution**") as a contribution towards the costs to be incurred by City to construct the Facility and purchase and install all Live Nation FF&E. Concurrently with such delivery, the Parties shall submit joint escrow instructions to the Escrow Holder that instruct the Escrow Holder to disburse the Live Nation Capital Contribution (i) to Live Nation, if this Agreement is terminated pursuant to the terms hereof prior to City's completion of the Facility, (ii) upon City's completion of construction of the Facility, as evidenced by City's issuance of a temporary Certificate of Occupancy for the Facility, to Live Nation as reimbursement, to the extent not previously disbursed to Live Nation for any and all Live Nation FF&E costs incurred by Live Nation and not paid for directly by City, or (iii) upon City's completion of construction of the Facility, as evidenced by City's issuance of a temporary Certificate of Occupancy for the Facility, the remainder of the Live Nation Capital Contribution to City (after deduction of all Live Nation FF&E costs not previously reimbursed to Live Nation for any and all Live Nation FF&E costs incurred by Live Nation and not paid for directly by City).

6.    Construction of Facility.

   6.1    Public Bidding.  City shall manage the bidding process and construction administration for the construction of the Facility.  If the lowest responsible bidder's bid to construct the Facility (including purchase and installation of the Live Nation FF&E) exceeds the Construction Budget, City may, in its sole and absolute discretion, elect to reject all bids.  In such event, the Parties shall meet and confer regarding potential value engineering solutions to meet the Construction Budget; provided, however, that any such solutions shall only be implemented if such solutions are mutually acceptable to City and Live Nation, each in their sole and absolute discretion.  Following implementation of any such mutually acceptable value engineering solutions, City will rebid the Facility.   City may repeat this process as necessary at its discretion.  In addition, Live Nation may request to meet and confer with City if Live Nation becomes aware of any additional potential value engineering or improvements in the construction pricing climate (or based on any suggestion by Live Nation to change the design of the Facility in order to reduce construction costs).  In such event, if City agrees, in City's reasonable discretion, City shall rebid the Facility to address such additional value engineering or improvements.  If, despite the foregoing process, the lowest responsible bidder's bid to construct the Facility exceeds the Construction Budget and the Parties are not able to reach a solution that is satisfactory to each Party in their respective sole and absolute discretion, then either Party may terminate this Agreement by

Deleted: .

Deleted: or (ii) to City,

Deleted: .

Deleted: .

Deleted: sole and absolute

862.048170.0982
18109497.6 a02/07/23          -11-

providing a notice of termination to the other Party. Upon such termination, the Parties shall be released from this Agreement without further obligations to the other Party as of the effective date of such termination; provided, however, that (i) City shall reimburse Live Nation for the Live Nation Design Costs in an amount not exceeding Two Million Dollars ($2,000,000) no later than thirty (30) days after the termination date, and (ii) the indemnification provisions hereof shall survive any such termination with respect to matters arising before the date of any such termination.

6.2 City Construction Obligations. Within sixty (60) days following City's award of a construction contract following the bidding process conducted pursuant to Section 6.1, City shall, at its sole cost and expense, contract for and cause the construction of the Facility to commence, including installation of all major building systems (including, without limitation, roof, building envelopes, HVAC, mechanical, plumbing, electrical, lighting, and terraced concrete seating decks and all other elements of the Facility described in the CDs), and shall thereafter cause the construction to proceed diligently through completion. Promptly following completion of construction as a "warm shell," as evidenced by City's issuance of a temporary Certificate of Occupancy for the Facility, City shall deliver written notice of such completion to Live Nation (the "**City Completion Notice**").

6.3 Substantial Completion. The term "**Substantial Completion of the Facility**" shall mean the date ("**Delivery Date**") on which all of the following have occurred: (i) City's delivery of possession of the Facility to Live Nation following City's delivery of a City Completion Notice with all elements of the Facility substantially complete (meaning when such work is complete in accordance with all Facility Permits and the final CDs (subject to mutually approved change orders) subject only to minor punch list items capable of being completed within ninety (90) days and with all of the Live Nation FF&E installed for opening and operation of the Facility (and including all utilities installed and in working order)); (ii) not less than ten (10) days' prior written notice by City and Live Nation have completed a walk-through inspection and punch list related to the Facility and all Live Nation FF&E (the parties agree that all punch list items must be capable of being completed within ninety (90) days); and (iii) City has provided Live Nation with at least ninety (90) days' prior written notice of the exact Delivery Date (the exact Delivery Date set forth in such notice is referred to herein as the "**Noticed Delivery Date**").

6.4 **Live Nation Access**. Prior to issuance of such City Completion Notice and Substantial Completion of the Facility, City shall permit Live Nation to access the Site to coordinate with City the installation of Live Nation FF&E.

6.5 Live Nation Construction Consultant Obligations. Throughout construction and until City issues a final Certificate of Occupancy for the Facility, Live Nation and Live Nation's third-party architect which completed the CDs shall

Deleted: and electrical) to commence,

Deleted: CD

CITY_OF_IRVINE_015984

remain engaged with City in a design/consultant role and Live Nation shall oversee construction in a manner reasonable for such role, provided Live Nation shall not receive any construction management fee for overseeing such construction.

6.6     Change Orders.

a.      City shall consult with Live Nation prior to approving any change orders as to the Facility or the Live Nation FF&E.  Live Nation shall provide a written response to City regarding any such change orders within five (5) Business Days after such consultation and the parties shall meet and confer to reach mutual approval of any change orders recommended or desired by either the City or Live Nation.

b.      The cost of all change orders that are a result of modifications requested by Live Nation subsequent to City's award of a construction contract, shall be paid by Live Nation to the extent of any cost increases above the Construction Budget resulting from such change orders (unless the modification was needed due to errors or omissions in the original plans and documents approved by City).

6.7     Warranty.  City shall fully warranty all elements of the Facility and Live Nation FF&E completed by or at the direction of City for the greater of one (1) year from completion or any applicable warranty period provided by any supplier or contractor.

6.8     City Delay.  If for reasons other than documented delays due to Force Majeure Events or delays attributable to Live Nation, Substantial Completion of the Facility has not occurred on or before the earlier of the date which is ninety (90) days following the expected Delivery Date as established pursuant to the mutually approved Facility construction schedule (the "**Expected Delivery Date**"), or the Noticed Delivery Date (the "**Outside Delivery Date**"), then Live Nation shall be entitled to a credit against the Base Operation Fee payable under this Agreement for the first year of the Term on a pro rata basis in an amount equal to one day of Base Operation Fee for each day following the Outside Delivery Date and continuing until Substantial Completion of the Facility has occurred.

6.9     Second Outside Date.  If for reasons other than documented delays due to Force Majeure Events or delays attributable to Live Nation, Substantial Completion of the Facility has not occurred on or before the date which is ninety (90) days after the Outside Delivery Date (the "**Second Outside Date**"), then Live Nation shall have the right to (x) assume responsibility for completion of the Facility at City's cost and expense, and (y) City shall pay to Live Nation as liquidated damages an amount equal to [TBD] for each day beyond the Second Outside Date until the occurrence of the Delivery

Deleted: .

Deleted: .  Notwithstanding any such consultation, City

Deleted: have final decision-making authority with respect

Deleted: , regardless of whether any such change orders are requested and/

Deleted: funded

Deleted: pursuant to paragraph b or c below.

Deleted: <#>If Live Nation does not support a change order proposed by City, Live Nation shall have the right to request an alternative resolution to such change order so long as Live Nation immediately funds one hundred percent (100%) of the amount equal to (i) the cost of the alternative resolution proposed by Live Nation, less (ii) the cost of the resolution proposed by City.¶
Live Nation shall immediately fund one hundred percent (100%) of the

Deleted: <#>.

Deleted: <#>Live Nation shall immediately fund fifty percent (50%) of the cost of all change orders that are a result of errors and omissions in the bid documents.¶
Live Nation Improvements. ¶
City Approval of Live Nation Improvements.  Within...

CITY_OF_IRVINE_015985

Date.  The parties acknowledge that it will be extremely difficult, if not impossible, to determine with certainty the damages which Live Nation would suffer if City fails to meet such the Second Outside Delivery Date set forth above, and accordingly the parties have agreed upon the liquidated damages set forth in this Section 6.9 as fair and reasonable compensation.

6.10   **Latent Defects.** Landlord, at Landlord's sole cost and expense, shall be responsible for the repair and remediation of any and all structural defects to the Facility including roof, load bearing walls, foundations and terrace seating, asbestos, asbestos containing materials and/or latent defects in the Facility over the Term.

6.11   Live Nation FF&E.

a.   City Approval of Live Nation FF&E.  No later than six (6) months following the date construction of the Facility commences, Live Nation shall submit to City the plans and specifications for the Live Nation FF&E for City review and approval, which approval shall not be unreasonably withheld or delayed.  Live Nation shall promptly revise said plans and specifications to address any reasonable City comments.  In connection with any of the foregoing, City shall use its best efforts to assist Live Nation in obtaining all Live Nation Permits.  City further agrees to strictly and promptly comply with the requests of the applicable alcoholic beverage commission and all regulatory agencies in connection with Live Nation's pursuit of all Live Nation Permits.

b.   Installation/Construction of Live Nation FF&E.  City shall, at its sole cost and expense, subject to Live Nation's Capital Contribution, commence, and thereafter diligently pursue to completion, the purchase, installation and/or construction (as applicable) of all of the Live Nation FF&E.  Such installation and/or construction shall be done in a good and workmanlike manner, lien free, in compliance with all approved plans and all Live Nation Permits required for the Live Nation FF&E, and in compliance with Applicable Law.  In the event the Facility achieves a LEED designation, City shall address such LEED designation requirements in constructing and installing the Live Nation FF&E and Live Nation will take no action in performing subsequent alterations or improvements, or otherwise in operating the Facility, that would cause such designation to be lost (unless the LEED requirements for maintaining such designation become more burdensome in any material respect after the construction and installation of the Live Nation FF&E).  Upon City's completion of installation and/or construction (as applicable) of the Live Nation FF&E, City shall notify Live Nation, in writing, of said completion, and shall submit to Live Nation for review and approval documentary evidence of City's out-of-pocket costs to install and/or

| Deleted: Improvements |
| Deleted: City comments |
| Deleted: Improvements.  Promptly following City's delivery of the |
| Deleted: Completion Notice, Live Nation |
| Deleted: shall |
| Deleted: Improvements |
| Deleted: permits |
| Deleted: Improvements |
| Deleted: Prior to commencement of the Live Nation Improvements, Live Nation shall obtain and maintain a payment bond in the full amount of the cost of the Live Nation Improvements, using forms approved by City and naming City as obligee or dual obligee. |
| Deleted: Live Nation shall |
| Deleted:  performing the Live Nation Improvements or… |
| Deleted: . |
| Deleted: Live Nation's |
| Deleted: Improvements, which completion shall occur not later than six (6) months following commencement, Live Nation |
| Deleted: City |
| Deleted: City |
| Deleted: Live Nation's |
| Deleted: design and |



882.048170.0862
19109497.6 a02/07/23

-14-

CITY_OF_IRVINE_015986

construct (as applicable) the Live Nation FF&E (the "**Live Nation FF&E Costs**").

> Deleted: Improvements
>
> Deleted: **Improvements**

6.12 City Obligations Regarding Public Infrastructure. Concurrently with construction of the Facility, City shall be responsible to construct and/or install (as applicable), and to thereafter maintain pursuant to City's maintenance program for public infrastructure owned by City, roads, utilities, and street lighting, as necessary to support and service the Facility, which shall in all events remain on for at least one (1) hour before and after any Events at the Facility. City shall make available for exclusive use by Live Nation during any Events (including for not less than two (2) hours before and for not less than two (2) hours after each Event) not less than four thousand five hundred (4,500) parking spaces in the Great Park located within walking distance to the Facility (as reasonably determined by City) (the "**Event Parking Spaces**"). Live Nation shall have no responsibility for any costs related to any of such public infrastructure, including, without limitation, costs incurred to develop, use and maintain such infrastructure. City shall not charge a parking fee for the use of any of the Event Parking Spaces unless City establishes a comprehensive parking program for the entire Great Park. Live Nation shall have the right to charge and retain all revenue for use of Event Parking Spaces for all Events including parking surcharges for use of VIP parking areas.

> Deleted: .
>
> Deleted: not
>
> Deleted: a parking fee
>
> Deleted: the
>
> Deleted: any of the
>
> Deleted: unless Live Nation establishes and obtains City approval (which approval may be granted or withheld in City's sole and absolute discretion) of a
>
> Deleted: program for the Event Parking Spaces that provides revenue sharing with City

7. Engagement of Live Nation. City hereby engages Live Nation, as an independent contractor and not as an agent of or for the City, to operate, manage and maintain the Facility during the Term of this Agreement. Live Nation hereby undertakes and agrees to act in such capacity in accordance with the provisions of this Agreement.

8. Operations and Management Obligations of Live Nation.

8.1 General Operating Obligations. Subject to the provisions of this Agreement, Live Nation shall have the authority and responsibility to take all actions necessary or appropriate for the operation, management, promotion and maintenance of the Facility at the Applicable Standard, including but not limited to the following (but in all cases subject to the City's obligations in this Agreement):

> Deleted: :

a. Employ or contract for such workers, mechanics, laborers, clerks, legal counsel, consultants, accountants and other employees and contractors as are reasonably necessary or appropriate in the management, maintenance and operation of the Facility;

b. Procure and pay for such materials, services, public utility services, supplies and equipment as are reasonably necessary or appropriate in the management, maintenance and operation of the Facility, consistent with the terms of this Agreement;



CITY_OF_IRVINE_015987

**DX-0783.0030**

     c.    Procure and maintain in force and effect the policies of insurance required of Live Nation by this Agreement;

     d.    Use or permit the use of all or any part of the Facility for events consistent with the terms of this Agreement;

     e.    Operate or grant concession privileges for the vending and sale of food and beverages, including alcoholic beverages, programs, souvenirs, novelties, retail merchandise and similar articles, and other articles, or for the renting of any such articles, consistent with the terms of this Agreement;

     f.    [INTD -The signage paragraph has been moved to separate signage provision vs. part of this list of LN obligations]Take and omit such other actions, enter into such other agreements, documents, and instruments, and engage in such other transactions, as are reasonably necessary or appropriate in connection with the management, operation, maintenance, improvement and administration of the Facility, consistent with the terms of this Agreement;

> **Moved down [1]:** City and Live Nation shall jointly agree on one or more prominent exterior locations at the Facility for installation and display of the City Identification/Signage, including, without limitation, on the marquee and at one or more prominent exterior locations at the Facility that include the name of the Facility.¶

     g.    Administer all business operations and activities related to the Facility, except as otherwise specifically provided herein; and

     h.    Provide for all necessary on-site security at the Facility.

8.2    General Performance Requirements.  Except as otherwise expressly provided in this Agreement, Live Nation shall perform and furnish, during the Term of this Agreement, all management services, labor and material appropriate to carry out its duties hereunder. Live Nation shall take all actions reasonably necessary to ensure the orderly, and efficient administration, management and operation of the Facility, including the negotiation, execution and reasonable enforcement of, licenses, ticketing agreements or contracts, use agreements and bookings for the Facility, to the extent entered into and still binding on Live Nation (and desired to be continued by Live Nation, except to the extent the same are required for Live Nation to comply with this Agreement, unless replaced by a suitable replacement agreement). All licenses, use agreements, bookings and any other agreements pertaining to the use, operation, and maintenance of the Facility by Live Nation, except those pertaining to City Events, will be executed by Live Nation as manager of the Facility. Live Nation shall use its commercially reasonable efforts to secure first class, top demand Events.

> **Deleted:** ,

> **Deleted:** .

> **Deleted:** best

8.3    Minimum Event Requirements.  In each calendar year during the Term, subject to Force Majeure Events, casualty and other causes beyond the reasonable control of Live Nation, Live Nation shall hold not less than twenty-five (25) Events,

> **Deleted:** with not less than ten thousand (10,000) attendees each in the Amphitheater

CITY_OF_IRVINE_015988

**DX-0783.0031**

8.4   Omitted.

8.5   Times of Operation for Events, VIP Area, and Alcohol Service.

a.   Subject to the following sentence, Events with sound-amplification shall begin no earlier than ▮▮▮▮ a.m. and shall end no later than 11:00 p.m. daily, provided Live Nation shall have reasonable and customary time after end of Events to cause customers to vacate the Facility including reasonable and customary time following closure of VIP Areas as provided in subpart c. below. If an event is delayed or disrupted by a Force Majeure Event or performer delay, then the end time may be extended by the length of the delay (but in no event later than midnight); Live Nation shall use reasonable efforts to mitigate and minimize such delays. Notwithstanding the foregoing, five (5) weekday and five (5) weekend early start times each calendar year are hereby approved, provided the City is given at least twenty-one (21) days' written notice of the start time and a reasonable estimate of the anticipated attendance; and provided further that City reserves the right to not approve an early start time for any Event which City in good faith reasonably determines is not suitable for an early start time.

b.   Subject to paragraph c below, Alcohol sales shall cease at 11:00 p.m. daily.

c.   Alcohol sales, "after-concert parties" and/or similar private gatherings following Events may continue within designated VIP Areas until 12:00 a.m., so long as such events do not involve external sound amplification and are not audible outside of the Facility.

8.6   Live Nation's Paid Ticketing Records; City Right to Audit.  Live Nation shall maintain during the Term of this Agreement, such ticketing reports, including backup data, of the number of all paid, dropped, and gross tickets for each Event (collectively, "**Records**") relating to this Agreement as are customary for business operations comparable to Live Nation's in order to ascertain the number of paid tickets to Events. Such Records shall be available upon reasonable request for City's inspection (but not copying in order to avoid such records becoming subject to public records requests by the public). Subject to the foregoing, City shall have the right to conduct an audit of the Records for any year within the immediately prior three (3) year period. If any audit reveals that Live Nation underreported ticket sales, Live Nation shall promptly pay to City any unpaid Ticket Surcharges. If any audit reveals that Live Nation underreported ticket sales by more than five percent (5%), Live Nation shall be responsible for the reasonable cost of the audit.  City shall be responsible for the cost of any audit performed pursuant to this Section for which Live Nation is not responsible pursuant to

**Deleted:** <#>Facility Scheduling Procedures.  Not later than _____ of each calendar year during the Term, Live Nation shall provide to City an Event schedule for the next calendar year the ("**Live Nation Schedule**").  The Parties acknowledge and agree, however, that last minute bookings and schedule changes are common in the live entertainment industry.  Changes to the Live Nation Schedule are permitted provided that Live Nation notifies City, in writing, of any change (i) within fifteen (15) days after Live Nation makes the change, and (ii) not less than __ (__) days before the Event in question.  Live Nation shall not schedule any Event that includes obscenity.¶

**Deleted:** .,

**Deleted:** .

**Deleted:** however,

**Deleted:** shall have

**Deleted:** impose additional sound mitigation measures and requirements

**Deleted:** the Facility, including, without limitation, changing the permitted hours in

**Deleted:** Events with sound-amplification may be held

**Deleted:** the

**Deleted:** Area

**Deleted:** ;

**Deleted:** ; provided, however, that the VIP Area may only be utilized by Live Nation in connection with Events at the Amphitheater

**Deleted:** .

**Deleted:** _____

**Deleted:** (___).



-17-

CITY_OF_IRVINE_015989

the foregoing sentence. City shall keep the Records and any audit results confidential and shall sign a customary confidentiality agreement in favor of Live Nation as a condition to receipt and review of Live Nation's Records.

8.7 **Third-Party Events.** Live Nation may rent the Facility, or components thereof, to Third-Party Users for Third-Party Events.

8.8 Intentionally Omitted.

8.9 **Operation in Accordance with Applicable Standard.** Live Nation shall operate, and shall use commercially reasonable efforts to cause Live Nation's subcontractors, concessionaires, vendors, licensees, users, broadcasters and others using the Facility, to operate and use the Facility in conformance with the Applicable Standard.

8.10 Signage. City and Live Nation shall jointly agree on one or more prominent exterior locations at the Facility for installation and display of the City Identification/Signage, including, without limitation, on the marquee and at one or more prominent exterior locations at the Facility that include the name of the Facility.

8.11 **Prohibited Activities.** Live Nation shall not do, or permit or authorize others to do, any of the following:

    a. Operate the Facility in any manner or for any purpose other than a Permitted Use;

    b. Omitted;

    c. Abandon the Facility during the Term;

    d. Knowingly use or occupy, or knowingly permit the Facility or any part thereof to be used or occupied, for any unlawful or ultra-hazardous use (including the prohibited or unauthorized use, storage or disposal of substance regulated as hazardous under California or federal law), or operate or conduct the business of the Facility in any manner known to constitute or give rise to a nuisance of any kind (exclusive of noise standards addressed elsewhere in this Agreement); provided that City recognizes and agrees that the holding of events in the Facility meeting the Applicable Standard (including, without limitation, customary attendee conduct before, during and after Events and permitted sound and vibrations from Events) shall not constitute a nuisance for purposes of this Agreement;

    e. Make, authorize or permit any material modifications or material alterations to the Facility except with the written approval of City, which approval City shall not unreasonably withhold, condition or

862.048170.0892
18109497 6 a02/07/23

-18-

**Deleted:** Any such rentals shall be made in accordance with the Facility Rental Program.

**Deleted:** <#>Customer Satisfaction. Live Nation shall use its best efforts to achieve a level of customer satisfaction meeting the Applicable Standard and to promptly and satisfactorily resolve all customer complaints. Live Nation agrees to employ, as its General Manager in charge of management of the Facility, a person experienced in management of comparable first-class facilities meeting the Applicable Standard. Live Nation shall not employ, nor continue to employ, any person as General Manager to whom City reasonably and in good faith objects. The General Manager shall be responsible for the overall operation of the Facility and will be the primary liaison with City's designated representative. The General Manager shall be an excellent operator and able to work closely with top performers and artists, community representatives, and City officials, employees and agents. Live Nation's General Manager shall meet with City's representative to discuss and attempt in good faith to resolve any customer complaints received by City, promptly following City's receipt of any such customer complaint.¶

**Deleted:** ,

**Deleted:** Live Nation shall require by contract that all contractors operating in the Facility under Live Nation operate to the Applicable Standard, and shall enforce such requirement against all contractors.

