| | |
|---|---|
| **MEETING DATE:** | SEPTEMBER 27, 2022 |
| **TITLE:** | CONSIDERATION OF FORM OF GREAT PARK AMPHITHEATER OPERATING AGREEMENT, ENVIRONMENTAL DETERMINATION, AND SURPLUS LANDS ACT EXEMPTION |

*Oliver Chi*
_____
City Manager

### RECOMMENDED ACTION

1) Approve the Form of the Design, Construction and Operating Agreement between the City of Irvine and LiveNation Worldwide, Inc., and authorize the City Manager to execute upon finalization.

2) Approve Addendum 15 to Great Park Environmental Impact Report, for the relocation of the temporary amphitheater to a permanent location in the Great Park.

3) Adopt - A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF IRVINE, CALIFORNIA, DECLARING THE GREAT PARK SITE PROPOSED FOR DEVELOPMENT OF AN OUTDOOR AMPHITHEATER, PORTIONS OF APN(S) 580-766-23 THROUGH 580-766-27, EXEMPT SURPLUS LAND PURSUANT TO GOVERNMENT CODE 54221(F)(1)(G).

### EXECUTIVE SUMMARY

On April 26, 2022, the Great Park Board of Directors (Board) and the Irvine City Council approved an Exclusive Negotiating Agreement (ENA) with Live Nation Worldwide, Inc. (Live Nation) (Attachment 1). The ENA provided a roadmap for the possible development of a permanent amphitheater development in the Great Park.

Since execution of the ENA, the City and Live Nation have completed the obligations set forth in the ENA, including:

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
DX-0685

IRV_CRAVATH_013162

DX-0685.0001

- Identifying a proposed site;
- Conducting due diligence activities regarding the proposed site;
- Preparing a development concept;
- Retaining design and environmental consultants to assist with design of the amphitheater; and
- Identifying the CEQA requirements for a permanent amphitheater

Subsequent to the approval of the ENA, the City Council approved the Great Park Framework Plan on July 26, 2022, which contemplates a permanent outdoor amphitheater to be located in the "Heart of the Park." The amphitheater has been envisioned to serve as the Orange County equivalent of the Hollywood Bowl, to be located in Irvine.

Consistent with City Council direction in the ENA and the Great Park Framework Plan, staff has negotiated a form of agreement with Live Nation, being called the "Design, Construction and Operation Agreement" (DCOA). Further, given the character of the DCOA, staff has further undertaken a review of the amphitheater project pursuant to the California Environmental Quality Act (CEQA) by preparing an addendum to the existing Great Park Environmental Impact Report. Substantive terms of the Operating Agreement agreed to by the Parties are summarized below.

- <u>Site:</u> Approximately 25 acres located north of the present intersection of Great Park Boulevard and Skyhawk.
- <u>Agreement Term:</u> 30 years with two additional ten-year extension options.
- <u>Operating and Maintenance Fees:</u> The City will receive $3.5 million in operating revenue per year, escalated at three percent annually. The City will also receive 50% of a maintenance surcharge being implemented per ticket sold, which is estimated to be worth $800,000–$1 million per season.
- <u>City Responsibility:</u> Construction of the facility, maintenance of structures and major building systems, and provision of adequate parking.
- <u>Live Nation Responsibility:</u> Provide $20 million as a capital contribution towards construction of the facility. Also, purchase and installation of all furnishings, fixtures and equipment, programming, operation and maintenance within the facility through the term of the agreement.

The Surplus Land Act (Gov. Code, § 54220 et seq.) requires local agencies to formally declare land "surplus land" or "exempt surplus land" before taking action to "dispose" of the land. Although City staff and the City Attorney do not believe that the Surplus Land

IRV_CRAVATH_013163

DX-0685.0002

Act applies to the DCOA, because the DCOA does not result in a sale or lease of City property, in an abundance of caution, the City Attorney has prepared and recommends that the City adopt Resolution 22-XX, which declares the permanent amphitheater site as exempt surplus land pursuant to Section 54221(f)(1)(G) of the California Government Code.

