From:        Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>
Sent:        Wed 3/27/2019 3:02 PM (GMT-05:00)
To:          Helgerson, Mitch <mhelgerson@WILD.com>
Cc:          Kelly Shea <kelly.shea@ticketmaster.com>
Bcc:
Subject:     Re: Update
Attachments: image001.png


Thanks Mitch - on cell if you need anything.

Safe travels
Kjs

Sent from my iPhone

On Mar 27, 2019, at 3:06 PM, Helgerson, Mitch <mhelgerson@wild.com> wrote:

> Thanks for outlining all of this, Kurt. It looks good, I'm forwarding on to the Wild team. I really appreciate your work in moving this along so quickly and for the significant movement.
>
> I'll plan to touch base with you tomorrow sometime. Safe travels back home and talk soon.
> MH
>
> Get Outlook for iOS
>
> _____
>
> From: Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>
> Sent: Wednesday, March 27, 2019 1:45 PM
> To: Helgerson, Mitch
> Cc: Kelly Shea
> Subject: Update
>
> Mitch – appreciate the continued dialogue as we work toward a win/win with you all.
>
> As discussed, here are a few additional levers we feel comfortable adding to/improving from our last offer - try and show our desire to remain great partners, without sending up a new offer for Executive review.

[redacted]



CONFIDENTIAL        MNWILD_000003942



Let me know if I missed anything based on our most recent discussion.

-KJS


**Kurt J. Schwartzkopf**
SVP, NBA & NHL Arenas

**<image001.png>**     **Office:** 303.222.8069
**Mobile:**
Denver, CO

CONFIDENTIAL                                                                 MNWILD_000003943

**DX-0245.0002**