

| | |
|---|---|
| From: | Meier, Kristina </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7EF40A9173464A75862BC3E7C0B6E92C-MEIER, KRIS> |
| Sent: | Mon 2/18/2019 9:48 AM (GMT-06:00) |
| To: | Turns, Chris <cturns@WILD.com> |
| Cc: | Larson, Jack <JLarson@WILD.com>;Helgerson, Mitch <mhelgerson@WILD.com>;Troje, Maria <MTroje@WILD.com> |
| Bcc: | |
| Subject: | RE: SeatGeek follow up |
| Attachments: | Seatgeek notes Feb 2019.docx |

**From:** Turns, Chris
**Sent:** Friday, February 15, 2019 5:12 PM
**To:** Meier, Kristina <kmeier@WILD.com>; Tschida, Micki <mtschida@rivercentre.org>; Bergstrom, Matt <MBergstrom@WILD.com>; Miller, Brett <brett.miller@WILD.com>; Hafemeyer, Bryant <Bryant.Hafemeyer@WILD.com>; Kadlec, Bjorn <BKadlec@WILD.com>; McKenzie, Erica <EMcKenzie@WILD.com>; Tomeny, Andrew <ATomeny@WILD.com>
**Cc:** Troje, Maria <MTroje@WILD.com>; Helgerson, Mitch <mhelgerson@WILD.com>
**Subject:** SeatGeek follow up

Thank you all for taking the time this past Wednesday afternoon.

The crew from SeatGeek will be coming back again this Wednesday (Feb 20) to continue the in-depth conversation and answer any questions that you may have thought of since this week's meeting.

With that, if you have a list of questions, or as you think of them, please forward them to me so we can ensure they are all properly answered this coming week.

Watch for a meeting request to follow as well.

**Christopher Turns**
Director, Ticket Operations & Business Analytics
651-312-3412
cturns@wild.com



HIGHLY CONFIDENTIAL                                                                                                     MNWILD_000004002

** Biggest take away from the SeatGeek meeting yesterday: NO promoter portal / TM1/ TM Ticker equivalent.  Promoters – for example Live Nation – would not be able to plug in to see show data including counts and analytic information. Implications being that their profits could be adversely affected by lack of data to posit scenarios and make decisions on when to dynamically increase pricing. It would be like our MIG dept suddenly not having any data to work with. That's major. SeatGeek knows it and said they are working on getting one up "soon". But that is a big uh-oh feeling for me.

I am not sure how we will do AA Boys Hockey season tickets. We would either need to keep some TM terminals to be able to assist them via the MSHSL contract (unlikely as they have an archaic not supported version of TM), MSHSL would have to do that themselves (I can't even imagine how they would be capable of that on more than one level) or we would have to do their seasons on Seatgeek and give them access to seatgeek.

MSE good partners (Micki and I) would not be an option for stadium shows that LN does in the market – they would likely handle via Chicago. But might ask us to provide day of show labor – or not as our staff will become less TM fluent.
************************

What is the contractual Seatgeek portion of per ticket fees? For RC events and flat shows how low can we go? Would our Seatgeek contract prohibit clients in the RC from selling advance tickets on a different platform if we elected to allow that?


Tell me about challenges you encountered with expanding to non-team events that sell tickets differently than sports events. Wrote this down during meeting when Alex said – we have been able to do most of what clients needed.

What do night of show issues look like at the ticket windows and at the gates?

What volume of sales can the network handle? Have there been any crashes during major on sales? Is there a "verified fan" equivalent? Is there a waiting room and ability to monitor and adjust number of buyers that can get to the sell page? Sometimes day of concert bots tie up inventory but don't buy – who do I call / how is that addressed? How are over the limits checked – does the program do it really time or is there a delivery delay for that process? What fields areused as criteria for over the limit check?

What delivery methods are there? only digital or do you have mail room for mail and ups options? At the ticket windows what delivery methods are their – spitter stock? QR code to buyers phone?

If tour want to delay delivery – to say 48 prior to event to have QR visible or until in the radius of the venue – that okay?


Tell me about the hardware that would be part of the contract and how equipement maintenance and repair works. While we all have PCs at our desk – 18 of the 22 ticket windows have TM dumb terms. Would I need 18 more PCs or is there a dumb term equivalent? We scan in 4 different venues xcel , roy, rivercentre and tria as well and are adding 2 parking ramps this fall. Currently we have 68 scanners but

will need 80 scanners. We prefer to attach scanner printers and issues seat locators when using the scanners for Xcel events. We currently gave 62 printers with MSR cups.  You said that some clients have elected to use other companies for the scanner/entry software and hardware. Why? How does that work with reprints, barcode print count. Are barcodes going away on the Seatgeek system as TM tells us they are on theirs?

Can I export barcodes to a csv file if they need to be loaded to remote parking software?

How quickly can I sell a GA ticket for cash

We talk a lot about Seatgeek being able to do what we do now on Ticketmaster – as right and necessarily we should. But the ticket industry constantly changes – what sales, marketing, delivery, and on site operations do you think are the way of the future and what are you working on developing and how far out do you look when planning? How do you decide which trends to follow? You said you have 4 product releases a year – tell me a little about the last 4/ years worth and what each one did.

How do dynamic pricing/fee tables work – can I set up half a dozen standard fee tables and attach at the event level?

I had to leave early and missed the example of what the fans buy process is but Micki told me that there is no color cue or other cue for what is primary vs secondary inventory. what if I don't like that. what if my promoter doesn't like that. Can I control that on the event level? Some shows and some promoters do not want resale activated – can I control that on the event level?

Tell me about ADA on the seatgeek website – experience for those fans –  deafzone, sight impaired and wheelchair

Events built on the non- wild side are budget coded differently in the system than wild events – how is that accomplished on seatgeek.

HIGHLY CONFIDENTIAL

MNWILD_000004004

It would be helpful to go thru all the usual "settlement report" we provide and see what those reports look like (Lots of dynpricing makes messy TM archtics audits – there is an external report price point audit everyone gets now  - would need that kind of report)

<u>Settlement check list</u>
Final audit
Price point audit
comp list
scan report
bostat/ method of payment report for CC at PBO only
Due from promoter report
vip aud
platinum reports
groupon report
VR <PROGRAMS>EXCHACC
VR<PROGRAMS.XFTBACC
FRAUDCNX


It would also be helpful to look at daily financial reports – both for a seller balance and the combined daily reporting for the Finance manager – all transactions by user, payment type, budget allocation

HIGHLY CONFIDENTIAL                                                                                           MNWILD_000004005