# Wolf Trap Amphitheater, Vienna, Virginia
*Capacity 7,000*





4/4/25 Dep. Tr. Hurwitz at 76:11-13; https://wtop.com/entertainment/2024/01/wolf-trap-reveals-summer-concert-lineup/

DDX-4