

*U.S. et al. v. Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

# Live Nation & Ticketmaster Opening Statement

*March 2026*



# What the Evidence Will Show



✓ **Intense Competition**

✓ **Vibrant Marketplace**

✓ **Competitive Pricing**

✓ **Reasonable Profits**

✓ **Increased Quality**

✓ **Relentless Pursuit of Excellence**

# Roadmap



The Industry

Who We Are

No Monopoly Power

Made Up Markets

Competitive Conduct

No Harm to Competition

Zero Damages

# Roadmap



**The Industry**

Who We Are

No Monopoly Power

Made Up Markets

Competitive Conduct

No Harm to Competition

Zero Damages

# The Key Players



## Artists
**(Agents & Managers)**



## Promoters



## Venues


**Arena**


**Stadium**


**Amphitheater**


**Theater**

## Ticketers





## Fans



# How Competition for Live Entertainment Happens



An artist decides to play a tour

Promoters bid on the tour

Tour route & venues are selected

Venues for tour are booked

Concert promotion begins

Tickets go on sale

Showtime!

DDX-1.6

# Who Makes the Money





**$78 Face Value**
*to Artist and Promoter*

**$15**
*Venue*

**$5**
*Ticketmaster*

**$2**
*Credit Card*

**$74**
*95% to Artist*

**$4**
*5% to Promoter*

# Do Not Confuse Primary with Secondary Ticketing



**Fan Buys Direct from Primary Ticketer**







Primary Ticketer
Keeps ≈ **$5**

Fan Buys Ticket
for **$100**

## Broker Buys Ticket and Resells It in a Secondary Transaction



Primary Ticketer
Keeps ≈ **$5**

Broker Buys
Ticket for **$100**

Fan Buys Ticket for **$500**
in *Secondary Transaction*

Secondary
Ticketer Gets
≈ **$125**

Broker Gets
≈ **$275**

DDX-1.8

# Roadmap



The Industry

**Who We Are**

No Monopoly Power

Made Up Markets

Competitive Conduct

No Harm to Competition

Zero Damages



**LIVE NATION**
CONCERTS

- **Formed in 2005**
  - World's *biggest supporter* of musical artists
  - Over *$15 billion* spent on artists in 2025

- **As of 2025**
  - *159+ million* global fan connections
  - *11,000+ artists*
  - *55,000+ concerts*

- **Mission**
  - *Artist-centric* to the core

- **Focus**
  - *Growing the concert industry* by *serving artists* & creating *memorable* concert experiences for fans

# The Company We Keep















# Stiff Competition from AEG Presents and Others















DDX-1.12



DDX-1.13

# Live Nation Venue Business



- Live Nation owns, operates, or leases **_very few_** stadiums, arenas, and amphitheaters

|  | Owns | Operates | Leases |
|---|---|---|---|
| **Stadiums** | 1 | 1 | 0 |
| **Arenas** | 1 | 0 | 2 |
| **Amphitheaters** | 18 | 2 | 41 |



DDX-1.14

# Live Nation's Amphitheaters



We are, proudly, **the premier developer and operator of outdoor amphitheaters** in the United States



















DDX-1.15

# Live Nation Invests in Venues and Communities



- **2022 – 2025: $450 million spent to upgrade amphitheaters**

- **Community focus**
  - Donates tickets to the military and veteran community
  - Takes sustainability & environmental action
  - Encourages community engagement

- **Creates jobs and increases revenues for local communities**

## Jones Beach Theater







DDX-1.17

# Venue Clients Are Sophisticated





*Owner*: **Joe Lacob**



*Owner*: **Steve Ballmer**

NORTHWEST STADIUM

*Owner*: **Josh Harris**



*Owner*: **Philip Anschutz**



*Owner*: **James Dolan**



*Owner*: **Ted Leonsis**



*Owner*: **Ryan Smith**



*Owner*: **Jeremy Jacobs**



*Owner*: **Joe Tsai**

DDX-1.18



# Venues Have More Ticketing Options Than Ever

**SEAT GEEK**

- Founded in 2009
- One of the largest resale marketplaces
- Entered primary ticketing in 2016



- Ticketing division of AEG
- Ticketmaster's strongest competitor
- Launched in the U.S. at the Staples Center in 2013

**Paciolan**

- Founded in 1980
- Category leader in college athletics

DDX-1.19

# What Sets Ticketmaster Apart





**Tad Bowman**





**Walter Johnson**



**Michael Marion**



**Sharif Talukder**

 









**Marney Smith**





**Robert Henson**





**Brooke Lowery**

 



**Paul Kavanaugh**





**Dave Brown**

 

# Competition Is Intense



## Competitive Bidding & Negotiations Process



# Losses to Competitors





















# Live Nation Helps Artists Sell More Tickets



- 95% of concerts do not sell out

  – Average sell-through rate at amphitheaters is 60-80%

- After the 2010 merger, Live Nation rebuilt Ticketmaster to make it easier to use

