

# Ticketing Exclusives

DDX-1.53

# Exclusive Contracts: Common in Many Industries









# Venue Clients Are Sophisticated





*Owner*: **Joe Lacob**



*Owner*: **Steve Ballmer**

**NORTHWEST STADIUM**

*Owner*: **Josh Harris**



crypto.com ARENA

*Owner*: **Philip Anschutz**



*Owner*: **James Dolan**



*Owner*: **Ted Leonsis**



*Owner*: **Ryan Smith**



*Owner*: **Jeremy Jacobs**



*Owner*: **Joe Tsai**

DDX-1.55

# Benefits of Exclusive Contracts





Offer Upfront Payments and a
*Guaranteed* Revenue Stream



Facilitate Operational
*Efficiency*



*Encourage* Relationship-
Specific Investments



*Reduce*
Transaction Costs

DDX-1.56



# Upfront Payments & Guaranteed Revenue Streams



**Tad Bowman**







**Walter Johnson**





**Michael Marion**



DDX-1.57

# Facilitate Operational Efficiency





**Sharif Talukder**







**Marney Smith**





**Robert Henson**



# Reduce Transaction Costs





**Brooke Lowery**





**Paul Kavanaugh**





**Dave Brown**





# No Conditioning Promotions on Ticketing

# Artists, Not Promoters, Choose Venues



- The artist's team (manager, agent) provides competing promoters with the broad outline of how many shows the artist wants to play and where

- In bidding for the tour, promoters suggest routing

- After the artist selects the promoter, she and her team review the proposed routing carefully and decide what to do

- **Promoters cannot re-route shows against the artist's wishes**










# It Is Against Live Nation Policy to Do What Plaintiffs Claim



- The promoter's job is to do what is best for the artist

- Every show should play where the artist wants to play

- If the artist does not have a preference between two competing buildings, the promoter picks the building with the most attractive economics

- Promoters do not recommend a second-best building because the better building uses a different ticketing company

- Promoters do not make any routing decision to "settle scores" for Ticketmaster

DDX-1.62



## Live Nation Promotes Many Shows Without Ticketmaster

# Live Nation Promotes Many Shows Without Ticketmaster

DDX-1.63



# Customers Want the Best Product



**Drake**





**Adel Nur**
*Drake's Manager*



**Michael Rapino**
*CEO of Live Nation*

# Ticketers Differentiate Themselves









DDX-1.66

## Competition Not Threats



# Saying you're better

# is not a THREAT!

# Context Matters

## 15 Years:

## Tens of Thousands of Ticketing Negotiations

DDX-1.68

# Venue Witnesses



      

      

       

      

      

# Delta Center / Utah Jazz









# Barclays









# No Tying

# Longstanding Industry Practice of Not Aiding Competitors





**Jordan Zachary**
*Global President of Venues & Co-President of U.S. Concerts*



**Omar Al-joulani**
*VP of Touring & Co-President of U.S. Concerts*



- **Common practice in the industry for venue-owning promoters to serve as the primary promoter for their venues**

- **Live Nation has historically taken a similar approach – consistent with industry practice – for Live Nation amphitheaters**

DDX-1.73

# Rivals Compete









# Rivals Compete









# Refusing to Deal with a Competitor Is NOT the Same Thing as Tying

# There Is No Evidence of Effect

LIVE NATION

ticketmaster





## No Artists Switched Promoters Due to Policy







# Amphitheater Acquisitions

# Amphitheater "Acquisitions"



- From 2015 to 2024, only **2** amps were actually acquired:
  - **2 were leased**
  - **1 was operated**
  - **12 were booked**
- **14** were in new regions
- Procompetitive benefits:
  - A significant investment in capital expenditures, including renovating venues, in 2024 alone
  - **Increased output** (e.g., Hayden Homes saw more than 300% more shows after establishing LNE partnership)

