## AMENDMENT TO USER AGREEMENT

THIS AMENDMENT TO USER AGREEMENT ("Amendment") is entered into on March 8, 2021, and is made effective as of January 1, 2021, by and between **Ticketmaster L.L.C.**, a Virginia limited liability company ("Ticketmaster"), on the one hand, and **It's My Venue, LLC** ("IMV") doing business as The Anthem, **It's My Amphitheatre, Inc.** ("IMA") doing business as Merriweather Post Pavilion, **Sledge, Inc.** ("Sledge") doing business as 9:30 Club, and/or **It's My Theatre, LLC** ("IMT") doing business as Lincoln Theatre, on behalf of each of such parties and their respective affiliates (IMV, IMA, Sledge and/or IMT, collectively, "Principal"), on the other hand, with reference to the following facts:

A.      Ticketmaster, IMV and IMA entered into that certain User Agreement dated effective as of August 1, 2019 (the "Agreement").

B.      The parties hereto desire to amend the Agreement in order to (i) add Sledge and IMT as parties to the Agreement with all rights and obligations of "Principal", (ii) extend the Term of the Agreement, (iii) make provision for Ticketmaster to pay an ▇▇▇▇▇ recoupable advance for the benefit of Principal, and (iv) amend the Agreement in certain other respects as set forth herein.

NOW, THEREFORE, in consideration of the mutual promises and covenants set forth herein, the parties hereby agree, effective as of January 1, 2021, as follows:

1.     **Defined Term(s)**.

(a)     Capitalized Terms.  All capitalized terms used and not otherwise defined herein shall have the meanings assigned to them in the Agreement.

(b)     Definition of "Facility".  The definition of "Facility" set forth in Section 13 of the Agreement is deleted in its entirety and replaced with the following definition:

"'Facility' means any venues owned, controlled, operated or managed by Principal, directly or indirectly through one or more affiliates, or where Principal otherwise controls the rights or has the authority to sell tickets to any event, including, but not limited to the venues, either collectively or individually, located at (i) 10475 Little Patuxent Parkway, Columbia, MD and currently known as Merriweather Post Pavilion, (ii) 901 Wharf Street SW, Washington, DC and currently known as The Anthem, (iii)  815 V Street NW, Washington, DC, and currently known as 9:30 Club, and (iv) 1215 U Street NW, Washington, DC and currently known as Lincoln Theatre."

(c)     Definition of "Contract Year".  The following definition is added to Section 13 of the Agreement:

"'Contract Year' means each twelve (12) month period of the Term, commencing on January 1 and continuing through the following December 31."

2.     **Joinder**.  It is the intention of all the parties hereto, and the parties hereby expressly agree and acknowledge, that Sledge and IMT shall each be deemed to be a party to the Agreement and shall have all the rights and obligations of the "Principal" thereunder as if each such party had been an original party thereto.  Each of Sledge and IMT hereby ratifies and agrees to be bound by all terms, provisions and conditions of the Agreement, as amended by this Amendment.

3.     **Term**.  Section 1 of the Agreement is deleted in its entirety and replaced with the following:

"1.     **TERM.**  The term of the Agreement commenced on August 1, 2019 and shall expire on December 31, 2026 (the "Term"). Notwithstanding the foregoing, if the Total Advance has not been fully recouped or repaid to Ticketmaster as of December 31, 2026, then the Term will automatically renew for a series of one (1) year renewal periods (on a

1

IMP Amendment to User Agreement_03042021.docx

**Ex. No PX0491**
1:24-cv-03973

Contract Year-by-Contract Year basis) until the Total Advance has been recouped or repaid in full."

4.  **Charges and Fees**. Section 3(a) of the Agreement is deleted in its entirety and replaced with the following:

"(a)    Except as otherwise expressly set forth in this Agreement, the sole compensation Ticketmaster shall receive for the products provided and services expressly provided for under this Agreement shall be the right to add a convenience charge to ticket prices in the following amounts:

The Anthem and Merriweather Post Pavilion:

| Face Value of Tickets | Convenience Charge |
|---|---|
| $0.00 $29.99 | |
| $30.00 to $39.99 | |
| $40.00 to $49.99 | |
| $50.00 to $64.99 | |
| $65.00 to $79.99 | |
| $80.00 to $99.99 | |
| $100.00 to $124.99 | |
| $125.00 to $159.99 | |
| $160.00 to $174.99 | |
| $175.00 to $179.99 | |
| $180.00 to $199.99 | |
| $200.00 to $224.99 | |
| $225.00 to $299.99 | |
| $300.00 to $399.99 | |
| $400.00 to $499.99 | |
| $500.00 to $799.99 | |
| $800.00 to $999.99 | |
| $1,000.00 and above | |

