DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F

# SEATGEEK

## Exclusive Ticketing and Sponsorship Term Sheet

This Exclusive Ticketing and Sponsorship Term Sheet ("Term Sheet"), effective as of ▮▮▮▮▮▮▮▮▮▮ (the "Effective Date"), is made and entered into by and between SeatGeek, Inc. ("SeatGeek"), Tennessee Football, Inc., doing business as Tennessee Titans ("Team"), and Cumberland Stadium, Inc., doing business as Nissan Stadium ("StadCo") (collectively, the "Client"), in order to summarize the key terms, including certain exclusivity terms as indicated below (it being understood that any secondary ticketing rights provided herein are solely with respect to Non-Team Events (as defined below)), upon which SeatGeek shall become (a) an exclusive primary ticketing partner to the Tennessee Titans ("Team"), a member franchise of the National Football League ("NFL" or "League"), and an exclusive primary ticketing partner to (i) the stadium currently known as "Nissan Stadium" in Nashville, Tennessee ("Stadium") and (ii) to the extent applicable, a new stadium to be built following the Effective Date in Nashville, Tennessee at which Team will play its home games ("New Stadium"), whose operating entity will be added to this Term Sheet and any Agreements as applicable upon its formation; and (b) a sponsor of the Team, Stadium and New Stadium. This Term Sheet consists of this Term Sheet, Appendix A - Additional Deal Terms, Appendix B - Primary Integration Requirements, and any other Exhibits or Appendices attached hereto, all of which are incorporated herein by this reference.

The Client and SeatGeek (each a "Party" and, together, the "Parties") intend to execute a long-form Exclusive Ticket Sales Services Agreement and a Sponsorship Agreement (together, the "Agreements") regarding the terms set forth herein, and other terms and conditions commonly included in such agreements; provided, however, that this Term Sheet shall be binding upon the Parties and shall remain in full force and effect unless and until such Agreements have been executed by the Parties. The Agreements between the Parties shall be negotiated in good faith and contain commercially reasonable terms and conditions substantially in the form of SeatGeek's ticketing services agreements with other League member clubs and consistent with the terms of this Term Sheet. It is anticipated that the Parties may enter into two separate sets of long form agreements relating to (x) Team Events (as defined below), and (y) Non-Team Events. "League Rules" has the meaning ascribed herein, and to the extent applicable, the terms of the Agreements and this Term Sheet are subject to League Rules.

| | |
|---|---|
| **SeatGeek Services** | SeatGeek shall provide each of the following services to the Client (the "SeatGeek Services"): |
| | <ul><li>Ticketing platform, including mobile and web applications, for the primary sale of tickets (the "Primary Platform");</li><li>Secondary marketplace platform, including mobile and web applications, for the secondary sale and exchange of tickets (together with the Primary Platform, the "SeatGeek Platform"), which is provided for Non-Team Events ;</li><li>Verification and fulfillment services;</li><li>Marketing services;</li><li>Integration, testing and training;</li><li>Hosting, maintenance and support; and</li><li>Periodic updates and enhancements, including updates and adoption of latest ticketing and visitor management systems.</li></ul> |
| | Additional commercial terms are set forth herein as Appendix A. In consideration for SeatGeek providing the SeatGeek Services, SeatGeek shall receive the fees set forth in Appendix A. In the event any applicable law, rule or regulation prohibits or makes impracticable the assessment of any charges or fees to consumers described in this Term Sheet, the Parties shall agree on alternative means, as permitted by applicable law, rule or regulation, for compensating each of SeatGeek and Client for amounts that would have been paid to such Party but for the applicable law, rule or regulation prohibiting the assessment of such amounts. |

**Ex. No**
**PX0313**
1:24-cv-03973

*Confidential and proprietary*

87658349.3

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F

| | |
|---|---|
| **Term and Termination** | The term of this Term Sheet shall begin on the Effective Date and continue (i) for a period of ██████ following the Start Date with respect to Non-Team Events, unless sooner terminated in accordance with its terms (the "Term"), provided for every Contract Year of the Term after Contract ████ that the Team does not relocate from the Team to the New Stadium, an additional Contract Year shall be added to the length of the Term (i.e., if the Team relocates to the New Stadium in Contract ████, the Term shall continue for a period of ██ ████ following the Start Date, with the Sponsorship Fee being increased by the Annual Escalator, as each such term is defined below) and (ii) through ████████████ with respect to Team Events with a mutual obligation to extend for up to an additional ████████ if the NFL removes (permanently or temporarily, whether in one or more separately adopted League Rules) the existing moratorium on ticketing agreements extending beyond the ████████, with such extension being on the same terms and conditions (except as modified in accordance with League Rules) and ending ████████████ (or if earlier, the latest date permitted by applicable League Rules), provided to the extent permitted by League Rules (as modified or supplemented), for every Contract Year of the Term after Contract ████ that the Team does not relocate from the Stadium to the New Stadium, an additional Contract Year shall be added to the length of the Term (i.e., if the Team relocates to the New Stadium in Contract ████, the Term shall continue for a period of ████████ following the Start Date, with the Sponsorship Fee being increased by the Annual Escalator, as each such term is defined below). "Start Date" shall mean ████████ unless an earlier date is mutually agreed by the Parties. Each year of the Term from ████████████ shall be referred to as a "Contract Year." Any expiration of the Term with respect to Team Events occurring pursuant to clause (ii) above prior to ████████ is referred to herein as a "Team Event Early Expiration." Notwithstanding anything to the contrary herein, with respect to all rights and obligations in connection with Team Events, the Agreements will terminate automatically on ████████ unless League Rules permit such Agreements to remain in effect beyond that date.

