**Subramanian NYSD Chambers**

| | |
|---|---|
| **From:** | Robin.Gushman@lw.com |
| **Sent:** | Monday, March 9, 2026 1:44 PM |
| **To:** | Subramanian NYSD Chambers |
| **Cc:** | David.Dahlquist@usdoj.gov; Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; Arianna.Markel@usdoj.gov; Alex.Cohen@usdoj.gov; Curtis.Strong@usdoj.gov; Jonathan.Hatch@ag.ny.gov; Adam.Gitlin@dc.gov; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Andrew.Gass@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Lindsey.Champlin@lw.com; Kelly.Fayne@lw.com; LMoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; Ehson.Kashfipour@lw.com |
| **Subject:** | United States et al. v. Live Nation, et al. (1:24-cv-03973) – Request to Withdraw Defendants' Motion to Exclude Trial Exhibits & Related Briefing |

**CAUTION - EXTERNAL:**

Dear Judge Subramanian:

In light of today's developments, Defendants respectfully request the Court's permission to withdraw their Motion to Exclude Trial Exhibits, filed on March 8, 2026 (ECF Nos. 1144 and 1146), without prejudice to renewing the motion, to give Defendants an opportunity to discuss these issues with the Plaintiff States. Defendants also request that all briefing on the Motion, including the filings made by the United States (ECF Nos. 1161, 1162, 1164), be removed from the docket.

Respectfully submitted,

**Robin L. Gushman**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.7830

---

> DENIED. The plaintiff states have indicated that they oppose the motion, and so withdrawing without prejudice won't solve anything. Of course, the parties should continue to meet and confer to determine whether the motion can be resolved without court intervention. The motion to remove public filings from the docket without justification is also denied.
>
> In the future, motions like these should be publicly docketed and not emailed privately to chambers.
>
> SO ORDERED.
>
> */s/ Arun Subramanian/*
>
> Arun Subramanian, U.S.D.J.
> Date: March 10, 2026

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.