**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>and<br><br>TICKETMASTER LLC,<br><br>Defendants. | Case No. 1:24–cv–3973<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Aric J. Smith hereby move this Court for an Order for admission to practice Pro Hac Vice and to appear as counsel for Plaintiff State of Colorado in the above-captioned action.

I am in good standing of the bar of the state of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED this 10th day of March, 2026.

Respectfully submitted,

1

2

/s/ Aric J. Smith
Aric J. Smith (CO Bar No. 57461)
Assistant Attorney General, Antitrust
Office of the Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6197
Email: aric.smith@coag.gov

*Counsel for Plaintiff State of Colorado*

2

## CERTIFICATE OF SERVICE

I, Aric Smith, hereby certify that on March 10, 2026, I electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Aric J. Smith
Aric J. Smith (CO Bar No. 57461)
Assistant Attorney General, Antitrust
Office of the Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6197
Email: aric.smith@coag.gov

*Counsel for Plaintiff State of Colorado*

3