AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03973-AS |
| Live Nation Entertainment, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York.

Date: 03/11/2026

s/ Jeffrey L. Kessler
*Attorney's signature*

Jeffrey L. Kessler 1539865
*Printed name and bar number*

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Address*

jkessler@winston.com
*E-mail address*

(212) 294-4698
*Telephone number*

(212) 294-4700
*FAX number*