UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., <br><br>                      Plaintiffs, <br><br>-against- <br><br>Live Nation Entertainment Inc. and Ticketmaster LLC, <br><br>                      Defendants. | 24-CV-3973 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court will hold a hearing at **3:00 PM** on **Friday, March 13, 2026** in Courtroom 23B. The principal decisionmakers for the states and defendants should be in attendance. If the parties reach a resolution before the hearing, or the Court's attention or assistance is needed in advance of the hearing (whether in terms of the parties' discussions or trial logistics) please let us know.

      SO ORDERED.

Dated: March 10, 2026
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge