UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants*. | Civil No. 1:24–cv–3973-AS<br><br>MOTION FOR ADMISSION PRO HAC VICE |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Anthony W. Mariano hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Commonwealth of Massachusetts in the above-captioned action.

    I am in good standing of the bars of the Commonwealth of Massachusetts and the State of New York and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 11, 2026

                                                      Respectfully submitted,

                                                      */s/ Anthony W. Mariano*
                                                      Anthony W. Mariano
                                                      Chief, Antitrust Division
                                                      Office of the Massachusetts Attorney General
                                                      One Ashburton Place, 20th Floor
                                                      Boston, MA 02108
                                                      (781) 835-7990
                                                      Anthony.Mariano@mass.gov

                                                      *Attorney for Commonwealth of Massachusetts*