# Exhibit 1

# Personal messages Ben Baker and Jeff Weinhold - 2022-03-30 (UTC)

Private 3/30/2022, 12:00 AM UTC
Ben Baker and Jeff Weinhold

Has deletions

- **Ben Baker (U01CZ408U8Y)BB**

  1/28/2022, 3:07 PM UTC

  [image: seat availability report screenshot — Kid Rock, Xfinity Amphitheatre, Sat Jun 11 2022 7:00 PM]

  3/30/2022, 8:34 AM UTC · 1/28/2022, 3:07 PM UTC
  image.png (F03O8KNQ9PZ) 1/28/2022, 3:07 PM UTC
  fucking outrageous
  1/28/2022, 3:07 PM UTC
  ~~fucking outrageous~~
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  jesus
  1/28/2022, 3:07 PM UTC
  ~~jesus~~
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  these people are so stupid
  1/28/2022, 3:08 PM UTC
  ~~these people are so stupid~~
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  i have VIP parking up to $250 lol
  1/28/2022, 3:08 PM UTC
  ~~i have VIP parking up to $250 lol~~
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i almost feel bad taking advantage of them
  1/28/2022, 3:08 PM UTC
  ~~i almost feel bad taking advantage of them~~
  3/30/2022, 8:34 AM UTC
  BAHAHAHAHAHA
  1/28/2022, 3:08 PM UTC
  ~~BAHAHAHAHAHA~~
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  i just raised club to $125
  1/28/2022, 3:08 PM UTC
  ~~i just raised club to $125~~
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i wonder if i can get $225
  1/28/2022, 3:08 PM UTC
  ~~i wonder if i can get $225~~
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

Ex. No
PX0720
1:24-cv-03973

CONFIDENTIAL

LNE-LIT24-000682631

haha
1/28/2022, 3:08 PM UTC
~~haha~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i'm gonna try it
1/28/2022, 3:08 PM UTC
~~i'm gonna try it~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

sure why not
1/28/2022, 3:09 PM UTC
~~sure why not~~
3/30/2022, 8:34 AM UTC
1/28/2022, 3:09 PM UTC

[receipt image: SEAT AVAILABILITY REPORT FOR EJL0826U AS OF FRI 28-JAN-22 10:07 / RECEIPT FOR VIP PARKING JIFFY LUBE LIVE **NOT AN EVENT TICKET** HANGTAG REQUIRED FRI AUG 26 2022 7:00 PM]

3/30/2022, 8:34 AM UTC                                                                       1/28/2022, 3:09 PM UTC
image.png (F0311T9CQE5)1/28/2022, 3:09 PM UTC

- Ben Baker (U01CZ408U8Y)BB

$250 for parking
1/28/2022, 3:09 PM UTC
~~$250 for parking~~
3/30/2022, 8:34 AM UTC
jesus christ
1/28/2022, 3:09 PM UTC
~~jesus christ~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

i mean for real lol
1/28/2022, 3:09 PM UTC
~~i mean for real lol~~
3/30/2022, 8:34 AM UTC
for one parking spot lol
1/28/2022, 3:09 PM UTC
~~for one parking spot lol~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

tiff's gonna be a wreck
1/28/2022, 3:15 PM UTC
~~tiff's gonna be a wreck~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

shes always a wreck. i mean you cant possibly check another venues MPE
1/28/2022, 3:16 PM UTC
~~shes always a wreck. i mean you cant possibly check another venues MPE~~
3/30/2022, 8:34 AM UTC
thats something the venue needs to pay for
1/28/2022, 3:16 PM UTC
~~thats something the venue needs to pay for~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

bad bunny isn't wavra is it?
1/28/2022, 3:18 PM UTC
~~bad bunny isn't wavra is it?~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

no
1/28/2022, 3:19 PM UTC

no
3/30/2022, 8:34 AM UTC
thankfully
1/28/2022, 3:19 PM UTC
thankfully
3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

well that's a win
1/28/2022, 3:19 PM UTC
well that's a win
3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

i dont understand why Keller is working on Pink
1/28/2022, 3:19 PM UTC
i dont understand why Keller is working on Pink
3/30/2022, 8:34 AM UTC
thats a wavra tour, w global ticketing people
1/28/2022, 3:19 PM UTC
thats a wavra tour, w global ticketing people
3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

