# Exhibit 2

## Personal messages Ben Baker and Jeff Weinhold - 2022-03-14 (UTC)

Private 3/14/2022, 12:00 AM UTC
Ben Baker and Jeff Weinhold

**Has deletions**

- Jeff Weinhold (U01BUG6UY5V)JW

  lol Lilia is like "its 9am and im already over today"
  1/12/2022, 5:05 PM UTC
  ~~lol Lilia is like "its 9am and im already over today"~~
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  lmao
  1/12/2022, 5:06 PM UTC
  ~~lmao~~
  3/14/2022, 8:55 AM UTC

  i hate the ZBB holds. they're so fucking stupid
  1/12/2022, 5:06 PM UTC
  ~~i hate the ZBB holds. they're so fucking stupid~~
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  and LN will start on Wed
  1/12/2022, 5:06 PM UTC
  ~~and LN will start on Wed~~
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  basically all my VIP2 seats are held in odd blocks
  1/12/2022, 5:06 PM UTC
  ~~basically all my VIP2 seats are held in odd blocks~~
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  SOOOOO many holds. but they are actually better than they used to be
  1/12/2022, 5:06 PM UTC
  ~~SOOOOO many holds. but they are actually better than they used to be~~
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  to get to where they need to
  1/12/2022, 5:06 PM UTC
  ~~to get to where they need to~~
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  when they did the Eat and Greets they used to hold like 500-600
  1/12/2022, 5:07 PM UTC
  ~~when they did the Eat and Greets they used to hold like 500-600~~
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  i guessed spotify would be thursday when i built. now it's gonna kick into review when i edit. oh well
  1/12/2022, 5:07 PM UTC
  ~~i guessed spotify would be thursday when i built. now it's gonna kick into review when i edit. oh well~~
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  lol
  1/12/2022, 5:07 PM UTC
  ~~lol~~
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  1/12/2022, 5:35 PM UTC
  3/14/2022, 8:55 AM UTC

**Ex. No PX0719**
1:24-cv-03973



5:35 PM UTC
image.png (F02TJTPEEKG)1/12/2022, 5:35 PM UTC
- Jeff Weinhold (U01BUG6UY5V)JW

    lol FFS
    1/12/2022, 5:37 PM UTC
    lol FFS
    3/14/2022, 8:55 AM UTC
    is it the TMORS?
    1/12/2022, 5:37 PM UTC
    is it the TMORS?
    3/14/2022, 8:55 AM UTC
- Ben Baker (U01CZ408U8Y)BB

    yes
    1/12/2022, 5:37 PM UTC
    yes
    3/14/2022, 8:55 AM UTC
- Jeff Weinhold (U01BUG6UY5V)JW

    lol she was ON TOP of that haha
    1/12/2022, 5:37 PM UTC
    lol she was ON TOP of that haha
    3/14/2022, 8:55 AM UTC
- Ben Baker (U01CZ408U8Y)BB

    i litera ly just submitted it like 30 min ago and she freaks out

HIGHLY CONFIDENTIAL                                                                  LNE-LIT24-000682263

1/12/2022, 5:37 PM UTC
literally just submitted it like 20 min ago and she freaks out
3/14/2022, 8:55 AM UTC
I'm like calm down
1/12/2022, 5:37 PM UTC
I'm like calm down
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

somehow LeBlancs lacky already has the new JLL BOMS email address and was asking her questions. I slacked Jay and i Was like man that was fast, shes been here 2 days
1/12/2022, 5:38 PM UTC
somehow LeBlancs lacky already has the new JLL BOMS email address and was asking her questions. I slacked Jay and i Was like man that was fast, shes been here 2 days
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

hananaha
1/12/2022, 5:38 PM UTC
hahahaha
3/14/2022, 8:55 AM UTC
i really wonder where hayden gets his pricing for these ancil's
1/12/2022, 5:38 PM UTC
i really wonder where hayden gets his pricing for these ancil's
3/14/2022, 8:55 AM UTC
suggested club price: $75
1/12/2022, 5:38 PM UTC
suggested club price: $75
3/14/2022, 8:55 AM UTC
meanwhile - here's what I did in 2020
1/12/2022, 5:38 PM UTC
meanwhile - here's what I did in 2020
3/14/2022, 8:55 AM UTC
1/12/2022, 5:38 PM UTC



