# Exhibit 3

# Personal messages Ben Baker and Jeff Weinhold - 2022-12-19 (UTC)

Private 12/19/2022, 12:00 A M UTC
Ben Baker and Jeff Weinhold

**Has deletions**

- Jeff Weinhold (U01BUG6UY5V) J W

  almost $50k in plat lift on the lawn for Dead. and only that low because they had to limit their pricing lol
  10/19/2022, 4:51 P M UTC
  almost $50k in plat lift on the lawn for Dead. and only that low because they had to limit their pricing lol
  12/19/2022, 9:28 A M UTC

- Ben Baker (U01CZ408U8Y) B B

  just costing themselves money
  10/19/2022, 4:52 P M UTC
  just costing themselves money
  12/19/2022, 9:28 A M UTC

- Jeff Weinhold (U01BUG6UY5V) J W

  yup
  10/19/2022, 4:52 P M UTC
  yup
  12/19/2022, 9:28 A M UTC

- Ben Baker (U01CZ408U8Y) B B

  any questions you'd like me to pose to fortress later this afternoon re: their pedestal scanners and access management system?
  10/19/2022, 4:52 P M UTC
  any questions you'd like me to pose to fortress later this afternoon re: their pedestal scanners and access management system?
  12/19/2022, 9:28 A M UTC

  my understanding is we can send drop counts from fortress backend instead of TM1, and it will come through in the body of an email like it fucking should lol
  10/19/2022, 4:53 P M UTC
  my understanding is we can send drop counts from fortress backend instead of TM1, and it will come through in the body of an email like it fucking should lol
  12/19/2022, 9:28 A M UTC

- Jeff Weinhold (U01BUG6UY5V) J W

Ex. No
PX0706
1:24-cv-03973

HIGHLY CONFIDENTIAL                                                   LNE-LIT24-000277417

lol the Nats were able to send an automated text which was great
10/19/2022, 4:54 P MUTC
lol the Nats were able to send an automated text which was great
12/19/2022, 9:28 A MUTC
let me think. cant think of anything specific
10/19/2022, 4:54 P MUTC
let me think. cant think of anything specific
12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

i'll ask them about text too
10/19/2022, 4:55 P MUTC
i'll ask them about text too
12/19/2022, 9:28 A MUTC
robbery
10/19/2022, 5:32 P MUTC
robbery
12/19/2022, 9:28 A MUTC
10/19/2022, 5:32 P MUTC
12/19/2022, 9:28 A MUTC

```
SEAT AVAILABILITY REPORT FOR EAF1025C AS OF WED 19-OCT-22 13:32

                    THIS VOUCHER IS VALID FOR
                    ONE VIP CLUB ADMISSION
                         STEVIE NICKS
                      EVENT TICKET REQUIRED
                    MIDFLORIDA AMPHITHEATRE
                    TUE OCT 25 2022 8:00 PM

   OUTLET      PHONE     PRIMARY  SECONDARY      TOTAL
    0.00     11547.00      0.00      0.00      11547.00
      0          51          0         0            51

*************************************************************

                          OUT    PHO    PBO    SBO  TOTAL
LEVEL    1
ADULT              129.00   0     8      0      0     8    1032.00
ADULT   .DYN001    225.00   0     8      0      0     8    1800.00
ADULT   .DYN002    249.00   0    35      0      0    35    8715.00

TOTAL SOLD                  0    51      0      0    51   11547.00

*************************************************************

UNSOLD         ---- 1 TOTAL

OPEN              9      9
9-HOLD          160    160

UNSOLD          169    169
SOLD             51     51

SEATING
CAPACITY        500    500

                280    280
```
10/19/202

5:32 P MUTC
image.png (F0478BGR6LS) 10/19/2022, 5:32 P MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

