# Exhibit 4

## Personal messages Ben Baker and Jeff Weinhold - 2021-12-22 (UTC)

Private December 22nd 2021, 12:00 AM UTC
Ben Baker and Jeff Weinhold

Has deletions

- **Jeff Weinhold JW**

  JW - Hey Mary just an FYI the venue added 300 seats for a buy hold
  Mary - For What???
  10/22/2021, 1:48 PM UTC
  
  JW - Hey Mary just an FYI the venue added 300 seats for a buy hold
  Mary - For What???
  12/22/2021, 8:56 AM UTC
  
  for ... buys.
  10/22/2021, 1:48 PM UTC
  
  for ... buys.
  12/22/2021, 8:56 AM UTC

- **Ben Baker BB**

  FFS
  10/22/2021, 1:49 PM UTC
  
  FFS
  12/22/2021, 8:56 AM UTC

- **Jeff Weinhold JW**

  i mean i only told her just so i didnt get a question later on it. Normally i wouldnt even tell her.
  10/22/2021, 1:49 PM UTC
  
  i mean i only told her just so i didnt get a question later on it. Normally i wouldnt even tell her.
  12/22/2021, 8:56 AM UTC

- **Ben Baker BB**

  lord
  10/22/2021, 1:50 PM UTC
  
  lord
  12/22/2021, 8:56 AM UTC
  
  hey for jason aldean - how did the tour buying the VIP work
  10/22/2021, 1:50 PM UTC
  
  hey for jason aldean - how did the tour buying the VIP work
  12/22/2021, 8:56 AM UTC

- **Jeff Weinhold JW**

  they just paid face
  10/22/2021, 1:50 PM UTC
  
  they just paid face
  12/22/2021, 8:56 AM UTC

- **Ben Baker BB**

  face of the ticket and handled VIP w/VIP?
  10/22/2021, 1:50 PM UTC
  
  face of the ticket and handled VIP w/VIP?
  12/22/2021, 8:56 AM UTC
  
  no BS of selling in the actual VIP package?
  10/22/2021, 1:51 PM UTC
  
  no BS of selling in the actual VIP package?
  12/22/2021, 8:56 AM UTC

- **Jeff Weinhold JW**

  yes
  10/22/2021, 1:51 PM UTC
  
  yes
  12/22/2021, 8:56 AM UTC

- **Ben Baker BB**

  perfect
  10/22/2021, 1:51 PM UTC
  
  perfect
  12/22/2021, 8:56 AM UTC

- **Jeff Weinhold JW**

  yup - they were trying to pay VIP price for a while and i told them how difficult that is for the box office
  10/22/2021, 1:51 PM UTC
  
  yup - they were trying to pay VIP price for a while and i told them how difficult that is for the box office
  12/22/2021, 8:56 AM UTC
  cause i had them back in August at VUHLA

**Ex. No PX0718**
1:24-cv-03973

10/22/2021, 1:51 PM UTC
cause i had them back in August at VUHLA
12/22/2021, 8:56 AM UTC
i always love stealing all the good public holdback for platinum before the onsale lol
10/22/2021, 1:52 PM UTC
i always love stealing all the good public holdbacks for platinum before the onsale lol
12/22/2021, 8:56 AM UTC

- Ben Baker BB

west palm fucked up jonas so bad i can't even comprehend it
10/22/2021, 1:53 PM UTC
west palm fucked up jonas so bad i can't even comprehend it
12/22/2021, 8:56 AM UTC
tour accountant says they owe them $340k more, but i don't see it
10/22/2021, 1:53 PM UTC
tour accountant says they owe them $340k more, but i don't see it
12/22/2021, 8:56 AM UTC

