# Exhibit 5

# Personal messages Ben Baker and Jeff Weinhold - 2022-05-03 (UTC)

Private 5/3/2022, 12:00AM UTC

Ben Baker and Jeff Weinhold

Has deletions

- Ben Baker (U01CZ408U8Y) BB

  alice in chains is at 5:30 PM
  3/3/2022, 4:26PM UTC
  ~~alice in chains is at 5:30 PM~~
  5/3/2022, 8:59AM UTC
  on a fucking friday
  3/3/2022, 4:26PM UTC
  ~~on a fucking friday~~
  5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

  lol good luck
  3/3/2022, 4:27PM UTC
  ~~lol good luck~~
  5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

  some fucktard bought a club bundle in my cheapest reserved for one republic
  3/3/2022, 4:57PM UTC
  ~~some fucktard bought a club bundle in my cheapest reserved for one republic~~
  5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

  lol its always so random
  3/3/2022, 4:58PM UTC
  ~~lol its always so random~~
  5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

  idiots
  3/3/2022, 4:58PM UTC
  ~~idiots~~
  5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

  lol
  3/3/2022, 5:00PM UTC
  ~~lol~~
  5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

Ex. No
PX0721
1:24-cv-03973

3/3/2022, 5:07P MUTC

[-VIP1] Breaking Benjamin - Diamond VIP On Stage Entire Show
Package Price = $600 + Ticket Face + TM Fees
Capacity = 22 15 GA Pit / 7 Best Possible Reserved
Ticket Limit = 8
Delivery Restrictions = none

5/3/2022, 8:59A MUTC

3/3/2022, 5:07P MUTC

image.png (F035WQ991NV)3/3/2022, 5:07P MUTC

why not 16/6. fuck your odd numbers

3/3/2022, 5:07P MUTC

why not 16/6. fuck your odd numbers

5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

REL SR;LA;AL;;;RETRAC;LA;AL;;;PAYAC;LA;AL;;;

3/3/2022, 5:07P MUTC

REL SR;LA;AL;;;RETRAC;LA;AL;;;PAYAC;LA;AL;;;

5/3/2022, 8:59A MUTC

whoops sorry

3/3/2022, 5:07P MUTC

whoops sorry

5/3/2022, 8:59A MUTC

oh god thats stupid

3/3/2022, 5:07P MUTC

oh god thats stupid

5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

200 pit cap

3/3/2022, 5:15P MUTC

200 pit cap

5/3/2022, 8:59A MUTC

and it's all VIP

3/3/2022, 5:15P MUTC

and it's all VIP

5/3/2022, 8:59A MUTC

hope they sell

3/3/2022, 5:15P MUTC

hope they sell

5/3/2022, 8:59A MUTC

fucking dumb

3/3/2022, 5:15P MUTC

fucking dumb

5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

so they made us do a small cap ... but then nobody can buy them but VIP. smh

3/3/2022, 5:17P MUTC

so they made us do a small cap ... but then nobody can buy them but VIP. smh

5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

and jen wants them split in 1/3 per row
3/3/2022, 5:19P MUTC
and jen wants them split in 1/3 per row
5/3/2022, 8:59A MUTC
which i'm not doing because then you run risk of someone buying two different VIP packages
3/3/2022, 5:19P MUTC
which i'm not doing because then you run risk of someone buying two different VIP packages
5/3/2022, 8:59A MUTC
3/3/2022, 6:06P MUTC
5/3/2022, 8:59A MUTC

6:06P MUTC
image.png (F035409F831)3/3/2022, 6:06P MUTC
a lot open after all these fucking holds
3/3/2022, 6:06P MUTC
a lot open after all these fucking holds
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

jesus
3/3/2022, 6:06P MUTC
jesus
5/3/2022, 8:59A MUTC
what show is that?
3/3/2022, 6:06P MUTC
what show is that?
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

alice in chains/breaking ben
3/3/2022, 6:06P MUTC
alice in chains/breaking ben
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

lord
3/3/2022, 6:06P MUTC
lord
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

3/3/2022, 6:37P MUTC
5/3/2022, 8:59A MUTC

Hi,

If anyone is interested in seeing Billy Joel in Orlando on March 12, please send me the following information below and I will email the tickets to you. The to this as strategic marketing as opposed to papering.

Full Name
Email Address
# of tickets.

