# Exhibit 6

# Personal messages Ben Baker and Jeff Weinhold - 2023-01-02 (UTC)

Private 1/2/2023, 12:00 A MUTC
Ben Baker and Jeff Weinhold

**Has deletions**

- Ben Baker (U01CZ408U8Y) BB

  11/2/2022, 7:56 P MUTC

  

  1/2/2023, 9:22 A MUTC
  image.png (F04956VRNCD) 11/2/2022, 7:56 P MUTC
  i don't think i've ever dyn'd a club so much
  11/2/2022, 7:56 P MUTC
  i don't think i've ever dyn'd a club so much
  1/2/2023, 9:22 A MUTC
  fucking rescheduled bullshit
  11/2/2022, 7:56 P MUTC
  fucking rescheduled bullshit
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) JW

  yo yo pricing
  11/2/2022, 8:01 P MUTC
  yo yo pricing
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) BB

  i know. i had to go back down because we had so many refunds
  11/2/2022, 8:01 P MUTC
  i know. i had to go back down because we had so many refunds
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) JW

**Ex. No PX0722**
1:24-cv-03973

HIGHLY CONFIDENTIAL

$124,790 in upsells for Dead & Co. Asking marketing if they can send out a "dont forget to upgrade your experience" email to purchasers
11/2/2022, 8:03 P MUTC
$124,790 in upsells for Dead & Co. Asking marketing if they can send out a "dont forget to upgrade your experience" email to purchasers
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

  and dyn up $5-10 before it goes out LOL
  11/2/2022, 8:04 P MUTC
  and dyn up $5-10 before it goes out LOL
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V)J W

  LOL
  11/2/2022, 8:04 P MUTC
  LOL
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

  i'm evil
  11/2/2022, 8:04 P MUTC
  i'm evil
  1/2/2023, 9:22 A MUTC
  11/2/2022, 8:04 P MUTC
  1/2/2023, 9:22 A MUTC



8:04 P MUTC
image.png (F04986TC610)11/2/2022, 8:04 P MUTC
the fortress backend UI is so nice
11/2/2022, 8:04 P MUTC
the fortress backend UI is so nice
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V)J W

i think my prices are too high for parking. But since we sold out we get minimal traffic now. So thats why i want to get this email out for those that rushed buying and skipped the upsells
11/2/2022, 8:04 P MUTC
i think my prices are too high for parking. But since we sold out we get minimal traffic now. So thats why i want to get this email out for those that rushed buying and skipped the upsells
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

11/2/2022, 8:04 P MUTC
1/2/2023, 9:22 A MUTC

HIGHLY CONFIDENTIAL



8:04 P MUTC
image.png (F0491JHFLLE)11/2/2022, 8:04 P MUTC
- Jeff Weinhold (U01BUG6UY5V)J W

  ah that is nice
  11/2/2022, 8:05 P MUTC
  ah that is nice
  1/2/2023, 9:22 A MUTC
- Ben Baker (U01CZ408U8Y)B B

  can you/jessica start putting the act names into your name upsells lol
  11/2/2022, 9:23 P MUTC
  can you/jessica start putting the act names into your name upsells lol
  1/2/2023, 9:22 A MUTC
- Jeff Weinhold (U01BUG6UY5V)J W

  You mean in the override?
  11/2/2022, 9:23 P MUTC
  You mean in the override?
  1/2/2023, 9:22 A MUTC
- Ben Baker (U01CZ408U8Y)B B

  yes. you vs other venues
  11/2/2022, 9:26 P MUTC
  yes. you vs other venues
  1/2/2023, 9:22 A MUTC
- Jeff Weinhold (U01BUG6UY5V)J W

i stole this way off some other venues. I like it this way
11/2/2022, 9:26 P MUTC
i stole this way off some other venues. I like it this way
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

need act name + not a concert ticket
11/2/2022, 9:26 P MUTC
need act name + not a concert ticket
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

i get it for the standalone purchasers
11/2/2022, 9:26 P MUTC
i get it for the standalone purchasers
1/2/2023, 9:22 A MUTC
naaaa
11/2/2022, 9:26 P MUTC
naaaa
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

yes please
11/2/2022, 9:27 P MUTC
yes please
1/2/2023, 9:22 A MUTC
11/2/2022, 9:27 P MUTC



1/2/2023, 9:22 A MUTC        11/2/2022, 9:27 P MUTC
image.png (F0495L89J3X)11/2/2022, 9:27 P MUTC

11/2/2022, 9:27 P MUTC
image.png (F049B2UUR6G)11/2/2022, 9:27 P MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

