

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

JEFFREY L. KESSLER
Partner
(212) 294-4698
jkessler@winston.com

3/12/2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:  *United States et al. v. Live Nation Entertainment, Inc. et al.*, No: 1:24-cv-3973-AAS

Dear Judge Subramanian:

    Plaintiffs write regarding Defendants' fully briefed and pending Motion to Exclude Trial Exhibits (ECF Nos. 1144 and 1146). Pursuant to this Court's direction in its letter endorsement denying Defendants' request to withdraw the motion without prejudice, Plaintiff States requested a meet and confer with Defendants to discuss potential resolution without intervention from the Court. Defendants indicated their positions are unchanged from the briefing. Plaintiff States offered a compromise: if Defendants would drop their challenge to exhibits PX719 and PX720, Plaintiff States would agree not to seek to admit the other at-issue exhibits. Defendants declined and stated that they are "unable to agree to the admission of any of these documents." The parties are at an impasse.

    The ruling will have a material impact on Plaintiff States' witness selection and order of witnesses as they prepare to resume trial next week. As a result, Plaintiff States write to request a ruling on Defendants' Motion.

Yours truly,

*/s/ Jeffrey L. Kessler*

Jeffrey L. Kessler

cc:    All Counsel of Record