

# TIM GRIFFIN
## ATTORNEY GENERAL

March 13, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

   *Re: United States et al. v. Live Nation Entertainment, Inc. et al., No: 1:24-cv-3973-AAS*

Dear Judge Subramanian:

   On behalf of the Office of the Arkansas Attorney General, please find attached the settlement term sheet signed by the Office of the Arkansas Attorney General and by Defendants. This agreement is identical to the term sheet submitted by the United States Department of Justice.

   Sincerely,

   Amanda Wentz
   Senior Assistant Attorney General