

STATE OF NEBRASKA
## Office of the Attorney General
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
(402) 471-2682
TDD (402) 471-2682
FAX (402) 471-3297 or (402) 471-4725

**MIKE HILGERS**
ATTORNEY GENERAL

Justin C. McCully
ASSISTANT ATTORNEY GENERAL

March 13, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 1007

Re: *United States et al. v. Live Nation Entertainment, Inc. et al., No: 1:24-CV-3973-AS*

Dear Judge Subramanian,

On behalf of the Office of the Nebraska Attorney General, please find attached the settlement term sheet signed by the Office of the Nebraska Attorney General and by Defendants. This agreement is identical to the term sheet submitted by the United States Department of Justice.

Regards,

*Justin C. McCully*
Justin C. McCully
Assistant Attorney General