UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants*. | Case No. 1:24-cv-03973-(AS) |

## NOTICE OF WITHDRAWAL OF MOTION FOR MISTRIAL

PLEASE TAKE NOTICE that States of Arizona, California, Colorado, Connecticut, Illinois, Maryland, Michigan, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oregon, Rhode Island, Tennessee, Utah, Vermont, Washington, Wisconsin, and Wyoming, the Commonwealths of Massachusetts, Pennsylvania, and Virginia, and the District of Columbia (collectively, "the Proceeding Plaintiff States") hereby withdraw their Motion for Mistrial and Stay of Current Proceedings (Dkt. 1166).

Dated: March 13, 2026

Respectfully submitted,

By:   */s/ Jeffrey L. Kessler*
       Jeffrey L. Kessler
       Eva W. Cole
       Johanna Rae Hudgens
       **WINSTON & STRAWN LLP**
       200 Park Avenue
       New York, NY 10166
       Tel: (212) 294-6700
       Fax: (212) 294-4700
       jkessler@winston.com
       ewcole@winston.com

jhudgens@winston.com

Jeanifer E. Parsigian (*pro hac vice*)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com

Joshua Hafenbrack (*pro hac vice*)
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com

*Counsel for Plaintiff State of New York*