**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA et al.,

Plaintiffs,

vs.

LIVE NATION ENTERTAINMENT, INC.,
Et al.,

Defendants.

Case No.: 1:24-CV-03973-AS

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William D. Wassdorf, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiff State of Texas in the above captioned action.

I am in good standing  with the State Bar of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Date: March 14, 2026

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

/s/ *William D. Wassdorf*
**WILLIAM D. WASSDORF**
Associate Deputy Attorney General for Civil Litigation
Texas Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
CIVIL LITIGATION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
will.wassdorf@oag.texas.gov

**COUNSEL FOR STATE OF TEXAS**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on March 14, 2026, a true and correct copy of the foregoing has been electronically served using the CM/ECF system to all counsel and parties of record.

/s/ *William D. Wassdorf*
**WILLIAM D. WASSDORF**

2