**EXHIBIT DX-1114** with proposed redactions from Defendants

Provided to the Court under seal via email to SubramanianNYSDChambers@nysd.uscourts.gov, copying the parties' counsel of record, on March 15, 2026