UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>      Plaintiffs,<br><br>   -against-<br><br>Live Nation Entertainment, Inc. and Ticketmaster LLC,<br><br>      Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 As this trial proceeds without the settling plaintiffs, the Court reminds all settling parties that, pursuant to 15 U.S.C. § 16(g), prior to filing a proposed consent judgment:

 "each defendant shall file with the district court a description of any and all written or oral communications by or on behalf of such defendant, including any and all written or oral communications on behalf of such defendant by any officer, director, employee, or agent of such defendant, or other person, with any officer or employee of the of the United States concerning or relevant to such proposal, except that any such communications made by counsel of record alone with the Attorney General or the employees of the Department of Justice shall be excluded."

 All relevant communications (including emails or text messages, for example) should be retained. Before any consent judgment is entered, defendants "shall certify to the district court that the requirements of this subsection have been complied with and that such filing is a true and complete description of such communications known to defendant or which defendant reasonably should have known." *Id.*

 SO ORDERED.

Dated: March 13, 2026
   New York, New York

                   _____
                   ARUN SUBRAMANIAN
                   United States District Judge