UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————X

UNITED STATES OF AMERICA et al.,

                Plaintiffs,

  -against-                                      1:24-cv-03973-AS

LIVE NATION ENTERTAINMENT, INC.. et al.,        <u>ORDER</u>

                Defendants.

————————————————————X

      On August 22, 2025, the Court granted the motion of Amy Weissbrod Gurvey for admission pro hac vice to appear on behalf of LIVE-Fi Technology Holdings, LLC in the above-captioned matter for purposes of filing a motion for joinder, which was denied.

      It has come to the Court's attention that, at the time of her application, Ms. Gurvey was suspended from the practice of law in this District. Her motion for admission pro hac vice failed to disclose this suspension.

      An attorney who is suspended from practice in this District is not eligible for pro hac vice admission, and an admission obtained through material misrepresentation is void.

      The Court also notes that on March 13, 2026, Ms. Gurvey appeared in person at the Court and screamed at Court staff. Then, over the weekend, she called a Court employee over the weekend on their personal cell-phone to reiterate her grievances. This type of behavior is unacceptable and if it continues it may be subject to sanctions, contempt, or even referral to criminal authorities if appropriate.

      Accordingly, it is hereby

      **ORDERED** that the pro hac vice admission of Amy Weissbrod Gurvey is revoked, effective immediately; and it is further

      **ORDERED** that the Clerk of Court shall terminate Amy Weissbrod Gurvey as counsel of record for LIVE-Fi Technology Holdings, LLC; and it is further

      **ORDERED** that a copy of this Order be served upon Amy Weissbrod Gurvey and the Grievance Committee for the Southern District of New York.

      **SO ORDERED.**

Dated: New York, New York
       March 13, 2026

_____
Arun Subramanian
United States District Judge
