# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 16, 2026

Via ECF

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY  10007

Re:  *United States et al.* v. *Live Nation Entertainment, Inc., et al.*; 1:24-cv-03973-AS

Dear Judge Subramanian,

Defendants Live Nation and Ticketmaster and Plaintiff States of Arkansas, Iowa, Mississippi, Nebraska, Oklahoma, and South Dakota respectfully submit the attached fully executed term sheets, which contain the same terms as the term sheet executed by Live Nation and the United States Department of Justice and filed on the docket at ECF No. 1172, as well as accompanying fully executed letter agreements, which reflect additional clarification regarding the funds the States of Arkansas, Iowa, Mississippi, Nebraska, Oklahoma, and South Dakota will receive.  Defendants Live Nation and Ticketmaster understand that they are finally bound by the terms reflected in the attached term sheet and accompanying letter agreement, and the States of Arkansas, Iowa, Mississippi, Nebraska, Oklahoma, and South Dakota have authorized Defendants to represent in this letter that they also agree to be finally bound by the same terms.

Respectfully submitted,

*/s/ James M. McDonald*
James M. McDonald
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
Email: mcdonaldj@sullcrom.com

*Attorney for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

The Honorable Arun Subramanian                                                              -2-


/s/ Amanda J. Wentz

Amanda J. Wentz (admitted *pro hac vice*)
Senior Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 682-1178
Fax: (501) 682-8118
Email: amanda.wentz@arkansasag.gov

*Attorney for Plaintiff State of Arkansas*


/s/ Noah Goerlitz

Noah Goerlitz (admitted *pro hac vice*)
Assistant Attorney General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Telephone: (515) 281-5164
Email: noah.goerlitz@ag.iowa.gov

*Attorney for Plaintiff State of Iowa*


/s/ Lee Morris

Lee Morris (admitted *pro hac vice*)
Special Assistant Attorney General
Mississippi Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-9011
Email: Lee.Morris@ago.ms.gov

*Attorney for Plaintiff State of Mississippi*

The Honorable Arun Subramanian                                         -3-

/s/ Justin C. McCully

Justin C. McCully (admitted *pro hac vice*)
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-9305
Email: justin.mccully@nebraska.gov

*Attorney for Plaintiff State of Nebraska*


/s/ Cameron R. Capps

Cameron R. Capps (admitted *pro hac vice*)
Deputy Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Cameron.Capps@oag.ok.gov

*Attorney for Plaintiff State of Oklahoma*


/s/ Jacob Dempsey

Jacob Dempsey (admitted *pro hac vice*)
Assistant Attorney General
Civil Litigation Division
Office of the Attorney General of South Dakota
1302 E. Hwy 1889, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
Email: jacob.dempsey@state.sd.us

*Attorney for Plaintiff State of South Dakota*