# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-650-461-5600
FACSIMILE: 1-650-461-5700
WWW.SULLCROM.COM

*550 Hamilton Avenue*
*Palo Alto, California 94301-2010*

LOS ANGELES • NEW YORK • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 10, 2026

Via E-mail

**RULE 408 AND STATE EQUIVALENTS SETTLEMENT COMMUNICATION PRIVILEGED AND CONFIDENTIAL**

Amanda Wentz
Assistant Attorney General
Public Protection Division
Office of the Attorney General of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201

Re:    *United States and Plaintiff States* v. *Live Nation Entertainment, Inc.*

Dear Ms. Wentz,

In addition to the terms in the term sheet (the "Term Sheet") executed by the U.S. Department of Justice, Antitrust Division and Live Nation Entertainment, Inc. ("Live Nation") on March 5, 2026 and filed with the Court on March 9, 2026 (ECF No. 1172), Live Nation agrees to pay the State of Arkansas the amount of $3,548,637.22.  While payment of this amount will be made from the Settlement Fund (as defined in Section 13 of the Term Sheet), this commitment is not conditioned on the availability of funds from the Settlement Fund.

The Term Sheet and this letter constitutes the entire agreement between Live Nation and the State of Arkansas.

Sincerely,

/s/ Kyle W. Mach    March 11, 2026 | 11:05 AM EDT
5D563EC216C04AB...

Kyle W. Mach

/s/ Amanda J. Wentz

Amanda Wentz

cc:    Joe Berchtold
       Daniel M. Wall
       James M. McDonald
       Adam S. Paris