# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 13, 2026

Via E-mail

**RULE 408 AND STATE EQUIVALENTS SETTLEMENT COMMUNICATION PRIVILEGED AND CONFIDENTIAL**

Daniel Barnes
Deputy Attorney General for Consumer Protection
Office of the Attorney General of Iowa
1305 East Walnut Street
Des Moines, Iowa, 50319

Re:     *United States and Plaintiff States* v. *Live Nation Entertainment, Inc.*

Dear Mr. Barnes,

    In addition to the terms in the term sheet (the "Term Sheet") executed by the U.S. Department of Justice, Antitrust Division and Live Nation Entertainment, Inc. ("Live Nation") on March 5, 2026 and filed with the Court on March 9, 2026 (ECF No. 1172), Live Nation agrees to pay the State of Iowa the amount of $3,000,000.  While payment of this amount will be made from the Settlement Fund (as defined in Section 13 of the Term Sheet), this commitment is not conditioned on the availability of funds from the Settlement Fund.

The Term Sheet and this letter constitutes the entire agreement between Live Nation and the State of Iowa.

Sincerely,

/s/ Kyle W. Mach

Kyle W. Mach

/s/ Daniel Barnes

Daniel Barnes

cc:   Joe Berchtold
      Daniel M. Wall
      James M. McDonald
      Adam S. Paris