# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-650-461-5600
FACSIMILE: 1-650-461-5700
WWW.SULLCROM.COM

*550 Hamilton Avenue*
*Palo Alto, California 94301-2010*

LOS ANGELES • NEW YORK • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 11, 2026

<u>Via E-mail</u>

**RULE 408 AND STATE EQUIVALENTS SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL**

Michael T. Hilgers
Attorney General
Office of the Attorney General of Nebraska
1445 K Street, Room 2115
Lincoln, NE 68508

Re:    *United States and Plaintiff States* v. *Live Nation Entertainment, Inc.*

Dear Mr. Hilgers,

In addition to the terms in the term sheet (the "Term Sheet") executed by the U.S. Department of Justice, Antitrust Division and Live Nation Entertainment, Inc. ("Live Nation") on March 5, 2026 and filed with the Court on March 9, 2026 (ECF No. 1172), Live Nation agrees to pay the State of Nebraska the amount of $3,588,759.96. While payment of this amount will be made from the Settlement Fund (as defined in Section 13 of the Term Sheet), this commitment is not conditioned on the availability of funds from the Settlement Fund.

The Term Sheet and this letter constitutes the entire agreement between Live Nation and the State of Nebraska.

Sincerely,

/s/ _Kyle W. Mach_

Kyle W. Mach

/s/ _Mike Hilgers_

Michael T. Hilgers

cc:     Joe Berchtold
        Daniel M. Wall
        James M. McDonald
        Adam S. Paris