March 16, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    ***United States et al. v. Live Nation Entertainment, Inc. et al.***; **1:24-cv-03973-AS**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter.  We write to respectfully request provisional leave to file a redacted version of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion in Limine to Exclude Evidence of Defendants' Community Engagement ("Opposition"), pursuant to Rules 11(C)(ii)-(iii) of Your Honor's Individual Practices, the Amended Protective Order, (Dkt No. 347 ¶ 9), and the Court's March 6, 2026 ruling in open court. Defendants, simultaneous with this Letter, file on ECF: (1) a public version of their Opposition with proposed redactions; and (2) their sealed, unredacted Opposition.

Defendants' Opposition references trial exhibit DX-0326 which The Cleveland Cavaliers ("Cavaliers"), a non-party in this case, produced and designated as Confidential.  On February 9, 2026, Defendants requested the Cavaliers confirm whether it maintains its confidentiality designation over DX-0326.  The Cavaliers confirmed DX-0326 was to remain confidential on February 20, 2026.  Accordingly, Defendants request that the Court grant leave to provisionally redact this portion of the Opposition.

Pursuant to Your Honor's Individual Practices, Defendants will notify the Cavaliers that they have three business days to file a letter with the Court, explaining the need to maintain the sealing of DX-0326.  *See* Individual Practices ¶ 11(C)(i)); *see also Wenger S.A. v. Olivet Int'l Inc.*, 2024 WL 3581796, at *1 (S.D.N.Y. June 25, 2024) ("The burden of demonstrating that a document submitted to a court should be sealed rests on the party seeking such action." (internal citation omitted)).

*[signatures on following page]*

Dated:  March 16, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

_____
Alfred C. Pfeiffer (admitted *pro hac vice*)
    *Co-Lead Trial Counsel*
David R. Marriott
    *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_____
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

cc:      All counsel of record (via ECF)

2