**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        *Plaintiffs,*<br><br>        v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>        *Defendants.* | Case No. 1:24-cv-03973-(AS)<br><br>**ORAL ARGUMENT REQUESTED** |

**MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE
TO EXCLUDE EVIDENCE OF DEFENDANTS' COMMUNITY ENGAGEMENT**

**TABLE OF CONTENTS**

**Page(s)**

PRELIMINARY STATEMENT ...............................................................................................1

LEGAL STANDARD............................................................................................................2

ARGUMENT ........................................................................................................................3

I.      Evidence Related to Defendants' Community Engagement Is Relevant............................3

        A.      Ticketers and Promoters Compete On The Basis Of Their Community Engagement Efforts. ..................................................................................4

        B.      Live Nation Partners With Artists On A Broad Range Of Community And Philanthropic Efforts.............................................................................7

        C.      Defendants' Community Engagement and Philanthropic Efforts Shape The Fan Experience .............................................................................9

II.     Evidence Related to Defendants' Community Engagement Does Not Pose Any Risk of Undue Prejudice ......................................................................................12

CONCLUSION....................................................................................................................13

## TABLE OF AUTHORITIES

**Page(s)**

### CASES

*Aventis Env't Sci. USA LP v. Scotts Co.*,
383 F. Supp. 2d 488 (S.D.N.Y. 2005)......................................................................................3

*Costantino v. David M. Herzog, M.D., P.C.*,
203 F.3d 164 (2d Cir. 2000)...................................................................................................13

*Dixon v. Reid*,
2025 WL 3652889 (S.D.N.Y. Dec. 15, 2025) .........................................................................3

*George v. Celotex Corp.*,
914 F.2d 26 (2d Cir. 1990).....................................................................................................12

*Habersham Plantation Corp. v. Molyneux*,
2011 WL 13216995 (S.D. Fla. Dec. 5, 2011) ..........................................................................3

*Hart v. RCI Hosp. Holdings, Inc.*,
90 F. Supp. 3d 250 (S.D.N.Y. 2015)...................................................................................2, 12

*Howard Univ. v. Borders*,
2022 WL 3568477 (S.D.N.Y. Aug. 17, 2022)..........................................................................2

*Iverson v. Surber*,
800 F. App'x 50 (2d Cir. 2020)..............................................................................................13

*Levinson v. Westport Nat'l Bank*,
2013 WL 2181042 (D. Conn. May 20, 2013)...........................................................................3

*Perry v. Ethan Allen, Inc.*,
115 F.3d 143 (2d Cir. 1997)....................................................................................................2

*Shenwick v. Twitter, Inc.*,
2021 WL 1232451 (N.D. Cal. Mar. 31, 2021).........................................................................3

*United States v. Certified Env't Servs., Inc.*,
753 F.3d 72 (2d Cir. 2014)..................................................................................................3, 4

*Weiss v. La Suisse, Societe d'Assurances sur la Vie*,
293 F. Supp. 2d 397 (S.D.N.Y.2003).......................................................................................2

### RULES

Fed. R. Evid. 401 .................................................................................................................2, 3

ii

Fed. R. Evid. 402 ....................................................................................................................2

Fed. R. Evid. 403 ...............................................................................................2, 3, 12, 13

## OTHER AUTHORITIES

Andrew O'Brien, *Backline Launches B-LINE, A 24/7 Mental Health & Crisis Support Line For The Music Industry*, Live for Live Music (Jan. 28, 2026), https://liveforlivemusic.com/news/backline-b-line-support-mental-health-crisis-support-music-industry/ .................................................................................11

Bruce Haring, *Harry Styles, Live Nation Team For Touring Proceeds Donation To Gun Safety Group*, Deadline (May 27, 2022), https://deadline.com/2022/05/harry-styles-live-nation-touring-proceeds-donation-gun-safety-1235034885/ ...............................................................................9

*Crew Nation Raises $15 Million So Far, Helping 15,000 Live Music Crew Members Across The Globe*, Live Nation (Aug. 12, 2020), https://www.livenation.com/exclusives/98/crew-nation-raises-15-million-far .......................10

Jem Aswad, *Live Nation to Introduce Reusable Cups at Venues and Festivals, a Major Step Toward 'Zero-Waste Concerts'*, Variety (Sep. 6, 2022), https://variety.com/2022/music/news/live-nation-reusable-cups-1235361403/ .......................10

