STATE OF SOUTH DAKOTA



## OFFICE OF ATTORNEY GENERAL

1302 East SD Highway 1889, Suite 1
Pierre, South Dakota 57501-8501

**MARTY J. JACKLEY**
ATTORNEY GENERAL

Phone (605) 773-3215
Fax (605) 773-4106
http://atg.sd.gov

**BRENT K. KEMPEMA**
CHIEF DEPUTY

March 17, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 1007

Re*: United States et. al. v. Live Nation Entertainment, Inc. et. al., No: 1:24-CV-3973-AS*

Dear Judge Subramanian,

The State of South Dakota submits this letter as a follow-up to the Notice of Settlement it provided on March 13, 2026.  The Notice of Settlement was a copy of the agreement between South Dakota and Defendants, and it is identical to the term sheet submitted by the Department of Justice.  The State of South Dakota agrees to be bound by the terms of the agreement.  If these submissions are sufficient to comply with this Court's requirements, the State of South Dakota wishes to be released from this case.

Very respectfully,

Jacob R. Dempsey
Assistant Attorney General
South Dakota Office of Attorney General