

**Ex. No**

**PX0019**

**1:24-cv-03973**

Begin forwarded message:

**From:** Marc Feinberg <mfeinberg@aegpresents.com>
**Date:** July 22, 2022 at 4:13:05 PM EDT
**To:** Jay Marciano <jmarciano@aegworldwide.com>
**Subject: RE: BRUCE SPRINGSTEEN // 05.25.22 // GREENSBORO // PLATINUM UPDATE // RD - 07.22.22 // 10:30AM (PT)**

On the Bruce event, based on last update fees currently come out to $240,171.58. Platinum fees (assessed on the gross) are 14.8% on-top, passed onto to consumer and 5% on the inside, charged to the promoter

| INFO | | TOTAL |
|---|---|---|
| 14.80% | $ 179,522.19 | |
| 5% | $  60,649.39 | |
| Total | $ 240,171.57 | |

**From:** Jay Marciano <jmarciano@aegworldwide.com>
**Sent:** Friday, July 22, 2022 1:02 PM
**To:** Marc Feinberg <mfeinberg@aegpresents.com>
**Subject:** Re: BRUCE SPRINGSTEEN // 05.25.22 // GREENSBORO // PLATINUM UPDATE // RD - 07.22.22 // 10:30AM (PT)

Highly Confidential

AEG-CID-0000726503



**Jay Marciano**

Chief Operating Officer, AEG
Chairman & CEO, AEG Presents
Los Angeles, CA 90015
jmarciano@aegworldwide.com

Sent from my iPhone
Please excuse typos

On Jul 22, 2022, at 1:49 PM, Marc Feinberg <mfeinberg@aegpresents.com> wrote:



Begin forwarded message:

**From:** Marc Feinberg <mfeinberg@aegpresents.com>
**Date:** July 22, 2022 at 10:38:28 AM PDT
**To:** michael@harbingermgmt.com, Allen Corbett <acorbett@zeromile.com>, ben@thrillroad.com,
gt@travisresources.net
**Cc:** Tanya Barrios <tbarrios@aegpresents.com>, Chelsea Hairston <chairston@aegpresents.com>, Marc Feinberg
<mfeinberg@aegpresents.com>
**Subject: BRUCE SPRINGSTEEN // 05.25.22 // GREENSBORO // PLATINUM UPDATE // RD - 07.22.22 // 10:30AM (PT)**

Here's a count as of 10:30AM (PT).

| EXCHANGE | TOTAL | DETAIL |
|---|---|---|
| TOTAL SOLD | 1,372 | |
| GROSS VALUE | $ 1,101,435.00 | |
| LESS FACE VALUE | $ (356,971.50) | |

Highly Confidential

| | | | |
|---|---|---:|---:|
| LESS INSIDE SERVICE CHARGE | $ | (55,071.75) | 5.00000% |
| LESS FACILITY FEE | $ | - | |
| GROSS PROGRAM LIFT TAXABLE | $ | 689,391.75 | |
| LESS TAX 1 ON LIFT | $ | (46,533.94) | 6.75000% |
| LESS TOTAL TAX ON LIFT | $ | (46,533.94) | |
| GROSS PROGRAM LIFT LESS TAX | $ | 642,857.81 | |
| LESS ASCAP | $ | (1,767.86) | 0.27500% |
| LESS BMI | $ | (964.29) | 0.15000% |
| LESS GMR | $ | (289.29) | 0.04500% |
| LESS SESAC | $ | (205.71) | 0.03200% |
| NET TO SPLIT | $ | 639,630.66 | |
| LESS ADMINISTRATION | $ | (63,963.07) | 10.00000% |
| ADJUSTED NET TO SPLIT | $ | 575,667.59 | |
| | | | |
| CAP | | 2,148 | |
| SOLD | | 1,372 | |
| UNSOLD | | 776 | |
| SOLD % | | 64% | |
| | | | |
| AVERAGE TICKET PRICE (ATP) | $ | 803 | |

Best,

Marc Feinberg I AEG Presents
mfeinberg@aegpresents.com

Highly Confidential

AEG-CID-0000726505