Message
_____

| | |
|---|---|
| **From:** | J J Marciano [jjmarciano@icloud.com] |
| **Sent:** | 11/20/2023 11:18:47 AM |
| **To:** | Louis Messina [Louis@messinatouring.com]; Rich Schaefer [rsschaefer@aegpresents.com]; Fredrick "Cody" Lauzier [clauzier@aegpresents.com]; John Meglen [john@concertswest.com]; Paul Gongaware [paul@concertswest.com]; Paul Tollett [pault@goldenvoice.com]; Adam Weiser [aweiser@aegpresents.com]; Michael Harrison [mharrison@aegpresents.com]; Shawn Trell [strell@aegpresents.com]; Jorge Melendez [jmelendez@aegpresents.com]; Rick Mueller [rmueller@aegpresents.com]; Melissa Ormond [melissa@goldenvoice.com] |
| **Subject:** | Kenny Brokers report |
| **Attachments:** | KENNY CHESNEY Nov 16.xlsx |

**EXTERNAL**

**Jay Marciano**

Chief Operating Officer, AEG
Chairman & CEO, AEG Presents
Los Angeles, CA 90015
jmarciano@aegworldwide.com

Sent from my iPhone
Please excuse typos

Ex. No
PX0046
1:24-cv-03973

Highly Confidential

AEG-LIT-000848601

**File Produced in Native**

Highly Confidential

AEG-LIT-000848602