**From:** Michael Rapino
**Sent:** Monday, January 11, 2016 9:42 PM
**To:** Bob Roux; Mark Campana
**Subject:** Re: <no subject>

We are the number one company and amp company in the world but don't own the top 5.... We should be leading

**From:** Bob Roux <BobRoux@LiveNation.com>
**Date:** Monday, January 11, 2016 at 1:39 PM
**To:** MR <Michael@LiveNation.com>, Mark Campana <MarkCampana@LiveNation.com>
**Subject:** RE: <no subject>

ok

**From:** Michael Rapino
**Sent:** Monday, January 11, 2016 3:39 PM
**To:** Bob Roux; Mark Campana
**Subject:** Re: <no subject>

Treat it as Bus Dev document and how do we own buy more

**From:** Bob Roux <BobRoux@LiveNation.com>
**Date:** Monday, January 11, 2016 at 1:37 PM
**To:** MR <Michael@LiveNation.com>, Mark Campana <MarkCampana@LiveNation.com>
**Subject:** RE: <no subject>

We don't own top 4, but no reason to invest in any of them that I can see making sense.

Mark: you could comment on term we have in Detroit, and if cap there gives us an opportunity to extend/ improve the terms of our current lease.

Woodlands agreement is well out into the future, I think through or until 2028.

Red Rocks not sure anything to do there.

If Bowl goes to RFP, which we feel it won't, we could address then.

**From:** Michael Rapino
**Sent:** Monday, January 11, 2016 3:20 PM
**To:** Bob Roux; Mark Campana
**Subject:** <no subject>

Any amps we targeting her we don't own?

1

**Ex. No**

**PX0413**

**1:24-cv-03973**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02084441

2

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02084442