| | |
|---|---|
| **From:** | Michael Rapino |
| **Sent:** | Monday, January 11, 2016 9:20 PM |
| **To:** | Bob Roux; Mark Campana |
| **Subject:** | <no subject> |
| **Attachments:** | Top Amps.pdf |

Any amps we targeting her we don't own?

**Ex. No**

**PX0414**

**1:24-cv-03973**

1

**LNE CONFIDENTIAL BUSINESS INFORMATION**

LNE-02084446



# 2015 YEAR END
## Worldwide Ticket Sales TOP 100 AMPHITHEATRE VENUES

| # | Sales | Venue | Location |
|---|---|---|---|
| 1 | 738,850 | Red Rocks Amphitheatre | Morrison, CO |
| 2 | 465,695 | The Cynthia Woods Mitchell Pavilion | The Woodlands, TX |
| 3 | 458,671 | DTE Energy Music Theatre | Clarkston, MI |
| 4 | 393,793 | Hollywood Bowl | Los Angeles, CA |
| 5 | 326,095 | BB&T Pavilion | Camden, NJ |
| 6 | 315,388 | Klipsch Music Center | Noblesville, IN |
| 7 | 292,705 | Jiffy Lube Live | Bristow, VA |
| 8 | 288,326 | Filene Center At Wolf Trap | Vienna, VA |
| 9 | 288,014 | Riverbend Music Center | Cincinnati, OH |
| 10 | 266,833 | Perfect Vodka Amphitheatre | West Palm Beach, FL |
| 11 | 266,642 | First Niagara Pavilion | Burgettstown, PA |
| 12 | 252,919 | Gexa Energy Pavilion | Dallas, TX |
| 13 | 251,316 | Hollywood Casino Amphitheatre | Maryland Heights, MO |
| 14 | 248,183 | Shoreline Amphitheatre | Mountain View, CA |
| 15 | 246,480 | MidFlorida Credit Union Amphitheatre | Tampa, FL |
| 16 | 246,423 | Xfinity Center | Mansfield, MA |
| 17 | 244,152 | Walnut Creek Amphitheatre | Raleigh, NC |
| 18 | 242,776 | PNC Bank Arts Center | Holmdel, NJ |
| 19 | 236,035 | Hollywood Casino Amphitheatre | Tinley Park, IL |
| 20 | 232,017 | PNC Music Pavilion | Charlotte, NC |
| 21 | 228,343 | Farm Bureau Live At Virginia Beach | Virginia Beach, VA |
| 22 | 226,580 | King County's Marymoor Park | Redmond, WA |
| 23 | 225,819 | Molson Canadian Amphitheatre | Toronto, CANADA |
| 24 | 223,603 | Blossom Music Center | Cuyahoga Falls, OH |
| 25 | 223,039 | Waldbühne Berlin | Berlin, GERMANY |
| 26 | 202,379 | Fiddler's Green Amphitheatre | Englewood, CO |
| 27 | 200,279 | Sleep Train Amphitheatre | Chula Vista, CA |
| 28 | 191,996 | Aaron's Amphitheatre At Lakewood | Atlanta, GA |
| 29 | 191,161 | Bethel Woods Center For The Arts | Bethel, NY |
| 30 | 189,613 | Xfinity Theatre | Hartford, CT |
| 31 | 189,500 | Darien Lake Performing Arts Center | Darien Center, NY |
| 32 | 187,309 | Verizon Wireless Amph. At Encore Park | Alpharetta, GA |
| 33 | 163,991 | Greek Theatre At UC Berkeley | Berkeley, CA |
| 34 | 158,894 | Ak-Chin Pavilion | Phoenix, AZ |
| 35 | 154,918 | Saratoga Performing Arts Center | Saratoga Springs, NY |
| 36 | 154,042 | Irvine Meadows Amphitheatre | Irvine, CA |
| 37 | 146,838 | Isleta Amphitheater | Albuquerque, NM |
| 38 | 141,245 | Santa Barbara Bowl | Santa Barbara, CA |
| 39 | 129,234 | Nikon At Jones Beach Theater | Wantagh, NY |
| 40 | 127,480 | Merriweather Post Pavilion | Columbia, MD |
| 41 | 124,193 | Austin360 Amphitheater | Austin, TX |
| 42 | 122,533 | Usana Amphitheatre | Salt Lake City, UT |
| 43 | 116,392 | Artpark Amphitheater | Lewiston, NY |
| 44 | 106,476 | Bank Of NH Pavilion | Gilford, NH |
| 45 | 98,916 | Fraze Pavilion For The Perf. Arts | Kettering, OH |
| 46 | 95,679 | Gorge Amphitheatre | Quincy, WA |
| 47 | 91,566 | Brisbane Riverstage | Brisbane, AUSTRALIA |
