

Ex. No

PX0415

1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02088182



>> -----Original Message-----

>> From: Bob Roux <BobRoux@LiveNation.com>

>> Date: Sunday, January 24, 2016 at 10:29 AM

>> To: Michael Rapino <Michael@LiveNation.com>

>> Subject: Re: LIVE NATION GROWTH, ALABAMA

>>

>> Good observation and good timing.  Will Review.  Going through 2016 Goal Setting this weekend for Presidents in West and will make sure those who have Territorial Responsibility where Red Mountain operates are fully aware of their growth and have active plan to mitigate further expansion and to properly research each market and to bid each and every venue contract when they become available.  My gut telling me these are all small markets and venues with high risk and likely low annual profits (we lost $500k in small northern Mississippi Amphitheatre in Russell Doussan'd BU this year), but we'll vet them out and determine right strategy for each going forward.

>>

>> Thank you for forwarding.  Can't get complacent and let small guys encroach from the edges.

>>

>> Sent from my iPhone

>>

>>> On Jan 24, 2016, at 12:13 PM, Michael Rapino <Michael@LiveNation.com> wrote:

>>>

>>> now at Red Mountain Entertainment, were still part of Live Nation at

>>> Oak Mountain Amphihtheatre and were the folks, I had worked with mostly both before and after

>>

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02088183