| From: | Bob Roux |
|---|---|
| Sent: | Wednesday, June 24, 2015 12:46 PM |
| To: | David Zedeck; Rick Franks |
| Subject: | SOA Approval a Process for 2016 |

We should think through whether we want to send Tour Producers any new guidelines on what we will be reviewing when we go through proposed deal terms and projected CM results in the SOA process for 2016 Tours.

Promoter Loss in Amps worse than we anticipated in the Budget this year (indicated on this week's tracker) and my guess is we have more Tours / Dates than normal under-performing against initial forecast provided by the Tour Producers in their initial approved business plans.

For instance, if in 2016, the Amp Budget is for 14,000,000 tickets and <$85,000,000> in Promoter Losses, then one item we might look to highlight in the data section provided to us is whether the Promoter Loss in plan is less than <$5.00> - <$6.00> per ticket.
*we'll accept more Promoter Loss Per Paid on higher attendance shows in some cases.

We also know we are going to need somewhere in the neighborhood of $13.00 - $13.50 CMPF, depending on Attendance Budget and how much our overall Fixed goes up and Final Divisional AOI Budget.

In addition, should we review Tour Producer Handicap for Initial Forecast Results for a Tour v Final Flash Results and should that handicap be incorporated into the Data we receive when reviewing Tour Offers. For instance, if a Tour Producer has a <10%> Handicap on Average over past three years (two good years and this year maybe not quite as good), should the SOA Approval form indicate plausible results if the Tour Producers Projected CM were off by 10%?

We are always in an environment of high pressure to book our amphitheaters, but better deals is an area I believe we have some room to claw back some CM going forward. I look at results for a Tour like Lana Del Ray and feel if we can make that deal with her, we should be able to negotiate better on other less popular Artists. Many of the Non-Superstar Artists have pre-determined to play Amps when we get the call, and these are the acts or tours, where we may have some room for tighter negotiations and deals. In some cases we even have dates on hold before our offers are sent.

We do a great job in Arenas, and are experiencing record Promoter Profits in the Arenas this year. It would seem once we identify an Artist as wanting to play our Amps, we should be able to better negotiate favorable deals there, just like we have been doing in the Arenas. Because we have more to give, there is a tendency to be more liberal in our deal terms.

As we will be buying shows soon for our Amps for the 2016 Season, I thought I would get these thoughts out to you, so if we feel any procedural changes in the SOA Process and associated format of the SOA documents and associated data are in order, we could work on modifying the format and implementing the changes now.

Industry knows we are having tough Summer, so done push back will be expected, and is likely in order given our results this year.

I ran an analysis a few weeks ago that indicated had we saved 5% on Talent on all Touring Guarantees and 10% on all Locally bought Guarantees we would be forecasted to earn another $9.5m this year, which is about our current HAL Risk.

**Ex. No**

**PX0422**

1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION                              LNE-02231676

Most likely NAC AOI Budget going from $86m (2015) to $98M or more and Fixed (if we are careful) probably goes up at least another $7-8M, so we'll need $17-$18m more in CM to cover.  If we were looking only to amps to cover the increased CM needed to get to Budget, we would likely need CMPF up another $1.40 on 14m tickets.

This is not exact math, but if you feel we should consider some of these ideas, we can put the exact math together for us so we can have an internal discussion and roll out the information uncovered and potential new parameters to the Tour Producers.

Please let me know your thoughts when convenient.

Sent from my iPhone

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02231677