| | |
|---|---|
| **From:** | Russ Borrows |
| **Sent:** | Thursday, October 06, 2016 11:07 PM |
| **To:** | Bob Roux |
| **Cc:** | Mark Campana; David Zedeck |
| **Subject:** | 2016 Planning US Concerts.pptx |
| **Attachments:** | 2016 Planning US Concerts.pptx |

1

**Ex. No**

**PX0429**

1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02867997



# 2016 PRIORITIES

## U.S. Concerts

**OCTOBER 14, 2015**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02867998

# COMPETITIVE ASSESSMENT

## Biggest Competitor Threats

1. Proliferation of Festivals (primarily Country) cannibalizing high margin amp shows

2. Younger (and Heritage) promoters coming in from the edges creating events, opening venues and purchasing artist inventory

3. Record and media companies are augmenting their relevance, market position and revenues through traditional concert promotion and related services

4. Venue, Promoter and Tour Acquisitions

## Competitor (related to Threats)

1. AEG, Superfly
   *(LN Festivals)*

2. Independents:
   Bowery Presents,  I.M.P,
   A.P.E.,  CMN, Frank Productions,
   Outback Concerts, Knitting Factory
   A.C. Entertainment, Lucky Man Concerts
   Score More, Superfly

3. Label / Artist JV's outside record sales
   Ticket / Record bundles

   iHeartRadio
   SBS Entertainment
   Town Square
   Spotify, Apple Music, Pandora

4. AEG

Note – When looking at any of these competitors, our greatest threat is the addition of young, hungry, innovative executives to any of the entities above

1

LNE-02867999

# MARKET SHARE – TOP 50 PROMOTERS

*Based on Pollstar's "2014 Year End Worldwide Ticket Sales Top 100 Promoters" rankings. US Promoters Only.*

| Rank | Promoter | Top 50 Market Share | Rank | Promoter | Top 50 Market Share |
|------|----------|---------------------|------|----------|---------------------|
| **1** | **Live Nation*** | **49%** | 26 | Danny Wimmer Presents | <1% |
| 2 | AEG Live | 16% | 27 | Hennepin Theatre Trust | <1% |
| 3 | Feld Entertainment | 5% | 28 | Awakening Events | <1% |
| 4 | MSG Entertainment | 3% | 29 | Varnell Enterprises | <1% |
| 5 | Caesars Entertainment | 2% | 30 | Knitting Factory Presents | <1% |
| 6 | Another Planet Entertainment | 2% | 31 | Global Spectrum | <1% |
| 7 | The Bowery Presents | 2% | 32 | Tate Entertainment | <1% |
| 8 | Premier Productions | 2% | 33 | Red Mountain Entertainment | <1% |
| 9 | Nederlander Concerts | 2% | 34 | Mills Entertainment | <1% |
| 10 | Jam Productions | 1% | 35 | Invictus Entertainment Group | <1% |
| 11 | Broadway Across America | 1% | 36 | SBS Entertainment | <1% |
| 12 | MagicSpace Entertainment | <1% | 37 | Cincinnati Symphony Orchestra | <1% |
| 13 | Frank Productions | <1% | 38 | Bill Blumenreich Presents | <1% |
| 14 | NS2 | <1% | 39 | True West | <1% |
| 15 | AC Entertainment | <1% | 40 | Rush Concerts | <1% |
| 16 | Professional Facilities Management | <1% | 41 | SLP Concerts | <1% |
| 17 | Beaver Productions | <1% | 42 | Rams Head Promotions | <1% |
| 18 | PromoWest Productions | <1% | 43 | North American Entertainment Group | <1% |
| 19 | IMP / Seth Hurwitz | <1% | 44 | Lucky Man Concerts | <1% |
| 20 | Palace Sports & Entertainment | <1% | 45 | Madison House | <1% |
| 21 | Icon Entertainment Group | <1% | 46 | Jade Presents | <1% |
| 22 | Outback Concerts | <1% | 47 | Mike Thrasher Presents | <1% |
| 23 | First Avenue Productions | <1% | 48 | HUKA Entertainment | <1% |
| 24 | Cardenas Marketing Network | <1% | 49 | Opus One Productions | <1% |
| 25 | Monqui Presents | <1% | 50 | ASO Presents | <1% |

