| | |
|---|---|
| **From:** | Jordan Zachary |
| **Sent:** | Saturday, January 20, 2018 9:57 PM |
| **To:** | Brad Wavra |
| **Cc:** | Bob Roux; Michael Rapino |
| **Subject:** | Re: Break away festival |

Adam Lynn is the buyer there, let me know if I can help.
He tried to do something in Indy near Lolla and we shut it down as well.

On Jan 20, 2018, at 3:54 PM, Brad Wavra <BRADWAVRA@LiveNation.com> wrote:

> Time to teach em.
>
> Brad Wavra
> Live Nation
> 9348 Civic Center Drive
> Beverly Hills, CA 90210
> Office: 310-867-7085
> Cell: REDACTED
>
> On Jan 20, 2018, at 1:53 PM, Jordan Zachary <JordanZachary@LiveNation.com> wrote:
>
>> They were close to a minority deal with Coran but walked.
>>
>> On Jan 20, 2018, at 3:45 PM, Brad Wavra <BRADWAVRA@LiveNation.com> wrote:
>>
>>> Is Coran involved with these guys?
>>>
>>> Brad Wavra
>>> Live Nation
>>> 9348 Civic Center Drive
>>> Beverly Hills, CA 90210
>>> Office: 310-867-7085
>>> Cell: REDACTED
>>>
>>> On Jan 20, 2018, at 12:38 PM, Bob Roux <BobRoux@LiveNation.com> wrote:
>>>
>>>> That's kind of the messaging we sent to Coran and Red Mountain. Either we are together or we are competitors. Seemed to work, as they had 3 venues, 2 festivals and another venue coming on line in 18, and wanted the content flow on artists where we had touring rights to in the U.S. Velvet Hammer.

1

**Ex. No**
**PX0451**
1:24-cv-03973

LNE2019-CID-0277497

Bob Roux
REDACTED

**From:** Michael Rapino
**Sent:** Saturday, January 20, 2018 2:28 PM
**To:** Jordan Zachary <JordanZachary@LiveNation.com>
**Cc:** Bob Roux <BobRoux@LiveNation.com>; Brad Wavra
<BRADWAVRA@LiveNation.com>
**Subject:** Re: Break away festival

Why let shows go to them till they declare

No benefit for them to have great year then create
auction

Roll they sign they are competitors bc we have no
idea what they will do

On Jan 20, 2018, at 10:40 AM, Jordan Zachary
<JordanZachary@LiveNation.com> wrote:

> FYI, Prime Social Group still on
> our list. Will keep on them this
> year, but left it in December
> they wanted to have a second
> year of real earnings then
> partner w LN.
>
> ------
>
> **From:** Brad Wavra
> <BRADWAVRA@LiveNation.com>
> **Date:** Friday, January 19, 2018 at
> 4:06 PM
> **To:** Jordan Zachary
> <JordanZachary@LiveNation.com>
> **Subject:** Re: Break away festival
>
> Awesome.
> Then I feel better about letting shows
> go there.
>
> Peace
> brad
>
> Brad Wavra
> Live Nation
> 9345 Civic Center Drive
> Beverly Hills, CA 90210

2

LNE CONFIDENTIAL BUSINESS INFORMATION                    LNE2019-CID-0277498

Office 310-867-7085
Cell ▮▮▮▮▮▮▮

**From:** Jordan Zachary
<JordanZachary@LiveNation.com>
**Date:** Friday, January 19, 2018 at
4:02 PM
**To:** Brad Wavra
<BRADWAVRA@LiveNation.com>
**Subject:** Re: Break away festival

Yes, Prime Social Group.
They want to get through this year
and do a deal next year based on
2018 numbers.
Been growing each year.
They have done a good job creating
some young shows, similar size
company as ScoreMore.

On Jan 19, 2018, at 5:57 PM, Brad
Wavra
<BRADWAVRA@LiveNation.com>
wrote:

> Jordan;
> Are we talking to these
> 2 kids (they are 27) that
> have the Break Away
> festivals in Grand
> Rapids and Columbus?
> We played it with Travis
> Scott last year, now
> Khalid wants to play it
> this year.
>
> According to Cara Lewis
> these are 2 guys with a
> little vibe going on.
>
> Peace
> brad
>
> Brad Wavra
> Live Nation
> 9345 Civic Center Drive
> Beverly Hills, CA 90210
> Office 310-867-7085
> Cell  REDACTED

3

LNE CONFIDENTIAL BUSINESS INFORMATION                           LNE2019-CID-0277499