# EXHIBIT PX0455 A

Redacted

| | |
|---|---|
| **From:** | Joe Taylor |
| **Sent:** | Friday, October 26, 2018 1:49 PM |
| **To:** | Bob Roux |
| **Cc:** | Mark Campana |
| **Subject:** | Touring Playbook |
| **Attachments:** | Touring Playbook v3.pdf |

Bob & Mark

Was doing a quick skim of my inbox and saw your notes on the ticketing initiatives and how we make sure we reinforce & track, especially ahead of on sales.

Got me thinking about the playbook we want to roll out to tour booking.

Bob - Is this what you were thinking for a Tour Booker playbook?

It has more detail on tactics / execution than Vegas for pricing and booking priorities. Has some reference tables on pricing guides, routing insights, etc.

Feel free to shoot over any thoughts on this and I can address when I'm back. Will be good for playbooks to go out to reinforce everything laid out in Vegas, with that next layer of detail on the "how". Booking is a bit more conceptual, but Ticketing will almost be a user guide on systems because it's all naming conventions and TM processes.

Thanks

Joe

Get Outlook for iOS

---

**From:** Joe Taylor <joetaylor@livenation.com>
**Sent:** Saturday, October 20, 2018 10:39 AM
**To:** Bob Roux
**Cc:** Mark Campana; Tom See
**Subject:** RE: Touring Playbook Draft

Bob

Attached, please find the updated 2019 Tour Playbook.

I'll likely be on paternity leave starting next week, so I wanted to get in your inbox ahead of that.

It includes a checklist, Touring priorities, insights, links to various resources for building business plans, as well as a couple analyses I've completed to help in Routing.

Let me know if you have any thoughts, or if you're okay with me floating out to a few folks in Touring for feedback.

Thanks

1

**Ex. No**

**PX0455**

**1:24-cv-03973**

**LNE CONFIDENTIAL BUSINESS INFORMATION**

LNE2019-CID-0306410

JT

**From:** Joe Taylor
**Sent:** Friday, October 19, 2018 9:19 AM
**To:** Bob Roux <BobRoux@LiveNation.com>
**Cc:** Mark Campana <MarkCampana@LiveNation.com>
**Subject:** Touring Playbook Draft

Bob

Attached, please find the DRAFT of the Touring Playbook.

I will be working with Kevin Voyt on elevating it with graphics and formatting, but first wanted to get the content right.

Can you please look over the content and share any thoughts? Anything else you'd specifically like to highlight?

It's meant to provide that 'checklist' for the Tour (from an Offer & Business Plan perspective), then go into some detail behind the 'why'.

I haven't shared with anyone in Touring, but I can also put in front of one of the Tour Directors to get some thoughts.

I'm working from home today, but will be available on cell if you'd like to connect live.

Thanks

Joe
Cell: █████████

2



LNE CONFIDENTIAL BUSINESS INFORMATION

## OFFER & BUSINESS PLAN CHECKLIST    3

## ROUTING    4
ADD AMP SHOWS TO ARENA TOURS    5
EXTEND TOP AMP TOURS    6
ROUTE TOP AMP TOURS THROUGH TOP VENUES    7
GENRE ROUTING PLAYBOOK    8
MAXIMIZE DAY OF WEEK    9

## MARKETING & PROMOTIONS    10
AD BUDGETS    11
PERFORMANCE BASED MARKETING    11
SUMMER SALE    12

## MAXIMIZE APF    13
DWELL TIMES    14
LATE CURFEW VENUES ON WEEKENDS    15
TOP ARENA APF    16

## TICKETING    17
VIP HOLDS    18
PLATINUM ALLOCATIONS    18
P1 SCALING - AMPS    19
P1 SCALING - ARENAS    20
AISLE SEATS    20

## BUSINESS PLANS    21
ARTIST HISTORY    22
2019 TEMPLATE    23

LNE CONFIDENTIAL BUSINESS INFORMATION     LNE2019-CID-0306413

# OFFER & BUSINESS PLAN CHECKLIST

| Amp Tours | | Y/N |
|---|---|---|
| Routing | Playing 30+ O/O Amps | |
| Routing | Playing 9 of Top 10 Amps | |
| Routing | Playing Top Amps based on Genre | |
| Routing | Playing every Friday & Saturday in O/O Amps | |
| Marketing | Performance Based Marketing Approved | |
| Marketing | $1.75 per Ticket Digital Approved | |
| Promotions | Secure Approval for Summer Sale (B/C/D) | |
| APF | 3+ Artists on bill | |
| APF | Door Times before 6pm | |
| APF | Playing until 11:15p at late curfew venues (wknds) | |
| Ticketing | Secure 350 Platinum Tickets for on sale | |
| Ticketing | VIP Holds based on Guidelines | |
| Ticketing | P1 Pricing & Capacity based on Guidance | |
| Ticketing | Scaling Analysis completed by Analytics & Ticketing | |
| Ticketing | Aisle Seats Approved | |
| Ticketing | Dynamic Pricing approved for pre-sale | |
| Business Plan | Business Plan built based on Artist History | |
| Business Plan | Genre / Building APF schedule used | |
| Business Plan | New Ad Budgets reflected | |
| Business Plan | Aisle Seat Pricing (by building) | |

| Arena Tours | | Y/N |
|---|---|---|
| Routing | Includes Offer for 5+ Amp Dates | |
| Marketing | Performance Based Marketing Approved | |
| APF | Playing more Top 15 than Bottom 15 APF venues | |
| APF | Bounty Request negotiated "On Top" of venue APF | |
| Ticketing | P1 Pricing & Capacity based on Guidance | |
| Ticketing | Scaling Analysis completed by Analytics & Ticketing | |
| Ticketing | Aisle Seats Approved | |
| Ticketing | Dynamic Pricing approved for pre-sale | |
| Business Plan | Business Plan built based on Artist History | |
| Business Plan | New Ad Budgets reflected | |
| Business Plan | Aisle Seats Pricing (by building) | |

3

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306414