# EXHIBIT PX0455 B

Redacted



**TOURING PLAYBOOK**

# ROUTING

**LIVE NATION**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306415

# Add Amp Shows to Arena Tours

## Create Two Offers for May – Oct Arena Tours (1) Arena Only (2) Arenas + a minimum of 5 Amp dates

**Insight:** On shows with a Net Gross between $880K - $1.25M (roughly average Arena results), the Artist makes +$170K (+23%) more & LN makes +$235K (+235%) more playing O/O Amps vs. Arenas.

## Definitely Include:

| Venue | RSVD CAP | Lawn CAP | Total CAP | Grosses >$1M |
|---|---|---|---|---|
| BB&T Pavilion | 6,800 | 18,000 | 24,800 | 10 |
| Jiffy Lube Live | 10,600 | 12,700 | 23,300 | 9 |
| Ruoff Home Mortgage Music Center | 6,000 | 18,500 | 24,500 | 6 |
| Hollywood Casino Amphitheatre CHI | 11,000 | 15,700 | 26,700 | 4 |
| Shoreline Amphitheatre | 6,200 | 15,800 | 22,000 | 4 |
| Blossom Music Center | 6,000 | 15,000 | 21,000 | 4 |
| Xfinity Center | 13,900 | 5,800 | 19,700 | 4 |
| The Dos Equis Pavilion | 7,200 | 12,900 | 20,100 | 3 |

## Take a strong look:

| Venue | RSVD CAP | Lawn CAP | Total CAP | Grosses >$1M |
|---|---|---|---|---|
| The Gorge (weekend) | 5,800 | 16,200 | 22,000 | 8 |
| Saratoga Performing Arts Center | 5,100 | 20,000 | 25,100 | 5 |
| Northwell Health at Jones Beach Theater | 13,900 | 0 | 13,900 | 5 |
| Cellairis Amphitheatre at Lakewood | 6,900 | 12,000 | 18,900 | 4 |
| Cynthia Woods | 6,300 | 9,700 | 16,000 | 3 |
| Alpine Valley (weekend) | 7,000 | 28,000 | 35,000 | 2 |
| MIDFLORIDA Credit Union Amphitheatre | 9,300 | 9,900 | 19,200 | 1 |

LNE CONFIDENTIAL BUSINESS INFORMATION                    LNE2019-CID-0306416

## Extend Top Amp Tours

## All A & B Amp Tours should play 30 dates in O/O Amps.

**Insight:** The Average A&B Amp Tour only has 18 Amp dates, vs. D Tours which average 24 Amp dates.



### 2018 # of Dates per O/O Amp Tour

If successful, 30 O/O Amp dates per A & B Tour would yield +$61M in incremental CM in 2019.

| AVG # DATES PER A & B TOUR (IN 2019) | CM OPPORTUNITY |
|:---:|:---:|
| 30 | +$61M |
| 24 | +$30M |
| 21 | +15M |
| 18 | +$0 |

LNE CONFIDENTIAL BUSINESS INFORMATION          LNE2019-CID-0306417

## Route Top Amp Tours through Top Venues

## All A&B Amp Tours should play 9 of our Top 10 O/O Amps.

**Insight:** in 2018, A/B Amp Tours played, on average, only 6 of our Top 10 Amps



### # of Top 20 Tour Shows (2018)

## Tableau Dashboards are being rolled out (for Touring teams) to easily identify routing opportunities & track booking priorities.



LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306418

# Genre Routing Playbook

## Please leverage the Venue / Genre table below to help identify which Amps over-index for your Tour's genre, and should be considered more strongly in the routing.

