# EXHIBIT PX0455 C

Redacted



## Ad Budgets

## Adjust Business Plan Advertising assumptions, and obtain Artist approval, for higher Ad Budgets in 2019.

**Amp** Ad Budgets will increase, on average, $15K per Show ($6K per Boutique Amp show) from "Right Sizing" Digital Budgets & $10K Performance Based Advertising.

### AMP MARKETING: EXECUTION MATRIX

| 2019 AMP MARKETING | New Digital Budgets $1.75 x fans | Paid Search Large Amp= $1500 Boutique= $750 *Confirming start date | Non-Search Digital | Trough Large Amps= $10K Boutiques= $3k All shows to allocate now |
|---|---|---|---|---|
| Touring | Digital Allocated by central team. Tour Marketer enters in ROME | Executed by Central Team | Executed by Central Team | Executed by Central Team. Final spends entered in ROME by local marketer via dashboard |
| Local | Digital Allocated by Local Team | Local Marketer allocates Onsale/ Close Budget in ROME. Executed by Central Team | Executed Locally | Executed by Central Team. Final spends entered in ROME by local marketer via dashboard |
| BOC (Brian O'Connell) | Digital Allocated by Local Team | Local Marketer allocates Onsale/ Close Budget in ROME. Executed by Central Team | Executed Locally | Executed by Central Team. Final spends entered in ROME by local marketer via dashboard |

**Arenas & Stadiums** will participate in Performance Based Advertising, so factor in at least $10K of increases into the initial Budgets.

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306422

## Summer Sale

## <u>Launch 29, 2019</u>
## Touring Action Items:
- Grow Touring Show Participation by +10% from 1,300 to 1,430
- Secure 7 Artists to Support
  - 5 Jimmy Kimmel Live!
  - 1 Late Show with Stephen Colbert
  - 1 Today Show
- Secure $20 Inventory
  - <u>A SHOWS:</u> 250 Tix Max (no additions)
  - <u>B SHOWS:</u> 500 Tix Max (case by case additions)
  - <u>C/D SHOWS:</u> 100% Participation / 2,000+ Inventory



**Summer Sale Tickets Sold by Year**

LNE CONFIDENTIAL BUSINESS INFORMATION    LNE2019-CID-0306423



**TOURING PLAYBOOK**

# MAXIMIZE APF

**LIVE NATION**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306424