# EXHIBIT PX0455 D

Redacted

# Dwell Time

## Increase Dwell Times with 3+ Act Tours.
## Book Acts with Door Times before 6pm.

**Insight:** 2018 Rock & Country Tours with Average Door Times before 6:00 PM drove a $1.55 higher F&B
Per Cap (YTD).



**TOP 4 DWELL TIME TOURS:**
With F&B per Cap

- Slayer (4pm): **$25.63**
- Outlaw (4pm): **$30.84**
- Lynyrd Skynyrd (4:45pm): **$25.64**
- Foo Fighters (5:15pm): **$24.12**

*(Rock and Country Genres only)*

14

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306425

# BOOK ARTISTS TO PLAY UNTIL 11:15PM ON THE WEEKENDS IN THESE 17 VENUES:

- Alpine Valley Music Theatre
- Ruoff Home Mortgage
- Music Center
- Xfinity (Hartford)
- SPAC
- Jones Beach
- Coney Island
- Keybank Pavilion
- Montage Mountain
- BB&T
- Verizon (Alpharetta)
- Shoreline Amphitheatre
- Mattress Firm
- Isleta Amphitheatre
- Ak-Chin
- Dos Equis Pavilion
- The Gorge
- White River (WA)

15

LNE2019-CID-0306426

## Top Arena APF Venues

## Route Arena content through our Top 15 Arena APF venues wherever possible. When we receive bounty requests, we should negotiate "ON TOP" to protect our internal APF.



**2018 Arena APF**

- $11.20 — Top 15 Venues
- $7.99 — National Average
- $5.45 — Bottom 15 Venues

"Top 15" APF more than 2x "Bottom 15" APF

### Top 15 Arena APF

| BUILDING | 2018 Shows | 2018 APF |
|---|---|---|
| BB&T Center | 16 | $16.50 |
| Viejas Arena | 17 | $15.30 |
| Tampa Bay Times Forum | 15 | $14.10 |
| Prudential Center | 24 | $14.02 |
| Amway Center | 15 | $13.16 |
| New Orleans Arena | 17 | $11.61 |
| ORACLE Arena | 18 | $11.34 |
| Honda Center | 20 | $10.37 |
| American Airlines Arena | 18 | $9.86 |
| U.S. Airways Center | 22 | $9.60 |
| SAP Center | 17 | $9.50 |
| Toyota Center | 32 | $9.42 |
| Bridgestone Arena | 30 | $9.40 |
| The Arena at Gwinnett Center | 18 | $9.36 |
| Barclays Center | 19 | $9.28 |
| **Subtotal - Top 15** | **298** | **$11.20** |

### Bottom 15 Arena APF

| BUILDING | 2018 Shows | 2018 APF |
|---|---|---|
| United Center | 34 | $8.18 |
| Wells Fargo Center | 34 | $8.16 |
| BOK Center | 15 | $8.12 |
| Van Andel Arena | 15 | $7.53 |
| Golden 1 Center | 21 | $7.53 |
| PPG Paints Arena | 19 | $7.33 |
| Xcel Energy Center | 23 | $6.64 |
| Little Caesars Arena | 27 | $6.44 |
| Moda Center | 21 | $5.55 |
| American Airlines Center | 32 | $5.20 |
| Verizon Center | 23 | $4.97 |
| The Forum | 66 | $4.96 |
| TD Garden | 35 | $4.06 |
| STAPLES Center Arena | 16 | $3.08 |
| Madison Square Garden | 54 | $1.27 |
| **Subtotal - Top 15** | **435** | **$5.45** |

Arena must have 15 shows in 2018 to be included

16



TOURING PLAYBOOK

# TICKETING

LIVE NATION

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306428