# EXHIBIT PX0455 E

Redacted

## Manage VIP Holds at On Sale

### In Amp Offers, limit VIP Holds based on the following attendance tiers:

**<12K Paid:**       **150 VIP**
**12K-16K Paid:**   **200 VIP**
**16K+ Paid:**       **300 VIP**

## Platinum

### Secure approval for 350 Platinum Tickets per show in the O/O Amps.

Inventory formerly held by VIP & PSS will be made available for Platinum in 2019 (at the on sale).



LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306429

# Pricing

We've made great progress, but Live Nation and our clients are still leaving a lot of money on the table.



**2018 Primary vs. Secondary Market Sales Prices**
*O/O Amps*

| | | |
|---|---|---|
| Average P1 Face | $94 | |
| Average Platinum | $240 | |
| TM+ Rows 1-5 | $342 | |
| TM+ Rows 6-10 | $256 | |
| TM+ Rows 11-15 | $218 | |
| TM+ Rows 16-20 | $195 | |
| TM+ Rows 21-25 | $183 | |
| TM+ Rows 25+ | $158 | |

## Amps

**Use the following P1 grid as a GENERAL GUIDE for where to start with P1 Scaling.**

**Reach out to Analytics Team or Ticketing Strategy Team for a full Pricing Analysis on your upcoming Tours.**

| P1 | COUNTRY | | NON-COUNTRY | |
|---|---|---|---|---|
| | Price | Max Cap | Price | Max Cap |
| A | $110 | 4,000 | $135 | 2,500 |
| B | $100 | 3,000 | $125 | 2,000 |
| C | $100 | <2,000 | $110 | 1,500 |
| D | $90 | <2,000 | $100 | <1,500 |

19

**LNE CONFIDENTIAL BUSINESS INFORMATION**

## Arenas

**Continue to press on P1 pricing for A/B Arena Tours. We increased prices in 2018, but are still below Market Value at the front of the house.**



Arena ATP – Primary vs. Platinum & TM+

## Aisle Pricing

**Secure approval for Aisle Pricing across Amp, Arena, and Stadium shows ($10 - $20 lift, depending on location).**

**Be sure to factor lift into Business Plans for review during the SOA process.**

**Ticketing will be isolating these offers** with a "T-TYPE" ticket **in 2019.**

Refer to this link for the # of Aisles by Venue: Aisle Seat Schedule

LNE CONFIDENTIAL BUSINESS INFORMATION    LNE2019-CID-0306431



# TOURING PLAYBOOK

# BUSINESS PLANS

**LYVE NATION**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306432

# BUSINESS PLANS

## Artist History

**Wherever possible, Business Plans should be based primarily on Artist History.**

Artist History must be included in all Business Plan SOA Approval emails (where available).

An Artist Research Dashboard has been built to quickly see Artist Trends and historical show performance.

## Artist History Dashboard Link



LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306433

## <u>2019 Business Plan Template</u>

The 2019 Business Plan Template will be released in late November.

All Business Plans created after that date should use the new template.

The layout will be nearly identical, but it will include the following tweaks:

1) A Routing Optimization tab will provide recommendations based on Genre / Artist / Venue Types to assist in routing decisions
2) APF by Building will pre-populate based on Genre / Artist / Venue Name (can be overridden)
3) Cover Page will contain Business Plan Checklist
4) Venue Names will be available from drop downs vs. manually typing in
5) Digital Marketing Budgets will pre-populate based on Venue. Can be overridden.

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0306434