# EXHIBIT PX0501 A

Redacted

| From: | Joe Berchtold [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=37FDD9DFF3A148DBBB88874F3FDA276D-JOE BERCHTO] |
|---|---|
| Sent: | 7/14/2022 8:19:37 PM |
| To: | Darren McInnes [darrenmcinnes@livenation.com]; Matthew Hansen [matthewhansen@livenation.com] |
| Subject: | Fwd: US Concerts Review Agenda - 7/14/22 |
| Attachments: | image001.png; Tickets Sold & 2023 Slides (7-11-22)B.pdf; Amps LOB Review v3 07.14.pdf; Montage ppt v2.pptx; OPTION 1 LN Playbook.pdf; OPTION 2 LN Playbook.pdf; LN customer service options.pdf; Fan Support LN Data.pdf |

Begin forwarded message:

**From:** Sonya Lokie <SonyaLokie@livenation.com>
**Date:** July 14, 2022 at 11:58:07 AM PDT
**To:** Michael Rapino <Michael@livenation.com>, Joe Berchtold <JoeBerchtold@livenation.com>, Arthur Fogel <ArthurFogel@livenation.com>, Jackie Beato <JackieBeato@livenation.com>, Bob Roux <BobRoux@livenation.com>, Omar Al-Joulani <OmarAl-Joulani@livenation.com>, Jordan Zachary <JordanZachary@livenation.com>, Tom See <ThomasSee@livenation.com>, Benjamin Weeden <BenjaminWeeden@livenation.com>
**Cc:** Tabitha Lee <TabithaLee@livenation.com>, Chastady Manzanarez <ChastadyManzanarez@livenation.com>
**Subject: US Concerts Review Agenda - 7/14/22**

**Participants:**

Michael Rapino, Joe Berchtold, Arthur Fogel, Jackie Beato, Bob Roux, Omar Al-Joulani, Jordan Zachary, Tom See, Ben Weeden

**Agenda:**

- Abridged Weekly Tracker (attachment)
- Regions Update
- New York
- Venue Nation Update
- AMP LOB (attachment)
- Montage Mountain AMP Deal (attachment)
- Oakview Group Hospitality Update
- Club Update
- Fall Promotion
- Club Access Pass
- Bill of Rights Update
- Customer Service Options (attachments)

**Attachments:**

- Tickets Sold & 2023 Slides
- Amps LOB Review 7.14.2022
- Montage
- Option 1 LN Playbook
- Option 2 LN Playbook
- LN Customer Service Options
- Fan Support LN Data

---

**Ex. No PX0501**

1:24-cv-03973

SUBJECT TO CONFIDENTIALITY STATUTES

**Sonya Lokie** – Tour Director & EA to Bob Roux - President
email: sonyalokie@livenation.com
O: (713) 693-2948 M: █████████

SUBJECT TO CONFIDENTIALITY STATUTES

# 2022 TICKETS SOLD PACING
## TALENT DEPT ONLY (TOURING + REGIONS)

**Legend:** To Go · Forecast · Sold · Onsale Shows · Average Sold · Average Gross + Lift

2019 as of 7/4/2019
2022 as of 7/3/2022

### STADIUMS

| | 2019 | 2022 |
|---|---|---|
| Total | 1.4M | 5.8M |
| To Go | 0.2M | 0.1M |
| Forecast | 0.2M | 0.4M |
| Sold | 1.0M | 5.3M |
| +WoW | +13K | +123K |
| % Sold | 73% | 92% |
| Onsale Shows | 31 | 162 |
| Average Sold | 32,823 | 32,974 |
| Average Gross + Lift | $4.0M | $5.0M |

### ARENAS

| | 2019 | 2022 |
|---|---|---|
| Total | 16.3M | 19.9M |
| To Go | 0.7M | 4.1M |
| Forecast | 4.3M | 4.1M |
| Sold | 11.2M | 11.6M |
| +WoW | +485K | +782K |
| % Sold | 69% | 58% |
| Onsale Shows | 1,359 | 1,499 |
| Average Sold | 8,259 | 7,738 |
| Average Gross + Lift | $885K | $887K |

