# EXHIBIT PX0501 B

Redacted



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083601



# Contents

- **Amphitheater May & June Insights**
  - 2019 vs. 2022 Per Fan Trends
  - Average Event CM
  - APF Overview
  - F&B Summary
  - F&B Product Shifts
  - Food Growth
  - Upsell Trends
  - Upsell Products

- **Amphitheater Financial Update**
  - 3-Year P&L
  - AOI by Venue
  - CM By Department
  - Promoted Show Metrics
  - APF Update

2

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083602