# EXHIBIT PX0501 C

Redacted

# May & June Insights

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT



# 2019 vs. 2022 Per Fan Trends
## Large Amps Through June 30

**Spend per Fan up +$33 vs. 2019 YTD; APF up +$8.01; CM Per Fan up +$7.60**
**Ticket prices growing faster than Talent fees, driving lower artist % and offsetting show cost increases**

**All metrics on Drop for Played Off Shows**

### Spend per Fan (Gross)

+$33 (+32%)

| | 2019 YTD | 2022 YTD |
|---|---|---|
| | $101 | $133 |
| Ancils | $54 | $70 |
| Ticket | $47 | $64 |
| Drop | 2.3M | 2.8M |

### APF Net

+$8.01 (+25%)

| 2019 YTD | 2022 YTD |
|---|---|
| $32.12 | $40.13 |

### Show Costs per Fan

+$16.24 (+26%)

| | 2019 YTD | 2022 YTD |
|---|---|---|
| | $61.49 | $77.73 |
| Other | $0.90 | $1.48 |
| Ads | $4.13 | $3.87 |
| Ops | $4.56 | $6.79 |
| Production | $4.88 | $6.40 |
| Artist | $47.02 | $59.19 |
| Talent % | 100% | 93% |

### CM Per Fan

+$7.60 (+46%)

| 2019 YTD | 2022 YTD |
|---|---|
| $16.42 | $24.02 |

*Rome flashed financials through June month-end*
*Spend per Fan Gross is Net of Tax; Estimate 67% of TM fees to LN*

LIVE NATION CONFIDENTIAL. DO NOT DISTRIBUTE.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083604



# Average Event CM
All Amps Through June 30

> CM per Show off to a record-breaking start
> Up double digits vs. 2018, which was the historical record year for Amp profitability



**Large Amp
CM per Show**

+$69K
(+41%)

$234K

$166K

$153K

$107K

| | 2018 | 2019 | 2021 | 2022 YTD |
|---|---|---|---|---|
| **Drop Per Show** | 11,347 | 10,795 | 8,841 | 9,765
-14% vs 2018 |



**Boutique Amp
CM per Show**

+$11K
(+20%)

$66K

$55K

$43K

$26K

| | 2018 | 2019 | 2021 | 2022 YTD |
|---|---|---|---|---|
| | 3,993 | 3,723 | 3,367 | 3,647
-9% vs. 2018 |

2018 - 2021 based on BPC including topsides outside shows;
2022 based on Rome flashed financials through June month-end

5

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083605