# EXHIBIT PX0501 D

Redacted



# APF Overview (Net)
All Amps Through June 30



- ▨ Svc Fees
- ☐ FMF/Parking
- ▨ Merch
- ■ Upsells
- ▨ F&B

**Compared to 2019, APF up 29% (+$8.99) in Large & 21% (+$5.17) in Boutique**

## Large

**+29% (+$8.99)**

$42.25 BUD

| | 2019 | 2021 | 2022 YTD |
|---|---|---|---|
| Total | $31.14 | $40.32 | $40.13 |
| Svc Fees | $8.04 | $10.65 | $10.45 |
| FMF/Parking | $8.10 | $9.34 | $9.21 |
| Merch | $0.45 | $1.68 | $1.47 |
| Upsells | $3.04 | $4.58 | $5.11 |
| F&B | $11.53 | $14.06 | $13.89 |

Drop to Date: 2.8M
Drop to Go: 8.5M

## Boutique

**+21% (+$5.17)**

$31.67 BUD

| | 2019 | 2021 | 2022 YTD |
|---|---|---|---|
| Total | $24.15 | $29.27 | $29.32 |
| Svc Fees | $8.94 | $10.00 | $10.95 |
| FMF/Parking | $4.70 | $4.90 | $4.85 |
| Merch | $0.74 | $1.62 | $1.76 |
| Upsells | $1.04 | $0.99 | $1.20 |
| F&B | $8.73 | $11.77 | $10.56 |

Drop to Date: 0.6M
Drop to Go: 1.5M

All APF calculated on Drop; 2019 and 2021 based on BPC including topsides outside shows;
2022 based on Rome flashed financials through June month-end

6

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083606



# F&B Summary
Large Amps Through June 30

- All key KPIs have improved since 2019, with 21% growth in per cap +$4.62
- Growth is coming from more units, more orders, and higher end products
- Operationally, we continue to maintain POS ratios to maximize revenue

| Metric | 2019 May & June | 2022 May & June | Variance | Variance % |
|---|---|---|---|---|
| Per Cap | $22.25 | $26.87 | + $4.62 | + 21% |
| Orders/ Fan | 1.01 | 1.09 | + 0.08 | + 8% |
| Avg Order | $21.91 | $26.57 | + $4.66 | + 21% |
| Units/ Order | 1.78 | 2.03 | + 0.25 | + 14% |
| POS Ratio | 59:1 | 58:1 | -1 | - 2% |

LIVE NATION CONFIDENTIAL. DO NOT DISTRIBUTE.

Large Amp Played Off Only

7

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083607



# F&B Product Shifts

Large Amps Through June 30

- **F&B Revenue of $73M, up $26M vs. 2019 YTD**

- **17% Mix shift from Beer into Seltzer and Liquor**

- **Fans buying more Liquor than ever despite being highest priced product option**
    - **$22 Live Nation Specialty Cocktail $8M YTD, surpassing Seltzer (9% Fan Penetration)**

- **Food picking up 1pt. / +$5M due to elevated venue offerings / Chef Concepts**

| | 2019 May-June | | 2022 May-June | | | |
|---|---|---|---|---|---|---|
| | Revenue ($M) | % of Spend | Revenue ($M) | % of Spend | + / - ($M) | Percent Shift |
| Beer | $24 | 51% | $25 | 34% | +$1 | -17% |
| Liquor | $10 | 21% | $19 | 26% | +$9 | +6% |
| Seltzer | included in liquor | | $7 | 10% | +$7 | +10% |
| Wine | $2 | 4% | $2 | 3% | +$0 | -1% |
| Food | $8 | 16% | $13 | 18% | +$5 | +1% |
| NA Bev | $4 | 8% | $6 | 8% | +$2 | +0% |
| Total | $47 | | $73 | | +$26 | |

| | 2019 May-June | | 2022 May-June | | | |
|---|---|---|---|---|---|---|
| Alcohol | $36 | 75% | $54 | 74% | +$18 | -2% |
| Non-Alcohol | $12 | 25% | $19 | 26% | +$8 | +2% |
| Total | $47 | 100% | $73 | 100% | +$26 | |



8

Large Amp Played Off Only

LIVE NATION CONFIDENTIAL. DO NOT DISTRIBUTE.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT



# Food Growth
## Large Amps Through June 30

- Food spend $13.5M up $5.8M YTD (+41%), largely based on new Chef Concept offerings

- Jon & Vinny's Pizza has helped increase pizza per caps 76% versus CPK in 2019

- F&B fan survey results have increased 4 pts on Top Two Box to 68%







LIVE NATION CONFIDENTIAL. DO NOT DISTRIBUTE.

Large Amp Played Off Only

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083609



# Upsell Trends
Large Amps Through June 30

- **Shows played YTD**
  - **Revenue is up +123% vs. 2019 ($6.9M to $15.5M)**
  - **Fan penetration is up from 11% to 16%**
  - **Upsell price is up 26% on average across all products**

**Shows played YTD regardless of flash status**







*Large Amp Played Off through June 30 in both years*
*Revenue figures Gross based on TM Upsells / Per Fan based on Tickets Sold x Drop Rate since all June shows not yet flashed*

*- Drop % estimated at 96% in 2019 & 91% in 2022

LIVE NATION CONFIDENTIAL. DO NOT DISTRIBUTE.

10

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083610



# Upsell Products
Large Amps Through June 30

**VIP Club and Premium Parking fan penetration more than doubled from 2019
Premium Parking Avg Price +14% vs. 2019 / VIP Club Avg Price +35% vs. 2019**

## Upsell Gross Revenue

Shows played YTD regardless of flash status

**Legend:**
- Other
- Fastlane
- Lawn Chair Rental
- Camping Access
- VIP Club
- Premium Parking

**+123%**

**2019 YTD — $6.9M**
- $0.2M
- $0.4M
- $0.6M
- $1.6M
- $0.9M
- $3.1M

**2022 YTD — $15.5M**
- $0.6M — Other
- $0.8M — Fastlane
- $1.6M — Lawn Chair Rental
- $1.9M — Camping Access
- $2.7M — VIP Club
- $8.0M — Premium Parking

Large Amp Played Off through June 30 in both years
Revenue figures Gross based on TM Upsells / Per Fan based on Tickets Sold x Drop Rate since all June shows not yet flashed

*- Drop % estimated at 96% in 2019 & 91% in 2022

LIVE NATION CONFIDENTIAL. DO NOT DISTRIBUTE.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

11

LNE22-000083611