# EXHIBIT PX0501 E

Redacted

# LOB Financial Update

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083612



# 3-Year P&L – Amps

F07 Forecast

- Increased venue count 13% and show count 35% v. 2019
- Overall LOB AOI $246M, up $204M (+482%) v. 2019
- 67% of Event CM increase driven by APF Growth ($107M of $161M Event CM)

| | P&L | 2018 | 2019 | 2022 F07 | 22 vs. 19 | % |
|---|---|---|---|---|---|---|
| | Venue Count | 46 | 46 | 52 | 6 | 13% |
| | Shows | 1,293 | 1,224 | 1,650 | 426 | 35% |
| | | | | | | |
| | millions | | | | | |
| | Paid | 12.7 | 11.2 | 14.2 | 3.0 | 27% |
| | Drop | 12.3 | 10.9 | 12.8 | 1.9 | 18% |
| | | | | | | |
| | Ancils | $334.3 | $331.0 | $496.1 | $165.2 | 50% |
| | Promoter Profit | ($155.0) | ($179.3) | ($183.9) | ($4.7) | -3% |
| | Metric: Talent % | 92.8% | 98.5% | 89.8% | -9% | -9% |
| | Metric: APF ($) | $27 | $30 | $39 | $8 | 28% |
| | | | | | | |
| CM | Promoted Event CM | $179.3 | $151.7 | $312.4 | $160.7 | 106% |
| | Special Events | $0.0 | $0.0 | $12.0 | $12.0 | ** |
| | PSS | $61.3 | $57.9 | $69.7 | $11.8 | 20% |
| | Other | ($2.5) | ($5.0) | ($18.1) | ($13.1) | -260% |
| | **Total CM** | **$238.1** | **$204.6** | **$376.0** | **$171.4** | **84%** |
| | | | | | | |
| Fixed | Salary | $15.6 | $16.3 | $13.6 | ($2.6) | -16% |
| | Rent | $32.7 | $30.5 | $41.0 | $10.5 | 34% |
| | Prop Tax | $8.7 | $9.9 | $12.1 | $2.2 | 22% |
| | Other | $82.5 | $105.6 | $63.1 | ($42.5) | -40% |
| | **Total Fixed** | **$139.5** | **$162.2** | **$129.7** | **($32.5)** | **-20%** |
| | | | | | | |
| AOI | Concerts AOI | $98.6 | $42.4 | $246.3 | $203.9 | 482% |
| | Sponsorship | $39.9 | $46.0 | $52.9 | $6.9 | 15% |
| | TM | $66.8 | $58.7 | $74.7 | $16.0 | 27% |
| | **Total AOI** | **$205.3** | **$147.1** | **$374.0** | **$226.9** | **154%** |

\* Venue Count based on full year of operations

Shows, Paid, Drop, Promoted CM based on Promoted Shows Only; Other CM includes non-show variable labor, contingent rent, and other non-event variable expenses; TM AOI estimated at $5.25 per paid ticket across all event types

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

13

LNE22-000083613



# AOI by Venue – Large Amp

## F07 Forecast

**New venue**

- Avg. AOI Per Large AMP = $5.6M
- All but 3 Large Amps are projected to be AOI positive

