# EXHIBIT PX0501 F

Redacted



# CM By Department – Boutique Amp

F07 Forecast

New venue

$ Millions

sort

91% of overall CM generated by Promoted Shows

| | Venue | Promoted | Special Events | PSS | Other | Total CM | Fixed | Concerts AOI |
|---|---|---|---|---|---|---|---|---|
| 1 | Leader Bank Pavilion | $6.5 | $0.6 | $1.3 | ($0.2) | $8.1 | ($1.6) | $6.5 |
| 2 | Toyota Music Factory Irving | $9.0 | $1.2 | $1.0 | ($0.2) | $10.9 | ($4.6) | $6.3 |
| 3 | Hayden Homes Amphitheater | $4.2 | $0.0 | $0.6 | ($0.4) | $4.3 | ($0.8) | $3.5 |
| 4 | Chastain | $3.8 | $0.0 | $0.2 | ($0.1) | $4.0 | ($1.5) | $2.5 |
| 5 | Charlotte Metro | $2.7 | $0.0 | $0.3 | ($0.1) | $2.9 | ($0.8) | $2.1 |
| 6 | Red Hat Amphitheater | $2.1 | $0.0 | $0.2 | ($0.0) | $2.3 | ($0.2) | $2.1 |
| 7 | TCU @ White River State Park | $3.3 | $0.2 | $0.3 | ($0.3) | $3.4 | ($1.5) | $2.0 |
| 8 | Ascend Amphitheater | $3.2 | $0.1 | $0.6 | ($0.1) | $3.8 | ($2.0) | $1.8 |
| 9 | Live Oak Bank Pavilion | $2.5 | $0.0 | $0.4 | ($0.1) | $2.8 | ($1.2) | $1.6 |
| 10 | Greenfield Lake Amphitheater | $0.8 | $0.0 | $0.0 | $0.0 | $0.9 | ($0.3) | $0.6 |
| 11 | Bayfront | $0.4 | $0.0 | $0.0 | $0.4 | $0.8 | ($1.0) | ($0.2) |
| 12 | Northerly Island | $3.5 | $0.1 | $0.5 | ($1.3) | $2.9 | ($3.1) | ($0.3) |
| 13 | Coney Island | $1.1 | $0.0 | $0.0 | ($0.7) | $0.5 | ($2.5) | ($2.0) |
| | **Total** | **$43.1** | **$2.2** | **$5.4** | **($3.2)** | **$47.6** | **($21.1)** | **$26.5** |
| | **Average - Boutique** | **$3.3** | **$0.2** | **$0.4** | **($0.2)** | **$3.7** | **($1.6)** | **$2.0** |

17

Other CM includes non-show variable labor, contingent rent, and other non-event variable expenses

