# EXHIBIT PX0501 H

Redacted



# Montage IRR

| | | The Pavilion at Montage Mountain Sensitivity Analysis - LNE AOI | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | RENT | | | |
| | | $600,000 | $650,000 | $700,000 | $750,000 | $800,000 | $850,000 | $900,000 |
| | 7 | $396,885 | $341,719 | $286,552 | $231,385 | $176,219 | $121,052 | $65,885 |
| | 9 | $655,611 | $600,444 | $545,278 | $490,111 | $434,944 | $379,778 | $324,611 |
| | 11 | $914,337 | $859,170 | $804,003 | $748,837 | $693,670 | $638,503 | $583,337 |
| Show Count | 13 | $1,173,062 | $1,117,895 | $1,062,729 | $1,007,562 | $952,395 | $897,229 | $842,062 |
| | 15 | $1,431,788 | $1,376,621 | $1,321,454 | $1,266,288 | $1,211,121 | $1,155,954 | $1,100,788 |
| | 17 | $1,690,513 | $1,635,347 | $1,580,180 | $1,525,013 | $1,469,847 | $1,414,680 | $1,359,513 |
| | 19 | $1,949,239 | $1,894,072 | $1,838,906 | $1,783,739 | $1,728,572 | $1,673,406 | $1,618,239 |

| | | Rent Abatement Months Sensitivity Analysis - IRR | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | RENT | | | |
| | | $600,000 | $650,000 | $700,000 | $750,000 | $800,000 | $850,000 | $900,000 |
| | $4,400,000 | 23.6% | 22.7% | 21.7% | 20.8% | 19.8% | 18.9% | 17.9% |
| | $5,400,000 | 19.2% | 18.4% | 17.5% | 16.7% | 15.9% | 15.1% | 14.2% |
| | $6,400,000 | 15.9% | 15.2% | 14.5% | 13.7% | 13.0% | 12.3% | 11.5% |
| CAPEX | $7,400,000 | 13.4% | 12.8% | 12.1% | 11.4% | 10.8% | 10.1% | 9.4% |
| | $8,400,000 | 11.4% | 10.8% | 10.2% | 9.6% | 8.9% | 8.3% | 7.7% |
| | $9,400,000 | 9.7% | 9.2% | 8.6% | 8.0% | 7.4% | 6.8% | 6.2% |
| | $10,400,000 | 8.3% | 7.8% | 7.3% | 6.7% | 6.2% | 5.6% | 5.0% |

4

# Montage Capex (split w County)

| Montage Mountain Master Plan Priorities | | | |
|---|---|---|---|
| **Improvements** | **Budget - Low** | **Budget - Mid** | **Budget High** |
| Rock Box Lite | $515,000 | $515,000 | $515,000 |
| Backstage Dressing Rooms | $1,245,000 | $2,650,000 | $2,650,000 |
| Backstage Hang/Amenity | $450,000 | $450,000 | $450,000 |
| VIP Kitchen Trailer | $200,000 | $200,000 | $945,000 |
| Sanitrax - North Plaza | $300,000 | $300,000 | N/A |
| X | N/A | N/A | $785,000 |
| Reface and remodel South Side Concession Stand | $400,000 | $400,000 | $400,000 |
| F&B Equipment for South Side Concessions | $200,000 | $200,000 | $200,000 |
| Replace Beer stand outside bathrooms | $290,000 | $290,000 | $290,000 |
| Sewer Improvements | $285,000 | $285,000 | $285,000 |
| Electrical Upgrades | $435,000 | $435,000 | $435,000 |
| Walk-in Cooler Top of Lawn | $100,000 | $100,000 | N/A |
| X | N/A | N/A | $1,245,000 |
| X | N/A | $560,000 | $560,000 |
| VIP Deck Improvements - without bar | $300,000 | $300,000 | N/A |
| X | N/A | N/A | $150,000 |
| Parking Lot Improvements | $350,000 | $350,000 | $350,000 |
| Lawn LED Screens | $900,000 | $900,000 | $900,000 |
| LED Video Menu Boards | $75,000 | $75,000 | $75,000 |
| X | N/A | N/A | $650,000 |
| New Fixtures and Paint in existing restrooms | $350,000 | $350,000 | $350,000 |
| X | N/A | $1,375,000 | $1,375,000 |
| Medium North Side Concession Stand | $935,000 | $935,000 | N/A |
| X | N/A | N/A | $1,100,000 |
| Front Gate Relocation | $325,000 | $325,000 | $325,000 |
| X | N/A | $90,000 | $90,000 |
| New permanent stage floor | $185,000 | $185,000 | $185,000 |
| Rock Hard floor coating for all luxury boxes | $50,000 | $50,000 | $50,000 |
| New exterior wall or fencing throughout venue | $450,000 | $450,000 | $450,000 |
| **TOTALS** | **$8,340,000** | **$11,770,000** | **$14,810,000** |

