# EXHIBIT PX0501 I

Redacted

# Montage IRR

| | | The Pavilion at Montage Mountain Sensitivity Analysis - LNE AOI | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **RENT** | | | | | | |
| | | $600,000 | $650,000 | $700,000 | **$750,000** | $800,000 | $850,000 | $900,000 |
| **Show Count** | 7 | $396,885 | $341,719 | $286,552 | $231,385 | $176,219 | $121,052 | $65,885 |
| | 9 | $655,611 | $600,444 | $545,278 | $490,111 | $434,944 | $379,778 | $324,611 |
| | 11 | $914,337 | $859,170 | $804,003 | $748,837 | $693,670 | $638,503 | $583,337 |
| | **13** | $1,173,062 | $1,117,895 | $1,062,729 | **$1,007,562** | $952,395 | $897,229 | $842,062 |
| | 15 | $1,431,788 | $1,376,621 | $1,321,454 | $1,266,288 | $1,211,121 | $1,155,954 | $1,100,788 |
| | 17 | $1,690,513 | $1,635,347 | $1,580,180 | $1,525,013 | $1,469,847 | $1,414,680 | $1,359,513 |
| | 19 | $1,949,239 | $1,894,072 | $1,838,906 | $1,783,739 | $1,728,572 | $1,673,406 | $1,618,239 |

| | | Rent Abatement Months Sensitivity Analysis - IRR | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **RENT** | | | | | | |
| | | $600,000 | $650,000 | $700,000 | **$750,000** | $800,000 | $850,000 | $900,000 |
| **CAPEX** | $4,400,000 | 23.6% | 22.7% | 21.7% | 20.8% | 19.8% | 18.9% | 17.9% |
| | $5,400,000 | 19.2% | 18.4% | 17.5% | 16.7% | 15.9% | 15.1% | 14.2% |
| | $6,400,000 | 15.9% | 15.2% | 14.5% | 13.7% | 13.0% | 12.3% | 11.5% |
| | **$7,400,000** | 13.4% | 12.8% | 12.1% | **11.4%** | 10.8% | 10.1% | 9.4% |
| | $8,400,000 | 11.4% | 10.8% | 10.2% | 9.6% | 8.9% | 8.3% | 7.7% |
| | $9,400,000 | 9.7% | 9.2% | 8.6% | 8.0% | 7.4% | 6.8% | 6.2% |
| | $10,400,000 | 8.3% | 7.8% | 7.3% | 6.7% | 6.2% | 5.6% | 5.0% |

# Montage Capex (split w County)

## Montage Mountain Master Plan Priorities

| Improvements | Budget - Low | Budget - Mid | Budget High |
|---|---|---|---|
| Rock Box Lite | $515,000 | $515,000 | $515,000 |
| Backstage Dressing Rooms | $1,245,000 | $2,650,000 | $2,650,000 |
| Backstage Hang/Amenity | $450,000 | $450,000 | $450,000 |
| VIP Kitchen Trailer | $200,000 | $200,000 | $945,000 |
| Sanitrax - North Plaza | $300,000 | $300,000 | N/A |
| X | N/A | N/A | $785,000 |
| Reface and remodel South Side Concession Stand | $400,000 | $400,000 | $400,000 |
| F&B Equipment for South Side Concessions | $200,000 | $200,000 | $200,000 |
| Replace Beer stand outside bathrooms | $290,000 | $290,000 | $290,000 |
| Sewer Improvements | $285,000 | $285,000 | $285,000 |
| Electrical Upgrades | $435,000 | $435,000 | $435,000 |
| Walk-in Cooler Top of Lawn | $100,000 | $100,000 | N/A |
| X | N/A | N/A | $1,245,000 |
| X | N/A | $560,000 | $560,000 |
| VIP Deck Improvements - without bar | $300,000 | $300,000 | N/A |
| X | N/A | N/A | $150,000 |
| Parking Lot Improvements | $350,000 | $350,000 | $350,000 |
| Lawn LED Screens | $900,000 | $900,000 | $900,000 |
| LED Video Menu Boards | $75,000 | $75,000 | $75,000 |
| X | N/A | N/A | $650,000 |
| New Fixtures and Paint in existing restrooms | $350,000 | $350,000 | $350,000 |
| X | N/A | $1,375,000 | $1,375,000 |
| Medium North Side Concession Stand | $935,000 | $935,000 | N/A |
| X | N/A | N/A | $1,100,000 |
| Front Gate Relocation | $325,000 | $325,000 | $325,000 |
| X | N/A | $90,000 | $90,000 |
| New permanent stage floor | $185,000 | $185,000 | $185,000 |
| Rock Hard floor coating for all luxury boxes | $50,000 | $50,000 | $50,000 |
| New exterior wall or fencing throughout venue | $450,000 | $450,000 | $450,000 |
| **TOTALS** | **$8,340,000** | **$11,770,000** | **$14,810,000** |



