# EXHIBIT PX0501 J

Redacted

# CSAT

CSAT continues to be a primary focus with several variables between 2019 and now identified as below and a number in flight to be aligned with 2019 imminently.

TO BE ALIGNED WITH 2019

o Return survey to 5 point scale
o Survey phone contacts once more.
o Survey sent after "closed" not solved"
o Resale payments to be made immediately again.
o Survey sent to self serve refunds.

## TO BE REVIEWED ONCE ALIGNMENT HAS TAKEN PLACE

o 3PE- significant increased on 2019 numbers.
o Agent tenure significantly down on 2019.
o Async chat now in place rather than real time chat



NA CSAT (not including Portcos)

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083633

# Chatbot

Chatbot has been live for 2 months now with good success.
Continued iterations, user testing and journey mapping ongoing
to improve upon initial product

## 65%

### DEFLECTION VIA THE CHATBOT
### (35% OF FANS REACH AN AGENT)

## 33%

### OF CONTACTS HANDLED BY AN
### AGENT ARE HANDLED "REAL TIME"

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083634

# Contact Reasons

Agent contact drivers for the last 30 days is detailed below with Refund continuing to be the top driver.



SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083635

# Contact Reasons

Refund Disposition breakout for the last 30 days is detailed below.



SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083636

# Event Drivers

Top LN/LNOO event drivers for the past 30 days



SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000083637