# EXHIBIT PX0592 A

| From: | Jordan Zachary [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59325f6d651b4d4fac7f5dded1875a2a-Jordan Zach] |
|---|---|
| Sent: | 7/25/2022 3:52:39 AM |
| To: | Bob Roux [bobroux@livenation.com] |
| Subject: | Deck For Jonny Morris |
| Attachments: | LN_National_Overview.pptx |

Have this off the shelf which we can use Thursday. A few updates to make but think it sets table well.
I would add a slide or two on Talent from our Austin deck.
Let me know your thoughts.

**Ex. No**

**PX0592**

1:24-cv-03973

SUBJECT TO CONFIDENTIALITY STATUTES



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111459



# Live Nation Overview

  

   

- Largest Promoter in the World with 93 Million Attendees and 35,000 Events
- 250 Owned or Operated Venues
- 100+ Festivals Globally
- 4,500+ Artists Showcased

- Ticketmaster is One of the Top 10 e-commerce Sites in the World Across All Industries
- 570 Million Tickets Processed
- Serve More than 12,000 Clients Worldwide

- Leading Provider of Music Marketing Solution for Brands
- Top Live Music Media Company – Streams Live Concerts and Creates Original Video Content
- Sold $445M in Sponsorships to 1,000+ Corporate Partners

- One of the Largest Music Artist Management Companies in the World
- 400+ Artists Across All Genres
- 110 Managers
- Home of Maverick Management and Roc Nation



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111461



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111462

# TOP AMPHITHEATERS

## LIVE NATION

# VAST MAJORITY OF TOP AMPHITHEATERS

As shown by Pollstar, the concert industry publication that ranks the top venues, shows and artists, Live Nation owns, leases, operates and/or exclusively books 62 of the top (most attended/popular) amphitheaters in the world. No other organization has more than 1 amphitheater in the top 1000. Live Nation entertains over thirteen million fans in those 62 amphitheaters.

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111463

## PROPOSED SUSTAINABILITY



**SUSTAINABILITY ROCKS** AT **LIVE NATION** VENUES

### LIVE NATION IS WORKING TOWARD CREATING MORE SUSTAINABLE CONCERT VENUES

- KEY WASTE PROGRAMS IMPLEMENTED IN 14 VENUES WITH THE ULTIMATE GOAL OF WORKING TOWARD ZERO WASTE

- 912 TONS OF WASTE GENERATED FROM FAN, ARTIST + BAND MEMBERS ACROSS 14 VENUES DIVERTED FROM LANDFILLS



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111466



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



LNE22-001111468

# PREMIUM SEATS & BOXES

## A DOOR TO DOOR VIP CONCERT ENTERTAINMENT EXPERIENCE









VIP PARKING ONLY STEPS FROM THE VENUE

QUICK ENTRANCE INTO THE VENUE

VIP CLUB ACCESS WITH ELEVATED FOOD & BEVERAGE

PRIVATE BOXES • COMMUNAL SPACES • PRIVATE SUITES









PRIVATE BOXES HAVE GREAT VIEWS AND LOCATIONS

IN-SEAT PUSH BUTTON FOOD & BEVERAGE ORDERING

PRIVATE AND CLEAN RESTROOMS

EASY OUT ACCESS TO YOUR CAR



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111469



# LIVE NATION IS BEST QUALIFIED TO MAXIMIZE SPONSORSHIP & NAME IN TITLE PARTNERSHIPS

     

   

   



+100 NATIONAL SPONSORSHIP EMPLOYEES   1,000+ LOCAL PARTNERS   +900 TOTAL SPONSORSHIP EXPERTS

12

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111471



LNE22-001111472

# Advanced Marketing Capabilities Through Ticketing

## MEASURING MARKETING SUCCESS


### 302M
**MONTHLY WEBSITE VISITORS TO LN AFFILIATED WEBSITES IN NORTH AMERICA**


### 45M
**YEARLY TRANSACTIONS**


### 117M
**CUSTOMERS IN THE NORTH AMERICAN E-MAIL DATABASE**


### 220M
**COOKIES IN OUR DIGITAL MONITORING PRODUCTS (DMP)**



(15)

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111473

## Ticket Pricing & Yield Management

# DYNAMIC PRICING & OPTIMIZATION

- **Drives incremental revenue per show for comparable markets**



# INVENTORY MANAGEMENT

- **Aisle Seat Program – Commands premium price**
- **Platinum - Enables market-based pricing (adjusting prices according to supply and demand) for live event tickets, similar to how airline tickets and hotel rooms are sold**

# UPSELLS & ADD-ONS

- **Add VIP club, Premier parking, Reserved Lawn, other, at ticket checkout**

(16)

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111474



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111475



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001111476





2





4

# TOP AMPHITHEATERS

## LIVE NATION

## VAST MAJORITY
## OF TOP AMPHITHEATERS

As shown by Polistar, the concert industry publication that ranks the top venues, shows and artists, Live Nation owns, leases, operates and/or exclusively books 62 of the top (most attended/popular) amphitheaters in the world. No other organization has more than 1 amphitheater in the top 1000. Live Nation entertains over thirteen million fans in those 62 amphitheaters.







7



8

