# EXHIBIT PX0592 B



10



11



12





14



15

**Ticket Pricing & Yield Management**

### DYNAMIC PRICING & OPTIMIZATION
- Drives incremental revenue per show for comparable markets

### INVENTORY MANAGEMENT
- Aisle Seat Program – Commands premium price
- Platinum - Enables market-based pricing (adjusting prices according to supply and demand) for live event tickets, similar to how airline tickets and hotel rooms are sold

### UPSELLS & ADD-ONS
- Add VIP club, Premier parking, Reserved Lawn, other, at ticket checkout



16





18





# Live Nation Overview

















- Largest Promoter in the World with 93 Million Attendees and 35,000 Events
- 250 Owned or Operated Venues
- 100+ Festivals Globally
- 4,500+ Artists Showcased

- Ticketmaster is One of the Top 10 e-commerce Sites in the World Across All Industries
- 570 Million Tickets Processed
- Serve More than 12,000 Clients Worldwide

- Leading Provider of Music Marketing Solution for Brands
- Top Live Music Media Company – Streams Live Concerts and Creates Original Video Content
- Sold $445M in Sponsorships to 1,000+ Corporate Partners

- One of the Largest Music Artist Management Companies in the World
- 400+ Artists Across All Genres
- 110 Managers
- Home of Maverick Management and Roc Nation

3



# TOP AMPHITHEATERS



## VAST MAJORITY OF TOP AMPHITHEATERS

As shown by Pollstar, the concert industry publication that ranks the top venues, shows and artists, Live Nation owns, leases, operates and/or exclusively books 62 of the top (most attended/popular) amphitheaters in the world. No other organization has more than 1 amphitheater in the top 1000. Live Nation entertains over thirteen million fans in those 62 amphitheaters.

