| From: | Charlie Walker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0ACE84A297C4AA6A6BA977F40A21584-CHARLIE WAL] |
|---|---|
| Sent: | 1/24/2020 7:44:45 PM |
| To: | Bob Roux [bobroux@livenation.com] |
| CC: | Michael Rapino [michael@livenation.com] |
| Subject: | Re: Radio Disney- Superfly Produced Event |

I can ask, we are working with Disney Music Group, unrelated to Disney Radio , but I have a call with Radio Disney about a female country festival pipe dream they have and will ask how superfly came about.

On Jan 24, 2020, at 2:07 PM, Bob Roux <BobRoux@livenation.com> wrote:

Ok, CW -- can you try to find out about how they got in.

I will reject their proposal to rent our venue.

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Friday, January 24, 2020 12:38 PM
**To:** Bob Roux <BobRoux@LiveNation.com>
**Cc:** Charlie Walker <cwalker@c3presents.com>
**Subject:** Re: Radio Disney- Superfly Produced Event

Charlie dealing with Disney guys

How did Superfly get in with them to produce this?

I would not let them into our venues

**From:** Bob Roux <BobRoux@LiveNation.com>
**Date:** Friday, January 24, 2020 at 10:27 AM
**To:** Michael Rapino <Michael@LiveNation.com>
**Subject:** Fwd: Radio Disney- Superfly Produced Event

> **Ex. No**
> **PX0648**
> **1:24-cv-03973**

Do you have any issues with us "renting" 5 Points Amphitheater (Orange County) to Disney / Superfly for their presentation of a Radio DISNEY Show?

Apparently Superfly has "Producer / Marketing" agreement in place with Disney and contacted us to rent 5 Points.  Bret had some concerns as Superfly considered competitor.

We can make $300,000 minimum, to as much as $400,000 - depending on final ticket sales.

Seems kind of harmless and good safe diversified programming in amp / market where we are trying to get approval to build our own O/O Amphitheater in the future.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

Thought I should ask as Bret raised some concern and wanted me to check with you.

Sent from my iPhone

Begin forwarded message:

**From:** Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Date:** January 24, 2020 at 10:20:58 AM PST
**To:** Bret Gallagher <BretGallagher@LiveNation.com>, Bob Roux <BobRoux@LiveNation.com>
**Subject: RE: Radio Disney- Superfly Produced Event**


Are they promoter or producer?  Producer of the event.   Radio Disney is the promoter.   Example of marketing from previous years below.

Do they see any insides or just really a rental.  Straight rental with no sharing of insides.

What is minimum we can make?  Minimum should be $300K with high end of $500K.

<image001.jpg>


<image003.jpg>


On Jan 24, 2020, at 7:43 AM, Bret Gallagher <BretGallagher@livenation.com> wrote:

Money is great if they hit their projections.
My concern is allowing a  third party promoter/competitor (SuperFly) into our Amp. Selling tickets and promoting a concert.
I just said to Matt, get Bob to sign off so there's no internal blow-back from high above.

---

**From:** Bob Roux <BobRoux@LiveNation.com>
**Date:** Friday, January 24, 2020 at 7:05 AM
**To:** Bret Gallagher <BretGallagher@LiveNation.com>
**Subject: Fwd: Radio Disney- Superfly Produced Event**

I think I would do this.

What are concerns?  Want to hop on a call?  $400,000 seems like good deal.

Sent from my iPhone

Begin forwarded message:

**From:** Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Date:** January 23, 2020 at 10:30:05 PM PST
**To:** Bob Roux <BobRoux@LiveNation.com>
**Subject: FW: Radio Disney- Superfly Produced Event**

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001751527

Radio Disney would like to go to contract and with an extra day of rental our CM could be $400-$500K. Are we approved to move forward or waiting based on Bret's concerns?

Matt Prieshoff
Chief Strategy Officer-Live Nation Venues
2 Jackson Street, Suite 200
San Francisco, CA 94111
███████████

**From:** Anastasia Palmer Johnson <AnastasiaJohnson@LiveNation.com>
**Sent:** Thursday, January 23, 2020 10:14 AM
**To:** Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Cc:** Dylan Greer <DylanGreer@LiveNation.com>
**Subject:** RE: Radio Disney Superfly Event
**Importance:** High

Hi Matt,

After the Production site on Tuesday, they are now requesting a second load in day so rent would be elevated to 200K. Our CM projections are higher. Dylan thinks we could go 450-500K

My proforma is attached, which does NOT include any lift on labor/production, and I went moderate on my F/B estimate.

Thank you,
Anastasia

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT



LNE22-001751529



SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-001751530