| | |
|---|---|
| **From:** | Tom See [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21DB932D43634F3581428E894A1B7A12-TOM SEE] |
| **Sent:** | 1/17/2024 6:10:49 PM |
| **To:** | Bob Roux [bobroux@livenation.com]; Sonya Lokie [sonyalokie@livenation.com] |
| **Subject:** | VN Planning Deck and Data Deck |
| **Attachments:** | 2024 VN Planning (01-17-24).pdf |

Bob

Here is the attachment for the meeting today.

Tom

**Ex. No**

**PX0787**

**1:24-cv-03973**

CONFIDENTIAL



# 2024 Planning - Venue Nation

### January 2024

HIGHLY CONFIDENTIAL

LNE-LIT24-001483160



# CONTENTS

**1**  **Financial Metrics**

**2**  **2023 Business Assessments**

**3**  **2024 Missions**

**4**  **VN Leadership Org**

**Appendix**



HIGHLY CONFIDENTIAL



# 2022 vs. 2023 Dashboard - Financial

| | 2022 | 2023 | 2023 vs. 2022 (%) |
|---|---|---|---|
| **AOI from VN Venues** | $208 | $329 | 59% |
| *Sponsorship AOI* | $68 | $102 | 50% |
| *Talent Rebate + Promoter Loss* | $159 | $225 | 41% |
| **Venue Nation Adjusted AOI** | ($20) | $2 | 109% |
| | | | |
| **Total Fixed** | $437 | $504 | 15% |
| Venue Fixed | $317 | $348 | 10% |
| Non-Venue Fixed | $119 | $156 | 31% |
| | | | |
| **Total Full Time Headcount** | 1,165 | 1,308 | 12% |
| Venue Headcount | 654 | 717 | 10% |
| Non-Venue Headcount | 511 | 591 | 16% |
| | | | |
| **Total CapEx** | $132 | $166 | 26% |
| Rev Gen | $85 | $127 | 49% |
| Maintenance | $46 | $39 | (15%) |

| | 2022 | 2023 | 2023 vs. 2022 (%) |
|---|---|---|---|
| **Amps** | | | |
| AOI incl Spons | $231 | $289 | 25% |
| RevGen CapEx | $61 | $88 | 45% |
| Maintenance CapEx | $25 | $20 | (21%) |
| **Theaters** | | | |
| AOI incl Spons | $67 | $82 | 22% |
| RevGen CapEx | $17 | $26 | 57% |
| Maintenance CapEx | $7 | $11 | 48% |
| **Clubs** | | | |
| AOI incl Spons | $8 | $10 | 34% |
| RevGen CapEx | $6 | $9 | 44% |
| Maintenance CapEx | $5 | $3 | (29%) |
| **HOB** | | | |
| AOI incl Spons | $22 | $27 | 24% |
| RevGen CapEx | $2 | $4 | 87% |
| Maintenance CapEx | $8 | $5 | (38%) |
| **Comedy Clubs/BB/Capitol** | | | |
| AOI incl Spons | $0 | $3 | 715% |
| **Arenas** | | | |
| AOI incl Spons | $0 | $49 | |
| **Non-Venue** | | | |
| AOI incl Spons | ($120) | ($130) | 8% |

- *Figures in ($M). Includes Moody's for 2023 (not consolidated in 2022).*
- *CapEx omits New Buildings that are recorded on Talent books*
- *Headcount: 2022 & 2023 represent filled only*

LNE-LIT24-001483162



# 2022 vs. 2023 Dashboard - Operations

| Amps | 2022 | 2023 | 2023 vs. 2022 (%) |
|---|---|---|---|
| Paid Attendance | 13.5 | 13.6 | 1% |
| APF | $37.20 | $40.75 | 10% |
| F&B Gross APF | $25.95 | $27.79 | 7% |
| Upsells APF | $5.13 | $6.29 | 23% |
| Ops per Head | $5.87 | $5.70 | (3%) |
| PSS CM | $69 | $70 | 1% |
| Special Events CM | $13 | $14 | 12% |
| Non-event Labor/ACA | $21 | $25 | 19% |

| Theaters | 2022 | 2023 | 2023 vs. 2022 (%) |
|---|---|---|---|
| Paid Attendance | 4.6 | 5.0 | 8% |
| APF | $28.09 | $29.47 | 5% |
| F&B Gross APF | $16.48 | $16.33 | (1%) |
| Upsells APF | $3.17 | $3.89 | 23% |
| Ops per Head | $4.51 | $4.32 | (4%) |
| PSS CM | $7 | $7 | 3% |
| Special Events CM | $19 | $21 | 5% |
| Non-event Labor/ACA | $6 | $7 | 30% |

| Clubs | 2022 | 2023 | 2023 vs. 2022 (%) |
|---|---|---|---|
| Paid Attendance | 1.8 | 2.0 | 11% |
| APF | $22.95 | $23.63 | 3% |
| F&B Gross APF | $15.17 | $14.81 | (2%) |
| Upsells APF | $2.80 | $3.13 | 12% |
| Ops per Head | $4.12 | $4.57 | 11% |
| PSS CM | - | - | - |
| Special Events CM | $3 | $4 | 28% |
| Non-event Labor/ACA | $2 | $3 | 16% |

| HOB | 2022 | 2023 | 2023 vs. 2022 (%) |
|---|---|---|---|
| Paid Attendance | 1.1 | 1.2 | 9% |
| APF | $32.49 | $32.50 | 0% |
| F&B Gross APF | $18.57 | $17.67 | (5%) |
| Upsells APF | $6.70 | $7.22 | 8% |
| Ops per Head | $3.09 | $3.68 | 19% |
| PSS CM | - | - | - |
| Special Events CM | $21 | $26 | 23% |
| Non-event Labor/ACA | $2 | $2 | 2% |

