| | |
|---|---|
| **From:** | Max Wein [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=072F2C60E26E4C4BB72F473CB5C42626-MAX WEIN] |
| **Sent:** | 3/9/2024 7:05:18 PM |
| **To:** | Bob Roux [bobroux@livenation.com] |
| **CC:** | Anthony Nicolaidis [anthonynicolaidis@livenation.com] |
| **Subject:** | Re: Dos Equis v McKinney |

Thanks Bob.  We will update the two documents and review with you.

> On Mar 9, 2024, at 6:26 AM, Bob Roux <BobRoux@livenation.com> wrote:
>
> In a perfect world, I'd like 2 docs.
>
> Doc 1:
>
> What LN made in 2023 at Dos Equis
> (Show count Column, paid column, Concerts Ave CM, Concerts Annual CM column, Sponsorship CM Column, TM CM column, Total CM Column) *don't worry about fixed.
> Right below do same for Toyota
> Then total all the columns in a third row.
>
> Then space
>
> Then What we believe we would make in 2026 if McKinney was open a full year with our assumptions below:
> For Dos Equis:
> (Show Count, Paid Attendance, Concerts Ave CM ~ lower due to 2.5% higher Artist share, Sponsorship column, TM column, Total CM column.
> Then do same for Toyota
> Then total the two.
>
> Below list
>
> "Assumptions"
> Dos Equis loses 8 shows to McKinney
> Dos Equis Artist share goes from 94% to 97% (up 3%)
> Toyota loses 8 "amphitheater shows."
> Artist share up 3% on remaining amphitheater shows.
>
> Second document is essentially what McKinney looks like for AEG.
>
> 10 shows with same average paid as Dos Equis.
> 97% Artist Share
> Same Show Costs as Dos Equis - real - should be around $200, but use the $15 per paid rent versus whatever is in Dos Equis.
> Same average ticket price, include Platinum as Dos Equis.
> Use $40 in net ancils.
> Plus
> 12 shows with same average paid as Toyota
> Raise Artist share +3% from Toyota
> Use 120% of average paid for Toyota Amp shows *I think they do better.
> Same show costs as Toyota, but change our rent to $15 per paid
> Same average ticket price as Toyota, including Platinum.
> Use $35 in net ancils.
>
> Figure out CM for those 22 shows.
> Add $1,000,000 sponsorship
> Subtract $850,000 for property tax
> Divide by 2
> Show AEG share of CM
> Subtract $2.5M from AEG share for fixed
> = AEG AOI.
>
> I want to see how much AEG could make on those 22 shows.
>
> Once we get these two docs we can tweak them.
>
> I'm around all day if you want to hop on a call if any questions.
>
>
>
>
> Sent from my iPhone

**Ex. No**

**PX0858**

1:24-cv-03973

HIGHLY CONFIDENTIAL

LNE-LIT24-003415762

HIGHLY CONFIDENTIAL

LNE-LIT24-003415763