| | |
|---|---|
| **From:** | Jordan Zachary [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59325f6d651b4d4fac7f5dded1875a2a-Jordan Zach] |
| **Sent:** | 11/30/2022 3:58:06 PM |
| **To:** | Bob Roux [bobroux@livenation.com]; John Ahrens [johnahrens@livenation.com]; David Codiga [davidcodiga@livenation.com] |
| **CC:** | Kristy Deutz [kristydeutz@livenation.com] |
| **Subject:** | Re: Can we discuss major cap x / design at Montage off line. |

Yes Ben ran CER and reviewed with Michael given extension. After discussion with Geoff and team, similar point made to yours below - these issues have been there forever and not sure best use for capital. More or less, it is Scranton and this venue is what it is.

But decision was made to not give up a venue which competitor could snap up. So extend lease.

On 11/30/22, 3:26 AM, "Bob Roux" <BobRoux@LiveNation.com> wrote:

    Sure.  Ryan should bring Budget, if he has for this venue.

    Jordan, was there a CER for Montage extension, which I believe we signed?  Just wan to be sure we a) have lease extension and b) amount of investment into venue is worth it, given poor performance and low show count historically.

    CAP X is not unlimited and we need to invest where we get the return.  Not many artists are going to notice these improvements as show count so low and I do not see catalyst for count to increase significantly.

    -----Original Message-----
    From: John Ahrens <JohnAhrens@LiveNation.com>
    Sent: Tuesday, November 29, 2022 6:11 PM
    To: Bob Roux <BobRoux@LiveNation.com>; David Codiga <DavidCodiga@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>
    Cc: Kristy Deutz <KristyDeutz@LiveNation.com>
    Subject: Re: Can we discuss major cap x / design at Montage off line.

    Yes. I will have Kristy set a call.
    Should I invite Ryan Shea?

    On 11/29/22, 1:13 PM, "Bob Roux" <BobRoux@LiveNation.com> wrote:


        Sent from my iPhone

**Ex. No**

**PX0885**

1:24-cv-03973

HIGHLY CONFIDENTIAL