| | |
|---|---|
| **From:** | Bob Roux [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6F699E61CD3C47A98C07E51250C5A494-ROUX, BOB] |
| **Sent:** | 11/16/2018 6:05:55 PM |
| **To:** | Brian O'Connell [briano'connell@livenation.com] |
| **Subject:** | RE: Extending Amphitheater Tours into Arena Tours |

Cool.  Thanks.  More a note to others.

You tend to go wide on your clients, while others offer 25-30 amps only,
then Frank Brothers make Arena offer, then Amp booker comes to me saying "WTF."

My point to them was "get ahead of it," offer Amps + Arenas up front so you don't leave the opening for others to come in and fill out full 50-60 shows that the Artist inevitably will want to play each tour cycle.

Bob Roux
713-693-2940

**From:** Brian O'Connell <BrianO'Connell@LiveNation.com>
**Sent:** Friday, November 16, 2018 11:49 AM
**To:** Bob Roux <BobRoux@LiveNation.com>
**Subject:** RE: Extending Amphitheater Tours into Arena Tours

But I am gonna go get a bunch more stuff, from a lot of acts, just knocking em down as fast as I can

**From:** Bob Roux
**Sent:** Friday, November 16, 2018 11:48 AM
**To:** Brian O'Connell <BrianO'Connell@LiveNation.com>
**Subject:** RE: Extending Amphitheater Tours into Arena Tours

Check.

Bob Roux
713-693-2940

**From:** Brian O'Connell <BrianO'Connell@LiveNation.com>
**Sent:** Friday, November 16, 2018 11:48 AM
**To:** Bob Roux <BobRoux@LiveNation.com>
**Subject:** RE: Extending Amphitheater Tours into Arena Tours

FGL 100% outdoor

**From:** Bob Roux
**Sent:** Friday, November 16, 2018 11:12 AM
**To:** U.S. Touring Weekly Meeting <ustouringweeklymeeting@livenation.com>
**Subject:** FW: Extending Amphitheater Tours into Arena Tours

Ex. No
**PX0893**
1:24-cv-03973

**As of this week, the 2019 Concerts Amphitheater, Arenas and Stadium Weekly Tracker indicates:**

**569 Amp Shows "Confirmed" versus 95 at this time last year (great news)**
**978 Amp "Offers Submitted" versus 1078 at this time last year (tracking down About 10%, but makes some sense given "Confirmations" are significantly ahead of 2018)**

LNE-LIT24-005256865

779 Arena Shows "Confirmed" versus 525 at this time last year (great news)
385 Arena Shows "Offers Submitted" versus 415 at this time last year (tracking down About 10%, but makes some sense given the "Confirmations" are significantly ahead of 2018)

We know we are likely going to have some ground to make up on Stadiums Y/Y (although early), so  we may need to prep to "over-perform" on Show Count and associated CM in the Arenas and Amphitheaters this year.

I'd like to suggest a few items as we get into the last 30 days or so before the Holiday Break.

1.      Any Tour with an Offer in, lets start to "Push for Confirmation."
•       *We should be telling "sell-side" we are taking Each Tour's On Sale very seriously this year and will not stack competitive shows on the same weekend, so Best To Get their Tours Confirmed so We Can Lock in Our On Sale Dates.
•       Side note: History tells us Tours going on sale a) after March 15 or b) Tours on sale less than 150 days form the start of the Tour, tend to Under-Perform v Business Plan, so late confirming Tours may need to have their Guarantees Re-evaluated.
•       Don't push Guarantees to get "True Amp Tours" confirmed.  When we know they are likely playing Amphitheaters we are going to get those in most cases, so don't need to press above deals we've already submitted.

2.      For "Many Amp Tours," I'd like you to consider asking your Tour Directors to either
A) add an additional 10-20 Arenas to your Amphitheater Offers or
B) put together an "additional business plan" for a 20-30 date "Arena Tour."

