March 17, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    *United States et al. v. Live Nation Entertainment, Inc. et al.***; 1:24-cv-03973-AS**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter.  Pursuant to the Court's March 6, 2026 ruling in open court ("March 6 Ruling"), Defendants are filing the documents Defendants' admitted at trial or used as demonstratives on March 16, 2026, *see* DDX-13, DX-0279, DX-0871, DX-1394(5), DX-1394(9), DX-1394(10), DX-1394(38), DX-1394(83).

Defendants are also filing the documents they have previously admitted at trial that were subject to SeatGeek's now resolved motion to seal.  *See* DX-0186, DX-0295, DX-0625, DX-0633, DX-0645, DX-0671, DX-0678, DX-0811, DX-1188, DX-1277, DX-1393(1), DX-1393(7), DX-1393(9), DX-1393(13), DX-1393(17), DX-1393(26), DX-1393(38), DX-1393(56), DX-1393(63), DX-1393(71), DX-1393(79), PX0276; *see also* ECF 1219 (SeatGeek's motion to seal) and ECF 1225 (granting SeatGeek's motion to seal).[1]

Defendants thank the Court for its attention to this matter.

*[signatures on following page]*

---

[1] The documents attached to this letter include redactions pursuant to the Court's evidentiary and confidentiality rulings to date.

Dated:  March 17, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

_____
Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

cc:    All counsel of record (via ECF)

CRAVATH, SWAINE & MOORE LLP

_____
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

2