# Examples of Live Nation Promoted Artists























DDX-13.1

# How a Concert Tour Happens



An artist decides to play a tour

Promoters bid on the tour

Tour route & venues are selected

Venues for tour are booked

Concert promotion begins

Tickets go on sale

Showtime!

DDX-13.2

# Examples of AEG and Messina Touring Group Promoted Artists















DDX-13.3

# Artist Compensation



## Performer Guarantee

Lump sum amount
to performer



## The Percentage Split Post-Show

Ticket sales **greater than** expenses



- 90% or more to artist
- 10% or less to promoter

Ticket sales **less than** expenses



- Loss to promoter **only**
- Artist keeps guarantee

**DDX-13.4**

# Ticket Pricing



*Face Value*

*Fees*

# Examples of Live Nation Amphitheaters




















DDX-13.6

# Examples of Third-Party Amphitheaters





**Red Rocks (Morrison, CO)**



**Hearst Greek Theatre (Berkeley, CA)**



**Merriweather Post Pavillion (Columbia, MD)**



**Fiddler's Green (Greenwood Village, CO)**



**Forest Hills (New York, NY)**



**Wolf Trap (Vienna, VA)**



**ArtPark Amphitheater (Lewiston, NY)**



**Bankplus Amp at Snowden Grove (Southaven, MS)**



**The Orion Amp (Huntsville, AL)**



**Westville Music Bowl (New Haven, CT)**



**Pacific Amphitheater (Costa Mesa, CA)**



**Atrium Health Amphitheater (Macon, GA)**

# Examples of AEG Amphitheaters





Fiddler's Green (Greenwood Village, CO)



Forest Hills (New York, NY)



Frost Amp (Stanford, CA)



Megacorp Pavilion (Newport, KY)



Santa Barbara Bowl (Santa Barbara, CA)



Ford Amphitheater (Colorado Springs, CO)

DDX-13.8

# Live Nation Newly Built Amphitheaters Opening Summer 2026





**Morton Amphitheater, Riverside, MO**

**Mystic Lake Amphitheater, Shakopee, MN**

DDX-13.9

# Jones Beach Theater





**Chris Stapleton 2024 All American Road Show**

| Date | Location | | Stadium | Arena | Amp |
|------|----------|---|---------|-------|-----|
| March 2 | San Diego, CA | Petco Park | X | | |
| April 3 | Winnipeg, MB | Canada Life Centre | | X | |
| April 4 | Grand Forks, ND | Alerus Center | | X | |
| April 6 | Minneapolis, MN | U.S. Bank Stadium | X | | |
| May 4 | Indianapolis, IN | Lucas Oil Stadium | X | | |
| May 9 | West Palm Beach, FL | iTHINK Financial Amphitheatre | | | X |
| May 11 | Jacksonville, FL | Everbank Stadium | X | | |
| May 22 | Rapid City, SD | The Monument | | X | |
| May 25 | Ames, IA | Jack Trice Stadium | X | | |
| May 31 | Cleveland, OH | Blossom Music Center | | | X |
| June 1 | Charlotte, NC | Bank of America Stadium | X | | |
| June 6 | Philadelphia, PA | Freedom Mortgage Pavilion | | | X |
| June 7 | Bristow, VA | Jiffy Lube Live | | | X |
| June 8 | East Rutherford, NJ | MetLife Stadium | X | | |
| June 12 | Kansas City, MO | T-Mobile Center | | X | |
| June 26 | Los Angeles, CA | Hollywood Bowl | | | X |
| June 29 | Salt Lake City, UT | Rice-Eccles Stadium | X | | |
| July 11 | Buffalo, NY | Darien Lake Amphitheater | | | X |
| July 12 | Pittsburgh, PA | The Pavilion at Star Lake | | | X |
| July 13 | Detroit, MI | Ford Field | X | | |
| July 18 | Toledo, OH | Huntington Center | | X | |
| July 19 | Columbus, OH | Schottenstein Center | | X | |
| July 20 | Chicago, IL | Soldier Field | X | | |
| July 25 | Nampa, ID | Ford Idaho Center Arena | | X | |
| July 26 | Portland, OR | RV Inn Styles Resort Amphitheater | | | X |
| July 27 | Seattle, WA | T-Mobile Park | X | | |
| August 1-2 | Gilford, NH | BankNH Pavilion | | | X |
| August 9 | Nashville, TN | Bridgestone Arena | | X | |
| August 21 | Birmingham, AL | The Legacy Arena at the BJCC | | X | |
| August 22 | Little Rock, AR | Simmons Bank Arena | | X | |
| December 7 | Las Vegas, NV | Allegiant Stadium | X | | |



