

## Ticketing Arrangement and Sponsorship Agreement
### Binding Letter of Agreement
#### As of February 15, 2018

This Binding Letter of Agreement ("**LOA**") is entered into as of the fifteenth (15th) day of February 2018, by and between SeatGeek, Inc. ("**SeatGeek**") and Village of Bridgeview, on behalf of itself and its affiliates ("**Village**"), in order to summarize the key terms upon which (i) Village shall grant to SeatGeek exclusive naming rights to Village's venue, currently known as "Toyota Park" and, following the execution of this LOA, to be known as "SeatGeek Stadium" ("**Venue**") and (ii) SeatGeek shall make available SeatGeek's ticketing services for exclusive use in connection with the Venue (i.e., Village shall not cause or permit any other ticketing service to be used at, for the benefit of, or in respect of the Venue, except as otherwise permitted by SeatGeek). Village and SeatGeek (each a "**Party**" and, together, the "**Parties**") intend to execute a long-form exclusive Naming Rights and Ticket Sales Services Agreement ("**Definitive Agreement**") that includes the terms set forth herein, and other terms and conditions commonly included in such agreements; provided, however, that this LOA shall be binding upon the Parties and shall remain in full force and effect unless and until such Definitive Agreement has been executed by the Parties. It is the intent of the Parties that such Definitive Agreement will be executed by the Parties no later than 45 days from execution of this LOA. For avoidance of doubt, the Parties acknowledge and agree that the above-mentioned ticketing services will not commence upon the execution of this LOA and will only commence as specified below unless otherwise agreed upon in writing by the Parties.

| Term | 10 years, commencing on the conclusion of the 2018 Chicago Fire season and ending after the Chicago Fire's last home regular season or playoff game during the 2028 season |
| --- | --- |
| Events | Team (Chicago Fire and Red Stars) home pre-, regular- and post-season MLS matches, other sporting events, concerts, family events, festivals, conferences, and any other ticketed event held at the Venue |
| Sponsorship | Sponsorship terms shall include:<br><br>(i) Subject to Village's provision of rights and benefits as set forth in this LOA (and any Definitive Agreement), payment by SeatGeek of the "**Sponsorship Amount**" of<br><br>███████████ |

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0186**

SG-CID-00001843

| | |
|---|---|
| **Exclusivity** | During the term of this LOA and/or the Definitive Agreement, Village shall not, directly or indirectly, enter into any ticketing services, sponsorship, advertising, licensing or other agreement with, or otherwise grant any rights and/or provide any advertising, promotional, marketing, sponsorship or activation benefits to, any third party that offers or provides online or offline ticketing products or services, or any ancillary or related products services ("**Competitor**") without SeatGeek's prior written approval. Without limiting the foregoing, during the term of this LOA and/or the Definitive Agreement, Village shall not, without SeatGeek's prior written approval, (a) grant any ticketing rights to any Competitor in respect of or relating to the Venue or (b) cause or permit any such Competitor (i) to use any Venue marks or any other Venue-related intellectual property (including still images, audiovisual materials, information or data) ("**Venue IP**") and/or (ii) to use and/or activate any Venue-related physical, digital and/or social media advertising inventory. |
| **Additional Payments or Commitments from SG** | In addition to the Sponsorship Amounts, SeatGeek agrees to pay to Village the amount of $▇▇▇▇ within thirty (30) days of the execution of this LOA.<br><br>**Upside Incentives**<br>In an effort to incentivize Village to arrange for additional programming at the Venue during the term of this LOA (and/or the Definitive Agreement), SeatGeek will pay to the Village the following amounts ("**Upside Incentive(s)**"):<br><br>• $▇▇▇▇ for each ▇▇▇▇ tickets sold to events at the Venue, other than tickets sold for (a) Chicago Fire games, (b) "heavy metal" rock music multi-day festivals previously held at the Venue and (c) Community & Parking Lot Events ("**Additional Event Ticket(s)**"). For the avoidance of doubt, the Parties acknowledge and agree that any future events scheduled for the Venue during the term of this LOA or the Definitive Agreement, including any additional "heavy metal" rock music multi-day festivals that have not previously occurred at the Venue, shall count towards the Upside Incentive(s).<br>• SeatGeek will pay to Village an amount equal to ▇▇▇ for each Additional Event Ticket sold<br>    ○ E.g., If ▇▇▇▇ Additional Event Tickets are sold during Year 1, Village will receive $▇▇▇▇.<br>    ○ E.g., if ▇▇▇▇ Additional Event Tickets are sold during Year 1, Village will receive ▇▇▇▇.<br>• Payment Terms: Upside Incentives earned during "Year 1" event season will be included in first Year 2 payment. |

4

© *SeatGeek, Inc.*                     *Confidential and proprietary*

HIGHLY CONFIDENTIAL                                    SG-CID-00001846

**DX-0186.0004**

| | |
|---|---|
| | Except for the limited license granted to Village to use the SeatGeek Platform hereunder, SeatGeek shall retain all right, title and interest in and to such SeatGeek Platform.<br><br>SeatGeek will be listed and promoted as the exclusive ticketing partner on all Venue assets, including radio, TV, digital, charitable, stadium, social media and out-of-home assets.  The Parties will agree on the "official" label for all primary and secondary inventory. |
| **Fees, Pricing and Distribution – Primary** | ***Fees for Tickets Sold for Chicago Fire and Chicago Red Stars Events***<br>SeatGeek shall retain ▮▮▮ of all sales of tickets in the primary market on all channels ▮▮▮▮▮▮ regardless of where the ticket is sold (e.g., owned properties, distribution channels, through the SeatGeek platform or otherwise)<br><br>***Fees for Tickets Sold for Programming Other than Chicago Fire and Chicago Red Stars Events***<br><br>                                 Community Events    All Other Events<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br><ul><li>**"Community Events"** are events with average ticket prices under $▮▮</li><li>The Parties acknowledge and agree that there are certain events at the Venue, that are not ticketed and thus not subject to the ticket fees identified herein (e.g., high school graduations, religious ceremonies and other community events); provided, however, that the Parties will review, on at least a quarterly basis, the anticipated schedule of such events. SeatGeek shall have a right of first refusal to elect whether to provide services in respect of such events.</li><li>Multi-day event passes will incur the fee set forth above for each day. For example, a 3-day pass to a festival occurring in Year 1 would incur ▮▮▮▮ total fees (▮▮▮ x 3 days = $▮▮▮)</li><li>Note: Consumer-facing ticket prices (including any fees) are set at the discretion of Village and/or event promoter.</li></ul> |
| **Fees and Distribution –** | SeatGeek shall not owe to Village any amounts resulting from any |

7

© SeatGeek, Inc.           *Confidential and proprietary*

HIGHLY CONFIDENTIAL          SG-CID-00001849

**DX-0186.0007**

Accepted and agreed by:

**SeatGeek, Inc.**

DocuSigned by:

By: Russ D'Souza

Name: Russ D'Souza

Title: President

Date: 2/16/2018

**Village of Bridgeview**

DocuSigned by:

By: Steve Landek

Name: Steve Landek

Title: Village President

Date: 3/7/2018

13

© *SeatGeek, Inc.*                    *Confidential and proprietary*

HIGHLY CONFIDENTIAL                                SG-CID-00001855

**DX-0186.0013**