JX-593
5/23/2025
Cody Knacke CSR 13691

Message

**From:** Ron Chiu [rchiu@aegpresents.com]
**Sent:** 10/31/2019 3:11:23 PM
**To:** SAC@tac-denver.com
**CC:** Jay Marciano [jmarciano@aegworldwide.com]
**Subject:** AXS Ticketing Strategies
**Attachments:** AXS Ticketing Strategies.pptx

Steve,

Jay asked me to forward the AXS Ticketing Strategy deck that he went through with PFA last week. Please let me know if you have any questions.

Ron

Ron Chiu
Chief Strategy Officer
rchiu@aegpresents.com




425 W. 11th Street
Los Angeles, CA 90015

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
DX-0279

AEG PRESENTS




# AXS Ticketing Strategy

October 2019

## Current Situation

AEG

- Completed buy-out of our partners to take back control of our ticketing and freedom to drive strategic/management decisions
- AXS Ticketing has not grown by winning third-party accounts successfully
- Growth created mostly through ticketing of AEG Venues and Presents content (e.g., Red Rocks, Bomb Factory, etc.)
- Technology platform and product development still lags behind TM
- Confidence in current management team is questionable
- Market reputation is tarnished

## Strategies to Consider

AEG

1. Exit the ticketing business
   - A. Sell AXS Ticketing
   - B. Close and make attractive deal with Ticketmaster for our venues, festivals and tours
2. Merge with another existing ticketing company to expand to new market segments and create scale
3. Operate AXS Ticketing initially for our own benefit, i.e., build highly proprietary, data and tech-driven platform for venues and concerts business, slowly integrate with ASM venues on a non-exclusive ticketing model

## 1A. Exit the ticketing business by selling AXS Ticketing

AEG

| Pros | Cons |
| --- | --- |
| • Could realize an immediate return on our purchase investment<br>• Would not require additional capital to improve and grow AXS Ticketing | • Locks up our tickets with a third-party<br>• No control over product development<br>• Limited ability to leverage our data in a combined ticketing and marketing platform<br>• Could destroy strategic/synergy value of putting ticketing and concerts together<br>• Ticketing impacts too many other segments of our business to get out of ticketing altogether (e.g., facilities, sports, etc.) |



Highly Confidential

## 1B. Exit the ticketing business by closing AXS Ticketing and make attractive deal with Ticketmaster

AEG

**Pros**

- Could strike favorable deal with Ticketmaster to get more favorable economics
- Eliminates friction between Ticketmaster and our arenas
- May be able to obtain content guarantees from Live Nation

**Cons**

- Destroys value of business just purchased
- Possible regulatory issues if we tried to close our ticketing business (may not exist after expiration of the consent decree)

## 2. Merge with another ticketing company to expand to new market segments

AEG

| Pros | Cons |
| --- | --- |
| • Expand into new markets by merging with large existing companies exist that can help accelerate growth and give us scale and immediate entry into new markets<br>– CTS Eventim (Europe-only or Worldwide)<br>– TEG/Ticketek (Australia-only or Worldwide)<br>– Eventbrite (DIY ticketing market segment)<br>– Stubhub (Secondary)<br>– SeatGeek (Secondary and some Primary accounts like Cowboy Stadium)<br>• Get uplift in valuation of combined company<br>• Expands customer database from new markets | • Less control over ticketing business with a minority/diluted stake<br>• Less control of product development resulting in less likely to build something proprietary that enhances our core business<br>• Locks up our ticketing with another JV partner<br>• Priorities may conflict with future partners |

6

## 3. Operate for AEG's own benefit, i.e., venues and concerts business AEG

Build highly proprietary, data and tech-driven platform

### Pros

- Prioritize the needs of our venues and concert business to best serve our offerings to fans and artists
- Prioritize new product development to serve the needs of our own businesses
- Not distracted by serving too many masters (other clients such as Broadway, Sports, Festivals, Clubs & Theaters) all with different priorities and needs
- Greater integration with our digital marketing capabilities to improve reach and efficiency as well as incremental revenue opportunities from combined data
- Integration with venue point-of-sale systems to drive better data and revenue opportunities
- Gradually take on ASM arena business, launching a non-exclusive ticketing model into the marketplace

### Cons

- Requires ongoing capital investment for product development (most of which will be using cash generated from existing ticketing business)
- In the short term, valuation growth of AXS Ticketing dependent on AEG venue and content growth
- Focus on internal needs may not be conducive to innovation and wider visibility to broader industry needs

## 3A. Move to the open ticketing model

AEG

Promoters choose ticketing provider instead of venue exclusivity

| Pros | Cons |
|---|---|
| • Takes away Live Nation's biggest competitive advantage in the concerts business (market share and scale of Ticketmaster), inflicts the most damage to their business, levels the playing field<br>• Strengthening the Concerts business lessens the likelihood our venues will be leveraged by Live Nation content<br>• Our digital marketing assets, ASM venue network, global tours, etc. are valuable in growing distribution and marketing reach, which is valuable differentiation in an open ticketing world<br>• Can attract incremental ticketing business from third-party content providers (e.g., Feld, Cirque, WWE, etc.) even if at potentially lower margins<br>• Improves ability to win third-party venue ticketing business by mitigating content risk | • May need to incentivize Onyx through equity or financial guarantees to bring ASM venues into an open ticketing model |

8

## 3B. Merge Elevate Ticketing with AXS Ticketing

AEG

**Pros**

- May be able to realize some cost efficiencies through leveraging scale in overhead
- Strengthen the combined product portfolio to be more compelling to new clients with more options
- May be able to leverage Elevate GA ticketing platform for GA venues if it makes sense

**Cons**

- Technology for general admission festival ticketing differs from reserved seat ticketing
- Festival business needs differs from venue needs
- Will need to buy out Paul Tollett's share of Elevate


3C.
AEG
Pros
Cons
10