DocuSign Envelope ID: E2348C3C-AD56-48B9-B68A-5EC3F4A8B930

 **SeatGeek**

## Amended and Restated Exclusive Ticketing and Sponsorship Term Sheet

This Amended and Restated Exclusive Ticketing and Sponsorship Term Sheet ("Term Sheet"), effective as of the 22nd day of January 2020 (the "Effective Date"), by and between SeatGeek, Inc. ("SeatGeek"), Arizona Cardinals Football Club LLC ("Cardinals Football") and New Cardinals Stadium, LLC ("Cardinals Stadium") (each of Cardinals Football and Cardinals Stadium, a "Cardinals Party"), in order to summarize the key terms, including certain exclusivity terms, upon which SeatGeek shall become (a) a primary ticketing partner to the Arizona Cardinals ("Team"), a member franchise of the National Football League ("NFL or "League"), and a ticketing partner to the stadium currently known as "State Farm Stadium" ("Stadium") and (b) a sponsor of the Team and Stadium.

The Cardinals Parties and SeatGeek (each a "Party" and, together, the "Parties") intend to execute a long-form Exclusive Ticket Sales Services Agreement and Sponsorship Agreement (collectively, the "Agreements") regarding the terms set forth herein, and other terms and conditions commonly included in such agreements; provided, however, that this Term Sheet shall be binding upon the Parties and shall remain in full force and effect unless and until such Agreements have been executed by the Parties. It is anticipated that the Parties may enter into two separate sets of long form agreements relating to (x) Team Events, and (y) non-Team Events (as defined below). "League Rules" has the meaning given to that term on page 10.

| | |
|---|---|
| **SeatGeek Services** | SeatGeek shall provide each of the following services to the Cardinals Parties, subject at all times to League Rules (the "SeatGeek Services"): <ul><li>Ticketing platform, including mobile and web applications, for the primary sale of tickets (the "Primary Platform");</li><li>Secondary marketplace platform, including mobile and web applications, for the secondary sale and exchange of tickets (the "Secondary Platform", and together with the Primary Platform, the "SeatGeek Platform"), which is provided for non-Team Events and for Team Events to the extent expressly permitted by League Rules (the Parties acknowledge and agree that as of the date of this Agreement, the provision of secondary services for Team Events by SeatGeek is not permissible);</li><li>Verification and fulfillment services;</li><li>Integration, testing and training;</li><li>Hosting, maintenance and support; and</li><li>Evolution, including updates and adoption of latest ticketing and visitor management systems.</li></ul> |
| **Term** | For (x) Team Events, initial three (3) year term with a mutual obligation to extend for up to an additional five (5) years if the NFL removes (permanently or temporarily, whether in one or more separately adopted League Rules) the existing moratorium on ticketing agreements extending beyond the 2022 season, with such extension being on the same terms and conditions (except as modified in accordance with League Rules) and ending March 31, 2028 (or if earlier, the latest date permitted by applicable League Rules), and (y) non-Team Events, eight (8) years, in each case beginning April 1, 2020 (the "Term"). Any expiration of the Term with respect to Team Events occurring pursuant to clause (x) above prior to March 31, 2028 is referred to herein as a "Team Event Early Expiration." Each April 1 through the subsequent March 31 will be deemed a contract year. For purposes of clarification, this Term Sheet is effective as of the Effective Date, but the sale of tickets, and SeatGeek being the ticket provider of the Cardinals Parties, commences as of April 1, 2020 or such earlier date as mutually agreed by the Parties. |

