**From:** Laurie Jacoby <ljacoby@bseglobal.net>
**Sent:** Wed, 13 Jul 2022 15:38:18 -0400 (EDT)
**To:** "Jack@seatgeek.com" <Jack@seatgeek.com>
**Cc:** Danielle du Toit <ddutoit@seatgeek.com>; Russ D'Souza <russ@seatgeek.com>; Sam Zussman <szussman@bseglobal.net>; Peter Stern <stern@brooklynnets.com>; Jeff Gewirtz <jgewirtz@bseglobal.net>

Dear Jack,

While perhaps not garnering specific attention from you, you may be aware that we have expressed with your colleagues over the past year grave concerns with various aspects of SeatGeek's technology and practices as it relates to our business. The most recent iteration of which was SeatGeek widely allowing the posting of spec tickets with respect to the just-announced Springsteen tour that has yet to go on sale. Frankly, this has gone too far and has caused irreparable damage to our business.

In short, the word on the street is that promoters don't want to come to Barclays Center – and in fact are actively avoiding Barclays Center – due to the issues we've had with SeatGeek, and we place responsibility for this entirely on your shoulders.

There are many issues that we have elevated with SeatGeek that have simply not been addressed, but even to the extent they have been, there are, at this point, perception issues with SeatGeek that have been damaging to our business.

With respect to the Springsteen incidents that took place over the last 24 hours, they were completely unprofessional and contrary to our expectation that SeatGeek will always act in the best interest of its client. Please know that this has resulted in Springsteen management potentially pulling the 2023 show from Barclays Center, not to mention the strong likelihood that Springsteen management will elect not to come back to Barclays Center in the future.

We are putting you on notice that (1) if not already done, the Springsteen spec sales issue must be rectified immediately, (2) we expect SeatGeek to contact Springsteen management and take full responsibility for the improper posting of spec tickets, and (3) we schedule time for a meeting in the next couple of weeks to discuss the future of our relationship. We expect SeatGeek to make this a top priority.

Regards,

Laurie

**LAURIE JACOBY**
Executive Vice President and Chief Entertainment Officer

**BSE Global**
168 39th Street, 7th Floor
Brooklyn, NY 11232
phone: 718-942-9502
cell: ▮▮▮
ljacoby@bseglobal.net
bseglobal.net

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0625**

HIGHLY CONFIDENTIAL                    SG-CID-00011637