No. 1:24-cv-03973-AS

**Defs' Trial Exhibit**

**DX-0633**

| | |
|---|---|
| **From:** | Jeff Gewirtz <jgewirtz@bseglobal.net> |
| **Sent:** | Fri, 22 Jul 2022 17:20:26 -0400 (EDT) |
| **To:** | Adam Lichstein <alichstein@seatgeek.com> |
| **Cc:** | Jack Groetzinger <jack@seatgeek.com>; Sam Zussman <szussman@bseglobal.net> |
| **Subject:** | RE: Monday BSE/SG Meeting |
| **Attachments:** | SG Issues List.docx |

Adam, also, attached is our full issues list (which was not attached to my email below of earlier today).

JG

From: Adam Lichstein <alichstein@seatgeek.com>
Sent: Friday, July 22, 2022 4:50 PM
To: Jeff Gewirtz <jgewirtz@bseglobal.net>
Cc: Jack Groetzinger <jack@seatgeek.com>; Sam Zussman <szussman@bseglobal.net>
Subject: Re: Monday BSE/SG Meeting

[External Email]

Thanks, Jeff -- good to connect earlier. As discussed, I will share this with our team and we look forward to the conversation on Monday.

Sam, I look forward to meeting then.

Best,
Adam

On Fri, Jul 22, 2022 at 2:35 PM Jeff Gewirtz <jgewirtz@bseglobal.net> wrote:

> Adam,
>
> I hope all is well.
>
> In advance of our meeting in Brooklyn on Monday, Sam, our new CEO (copied), has asked me to share with you and Jack the below, non-exhaustive list of certain, representative SeatGeek shortfalls under our Ticketing Agreement (amongst many others), which we understand SeatGeek has yet to remedy. As you'll see, this list does not include some perhaps more material issues we've had with SeatGeek that may have been corrected, such as the recent widespread Springsteen spec sales issue, which, as you know, greatly troubled Springsteen's management.
>
> We are not seeking SeatGeek's response to each of these issues, which, as stated above, are just a sample of the many issues we've experienced. Rather, on Monday, we would like to

HIGHLY CONFIDENTIAL

SG-CID-00008196

discuss the overall weight of these and other issues we've experienced with SeatGeek, the impact they've had on our business, and our future.

Best,

Jeff

------------------------------------------------------------

- SeatGeek's platform requires BSE to price Prime tickets on behalf of promoters, which takes additional time. Industry practice is for promoters to price and release inventory themselves, instantaneously, which is what promoters expect. Also, SeatGeek's platform does not allow Prime tickets to be priced to the seat level in an efficient way. This decreases pricing flexibility for promoters.

- SeatGeek has failed to competently execute on-sales. For example, SeatGeek has been too slow in moving buyers to the event page from the "waiting room."

- Seatgeek lacks the ability to expand the event manifest in a reasonable amount of time if there are changes to the event seating configuration on an event day, following load-in. This results in the inability for the new rows/seats to appear on the Interactive Seating Map on the event page, which impacts a customer's shopping experience. As a result, we are limited to selling off a list on the event page or selling at the window only.

- SeatGeek has failed to adequately market BSE and its events or SeatGeek's relationship as our primary ticket seller -- instead commingling BSE events with third party venue events.

- SeatGeek's platform couldn't accept payment for 2022 NETS Playoff game ticket purchases by NETS season ticket holders. BSE had to process such payments itself, manually.

- SeatGeek's platform could display only a price-per-game for 2022 NETS Playoff tickets on invoices for season ticket holders. As such, season ticket holders couldn't see their total on their invoice for Playoff tickets. BSE had to calculate the payments itself

HIGHLY CONFIDENTIAL

SG-CID-00008197

and include the breakdown in the email communication to give season ticket holders a clear picture of how payments would be charged.

- Seats with special entitlements (e.g., *CROWN CLUB* access), which display with such special entitlement when sold as a primary ticket on SeatGeek, cannot be listed with such special entitlements when resold on SeatGeek's platform.

