

*Confidential*

## MASTER SERVICES AGREEMENT

This Master Services Agreement (the "Agreement"), effective as of ___3/15/2023___, 2023 (the "Effective Date"), is entered into by and among SeatGeek, Inc. ("SeatGeek") and each party whose signature is set forth on the signature page to this Agreement (each, a "Client Party" and collectively, the "Client Parties"). This Agreement consists of this Agreement, Appendix A – Commercial Terms, Appendix B – Statement of Work; and any other exhibits and appendices attached hereto, all of which are incorporated herein by this reference. Each of the Client Parties and SeatGeek are collectively referred to herein as the "Parties" and individually as a "Party".

### RECITALS

**WHEREAS,** SeatGeek offers, on its own behalf and on behalf of third parties whose products, equipment, software or data is integrated into the SeatGeek Platform, the SeatGeek Services, comprising a proprietary search and Sales platform for Tickets to Events, in both the primary and secondary ticketing markets, including associated SaaS services and Software;

**WHEREAS,** the Client Parties desire to engage SeatGeek as the exclusive ticketing service provider to the Utah Jazz ("Team"), a member team of the National Basketball Association ("League") that currently plays its home games at "Vivint Arena" in Salt Lake City, Utah (the "Venue") on the terms and conditions set forth herein;

**WHEREAS,** Client Parties and SeatGeek are simultaneously herewith entering into a sponsorship agreement (the "Sponsorship Agreement") pursuant to which SeatGeek is granted sponsorship rights with respect to the Team;

**WHEREAS,** the Client Parties and SeatGeek desire to enter into this Agreement and the Sponsorship Agreement to mutually promote the success of the Client Parties and SeatGeek; and

**WHEREAS,** as of the Effective Date this Agreement and the Sponsorship Agreement shall replace and supersede that certain Exclusive Ticketing and Sponsorship Term Sheet between SeatGeek and the Client Parties dated July 6, 2022 ("Term Sheet");

**NOW, THEREFORE,** in consideration of the mutual promises set forth herein and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the Parties, the Parties agree as follows:

### AGREEMENT

1.    **Definitions**. As used in this Agreement, the following terms shall have the respective meanings indicated below:

1.1.    "Account" has the meaning given to it in Section 8.1.

1.2.    "Account Balance" has the meaning given to it in Section 8.2.

1.3.    "Acquired Data" means Confidential Information or Personal Data, accessed or obtained by, provided or made available to, or created or generated by the Client Parties or

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0811**

*Confidential*

1.122.      "<u>Update</u>" has the meaning given to it in Section 7.11.

1.123.      "<u>Venue</u>" has the meaning given to it in the Recitals.

1.124.      "<u>Venue Box Office</u>" means the Ticket Sales location(s) located in or at the Venue and as applicable, the systems or interface used to facilitate such Ticket Sales by Client Parties (e.g., for Ticket Sales processed by Client Parties via telephone).

1.125.      "<u>Venue Capacity</u>" means the admission capacity of the Venue for any particular Event.

2.      **Term**.

2.1.      The term of this Agreement (the "<u>Term</u>") shall be as set forth in <u>Appendix A</u>.  The Parties acknowledge that if this Agreement terminates for any reason, the Sponsorship Agreement, which shall run co-terminus with this Agreement, shall terminate.

3.      **Exclusivity; Distribution Partners**.

3.1.      <u>Grant of Exclusive Rights</u>.  Except as specifically set forth herein, Client Parties hereby appoint SeatGeek, commencing on the Start Date through the remainder of the Term (such period, the "<u>Exclusivity Period</u>"), as the exclusive seller (i.e., exclusive as to third parties, as well as to Client Parties and any affiliate) of all Tickets for the Venue Capacity for every Event, via any and all means and methods, including via the internet, apps, social media, bots, by telephone, computer, interactive voice response, outlets, television, clubs, VIP packages, presales, upsells, or by any other means of distribution, whether existing now or at any time in the future.  Without limiting the foregoing, except as specifically set forth herein with regard to Distribution Partners, Client Parties shall not, directly or indirectly, cause or permit any third party to use any Team or Venue Intellectual Property in connection with the Sale of Tickets to Events. Client Parties shall ensure that the entire Venue Capacity for every Event shall be made available for Sale on the SeatGeek Platform. Client Parties shall ensure industry standard availability of Tickets with respect to every Event shall be made available for distribution on the SeatGeek Platform. Except as otherwise set forth herein, Client Parties shall not cause or permit any third party to provide any services reasonably similar to or competitive with the SeatGeek Services on behalf of Client Parties or the Team.

