**SEATGEEK, INC. SELECTED FINANCIAL METRICS**



| | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP Financials (Audited)** | | | | | | | | | | |
| Net Revenue | | | | | | | | | | |
| Cost of Revenue | | | | | | | | | | |
| **Gross Profit** | | | | | | | | | | |
| *Gross Margin* | | | | | | | | | | |
| | | | | | | | | | | |
| S&M | | | | | | | | | | |
| G&A | | | | | | | | | | |
| R&D | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | |
| | | | | | | | | | | |
| **Operating Income/(Loss)** | | | | | | | | | | |
| | | | | | | | | | | |
| **Non-GAAP Metrics (Unaudited)** | | | | | | | | | | |
| Marketplace GTV | | | | | | | | | | |
| Marketplace Revenue | | | | | | | | | | |
| Marketplace Take Rate | | | | | | | | | | |
| Normalized Net Revenue (NNR) | | | | | | | | | | |
| Adj Contribution Profit | | | | | | | | | | |
| Adj EBITDA | | | | | | | | | | |
| Adj EBITDA Margin % | | | | | | | | | | |

*Notes:*

**HIGHLY CONFIDENTIAL**

N0. 1:24-cv-03973-AS
Def's Trial Exhibit
**DX-1188**

Exhibit
**JX-2543**
J. Waack    10/06/25