DX-1393(7)

Bates: SG-CID-00000183 – SG-CID-00000190

SeatGeek and Austin FC Ticketing Contract



**Exclusive Ticketing and Sponsorship Term Sheet**

This Exclusive Ticketing and Sponsorship Term Sheet ("Term Sheet") is entered into as of the 23rd day of July 2019 (the "Execution Date"), by and between SeatGeek, Inc. ("SeatGeek"), Austin TeamCo, LLC ("Austin FC" or "Club") and Austin StadCo, LLC ("StadCo" together with Austin FC, "Licensor"), in order to summarize the key terms upon which (a) SeatGeek shall become the exclusive ticketing partner to Club, which (i) operates the "Austin FC" soccer team (the "Team") in Major League Soccer ("MLS"), which will begin playing its home games at "Austin FC Stadium" in the 2021 MLS season, and (ii) has been appointed by MLS to serve as its exclusive agent with authority to license local commercial affiliations, subject to MLS approval, (b) SeatGeek shall become the exclusive ticketing partner to the first-class stadium being constructed by StadCo in Austin, Texas (the "Stadium") where, once complete, the Team will play its home games, which is expected to occur for the 2021 MLS season and (c) SeatGeek shall become a sponsor of the Club and Stadium.

As soon as practicable following the Execution Date, Licensor and SeatGeek (each a "Party" and, together, the "Parties") shall enter into expedited, good faith negotiations with respect to, and intend to execute a long-form Sponsorship Agreement, which shall include an Exclusive Ticket Sales Services Agreement, (collectively the "Agreements") based on the terms set forth in this Term Sheet, and other terms and conditions, consistent with the standard terms and conditions of the form agreement approved by MLS; provided, however, that this Term Sheet shall be binding upon the Parties and shall remain in full force and effect until the Parties having executed such Agreements. In the event the Parties have not executed such Agreements four (4) months from the Execution Date, the Parties shall work together with MLS in an expedited manner to finalize the Agreements consistent with MLS standard terms and conditions.

| **Effective Date; Seasons** | Five (5) seasons beginning on January 1, 2021 or such other date as mutually agreed to support Team's 2021 season and ending on December 31, 2025 (the "Term"). Each January 1 through December 31 will be deemed a contract year. For purposes of clarification, this Term Sheet will be effective and binding as of the Execution Date, but the sale of tickets commences in connection with ticket sales for the Team's 2021 season or such earlier date as mutually agreed by the Parties. |
|---|---|
| [REDACTED] | SeatGeek shall be an official sponsor of the Club and the Stadium and shall make certain sponsorship investments over the Term as follows:<br><br>• Contract Years 2021-2025<br>  ○ Sponsorship Investment: [REDACTED] in contract year 2021 and [REDACTED] by [REDACTED] per year through contract year 2025<br>  ○ Payable to Club in 4 equal payments throughout the contract year (January 1, April 1, July 1, and October 1)<br>  ○ SeatGeek shall receive sponsorship benefits and assets of equal or greater value than the Sponsorship Investment. The parties shall work together in good faith to ensure that the full Sponsorship Investment value is realized by SeatGeek and will mutually agree upon all sponsorship assets not later than July 1, 2020.<br><br>• Signing Bonus<br>  ○ Upon execution of the Agreements, SeatGeek shall pay to Club a one-time signing bonus of [REDACTED]<br>  ○ SeatGeek to receive mutually agreeable sponsorship assets in connection with the Club's launch of its inaugural season equal in value to the signing bonus<br><br>• Experience Center Entitlement<br>  ○ Upon opening the Experience Sales Center, SeatGeek shall pay to Club an entitlement sponsorship for the Sales Igloo Experience of [REDACTED] |

