DX-1393(9)

Bates: SG-CID-00000227 – SG-CID-00000254

SeatGeek and Baltimore Ravens Ticketing Contract

DX-1393.0152



**Exclusive Ticketing and Sponsorship Term Sheet**

This Exclusive Ticketing and Sponsorship Term Sheet ("Term Sheet"), effective as of October 21, 2022 (the "Effective Date"), is made and entered into by and between SeatGeek, Inc. ("SeatGeek") and Baltimore Ravens Limited Partnership (the "Client"), in order to summarize the key terms, including certain exclusivity terms, upon which SeatGeek shall become (a) an exclusive primary ticketing partner to the Baltimore Ravens ("Team"), a member franchise of the National Football League ("NFL" or "League"), and an exclusive primary ticketing partner to the stadium currently known as "M&T Bank Stadium" in Baltimore, Maryland ("Stadium") and (b) a sponsor of the Team and Stadium. This Term Sheet consists of this Term Sheet, Appendix A - Additional Deal Terms, Appendix B - Sponsorship Assets, Appendix C - Client Equipment Counts, Appendix D - Primary Integration Requirements, and any other Exhibits or Appendices attached hereto, all of which are incorporated herein by this reference.

The Client and SeatGeek (each a "Party" and, together, the "Parties") intend to execute a long-form Exclusive Ticket Sales Services Agreement and a Sponsorship Agreement (together, the "Agreements") regarding the terms set forth herein, and other terms and conditions commonly included in such agreements; provided, however, that this Term Sheet shall create a binding obligation on the Parties to negotiate definitive Agreements in good faith and shall remain in full force and effect unless and until such Agreements have been executed by the Parties. The Agreements between the Parties shall contain commercially reasonable terms and conditions substantially in the form of SeatGeek's ticketing services agreements with other League member clubs and consistent with the terms of this Term Sheet. It is anticipated that the Parties may enter into two separate sets of long form agreements relating to (x) Team Events, and (y) non-Team Events (as defined below). "League Rules" has the meaning ascribed herein, and to the extent applicable, the terms of the Agreements and this Term Sheet are subject to League Rules.

| SeatGeek Services | SeatGeek shall provide each of the following services to the Client (the "SeatGeek Services"):<br><br>• Ticketing platform, including mobile and web applications, for the primary sale of tickets (the "Primary Platform");<br><br>• Secondary marketplace platform, including mobile and web applications, for the secondary sale and exchange of tickets (together with the Primary Platform, the "SeatGeek Platform"), which is provided for non-Team Events and for Team Events to the extent expressly permitted by League Rules;<br><br>• Verification and fulfillment services;<br><br>• Marketing services;<br><br>• Integration, testing and training;<br><br>• SeatGeek view from seat imagery and interactive seat map for Team single game ticket purchasing experience;<br><br>• Hosting, maintenance and support; and<br><br>• Periodic updates and enhancements, including updates and adoption of latest ticketing and visitor management systems.<br><br>Additional commercial terms are set forth herein as Appendix A. In consideration for SeatGeek providing the SeatGeek Services, SeatGeek shall receive the fees |

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000227

DX-1393.0153

| | |
|---|---|
| | set forth in <u>Appendix A</u>. The Parties agree that the Exclusive Ticket Sales Services Agreement will outline specifications for the installation and set up of SeatGeek services, customer support and a representation that the SeatGeek Services will be provided in a professional and workmanlike manner. In the event any applicable law, rule or regulation prohibits the assessment of any charges or fees to consumers described in this Term Sheet, the Parties shall agree on alternative means, as permitted by applicable law, rule or regulation, for compensating each of SeatGeek and Client for amounts that would have been paid to such Party but for the applicable law, rule or regulation prohibiting the assessment of such amounts. |
| **Term and Termination** | The term of this Term Sheet shall begin on the Effective Date and expires on March 31, 2027, unless sooner terminated in accordance with its terms (the "<u>Initial Term</u>"), subject to SeatGeek remaining an approved ticketing partner of the League; provided that the term shall automatically extend through March 31, 2029 if, as of March 31, 2027 SeatGeek is approved by the NFL to provide NFL clubs the SeatGeek Services; provided further that the Parties may mutually agree to extend this Term Sheet and/or the Agreements on the same terms for up to two consecutive two-year terms commencing as of April 1, 2029 (the Initial Term together with any renewal terms, the "<u>Term</u>"), such renewal also subject to SeatGeek remaining an approved ticketing partner of the League. "<u>Start Date</u>" shall mean April 1, 2023 unless an earlier date is mutually agreed by the Parties. Each year of the Term from April 1 to March 31 shall be referred to as a "<u>Contract Year</u>."

A Party may terminate this Term Sheet or the Agreements in the event that the counterparty breaches the Term Sheet or the Agreements in any material respect and the other party has failed to remedy such breach within thirty (30) days of notice of breach. In the event SeatGeek terminates this Term Sheet or the Agreements, as applicable, as a result of a breach by Client, Client shall repay to SeatGeek a pro rata portion of the applicable Contract Year's Sponsorship Fee.

