DX-1393(13)

Bates: SG-CID-00002022 – SG-CID-00002033

SeatGeek and Chickasaw Nation Ticketing Contract

DX-1393.0309



**Exclusive Ticketing and Sponsorship Term Sheet**

This Exclusive Ticketing and Sponsorship Term Sheet ("Term Sheet") is entered into as of the 14th day of May 2020 (the "Effective Date"), by and between SeatGeek, Inc. ("SeatGeek") and The Chickasaw Nation, a federally recognized Indian tribe possessing sovereign immunity from unconsented suit acting by and through its Department of Commerce with governmental gaming offices located at 2020 Lonnie Abbott Blvd. Ada, Oklahoma 74820 ("Nation"), in order to summarize the key terms upon which SeatGeek shall become (a) the exclusive ticketing partner to Nation, which operates the WinStar World Casino and Resort and Riverwind Casino (each a "Venue" and together the "Venues") and (b) a sponsor of the Nation and the Venues.

As soon as practicable following the Effective Date, Nation and SeatGeek (each a "Party" and, together, the "Parties") shall enter into expedited, good faith negotiations with respect to, and intend to execute a long-form Exclusive Ticket Sales Services Agreement (the "Agreement") based on the terms set forth in this Term Sheet, and other industry standard terms and conditions; provided, however, that this Term Sheet shall be binding upon the Parties and shall remain in full force and effect until the Parties have executed such Agreement.

| | |
|---|---|
| **Effective Date;** | Five (5) years beginning on the later of (i) July 1, 2020 and (ii) the date of the first live event at a Venue following the Effective Date (the "Commencement Date") and ending on the date that is five (5) years after the Commencement Date (the "Term"). The Commencement Date through each one year anniversary of the Commencement Date will be deemed a contract year. This Term Sheet will be effective and binding as of the Effective Date, but the sale of tickets through the SeatGeek platform commences in connection with Events (as defined below) beginning July 1, 2020 at the WinStar World Casino and Resort and beginning August 1, 2020 at Riverwind Casino. |
| **Exclusive Ticketing Partner** | Except as otherwise approved in writing by SeatGeek, Nation will not, directly or indirectly, enter into any agreement with, or otherwise grant any rights and/or provide any advertising, promotional, marketing, sponsorship, or activation benefits to, any third party that offers or provides online or offline ticketing products or services similar to those provided by SeatGeek. SeatGeek shall be the exclusive seller of all tickets for all Events and Nation shall not, directly or indirectly, cause or permit any third-party to use any Nation or Venue intellectual property in connection with the sale of tickets to Events without the consent of SeatGeek.<br><br>In consideration for the ticketing services, SeatGeek shall set and retain the fees set forth in Appendix A. In the event applicable law prohibits the assessment of any such fees, the Parties shall agree on alternative means for compensating SeatGeek for its services in amounts reasonably comparable to those set forth in this Term Sheet, and as permitted by applicable law.<br><br>For purposes of this Term Sheet, "Events" means a concert, sporting, entertainment, cultural or other act or event of any kind or nature whatsoever for which a ticket is required for entry and that is sanctioned, promoted, operated or otherwise arranged at the Venues or any other casino properties owned or operated by the Nation during the Term. |

HIGHLY CONFIDENTIAL

SG-CID-00002022

| Distribution Partners | SeatGeek will broadcast relevant Venue ticket inventory to a network of Nation-sanctioned distribution partners ("Distribution Partners"):<br><br>• SeatGeek will impose no restriction on Distribution Partner transaction volume for Nation or other third party events;<br><br>• SeatGeek will make available and require usage of barcode reissue API (e.g., resale, transfers) to sanctioned Distribution Partners; and<br><br>• Nation may pursue commercial agreements with Distribution Partners.<br><br>All Distribution Partners will be part of SeatGeek's Distribution Partner program and will enter into standard Distribution Partner terms and conditions. |
|---|---|
| Implementation, Training and Support | SeatGeek will provide mutually agreeable implementation, training and ongoing support for Nation and Venue staff. |
| Marketing & Analytics Support | SeatGeek will provide partner services valued at ▮▮▮ annually consisting of:<br><br>• Analytics and reporting: Access to the standard modules of SeatGeek's analytics and reporting portal, Amplify;<br>• Database marketing: Database marketing (e.g., e-mail, push notification, in-app promotions) to promote events to qualified SeatGeek users;<br>• Performance marketing: Search engine optimization (SEO) and search engine marketing (SEM);<br>• Partner marketing manager: SeatGeek will assign a marketing manager to help Nation use marketing analytics and business intelligence tools;<br>• Strategic partner manager: SeatGeek will assign a strategic partner manager to support relevant ticket sales and strategy workflows;<br>• Support specialist: SeatGeek will assign a support specialist to assist with ticket operations workflows; and<br>• Partner-minded customer service: SeatGeek will provide in-house event experts to handle in-bound customer inquiries related to ticketing. |
| Hosting | The SeatGeek ticketing platform will be delivered as a SaaS service, meaning the hosting and management of the platform will be managed by SeatGeek. This includes software management, security services, system upgrades, network and other infrastructure systems. |
| Equipment | During the Term, SeatGeek will provide Nation with ticket scanners, ticket printers and credit card swipes as reasonably required to support the Events. At this time, the Parties anticipate the following equipment requirements:<br><br>• at WinStar: 5 ticket printers, 15 ticket scanners and 4 credit card swipes; and<br>• at Riverwind: 10 ticket printers, 10 ticket scanners and 10 credit card swipes.<br><br>Any equipment provided by SeatGeek shall remain the property of SeatGeek and SeatGeek shall replace or upgrade equipment as required due to basic wear and tear. The Nation shall be solely responsible for any lost, stolen or damaged equipment and will replace any lost, stolen or damaged equipment at its own expense. |

