DX-1393(17)

Bates: SG-CID-00000502 – SG-CID-00000520

SeatGeek and Cotton Bowl Classic Ticketing Contract

DX-1393.0408

*Execution Version*



## Ticketing Term Sheet

This Ticket Service Term Sheet (this "Term Sheet") and the attached Appendices (with the Term Sheet, collectively, this "Agreement") is entered into as of February 22, 2021 (the "Effective Date"), by and between SeatGeek, Inc. ("SeatGeek") and Cotton Bowl Athletic Association, a Texas non-profit corporation ("Company"), in order to summarize the key terms upon which SeatGeek shall become the exclusive ticket service provider to Company, which operates the Bowl Game (defined below) played at the Venue (defined below).

Company and SeatGeek (each a "Party" and, together, the "Parties") agree that this Term Sheet and the relationship between the Parties shall be subject to and governed by the terms and conditions set forth in Appendix A and Appendix B attached hereto and incorporated herein by reference. Any capitalized terms not defined in this Term Sheet shall have the respective meaning ascribed to such term in Appendix A and Appendix B attached hereto.

| Term; Games | The term of this Agreement (as may be renewed, further extended or earlier terminated in accordance with the Agreement, the "Term") shall commence on the Effective Date and end on the fifth anniversary of the Ticketing Commencement Date (defined below) (the "Expiration Date"); provided that the Agreement shall automatically renew for one (1) additional year unless, at least sixty (60) days prior to the Expiration Date, either party gives written notice to the other party of its intent not to renew the Agreement; and provided further, that if any Bowl Game is played without fans or canceled, then the Term shall extend until such time that SeatGeek has been the ticketing partner for at least five (5) Bowl Games (in which case, the Agreement shall accordingly, be automatically renewed for one (1) additional year after the fifth (5th) Bowl Game for which SeatGeek has been the ticketing partner, unless either party gives written notice to the other party of its intent not to renew the Agreement at least sixty (60) days prior to the date of such Bowl Game). For purposes of clarification, the Agreement will be effective and binding as of the Effective Date, but the initial implementation of the services contemplated in this Agreement will begin on March 1, 2021 and the sale of Tickets is expected to commence on May 17, 2021 (the "Ticketing Commencement Date") or, in each case, such other date as may be mutually agreed by the Parties.<br><br>Notwithstanding the foregoing, if both of (i) the Exclusive Primary Ticket Sales Services Agreement between SeatGeek and Pro Silver Star, Ltd. and (ii) the Exclusive Ticket Sales Services Agreement between SeatGeek, Blue Star Frisco Events, L.P. and Cowboys Stadium, L.P. are terminated in accordance with the terms of such agreements, Company shall have the right to terminate the Agreement upon sixty (60) days written notice to SeatGeek. |
| --- | --- |

HIGHLY CONFIDENTIAL

SG-CID-00000502

DX-1393.0409

| | |
|---|---|
| **Exclusive Technology Partner** | SeatGeek shall be the exclusive technology partner powering the online sale of all Individual Tickets and Company shall not, directly or indirectly, cause or permit any third-party to use any Company or Bowl Game intellectual property in connection with the online sale of Individual Tickets without SeatGeek's consent.<br><br>In consideration for the Services, SeatGeek shall set and retain the fees set forth in Appendix A. In the event applicable law prohibits the assessment of any such fees, the Parties shall agree on alternative means for compensating SeatGeek for the Services in amounts reasonably comparable to those set forth in this Agreement, and as permitted by applicable law. |
| **Third Party Integrations** | SeatGeek will make API documentation available to all approved third-party vendors for the purpose of integrating ticketing system data flows (e.g. CRM, data warehouse, access control).<br><br>SeatGeek will make available a mobile Software Development Kit ("SDK") for the purpose of integrating ticket management functionality natively into the Company or any other relevant mobile apps. |



2

HIGHLY CONFIDENTIAL

SG-CID-00000503

IN WITNESS WHEREOF, the Parties have caused this Agreement to be duly executed as of the Effective Date.

Accepted and agreed by:

**SEATGEEK, INC.**

By: _Danielle du Toit_

Name: Danielle du Toit

Title: President, SeatGeek Enterprise

**COTTON BOWL ATHLETIC ASSOCIATION**

By: _Rick Baker_

Name: Rick Baker

Title: President

[SeatGeek - Cotton Bowl Ticketing Agreement Signature Page]

5

HIGHLY CONFIDENTIAL

SG-CID-00000506

DX-1393.0413

## APPENDIX A

### Ticket Fees

In consideration for the Company's use of the SeatGeek Platform, SeatGeek shall add, collect, and retain/share the fees as set forth herein. Any capitalized terms not defined in this Appendix shall have the respective meaning ascribed to such term in the Term Sheet or Appendix B attached hereto.

### Annual Licensing Fee

Company shall pay to SeatGeek an annual licensing fee of ███████ The annual licensing fee for the first contract year shall be due and payable thirty days after the Effective Date. In each subsequent contract year, the annual licensing fee shall increase by ███ and be due and payable on the anniversary of the Effective Date.

### Primary Ticketing Fee and Rebate

For all Individual Tickets sold online, SeatGeek will add a per ticket fee equal to ███ of the base ticket price (the "Buyer Fee"). SeatGeek will pay to Company ███ of the net Buyer Fee received by SeatGeek. To the extent any portion of the Buyer Fee needs to be refunded or credited back by SeatGeek due to a Cancelled Event (as defined in Section 8.3 in Appendix B) or otherwise, Company shall immediately return to SeatGeek the corresponding portion of the Buyer Fee it had received pursuant to the preceding sentence.

### Event Secondary Ticketing Fee and Rebate

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████

SeatGeek will pay to Company ███ f all net Secondary Fee Revenue received by SeatGeek. To the extent any portion of the Secondary Fee Revenue needs to be refunded or credited back by SeatGeek due to a Cancelled Event (as defined in Section 8.3 in Appendix B) or otherwise, Company shall immediately return to SeatGeek the corresponding portion of the net Secondary Fee Revenue it had received pursuant to the preceding sentence.

### Inventory Management

- At SeatGeek's sole discretion, Company will allocate to SeatGeek ████████████████████ per Bowl Game.

  - Inventory locations for the Consignment Tickets shall be at Company's discretion.

  - SeatGeek will establish the "base" sale price of Consignment Tickets based on market demand. Proceeds from Consignment Tickets sold by SeatGeek shall be distributed as follows:

    - SeatGeek shall retain ███ of the base price for Consignment Tickets; and

    - For Consignment Tickets sold on the SeatGeek Platform, where SeatGeek collects additional fee revenue, SeatGeek shall retain ███ of all fee revenue for Consignment Tickets and will rebate the remaining ███ to Company, consistent with the Secondary Fee Revenue terms above.

      - By way of example, if a Consignment Ticket has a base price of ███ and SeatGeek adds ███ of fees, SeatGeek would retain ███ of ███ and ███ of ███, i.e. ███ and remit to Company ███.

6

HIGHLY CONFIDENTIAL

SG-CID-00000507

**DX-1393.0414**

- To the extent any portion of the base price and fee revenue for Consignment Tickets needs to be refunded or credited back by SeatGeek due to a Cancelled Event (as defined in Section 8.3 in Appendix B) or otherwise, Company shall immediately return to SeatGeek the corresponding portion of the base price and fee revenue it had received pursuant to the preceding sentence.

7

HIGHLY CONFIDENTIAL

SG-CID-00000508

DX-1393.0415