DX-1393(56)

Bates: SG-CID-00001547 – SG-CID-00001549

SeatGeek and New Orleans Pelicans Ticketing Contract Addendum



### Addendum to Pelicans Ticketing and Sponsorship Agreements

This Addendum ("Addendum") to each of (i) that certain Exclusive Ticket Sales Services Agreement dated as of January 3, 2019 (as amended, modified or supplemented, the "Pelicans Ticketing Agreement") by and between SeatGeek and New Orleans Pelicans NBA, LLC; and (ii) that certain Sponsorship Agreement dated as of June 1, 2018 (as amended, modified or supplemented, the "Pelicans Sponsorship Agreement" and together with the Pelicans Ticketing Agreement, collectively, the "Agreements") is entered into by and among SeatGeek and Pelicans (each a "Party" and collectively, the "Parties") as of November 16, 2022 (the "Addendum Effective Date") and its terms, unless otherwise defined herein, will be activated effective April 1, 2023. Capitalized terms used but not defined herein shall have the meanings set forth in the applicable Agreement.

### RECITALS

**WHEREAS**, the Parties entered into the Agreements on the dates set forth therein; and

**WHEREAS**, the Parties wish to enter into this Addendum to extend the term of the Agreements and modify certain terms thereto.

**NOW, THEREFORE**, in consideration of the mutual promises set forth herein and for good and valuable consideration, the receipt of which is hereby acknowledged, the Parties hereto agree as follows:

I. **Key Modifications**

 A. <u>Term</u>. The Parties agree to extend the term of the Agreements through June 30, 2031 (the "<u>Term</u>"); provided, each Party shall have the right to terminate the Agreements, as applicable, on June 30, 2027 by providing at least ninety (90) days' prior notice to the counterparty. The Parties agree, where "Extended Term" is used herein, same will refer to April 1, 2023 through March 31, 2031.

 B. <u>Ticketing Fees</u>. The Parties agree to restate and amend Exhibit A - Compensation of the Pelicans Ticketing Agreement to reflect as follows for the Extended Term:

| % of Primary Ticket Receipts | Single-Game Primary (Online) | Single-Game Primary (Box Office) | Secondary Revenue Share |
|---|---|---|---|
| 0.00% | ██████████ | ████████t | ██ on fees collected ██ |

HIGHLY CONFIDENTIAL

SG-CID-00001547

| | | | per Contract Year of the Term to the Pelicans |
|---|---|---|---|
| | | | |

For the avoidance of doubt, the above ticketing fees do not apply to non-Team events where SeatGeek is not the exclusive primary ticket sales provider. With respect to such non-Team events, the Pelicans shall not limit or restrict in any way SeatGeek's marketplace with respect to secondary sales to any such non-Team events.



C.  <u>Unify Licensing Fee</u>.  During the Term, Pelicans shall not be required to pay the annual Unify licensing fees of ▮▮▮ set forth in the Agreements.

1.  <u>Sponsorship</u>.  SeatGeek shall pay ▮▮▮▮▮ in the aggregate during each Contract Year of the Extended Term to the Pelicans to be payable in equal quarterly installments due on April 1, July 1, October 1, and January 1 of each Contract Year of the Term.

2.  Subject to League Rules, SeatGeek shall continue to be an official sponsor of the Pelicans for the Term, including:

    a)  Exclusive Category (as defined below) sponsor for Pelicans and Pelicans events with respect to primary and secondary ticketing, subject to League rules.

    b)  "Category" means a company that is primarily engaged (i.e. operates a substantial part of its business) in the offering of primary and/or resale ticketing services for events (e.g., AXS, StubHub and Ticketsmarter but not, for the avoidance of doubt, Amazon.com, Facebook.com, or Hotels.com and specifically excluding, for the avoidance of doubt, Eventellect, Ticketsmarter, NFL OnLocation and the Team and Arena themselves).

3. Subject to League Rules: (x) the Parties will reach mutually agreeable official partnership designations in the Category and (y) SeatGeek will have the Exclusive Category (as described above) for all Team-controlled sponsorship assets but will work in good faith with Client to review and approve exceptions on a case-by-case basis.

4. The Parties shall mutually agree on sponsorship assets and benefits to be received during each Contract Year of the Extended Term by SeatGeek in consideration for the promotional fees, ▮▮▮▮▮▮▮ annually. Unless otherwise mutually agreed by the Parties in writing, SeatGeek shall receive

HIGHLY CONFIDENTIAL

SG-CID-00001548

DX-1393.1546

iv. For any Sponsor-related enter to win promotions that the Pelicans administer, Pelicans will share data collected therefrom with Sponsor, subject to the Pelicans privacy policy and participant opt-in or opt-out. Sponsor agrees that any sharing of data from Pelicans to Sponsor is subject to, and Sponsor will abide by, the Information, Data, and Physical Security Addendum attached hereto as Exhibit C and incorporated herein by reference as if fully set forth herein.

Except as modified herein, the Agreements and all of the terms and provisions thereof shall remain unmodified and in full force and effect as originally written. In the event of any conflict or inconsistency between the provisions of the Agreements and the provisions of this Addendum, the provisions of this Addendum shall control. All terms used herein but not defined herein which are defined in the Agreements shall have the same meaning for purposes hereof as they do for purposes of the applicable Agreements. The Recitals set forth above in this Addendum are hereby incorporated by this reference. This Addendum shall be binding upon and shall inure to the benefit of the Parties hereto and their respective beneficiaries, successors and assigns.

This Addendum may be executed in any number of counterparts and by each of the undersigned on separate counterparts, which counterparts taken together shall constitute one and the same instrument. Each counterpart may be delivered by facsimile transmission.

**IN WITNESS WHEREOF**, the Parties have entered into this Agreement as of the Effective Date

**New Orleans Pelicans NBA, LLC**
Matt Webb

VP, Corporate Partnerships

DocuSigned by:
*Matt Webb*          11/17/2022
8812C340181F43C...

**SeatGeek, Inc.**
Jack Groetzinger

CEO

DocuSigned by:
*Jack Groetzinger*          11/17/2022
B0D570CF36C24FA...

HIGHLY CONFIDENTIAL

SG-CID-00001551

**DX-1393.1549**