DX-1393(71)

Bates: SG-CID-00001920 – SG-CID-00001930

SeatGeek and St. Louis City SC Ticketing Contract




**Exclusive Ticketing and Sponsorship Term Sheet**

This Exclusive Ticketing and Sponsorship Term Sheet ("Term Sheet") is entered into as of the 27th day of July 2020 (the "Effective Date"), by and between SeatGeek, Inc. ("SeatGeek") and TKFC LC ("Club" ), in order to summarize the key terms upon which (a) SeatGeek shall become the exclusive ticketing partner to Club which: (i) operates a professional expansion men's soccer team in St. Louis ("Team") in Major League Soccer ("MLS"), which will begin playing in MLS in the 2022 or 2023 MLS season, and (ii) has been appointed by MLS to serve as its exclusive agent with authority to license local commercial affiliations, subject to MLS approval; (b) SeatGeek shall become the exclusive ticketing partner to the stadium being built in St. Louis where the Team will play its home games ("Venue"); and (c) SeatGeek shall become a sponsor of the Team and Stadium.

As soon as practicable following the Effective Date, Club and SeatGeek (each a "Party" and, together, the "Parties") shall enter into expedited, good faith negotiations with respect to, and intend to execute a long-form Exclusive Ticket Sales Services Agreement, (the "Agreement") based on the terms set forth in this Term Sheet, and other terms and conditions, consistent with the standard terms and conditions of the form agreement approved by MLS; provided, however, that this Term Sheet shall be binding upon the Parties and shall remain in full force and effect until the Parties having executed such Agreement. In the event the Parties have not executed such Agreement four (4) months from the Execution Date, the Parties shall work together with MLS in an expedited manner to finalize the Agreement.

| | |
|---|---|
| **Effective Date; Seasons** | Five (5) complete seasons beginning with the implementation and pre-work to prepare for the Team's first MLS season (the "Term"). SeatGeek and Club anticipate that either the 2022 or 2023 MLS season will be season one. The Term will end thirty (30) days following the completion of the Team's fifth MLS season. Each January 1 through December 31 will be deemed a contract year. For purposes of clarification, this Term Sheet will be effective and binding as of the Effective Date, but the sale of tickets commences in connection with ticket sales for the Team's first MLS season ("Season 1") or such earlier date as mutually agreed by the Parties. |
| **Exclusive Ticketing Partner** | Except as otherwise approved in writing by SeatGeek, the Club will not, directly or indirectly, enter into any agreement with, or otherwise grant any rights and/or provide any advertising, promotional, marketing, sponsorship, or activation benefits to, any third party that offers or provides online or offline ticketing products or services. SeatGeek shall be the exclusive seller of all tickets for all Events (as defined below) and Club shall not, directly or indirectly, cause or permit any third-party to use any Club or Venue intellectual property in connection with the sale of tickets to Events without the consent of SeatGeek.<br><br>In consideration for the ticketing services, SeatGeek shall set and retain the fees set forth in Appendix A. In the event applicable law prohibits the assessment of any such fees, the Parties shall agree on alternative means for compensating SeatGeek for its services in amounts reasonably comparable to those set forth in this Term Sheet, and as permitted by applicable law. For purposes of this Term Sheet, "Events" means a concert, sporting, entertainment, cultural or other act or event of any kind or nature whatsoever for which a ticket is required for entry and that is sanctioned, promoted, operated or otherwise arranged (i) by or on behalf of the Club, including, without limitation, all home games of the Team, and/or (ii) at the Venue. |
| **Sponsorship** | SeatGeek shall be an official sponsor of the Team and Venue, including:<br><br>• Exclusive Category (as defined below) sponsor for both primary and secondary ticketing for all Events. |

IN WITNESS WHEREOF, the Parties have caused this Term Sheet to be duly executed as of the Effective Date.

Accepted and agreed by:

**SEATGEEK, INC.**

DocuSigned by:
By: Danielle du Toit
E9F200BAEDD549D...
Name: Danielle du Toit
Title: President, SeatGeek Enterprise

**TKFC LC**

DocuSigned by:
By: Jason Thein
89TBF6DE3288410...
Name: Jason Thein
Title: Chief Administrative Officer

Approved by:

**MAJOR LEAGUE SOCCER, L.L.C**

DocuSigned by:
By: Carter Ladd
367E9D5893C44B6...
Name: Carter Ladd
Title: SVP

**APPENDIX A**

Ticket Fees

**Primary Fee Structure**

**MLS Tickets**

- For each primary ticket to Team Events sold online, SeatGeek shall apply and retain a fee (the "Buyer Fee") equal [redacted] (x) [redacted] of the [redacted] and (y) [redacted]; provided, however, the Buyer Fee [redacted] per ticket. Club may add and retain fees in addition to the Buyer Fee.
- In each contract year, SeatGeek shall remit to Club a percentage of the Buyer Fee as follow:
  - [redacted] of the Buyer Fee received by SeatGeek associated with the first [redacted] in qualifying [redacted] sales;
  - [redacted] of the Buyer Fee received by SeatGeek associated with qualifying [redacted] sales [redacted]; and
  - [redacted] of the Buyer Fee received by SeatGeek associated with qualifying [redacted]

**Third Party Events**

- For each primary ticket to third party Events sold online, SeatGeek shall apply and retain a fee (the "Third Party Event Fee") [redacted] (x) [redacted] of the [redacted] of the ticket and (y) [redacted];provided, however, the Third Party Event Fee shall not [redacted] per ticket. Club may add and retain any additional fees [redacted] of the Third Party Event Fee.
- In each contract year, SeatGeek shall remit to Club a percentage of the Third Party Event Fee as follows:
  - [redacted] of the Third Party Event Fee received by SeatGeek associated with the first [redacted] in [redacted] and
  - [redacted] of the Third Party Event Fee received by SeatGeek associated with [redacted].

**Season Ticket Deposits**

- Provided that Club gives SeatGeek not less than forty-five (45) days' prior notice, SeatGeek will support Club's collection of season ticket deposits for the Venue's inaugural season at no additional charge to Club. SeatGeek will assess a [redacted]

In connection with all primary sales, Club shall be solely responsible for the collection and remittance of any sales or other taxes related to such sales.

**Secondary Fee Structure**

**Team Tickets at the Venue**

- SeatGeek will set the [redacted] for Team secondary sales at the Venue ("Team Secondary Fees"), which in aggregate [redacted] of the base ticket price unless otherwise determined by SeatGeek in its sole discretion. SeatGeek shall rebate to Club [redacted] of [redacted] Team Secondary Fees received by SeatGeek.
  - In each contract year that Club plays a full season of Home Games without capacity restrictions, the Team Secondary Fee paid to Club shall [redacted] (the "Secondary Fee Guarantee")

*Confidential and proprietary*

provided that industry standard resale rules apply to Team tickets. In the event that the number of Home Games without capacity restrictions is reduced for any reason, the Secondary Fee Guarantee shall be reduced on a pro rata basis.

**Third Party Events**

- SeatGeek will set the [REDACTED] for third party secondary sales at the Venue ("Third Party Secondary Fees"), which in aggregate shall [REDACTED] of the base ticket price unless otherwise determined by SeatGeek in its sole discretion. SeatGeek shall rebate to Club [REDACTED] of [REDACTED] Third Party Secondary Fees received by SeatGeek.

[REDACTED]



*Confidential and proprietary*

HIGHLY CONFIDENTIAL SG-CID-00001930