DocuSign Envelope ID: 40AFAE35-8B99-4D5F-8F25-78BFCE215B79



## Exclusive Ticketing and Sponsorship Term Sheet

This Exclusive Ticketing and Sponsorship Term Sheet ("Term Sheet"), effective as of February 5, 2022 (the "Effective Date"), by and between SeatGeek, Inc. ("SeatGeek"), Florida Panthers Hockey Club, Ltd. ("FPHC"), War Memorial Benefit Corporation ("WMBC") and Arena Operating Company Ltd. ("Arena OpCo" and together with FPHC and WMBC collectively, the "Client"), in order to summarize the key terms, including certain exclusivity terms, upon which SeatGeek shall become (a) a primary ticketing partner to the Florida Panthers ("Team"), a member franchise of the National Hockey League ("NHL" or "League"), and a ticketing partner to (x) the arena currently known as FLA Live Arena ("Arena") and (y) War Memorial Auditorium ("Auditorium" and together with the Arena, each a "Venue" and collectively, the "Venues"); and (b) a sponsor of the Team and Venues.

Client and SeatGeek (each a "Party" and, together, the "Parties") intend to execute multiple long-form Exclusive Ticket Sales Services Agreements and Sponsorship Agreements (collectively, the "Agreements") regarding the terms set forth herein, and other terms and conditions commonly included in such agreements; provided, however, that this Term Sheet shall be binding upon the Parties and shall remain in full force and effect unless and until such Agreements have been executed by the Parties (at which point, for the avoidance of doubt, this Term Sheet shall terminate). The Parties will enter into two separate sets of long form agreements relating to (x) Events held at the Arena, and (y) Events held at the Auditorium.

| | |
|---|---|
| **SeatGeek Services** | SeatGeek shall provide each of the following services to Client, (the "SeatGeek Services"):<br><br>• Ticketing platform, including mobile and web applications, for the primary sale of tickets (the "Primary Platform");<br><br>• Secondary marketplace platform, including mobile and web applications, for the secondary sale and exchange of tickets (the "Secondary Platform", and together with the Primary Platform, the "SeatGeek Platform"), which is provided for non-Team Events and for Team Events;<br><br>• Verification and fulfillment services;<br><br>• Integration, testing and training;<br><br>• Hosting, maintenance and support; and<br><br>• Evolution, including updates and adoption of latest ticketing and visitor management systems.<br><br>Ticketing fees and related terms shall be set forth herein as Appendix A. |
| **Term** | The term of Agreements (the "Term") shall begin on the Start Date and continue until June 30, 2034, unless sooner terminated in accordance with the terms of this Term Sheet or the Agreements. "Start Date" shall mean, July 1, 2024. |

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

Ex. No
**PX0276**
1:24-cv-03973

SG-CID-00000831

| | |
|---|---|
| | |
| **Force Majeure** | No Party shall be liable for damages of any kind or for its failure to perform its obligations to the extent due to a Force Majeure Event.  A "Force Majeure Event" means, with respect to any Party, an event or condition that is caused by facts and circumstances that are beyond the reasonable control of such Party, including fire, storm, flood, power outages, pandemic, epidemic (including COVID-19), earthquake, explosion, war, or war-like action (whether actual or pending or expected, and whether de jure or de facto), terrorist actions, accidents, public disorders, sabotage, lockouts, labor disputes, labor shortages, strike or other work stoppage, governmental authority shutdowns, riots, the enactment, imposition, or modification of any law, confiscation or seizure by any governmental authority, condemnations by any governmental authority, litigation, arrests or other restraints of a governmental authority (civil or military), blockades, insurrections, civil disturbances, landslides, lightning, earthquakes, hurricanes, wash-outs, explosions, nuclear reaction or radiation, radioactive contamination, acts or the failure to act of any governmental authority, acts of God, national emergency, drought, embargo, failure of utility providers, interruption of or delay in transportation or a national health emergency.  The Party claiming a Force Majeure Event will use reasonable efforts to minimize the effects of the Force Majeure Event. In the event that a Force Majeure Event leads to (i) the cancellation of (x) Team Events or (y) non-Team Events that are not subsequently rescheduled during the Term; (ii) a decreased number of scheduled Events; or (iii) Events held at reduced Venue capacity, the Parties agree to discuss in good faith an equitable reimbursement to SeatGeek to allow SeatGeek to recoup any lost value due to such cancellations or Events held at reduced capacity (specific thresholds to be mutually agreed upon by the Parties in the Sponsorship Agreements). |
| **Exclusive Primary Ticketing Partner** | Notwithstanding anything herein to the contrary, with respect to Events scheduled to take place during the Term, Client shall not, directly or indirectly, enter into any agreement with, or otherwise grant any rights and/or provide any advertising, promotional, marketing, sponsorship, or activation benefits to, any third-party entity that falls within the Category without SeatGeek's prior written consent.  Except as specifically set forth herein, SeatGeek shall be the exclusive third-party seller of all primary tickets for all Events scheduled to take place during the Term. |

