**From:** Louis Messina [louis@messinatouring.com]
**Sent:** 10/14/2024 6:10:16 PM
**To:** Bob Roux [bobroux@livenation.com]
**Subject:** Re: TMG 2025 Rental Terms for Large O/O Amphitheaters

[EXTERNAL]

Sure talk tomorrow
Louis Messina
Messina Touring Group
6836 Bee Caves Rd
Bldg. 3 Suite 300
Austin, TX 78746
512.721.2450 (o)
████████████

On Oct 14, 2024, at 1:09 PM, Bob Roux <BobRoux@livenation.com> wrote:

EXTERNAL

I will send you a note at 8:00 and if good I will call your cell.

**From:** Louis Messina <louis@messinatouring.com>
**Sent:** Monday, October 14, 2024 12:55 PM
**To:** Bob Roux <BobRoux@LiveNation.com>
**Subject:** Re: TMG 2025 Rental Terms for Large O/O Amphitheaters

[EXTERNAL]

I can do 8 or 8:30
Louis Messina
Messina Touring Group
6836 Bee Caves Rd
Bldg. 3 Suite 300
Austin, TX 78746
512.721.2450 (o)
████████████

On Oct 14, 2024, at 12:42 PM, Bob Roux <BobRoux@livenation.com> wrote:

EXTERNAL

Sorry. I am tied up till 2:30 CST, then free till 3:30 CST.

NO. 1:24-cv-03973-AS
Def's Trial Exhibit
**DX-1114**

CONFIDENTIAL

LNE-LIT24-006445696

Open in morning from 8:00-10:00 if I know in advance. Could move my 11:00 tomorrow if I know today and if better for you.

Sent from my iPhone

On Oct 14, 2024, at 11:29 AM, Louis Messina <Louis@messinatouring.com> wrote:

[EXTERNAL]

Let's talk thru this I just landed in Nashville are you available around 12:30?
Louis Messina
Messina Touring Group
6836 Bee Caves Rd
Bldg. 3 Suite 300
Austin, TX 78746
512.721.2450 (o)
████████████

On Oct 14, 2024, at 10:56 AM, Bob Roux <BobRoux@livenation.com> wrote:

EXTERNAL

Louie:

Based on your response, can I assume you aren't able to agree to below suggested terms we put forth? We went quickly, and in response to your request to put forth a single and uniformed set of terms for the Large US Amphitheaters for 2025. We will spend the time required to really get our hands around each of the Large O/O Amphitheaters in the United States and the proper deal structure for each of them. We are currently in the midst of 2025 Planning and the Amphitheater Terms are a part of this. I will get back to you with a proposal once we have completed all the work we need to do here.

Thanks.

**From:** Louis Messina <louis@messinatouring.com>
**Sent:** Monday, October 7, 2024 5:54 PM
**To:** Bob Roux <BobRoux@LiveNation.com>
**Subject:** Re: TMG 2025 Rental Terms for Large O/O Amphitheaters

[EXTERNAL]

Bob please look at the whole picture even with all the pressure from AEG to go with AXS ticketing I stay with TM
It's a win for all of us
Louis Messina
Messina Touring Group
6836 Bee Caves Rd
Bldg. 3 Suite 300

CONFIDENTIAL

LNE-LIT24-006445697

**DX-1114.0002**

Austin, TX 78746
512.721.2450 (o)

██████████

On Oct 7, 2024, at 2:03 PM, Bob Roux <BobRoux@livenation.com> wrote:

EXTERNAL

Louie:

Michael asked that I get back to you on an amphitheater deal.  You are catching us in the middle of a process to figure out terms to rent out the amphitheaters generally.  There are lots of issues with that, especially around the different types of amphitheaters we operate, different artists, the type of ticket sold (discounted or full priced), the length of the shows, etc.  We can't give you the same deal we provided for Kenny across all of the artists you have touring relationships with, as some will likely sell less tickets and some will likely want to be included in National Concert Week or our Summer's Live Programs, which offer customers significant discounts to full priced tickets (and have less ancillary income associated with each ticket sold).  For 2025 we are willing to provide to you and your touring clients, more or less, the deal structure we provided Kenny in 2024, when the artist sells a comparable number of tickets.  The rebates need to be less for those artists who can't.  In an effort to come up with a year-long uniformed deal structure  2025 for all of your artists, as I understand you requested ,I am putting forth the following for your consideration:

Large Owned and Operated Amphitheaters

Licensee (in this case TMG) to retain 100% of any Net Ticket Sales on all of the Venue's Manifested Tickets, including any Net Platinum Lift and, or V.I.P Packages. (Net is after ticket service charges, any applicable Tax, Parking and FMF).

Licensee to pay all show expenses, to include:
1.      Event Staffing
2.      Stagehands and Riggers
3.      Catering
4.      Marketing
5.      PRO Charges (BMI, ASCAP, GMR, SESAC)
6.      $.79 per paid admission for Liability Insurance ($.89 in New York)

Lessor to pay Licensee the following rebates:
███ per "paid admission" on any show that sells less than 14,000 tickets, or
███  per "paid admission" (from ticket 1) on any show that sells 14,000 or more tickets.

Merchandise will be sold by Lessor at a rate of 20% of net sales

Venue will be allowed to hold for sale any Season Ticket Obligations (such as "Lawnie Pass")
Lessor will pay to Licensee the net face value for any ticket sold through its "Lawnie Pass" Program.

Venue will be allowed to hold any tickets contractually obligated, such as Venue Sponsors, which are paid for tickets.

If for some reason one of your tours wants to consider our Owned and Operated Boutique Amphitheaters, we can address those deal structures on a venue by venue basis for now.

Please let me know if you have any questions, but for now we will continue to place holds and work to clear dates for you as requested while we work to finalize the 2025 terms.

Thank you.

CONFIDENTIAL

LNE-LIT24-006445698

\<image001.jpg>
**Bob Roux** – President - U.S. Concerts
████████████ email: bobroux@livenation.com
888 Westheimer Rd Suite 120 - Houston, TX 77006
www.LiveNation.com

Assistant: ████████████████

CONFIDENTIAL

LNE-LIT24-006445699

**DX-1114.0004**