**EXHIBITS PX1078 / OVG-013701 – OVG-013709;
PX1145 / LNE-LIT24-006448209 – LNE-LIT24-006448283**
with proposed redactions from Defendants


Provided to the Court under seal via email to
SubramanianNYSDChambers@nysd.uscourts.gov, copying the
parties' counsel of record, on March 18, 2026