**Moved (insertion) [1]**

**Deleted:** <#>Knowingly or intentionally engage in any act which would, to an ordinarily prudent person in the position of Live Nation, be reasonably foreseeable to cause substantial or irreparable damage to the Facility;¶

**Deleted:** , disreputable

**Deleted:** ;

**Deleted:** shall not, in and of itself,

**Deleted:** may

CITY_OF_IRVINE_015990

delay; provided, however, without the consent of City but with not less than ten (10) days' advance notice, Live Nation may perform non-structural improvements, alterations and changes to the Facility as Live Nation may reasonably desire as long as such matters complement the operation of the Facility as a live music and entertainment venue, provided Live Nation gives City copies of plans for any such alterations; Live Nation shall be responsible for the cost of all permitting, maintenance and repairs related to such alterations and any such alterations shall be completed in a good and workmanlike manner and in compliance with all applicable laws, rules, codes and regulations applicable to the Facility and lien free (and Live Nation shall bond or discharge any liens promptly within 30 days of obtaining knowledge of same).

**Deleted:** its sole and absolute discretion;

f.  Make, authorize or permit any alterations of the permanent sound amplification equipment approved by City in connection with City's approval of the Live Nation FF&E, except with the written approval of City, which approval City may not unreasonably withhold, condition or delay, and except that periodic upgrades to such permanent sound amplification equipment that do not cause a violation of the sound restrictions of this Agreement and performer/promoter-provided sound amplification equipment shall not be subject to such restrictions;

**Deleted:** Improvements

**Deleted:** in its sole

**Deleted:** absolute discretion

g.  Permit the holding of a flea market or used-goods sale at the Facility;

h.  Knowingly permit gambling within any portion of the Facility;

**Deleted:** Permit

i.  Knowingly permit the Facility to be used for any illegal business or purpose;

j.  Enter into any agreement that purports to grant to any third party any use or other rights in excess of the rights granted to Live Nation pursuant to this Agreement.

**Deleted:** <#>Enter into any agreements entailing the installation of any wireless structures (unrelated to Live Nation's direct operation of the Facility) in any portion of the Facility; ¶ License the use of any portion of the Facility for a period exceeding three (3) days to any third party without notifying City in advance and obtaining City's written approval; or¶

8.12  Live Nation Vendors and Services Providers. Live Nation agrees to provide to City a list of proposed qualified users, subcontractors, vendors, licensees, concessionaires, and/or service contractors prior to entering into principal contracts for such services. City, through its designated representative, will have the right to discuss with Live Nation the list of qualified subcontractors, vendors, licensees, users, concessionaires, and service contractors, and Live Nation shall consider the opinion of the City, but nothing herein shall give City the right or authority to approve or disapprove of any of the persons or entities on said list. Notwithstanding the foregoing, Live Nation shall (i) not enter into any such principal contracts with a term that is greater than the Term of this Agreement, and (ii) be permitted to enter into principal contracts with its Affiliates without having to submit to City a list of proposed

CITY_OF_IRVINE_015991

users, subcontractors, vendors, licensees, concessionaires and/or service contractors, provided that the fees for using such Affiliates are consistent with the fees charged at other such venues operated by Live Nation or its Affiliates which are of comparable size and are reasonably consistent with Applicable Standards.

8.13  Inventory and Supplies.  Subject to the terms of this Agreement, all necessary and appropriate supplies and equipment for events and for the management and operation of the Facility shall be rented, leased or purchased by Live Nation. During the Term of this Agreement, Live Nation shall maintain an appropriate inventory of equipment and supplies. Equipment purchased by Live Nation and left at the Facility upon the expiration of the Term or earlier termination of this Agreement shall become the property of City after the expiration of the Term or earlier termination of this Agreement.

8.14  Service Contracts.  Live Nation may negotiate and enter into service contracts or agreements in the name of Live Nation which are reasonably necessary or appropriate in the ordinary course of business in operating the Facility, including contracts for electricity, engineering services, gas, telephone, staffing personnel, including guards and ushers, janitorial service, landscaping service, vermin extermination, concessions, radio, cable and television rights, and accounting services and other services.

8.15  Management Services.  Live Nation shall furnish such management and supervisory services as are herein set forth in this Agreement in a manner consistent with the Applicable Standard.

8.16  Personnel Policy.  Live Nation covenants for itself and all persons claiming under or through it, that there shall be no discrimination against any person on the basis of race, color, political or religious opinion or affiliation, creed, age, physical or mental handicap, sex, marital status, ancestry, national origin or sexual preference/orientation. Live Nation shall comply with Applicable Law regarding discrimination in employment and unlawful employment practices. Live Nation shall be an equal opportunity employer.

8.17  Condition of Facility Upon City's Issuance of Final Certificate of Occupancy. Subject to the terms and conditions of Section 6.3 and 6.10, City's maintenance and repair obligations in this Agreement, and the representations and warranties of City contained in this Agreement, Live Nation shall accept the management, maintenance and operation of the Facility, in its condition as of date City issues a final Certificate of Occupancy for the Facility without any additional representation by any of City and City Personnel, other than the right to conduct an inventory; provided that City's delivery of the Facility to Live Nation shall constitute City's representation and warranty that the construction of the Facility City has been completed in a good and workmanlike manner, in compliance with



CITY_OF_IRVINE_015992

the plans and specifications therefor approved by the Parties, in compliance with the Facility Permits and all Applicable Law.

| | Deleted: therefore |
|---|---|
| | Deleted: Laws |

8.18 Operating Costs. Except to the extent otherwise expressly provided in this Agreement (including, without limitation, instances in which City is expressly required by this Agreement to reimburse Live Nation for certain amounts), Live Nation shall be solely responsible for all expenses that Live Nation incurs in connection with operating and maintaining the Facility and carrying out its duties under this Agreement, including, without limitation, all of, the following:

> Deleted: Operating Costs.

    a.   Wages and salaries (including management fees) of all of Live Nation's employees engaged in the operation, maintenance and security of the Facility, including taxes, insurance and benefits paid to such employees;

    b.   All supplies and material used in the operation, maintenance, repair and security of the Facility;

    c.   Insurance expenses;

    d.   Utility costs, including, but not limited to, those associated with telephone service, electricity, gas, sewer, water, garbage removal and cable data transmission (but not initial hook-up or connection fees);

> Deleted: ;

    e.   Repairs and general maintenance of the Facility (other than for City Maintenance Elements); and

> Deleted: ;

    f.   Service or maintenance contracts with independent contractors for the operation, maintenance, repair, replacement or security of the Facility (but not for City Maintenance Elements).

> Deleted: .

8.19 Third Party Users. Live Nation shall have the exclusive right to rent the Facility to third parties (each, a "**Third Party User**") and the exclusive right to hold all ticketed events for 5,000 or more persons within the Great Park. City shall provide Live Nation with a right of first refusal to promote any ticketed event held or sponsored by City in the Great Park for less than 5,000 people.

8.20 Sponsorship Rights. Live Nation shall have the rights to all sponsor naming and participation and all revenue derived therefrom as described in this Section 8.20 (collectively, "**Sponsorships**").

    a.   Notwithstanding anything in this Agreement to the contrary, during the Term, Live Nation shall have the exclusive right to (i) sell sponsorship and advertising anywhere within the interior of the Facility and use such areas for purposes of advertising, marketing,

CITY_OF_IRVINE_015993

DX-0783.0036

and promotion of its and/or its Affiliates' business and/or upcoming Events of Live Nation and/or its Affiliates without having to obtain City's prior approval or consent, and (ii) procure naming rights sponsorship (including "name in title" and "name under title" deals for the Facility on the terms set forth below and to use such "name in title" and "name under title" names, logos and trade dress on Live Nation's signage.

b.   Live Nation may, at any time during the Term, present to City a proposal for a potential naming rights sponsorship for the Facility, even if no specific naming rights sponsor has been yet identified by Live Nation. Such proposal for Live Nation's review will be limited to the signage and other "onsite" branding elements that the naming rights sponsor would receive at and within the Facility. Such proposal will not include elements, rights or benefits for a naming rights sponsor that do not involve "onsite" elements in the Facility, including without limitation, tickets, promotion and marketing rights and inclusion in Live Nation's media.   City will have ten (10) business days during which to review the proposal and provide approval or reasonable disapproval (including the basis of any disapproval). If City does not respond with approval or reasonable disapproval within such period, the proposal shall be deemed approved.

c.   The business category and identity, and logo and trade dress, of any naming rights sponsor is not subject to City's prior approval. City will provide in writing the specific names of, or specific categories of, businesses that it deems inappropriate for a naming rights sponsorship of the Facility within ten (10) business days of the full and mutual execution of this Agreement. Any specific business or specific business category not included in such list will be deemed approved.

d.   Live Nation will retain all revenue derived from any and all such naming rights sponsorship deals.  Live Nation will document and draft the applicable sponsorship/naming rights agreement using its standard contract forms.

e.   Live Nation will exercise commercially reasonable efforts to ensure that City will be named as both an entity to be indemnified by the naming rights sponsor, and as an "additional insured" on the naming rights sponsor's insurance policy, in connection with the coverage such naming rights sponsor is required to maintain during the term of such sponsorship relationship.



CITY_OF_IRVINE_015994

DX-0783.0037

9.    Repair and Maintenance Standards.

9.1    Live Nation Maintenance Obligations.  Throughout the Term, subject to the City complying with its obligations regarding City Maintenance Elements, Live Nation shall maintain the Facility in a first-class condition and repair, free from any unsanitary conditions and any conditions posing a fire hazard or other threat to health and safety, and all landscaping (unless part of the City Maintenance Elements) in a healthy condition, all consistent with the Applicable Standard.  With the exception of the City Maintenance Elements, Live Nation shall be solely responsible for all costs incurred by Live Nation in connection with its maintenance obligations pursuant to this Agreement.

9.2    Live Nation Maintenance Program; City Annual Maintenance Inspection. Prior to, and as a condition of, City providing the City Completion Notice, Live Nation shall have submitted to City and obtained City's approval of (which approval shall not be unreasonably withheld or delayed) a written maintenance program (the "**Live Nation Maintenance Program**").  The Live Nation Maintenance Program shall include maintenance of all of the maintenance elements set forth on Exhibit "F", which is attached hereto and incorporated herein by this reference. [To be developed and attached] Following City's approval of the Live Nation Maintenance Program, Live Nation shall comply with all of the terms and requirements therein.  In addition to any other right of City to enter the Site, including for purposes of inspecting the Facility to determine Live Nation's compliance hereunder, on or before each fifth (5th) year during the Term, representatives of City shall have the right to, and shall, enter the Site and perform an annual maintenance inspection of the Facility to determine Live Nation's compliance with the Live Nation Maintenance Program.  City shall notify Live Nation, in writing, of any maintenance deficiencies, and upon receipt of any such notification, Live Nation shall promptly correct the deficiency.

9.3    City Maintenance Elements.    Throughout the Term, City shall be responsible to fund the maintenance of the City Maintenance Elements. Live Nation shall notify City, in writing, when maintenance is needed with respect to any City Maintenance Elements (other than maintenance provided under ongoing maintenance/service contracts let by City).  In connection with any such notice, Live Nation shall submit a budget for completing the subject City Maintenance Elements (any such budget, a "**City Maintenance Elements Budget**") to City.  Upon City's approval of a City Maintenance Elements Budget, which approval shall not be unreasonably withheld or delayed, Live Nation shall proceed to diligently complete the City Maintenance Elements.  Following completion of the City Maintenance Elements, Live Nation shall submit an invoice to City consistent with the City Maintenance Elements Budget.  City shall have the right to inspect such complete work.  Within thirty (30) days following City's receipt of any such invoice, City shall provide payment therefor to Live Nation; provided, however, that if City determines, in City's reasonable

**Deleted:** The Live Nation Maintenance Program shall include, in addition to routine maintenance requirements to meet the standards set forth in clause i above, the Live Nation Update/Refresh Requirement. ...

**Deleted:** ____

**Deleted:** ____ (__)

002.048170.0992
19106H7 6 9/22/07/23                                    -23-

CITY_OF_IRVINE_015995

discretion, that the work has not been satisfactorily completed, City shall notify Live Nation, in writing, and Live Nation shall promptly complete such work to the reasonable satisfaction of City. In such event, City's payment for such work shall not be due and payable until thirty (30) days following Live Nation's satisfactory completion of such work.

9.4 Solid Waste Requirements. Live Nation shall be responsible for all solid waste requirements for the Facility.

9.5 No Capital Improvements. Live Nation shall not be obligated to, and shall not, without City's written consent (which consent shall not be unreasonably withheld or delayed), perform any work that would constitute a capital improvement according to generally accepted accounting principles, all of which shall be the responsibility of City.

10. Special Rights of City.

10.1 Access by City Personnel. Officers, employees, agents and other authorized persons of City in the performance of their official duties shall have access to the Facility at all reasonable times upon reasonable prior notice to Live Nation.

10.2 City Luxury Box. City shall have the exclusive right to access and use the City Luxury Box during hours the Facility is open for Events or City Events. Except with respect to its janitorial and maintenance responsibilities, Live Nation shall have no rights to access or use the City Luxury Box, or to allow any third party to access or use the City Luxury Box. Live Nation shall have no liability as to any use of the City Luxury Box by any parties designated by City.

10.3 City Events. In each year during the Term, City shall have the right to exclusive use, or at its election to permit a City User to use, on an exclusive basis, the Amphitheater, for up to five (5) City Events, pursuant to the following terms and requirements:

a. City shall notify Live Nation, in writing, not less than sixty (60) days' prior to the date City or a City User (as applicable) desires to use the Amphitheater for a City Event (any such notice, a "**City Event Scheduling Notice**"); provided, however, that (i) City may not contact Live Nation to schedule any City Events during the annual Operating Season for the Facility until after April 1 of each calendar year, and (ii) City may not schedule a City Event on any date on which, as of the date of the City Event Scheduling Notice, Live Nation has already scheduled or is holding, but has not yet booked, an Event, as reflected in the Live Nation booking pro forma schedule. On the date of a City Event, City or a City User (as applicable) shall have the right to place branding, sponsorship and other signage in

**Deleted:** ___ (__)

**Deleted:** Except with respect to the Live Nation improvements,

**Deleted:** <#>Live Nation Update/Refresh Program. Every ten (10) years during the Term, Live Nation shall, at Live Nation's sole cost and expense, conduct a comprehensive update and refresh of the Live Nation Improvements (the "**Live Nation Update/Refresh Program**"). The Live Nation Update/Refresh Program shall require Live Nation to expend, in connection with each such update and refresh, not less than fifty percent (50%) of the Live Nation Improvements Costs, increasing annually by ___ (__%). ¶
Replacement Reserve. Commencing on the Commencement Date, Live Nation shall annually set aside a minimum of ($_____) per year, increasing annually by _____ percent (__%). into a separate interest-bearing trust account (the "**Replacement Reserve**"). Funds in the Replacement Reserve shall be used only for Live Nation Update/Refresh Program or for other capital repairs, capital improvements, and capital replacements to the Facility and equipment (other than those capital repairs, improvements, and replacements that are the obligation of City) which are normally capitalized under generally accepted accounting principles. The non-availability of funds in the Replacement Reserve does not in any manner relieve or lessen Live Nation's obligation to undertake any Live Nation Update/Refresh or any and all necessary capital repairs, improvements, or replacements and to continue to maintain the Facility as a first-class facility in the manner prescribed herein. Not less than once per year, Live Nation, at its expense, shall submit to City an accounting for the Replacement Reserve. Capital repairs to and replacement of the Facility shall include only those items with a useful life of ten (10) years or more [examples?]. Funds in the Replacement Reserve account may be withdrawn by Live Nation only upon the prior written approval of the City Manager, which approval may be given or withheld in City Manager's reasonable discretion.¶

**Deleted:** thirty (30

**Deleted:** a

**Deleted:** Schedule.

862.048170.0992
19106H78.a02/07/23

-24-

CITY_OF_IRVINE_015996

the Amphitheater in connection with a City Event at locations reasonably approved by Live Nation. Within one (1) calendar day following the conclusion of either of such events, City or the City User (as applicable) shall remove all such branding, sponsorship and other signage.

> **Deleted:** . Following

b.   Live Nation may require that any City User enter into Live Nation's standard license agreement prior to holding a City Event; provided, however, that the only payment the City User shall be required to make shall be payment of the City Amphitheater Use Operating Expenses. Live Nation further shall have the right to require that a deposit be placed for the estimated City Amphitheater Use Operating Expenses for such event.

> **Deleted:** Costs

c.   In connection with any City Event, the City or City User (as applicable), shall be required to pay to Live Nation all City Amphitheater Use Operating Expenses incurred by Live Nation in connection with each such City Event.

> **Deleted:** the

d.   In the event that City or a City User (as applicable) requests that ticket sales for a City Event be managed by Live Nation or one of its Affiliates, Live Nation may charge a commercially reasonable and typical service or transaction fee in connection with any such ticket sales. Further, promptly following such event, Live Nation shall pay to City or to the City User (as applicable) all gross ticket sales revenue collected by Live Nation or its Affiliate in connection with the event net of Live Nation's or its Affiliate's service and transaction fees.

> **Deleted:** shall not

11.   Fees, Taxes and Assessments. During the Agreement Term, Live Nation shall pay all applicable governmental fees, charges and taxes resulting from its operations, management and use of the Facility; provided, however, Live Nation shall have no obligation to pay any real estate taxes or assessments, or any other governmental fees, charges or taxes payable by the owner of the Facility under Applicable Law.

12.   Compliance with Laws; Sound Limitations. Subject to City's obligation to complete and deliver the Facility in compliance with all Applicable Law, Live Nation shall, throughout the Term, comply with all Applicable Law respecting the use or manner of use of the Facility and operation thereof. Without limiting and in addition to the foregoing, Live Nation shall, throughout the Term, comply with all conditions and environmental mitigation required pursuant to CEQA, including, without limitation using efforts complying with the Applicable Standard to cause any sound and/or noise emanating from the Facility to remain below both [City to provide to LN] (i) the thresholds of significance utilized in the "Addendum to the Heritage Fields Project for a Permanent Amphitheater Within the Great Park (Planning Area 51)" ("**Addendum**"), and (2) the noise levels reflected in Figure 1 of Appendix D of the

> **Deleted:** Compliance with Laws.

> **Deleted:** City's noise ordinance, and

> **Deleted:** causing

882.048170.0892
1810/9497 6 a/02/07/23                              -25-

CITY_OF_IRVINE_015997

Addendum.  If City discovers a sound violation of this section or receives a reasonable sound complaint from residents surrounding the Great Park, City shall immediately communicate such issue to Live Nation's General Manager for the Facility; upon the General Manager's receipt of such communication, Live Nation shall use commercially reasonable efforts to correct any sound violation of this section as soon as reasonably possible (and if Live Nation complies with this sentence, such issue shall not be deemed a violation of this section or this Agreement).  If there is any Applicable Law enacted or put into effect hereafter which is more restrictive than Applicable Law as of the date hereof with respect to permitted sound and vibrations at the Site, Live Nation shall have a right to terminate this Agreement unless City and Live Nation agree otherwise after considering possible solutions for such restrictions during a period of sixty (60) days.  City acknowledges that Live Nation will be offering a variety of musical and entertainment Events at the Facility, including rock and roll music. City further acknowledges that Live Nation's ability to promote rock and roll musical performances at the Facility is an essential element in the projected profitability and success of the Facility and is a material consideration in Live Nation's entering into this Agreement.  During the Term, in adopting guidelines, ordinances, laws, statutes, rules and regulations affecting the Facility and in permitting further development of the areas adjacent to and nearby the Facility, City shall give due consideration to the existence of the Facility; provided, however, that the foregoing shall in no way limit Live Nation's termination rights under this Section. With regard to future development of areas adjacent to and nearby the Facility, City shall make the developers aware of the Facility.  Live Nation shall obtain and keep in full force and effect all permits and licenses and other authorizations required for the use and operation of the Facility.  Live Nation shall obtain and keep in full force and effect all permits and licenses and other authorizations required for the use and operation of the Facility.

13.     Compliance with Applicable Standard.   Live Nation shall comply with the Applicable Standard in advertising and promoting events at the Facility and in all other aspects of its management, maintenance and operation of the Facility pursuant to this Agreement. Live Nation agrees that Events booked at the Facility will be of a quality that comparable managers would be willing to book at other similar venues operated by Live Nation or its Affiliates meeting the Applicable Standard.

14.     Payments to City.

        14.1    Base Operation Fee.  During the Term, subject to abatement as expressly provided in this Agreement, Live Nation shall pay to City an annual base operation fee of Three Million Five Hundred Thousand Dollars ($3,500,000) per year, increasing annually by three percent (3%) (the "**Base Operation Fee**").  The first annual Base Operation Fee shall be due and payable on the Commencement Date,and shall be prorated if the Commencement Date is any date other than January 1.  Each subsequent annual Base Operation Fee payment shall be due on January 1st.  Live Nation shall receive a credit

**Deleted:** City and Live Nation agree to meet and confer from time to time for purposes of developing and maintaining effective alcohol management and noise and crowd control programs.

**Deleted:** .

CITY_OF_IRVINE_015998

towards the first Base Operation Fee, in the amount of the Live Nation Design Costs, provided that such credit shall not exceed Two Million Dollars an aggregate of ($2,000,000). [NTD – Parties to discuss potential for additional Base Operation Fee credit for capital expenditures by Live Nation at Five Point venue over next 2 years]

14.2    Ticket Surcharge. Live Nation shall include a maintenance surcharge on each ticket sold or otherwise issued in connection with an Event (the "Ticket Surcharge").

   a.    The initial amount of the Ticket Surcharge shall be Five Dollars ($5.00).

   b.    The Ticket Surcharge shall be split equally between the Parties. Live Nation's fifty percent (50%) allocation of the Ticket Surcharge shall be deposited and maintained in a separate account and may be utilized by Live Nation only for costs incurred by Live Nation in performing Live Nation's maintenance obligations pursuant to this Agreement. At Live Nation's election, Live Nation may deposit Live Nation's portion of the Ticket Surcharge into the Reserve Account. Live Nation shall pay to City City's fifty percent (50%) allocation of the Ticket Surcharge quarterly on an annual basis on each January 1 for the immediately prior calendar year. The City's Share of Ticket Surcharges may be utilized by City only for costs incurred by City in performing City's maintenance obligations pursuant to this Agreement, including, without limitation, the City Maintenance Elements.

14.3    Default Interest. All payments required of Live Nation hereunder that are not paid within ten (10) days after written notice from City of non-payment shall bear interest from the expiration of such ten (10) day period until paid at three percent (3%) over the prime rate described in the Wall Street Journal for the last Business Day of the calendar month immediately preceding the late payment. In no event, however, shall the charges permitted under this section or elsewhere in this Agreement, to the extent they are considered to be interest under law, exceed the maximum lawful rate of interest.