**COMMISSION/BOARD/COMMITTEE RECOMMENDATION**

This item is scheduled for consideration by the Great Park Board of Directors on September 27, 2022.

**ANALYSIS**

On April 26, 2022, the Board and Council approved the ENA with Live Nation. Further, the Board and Council approved the Great Park Framework Plan on July 26, 2022, which contemplates implementation of an outdoor amphitheater in the Heart of the Park.

Given those determinations, over the past several months, the City and Live Nation have each completed their respective obligations under the ENA. One of the key deliverables contemplated by the ENA is the negotiation of an agreement for the design, construction and operation of a new permanent amphitheater facility. The form of the DCOA is included as Attachment 3.

The Form of DCOA allocate specific responsibilities to each party from design, through construction, and long-term operation of the amphitheater. It sets forth the terms, conditions, and requirements for both the City and Live Nation. While there remain some administrative provisions to work through, the substantive terms have been finalized, and include the following components:

1. Property:
   Approximately 25 acres located northeast of the intersection of Great Park Boulevard and Skyhawk.

2. Capital Contribution:
   Live Nation to provide $20 million capital contribution toward construction of Facility.

3. Base Operating Fee:
   $3.5 million per year, increasing at three percent per year.

4. Maintenance Fee:
   Live Nation will collect a $5-per-ticket Maintenance Fee, of which City will receive $2.50. Live Nation and City to use its portions of the Maintenance Fee for their

respective maintenance responsibilities for the upkeep of the amphitheater facilities. In addition, the City's portion of the ticket fee will remain at 50% of the revenues collected in the event the fee increases in the future.

5. Construction Cost:
Given the economic terms of the deal negotiated, and the City's insistence on a market-rate based deal, the revenues generated from the DCOA would support the construction of a facility that costs up to $130 million.

6. Term:
30 years from lease commencement with two additional ten-year extension options (50 years total).

7. Obligation to Construct:
City responsible to construct facility, Live Nation responsible to purchase and install all furnishings, fixtures, and equipment.

8. Obligation to Operate:
Live Nation responsible to program, operate and maintain the facility. This includes programming at least 25 shows per year and maintaining the facility to industry standards for top quality facilities in Southern California.

9. Design Responsibility:
Live Nation responsible to hire and manage a design contractor for the Facility through the completion of construction documents, including City review at completion of Schematic Design (SD), 50% and 100% Construction Drawings (CD). Cost estimates to be provided at SD, 50%, and 100% CD.

10. Construction Responsibility:
The City will be responsible for managing the final design process following completion of construction documents, including the preparation of bid documents (plans, specifications and engineer's cost estimates), construction bidding, and physical construction and commissioning of the amphitheater.

11. City's Infrastructure Obligation:
The City will be obligated to provide 4,500 parking spaces for the use of the Facility, wet and dry utilities to the site, and access to the amphitheater.

12. Development Costs and Budget
The City and Live Nation will determine the total development cost of the amphitheater following completion of SD and at two points during the CD process. At those three points, formal cost estimates will be developed, and should the total cost of the facility exceed $130 million, the parties will identify design and engineering opportunities to reduce overall construction costs. If the parties are

IRV_CRAVATH_013165

DX-0685.0004

not able to reach agreement on reducing the overall cost of the Facility below the agreed upon maximum, either party may exit the contract.

13. Maintenance Responsibilities
The City will be responsible for maintenance of the building structure, access, parking and utilities to the amphitheater site. The City's share of the ticket surcharge is expected to cover these responsibilities.

Live Nation will be responsible to maintain the amphitheater complex, including facility refreshes of their furnishings, fixtures, and equipment, and daily operating maintenance within the facility. Live Nation will be able to use their share of the ticket surcharge to offset these costs.

14. Other Provisions
    - The Amphitheater will be required to operate within the approvals and mitigations required under the CEQA review, all laws and regulations, including compliance with the City's noise ordinance.
    - The City will not be permitted to have any other live music event with over 10,000 attendees within the bounds of the Great Park.
    - The City and Live Nation will meet and confer between seasons, such as currently done with the temporary amphitheater. Of note, while the City has received noise complaints from the amphitheater, there have no quantifiable noise violations observed at the temporary amphitheater during the past two years. Further, based on elevated complaints received during the 2021 season, Live Nation worked to install sound mitigation measures between the 2021 season and the current 2022 season, which have resulted in an 83% reduction in noise complaints year over year.