- Live Nation works to get tickets to fans at prices the artists set

- Ticketmaster keeps tickets off the secondary market and away from scalpers








# Live Nation & Ticketmaster Employees





**Omar Al-joulani**
*VP of Touring & Co-President of U.S. Concerts, Live Nation*



**Joe Berchtold**
*Co-President and Chief Financial Officer, Live Nation*



**Stacie George**
*SVP of Concerts, Live Nation*



**Michael Rapino**
*Chief Executive Officer, Live Nation*



**Jordan Zachary**
*Global President of Venues & Co-President of U.S. Concerts, Live Nation*



**David Marcus**
*Head of Music, Ticketmaster*



**Marla Ostroff**
*Managing Director North America, Ticketmaster*



**Michael Wichser**
*Chief Operating Officer, Ticketmaster*

# Roadmap



The Industry

Who We Are

**No Monopoly Power**

Made Up Markets

Competitive Conduct

No Harm to Competition

Zero Damages

# Ticketing: More Competition Than Ever



## Ticketers



**SEATGEEK**

**TICKETS.COM**



---

### & Others

**If you consider all of the competition, Ticketmaster's share is**

# 40%

DDX-1.27

# Ticketmaster's "Take Rate" and Profits



**On a $100 ticket, Ticketmaster keeps about $5 from the service charges**



**Ticketmaster's net profit margin is ~25%**



*Ticketmaster's profit is ~$1.41 per ticket*

**DDX-1.28**

# Low Operating Margins



- Operating profits are:

> Revenue from operations

*——— LESS ———*

> All direct, operational,
> *and*
> fixed costs
> *before*
> interest and taxes

## U.S. Operating Profitability – Live Nation

| Year | Operating Margin |
|------|------------------|
| 2015 | 2.8% |
| 2016 | 3.7% |
| 2017 | 0.7% |
| 2018 | 3.2% |
| 2019 | 3.1% |
| 2020 | *(102.5)%* |
| 2021 | *(3.6)%* |
| 2022 | 5.1% |
| 2023 | 4.4% |
| 2024 | 5.4% |
| *Total Operating Margin 2015-2024* | **1.8%** |

# Roadmap



The Industry

Who We Are

No Monopoly Power

**Made Up Markets**

Competitive Conduct

No Harm to Competition

Zero Damages

# What Plaintiffs Do with Ticketing Competition



# How 40% Becomes 86%

# They Take Sports Out

# They Limit to 257 Venues



## They Do Not Count:

 **Stadiums and Most Arenas**

 **Thousands of Concerts Played in Excluded Venues**

 **Tickets for Excluded Concerts**

# Cherry-Picked Venues



| Artist | "MCV" | Non-"MCV" |
|--------|-------|-----------|
| Ateez | Prudential Center, NJ | Citi Field, NY |
| BLACKPINK | Prudential Center, NJ | MetLife Stadium, NJ |
| Blink-182 | UBS Arena, NY | Citi Field, NY |
| Bruce Springsteen | Madison Square Garden, NY | MetLife Stadium, NJ |
| Elton John | Madison Square Garden, NY | MetLife Stadium, NJ |
| Karol G | Madison Square Garden, NY | MetLife Stadium, NJ |
| Los Tigres del Norte | UBS Arena, NY | The Theater at Madison Square Garden, NY |
| Morgan Wallen | Madison Square Garden, NY | MetLife Stadium, NJ |
| Nick Cannon | Madison Square Garden, NY | Palladium Time Square, NY |
| Pepe Aguilar | Prudential Center, NJ | The Theater at Madison Square Garden, NY |
| Travis Scott | Madison Square Garden, NY | MetLife Stadium, NJ |
| Twice | UBS Arena, NY | MetLife Stadium, NJ |



DDX-1.37



# Among the Missing Venues

       

     

       

     

      

      



# Ticketmaster Makes *Less* at Plaintiffs' 257 Venues

## Number of Venues & Take Rate



DDX-1.41

# Ticketers Compete for All Large Venues





# What Plaintiffs Do with Competition in Venues



# How 18% Becomes 79%

# What Is a Market?



     

        

# Plaintiffs' Made Up Markets





**87 Amps**

# The Evidence Regarding Plaintiffs' 87 Amphitheaters



- **No industry recognition**

- **No peculiar characteristics**

- **No unique production facilities**

- **No distinct customers or sensitivity to prices**



# Artists Who Play the 87 Amphitheaters Mostly Play Other Venues



**"MCAs"**
*19%*

**87 Amps**

**Theaters**
**30%**



**Arenas**
**20%**



**Amphitheaters
Outside the 87**
**14%**



**Other Venues**
**15%**



**DDX-1.47**

# Chris Stapleton 2024 *All American Road Show* Tour



**Chris Stapleton**

*All American Road Show Tour (2024)*

▲ **Among the "87"**

● **Not Among the "87"**





# Plaintiffs' Expert





*Dr. Nicholas Hill*

# Defendants' Experts





**Prof. Dennis Carlton**
Professor Emeritus at
University of Chicago



**Prof. Ali Yurukoglu**
Professor at Stanford
University

DDX-1.50

# Roadmap



The Industry

Who We Are

No Monopoly Power

Made Up Markets

**Competitive Conduct**

No Harm to Competition

Zero Damages

# No Anticompetitive Conduct



## Ticketing Exclusives

## No Conditioning Promotions on Ticketing

## No Tying

## Amphitheater Acquisitions