| Venue Name | Type | Location |
|---|---|---|
| **Empower FCU Amphitheater at Lakeview** | Book | Syracuse, NY |
| **Ameris Bank Amphitheatre** | Lease | Alpharetta, GA |
| **Utah First Credit Union Amphitheatre** | Own | West Valley City, UT |
| **Bank of New Hampshire Pavilion** | Own | Gilford, NH |
| **Mercedes-Benz Amphitheater** | Book | Tuscaloosa, AL |
| **BankPlus Amphitheater at Snowden Grove** | Book | Southaven, MS |
| **Brandon Amphitheater** | Book | Brandon, MS |
| **CCNB Amphitheater at Heritage Park** | Book | Simpsonville, SC |
| **The Wharf Amphitheater** | Book | Orange Beach, AL |
| **American Family Insurance Amphitheater** | Book | Milwaukee, WI |
| **BMO Pavilion** | Book | Milwaukee, WI |
| **The Walmart Amphitheater** | Book | Rogers, AR |
| **TD Pavilion at the Mann** | Operate | Philadelphia, PA |
| **Cascades Amphitheater** | Book | Ridgefield, WA |
| **Hayden Homes Amphitheater** | Lease | Bend, Oregon |
| **Maine Savings Amphitheater** | Book | Bangor, ME |
| **Ford Idaho Center** | Book | Nampa, ID |

# Live Nation's Investments in Amphitheaters



## Invested over $450 million in amphitheaters from 2022–2025

| Across Live Nation Amphitheaters | |
|---|---|
| **Fan Experience** | **$174.9M** |
| **Maintenance** | **$40.2M** |
| **Security & Safety** | **$30.5M** |
| **Artist Experience** | **$16M** |
| **Sustainability** | **$2.9M** |
| **Accessibility** | **$2.2M** |

### New Venues & Renovations ($189M)












DDX-1.80



# Ticketmaster-OVG Ticketing Agreement



- OVG executives have a long history of working with Ticketmaster and prefer its ticketing technology

- Ticketmaster-provided sponsorship and incentive payments are standard across the industry

- OVG's role as a venue manager includes helping venues select ticketing providers, but venues make the ultimate decision on which ticketer to choose

- Numerous OVG-managed venues have selected other ticketing providers, like the XL Center (AXS) and Budweiser Event Center (AXS)

DDX-1.81

# Roadmap



The Industry

Who We Are

No Monopoly Power

Made Up Markets

Competitive Conduct

**No Harm to Competition**

Zero Damages

# Harm to Competitors is NOT Harm to Competition

# What the Evidence Will Show





**More Competition Than Ever**

**More Concerts Than Ever**

**More Tickets Sold Than Ever**

**Better Quality Than Ever**

**More Artists Than Ever**

**Lower Profit Margins**

**Better Artist Pay**

**Lower Ticketmaster Take Rates**

# More Tickets Sold Than Ever





*Note: COVID-19 data omitted. Dotted line is expected trend of 2020-2021 had COVID-19 not occurred.*

# The Quality of Live Entertainment Is Better Than Ever










# More Artists Touring Than Ever







# Artists Are Doing Better Than Ever





# More Investment in Ticketing Than Ever



## $1 Billion in Total Investments

Including...


**Ticket Security**


**Pricing and Marketing Tools**


**Other New Tools**

DDX-1.90

# More Innovation Than Ever

















**2013**
Reimagines Inventory with TM+

**2015**
Market-Leading Reporting

**2017**
Launch of Presence

**2019**
Launch of SafeTix

**2021**
TM1 Platform Evolution

**2023**
Ignite

**2014**
Consolidated New Platform

**2016**
Launch of New Mobile SDK

**2018**
New Account Manager

**2020**
Smart Event & Pandemic Tools

**2022**
Donation Tools in Account Manager

**2024**
SafeTix 2.0













DDX-1.91

# Roadmap



The Industry

Who We Are

No Monopoly Power

Made Up Markets

Competitive Conduct

No Harm to Competition

**Zero Damages**

# Zero

# Damages



DDX-1.94