9:30 Club and Lincoln Theatre:

| Face Value of Tickets | Convenience Charge |
|---|---|
| $0.00 $29.99 | |
| $30.00 to $39.99 | |
| $40.00 to $49.99 | |
| $50.00 to $69.99 | |
| $70.00 to $89.99 | |
| $90.00 to $99.99 | |
| $100.00 to $124.99 | |
| $125.00 to $149.99 | |
| $150.00 to $174.99 | |
| $175.00 to $199.99 | |
| $200.00 to $249.99 | |
| $250.00 to $299.99 | |
| $300.00 to $399.99 | |
| $400.00 to $499.99 | |
| $500.00 to $799.99 | |

2

IMP Amendment to User Agreement_03042021.docx

| $800.00 and above | ███████████████ |
|---|---|

On January 1, 2025 and on January 1 of each Contract Year thereafter during the Term of this Agreement, the convenience charges set forth above shall be automatically increased by ██ of the previous year's convenience charge. The convenience charges set forth above shall be deemed to include payment authorization and processing ("Payment Processing Fees") in an amount equal to ██ of the Face Value of the Ticket (plus any convenience charges added to the Face Value). Such Payment Processing Fees are subject to automatic increase equal to any actual increases in interbank rates imposed on Ticketmaster. In the event applicable law prohibits the assessment of such fees against consumers, Ticketmaster and Principal shall agree on alternative means for compensating Ticketmaster for its services in amounts reasonably comparable to those set forth in this Agreement, and as permitted by applicable law."

5.  **Royalties**. Section 3(b)(i) of the Agreement is deleted in its entirety and replaced with the following:

"(i)    Principal shall be entitled to receive Ticket sales royalties ("Royalties") from Ticketmaster with respect to each applicable fee set forth below, to the extent received (and not refunded) by Ticketmaster. The amounts of the Royalties are as set forth below:

| Type of Royalty | Amount of Royalty |
|---|---|
| Convenience Charge Royalty for The Anthem and Merriweather Post Pavilion Attractions | ████ per Ticket ████ of the remaining total convenience charge (after deduction of ████ per Ticket to be retained by Ticketmaster) for all Tickets to Attractions at The Anthem and Merriweather Post Pavilion |
| Convenience Charge Royalty for 9:30 Club and Lincoln Theatre Attractions | ████ per Ticket ████ of the remaining total convenience charge (after deduction of ████ per Ticket to be retained by Ticketmaster) for all Tickets to Attractions at 9:30 Club and the Lincoln Theatre |

Notwithstanding the above, the Payment Processing Fees described in subsection (a) above and taxes shall be deducted from the convenience charges before the Royalties are calculated."

6.  **New Advance**. Section 3(b)(ii) of the Agreement is deleted in its entirety and replaced with the following:

"(ii)    Ticketmaster will pay to Principal's parent It's My Party Inc. ("IMP"), as a recoupable advance, the amount of ████████ (the "New Advance"), which is comprised of a ████████ (████) total advance (the "Total Advance") less the ████████ outstanding balance of a ████████ advance previously paid to Principal pursuant to this Agreement. Ticketmaster will pay the New Advance to IMP in installments in accordance with the following schedule:

| Payment Date | New Advance Installment Payment |
|---|---|
| On or before March 15, 2021 | ████████ |
| On or before July 15, 2021 | ████████ |
| On or before the earlier of (A) October 15, 2021 or (B) the effective date of Principal's termination of its agreement with Eventbrite following written notice from Ticketmaster that Tickets for Attractions at the Lincoln Theater and 9:30 Club Facilities will be sold via the TM System pursuant to this Agreement. | ████████ |
| On or before January 15, 2022 | ████████ |

3

IMP Amendment to User Agreement_03042021.docx

Until such time as the Total Advance has been fully recouped or repaid: (1) payments of one hundred percent (100%) of the total Royalties (including convenience charge, VIP Package Fee and Platinum Ticket Fee Royalties and TM+ Revenue Share amounts) otherwise due and owing to Principal shall be suspended but shall be credited to Principal towards recoupment of the outstanding balance of the Total Advance; and (2) Principal will use good faith efforts to preserve and keep substantially intact within Principal its present business operations on which the Total Advance has been based.  In addition, at the end of the Term or in the event of an earlier termination of this Agreement for any other reason, if the Total Advance has not been fully recouped by Ticketmaster as of such date, then Principal shall remit the outstanding balance of the Total Advance to Ticketmaster by wire transfer or certified check within fifteen (15) business days of such expiration or earlier termination."