A Party may terminate this Term Sheet in the event that the counterparty breaches the Term Sheet in any material respect and the other party has failed to remedy such breach within thirty (30) days of notice of breach.  In the event SeatGeek terminates this Term Sheet or the Agreements, as applicable, as a result of a breach by Client, Client shall repay to SeatGeek a pro rata portion of the applicable Contract Year's Sponsorship Fee. |
| **Team Event Early Expiration** | In the event a Team Event Early Expiration occurs, then for all purposes of this Term Sheet and the Agreements:

(a) SeatGeek's rights (including exclusivity) and obligations with respect to Team and Team Events shall terminate and nothing shall restrict the Client from (x) utilizing one or more other providers for the SeatGeek Services for Team Events or (y) granting advertising, promotional, marketing, sponsorship, or activation rights and/or benefits in the Exclusive Category;

(b) SeatGeek's rights (including exclusivity) and obligations with respect to Non-Team Events shall continue in full force and effect;

(c) the Sponsorship Fee for each contract year in which SeatGeek's sponsorship rights are reduced pursuant to clause (a) above shall be reduced by the Parties working in good faith; and

(d) the advertising, promotional, marketing, sponsorship, and activation rights that SeatGeek receives shall be limited as necessary to comply with any exclusivities in the Exclusive Category granted by the NFL and/or the Client. |
| ████████ | ██████████████████████████████████████████████████<br>██████████████████████████████████████████████████<br>██████████████████████████████████████████████████ |

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



3

Highly Confidential

TFL_000379

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



4

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F

| | |
|---|---|
| | into this Term Sheet or the Agreements, and that any such reductions shall have no effect on the terms of this Term Sheet or the Agreements. |
| **Incremental Events** | For each year during the Term that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (or its successor) becomes subject to the Agreements such that SeatGeek is the exclusive ticket service provider for such event in a given Contract Year, SeatGeek will increase the Sponsorship Fee for such Contract Year as follows: <br><br> ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br> ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br><br> For all other events at the Stadium (or New Stadium, as applicable) that are not considered Team Events or Non-Team Events under the Agreements, and for which Client desires to have SeatGeek become the exclusive ticket service provider for, Client will notify SeatGeek and the Parties will negotiate in good faith an additional amount of the Sponsorship Fee for such additional event for each Contract Year. |
| **Exclusive Primary Ticketing Partner** | SeatGeek acknowledges that the Team has a pre-existing relationship with Ticketmaster for secondary ticketing services (and otherwise is a participant in the League-wide Ticketmaster agreement for resale services) for Team Events. Further, the Parties agree to keep events that will be on sale on Client's Ticketmaster platform under Client's pre-existing relationship with Ticketmaster. If Ticketmaster is unwilling to allow events that have gone on sale prior to ▮▮▮▮ ▮▮▮▮▮ and will be held after ▮▮▮▮▮▮▮▮▮ to remain on its platform (the "Pre-Existing Events"), upon reasonable advance notice from Client, SeatGeek guarantees the transition of the data for the Pre-Existing Events to its platform, including buyer name, email, phone and seat location. Client shall endeavor to provide the data to SeatGeek with as much notice as is practicable but not less than forty-five (45) days prior to the date of the Event and recognizes that the transition of data for Pre-Existing Events requires the timely receipt of such data in a format reasonably acceptable to SeatGeek. In the event a consumer requests a refund in connection with a Pre-Existing Event, the party that initially sold the ticket in conjunction with the Client will be responsible for the refund of the original purchase price. <br><br> With that exception, following the Start Date (i) with respect to Team Events and Non-Team Events scheduled to take place during the Term, the Client shall not, directly or indirectly, enter into any agreement with, or otherwise grant any rights and/or provide any advertising, promotional, marketing, sponsorship, or activation benefits to, any third party entity that falls within the Exclusive Category; and (ii) SeatGeek shall be the exclusive third-party seller of all primary tickets for all Team Events and Non-Team Events scheduled to take place during the Term via any and all means and methods, including via the internet, apps, social media, bots, by telephone, computer, IVR, outlets, television, clubs, VIP packages, presales, upsells, or by any other means of distribution, whether existing now or at any time in the future. Client shall ensure industry-standard availability of tickets with respect to every Team Event and Non-Team Event, and every Team Event and Non-Team Event shall be made available for distribution on the SeatGeek Platform. <br><br> For purposes of this Term Sheet, "<u>Events</u>" means all of Team's preseason, regular season and playoff home games ("<u>Team Events</u>") and all other concert, entertainment or other acts or events of any kind or nature whatsoever to be held at the Stadium (or New Stadium, as applicable) during the Term ("<u>Non-Team Events</u>"), but specifically excluding any of the following events: <br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