1/28/2022, 3:19 PM UTC

> From: Warda Baig <WardaBaig@livenation.com>
> Date: January 28, 2022 at 9:10:59 AM CST
> To: Anna King <AnnaKing@livenation.com>, Callie Burnett <CallieBurnett@livenation.com>
> Subject: Bob Dylan - Counts
>
> Hey All
>
> Please send 30 min, 1 hour, 2 hour and end of day counts for Bob Dylan to the field. Use the 2018 sales for comparison
>
> Amy and anthony asked for them today
>
> They want the same counts as Buck and Dave are sending for their shows on fridays
>
> Thanks friends!
>
> Warda

3/30/2022, 8:34 AM UTC                                                                1/28/2022, 3:19 PM UTC
image.png (F031D34NKSL)1/28/2022, 3:19 PM UTC
fucking warda
1/28/2022, 3:19 PM UTC
fucking warda
3/30/2022, 8:34 AM UTC
get them yourself you lazy ass
1/28/2022, 3:20 PM UTC
get them yourself you lazy ass
3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

i would tell her that we dont send counts anymore.
1/28/2022, 3:21 PM UTC
i would tell her that we dont send counts anymore.
3/30/2022, 8:34 AM UTC
i stopped doing that years ago
1/28/2022, 3:21 PM UTC
i stopped doing that years ago
3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

i told ravi to address it w/her
1/28/2022, 3:21 PM UTC
i told ravi to address it w/her
3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

has your foreigner VIP sold well?
1/28/2022, 3:25 PM UTC
has your foreigner VIP sold well?
3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

i don't have them
1/28/2022, 3:28 PM UTC
i don't have them
3/30/2022, 8:34 AM UTC
mine is grand funk railroad
1/28/2022, 3:28 PM UTC
mine is grand funk railroad
3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

ah
1/28/2022, 3:28 PM UTC

CONFIDENTIAL                                                                                      LNE-LIT24-000682633

ah
3/30/2022, 8:34 AM UTC
oh wait wtf
1/28/2022, 3:28 PM UTC
oh wait wtf
3/30/2022, 8:34 AM UTC
all 50 of my VIP2 were just sitting there. Now all of a sudden 45 are in ???
1/28/2022, 3:28 PM UTC
all 50 of my VIP2 were just sitting there. Now all of a sudden 45 are in ???
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

wtf
1/28/2022, 3:30 PM UTC
wtf
3/30/2022, 8:34 AM UTC
did they sell
1/28/2022, 3:39 PM UTC
did they sell
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

I'm 💩
1/28/2022, 3:39 PM UTC
I'm 💩
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

lmao
1/28/2022, 3:39 PM UTC
lmao
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

1/28/2022, 3:49 PM UTC



3/30/2022, 8:34 AM UTC
Image from iOS (F030GS6QBPG)1/28/2022, 3:49 PM UTC
100% me w those 2 they have said I've been overdue for 9 months on
1/28/2022, 3:50 PM UTC
100% me w those 2 they have said I've been overdue for 9 months on
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

hahaha
1/28/2022, 3:50 PM UTC
hahaha
3/30/2022, 8:34 AM UTC
i forgot how dumb luke bryan holds were
1/28/2022, 3:50 PM UTC
i forgot how dumb luke bryan holds were
3/30/2022, 8:34 AM UTC