3/14/2022, 8:55 AM UTC                                                                      1/12/2022, 5:38 PM UTC
image.png (F02T60K8ZG) 1/12/2022, 5:38 PM UTC
sold it out at $99 and up
1/12/2022, 5:39 PM UTC
sold it out at $99 and up
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

lol god blesshim
1/12/2022, 5:39 PM UTC
lol god blesshim
3/14/2022, 8:55 AM UTC
i told Jessica to just ignore his emails
1/12/2022, 5:39 PM UTC
i told Jessica to just ignore his emails
3/14/2022, 8:55 AM UTC
lol
1/12/2022, 5:39 PM UTC
lol
3/14/2022, 8:55 AM UTC
(new JLL BOM)
1/12/2022, 5:39 PM UTC
(new JLL BOM)
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

HIGHLY CONFIDENTIAL

i like hayden
1/12/2022, 5:40 PM UTC
i like hayden
3/14/2022, 8:55 AM UTC
i just think he's in a weird spot
1/12/2022, 5:41 PM UTC
i just think he's in a weird spot
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  oh i like him too. I just dont understand the role
  1/12/2022, 5:41 PM UTC
  oh i like him too. i just dont understand the role
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  i understand the role as far as the management of NOS upsells via NAM or whatever flow that is
  1/12/2022, 5:41 PM UTC
  i understand the role as far as the management of NOS upsells via NAM or whatever flow that is
  3/14/2022, 8:55 AM UTC
  but nobody understands the individual markets better than the folks in those markets
  1/12/2022, 5:41 PM UTC
  but nobody understands the individual markets better than the folks in those markets
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  yes if he is handling that that makes sense
  1/12/2022, 5:41 PM UTC
  yes if he is handling that that makes sense
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  if i listened to that spreadsheet we'd never make money
  1/12/2022, 5:42 PM UTC
  if i listened to that spreadsheet we'd never make money
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  i agree. which is why we are always fighting the touring/mgt folks
  1/12/2022, 5:42 PM UTC
  i agree. which is why we are always fighting the touring/mgt folks
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  parking alone I did almost $200K more than 2019...with LESS shows
  1/12/2022, 5:42 PM UTC
  parking alone I did almost $200K more than 2019...with LESS shows
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  no shit. I sold 37 VIP Club @ $225 for Morgan Wallen lol
  1/12/2022, 5:42 PM UTC
  no shit. I sold 37 VIP Club @ $225 for Morgan Wallen lol
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  right? like fuck
  1/12/2022, 5:42 PM UTC
  right? like fuck
  3/14/2022, 8:55 AM UTC
  i'm starting at $109 for ZBB
  1/12/2022, 5:42 PM UTC
  i'm starting at $109 for ZBB
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  we sell "reserved" premier parking. its only 15 and we sell all of them every show. We were doing $15 above the premier price all of the last 2 years. Im now automatically doing $30 above MIN.
  1/12/2022, 5:43 PM UTC
  we sell "reserved" premier parking. its only 15 and we sell all of them every show. We were doing $15 above the premier price all of the last 2 years. Im now automatically doing $30 above MIN.
  3/14/2022, 8:55 AM UTC
  im done asking people for permission ... i just do it now
  1/12/2022, 5:43 PM UTC
  im done asking people for permission ... i just do it now
  3/14/2022, 8:55 AM UTC

HIGHLY CONFIDENTIAL

3/14/2022, 8:55 AM UTC
- Ben Baker (U01CZ408U8Y)BB

  i charge $50 to park in the grass lmao
  1/12/2022, 5:44 PM UTC
  i charge $50 to park in the grass lmao
  3/14/2022, 8:55 AM UTC
  i charge $60 for closer grass
  1/12/2022, 5:44 PM UTC
  i charge $60 for closer grass
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  VIP parking was supposed to be $75. i now START at $100
  1/12/2022, 5:44 PM UTC
  VIP parking was supposed to be $75. i now START at $100
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  $75 for one way valet
  1/12/2022, 5:44 PM UTC
  $75 for one way valet
  3/14/2022, 8:55 AM UTC
  $100 for oversize which doesn't give you ANY benefits. there's no RV plug in's AND you still have to walk 3/4 of a mile
  1/12/2022, 5:44 PM UTC
  $100 for oversize which doesn't give you ANY benefits. there's no RV plug in's AND you still have to walk 3/4 of a mile
  3/14/2022, 8:55 AM UTC
  hahahaha
  1/12/2022, 5:44 PM UTC
  hahahaha
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  lol
  1/12/2022, 5:46 PM UTC
  lol
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  1/12/2022, 5:46 PM UTC

  | Year | Premier Parking Gross | $ Growth | % Growth |
  |---|---|---|---|
  | 2018 | $ 470,475.00 | | |
  | 2019 | $ 499,415.00 | $ 28,940.00 | 6% |
  | 2021 | $ 666,230.00 | $166,815.00 | 33% |