HIGHLY CONFIDENTIAL

lol wow
10/19/2022, 5:32 P MUTC
lol wow
12/19/2022, 9:28 A MUTC
$175 seems to be the wall for JLL VIP Club on Dead
10/19/2022, 5:32 P MUTC
$175 seems to be the wall for JLL VIP Club on Dead
12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  i'm going way over cap on VIP Club bc we have so many bundles and you know those assholes don't know what they bought
  10/19/2022, 5:33 P MUTC
  i'm going way over cap on VIP Club bc we have so many bundles and you know those assholes don't know what they bought
  12/19/2022, 9:28 A MUTC
  $175 is wall for VIP Club but they'll pay $425 for fucking parking
  10/19/2022, 5:33 P MUTC
  $175 is wall for VIP Club but they'll pay $425 for fucking parking
  12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  LOLOL i know right!?!?!?!
  10/19/2022, 5:34 P MUTC
  LOLOL i know right!?!?!?!
  12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  i got $199 on club for stapleton
  10/19/2022, 5:34 P MUTC
  i got $199 on club for stapleton
  12/19/2022, 9:28 A MUTC
  and am getting $189 on luke
  10/19/2022, 5:34 P MUTC
  and am getting $189 on luke
  12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  up to $122k in upsells for Dead lol.
  10/19/2022, 5:37 P MUTC
  up to $122k in upsells for Dead lol.
  12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  good. because we'll probably have a hundred million dollar ancil budget next year
  10/19/2022, 5:37 P MUTC
  good. because we'll probably have a hundred million dollar ancil budget next year
  12/19/2022, 9:28 A MUTC
  it's very rare we get $100k ancil show. kudos
  10/19/2022, 5:37 P MUTC
  it's very rare we get $100k ancil show. kudos
  12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

HIGHLY CONFIDENTIAL                                         LNE-LIT24-000277419

ty ty
10/19/2022, 5:37 P M UTC
ty ty
12/19/2022, 9:28 A M UTC

- **Ben Baker (U01CZ408U8Y) B B**

we've only had one at MIDFL this year
10/19/2022, 5:38 P M UTC
we've only had one at MIDFL this year
12/19/2022, 9:28 A M UTC
#2 will be at Stevie on Tuesday. Luke will be close
10/19/2022, 5:38 P M UTC
#2 will be at Stevie on Tuesday. Luke will be close
12/19/2022, 9:28 A M UTC
don't think we had any $100k last year
10/19/2022, 5:38 P M UTC
don't think we had any $100k last year
12/19/2022, 9:28 A M UTC

- **Jeff Weinhold (U01BUG6UY5V) J W**

nice
10/19/2022, 5:42 P M UTC
nice
12/19/2022, 9:28 A M UTC
what does Melissa Cubit do other than send out this one email a week?
10/19/2022, 5:43 P M UTC
what does Melissa Cubit do other than send out this one email a week?
12/19/2022, 9:28 A M UTC

- **Ben Baker (U01CZ408U8Y) B B**

she's basically ravi's asst
10/19/2022, 5:43 P M UTC
she's basically ravi's asst
12/19/2022, 9:28 A M UTC
does a lot of research things
10/19/2022, 5:43 P M UTC
does a lot of research things
12/19/2022, 9:28 A M UTC

- **Jeff Weinhold (U01BUG6UY5V) J W**

10/19/2022, 5:46 P M UTC

HIGHLY CONFIDENTIAL

| Jiffy Lube Live | | | | |
|---|---|---|---|---|
| | Current Labels | | Proposed Changes | |
| Inventory Type | Section Name | Row Name | Section Name | Row Name |
| Boxes | 102 | A | 102-A | A |
| | 102 | B | 102-B | B |
| | 102 | C | 102-C | C |
| | 202 | A1 | 202-A1 | A1 |
| | 202 | A2 | 202-A2 | A2 |
| | 202 | A3 | 202-A3 | A3 |
| | 202 | A4 | 202-A4 | A4 |
| | 202 | A5 | 202-A5 | A5 |
| | 202 | A6 | 202-A6 | A6 |
| | 202 | A7 | 202-A7 | A7 |
| | 202 | B1 | 202-B1 | B1 |
| | 202 | B2 | 202-B2 | B2 |
| | 202 | B3 | 202-B3 | B3 |
| | 202 | B4 | 202-B4 | B4 |
| | 202 | B5 | 202-B5 | B5 |
| | 202 | B6 | 202-B6 | B6 |
| | 202 | B7 | 202-B7 | B7 |
| | 202 | C1 | 202-C1 | C1 |
| | 202 | C2 | 202-C2 | C2 |
| | 202 | C3 | 202-C3 | C3 |
| | 202 | C4 | 202-C4 | C4 |
| | 202 | C5 | 202-C5 | C5 |
| | 202 | C6 | 202-C6 | C6 |
| | 202 | C7 | 202-C7 | C7 |
| | 203 | A1 | 203-A1 | A1 |
| | 203 | A2 | 203-A2 | A2 |

12/19/2022, 9:28 A M UTC
P M UTC
image.png (F046TT5TWSK)10/19/2022, 5:46 P M UTC
what is this bullshit from Andrew
10/19/2022, 5:46 P M UTC
what is this bullshit from Andrew
12/19/2022, 9:28 A M UTC

- Ben Baker (U01CZ408U8Y)B B

PSS is changing boxes at a ton of venues
10/19/2022, 5:46 P M UTC
PSS is changing boxes at a ton of venues
12/19/2022, 9:28 A M UTC
talk to tonya
10/19/2022, 5:46 P M UTC
talk to tonya
12/19/2022, 9:28 A M UTC