- Jeff Weinhold JW

jesus
10/22/2021, 1:53 PM UTC
jesus
12/22/2021, 8:56 AM UTC

- Ben Baker BB

Somehow they mapped their archtics parent PC's as 1-30, and A-B. Where it should have been A-Z, and 1-3
10/22/2021, 1:53 PM UTC
Somehow they mapped their archtics parent PC's as 1-30, and A-B. Where it should have been A-Z, and 1-3
12/22/2021, 8:56 AM UTC
so the archtics audit is putting multiple columns together
10/22/2021, 1:53 PM UTC
so the archtics audit is putting multiple columns together
12/22/2021, 8:56 AM UTC
because it doesn't recognize anything past 9 as a parent PC
10/22/2021, 1:54 PM UTC
because it doesn't recognize anything past 9 as a parent PC
12/22/2021, 8:56 AM UTC

- Jeff Weinhold JW

that sounds like a nightmare
10/22/2021, 1:54 PM UTC
that sounds like a nightmare
12/22/2021, 8:56 AM UTC

- Ben Baker BB

i mean the gross is right
10/22/2021, 2:04 PM UTC
i mean the gross is right
12/22/2021, 8:56 AM UTC
but the tour accountant isn't buying it
10/22/2021, 2:04 PM UTC
but the tour accountant isn't buying it
12/22/2021, 8:56 AM UTC

- Jeff Weinhold JW

but it would just be for buys in archtics right? no way that can be 340k
10/22/2021, 2:05 PM UTC
but it would just be for buys in archtics right? no way that can be 340k
12/22/2021, 8:56 AM UTC

- Ben Baker BB

well his view is since the audit columns are lumped together. Column 1 seats = this, column 2 = this, etc
10/22/2021, 2:05 PM UTC
well his view is since the audit columns are lumped together. Column 1 seats = this, column 2 = this, etc
12/22/2021, 8:56 AM UTC
That's how he's getting $300k+
10/22/2021, 2:05 PM UTC
That's how he's getting $300k+
12/22/2021, 8:56 AM UTC
but if we take the host audit, and add in the archtics gross, the gross matches the audit even though the PL columns are jacked
10/22/2021, 2:06 PM UTC
but if we take the host audit, and add in the archtics gross, the gross matches the audit even though the PL columns are jacked
12/22/2021, 8:56 AM UTC

- Jeff Weinhold JW

christ. He was saying hes had problems at almost every date. Except mine of course. Thats why we sat backstage drinking margs lol
10/22/2021, 2:06 PM UTC

christ. He was saying hes had problems at a most every date. Except mine of course. Thats why we sat backstage drinking margs lol
12/22/2021, 8:56 AM UTC
jesus christ. The VP of Sales and Booking for the Redskins just asked me ....
10/22/2021, 2:07 PM UTC
jesus christ. The VP of Sales and Booking for the Redskins just asked me ....
12/22/2021, 8:56 AM UTC

- Ben Baker BB

  he had zero problems at mine lol
  10/22/2021, 2:07 PM UTC
  he had zero problems at mine lol
  12/22/2021, 8:56 AM UTC

- Jeff Weinhold JW

  "Are there any GA Field front row?"
  10/22/2021, 2:07 PM UTC
  "Are there any GA Field front row?"
  12/22/2021, 8:56 AM UTC

- Ben Baker BB

  oh my God
  10/22/2021, 2:12 PM UTC
  oh my God
  12/22/2021, 8:56 AM UTC

- Jeff Weinhold JW

  LOL FFS
  10/22/2021, 2:12 PM UTC
  LOL FFS
  12/22/2021, 8:56 AM UTC

- Ben Baker BB

  i'm taking a half day today
  10/22/2021, 2:14 PM UTC
  i'm taking a half day today
  12/22/2021, 8:56 AM UTC
  meeting friends at bar downtown at like 3
  10/22/2021, 2:14 PM UTC
  meeting friends at bar downtown at like 3
  12/22/2021, 8:56 AM UTC
  and just drinking til i pass out
  10/22/2021, 2:14 PM UTC
  and just drinking til i pass out
  12/22/2021, 8:56 AM UTC

- Jeff Weinhold JW

  yeah i was thinking about doing that too. not for the same reason as you just ... sleep.
  10/22/2021, 2:14 PM UTC
  yeah i was thinking about doing that too. not for the same reason as you just ... sleep.
  12/22/2021, 8:56 AM UTC

HIGHLY CONFIDENTIAL
LNE-LIT24-000674650