Thanks

Chiara

Chiara DeLuca | Regional Ticketing Director | Concerts
Email: chiaradeluca@livenation.com
Phone: 954.649.9583
215 NW 24 Street, 5th Floor, Miami, FL 33127
www.LiveNation.com

LIVE NATION

6:37P MUTC
image.png (F035XBJAF75) 3/3/2022, 6:37P MUTC
strategic marketing? lmao
3/3/2022, 6:37P MUTC
strategic marketing? lmao
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) JW

hahaha thats a new one
3/3/2022, 6:38P MUTC
hahaha thats a new one
5/3/2022, 8:59A MUTC
you should go. Hes great
3/3/2022, 6:38P MUTC
you should go. Hes great
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

i'm in dallas next weekend
3/3/2022, 6:38P MUTC
i'm in dallas next weekend
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) JW

love a FB ad i just saw about "how does an electric vehicle mandate affect you and your family? tell Richmond NO!"
3/3/2022, 7:14P MUTC
~~love a FB ad i just saw about "how does an electric vehicle mandate affect you and your family? tell Richmond NO!"~~
5/3/2022, 8:59A MUTC
in small print ... paid for by the American Petroleum Institute
3/3/2022, 7:15P MUTC
~~in small print ... paid for by the American Petroleum Institute~~
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

i love they targeted you
3/3/2022, 7:15P MUTC
~~i love they targeted you~~
5/3/2022, 8:59A MUTC
hahahaha
3/3/2022, 7:15P MUTC
~~hahahaha~~
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

just cracks me up these lobby groups. gee who would have thought the oil company would want you to not go EV
3/3/2022, 7:15P MUTC
~~just cracks me up these lobby groups. gee who would have thought the oil company would want you to not go EV~~
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

the HOB presale annoys the fuck out of me
3/3/2022, 7:17P MUTC
~~the HOB presale annoys the fuck out of me~~
5/3/2022, 8:59A MUTC
30 fucking tickets
3/3/2022, 7:17P MUTC
~~30 fucking tickets~~
5/3/2022, 8:59A MUTC
GTFO
3/3/2022, 7:17P MUTC
~~GTFO~~
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

lol
3/3/2022, 7:17PM UTC
lo
5/3/2022, 8:59AM UTC
i thought you werent doing it?
3/3/2022, 7:17PM UTC
i thought you werent doing it?
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

i wasn't and then jordan mentioned he sold out of his 30 in south florida on some show, so i figured i better start doing it
3/3/2022, 7:17PM UTC
i wasn't and then jordan mentioned he sold out of his 30 in south florida on some show, so i figured i better start doing it
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

yeah they have a HOB down there lol
3/3/2022, 7:21PM UTC
yeah they have a HOB down there lol
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

no they don't
3/3/2022, 7:22PM UTC
no they don't
5/3/2022, 8:59AM UTC
only HOB in FL is Orlando
3/3/2022, 7:22PM UTC
only HOB in FL is Orlando
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

really?I swear there was one in Miami.
3/3/2022, 7:23PM UTC
really?I swear there was one in Miami.
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

Fillmore is in Miami
3/3/2022, 7:23PM UTC
Fillmore is in Miami
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

so in other words, scalpers have the HOB codes
3/3/2022, 7:23P MUTC
so in other words, scalpers have the HOB codes
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

exactly
3/3/2022, 7:23P MUTC
exactly
5/3/2022, 8:59A MUTC
let me know what she says lol
3/3/2022, 8:53P MUTC
let me know what she says lol
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

lol
3/3/2022, 8:54P MUTC
lol
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

all the fucking holds need redone
3/3/2022, 8:54P MUTC
all the fucking holds need redone
5/3/2022, 8:59A MUTC
stop giving them so many fucking VIP numbers
3/3/2022, 8:54P MUTC
stop giving them so many fucking VIP numbers
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

no shit.especially for shitty acts like this
3/3/2022, 8:55P MUTC
no shit.especially for shitty acts like this
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

i just took everything and put it back to opens
3/3/2022, 8:55P MUTC
i just took everything and put it back to opens
5/3/2022, 8:59A MUTC
i'm so pissed
3/3/2022, 8:55P MUTC
i'm so pissed
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

6/16 approved
3/3/2022, 8:55P MUTC
6/16 approved
5/3/2022, 8:59A MUTC
you need to not do stuff right away lol
3/3/2022, 8:56P MUTC
you need to not do stuff right away lol
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

it's THURSDAY
3/3/2022, 8:56P MUTC
it's THURSDAY
5/3/2022, 8:59A MUTC
i don't start them before Thursday
3/3/2022, 8:56P MUTC
i don't start them before Thursday
5/3/2022, 8:59A MUTC
for this reason
3/3/2022, 8:56P MUTC
for this reason
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