HIGHLY CONFIDENTIAL                                                    LNE-LIT24-000696139

yeah see how nice and clean mine are
11/2/2022, 9:27 P MUTC
yeah see how nice and clean mine are
1/2/2023, 9:22 A MUTC
i cant open the second image
11/2/2022, 9:27 P MUTC
i cant open the second image
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

  11/2/2022, 9:27 P MUTC
  1/2/2023, 9:22 A MUTC
  Venue Nation LNOO Ancillary Event Programming.xlsx (F0498G1RPS7)11/2/2022, 9:27 P MUTC
  11/2/2022, 9:28 P MUTC
  1/2/2023, 9:22 A MUTC
  Venue Nation LNOO Ancillary Event Programming.xlsx (F049YA67SM6)11/2/2022, 9:28 P MUTC

- Jeff Weinhold (U01BUG6UY5V)J W

  eww
  11/2/2022, 9:29 P MUTC
  eww
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

  thank you
  11/2/2022, 9:29 P MUTC
  thank you
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V)J W

  I hate that so much
  11/2/2022, 9:29 P MUTC
  I hate that so much
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

  you're the minority who does it that way
  11/2/2022, 9:30 P MUTC
  you're the minority who does it that way
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V)J W

  hey you are a liberal. Minorities are supposed to be ok
  11/2/2022, 9:30 P MUTC
  hey you are a liberal. Minorities are supposed to be ok
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

LMAO
11/2/2022, 9:30 P MUTC
LMAO
1/2/2023, 9:22 A MUTC
fuck off
11/2/2022, 9:30 P MUTC
fuck off
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V)J W

HAHAHAHA
11/2/2022, 9:30 P MUTC
HAHAHAHA
1/2/2023, 9:22 A MUTC
i reallly reallllly hate that though
11/2/2022, 9:30 P MUTC
i reallly reallllly hate that though
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

you know what i really hate? looking at reports and not knowing what artist it is
11/2/2022, 9:30 P MUTC
you know what i really hate? looking at reports and not knowing what artist it is
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V)J W

when im buying a Luke Bryan ticket and in the purchase flow it says Lawn Chair - Luke Bryan
11/2/2022, 9:31 P MUTC
when im buying a Luke Bryan ticket and in the purchase flow it says Lawn Chair - Luke Bryan
1/2/2023, 9:22 A MUTC
well no shit its a lawn chair for luke bryan
11/2/2022, 9:31 P MUTC
well no shit its a lawn chair for luke bryan
1/2/2023, 9:22 A MUTC
suck it up buttercup
11/2/2022, 9:31 P MUTC
suck it up buttercup
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y)B B

yeah but if we're looking strictly at ancil's - nobody knows what your event dates are
11/2/2022, 9:31 P MUTC
yeah but if we're looking strictly at ancil's - nobody knows what your event dates are
1/2/2023, 9:22 A MUTC
without having to filter through other shit
11/2/2022, 9:31 P MUTC
without having to filter through other shit
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V)J W

HIGHLY CONFIDENTIAL

yeah and when you are in events and search LUKE BRYAN, guess whos events arent clogging up the list?
11/2/2022, 9:32 P MUTC
yeah and when you are in events and search LUKE BRYAN, guess whos events arent clogging up the list?
1/2/2023, 9:22 A MUTC
me
11/2/2022, 9:32 P MUTC
me
1/2/2023, 9:22 A MUTC
LOL ☺
11/2/2022, 9:32 P MUTC
LOL ☺
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  yeah and when i type jiffy lube lawn chair how the fuck do i know what it's for ☺
  11/2/2022, 9:32 P MUTC
  yeah and when i type jiffy lube lawn chair how the fuck do i know what it's for ☺
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  not my problem. I know
  11/2/2022, 9:32 P MUTC
  not my problem I know
  1/2/2023, 9:22 A MUTC
  lol
  11/2/2022, 9:32 P MUTC
  lol
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  thank you in advance
  11/2/2022, 9:32 P MUTC
  thank you in advance
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  [this account is blocking incoming messages from your user]
  11/2/2022, 9:33 P MUTC
  [this account is blocking incoming messages from your user]
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  LMAO
  11/2/2022, 9:33 P MUTC
  LMAO
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

HIGHLY CONFIDENTIAL

i'll think abou tit
11/2/2022, 9:33 P MUTC
i'll think abou tit
1/2/2023, 9:22 A MUTC
or about it
11/2/2022, 9:33 P MUTC
or about it
1/2/2023, 9:22 A MUTC
we do all this shit just for reporting
11/2/2022, 9:34 P MUTC
we do all this shit just for reporting
1/2/2023, 9:22 A MUTC
like having to rename boxes and get all new box signs made
11/2/2022, 9:34 P MUTC
like having to rename boxes and get all new box signs made
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