*Live Nation Becomes Top Ticket Donor To The Military And Veteran Community*, PR Newswire (Nov. 05, 2019), https://www.prnewswire.com/news-releases/live-nation-becomes-top-ticket-donor-to-the-military-and-veteran-community-300806662.html.............................................................................................10

*Live Nation's On The Road Again Has Supported 4,000+ Developing Artists & Will Continue Rolling Through 2024*, Live Nation Newsroom (Mar. 12, 2024), https://newsroom.livenation.com/news/live-nations-on-the-road-again-has-supported-4000-developing-artists-will-continue-rolling-through-2024/..................................8

*Live Nation Teams Up With Liquid Death Mountain Water To Bring Fans More Sustainable Water Options At Concerts And Festivals*, PR Newswire (May 13, 2021), https://www.prnewswire.com/news-releases/live-nation-teams-up-with-liquid-death-mountain-water-to-bring-fans-more-sustainable-water-options-at-concerts-and-festivals-301290471.html ...........................................................10, 11

*Lollapalooza Announces The Return Of Hybrid Battery Powered Main Stage*, Live Nation Newsroom (July 28, 2025), https://newsroom.livenation.com/news/lollapalooza-announces-the-return-of-hybrid-battery-powered-main-stage/........................................................................................10

Lyndsey Havens, *Noah Kahan Wanted Buying Tickets to Be Fair for Fans - Here's How He Made It Happen*, Billboard (Feb. 19, 2026), https://www.billboard.com/pro/noah-kahan-ticket-buying-experience-great-divide-tour/ .............................................................................................................................9

Madison Bloom, *Lizzo and Live Nation Pledge $1 Million to Abortion Rights Organizations*, Pitchfork (June 25, 2022), https://pitchfork.com/news/lizzo-and-live-nation-pledge-dollar1-million-to-abortion-rights-organizations/ ................................9

*MIT Climate Machine with Support from Coldplay, Warner Music Group, Live Nation, and Hope Solutions Release First Ever Total Emissions of Live Music in US and UK*, Live Nation Newsroom (Dec. 11, 2025), https://newsroom.livenation.com/news/mit-climate-machine-with-support-from-coldplay-warner-music-group-live-nation-and-hope-solutions-release-first-ever-total-emissions-of-live-music-in-us-and-uk/ .................................................8

*The Road To Zero Waste*, Dave Mathews Band, https://davematthewsband.com/sustainability/ ........................................................8

Sarah Pittman, *Best Sustainability Initiative: Billie Eilish's 'Hit Me Hard And Soft: The Tour'*, Pollstar (Aug. 20, 2025), https://news.pollstar.com/2025/08/20/best-sustainability-initiative-billie-eilishs-hit-me-hard-and-soft-the-tour-2025-excellence-in-concessions-awards/ ......................8

## PRELIMINARY STATEMENT

Plaintiffs object—two weeks late[1]—to a single slide in Live Nation's opening demonstratives indicating that Live Nation will introduce evidence related to its investment in venues and communities, arguing that such evidence is irrelevant and likely to unfairly prejudice the jury.

Plaintiffs' motion fails because the conduct it relates to—Defendants' efforts to elevate local communities, increase sustainability, and engage with underserved fans—is central both to competition between Defendants and their rivals as well as to the fan experience at the core of Plaintiffs' claims. Community engagement is a critical way in which ticketers, promoters, and venues seek to highlight their culture, connect with their clients, and differentiate themselves from their competitors when responding to RFPs, pitching artists, and engaging with fans. It is something that venues *explicitly* require Defendants to address when submitting ticketing and other proposals and is a key differentiator that venues look to when choosing a partner. The same is true with respect to promoter-artist relationships, where artists routinely seek promoters who will engage with fans in a way that is consistent with the artist's vision. And the execution of these commitments forms a cornerstone of the very "fan experience" that Plaintiffs themselves have argued—and the Court has found—is integral to Plaintiffs' claims. *See* ECF No. 1190 at 5, ECF No. 1205 (denying MIL). This evidence is therefore directly relevant to Plaintiffs' claims and is necessary to any accurate understanding of how competition in this industry works.