| 48 | 90,920 | Constellation Brands - Marvin Sands PAC | Canandaigua, NY |
| 49 | 90,642 | Mann Center For Performing Arts | Philadelphia, PA |
| 50 | 89,619 | Whitewater Amphitheater | New Braunfels, TX |
| 51 | 88,583 | Meadow Brook Music Festival | Rochester, MI |
| 52 | 83,647 | McMenamins Edgefield Amphitheater | Troutdale, OR |
| 53 | 83,355 | St. Augustine Amphitheatre | Saint Augustine, FL |
| 54 | 82,511 | Wolf Creek Amphitheater | Atlanta, GA |
| 55 | 79,979 | Pier Six Pavilion | Baltimore, MD |
| 56 | 76,347 | Alpine Valley Music Theatre | East Troy, WI |
| 57 | 70,993 | Chastain Park Amphitheatre | Atlanta, GA |
| 58 | 70,052 | Humphrey's Concerts By The Bay | San Diego, CA |
| 59 | 64,455 | Concord Pavilion | Concord, CA |
| 60 | 64,229 | Toyota Amphitheatre | Wheatland, CA |
| 61 | 63,974 | Lake Tahoe Outdoor Arena At Harveys | Stateline, NV |
| 62 | 60,985 | Les Schwab Amphitheater | Bend, OR |
| 63 | 60,901 | Rumsey Playfield / Central Park | New York, NY |
| 64 | 57,626 | Amphitheater At The Wharf | Orange Beach, AL |
| 65 | 56,332 | Sidney Myer Music Bowl | Melbourne, AUSTRALIA |
| 66 | 52,717 | PNC Pavilion At Riverbend | Cincinnati, OH |
| 67 | 51,780 | Marcus Amphitheater | Milwaukee, WI |
| 68 | 49,423 | PNC Plaza At Steelstacks | Bethlehem, PA |
| 69 | 49,411 | Harrah's Stir Concert Cove | Council Bluffs, IA |
| 70 | 48,625 | Starlight Theatre | Kansas City, MO |
| 71 | 48,382 | Pavilion At Montage Mountain | Moosic, PA |
| 72 | 47,708 | Darling's Waterfront Pavilion | Bangor, ME |
| 73 | 47,474 | Tuscaloosa Amphitheater | Tuscaloosa, AL |
| 74 | 44,279 | Ascend Amphitheater | Nashville, TN |
| 75 | 43,605 | Greek Theatre | Los Angeles, CA |
| 76 | 43,197 | Oak Mountain Amphitheatre | Pelham, AL |
| 77 | 42,895 | Vina Robles Amphitheatre | Paso Robles, CA |
| 78 | 42,639 | Koka Booth Amphitheatre | Cary, NC |
| 79 | 42,266 | BankPlus Amphitheater At Snowden Grove | Southaven, MS |
| 80 | 42,248 | Walmart AMP | Rogers, AR |
| 81 | 37,679 | Cuthbert Amphitheater | Eugene, OR |
| 82 | 37,560 | Blue Hills Bank Pavilion | Boston, MA |
| 83 | 36,747 | Oregon Zoo Amphitheatre | Portland, OR |
| 84 | 36,106 | White River Amphitheatre | Auburn, WA |
| 85 | 35,813 | Ravinia Festival At Ravinia Park | Highland Park, IL |
| 86 | 35,423 | Cricket Wireless Amphitheater | Bonner Springs, KS |
| 87 | 33,277 | Woodland Park Zoo | Seattle, WA |
| 88 | 32,997 | Sunlight Supply Amphitheater | Ridgefield, WA |
| 89 | 31,528 | Minnesota Zoo Amphitheater | Apple Valley, MN |
| 90 | 31,417 | Ntelos Wireless Pavilion | Charlottesville, VA |
| 91 | 30,490 | Prospect Park Bandshell | Brooklyn, NY |
| 92 | 28,358 | Bayfront Park Amphitheater | Miami, FL |
| 93 | 27,638 | Denver Botanic Gardens - York St. | Denver, CO |
| 94 | 27,447 | Idaho Botanical Garden | Boise, ID |
| 95 | 26,529 | Farm Bureau Insurance Lawn At White River State Park | Indianapolis, IN |
| 96 | 25,580 | Hope Estate Winery | Pokolbin, AUSTRALIA |
| 97 | 24,555 | Freedom Hill Amphitheatre | Sterling Heights, MI |
| 98 | 24,424 | FirstMerit Bank Pavilion @ Northerly Island | Chicago, IL |
| 99 | 22,825 | Big Sky Brewing Company | Missoula, MT |
| 100 | 22,697 | Ironstone Amphitheatre | Murphys, CA |

All figures are for tickets sold to concerts as reported to POLLSTAR for shows played between 11.16.14 and 11.15.15