*Ranked by tickets sold worldwide as reported to Pollstar for shows played between 1/1/14 and 12/31/14.*
*\* Live Nation includes the following promoters: Live Nation, C3 Presents, Crossroads Presents, Bill Silva Presents / The Andrew Hewitt Company, Insomniac*

2

LNE CONFIDENTIAL BUSINESS INFORMATION

# MAIN INSIGHTS / HURDLES TO UNLOCKING GROWTH

| Insight | Hurdle to Growth | How to Breakdown Hurdle |
|---|---|---|
| ▪ **To maintain expected annual AOI growth rates, the Division requires accelerated acquisitions of synergistic companies** | ▪ Willing sellers at accretive valuations<br>▪ Slow play in negotiating, diligence and legal teams<br>▪ Proper organizational / management structure to integrate new assets and quickly bring to P&L expectation | ▪ More focused and prioritized approach<br>▪ Examine current organization<br>▪ Confirm responsibilities and keep team focused on keys to success |
| ▪ **In Owned venues, customer on-site spend and experience is not developed to its fullest potential** | ▪ Age of venues<br>▪ Lack of capital investment<br>▪ Organizational structure / focus | ▪ Access to capital beyond run-rate targets<br>▪ Hire experienced executive to focus on on-site spending |
| ▪ **Given the decentralized business model of U.S. Concerts, the volume of low return activities needs to be filtered to create more time for high return activities** | ▪ Properly filtering out low return activities | ▪ Relentless Focus. Train ourselves to say NO to low margin opportunities.<br>▪ Precisely define core business and align activity to focus on high margin opportunities within that core. |

**3**

LNE-02868001

# MAIN INSIGHTS / HURDLES TO UNLOCKING GROWTH

| Insight | Hurdle to Growth | How to Breakdown Hurdle |
|---|---|---|
| **Data resources are not updated and activated on a regular basis to enhance marketing and decision-making** | ▪ TM resources are not as attentive to U.S. Concerts needs as needed<br>▪ Clients not willing to depart conventional methods for data-driven marketing plans<br>▪ "Treadmill" work overwhelms the Central Marketing team | ▪ Dedicated TM/LN account reps as opposed to shared services<br>▪ Find leaders to build business cases with for review by industry<br>▪ Address Central Marketing org related to data management |
| **Spanish-speaking Americans are growing at an extreme rate\* and we do not have a strategy to sell them products**<br><br>\* - Per U.S. Census Bureau, percent Hispanic of U.S. population was 9% in 1990 and is projected to be 19% in 2020. | ▪ Language barrier and cultural gaps in market<br>▪ No Live Nation Hispanic resources currently and no plan/strategy to develop | ▪ Engage a Hispanic agency initially and add Hispanic marketers long term<br>▪ Develop social platform assets to embrace this aspect of the market<br>▪ Acquire Latin promoter |
| **Every O/O Amp tour at > $30 Guarantee per Fan had Promoter Losses per Fan worse than the Touring national average (holds true in '13, '14 and '15)** | ▪ Effectively negotiating with realistic forecasts / business plans<br>▪ Perceived and actual competition for shows | ▪ In the Offer/Business Plan stage, we should target O/O Amp Guarantee per Fan less than $30<br>▪ Highlight empirical data on all artists/bookers in Business Plan |

4

LNE CONFIDENTIAL BUSINESS INFORMATION



# COMPETITIVE ASSESSMENT

| **Biggest Competitor Threats** | **Competitor (related to Threats)** |
|---|---|
| **1** Proliferation of Festivals (primarily Country) cannibalizing high margin amp shows | **1** AEG, Superfly *(LN Festivals)* |
| **2** Younger (and Heritage) promoters coming in from the edges creating events, opening venues and purchasing artist inventory | **2** Independents:<br>Bowery Presents,  I.M.P,<br>A.P.E.,  CMN, Frank Productions,<br>Outback Concerts, Knitting Factory<br>A.C. Entertainment, Lucky Man Concerts<br>Score More, Superfly |
| **3** Record and media companies are augmenting their relevance, market position and revenues through traditional concert promotion and related services | **3** Label / Artist JV's outside record sales<br>Ticket / Record bundles<br><br>iHeartRadio<br>SBS Entertainment<br>Town Square<br>Spotify, Apple Music, Pandora |
| **4** Venue, Promoter and Tour Acquisitions | **4** AEG |