### Net Gross Rank by Genre

*Variance to Tour Avg – Head to Head*

| O/O Amp | Country / Folk | Classic Rock | Hard Rock / Metal | Urban | Rock | Alternative Rock | Top 40 / Pop |
|---|---|---|---|---|---|---|---|
| Xfinity Center | 2 | 1 | 4 | 8 | 1 | 4 | 5 |
| Hollywood Casino Amphitheatre CHI | 7 | 19 | 1 | 1 | 4 | 2 | 3 |
| Five Point Amphitheater | 3 | 2 | 6 | 2 | 30 | | 4 |
| Jiffy Lube Live | 5 | 16 | 8 | 3 | 3 | 13 | 8 |
| Shoreline Amphitheatre | 12 | 6 | 17 | 4 | 14 | 3 | 1 |
| Northwell Health at Jones Beach Theater | 8 | 3 | 15 | 32 | 2 | 5 | 2 |
| Glen Helen Amphitheater | 1 | 26 | | | 5 | | |
| Northerly Island | | 11 | 3 | 17 | 6 | 9 | 22 |
| Ruoff Home Mortgage Music Center | 6 | 21 | 12 | 7 | 7 | 19 | 12 |
| The Dos Equis Pavilion | 10 | 22 | 13 | 11 | 8 | 11 | 11 |
| The Gorge | 4 | 28 | | | 10 | 1 | 19 |
| MIDFLORIDA Credit Union Amphitheatre | 9 | 12 | 5 | 24 | 11 | 12 | 17 |
| Saratoga Performing Arts Center | 15 | 9 | 20 | 6 | 13 | 24 | 9 |
| Blossom Music Center | 13 | 8 | 18 | 5 | 15 | 15 | 23 |
| P.N.C. Bank Arts Center | 14 | 13 | 24 | 22 | 9 | 10 | 7 |
| Cellairis Amphitheatre at Lakewood | 24 | 7 | 14 | 13 | 21 | 17 | 6 |
| Cynthia Woods | 29 | 10 | 7 | 18 | 12 | 18 | 10 |
| BB&T Pavilion | 11 | 15 | 31 | 15 | 19 | 6 | 24 |
| PNC Music Pavilion | 21 | 14 | 19 | 12 | 20 | 23 | 13 |
| Alpine Valley Music Theatre | 31 | 4 | | | | | |
| White River Amphitheatre | 19 | 18 | 10 | 26 | 32 | 8 | 14 |
| Toyota Amphitheater | 16 | 27 | 2 | 28 | 16 | | 26 |
| Mattress Firm Amphitheatre | 18 | 25 | 25 | 10 | 26 | 7 | 25 |
| Verizon Amphitheatre | 28 | 5 | 28 | | 23 | | 15 |
| Concord Pavilion | 36 | 17 | 21 | 9 | | 21 | 18 |
| Ak-Chin Pavilion | 20 | 34 | 9 | 25 | 17 | 20 | 20 |
| Coral Sky Amphitheatre | 22 | 23 | 16 | 29 | 24 | 16 | 21 |
| The XFINITY Theatre | 23 | 29 | 27 | 14 | 22 | 14 | 28 |
| USANA Amphitheatre | 17 | 33 | 29 | 19 | 27 | 25 | 16 |
| Hollywood Casino Amphitheatre STL | 26 | 20 | 23 | 23 | 18 | 28 | 31 |
| Darien Lake Amphitheater | 25 | 31 | 22 | 16 | 33 | 22 | 29 |
| The Pavilion at Montage Mountain | 34 | 24 | 11 | | | 29 | 36 |
| Walnut Creek | 27 | 36 | 26 | 21 | 28 | 30 | 30 |
| Oak Mountain Amphitheatre | 35 | 30 | 34 | 31 | 25 | 27 | 27 |
| KeyBank Pavilion | 30 | 32 | 32 | 27 | 31 | 26 | 33 |
| Isleta Amphitheater | 32 | 37 | 30 | 20 | 34 | 32 | 34 |
| Virginia Beach | 33 | 35 | 33 | 30 | 29 | 31 | 32 |

**9 of 10 Must be in Tour Offers**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306419

# Maximize Day of Week

## When building routing, ensure we are maximizing weekends in our O/O Amps.

**Insight:** "Head to Head" on the Same Tours, Saturdays overperform the Tour Average by +1,328 tickets, but our Top 10 Venues are dark on nearly 50% of their Saturdays in the summer.



| Venue | Saturdays Booked |
|---|---|
| Blossom Music Center | 23% |
| Shoreline Amphitheatre | 31% |
| The Dos Equis Pavilion | 38% |
| Saratoga Performing Arts Center | 46% |
| Northwell Health at Jones Beach Theater | 54% |
| Hollywood Casino Amphitheatre CHI | 62% |
| Ruoff Home Mortgage Music Center | 69% |
| Xfinity Center | 69% |
| Jiffy Lube Live | 69% |
| BB&T Pavilion | 92% |
| **Top 10 Average** | **55%** |

LNE2019-CID-0306420