### LRG. AMPS

| | 2019 | 2022 |
|---|---|---|
| Total | 13.9M | 15.9M |
| To Go | 12.9M FY | 0.9M |
| Forecast | 3.6M | 3.0M |
| Sold | 10.4M | 11.9M |
| +WoW | +562K | +508K |
| % Sold | 80% | 75% |
| Onsale Shows | 1,228 | 1,405 |
| Average Sold | 8,437 | 8,479 |
| Average Gross + Lift | $428K | $533K |

### BOUTIQUES

| | 2019 | 2022 |
|---|---|---|
| Total | 2.5M | 4.2M |
| To Go | 0.1M | 0.9M |
| Forecast | 0.4M | 3.4M BUD |
| Sold | 1.9M | 3.4M |
| +WoW | +110K | +153K |
| % Sold | 77% | 100% |
| Onsale Shows | 661 | 1,066 |
| Average Sold | 2,898 | 3,218 |
| Average Gross + Lift | $146K | $194K |

### THEATERS

| | 2019 | 2022 |
|---|---|---|
| Total | 9.2M | 10.8M |
| To Go | 0.3M | 0.7M |
| Forecast | 3.1M | 3.3M |
| Sold | 5.7M | 6.8M |
| +WoW | +280K | +335K |
| % Sold | 62% | 63% |
| Onsale Shows | 3,160 | 3,959 |
| Average Sold | 1,791 | 1,716 |
| Average Gross + Lift | $122K | $113K |

### CLUBS

| | 2019 | 2022 |
|---|---|---|
| Total | 4.4M | 4.8M |
| To Go | 1.1M | 0.7M |
| Forecast | 1.5M | 1.5M |
| Sold | 1.8M | 2.6M |
| +WoW | +100K | +132K |
| % Sold | 41% | 55% |
| Onsale Shows | 3,190 | 4,653 |
| Average Sold | 566 | 564 |
| Average Gross + Lift | $18K | $19K |

### TOTAL

| | 2019 | 2022 |
|---|---|---|
| Total | 46.6M | 60.6M |
| To Go | 1.5M | 5.7M |
| Forecast | 13.1M | 13.2M |
| Sold | 32.0M | 41.7M |
| +WoW | +1,550K | +2,032K |
| % Sold | 69% | 69% |
| Onsale Shows | 9,629 | 12,744 |
| Average Sold | 3,321 | 3,272 |
| Average Gross + Lift | $248K | $285K |

Note: WoW based on Sold only and is compared vs 6/27 Tracker. Includes Promoted & excludes JVs.
2022 Forecast based on ROME & Biz Plans. 2019 Forecast is as of July 2019.



LIVE NATION

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083599

# 2023 SHOW COUNT PACING
## LARGE VENUE PACING (TOURING + REGIONS)

Legend:
- Discussion
- Offer In
- Confirmed

### STADIUM

| Year | Discussion | Offer In | Confirmed | Total |
|------|-----------|----------|-----------|-------|
| 2019 | 9 | 9 | 0 | 18 |
| 2020 | 31 | 70 | 1 | 102 |
| 2023 | 94 | 30 | 34 | 158 |

+0 WoW

### ARENA

| Year | Discussion | Offer In | Confirmed | Total |
|------|-----------|----------|-----------|-------|
| 2019 | 203 | 530 | 98 | 831 |
| 2020 | 437 | 898 | 340 | 1,675 |
| 2023 | 872 | 368 | 162 | 1,402 |

+19 WoW

### LARGE AMPS

| Year | Discussion | Offer In | Confirmed | Total |
|------|-----------|----------|-----------|-------|
| 2019 | 5 | 335 | 10 | 350 |
| 2020 | 422 | 536 | 181 | 1,139 |
| 2023 | 379 | 210 | 79 | 668 |

+0 WoW



Note: WoW based on Sold only and is compared vs 6/27 Tracker. Includes Promoted only and excludes JVs. 2023 data based on ROME. 2020 data based on July 2019 Hunt File. 2019 data based on July 2018 Hunt File.

LIVE NATION

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083600