sort

| | Venue | Capacity | Shows | Paid | Total CM | Rent | Other Fixed | Concerts AOI | SPO AOI | TM AOI* | Total AOI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ruoff Home Mortgage Music Cente | 24,000 | 48 | 656K | $21.3 | ($0.3) | ($2.8) | **$18.2** | $2.3 | $3.4 | $23.9 |
| 2 | Xfinity Center MA | 19,900 | 48 | 601K | $17.9 | ($0.1) | ($2.6) | **$15.1** | $1.9 | $3.2 | $20.2 |
| 3 | Shoreline Amphitheater | 22,000 | 40 | 480K | $20.5 | ($2.4) | ($3.9) | **$14.2** | $1.5 | $2.5 | $18.2 |
| 4 | Dos Equis Pavilion | 19,823 | 41 | 503K | $15.0 | $0.4 | ($2.3) | **$13.1** | $1.4 | $2.6 | $17.2 |
| 5 | Bank of New Hampshire Pavilion | 9,000 | 51 | 311K | $14.2 | ($0.0) | ($3.6) | **$10.6** | $1.6 | $1.6 | $13.8 |
| 6 | Freedom Mortgage Pavilion | 24,970 | 46 | 517K | $13.4 | ($0.1) | ($3.2) | **$10.1** | $3.1 | $2.7 | $15.9 |
| 7 | MIDFLORIDA Credit Union Amp | 20,000 | 38 | 420K | $11.8 | ($0.3) | ($2.0) | **$9.6** | $1.4 | $2.2 | $13.2 |
| 8 | Hollywood Casino STL | 19,000 | 41 | 437K | $12.3 | ($0.1) | ($2.6) | **$9.5** | $1.6 | $2.3 | $13.4 |
| 9 | USANA Amphitheatre | 20,000 | 32 | 421K | $10.7 | ($0.0) | ($1.3) | **$9.4** | $0.9 | $2.2 | $12.5 |
| 10 | The Gorge Amphitheater | 22,000 | 18 | 335K | $14.3 | ($2.5) | ($2.5) | **$9.2** | $0.8 | $1.8 | $11.8 |
| 11 | PNC Music Pavilion Charlotte | 18,000 | 38 | 422K | $11.1 | ($0.0) | ($2.0) | **$9.1** | $1.5 | $2.2 | $12.9 |
| 12 | Jify Lube Live | 25,000 | 30 | 409K | $11.5 | ($0.0) | ($2.6) | **$8.9** | $1.8 | $2.1 | $12.9 |
| 13 | Saratoga Performing Arts Center | 25,114 | 35 | 352K | $10.7 | ($2.2) | ($1.4) | **$7.1** | $1.0 | $1.8 | $9.9 |
| 14 | iThink Financial Amphitheater | 19,238 | 36 | 341K | $9.3 | ($0.4) | ($2.0) | **$6.9** | $1.8 | $1.8 | $10.5 |
| 15 | Hollywood Casino CHI | 28,630 | 35 | 405K | $11.4 | ($0.3) | ($4.3) | **$6.9** | $1.9 | $2.1 | $10.9 |
| 16 | Ameris Bank Amphitheater | 13,018 | 36 | 276K | $11.1 | ($2.5) | ($1.9) | **$6.7** | $1.2 | $1.5 | $9.3 |
| 17 | Blossom Music Center | 21,000 | 39 | 424K | $8.8 | ($0.6) | ($2.0) | **$6.2** | $1.6 | $2.2 | $10.0 |
| 18 | PNC Bank Arts Center NJ | 17,500 | 42 | 414K | $7.6 | ($0.0) | ($2.3) | **$5.3** | $2.4 | $2.2 | $9.9 |
| 19 | Walnut Creek | 20,000 | 27 | 326K | $7.3 | ($0.1) | ($1.9) | **$5.3** | $1.2 | $1.7 | $8.2 |