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083617

# Promoted Show Metrics – Large Amp

**New venue**

F07 Forecast

## 18 Venues with $40+ APF / 50% of APF from On-Site Ancils[1]

| | Venue | Paid (K) | APF | Ancils | F&B | Svc Fees | FMF / Pkg | Merch | Upsells | Promoter Profit | Avg Ticket Price | Talent % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bank of New Hampshire Pavilion | 311K | $49 | $14.0M | $4.5M | $3.1M | $2.5M | $0.5M | $3.3M | ($3.0M) | $67 | 90% |
| 2 | The Gorge Amphitheater | 335K | $48 | $14.4M | $4.5M | $2.7M | $2.6M | $0.5M | $4.1M | ($1.9M) | $54 | 86% |
| 3 | Shoreline Amphitheater | 480K | $45 | $19.2M | $6.3M | $4.7M | $4.8M | $0.7M | $2.6M | ($8.5M) | $55 | 94% |
| 4 | Dos Equis Pavilion | 503K | $45 | $20.4M | $7.9M | $4.6M | $4.8M | $0.9M | $2.2M | ($7.1M) | $49 | 93% |
| 5 | FivePoint Amphitheater | 298K | $44 | $11.9M | $3.4M | $2.9M | $4.1M | $0.4M | $1.2M | ($5.1M) | $54 | 83% |
| 6 | Lakewood Amphitheater | 267K | $44 | $10.6M | $3.5M | $2.9M | $2.3M | $0.3M | $1.5M | ($5.0M) | $60 | 98% |
| 7 | Montage | 96K | $44 | $3.7M | $1.2M | $0.9M | $0.5M | $0.1M | $1.0M | ($3.9M) | $42 | 94% |
| 8 | Oak Mountain Amphitheatre | 74K | $42 | $2.9M | $1.2M | $0.7M | $0.6M | $0.1M | $0.3M | ($0.8M) | $56 | 86% |
| 9 | Xfinity Center MA | 601K | $42 | $23.0M | $7.1M | $6.0M | $7.0M | $1.0M | $1.9M | ($7.0M) | $57 | 92% |
| 10 | Ruoff Home Mortgage Music Cente | 656K | $42 | $24.7M | $10.0M | $5.6M | $5.6M | $0.7M | $2.8M | ($7.1M) | $50 | 97% |
| 11 | Freedom Mortgage Pavilion | 517K | $41 | $19.1M | $7.2M | $4.8M | $5.2M | $0.4M | $1.5M | ($6.6M) | $51 | 89% |
| 12 | Hollywood Casino CHI | 405K | $41 | $14.9M | $5.6M | $3.7M | $3.4M | $0.4M | $1.8M | ($5.4M) | $50 | 91% |
| 13 | Ameris Bank Amphitheater | 276K | $41 | $10.6M | $4.6M | $2.7M | $2.4M | $0.5M | $0.5M | ($2.4M) | $58 | 86% |
| 14 | Blossom Music Center | 424K | $41 | $15.5M | $5.5M | $3.8M | $3.3M | $0.7M | $2.3M | ($7.0M) | $49 | 92% |
| 15 | Toyota Amphitheatre | 128K | $40 | $4.6M | $1.9M | $1.3M | $1.0M | $0.1M | $0.3M | ($2.8M) | $61 | 104% |
| 16 | Concord Pavilion | 184K | $40 | $6.2M | $1.8M | $1.7M | $1.8M | $0.3M | $0.6M | ($2.4M) | $55 | 85% |
| 17 | iThink Financial Amphitheater | 341K | $40 | $12.2M | $5.1M | $3.0M | $2.7M | $0.4M | $1.0M | ($5.5M) | $53 | 89% |
| 18 | MIDFLORIDA Credit Union Amp | 420K | $40 | $15.2M | $6.2M | $4.0M | $3.1M | $0.5M | $1.5M | ($4.7M) | $57 | 88% |
| 19 | Hollywood Casino STL | 437K | $39 | $15.6M | $5.8M | $4.1M | $3.3M | $0.7M | $1.8M | ($5.7M) | $47 | 98% |