# Montage Lease Extension Nov 2022

# Montage P&L

| Historical P&L | 2017 | 2018 | 2019 | 3 yr Avg | 2022 F06 | CER Year 1 |
|---|---|---|---|---|---|---|
| Shows | 12 | 8 | 11 | 10 | 6 | 13 |
| Paid | 143,841 | 151,227 | 177,056 | 157,375 | 93,731 | 177,840 |
| CM | ($802,207) | $626,664 | $1,915,855 | $580,104 | ($220,489) | $1,677,241 |
| Fixed [1] | ($1,130,793) | ($1,299,353) | ($1,380,926) | ($1,270,358) | ($511,545) | ($737,654) |
| Rent [2] | ($569,514) | ($564,599) | ($546,452) | ($560,188) | ($766,697) | ($827,500) |
| AOI (USC) | ($2,502,514) | ($1,237,289) | ($11,523) | ($1,250,442) | ($1,498,732) | $112,087 |
| Plus: TM / SPO | $652,659 | $683,475 | $895,250 | $743,794 | $499,184 | $895,475 |
| AOI (LNE) | ($1,849,855) | ($553,814) | $883,727 | ($506,648) | ($999,547) | $1,007,562 |
| | | | | | | |
| Avg ECM | ($93,941) | $54,250 | $142,436 | $28,178 | ($60,909) | $75,905 |
| | | | | | | |
| Peach Festival CM | ($596,788) | $375,816 | $772,852 | $183,960 | ($799,915) | |

### CER CM Growth vs 3 year avg = $1.1m:
- Show count Paid growth:  +3 shows / +20k paid
  - APF increase:  +$6.65
  - Incremental PSS:  $270k
  - Incremental F&B:  $640k
    - PP Loss: ($1.8m)

| | |
|---|---|
| (1) 2022 fixed costs lower due to reduced FTE and excludes central pushdowns ($600k combined). | |
| (2) CER assumes 2022 rent but straight-lined over lease term | |

# Montage Surrounding Venues



**1 (Darien Center NY)**
Darien Lake Amp (22 Shows | ECM: $1M)

**2 (Canandaigua NY)**
CMAC (24 shows)

**3 (Syracuse NY)**
St. Joseph (17 shows | ECM: $1.3M)

**4 (Saratoga NY)**
SPAC (32 shows | ECM: $5.2M)

**5 (Bethel NY)**
Bethel Woods (22 shows | ECM: $0.7M)

**6 (Scranton PA)**
Pavilion at Montage (11 shows | ECM: $1.9m)

**7 (Wilkes-Barre PA)**
Mohegan Sun Arena

**8 (Bethlehem PA)**
Wind Creek Casino

**9 (Philadelphia PA / Camden NJ)**
Wells Fargo Center | 30 shows | ECM: $2.5M
Mann Center | 34 shows | ECM: $3.2M (22 BUD)
Freedom Mortgage Amp | 42 shows | ECM: $7.1M

3