# PLAYBOOK

Live Nation is at the center of bringing artists and fans together at concerts all around the world. Our Playbook highlights some of the key ways we run shows and what is important to us as the leading live entertainment company. Across all shows promoted by Live Nation, we are committed to providing:

- **Get In Guarantee:** by purchasing tickets from official ticket platforms including Live Nation and Ticketmaster we are able to guarantee entry with your purchased seat/location selection, or your money back

- **Show Play Protection:** If a show doesn't play as planned, ticket buyers are entitled to:
  - No questions asked refund within 24 hours of purchase
  - Automatic full refund if show is canceled
  - Refund window if show changes date/venue
  - Refunds paid back in full as originally purchased (cash, credit card, etc.)

- **All-in pricing:** our websites give you the option to view all in cost (face value + fees) while you shop for tickets

- **Fee Transparency:** venues set and keep the majority of ticketing fees, and on our websites venues that Live Nation owns and operates will provide a transparent breakdown of their fees. We're encouraging all venues to provide this, but we can only guarantee it in venues we oversee.

- **24/7 customer service:** visit livenation.com/help for assistance. If you prefer to speak with a human you can sign up to receive a call back

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT



# PLAYBOOK

Live Nation is at the center of bringing artists and fans together at concerts all around the world.

## WE SERVE ARTISTS
As artists play our venues, they have:

- **Full control over their performance**
    - 100% creative vision
    - Full input on the routing of their tours, including which cities they play and which venues within that market they perform at
    - Selection of which supporting artists and opening acts come out on tour with them
    - Involvement in decisions and experiences that add value to their show, from meet & greets and merch to other exclusive experiences
    - The flexibility to reschedule, postpone or cancel shows at any time due to unforeseen circumstances

- **Final say on how their tickets can be sold**
    - Including onsale times, pricing, and transfer abilities
    - Large majority of ticket revenues from original (primary) ticket sales going directly into their pocket

- **Option to request that resale ticket marketplaces treat their tickets how they want them to be sold**
    - Live Nation will create a resale rider for artists who make requests (e.g. "cap resale prices" or "no speculative tickets sold where seller does not already own ticket") for them to share their requests with secondary/resale ticket sites
    - However, Live Nation cannot enforce or guarantee secondary ticket marketplaces will honor their requests

## WE VALUE FANS
Fans coming to Live Nation shows will always receive:

- **Get In Guarantee:** by purchasing tickets from official ticket platforms including Live Nation and Ticketmaster we are able to guarantee entry with your purchased seat/location selection, or your money back

- **Show Play Protection:** If a show doesn't play as planned, ticket buyers are entitled to:
    - No questions asked refund within 24 hours of purchase
    - automatic full refund if show is canceled
    - refund window if show changes date/venue
    - refunds paid back in full as originally purchased (cash, credit card, etc.)

SUBJECT TO CONFIDENTIALITY STATUTES

- **All-in pricing:** our websites give you the option to view all in cost (face value + fees) while you shop for tickets

- **Fee Transparency:** venues set and keep the majority of ticketing fees, and on our websites venues that Live Nation owns and operates will provide a transparent breakdown of their fees. We're encouraging all venues to provide this, but we can only guarantee it in venues we oversee.