**2018 YEAR END** Worldwide Ticket Sales **TOP 100 AMPHITHEATRE VENUES**

| # | Tickets | Venue | Location |
|---|---|---|---|
| 1 | 588,023 | Ruoff Home Mortgage Music Center | Noblesville, IN |
| 2 | 505,287 | BB&T Pavilion | Camden, NJ |
| 3 | 467,620 | The Cynthia Woods Mitchell Pavilion | The Woodlands, TX |
| 4 | 436,373 | Red Rocks Amphitheatre | Morrison, CO |
| 5 | 397,026 | Shoreline Amphitheatre | Mountain View, CA |
| 6 | 385,225 | DTE Energy Music Theatre | Clarkston, MI |
| 7 | 378,272 | Hollywood Bowl | Los Angeles, CA |
| 8 | 365,488 | Jiffy Lube Live | Bristow, VA |
| 9 | 363,655 | Waldbühne Berlin | Berlin, GERMANY |
| 10 | 350,005 | Xfinity Center | Mansfield, MA |
| 11 | 345,351 | Blossom Music Center | Cuyahoga Falls, OH |
| 12 | 342,990 | Gorge Amphitheatre | George, WA |
| 13 | 331,436 | Dos Equis Pavilion | Dallas, TX |
| 14 | 326,357 | Coastal Credit Union Music Park At Walnut Creek | Raleigh, NC |
| 15 | 321,881 | Hollywood Casino Amphitheatre | Tinley Park, IL |
| 16 | 320,290 | Xfinity Theatre | Hartford, CT |
| 17 | 311,729 | Saratoga Performing Arts Center | Saratoga Springs, NY |
| 18 | 308,367 | PNC Bank Arts Center | Holmdel, NJ |
| 19 | 307,889 | Filene Center At Wolf Trap | Vienna, VA |
| 20 | 305,289 | Riverbend Music Center | Cincinnati, OH |
| 21 | 302,163 | Usana Amphitheatre | Salt Lake City, UT |
| 22 | 301,400 | PNC Music Pavilion | Charlotte, NC |
| 23 | 290,155 | Hollywood Casino Amphitheatre | Maryland Heights, MO |
| 24 | 282,192 | Coral Sky Amphitheatre | West Palm Beach, FL |
| 25 | 271,322 | North Island Credit Union Amphitheatre | Chula Vista, CA |
| 26 | 259,897 | Northwell Health At Jones Beach Theater | Wantagh, NY |
| 27 | 248,788 | MidFlorida Credit Union Amphitheatre | Tampa, FL |
| 28 | 244,953 | Darien Lake Performing Arts Center | Darien Center, NY |
| 29 | 236,997 | Budweiser Stage | Toronto, CANADA |
| 30 | 229,756 | Austin360 Amphitheater | Austin, TX |
| 31 | 223,086 | Greek Theatre | Los Angeles, CA |
| 32 | 222,421 | KeyBank Pavilion | Burgettstown, PA |
| 33 | 221,436 | Toyota Music Factory | Irving, TX |
| 34 | 220,976 | St. Joseph's Health Amph. at Lakeview | Syracuse, NY |
| 35 | 215,265 | Isleta Amphitheater | Albuquerque, NM |
| 36 | 214,187 | Veterans United Home Loans Amph. At Virginia Beach | Virginia Beach, VA |
| 37 | 211,938 | Cellairis Amphitheatre At Lakewood | Atlanta, GA |
| 38 | 194,323 | FivePoint Amphitheatre | Irvine, CA |
| 39 | 186,263 | Greek Theatre At UC Berkeley | Berkeley, CA |
| 40 | 183,823 | Pacific Amphitheatre | Costa Mesa, CA |
| 41 | 180,379 | Verizon Amphitheatre - Alpharetta | Alpharetta, GA |
| 42 | 176,048 | Ak-Chin Pavilion | Phoenix, AZ |
| 43 | 167,032 | Bank of NH Pavilion | Gilford, NH |
| 44 | 159,847 | White River Amphitheatre | Auburn, WA |
| 45 | 151,914 | Walmart AMP | Rogers, AR |
| 46 | 150,669 | St. Augustine Amphitheatre | Saint Augustine, FL |
| 47 | 143,394 | Ascend Amphitheater | Nashville, TN |
| 48 | 134,329 | Huntington Bank Pavilion @ Northerly Island | Chicago, IL |
| 49 | 130,565 | Concord Pavilion | Concord, CA |
| 50 | 123,988 | Blue Hills Bank Pavilion | Boston, MA |
| 51 | 117,830 | McMenamins Edgefield Amphitheater | Troutdale, OR |
| 52 | 109,972 | Pavilion At Montage Mountain | Moosic, PA |
| 53 | 102,465 | Daily's Place Amphitheater | Jacksonville, FL |
| 54 | 102,344 | Merriweather Post Pavilion | Columbia, MD |
| 55 | 101,821 | Starlight Theatre | Kansas City, MO |
| 56 | 101,125 | Lake Tahoe Outdoor Arena At Harveys | Stateline, NV |
| 57 | 97,492 | State Bank Amphitheatre At Chastain Park | Atlanta, GA |
| 58 | 96,942 | American Family Insurance Amphitheater | Milwaukee, WI |
| 59 | 94,910 | Darling's Waterfront Pavilion | Bangor, ME |
| 60 | 93,274 | Festival Pier | Philadelphia, PA |
| 61 | 92,986 | Aretha Franklin Amphitheatre | Detroit, MI |
| 62 | 91,842 | Sidney Myer Music Bowl | Melbourne, AUSTRALIA |
| 63 | 89,298 | Alpine Valley Music Theatre | East Troy, WI |
| 64 | 85,875 | Fiddler's Green Amphitheatre | Englewood, CO |
| 65 | 85,691 | Sunlight Supply Amphitheater | Ridgefield, WA |
| 66 | 85,417 | Artpark Amphitheater | Lewiston, NY |
| 67 | 84,168 | Whitewater Amphitheater | New Braunfels, TX |
| 68 | 80,307 | Glen Helen Amphitheater | San Bernardino, CA |
| 69 | 77,686 | Bethel Woods Center For The Arts | Bethel, NY |
| 70 | 77,401 | Oak Mountain Amphitheatre | Pelham, AL |
| 71 | 74,007 | Farm Bureau Insurance Lawn At White River State Park | Indianapolis, IN |
| 72 | 73,209 | The Wharf Amphitheater | Orange Beach, AL |
| 73 | 71,096 | Toyota Amphitheatre | Wheatland, CA |
| 74 | 69,609 | Michigan Lottery Theater At Freedom Hill | Sterling Heights, MI |
| 75 | 68,742 | Tuscaloosa Amphitheater | Tuscaloosa, AL |
| 76 | 67,935 | Humphrey's Concerts By The Bay | San Diego, CA |
| 77 | 67,148 | Chateau Ste. Michelle Winery | Woodinville, WA |
| 78 | 65,527 | Charlotte Metro Credit Union Amphitheatre | Charlotte, NC |
| 79 | 62,066 | Red Hat Amphitheater | Raleigh, NC |
| 80 | 60,728 | Brandon Amphitheater | Brandon, MS |
| 81 | 60,673 | Fraze Pavilion For The Perf. Arts | Kettering, OH |
| 82 | 58,535 | KettleHouse Amphitheater | Bonner, MT |
| 83 | 57,970 | Ravinia Festival At Ravinia Park | Highland Park, IL |
| 84 | 57,854 | Ford Amph. At Coney Island Boardwalk | Brooklyn, NY |
| 85 | 57,832 | Les Schwab Amphitheater | Bend, OR |
| 86 | 55,323 | Cuthbert Amphitheater | Eugene, OR |
| 87 | 53,393 | Brisbane Riverstage | Brisbane, AUSTRALIA |
| 88 | 46,289 | Vina Robles Amphitheatre | Paso Robles, CA |
| 89 | 45,562 | Oklahoma City Zoo Amphitheatre | Oklahoma City, OK |
| 90 | 45,542 | Cal Coast Credit Union Open Air Theatre | San Diego, CA |
| 91 | 45,012 | Meadow Brook Amphitheatre | Rochester, MI |
| 92 | 43,650 | Ironstone Amphitheatre | Murphys, CA |
| 93 | 43,314 | Heritage Park Amphitheatre | Simpsonville, SC |
| 94 | 43,007 | Ford Idaho Center Amphitheater | Nampa, ID |
| 95 | 42,700 | Santa Barbara Bowl | Santa Barbara, CA |
| 96 | 39,433 | Harrah's Council Bluffs – Stir Concert Cove | Council Bluffs, IA |
| 97 | 36,852 | Jacobs Pavilion At Nautica | Cleveland, OH |
| 98 | 36,489 | MECU Pavilion | Baltimore, MD |
| 99 | 35,287 | Constellation Brands - Marvin Sands PAC (CMAC) | Canandaigua, NY |
| 100 | 32,679 | Thompson's Point | Portland, ME |