- Figures in ($M)
- 2023 LOB APF includes prelim TM$ (pending proforma)
- Upsells APF reflects Other Event Rev (includes Parking, Camping)
- Figures exclude Comedy / BB / Cap and Management / Overhead companies
- Amps PSS 2023 includes show count threshold miss

2

HIGHLY CONFIDENTIAL

LNE-LIT24-001483163



# 2023 vs. 2024 Dashboard - Financial

| | 2023 | 2024 | 2024 vs. 2023 (%) |
|---|---|---|---|
| **AOI from VN Venues** | **$329** | **$400** | **22%** |
| *Sponsorship AOI* | *$102* | *$106* | *4%* |
| *Talent Rebate + Promoter Loss* | *$225* | *$251* | *12%* |
| **Venue Nation Adjusted AOI** | **$2** | **$43** | |
| | | | |
| **Total Fixed** | **$504** | **$525** | **4%** |
| Venue Fixed | $348 | $349 | 0% |
| Non-Venue Fixed | $156 | $175 | 12% |
| | | | |
| **Total Full Time Headcount** | **1,308** | **1,488** | **14%** |
| Venue Headcount | 717 | 834 | 16% |
| Non-Venue Headcount | 591 | 654 | 11% |
| | | | |
| **Total CapEx** | **$166** | **$172** | **4%** |
| Rev Gen | $127 | $144 | 13% |
| Maintenance | $39 | $28 | (28%) |
| | | | |
| **Perimeter Change AOI (incl)** | **($3)** | **($7)** | |
| New & full-year venues | ($6) | ($5) | |
| Closure (Fivepoint) | $3 | ($1) | |
| Pre-Open (2025) | $0 | ($2) | |

| | 2023 | 2024 | 2024 vs. 2023 (%) |
|---|---|---|---|
| **Amps** | | | |
| AOI incl Spons | $289 | $432 | 50% |
| RevGen CapEx | $88 | $115 | 31% |
| Maintenance CapEx | $20 | $12 | (43%) |
| **Theaters** | | | |
| AOI incl Spons | $82 | $90 | 10% |
| RevGen CapEx | $26 | $10 | (60%) |
| Maintenance CapEx | $11 | $9 | (20%) |
| **Clubs** | | | |
| AOI incl Spons | $10 | $12 | 18% |
| RevGen CapEx | $9 | $5 | (40%) |
| Maintenance CapEx | $3 | $4 | 10% |
| **HOB** | | | |
| AOI incl Spons | $27 | $22 | (18%) |
| RevGen CapEx | $4 | $10 | 164% |
| Maintenance CapEx | $5 | $4 | (29%) |
| **Comedy Clubs/BB/Capitol** | | | |
| AOI incl Spons | $3 | $4 | 46% |
| **Arenas** | | | |
| AOI incl Spons | $49 | $50 | 2% |
| **Non-Venue** | | | |
| AOI incl Spons | ($130) | ($210) | 61% |

- *Figures in ($M). Includes Moody's for 2023 and 2024.*
- *CapEx omits New Buildings that are recorded on Talent books*
- *Headcount: 24 is Filled, Open, Backfills New Heads*

3

LNE-LIT24-001483164



# 2023 vs. 2024 Dashboard - Operations

| Amps | 2023 | 2024 | 2024 vs. 2023 (%) |
|---|---|---|---|
| Paid Attendance | 13.6 | 15.9 | 17% |
| APF | $40.75 | $44.17 | 8% |
| F&B Gross APF | $27.79 | $30.81 | 11% |
| Upsells APF [1] | $6.29 | $6.69 | 6% |
| Ops per Head | $5.70 | $5.79 | 2% |
| PSS CM | $70 | $87 | 23% |
| Special Events CM | $14 | $15 | 6% |
| Non-event Labor/ACA | $25 | $25 | (0%) |

| Theaters | 2023 | 2024 | 2024 vs. 2023 (%) |
|---|---|---|---|
| Paid Attendance | 5.0 | 5.8 | 17% |
| APF | $29.47 | $29.24 | (1%) |
| F&B Gross APF | $16.33 | $17.65 | 8% |
| Upsells APF | $3.89 | $3.14 | (19%) |
| Ops per Head | $4.32 | $4.93 | 14% |
| PSS CM | $7 | $6 | (21%) |
| Special Events CM | $21 | $24 | 17% |
| Non-event Labor/ACA | $7 | $9 | 21% |

| Clubs | 2023 | 2024 | 2024 vs. 2023 (%) |
|---|---|---|---|
| Paid Attendance | 2.0 | 2.2 | 9% |
| APF | $23.63 | $23.32 | (1%) |
| F&B Gross APF | $14.81 | $16.11 | 9% |
| Upsells APF | $3.13 | $2.53 | (19%) |
| Ops per Head | $4.57 | $4.85 | 6% |
| PSS CM | - | - | - |
| Special Events CM | $4 | $5 | 27% |
| Non-event Labor/ACA | $3 | $3 | 12% |

| HOB | 2023 | 2024 | 2024 vs. 2023 (%) |
|---|---|---|---|
| Paid Attendance | 1.2 | 1.3 | 2% |
| APF | $32.50 | $32.83 | 1% |
| F&B Gross APF | $17.67 | $18.77 | 6% |
| Upsells APF | $7.22 | $7.65 | 6% |
| Ops per Head | $3.68 | $4.05 | 10% |
| PSS CM | - | - | - |
| Special Events CM | $26 | $25 | (5%) |
| Non-event Labor/ACA | $2 | $2 | (6%) |