•       Many times, Agents find ways to slide Arena dates to 3rd Party "Competitors" on the back of "Our Lucrative Amphitheater Offers" (in same cases even when our offer states we have "last look" / "right to match" provisions).
•       Better if we are ahead of agent selling to others by making a "pro-active" Arena offer as well, for markets "not covered" in the Amphitheater run.
•       We have a lot of Arena Markets with High APF and CMPF metrics that are not covered in our Amphitheater Routing.
•       We should additionally book those Arena markets, and "use the leverage" of your Amphitheater Offer to get the Arenas you want booked at the same time (even if two distinct time frames).
•       This also prevents competitors (sometimes even internal Live Nation Companies) from hi-jacking your relationships.
•       I have attached the most current Arena APF schedule that may be helpful in putting together the appropriate complimentary Arena Tour to adjoin an Amphitheater Tour.

•       As a reminder, we have strong APF in the following non-amphitheater markets:

| | | |
|---|---|---|
| -   Bangor Maine | Cross Insurance | $15.44 *may conflict with Darlings, but we don't book all Amphitheater Tours into that venue. |
| -   Memphis | Fed X Forum | $13.64 |
| -   Orlando | Amway Center | $13.16 *may conflict with Tampa |
| -   Baton Rouge | River Center | $12.47 |
| -   New Orleans | Smoothie King | $11.61 |
| -   Boise | Century Link | $10.69 |
| -   Kalamazoo | Wings | $9.95 |
| -   Pensacola | Civic Center | $9.71 |
| -   St. Paul | XL Center | $9.61 |
| -   Wichita | Intrust | $9.59 |
| -   Biloxi | Mississippi Coast | $9.50 |
| -   Las Vegas | T mobile | $9.40 |
| -   Nashville | Bridgestone | $9.40 |
| -   Bossier City | Century Link | $9.09 |

CONFIDENTIAL

| | | |
|---|---|---|
| - Denver | Pepsi Center | $8.94 |
| - Jacksonville | Arena | $8.91 |
| - Allentown | PPL Arena | $8.42 |
| - Huntington, WV | Big Sandy | $8.38 |
| - Columbia | Colonial Life | $8.28 |
| - Tulsa | BOK Center | $8.12 |
| - Oklahoma City | Chesapeake | $7.68 |
| - Lafayette, LA. | Cajundome | $7.67 |
| - Fresno | Save Mart | $7.56 |
| - Grand Rapids | Van Andel | $7.53 |
| - El Paso | Don Haskins | $7.41 |

On an "average amphitheater tour," I can see us adding at a minimum:

1. New Orleans, Biloxi, Baton Rouge or Lafayette (good routing between Texas and Atlanta)
2. St. Paul (big market)
3. Las Vegas (big market)
4. Nashville (strong market and 2 Arenas where we have great deals if no play at Boutique)
5. Denver (big market)
6. Oklahoma City or Tulsa
7. Grand Rapids
8. Fresno
9. El Paso (good routing between Phoenix or Albuquerque and Texas)
10. Columbia, SC (good routing between Charlotte or Raleigh and Atlanta)

If we pick up 10 Arena shows that make $50k to $75k per night on 15 Amphitheater Tours, we make another $5,000,000 to $7,5000,000 over the course of the year <u>and</u> you start to prevent getting some of the best non-amphitheater markets picked off by competitors.

Please give some thought to this as you are reviewing your current Amphitheater Offers and anything new you might be considering for Amphitheaters.

Thank you.

3.    Current Amphitheater Tours (Confirmed or Offer in) that might be candidates for an additional Arena run could include:

FGL
Nelly / TLC
Shinedown
Slipknot
Cage The Elephant
Evanessence / Breaking Benjamin
Santana
Nickelback
Lynyrd Skynyrd

—

Bob Roux | President – U.S. Concerts
☎:: (+1) 713-693-2940 ✆:: bobroux@livenation.com
✉:: 2000 West Loop South Houston, TX 77027
www.LiveNation.com

CONFIDENTIAL



Assistant: Renata Franca
Email: renatafranca@livenation.com

CONFIDENTIAL

LNE-LIT24-005256868