**Tedeschi Trucks Band 2026 Tour**

| Date | Location | | Large Amphitheaters | Boutique Amphitheaters | Stadium | Festival | Other |
|------|----------|--|:---:|:---:|:---:|:---:|:---:|
| March 10-28 | New York, NY | Beacon Theater | | | | | X |
| April 14 | Dallas, TX | Music Hall at Fair Park | | | | | X |
| April 15 | Fort Worth, TX | Will Rogers Memorial Auditorium | | | | | X |
| April 17 | Houston, TX | The Cynthia Woods Mitchell Pavilion | X | | | | |
| April 19 | Georgetown, TX | Two Step Inn | | | | X | |
| April 23-25 | Miramar Beach, FL | TTB's Sun, Sand, & Soul | | | | X | |
| April 28 | Alpharetta, GA | Ameris Bank Amphitheater | X | | | | |
| April 29 | Raleigh, NC | Coastal Credit Union Music Park at Walnut Creek | X | | | | |
| May 3 | New Orleans, LA | New Orleans Jazz & Heritage Festival | | | | X | |
| May 5 | Atlanta, GA | Truist Park | | | X | | |
| May 9 | Nashville, TN | Firstbank Stadium | | | X | | |
| May 16 | Arlington, TX | Globe Life Field | | | X | | |
| June 14 | Manchester, TN | Bonnaroo | | | | X | |
| June 18 | Telluride, CO | Telluride Bluegrass Festival | | | | X | |
| June 20 | Missoula, MT | Zootown Festival | | | | X | |
| July 24 | Floyd, VA | FloydFest | | | | X | |
| July 31-August 1 | Morrison, CO | Red Rocks Amphitheatre | X | | | | |
| August 5 | Seattle, WA | Venue TBA** | | | | | X |
| August 7 | Portland, OR | Edgefield Concerts (McMenamins Edgefield) | | X | | | |
| August 8 | Bend, OR | Hayden Homes Amphitheater | | X | | | |
| August 9 | Stateline, NV | Lake Tahoe Amphitheatre at Caesars Republic | X | | | | |
| August 12 | Berkeley, CA | The Greek Theatre | | X | | | |
| August 13 | Santa Barbara, CA | Santa Barbara Bowl | | X | | | |
| August 16 | San Diego, CA | The Rady Shell at Jacobs Park | | X | | | |
| August 17 | Los Angeles, CA | Hollywood Bowl | X | | | | |
| August 22 | Indianapolis, IN | Ruoff Music Center | X | | | | |
| August 23 | St. Louis, MO | Hollywood Casino Amphitheater | X | | | | |
| August 25 | Grand Rapids, MI | Acrisure Amphitheater | | X | | | |
| August 26 | Cincinnati, OH | Riverbend Music Center | X | | | | |
| August 28-29 | Washington, DC | Wolf Trap | | X | | | |
| August 31 | Bethel, NY | Bethel Woods Center for the Arts | X | | | | |
| September 2 | Lenox, MA | Koussevitzky Music Shed at Tanglewood (Concert Hall) | | | | | X |
| September 4-5 | Bridgeport, CT | Hartford HealthCare Amphitheater | | X | | | |
| September 6 | Gilford, NH | BankNH Pavilion | | X | | | |
| October 9-10 | St. Augustine, FL | The St. Augustine Amphitheatre | | X | | | |
| October 13 | Tampa, FL | The BayCare Sound | | X | | | |
| October 21 | Milwaukee, WI | Landmark Credit Union Live | | | | | X |
| October 23-27 | Chicago, IL | The Chicago Theatre | | | | | X |