NY: 1226368-16

*Confidential and proprietary*

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0295**

HIGHLY CONFIDENTIAL

SG-CID-00000124

DocuSign Envelope ID: E2348C3C-AD56-48B9-B68A-5EC3F4A8B930

|  | Subject at all times to the Pre-Existing TM Agreement (as defined below) and League Rules: (x) the Parties will reach a mutually agreeable official partnership designation in the Category and (y) SeatGeek will have the Exclusive Category (as described above) for all Team-controlled sponsorship assets but will work in good faith with the Cardinals Parties to review and approve exceptions for Distribution Partners (as defined below) on a case-by-case basis. |
|  | In connection with such sponsorship, SeatGeek shall pay ▮▮▮ to the Team (the "Sponsorship Fee") in the first contract year and the Sponsorship Fee shall ▮▮▮ by ▮▮▮ each contract year thereafter as follows: |
|  |  |
|  | In the first contract year, subject at all times to League Rules, SeatGeek will receive mutually agreeable sponsorship assets of corresponding value as outlined in Appendix A. During each contract year thereafter, subject at all times to League Rules, SeatGeek shall receive mutually agreeable sponsorship assets of corresponding value to the increased Sponsorship Fee. SeatGeek shall pay the Sponsorship Fee to the Team in four (4) equal installments per year, with one installment due on the last day of each calendar quarter. |
|  | The Sponsorship Agreements between the Parties shall be negotiated in good faith and contain commercially reasonable terms and conditions (subject at all times to League Rules) substantially in the form of each Cardinals Party's standard sponsorship agreement, including the allocation of the Sponsorship Amount between the Team Events and the non-Team Events; provided, that the Parties shall work together in good faith to ensure that the full Sponsorship Amount is realized by SeatGeek between the two agreements, particularly in the event that limitations by the NFL impede SeatGeek from realizing the full sponsorship value of Team Events. |
|  | The Cardinals Parties acknowledge and agree that SeatGeek shall not be liable or responsible for reimbursing the Cardinals Parties for any reductions, if any, imposed by the League on the Cardinals Parties as a result of the Cardinals Parties entering into this Term Sheet or the Agreement, including, without limitation, any reductions or changes in the annual League ticketing sponsorship allotment as a result of the Cardinals Parties entering into this Term Sheet or the Agreement, and that any such reductions shall have no effect on the terms of this Agreement. |
| **Exclusive Primary Ticketing Partner** | SeatGeek acknowledges that the Team has a pre-existing relationship with Ticketmaster for secondary ticketing services (and otherwise is a participant in the League-wide Ticketmaster agreement for resale services) for Team Events (the "Pre-Existing TM Agreement"). The Parties acknowledge and agree that those relationships may continue into the Term and may be renewed or replaced during the Term. In connection with any expiration or termination of the Term, the Parties shall cooperate reasonably to ensure a seamless transition of the ticketing function to the successor provider and neither this Term Sheet nor the Agreements shall restrict the Cardinals Parties from transitioning ticketing duties to any such successor for any Event |

3

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000126

**DX-0295.0003**

DocuSign Envelope ID: E2348C3C-AD56-48B9-B68A-5EC3F4A8B930

scheduled to take place after expiration or termination of the Term. With those exceptions, with respect to Events scheduled to take place during the Term, the Cardinals Parties shall not, directly or indirectly, enter into any agreement with, or otherwise grant any rights and/or provide any advertising, promotional, marketing, sponsorship, or activation benefits to, any third party entity that falls within the Category (provided that the Cardinals Parties may provide such benefits to any entity that has both an offline or online ticketing product or service and materially unrelated lines of business, and so long as the Cardinals Parties do not promote such entity's offline or online ticketing product or service). Except as specifically set forth herein, SeatGeek shall be the exclusive third-party seller of all primary tickets for all Events scheduled to take place during the Term. The Exclusive Ticket Sales Services Agreements between the Parties shall be negotiated in good faith and contain commercially reasonable terms and conditions substantially in the form of SeatGeek's ticketing services agreements with other League member clubs and subject to conformance with the terms of this Term Sheet.

In consideration for the SeatGeek Platform, the Cardinals Parties shall permit SeatGeek to collect the fees set forth in Appendix B.

For purposes of this Term Sheet, "Events" means each concert, sporting, entertainment or other act or event of any kind or nature whatsoever to be held at the Facility, including, but not limited to, all of Team's NFL home games ("Team Events"); excluding those acts or events for which the Cardinals Parties have no authority to contract pursuant to Section 6.1 of the Amended and Restated Cardinals Use Agreement, dated August 15, 2005 ("Cardinals Use Agreement") (e.g., Fiesta Bowls, Pro Bowls, Super Bowls, NCAA Final Fours) and those events for which hard roll tickets are used for entrance to the event or act (such as boat shows or home & garden shows).