- SeatGeek has failed to provide BSE with requested data for known customers who place ticket plans or individual event tickets in their SeatGeek shopping cart, but do not check out.

**JEFFREY B. GEWIRTZ**
Executive Vice President & General Counsel
Chief Compliance Officer

**BSE Global**
168 39th Street, 7th Floor
Brooklyn, New York 11232
phone 718.942.9544
mobile ▮▮▮▮▮
jgewirtz@bseglobal.net

bseglobal.net

**CONFIDENTIALITY NOTICE**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

HIGHLY CONFIDENTIAL

SG-CID-00008198

**Marketing**

Things SeatGeek should be doing, but isn't:

- o Presale emails sent in advance of the presale instead of once it's already begun
- o Retargeting those that waited in queue but didn't purchase
- o Featured placement on website/app during presales and announce period
- o When an artist is playing multiple venues in the market, Barclays Center should always be the first one to show up in organic search
- o Dedicated marketing support for the troubled shows, not just the shows which are selling well and will therefore result in a positive ROAS
- o Additional marketing spend in other channels besides email/search/social in order to drive added value for our events
- o Reporting on marketing deliverables (*see* Appendix E of Agreement) is hard to get from SG, as they aren't tracking these deliverables.
- o SG uses marketing spend to promote other events comingled with our Events
- o SG won't (and perhaps can't) track the impressions numbers and won't share with us
- o Influencers: they are not close to required media spend (*see* Appendix E); have not provided reports for this either. Influencers are SG influencers, and promote SG, and do not promote BSE brands. Spend for these SG influencers shouldn't be counted toward Appendix E threshold.
- o SG has not used best efforts to promote our events.  SG doesn't go out of its way to promote events at our venue. SG focuses on promoting SG on its own. SG promotes events at other area venues, to help SG sell secondary tickets, rather than promote us. SG says it's due to their algorithm.
- o Influences whom we gave tickets to at the request of SG (e.g., for NETS games), have promoted only SG, without mentioning the venue/event.

**Sales**

- • The Strokes: Issues with aisle and VIP seats not functioning during the pre-sale. 6 months of constant complaints by agent, manager and promoter LN.  Extra $ spent by BSE to help promote the show, money also given to the artist due to perceived overall loss of revenue.
- • Tame Impala: Throttled the on sales so much that people dropped out of the waiting room after they were held too long in queue. Major complaints by agent, manager and promoter AEG. Took a lot of hand holding to get them all to a good place.  Extra money spent by BSE to help market and promote the show and get to a second show.
- • Slipknot: Couldn't see or purchase VIP packages for the on sale for several hours.  LN show.
- • My Chemical Romance: Throttled sales again; long time in the waiting room before anyone could buy a ticket.  Same artist on sale at UBS on TM and little waiting to be let in to buy a ticket. LN Show.
- • Chris Rock/Kevin Hart: Prime reports not available all day, found out all reporting was down.  Huge potential loss of revenue with having prime down the whole day. LN Show.
- • ACC: Price filter was asked for and SG took it upon themselves to drop it without telling anyone and sold tickets at a price lower than the client desired.
- • Bruce Springsteen: SG listed spec sales prior to any show being on sale.   Major issue that could have potentially cost us the show and any future shows.
- • Jack White: We noticed BA for the VIP packages is not allowing us to choose GA or the Lower: similar issue to The Strokes.  We need these VIP offers to be able to have GA and BA reserved.

1

HIGHLY CONFIDENTIAL                                                                                        SG-CID-00008199

**DX-0633.0004**

**Technical**
- Missing a lot of knowledge on the primary side.
- Throttling sales = restricting output from waiting room for on-sale. Took too long to let people out of waiting room to buy tickets, which caused potential buyers to leave because wait time was too long.
- Seatgeek lacks the ability to expand the event manifest in a reasonable amount of time if there are changes to the event seating configuration on an event day, following load-in. This results in the inability for the new rows/seats to appear on the Interactive Seating Map on the event page, which impacts a customer's shopping experience. As a result, we are limited to selling off a list on the event page or selling at the window only.
   - Due to the mapping team having a time zone delay, adding rows on show day to the manifest is still an issue.
- Our chip readers are in the change draw; we need an outdoor chip reader, so our sellers don't handle credit cards. They have not been able to assist with the right product