3.2.      <u>Promotional Messaging</u>.  During the Exclusivity Period, SeatGeek will be listed and promoted as the Client Parties' exclusive ticketing partner (the "<u>Designation</u>") in all "call to action" Ticket Sales messaging distributed via channels controlled by the Client Parties (e.g., radio, TV, digital, charitable, in-Venue, social media, and out-of-home).

3.3.      <u>Distribution Partners</u>.  Client Parties and certain third party distribution partners approved by SeatGeek, with such approval not to be unreasonably withheld (each, a "<u>Distribution Partner</u>") shall have the right to sell Tickets to Events; provided that the Sale of Tickets by Distribution Partners shall be subject to (i) at SeatGeek's election, SeatGeek serving as the merchant of record; (ii) the use by any such Distribution Partner of the SeatGeek Platform as provided for herein, including compliance with any bar code requirements; (iii) any such Distribution Partner complying with generally applicable terms and conditions for the Sale of Tickets with which the Client Parties require SeatGeek to comply; and (iv) the requirement that the Client Parties not cause or permit any Distribution Partner in SeatGeek's Commercial Category to use the Designation or any similar designation to refer to its affiliation with the Client

9

HIGHLY CONFIDENTIAL

SG-USVLN-00094258

DX-0811.0009

DocuSign Envelope ID: 2EC9B420-5830-3827-39A8-D6F8DF58185

*Confidential*

Parties.  SeatGeek will authenticate Tickets (i.e., re-issue barcodes) on all Ticket Sales made by or on behalf of Distribution Partners.  In furtherance of this third-party distribution, SeatGeek will (x) broadcast Client Parties' relevant Ticket inventory to Distribution Partners; and (y) make available and require usage of its barcode reissue API (e.g., in connection with re-Sales or transfers of Tickets) to Distribution Partners.  Services with respect to the development or implementation of a distribution partner with whom SeatGeek does not already have a relationship may be subject to fees at SeatGeek's then current rate.

3.4. <u>API Requirements</u>.  SeatGeek shall make available its standard application programming interface, SDK or other digital interfaces (collectively, "<u>APIs</u>") to enable Distribution Partners' and API Access Token Holders' permitted use of the SeatGeek Platform.  Client Parties shall cause each such Distribution Partner and API Access Token Holder (i) to use such APIs to connect to the SeatGeek Platform; (ii) to grant to SeatGeek the necessary rights and to provide to SeatGeek the assistance reasonably necessary in order to operate and maintain such APIs; and (iii) to use such API access, including any and all reporting or other data or materials resulting therefrom, solely for the benefit of the Client Parties' internal business operations.  Distribution Partners and API Access Token Holders who wish to use such APIs shall be required to execute and comply with SeatGeek's API license agreement and to maintain any insurance coverage, hardware, software, systems, connectivity, networks and other information technology assets reasonably required in order to use such APIs, in each case at such party's sole expense.

3.5. <u>Access to On-Sale and Pre-Sale Tickets</u>.  Notwithstanding anything herein to the contrary, Client Parties will ensure SeatGeek has the exclusive right to Sell Tickets from the Venue Capacity to every Event at least seventy-two (72) hours prior to the time (e.g., the pre-Sale date or on-Sale) that any Distribution Partner has the right to Sell Tickets to any such Event or Events.

4. **Marketing and Analytics Support**.  As between the Parties, Client Parties shall have sole responsibility for outbound marketing and promotion of Sales of Tickets, including employing and/or retaining all Ticket Sales representatives and personnel (for the avoidance of doubt, such individuals shall use the SeatGeek Platform in order to effect such Sales as set forth herein).  Notwithstanding the foregoing sentence, SeatGeek shall provide the Client Services as set forth in <u>Appendix B</u>, the non-public and any proprietary aspects of which shall be considered SeatGeek Confidential Information and may not be used by Client Parties for any purpose other than for advertising and promoting the Sale of Tickets to Events hereunder.