| | |
|---|---|
| | for each year the center is open prior to the Club's inaugural match in 2021 with the total aggregate entitlement sponsorship not to exceed [REDACTED]<br>○ SeatGeek to receive mutually agreeable physical and digital sponsorship assets beginning as soon as commercially reasonable following execution of this Term Sheet in connection with the launch of the Experience Sales Center equal in value to the entitlement sponsorship and including, without limitation, prominent exposure in the Experience Center.<br><br>In connection with the sponsorship assets referenced herein, the Parties agree to meet at least once per year to discuss in good faith any reasonable adjustments to the assets.<br><br>The parties will agree on the "official" designations for SeatGeek in connection with its sponsorship. SeatGeek will have category exclusivity for all Club-controlled assets but will work in good faith with the Club to review and approve exceptions for Distribution Partners (as defined below) on a case-by-case basis. The Sponsorship Agreements between the Parties shall be negotiated in good faith and contain commercially reasonable terms and conditions and be subject to MLS rules. |
| [REDACTED] | MLS will pay to Club a bonus of [REDACTED]) in mutually agreeable intervals for sponsorship. |
| **Exclusive Ticketing Partner** | Licensor will not, directly or indirectly, enter into any agreement with, or otherwise grant any rights and/or provide any advertising, promotional, marketing, sponsorship, or activation benefits to, any third party that offers or provides online or offline ticketing products or services. SeatGeek shall be the exclusive seller of all tickets for all Events and Licensor shall not, directly or indirectly, cause or permit any third-party to use any Club intellectual property in connection with the sale of tickets to Events.<br><br>In consideration for the ticketing services, Licensor shall pay to SeatGeek the fees set forth in Appendix A as mutually agreed and finalized by the Parties.<br><br>In each contract year in which Club plays a full MLS season, SeatGeek will guarantee to Club (i) total primary fee revenue of at least [REDACTED] for Team events; (ii) total primary fee revenue of at least [REDACTED] for all other third party programming at venues owned and/or operated by StadCo in the Austin metro area; and (iii) total secondary fee revenue of at least [REDACTED] for Team events.<br><br>For purposes of this Term Sheet "Events" means a concert, sporting, entertainment, cultural or other act or event of any kind or nature whatsoever for which a ticket is required for entry and that is sanctioned, promoted, operated or otherwise arranged (a) by or on behalf of the Club and/or (b) at the Stadium; provided that "Events" shall not include any third-party sanctioned, promoted, or operated act or event at the Stadium if the operator of such third-party act or event has an exclusive ticketing partner other than SeatGeek (an "Excluded Event"). Licensor shall use commercially reasonable efforts to attempt to obtain ticketing rights for any act or event at the Stadium prior to designating such act or event an Excluded Event, but shall have no obligation or liability for a third party ticket provider or platform selling tickets to an Excluded Event. |
| **Third Party Event Support** | SeatGeek will offer to match every dollar spent by Club towards third-party event promotion efforts at the Stadium and amphitheater ("co-promotion"). In the event SeatGeek does co-promote a particular third-party event, SeatGeek will share in all event economics on an equal basis with Club. The foregoing co-promotion offer |

IN WITNESS WHEREOF, the Parties have caused this Term Sheet to be duly executed as of the Execution Date.

Accepted and agreed by:

**SEATGEEK, INC.**

By:
Name: Russell D'Souza
Title: COO

**AUSTIN TEAMCO, LLC**

By:
Name: Andy Loughnane
Title: President

**AUSTIN STADCO, LLC**

By:
Name: Andy Loughnane
Title: President

Approved by:

**MAJOR LEAGUE SOCCER, L.L.C**

By:
Name: Gary Stevenson
Title: Deputy Commissioner

## APPENDIX A

Ticket Fees

**Primary Fee Structure**

SeatGeek will set, retain and remit to Club fees according to the following fee ranges:

**Austin FC Fee Schedule (SeatGeek)**

| | | Austin FC | | College Football, Concerts, Intl Soccer, etc. | | Family, Dirt, Other | | Stadium Tours | |
|---|---|---|---|---|---|---|---|---|---|
| Base ticket price | | Per ticket fee* | | | | | | | |
| [redacted] | [redacted] | Low | High | Low | High | Low | High | Low | High |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted]0 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted]9 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Rebate to Austin FC | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |

SeatGeek will add any applicable tax and processing costs to ticket purchase price.

*Confidential and proprietary*

HIGHLY CONFIDENTIAL SG-CID-00000189

**Team Secondary Fee Structure**

SeatGeek will rebate to Club a variable percentage of [redacted] secondary fee revenue [redacted] according to annual [redacted] for Team games (i.e., resale price of ticket plus any associated fees) transacted on SeatGeek (and including fee revenue generated from any distributed secondary sales) as follows:

| Austin FC Home Match Secondary [redacted] [redacted] on SeatGeek | [redacted] |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

For clarity, the secondary fee structure is specific to each revenue band and is not retroactive or cumulative: SeatGeek will rebate [redacted] of [redacted] and [redacted] of the [redacted] secondary fee revenue on any additional secondary [redacted].

SeatGeek will establish the [redacted] fees on a dynamic basis.

SeatGeek will work with Club to identify best practices as they relate to the interplay between primary and secondary ticket sales. Further, SeatGeek will work in good faith with Club to enable mutually agreeable inventory and pricing mechanisms intended to successfully address this issue.To the extent SeatGeek adopts such policies, Club agrees that its broker partners will abide by the same parameters on all channels they list inventory.