The Parties further agree that if either Party terminates either of the Agreements as a result of a breach by the other Party, the other Agreement would automatically terminate (i.e., if SeatGeek breaches the Exclusive Ticket Sales Services Agreement, and Client terminates the Exclusive Ticket Sales Services Agreement, the Sponsorship Agreement would automatically terminate). |

2

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000228

**DX-1393.0154**



DX-1393.0155

3

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000229

**DX-1393.0155**



4

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000230

**DX-1393.0156**



| Exclusive Primary Ticketing Partner | SeatGeek acknowledges that the Team has a pre-existing relationship with Ticketmaster for secondary ticketing services (and otherwise is a participant in the League-wide Ticketmaster agreement for resale services) for Team Events.<br><br>With that exception, following the Start Date (i) with respect to Events (defined below) scheduled to take place during the Term, the Client shall not, directly or indirectly, enter into any agreement with, or otherwise grant any rights and/or provide any advertising, promotional, marketing, sponsorship, or activation benefits to, any third party entity that falls within the Category; and (ii) SeatGeek shall be the exclusive third- |

5

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000231

**DX-1393.0157**

party seller of all primary tickets for all Events scheduled to take place during the Term via any and all means and methods, including via the internet, apps, social media, bots, by telephone, computer, IVR, outlets, television, clubs, VIP packages, presales, upsells, or by any other means of distribution, whether existing now or at any time in the future. Notwithstanding the foregoing, Client will not be precluded from allowing sponsors or partners to include tickets in travel, experiential, or other packages so long as selling tickets is not the core business of such sponsor or partner (e.g. Travel Companies, Hotels, Restaurants, Destination Marketing Organizations, Commercial & Retail Banking).



6

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000232

DX-1393.0158

DX-1393.0159



7

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000233

**DX-1393.0159**



DX-1393.0160

8

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000234

**DX-1393.0160**



9

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000235

DX-1393.0161



10

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000236

**DX-1393.0162**



11

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000237

**DX-1393.0163**



12

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000238

**DX-1393.0164**



13

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000239

**DX-1393.0165**



DX-1393.0166

[Signatures follow.]

14

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000240

**DX-1393.0166**

IN WITNESS WHEREOF, the Parties have caused this Term Sheet to be duly executed as of the Effective Date.

**BALTIMORE RAVENS LIMITED PARTNERSHIP**

By: _____

Name: Sashi Brown

Title:  President

**SEATGEEK, INC.**

By: _____

Name: Jack Groetzinger

Title:   Chief Executive Officer

15

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000241

**DX-1393.0167**



## APPENDIX A

### Additional Deal Terms

The Parties shall add, collect and retain the fees as set forth herein.

**Primary Ticketing**

For all online sales of individual Event primary tickets via the SeatGeek Platform, SeatGeek will charge and retain the Primary Team Ticket Fee, the Primary Non-Team Ticket Fee, the Online Order Fee, and the Group Order Fee (collectively, "Fees") consistent with this Appendix A:

"Primary Team Ticket Fee": a fee of ████████████████████ on all Team Events.

"Primary Non-Team Ticket Fee": a mutually agreed upon industry standard service fee per ticket and Event type that results in a blended average fee for primary Non-Team tickets of █████

"Online Order Fee": an online order fee of ██████████████.

"Group Order Fee": a fee of ████████████ for online group sales.

For the avoidance of doubt, SeatGeek will not assess fees for renewals or any other back office internal ticket sales, and Fees for charity, free Events and any tickets priced ████████████ for Team Events will be waived.

Client may set and **retain a facility fees** for a particular Event in its sole discretion (a "Client Event Fee"), which, if added, will be added to the ticket receipts for the tickets to such Event, and SeatGeek shall remit such Client Event Fee to Client in accordance with the terms of this Term Sheet and the Agreements.

Notwithstanding the Primary Team Ticket Fee above, Client agrees to conduct ██████████ agreeable to Client, of ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**Primary Ticketing Third Party Events Bonus**

SeatGeek will pay Client bonuses for Qualifying Third Party Events commencing with the third Qualifying Third Party Event as follows:

| Number of Qualifying Third Party Events | Each Bonus Payment | Cumulative Bonus Payments |
|:---:|:---:|:---:|
| █ | ████████ | ████████ |
| █ | ████████ | ████████ |
| ██ | ████████ | ████████ |

"Qualifying Third Party Event" means a Non-Team Event held at Stadium with a minimum of ████████████ ████████████ sold on the SeatGeek Platform.

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000242

**DX-1393.0168**

**Secondary Ticketing**

In connection with the sale of Non-Team secondary tickets via the SeatGeek Platform, SeatGeek will set ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ at industry standard rates in its sole discretion ("Secondary Fees"). Promoters for third party events shall have the ability to disable the re-sale of tickets via the SeatGeek Platform in their discretion; provided that they do so consistent with their practice at other venues on the same tour.

SeatGeek shall remit to ▮▮▮▮▮▮▮▮▮▮▮▮ of Secondary Fees actually received by SeatGeek ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Upon Client's request, SeatGeek shall provide Client with a transaction-level breakdown of all Secondary Fees.



2

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000243

**DX-1393.0169**



*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000244

**DX-1393.0170**



*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000245

**DX-1393.0171**

DocuSign Envelope ID: A59E0E49-A770-4B73-9AE5-450BD2D59110



*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000246

**DX-1393.0172**



*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000247

**DX-1393.0173**

DX-1393.0174



*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000248

DX-1393.0174



DX-1393.0175

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000249

**DX-1393.0175**



DX-1393.0176

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000250

**DX-1393.0176**

DX-1393.0177



10

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000251

DX-1393.0177



DX-1393.0178

11

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000252

**DX-1393.0178**

HIGHLY CONFIDENTIAL

DX-1393.0179



*Confidential and proprietary*

SG-CID-00000253

DX-1393.0179



13

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000254

**DX-1393.0180**