4

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00002025

DX-1393.0313

IN WITNESS WHEREOF, the Parties have caused this Term Sheet to be duly executed as of the Effective Date.

Accepted and agreed by:

**SEATGEEK, INC.**

By: *Jack Groetzinger*
Name: Jack Groetzinger
Title: Chief Executive Officer

**THE CHICKASAW NATION**

By: *Sean Boyd*
Name: Sean Boyd
Title: Executive Officer, Marketing and
Business Development

By: *Thomas Luce*
Name: Thomas Luce
Licensing Revenue Manager

8

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00002029

**DX-1393.0317**

## APPENDIX A

Ticket Fees

### Primary Fee Structure

**WinStar Arena**

- For each primary ticket to individual events sold online, SeatGeek shall apply and retain a fee (the "WinStar Arena Ticket Fee") equal to the ▮▮ of (x) ▮▮ of ▮▮▮▮▮▮▮ and (y) ▮▮ (e.g., on a ▮▮ ticket, SeatGeek would add and retain ▮▮ in ticketing fees); provided, however the WinStar Arena Ticket Fee shall not ▮▮ per ticket. Nation may add and retain any additional fees in excess of the WinStar Arena Ticket Fee.

**Riverwind Casino**

- For each primary ticket to individual events sold online, SeatGeek shall apply and retain a fee (the "Riverwind Casino Ticket Fee") equal to the ▮▮ of (x) ▮▮ of ▮▮▮▮▮▮▮ and (y) ▮▮ (e.g., on a ▮▮ ticket, SeatGeek would add and retain ▮▮ in ticketing fees); provided, however, the Riverwind Casino Ticket Fee shall not ▮▮ per ticket. Nation may add and retain any additional fees in excess of the Riverwind Casino Ticket Fee.

- During each contract year, after the first ▮▮ in total transaction value of tickets sold through the SeatGeek platform online, SeatGeek will reduce the Riverwind Casino Fee for ticket sales during the remaining portion of the contract year to the ▮▮ of (x) ▮▮ of ▮▮▮▮▮▮▮ and (y) ▮▮. For the avoidance of doubt, beginning in the next contract year, the Riverwind Casino Fee shall return to the original amount.

**Miscellaneous Other Events**

- For each primary ticket to individual events sold online at any other venue owned by Chickasaw Nation, SeatGeek shall apply and retain a fee (the "Other Event Ticket Fee") equal to the ▮▮ of (x) ▮▮ of ▮▮▮▮▮ ▮▮ and (y) ▮▮ (e.g., on a ▮▮ ticket, SeatGeek would add and retain ▮0 in ticketing fees); provided, however the Other Event Ticket Fee shall not ▮▮ per ticket.

**Free Events**

- For any "Complimentary Event" (e.g.,. conferences, member events) where Nation does not charge admission for entry but elects to utilize the SeatGeek ticketing system for monitoring and/or access control, Nation shall pay to SeatGeek ▮▮ per issued ticket. "Complimentary Event" shall mean any event where the SeatGeek ticketing system is used in any way and Nation does not charge admission of any kind for entry to the event.

In connection with all primary sales, Nation shall be solely responsible for the collection and remittance of any sales or other taxes related to such sales if applicable.

### Secondary Fee Structure

- SeatGeek will establish the ▮▮▮▮▮ on a dynamic basis.
- For all secondary sales of tickets to Events sold through SeatGeek, SeatGeek will remit to Nation ▮▮▮ ▮▮▮ of SeatGeek secondary fee ▮▮▮▮▮▮▮ actually received by SeatGeek.

9

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00002030

**DX-1393.0318**