4

*nd proprietary*

SG-CID-00000834

|  | For purposes of this Term Sheet, "Events" means each concert, sporting, entertainment or other act or event of any kind or nature (subject to customary exceptions, such as small or private events, events for charitable or civic purposes), including, but not limited to, all of Team's NHL home games ("Team Events"); excluding those acts or events for which the Client has no authority to contract.<br><br>With respect to non-Team Events at the Arena, SeatGeek shall provide a make-good as outlined in Appendix C hereto. |
|---|---|
|  |  |
| **Marketing Services** | SeatGeek shall provide marketing services at applicable rates similar to the marketing services and rates provided by Client's current ticketing provider. In the event that SeatGeek is unable to provide any such marketing services, Client shall have the option to retain a third party marketing agency to provide such services; provided, SeatGeek shall have the right to approve such third party in advance. |
| **Marketing Rights** | Client shall use commercially reasonable efforts to refer to SeatGeek as its exclusive ticketing partner on all Client-controlled media assets to the extent that Client is promoting an Event, including radio, TV, digital, charitable, arena, theater, social media and out-of-home assets (e.g., outdoor advertising). The Parties will agree on the "official" label for all primary and secondary inventory.<br><br>These exclusive rights are separate and apart from the sponsorship rights above. |

5

*nd proprietary*

d this Term Sheet to be duly executed on the dates specified

below.

Accepted and agreed by:

**FLORIDA PANTHERS HOCKEY CLUB, LTD.**

By: _____
Name:    Matthew Caldwell
Title:    CEO
Date:    2/5/2022

**ARENA OPERATING COMPANY LTD.**

By: _____
Name:    Matthew Caldwell
Title:    CEO
Date:    2/5/2022

**SEATGEEK, INC.**

By: _____
Name:    Jack Groetzinger
Title:    President
Date:    2/5/2022

**WAR MEMORIAL BENEFIT CORPORATION**

By: _____
Name:    Matthew Caldwell
Title:    CEO
Date:    2/5/2022

11

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

SG-CID-00000841

DocuSign Envelope ID: 40AFAE35-8B99-4D5F-8F25-78BFCE215B79



## APPENDIX A

Ticketing Terms

The Parties shall add, collect and retain the fees as set forth herein.

### Primary Ticketing

For all online Sales of individual Event primary tickets (including ticket bundles, i.e., "Family 4-Packs", flex plans, etc.) via the SeatGeek Platform, SeatGeek will retain a fee per ticket (the "Ticket Fee") of ▮▮▮▮▮▮▮▮▮▮ of the ▮▮▮▮▮▮▮▮▮, and not to exceed a maximum per ticket fee of ▮▮▮▮▮▮▮▮. The following outlines illustrative base ticket prices and the associated fee:



| Example | Fee $ | Fee % |
|---|---|---|

For the avoidance of doubt, the following shall not be subject to a Ticket Fee: season tickets, traditional partial season tickets, "premier plan", renewals, and group sales.

With respect to online sales of individual Event primary tickets via the SeatGeek Platform, SeatGeek shall provide Client with a rebate of (i) ▮▮▮▮▮▮▮▮▮ of the ▮ primary fee revenue with respect to Team Events; (ii) ▮▮▮ ▮▮▮▮▮▮▮ of the ▮ primary fee revenue with respect to non-Team Events; and (iii) ▮▮▮▮▮▮▮▮▮ of the ▮ primary fee revenue with respect to Auditorium Events, to be remitted to Client on a weekly basis; provided, in the event that the transaction contemplated herein is not publicly announced in accordance with the section titled "Public Announcement and Approvals," SeatGeek shall withhold ▮▮▮▮ for each of the first ▮▮▮▮▮▮ or ▮▮▮▮ in the aggregate from such rebates.

Unless approved by Client in writing, SeatGeek shall not add or apply any fees or charges other than the Ticket Fee set forth above, a per order fee in accordance with standard industry rates and Client's historical information, credit card processing fees set forth in this Term Sheet, and any other applicable taxes (e.g., there will be no additional delivery or processing charges).

*Confidential and proprietary*

HIGHLY CONFIDENTIAL

For the avoidance of doubt, Client shall have the option to pass-through taxes and credit card processing fees to the consumer or to absorb such fees.

In the event that Client elects to add or apply any additional fees, including facility fees, for a particular Event (a "Client Event Fee"), such Client Event Fee will be added to the ticket receipts for the tickets to such Event, and SeatGeek shall remit such Client Event Fee to Client in accordance with the terms of this Term Sheet and the Agreements.

### Secondary Ticketing

In connection with both the sale of secondary tickets via the SeatGeek Platform by professional resellers (e.g., ticket brokers) ("Seller Direct Inventory") and non-Seller Direct Inventory, SeatGeek will set ██████████████████ at its sole discretion.