15.    Waiver of Liability. City assumes no responsibility for any damage or loss of Live Nation's personal property except to the extent directly caused by the gross negligence or willful misconduct of any of City and City Personnel. Live Nation agrees to hold City and City Personnel, and each of them, harmless from any damage or loss of Live Nation's personal property located within the Facility except to the extent directly caused by the gross negligence of willful misconduct of any of City and City Personnel.

**Deleted:** (and second, if applicable)

**Deleted:** During the Term, the Parties shall mutually agree on increases to the Ticket Surcharge; provided, however, that the Ticket Surcharge shall be increased by not less than ten percent (10%) every three (3) years.

**Deleted:** ,

**Deleted:** , and

**Deleted:** Notwithstanding the foregoing, however, City shall have the right, in its sole and absolute discretion, to change the payment date for payment to City of City's fifty percent (50%) allocation of the Ticket Surcharge to monthly or quarterly.

**Deleted:** the date such

**Deleted:** is due

**Deleted:** date due

**Deleted:** <#>Payment for Noise Violations. City and Live Nation acknowledge that it is extremely difficult and impractical, if not impossible, to ascertain the amount of damages that would be suffered by City, in the event the Facility is operated in violation of the terms of Section 12 with respect to noise mitigation requirements and noise limitations and restrictions (any such violation, a "**Noise Violation**"). Having made diligent but unsuccessful attempts to ascertain the actual damages City would suffer, in the event of a Noise Violation, City and Live Nation agree that a reasonable estimate of City's damages with respect to the fourth Noise Violation in any Operating Season, is the amount of Ten Thousand Dollars ($10,000), and for each subsequent Noise Violation during the same Operating Season, twice the amount of the amount payable for the immediately prior Noise Violation (the "**Noise Violation Payment Amount**").¶
Therefore, upon the occurrence of a Noise Violation, Live Nation shall immediately pay to City the Noise Violation Payment Amount. Live Nation's payment of the foregoing amounts shall not constitute a "cure" of the applicable violation, and City retains all of its rights and remedies hereunder with respect to such violation.¶
Following the conclusion of each Operating Season, City and Live Nation shall meet and confer to discuss any Noise Violations and/or noise complaints that occurred during said Operating Season and potential mitigation activities and/or improvements to address the address the same. ¶

CITY_OF_IRVINE_015999

16.  **Insurance**.

**Commented [LBA1]:** Under review by City's risk manager.

16.1  **Commercial General Liability Insurance**:  Prior to, and as a condition to City's delivery to Live Nation of the City Completion Notice, Live Nation shall provide to City proof of commercial general liability insurance coverage for the Amphitheater for the protection of City for risks customarily covered by such insurance (including, but not limited to, coverage for premises/operation, products and completed operations, independent contractors, broad form property damage, liquor legal liability, and personal injury, including coverage for false arrest, false imprisonment, malicious prosecution, libel, slander, defamation and advertising) to the extent caused by Live Nation or its employees, agents, contractors or invitees in an amount not less than Five Million Dollars ($5,000,000) per occurrence and Ten Million Dollars ($10,000,000) aggregate.

16.2  **Workers" Compensation Insurance**.  Prior to, and as a condition to City's delivery to Live Nation of the City Completion Notice, Live Nation shall procure and maintain, throughout the Term, workers' compensation insurance providing statutory benefits in compliance with Applicable Law.

16.3  **Employer's Liability Insurance**.  Prior to, and as a condition to City's delivery to Live Nation of the City Completion Notice, Live Nation shall procure and maintain, throughout the Term, employer's liability insurance with limits not less than: bodily injury by accident, $1,000,000 each accident; bodily injury by disease, $1,000,000 each employee; and bodily injury by disease, $1,000,000 policy limit.

16.4  **Automobile Liability Insurance**.  Prior to, and as a condition to City's delivery to Live Nation of the City Completion Notice, Live Nation shall procure and maintain, throughout the Term, automobile liability coverage with limits not less than One Million Dollars ($1,000,000) per occurrence and Two Million Dollars ($2,000,000) aggregate.

16.5  **Additional Requirements**.  All insurance required by this Section shall comply with the following: All primary coverage shall be written by an insurer that is nationally recognized with a policyholder's rating of at least A-, VIII, as listed from time to time by A.M. Best Insurance Reports.  Each policy shall provide that it may not be cancelled, terminated, reduced or materially changed unless at least thirty (30) days prior notice thereof has been provided to City, except in case of cancellation or termination due to lapse for nonpayment, in which case only ten (10) days' notice shall be required. Each policy shall contain mutual waivers of all rights of subrogation for property damage. Each policy covering third-party liability shall contain a "cross-liability" endorsement or a "severability of interest" endorsement providing that coverage, to the maximum amount of the policy, will be available despite any suit between the insured and any additional insured under such policy.

**Deleted:** <#>Builder's Risk insurance. Prior to, and as a condition to City's delivery to Live Nation of the City Completion Notice, Live Nation shall procure, and shall maintain until the Commencement Date,  All-risk" builder's risk insurance for the full insurable value of the work (including all stored material and equipment), as approved by City.  This insurance shall include the interests of City and Live Nation (and their respective contractors and subcontractors of any tier to the extent of any insurable interest therein) in the work and shall insure against physical loss or damage including, without duplication of coverage, theft, vandalism and malicious mischief. If any materials or equipment will be stored offsite or will be in transit to the job site and are not covered under said "all-risk" builder's risk insurance, then Live Nation shall effect and maintain similar property insurance on such materials and equipment.  Any loss insured under said "all-risk" builder's risk insurance shall be adjusted with City and Live Nation and made payable to City, as trustee for the insured, as their interests may appear¶

**Deleted:** Five

**Deleted:** 5

**Deleted:** Five

**Deleted:** 5

**Deleted:** The insurance policies shall not in the aggregate have deductibles in excess of$1,500,000....

CITY_OF_IRVINE_016000

16.6   Certificates and Endorsements.  Except as specifically approved in writing by City, each policy of insurance required to be maintained by Live Nation under this Agreement must be issued by carriers licensed and approved to do business in California, having a general policyholder's rating of not less than "A-" and a financial rating of not less than "VIII" in the most current Best's Key Rating Guide.  Prior to conducting any operations under this Agreement, and at all times during the Term, Live Nation shall provide to City an original certificate(s) of insurance and original endorsements evidencing all insurance required hereunder.  Each certificate or policy of insurance shall indicate that coverage is primary and not contributing with any other insurance maintained by City, includes a Severability-of-Interest or Cross-Liability clause such as "The policy to which this endorsement is attached shall apply separately to each insured against whom a claim is brought, except with respect to the limits of the company's liability," and shall not be cancelled, modified or non-renewed except upon not less than thirty (30) days written notice to City, except for ten (10) days for non-payment of premium.  Each policy, certificate and endorsement required hereunder shall be subject to the reasonable approval of City.  Within ten (10) days following insurance renewal, Live Nation shall file with City a signed complete certificate of insurance, with all endorsements provided herein, showing that such insurance coverage has been renewed or extended.

16.7   Property Insurance.  City shall at all times during the Term maintain in force insurance as to the Facility against fire, vandalism, malicious mischief, earthquake loss and such other additional perils as maybe included in a standard "all risk" form, insuring all buildings and improvements, including without limitation, the Live Nation FF&E, in an amount equal to not less than their replacement cost and with deductibles or self-insured retentions, to the extent they exceed Fifty Thousand Dollars ($50,000), must be reasonably acceptable to City.  Notwithstanding the foregoing, however, Live Nation shall be responsible to insure any movable personal property it brings onto the Site.

17.   Representations and Warranties.

17.1   Live Nation is a subsidiary of a global, publicly-traded live entertainment business and is presently subject to various litigation and other legal proceedings in its ordinary course of business.  All significant pending lawsuits and legal proceedings other than ordinary litigation is disclosed as required in its public filings with the Securities and Exchange Commission.

17.2   City represents and warrants that City has no notice or knowledge that any government agency considers the construction, operation or use of the Facility out of compliance with any Applicable Law or that any investigation has been commenced or is contemplated respecting any such possible failure of compliance.

Deleted: policyholders

Deleted: "

Deleted: X

Deleted: Improvements

Deleted: ; provided, however, City shall not be required to maintain earthquake insurance.

Commented [LBA3]: Under review

Deleted: <#>Live Nation represents and warrants for itself, its owners and Affiliates that there is no court action, arbitration, administrative proceeding, or to the best of Live Nation's knowledge, threatened court action, arbitration, administrative proceeding, on the date of this Agreement which would materially affect (1) the financial condition of Live Nation, its owners or Affiliates, or (2) the ability of Live Nation to perform its obligations under this Agreement.¶

Commented [LBA4]: 17.2 & 17.3 subject to revision depending upon outcome of meeting with HCD

CITY_OF_IRVINE_016001

DX-0783.0044

17.3    Each of the Parties hereto represents and warrants that it has full power and authority to enter into this Agreement and to assume and perform all of its obligations under this Agreement, that it has obtained any and all approvals that may be required before it can execute and perform this Agreement, including approvals required by any loan documents, bond authorization, corporate articles and bylaws, city charter or state statute, regulation or court order, and that the persons executing this Agreement on its behalf have been duly authorized and are empowered to bind it to this Agreement, that the execution of this Agreement, and the performance by it of the actions anticipated by this Agreement neither breaches any contract with any third party, or constitutes any event, which, with the passage of time, or the giving of notice, or both, will breach any contract with any third party, and that this Agreement executed by it are or when fully delivered will be duly authorized, executed and delivered by it and will be valid, binding and enforceable obligations of it.

17.4    City represents, warrants and covenants: (a) the Site is zoned for the uses contemplated by this Agreement, and all mitigation and other discretionary (including sewer) fees have been or will be paid by the City, so as to permit the Facility to be operated as intended by this Agreement without charge to Live Nation for any such fees; (b) this Agreement and the use of the Facility as permitted herein will not violate any conditions, covenants or restrictions, or other documents of record, affecting the Site; (c) on the Delivery Date, the Site and Facility shall be free and clear in all material respects of any Hazardous Materials, including asbestos, except as otherwise provided herein; (d) the Facility shall be seismically constructed or updated at the City's expense as required by law and/or local ordinance as may be applicable to Live Nation's proposed use, prior to Live Nation's occupancy of the Facility; (e) there are no pending condemnation proceedings, proposed special tax assessments or other adverse conditions relating to the Site; and (f) as of the Effective Date of this Agreement and as of the Delivery Date, the City possesses fee title ownership of the Site and has all requisite rights, title and interest appurtenant to the Site.

18.    **Indemnification.**  In addition to any other specific indemnification or defense obligations of Live Nation set forth in this Agreement, Live Nation agrees to indemnify, defend (upon written request by City and with counsel reasonably acceptable to City) and hold harmless City and City Personnel from any and all losses, liabilities, charges, damages, claims, liens, causes of action, awards, judgments, costs and expenses, including, but not limited to reasonable attorney's fees of counsel retained by City, expert fees, and investigation costs, of whatever kind or nature (any of the foregoing, a "**Claim**" and collectively, the "**Claims**"), that are in any manner directly or indirectly caused, occasioned or contributed to in whole or in part, through any act, omission, fault or negligence, whether active or passive, of Live Nation or Live Nation's officers, agents, employees, independent contractors, subcontractors of any tier, or authorized representatives, relating in any manner to this Agreement, Live Nation's entry onto the Site and/or the Facility,



-30-

CITY_OF_IRVINE_016002

Live Nation's operation and management of the Facility, or any authority or obligation exercised or undertaken by Live Nation under this Agreement, except to the extent any such Claims arise from any breach of this Agreement by the City or any negligence or willful misconduct of City and/or any City Personnel. Without limiting the generality of the foregoing, Live Nation's obligation to indemnify City shall include indemnification for injury or death to any person or persons, damage to any property, regardless of where located, including the property of City, any workers' compensation or prevailing wage determination, claim or suit or any other matter arising from or connected with any goods or materials provided or services or labor performed regarding the Live Nation FF&E or the Site on behalf of Live Nation by any person or entity.

19. **Release.** Live Nation acknowledges, agrees, and represents to City that Live Nation is experienced in the design, development, and operation of amphitheaters similar to the Facility, that the Facility is being designed in consultation and coordination with Live Nation, and that as of Live Nation's entry onto the Site to construct and/or install the Live Nation FF&E, Live Nation has been given an adequate opportunity to review and inspect, and has approved all aspects of, the Site and Facility. With the exception of the limited representations and warranties of City set forth in Section 8,17 and Section 17 or elsewhere in this Agreement, Live Nation shall rely solely and exclusively upon the results of its review and active engagement and participation with City with respect to the design and construction of the Facility, as Live Nation may deem necessary or appropriate. With the exception of the limited representations and warranties of City set forth in Section 8,17 and Section 17 or elsewhere in this Agreement, City makes no representation or warranty to Live Nation relating to the suitability of the Facility for operation by Live Nation.

With the exception of the limited representations and warranties of City set forth in Section 8,17 and Section 17.1 or elsewhere in this Agreement, Live Nation is accepting operational control of the Facility based on its own knowledge, inspection and investigation of the Facility and not as a result of any representations made by City or any employee, official, consultant or agent of City relating to the condition of the Facility. With the exception of the limited representations and warranties of City set forth in Section 8,17 and 17.1 or elsewhere in this Agreement, City hereby expressly and specifically disclaims any express or implied warranties regarding the Facility.

20. **Damage or Destruction of the Facility.** If (i) the Facility shall be totally or materially destroyed by fire, casualty, or other cause or happening, and either (a) insurance proceeds are unavailable in an amount sufficient to rebuild the Facility, and the Parties do not reach a mutually acceptable solution for rebuilding the Facility including contribution by City and/or Live Nation towards uninsured costs to reconstruct, or (b) insurance proceeds are available in a sufficient amount, but the Facility cannot reasonably be rebuilt within a period of twelve (12) months following the destruction, or (ii) any lawful authority shall order demolition or removal of any portion of the Facility without reconstruction being allowed, so as to render it unfit

Deleted: gross

Deleted: any of

Deleted: Improvements

Deleted: Improvements

Deleted: 16

Deleted: 16

Deleted: Live Nation shall accept operational control of the Facility without any liability of City whatsoever with respect to Live Nation's operations of the Facility.

Deleted: 16

Deleted: 16

Deleted: LIVE NATION, ON BEHALF OF ITSELF, ITS SUCCESSORS, AND ASSIGNS, WAIVES AND RELEASES CITY FROM ANY RIGHT OF ACTION THAT MAY BE AVAILABLE TO ANY OF THEM WITH RESPECT TO THE CONDITION OF THE FACILITY. LIVE NATION ACKNOWLEDGES THE PROTECTIONS OF CIVIL CODE SECTION 1542 RELATIVE TO THE WAIVER AND RELEASE CONTAINED IN THIS SECTION 19, WHICH READS AS FOLLOWS:¶
A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY. ¶
BY INITIALING BELOW, LIVE NATION KNOWINGLY AND VOLUNTARILY WAIVES THE PROVISIONS OF SECTION 1542 SOLELY IN CONNECTION WITH THE WAIVERS AND RELEASES OF THIS SECTION 19:¶
¶
Live Nation's Initials¶

Deleted: City elects, in its sole and absolute discretion, to not rebuild the Facility, or (c) insurance proceeds are available in a sufficient amount, but

Deleted: _____ (___)

CITY_OF_IRVINE_016003

for use as intended by this Agreement, including, without limitation the Permitted Uses and a sellable capacity of <u>not less than</u> fourteen thousand (14,000<u>) people, then upon election and written notice by either Party to the other</u> this Agreement shall terminate as of the date of such destruction and subject to Section 25.15, all of Live Nation's liability hereunder shall cease from and after such date.  If the Facility shall be totally or materially destroyed as described in this paragraph but this Agreement does not terminate, then all payments due hereunder from the date of such destruction to the date the Facility has been rebuilt shall be proportionately abated.

Deleted: ), then

If the Facility shall be partially destroyed by fire, casualty or other cause or happening, or be declared unsafe by any lawful authority, then it shall promptly be restored or made safe by City, at its sole cost and expense, and a proportional portion of the payments otherwise due from Live Nation to City shall abate until the Facility shall have been restored and put in proper condition for use pursuant to the terms of this Agreement.  If the Facility cannot be restored or made safe after partial destruction or declaration of unsafe condition without cancelling or rescheduling more than two (2) years' of booked Events, then Live Nation, at its option, may cancel and terminate this Agreement in its entirety, and subject to Section 25.15, all of Live Nation's liability hereunder shall cease from and after the date of such destruction or declaration of unsafe condition.

21.    Eminent Domain.  In the event that the Facility or any material part thereof is taken by any governmental or other permitted authority using the power of eminent domain (or any conveyance in lieu thereof is effected) such that performance by either Party under this Agreement is rendered economically infeasible or a Party will be materially prevented from realizing the economic benefit of this Agreement absent such taking, then such Party may terminate this Agreement without further liability to the other Party, subject to Section 25.15. In the event of a taking, City shall receive the entire award or other compensation for (i) the land on which the Facility is situated and (ii) all improvements paid for by City.  Live Nation may separately pursue a claim against the condemnor for the value of the Live Nation <u>FF&E</u>, Live Nation's personal property that Live Nation is entitled to remove under this Agreement and such other costs to which Live Nation may be entitled by Applicable Law.

Deleted: Improvements

22.    Intellectual Property.  Live Nation shall require in its contracts with persons holding or promoting events at the Facility that such persons shall obtain all necessary approvals for or arising from the use of patented and/or copyrighted materials, equipment, devices, processes, or dramatic rights used on or incorporated in the conduct of any events which Live Nation books at the Facility. Live Nation shall indemnify and hold City harmless from any breach of patent or copyright rights or patent or copyright infringements or violations of patent or copyright laws except this sentence shall not apply to City Events.



CITY_OF_IRVINE_016004

23.  Force Majeure.

  23.1  As used herein, the terms (i) "**Force Majeure Event**" or "**Force Majeure Delay**" shall mean any prevention, delay or stoppage due to strikes, lockouts, labor disputes, acts of God, inability to obtain labor or materials or reasonable substitutes therefor, governmental restrictions, governmental regulations, governmental controls, judicial orders, enemy or hostile governmental action, civil commotion, acts of terrorism, fire or other casualty, war and other declared national emergency and other causes (except financial) beyond the reasonable control of the Party obligated to perform and, except as otherwise provide in this Agreement, shall excuse the performance by that Party for a period equal to the prevention, delay or stoppage, and (ii)"**Pandemic Restriction Event**" or "**Pandemic Restriction Delay**" shall mean any prevention, delay or stoppage due to a federal, state or municipal authority recognized epidemic, pandemic or outbreak of communicable disease, or similar medical emergency which, in accordance with guidance, mandate, order or other directive issued by such federal, state or municipal authority, adversely affects business operations similar to the Permitted Use in Orange County beyond the reasonable control of the Party obligated to perform and, except as otherwise provide in this Lease, shall excuse the performance by that Party for a period equal to the prevention, delay or stoppage.

  23.2  If a Force Majeure Event or Pandemic Restriction Event occurs, the Party claiming such delay (the "**Claiming Party**") will give written notice ("**Delay Notice**") to the other Party within ten (10) business days after first learning of the occurrence of such delay.  Subject to Sections 23.3 and 23.4, if the Claiming Party fails to timely give the Delay Notice, the Claiming Party will have the extension in deadlines to which it would otherwise be entitled to (but for the late notice), reduced on a day-for-day basis for each day that the notice is late.

  23.3  Except as provided in this Section 23, no Force Majeure Event shall apply or operate to excuse Live Nation from the payment of the Base Operation Fee or any other amount due under and in accordance with the terms of this Agreement.

  23.4  Following the opening of the Facility for business with the public, (i) if a Pandemic Restriction Event occurs, and (ii) as a result, Live Nation's business operations at the Facility cease, then, as the sole and exclusive remedy, Live Nation shall be entitled to an abatement of the Base Operation Fee for the period between the date of Tenant's delivery of the Delay Notice (as such date may be adjusted in accordance with Section 23.2 above) until the end of Pandemic Restriction Event (as evidenced by a lifting of the guidance, mandate, order or other directive issued by such federal, state or municipal authority).

**Deleted:** Should any matter or condition beyond the reasonable control of City or Live Nation, such as, but not limited to, war, public emergency or calamity, fire, earthquake, flood, severe weather conditions, Act of God, strikes or labor disturbances, civil disturbances or riots, or any governmental restriction (any of the foregoing, an event of "**Force Majeure**"), prevent or delay performance of this Agreement in accordance with provisions hereof, in whole or in part, after the employment of all reasonably available and economically feasible means to overcome such condition, avoid delay and mitigate the effects thereof, performance of this Agreement by the Party affected thereby shall be suspended or excused to the extent commensurate with such interfering occurrence; provided that the Party availing itself of this section shall notify the other Party within twenty-one (21) days of its actual knowledge of commencement of such occurrence of the event of Force Majeure; and provided further that the time of suspension or excuse shall not extend beyond that reasonably necessitated by the occurrence of the event of Force Majeure.  If the Facility is rendered inoperable by a Force Majeure event and such inoperability prevents the holding of Events during an entire Operating Season, then Live Nation's payment obligations to City shall be equitably abated in proportion to Live Nation's documented loss directly attributable to such Force Majeure condition.



CITY_OF_IRVINE_016005

DX-0783.0048

23.5   Following the opening of the Facility for business with the public, (i) if a Pandemic Restriction Event occurs, and (ii) as a result, (A) Live Nation's business operations at the Facility are only partially adversely affected (i.e. less than full capacity events are permitted), and (B) Live Nation elects, based upon its prudent business judgement, to hold limited Events during such period, as the sole and exclusive remedy, following the date of Live Nation's delivery of the Delay Notice (as such date may be adjusted in accordance with Section 23.2 above) until the end of Pandemic Restriction Event (as evidenced by a lifting of the guidance, mandate, order or other directive issued by such federal, state or municipal authority), Live Nation shall be entitled to a partial abatement of its Base Operation Fee per month equal to the percentage arrived by (I) the number of Events actually held in such calendar month minus a stipulated twenty (20) Events in such month, divided by (II) a stipulated twenty (20) Events in such month (i.e. if Live Nation elects to hold 5 Events in a given calendar month due to such Pandemic Restriction Event, Live Nation would be entitled to a 75% abatement of the Base Operation Fee for such month (5 Events held minus the stipulated 20 Events in the calendar month) divided by (the stipulated 20 Events in the calendar month), equals a 75% abatement of its Base Operation Fee). If Live Nation, based upon its prudent business judgement, does not elect to hold Events for a specific calendar month due to the Pandemic Restriction Event described in this Section 23.5, the abatement of the Base Operation Fee provided in Section 23.4 above shall apply for such calendar month.