<u>CEQA</u>
An Addendum to the Great Park Environmental Impact Report (EIR) was prepared to analyze potential impacts for the planned amphitheater. The addendum addressed the following:
- Aesthetics
- Agriculture, Forestry Resources
- Air Quality
- Biological Resources
- Cultural Resources
- Energy
- Geology/Soils
- Greenhouse Gas Emissions
- Hazards and Hazardous Materials
- Hydrology/Water Quality
- Land Use and Planning

- Noise
- Population/Housing
- Public Services
- Transportation
- Tribal Cultural Resources
- Utilities and Service Systems
- Wildfire

The analysis concluded that the proposed construction and ongoing operation of an amphitheater reflects a development program that is consistent with the existing land use designations and does not deviate from the development program for the area. No new uses or significant changes are proposed as part of the amphitheater project beyond those previously studied and disclosed that would result in new adverse impacts related to any of the above environmental topics or a substantial increase in the severity of previously identified significant effects.

There are no mitigation measures or alternatives previously found not to be feasible that would in fact be feasible, and would substantially reduce one or more significant effects of the project, and there are no mitigation measures or alternatives that are considerably different from those analyzed in the EIR that would substantially reduce one or more significant effects on the environment. Therefore, no new mitigation measures are proposed, although all original applicable mitigation measures; existing plans, programs, or policies (PPPs); and project design features (PDFs) from the EIR have been carried forward into this document to further help reduce or avoid potential significant impacts of the Amphitheater Project.

Exempt Surplus

The Surplus Land Act (Gov. Code, § 54220 et seq.) requires local agencies to formally declare land "surplus land" or "exempt surplus land" before taking action to "dispose" of the land. "Disposition" for the purposes of the Surplus Land Act is defined by the State Department of Housing and Community Development's ("HCD") implementing guidelines ("Guidelines") as the "lease or sale" of land.

When land is "surplus" local agencies must generally make it available for the development of affordable housing, before disposing of it for other purposes. When land is "exempt surplus" it is exempt from many requirements of the Surplus Land Act, including the obligation to make the land available for the development of affordable housing. The Surplus Land Act provides several categories of land which are "exempt surplus," including Government Code Section 54221(f)(1)(G), which defines "exempt surplus" as land that is subject to valid legal restrictions which would prohibit the development of housing, were not imposed by the local agency, and cannot be satisfactorily mitigated or avoided.

The Guidelines require local agencies to provide notice of the formal declaration that land is either "surplus land" or "exempt surplus land" to HCD, and allow HCD 30 days from submittal to review the declaration for compliance with the Surplus Land Act.

The substantial majority of the Great Park, including the proposed site for the Facility, is subject to a legal restriction contained in the December 27, 2010 Amended and Restated Development Agreement ("ARDA") between the City and Heritage Fields El Toro, LLC, which limits development in the substantial majority of the Great Park, including the proposed site for the Facility, to park and ancillary uses.

City staff and the City Attorney do not believe that the Surplus Land Act applies to the proposed DCOA, because the City is not leasing or selling any land in connection with the DCOA. Even if the Surplus Land Act applied to the proposed DCOA, City Staff and the City Attorney believe that the proposed site would qualify as "exempt surplus land," because of the legal restrictions imposed on the site by the ARDA.

On September 15, 2022, the Director of Community Development and the City Attorney met with HCD to discuss the applicability of the Surplus Land Act to the DCOA and to development within the Great Park generally. HCD was not able to opine on (1) whether the proposed DCOA would be subject to the Surplus Land Act even though the DCOA does not involve a lease or sale, and (2) whether disposition of lands in the Great Park that are subject to the ARDA would qualify as "exempt surplus land" because of the legal restrictions imposed on such lands pursuant to the ARDA. HCD acknowledged during the aforementioned meeting that the Guidelines describe a "disposition" as the "lease or sale" of land, neither of which is contemplated under the proposed DCOA, but nevertheless requested the opportunity to review the legal restrictions imposed on the proposed site by the ARDA, and also the DCOA.