7.      **Net TM Fee Guarantee**.  Effective January 1, 2022, Section 3(g) of the Agreement is deleted in its entirety and replaced with the following:



"(g)      Beginning January 1, 2022, Principal guarantees that, during each Contract Year of the Term in which any portion of the Total Advance remains unrecouped, the net aggregate charges and fees collected (and not refunded to consumers) by Ticketmaster (excluding, for the avoidance of doubt, Payment Processing Fees), following deduction of Principal's Royalties on such fees and charges, for all Attractions held at all Facilities during such Contract Year (the "Net TM Fees") will not be less than ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ (the "Net TM Fee Guarantee").  In the event the Net TM Fees collected by Ticketmaster as of the conclusion of any applicable Contract Year are less than the Net TM Fee Guarantee, Principal shall pay to Ticketmaster, within 60 days of Ticketmaster's demand, the difference between the Net TM Fee Guarantee and the Net TM Fees in that Contract Year (the "Deficiency Amount"). In the event Principal fails to make such payment within such timeframe, Ticketmaster will have the right to take any or all of the following actions: (i) terminate this Agreement, (ii) declare the total outstanding balance of the New Advance immediately due and owing, and (iii) commence legal action to foreclose on the 50T Security Interest and/or IMRE Security Interest in order to recoup the total outstanding balance of the New Advance and the Deficiency Amount plus interest on such amounts calculated at the prime rate plus two percent (2%)."

8.      **Website Design and Hosting**.  Section 3(d) of the Agreement is deleted in its entirety and replaced with the following:

"Website Design and Hosting: Ticketmaster will provide, at no additional charge, reasonable website design services for up to four (4) Principal websites (including, if applicable, through use of the services of a qualified and experienced third party designated by Ticketmaster in its reasonable discretion) during the Term of this Agreement. Ticketmaster will also pay for the cost of monthly hosting services for such Principal websites during the Term.  For clarity, however, in the event Principal requests additional website design services after the completion of the initial design and relaunch of those websites, Ticketmaster reserves the right to charge Principal for any such additional website design services."

9.      **Personal Guarantee of Seth Hurwitz**.  As a material condition of and inducement for Ticketmaster entering into this Amendment, Principal shall deliver to Ticketmaster a Personal Guarantee signed by Seth Hurwitz and duly notarized, in the form annexed hereto as Exhibit A.  Ticketmaster will have the right to conduct reasonable and customary due diligence in connection with the Personal Guarantee, and 50% of the reasonable and customary out-of-pocket costs actually paid by Ticketmaster in connection with such due diligence (which 50% share will not exceed ▓▓▓▓) will be added to the total of the outstanding balance of the Total Advance.

10.      **Conflicting Terms**.  In the event a conflict arises between this Amendment and the terms and conditions of the Agreement, the terms and conditions of this Amendment shall control.  Except as

4

IMP Amendment to User Agreement_03042021.docx

specifically set forth herein to the contrary, all of the terms and conditions of the Agreement are in full force and effect, shall continue in full force and effect throughout the term and are hereby ratified and confirmed by the parties.

      11.    **Counterparts and Electronic Signatures.**  This Amendment may be executed in two (2) or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  Counterparts may be delivered via facsimile, electronic mail (including pdf

*[SIGNATURES ON NEXT PAGE]*

5

IMP Amendment to User Agreement_03042021.docx

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-000023694

or any electronic signature complying with the U.S. federal ESIGN Act of 2000, e.g., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date set forth below.

TICKETMASTER L.L.C.

By: _____

Title: _____

Date: _____

IT'S MY VENUE, LLC d/b/a The Anthem
IT'S MY AMPHITHEATER, INC.
   d/b/a Merriweather Post Pavilion
SLEDGE, INC. d/b/a 9:30 Club
IT'S MY THEATRE, LLC d/b/a Lincoln Theatre

By: _____

Title: _____

Date: _____

6

IMP Amendment to User Agreement_03042021.docx

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-000023695

## Exhibit A

## Personal Guarantee

THIS PERSONAL GUARANTEE ("Personal Guarantee") is entered into on March __, 2021 by and between **SETH HURWITZ** and **CAROLINE HURWITZ** (collectively "Guarantors"), each an individual residing at [ADDRESS], and **TICKETMASTER L.L.C.** ("Ticketmaster"), a Virginia limited liability company, with reference to the following facts:

A.      Prior to the date hereof, Ticketmaster entered into that certain User Agreement (the "Agreement") dated effective as of August 1, 2019 with **It's My Venue, LLC** ("IMV") doing business as The Anthem and **It's My Amphitheatre, Inc.** ("IMA") doing business as Merriweather Post Pavilion.