5

Highly Confidential

TFL_000381

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



Highly Confidential                                                            TFL_000382

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



Highly Confidential

TFL_000383

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



8

Highly Confidential

TFL_000384



9

Highly Confidential

TFL_000385

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



10

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



11

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



12

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F

       IN WITNESS WHEREOF, the Parties have caused this Term Sheet to be duly executed as of the Effective Date.

**TENNESSEE FOOTBALL, INC.**



By: _____

   Name:

   Title:    Chief Revenue Officer

**CUMBERLAND STADIUM, INC.**



By: _____

   Name:

   Title:    Chief Revenue Officer

**SEATGEEK, INC.**

By: _____
Jack Groetzinger
B0D570CF36C24FA...

Name: Jack Groetzinger

Title: Chief Executive Officer

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



**APPENDIX A**

Additional Deal Terms

The Parties shall add, collect and retain the fees as set forth herein. For the avoidance of doubt, all calculations of net primary and secondary fee revenue herein shall not include any taxes, chargebacks or credit card processing fees.

**Primary Ticketing**

For all online sales of individual Event primary tickets via the SeatGeek Platform, SeatGeek will charge and retain the Primary Team Event Ticket Fee, the Primary Concerts Ticket Fee, the Primary Other Events Ticket Fee, the Online Order Fee, and the Flexible Subscription Fee (collectively, "Fees") consistent with this Appendix A:

"Primary Team Event Ticket Fee": a mutually agreed upon industry standard service fee per ticket, ranging from ████████████████████████████████████████████████████████████████
████████████████

"Primary Concerts Ticket Fee": a mutually agreed upon industry standard service fee per ticket, ranging from ██████
██████████████████████████████████████

"Primary Other Events Ticket Fee": a mutually agreed upon industry standard service fee per ticket, ranging from ████████████████████████████████████████.

"Online Order Fee": an online order fee in an amount consistent with industry standards.

"Flexible Subscription Fee": a fee of ███████████████████████████████

████████████████████████████████

█ ███████████████████████████████████████████████████████
█ ███████████████████████████████████████████████████████
███████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

*Confidential and proprietary*

87658349.3

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F

▊

▊

- "Net Revenue" means ticket sales revenue actually received by SeatGeek net of any taxes, chargebacks and credit card processing fees.

▊

▊

## Secondary Ticketing

In connection with the sale of Non-Team Event secondary tickets via the SeatGeek Platform, SeatGeek will set purchaser and seller fees at industry standard rates in its sole discretion (together, the "Secondary Fees"). Promoters for third party events shall have the ability to disable the re-sale of tickets via the SeatGeek Platform in their discretion; provided that they do so consistent with their practice at other venues on the same tour.

In connection with the sale of Non-Team Event secondary tickets via the SeatGeek Platform, SeatGeek shall remit to Client ▊ actually received by SeatGeek net of any taxes, chargebacks and credit card processing fees. Upon Client's request, SeatGeek shall provide Client with a transaction-level breakdown of all Secondary Fees.

## Premium Inventory Management

For sales of all event types with premium and VIP inventory that requires dynamic pricing, Client shall have the option of ▊

## Refunds

All refunds of primary tickets shall be determined by Client in accordance with Client's then-current refund policy. It is agreed and understood that SeatGeek's agreement to make any refunds with respect to canceled Events or as otherwise directed by Client is subject and limited to SeatGeek receiving from Client the amount of funds due from Client to refund the Tickets sold with respect to such canceled Events. In the event SeatGeek refunds any secondary ticket fees, including refunds in the form of credit issuances, Client agrees to refund to SeatGeek within five (5) business days after any secondary ticket fee revenue received by Client related to such secondary ticket sale. SeatGeek shall have the right to withhold the amount of any refunds owed to SeatGeek from subsequent payments otherwise payable to Client. Upon Client's reasonable request, SeatGeek will provide reasonable evidence of the basis for such refund.

2

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



3

Highly Confidential

DocuSign Envelope ID: 79B817D8-B2A1-4526-B753-8E0673E2476F



4

Highly Confidential