1/28/2022, 3:49 PM UTC

like there's no space
1/28/2022, 3:50 PM UTC
like there's no space
3/30/2022, 8:34 AM UTC
and all these support buys they never use are a fucking waste
1/28/2022, 3:50 PM UTC
and all these support buys they never use are a fucking waste
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  Yeah it's why IDGAF about the holds anymore. You want to hold the first 3000 seats? Fine. Fuck off.
  1/28/2022, 3:51 PM UTC
  Yeah it's why IDGAF about the holds anymore. You want to hold the first 3000 seats? Fine. Fuck off.
  3/30/2022, 8:34 AM UTC
  you get your VIP from Julyett?
  1/28/2022, 4:12 PM UTC
  you get your VIP from Julyett?
  3/30/2022, 8:34 AM UTC
  for Luke
  1/28/2022, 4:12 PM UTC
  for Luke
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  no
  1/28/2022, 4:12 PM UTC
  no
  3/30/2022, 8:34 AM UTC
  but i just placed holds and am sending to redlight
  1/28/2022, 4:13 PM UTC
  but i just placed holds and am sending to redlight
  3/30/2022, 8:34 AM UTC
  there's fucking nothing open
  1/28/2022, 4:13 PM UTC
  there's fucking nothing open
  3/30/2022, 8:34 AM UTC
  and my platnium loc's are shit bc all the god damn artist holds
  1/28/2022, 4:13 PM UTC
  and my platnium loc's are shit bc all the god damn artist holds
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  does it say to put artist in front of plat? i ignore that from heather. nobody checks locs that carefully
  1/28/2022, 4:14 PM UTC
  does it say to put artist in front of plat? i ignore that from heather. nobody checks locs that carefully
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  no but otherwise i'd have to put artist in my second level
  1/28/2022, 4:14 PM UTC
  no but otherwise i'd have to put artist in my second level
  3/30/2022, 8:34 AM UTC
  which i won't get away with
  1/28/2022, 4:14 PM UTC
  which i won't get away with
  3/30/2022, 8:34 AM UTC
  my lower level is only 10 rows
  1/28/2022, 4:14 PM UTC
  my lower level is only 10 rows
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  yeah thats brutal at your building
  1/28/2022, 4:15 PM UTC
  yeah thats brutal at your building
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  it kills me on heather's shows w/all the fuckin holds
  1/28/2022, 4:16 PM UTC
  it kills me on heather's shows w/all the fuckin holds
  3/30/2022, 8:34 AM UTC
  when did you start platinum for luke?
  1/28/2022, 5:13 PM UTC
  when did you start platinum for luke?
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  Ba
  1/28/2022, 5:13 PM UTC
  Ba
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  perfect
  1/28/2022, 5:13 PM UTC
  perfect
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  dont know if TM will fix it per the spec. but thats when i said to start it
  1/28/2022, 5:14 PM UTC

don't know if TM will fix it per the spec. but thats when i said to start it
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  1/28/2022, 5:16 PM UTC

  

  3/30/2022, 8:34 AM UTC
  image.png (F030Q40FBC2)1/28/2022, 5:16 PM UTC
  fucking buck
  1/28/2022, 5:16 PM UTC
  fucking buck
  3/30/2022, 8:34 AM UTC
  no wonder dallas expects shit
  1/28/2022, 5:17 PM UTC
  no wonder dallas expects shit
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  i mean how many times was it said on the national call that we should NOT BE DOING THAT anymore
  1/28/2022, 5:17 PM UTC
  i mean how many times was it said on the national call that we should NOT BE DOING THAT anymore
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  if my president asked me for that i would laugh
  1/28/2022, 5:17 PM UTC
  if my president asked me for that i would laugh
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  all my people know not to ask.
  1/28/2022, 5:18 PM UTC
  all my people know not to ask.
  3/30/2022, 8:34 AM UTC
  i stopped sending those YEARS ago as soon as everyone had the TM app
  1/28/2022, 5:18 PM UTC
  i stopped sending those YEARS ago as soon as everyone had the TM app
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  we have an entire analytics dept FFS
  1/28/2022, 5:19 PM UTC
  we have an entire analytics dept FFS
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  and everyone has TM1 access at this point
  1/28/2022, 5:20 PM UTC
  and everyone has TM1 access at this point
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  bookers are just lazy
  1/28/2022, 5:22 PM UTC
  bookers are just lazy