  3/14/2022, 8:55 AM UTC          1/12/2022, 5:46 PM UTC
  image.png (F02U49T9CMP)1/12/2022, 5:46 PM UTC
  robbing them blind baby
  1/12/2022, 5:46 PM UTC
  robbing them blind baby
  3/14/2022, 8:55 AM UTC
  that's how we do
  1/12/2022, 5:47 PM UTC
  that's how we do
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  lol
  1/12/2022, 5:47 PM UTC
  lol
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  i'm still bitter dead & co canceled or i would have been second in platinum lft behind hollywood bowl. instead oconnor got me
  1/12/2022, 5:47 PM UTC
  i'm still bitter dead & co canceled or i would have been second in platinum lft behind hollywood bowl. instead oconnor got me
  3/14/2022, 8:55 AM UTC
  that bastard
  1/12/2022, 5:48 PM UTC
  that bastard
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  HAHAHA

1/12/2022, 5:50 PM UTC
HAHAHA
3/14/2022, 8:55 AM UTC
were you w LN when they did awards at the LN conference? I think they only did it one year.
1/12/2022, 5:50 PM UTC
were you w LN when they did awards at the LN conference? I think they only did it one year.
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  no
  1/12/2022, 5:50 PM UTC
  no
  3/14/2022, 8:55 AM UTC
  but gimme a plaque dammit
  1/12/2022, 5:50 PM UTC
  but gimme a plaque dammit
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  Holtz won like 80% of the ticketing awards cause well ... NYC
  1/12/2022, 5:50 PM UTC
  Holtz won like 80% of the ticketing awards cause well ... NYC
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  they mentioned our % platinum increase at M DFL in santa monica
  1/12/2022, 5:50 PM UTC
  they mentioned our % platinum increase at M DFL in santa monica
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  they were cool guitars w a engraved plaque on them
  1/12/2022, 5:51 PM UTC
  they were cool guitars w a engraved plaque on them
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  wow
  1/12/2022, 5:51 PM UTC
  wow
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  so for ZBB special you did a different one for each PS protected vs not?
  1/12/2022, 6:09 PM UTC
  so for ZBB special you did a different one for each PS protected vs not?
  3/14/2022, 8:55 AM UTC
  im just doing one Preferred offer and then TM can add more if they need that
  1/12/2022, 6:10 PM UTC
  im just doing one Preferred offer and then TM can add more if they need that
  3/14/2022, 8:55 AM UTC
  you cant built the aisle offer w the pw anyways
  1/12/2022, 6:10 PM UTC
  you cant built the aisle offer w the pw anyways
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  1/12/2022, 6:10 PM UTC

HIGHLY CONFIDENTIAL

LNE-LIT24-000682267

> 02 / Pre & Post sales
> Pre/Post-sale # 1: Legacy Zamily Member Presale    VISIBLE
> Channels: INTERNET
> Start: TUE 18-JAN-22 10:00 am    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 2: Zamily Presale    VISIBLE
> Channels: INTERNET
> Start: TUE 18-JAN-22 11:00 am    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 3: Zamily VIP/Aisle/Platinum Presale    VISIBLE
> Channels: INTERNET
> Start: TUE 18-JAN-22 10:00 am    End: TUE 18-JAN-22 11:59 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 4: Fan Club Bundle    VISIBLE
> Channels: INTERNET
> Start: TUE 18-JAN-22 12:00 pm    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 6: Citi® Cardmember Presale    VISIBLE
> Channels: INTERNET
> Start: TUE 18-JAN-22 12:00 pm    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 7: VIP Package & Platinum Public Presale    VISIBL
> Channels: INTERNET
> Start: TUE 18-JAN-22 12:00 pm    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 8: Spotify Presale    VISIBLE
> Channels: INTERNET
> Start: THU 20-JAN-22 10:00 am    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 9: Support Presale    VISIBLE
> Channels: INTERNET
> Start: THU 20-JAN-22 10:00 am    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 10: Live Nation Presale    VISIBLE
> Channels: INTERNET
> Start: THU 20-JAN-22 10:00 am    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:

3/14/2022, 8:55 AM UTC                                                   1/12/2022, 6:10 PM UTC
image.png (F02TU471D8U)1/12/2022, 6:10 PM UTC
1/12/2022, 6:10 PM UTC