- Jeff Weinhold (U01BUG6UY5V)J W

denied
10/19/2022, 5:47 P M UTC
denied
12/19/2022, 9:28 A M UTC

- Ben Baker (U01CZ408U8Y)B B

10/19/2022, 5:46

your box numbering is pretty fucked up if i recall lol
10/19/2022, 5:47 P MUTC
your box numbering is pretty fucked up if i recall lol
12/19/2022, 9:28 A MUTC
probably time for a switch
10/19/2022, 5:47 P MUTC
probably time for a switch
12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  no they are fine
  10/19/2022, 5:47 P MUTC
  no they are fine
  12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  lmao. talk to tonya. think she wanted to changes
  10/19/2022, 5:47 P MUTC
  lmao. talk to tonya. think she wanted to changes
  12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  all the boxes in section 202 are labeled section 202
  10/19/2022, 5:47 P MUTC
  all the boxes in section 202 are labeled section 202
  12/19/2022, 9:28 A MUTC
  and the row is what box they are in
  10/19/2022, 5:48 P MUTC
  and the row is what box they are in
  12/19/2022, 9:28 A MUTC
  oh im calling her right after our call
  10/19/2022, 5:48 P MUTC
  oh im calling her right after our call
  12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  lmao
  10/19/2022, 5:48 P MUTC
  lmao
  12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  i just comped her 4 second row tickets to Chris Rock that i havent sent to her yet. Might have to void those
  10/19/2022, 5:48 P MUTC
  i just comped her 4 second row tickets to Chris Rock that i havent sent to her yet. Might have to void those
  12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

HIGHLY CONFIDENTIAL

bahahahahaha
10/19/2022, 5:48 P MUTC
bahahahahaha
12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  this didnt come from Tonya. Its Andrew
  10/19/2022, 5:53 P MUTC
  this didnt come from Tonya. Its Andrew
  12/19/2022, 9:28 A MUTC
  as expected ... i DO NOT like these changes
  10/19/2022, 5:53 P MUTC
  as expected ... i DO NOT like these changes
  12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  you don't like when the wind blows
  10/19/2022, 5:53 P MUTC
  you don't like when the wind blows
  12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  i dont like having box 202-B4, row B4
  10/19/2022, 5:53 P MUTC
  i dont like having box 202-B4, row B4
  12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  boxes should be identified by section not row
  10/19/2022, 5:54 P MUTC
  boxes should be identified by section not row
  12/19/2022, 9:28 A MUTC
  it's also not your venue lol
  10/19/2022, 5:54 P MUTC
  it's also not your venue lol
  12/19/2022, 9:28 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  take 1 section - we have 3 rows of boxes. all are in 202. so they are labeled SECTION 202. then the first row is A, second row B, then C. So if you are in the first box in the first row you are in 202, A1
  10/19/2022, 5:55 P MUTC
  take 1 section - we have 3 rows of boxes. all are in 202. so they are labeled SECTION 202. then the first row is A, second row B, then C. So if you are in the first box in the first row you are in 202, A1
  12/19/2022, 9:28 A MUTC
  last box in last row is 202 C7
  10/19/2022, 5:55 P MUTC
  last box in last row is 202 C7
  12/19/2022, 9:28 A MUTC

- Ben Baker (U01CZ408U8Y) B B

HIGHLY CONFIDENTIAL

LNE-LIT24-000277423

i'm sure there is a reason
10/19/2022, 5:56 PM UTC
i'm sure there is a reason
12/19/2022, 9:28 AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

"analytics" fucking nerds
10/19/2022, 5:56 PM UTC
"analytics" fucking nerds
12/19/2022, 9:28 AM UTC

- Ben Baker (U01CZ408U8Y) BB

lol
10/19/2022, 5:57 PM UTC
lol
12/19/2022, 9:28 AM UTC
there ya go
10/19/2022, 5:57 PM UTC
there ya go
12/19/2022, 9:28 AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

want to reply with "leave me alone nerds"
10/19/2022, 5:59 PM UTC
want to reply with "leave me alone nerds"
12/19/2022, 9:28 AM UTC

- Ben Baker (U01CZ408U8Y) BB

seth's stache man...
10/19/2022, 6:00 PM UTC
seth's stache man...
12/19/2022, 9:28 AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

lol
10/19/2022, 6:00 PM UTC
lol
12/19/2022, 9:28 AM UTC

HIGHLY CONFIDENTIAL
LNE-LIT24-000277424