V4 thats the real key
3/3/2022, 8:57P MUTC
V4 thats the real key
5/3/2022, 8:59A MUTC
never before v4 lol
3/3/2022, 8:57P MUTC
never before v4 lol
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

fuck it. not doing it till tomorrow
3/3/2022, 9:01P MUTC
fuck it. not doing it till tomorrow
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

lol
3/3/2022, 9:01P MUTC
lol
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

3/3/2022, 9:06P MUTC
5/3/2022, 8:59A MUTC



4:06
PD
Paul
Today 3:49 PM
Fucking TM open all killed seats when creating a side stage sections on now i have 211 double sold seats!
So fucking pissed!
Why the fuck did they
open
Idk! This has never happened to me

CONFIDENTIAL LNE-LIT24-000685559

9:06P MUTC

File from iOS (F03550W14NB)3/3/2022, 9:06P MUTC

guy from arena i use to work at....woof

3/3/2022, 9:07P MUTC

guy from arena i use to work at....woof

5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

TM CS has to call them all and cancel them all

3/3/2022, 9:08P MUTC

TM CS has to call them all and cancel them all

5/3/2022, 8:59A MUTC

but dang that sucks

3/3/2022, 9:09P MUTC

but dang that sucks

5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

yup

3/3/2022, 9:09P MUTC

yup

5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

Redskins DOT that just started maybe 9 months ago is leaving already lol

3/3/2022, 9:09P MUTC

Redskins DOT that just started maybe 9 months ago is leaving already lol

5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

hahahaha

3/3/2022, 9:09P MUTC

hahahaha

5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

im going to punch their BOM. we are the only venue not done for Weeknd and I email "I need an update ASAP, you said it would all be done yesterday" and he called me and gave me a "im just 1 man"

3/3/2022, 9:11P MUTC

im going to punch their BOM. we are the only venue not done for Weeknd and I email "I need an update ASAP, you said it would all be done yesterday" and he called me and gave me a "im just 1 man"

5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

bahahahahaha
3/3/2022, 9:11PM UTC
~~bahahahahaha~~
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) J W

i said I am also only 1 man and i have 14 onsales this week and 12 next week so i dont want to hear it and to suck it the fuck up and get the shit done
3/3/2022, 9:11PM UTC
~~i said I am also only 1 man and i have 14 onsales this week and 12 next week so i dont want to hear it and to suck it the fuck up and get the shit done~~
5/3/2022, 8:59AM UTC
ticketing letter came out like 3 weeks ago
3/3/2022, 9:12PM UTC
~~ticketing letter came out like 3 weeks ago~~
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) B B

didn't they just get the CAD though
3/3/2022, 9:13PM UTC
~~didn't they just get the CAD though~~
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) J W

they had the CAD but it was just finally approved
3/3/2022, 9:13PM UTC
~~they had the CAD but it was just finally approved~~
5/3/2022, 8:59AM UTC
but could have done everything waiting for it to be approved
3/3/2022, 9:13PM UTC
~~but could have done everything waiting for it to be approved~~
5/3/2022, 8:59AM UTC
i sent them a build email w all these notes on what to add, where to put things etc. They ignored it all apparently
3/3/2022, 9:14PM UTC
~~i sent them a build email w all these notes on what to add, where to put things etc. They ignored it all apparently~~
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) B B

jen's email is confusing. split VIP/BB/AIC platinum in 1/3 per row.
3/3/2022, 9:15PM UTC
~~jen's email is confusing. split VIP/BB/AIC platinum in 1/3 per row.~~
5/3/2022, 8:59AM UTC
but VIPS gets best reserved. So we're NOT splitting them in thirds?
3/3/2022, 9:15PM UTC
~~but VIPS gets best reserved. So we're NOT splitting them in thirds?~~
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) J W