PSS is paying for new signs
11/2/2022, 9:34 P MUTC
PSS is paying for new signs
1/2/2023, 9:22 A MUTC
cry about it lol
11/2/2022, 9:34 P MUTC
cry about it lol
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

and wasting more money
11/2/2022, 9:34 P MUTC
and wasting more money
1/2/2023, 9:22 A MUTC
remember "we are all one company"
11/2/2022, 9:34 P MUTC
remember "we are all one company"
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

wasting money like on your DC office rent
11/2/2022, 9:35 P MUTC
wasting money like on your DC office rent
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

why does VIP CLub have 2 asterisks after it?
11/2/2022, 9:35 P MUTC
why does VIP CLub have 2 asterisks after it?
1/2/2023, 9:22 A MUTC
VIP Club Access - Artist Name - Not a Concert Ticket**
11/2/2022, 9:35 P MUTC
VIP Club Access - Artist Name - Not a Concert Ticket**
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

I don't know. here's how I do it. standby
11/2/2022, 9:35 P MUTC
I don't know. here's how I do it. standby
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

and lawn chairs is all caps
11/2/2022, 9:36 P MUTC
and lawn chairs is all caps
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

11/2/2022, 9:36 P MUTC



1/2/2023, 9:22 A MUTC       11/2/2022, 9:36 P MUTC
image.png (F04922FNWTG) 11/2/2022, 9:36 P MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

my OCD cant take this inconsistency
11/2/2022, 9:36 P MUTC
my OCD cant take this inconsistency
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

lmao
11/2/2022, 9:36 P MUTC
lmao
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

Lawn Chair Rental - Artist Name - NOT A CONCERT TICKET
11/2/2022, 9:36 P MUTC
Lawn Chair Rental - Artist Name - NOT A CONCERT TICKET
1/2/2023, 9:22 A MUTC
VIP Club Access - Artist Name - Not a Concert Ticket**
11/2/2022, 9:36 P MUTC
VIP Club Access - Artist Name - Not a Concert Ticket**
1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

HIGHLY CONFIDENTIAL
LNE-LIT24-000696144

Ancil Name: Artist Name (Not A Concert Ticket)
11/2/2022, 9:37 P MUTC
Ancil Name: Artist Name (Not A Concert Ticket)
1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  Coat Check- Artist Name - Not a Concert Ticket
  11/2/2022, 9:37 P MUTC
  Coat Check- Artist Name - Not a Concert Ticket
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  idc how you do it
  11/2/2022, 9:37 P MUTC
  idc how you do it
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  (no space before hyphen)
  11/2/2022, 9:37 P MUTC
  (no space before hyphen)
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  get the artist name in there
  11/2/2022, 9:37 P MUTC
  get the artist name in there
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  fucking suit
  11/2/2022, 9:37 P MUTC
  fucking suit
  1/2/2023, 9:22 A MUTC

- Ben Baker (U01CZ408U8Y) B B

  the not a concert ticket is critically important on fast lane given the broker issues
  11/2/2022, 9:37 P MUTC
  the not a concert ticket is critically important on fast lane given the broker issues
  1/2/2023, 9:22 A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

  why it doesnt stop anything
  11/2/2022, 9:37 P MUTC
  why it doesnt stop anything
  1/2/2023, 9:22 A MUTC
  11/2/2022, 9:38 P MUTC
  1/2/2023, 9:22 A MUTC



11/2/2022, 9:38 P M UTC
Image from iOS (F049M9ZRLF3)11/2/2022, 9:38 P M UTC
Coincidence?
11/2/2022, 9:38 P M UTC
Coincidence?
1/2/2023, 9:22 A MUTC
- Ben Baker (U01CZ408U8Y)B B

nope lol
11/2/2022, 9:40 P MUTC
nope lol
1/2/2023, 9:22 A MUTC
- Jeff Weinhold (U01BUG6UY5V)J W

HIGHLY CONFIDENTIAL
LNE-LIT24-000696146

you need to update that ancil sheet. having "Live Nation" before every upsell is just dumb
11/2/2022, 9:41 PM UTC

you need to update that ancil sheet. having "Live Nation" before every upsell is just dumb
1/2/2023, 9:22 AM UTC

oh wait thats jus clear bags. swear i saw it on the others
11/2/2022, 9:42 PM UTC

oh wait thats jus clear bags. swear i saw it on the others
1/2/2023, 9:22 AM UTC

- Ben Baker (U01CZ408U8Y)BB

    I think that's Jen's doc
    11/2/2022. 9:56 PM UTC

Document Produced in Native Format

HIGHLY CONFIDENTIAL
LNE-LIT24-000696153

Document Produced in Native Format

HIGHLY CONFIDENTIAL

LNE-LIT24-000696156