---

[1]  The slide targeted by Plaintiffs' motion (DDX 1.16) was presented to the jury on March 3, 2026 without objection—despite the fact that Plaintiffs objected to 14 other slides in Defendants' opening demonstratives. *See* March 2, 2026 Ltr. from B. Sweeney. Plaintiffs did not raise any objection at all with respect to DDX 1.16 until two weeks later.

Nor is this evidence unfairly prejudicial, or indeed prejudicial at all. Plaintiffs do not identify any real risk of undue prejudice arising from this evidence, other than the patently self-serving argument that there is "a real risk of confusing the jury" because the evidence might "paint Defendants in a more favorable light." Mot. at 4. That is not a ground for exclusion. The Court should deny Plaintiffs' motion in limine.

## LEGAL STANDARD

"Evidence should not be excluded on a motion in limine unless such evidence is clearly inadmissible on all potential grounds." *Hart v. RCI Hosp. Holdings, Inc.*, 90 F. Supp. 3d 250, 258 (S.D.N.Y. 2015) (internal quotation omitted). Further, vague motions in limine attempting to exclude whole categories of evidence should be denied. *Weiss v. La Suisse, Societe d'Assurances sur la Vie*, 293 F. Supp. 2d 397, 407-08 (S.D.N.Y.2003) ("A motion in limine may properly be denied where it is too sweeping in scope.").

Under Fed. R. Evid. 401 the bar for relevance "is very low" and "[s]o long as a chain of inferences leads the trier of fact to conclude that the proffered submission affects the mix of material information, the evidence cannot be excluded at the threshold relevance inquiry." *Howard Univ. v. Borders*, 2022 WL 3568477, at *7 (S.D.N.Y. Aug. 17, 2022) (citing Fed. R. Evid. 401). The Court should only exclude relevant evidence "if its probative value is substantially outweighed by a danger of … unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Fed. R. Evid. 403; *see also Perry v. Ethan Allen, Inc.*, 115 F.3d 143, 151 (2d Cir. 1997) ("[F]or relevant evidence to be excluded on this basis, the imbalance must be substantial, and the prejudice must be unfair.").

2

**ARGUMENT**

Plaintiffs argue that any evidence related in any way to Defendants' "community engagement and altruistic endeavors" must be categorically excluded under FRE 401, 402, and 403. As an initial matter, Plaintiffs' failure to proffer any actual evidence to which they object is reason enough to reject their motion. *See Dixon v. Reid*, 2025 WL 3652889, at *8 (S.D.N.Y. Dec. 15, 2025) (denying motion in limine as "impermissibly vague" when movant did not submit specific documents and the court had "no ability, therefore, to review the documents and determine whether there are any grounds for admission"). Plaintiffs' motion should also be denied because the evidence they seek to exclude is highly relevant to Defendants' defenses and because Plaintiffs fail to identify any risk of unfair prejudice.

## I.     EVIDENCE RELATED TO DEFENDANTS' COMMUNITY ENGAGEMENT IS RELEVANT

"[T]he definition of relevance under Fed.R.Evid. 401 is very broad." *United States v. Certified Env't Servs., Inc*., 753 F.3d 72, 90 (2d Cir. 2014). As courts in this circuit have held, the "business justification of a company's actions is certainly relevant to antitrust analysis."[2] *Aventis Env't Sci. USA LP v. Scotts Co*., 383 F. Supp. 2d 488, 516 (S.D.N.Y. 2005).

Here, the evidence related to community engagement and philanthropic efforts which Defendants intend to offer is triply relevant to the antitrust allegations in this case because those efforts (1) are a key part of competition between Defendants and their rivals for ticketing and other

---

[2]  Plaintiffs cite primarily to a series of inapposite, non-antitrust cases involving charitable work completely unrelated to the alleged conduct at issue—involvement in the Bernie Madoff Ponzi scheme (*Levinson v. Westport Nat'l Bank*, 2013 WL 2181042, at *4 (D. Conn. May 20, 2013)), violations of the security laws (*Shenwick v. Twitter, Inc.,* 2021 WL 1232451, at *6 (N.D. Cal. Mar. 31, 2021)), or infringing on copyrighted furniture designs (*Habersham Plantation Corp. v. Molyneux*, 2011 WL 13216995, at *10 (S.D. Fla. Dec. 5, 2011)). *See* Mot. at 3. But Plaintiffs recognize that evidence related to "competition in the relevant market" *is* relevant in antitrust cases—just so here. *Id.* at 3.

contracts with venue clients; (2) allow Defendants to deepen their connection with artists on areas of shared commitment; and (3) are a facet of the "fan experience" which Plaintiffs have repeatedly argued is central to this case.