Note – When looking at any of these competitors, our greatest threat is the addition of young, hungry, innovative executives to any of the entities above

1

# MARKET SHARE – TOP 50 PROMOTERS

*Based on Pollstar's "2014 Year End Worldwide Ticket Sales Top 100 Promoters" rankings. US Promoters Only.*

| Rank | Promoter | Top 50 Market Share | Rank | Promoter | Top 50 Market Share |
|---|---|---|---|---|---|
| 1 | Live Nation* | 49% | 26 | Danny Wimmer Presents | <1% |
| 2 | AEG Live | 16% | 27 | Hennepin Theatre Trust | <1% |
| 3 | Feld Entertainment | 5% | 28 | Awakening Events | <1% |
| 4 | MSG Entertainment | 3% | 29 | Varnell Enterprises | <1% |
| 5 | Caesars Entertainment | 2% | 30 | Knitting Factory Presents | <1% |
| 6 | Another Planet Entertainment | 2% | 31 | Global Spectrum | <1% |
| 7 | The Bowery Presents | 2% | 32 | Tate Entertainment | <1% |
| 8 | Premier Productions | 2% | 33 | Red Mountain Entertainment | <1% |
| 9 | Nederlander Concerts | 2% | 34 | Mills Entertainment | <1% |
| 10 | Jam Productions | 1% | 35 | Invictus Entertainment Group | <1% |
| 11 | Broadway Across America | 1% | 36 | SBS Entertainment | <1% |
| 12 | MagicSpace Entertainment | <1% | 37 | Cincinnati Symphony Orchestra | <1% |
| 13 | Frank Productions | <1% | 38 | Bill Blumenreich Presents | <1% |
| 14 | NS2 | <1% | 39 | True West | <1% |
| 15 | AC Entertainment | <1% | 40 | Rush Concerts | <1% |
| 16 | Professional Facilities Management | <1% | 41 | SLP Concerts | <1% |
| 17 | Beaver Productions | <1% | 42 | Rams Head Promotions | <1% |
| 18 | PromoWest Productions | <1% | 43 | North American Entertainment Group | <1% |
| 19 | IMP / Seth Hurwitz | <1% | 44 | Lucky Man Concerts | <1% |
| 20 | Palace Sports & Entertainment | <1% | 45 | Madison House | <1% |
| 21 | Icon Entertainment Group | <1% | 46 | Jade Presents | <1% |
| 22 | Outback Concerts | <1% | 47 | Mike Thrasher Presents | <1% |
| 23 | First Avenue Productions | <1% | 48 | HUKA Entertainment | <1% |
| 24 | Cardenas Marketing Network | <1% | 49 | Opus One Productions | <1% |
| 25 | Monqui Presents | <1% | 50 | ASO Presents | <1% |

Ranked by tickets sold worldwide as reported to Pollstar for shows played between 1/1/14 and 12/31/14.
* Live Nation includes the following promoters: Live Nation, C3 Presents, Crossroads Presents, Bill Silva Presents / The Andrew Hewitt Company, Insomniac

2

# MAIN INSIGHTS / HURDLES TO UNLOCKING GROWTH

| Insight | Hurdle to Growth | How to Breakdown Hurdle |
|---|---|---|
| • **To maintain expected annual AOI growth rates, the Division requires accelerated acquisitions of synergistic companies** | • Willing sellers at accretive valuations<br>• Slow play in negotiating, diligence and legal teams<br>• Proper organizational / management structure to integrate new assets and quickly bring to P&L expectation | • More focused and prioritized approach<br>• Examine current organization<br>• Confirm responsibilities and keep team focused on keys to success |
| • **In Owned venues, customer on-site spend and experience is not developed to its fullest potential** | • Age of venues<br>• Lack of capital investment<br>• Organizational structure / focus | • Access to capital beyond run-rate targets<br>• Hire experienced executive to focus on on-site spending |
| • **Given the decentralized business model of U.S. Concerts, the volume of low return activities needs to be filtered to create more time for high return activities** | • Properly filtering out low return activities | • Relentless Focus. Train ourselves to say NO to low margin opportunities.<br>• Precisely define core business and align activity to focus on high margin opportunities within that core. |