| 20 | Lakewood Amphitheater | 19,004 | 22 | 267K | $6.4 | ($0.2) | ($1.2) | **$5.0** | $0.8 | $1.4 | $7.2 |
| 21 | Ak-Chin Pavilion | 20,001 | 30 | 301K | $6.3 | ($0.2) | ($1.4) | **$4.7** | $1.3 | $1.6 | $7.6 |
| 22 | Veterans United Virginia Beach | 20,000 | 27 | 256K | $6.0 | $0.1 | ($1.7) | **$4.4** | $1.0 | $1.3 | $6.7 |
| 23 | The XFINITY Theatre CT | 24,212 | 19 | 234K | $6.4 | ($0.6) | ($2.1) | **$3.7** | $1.0 | $1.2 | $5.9 |
| 24 | Isleta Amphitheater | 15,000 | 20 | 188K | $4.6 | ($0.5) | ($0.9) | **$3.1** | $0.7 | $1.0 | $4.8 |
| 25 | The Mann Center | 14,000 | 43 | 303K | $3.3 | ($0.1) | ($0.4) | **$2.8** | $0.0 | $1.6 | $4.4 |
| 26 | Pavilion at Star Lake | 23,183 | 22 | 240K | $4.8 | ($0.3) | ($1.8) | **$2.7** | $1.4 | $1.3 | $5.3 |
| 27 | Oak Mountain Amphitheatre | 10,236 | 13 | 74K | $3.7 | ($0.1) | ($1.0) | **$2.6** | $0.2 | $0.4 | $3.2 |
| 28 | FivePoint Amphitheater | 12,000 | 35 | 298K | $7.8 | ($2.6) | ($2.7) | **$2.5** | $1.5 | $1.6 | $5.6 |
| 29 | White River Amphitheater | 16,000 | 19 | 160K | $3.7 | ($0.0) | ($1.4) | **$2.3** | $0.4 | $0.8 | $3.6 |
| 30 | North Island Credit Union Amp | 20,500 | 26 | 317K | $6.5 | ($1.7) | ($2.5) | **$2.2** | $1.7 | $1.7 | $5.5 |
| 31 | Alpine Valley Music Theatre | 35,300 | 10 | 164K | $3.8 | ($0.7) | ($1.4) | **$1.6** | $0.2 | $0.9 | $2.7 |
| 32 | Concord Pavilion | 12,500 | 21 | 184K | $4.2 | ($0.9) | ($1.8) | **$1.6** | $0.5 | $1.0 | $3.1 |
| 33 | RV Inn Style Resorts Amphitheater | 17,648 | 17 | 176K | $1.9 | ($0.0) | ($1.1) | **$0.8** | $0.2 | $0.9 | $1.9 |
| 34 | Toyota Amphitheatre | 18,560 | 11 | 128K | $2.3 | ($0.1) | ($1.5) | **$0.7** | $0.6 | $0.7 | $2.1 |
| 35 | Darien Lake Amphitheater | 21,800 | 16 | 145K | $2.7 | ($0.5) | ($1.6) | **$0.6** | $0.8 | $0.8 | $2.2 |
| 36 | Glen Helen Amphitheater | 29,500 | 3 | 76K | $1.6 | ($0.1) | ($1.5) | **$0.0** | $0.4 | $0.4 | $0.8 |
| 37 | Somerset Amphitheater | 25,000 | 1 | 12K | $0.3 | ($0.3) | ($0.3) | **($0.4)** | $0.2 | $0.1 | ($0.2) |
| 38 | Montage | 18,000 | 7 | 96K | ($0.0) | ($0.8) | ($0.6) | **($1.3)** | $0.3 | $0.5 | ($0.5) |
| 39 | Jones Beach | 13,899 | 37 | 353K | $11.9 | ($10.2) | ($3.1) | **($1.4)** | $2.0 | $1.9 | $2.5 |
| | **Total - Large** | | 1,120 | 12,023K | $328.4 | ($31.6) | ($77.1) | $219.7 | $46.0 | $63.1 | $328.9 |
| | **Average - Large** | | 29 | 308K | $8.4 | ($0.8) | ($2.0) | $5.6 | $1.2 | $1.6 | $8.4 |