| 20 | Walnut Creek | 326K | $39 | $11.2M | $4.0M | $3.1M | $2.4M | $0.4M | $1.2M | ($6.2M) | $53 | 100% |
| 21 | Glen Helen Amphitheater | 76K | $39 | $2.7M | $0.8M | $0.8M | $0.6M | $0.1M | $0.4M | ($1.5M) | $45 | 95% |
| 22 | Pavilion at Star Lake | 240K | $39 | $8.4M | $3.1M | $2.2M | $2.2M | $0.3M | $0.6M | ($4.2M) | $47 | 101% |
| 23 | PNC Bank Arts Center NJ | 414K | $39 | $14.3M | $4.9M | $3.8M | $3.5M | $0.5M | $1.6M | ($5.9M) | $52 | 89% |
| 24 | Jify Lube Live | 409K | $39 | $14.5M | $5.4M | $3.7M | $3.4M | $0.5M | $1.5M | ($5.0M) | $59 | 96% |
| 25 | RV Inn Style Resorts Amphitheater | 176K | $39 | $5.9M | $2.2M | $1.6M | $1.5M | $0.4M | $0.3M | ($3.8M) | $69 | 92% |
| 26 | The XFINITY Theatre CT | 234K | $39 | $8.2M | $2.9M | $2.3M | $1.7M | $0.3M | $0.9M | ($2.8M) | $55 | 95% |
| 27 | Alpine Valley Music Theatre | 164K | $38 | $5.7M | $2.3M | $1.5M | $1.4M | $0.2M | $0.5M | ($2.3M) | $56 | 97% |
| 28 | North Island Credit Union Amp | 317K | $38 | $10.7M | $4.0M | $3.1M | $2.1M | $0.4M | $1.0M | ($4.9M) | $53 | 95% |
| 29 | Saratoga Performing Arts Center | 352K | $38 | $12.1M | $4.4M | $3.2M | $3.3M | $0.5M | $0.7M | ($3.1M) | $53 | 90% |
| 30 | Jones Beach | 353K | $38 | $12.1M | $3.8M | $3.6M | $3.6M | $0.3M | $0.9M | ($4.4M) | $66 | 87% |
| 31 | Veterans United Virginia Beach | 256K | $37 | $8.8M | $3.4M | $2.3M | $2.0M | $0.3M | $0.8M | ($3.8M) | $49 | 99% |
| 32 | PNC Music Pavilion Charlotte | 422K | $37 | $14.3M | $5.2M | $4.1M | $3.0M | $0.4M | $1.6M | ($5.6M) | $54 | 96% |
| 33 | Darien Lake Amphitheater | 145K | $37 | $4.9M | $1.7M | $1.4M | $1.3M | $0.2M | $0.3M | ($2.8M) | $47 | 102% |
| 34 | White River Amphitheater | 160K | $37 | $5.3M | $1.8M | $1.4M | $1.1M | $0.3M | $0.6M | ($2.1M) | $52 | 86% |
| 35 | Ak-Chin Pavilion | 301K | $37 | $9.9M | $3.5M | $2.6M | $2.3M | $0.5M | $1.0M | ($4.1M) | $47 | 91% |
| 36 | Isleta Amphitheater | 188K | $36 | $6.1M | $2.2M | $1.7M | $1.2M | $0.7M | $0.4M | ($2.3M) | $47 | 93% |
| 37 | The Mann Center | 303K | $33 | $9.0M | $3.2M | $2.9M | $1.6M | $0.3M | $1.1M | ($5.7M) | $59 | 73% |
| 38 | USANA Amphitheatre | 421K | $32 | $12.1M | $3.5M | $3.9M | $3.5M | $0.6M | $0.6M | ($3.3M) | $47 | 91% |
| 39 | Somerset Amphitheater | 12K | $25 | $0.3M | $0.1M | $0.1M | $0.1M | $0.0M | $0.0M | $0.0M | $58 | 54% |
| | **Total** | **12,023K** | **$40** | **$435.2M** | **$155.6M** | **$112.6M** | **$103.0M** | **$16.1M** | **$48.0M** | **($165.9M)** | **$54** | **92%** |
| | **Average - Large** | **308K** | **$40** | **$11.2M** | **$4.0M** | **$2.9M** | **$2.6M** | **$0.4M** | **$1.2M** | **($4.3M)** | **$54** | **92%** |