- **24/7 customer service:** visit livenation.com/help for assistance. If you prefer to speak with a human you can sign up to receive a call back

## WE OPERATE VENUES

Our expert venue team ensures the best onsite experience for artists and fans:

- **Entry policies and onsite rules**
  - Work in collaboration with local authorities on all safety and security protocols before, during, and after each show
  - Clear bag policy, etc

- **Full service house production**
  - Live Nation venues have the capability to provide all house production needs, or to support artists existing production, including:
    - Sound
    - Lighting
    - Design
    - Video
  - Support artists' crew as needed with additional production staff

- **Source and manage all fan and artist hospitality offerings**
  - Parking, as well as VIP parking and expedited entry where possible to make available
  - Food & Beverage including exclusive partnerships and offerings from top chefs around the country
  - Onsite upgrades such as lawn chair rentals, fast pass access and more
  - May offer additional VIP experiences, access and upgrades at the venue for fans
  - Manage all hospitality needs and experiences for artists and their crew while onsite

Live Nation also promotes shows for artists playing in venues that we do not own or operate. We commonly share best practice recommendations with venue partners for those shows, but we don't have the control to mandate policies in venues that aren't ours

SUBJECT TO CONFIDENTIALITY STATUTES



# Options for LN Ticket buyers' Customer Service

- **Full-service dedicated line**
  - Best optics
  - Most expensive option (~$7.5m/year)
  - Undoes efficiency progress TM has made on pushing chat and other functions
  - No triage prior to call, will allow stubhub or other TM client calls in (no way to filter out non-LN customers)
  - Customer service outcomes may not improve given high wait times without triage

- **Call back link**
  - Allows for triage before call via webform to submit info for call back (this reduces call load, as we can prioritize by urgency and reduce usage by clients who did not purchase via LN/TM)
  - Allows personal interaction and wait time estimate, as well as push to quicker channels
  - Still expensive channel
  - No clear line listed for those that are frustrated
  - Will require some development

- **Dedicated LN Chat**
  - Allows for triage upfront similar to prior
  - Efficient customer service channel and allows dedicated tracking of results
  - No person to person interaction, which will still frustrate some
  - Limited cost increase vs current
  - Will require some development

- **Create tighter SLAs for customers flagged as LN**
  - Easiest to implement
  - Customers will still be frustrated no easy to attain human interaction
  - Limited incremental cost

1

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000083628

FAN EXPERIENCE

# LN FAN SUPPORT

*ticketmaster*

13.07.2022

CONFIDENTIAL. DO NOT DISTRIBUTE.

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083629

# Vanity Phone Line

Cost modelling for a dedicated LN phone support service

## Key Assumptions

- 81,263 incoming calls per month (40% of 2019 volumes)
- 12h day, 7d week coverage
- 600s call handling time
- 300s target answer time (80% to meet SLA)
- 15% shrinkage
- 40h working week
- $29/hr all-in rate
- $0.019c/min telco

## Estimated Monthly Costs

- $617K labour (all-in rate)
- $15K telco minutes (08* number)
- **$632K total (est.) per month**

## Risks

- Exclusivity - Phone line could be used by non-LN fans
- May need to gate/cap during peak periods (busy message)



Distribution of 18,681 Calls across the week

| Day | Date | Percentage of Calls | Calls | Maximum Agents Per Interval | FTE Needed (Assumes 100% Schedule Fit) | People Hours | Typical FTE | |
|---|---|---|---|---|---|---|---|---|
| Monday | 2022-07-18 | 1500% | 2,802 | 86 | 81.8 | 720 | 90 | Schedule |
| Tuesday | 2022-07-19 | 1500% | 2,802 | 86 | 81.8 | 720 | 90 | Schedule |
| Wednesday | 2022-07-20 | 1500% | 2,802 | 86 | 81.8 | 720 | 90 | Schedule |
| Thursday | 2022-07-21 | 2000% | 3,736 | 114 | 108.6 | 956 | 119.5 | Schedule |
| Friday | 2022-07-22 | 2000% | 3,736 | 114 | 108.6 | 956 | 119.5 | Schedule |
| Saturday | 2022-07-23 | 1000% | 1,868 | 57.5 | 55 | 484 | 60.5 | Schedule |
| Sunday | 2022-07-24 | 500% | 934 | 29.5 | 28 | 246.4 | 30.8 | Schedule |
| Total | | 100% | 18,681 | 114 | | 4802.4 | 120.1 | |

SUBJECT TO CONFIDENTIALITY STATUTES

# Volume

Volume to agent has remained steady since reduction was first seen following launch of chatbot. LN/LNOO events account for 40% of all volume.





SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083631

# Service Level

Service levels via digital channels for July are significantly down and a return to within targeted levels following challenging May & June with chatbot & Five 9 launch.



SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083632