All figures are for tickets sold worldwide as reported to **POLLSTAR** for shows played between 11/23/17 and 11/21/18.

5

# PROPOSED SUSTAINABILITY



SUSTAINABILITY
ROCKS
AT **LIVE NATION** VENUES

## LIVE NATION IS WORKING TOWARD CREATING MORE SUSTAINABLE CONCERT VENUES

- KEY WASTE PROGRAMS IMPLEMENTED IN 14 VENUES WITH THE ULTIMATE GOAL OF WORKING TOWARD ZERO WASTE

- 912 TONS OF WASTE GENERATED FROM FAN, ARTIST + BAND MEMBERS ACROSS 14 VENUES DIVERTED FROM LANDFILLS



6

# FOOD & BEVERAGE







LIVE NATION WORKS WITH OUR CONCESSION PARTNERS TO MAXIMIZE REVENUE STREAMS BY IMPLEMENTING BEST PRACTICES ACQUIRED FROM DATA COLLECTION AND BENCHMARKING ACROSS U.S. AMPHITHEATERS.











# SERVICE STANDARDS

## SAFETY/CARE/ENCORE/EFFICIENCY

## CORE PRINCIPLES OF LIVE NATION IN-HOUSE STAFF TRAINING FOR BOTH BACK & FRONT OF HOUSE

SERVICE STANDARDS
CREATED WITH
Disney INSTITUTE



# PREMIUM SEATS & BOXES

## A DOOR TO DOOR VIP CONCERT ENTERTAINMENT EXPERIENCE



**VIP PARKING ONLY STEPS FROM THE VENUE**



**QUICK ENTRANCE INTO THE VENUE**



**VIP CLUB ACCESS WITH ELEVATED FOOD & BEVERAGE**



**PRIVATE BOXES • COMMUNAL SPACES • PRIVATE SUITES**



**PRIVATE BOXES HAVE GREAT VIEWS AND LOCATIONS**



**IN-SEAT PUSH BUTTON FOOD & BEVERAGE ORDERING**



**PRIVATE AND CLEAN RESTROOMS**



**EASY OUT ACCESS TO YOUR CAR**



# SPONSORSHIP

# LIVE NATION IS BEST QUALIFIED TO **MAXIMIZE SPONSORSHIP & NAME IN TITLE PARTNERSHIPS**

     

     

   

**100** NATIONAL SPONSORSHIP EMPLOYEES    **1,000+** LOCAL PARTNERS    **900** TOTAL SPONSORSHIP EXPERTS

12





# Advanced Marketing Capabilities Through Ticketing

## MEASURING MARKETING SUCCESS



### 302M
**MONTHLY WEBSITE VISITORS TO LN AFFILIATED WEBSITES IN NORTH AMERICA**



### 45M
**YEARLY TRANSACTIONS**



### 117M
**CUSTOMERS IN THE NORTH AMERICAN E-MAIL DATABASE**



### 220M
**COOKIES IN OUR DIGITAL MONITORING PRODUCTS (DMP)**



15

## Ticket Pricing & Yield Management

# DYNAMIC PRICING & OPTIMIZATION

- **Drives incremental revenue per show for comparable markets**

# INVENTORY MANAGEMENT

- **Aisle Seat Program – Commands premium price**
- **Platinum - Enables market-based pricing (adjusting prices according to supply and demand) for live event tickets, similar to how airline tickets and hotel rooms are sold**

# UPSELLS & ADD-ONS

- **Add VIP club, Premier parking, Reserved Lawn, other, at ticket checkout**



16