1- excludes misc revenue in 2024 budget; Named upsell products are targeted to grow roughly $0.60
- Figures in ($M)
- Upsells APF reflects Other Event Rev (includes Parking, Camping)
- 2023 LOB APF includes prelim TM$ (pending pro forma). Budgeted on LOBs in 24
- Figures exclude Comedy / BB / Cap and Management / Overhead companies
- Amps PSS 2024B includes making up for 2023 show count threshold miss

4



# Ancillaries per Fan

- All Lines of Business showing 20% - 45% growth in APF since 2019
- Amps showing consistent $2 - $3 annual growth in APF since "Return to Live"
- Indoor venue APF impacted by On The Road Again and shifting Unmanifested seats to Platinum
- Seated Theaters are on track for nearly $30 APF in 2024, driven by F&B program and POS investment
- HOB APF $10 higher than similar capacity Clubs, driven by strong F&B program and night of show upgrades

## APF ($)

Legend: 2019 | 2022 | 2023 | 2024B

**Large Amp:** 30.91, 39.02, 42.17, 45.76
**Boutique:** 23.34, 30.33, 32.59, 34.28
**Seated Theater:** 21.99, 27.81, 28.08, 29.65
**Ballroom:** 22.44, 28.37, 29.23, 28.88
**Club:** 19.05, 23.00, 23.63, 23.32
**HOB:** 23.23, 32.38, 32.50, 32.83

| % of Fans | Large Amp | Boutique | Seated Theater | Ballroom | Club | HOB |
|---|---|---|---|---|---|---|
| | 52% | 9% | 7% | 16% | 8% | 5% |

*Promoted Shows Only*
*Source: 2019-2023 ROME Actual GL data, BPC Budget 2024*
*2019 – 2023 based on 2023 includes 1.07 per paid adjustment for TM monies outside show in Amps // $0.72 per paid indoors*

HIGHLY CONFIDENTIAL



# CM per Fan (Consolidated Talent + Venues)

- **Large Amp CM per Fan, once the second lowest, now budgeted to be the highest margin LOB**
- **HOB has the next highest CM per Fan, driven by higher APF than other indoor LOBs**
- **Club, Ballroom, and HOB margin impacted by OTRA in 2024**

*Promoted Shows Only*
*Source: 2019-2023 ROME Actual GL data, BPC Budget 2024*
*2023 contains pro-forma for TM rebates not flashed in shows*
*2024 Other is held flat to 2023*

HIGHLY CONFIDENTIAL                                                      LNE-LIT24-001483167



# 2023 Business Assessments



8

HIGHLY CONFIDENTIAL

LNE-LIT24-001483168



# 2023 BUSINESS ASSESSMENT - VENUE NATION

## What went right

### Outdoor

- Record APF performance $40.75, up $3.55 v PY
- Large AMP F&B increased $2 gross (record Y/Y increase)
- Large AMP Upsells: avg. revenue per show $74K (up 35%)
- Large AMP Ops Per Head:  down 5% beating budget

### HOB

- AOI of $28M, up $6M or 33% vs. PY / up $25M vs 2019
- Special event / Rentals up $3M vs PY
- VIP Upsells per cap up $0.59 to $6.59 (highest LOB)

### Ballroom / Theater

- APF up $1.38 beating budget by $0.53
- Upsells up $0.72 or 23%

### Clubs

- Provided full P&L transparency back to GMs
- Launched OTRA for Artists / $20 hr wage for Crew

### General

- All-In Pricing:  led industry in launching
- Analytics: Game-changing War Room platform launched

## What went wrong

### Outdoor

- Fan Ingress / Egress underperformed vs. PY
- F&B cost management in partnership with Legends needs improvement
- Inconsistent backstage experience (overall / catering)
- Special Event sales not growing as anticipated
- Lack a high heat hospitality plan for fans / crew

### HOB

- F&B didn't perform -$0.90 vs. PY, overall APF flat
- Rock genre down 6% vs. PY, strongest genre for HOB
- FR Membership sales continue to decline; off $1M vs 2019

### Ballroom / Theater

- F&B flat, delay in POS rollout, lack lack youth plan
- 65% of PSS inventory went unsold

### Clubs

- New club websites launched, however lack venue soul
- F&B didn't perform  -$0.36 vs. PY, overall APF up only $0.68

### General

- Cost Management: lack show level / non-event show labore transparency
- Accessibility Gameplan: failed to implement standards

9



# 2024 MISSIONS TO SOLVE – OUTDOOR VENUES

## REVENUE

| Mission #1 | Mission #2 | Mission #3 | Mission #4 |
|---|---|---|---|
| **F&B –** increase Per Cap $3.00 (+$100M) via Food, premium Initiatives, and price | **Upsells –** increase Per Cap by $0.60 (+$20M) through pricing, new products, parking and lawn chair operations | **Premium –** increase revenue by $17M through price, new products, and show count | **Special Events –** drive business to $20M in three years |

## OPERATIONS

## BRAND

| Mission #1 | Mission #2 | Mission #3 | Mission #1 |
|---|---|---|---|
| **Fan Experience -** Improve Arrival and Departure Operations | **Backstage Hospitality -** Establish standards, including operating catering at select venues | **High Temperatures -** Develop and launch high heat action plan to look after fans / crew with more care | **Brand -** Launch new Amp brand, select one venue to start implementing change-over |