Notwithstanding anything to the contrary contained herein, the Cardinals Parties shall be permitted to continue working with their current ticketing service provider in connection with Events that are on sale as of the Effective Date or Events scheduled to go on sale prior to April 1, 2020 (the "Existing Events"). If the current ticketing service provider is no longer providing services for the Existing Events for any reason, SeatGeek agrees to take over the continued sale and fulfillment of the Existing Events. SeatGeek will not be obligated to commence the provision of such services for the Existing Events on less than 45 days prior written notice from the Cardinals Parties.



4

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000127

IN WITNESS WHEREOF, the Parties have caused this Term Sheet to be duly executed on the dates specified below.

Accepted and agreed by:

**NEW CARDINALS STADIUM, LLC**                    **ARIZONA CARDINALS FOOTBALL CLUB LLC**

By: _____                    By: _____
Name:  Michael J. Bidwill                          Name:  Michael J. Bidwill
Title:  President                                  Title:  President
Date:  May 26, 2020                                Date:  May 26, 2020

**SEATGEEK, INC.**

By: _____
   Name:
   Title:
   Date:

**APPROVED BY:**

**NATIONAL FOOTBALL LEAGUE**

By: _____

Date:

14

*Confidential and proprietary*

HIGHLY CONFIDENTIAL                                                    SG-CID-00000137

**DX-0295.0014**

DocuSign Envelope ID: E2348C3C-AD56-48B9-B68A-5EC3F4A8B930

IN WITNESS WHEREOF, the Parties have caused this Term Sheet to be duly executed on the dates specified below.

Accepted and agreed by:

**NEW CARDINALS STADIUM, LLC**                    **ARIZONA CARDINALS FOOTBALL CLUB LLC**

By: _____                     By: _____
   Name:                                                 Name:
   Title:                                                Title:
   Date:                                                 Date:

**SEATGEEK, INC.**

By: _____*Jack Groetzinger*_____
   Name:  Jack Groetzinger
   Title:  President
   Date:  5/27/2020

**APPROVED BY:**

**NATIONAL FOOTBALL LEAGUE**

By: _____

Date:

14

*Confidential and proprietary*

HIGHLY CONFIDENTIAL                                          SG-CID-00000138

**DX-0295.0015**

DocuSign Envelope ID: E2348C3C-AD56-48B9-B68A-5EC3F4A8B930

 SeatGeek

## APPENDIX B

Ticket Fees

The following represent the only transactional, handling, processing, convenience or other fees with respect to Events charged by SeatGeek (other than payment processing fees, which may be collected by SeatGeek, without any markup, in accordance with the Payment Processing section of the Term Sheet ("Payment Processing Fees"); for clarity, SeatGeek shall collect the ticket price and other charges, such as the required Facility Use Fee ("FUF") as defined in the Cardinals Use Agreement, requested by the Cardinals Parties). No other transactional, handling or other fees will be applied by SeatGeek. There will be no increases to SeatGeek's fees during the Term.

**Primary Ticketing**

For all online primary tickets to Events (other than Excluded Transactions), SeatGeek will set and retain fees based on the below fee schedule:



SeatGeek shall pay to the Cardinals Parties or the Stadium, as directed by the Cardinals Parties, the rebate stated in the table above.



SeatGeek shall not charge any fees on Excluded Transactions. "Excluded Transactions" means season/contract tickets, playoff plan packages, Lofts, SROs, groups purchased through the Cardinals, per invoice processing, and single game/event sales through the box office locations.

NY: 1226368-16                          *Confidential and proprietary*

HIGHLY CONFIDENTIAL                                      SG-CID-00000145

DocuSign Envelope ID: E2348C3C-AD56-48B9-B68A-5EC3F4A8B930



**Secondary Ticketing**

Subject to League Rules and as between the Parties:

- SeatGeek shall set and retain buyer and seller fees for all secondary ticket sales to all non-Team Events; provided, however, the combined buyer and seller fees for such secondary tickets ████████████ ████████████████████████████ and provided further that SeatGeek shall rebate to the Team (or to the Stadium, if designated by the Team) ████████ ████████████ that it receives in connection with the secondary sale of any non-Team Events at the Stadium.

- SeatGeek shall set and retain buyer and seller fees for all secondary ticket sales to Team Events, unless ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

2

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000146