**Ticket Ops**
- Renewals
   - In a meeting at the start of the renewal process, SG told us that we would need to run invoices. When we asked where the invoice shows to the customer, they said that it would not. We then asked why we needed the invoice, but they could not explain the reasoning. The next day they then sent an email showing where the invoice showed to the customer.
   - On 3/2/22 at 3 PM, we told SG that we were sending renewal communication at 9 AM the following morning. We got on a call with them following that meeting where they told us that running invoices took several hours. When we asked if we could run invoices that night, we were told no because Elton John was happening and that running invoices would affect the show. When we ran invoices on 3/8/22, they took a little under an hour.
   - For renewals, SG told us that we needed to build out an offer that would be how members could see their invoice and make their payment. We prepared our messaging and creative with these instructions. The day before we were set to launch, SG took the offer down and told us that the offer was only for testing. We told them to put the offer back up via email at 2:26 PM. We could not get a hold of anyone for over an hour. We got on a call with them at 5 PM and resolved the issue at 5:58 PM.
- Playoffs
   - Following the direction of SG, we reserved member seats for the playoffs. After completing this, SG told us this was incorrect, and seats needed to be sold into accounts. When we asked if we could just release the seats and sell them in, they said no and that all 17 playoff events had to be rebuilt. SG rebuilt all the events for us, but it caused a delay in launching.
   - SG has little flexibility for NBA playoffs. There is not a central place in account manager where a member can view all their playoff information. The invoice is in a separate place from the sign-up.
   - Members were not able to see their invoice totaled by round or payment. The invoice had to be broken out by game. We had to calculate the payments ourselves and include the breakdown in the email communication to give members a clear picture of how payments would be charged. May not have been industry standard. Never fixed.
   - Payments for playoffs could not be automatically charged upon sign up, ticket operations had to run payments on the backend and notify reps when payments did not go through for

2

**DX-0633.0005**

them to reach out to the member. SG couldn't accept payment for someone who was paying for playoffs. We had to do it manually. Never fixed that.
  - The confirmation email sent from SG for playoffs was universal across all clients and inaccurate for our playoff structure. At launch, we turned off the automatic confirmation emails and our marketing team had to send them. This caused some confusion and many members called in to confirm they signed up for playoffs. SG was able to update the language to be more generic, but it is still not customizable by client or entity.
- Descriptions on Resale Tickets
  - During implementation, we asked how we could indicate that a specific seat has club access for resale as members see greater resale value when they can show the included benefits. After some testing, SG told us that it was not possible, but they would submit an enhancement request. Follow up was sent on 1/11/22 to our day-to-day contacts who told us that information comes from the area description. We had already been told by the implementation team that area descriptions only show on primary inventory. After telling them that, SG agreed to again submit as a high priority enhancement request. We followed up on 1/31/22. On 2/2/22, we were told to expect an update the following week. In another meeting on 2/3/22, SG updated us that this was not in development and there was no immediate plan to add it.

- Exchange Game Platform
  - SG has developed an exchange game platform where members can exchange their tickets for other games. We tested this functionality with the Liberty and provided feedback to SG for enhancements. SG has been slow to develop the requested enhancements. One important enhancement is the ability to map price types so members can upgrade into seats with club access. For example, if a member is sitting in the lower level endzone and wants to upgrade to a seat in the center six with gold benefits, they cannot do so currently. Seats with club access or concession benefits must have different price types so they scan correctly into the club or at the concession stands. As the exchange platform is built today, members can only exchange to the same price type. Feedback from SG is that they do not think this can be developed in time for the fall. The request for this enhancement was made on 05/20/22.
- Limiting Credit Application
  - SG has the functionality to allow accounts that have credit on their account to apply it to purchases online. Currently, that functionality does not allow us to limit where that credit can used. For example, Nets credit to a Nets purchase. We are not currently using that functionality since we would want to only apply Nets credit to Nets events, Liberty credit to Liberty events, etc.