5. **Compensation**.

5.1. <u>SeatGeek Charges and Fees</u>.  In consideration for providing the SeatGeek Services hereunder, SeatGeek shall assess and receive charges and fees in the amounts set forth in <u>Appendix A</u>.  SeatGeek shall remit fees in accordance with the terms herein, and Client Parties shall remit fees to SeatGeek by ACH or wire transfer (at SeatGeek's discretion and direction). In the event applicable Law or League Rules prohibit the assessment of any charges or fees to consumers as contemplated under this Agreement, SeatGeek and Client Parties shall agree on alternative means for compensating each of SeatGeek and Client for amounts that would have been paid to such Party but for the applicable Law and/and League Rules prohibiting the assessments of such amounts.

6. **Proprietary Rights; Access and Use License; Obligations and Responsibilities**.

10

HIGHLY CONFIDENTIAL

SG-USVLN-00094259

**DX-0811.0010**

*Confidential*

IN WITNESS WHEREOF, the Parties have caused this Agreement to be duly executed as of the Effective Date.

SeatGeek:                        **SEATGEEK, INC.**

By: *Jack Groetzinger*
Name: Jack Groetzinger
Title: President

Address for Notices:
SeatGeek, Inc.
Attn: General Counsel
902 Broadway, Floor 10
New York, NY 10010

With a copy to legal@seatgeek.com

Client Parties:                  **JAZZ BASKETBALL INVESTORS LLC**

By: *Chris Barney*
Name: Chris Barney
Title: Chief Commercial Officer

**JAZZ ARENA INVESTORS LLC**

By: *Chris Barney*
Name: Chris Barney
Title: Chief Commercial Officer

Address for Notices:
Utah Jazz
Attn: General Counsel
1420 South 500 West
Salt Lake City, UT 84115

With a copy to legal@utahjazz.com

31

HIGHLY CONFIDENTIAL                                          SG-USVLN-00094280

**DX-0811.0031**



*Confidential*

## APPENDIX A

### Commercial Terms

## Term and Scope

| | |
|---|---|
| Term and Effective Date | Key Term Dates:<br>• Effective Date: as defined in the Agreement.<br>• End Date: Ten (10) years following the Start Date<br>The term of this Agreement (the "Term") shall begin on the Effective Date and continue for a period of ten (10) years following the Start Date, unless sooner terminated in accordance with the terms of this Agreement. |
| Start Date | "Start Date" means the earlier of October 1, 2023, or the date on which the Sale of Tickets via the SeatGeek Platform actually commences as mutually agreed by the Parties in writing. |
| Team(s) | Utah Jazz. |
| Venue(s) and Location | Vivint Arena<br>301 South Temple, Salt Lake City, Utah 84101 |



*1*

HIGHLY CONFIDENTIAL

SG-USVLN-00094281

**DX-0811.0032**

DocuSign Envelope ID: 2EC92420-5330-3927-39A3-D6F8DF56185



Confidential



## Ticket Fees

The Parties shall add, collect and retain the fees as set forth herein.

| Primary Ticketing | |
|---|---|
| SeatGeek Ticket Fee by Event Type | For all online Sales of individual Event Primary Tickets (including Ticket bundles, i.e., "Family 4-Packs", flex plans, etc.) via the SeatGeek Platform ("Primary Fee Eligible Tickets"), SeatGeek will charge a per Ticket service fee equal to a percent of the █████ of the Ticket (the "Primary Ticket Fee") as follows:<br><br>Team Events: in the range of ███████ to be determined by SeatGeek prior to the beginning of each Contract Year.<br><br>Third-Party Events: in the range of ██████ to be determined by SeatGeek prior to the beginning of each Contract Year.<br><br>In addition, (i) SeatGeek shall have the right to set order fees consistent with industry standard, provided that order fees shall not exceed █ per order, and (ii) Client Parties shall have the right to set the Client Party Event Fees (defined below). |
| Tickets Excluded from SeatGeek Fee | The following Tickets shall not be Primary Fee Eligible Tickets, and therefore are not subject to a Primary Ticket Fee:<br>• Season Tickets<br>• Renewals<br>• Group Sales<br><br>"Renewals" means an existing account, season ticket plan or partial season ticket plan that is renewed for the subsequent season.<br>"Season Tickets" means a ticket package purchased for a series of Events by a purchaser that did not already purchase a ticket package for the previous season.<br>"Group Sales" means a Sale of at least ten █ Tickets for an Event designated by the Client Parties in the SeatGeek Platform as a group Sale or Client Back Office Sale with the intent that such Tickets will not be made available for re-Sale and are not designated with the intent to circumvent the Primary Ticket Fee. |