With respect to online sales of secondary tickets to Events via the SeatGeek Platform, SeatGeek shall provide Client with a rebate of (i) ███████████ of the ██ secondary fee revenue with respect to Team Events and (ii) ████ ███████████ of the ██ secondary fee revenue with respect to non-Team Events, to be paid on a monthly basis within thirty (30) days after the end of the calendar month in which such ██ secondary fee revenue was generated.

SeatGeek shall provide Client with a transaction-level breakdown of all secondary ticket fees. Such reports will be provided to Client on a monthly basis.

2

*nd proprietary*

SG-CID-00000843

## Appendix C

### Make-Good and Performance Incentive

In the event of a Substantial Decrease (as defined below) with respect to ▮▮▮▮▮▮▮▮▮▮ from Live Nation shows at the Arena ("Live Nation Events ▮▮▮▮▮▮▮▮") in any given contract year during the Term, SeatGeek shall remit to Client an amount that shall be calculated as follows (the "Make-Good"):

- "Substantive Decrease" means a contract year during the Term where actual Live Nation Events ▮▮▮▮ ▮▮▮▮▮▮ is equal to at least ▮▮▮▮▮▮▮▮▮▮▮ (the "Downside Threshold") of the Live Nation Events ▮▮▮▮▮▮▮▮▮▮▮ floor between 2017-2020 ("Live Nation Floor")
  - Based on historicals provided by Client, the Live Nation Floor shall equal ▮▮▮▮▮▮ which was the Live Nation Events ▮▮▮▮▮▮▮▮ in 2017-18.
  - Based on the above Live Nation Floor, the Downside Threshold shall equal ▮▮▮▮▮▮ in Live Nations Events ▮▮▮▮▮▮▮
- If the Downside Threshold is met, SeatGeek shall remit the difference between the actual Live Nation Events ▮▮▮▮▮▮▮▮ and the Downside Threshold.
  - By way of example, if in a contract year during the Term, Client generates ▮▮▮▮▮▮ of Live Nation Events ▮▮▮▮▮▮ SeatGeek shall remit to Client a payment in the amount of ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ .

Payment of the Make-Good is subject to the following:

- During each contract year of the Term, Client shall provide to SeatGeek sufficient documentary evidence to calculate the Live Nation Event ▮▮▮▮▮▮▮ specifically the ▮▮▮▮▮▮▮▮ that outline the Client's ▮▮▮▮▮ for such Events.
- Client shall make best efforts to book Live Nation events and communicate to SeatGeek any events that Client deems to be (x) suboptimal to bid on, or (y) events that were routed around the Arena (each such event, a "Lost Event")
- In the event of a Lost Event in a given contract year during the Term, Client shall work in good faith with SeatGeek to assess drivers of such Lost Event and, if deemed appropriate, communicate with legal third-parties (lawyers, Independent Monitor, etc.) with respect to such Lost Event(s).
- Any Make-Good shall be subject to the force majeure language in the Agreements.
- Any Make-Good shall be subject to Live Nation ▮▮▮▮▮▮ at NHL Arenas, as measured by Pollstar, falling below the Downside Threshold in the same contract year of the Term.
- If after contract years 3 and 7 of the Term, Client reasonably believes the Arena is affected by substantial revenue decreases across other promoters, SeatGeek and Client shall work in good faith to implement similar make-good provisions.

In the event of a Substantial Increase (as defined below) from Live Nation Events ▮▮▮▮▮▮▮ in any contract year during the Term, SeatGeek shall provide a performance incentive ("Performance Incentive") to Client to be calculated as follows:

8

*nd proprietary*

- "Substantial Increase" means a contract year during the Term where actual Live Nation Events ████ ████ is at least █████████████████ (the "Upside Trigger") of Live Nation Events ████ ████ ceiling between ██████ ("Live Nation Ceiling")
  - Based on historicals provided by Client, the Live Nation Ceiling shall equal ██████ which is equal to Live Nation Events ██████████ in [2018-19].
  - Based on the Live Nation Ceiling above, the Upside Trigger shall equal ██████ in Live Nations Events ██████
- If the Upside Trigger is met, SeatGeek shall rebate a bonus to Client in the amount of ██████ ████████████ for every █████████████████ in incremental Live Nation Events ██████ By way of example:
  - If in a contract year during the Term, the Arena generates ██████ of Live Nation Events ██████ SeatGeek shall pay Client a Performance Incentive in the amount of $██████
  - If in a contract year during the Term, the Arena generates $██████ of Live Nation Events ██████ SeatGeek shall pay Client a Performance Incentive in the amount of ██████

Upon payment of any such Performance Incentive by SeatGeek to Client, Client shall place all such funds in a pool to be used towards increasing bidding power on incremental third party ticketed events or allocate such funds towards inventory to be sold by SeatGeek or its wholly-owned subsidiary. Client shall determine in its sole discretion how to allocate any Performance Incentive funds (including the timing of spending any such funds) between increasing bidding power and obtaining inventory.

9

*nd proprietary*

SG-CID-00000850