23.6   The aggregate amount of seventy five percent (75.00%) of the Base Operation Fee abated in accordance with Section 23.4 and 23.5 above in excess of ninety (90) days after City's receipt of the Delay Notice is referred to as the "Abated Base Fee Amount". If the Base Operation Fee is fully or partially abated due to a Pandemic Restriction Event in excess of ninety (90) days, upon the end of such Pandemic Restriction Event (as evidenced by a lifting of the guidance, mandate, order or other directive issued by such federal, state or municipal authority), in addition to the Base Operation Fee due thereafter under this Agreement, Live Nation shall pay City an amount equal to the Abated Base Fee Amount divided by 84, which amount shall be payable concurrent with the Base Operation Fee for the following eighty four (84) months; provided, however, if the initial Term has less than 84 month remaining at such time, notwithstanding any other provision of this Agreement to the contrary, the initial Term shall be extended accordingly to allow for such payments by Live Nation over the following 84 month period. Notwithstanding the foregoing, (i) to the extent that Live Nation receives any form of governmental subsidy or other form of government assistance that is intended to apply to the payment of the Base Operation Fee due during a Pandemic Restriction Event, the deferral of Base Operation Fee provided in this Section 23.6 shall not apply to the extent such funding is received by Live Nation, and (ii) to the extent that City receives any form of governmental subsidy or other form of government assistance that is

862.048170.0962
1610949760 a02/07/23

CITY_OF_IRVINE_016006

DX-0783.0049

intended to apply to the payment of Abated Base Fee caused by Pandemic Restriction Event, such amount received by City shall be credited against the aggregate Abated Base Fee Amount caused by Pandemic Restriction Event.

24.    Default and Remedies.

   24.1    Event of Default by Live Nation. The occurrence of any of the following shall constitute an "**Event of Default**" by Live Nation hereunder:

   a.    Live Nation fails to pay to City any amounts due hereunder, which failure continues for five (5) days after written notice thereof by City to Live Nation;

   b.    the failure of Live Nation to observe or perform any of the covenants, conditions or provisions of this Agreement to be observed or performed by Live Nation, other than as described in any of the other subsections of this Section 24.1, where such failure shall continue for a period of thirty (30) days (unless a different time period is expressly provided for herein) after written notice thereof from City to Live Nation, provided that if the nature of such default is such that the same cannot be reasonably cured within a thirty (30) day period, Live Nation shall not be deemed in default if it diligently commences such cure within such period and thereafter diligently proceeds to rectify and cure such default;

   c.    the making by Live Nation of any general assignment for the benefit of creditors;

   d.    the attachment, execution or other judicial seizure of substantially all of Live Nation's assets located at the Site or of Live Nation's interest in this Agreement;

   e.    Live Nation files a voluntary petition in bankruptcy or is adjudicated a bankrupt or insolvent, or files any petition or answer seeking any reorganization, arrangement, composition, readjustment, liquidation, dissolution or similar relief under any present or future bankruptcy or other similar law, or seeks or consents to or acquiesces in the appointment of any trustee, receiver or liquidator of Manger or of all or any substantial part of Live Nation's property, or makes any general assignment for the benefit of creditors, or admits in writing its inability to pay its debts generally as they become due;

   f.    A court of competent jurisdiction enters an order, judgment or decree approving a petition filed against Live Nation seeking any reorganization, arrangement, composition, readjustment, liquidation, dissolution or similar. relief under any present or future bankruptcy or other similar law;

**Deleted:** but in no event shall the cure period exceed sixty (60) days



CITY_OF_IRVINE_016007

DX-0783.0050

g. Any trustee, receiver or liquidator of Live Nation or of all or any substantial part of Live Nation's property is appointed without the consent or acquiescence of Live Nation; and such order, judgment, decree or appointment remains un-vacated or un-stayed for an aggregate of sixty (60) days (whether consecutive or nonconsecutive);

h. Live Nation abandons or, subject to a Force Majeure Event or, Pandemic Restriction Event or delay caused by City, discontinues conducting its operations at the Facility for a period of thirty (30) consecutive days or more; (but customary periods without events during customary periods of a calendar year shall be excluded);

> **Deleted:** an event of

i. Live Nation sells, transfers, hypothecates, encumbers or assigns its interest in this Agreement in violation of the terms and conditions of this Agreement; or

> **Deleted:** , whether voluntarily or involuntarily or by operation of law,

In addition to all of the other rights and remedies of City, upon the occurrence of an Event of Default that cannot be cured by the payment of money, or by remedies of injunction or specific performance, City shall have the right to terminate this Agreement by providing a written notice of termination to Live Nation.  In the event of any termination of this Lease by reason of an Event of Default by Live Nation as provided herein, any Damage Amount payable by Live Nation to City shall be reduced by the unamortized value of Live Nation's Capital Contribution Amount (amortized over the initial Term of this Agreement)(the "**Live Nation Amortized Capital Amount**").

> **Deleted:** <#>Live Nation is convicted of a felony after the Date of Agreement.¶

24.2 Liquidated Damages to City.

(a) IF, AFTER CITY AWARDS A BID FOR CONSTRUCTION OF THE FACILITY (THE "**BID AWARD DATE**"), CITY ELECTS TO TERMINATE THIS AGREEMENT WHEN IT HAS A RIGHT TO DO SO UNDER THE TERMS OF SECTION 24.1 ABOVE, CITY AND LIVE NATION ACKNOWLEDGE THAT IT WOULD BE EXTREMELY DIFFICULT AND IMPRACTICAL, IF NOT IMPOSSIBLE, TO ASCERTAIN THE AMOUNT OF DAMAGES THAT WOULD BE SUFFERED BY CITY, HAVING MADE DILIGENT BUT UNSUCCESSFUL ATTEMPTS TO ASCERTAIN THE ACTUAL DAMAGES CITY WOULD SUFFER, IN THE EVENT OF A TERMINATION OF THIS AGREEMENT WHEN PERMITTED UNDER SECTION 24.1 DUE TO THE OCCURRENCE, AFTER THE BID AWARD DATE, OF AN EVENT OF DEFAULT BY LIVE NATION SUBJECT TO THE TERMS OF SECTION 24.1 ABOVE, CITY AND LIVE NATION AGREE THAT A REASONABLE ESTIMATE OF CITY'S DAMAGES IN SUCH EVENT IS THE AMOUNT SET FORTH IN EXHIBIT "G" (WITH THE APPLICABLE AMOUNT AS SET

> **Deleted:** UPON THE OCCURRENCE
>
> **Deleted:** OF AN EVENT OF DEFAULT BY LIVE NATION, CITY MAY
>
> **Deleted:** WITHOUT ANY LIABILITY OF CITY TO LIVE NATION OR ANY OTHER PERSON ARISING FROM SUCH ACTIONS.
>
> **Deleted:** IS
>
> **Deleted:** , IN THE EVENT OF A TERMINATION OF THIS AGREEMENT DUE TO THE OCCURRENCE, AFTER THE BID AWARD DATE, OF AN EVENT OF DEFAULT BY LIVE NATION UNDER THIS AGREEMENT.



CITY_OF_IRVINE_016008

FORTH IN EXHIBIT "G" REFERRED TO HEREINAFTER AS THE "**DAMAGE AMOUNT**"). THEREFORE, UPON THE TERMINATION OF THIS AGREEMENT BY CITY WHEN PERMITTED UNDER SECTION 24.1 DUE TO THE OCCURRENCE, AFTER THE BID AWARD DATE, OF AN EVENT OF DEFAULT BY LIVE NATION SUBJECT TO THE TERMS OF SECTION 24.1 ABOVE, LIVE NATION SHALL IMMEDIATELY PAY TO CITY THE DAMAGE AMOUNT LESS THE LIVE NATION AMORTIZED CAPITAL AMOUNT. RECEIPT OF THE DAMAGE AMOUNT SHALL BE CITY'S SOLE AND EXCLUSIVE DAMAGES REMEDY UPON THE OCCURRENCE, AFTER THE BID AWARD DATE, OF AN EVENT OF DEFAULT DUE TO WHICH CITY TERMINATES THIS AGREEMENT WHEN SO PERMITTED UNDER SECTION 24.1.

(b) CITY ACKNOWLEDGES THE PROTECTIONS OF CIVIL CODE SECTION 1542 RELATIVE TO THE WAIVER AND RELEASE CONTAINED IN THIS SECTION 24.2, WHICH CIVIL CODE SECTION READS AS FOLLOWS:

A general release does not extend to claims which the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

(c) BY INITIALING BELOW, CITY KNOWINGLY AND VOLUNTARILY WAIVES THE PROVISIONS OF SECTION 1542 SOLELY IN CONNECTION WITH THE WAIVERS AND RELEASES OF THIS SECTION 24.2:

_____
CITY'S INITIALS

24.3 City Default. City shall be in default of this Agreement if City fails to perform one or more of its obligations hereunder and such failure continues for more than thirty (30) days after written notice thereof from Live Nation; provided that if the nature of City's default is such that more than thirty (30) days are reasonably necessary to cure, City shall not be in default if City commences to cure within the thirty (30) day period and thereafter diligently proceeds to complete such cure. Upon City's default, Live Nation shall have the right to:

a. Cure City's default with the actual and reasonable cost thereof to be reimbursed by City within thirty (30) days of the receipt of an invoice and, failing such timely reimbursement, to offset the cost against payments next coming due from Live Nation to City; or



CITY_OF_IRVINE_016009

DX-0783.0052

b.  Terminate this Agreement by providing a written notice of termination to City.

c.  Bring a legal action pursuant to Section 24.4 below.

24.4  Legal Actions.  In addition to any other rights or remedies and subject to the restrictions set forth in this Agreement, either Party may institute an action at law or equity to seek specific performance of the terms of this Agreement or to enjoin the actions of the other Party, or to cure, correct or remedy any default, to recover damages for any default (subject to the restriction on Live Nation's rights to recover monetary damages against City set forth in the final clause of this sentence), or to obtain any other remedy consistent with the purpose of this Agreement.

24.5  Mutual Waiver of Consequential Damages.  **NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS AGREEMENT, IN NO EVENT SHALL EITHER PARTY BE ENTITLED TO CLAIM OR MAKE A RECOVERY FOR ANY CONSEQUENTIAL, PUNITIVE OR SPECIAL DAMAGES, AND EACH PARTY HEREBY UNCONDITIONALLY AND ABSOLUTELY WAIVES ALL CLAIMS FOR ANY CONSEQUENTIAL, PUNITIVE AND SPECIAL DAMAGES.**

24.6  Governing Law; Venue.  The laws of the State of California shall govern the interpretation and enforcement of this Agreement without regard to conflict of law principles.  All legal actions must be instituted and maintained in the Superior Court of the County of Orange, State of California, in any other appropriate court in that county, or in the Federal District Court in the Central District of California.

24.7  Rights and Remedies are Cumulative.  Except as otherwise expressly stated in this Agreement, the rights and remedies of the Parties are cumulative and the exercise by either Party of one or more of such rights or remedies shall not preclude the exercise by it, at the same or different times, of any other rights or remedies for the same default or any other default by the other Party.

24.8  Attorneys' Fees.  If either Party to this Agreement is required to initiate or defend litigation in any way connected with this Agreement, the prevailing Party in such litigation (as determined by a court of competent jurisdiction), in addition to any other relief which may be granted, whether legal or equitable, shall be entitled to reasonable attorneys' fees.  If either Party to this Agreement is required to initiate or defend litigation with a third party because of the violation of any term or provision of this Agreement by the other Party, then the Party so litigating shall be entitled to reasonable attorneys' fees from the other Party to this Agreement.  Attorneys' fees shall include attorney's fees on any appeal, and in addition a Party entitled to attorney's fees shall be entitled to all other reasonable costs for

> **Deleted:** : provided, however, that notwithstanding anything in the foregoing to the contrary, in no event shall Live Nation be entitled to obtain monetary damages of any kind from City, including but not limited to damages for economic loss, lost profits, or any other economic or consequential damages of any kind...

> **Deleted:** ,



CITY_OF_IRVINE_016010

DX-0783.0053

investigating such action, retaining expert witnesses, taking depositions and discovery, and all other necessary costs incurred with respect to such litigation.   All such fees shall be deemed to have accrued on commencement of such action and shall be enforceable whether or not such action is prosecuted to judgment.

24.9   Procedure After Termination.   Upon expiration or termination of this Agreement, Live Nation shall promptly surrender and deliver to City the Facility and all other property which it is required to deliver to City in the condition existing at the Commencement Date, normal wear and tear and casualty excepted.   In the event of termination of this Agreement, Live Nation shall cooperate and coordinate with City and any new manager designated by City in order to assure an orderly transition of Live Nation's responsibilities hereunder.

25.   Miscellaneous.

25.1   Assignment.   Except as expressly provided herein, this Agreement may not be assigned, in whole or in part, by either Party without the written consent of the other Party, such consent not to be unreasonably withheld or delayed. To be a valid assignment under this Agreement, any assignee must succeed to all of the rights and interests and assume all of the liabilities and obligations (including, without limitation, all operating losses) of the assignor under this. Agreement, and the assignee must agree to cure any prior default of this Agreement committed by the assignor, all in writing to the reasonable satisfaction of the non-assigning Party.   Notwithstanding anything herein to the contrary, the sale of the stock of Live Nation Worldwide, Inc., or the sale of the stock of the direct or indirect parent of Live Nation Worldwide, Inc., shall not constitute an assignment of this Agreement.   Notwithstanding the foregoing, no agreement that Live Nation is authorized or empowered to enter into under this Agreement, including, without limitation, any concessionaire agreement, ticketing agreement, sponsorship agreement or service agreement, shall be an assignment of this Agreement or a default under this paragraph.   Notwithstanding anything contained herein to the contrary, Live Nation shall have the right, without City's consent, to assign its rights, duties and obligations under this Agreement to any subsidiary corporation of Live Nation, Live Nation's parent corporation or to any other entity affiliated with Live Nation, or to any entity determined by Live Nation to be necessary or desirable in connection with obtaining liquor licenses for the Facility (including, without limitation, to an unaffiliated non-profit corporation), or to any entity resulting from a consolidation, reorganization or merger to a corporation acquiring all or substantially all of the assets of Live Nation. Further and notwithstanding anything to the contrary in this Agreement, Live Nation shall have the right to grant licenses, concessions, operating/management agreements and rentals for Events without City's approval or consent. All of the matters

| Deleted: This |
| Deleted: No |



CITY_OF_IRVINE_016011

described in this Section 25.1 shall be deemed not to be an assignment or sublease or a violation of this Agreement.

25.2    Merger, Integration and Amendment.  Except as otherwise expressly stated or referenced herein, this Agreement is the entire integrated agreement of the Parties.  No other agreement, oral or written, prior or contemporaneous, except the Agreement, shall be deemed to exist between the Parties.  No subsequent agreement or any amendment of this Agreement shall be binding upon the Parties unless it is contained in a written document executed by properly authorized representatives of each Party.

25.3    Approvals; Waiver.  Except as otherwise expressly provided, whenever provision of this Agreement requires a review, determination or approval of a Party, such review, determination and approval (or notice of disapproval) shall be in writing and shall not be unreasonably withheld or delayed (except where such review, determination or approval is expressly made subject to the sole discretion or determination of a Party), and shall in any event be made within any time limit specified therefore or within thirty (30) days if no time limit is specified.  No consent or waiver, express or implied, by either Party to or of any breach of any covenant, condition or duty of the other, shall be construed as consent to or a waiver of any other breach of the same, or any other covenant, condition or duty.  No approval or review by City hereunder, or any right of approval or review by City, as to any matter or under any circumstances shall be deemed to constitute Live Nation as an agent for or acting on behalf of City.

25.4    Notices, Demands, and Communications Between the Parties.  Formal notices, demands, and communications between City and Live Nation shall be given either by (a) personal service, (b) delivery by reputable document delivery service such as Federal Express that provides a receipt showing date and time of delivery, (c) mailing in the United States mail, certified or first-class mail, postage prepaid, or (d) e-mail, addressed to:

**To Live Nation:**

Live Nation Worldwide, Inc.
9348 Civic Center Drive
Beverly Hills, California 90210
Attn: Bret Gallagher
email:  BretGallagher@livenation.com

And to: Live Nation Worldwide, Inc.
325 N. Maple Drive, 2nd Floor
Beverly Hills, California 90210
Attn: CFO and Chief Counsel - Concerts
email:  BenjaminWeedon@livenation.com, SheilaSmall@livenation.com

| Deleted: General Counsel |
| --- |

| Deleted: and |
| --- |
| Deleted: ¶ 2000 West Loop South, 13th |
| Deleted: Houston, Texas 77027¶ |

CITY_OF_IRVINE_016012

**DX-0783.0055**

and to:

Cox Castle & Nicholson, LLP
3121 Michelson Drive, Suite 200
Irvine, CA 92612
Attn:  David W. Wensley; Sean Matsler
Email:  dwensley@coxcastle.com; smatsler@coxcastle.com

**To City:**

City of Irvine
1 Civic Center Plaza
Irvine, CA 92606
Attn.:  City Manager

and to:

City of Irvine
1 Civic Center Plaza
Irvine, CA 92606
Attn.:  Great Park Director

and to:

City of Irvine
1 Civic Center Plaza
Irvine, CA 92606
Attn.:  City Attorney

Notices personally delivered or delivered by document delivery service shall be deemed effective upon receipt.  Notices mailed shall be deemed effective on the second Business Day following deposit in the United States mail.  Notices sent by e-mail shall be deemed received on the date of transmission, if during the normal business hours of the recipient (or else on the next Business Day), so long as the sending of a copy of such notice is initiated by one of the other permitted methods on the same day as the e-mail is sent.  Such written notices, demands, and communications shall be sent in the same manner to such other addresses as either Party may from time to time designate in writing in a manner provided by this section.

25.5   Non-liability of City Officials and Employees.   No member, official, employee, or contractor of City shall be personally liable to Live Nation in the event of any default or breach by City or for any amount which may become due to Live Nation or on any obligations under this Agreement.

25.6   Binding on Heirs.  This Agreement shall be binding upon the Parties hereto and their respective representatives, transferees, successors, and assigns;

| Deleted: James Tucker |

062.048170.0902
19109497.8 a02/07/23

-41-

CITY_OF_IRVINE_016013

DX-0783.0056

provided, however, that nothing in this Section is intended to modify or restrict the scope of the provisions set forth in Section 25.1.

25.7 Third Party Beneficiaries. Except as expressly provided herein as to City Personnel, who are intended third party beneficiaries with the right, but not the obligation, to enforce the terms hereof, this Agreement shall not confer any rights or benefits on any third party.

25.8 Omitted.

25.9 City Acting as Owner of Real Property. Live Nation understands and agrees that City is entering into this Agreement in its proprietary capacity, as the holder of fee title to the Site, and not in its capacity as a regulatory agency of City. By entering into this Agreement, City is in no way modifying Live Nation's obligations to cause the Facility to be operated and managed in accordance with all Applicable Law, as provided herein.

25.10 Additional Documents. Each of the Parties to this Agreement, without further consideration, shall execute and deliver such reasonable and customary additional documents and shall take other actions as may be reasonably required in order to fully effectuate all of the terms and provision of this Agreement.

25.11 Entire Agreement, Waivers, and Amendments. This Agreement incorporates all of the terms and conditions mentioned herein, or incidental hereto, and supersedes all negotiations and previous agreements between the Parties with respect to all or part of the subject matter hereof. All waivers of the provisions of this Agreement must be in writing and signed by the appropriate authorities of the Party to be charged. A waiver of the breach of the covenants, conditions or obligations under this Agreement by either Party shall not be construed as a waiver of any succeeding breach of the same or other covenants, conditions or obligations of this Agreement. Any amendment or modification to this Agreement must be in writing and executed by the appropriate authorities of City and Live Nation.

25.12 Interpretation. The terms of this Agreement shall be construed in accordance with the meaning of the language used and shall not be construed for or against either Party by reason of the authorship of this Agreement or any other rule of construction which might otherwise apply. The section headings are for purposes of convenience only, and shall not be construed to limit or extend the meaning of this Agreement. All references to the term "days" in this Agreement shall mean calendar days unless otherwise specifically indicated.

25.13 Severability. If any term, provision, covenant, or condition of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remainder of this Agreement shall not be affected

| Deleted: and City |
| Deleted: each of which is an |
| Deleted: beneficiary |
| Deleted: <#>Time of the Essence. Time is of the essence of this Agreement.¶ |



CITY_OF_IRVINE_016014

thereby to the extent such remaining provisions are not rendered impractical to perform taking into consideration the purposes of this Agreement.

25.14 Administration of Agreement. City shall maintain authority of this Agreement and the authority to implement this Agreement through its City Manager (or his or her duly authorized representative). The City Manager shall have the authority to make approvals, issue interpretations, execute documents, waive provisions, and/or enter into certain amendments of this Agreement on behalf of City so long as such actions do not materially or substantially change the uses or development permitted on the Site or materially add to the costs incurred or to be incurred by City as specified herein. Such approvals, interpretations, waivers and/or amendments may include extensions of time to perform.

25.15 Termination. No termination of this Agreement shall release any Party in default and this Agreement shall survive for purposes of allowing a Party to enforce its rights and remedies under this Agreement in the event of a default, including, without limitation, the provisions of Section 24.1. All indemnification provisions shall survive the termination of this Agreement.

25.16 Authority to Execute. The person(s) executing this Agreement on behalf of the Parties hereto warrant that (a) such Party is duly organized and existing, (b) they are duly authorized to execute and deliver this Agreement on behalf of said Party, and (c) by so executing this Agreement, such Party is formally bound to the provisions of this Agreement.

25.17 Execution in Counterpart. This Agreement may be executed in several counterparts, and all so executed shall constitute one agreement binding on both Parties hereto, notwithstanding that both Parties are not signatories to the original or the same counterpart. Delivery of an executed counterpart of a signature page to this Agreement by e-mail, DocuSign or similar digital method shall be as effective as delivery of a manually executed counterpart of this Agreement.