Out of an abundance of caution, and to avoid any potential delay that would result if HCD were to determine that the DCOA will result in a disposition of land, City Staff and the City Attorney recommend that the City Council adopt the Resolution attached as Attachment 2 finding and declaring the site as "exempt surplus land" pursuant to Government Code Section 54221(f)(1)(G), and thereafter transmitting copies of the Resolution, the ARDA, and the DCOA to HCD for a 30-day review period. The possible outcomes of the foregoing 30-day review period are (a) HCD approves the City's declaration of the site as "exempt surplus land," (b) HCD's 30-day review period expires with no objection from HCD, or (c) HCD disapproves the City's declaration of the site as "exempt surplus land"

Next Steps

If the City Council directs staff to move forward based on the recommended actions, the City Manager will be delegated authority to finalize and execute the attached form of DCOA once all other necessary approvals, administrative provisions, appeals, and other administrative waiting periods have run their course. This includes the necessary

approvals from Heritage Fields, LLC pursuant to relevant contractual agreements; review by the State Department of Housing and Community Development pursuant to the Surplus Lands Act; and the appeal period pursuant to CEQA.

Once the DCOA is finalized, the City will then work with Live Nation through the design phases of the project. Upon completion of construction documents, a completed public bid package process will be developed and executed by the City. Staff will provide regular progress updates to the Board and public throughout this process. Although the project timeline is not certain and current market conditions have caused material shortages and extended lead times, the City will work with Live Nation towards a goal of completing the new amphitheater in time for the 2025 concert season.

**ALTERNATIVES CONSIDERED**

The City Council could direct staff not to move forward with this agreement, or direct modifications to any of the recommended actions or terms within the Form of DCOA. The alternatives recommended reflect previous Council direction, and Recommended Actions 2 and 3 are required to implement Action 1.

**FINANCIAL IMPACT**

The City will have the responsibility to build the facility and to maintain the structural elements and mechanical systems. The contract contemplates a maximum construction cost of $130 million, of which $20 million will be paid by Live Nation, and the remainder will be paid by the City. Staff anticipates that the funding for the overall amphitheater project will come from the Department of Finance Settlement Fund and residual Great Park Operating Fund balance, out of which there are revenues sufficient to advance the proposed project.

The annual fees to be paid by Live Nation to the City of approximately $4.3-$4.5 million represents an approximate four percent return on the City's investment, and yields full repayment of the City's capital contribution over the term of the DCOA. This projected financial return to the City compares favorably relative to other public amphitheater deals reviewed by staff, none of which yielded a return to the public agency in excess of $1 million per year, or more than a 1.9% return on capital investment. Several of those examples include:

- Ascend Amphitheater in Nashville
    - 6,800 seat facility
    - $54M building cost absorbed by the City of Nashville
    - ~$1M / year in operating revenue paid to Nashville

IRV_CRAVATH_013169

DX-0685.0008

- Concord Amphitheater in Concord
    - 12,500 seat facility
    - ~$800K annual payment to the City of Concord

- Dos Equis Amphitheater in Dallas
    - 20,000 seat facility
    - ~$500K in annual payment to the City of Dallas

Also, the current temporary amphitheater employees over 650 staff during the course of the season. Ancillary economic impacts, based on an economic impact analysis conducted by Beacon Research (Attachment 5), range from 400–450 jobs, and $31–$38 million in economic output. These are projected economic impacts based on visitors and employees in the local spending Irvine economy, including lodging, retail and dining.

**REPORT PREPARED BY**   Joel Belding, Great Park Deputy Director
Steve Torelli, Great Park Manager, Administration and Operations

**ATTACHMENT**

1. Exclusive Negotiating Agreement between City and Live Nation Worldwide No. 11434
2. Resolution Declaring Exempt Surplus Land
3. Form of Design, Construction and Operating Agreement between City of Irvine and Live Nation Worldwide
4. Amphitheater Addendum
5. Beacon Economics Economic Impact Analysis

IRV_CRAVATH_013170

DX-0685.0009