B.      Ticketmaster, IMV, IMA and IMA's affiliates **Sledge, Inc.** ("Sledge") doing business as 9:30 Club, and **It's My Theatre, LLC** ("IMT", together with IMV, IMA and Sledge, "Principal") doing business as Lincoln Theatre desire to enter into an amendment to the Agreement (the "Amendment") in order to (i) add Sledge and IMT as parties to the Agreement with all rights and obligations of "Principal", (ii) extend the Term of the Agreement, (iii) make provision for Ticketmaster to pay an ▮▮▮▮▮▮ recoupable advance for the benefit of Principal, and (iv) amend the Agreement in certain other respects as set forth therein.

C.      As a condition of entering into the Amendment, Ticketmaster requires this Personal Guarantee.

NOW, THEREFORE, in order to induce Ticketmaster to enter into the Amendment, and in consideration of the promises and covenants set forth herein, Guarantors and Ticketmaster hereby agree as follows:

1.      Guarantee.   Guarantors hereby, on a joint and several basis, personally, fully and unconditionally guarantee the performance of Principal's obligations with respect to (a) recoupment or repayment of the Total Advance (as defined in the Agreement) and (b) the Net TM Fee Guarantee (as defined in the Agreement). Guarantors expressly acknowledge and agree that Ticketmaster will have full rights of recourse against Guarantors without any obligation to exhaust its rights or remedies against Principal.

2.      Representation and Warranty.   Guarantors hereby represent and warrant that the Net Worth Statement annexed hereto as Annex 1 is a true and accurate statement of all of Guarantors' material assets and liabilities as of the date hereof.

3.      Miscellaneous.   This Personal Guarantee embodies the entire promise of Guarantors to personally guarantee all of Principal's obligations under the Amendment, and supersedes all prior agreements and understandings relating to the subject matter described herein, whether oral or in writing. This Personal Guarantee may be modified only by written agreement signed by Guarantors and Ticketmaster.   This Personal Guarantee shall be interpreted and governed by the laws of the State of Maryland, without reference to conflict of laws principles. The state courts, and the United States federal courts that are located in the State of Maryland shall each have subject matter jurisdiction hereunder and personal jurisdiction over each of the parties hereto.  Each such party hereby consents thereto, and hereby waives any right it may have to assert the doctrine of forum non conveniens or to object to venue to the extent that any proceeding is conducted in accordance with the foregoing provision.  **EACH OF THE PARTIES WAIVES THE RIGHT TO A TRIAL BY JURY**.

*[SIGNATURES ON NEXT PAGE]*

7

IMP Amendment to User Agreement_03042021.docx

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-000023696

AGREED AND ACCEPTED:

AGREED AND ACCEPTED:

**TICKETMASTER L.L.C.**

By: _____

Name: _____

Title: _____

_____

**Seth Hurwitz**

_____

**Caroline Hurwitz**

STATE OF MARYLAND )
) ss.:
COUNTY OF MONTGOMERY )

On this $8$ day of MARCH, 2021, before me, the undersigned Notary Public, personally appeared SETH HURWITZ, known to me or proven to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

Signature: _____
Notary Public

Printed Name: BRAD CANFIELD

My Commission Expires: July 3, 2022

STATE OF MARYLAND )
) ss.:
COUNTY OF MONTGOMERY )

On this $8$ day of MARCH, 2021, before me, the undersigned Notary Public, personally appeared CAROLINE HURWITZ, known to me or proven to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

Signature: _____
Notary Public

Printed Name: BRAD CANFIELD

My Commission Expires: July 3, 2022

```
┌─────────────────────────────────────┐
│   BRAD MERRITT CANFIELD             │
│ 8    NOTARY PUBLIC                  │
│      HOWARD COUNTY                  │
│      MARYLAND                       │
│   MY COMMISSION EXPIRES JULY 3, 2022│
└─────────────────────────────────────┘
```

IMP Amendment to User Agreement_03042021.docx

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

A notary public or other officer completing this certificate verifies only the
identity of the individual who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ~~CALIFORNIA~~ *Washington*

COUNTY OF _King_

On _March 11th_, 2021, before me,
_Daniel Piatt_, Notary Public, personally
appeared _Geoffrey Caans_, who proved to me on the
basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ *Washington*
that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



_____
Signature, a Notary Public

9

IMP Amendment to User Agreement_03042021.docx

**Annex 1**

**Net Worth Statement of Seth Hurwitz and Caroline Hurwitz**

[TO BE ATTACHED]

10

IMP Amendment to User Agreement_03042021.docx

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                LNE22-000023699