CONFIDENTIAL

LNE-LIT24-000682636

3/30/2022, 8:34 AM UTC
- Jeff Weinhold (U01BUG6UY5V)JW

SO FUCKING LAZY
1/28/2022, 5:22 PM UTC
~~SO FUCKING LAZY~~
3/30/2022, 8:34 AM UTC
omg w Ravi's cousin
1/28/2022, 5:26 PM UTC
~~omg w Ravi's cousin~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

are you charging bubble up box office SC?
1/28/2022, 5:26 PM UTC
~~are you charging bubble up box office SC?~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

no since we are going w archtics
1/28/2022, 5:27 PM UTC
~~no since we are going w archtics~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

yeah but idk if we can do archtics
1/28/2022, 5:27 PM UTC
~~yeah but idk if we can do archtics~~
3/30/2022, 8:34 AM UTC
jen jumped the gun but i think she's just gonna let it crash and burn TBH
1/28/2022, 5:27 PM UTC
~~jen jumped the gun but i think she's just gonna let it crash and burn TBH~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

ffs
1/28/2022, 5:27 PM UTC
~~ffs~~
3/30/2022, 8:34 AM UTC
hmmm maybe we should then
1/28/2022, 5:27 PM UTC
~~hmmm maybe we should then~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

NAM bugs out when you have over 500 tix in an account
1/28/2022, 5:27 PM UTC
~~NAM bugs out when you have over 500 tix in an account~~
3/30/2022, 8:34 AM UTC
i'm gonna quote them with it and not say anything and see if i can get away with it
1/28/2022, 5:27 PM UTC
~~i'm gonna quote them with it and not say anything and see if i can get away with it~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

and that accounts gonna have 5000 tickets in it
1/28/2022, 5:27 PM UTC
~~and that accounts gonna have 5000 tickets in it~~
3/30/2022, 8:34 AM UTC
ok we will too
1/28/2022, 5:28 PM UTC
~~ok we will too~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

yeah so you could create one account per venue
1/28/2022, 5:28 PM UTC
~~yeah so you could create one account per venue~~
3/30/2022, 8:34 AM UTC
bubble up's website only has 3 price options. so they're only getting those
1/28/2022, 5:31 PM UTC
~~bubble up's website only has 3 price options. so they're only getting those~~
3/30/2022, 8:34 AM UTC
i gave them seats in every PL. not anymore
1/28/2022, 5:32 PM UTC
~~i gave them seats in every PL. not anymore~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

fucking archaic website. just fucking put it on TM
1/28/2022, 5:34 PM UTC
~~fucking archaic website. just fucking put it on TM~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

if i only give them those price levels they'll have like 300 seats
1/28/2022, 5:34 PM UTC
~~if i only give them those price levels they'll have like 300 seats~~
3/30/2022, 8:34 AM UTC
bc all the other holds
1/28/2022, 5:34 PM UTC

be all the other holds
3/30/2022, 8:34 AM UTC
fuck it, i'm not changing it and they can deal w/it
1/28/2022, 5:34 PM UTC
fuck it, i'm not changing it and they can deal w/it
3/30/2022, 8:34 AM UTC
i gave them first two rows at every price break
1/28/2022, 5:34 PM UTC
i gave them first two rows at every price break
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  and i know we have this in an email somewhere but no bundles for DMB right?
  1/28/2022, 5:34 PM UTC
  and i know we have this in an email somewhere but no bundles for DMB right?
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  correct
  1/28/2022, 5:34 PM UTC
  correct
  3/30/2022, 8:34 AM UTC
  and no sponsor pre/post sale
  1/28/2022, 5:34 PM UTC
  and no sponsor pre/post sale
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  i dont have one here thankfully
  1/28/2022, 5:36 PM UTC
  i dont have one here thankfully
  3/30/2022, 8:34 AM UTC
  Ok EMT don't fail me a third time
  1/28/2022, 5:39 PM UTC
  Ok EMT don't fail me a third time
  3/30/2022, 8:34 AM UTC
  1/28/2022, 5:40 PM UTC
  3/30/2022, 8:34 AM UTC