> Pre/Post-sale # 11: Live Nation Sponsor Presale    VISIBLE
> Channels: INTERNET
> Start: THU 20-JAN-22 10:00 am    End: THU 20-JAN-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 12: Citi® Cardmember Preferred Tickets    VISIBLE
> Channels: INTERNET
> Start: FRI 21-JAN-22 10:00 am    End: SAT 10-SEP-22 10:00 pm
> Description:
> Link Text:
> Link:
>
> Pre/Post-sale # 13: VIP Packages On Sale    VISIBLE
> Channels: INTERNET
> Start: FRI 21-JAN-22 10:00 am    End: SAT 1-OCT-22 10:00 pm
> Description:
> Link Text:
> Link:

3/14/2022, 8:55 AM UTC                                                   1/12/2022, 6:10 PM UTC
image.png (F02U4EDPXMF)1/12/2022, 6:10 PM UTC

- **Jeff Weinhold (U01BUG6UY5V) JW**

so you didnt make one for the regular aisle?
1/12/2022, 6:11 PM UTC
so you didnt make one for the regular aisle?
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y) BB**

i didn't build any of the zamily masks or shit
1/12/2022, 6:11 PM UTC
i didn't build any of the zamily masks or shit
3/14/2022, 8:55 AM UTC
i never put aisle offer in the special sales slots
1/12/2022, 6:11 PM UTC

i never put aisle offer in the special sales slots
3/14/2022, 8:55 AM UTC
i think it's dumb
1/12/2022, 6:11 PM UTC
i think it's dumb
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  oh i do
  1/12/2022, 6:11 PM UTC
  oh i do
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  i just set it to enable via custom times
  1/12/2022, 6:11 PM UTC
  i just set it to enable via custom times
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  Official Plat, VIP Presale, Preferred Seating
  1/12/2022, 6:11 PM UTC
  Official Plat, VIP Presale, Preferred Seating
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  i did it this time because i looked at the 2020 spec and how we programmed, but in general i don't put the aisle in special sales
  1/12/2022, 6:12 PM UTC
  i did it this time because i looked at the 2020 spec and how we programmed, but in general i don't put the aisle in special sales
  3/14/2022, 8:55 AM UTC
  platinum and V P - yes. but aisle, nah
  1/12/2022, 6:12 PM UTC
  platinum and VIP - yes. but aisle, nah
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  gotcah
  1/12/2022, 6:12 PM UTC
  gotcah
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  i also already have AISLEPRE/AISLEP on my maps cause i like it separated
  1/12/2022, 6:12 PM UTC
  i also already have AISLEPRE/AISLEP on my maps cause i like it separated
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  ew no thanks
  1/12/2022, 6:13 PM UTC
  ew no thanks
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  so they'll use that for the zam ly. then just double settsk the regular AISLE
  1/12/2022, 6:13 PM UTC
  so they'll use that for the zamily. then just double settsk the regular AISLE
  3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  and i never take aisle offsale
  1/12/2022, 6:13 PM UTC
  and i never take aisle offsale
  3/14/2022, 8:55 AM UTC
  or platinum
  1/12/2022, 6:13 PM UTC
  or platinum
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  i generally do
  1/12/2022, 6:13 PM UTC
  i generally do
  3/14/2022, 8:55 AM UTC
  just because in other venues i've worked we've gotten angry people claiming we were only selling marked up tickets
  1/12/2022, 6:13 PM UTC

~~just because in other venues i've worked we've gotten angry people claiming we were only selling marked up tickets~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

yeah thats the point. if youwant to buy before 10am ... pay me!
1/12/2022, 6:14 PM UTC
~~yeah thats the point. if youwant to buy before 10am ... pay me!~~
3/14/2022, 8:55 AM UTC
lol
1/12/2022, 6:14 PM UTC
~~lol~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i gouge them on ancil prices to make up for it
1/12/2022, 6:17 PM UTC
~~i gouge them on ancil prices to make up for it~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

ew you call it Aisle?
1/12/2022, 6:19 PM UTC
~~ew you call it Aisle?~~
3/14/2022, 8:55 AM UTC
Preferred Seating baby
1/12/2022, 6:19 PM UTC
~~Preferred Seating baby~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i called it aisle on zbb ONLY
1/12/2022, 6:19 PM UTC
~~i called it aisle on zbb ONLY~~
3/14/2022, 8:55 AM UTC
because that's how it was on the spec in 2020
1/12/2022, 6:19 PM UTC
~~because that's how it was on the spec in 2020~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

ah
1/12/2022, 6:19 PM UTC
~~ah~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

every other show is preferred seating
1/12/2022, 6:20 PM UTC
~~every other show is preferred seating~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

i like getting the front rows of all the sections in there
1/12/2022, 6:20 PM UTC
~~i like getting the front rows of all the sections in there~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

trust me - i was annoyed lol
1/12/2022, 6:20 PM UTC
~~trust me - i was annoyed lol~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

lol
1/12/2022, 6:20 PM UTC
~~lol~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i can't do that because that's my ADA
1/12/2022, 6:20 PM UTC
~~i can't do that because that's my ADA~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

im goig w preferred and see if they switch it
1/12/2022, 6:20 PM UTC
im goig w preferred and see if they switch it
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