LOL check your email
3/3/2022, 9:17PM UTC
LOL check your email
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) B B

yeah she just told me
3/3/2022, 9:46PM UTC
yeah she just told me
5/3/2022, 8:59AM UTC
lol
3/3/2022, 9:46PM UTC
o
5/3/2022, 8:59AM UTC
reducing is better than adding. then i can just move things forward
3/3/2022, 9:46PM UTC
reducing is better than adding. then i can just move things forward
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) J W

lol
3/3/2022, 9:47PM UTC
o
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) B B

today has been shit
3/3/2022, 9:48PM UTC
today has been shit
5/3/2022, 8:59AM UTC
and it's already 5
3/3/2022, 9:48PM UTC
and it's already 5
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) J W

no shit
3/3/2022, 9:48PM UTC
no shit
5/3/2022, 8:59AM UTC
FedExField STILL not done w the weekend
3/3/2022, 9:49PM UTC
FedExField STILL not done w the weekend
5/3/2022, 8:59AM UTC
and im looking at their map .... i dont see they have marked ANY seats as ADA
3/3/2022, 9:49PM UTC
and im looking at their map .... i dont see they have marked ANY seats as ADA
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) B B

fuck ADA
3/3/2022, 9:49PM UTC
fuck ADA
5/3/2022, 8:59AM UTC
no crips allowed
3/3/2022, 9:49PM UTC
no crips allowed
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

not in DC lol
3/3/2022, 9:49PM UTC
not in DC lol
5/3/2022, 8:59AM UTC
DOJ just down the road. They are sue happy here
3/3/2022, 9:49PM UTC
DOJ just down the road. They are sue happy here
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

good. if there's a place that needs another lawsuit it's the skins
3/3/2022, 9:50PM UTC
good. if there's a place that needs another lawsuit it's the skins
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

lol
3/3/2022, 9:50PM UTC
~~o~~
5/3/2022, 8:59A M UTC
**Ticketmaster Event Flags:**
ITV ReportOK: CCE
TCODE: CCM, privilege 3
TCODE: BJB – privilege 2
TCODE: BJN – priv ege 2
3/3/2022, 10:01P M UTC
~~**Ticketmaster Event Flags:**~~
~~ITV ReportOK: CCE~~
~~TCODE: CCM, privilege 3~~
~~TCODE: BJB – privilege 2~~
~~TCODE: BJN – privi ege 2~~
5/3/2022, 8:59A M UTC
what is priv 2? dont know that ive seen that before
3/3/2022, 10:01P M UTC
~~what is priv 2? dont know that ive seen that before~~
5/3/2022, 8:59A M UTC
is that JUST customer data and NOT sales?
3/3/2022, 10:01P M UTC
~~is that JUST customer data and NOT sales?~~
5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

priv 2 is customer data
3/3/2022, 10:01P M UTC
~~priv 2 is customer data~~
5/3/2022, 8:59A M UTC
i didn't add them. i figured they'd be on the spec
3/3/2022, 10:01P M UTC
~~i didn't add them. i figured they'd be on the spec~~
5/3/2022, 8:59A M UTC
and/or jen maoe a mistake
3/3/2022, 10:01P M UTC
~~and/or jen made a mistake~~
5/3/2022, 8:59A M UTC

- Jeff Weinhold (U01BUG6UY5V) J W

o k
3/3/2022, 10:01P M UTC
~~o k~~
5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

bc i'm not giving anyone customer data access
3/3/2022, 10:01 PM UTC
~~bc i'm not giving anyone customer data access~~
5/3/2022, 8:59AM UTC
i'm not bill harris
3/3/2022, 10:02 PM UTC
~~i'm not bill harris~~
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

LOL
3/3/2022, 10:02 PM UTC
~~LOL~~
5/3/2022, 8:59AM UTC
I told Jessica to NEVER do it even if LN people ask unless i approve. So she asked. Good for her
3/3/2022, 10:02 PM UTC
~~I told Jessica to NEVER do it even if LN people ask unless i approve. So she asked. Good for her~~
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

good for her
3/3/2022, 10:02 PM UTC
~~good for her~~
5/3/2022, 8:59AM UTC
bill s been here forever and still does it
3/3/2022, 10:02 PM UTC
~~bill s been here forever and still does it~~
5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) JW