### A. Ticketers and Promoters Compete On The Basis Of Their Community Engagement Efforts.

Live Nation's community and philanthropic efforts are often an explicit part of the competitive process in the live entertainment industry.  For example, Ticketmaster's recent RFP response for the Los Angeles 2028 Olympic and Paralympic Games included an entire section on Sustainability & Diversity, which highlighted Live Nation's "Green Nation" sustainability initiatives, including its broad commitment to energy efficiency, water conservation, and waste reduction, and included proposals such as "carbon offset" options at checkout.  DX-1017 at .0133-37.  The proposal also highlighted the company's focus on the "Local Community" and discussed its support of "local charities and creat[ion of] local employment opportunities wherever possible." *Id.* at .0136.  Similarly, Live Nation's response to the 2023 RFP for St. Joseph's Health Amphitheater featured two full pages highlighting Green Nation's commitment "to enhance the sustainability of the live music business," including the following:



PX-0950 at 39-40.

These proposals are not mere window-dressing—they can be a significant factor when a potential client decides who wins the business. For example, when the Greek Theatre in Los Angeles issued an RFP in 2014, one of its four primary categories for evaluation was each respondent's "Community Partnership Plan". DX-0071 at .0004. Live Nation's proposal included starting both "a Greek Theatre Community Trust at $300,000 annually to expose low-income households, fixed-income households, at-risk youth and the disabled to the arts" and "a Greek Theatre Community Engagement Council, consisting of Cultural Arts and Community Service leaders to gain ongoing insight on supporting diverse programming … [and bring] local talent to the Greek Theatre." *Id.* at 10-11. Live Nation's proposal ultimately won out over AEG's, and the venue noted in its final analysis that "Live Nation's proposal includes innovative ideas for engaging the surrounding community, the broader community and reaching out to underserved communities

to share in the Greek Theatre experience with a larger segment of City residents and stakeholders." *Id.* at 11.  Three years later, when Live Nation competed for another contract with the Greek, the Community Services Director for the City of Mountain View (for whom Live Nation manages the Shoreline Amphitheater) submitted a letter of recommendation emphasizing that Live Nation has "done a terrific job hosting community events, such as the annual Community School of Music, Choral Festival, the annual San Francisco Symphony July 4th event with a family-fun area, and the annual, regional Cheerleading event."  DX-0172 at .0004.

As another example, the Mercedez-Benz Amphitheater's 2024 RFP noted on the very first page that it "seeks a firm that can use its knowledge and expertise to maximize the Amphitheater's operations in a positive, ethical and community-oriented way."  DX-1038 at .0003.  And a 2018 Red Rocks Amphitheatre report included an entire section on "The Community Experience" and recommended that the venue "engage[]" "key promoters to support" efforts to "host[] programs designed for participation from underserved communities." DX-0213 at .0091.  A 2019 RFP from Denver, Colorado for ticketing services noted that "[t]he City encourages vendors to demonstrate a commitment to and experience in environmental sustainability and public health protection … in this proposal."  DX-0239 at .0049.

Ticketmaster often also includes charitable donations directly in its proposals to venue clients.  For example, Ticketmaster's 2023 RFP response for ticketing services to ASM Global-Richmond included a commitment to "provide RPAC/ASM Richmond a one-time payment of Fifty Thousand Dollars ($50,000) as a donation to the nonprofit org RPAC, Inc," DX-0793 at .0075, and in its 2023 proposal for ticketing services for the Wells Farge Center, Ticketmaster offered to waive ticketing fees "for all Charities (501(c)3) events,"  DX-0800 at .0020.  In 2020, Ticketmaster proposed making a $10,000 "annual charitable contribution" as part of their

negotiation with the Rocket Mortgage FieldHouse, DX-0319 at .0001, and ███████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████ DX-0326 at .0003.



*Id.*

As these examples demonstrate, Defendants' community efforts and charitable commitments are part of how they compete with their rivals.