3

# MAIN INSIGHTS / HURDLES TO UNLOCKING GROWTH

| Insight | Hurdle to Growth | How to Breakdown Hurdle |
|---|---|---|
| • Data resources are not updated and activated on a regular basis to enhance marketing and decision-making | • TM resources are not as attentive to U.S. Concerts needs as needed<br>• Clients not willing to depart conventional methods for data-driven marketing plans<br>• "Treadmill" work overwhelms the Central Marketing team | • Dedicated TM/LN account reps as opposed to shared services<br>• Find leaders to build business cases with for review by industry<br>• Address Central Marketing org related to data management |
| • Spanish-speaking Americans are growing at an extreme rate* and we do not have a strategy to sell them products<br><br>* - Per U.S. Census Bureau, percent Hispanic of U.S. population was 9% in 1990 and is projected to be 19% in 2020. | • Language barrier and cultural gaps in market<br>• No Live Nation Hispanic resources currently and no plan/strategy to develop | • Engage a Hispanic agency initially and add Hispanic marketers long term<br>• Develop social platform assets to embrace this aspect of the market<br>• Acquire Latin promoter |
| • Every O/O Amp tour at > $30 Guarantee per Fan had Promoter Losses per Fan worse than the Touring national average (holds true in '13, '14 and '15) | • Effectively negotiating with realistic forecasts / business plans<br>• Perceived and actual competition for shows | • In the Offer/Business Plan stage, we should target O/O Amp Guarantee per Fan less than $30<br>• Highlight empirical data on all artists/bookers in Business Plan |

4



# COMPETITIVE ASSESSMENT

## Biggest Competitor Threats

1. Proliferation of Festivals (primarily Country) cannibalizing high margin amp shows

2. Younger (and Heritage) promoters coming in from the edges creating events, opening venues and  purchasing artist inventory

3. Record and media companies are augmenting their relevance, market position and revenues through traditional concert promotion and related services

4. Venue, Promoter and Tour Acquisitions

## Competitor (related to Threats)

1. AEG, Superfly
   *(LN Festivals)*

2. Independents:
   Bowery Presents,  I.M.P,
   A.P.E.,  CMN, Frank Productions,
   Outback Concerts, Knitting Factory
   A.C. Entertainment, Lucky Man Concerts
   Score More, Superfly

3. Label / Artist JV's outside record sales
   Ticket / Record bundles

   iHeartRadio
   SBS Entertainment
   Town Square
   Spotify, Apple Music, Pandora

4. AEG

Note – When looking at any of these competitors, our greatest threat is the addition of young, hungry, innovative executives to any of the entities above

1

# MARKET SHARE – TOP 50 PROMOTERS

*Based on Pollstar's "2014 Year End Worldwide Ticket Sales Top 100 Promoters" rankings. US Promoters Only.*

| Rank | Promoter | Top 50 Market Share | Rank | Promoter | Top 50 Market Share |
|---|---|---|---|---|---|
| 1 | **Live Nation*** | **49%** | 26 | Danny Wimmer Presents | <1% |
| 2 | AEG Live | 16% | 27 | Hennepin Theatre Trust | <1% |
| 3 | Feld Entertainment | 5% | 28 | Awakening Events | <1% |
| 4 | MSG Entertainment | 3% | 29 | Varnell Enterprises | <1% |
| 5 | Caesars Entertainment | 2% | 30 | Knitting Factory Presents | <1% |
| 6 | Another Planet Entertainment | 2% | 31 | Global Spectrum | <1% |
| 7 | The Bowery Presents | 2% | 32 | Tate Entertainment | <1% |
| 8 | Premier Productions | 2% | 33 | Red Mountain Entertainment | <1% |
| 9 | Nederlander Concerts | 2% | 34 | Mills Entertainment | <1% |
| 10 | Jam Productions | 1% | 35 | Invictus Entertainment Group | <1% |
| 11 | Broadway Across America | 1% | 36 | SBS Entertainment | <1% |
| 12 | MagicSpace Entertainment | <1% | 37 | Cincinnati Symphony Orchestra | <1% |
| 13 | Frank Productions | <1% | 38 | Bill Blumenreich Presents | <1% |
| 14 | NS2 | <1% | 39 | True West | <1% |
| 15 | AC Entertainment | <1% | 40 | Rush Concerts | <1% |
| 16 | Professional Facilities Management | <1% | 41 | SLP Concerts | <1% |
| 17 | Beaver Productions | <1% | 42 | Rams Head Promotions | <1% |
| 18 | PromoWest Productions | <1% | 43 | North American Entertainment Group | <1% |
| 19 | IMP / Seth Hurwitz | <1% | 44 | Lucky Man Concerts | <1% |
| 20 | Palace Sports & Entertainment | <1% | 45 | Madison House | <1% |
| 21 | Icon Entertainment Group | <1% | 46 | Jade Presents | <1% |
| 22 | Outback Concerts | <1% | 47 | Mike Thrasher Presents | <1% |
| 23 | First Avenue Productions | <1% | 48 | HUKA Entertainment | <1% |
| 24 | Cardenas Marketing Network | <1% | 49 | Opus One Productions | <1% |
| 25 | Monqui Presents | <1% | 50 | ASO Presents | <1% |