millions ($M)

* TM AOI estimated at $5.25 per paid ticket across all event types

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083614



# AOI by Venue – Boutique Amp

F07 Forecast

**New venue**

- Avg. AOI Per Large AMP = $2M
- $8M of $27M AOI from new Boutique Amps

sort

| | Venue | Capacity | Shows | Paid | Total CM | Rent | Other Fixed | Concerts AOI | SPO AOI | TM AOI* | Total AOI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | millions ($M) | | | |
| 1 | Leader Bank Pavilion | 5,060 | 55 | 226K | $8.1 | ($0.5) | ($1.0) | $6.5 | $0.9 | $1.2 | $8.6 |
| 2 | Toyota Music Factory Irving | 8,000 | 97 | 414K | $10.9 | ($3.0) | ($1.6) | $6.3 | $1.1 | $2.2 | $9.6 |
| 3 | Hayden Homes Amphitheater | 6,000 | 52 | 218K | $4.3 | ($0.1) | ($0.8) | $3.5 | $0.7 | $1.1 | $5.3 |
| 4 | Chastain | 6,700 | 29 | 138K | $4.0 | ($0.8) | ($0.7) | $2.5 | $0.3 | $0.7 | $3.6 |
| 5 | Charlotte Metro | 4,800 | 37 | 135K | $2.9 | ($0.5) | ($0.2) | $2.1 | $0.4 | $0.7 | $3.2 |
| 6 | Red Hat Amphitheater | 5,000 | 49 | 193K | $2.3 | ($0.1) | ($0.1) | $2.1 | $0.2 | $1.0 | $3.3 |
| 7 | TCU @ White River State Park | 6,000 | 52 | 212K | $3.4 | ($1.0) | ($0.4) | $2.0 | $0.6 | $1.1 | $3.7 |
| 8 | Ascend Amphitheater | 6,800 | 30 | 170K | $3.8 | ($0.5) | ($1.5) | $1.8 | $1.0 | $0.9 | $3.6 |
| 9 | Live Oak Bank Pavilion | 7,000 | 28 | 137K | $2.8 | ($0.4) | ($0.8) | $1.6 | $0.6 | $0.7 | $2.9 |
| 10 | Greenfield Lake Amphitheater | 1,300 | 40 | 43K | $0.9 | ($0.0) | ($0.2) | $0.6 | $0.3 | $0.2 | $1.1 |
| 11 | Bayfront | 10,000 | 22 | 94K | $0.8 | ($0.9) | ($0.2) | ($0.2) | $0.1 | $0.5 | $0.4 |
| 12 | Northerly Island | 9,000 | 27 | 199K | $2.9 | ($0.8) | ($2.4) | ($0.3) | $0.7 | $1.0 | $1.5 |
| 13 | Coney Island | 4,906 | 12 | 37K | $0.5 | ($0.6) | ($1.9) | ($2.0) | ($0.0) | $0.2 | ($1.8) |
| | **Total - Large** | | **530** | **2,214K** | **$47.6** | **($9.4)** | **($11.7)** | **$26.5** | **$6.8** | **$11.6** | **$45.0** |
| | **Average - Boutique** | | **41** | **170K** | **$3.7** | **($0.7)** | **($0.9)** | **$2.0** | **$0.5** | **$0.9** | **$3.5** |

15

* TM AOI estimated at $5.25 per paid ticket across all event types (former deal in F06)