1 – On Site Spend = F&B + Merch + Upsells

18

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083618

# Promoted Show Metrics – Boutique Amp

**New venue**

F07 Forecast

## 0 Venues > $40 APF / On-Site spend represents 49% of Ancils[1]
## 3 of bottom 4 APF are new venues – opportunity

| | Venue | Paid (K) | APF | Ancils | F&B | Svc Fees | FMF / Pkg | Merch | Upsells | Promoter Profit | Avg Ticket Price | Talent % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Hayden Homes Amphitheater | 218K | $38 | $7.8M | $3.3M | $2.1M | $1.4M | $0.8M | $0.2M | ($3.6M) | $57 | 86% |
| 2 | Chastain | 138K | $35 | $4.3M | $1.2M | $1.4M | $1.3M | $0.1M | $0.3M | ($0.5M) | $57 | 75% |
| 3 | Leader Bank Pavilion | 226K | $35 | $7.1M | $2.8M | $2.2M | $1.4M | $0.5M | $0.2M | ($0.5M) | $57 | 88% |
| 4 | Charlotte Metro | 135K | $32 | $3.8M | $1.6M | $1.2M | $0.6M | $0.2M | $0.3M | ($1.3M) | $46 | 76% |
| 5 | Ascend Amphitheater | 170K | $32 | $4.7M | $2.0M | $1.7M | $0.6M | $0.2M | $0.3M | ($1.5M) | $50 | 77% |
| 6 | Northerly Island | 199K | $31 | $5.6M | $2.3M | $2.0M | $0.8M | $0.3M | $0.3M | ($2.1M) | $63 | 73% |
| 7 | TCU @ White River State Park | 212K | $31 | $5.7M | $2.4M | $1.7M | $1.0M | $0.2M | $0.4M | ($2.5M) | $45 | 77% |
| 8 | Coney Island | 37K | $30 | $1.0M | $0.3M | $0.4M | $0.3M | $0.0M | $0.1M | $0.1M | $68 | 60% |
| 9 | Toyota Music Factory Irving | 414K | $30 | $11.2M | $4.4M | $4.1M | $1.6M | $0.7M | $0.4M | ($2.2M) | $56 | 77% |
| 10 | Live Oak Bank Pavilion | 137K | $27 | $3.3M | $1.6M | $1.2M | $0.4M | $0.1M | $0.1M | ($0.8M) | $46 | 78% |
| 11 | Bayfront | 94K | $23 | $1.9M | $0.7M | $0.7M | $0.4M | $0.1M | $0.1M | ($1.5M) | $46 | 74% |
| 12 | Greenfield Lake Amphitheater | 43K | $21 | $0.8M | $0.5M | $0.3M | $0.1M | $0.0M | $0.0M | $0.0M | $33 | 71% |
| 13 | Red Hat Amphitheater | 193K | $21 | $3.6M | $1.1M | $1.7M | $0.6M | $0.2M | $0.1M | ($1.5M) | $45 | 78% |
| | **Total** | **2,214K** | **$31** | **$61.0M** | **$24.0M** | **$20.6M** | **$10.4M** | **$3.4M** | **$2.6M** | **($18.1M)** | **$53** | **78%** |
| | **Average - Boutique** | **170K** | **$31** | **$4.7M** | **$1.8M** | **$1.6M** | **$0.8M** | **$0.3M** | **$0.2M** | **($1.4M)** | **$53** | **78%** |

1 – On Site Spend = F&B + Merch + Upsells

19

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083619

# Montage Lease Extension Nov 2022

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083620

# Montage P&L



| Historical P&L | 2017 | 2018 | 2019 | 3 yr Avg | 2022 F06 | CER Year 1 |
|---|---|---|---|---|---|---|
| Shows | 12 | 8 | 11 | 10 | 6 | 13 |
| Paid | 143,841 | 151,227 | 177,056 | 157,375 | 93,731 | 177,840 |
| **CM** | ($802,207) | **$626,664** | **$1,915,855** | $580,104 | ($220,489) | **$1,677,241** |
| Fixed [1] | ($1,130,793) | ($1,299,353) | ($1,380,926) | ($1,270,358) | ($511,545) | ($737,654) |
| Rent [2] | ($569,514) | ($564,599) | ($546,452) | ($560,188) | ($766,697) | ($827,500) |
| **AOI (USC)** | ($2,502,514) | ($1,237,289) | ($11,523) | ($1,250,442) | ($1,498,732) | **$112,087** |
| Plus: TM / SPO | $652,659 | $683,475 | $895,250 | $743,794 | $499,184 | $895,475 |
| **AOI (LNE)** | ($1,849,855) | ($553,814) | **$883,727** | ($506,648) | ($999,547) | **$1,007,562** |
| Avg ECM | ($93,941) | $54,250 | $142,436 | $28,178 | ($60,909) | **$75,905** |
| Peach Festival CM | ($596,788) | $375,816 | $772,852 | $183,960 | ($799,915) | |

## CER CM Growth vs 3 year avg = $1.1m:

- Show count Paid growth:  +3 shows / +20k paid
- APF increase:  +$6.65
- Incremental PSS:  $270k
- Incremental F&B:  $640k
- PP Loss: ($1.8m)

(1) 2022 fixed costs lower due to reduced FTE and excludes central pushdowns ($600k combined).

(2) CER assumes 2022 rent but straight-lined over lease term

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083621