10

HIGHLY CONFIDENTIAL

LNE-LIT24-001483170



# 2024 MISSIONS TO SOLVE – HOB

## REVENUE

### Mission #1

**F&B –** increase Per Cap $1.10 with new POS, youth plan, cashless, premium products

### Mission #2

**Foundation Room Membership –** get back to 2014 high year of $5M via new products / new sales leadership

## OPERATIONS

### Mission #1

**Orlando / Disney –** finalize new term and remodel, start construction in Q4

### Mission #2

**Vegas –** convert Foundation Room into Vinyl Room

## BRAND

### Mission #1

**Brand –** Finalize and Launch new HOB brand.

## DEVELOPMENT

### Mission #2

**New Locations –** Fully identify 2 new HOB locations

## TALENT PARTNERSHIP

### Mission #1

**BOOKING –** higher national booker to focus on Rock Genre (ie Kelly Kapp former role)

11

HIGHLY CONFIDENTIAL



# 2024 MISSIONS TO SOLVE – BALLROOM / THEATER

## REVENUE

### Mission #1

**F&B –** increase Per Cap $1.30 with new POS, youth plan, cashless, premium products

### Mission #2

**PREMIUM –** Reduce existing PSS inventory by 65%, moving seats to manifest / talent

### Mission #3

**PREMIUM MEMBERSHIP –** Launch program at 5 venues

## OPERATIONS

### Mission #1

**Brooklyn Paramount –** Successfully launch as a first-class venue

## BRAND

### Mission #1

**Websites** – Finalize to ensure soul of venue reflected

12

HIGHLY CONFIDENTIAL



# 2024 MISSIONS TO SOLVE – CLUBS

## REVENUE

### Mission #1

**F&B –** increase Per Cap $1.30 with new POS, youth plan, cashless, premium products

### Mission #2

**PREMIUM –** Reduce existing PSS inventory by 65%, moving seats to manifest / talent

### Mission #3

**PREMIUM MEMBERSHIP –** Launch program at Ace of Spades (new VIP Club)

## OPERATIONS

### Mission #1

**Lawrence –** partnering to identify ways we can become better partners with club artists

## BRAND

### Mission #1

**OTRA –** Develop new ideas to sustain the brand mission

### Mission #2

**Websites –** Finalize to ensure soul of venue reflected

13

HIGHLY CONFIDENTIAL

LNE-LIT24-001483173



# 2024 MISSIONS TO SOLVE – General

## FINANCE

### Mission

Cost Management Reporting: Analytics team to develop effective dashboards with insights

## CAPITAL MGT

### Mission

Elevate mgt of R&M spend such as HVAC, Electric, Plumbing (Hire centrally skilled experts to own)

## BRAND

### Mission

Create structure under Mietra to better support the organization needs

## FAN SERVICES

### Mission

Accessibility Needs: Develop standards across all venues, hire industry leader(s) to partner across LN

## HR

### Mission

Apprentice Program: Fully own the entire program, expand to 6 markets from 4

14

HIGHLY CONFIDENTIAL



# 2024 Mission Detail



15

HIGHLY CONFIDENTIAL

LNE-LIT24-001483175



# AMP MISSION REVENUE #1: TACTICS TO ACHIEVE

**Mission:** Increase F&B Per Caps by $3.00 ($2.25 Net) through Food, premium initiatives, and price

## SUCCESS METRICS

| Metric | 2023 | 2024 | Growth (%) |
|---|---|---|---|
| F&B Gross Per Cap (All Amps) | $27.82 | $29.55 | 6% |
| F&B Margin % [1] | 52% | 53% | 2% |
| Average Order Size [2] | $26.46 | $28.50 | 8% |
| Orders per Fan [2] | 1.16 | 1.20 | 3% |

## KEY TACTICS

**Point of Sale / Product**
- Adding 1245' linear feet of full liquor bars, equal to 332 added POS at 19 venues.
- Adding 11 food trucks / trailers that will serve our fans on show days and also operate the remainder of the year, generating continual revenue.
- Launching Kokos at 42 venues

**Cost Controls**
- Hire dedicated cost controller to drive store-level analysis
- Put systems in place for LN to pre-approve labor and budgets at the store level
- Establish monthly forecast process and profitability review with Legends leadership

**Pricing**
- Based on benchmarking 50+ third party venue take pace on premium products / double cocktails and food items with steep COGS increase

1- Includes anticipated year-end reconciliation adjustments with Legends
2 - Large Amps Only

16

HIGHLY CONFIDENTIAL

LNE-LIT24-001483176

# F&B Per Cap and Product Mix %

- **Per Cap budgeted to grow $10 since 2019**

- Fans shifting from Domestic Beer into Premium and Craft (beer category overall is flat)

- Adding / enhancing liquor points of sale adding growth in liquor category

- 2024 F&B growth levers include
  - Cap Ex for bars and liquor carts
  - Food chef concepts
  - Kitchen remodels/trailers
  - Branded cocktail program
  - Pricing

- 2024 pricing based on competitor benchmarking across 50+ arenas, stadiums, and amps



**Large Amp F&B Product Mix**
Per Cap by Category

+$10.06 (+47%)

Promoted Shows Only
Source: 2019-2023 ROME Actual GL data x NOS Event Recaps for PMIX
Seltzer estimated at 3% of Per Cap in 2019 – combined with liquor in tracking that year
2024 based on Budget and 2024 growth levers