**Arena**

- Prime
  - We were unable to pull prime reports for My Chemical Romance and Kevin Hart. We could not efficiently price PRIME for half of the day while the event went on sale. We had to do it manually and the promoters were unhappy.
  - Prime seats can only be priced at the price level and not by individual seats. Promoters hate this and it costs revenue. As of today, this is in progress and the new version of Prime looks promising.
- Fees

3

HIGHLY CONFIDENTIAL

SG-CID-00008201

**DX-0633.0006**

- o On 1/18/22, we asked SG to update the event configuration report to include global service charges and credit card fees so we could double check that they were properly programmed. On 2/11/22, they asked if we wanted the report to have validation on fees before an event goes on sale. We currently have no way to confirm fees are set without scouring the rules. We had an issue with fees for WWE not being applied. As a result, we did not collect FC fees/Prime Fees/VIP Fees from 1/26/22 - 2/10/22 for all online sales. This was only caught because we brought up another issue where SG.COM was showing incorrect pricing if a customer clicked "show prices with fees." As of today, this is still needed.
- On-Sales
  - o We were notified on Thursday, 2/10/22 at 4 PM that the April Fools Comedy Jam needed to go on sale at Noon on Friday 2/11/22 to avoid getting crowded out by Kevin Hart going on sale on 2/15/22. We built event Thursday evening and were told by SG they cannot go on sale that rapidly since they have too many moving parts to adjust. Molly Johnson said the earliest on sale would be Tuesday 2/15/22. We escalated this to Matt Jordan. They agreed to go on sale on Saturday, 2/12/22 but had no answer for what would have happened if this was a high-profile event. They said that we only gave them four working hours to prep the event which implied that they stop working at 5 PM and start back at 8 AM. That cadence is unrealistic for third party events.
  - o We had to suggest a solution to go on sale for the ACC Tournament as SG was unable to provide a solution to sell strips for the Tournament. As a result, we had to manually manage inventory for this event by bulk processes. The ACC and their clients were not happy with this process. As of today, new combo events are being created – delivered possibly late August.
  - o Knotfest VIP packages were not displaying properly on 1/18/22. We noticed this on our own, SG missed this during quality assurance for both us and Cleveland.
    - ▪ We were told the only fix is to have a 1:1 ratio for GA and reserved. Adult was selling properly without that ratio in affect. Proposed fix would make the customer see 14 different VIP packages instead of 7. We pushed back.
    - ▪ On 1/19/22, they said the fix is to uncheck a box on the venue map level. Simple fix. Original fix was convoluted for both us and the customer.
    - ▪ We missed out on 24 hours of VIP sales. Artist management did not notice fortunately.
  - o During the Tame Impala on-sale, SG was afraid to overwhelm the system due to an AWS outage the day before. Due to their hesitancy, customers were in the waiting room for an extended period of time and sales were crushed. This caused a big issue with AEG and was still being mentioned over a month later.
- Coupons & Promo Codes
  - o We asked SG several times for the ability to create a coupon or promo code with no password needed. We were told it was not possible but received no feedback on why or if we would work on developing it. On 2/25/22, we sent them a suggestion that we thought would work but received no response from SG. This has since been fixed.
  - o Due to this, we created a BOGO offer with a password for Slipknot. We then found that there was an issue applying the password. SG found the same issue, so they rebuilt the offer. When they did this, they did not update the rules on the updated offer, so it ran for three extra days and resulted in 80 more tickets being sold at half price. This has not been fixed to date.
- API/3rd Party Integrations
  - o We desperately need integration for Groupon, Goldstar and Vettix.

4

HIGHLY CONFIDENTIAL                                                                                       SG-CID-00008202

**DX-0633.0007**

- o Groupon has been in progress but has not been completed. We have to manually fill these orders and it leads to a terrible customer experience.
- Unmanifested Seats
  - o Promoters were able to see our unmanifested hold numbers on Amplify even though SG told us they could not. We had to give 200 UM seats back to Messina for Shawn Mendes who were the only promoters to call it out. This was sent to SG on 1/28/22. Follow up sent on 2/1/22. Another follow-up sent on 2/26/22. Response was to change the name of the lock which is more deceptive. This has since been fixed.