HIGHLY CONFIDENTIAL

SG-USVLN-00094282

DX-0811.0033



Confidential

| Primary Ticketing | |
|---|---|
| Revenue Share on ▮ ▮▮▮▮▮▮▮▮ | SeatGeek shall pay Client Parties a percent of the ▮▮▮▮▮▮▮▮▮▮nue in respect of Sales of Primary Fee Eligible Tickets, to be remitted to the Client Parties on a weekly basis. Revenue share percentages or ▮▮▮▮▮▮▮▮▮▮▮ are as follows:<br><br>Team Events: ▮▮▮▮▮▮▮▮<br><br>Third-Party Events: ▮▮▮▮▮▮▮ ("Third-Party Event Primary RevShare") |

HIGHLY CONFIDENTIAL

SG-USVLN-00094283

**DX-0811.0034**

DX-0811.0035



Confidential

| Primary Ticketing | |
|---|---|
| Additional Fees | Unless approved by Client Parties in writing, SeatGeek shall not add or apply to Primary Fee Eligible tickets any fees or charges other than the fees contemplated herein and any applicable taxes (e.g., there will be no additional delivery or processing charges).<br><br>Client Parties may add additional fees for a particular Event (a "Client Party Event Fee"), which, if added, will be added to the Ticket Receipts for the Tickets to such Event, and SeatGeek shall remit such Client Party Event Fee to Client Parties. |

| Secondary Ticketing | |
|---|---|
| Purchaser and Seller Fees | In connection with the Sale of Secondary Tickets via the SeatGeek Platform, SeatGeek will set ████████████ at its sole discretion (such fees, the "Secondary Ticket Fees"). |
| Revenue Share on ██ Secondary Fee Revenue | With respect to Sales of Secondary Tickets to Team Events via the SeatGeek Platform, SeatGeek shall pay Client Parties a percent of the ██ Secondary Fee Revenue ("Team Events Secondary RevShare") to be paid on a monthly basis within thirty (30) days after the end of the calendar month in which such ██ Secondary Fee Revenue was received by SeatGeek. Team Events Secondary RevShare are as follows:<br><br>|  Annual Team Event Secondary Ticket Receipts* | Team Events Secondary RevShare |<br>|---|---|<br>| ████████ | ████████ |<br><br>With respect to Sales of Secondary Tickets to Third-Party Events via the SeatGeek Platform, SeatGeek shall pay Client Parties ████████ of the ██ Secondary Fee Revenue to be paid on a monthly basis within thirty (30) days after the end of the calendar month in which such ██ Secondary Fee Revenue was received by SeatGeek. |
| Fee Reports | SeatGeek shall provide the Client Parties with a transaction-level breakdown of all Secondary Ticket fees. Such reports will be provided to Client Parties on a monthly basis. |

*i.e., Tickets Receipts charged for the Sale of Secondary Tickets.

## Payment Transactions

Details pertaining to the Payment Service Provider, SeatGeek services, and processing fees are outlined below.

5

HIGHLY CONFIDENTIAL

SG-USVLN-00094285

**DX-0811.0036**



*Confidential*

**SEATGEEK, INC.**

By: *Jack Groetzinger*

Name: Jack Groetzinger

Title: President

Date: 3/28/2023


Client Parties:

**JAZZ BASKETBALL INVESTORS LLC**

By: *Chris Barney*

Name: Chris Barney

Title: Chief Commercial Officer

Date: 3/15/2023

**JAZZ ARENA INVESTORS LLC**

By: *Chris Barney*

Name: Chris Barney

Title: Chief Commercial Officer

Date: 3/15/2023

9

HIGHLY CONFIDENTIAL

SG-USVLN-00094289

**DX-0811.0040**