25.18 No Joint Venture. It is understood that this Agreement is a contract that has been negotiated and voluntarily entered into by City and Live Nation and that Live Nation is an independent contractor and not an agent of the City. City and Live Nation hereby renounce the existence of any form of joint venture or partnership between them, and agree that nothing contained herein or in any document executed in connection herewith shall be construed as making City, on one hand, and Live Nation, its owners or Affiliates, on the other hand, as joint venturers or partners. Live Nation is an independent contractor with the rights and obligations provided in this Agreement. The Parties acknowledge that City negotiated and executed this Contract for Live Nation's management skills.

| Deleted: Owners |



-43-

CITY_OF_IRVINE_016015

25.19 <u>Facility Not To Be Used As Security</u>.  Live Nation shall not pledge or permit the Facility <u>(other than as to Live Nation FF&E)</u> to be used as security for any loan or obligation of Live Nation and shall not permit the filing of any lien against the Facility property on account of any work performed by or for Live Nation or any contract to which Live Nation is a party.  In the event a lien is filed against the Facility or any part thereof <u>(other than as to Live Nation FF&E)</u> relating to any agreement made by Live Nation, Live Nation shall promptly cause such lien to be removed by filing an appropriate bond.  Notwithstanding the foregoing, City shall have the right to pledge or permit the Site or Facility to be used as security for any loan or obligation of City <u>with prior notice to and reasonable consent of Live Nation, provided  any such action does not affect the operations of the Facility pursuant to this Agreement and provided City obtains for the benefit of Live Nation a commercially reasonable non-disturbance agreement satisfactory to Live Nation which provides that Live Nation's rights under this Agreement will not be disturbed by any foreclosure or other realization upon such security. Live Nation shall at all times and from time to time have the right to encumber by mortgage, deed of trust, or security agreement ("**Mortgage**") Live Nation's interests under this Agreement, together with the Live Nation FF&E, fixtures, equipment and personally situated at the Facility and all rents, issues, profits, revenues, and other income to be derived by Live Nation from all of the foregoing, to secure such loans from time to time made by any person, firm or corporation to Live Nation; provided, however, that no such Mortgage shall in any event encumber City's fee title and interest in and to the Site and the Facility.</u>

> Deleted: without the prior consent of Live Nation, provided  any such action does not affect the operations of the Facility pursuant to this Agreement

25.20 <u>Telecommunications Structures</u>.  <u>City shall have</u> the <u>right</u> to <u>enter</u> into <u>one</u> or <u>more leases or</u> other <u>agreements</u> with third <u>party cellular telecommunications companies</u> for the installation of <u>one or more</u> telecommunication structures, including cellular towers or antenna or emergency radio towers or antenna <u>("**Communications Equipment"),</u> <u>provided</u> such <u>Communications Equipment is installed at the perimeter of the Site in locations and of configuration reasonably approved by Live Nation and such Communications Equipment does</u> not interfere with Live Nation's use of the Facility <u>and Communications Equipment and other similar facilities installed by Live Nation at the Facility.  City shall be entitled to all rental and other revenue derived from any such City Communications Equipment.  Live Nation shall also have the right to place Communications Equipment as well as Wifi, television, Bluetooth, distributed antenna systems and other similar antennas, towers and equipment within the Facility as allowed by applicable law, and to install the wiring and equipment necessary to connect such equipment to the Facility.  Live Nation shall be entitled to all rental and other revenue and fees derived from any such Live Nation Communications Equipment and other similar equipment and facilities.</u>

> Deleted: Nothing in this Agreement, other than
> Deleted: conditions of this section, shall be construed
> Deleted: limit City from entering
> Deleted: any lease
> Deleted: agreement
> Deleted: parties for uses of the Facility
> Deleted: , where
> Deleted: towers or antennas do



CITY_OF_IRVINE_016016

**DX-0783.0059**

25.21 <u>No Alterations to Facility Without Live Nation Consent</u>.  Following City's completion of construction of the Facility, City agrees that it shall not make or allow the making of any alteration or improvement to the Facility without Live Nation's prior written consent, which consent shall not be unreasonably withheld, conditioned or delayed.

25.22 <u>Estoppel Certificates</u>. Within twenty (20) days after written request from either Party in connection with a sale, financing, assignment or other transfer of such party's interest in this Agreement, the non-requesting Party shall execute and deliver to the requesting Party or its designee (and the requesting Party and each designee may rely thereon) an estoppel certificate substantially in the form attached hereto as Exhibit ___ certifying (a) that this Agreement is unmodified (except for any amendments or modifications specifically stated) and in full force and effect (as modified or amended, if at all), (b) the date through which the Base Operation Fee has been paid by Live Nation, (c) acknowledging that there are not, to such Party's knowledge, any uncured defaults on the part of the other Party hereunder or specifying such defaults if any are claimed, and (d) the Commencement Date and the expiration date of the Term.

25.23 <u>Non-Disclosure</u>. City and Live Nation agree that the terms of this Agreement are confidential and constitute proprietary information of the parties hereto. Each of the parties hereto agrees that such party, and its respective partners, officers, directors, employees, agents and attorneys, shall not disclose the terms and conditions of this Lease to any other person without the prior written consent of the other party hereto except pursuant to an order of a court of competent jurisdiction; provided, however, that each party may disclose the terms hereof to its lenders or prospective lenders or its accountants who audit its financial statements or prepare its tax returns, to any prospective transferee of all or any portions of its interests hereunder, to any governmental entity agency or person to whom disclosure is required by applicable law or regulation and to its attorneys, including without limitation in connection with any action brought to enforce the terms of this Lease, on account of the breach or alleged breach hereof or to seek a judicial determination of the rights or obligations of the parties hereunder.

25.24 <u>Press Releases</u>. All press releases, public announcements and related activities in connection with this Lease shall be prepared jointly and mutually approved in writing by City and Live Nation. City shall make no public statement (written or verbal) regarding this Agreement or the terms contained herein without the prior written consent of Live Nation.

25.25 <u>Recordation of Memorandum of Agreement</u>.  This Agreement shall not be recorded by either Party.  At Live Nation's request, City shall execute, acknowledge and delivery to Live Nation a memorandum of this Agreement in recordable form which Live Nation shall be authorized to record in the Official Records of Orange County, California.

CITY_OF_IRVINE_016017

Signatures on following page.

882.048170.0982
191094470 a02/07/23

CITY_OF_IRVINE_016018

DX-0783.0061

IN WITNESS WHEREOF, City and Live Nation have executed this Agreement as of the date first written above.

**CITY:**

**CITY OF IRVINE,**
a California municipal corporation and charter city

By: _____
　　　 Oliver C. Chi, City Manager

ATTEST:

_____
Carl Petersen, City Clerk

APPROVED AS TO FORM:
RUTAN & TUCKER, LLP

_____
Jeffrey T. Melching, City Attorney

**LIVE NATION:**

**LIVE NATION WORLDWIDE, INC.,** a Delaware corporation

By: _____
Its: _____

By: _____
Its: _____

882.048170.0992
19159447.6 a/22/07/23                                    -47-

CITY_OF_IRVINE_016019

DX-0783.0062

**EXHIBIT "A"**

**DEPICTION OF GREAT PARK**



882.048170.0992
18109497.6 a02/07/23

**EXHIBIT "A"**

CITY_OF_IRVINE_016020

**EXHIBIT "B"**

**LEGAL DESCRIPTION OF SITE**

[To be inserted prior to execution]



CITY_OF_IRVINE_016021

**DX-0783.0064**



**EXHIBIT "C"**

**PRELIMINARY FACILITY DESIGN**



**EXHIBIT "C"**

CITY_OF_IRVINE_016022

**EXHIBIT "D"**

**CITY MAINTENANCE ELEMENTS**

[To be inserted prior to execution]



CITY_OF_IRVINE_016023

**DX-0783.0066**

**EXHIBIT "E"**

**SCHEDULE OF PERFORMANCE**

Commented [LBA5]: TO BE UPDATED

| Task | Time for Performance |
|---|---|
| Parties to develop Facility Design Concepts | **Complete** |
| Live Nation to submit SD to City | |
| Live Nation to submit DD to City | |
| City to provide comments to SD to Live Nation | |
| Live Nation to revise SD as necessary to obtain City approval | |
| City to provide comments to DD to Live Nation | |
| Live Nation to revise DD as necessary to obtain City approval | |
| City to submit 50% CD to Live Nation | |
| City to submit comprehensive construction cost estimates and constructability review to Live Nation | |
| Live Nation to provide comments to 50% CD to City, and Parties meet and confer if necessary | |
| City to revise 50% CD as necessary to obtain Live Nation approval | |
| City to submit 100% CD to Live Nation | |
| City to prepare construction cost estimate | |
| Live Nation to provide comments to 100% CD to City, and Parties meet and confer if necessary | |
| City to revise 100% CD as necessary to obtain Live Nation approval | |
| City commence public bidding | |
| City award construction contract | |

862.048170.0992
18104347 8 a02/07/23

**EXHIBIT "E"**

CITY_OF_IRVINE_016024

| Task | Time for Performance |
|---|---|
| City commences construction of Facility | |
| City commences acquisition, installation and/or construction of Live Nation FF&E | |
| City completes installation and/or construction of Live Nation FF&E | |
| City provides City Completion Notice to Live Nation | |
| Live Nation commences operations at Facility | |

CITY_OF_IRVINE_016025

DX-0783.0068

**EXHIBIT "F"**

**LIVE NATION MAINTENANCE ELEMENTS**

[To be inserted prior to execution]



EXHIBIT "F"

CITY_OF_IRVINE_016026

**EXHIBIT "G"**

**DAMAGE AMOUNT**

[To be inserted prior to execution]



CITY_OF_IRVINE_016027

**DX-0783.0070**

## TABLE OF CONTENTS

Page

1. Definitions ................................................................................................ 1

2. Term .......................................................................................................... 6
   2.1 Initial Term ....................................................................................... 6
   2.2 Options to Extend ............................................................................. 6

3. Schedule of Performance ........................................................................... 7

4. Design of Facility; Preparation of Construction Budget; and
   Constructability Reviews........................................................................... 7
   4.1 Design of Facility............................................................................. 7
   4.2 Cost Estimates.................................................................................. 8
   4.3 Construction Budget ........................................................................ 8
   4.4 Constructability Reviews.................................................................. 8
   4.5 Limitation on City Design Cost Obligations..................................... 9

5. Live Nation Capital Contribution .............................................................. 9

6. Construction of Facility ............................................................................ 9
   6.1 Public Bidding ................................................................................. 9
   6.2 City Construction Obligations.......................................................... 10
   6.3 Live Nation Construction Consultant Obligations............................. 10
   6.4 Change Orders ................................................................................. 10
   6.5 Live Nation FF&E............................................................................ 10
   6.6 City Obligations Regarding Public Infrastructure ............................. 11

7. Engagement of Live Nation ....................................................................... 12

8. Operations and Management Obligations of Live Nation ............................ 12
   8.1 General Operating Obligations ......................................................... 12
   8.2 General Performance Requirements .................................................. 13
   8.3 Minimum Event Requirements.......................................................... 13
   8.4 Facility Scheduling Procedures......................................................... 13
   8.5 Times of Operation for Events, VIP Area, and Alcohol Service ......... 13
   8.6 Live Nation's Paid Ticketing Records; City Right to Audit................. 14
   8.7 Third-Party Events ........................................................................... 14
   8.8 Customer Satisfaction...................................................................... 14
   8.9 Operation in Accordance with Applicable Standard........................... 15
   8.10 Prohibited Activities......................................................................... 15
   8.11 Live Nation Vendors and Services Providers..................................... 16
   8.12 Inventory and Supplies .................................................................... 16
   8.13 Service Contracts............................................................................. 16
   8.14 Management Services ....................................................................... 17
   8.15 Personnel Policy .............................................................................. 17



-i-

CITY_OF_IRVINE_016028

**Page**

| | | | |
|---|---|---|---|
| 8.16 | Condition of Facility Upon City's Issuance of Final Certificate of Occupancy | | 17 |
| 8.17 | Operating Costs | | 17 |

| | | | |
|---|---|---|---|
| 9. | Repair and Maintenance Standards | | 18 |
| | 9.1 | Live Nation Maintenance Obligations | 18 |
| | 9.2 | Live Nation Maintenance Program; City Annual Maintenance Inspection | 18 |
| | 9.3 | City Maintenance Elements | 18 |
| | 9.4 | Solid Waste Requirements | 19 |
| | 9.5 | No Capital Improvements | 19 |
| | 9.6 | Live Nation Update/Refresh Program | 19 |
| | 9.7 | Replacement Reserve | 19 |

| | | | |
|---|---|---|---|
| 10. | Special Rights of City | | 19 |
| | 10.1 | Access by City Personnel | 20 |
| | 10.2 | City Luxury Box | 20 |
| | 10.3 | City Events | 20 |

| | | |
|---|---|---|
| 11. | Fees, Taxes and Assessments | 21 |

| | | |
|---|---|---|
| 12. | Compliance with Laws | 21 |

| | | |
|---|---|---|
| 13. | Compliance with Applicable Standard | 21 |

| | | | |
|---|---|---|---|
| 14. | Payments to City | | 21 |
| | 14.1 | Base Operation Fee | 21 |
| | 14.2 | Ticket Surcharge | 21 |
| | 14.3 | Default Interest | 22 |
| | 14.4 | Payment for Noise Violations | 22 |

| | | |
|---|---|---|
| 15. | Waiver of Liability | 23 |

| | | | |
|---|---|---|---|
| 16. | Insurance | | 23 |
| | 16.1 | Commercial General Liability Insurance | 23 |
| | 16.2 | Builder's Risk Insurance | 23 |
| | 16.3 | Workers" Compensation Insurance | 24 |
| | 16.4 | Employer's Liability Insurance | 24 |
| | 16.5 | Automobile Liability Insurance | 24 |
| | 16.6 | Additional Requirements | 24 |
| | 16.7 | Certificates and Endorsements | 24 |
| | 16.8 | Property Insurance | 25 |

| | | |
|---|---|---|
| 17. | Representations and Warranties | 25 |

| | | |
|---|---|---|
| 18. | Indemnification | 26 |

CITY_OF_IRVINE_016029

**DX-0783.0072**

**Page**

| | | |
|---|---|---|
| 19. | Release | 26 |
| 20. | Damage or Destruction of the Facility | 27 |
| 21. | Eminent Domain | 28 |
| 22. | Intellectual Property | 28 |
| 23. | Force Majeure | 28 |
| 24. | Default and Remedies | 29 |
| | 24.1 Event of Default by Live Nation | 29 |
| | 24.2 Liquidated Damages to City | 30 |
| | 24.3 City Default | 31 |
| | 24.4 Legal Actions | 31 |
| | 24.5 Governing Law; Venue | 32 |
| | 24.6 Rights and Remedies are Cumulative | 32 |
| | 24.7 Attorneys' Fees | 32 |
| | 24.8 Procedure After Termination | 32 |
| 25. | Miscellaneous | 33 |
| | 25.1 Assignment | 33 |
| | 25.2 Merger, Integration and Amendment | 33 |
| | 25.3 Approvals; Waiver | 33 |
| | 25.4 Notices, Demands, and Communications Between the Parties | 33 |
| | 25.5 Non-liability of City Officials and Employees | 34 |
| | 25.6 Binding on Heirs | 35 |
| | 25.7 Third Party Beneficiaries | 35 |
| | 25.8 Time of the Essence | 35 |
| | 25.9 City Acting as Owner of Real Property | 35 |
| | 25.10 Additional Documents | 35 |
| | 25.11 Entire Agreement, Waivers, and Amendments | 35 |
| | 25.12 Interpretation | 35 |
| | 25.13 Severability | 36 |
| | 25.14 Administration of Agreement | 36 |
| | 25.15 Termination | 36 |
| | 25.16 Authority to Execute | 36 |
| | 25.17 Execution in Counterpart | 36 |
| | 25.18 No Joint Venture | 36 |
| | 25.19 Facility Not To Be Used As Security | 37 |
| | 25.20 Telecommunications Structures | 37 |
| | 25.21 No Alterations to Facility Without Live Nation Consent | 37 |

CITY_OF_IRVINE_016030



# MARKET ANALYSIS FOR A PERMANENT AMPHITHEATER AT THE GREAT PARK

SUBMITTED TO THE CITY OF IRVINE: 02.07.2023

ATTACHMENT 3

CITY_OF_IRVINE_016031

























































































































































| SECTION | PAGE |
|---|---|
| 1. Introduction | 3 |
| 2. Live Music Industry Overview | 6 |
| 3. Analysis of Comparable Outdoor Concert Venues in California | 22 |
| 4. Interviews with Regional Concert Promoters | 47 |
| 5. Market Study Conclusions & Key Takeaways | 52 |

*Please Note: Sources of information and assumptions in this report include, but may not be limited to, information provided by the City of Irvine, input and opinions provided by relevant third parties, Victus Advisors' industry experience and previous studies, and publicly available data from various industry sources. Any such information collected by Victus Advisors has not been audited or verified and has been assumed to be correct. There will be differences between actual events and the projections contained herein, and we express no assurances of any kind related to any projected information. Differences between projections and actual events may be material.*

2

CITY_OF_IRVINE_016032



# 1. INTRODUCTION

3

CITY_OF_IRVINE_016033

# PROJECT BACKGROUND



Victus Advisors was engaged by the City of Irvine, California ("Irvine" or the "City") in January 2023 to conduct a market analysis for a permanent amphitheater at the City's Great Park with an estimated seating capacity in the range of approximately 4,000 to 6,000 seats.

The City currently has control over approximately 1,300 acres at the Great Park, with more than 500 acres currently developed with amenities including but not limited to an outdoor sports complex, indoor ice sheet facility, water park, and arts/event spaces. In July 2022, the City Council approved a new Great Park Framework Plan (shown below) that divides the park into four (4) zones:

- Botanic Garden
- Heart of the Park (including a permanent amphitheater)
- Sports Complex
- Cultural Terrace

The Framework Plan includes a permanent amphitheater in the Heart of the Park to replace the Park's temporary Five Point Amphitheater. Five Point Amphitheater has a temporary stage and a maximum attendance capacity of 12,280 people, which includes 6,500 bleacher seats, a small VIP seating area, plus standing room areas. Live Nation operates the facility.



Source: City of Irvine

4



# STUDY METHODOLOGY



Victus Advisors was tasked by the City with studying the market opportunity for a new amphitheater in the Great Park with an estimated capacity of approximately 4,000 to 6,000 seats. Our market research methodology is shown below:



5

CITY_OF_IRVINE_016035



# 2. LIVE MUSIC INDUSTRY OVERVIEW

6

CITY_OF_IRVINE_016036



# LIVE MUSIC INDUSTRY OVERVIEW



This section presents a summary of key trends in the concert industry in order to provide a perspective from which to assess operational impacts of the proposed Great Park amphitheater in Irvine. The review of industry trends is presented as follows:

- Live Concert Economics
- Talent Costs
- Top 200 Grossing Artists of 2021
- Ticket Prices
- Ticket Revenues
- Attendance
- Performance Trends
- Consolidation of Promoters
- Summary

7

CITY_OF_IRVINE_016037

# OVERVIEW OF LIVE CONCERT ECONOMICS



The economics of the concert industry have changed substantially over the past several years, as acts have demanded higher compensation or guarantees, resulting in increased ticket prices in order to generate higher gross ticket sales revenue. The upward trend in ticket prices has increased gross ticket sales revenue to record levels, but it has also negatively impacted attendance at concert events over the past several years. The result of these trends has produced lower margins for concert promoters and live music venues.

Concert ticket revenue is generally allocated between the touring act, show expenses and the promoter. While each deal is unique and can vary considerably from market to market, concert ticket revenue is generally allocated as follows: approximately 60 to 70 percent of the ticket price is paid to the performer as their guarantee; approximately 20 percent pays for show expenses including staffing, utilities, facility rent and other such costs, and approximately 10 to 20 percent is retained by the promoter.

The facility owner/operator typically receives fixed rent from the promoter for use of the venue, and potentially a small share of ticket sales revenues if they help co-promote the event. It should be noted that the venue operator also generates other revenue streams, from premium seating sales (i.e., luxury boxes, club seats, etc.), box office fees and ticket sales rebates, food and beverage sales, venue advertising/sponsorships, and parking (if any) .

8

CITY_OF_IRVINE_016038

# TALENT COSTS



An integral component of concert economics is the talent cost paid to the performers.  Over the past several years, talent costs have increased substantially, impacting the industry in terms of increased ticket prices and lower operating margins.  While there is no public source that tracks current talent cost trends, discussions with live entertainment venue operators and concert promoters indicate talent cost is approximately 75 to 85 percent of ticket sales. The result of increased talent costs have generally served to reduce the profitability of live concert venues.

9

CITY_OF_IRVINE_016039

# TOP GROSSING ARTISTS IN 2021



Pollstar, a leading publication in the live music industry, tracks concert ticket sales for the top grossing artists each year. The tables on the following pages summarize the top 100 North American tours in 2021 in terms of gross ticket sales revenue and include information such as the number of shows, average ticket price, average paid attendance, total paid attendance and total gross ticket sales for each artist.

The top 50 North American tours represent approximately 75 percent of the ticket sales revenue out of the top 200 North American tours (approximately $1.3 billion from $1.8 billion in ticket sales) and are expected to comprise some of the acts that could be hosted at the proposed venue.

Among the top 200 North American tours in 2021, the average artist played 19 shows, drew an average paid attendance of 7,040 per show and charged an average ticket price of $77.

Please note that certain components of this section of the report only present trends for the top 100 tours.