CONFIDENTIAL
LNE-LIT24-000682638



5:40 PM UTC
Image from iOS (F0312SS3P97)1/28/2022, 5:40 PM UTC
FUCK
1/28/2022, 5:40 PM UTC
~~FUCK~~
3/30/2022, 8:34 AM UTC
this message popped up the 2 times it failed. Wtf
1/28/2022, 5:40 PM UTC
~~this message popped up the 2 times it failed. Wtf~~
3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

wtf
1/28/2022, 5:41 PM UTC
~~wtf~~
3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

I literally clicked submit and walked away from my computer thinking that I hit something the first 2 times.
1/28/2022, 5:41 PM UTC
~~I literally clicked submit and walked away from my computer thinking that I hit something the first 2 times.~~
3/30/2022, 8:34 AM UTC
What makes me mad is I tried to make a small change and it worked fine. So then I went back in to make the rest and get this. Guess I have to submit in small chunks.
1/28/2022, 5:43 PM UTC
~~What makes me mad is I tried to make a small change and it worked fine. So then I went back in to make the rest and get this. Guess I have to submit in small chunks.~~
3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

I'm up to 1,700 allocated platinum for kid rock lol
1/28/2022, 5:48 PM UTC
~~I'm up to 1,700 allocated platinum for kid rock lol~~
3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

you whore
1/28/2022, 5:50 PM UTC
~~you whore~~
3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

1/28/2022, 5:50 PM UTC
3/30/2022, 8:34 AM UTC



5:50 PM UTC
image.png (F03OHKPJ6TC)1/28/2022, 5:50 PM UTC
luke's holds are so dumb
1/28/2022, 5:50 PM UTC
~~luke's holds are so dumb~~
3/30/2022, 8:34 AM UTC
that's standard opens, vip, and platinum
1/28/2022, 5:50 PM UTC
~~that's standard opens, vip, and platinum~~
3/30/2022, 8:34 AM UTC
AKA nothing
1/28/2022, 5:50 PM UTC
~~AKA nothing~~
3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  i mean why even go on onsale
  1/28/2022, 5:50 PM UTC
  ~~i mean why even go on onsale~~
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  outrageous
  1/28/2022, 5:51 PM UTC
  ~~outrageous~~
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  and they never use 75% of the holds
  1/28/2022, 5:51 PM UTC
  ~~and they never use 75% of the holds~~
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  never
  1/28/2022, 5:51 PM UTC
  ~~never~~
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  i dont think platinum even sold well last year
  1/28/2022, 5:51 PM UTC
  ~~i dont think platinum even sold well last year~~
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  he's so overpriced
  1/28/2022, 5:51 PM UTC
  ~~he's so overpriced~~
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  SO overpriced
  1/28/2022, 5:51 PM UTC
  ~~SO overpriced~~
  3/30/2022, 8:34 AM UTC
  he should have been priced like 7-8 years ago when he was hot. instead of the 65, 45, 25 country used to do
  1/28/2022, 5:51 PM UTC
  ~~he should have been priced like 7-8 years ago when he was hot. instead of the 65, 45, 25 country used to do~~
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  yup
  1/28/2022, 5:52 PM UTC
  ~~yup~~
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  so i may have slightly lied to lisa
  1/28/2022, 6:09 PM UTC
  ~~so i may have slightly lied to lisa~~
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  oh yeah?
  1/28/2022, 6:09 PM UTC
  ~~oh yeah?~~
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  lol we havent had DMB since 2019 i think. so she had the OLD PS5 holds (aka the one w like 500 holds)
  1/28/2022, 6:10 PM UTC
  ~~lol we havent had DMB since 2019 i think. so she had the OLD PS5 holds (aka the one w like 500 holds)~~
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  oh jesus
  1/28/2022, 6:10 PM UTC
  ~~oh jesus~~
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  so since she always gives us not the best locs for venue holds, i kept like 200 of the PSS premium locations on the map
  1/28/2022, 6:11 PM UTC

  so since she always gives us not the best locs for venue holds, i kept like 200 of the PSS premium locations on the map
  3/30/2022, 8:34 AM UTC

  i mean i look at it that she got 300+ great locations back to use
  1/28/2022, 6:12 PM UTC