Ha
1/12/2022, 6:21 PM UTC
Ha
3/14/2022, 8:55 AM UTC
Alright time to go see my hot dentist and get yelled at for not flossing
1/12/2022, 6:21 PM UTC
Alright time to go see my hot dentist and get yelled at for not flossing
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

your one w the passwrod is set till 11:59pm instead of AM
1/12/2022, 6:22 PM UTC
your one w the passwrod is set till 11:59pm instead of AM
3/14/2022, 8:55 AM UTC
did that person eat Haley?
1/12/2022, 7:06 PM UTC
did that person eat Haley?
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

huh
1/12/2022, 8:10 PM UTC
huh
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

didnt know you werent on the callslacker
1/12/2022, 8:11 PM UTC
didnt know you werent on the callslacker
3/14/2022, 8:55 AM UTC
hailey looks like she expanded during break
1/12/2022, 8:11 PM UTC
hailey looks like she expanded during break
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i literally told you i was leaving to go see my hot dentist lol
1/12/2022, 8:12 PM UTC
i literally told you i was leaving to go see my hot dentist lol
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

oh shit i did miss that lol
1/12/2022, 8:13 PM UTC
oh shit i did miss that lol
3/14/2022, 8:55 AM UTC
you see my note about your presale times?
1/12/2022, 8:13 PM UTC
you see my note about your presale times?
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

yeah i just fixed it in ITV
1/12/2022, 8:13 PM UTC
yeah i just fixed it in ITV
3/14/2022, 8:55 AM UTC
good catch
1/12/2022, 8:13 PM UTC
good catch
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

yup yup
1/12/2022, 8:14 PM UTC
yup yup
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

1/12/2022, 8:15 PM UTC
3/14/2022, 8:55 AM UTC

HIGHLY CONFIDENTIAL



8:15 PM UTC
image.png (F02TBTRK5K9) 1/12/2022, 8:15 PM UTC
do i want to be nice
1/12/2022, 8:15 PM UTC
do i want to be nice
3/14/2022, 8:55 AM UTC
- Jeff Weinhold (U01BUG6UY5V) JW

lol yes just give em the refund lol
1/12/2022, 8:15 PM UTC
lol yes just give em the refund lol
3/14/2022, 8:55 AM UTC
- Ben Baker (U01CZ408U8Y) BB

you've gone soft
1/12/2022, 8:15 PM UTC
you've gone soft
3/14/2022, 8:55 AM UTC
1/12/2022, 8:17 PM UTC
3/14/2022, 8:55 AM UTC

HIGHLY CONFIDENTIAL



image.png (F02TBU0HUE8) 1/12/2022, 8:17 PM UTC

- **Jeff Weinhold (U01BUG6UY5V) JW**

  im sure you'll do it for the $20
  1/12/2022, 8:18 PM UTC
  im sure you'll do it for the $20
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y) BB**

  duh
  1/12/2022, 8:19 PM UTC
  duh
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V) JW**

  lol i got it too. How critical can i be?? lol
  1/12/2022, 8:20 PM UTC
  lol i got it too. How critical can i be?? lol
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y) BB**

  1/12/2022, 8:20 PM UTC
  3/14/2022, 8:55 AM UTC

HIGHLY CONFIDENTIAL                                                                 LNE-LIT24-000682273

Please enter your **business email address** to claim your gift card.

Please enter the email address for this survey to.

benbaker@livenation.com



8:20 PM UTC
image.png (F02TSJ3L82X)" /12/2022, 8:20 PM UTC
easiest $20 i've ever made
1/12/2022, 8:20 PM UTC
easiest $20 i've ever made
3/14/2022, 8:55 AM UTC
- Jeff Weinhold (U01BUG6UY5V)JW

lol
1/12/2022, 8:20 PM UTC
🤣
3/14/2022, 8:55 AM UTC
meanwhile its a phishing scam and they now own you
1/12/2022, 8:20 PM UTC
meanwhile its a phishing scam and they now own you
3/14/2022, 8:55 AM UTC
- Ben Baker (U01CZ408U8Y)BB

oh well
1/12/2022, 8:21 PM UTC
oh well

HIGHLY CONFIDENTIAL

LNE-LIT24-000682274