FFS lol
3/3/2022, 10:03 PM UTC
~~FFS lol~~
5/3/2022, 8:59AM UTC
this fucknut at FedExField
3/3/2022, 10:10 PM UTC
~~this fucknut at FedExField~~
5/3/2022, 8:59AM UTC
its like hes not even reading the ticketing info
3/3/2022, 10:11 PM UTC
~~its like hes not even reading the ticketing info~~
5/3/2022, 8:59AM UTC
Created a Preferred Offer in TM1 and made the mask PREFER so now its pulling from PREFERHOLD.
3/3/2022, 10:16 PM UTC
~~Created a Preferred Offer in TM1 and made the mask PREFER so now its pulling from PREFERHOLD.~~
5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) BB

yeah i hate the way TM1 Offers creates masks/holds

3/3/2022, 10:16 P M UTC

yeah i hate the way TM1 Offers creates masks/holds

5/3/2022, 8:59 A M UTC

it's based off the offers decription

3/3/2022, 10:17 P M UTC

it's based off the offers decription

5/3/2022, 8:59 A M UTC

you can't customize it, you'll have to go back in and edit the qualdef if you wanna change it

3/3/2022, 10:17 P M UTC

you can't customize it, you'll have to go back in and edit the qualdef if you wanna change it

5/3/2022, 8:59 A M UTC

- Jeff Weinhold (U01BUG6UY5V) JW

and i talked to him earlier and specifically told him not to do it in there

3/3/2022, 10:17 P M UTC

and i talked to him earlier and specifically told him not to do it in there

5/3/2022, 8:59 A M UTC

na id have to build out a new sold qual and hold qual. Not dealing w it. its too fucking late since he JUST decided to fucking add it in

3/3/2022, 10:18 P M UTC

na id have to build out a new sold qual and hold qual. Not dealing w it. its too fucking late since he JUST decided to fucking add it in

5/3/2022, 8:59 A M UTC

- Ben Baker (U01CZ408U8Y) BB

oh i didn't realize you were talking about fedex

3/3/2022, 10:18 P M UTC

oh i didn't realize you were talking about fedex

5/3/2022, 8:59 A M UTC

lol

3/3/2022, 10:18 P M UTC

lol

5/3/2022, 8:59 A M UTC

- Jeff Weinhold (U01BUG6UY5V) JW

its 5p the day before presale. You've had the ticketing letter for 3 weeks. Why is that JUST NOW getting added. I just dont get it

3/3/2022, 10:19 P M UTC

its 5p the day before presale. You've had the ticketing letter for 3 weeks. Why is that JUST NOW getting added. I just dont get it

5/3/2022, 8:59 A M UTC

- Ben Baker (U01CZ408U8Y) BB

oh shit, presale starts tomorrow?

3/3/2022, 10:19 P M UTC

oh shit, presale starts tomorrow?

5/3/2022, 8:59 A M UTC

- Jeff Weinhold (U01BUG6UY5V) JW

ok the CAD was just done, but could have done ALL the programming 3 weeks ago to be ready

3/3/2022, 10:19PM UTC

ok the CAD was just done, but could have done ALL the programming 3 weeks ago to be ready

5/3/2022, 8:59AM UTC

YES!

3/3/2022, 10:19PM UTC

YES!

5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) B B

oh dear god

3/3/2022, 10:19PM UTC

oh dear god

5/3/2022, 8:59AM UTC

has he programmed VIP pricing, etc?

3/3/2022, 10:19PM UTC

has he programmed VIP pricing, etc?

5/3/2022, 8:59AM UTC

- Jeff Weinhold (U01BUG6UY5V) J W

they were like this w Coldplay too. I was working on the show till 1am moving holds around

3/3/2022, 10:20PM UTC

they were like this w Coldplay too. I was working on the show till 1am moving holds around

5/3/2022, 8:59AM UTC

yes thats actually done which means TM did programming. So why not send that all in.

3/3/2022, 10:20PM UTC

yes thats actually done which means TM did programming. So why not send that all in.

5/3/2022, 8:59AM UTC

i specifically told them to copy me on submissions to TM. Havnet been copied on one.

3/3/2022, 10:20PM UTC

i specifically told them to copy me on submissions to TM. Havnet been copied on one.

5/3/2022, 8:59AM UTC

like why is reading so fucking hard for people

3/3/2022, 10:21PM UTC

like why is reading so fucking hard for people

5/3/2022, 8:59AM UTC

- Ben Baker (U01CZ408U8Y) B B

fuck - i'm sorry man

3/3/2022, 10:22PM UTC

fuck - i'm sorry man

5/3/2022, 8:59AM UTC

that's annoying

‹ ›



4:06
PD
Paul
Today 3:49 PM
Fucking TM open all killed seats when creating a side stage sections on now i have 211 double sold seats!
Oh boy
So fucking pissed!
Why the fuck did they put them to open
Idk! This has never happened to me

CONFIDENTIAL LNE-LIT24-000685569