### B.    Live Nation Partners With Artists On A Broad Range Of Community And Philanthropic Efforts.

Live Nation also competes with rival promoters to earn artists' business in part by joining those artists in supporting the community and charitable causes that are important to them. Live Nation proudly partners with artists on a range of community and philanthropic initiatives, including:

- **On the Road Again Program with Willie Nelson** – This initiative supports touring artists and the teams that support them in playing Live Nation clubs around the country.  For every show played in an On The Road Again venue, artists keep 100% of merch profits and receive a bonus for gas and travel, and club staff receive special bonuses and an elevated minimum wage to recognize those working to support developing artists behind the scenes.[3]

- **Sustainability with Billie Eilish** – Live Nation worked with Billie Eilish to develop a sustainability plan for all shows in her recent tour, which included single-use plastic reduction, free water refill stations, and providing plant-based food options at concessions with price parity.[4]

- **On The Road to Zero Waste with Dave Mathews Band –** Live Nation partnered with Dave Mathews Band to create a sustainability program for his tour which successfully diverted 90% of waste generated by fans from landfills, with participating venues reaching as high as a 99% landfill diversion rate.[5]

- **Music Industry Emissions Baseline with Coldplay –** Live Nation worked with Coldplay and others to prepare the first comprehensive annual carbon emissions calculation of the live music industry in the U.S. and U.K. and identify key areas where both industry players and fans can take measurable steps to reduce emissions.[6]

---

[3] *Live Nation's On The Road Again Has Supported 4,000+ Developing Artists & Will Continue Rolling Through 2024*, Live Nation Newsroom (Mar. 12, 2024), https://newsroom.livenation.com/news/live-nations-on-the-road-again-has-supported-4000-developing-artists-will-continue-rolling-through-2024/.

[4] Sarah Pittman, *Best Sustainability Initiative: Billie Eilish's 'Hit Me Hard And Soft: The Tour'*, Pollstar (Aug. 20, 2025), https://news.pollstar.com/2025/08/20/best-sustainability-initiative-billie-eilishs-hit-me-hard-and-soft-the-tour-2025-excellence-in-concessions-awards/.

[5] *The Road To Zero Waste*, Dave Mathews Band, https://davematthewsband.com/sustainability/.

[6] *MIT Climate Machine with Support from Coldplay, Warner Music Group, Live Nation, and Hope Solutions Release First Ever Total Emissions of Live Music in US and UK*, Live Nation Newsroom (Dec. 11, 2025), https://newsroom.livenation.com/news/mit-climate-machine-with-support-from-coldplay-warner-music-group-live-nation-and-hope-solutions-release-first-ever-total-emissions-of-live-music-in-us-and-uk/.

- **Mental Health with Noah Kahan** – Noah Kahan and Live Nation jointly pledged more than $1 million to the artist's Busyhead Project that aims to end the stigma around mental health and improve access to resources.[7]

- **Gun Safety with Harry Styles** – Harry Styles and Live Nation jointly donated over $1 million to Everytown for Gun Safety in 2022.[8]

- **Planned Parenthood with Lizzo** – Lizzo and Live Nation each donated $500,000 to support Planned Parenthood in 2022.[9]

Connecting with artists over these shared values is part of how Live Nation competes. In addition, as the Court recognized previously, artists undoubtedly consider their "goodwill with their fans" when considering whether to work with particular venues, promoters, and ticketers. March 13, 2026 Hr. Tr at 1061-62. The evidence which Plaintiffs seek to exclude affects that same "goodwill" and is therefore relevant to this case.

### C.    Defendants' Community Engagement and Philanthropic Efforts Shape The Fan Experience

Plaintiffs would also have the Court exclude a wide range of Live Nation's projects and initiatives which improve the fan experience through supporting important causes. For example:

- **VetTix** – Live Nation is the long-time top donor to the Veteran Tickets Foundation, gifting tickets to currently serving military and veterans, first responders, and their families to allow them to enjoy free live music. Live Nation has donated more than 5 million tickets— over $200 million in value—and Ticketmaster created custom ticketing software to

---

[7]  Lyndsey Havens, *Noah Kahan Wanted Buying Tickets to Be Fair for Fans — Here's How He Made It Happen*, Billboard (Feb. 19, 2026), https://www.billboard.com/pro/noah-kahan-ticket-buying-experience-great-divide-tour/.

[8]  Bruce Haring, *Harry Styles, Live Nation Team For Touring Proceeds Donation To Gun Safety Group*, Deadline (May 27, 2022), https://deadline.com/2022/05/harry-styles-live-nation-touring-proceeds-donation-gun-safety-1235034885/.