*Ranked by tickets sold worldwide as reported to Pollstar for shows played between 1/1/14 and 12/31/14.*
*\* Live Nation includes the following promoters: Live Nation, C3 Presents, Crossroads Presents, Bill Silva Presents / The Andrew Hewitt Company, Insomniac*

2

# MAIN INSIGHTS / HURDLES TO UNLOCKING GROWTH

| Insight | Hurdle to Growth | How to Breakdown Hurdle |
|---|---|---|
| • **To maintain expected annual AOI growth rates, the Division requires accelerated acquisitions of synergistic companies** | • Willing sellers at accretive valuations<br>• Slow play in negotiating, diligence and legal teams<br>• Proper organizational / management structure to integrate new assets and quickly bring to P&L expectation | • More focused and prioritized approach<br>• Examine current organization<br>• Confirm responsibilities and keep team focused on keys to success |
| • **In Owned venues, customer on-site spend and experience is not developed to its fullest potential** | • Age of venues<br>• Lack of capital investment<br>• Organizational structure / focus | • Access to capital beyond run-rate targets<br>• Hire experienced executive to focus on on-site spending |
| • **Given the decentralized business model of U.S. Concerts, the volume of low return activities needs to be filtered to create more time for high return activities** | • Properly filtering out low return activities | • Relentless Focus. Train ourselves to say NO to low margin opportunities.<br>• Precisely define core business and align activity to focus on high margin opportunities within that core. |

3

# MAIN INSIGHTS / HURDLES TO UNLOCKING GROWTH

| Insight | Hurdle to Growth | How to Breakdown Hurdle |
| --- | --- | --- |
| **Data resources are not updated and activated on a regular basis to enhance marketing and decision-making** | ▪ TM resources are not as attentive to U.S. Concerts needs as needed<br>▪ Clients not willing to depart conventional methods for data-driven marketing plans<br>▪ "Treadmill" work overwhelms the Central Marketing team | ▪ Dedicated TM/LN account reps as opposed to shared services<br>▪ Find leaders to build business cases with for review by industry<br>▪ Address Central Marketing org related to data management |
| **Spanish-speaking Americans are growing at an extreme rate\* and we do not have a strategy to sell them products**<br><br>\* - Per U.S. Census Bureau, percent Hispanic of U.S. population was 9% in 1990 and is projected to be 19% in 2020. | ▪ Language barrier and cultural gaps in market<br>▪ No Live Nation Hispanic resources currently and no plan/strategy to develop | ▪ Engage a Hispanic agency initially and add Hispanic marketers long term<br>▪ Develop social platform assets to embrace this aspect of the market<br>▪ Acquire Latin promoter |
| **Every O/O Amp tour at > $30 Guarantee per Fan had Promoter Losses per Fan worse than the Touring national average (holds true in '13, '14 and '15)** | ▪ Effectively negotiating with realistic forecasts / business plans<br>▪ Perceived and actual competition for shows | ▪ In the Offer/Business Plan stage, we should target O/O Amp Guarantee per Fan less than $30<br>▪ Highlight empirical data on all artists/bookers in Business Plan |

4