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083615



# CM By Department – Large Amp

F07 Forecast

New venue

$ Millions

sort

**82% of overall CM generated by Promoted Shows**

| | Venue | Promoted | Special Events | PSS | Other | Total CM | Fixed | Concerts AOI |
|---|---|---|---|---|---|---|---|---|
| 1 | Ruoff Home Mortgage Music Cente | $17.6 | $0.0 | $4.3 | ($0.6) | $21.3 | ($3.1) | $18.2 |
| 2 | Xfinity Center MA | $16.0 | $0.0 | $2.4 | ($0.5) | $17.9 | ($2.8) | $15.1 |
| 3 | Shoreline Amphitheater | $10.6 | $6.7 | $3.0 | $0.2 | $20.5 | ($6.3) | $14.2 |
| 4 | Dos Equis Pavilion | $13.3 | $0.3 | $1.5 | ($0.1) | $15.0 | ($1.9) | $13.1 |
| 5 | Bank of New Hampshire Pavilion | $11.0 | $0.1 | $3.3 | ($0.1) | $14.2 | ($3.6) | $10.6 |
| 6 | Freedom Mortgage Pavilion | $12.5 | $0.0 | $1.3 | ($0.5) | $13.4 | ($3.3) | $10.1 |
| 7 | MIDFLORIDA Credit Union Amp | $10.4 | $0.0 | $1.9 | ($0.5) | $11.8 | ($2.3) | $9.6 |
| 8 | Hollywood Casino STL | $10.0 | $0.0 | $2.6 | ($0.4) | $12.3 | ($2.8) | $9.5 |
| 9 | USANA Amphitheatre | $8.8 | $0.0 | $2.1 | ($0.2) | $10.7 | ($1.3) | $9.4 |
| 10 | The Gorge Amphitheater | $12.5 | $0.0 | $1.4 | $0.4 | $14.3 | ($5.1) | $9.2 |
| 11 | PNC Music Pavilion Charlotte | $8.6 | $0.2 | $3.1 | ($0.8) | $11.1 | ($2.0) | $9.1 |
| 12 | Jify Lube Live | $9.5 | $0.0 | $2.3 | ($0.2) | $11.5 | ($2.6) | $8.9 |
| 13 | Saratoga Performing Arts Center | $9.0 | $0.0 | $1.9 | ($0.2) | $10.7 | ($3.7) | $7.1 |
| 14 | iThink Financial Amphitheater | $6.7 | $0.0 | $2.7 | ($0.1) | $9.3 | ($2.4) | $6.9 |
| 15 | Hollywood Casino CHI | $9.5 | $0.0 | $2.5 | ($0.6) | $11.4 | ($4.5) | $6.9 |
| 16 | Ameris Bank Amphitheater | $8.1 | $0.7 | $2.7 | ($0.4) | $11.1 | ($4.4) | $6.7 |
| 17 | Blossom Music Center | $8.5 | $0.0 | $1.7 | ($1.4) | $8.8 | ($2.6) | $6.2 |
| 18 | PNC Bank Arts Center NJ | $8.3 | $0.2 | $2.7 | ($3.6) | $7.6 | ($2.3) | $5.3 |
| 19 | Walnut Creek | $5.0 | $0.1 | $2.8 | ($0.6) | $7.3 | ($2.0) | $5.3 |
| 20 | Lakewood Amphitheater | $5.6 | $0.1 | $1.0 | ($0.3) | $6.4 | ($1.4) | $5.0 |
| 21 | Ak-Chin Pavilion | $5.8 | $0.0 | $0.9 | ($0.5) | $6.3 | ($1.6) | $4.7 |
| 22 | Veterans United Virginia Beach | $5.0 | $0.0 | $1.6 | ($0.5) | $6.0 | ($1.6) | $4.4 |
| 23 | The XFINITY Theatre CT | $5.4 | $0.1 | $1.2 | ($0.3) | $6.4 | ($2.7) | $3.7 |
| 24 | Isleta Amphitheater | $3.8 | $0.0 | $1.1 | ($0.4) | $4.6 | ($1.5) | $3.1 |
| 25 | The Mann Center | $3.3 | $0.1 | $0.1 | ($0.2) | $3.3 | ($0.5) | $2.8 |
| 26 | Pavilion at Star Lake | $4.2 | $0.0 | $1.1 | ($0.5) | $4.8 | ($2.1) | $2.7 |
| 27 | Oak Mountain Amphitheatre | $2.1 | $0.0 | $0.6 | $1.0 | $3.7 | ($1.0) | $2.6 |
| 28 | FivePoint Amphitheater | $6.8 | $0.3 | $1.1 | ($0.3) | $7.8 | ($5.3) | $2.5 |
| 29 | White River Amphitheater | $3.2 | $0.0 | $0.8 | ($0.3) | $3.7 | ($1.4) | $2.3 |
| 30 | North Island Credit Union Amp | $5.8 | $0.0 | $1.1 | ($0.5) | $6.5 | ($4.3) | $2.2 |
| 31 | Alpine Valley Music Theatre | $3.4 | $0.0 | $0.8 | ($0.4) | $3.8 | ($2.1) | $1.6 |
| 32 | Concord Pavilion | $3.8 | $0.1 | $0.7 | ($0.4) | $4.2 | ($2.6) | $1.6 |
| 33 | RV Inn Style Resorts Amphitheater | $2.1 | $0.0 | $0.2 | ($0.4) | $1.9 | ($1.1) | $0.8 |
| 34 | Toyota Amphitheatre | $1.8 | $0.2 | $0.7 | ($0.4) | $2.3 | ($1.6) | $0.7 |
| 35 | Darien Lake Amphitheater | $2.1 | $0.2 | $0.9 | ($0.5) | $2.7 | ($2.1) | $0.6 |
| 36 | Glen Helen Amphitheater | $1.2 | $0.2 | $0.1 | $0.2 | $1.6 | ($1.6) | $0.0 |
| 37 | Somerset Amphitheater | $0.3 | $0.0 | ($0.0) | ($0.0) | $0.3 | ($0.6) | ($0.4) |
| 38 | Montage | ($0.2) | $0.0 | $0.3 | ($0.2) | ($0.0) | ($1.3) | ($1.3) |
| 39 | Jones Beach | $7.7 | $0.0 | $3.9 | $0.3 | $11.9 | ($13.3) | ($1.4) |
| | **Total** | **$269.3** | **$9.8** | **$64.3** | **($14.9)** | **$328.4** | **($108.7)** | **$219.7** |
| | **Average - Large** | **$6.9** | **$0.3** | **$1.6** | **($0.4)** | **$8.4** | **($2.8)** | **$5.6** |

Other CM includes non-show variable labor, contingent rent, and other non-event variable expenses

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083616