HIGHLY CONFIDENTIAL

LNE-LIT24-001483177

# Fan Penetration by Product

**Large Amps**

| | Fan Penetration % | | | | 2024 vs. 2019 | 2023 Avg Price |
|---|---|---|---|---|---|---|
| | 2019 | 2022 | 2023 | 2024B | | |
| **Alcohol** | | | | | | |
| Domestic Beer | 37% | 27% | 23% | 22% | -15% | $14 |
| Premium Beer | 37% | 35% | 38% | 38% | 1% | $16 |
| Seltzer | 5% | 17% | 14% | 14% | 9% | $16 |
| Liquor | 28% | 34% | 43% | 49% | 21% | $18 |
| Wine | 3% | 3% | 2% | 2% | -1% | $26 |
| Frozen Liquor | 3% | 3% | 3% | 3% | 0% | $21 |
| **Food / NA Bev** | | | | | | |
| Food | 42% | 49% | 52% | 55% | 14% | $10 |
| NA Bev | 28% | 44% | 46% | 46% | 18% | $5 |

18

*SpotOn Transaction Detail adjusted to foot to 2019 and 2023 reported financials*

HIGHLY CONFIDENTIAL

LNE-LIT24-001483178



# AMP MISSION REVENUE #2: TACTICS TO ACHIEVE

> **Mission:** Grow Amp Upsell business by $20M through pricing, new products, and parking and lawn chair operations

## SUCCESS METRICS

| Metric | 2023 | 2024 | Growth (%) |
|---|---|---|---|
| Upsell Revenue | $76M | $97M | 28% |
| Upsell Per Cap | $6.08 | $6.65 | 9% |
| Upsell Dynamic Lift | $6.9 | $10.0 | 45% |

## KEY TACTICS

- Leverage dynamic pricing on high attendance shows with strong sell thru
- Implement SMS communication to ticket purchasers to increase sell thru
- Eliminate outside chairs at 15 venues
- Launch 5 Vinyl Room experiences

19

HIGHLY CONFIDENTIAL

# Upsell Per Cap & Revenues

- Parking driven by higher penetration + pricing
- VIP Clubs driven by pricing (limitations on expanding capacity)
- Lawn Chairs driven by Capital Investment (more inventory)
- Camping growth driven by show count at The Gorge and Pricing



## Amp Upsell Per Cap ($)

Source: TM Upsell transaction data adjusted to foot to GL financials
Excludes Miscellaneous Event Revenue
2024B based on growth projections at the product level

HIGHLY CONFIDENTIAL

LNE-LIT24-001483180



# AMP MISSION REVENUE #3: TACTICS TO ACHIEVE

**Mission**: Grow Amp Premium Revenues $17M through price, new products, and show count

## SUCCESS METRICS

| Metric | 2023 | 2024 | Growth (%) |
|---|---|---|---|
| Amp Premium Revenue | $88M | $106M | 20% |
| Box Avg Price | $191 | $215 | 13% |
| Box Full Season Sell Thru % | 76% | 80% | 5% |

## KEY TACTICS

**Product**
- Re-invent premium 2.0 experience at Dos Equis and Freedom Mortgage
- Transform the Jones Beach Premium offerings with the first ever Membership Club and complete overhaul of box experience
- Begin design and dev of premium overhaul at Ruoff and Xfinity Center for 2025 season
- Expand loaded value food & beverage credit to 4 additional venues

**Process**
- Eliminate national broker business at five venues goal of complete elimination by 2025

**Pricing**
- Set prices based on data – benchmark against P1, Platinum, and Resale prices. Include amenity value in price setting.

Full Season Sell Thru is Large Amps only due to show count variation across Boutique Amps

21

HIGHLY CONFIDENTIAL

LNE-LIT24-001483181



# AMP MISSION REVENUE #4: TACTICS TO ACHIEVE

**Mission: Special Events** – goal to increase to $20M CM in three years

## SUCCESS METRICS

| Metric | 2023 | 2024 | Growth (%) |
|---|---|---|---|
| **Amp Special Event CM** | $13M | $16M | 23% |

## KEY TACTICS

- Hire national seller dedicated to Amp, driving full buyouts

- Focus on amps located in close proximity to convention centers

- Partner with SME to develop turnkey packages that include artists for privates

Full Season Sell Thru is Large Amps only due to show count variation across Boutique Amps

22

HIGHLY CONFIDENTIAL



# AMP MISSION OPERATIONS #1: TACTICS TO ACHIEVE

**Mission**: Improve Fan Arrival and Departure Operations

## SUCCESS METRICS

| Metric | 2023 | 2024 | Growth (%) |
|---|---|---|---|
| **On 75%+ Capacity Events:** | | | |
| **Venue Overall Satisfaction** | 70 | 75 | 7% |
| **Arrival Scores** | 63 | 67 | 6% |
| **Departure Scores** | 51 | 55 | 8% |
| **Average Dwell Time** | 3:15 | 3:25 | 5% |

## KEY TACTICS

- Develop SOP for 75%+ Cap Shows with artist / fan comms, promoted activities & incentives for early arrivers

- Implement new arrival plans @ Top 20 venues by leveraging engineering plans, data, and expertise

- Leverage Technology and the War Room to optimize traffic, parking, and gates in real-time