### Nets & Arena

- Price Lists
  - o In March 2022, an issue arose where we could not add price levels to our price lists for both the Nets and the Arena. For several weeks, SG had to perform core restarts of the system every few days. These had to be done overnight to not affect events going on during the day. When a core restart did not work, it took SG over a week to figure out what the issue was and then a patch was deployed to fix the issue on 3/24/22.
  - o We're pricing Prime on behalf of promoter; on other system the promoter does it themselves. It takes time for that to happen (other systems, happens automatically). Still can't price to seat level in an easy way (which loses pricing flexibility for promoters), only to price level. Industry standard b/c it's what promoters expect.
  - o
- Cart Abandonment
  - o The BI team asked SG to provide us with data for known customers who put ticket plans or individual event tickets in their shopping cart, but do not check out. SG told us that they need to check with their legal team to see if they can release that data to us, and that if so, they would need to pull it manually. We know they already do this on their end. We're assuming it's automatic as many of us have gotten emails asking if we "Still want to go?" shortly after abandoning purchases from our event links.
- Resale Floors & Ceilings
  - o When resale was enabled for the Nets, there was a ceiling of $2,500 per ticket. Instead of lifting the ceiling overall, SG required that we provide a list of members to exclude. We would prefer to remove the ceiling all together rather than provide lists every time a sale is made.
  - o ACC Price Floor - We asked that no seats be listed for resale unless they were set to 10-15% over face value. SG implemented it for one event in the tournament and then took it away without telling us. When questioned, they said they thought the market would adjust itself and there would be no need for the floor. This is an example of them prioritizing secondary over primary sales.
- Chargebacks
  - o Notifications on chargebacks that we are responsible for has been poor. We asked SG to update the distribution list where these notifications are sent. This update caused the notifications to stop entirely. This was resolved, but we had to limit the amount of people the notifications were sent to. SG also does not have a way to split these by entity. There is no reminder notification to submit documentation to fight the chargeback and frequently, SG tells us to refer to the settlement report for chargebacks which at that point it's too late to respond, we've already lost it.

5

HIGHLY CONFIDENTIAL

SG-CID-00008203

**DX-0633.0008**

- SeatGeek Payouts
  - When someone resells their ticket, they can elect to have the money as a credit in their account. When they select this, we see the credit in Unify, but there is no reference to the tickets that were sold.  This is problematic for us as we have different bank accounts for the Nets, Arena and Liberty.  SG is currently making assumptions on what bank account to deposit those funds in for us based on the time of year.  For example, in June, they deposited all payouts into the Liberty bank account since the Nets were no longer playing. This caused an issue when someone sold an arena event, and it was deposited into the Liberty bank account.  This becomes problematic when we need to apply the credit to another event or refund it. We need to know this for the finance team to transfer money between bank accounts if, for example, someone wants to use a payout from a Nets event for an arena event.  SG also defaults refunds from payouts to be deducted from the arena bank account, so if the funds were deposited into a different account, that is problematic.
- Refunds / Cancelled Events
  - Issuing refunds require us to have funds in our account on SG's side. We ran into an issue after the Nets playoffs when all the money taken in (even for events that did not happen) was remitted back to us.  When we issued a refund, it would look like it went through in the system but would actually fail.  We only found out about this when customers told us that they had not received their refund.  We had to inquire with SG about the status.  They were not proactive in notifying us.  We also could not issue refunds to customers until we transferred money to SG, and we continue to have to monitor funds in our account before issuing a refund.
  - We bulk refunded all orders for Disney on Ice cancelled shows. A day later, SG told us that we needed to bulk refund the fees. Instead of helping us, they sent a knowledge guide for us to try and decipher. Issue here was the bulk fee refund process works on transaction numbers.  Since the seats had already been refunded, we could no longer see the original transaction numbers. On 1/25/22, SG tried to give us reports to find these, but none of them returned the correct data.  We asked them to give us the transaction numbers, which they did on 1/28/22. We had the same issue with the Strokes and Maniscalco. Same delay before they could provide us with transaction numbers. This specific email thread started on 1/25/22 and ended on 2/8/22.
  - SG accidentally refunded all customers for the cancelled Disney on Ice shows including customers that we exchanged and who attended an earlier show. We found this out when a BSE employee told us they got a refund after attending a show we exchanged them to. SG did not know this happened or tell us before we reached out. SG credited us $12,309.62 for this.
  - Most cancelled or postponed shows have a refund window. We often get emails from SG with reasons of why we should refund customers after the window closes.  They do not seem to understand that this is not our money to refund. Examples include:
    - Customer responded to an automated inbox instead of customer service.
    - Customer asked for a refund during the window (2/8/22). SG then told the customer that the refund was done but did not ask us to refund until after the window had closed (2/24/22).  We denied this refund and we told SG to make it right on their end.
    On 2/20/22, the Harlem Globetrotters 5 PM event, which had been cancelled, displayed 12 PM on the tickets. Guests assumed that their tickets had been exchanged. They were denied at the door and angry at the windows. This led to confusion and long lines. Email was sent to SG at 12:34 PM on 2/20/22 while we