10

CITY_OF_IRVINE_016040



# TOP GROSSING ARTISTS IN 2021 (CONT.)



| Rank | Artist | Shows | Average Ticket Price | Average Paid Attend. Per Show | Total Paid Attendance | Gross Ticket Sales (Millions) |
|---|---|---|---|---|---|---|
| 1 | The Rolling Stones | 12 | $223.36 | 43,052 | 516,624 | $115.5 |
| 2 | Harry Styles | 39 | $129.62 | 17,155 | 669,051 | $86.7 |
| 3 | "The Hella Mega Tour" | 20 | $102.09 | 32,953 | 659,062 | $67.3 |
| 4 | Eagles | 23 | $229.66 | 11,199 | 257,584 | $59.2 |
| 5 | Dead & Company | 31 | $85.36 | 18,989 | 588,658 | $50.2 |
| 6 | Los Bukis | 9 | $138.99 | 39,705 | 357,343 | $49.7 |
| 7 | Guns N' Roses | 23 | $134.75 | 15,276 | 351,339 | $47.3 |
| 8 | Dave Matthews Band | 41 | $78.78 | 14,229 | 583,399 | $46.0 |
| 9 | Phish | 35 | $77.57 | 16,361 | 572,626 | $44.4 |
| 10 | Jonas Brothers | 42 | $80.34 | 12,586 | 528,630 | $42.5 |
| 11 | Chris Stapleton | 33 | $67.72 | 15,648 | 516,395 | $35.0 |
| 12 | Grupo Firme | 33 | $98.11 | 10,397 | 343,111 | $33.7 |
| 13 | Luke Bryan | 37 | $64.17 | 14,134 | 522,966 | $33.6 |
| 14 | Maroon 5 | 30 | $69.63 | 15,587 | 467,607 | $32.6 |
| 15 | Enrique Iglesias / Ricky Martin | 23 | $112.01 | 11,680 | 268,632 | $30.1 |
| 16 | Alanis Morissette | 34 | $58.73 | 14,685 | 499,296 | $29.4 |
| 17 | James Taylor | 26 | $107.35 | 9,539 | 248,008 | $26.6 |
| 18 | Garth Brooks | 4 | $94.00 | 67,625 | 270,500 | $25.4 |
| 19 | Maluma | 26 | $104.99 | 9,144 | 237,741 | $25.0 |
| 20 | Bruno Mars | 16 | $330.73 | 4,544 | 72,701 | $24.0 |
| 21 | Dave Chappelle | 15 | $166.35 | 8,821 | 132,311 | $22.0 |
| 22 | Luke Combs | 25 | $56.51 | 14,767 | 369,181 | $20.9 |
| 23 | Aventura | 4 | $129.34 | 40,246 | 160,982 | $20.8 |
| 24 | Zac Brown Band | 20 | $66.97 | 15,493 | 309,866 | $20.8 |
| 25 | Pitbull | 33 | $47.93 | 12,865 | 424,545 | $20.3 |
| 26 | Eric Church | 13 | $103.25 | 15,154 | 197,007 | $20.3 |
| 27 | Sebastian Maniscalco | 68 | $98.56 | 2,955 | 200,917 | $19.8 |
| 28 | Billy Joel | 4 | $130.30 | 33,469 | 133,877 | $17.4 |
| 29 | KISS | 22 | $83.85 | 9,175 | 201,852 | $16.9 |
| 30 | J. Cole | 11 | $114.03 | 12,779 | 140,567 | $16.0 |
| 31 | Alejandro Fernández | 23 | $102.07 | 6,807 | 156,571 | $16.0 |
| 32 | Pepe Aguilar | 17 | $99.76 | 8,719 | 148,222 | $14.8 |
| 33 | Blake Shelton | 15 | $93.10 | 10,469 | 157,033 | $14.6 |
| 34 | Eric Clapton | 8 | $169.25 | 10,682 | 85,453 | $14.5 |
| 35 | Dan + Shay | 24 | $57.23 | 10,509 | 252,225 | $14.4 |
| 36 | Marc Anthony | 17 | $117.18 | 7,142 | 121,410 | $14.2 |
| 37 | Lady Gaga | 9 | $295.27 | 4,930 | 44,371 | $13.1 |
| 38 | Gabriel Iglesias | 71 | $61.01 | 3,009 | 213,663 | $13.0 |
| 39 | Usher | 14 | $220.67 | 4,204 | 58,856 | $13.0 |
| 40 | "Knotfest Roadshow" / Slipknot | 24 | $48.23 | 10,644 | 255,455 | $12.3 |
| 41 | Andrea Bocelli | 6 | $182.73 | 10,531 | 63,186 | $11.5 |
| 42 | Machine Gun Kelly | 31 | $54.21 | 6,839 | 212,020 | $11.5 |
| 43 | Lauren Daigle | 25 | $53.94 | 8,422 | 210,562 | $11.4 |
| 44 | Omarion | 19 | $89.08 | 6,504 | 123,577 | $11.0 |
| 45 | Daryl Hall & John Oates | 17 | $59.59 | 10,236 | 174,010 | $10.4 |
| 46 | Korn | 27 | $38.49 | 9,936 | 268,268 | $10.3 |
| 47 | Alabama | 23 | $76.76 | 5,791 | 133,185 | $10.2 |
| 48 | Jo Koy | 44 | $62.66 | 2,927 | 158,069 | $9.9 |
| 49 | $uicideboy$ | 34 | $50.24 | 5,600 | 190,402 | $9.6 |
| 50 | ZZ Top | 47 | $62.09 | 3,223 | 151,460 | $9.4 |

| Rank | Artist | Shows | Average Ticket Price | Average Paid Attend. Per Show | Total Paid Attendance | Gross Ticket Sales (Millions) |
|---|---|---|---|---|---|---|
| 51 | Banda MS | 14 | $107.15 | 6,117 | 85,633 | $9.2 |
| 52 | Tame Impala | 12 | $66.58 | 11,042 | 132,502 | $8.8 |
| 53 | Cody Johnson | 43 | $47.91 | 4,123 | 177,268 | $8.5 |
| 54 | Jim Gaffigan | 36 | $73.24 | 3,191 | 114,887 | $8.4 |
| 55 | Megadeth / Lamb of God | 24 | $46.30 | 7,140 | 171,365 | $7.9 |
| 56 | Billy Strings | 60 | $44.93 | 2,939 | 176,353 | $7.9 |
| 57 | "In Real Life Comedy Tour" / Mike Epps | 18 | $92.49 | 4,648 | 83,665 | $7.7 |
| 58 | Shinedown | 25 | $54.97 | 5,475 | 136,866 | $7.5 |
| 59 | The Black Crowes | 19 | $57.02 | 6,862 | 130,371 | $7.4 |
| 60 | Lil Baby | 9 | $76.32 | 10,644 | 95,799 | $7.3 |
| 61 | Kane Brown | 13 | $70.48 | 7,834 | 101,842 | $7.2 |
| 62 | Jeff Dunham | 30 | $53.06 | 4,477 | 134,296 | $7.1 |
| 63 | Maverick City Music | 24 | $49.92 | 5,499 | 137,096 | $7.1 |
| 64 | Primus | 38 | $51.61 | 3,555 | 135,072 | $7.0 |
| 65 | Needtobreathe | 38 | $43.74 | 3,985 | 151,411 | $6.6 |
| 66 | Koe Wetzel | 47 | $40.79 | 3,426 | 161,019 | $6.6 |
| 67 | Bert Kreischer | 40 | $57.92 | 2,840 | 113,596 | $6.6 |
| 68 | Dirty Heads / Sublime With Rome | 38 | $47.01 | 3,655 | 138,895 | $6.5 |
| 69 | Modest Mouse | 46 | $46.56 | 2,916 | 134,149 | $6.2 |
| 70 | For King & Country | 49 | $41.43 | 2,950 | 144,558 | $6.0 |
| 71 | Foreigner | 39 | $68.15 | 2,245 | 87,564 | $6.0 |
| 72 | Glass Animals | 23 | $46.21 | 5,612 | 129,081 | $6.0 |
| 73 | MercyMe | 38 | $49.61 | 3,021 | 114,801 | $5.7 |
| 74 | Genesis | 2 | $222.58 | 12,564 | 25,128 | $5.6 |
| 75 | Rauw Alejandro | 8 | $62.77 | 9,200 | 82,797 | $5.2 |
| 76 | Chicago | 23 | $56.85 | 3,969 | 91,291 | $5.2 |
| 77 | Casting Crowns | 51 | $42.48 | 2,187 | 111,549 | $4.7 |
| 78 | Toby Keith | 12 | $73.99 | 5,303 | 63,636 | $4.7 |
| 79 | George Strait | 2 | $160.72 | 14,196 | 28,392 | $4.6 |
| 80 | Gwen Stefani | 9 | $116.15 | 4,342 | 39,078 | $4.5 |
| 81 | Foo Fighters | 3 | $86.44 | 17,332 | 51,997 | $4.5 |
| 82 | Joe Rogan | 5 | $68.82 | 12,856 | 64,278 | $4.4 |
| 83 | Quinn XCII / Chelsea Cutler | 23 | $38.91 | 4,863 | 111,848 | $4.4 |
| 84 | Porter Robinson | 19 | $50.68 | 4,369 | 83,019 | $4.2 |
| 85 | "Drive-In Theater Tour Series" | 88 | $40.61 | 1,140 | 100,291 | $4.1 |
| 86 | Bill Burr | 11 | $84.07 | 4,343 | 47,774 | $4.0 |
| 87 | Katt Williams | 7 | $92.19 | 5,852 | 40,966 | $3.8 |
| 88 | Ron White | 39 | $57.01 | 1,687 | 65,790 | $3.8 |
| 89 | Little Big Town | 21 | $44.94 | 3,963 | 83,217 | $3.7 |
| 90 | Morgan Wallen | 2 | $150.28 | 12,314 | 24,627 | $3.7 |
| 91 | Doobie Brothers | 6 | $82.21 | 7,326 | 43,953 | $3.6 |
| 92 | Jamey Johnson | 21 | $42.80 | 3,984 | 83,656 | $3.6 |
| 93 | Nate Bargatze | 42 | $51.56 | 1,645 | 69,073 | $3.6 |
| 94 | Elevation Worship | 8 | $48.17 | 9,219 | 73,753 | $3.6 |
| 95 | Erykah Badu | 8 | $95.36 | 4,621 | 36,964 | $3.5 |
| 96 | John Legend | 7 | $106.45 | 4,561 | 31,929 | $3.4 |
| 97 | "Hits Deep Tour" / TobyMac | 25 | $36.93 | 3,490 | 87,257 | $3.2 |
| 98 | Stone Temple Pilots | 5 | $95.93 | 6,582 | 32,911 | $3.2 |
| 99 | "Legendz Of The Streetz Tour"/Fabolous | 3 | $117.29 | 8,780 | 26,340 | $3.1 |
| 100 | Chelsea Handler | 21 | $75.71 | 1928 | 40,479 | $3.1 |

*Source: Pollstar*
*Note: Sorted by Gross Ticket Sales (Millions) in descending order*

11

CITY_OF_IRVINE_016041



# TOP GROSSING ARTISTS IN 2021 (CONT.)



| Rank | Artist | Shows | Average Ticket Price | Average Paid Attend. Per Show | Total Paid Attendance | Gross Ticket Sales (Millions) |
|---|---|---|---|---|---|---|
| 101 | Khruangbin | 8 | $51.89 | 7,317 | 58,532 | $3.0 |
| 102 | Twenty One Pilots | 4 | $78.57 | 9,355 | 37,421 | $2.9 |
| 103 | El Alfa | 5 | $85.73 | 6,800 | 34,002 | $2.9 |
| 104 | Chris Tomlin | 17 | $39.67 | 4,281 | 72,783 | $2.9 |
| 105 | John Mulaney | 24 | $72.87 | 1,642 | 39,404 | $2.9 |
| 106 | The String Cheese Incident | 6 | $73.69 | 6,466 | 38,798 | $2.9 |
| 107 | Tedeschi Trucks Band | 16 | $80.78 | 2,206 | 35,293 | $2.9 |
| 108 | "Sad Summer Festival" / All Time Low | 12 | $46.68 | 4,998 | 59,972 | $2.8 |
| 109 | Iliza Shlesinger | 30 | $59.51 | 1,561 | 46,817 | $2.8 |
| 110 | Greta Van Fleet | 6 | $59.85 | 7,739 | 46,432 | $2.8 |
| 111 | Jhay Cortez | 4 | $64.97 | 10,675 | 42,698 | $2.8 |
| 112 | Trampled By Turtles / Mt. Joy | 22 | $41.51 | 2,961 | 65,152 | $2.7 |
| 113 | Aaron Lewis | 45 | $52.73 | 1,137 | 51,167 | $2.7 |
| 114 | Sylvan Esso | 23 | $39.09 | 2,966 | 68,215 | $2.7 |
| 115 | Hasan Minhaj | 15 | $67.04 | 2,617 | 39,261 | $2.6 |
| 116 | Old Dominion | 7 | $79.51 | 4,665 | 32,657 | $2.6 |
| 117 | Los Angeles Azules | 12 | $74.23 | 2,811 | 33,733 | $2.5 |
| 118 | All Time Low | 35 | $40.66 | 1,740 | 60,904 | $2.5 |
| 119 | System Of A Down | 2 | $90.54 | 13,522 | 27,044 | $2.4 |
| 120 | Gerry Cinnamon | 5 | $43.77 | 10,950 | 54,750 | $2.4 |
| 121 | REO Speedwagon | 15 | $71.00 | 2,243 | 33,645 | $2.4 |
| 122 | Tom Segura | 15 | $54.30 | 2,908 | 43,622 | $2.4 |
| 123 | Gary Allan | 23 | $51.05 | 1,965 | 45,188 | $2.3 |
| 124 | Charlie Wilson | 9 | $81.56 | 3,102 | 27,922 | $2.3 |
| 125 | Playboi Carti | 6 | $63.81 | 5,910 | 35,461 | $2.3 |
| 126 | Jimmy Buffett | 2 | $131.52 | 8,579 | 17,157 | $2.3 |
| 127 | Mt. Joy | 31 | $50.15 | 1,404 | 43,529 | $2.2 |
| 128 | Collective Soul | 27 | $49.65 | 1,627 | 43,928 | $2.2 |
| 129 | Goose | 27 | $44.73 | 1,790 | 48,333 | $2.2 |
| 130 | Isaiah Rashad | 38 | $35.99 | 1,516 | 57,598 | $2.1 |
| 131 | Zedd | 8 | $59.28 | 4,164 | 33,314 | $2.0 |
| 132 | Trey Anastasio | 9 | $55.28 | 3,964 | 35,680 | $2.0 |
| 133 | Myke Towers | 6 | $100.51 | 3,219 | 19,312 | $1.9 |
| 134 | King Crimson | 12 | $82.06 | 1,962 | 23,547 | $1.9 |
| 135 | Marco Antonio Solis | 2 | $261.04 | 3,694 | 7,387 | $1.9 |
| 136 | Tony Bennett & Lady Gaga | 2 | $183.16 | 5,211 | 10,422 | $1.9 |
| 137 | Frankie Valli And The Four Seasons | 10 | $72.16 | 2,645 | 26,447 | $1.9 |
| 138 | Tech N9ne | 47 | $34.43 | 1,167 | 54,837 | $1.9 |
| 139 | Trevor Noah | 4 | $77.68 | 6,064 | 24,257 | $1.9 |
| 140 | Counting Crows | 9 | $74.25 | 2,805 | 25,243 | $1.9 |
| 141 | Whiskey Myers | 24 | $31.12 | 2,502 | 60,045 | $1.9 |
| 142 | The Monkees | 13 | $64.05 | 2,240 | 29,124 | $1.9 |
| 143 | Ali Wong | 3 | $78.62 | 7,886 | 23,657 | $1.9 |
| 144 | Kings of Leon | 3 | $69.54 | 8,775 | 26,324 | $1.8 |
| 145 | Parker McCollum | 11 | $36.37 | 4,519 | 49,710 | $1.8 |
| 146 | Pancho Barraza | 4 | $84.72 | 5,238 | 20,950 | $1.8 |
| 147 | Alejandro Sanz | 4 | $82.67 | 5,360 | 21,441 | $1.8 |
| 148 | Bob Weir And Wolf Bros | 5 | $80.97 | 4,263 | 21,314 | $1.7 |
| 149 | 3 Doors Down | 10 | $57.03 | 2,990 | 29,903 | $1.7 |
| 150 | Greensky Bluegrass | 9 | $44.70 | 4,228 | 38,054 | $1.7 |

| Rank | Artist | Shows | Average Ticket Price | Average Paid Attend. Per Show | Total Paid Attendance | Gross Ticket Sales (Millions) |
|---|---|---|---|---|---|---|
| 151 | Jack Harlow | 26 | $32.90 | 1,988 | 51,696 | $1.7 |
| 152 | Joe Bonamassa | 7 | $135.77 | 1750 | 12,251 | $1.7 |
| 153 | Alan Jackson | 2 | $68.94 | 11,988 | 23,975 | $1.7 |
| 154 | Willie Nelson | 5 | $66.23 | 4,927 | 24,635 | $1.6 |
| 155 | Karol G | 3 | $80.46 | 6,751 | 20,254 | $1.6 |
| 156 | Lee Brice | 19 | $42.91 | 1,976 | 37,538 | $1.6 |
| 157 | Kari Jobe | 34 | $44.25 | 1,067 | 36,290 | $1.6 |
| 158 | Metallica | 2 | $229.31 | 3,490 | 6,980 | $1.6 |
| 159 | Dr. Dog | 32 | $29.95 | 1,659 | 53,097 | $1.6 |
| 160 | LANY | 6 | $55.46 | 4,697 | 28,183 | $1.6 |
| 161 | Rodney Carrington | 33 | $54.69 | 870 | 28,700 | $1.6 |
| 162 | ST&B | 5 | $56.44 | 5,454 | 27,268 | $1.5 |
| 163 | Jason Isbell & The 400 Unit | 9 | $71.41 | 2,364 | 21,277 | $1.5 |
| 164 | Dance Gavin Dance | 21 | $28.88 | 2,455 | 51,564 | $1.5 |
| 165 | Zach Williams | 20 | $33.96 | 2,145 | 42,902 | $1.5 |
| 166 | Pat Benatar & Neil Giraldo | 12 | $75.54 | 1,606 | 19,267 | $1.5 |
| 167 | Morat | 7 | $48.21 | 4,280 | 29,958 | $1.4 |
| 168 | Franco Escamilla | 7 | $74.49 | 2,769 | 19,385 | $1.4 |
| 169 | Yacht Rock Revue | 27 | $33.15 | 1,609 | 43,432 | $1.4 |
| 170 | Travis Tritt | 14 | $55.38 | 1,851 | 25,918 | $1.4 |
| 171 | The Strokes | 1 | $91.28 | 15,602 | 15,602 | $1.4 |
| 172 | Rebelution | 6 | $42.41 | 6,682 | 33,409 | $1.4 |
| 173 | Earth, Wind & Fire | 5 | $78.31 | 3,598 | 17,991 | $1.4 |
| 174 | Phoebe Bridgers | 6 | $45.02 | 5,123 | 30,740 | $1.4 |
| 175 | Get The Led Out | 19 | $33.44 | 2,162 | 41,078 | $1.4 |
| 176 | The Avett Brothers | 5 | $56.59 | 4,791 | 23,957 | $1.4 |
| 177 | Caamp | 17 | $32.92 | 2,421 | 41,150 | $1.4 |
| 178 | Brantley Gilbert | 6 | $55.46 | 4,061 | 24,364 | $1.4 |
| 179 | Jason Mraz | 12 | $56.76 | 1,976 | 23,717 | $1.4 |
| 180 | Lizzo | 1 | $83.53 | 16,035 | 16,035 | $1.3 |
| 181 | Wilco | 10 | $55.58 | 2,403 | 24,028 | $1.3 |
| 182 | Jim Jefferies | 10 | $72.00 | 1,842 | 18,420 | $1.3 |
| 183 | Brandi Carlile | 6 | $86.03 | 3,332 | 19,990 | $1.3 |
| 184 | Los Tigres Del Norte | 6 | $87.64 | 2,505 | 15,027 | $1.3 |
| 185 | Aaron Watson | 53 | $33.30 | 743 | 39,377 | $1.3 |
| 186 | Justin Moore | 11 | $51.38 | 2,280 | 25,079 | $1.3 |
| 187 | Louis The Child | 12 | $39.55 | 2,704 | 32,443 | $1.3 |
| 188 | Chonda Pierce | 39 | $29.57 | 1,100 | 42,904 | $1.3 |
| 189 | Van Morrison | 2 | $152.23 | 4,151 | 8,301 | $1.3 |
| 190 | Joe Russo's Almost Dead | 10 | $60.33 | 2,066 | 20,664 | $1.3 |
| 191 | Phil Wickham | 35 | $27.95 | 1,245 | 43,568 | $1.2 |
| 192 | Lindsey Stirling | 6 | $55.06 | 3,644 | 21,861 | $1.2 |
| 193 | Nathaniel Rateliff & The Night Sweats | 6 | $54.54 | 3,654 | 21,925 | $1.2 |
| 194 | Newsboys | 28 | $30.88 | 1,379 | 38,602 | $1.2 |
| 195 | "Lit AF Tour" | 2 | $68.03 | 8,759 | 17,518 | $1.2 |
| 196 | Cole Swindell | 5 | $57.73 | 4,096 | 20,481 | $1.2 |
| 197 | Disco Biscuits | 7 | $59.10 | 2,837 | 19,856 | $1.2 |
| 198 | Darius Rucker | 5 | $51.88 | 4,481 | 22,405 | $1.2 |
| 199 | Tyler Childers | 2 | $61.75 | 9,254 | 18,507 | $1.1 |
| 200 | STYX / Collective Soul | 6 | $63.32 | 2,953 | 17,720 | $1.1 |