  i mean i look at it that she got 300+ great locations back to use
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  atta baby
  1/28/2022, 6:13 PM UTC

  atta baby
  3/30/2022, 8:34 AM UTC

  i only hold 70 venue
  1/28/2022, 6:13 PM UTC

  i only hold 70 venue
  3/30/2022, 8:34 AM UTC

  and we don't even go through them
  1/28/2022, 6:13 PM UTC

  and we don't even go through them
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  we traditionally hold 100 for resv +20 pit for GA Pit shows
  1/28/2022, 6:13 PM UTC

  we traditionally hold 100 for resv +20 pit for GA Pit shows
  3/30/2022, 8:34 AM UTC

  i dont normally use nearly that many ... but i kept them on so i can give to plat if needed
  1/28/2022, 6:13 PM UTC

  i dont normally use nearly that many ... but i kept them on so i can give to plat if needed
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i have 70 venue and 50 sponsor. so technically i do 120. but we never go through either
  1/28/2022, 6:13 PM UTC

  i have 70 venue and 50 sponsor. so technically i do 120. but we never go through either
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  i dont do a sponsor - just 1 hold
  1/28/2022, 6:14 PM UTC

  i dont do a sponsor - just 1 hold
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i do, and they're my worst shitty lower corners
  1/28/2022, 6:14 PM UTC

  i do, and they're my worst shitty lower corners
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  lol i give them the worst seats in my holds which are still too good for them but oh well
  1/28/2022, 6:14 PM UTC

  lol i give them the worst seats in my holds which are still too good for them but oh well
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i just like the separation
  1/28/2022, 6:15 PM UTC

  i just like the separation
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  i hear ya. Up until last year I had the same person processing my orders and she knew how i wanted them to go. Sponsor gets the worst. regular orders start about 1/4-1/2 way back. save first 1/4-1/2 for any real VIP requests .... or my orders haha
  1/28/2022, 6:16 PM UTC

  i hear ya. Up until last year I had the same person processing my orders and she knew how i wanted them to go. Sponsor gets the worst. regular orders start about 1/4-1/2 way back. save first 1/4-1/2 for any real VIP requests .... or my orders haha
  3/30/2022, 8:34 AM UTC

  i did DMB in EMT 4 times. All failed. finally did it in 4 separate chunks and it finally went through. Fuckin EMT
  1/28/2022, 6:20 PM UTC

  i did DMB in EMT 4 times. All failed. finally did it in 4 separate chunks and it finally went through. Fuckin EMT
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  that's weird
  1/28/2022, 6:21 PM UTC

  that's weird
  3/30/2022, 8:34 AM UTC

  fucking some scum broker out of NY gobbled my ADA for Kid Rock
  1/28/2022, 7:04 PM UTC

  fucking some scum broker out of NY gobbled my ADA for Kid Rock
  3/30/2022, 8:34 AM UTC

  normally i'd look other way but the dumbass listed them on TM+
  1/28/2022, 7:04 PM UTC

  normally i'd look other way but the dumbass listed them on TM+
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