[9]  Madison Bloom, *Lizzo and Live Nation Pledge $1 Million to Abortion Rights Organizations*, Pitchfork (June 25, 2022), https://pitchfork.com/news/lizzo-and-live-nation-pledge-dollar1-million-to-abortion-rights-organizations/.

improve VetTix's platform, simplifying the donation process to make it easier for others to donate as well.[10]

- **Lollapalooza Hybrid Battery-Powered Stage** – Live Nation made history at Lollapalooza as the first major U.S. festival to power its main stage entirely with a hybrid battery system, achieving a 67% reduction in fuel use for the main stage, saving over 3,000 gallons and preventing 26 metric tons of greenhouse gas emissions—the equivalent of powering five homes with electricity for an entire year.[11]

- **Single-Use Plastic Reduction** – Live Nation partnered with Liquid Death[12], a company which produces infinitely recyclable cans of water, and TURN Systems[13], a company which operates a leading reusable cup system, as part of its commitment to phase out the sale of single-use plastics at all owned and operated venues and events.

- **Crew Nation Global Relief Fund** – During the pandemic, Live Nation provided funding to non-employee crew members to help them get through the prolonged period without shows and keep the live entertainment industry afloat.  Live Nation donated $15 million, helping over 15,000 crew members globally.[14]

- **Backline** – Live Nation helped pilot Backline, which connects music industry professionals and their families with mental health and wellness resources, by promoting

---

[10] *Live Nation Becomes Top Ticket Donor To The Military And Veteran Community*, PR Newswire (Nov. 05, 2019), https://www.prnewswire.com/news-releases/live-nation-becomes-top-ticket-donor-to-the-military-and-veteran-community-300806662.html.  As of February 2026, Live Nation has donated more than 5 million tickets to VetTix.

[11] *Lollapalooza Announces The Return Of Hybrid Battery Powered Main Stage*, Live Nation Newsroom (July 28, 2025), https://newsroom.livenation.com/news/lollapalooza-announces-the-return-of-hybrid-battery-powered-main-stage/.

[12] *Live Nation Teams Up With Liquid Death Mountain Water To Bring Fans More Sustainable Water Options At Concerts And Festivals*, PR Newswire (May 13, 2021), https://www.prnewswire.com/news-releases/live-nation-teams-up-with-liquid-death-mountain-water-to-bring-fans-more-sustainable-water-options-at-concerts-and-festivals-301290471.html.

[13] Jem Aswad, *Live Nation to Introduce Reusable Cups at Venues and Festivals, a Major Step Toward 'Zero-Waste Concerts'*, Variety (Sep. 6, 2022), https://variety.com/2022/music/news/live-nation-reusable-cups-1235361403/.

[14] *Crew Nation Raises $15 Million So Far, Helping 15,000 Live Music Crew Members Across The Globe*, Live Nation (Aug. 12, 2020), https://www.livenation.com/exclusives/98/crew-nation-raises-15-million-far.

the services backstage at U.S. venues, and recently committed $3 million over 3 years to expand the program across the industry.[15]

These community engagement, sustainability, and philanthropy efforts affect the fan experience in multiple ways. For example, the military and first-responder recipients of the 5 million tickets Live Nation has donated to VetTix to date *are* fans, and their entire experience is made possible by efforts that Plaintiffs specifically seek to exclude. Similarly, sustainability projects impact nearly every live music fan. In a study commission by Live Nation, "live music fans expressed how sustainability is one of the top causes they care most about and are looking to brands to play a bigger role in the live music environment to help protect the planet."[16] The study found that the "number one issue live music goers are concerned with is the environment, specifically plastic pollution" and that "86% of live music goers have reduced their usage of single-use paper and plastic products" and "84% of live music goers state that ending the sale of single use products at live music events is an urgent priority." *Id.* All of the Green Nation sustainability projects outlined above therefore benefit these fans when they attend events at Live Nation venues. Further, every fan who has attended an event at a Live Nation venue or festival has benefited from Defendants' efforts to support the community of artists, crew, and staff that make the shows they love possible, including Crew Nation and Backline.

---

[15] Andrew O'Brien, *Backline Launches B-LINE, A 24/7 Mental Health & Crisis Support Line For The Music Industry*, Live for Live Music (Jan. 28, 2026), https://liveforlivemusic.com/news/backline-b-line-support-mental-health-crisis-support-music-industry/.