Fan Recovery incidents exclude weather related and other uncontrollable factors

23

HIGHLY CONFIDENTIAL

LNE-LIT24-001483183



# AMP FAN SATISFACTION RESULTS

## OVERALL VENUE SATIFCATION -2 PT, DRIVEN BY LARGE CAPACITY SHOWS
## ARRIVAL SCORES DOWN 5 PT OR -7% VS PY
## DEPARTURE SCORES DOWN 6 PT OR -9% VS PY

| Overall | OSAT | Recommend | Arrival | Gate Scores | Departure | Staff | Appearance | Cleanliness | Safety | Restroom | Restroom Wait Times | F&B | Merch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 75 | 56 | 69 | 78 | 59 | 85 | 89 | 87 | 85 | 76 | 75 | 68 | 76 |
| 2022 | 77 | 58 | 74 | N/A | 65 | 85 | 89 | 88 | 86 | 77 | 78 | 69 | 77 |
| Difference | -2 | -2 | -5 | - | -6 | 0 | 0 | -1 | -1 | -1 | -3 | -1 | -1 |
| **< 75% Cap** | | | | | | | | | | | | | |
| 2023 | 81 | 56 | 76 | 83 | 68 | 88 | 91 | 91 | 89 | 80 | 81 | 68 | 77 |
| 2022 | 81 | 58 | 78 | N/A | 71 | 87 | 91 | 90 | 90 | 80 | 82 | 69 | 77 |
| Difference | 0 | -2 | -2 | - | -3 | 1 | 0 | 1 | -1 | 0 | -1 | -1 | 0 |
| **> 75% Cap** | | | | | | | | | | | | | |
| 2023 | 70 | 52 | 63 | 74 | 51 | 82 | 87 | 84 | 82 | 72 | 70 | 68 | 75 |
| 2022 | 72 | 53 | 67 | N/A | 55 | 81 | 87 | 85 | 81 | 73 | 72 | 69 | 76 |
| Difference | -2 | -1 | -4 | - | -4 | 1 | 0 | -1 | 1 | -1 | -2 | -1 | -1 |

| Seating | Overall | OSAT <75% | OSAT 75%+ |
|---|---|---|---|
| GA / PIT | 73 | 73 | 70 |
| Lower | 82 | 82 | 79 |
| Upper | 77 | 77 | 70 |
| Other Res | 77 | 77 | 72 |
| **Lawn** | **68** | **68** | **64** |
| ADA | 70 | 70 | 69 |

24

LNE-LIT24-001483184



# AMP MISSION OPERATIONS #2: TACTICS TO ACHIEVE

**Mission: Backstage Hospitality** – elevate overall backstage experience for artists / crews

## SUCCESS METRICS

| Metric | 2023 | 2024 | Growth (%) |
|---|---|---|---|
| Artist Surveys | | | |

## KEY TACTICS

- Hire Head of Backstage Hospitality from leading hospitality organization (Head of Housekeeping or Events)

- Develop backstage standards that must be followed at all venues

- Transition 5 part time Backstage Hospitality coordinator positions to full time

- Test transitioning to self-op catering at a minimum of 3 venues

25

HIGHLY CONFIDENTIAL

LNE-LIT24-001483185



# AMP MISSION OPERATIONS #3: TACTICS TO ACHIEVE

**Mission: High Temperatures** -Develop and launch high heat action plan to look after fans / crew with more care

## SUCCESS METRICS

| Metric | 2023 | 2024 | Growth (%) |
|---|---|---|---|
| Artist / Fan / Crew Surveys | | | |

## KEY TACTICS

- **Work in progress**



HIGHLY CONFIDENTIAL

LNE-LIT24-001483186



# AMP MISSION BRAND #1: TACTICS TO ACHIEVE

**Mission**: Launch new Amp brand, marketing, sponsorship, and experience platform

## SUCCESS METRICS

| Metric | 2023 | 2024 | Growth (%) |
|---|---|---|---|
| Number of Venue Prototypes | 0 | 1 | 100% |
| Number of Vinyl Rooms | 0 | 5 | 100% |
| Accessible Venue Experience Score | 70% | 80% | 14% |
| Branded F&B Product Sales | $52M | $64M | 23% |

## KEY TACTICS

- Determine new Amp brand, marketing, sponsorship and experience platform

- Transform Hollywood Casino St. Louis as the prototype for new brand standards

- Launch vinyl room at 5 venues

- Roll out new shaker cup cocktail brand across venues

- Build branded platform to support leadership position in Accessible venue experience

27

HIGHLY CONFIDENTIAL



# VENUE NATION LEADERSHIP (CURRENT)

## Support

| |
|---|
| **President,** Tom See |
| **Strategy,** Jackie Beato |
| **Finance and Analytics,** Ben Weeden |
| **Brand / Experience Development,** Mietra Beyer |

## Operations

| Amps / Theater | HOB / BB | Clubs | Comedy Club |
|---|---|---|---|
| Karl Adams | Will Hodgson | Maggie Gessner | Amanda Kyser |

## Revenue

| | 2023 F'10 CM |
|---|---|
| **F&B,** Andy Yates | $263M |
| **Premium Sales,** Bryan Dockett | $75M |
| **Upsells / Merch / Tix,** Matt Prieshoff | $XXM* |
| **Special Events,** Dierdre McCready | $74M |

## Operation Services

| |
|---|
| **Capital / IT / Security / Sustainability,** Larry Wethers |
| **Marketing,** Brendan Ryan |
| **Creative,** Kevin Voyt |
| **Communication,** Christina Karas |
| **HR,** Melissa Smith and Michele Burgess |

28

HIGHLY CONFIDENTIAL



# TALENT FOCUS: REVIEW OF 2023

| Plan presented for 2023 | Status |
| --- | --- |



**Diversity Goals**

**Plan presented for 2023**

- Increase percentage of Racially Diverse leadership in VN to 25%

- Increase percentage of Female leadership in VN to 50%

- Implement 50% Racially Diverse candidate slate guideline for recruitment of all FT fixed positions

- Hire 50%+ Racially Diverse candidates for 2023 VN Intern Class

- Hire 50%+ Female candidates for 2023 VN Intern Class

- Launch Quarterly Line of Business Diversity reporting to track progress to goals