6

**DX-0633.0009**

were dealing with the issues at the windows to see if they can fix. We did not receive a response until 2/23/22 at 6:19 PM and that response said they are looking into it.

- o When we cancel or postpone an event (Disney on Ice, Maniscalco, Strokes, unplayed playoff games), SG told us that we have to handle the returning of seats on our end including sales from SG.com. SG refunded the SG.com purchasers but leaving the tickets on account. SG was updating a shared list of refunds for arena shows, but not notifying the arena team. We ended up having to release hundreds of Strokes tickets one day. Artist management became very angry and led to days of talks and complaints. When we asked for a list of all primary and secondary buyers that were refunded for the Nets playoff games, SG pushed back as to why we needed that info. We discussed on a call on 4/27/22 and was provided the list on 5/13/22, after several asks. Molly Johnson agreed that the arena team was now only responsible to refunding/releasing box office sales and they are refunding/releasing their online sales on their own. Dianna Kertz told the sports team that they would regroup internally for them to figure out the process for sports properties internally. This process should be the same for all sides of our business. For us to have accurate reports, we would need seats to be refunded and returned at the same time. As of today, we believe this issue has been fixed on the arena side, but we need to keep an eye on it.

- Support
  - o During the Nets game on 12/30/21, we had an issue where we could not return tickets from an account because they had been transferred. Email was sent to product support without response. We waited 30 minutes and then called product support several times, which went unanswered.
  - o When we initially brought up renewals, we were told that many of their staff would not be available during All-Star weekend since they would all be in Cleveland. They did eventually have one person on call for us.
  - o Sent a request on Sunday, 03/13/22 asking for our employee offers for the upcoming Nets games to be built. Follow up was sent on Monday morning asking if this could be complete by 10 AM. SG followed up at 9:22 AM saying that our day-to-day contact was out of the office, and they didn't have any resources in the eastern time zone, so this request was well before their working hours.
  - o During a call on Wednesday 2/23/22, we thanked them for having a presence at Elton John (a conversion show) and that we would like them to walk the plaza with us. Molly Johnson with SG told us that this would not be their purpose and they are only going to sit in the Box Office. This was brought to Peter Stern's attention by Adina Erwin, who stated that this was the opposite of what they agreed to in Oct. 2021. We spoke with Dianna Kertz on Friday 2/25/22 and told her we needed a small presence in the Box Office and larger presence outside. She told me that her staff was afraid for their safety at Martin Lawrence, and they were worried about this turning into an HR issue at SG. We confirmed with arena security that there would be a heavy security presence as well as NYPD at Elton, which we relayed to SG on our planning call on Monday 2/28/22.
  - o We've asked SG to require phone numbers for sales of season tickets, but SG has yet to implement any such requirement

7

HIGHLY CONFIDENTIAL

**DX-0633.0010**