Source: Pollstar

Note: Sorted by Gross Ticket Sales (Millions) in descending order

CITY_OF_IRVINE_016042

DX-0783.0085




# TOP GROSSING ARTISTS IN 2021:
# 3,000-6,000 AVERAGE ATTENDANCE PER SHOW

| Artist | Shows | Average Ticket Price | Average Paid Attend. Per Show | Total Paid Attendance | Gross Ticket Sales (Millions) | Average Gross |
|---|---|---|---|---|---|---|
| Playboi Carti | 6 | $63.81 | 5,910 | 35,461 | $2.3 | $377,147 |
| Katt Williams | 7 | $92.19 | 5,852 | 40,966 | $3.8 | $539,497 |
| Alabama | 23 | $76.76 | 5,791 | 133,185 | $10.2 | $444,477 |
| Glass Animals | 23 | $46.21 | 5,612 | 129,081 | $6.0 | $259,322 |
| $uicideboy$ | 34 | $50.24 | 5,600 | 190,402 | $9.6 | $281,340 |
| Maverick City Music | 24 | $48.92 | 5,499 | 137,096 | $7.1 | $274,511 |
| Shinedown | 25 | $54.97 | 5,475 | 136,866 | $7.5 | $300,967 |
| STS9 | 5 | $56.44 | 5,454 | 27,268 | $1.5 | $307,799 |
| Alejandro Sanz | 4 | $82.57 | 5,360 | 21,441 | $1.8 | $443,137 |
| Toby Keith | 12 | $73.99 | 5,303 | 63,636 | $4.7 | $392,389 |
| Pancho Barraza | 4 | $84.72 | 5,238 | 20,950 | $1.8 | $443,695 |
| Tony Bennett & Lady Gaga | 2 | $183.16 | 5,211 | 10,422 | $1.9 | $954,450 |
| Phoebe Bridgers | 6 | $45.02 | 5,123 | 30,740 | $1.4 | $230,655 |
| "Sad Summer Festival" / All Time Low | 12 | $46.68 | 4,998 | 59,972 | $2.8 | $233,315 |
| Lady Gaga | 9 | $295.27 | 4,930 | 44,371 | $13.1 | $1,455,707 |
| Willie Nelson | 5 | $66.23 | 4,927 | 24,635 | $1.6 | $326,316 |
| Quinn XCII / Chelsea Cutler | 23 | $38.91 | 4,863 | 111,848 | $4.4 | $189,240 |
| The Avett Brothers | 5 | $56.59 | 4,791 | 23,957 | $1.4 | $271,142 |
| LANY | 6 | $55.46 | 4,697 | 28,183 | $1.6 | $260,486 |
| Old Dominion | 7 | $79.51 | 4,665 | 32,657 | $2.6 | $370,920 |
| "In Real Life Comedy Tour" / Mike Epps | 18 | $92.49 | 4,648 | 83,665 | $7.7 | $429,911 |
| Erykah Badu | 8 | $95.36 | 4,621 | 36,964 | $3.5 | $440,604 |
| John Legend | 7 | $106.45 | 4,561 | 31,929 | $3.4 | $485,561 |
| Bruno Mars | 16 | $330.73 | 4,544 | 72,701 | $24.0 | $1,502,782 |
| Parker McCollum | 11 | $36.37 | 4,519 | 49,710 | $1.8 | $164,367 |
| Darius Rucker | 5 | $51.89 | 4,481 | 22,405 | $1.2 | $232,501 |
| Jeff Dunham | 30 | $53.06 | 4,477 | 134,296 | $7.1 | $237,510 |
| Porter Robinson | 19 | $50.68 | 4,369 | 83,019 | $4.2 | $221,435 |
| Bill Burr | 11 | $84.07 | 4,343 | 47,774 | $4.0 | $365,126 |
| Gwen Stefani | 9 | $116.15 | 4,342 | 39,078 | $4.5 | $504,320 |
| Chris Tomlin | 17 | $39.57 | 4,281 | 72,783 | $2.9 | $169,832 |
| Morat | 7 | $48.21 | 4,280 | 29,958 | $1.4 | $206,337 |
| Bob Weir And Wolf Bros | 5 | $80.97 | 4,263 | 21,314 | $1.7 | $345,174 |
| Greensky Bluegrass | 9 | $44.70 | 4,228 | 38,054 | $1.7 | $189,020 |
| Usher | 14 | $220.67 | 4,204 | 58,856 | $13.0 | $927,707 |
| Zedd | 8 | $59.28 | 4,164 | 33,314 | $2.0 | $246,855 |
| Van Morrison | 2 | $152.23 | 4,151 | 8,301 | $1.3 | $631,833 |
| Cody Johnson | 43 | $47.91 | 4,123 | 177,268 | $8.5 | $197,528 |
| Cole Swindell | 5 | $57.73 | 4,096 | 20,481 | $1.2 | $236,466 |
| Brantley Gilbert | 6 | $55.46 | 4,061 | 24,364 | $1.4 | $225,196 |
| Needtobreathe | 38 | $43.74 | 3,985 | 151,411 | $6.6 | $174,290 |
| Jamey Johnson | 21 | $42.80 | 3,984 | 83,656 | $3.6 | $170,508 |
| Chicago | 23 | $56.85 | 3,969 | 91,291 | $5.2 | $225,658 |
| Trey Anastasio | 9 | $55.28 | 3,964 | 35,680 | $2.0 | $219,149 |
| Little Big Town | 21 | $44.94 | 3,963 | 83,217 | $3.7 | $178,066 |
| Marco Antonio Solis | 2 | $261.04 | 3,694 | 7,387 | $1.9 | $964,140 |
| Dirty Heads / Sublime With Rome | 38 | $47.01 | 3,655 | 138,895 | $6.5 | $171,836 |
| Nathaniel Rateliff & The Night Sweats | 6 | $54.54 | 3,654 | 21,925 | $1.2 | $199,281 |
| Lindsey Stirling | 6 | $55.06 | 3,644 | 21,861 | $1.2 | $200,594 |
| Earth, Wind & Fire | 5 | $78.31 | 3,598 | 17,991 | $1.4 | $281,790 |
| Primus | 38 | $51.61 | 3,555 | 135,072 | $7.0 | $183,464 |
| "Hits Deep Tour" / TobyMac | 25 | $36.93 | 3,490 | 87,257 | $3.2 | $128,907 |
| Metallica | 2 | $229.31 | 3,490 | 6,980 | $1.6 | $800,295 |
| Koe Wetzel | 47 | $40.79 | 3,426 | 161,019 | $6.6 | $139,736 |
| Brandi Carlile | 6 | $66.03 | 3,332 | 19,990 | $1.3 | $219,991 |
| ZZ Top | 47 | $62.09 | 3,223 | 151,460 | $9.4 | $200,089 |
| Myke Towers | 6 | $100.51 | 3,219 | 19,312 | $1.9 | $323,511 |
| Jim Gaffigan | 36 | $73.24 | 3,191 | 114,887 | $8.4 | $233,741 |
| Charlie Wilson | 9 | $81.56 | 3,102 | 27,922 | $2.3 | $253,043 |
| MercyMe | 38 | $49.61 | 3,021 | 114,801 | $5.7 | $149,870 |
| Gabriel Iglesias | 71 | $61.01 | 3,009 | 213,663 | $13.0 | $183,601 |

*Source: Pollstar*
*Note: Sorted by Average Paid Attend. Per Show in descending order*

As shown above, 61 (or 31%) of the top 200 grossing artists in 2021 had average paid attendance per show between 3,000 and 6,000 concert-goers.

13

CITY_OF_IRVINE_016043

DX-0783.0086

# TICKET PRICES



In general, ticket prices are determined by concert promoters and are based on several factors including but not limited to the guarantee paid to an act, anticipated event expenses, the desired level of promoter profit and the anticipated attendance for the show. The following table summarizes the average ticket price of the top 100 North American tours between 2015 and 2021.



### 2021 AVERAGE TICKET PRICE: TOP 100 NORTH AMERICAN TOURS

| Year | Average Ticket Price |
| --- | --- |
| 2015 | $73.86 |
| 2016 | $77.45 |
| 2017 | $78.74 |
| 2018 | $89.74 |
| 2019 | $94.83 |
| 2020 | $94.25 |
| 2021 | $89.14 |

Source: Pollstar
Note: Sorted by year in ascending order

14

CITY_OF_IRVINE_016044




# TICKET REVENUES

The following table presents a summary of total concert ticket revenues for the top 100 North American between 2015 and 2021.



**2021 TOTAL TICKET REVENUES:
TOP 100 NORTH AMERICAN TOURS**

Source: Pollstar
Note: Sorted by year in ascending order

According to Pollstar, total concert ticket sales eclipsed $3.7 billion in 2019. 2021 saw a significant rebound from 2020 which was heavily impacted by the COVID-19 pandemic.

15

CITY_OF_IRVINE_016045

# ATTENDANCE



Total paid attendance has trended upward and downward over the past several years. The following table illustrates the total paid attendance for the top 100 North American concert tours between 2015 and 2021.



**2021 TOTAL PAID ATTENDANCE: TOP 100 NORTH AMERICAN TOURS**

**Attendees (in Millions)**

| Year | Value |
|------|-------|
| 2015 | 37.4 |
| 2016 | 39.2 |
| 2017 | 42.2 |
| 2018 | 39.8 |
| 2019 | 39.2 |
| 2020 | 8.9 |
| 2021 | 18.6 |

*Source: Pollstar*
*Note: Sorted by year in ascending order*

16

CITY_OF_IRVINE_016046



# ATTENDANCE (CONT.)





**2021 PAID ATTENDANCE DISTRIBUTION:**
**TOP 200 NORTH AMERICAN TOURS**

*Source: Pollstar*

Overall, the top 200 North American tours reported average paid attendance of 7,040 in 2021. Approximately 22 percent of the top 200 tours reported average paid attendance of more than 10,000, while approximately 17 percent reported attendance between 6,001 and 9,999. Approximately 62 percent reported average paid attendance of 6,000 or less.

17

CITY_OF_IRVINE_016047



# PERFORMANCE TRENDS



In 2021, the top 200 North American tours combined for a total of 3,757 performances. The following chart presents a distribution of the number of performances for the top 200 North American tours in 2021.



The average number of concerts performed by the top 200 tours was 19 shows.

18

CITY_OF_IRVINE_016048




# 2021 TOP AMPHITHEATERS IN CALIFORNIA: BY TICKETS SOLD

| California Rank | Venue | Location | Operator | Seating Capacity | Tickets Sold | Gross Ticket Sales (Millions) |
|---|---|---|---|---|---|---|
| 1 | Greek Theatre | Los Angeles, CA | ASM Global | 5,900 | 132,627 | $8,365,959 |
| 2 | Pacific Amphitheatre | Costa Mesa, CA | Nederlander Concerts | 8,042 | 127,411 | $5,295,362 |
| 3 | Hollywood Bowl | Los Angeles, CA | Los Angeles Philharmonic Association | 17,500 | 117,909 | $12,045,233 |
| 4 | N. Island Credit Union Amph. | Chula Vista, CA | Live Nation | 20,500 | 109,327 | $6,821,535 |
| 5 | Shoreline Amphitheatre | Mountain View, CA | Live Nation | 22,500 | 107,078 | $6,148,489 |
| 6 | FivePoint Amphitheatre | Irvine, CA | Live Nation | 12,280 | 93,868 | $6,768,836 |
| 7 | Greek Theatre At UC Berkeley | Berkeley, CA | UC Berkeley | 8,500 | 92,466 | $5,942,781 |
| 8 | Concord Pavilion | Concord, CA | Live Nation | 12,500 | 68,272 | $5,279,974 |
| 9 | Vina Robles Amphitheatre | Paso Robles, CA | Vina Robles Winery | 3,300 | 57,500 | $3,648,699 |
| 10 | Humphrey's Concerts By The Bay | San Diego, CA | Live Nation | 1,400 | 35,547 | $2,234,024 |
| 11 | Santa Barbara Bowl | Santa Barbara, CA | Santa Barbara Bowl Foundation | 4,500 | 33,887 | $2,504,408 |
| 12 | Toyota Amphitheatre | Wheatland, CA | Live Nation | 18,500 | 29,491 | $1,784,462 |
| 13 | Oxbow Riverstage | Napa, CA | Blue Note Entertainment & Another Planet Entertainment | 5,000 | 29,368 | $2,609,372 |
| 14 | Ironstone Amphitheatre | Murphys, CA | Richter Entertainment Group | 6,900 | 22,903 | $1,551,104 |
| 15 | Glen Helen Amphitheater | San Bernardino, CA | Live Nation | 65,000 | 20,180 | $1,173,793 |
| 16 | Cal Coast Credit Union Open Air Th. | San Diego, CA | San Diego State University | 5,000 | 18,388 | $929,638 |

Source: Pollstar
Note: Sorted by Tickets sold in descending order

As shown above, the Greek Theatre (seating capacity 5,900) sold the most tickets of outdoor amphitheaters in California. It should also be noted that:

- Five (5) of the amphitheaters listed above are located within the greater Los Angeles market, including FivePoint Amphitheatre in Irvine.
- Live Nation operates seven (7) of the 16 venues, and other promoters operate four (4) of the venues. The remaining five (5) are operated by non-profits or universities.

19

CITY_OF_IRVINE_016049

# CONSOLIDATION OF PROMOTERS



The concert industry has experienced a significant consolidation of promoters in recent years, which has had a significant impact on the ability of live entertainment venues to attract marquee events without a direct affiliation with a major promoter. The following table summarizes the top global concert promoters in terms of percentage of ticket sales, and it is also worthy to note that:

- Live Nation and AEG own, operate, and/or have booking rights for such a significant number of live entertainment venues in North America that they can create block-booking arrangements, sometimes exclusive, with the top talent.

## TOP GLOBAL PROMOTERS: % OF TICKET SALES



20

CITY_OF_IRVINE_016050

**DX-0783.0093**



# CONSOLIDATION OF PROMOTERS (CONT.)



As shown on the previous page, Live Nation (and its subsidiaries) was responsible for 39% tickets sold worldwide in 2021, while AEG (and its subsidiaries) was responsible for 12% of tickets sold. Combined, Live Nation and AEG sold 51% of all concert tickets in 2021.

Today, Live Nation owns, operates, has booking rights and/or has an equity investment in over 200 concert venues, and over 30 are amphitheaters. They produce over 40,000 concerts for 4,000 artists annually around the world. Their relationships/ownership positions with a significant number of live entertainment venues have given them the opportunity to create block-booking arrangements with facilities across North America and beyond.

Traditionally, live entertainment venues would have multiple booking agents and promoters bringing acts into their market.  Over the last several years, organizations such as Live Nation have taken control of more acts and have sought exclusive rights to book a particular venue, altering the former "free market" relationships among artists, promoters and venues.  However, the trend toward exclusivity seems to be waning, as these entities have become more willing to work with each other to maximize revenues.  For example, a concert act controlled by Live Nation may be more likely than in years past to play a venue operated by AEG if both entities feel there is an opportunity for a mutually beneficial agreement.

21

CITY_OF_IRVINE_016051



# 3. ANALYSIS OF COMPARABLE OUTDOOR CONCERT VENUES IN CALIFORNIA

22

CITY_OF_IRVINE_016052



# COMPARABLE OUTDOOR CONCERT VENUES





**Project Location**

Source: Google Maps
Notes: Facilities in alphabetical order

### Facilities

1 Cal Coast Credit Union Open Air Theatre
2 FivePoint Amphitheatre
3 Greek Theatre
4 Ironstone Ampthitheatre
5 Oxbow RiverStage
6 Pacific Amphitheatre
7 Rady Shell at Jacobs Park
8 Santa Barbara Bowl
9 Vina Robles Amphitheatre

Victus Advisors identified and profiled a set of comparable outdoor concert venues in California that have seating capacities between approximately 3,000 and 8,000 attendees. These facilities have been utilized for various concert and entertainment events.

*Notes: 1) FivePoint Amphitheatre has a seating capacity of 12,280; however, it was included because it is currently operating in Irvine's Great Park. 2) Rady Shell has a maximum capacity of 10,000 seats, but it was included because it has flexible seating capacities that most often cater to concerts in the 4,000 to 6,000 seat range.*

CITY_OF_IRVINE_016053

DX-0783.0096

# CAL COAST CREDIT UNION OPEN AIR THEATRE





- Location: San Diego
- Opened: 1941
- Venue Type: Amphitheater
- Seating Capacity: 5,000
- Construction Cost: N/A
- Owner: San Diego State University (SDSU)
- Operator: SDSU (Booking agreement with Live Nation)
- Annual Event Mix:
  - Concerts and shows
  - There were 37 ticketed events in 2022
- Box Office Averages (past 36 months):
  - 3,646 average tickets sold
  - $207,931 average gross revenue per show



24

CITY_OF_IRVINE_016054

# CAL COAST CREDIT UNION OPEN AIR THEATRE (CONT.)



## Seating Chart



**SEATING DIAGRAM**

Associated Students
San Diego State University

February 2016

25

CITY_OF_IRVINE_016055



- Location: Irvine
- Opened: 2017
- Venue Type: Amphitheater
- Seating Capacity: 12,280
- Construction Cost: N/A
- Owner: FivePoint Holdings, LLC
- Operator: Live Nation
- Annual Event Mix:
  - Concerts and shows
  - There were 33 ticketed events in 2022
- Box Office Averages (past 36 months):
  - 10,127 average tickets sold
  - $689,953 average gross revenue per show



26

CITY_OF_IRVINE_016056



# FIVEPOINT AMPHITHEATRE (CONT.)



## Historical Box Office Data

| Date | Headliner | Tickets Sold | Gross Ticket Sales | Min Ticket Price | Max Ticket Price | Date | Headliner | Tickets Sold | Gross Ticket Sales | Min Ticket Price | Max Ticket Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/2017 | Young The Giant | 5,661 | $130,907 | $15 | $35 | 6/8/2019 | Brad Paisley | 11,789 | $510,669 | $25 | $99 |
| 10/6/2017 | "95.9 Fish Fest" | 5,900 | $117,090 | $15 | $25 | 6/16/2019 | Train, Goo Goo Dolls | 10,774 | $558,336 | $15 | $115 |
| 10/7/2017 | "Jack Radio Show" | 9,916 | $561,141 | $45 | $65 | 6/23/2019 | Hootie & The Blowfish | 9,413 | $716,517 | $30 | $140 |
| 5/30/2018 | Joan Jett & The Blackhearts, Styx | 4,672 | $253,367 | $50 | $60 | 7/21/2019 | Shinedown | 4,868 | $175,611 | $25 | $75 |
| 6/15/2018 | Slightly Stoopid | 10,008 | $262,801 | $31 | $0 | 8/10/2019 | Chris Young | 10,334 | $440,548 | $25 | $90 |
| 7/8/2018 | Counting Crows | 8,514 | $348,084 | $29 | $129 | 8/23/2019 | Lynyrd Skynyrd | 10,346 | $680,204 | $33 | $350 |
| 7/19/2018 | Pentatonix | 9,895 | $453,215 | $25 | $85 | 9/16/2019 | Breaking Benjamin | 7,427 | $318,937 | $26 | $110 |
| 7/20/2018 | Jeff Beck, Paul Rodgers | 5,084 | $377,298 | $25 | $55 | 9/21/2019 | "95.9 The Fish Family Night", Casting Crowns | 5,447 | $170,091 | $15 | $500 |
| 7/22/2018 | Logic | 10,315 | $526,044 | $39 | $125 | 9/28/2019 | Florida Georgia Line | 12,000 | $1,178,674 | $35 | $109 |
| 7/27/2018 | Five Finger Death Punch, Breaking Benjamin | 8,203 | $334,674 | $20 | $100 | 9/30/2019 | Greta Van Fleet | 7,302 | $314,010 | $23 | $60 |
| 7/31/2018 | G-Eazy | 8,558 | $371,402 | $35 | $45 | 7/17/2021 | "Fishfest", Chris Tomlin | 11,272 | $435,404 | $10 | $500 |
| 8/1/2018 | Foreigner, Whitesnake | 7,879 | $487,208 | $25 | $35 | 9/1/2021 | Megadeth, Lamb Of God | 10,282 | $492,230 | $30 | $100 |
| 8/4/2018 | Godsmack, Shinedown | 8,537 | $415,742 | $39 | $99 | 9/9/2021 | KISS | 7,346 | $772,954 | $40 | $1,000 |
| 8/5/2018 | Niall Horan | 7,905 | $413,512 | $39 | $79 | 9/12/2021 | Korn | 9,715 | $470,490 | $24 | $300 |
| 8/11/2018 | Coheed And Cambria, Taking Back Sunday | 8,024 | $235,987 | $39 | $99 | 9/19/2021 | Maverick City Music | 11,349 | $468,606 | $30 | $200 |
| 8/15/2018 | Charlie Puth | 7,948 | $286,973 | $39 | $99 | 9/24/2021 | Pitbull | 11,777 | $860,841 | $30 | $500 |
| 8/22/2018 | Kid Rock | 7,066 | $360,684 | $30 | $130 | 10/14/2021 | Luke Bryan | 10,413 | $965,217 | $40 | $125 |
| 8/29/2018 | Rob Zombie, Marilyn Manson | 9,527 | $431,750 | $39 | $139 | 6/5/2022 | Backstreet Boys | 10,864 | $883,187 | $50 | $350 |
| 9/1/2018 | Evanescence, Lindsey Stirling | 9,302 | $565,191 | $39 | $95 | 6/11/2022 | "Fishfest" | 8,689 | $318,574 | $10 | $550 |
| 9/2/2018 | Scorpions | 9,721 | $582,159 | $8 | $350 | 6/18/2022 | 5 Seconds Of Summer | 10,896 | $718,686 | $33 | $83 |
| 9/14/2018 | Jason Mraz | 9,372 | $508,338 | $35 | $65 | 6/19/2022 | AJR | 10,863 | $345,912 | $31 | $81 |
| 9/21/2018 | "95.9 The Fish Family Night" | 4,924 | $166,924 | $25 | $500 | 7/9/2022 | Halsey | 10,614 | $752,117 | $30 | $130 |
| 9/27/2018 | Deep Purple, Judas Priest | 7,705 | $393,085 | $29 | $129 | 7/16/2022 | REO Speedwagon, Styx | 10,190 | $750,406 | $35 | $355 |
| 9/28/2018 | Dropkick Murphys, Flogging Molly | 8,664 | $280,862 | $30 | $60 | 7/23/2022 | Maverick City Music | 10,340 | $542,901 | $20 | $137 |
| 9/29/2018 | Jason Aldean | 12,000 | $1,031,221 | $35 | $100 | 7/30/2022 | Santa Fe Klan | 5,104 | $373,241 | $73 | $0 |
| 9/30/2018 | Rise Against | 10,500 | $448,170 | $47 | $79 | 9/22/2022 | Pitbull | 10,871 | $966,165 | $30 | $500 |
| 6/1/2019 | "Fishfest" | 9,912 | $342,604 | $10 | $200 | **AVERAGE** | | **8,981** | **$488,056** | **$30** | **$180** |

*Source: Pollstar*
*Note: (1) Sorted by Date in chronological order (2) Pollstar did not provide box office data for every concert held at the venue.*

> As shown above, FivePoint has averaged just under 9,000 tickets sold per event and nearly $490,000 in gross ticket sales per event.