yeah if they listed right away ... cancel them
1/28/2022, 7:06 PM UTC
yeah if they listed right away ... cancel them
3/30/2022, 8:34 AM UTC
thats annoying AF
1/28/2022, 7:07 PM UTC
thats annoying AF
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  yeah i ran a repgen and sent to TM
  1/28/2022, 7:07 PM UTC
  yeah i ran a repgen and sent to TM
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  who else can fix the PCI thing in concierge? Ive emailed concierge support 3 times w no reply. JLL BOM cant see CC#'s.
  1/28/2022, 7:23 PM UTC
  who else can fix the PCI thing in concierge? Ive emailed concierge support 3 times w no reply. JLL BOM cant see CC#'s.
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  send to hiten + jay
  1/28/2022, 7:23 PM UTC
  send to hiten + jay
  3/30/2022, 8:34 AM UTC
  but i still think they'll probably ask for marc's approval
  1/28/2022, 7:23 PM UTC
  but i still think they'll probably ask for marc's approval
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  who is Hiten?
  1/28/2022, 7:24 PM UTC
  who is Hiten?
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  hiten parmar
  1/28/2022, 7:24 PM UTC
  hiten parmar
  3/30/2022, 8:34 AM UTC
  he's the concierge dude
  1/28/2022, 7:24 PM UTC
  he's the concierge dude
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  the concierge support email ... only has 1 person in the distro lol
  1/28/2022, 7:24 PM UTC
  the concierge support email ... only has 1 person in the distro lol
  3/30/2022, 8:34 AM UTC
  Jay can help w that?
  1/28/2022, 7:24 PM UTC
  Jay can help w that?
  3/30/2022, 8:34 AM UTC
  Gabe Rosario is the only person that gets the concierge support emails lol
  1/28/2022, 7:25 PM UTC
  Gabe Rosario is the only person that gets the concierge support emails lol
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  just reply to the last one you sent and add them both on there and be like can one of you help? it's been 3 tries
  1/28/2022, 7:25 PM UTC
  just reply to the last one you sent and add them both on there and be like can one of you help? it's been 3 tries
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  glad i added Jay. He has a different support in his OOO
  1/28/2022, 7:30 PM UTC
  glad i added Jay. He has a different support in his OOO
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  hahahaha
  1/28/2022, 7:30 PM UTC
  hahahaha
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  LNE Concierge Support ... not just Concierge Support
  1/28/2022, 7:30 PM UTC
  LNE Concierge Support ... not just Concierge Support
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  oh, i didn't know there was a difference
  1/28/2022, 7:31 PM UTC
  oh, i didn't know there was a difference
  3/30/2022, 8:34 AM UTC
  i always email the LNE one

1/28/2022, 7:31 PM UTC
I always email the LNE one
3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  too many GD email addresses
  1/28/2022, 7:31 PM UTC
  too many GD email addresses
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  hahaha
  1/28/2022, 7:31 PM UTC
  hahaha
  3/30/2022, 8:34 AM UTC
  fuck it's only 2:30
  1/28/2022, 7:31 PM UTC
  fuck it's only 2:30
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  ONLY? I was about to say how is it 2:30 already
  1/28/2022, 7:31 PM UTC
  ONLY? I was about to say how is it 2:30 already
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  hahahaha
  1/28/2022, 7:31 PM UTC
  hahahaha
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  they keep changing the menu on slack making it harder and harder to send GIF lol
  1/28/2022, 7:32 PM UTC
  they keep changing the menu on slack making it harder and harder to send GIF lol
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  you know you can just type / giphy (without the space) then any word, right?
  1/28/2022, 7:33 PM UTC
  you know you can just type / giphy (without the space) then any word, right?
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  well shit
  1/28/2022, 7:34 PM UTC
  well shit
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  lol did you not know that?
  1/28/2022, 7:34 PM UTC
  lol did you not know that?
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  nope
  1/28/2022, 7:35 PM UTC
  nope
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  that's what i always use
  1/28/2022, 7:35 PM UTC
  that's what i always use
  3/30/2022, 8:34 AM UTC
  how is your kid rock only getting a 63% lift
  1/28/2022, 7:55 PM UTC
  how is your kid rock only getting a 63% lift
  3/30/2022, 8:34 AM UTC
  lol
  1/28/2022, 7:55 PM UTC
  lol
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  fucking plat team
  1/28/2022, 7:55 PM UTC
  fucking plat team
  3/30/2022, 8:34 AM UTC
  i gave them another 100 today
  1/28/2022, 7:56 PM UTC
  i gave them another 100 today
  3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  they sold some of my lowest PL ($48.50) at $117.50 lol
  1/28/2022, 7:56 PM UTC
  they sold some of my lowest PL ($48.50) at $117.50 lol
  3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

    i stole more KR VIP than what they said to ... oh well
    1/28/2022, 7:56 PM UTC
    i stole more KR VIP than what they said to ... oh well
    3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

    i only have singles left for his VIP
    1/28/2022, 7:57 PM UTC
    i only have singles left for his VIP
    3/30/2022, 8:34 AM UTC
    we sold $1,250 front row platinum and $1,313
    1/28/2022, 7:57 PM UTC
    we sold $1,250 front row platinum and $1,313
    3/30/2022, 8:34 AM UTC
    third row we sold 12 at $1,111/ea
    1/28/2022, 7:57 PM UTC
    third row we sold 12 at $1,111/ea
    3/30/2022, 8:34 AM UTC
    jesus christ
    1/28/2022, 7:58 PM UTC
    jesus christ
    3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