[16] *Live Nation Teams Up With Liquid Death Mountain Water To Bring Fans More Sustainable Water Options At Concerts And Festivals*, PR Newswire (May 13, 2021), https://www.prnewswire.com/news-releases/live-nation-teams-up-with-liquid-death-mountain-water-to-bring-fans-more-sustainable-water-options-at-concerts-and-festivals-301290471.html.

Plaintiffs' new claim that these initiatives are irrelevant is flatly inconsistent with their earlier arguments that all aspects of the "fan experience" are relevant to their claims. ECF No. 1190 at 4. Plaintiffs highlighted "the importance of fan satisfaction to artists when it comes to venue selection" *id.* at 4, and indicated that they plan to call two "fan witnesses" to speak to their personal experiences. Plaintiffs, of course, intend to introduce evidence which they believe will show that the fan experience is "simply substandard, overpriced for the quality of services provided." March 13, 2026 Hr. Tr at 1061-62. And while the Court permitted this, it held that "defendants will have full opportunity to rebut any narrative that might be drawn from these documents to put them in the proper context"—in other words, to explain why the fan experience is not substandard. *Id.* Plaintiffs' current motion ignores this ruling, attempting to create a situation where Plaintiffs are free to introduce fan experience evidence they like, while Defendants are not permitted to rebut it with evidence of their deep investments in the fan communities at the heart of this case.

## II. EVIDENCE RELATED TO DEFENDANTS' COMMUNITY ENGAGEMENT DOES NOT POSE ANY RISK OF UNDUE PREJUDICE

Plaintiffs raise two conclusory fallback arguments about the supposedly unfair prejudice that would ensue if the jury was exposed to this evidence. But exclusion of evidence under Rule 403 "is an extraordinary remedy that must be used sparingly"—and neither of Plaintiffs' arguments meet this high bar. *George v. Celotex Corp.*, 914 F.2d 26, 31 (2d Cir. 1990).

*First*, Plaintiffs argue that this evidence is an "improper appeal to emotion that presents a real risk of confusing the jury" by "paint[ing] Defendants in a more favorable light based on unrelated, irrelevant conduct." But this is just a rehash of their relevance argument. Since the evidence *is* relevant—to competition for venues, artists, and fans, and to rebutting Plaintiffs' arguments regarding the fan experience—whatever light it "paints" Defendants in is not unfair.

12

*See Iverson v. Surber*, 800 F. App'x 50, 52 (2d Cir. 2020) ("Prejudice under this rule means 'unfair' rather than 'harmful.'" (internal quotations and citation omitted)).  And *second*, Plaintiffs argue that the introduction of this evidence "would require Plaintiffs to respond in kind, by providing full context," which would trigger a "mini trial on irrelevant issues."  Mot. at 4-5.  This is another repackaged relevance argument, and one that is particularly inapt since Plaintiffs themselves have already fought to introduce evidence related broadly to the "fan experience."  As explained above, Defendants' evidence is necessary to explain how they compete and to demonstrate the full fan experience that Plaintiffs have repeatedly sought to undermine.

## CONCLUSION

Plaintiffs' core complaint appears to boil down to their fear that, if the jury is exposed to a complete picture of Defendants' business and competitive strategy, it may well undermine Plaintiffs' claims of harm to competition or to a substandard fan experience.  But "to justify exclusion under Rule 403 the prejudice must be *unfair*" and this is not. *Costantino v. David M. Herzog, M.D., P.C.*, 203 F.3d 164, 174 (2d Cir. 2000).  Defendants respectfully request that the Court deny Plaintiffs' motion.

Dated: March 16, 2026


Respectfully submitted,

LATHAM & WATKINS LLP

_(signature)_
_____
Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Andrew M. Gass (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_(signature)_
_____
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

## CERTIFICATE OF COMPLIANCE

I, Alfred C. Pfeiffer, an attorney duly admitted to practice before this Court, hereby certify pursuant to Local Rule 7.1(c) of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rules"), Rule 8(C) of Judge Arun Subramanian's Individual Practices in Civil Cases ("Individual Rules"), that the foregoing Memorandum of Law was prepared using Microsoft Word, and contains 3,467 words. In making this calculation, I have relied on the word and page counts of the word-processing program used to prepare the document.

Dated:    March 16, 2026

New York, New York

_____
Alfred C. Pfeiffer