- Launch team culture strategy with focus on inclusivity campaign

**Status**

- As of 12/1/23, currently sitting at 21% Racially Diverse leadership in VN

- As of 10/1/23, currently sitting at ___ Female leadership in VN

- Recruitment Team provided 50%+ diverse candidates to all Hiring Managers for FT fixed roles

- Hired 77% Racially Diverse candidates for 2023 Apprenticeship Program

- Hired 91% Female candidates for 2023 Apprenticeship Program

- Quarterly Line of Business Diversity reporting to track progress to goals has not yet launched

- Developed Inclusivity, Empathy and Connection training program and piloted in 10 venues across nation, to be expanded going into 2024

29

LNE-LIT24-001483189



# TALENT FOCUS: REVIEW OF 2023

| Plan presented for 2023 | Status |
|---|---|



**Other Talent Goals**

| | |
|---|---|
| ■ Launch GM Training & Future VN Leader Development Program | ■ Launched GM Training Program & Created Venue Market Visit Sessions for identified Future Leaders |
| ■ Launch VN-wide rollout of Talent Mapping tools | ■ VN-wide rollout of Talent Mapping Program launching in conjunction with 2023 Performance Review Process |
| ■ Launch Concerts Online Learning Hub | ■ Launched Online and In-Person Learning Initiatives including Leadership, Communication, Inclusivity, and more. |
| ■ Launch new HRBP support structure for large venues | ■ Added additional support roles for overall HR team, including Employee Relations, Training, Recruitment and General Support |
| ■ Conduct VN Wage Analysis with FT fixed & variable labor groups | ■ Continuing ongoing VN Wage Analysis with FT fixed & variable labor groups. Moved Hourly Perm to minimum $20 |
| ■ Decrease FT fixed open position percent to 3% | ■ As of 12/1/23, FT Fixed Open Position percent was 2.3% |
| ■ Launch variable hourly staffing tools to venues | ■ Have not launched variable hourly staffing tools to venues, however made adjustments to Workday onboarding process |

30

HIGHLY CONFIDENTIAL



# TALENT FOCUS FOR 2024



**Diversity Goals**

- Increase percentage of Racially Diverse leadership in VN to 25%

- Partner with ERGs Pride Nation and Hero Nation, along with recruiting team, to increase our LGBTQ+ and Veteran diversity numbers by 10%

- Continue to drive 50% Racially Diverse candidate slate guideline for recruitment of all FT fixed positions.

- Expand Diversity Focused Apprenticeship Program by 50%, by adding additional markets

- Identify 50%+ Female and Racially diverse candidates for 2024 VN Apprenticeship Program

- Attendance at 4+ Diversity Focused Career Fairs/Events, with participation from both hiring managers and recruitment team

- Launch Quarterly Line of Business Diversity reporting to track progress to goals

- Expand Inclusivity, Empathy and Connection training to include all venues in all lines of business and markets as well as all FT Fixed Heads

- Partner with Fan and Artist Services Team to create training focused on accessibility for both guests and crew members

HIGHLY CONFIDENTIAL

LNE-LIT24-001483191



# TALENT FOCUS FOR 2024



**Other Talent Goals**

- Launch GM Training Video Series for newly hired or promoted GMs

- With new VN Specific Training team, will revamp current programs (orientation, training manuals, etc.) while providing one team to support all training needs and roll-out across the division

- Continue ongoing VN Wage Analysis with FT fixed & variable labor groups

- Target a 45 day "time to fill" goal for all FT Fixed Open Roles

- Utilize quarterly talent mapping to regularly identify internal candidates for open roles, as well as to identify training needs

- Expand Market Venue Visits for future VN leaders to bi-annually



32

# APPENDIX



33

HIGHLY CONFIDENTIAL

LNE-LIT24-001483193



# Non-Venue | Venue Headcount by Dept

| DEPARTMENT | NON-VENUE | VENUE | TOTAL HC |
|---|---|---|---|
| ANALYTICS | 12 | | 12 |
| ANCILLARY | 8 | | 8 |
| BOOKING & SUPPORT | 6 | 12 | 18 |
| BOX OFFICE | 32 | 108 | 140 |
| BRAND & EXPERIENCE | 2 | | 2 |
| BUSINESS DEVELOPMENT | 8 | | 8 |
| EXECUTIVE | 3 | 4 | 7 |
| FINANCE & ACCOUNTING | 163 | 15 | 178 |
| FOOD & BEVERAGE | 24 | 8 | 32 |
| FOUNDATION ROOM | 3 | 24 | 27 |
| GLOBAL NETWORK SERVICES | 20 | | 20 |
| HUMAN RESOURCES | 38 | 3 | 41 |
| IT | 26 | | 26 |
| LEGAL | 9 | | 9 |
| MARKETING | 91 | 19 | 110 |
| MERCH | 6 | | 6 |
| OPERATIONS | 38 | 316 | 354 |
| PRODUCTION | 8 | 87 | 95 |
| PSS | 117 | 4 | 121 |
| RESTAURANT | 1 | 49 | 50 |
| RETAIL/SALES | 1 | 3 | 4 |
| SPECIAL EVENTS | 11 | 118 | 129 |
| VENUE CLUB | | 19 | 19 |
| **TOTAL** | **627** | **789** | **1,416** |