27



## Seating Chart



CITY_OF_IRVINE_016058

DX-0783.0101

# GREEK THEATRE





- Location: Los Angeles
- Opened: 1930
- Venue Type: Amphitheater
- Seating Capacity: 5,900
- Construction Cost: N/A
- Owner: City of Los Angeles
- Operator: ASM Global
- Features:
  - Box suites and premium seating options
- Annual Event Mix:
  - Concerts, shows, and graduation ceremonies
  - There were 83 ticketed events in 2022
- Box Office Averages (past 36 months):
  - 4,976 average tickets sold
  - $328,167 average gross revenue per show



29

CITY_OF_IRVINE_016059

# GREEK THEATRE (CONT.)



## Seating Chart



CITY_OF_IRVINE_016060

DX-0783.0103

# IRONSTONE AMPHITHEATRE



- Location: Murphys
- Opened: 1998
- Venue Type: Amphitheater
- Seating Capacity: 6,900
- Construction Cost: N/A
- Owner: Ironstone Winery
- Operator: Richter Entertainment Group
- Annual Event Mix:
  - Concerts and shows
  - There were 3 ticketed events in 2022
- Box Office Averages (past 36 months):
  - 4,945 average tickets sold
  - $324,095 average gross revenue per show



1894 6 MILE RD, MURPHYS, CA 95247



31

CITY_OF_IRVINE_016061



*Seating Chart*



CITY_OF_IRVINE_016062

DX-0783.0105

# OXBOW RIVERSTAGE



- Location: Napa
- Opened: 2019
- Venue Type: Amphitheater
- Seating Capacity: 5,000
- Construction Cost: N/A
- Owner: Blue Note Entertainment & Another Planet Entertainment
- Operator: Blue Note Entertainment & Another Planet Entertainment
- Annual Event Mix:
  - Concerts and shows
  - There were 9 ticketed events in 2022
- Box Office Averages (past 36 months):
  - 3,004 average tickets sold
  - $276,068 average gross revenue per show





33

CITY_OF_IRVINE_016063

# OXBOW RIVERSTAGE (CONT.)



*Seating Chart*



34

CITY_OF_IRVINE_016064

DX-0783.0107

# PACIFIC AMPHITHEATRE



- Location: Costa Mesa
- Opened: 1983
- Venue Type: Amphitheater
- Seating Capacity: 8,042
- Construction Cost: N/A
- Owner: Orange County Fair Board
- Operator: Nederlander Concerts
- Annual Event Mix:
  - Concerts and shows
  - There were 30 ticketed events in 2022
- Box Office Averages (past 36 months):
  - 6,257 average tickets sold
  - $293,578 average gross revenue per show





35

CITY_OF_IRVINE_016065



*Seating Chart*



36

# RADY SHELL AT JACOBS PARK



- Location: San Diego
- Opened: 2021
- Venue Type: Amphitheater
- Seating Capacity: Up to 10,000, depending on seating configuration (median capacity for concerts is 4,718)
- Construction Cost: $90.6M in 2022 dollars*
- Owner: San Diego Symphony
- Operator: San Diego Symphony
- Annual Event Mix:
  - Concerts and shows
  - There were 32 ticketed events in 2022
- Box Office Averages (since 2021):
  - 4,372 average tickets sold
  - $323,353 average gross revenue per show









*Estimated according to the Turner Building Cost Index*

37

CITY_OF_IRVINE_016067



# RADY SHELL AT JACOBS PARK (CONT.)



*Seating Chart*



CITY_OF_IRVINE_016068

DX-0783.0111

# SANTA BARBARA BOWL



- Location: Santa Barbara
- Opened: 2014; Renovated: 1994-2012
- Venue Type: Amphitheater
- Seating Capacity: 4,500
- Construction Cost: N/A
- Owner: Santa Barbara Bowl Foundation
- Operator: Santa Barbara Bowl Foundation
- Annual Event Mix:
  - Concerts and shows
  - There were 42 ticketed events in 2022
- Box Office Averages (past 36 months):
  - 4,043 average tickets sold
  - $282,929 average gross revenue per show





39

CITY_OF_IRVINE_016069



# SANTA BARBARA BOWL (CONT.)



## *Seating Chart*



CITY_OF_IRVINE_016070

DX-0783.0113

# VINA ROBLES AMPHITHEATRE



- Location: Paso Robles
- Opened: 2013
- Venue Type: Amphitheater
- Seating Capacity: 3,300
- Construction Cost: N/A
- Owner: Vina Robles Winery
- Operator: Vina Robles Winery
- Annual Event Mix:
  - Concerts and shows
  - There were 38 ticketed events in 2022
- Box Office Averages (past 36 months):
  - 2,239 average tickets sold
  - $144,214 average gross revenue per show





41

CITY_OF_IRVINE_016071



# VINA ROBLES AMPHITHEATRE (CONT.)





## Seating Chart



42

CITY_OF_IRVINE_016072

# SUMMARY – COMPARABLE OUTDOOR CONCERT VENUES



| Facilities | Location | Owner | Operator | Concert Seating Capacity |
|---|---|---|---|---|
| Cal Coast Credit Union Open Air Theatre | San Diego | San Diego State University | San Diego State University* | 5,000 |
| FivePoint Amphitheatre | Irvine | FivePoint Holdings, LLC | Live Nation | 12,280 |
| Greek Theatre | Los Angeles | City of Los Angeles | ASM Global | 5,900 |
| Ironstone Ampthitheatre | Murphys | Ironstone Winery | Richter Entertainment Group | 6,900 |
| Oxbow RiverStage | Napa | Blue Note Entertainment & Another Planet Entertainment | Blue Note Entertainment & Another Planet Entertainment | 5,000 |
| Pacific Amphitheatre | Costa Mesa | Orange County Fair Board | Nederlander Concerts | 8,042 |
| Rady Shell at Jacobs Park | San Diego | San Diego Symphony | San Diego Symphony | 10,000 |
| Santa Barbara Bowl | Santa Barbara | Santa Barbara Bowl Foundation | Santa Barbara Bowl Foundation | 4,500 |
| Vina Robles Amphitheatre | Paso Robles | Vina Robles Winery | Vina Robles Winery | 3,300 |

*Source: Victus Research*
*Notes: (1) Sorted by Facilities in alphabetical order (*) Booking agreement with Live Nation*

> Five (5) of the nine (9) amphitheaters profiled are operated by a promoter. Two (2) are operated by Live Nation or ASM Global, whereas the other three (3) are operated by smaller promoters: Richter Entertainment Group, Blue Note Entertainment/Another Planet Entertainment, and Nederlander Concerts.

43

CITY_OF_IRVINE_016073



# SUMMARY – ANNUAL CONCERTS



### 2022 TICKETED CONCERT EVENTS



*Source: Pollstar*

The venues profiled averaged about 34 ticketed concert events in 2022, with six (6) of the venues hosting between 30 and 42 ticketed events.

44

CITY_OF_IRVINE_016074



# SUMMARY – TICKETS SOLD PER CONCERT



## 2022 AVERAGE TICKETS SOLD PER CONCERT

**Tickets Sold & Seating Capacity**



*Source: Pollstar*

The venues averaged 4,845 tickets sold per event in 2022. Only FivePoint Amphitheatre sold more than 6,300 tickets per concert on average.

45

CITY_OF_IRVINE_016075



# SUMMARY - BOX OFFICE REVENUE PER CONCERT





## 2022 AVERAGE GROSS BOX OFFICE REVENUE PER CONCERT*

Ticket Sales Revenue

Source: Pollstar

The venues profiled averaged about $318,921 gross ticket revenue per event in 2022.

*Concert ticket revenue is generally allocated as follows: approximately 60 to 70 percent of the ticket price is paid to the performer as their guarantee; approximately 20 percent pays for show expenses including staffing, utilities, facility rent and other such costs, and approximately 10 to 20 percent is retained by the promoter.

46

CITY_OF_IRVINE_016076

DX-0783.0119



# 4. INTERVIEWS WITH REGIONAL CONCERT PROMOTERS

47

CITY_OF_IRVINE_016077

# FEEDBACK FROM CONCERT PROMOTERS



Victus spoke with the following four (4) concert promoters regarding the feasibility of a mid-sized (4,000 to 6,000 seat) amphitheater in Orange County:

- AEG Presents
- Goldenvoice
- Outer Most Agency
- Richter Entertainment Group

Key highlights from their feedback are presented in the remainder of this section.

## PERCEPTIONS ON AMPHITHEATERS IN THE GREATER LOS ANGELES MARKET

- Promoters cited the Greek Theatre and Hollywood Bowl in Los Angeles as the premier amphitheaters in the market and among the best venues in the world. A few promoters indicated that one of the Greek Theatre's strength is that it is an "open venue" which allows any promoter to book an event there and ensures maximum usage year-round.

- As it relates to Orange County as a concert market, a few promoters suggested that cities outside of Los Angeles proper can sometimes have the perception of being "secondary markets" to Los Angeles and thus not capture as many "A-level" talent and shows.

48

CITY_OF_IRVINE_016078

# FEEDBACK FROM CONCERT PROMOTERS (CONT.)



## DEMAND FOR MID-SIZED (4,000- TO 6,000-SEAT) AMPHITHEATER IN ORANGE COUNTY

- Despite the suggestion by a few promoters that a venue in Orange County could be viewed as a secondary market to Los Angeles, there was optimism that an amphitheater in Orange County could attract strong event activity. One promoter thinks that Orange County is an untapped concert market, and two promoters felt that the population base in the area is sufficient to sustain event activity.

- One promoter felt that a 4,000 to 6,000-seat amphitheater in Orange County would be too small and directly compete with the planned 5,700-seat concert hall at ocV!BE in Anaheim. They added that a 7,500 to 9,000-seat amphitheater would be the "sweet spot".

- Feedback on event mix was divided amongst promoters. A few promoters were not sure that a new amphitheater in Orange County could draw "A-level" talent and that the venue would have to be creative with "B-level" shows and tap into ethnic market programming (for example Asian and Latino-targeted shows), less mainstream music genres such as reggae and surf rock, and symphony and performing arts groups. They also recommended that the proposed venue should try to book comedy acts and other non-music events to maximize usage. Another promoter was very optimistic about a new venue in Orange County attracting talent, suggesting that residents in the County would prefer not to drive to Los Angeles for concerts.

- One promoter mentioned that they try to avoid Los Angeles venues, and the proposed venue in Irvine could be a bridge between Arizona and Central/Northern California for some of their touring acts.

49

CITY_OF_IRVINE_016079

# FEEDBACK FROM CONCERT PROMOTERS (CONT.)



## IDEAL FEATURES/AMENITIES FOR A POTENTIAL NEW AMPHITHEATER IN ORANGE COUNTY

- **Seating**: Promoters agreed that majority of the seating in a potential venue should have seatbacks, with minimal lawn seating. They also added that fixed seating generates more revenue. One promoter added that lawn seating is an outdated concept, while another promoter would recommend having only fixed seating at the proposed venue. A few promoters also recommended that VIP/premium seating should be considered as well.

- **Concessions:** Promoters also recommended that quality concessions should be a priority at the proposed venue. Doing so would justify charging higher prices. One promoter felt that having local chefs could add a unique experience for concert attendees.

- **Back of House**: Promoters placed strong emphasis on the need to make the proposed venue a positive experience for both the talent and show stagehands. Adequate and quality dressing rooms for performers and sufficient space for truck parking and loading docks were cited as amenities/features that could be key differentiators for the proposed venue.

50

CITY_OF_IRVINE_016080

DX-0783.0123



# FEEDBACK FROM CONCERT PROMOTERS (CONT.)



### PRELIMINARY INTEREST IN BOOKING A NEW
### MID-SIZED AMPHITHEATER IN ORANGE COUNTY

| Promoter | Likelihood of Usage |
|----------|---------------------|
| AEG Presents | Possibly Use |
| Goldenvoice | Possibly Use |
| Outer Most Agency | Likely Use |
| Richter Entertainment Group | Likely Use |

*Note: Sorted by Promoter in alphabetical order*

As shown above, all promoters interviewed expressed some level of interest booking events at the proposed venue (4,000 to 6,000 seats), although they did not quantify how many shows they each could potentially book on an annual basis.

It should also be noted that mainstream concert activity at a new amphitheater could likely be supplemented with other local/regional arts group activity (symphony, performing arts, community events, etc.)

51

CITY_OF_IRVINE_016081



# 5. MARKET STUDY CONCLUSIONS & KEY TAKEAWAYS

52

CITY_OF_IRVINE_016082

# KEY TAKEAWAYS



Based on our relevant industry experience and the following key takeaways from our market analysis, Victus Advisors believes that there is sufficient market demand to support an approximately 4,000- to 6,000-seat, privately operated, outdoor amphitheater venue in the City of Irvine's Great Park:

## Live Music Industry Trends

- 61 (or 31%) of the top 200 grossing performing music artists in 2021 had average attendances between 3,000 and 6,000 per show.
- Four (4) of the top six (6) outdoor amphitheaters in California by tickets sold in 2021 are located within the greater Los Angeles market, including the temporary FivePoint Amphitheatre which is currently operating at the Great Park in Irvine.

## Comparable Outdoor Amphitheaters (approximately 3,000 to 8,000 seats)

- Five (5) of the nine (9) California amphitheaters we profiled are operated by a promoter. Two (2) are operated by Live Nation or ASM Global, whereas the other three (3) are operated by smaller promoters: Richter Entertainment Group, Blue Note Entertainment/Another Planet Entertainment, and Nederlander Concerts.
- The venues we profiled averaged 34 ticketed concert events in 2022 and averaged 4,845 tickets sold per event in 2022.

53

CITY_OF_IRVINE_016083




# KEY TAKEAWAYS (CONT.)

## Regional Concert Promoter Feedback

- A few promoters indicated that an "open venue" (not exclusive to Live Nation or ASM Global) can allow any promoter to book events there and help maximize usage year-round.

- Despite the suggestion by one promoter that a venue in Orange County could be viewed as a secondary market to Los Angeles, there was general optimism that a new amphitheater in Orange County could attract strong event activity. One promoter thinks Orange County is untapped as a concert market, and others felt the population base in the area is sufficient to sustain event activity.

- While promoter feedback was split regarding the ability of a 4,000 to 6,000-seat amphitheater in Orange County to draw significant A-level talent, the "worst-case scenario" seemed to be that the facility could still maximize usage by focusing on attracting a wide variety of events in addition to mainstream concerts, such as symphony and performing arts groups, other music genres such as reggae and surf rock, ethnic market programming (for example Asian and Latino-targeted shows), comedy acts and other non-music events.

- That said, it should also be noted that one promoter was very optimistic about a new venue in Orange County attracting high-level concerts, felt that the location could be a convenient stop between Arizona and Central/Northern California for some of their touring acts, and suggested that Orange County residents would prefer not to drive to Los Angeles for concerts.

- Promoters agreed that the majority of venue seating should be seats rather than lawn seating. A few promoters also recommended that VIP/premium seating should be considered, and that having quality/gourmet food and local chefs could be a unique differentiator.

54

CITY_OF_IRVINE_016084



# CONTACT INFORMATION





## VICTUS ADVISORS LLC

2720 Homestead Road, Suite 130

Park City, Utah 84098

(435) 776-5728

info@victusadvisors.com

55

CITY_OF_IRVINE_016085

# Greek Theater Roster of Performers

| ARTIST - 2022 | ARTIST - 2021 | ARTIST - 2019 |
|---|---|---|
| Morrissey | Caribou | Thom Yorke |
| Steve Lacy | Phoebe Bridgers | Thom Yorke |
| Walker Hayes | Phoebe Bridgers | Luke Combs with Morgan Wallen and Jameson Rodgers |
| Marc Rebillet | Machine Gun Kelly | Luke Combs with Morgan Wallen and Jameson Rodgers |
|  |  | Rocketman: Live In Concert Featuring a Special Performance by Elton John & Taron |
| SG Lewis | Brothers Osborne | Egerton with The Hollywood Symphony Orchestra |
| Orville Peck's Rodeo | Latin Legends ft. WAR | Bastille with Joywave |
| Omar Apollo | Funk N The Greek | Rezz with Peekaboo and BlackGummy |
| Toro y Noi | Lost 80's Live | Barbara Mason - 'Yes I'm Ready' 55th Anniversary |
| Bob Weir | Future Islands | MARINA with ALLIE X |
| Bonobo | The Mavericks & Los Lobos | Lauren Daigle with AHI |
| Death Cab for Cutie | Caroline Polachek | Lauren Daigle with AHI |
| Conan Gray | Khruangbin | Maggie Rogers with Now, Now |
| Conan Gray | Khruangbin | Maren Morris with Kassi Ashton & Hailey Whitters |
| Midland | Khruangbin | Mac DeMarco with Cate Le Bon |
| Jehne Aiko | Jungle | Lost 80's Live |
| FKJ | Jungle | Tycho with Chrome Sparks |
| FKJ | The Monkees | The National with Alvvays |
| Kelsea Ballerini | The Gipsy Kings | Bryan Ferry |
| The Marias | Greta Van Fleet | The Stray Cats with Eagles of Death Metal |
| Wallows | Greta Van Fleet | Daniel Caesar with Koffee |
| Heilung | X | Kacey Musgraves with Poolside |
| The Avalanches | Jason Bonham's Led Zeppelin | Keith Sweat with Xscap3, 112, SWV, JoJo & Mr. Dalvin of Jodeci |
| Jhene Aiko | Zhu | Kacey Musgraves with Poolside |
| Lauv | Zhu | The Avett Brothers with Lake Street Dive |
| Lost 80's Live | Foreigner | Pod Save America |
| Robert Plant & Alison Krauss | Quin XCII, Chelsea Cutler | King Gizzard and the Lizard Wizard with Stonefield, ORB |
| Bright Eyes | Zoe - Sonidos de Karmatica Resonancia | La Familia Tour featuring Los Lobos, Los Lonely Boys, Oromatli, Lisa Morales |
| Ludovico Einaudi | Dead Can Dance | Boney James / Double Vision Revisited |
| Chris Isaak & Lyle Lovett | Foreigner | THE RACONTEURS with Lillie Mae |
| Olivia Rodrigo | Twenty One Pilots | Billie Eilish: When We All Fall Asleep Tour with Finneas |
| Olivia Rodrigo | Global Citizen Festival | WAR & KC and the Sunshine Band with Tierra, El Chicano |
| Animal Collective | John Legend | The Chemical Brothers with The Black Madonna, Jason Bentley |
| Aurora | John Legend | Jorja Smith x Kali Uchis |
| Bob Moses | Smokey Robinson | Kali Uchis x Jorja Smith |
| Carla Morrison | NEEDTOBREATHE | Juice WRLD with Ski Mask The Slump God, Lyrical Lemonade, Lil Mosey |
| The Airborne Toxic Event | Sylvan Esso | Incubus with Elise Trouw |
| Beach House | Rufus Wainwright, Aimee Mann | Incubus with Elise Trouw |
| Beach House | Kamran & Hooman | Hozier with Madison Ryann Ward |
| Charli XCX | Mt. Joy & Trampled By Turtles | Reik |
| Tom Misch | Local Natives | The Revivalists |
| Kolohe Kai | King Crimson | An evening with MARK KNOPFLER |
| Mon Laferte | Joe Bonamassa | 50th Anniversary of the Los Angeles LGBT Center |
| Carly Rae Jepsen |  | Avril Lavigne with Jagwar Twin |
| Ringo Starr & His All Starr Band |  | CAKE & Ben Folds with Tall Heights |
|  |  | Brian Wilson and The Zombies: Something Great from '68 Tour with Al Jardine & |
| Jason Bonham's Led Zeppelin |  | Blondie Chaplin |
| The Cult |  | King Crimson |
| Porcupine Tree |  | Ringo Starr & His All Starr Band |
| Kolohe Kai |  | Maze Feat. Frankie Beverly with Regina Belle & Donnell Rawling |
| Bonnie Raitt |  | Steve Miller Band & Marty Stuart And His Fabulous Superlatives |
| Alicia Keys |  | Joe Russo's Almost Dead |
| Jackson Brown |  | Weird Al's Strings Attached Tour |
| Goo Goo Dolls |  | Edward Sharpe and The Magnetic Zeros with Phosphorescent & Altin Gun |
| Fitz & The Tantrums |  | The Psychedelic Furs / James |
| Goose |  | Bush & =LIVE= with Our Lady Peace |
| The Head & The Heart |  | Elvis Costello & The Imposters And Blondie |
|  |  | George Clinton & Parliament Funkadelic with Fishbone, Dumpstaphunk, miss Velvet & |
| Tedeschi Trucks Band |  | the Blue Wolf |
| The Beach Boys |  | Beast Coast: Escape from New York Tour w/Joey Bada$$ & Flatbush Zombies |
| Josh Groban |  | Chicago |
| David Gray |  | Rodrigo y Gabriela |
|  |  | 70's Soul Jam with The Stylistics, The Chi-Lites, Heatwave, Harold Melvin's Blue Notes, |
| Sharon Van Etten / Angel Olsen / Julien Baker |  | William Hart's Delfonics |
|  |  | Steve Martin & Martin Short ft. The Steep Canyon Rangers and Jeff Babko |
| Sharon Van Etten / Angel Olsen / Julien Baker |  | Vulfpeck with Joey Dosik |
| The Chicks |  | Jon Bellion with Marc E. Bassy and Lawrence |
| The Chicks |  | Coheed and Cambria - Mastodon with Every Time I Die |
| King Princess |  | Lany with Sasha Sloan and Role Model |
| Fleet Foxes |  | Rob Thomas with Abby Anderson |
| Caamp |  | The Cult – A Sonic Temple with Prayers, Zola Jesus, VOWWS |
| Norah Jones |  | Third Eye Blind and Jimmy Eat World with Ra Ra Riot |
| Brandi Carlile |  | Imogen Heap |
| Brandi Carlile |  | Hollywood Vampires |
| Brit Floyd |  | Al Green with Jessy Wilson |
| Andrew Bird + Iron & Wine |  | Bach, Rock And Shakespeare 16 |
| Puscifer |  | Khaled & Andy |
| Barenaked Ladies |  | Trey Anastasio: Ghosts Of The Forest with Yo La Tengo |
| Belle & Sebastian |  | Los Angeles Azules |
| OMD |  |  |
|  |  | Music Icons: Marvin Gaye Commemorative Forever Stamp Dedication Ceremony |
| LP |  |  |
| Bert Kreischer |  |  |
| Bikini Kill |  |  |
| Alice Cooper |  |  |
| Deftones |  |  |
| Clairo |  |  |

# ATTACHMENT 4

CITY_OF_IRVINE_016086

DX-0783.0129



# GREAT PARK FRAMEWORK PLAN

Great Park will be one of the largest municipal parks in the country. Through careful planning and community engagement, it is on track to bring a wide variety of unique cultural and recreational opportunities to Irvine. Great Park has a rich history as the former Marine Corps Air Station El Toro and its 1,300 acres embrace recreation, competitive sports, cultural activities, and the natural environment. Over 500 acres of the park are built and operating, and in 2022, the City approved the Great Park Framework Plan to guide the next phase of development. The plan's initial phase brings 300 acres of exciting new park amenities, including a world-class outdoor amphitheater, new cultural attractions, and expansive space dedicated to unprogrammed passive enjoyment. The next phase of Great Park draws on extensive community input to deliver an expanding array of new opportunities to secure the park's place among the world's greatest metropolitan parks.

**GREAT PARK CONCEPTUAL FRAMEWORK PLAN**

1. Botanical Gardens
2. Library
3. Veterans Memorial Garden
4. Grand Promenade
5. Great Meadow
6. North Lake
7. Central Lake
8. South Lake
9. Amphitheater
10. Full Circle Farm
11. Pedestrian/Bicycle Bridges
12. Bosque
13. Sports Complex
14. Cultural Terrace
15. Wild Rivers





View the Great Park Framework Plan at:
*yourgreatpark.org*



## ATTACHMENT 5

CITY_OF_IRVINE_016087

# Irvine Great Park
## **Amphitheater**





**14,000 Seat Amphitheater**



**8,000 Seat Amphitheater**

ATTACHMENT 6

swa

CITY_OF_IRVINE_016088

# Irvine Great Park
## **Phase 1 Parking**





## **14,000 Seat Amphitheater**

**Legend**

▬ Parking Lot (45.08 acres)

## **8,000 Seat Amphitheater**

**Legend**

▬ Parking Lot (24.95 acres)

ATTACHMENT 7

CITY_OF_IRVINE_016089