    Dean w his "happen to have seats for review" email for Key. GFY Dean
    1/28/2022, 8:08 PM UTC
    Dean w his "happen to have seats for review" email for Key. GFY Dean
    3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

    i basically told him to fuck off yesterday
    1/28/2022, 8:09 PM UTC
    i basically told him to fuck off yesterday
    3/30/2022, 8:34 AM UTC
    he wanted to add 10 to VIP3. And i may have lied and told Jen it would impact platinum as we'd have to take from there
    1/28/2022, 8:10 PM UTC
    he wanted to add 10 to VIP3. And i may have lied and told Jen it would impact platinum as we'd have to take from there
    3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

    i dont even reply. When i have shit, i'll send
    1/28/2022, 8:10 PM UTC
    i dont even reply. When i have shit, i'll send
    3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

    then he's like can we add behind? and i said nope bc then VIP3 and VIP4 would share a row and we'll have issues
    1/28/2022, 8:10 PM UTC
    then he's like can we add behind? and i said nope bc then VIP3 and VIP4 would share a row and we'll have issues
    3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

    Jessica put the wrong archtics event code in an event and made avail but didnt do any of the DIGIT and stuff. Can i just change that in the event edit?
    1/28/2022, 8:16 PM UTC
    Jessica put the wrong archtics event code in an event and made avail but didnt do any of the DIGIT and stuff. Can i just change that in the event edit?
    3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

    yeah, just change the 2JLXXXX to whatever it is
    1/28/2022, 8:16 PM UTC
    yeah, just change the 2JLXXXX to whatever it is
    3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

    but if she HAD digited we would have had to del inventory, update and then redigit?
    1/28/2022, 8:17 PM UTC
    but if she HAD digited we would have had to del inventory, update and then redigit?
    3/30/2022, 8:34 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

    i don't think so
    1/28/2022, 8:17 PM UTC
    i don't think so
    3/30/2022, 8:34 AM UTC
    archtics digits based on the host event ID and TM event ID
    1/28/2022, 8:18 PM UTC
    archtics digits based on the host event ID and TM event ID
    3/30/2022, 8:34 AM UTC
    you can change the archtics ID as long as there are no sales
    1/28/2022, 8:18 PM UTC
    you can change the archtics ID as long as there are no sales
    3/30/2022, 8:34 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

    ok just running through the process in my head
    1/28/2022, 8:18 PM UTC
    ok just running through the process in my head
    3/30/2022, 8:34 AM UTC
    ok cool

1/28/2022, 8:18 PM UTC
~~ok cool~~
3/30/2022, 8:34 AM UTC
yup knew that. ok thanks
1/28/2022, 8:19 PM UTC
~~yup knew that. ok thanks~~
3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  it's only 3:20
  1/28/2022, 8:19 PM UTC
  ~~it's only 3:20~~
  3/30/2022, 8:34 AM UTC
  it's only been 50 minutes since i said it was only 2:30
  1/28/2022, 8:19 PM UTC
  ~~it's only been 50 minutes since i said it was only 2:30~~
  3/30/2022, 8:34 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  really? that wasnt 10 minutes ago?
  1/28/2022, 8:20 PM UTC
  ~~really? that wasn't 10 minutes ago?~~
  3/30/2022, 8:34 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  lmao
  1/28/2022, 8:21 PM UTC
  ~~lmao~~
  3/30/2022, 8:34 AM UTC
  it's dragging for me and flying for you
  1/28/2022, 8:21 PM UTC
  ~~it's dragging for me and flying for you~~
  3/30/2022, 8:34 AM UTC