HIGHLY CONFIDENTIAL

LNE-LIT24-001483194



# Non-Venue Headcount by Status

| DEPARTMENT | EXISTING | BACKFILLS | 2023 NEW HEADS | TRANSFER OUT | TOTAL HC |
|---|---|---|---|---|---|
| ANALYTICS | 11 | | 1 | | 12 |
| ANCILLARY | 8 | | | | 8 |
| BOOKING & SUPPORT | 6 | | | | 6 |
| BOX OFFICE | 28 | 3 | 1 | | 32 |
| BRAND & EXPERIENCE | 1 | | 1 | | 2 |
| BUSINESS DEVELOPMENT | 7 | | 1 | | 8 |
| EXECUTIVE | 3 | | | | 3 |
| FINANCE & ACCOUNTING | 140 | 8 | 15 | | 163 |
| FOOD & BEVERAGE | 19 | 3 | 2 | | 24 |
| FOUNDATION ROOM | 3 | | | | 3 |
| GLOBAL NETWORK SERVICES | 20 | | | | 20 |
| HUMAN RESOURCES | 36 | 1 | | 1 | 38 |
| IT | 23 | 2 | | 1 | 26 |
| LEGAL | 8 | | | 1 | 9 |
| MARKETING | 79 | 4 | 8 | | 91 |
| MERCH | 6 | | | | 6 |
| OPERATIONS | 32 | 2 | 4 | | 38 |
| PRODUCTION | 8 | | | | 8 |
| PSS | 111 | 3 | 3 | | 117 |
| RESTAURANT | 1 | | | | 1 |
| RETAIL/SALES | 1 | | | | 1 |
| SPECIAL EVENTS | 11 | | | | 11 |
| **TOTAL** | **562** | **26** | **36** | **3** | **627** |

5

HIGHLY CONFIDENTIAL

LNE-LIT24-001483195



# Venue Headcount by Status

| DEPARTMENT | EXISTING | BACKFILLS | 2023 NEW HEADS | 2023 PT to FT NEW | 2023 NEW VENUES | TRANSFER OUT | CLOSED | TOTAL HC |
|---|---|---|---|---|---|---|---|---|
| ANALYTICS | 11 | | | 1 | | | | 12 |
| ANCILLARY | 8 | | | | | | | 8 |
| BOOKING & SUPPORT | 13 | 1 | | | 4 | | | 18 |
| BOX OFFICE | 131 | 2 | | 1 | 5 | | 1 | 140 |
| BRAND & EXPERIENCE | 1 | | | 1 | | | | 2 |
| BUSINESS DEVELOPMENT | 7 | | | 1 | | | | 8 |
| EXECUTIVE | 6 | | | | | 1 | | 7 |
| FINANCE & ACCOUNTING | 151 | 8 | | 16 | 3 | | | 178 |
| FOOD & BEVERAGE | 26 | 4 | | 1 | | | 1 | 32 |
| FOUNDATION ROOM | 24 | 3 | | | | | | 27 |
| GLOBAL NETWORK SERVICES | 20 | | | | | | | 20 |
| HUMAN RESOURCES | 39 | 1 | | | | 1 | | 41 |
| IT | 23 | 2 | | | | 1 | | 26 |
| LEGAL | 8 | | | | | 1 | | 9 |
| MARKETING | 92 | 4 | | 9 | 5 | | | 110 |
| MERCH | 6 | | | | | | | 6 |
| OPERATIONS | 327 | 12 | | 4 | 8 | | 3 | 354 |
| PRODUCTION | 77 | 2 | 11 | 2 | 2 | 1 | | 95 |
| PSS | 113 | 3 | | 3 | 2 | | | 121 |
| RESTAURANT | 48 | 2 | | | | | | 50 |
| RETAIL/SALES | 4 | | | | | | | 4 |
| SPECIAL EVENTS | 117 | 5 | | | 7 | | | 129 |
| VENUE CLUB | 19 | | | | | | | 19 |
| **TOTAL** | **1,271** | **49** | **11** | **39** | **36** | **5** | **5** | **1,416** |

6

HIGHLY CONFIDENTIAL

LNE-LIT24-001483196



# Venues that Operate at a Financial Loss

## 30 Venues -$30M AOI USC (non-sponsorship)
## Including Sponsorship – 28 Venues, -$22M AOI to LN

**Venue Nation AOI Schedule**
**F11 11/17/2023**
**Figures in ($000s)**

| Venue | AOI Losers (Before Sponsorship) | | | | AOI Losers Incl Sponsorship | | | |
|---|---|---|---|---|---|---|---|---|
| | USC | VN | USC | VN | Spons AOI | USC + Spons AOI | Losers AOI | Losers # |
| Large Amp Total | ($13,883) | ($20,862) | 8 | 8 | $56,019 | $263,695 | ($9,138) | 7 |
| Boutique Amp Total | ($3,817) | ($5,643) | 3 | 5 | $8,508 | $29,937 | ($2,903) | 3 |
| F&B Co | - | - | - | - | - | - | - | - |
| Large Theater Total | ($1,016) | ($4,625) | 1 | 2 | $4,690 | $32,262 | ($308) | 1 |
| Small Theater Total | ($2,211) | ($4,519) | 3 | 7 | $6,210 | $51,501 | ($2,137) | 3 |
| Clubs Total | ($3,031) | ($7,153) | 6 | 12 | $2,776 | $12,777 | ($2,373) | 6 |
| HOB Total | ($525) | ($2,908) | 2 | 4 | $1,766 | $26,909 | ($395) | 1 |
| Comedy Clubs | - | - | - | - | $242 | $2,495 | - | - |
| Brooklyn Bowl & Capitol | ($1,312) | ($4,224) | 2 | 3 | $373 | $3,786 | ($1,164) | 2 |
| New & Partial Year | ($4,286) | ($4,565) | 5 | 5 | $120 | ($4,165) | ($4,165) | 5 |
| Total Venues | ($30,081) | ($54,499) | 30 | 46 | $80,704 | $419,197 | ($22,584) | 28 |

37

HIGHLY CONFIDENTIAL

LNE-LIT24-001483197