# EXHIBIT PX0348 A

Redacted

| | |
|---|---|
| **From:** | Mark Campana |
| **Sent:** | Wednesday, July 13, 2016 5:26 PM |
| **To:** | Michael Rapino |
| **Cc:** | Joe Berchtold; Bob Roux; Mark Campana; Russ Borrows; Jordan Zachary; David Zedeck; Tom See; Robert Peters; Tabitha Lee; Lisette Alvarez; Renata Franca |
| **Subject:** | Concert Agenda 7 / 13 / 16 |
| **Attachments:** | 2016 Market Priorities - US Concerts (07-13-16) V2.pdf; Marketing Promotions Update (07-13-16) - r1.pptx; CTT Touring Offer.doc; 2016 NAC Amph Arena and Rev Mgmt Weekly Tracker (7-13-2016).ppt; F & B Real Time Tracker.docx; 2015 Top 20 Arena APF Rankingv4.pdf |

Concert Agenda 7 / 13 / 16

Mark via Phone
Bob Via Phone

**Mark Campana|** Co President North America Concerts
☎:: ▮▮▮▮▮▮
✆:: MarkCampana@livenation.com
✉:: Suite 1400, 111 East Wacker Ave, Chicago IL, 60601
www.Livenation.com

1

**Ex. No**
**PX0348**
1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION

**US Concerts**
**2016 Priorities**
**Weekly Update**

| Priorities | Metrics | 2015 Actual | 2016 Budget | 2016 FCST |
|---|---|---|---|---|
| As of July 13, 2016 | | | | |
| **1. Develop One Impactful Amphitheater Promotion Idea** | Incremental Tickets Sold | N/A | 300K | 0 |
| | Incremental CM | | $10.1M | 0 |
| **2. Grow On-Site F&B Revenues (see attached detail)** | O/O Amp F&B per Cap | $14.70 | $15.25 | $16.01 |
| | Per Cap Impact of 6 Programs | | $0.53 | $0.53 |
| | Total CM of 6 Programs | | $4.1M | $4.1M |
| | Total Capex of 6 Programs | | $1.0M | $1.0M |
| **3. Upgrade Amp Wi-Fi** | # of Amps with Connectivity | - | 12 | 12 |
| | Total Capex | | $7.2M | $7.2M |
| | Total Fixed/Variable to Run in 2016 | | $594K | $594K |
| **4. Launch Venue App** | # of New App Installs | 1.0M | 2.0M | 2.0M |
| | # of App Transactions (Total) | 0 | TBD | TBD |

*Will work with VenueNext to track activity*

LNE-00860834

LNE CONFIDENTIAL BUSINESS INFORMATION

As of July 13, 2016

| Food & Beverage Plan: Summary of Progress | No. of Venues | Timing | Venues Completed | Expected Per Head Gross Impact (all O/O Amps) | Total CM | Total Cost Capex |
|---|---|---|---|---|---|---|
| 1. Add high-end VIP space ("The Room") at Jones Beach and Jiffy Lube Live * | 2 | June 1st | 1 | $0.05 | $1.1M | $0.8M |
| 2. Develop premium wine program | 15 | May 15th or venue opening date | 15 | $0.17 | $1.2M | $0.2M |
| 3. Install "Grab and Go" alternative meal experience at select Legends venues | 33 | May 15th or venue opening date | 32 | $0.15 | $1.0M | $0.0M |
| 4. Create pre-sold adult and kid "Picnic Baskets" at all Legends venues | 35 | May 15th or venue opening date | 35 | $0.05 | $0.3M | $0.0M |
| 5. Add 8 additional "Guy's Burger Joint" stands | 17 | June 15th | 17 | $0.11 | $0.5M | $0.0M |
| 6. Develop full F&B functionality on Venue App | 15 | May 30th | 10 | TBD | TBD | $0.0M |

\* - The Room: F&B Impact includes F&B Revenue Only.
Total CM includes Ticket Sales plus F&B, less Opex.

| Total per Head F&B Growth | $0.53 | $4.1M | $1.0M |
|---|---|---|---|

LNE-00860835

LNE CONFIDENTIAL BUSINESS INFORMATION

## 2016 US Concerts Weekly Update -- Market Objectives
As of July 13, 2016

| Top objectives by market | Status |
|---|---|
| **New York** | |
| Launch Coney Island boutique; Book 17 shows; Achieve CM of $850K | Successful opening completed |
| Increase Local Show Count at 2 Large O/O Amps by 10% | |
| Increase Avg. Event CM at 2 Large O/O Amps 25%+ to $140K+ | |
| Continue progression of sale of alcohol at Jones Beach by 10% | 7 additional licenses secured, including The Room |
| Locate new venue for Roots Picnic to New York | |
| Secure 4-5K Cap Ballroom | Looked at 28 Liberty last week; Revisited World Stages re a new opportunity |
| Secure Summer Stage | |
| Produce Global Poverty Concert | Ken Graham in place |
| Re-Launch Two Tickets Program | Need TM staff support. Jordan discussing with TM. |
| **Competition:** | |
| *MSG Entertainment* | |
| *AEG Live / Goldenvoice / Bowery* | |
| | |
| **Los Angeles** | |
| Finalize contract with Five Points | LOI signed. Provides LNE one year exclusive negotiation rights. |
| Develop relationship and stadium deal with Kroenke / Rams | Introductory call with Kevin Demoff on June 17 / Creating Mid-Cap Indoor Venue Pro-Forma |
| | |
| Ensure extension at Hollywood Bowl | |
| Book 40 shows into Greek Theatre | 33 confirmed for LN;  23 confirmed for AEG; 12 confirmed for Nederlander; 2 confirmed for Independents |
| **Competition:** | |
| *AEG Live / Goldenvoice* | |
| *Nederlander* | |
| | |
| **Chicago** | |
| Increase show count at Aragon by 20% | |
| Increase APF at Soldier Field deal by 20% | Venue increased from $2.00 to $5.50 for 2016. More possible. |
| Add additional rebate tier to United Center deal | Secured additional plateau |
| Secure camping for Alpine Valley | Camping opened with no issue with Sheriff |
| **Competition:** | |
| *JAM Productions* | |
| *MSG Entertainment* | |
| *React Presents / SFX* | |
| | |
| **Philadelphia** | |
| Increase Montage AOI by $250K | Moved extension date to 9/1 |
| Increase shows on Atlantic City Beach to 6 shows | Legends awarded F&B contract |
| Increase local show count at O/O amps by 10% and at arenas by 5% | |
| Secure Wells Fargo deal with lower thresholds | |
| Secure new location for Festival Pier | |
| Add a 3rd casino booking relationship producing at least $125K in CM | |
| **Competition:** | |
| *AEG Live (Mann Center) / Bowery* | |
| *Larry Magid / AEG* | |

LNE-00860836

LNE CONFIDENTIAL BUSINESS INFORMATION

## 2016 US Concerts Weekly Update -- Market Objectives
As of July 13, 2016

| Top objectives by market | Status |
|---|---|
| **Dallas**<br>Confirm 15 shows at Music Factory by End of Year (opens Sep. 2017)<br>Finalize Arena Deal with Fort Worth<br>Start renovations at Gexa<br>Explore opportunity at Stockyards with Majestic<br>    **Competition:**<br>    *AEG Live*<br>    *The Bomb Factory* | <br><br><br><br>Start 10/1/2016 |
| **San Francisco**<br>Finalize venue deal with Warriors<br>Finalize venue deal with Frost Amphitheater<br><br>    **Competition:**<br>    *Another Planet Entertainment*<br>    *BottleRock* | Plan to meet with Eric Bressler July 20 or 21 in LA to start negotiations.<br>Stage 2 Board Approval for design delayed until TBD date / Project still moving forward |
| **Boston**<br>Secure waterfront amphitheater in Providence<br>Secure Pier 7 in Boston Harbor<br>Complete Boston Garden deal<br><br>Secure a 3000+ ballroom<br>    **Competition:**<br>    *The Bowery Presents*<br>    *Boston Calling* | <br><br><br>Deal grew by $1.82 with possible additional $1.11 for volume + $0.75 for hitting new show volume high |
| **Washington, DC**<br>Close Deal with MGM at National Harbor<br>Grow APF at Verizon Center by 20%<br>Acquire boutique amphitheater Pier 6<br>Increase PSS at Jiffy Lube Live by 15%<br>Secure $100k in political rentals at Jiffy Lube during the election year<br>    **Competition:**<br>    *I.M.P. / Seth Hurwitz (9:30 Club)* | Contract signed<br><br>Answer due Aug 15 |
| **Atlanta**<br>Advance discussions with Red Mountain on Partnership or Acquisition<br>Execute new promoter deal for Phillips Arena<br>Finalize ASO Deal and launch as LN operation<br>Launch Roxy Venue (opening in 2017)<br>Extend Chastain Lease<br>    **Competition:**<br>    *Red Mountain Entertainment*<br>    *Rival Entertainment / Lucy Lawler* | <br>Deal remains at $14 per head<br><br>Construction rolling, began booking<br>New deal offer submitted 06/30/16 |

LNE-00860837

LNE CONFIDENTIAL BUSINESS INFORMATION

## 2016 US Concerts Weekly Update -- Market Objectives
As of July 13, 2016

| Top objectives by market | Status |
|---|---|
| **Houston**<br>Finalize renovation plans and L/T lease at Austin360 Amphitheater<br>Finalize deal for Boutique Amp in Austin<br><br>Position ourselves for max business for Super Bowl (2017)<br>Extend Toyota Center Contract<br>Determine if proper deal with Becker Family for their 6,000 cap. venue<br>**Competition:**<br>    *Transmission Events (Austin)* | Working with architect / finance on renovations<br>Project may be dead due to stage height restrictions tied to unobstructed view to Capitol Corridor requirements<br><br>Auto-extensions will roll through 12/31/18 |
| **Detroit**<br>Extend Faster Horses Festival Lease<br>Increase market-wide Boutique Amp shows by 30%+<br>Finalize a deal with Olympia Entertainment<br>**Competition:**<br>    *Olympia Entertainment*<br>    *Palace Sports & Entertainment*<br>    *AEG / Royal Oak Theatre* | Holding off on signing as F&B Deal evolves<br><br>Proposal sent to Wilson 07/13 |
| **Phoenix / Albuquerque**<br>Define and set Arena Strategy in Market<br>**Competition:**<br>    *Lucky Man Concerts*<br>    *Evening Star*<br>    *AEG* | Hosted call with Burke and Evans Monday |
| **Seattle**<br>Develop mid-level venue in Seattle<br>Develop Boutique Amp<br><br>Finalize deal at Veterans Memorial Coliseum<br>**Competition:**<br>    *Monqui Presents (Portland)*<br>    *AEG Live*<br>    *Frank Productions (Northwest)* | Going to determine if any synergies with future Cordish development.<br>Boutique Amp (Spokane) in discussions with developer for 6K Cap Boutique / he builds and pays for / Live Nation promotes<br>Meeting with architects and developers set for July 21. Mayor elect in place. |
| **Tampa / St. Petersburg**<br>Secure Permanent Boutique Amp<br>Create new PSS area behind mix<br>**Competition:**<br>    *Various PAC's*<br>    *AEG Live* | Meeting set for July 22<br>Completed. Selling well. |

LNE-00860838

LNE CONFIDENTIAL BUSINESS INFORMATION

## 2016 US Concerts Weekly Update -- Market Objectives
As of July 13, 2016

| Top objectives by market | Status |
|---|---|
| **Minneapolis / St. Paul**<br>Secure outdoor "commons" space in front of US Bank Stadium<br>Increase ballroom level show count to 20 (Myth / Wilkins)<br>Grow Xcel Center APF by 20%<br>    **Competition:**<br>    *First Avenue Productions* | 2017 Project<br>Fully recovered $350K from Myth Night Club and growing business in this venue. |
| **Miami / West Palm**<br>Increase CM at Bayfront Park by 20%<br>    **Competition:**<br>    *AEG Live*<br>    *Various PAC's* | Tracking above 20% growth |
| **Denver**<br>Book 3 events into Kroenke MLS Stadium<br><br>Achieve / exceed Market Plan with Kroenke<br>Develop Small Cap. Room with Kroenke (T&C)<br>Grow relationship with Utah Jazz and position for future venue Ticketing<br>Continue discussions to purchase United Concerts<br>    **Competition:**<br>    *AEG Live* | Bassnectar 2x (40K sold); Luke Bryan x2 (20K sold); Phish 3x (51K sold)<br>Working on 2 day Country Festival for 2017.<br>Met May 5. Successful meeting. On track to mutual budget of $14.5M in CM.<br>Kroenke / LN likely 50/50 partners in HOB.<br><br>Plan to meet with McNeil on July 21-22 |
| **Cleveland**<br>Improve Wolstein Center Deal<br>Improve Playhouse Square Deal<br>Extend Riverbend Cincinnati Deal<br>    **Competition:** | Increased deal by 75% (low volume venue)<br><br>Meeting June 21 |
| **Orlando / Jacksonville**<br>Secure Promoter Deal at Phillips Theater (ORL)<br>Secure Boutique with Jaguars (JAX)<br>    **Competition:**<br>    *AEG Live* | Jaguars going to negotiate without RFP |
| **St. Louis**<br>Increase F&B Per Cap at Hollywood Casino Amp by 10%<br>Get 5 Year LN/TM deal signed with Scottrade Center<br><br>Grow Megaticket at Hollywood Casino Amp by 10%<br>Renegotiate stagehand labor agreement at Hollywood Casino Amp<br>    **Competition:**<br>    *AEG Live* | Tracking above Target<br>Deal Done. TM extended and Concerts grew 10% on Tier 1 of profit share, with oppty for $100K bonus if we hit 125K Paid.<br><br>New terms agreed to; Saving approx. $150K |

LNE-00860839

LNE CONFIDENTIAL BUSINESS INFORMATION

## 2016 US Concerts Weekly Update -- Market Objectives
As of July 13, 2016

| Top objectives by market | Status |
|---|---|
| **Charlotte**<br>Turn AOI at Uptown Amphitheatre positive<br>Increase volume of 3rd party theater events at Blumenthal Performing Arts Center<br><br>Increase box seat sales at PNC Music Pavilion by 15%<br>Increase pre-show events in the VIP Club by 20%<br>   **Competition:** | |
| **Pittsburgh**<br>Improve show count at Club/Mid-range category<br>Improve APF in AEG Managed Arena<br>Transition Tom Loudermilk into President of Market<br>   **Competition:**<br>   *PromoWest Productions* | Local office opens October 1 |
| **Raleigh**<br>Secure booking for The Hopscotch Festival<br>Renegotiate our booking agreement at PNC Arena<br>Increase box and club seat revenue at Walnut Creek Amp by 15%<br>Increase the amount of pre-show and/or post-show events by 20%<br>Sell 85% of PSS inventory at The Red Hat Amphitheater<br>   **Competition:** | Significantly grew above goal |
| **Indianapolis**<br>Extension of Lawn at WRSP<br>Grow AOI of 3rd Party Arenas in Indiana by 10%<br>   **Competition:** | Project dead. Focus on White River State Park. |
| **San Diego**<br>Close Booking/Co-Pro Deal with San Diego Symphony Bayfront Site<br>   **Competition:**<br>   *AEG Live* | BU is + $700K to Budget |
| **Nashville**<br>Achieve / exceed Budget at Ascend Amphitheater and Fontanel<br>Determine if Market Deal with Bridgestone makes sense to include exclusive rights at Arena<br>Develop small / mid-size cap. room in Market<br><br>   **Competition:**<br>   *AEG Live*<br>   *NS2*<br>   *Outback Entertainment* | 31 confirmed at Ascend (at our maximum); 13 confirmed at Fontanel<br>Market-wide deal / exclusive rights not going to happen. Will get improved Arena APF deal.<br><br>- Need city financial help for HOB / 5th & Broadway location.<br>- Ron expecting proposal on alternative site |

LNE-00860840

LNE CONFIDENTIAL BUSINESS INFORMATION

## 2016 US Concerts Weekly Update -- Market Objectives
As of July 13, 2016

| Top objectives by market | Status |
|---|---|
| **Hartford**<br>Increase arena shows to XL Center / Webster Bank Arena by 20%<br>Lower police costs at Xfinity Theatre by 25%<br>Work on long term parking agreement for the two main parking lots<br>Get a $1.2m grant from the State of Connecticut for Oakdale<br>Secure Mohegan Sun contract extension<br>Negotiate a 10% reduction in current Admissions Tax<br>**Competition:**<br>*Foxwoods Casino* | Gathering the data for Joe B |
| **Kansas City**<br>Extend Sprint agreement for 2017 / 2018<br>Book 23 shows at Starlight Theatre<br>Obtain First Right option on Cricket Amphitheater<br>Grow Megaticket at Cricket Amphitheater by 20%<br>Book 3 shows at Silverstein Eye Centers Arena<br>**Competition:**<br>*AEG Live* | Strong season; Tracking at 24<br>Meeting set for July 25 |
| **Las Vegas**<br>Double Arena CM YoY with new MGM Deal<br>Achieve / exceed plan with Jennifer Lopez<br><br>Finalize MSG Arena Deal<br>**Competition:**<br>*AEG Live* | Market forecasting + $1.5M to Budget in F06<br>First 20 shows end this week. Will earn $500K.<br>Second 20 on sale and tracking to earn $500K.<br>No discussions to date with MSG regarding LYV deal |
| **Virginia Beach**<br>Secure $40k in rental revenue from political rallies<br>**Competition:**<br>*AEG Live NorVa* | Political parties now scheduling venues |
| **New Orleans**<br>Achieve / exceed Budget at Bold Sphere<br>Determine if pathway exists to take over New Orleans Jazz and Heritage Festival<br><br>Determine if any real business with Time Inc., relating to Essence Festival<br><br>**Competition:**<br>*Beaver Productions*<br>*AEG Live / HUKA*<br>*The Bowery Presents* | 12 confirmed shows / 2016 Budget = 15 shows<br>Russell will meet with head of Executive Board and Incoming President within the next two weeks<br>May go away. Current 2016 Gross YTD $1.5M YTD **vs.** $6.2M Final Gross in 2015 **vs.** $12M Final Gross in 2014. |

LNE-00860841

LNE CONFIDENTIAL BUSINESS INFORMATION

## 2016 US Concerts Weekly Update -- Market Objectives
As of July 13, 2016

| Top objectives by market | Status |
|---|---|
| **Buffalo**<br>Increase show count at First Niagara Center by 25%<br>Secure Boutique Location<br>Increase CMPF at Darien Lake by 15%<br>Create a partnership with Town Ballroom<br>**Competition:** | |
| **Albany/Syracuse**<br>Sign SPAC extension<br>Grow SPAC parking revenue by implementing paid parking<br>Increase the number of shows at SPAC by 15%<br>Create a partnership with Upstate Concert Hall<br>Exceed Lakeview CER<br>**Competition:** | Negotiation has begun to positive response |
| **Country Nation**<br>Sign BOC to 5-year deal<br>Develop 5-yr plan to expedite business to profitability<br><br>**Festivals:**<br>Windy City Lakeshake (June 17-19)<br>Faster Horses (Jul 15-17)<br>Watershed (Jul 29-31; Aug 5-7)<br>Route 91 (Sep 30- Oct 2)<br>**Competition:**<br>AEG Live | CN AOI now Forecasted to $2.75M in 2016 (incl Spo).<br>Good meeting with BOC & Coran last month.<br><br>15,600 3 Day Equivalents / $3.6 Gross (2015: 11,700 sold / $2.5M Gross)<br>38,100 sold / $7.8M Gross (2015: 34,200 sold / $6.1M Gross)<br>Wk 1: 23,600 sold/ $4.7M Gross; Wk 2: 13,900 sold/ $2.8M Gross (2015: Sellout)<br>13,400 sold / $3.3M Gross (2015: 15,100 / $3.2M Gross) |
| **Bonnaroo**<br>Achieve / exceed Bonnaroo Budget and successfully implement Cap Ex program | Board Meeting set for July 19 in LA |

| Operating Update | |
|---|---|
| 1 Market Visits / Travel | **Campana:** LA 7/19-21, Philly 7/28, Boston 8/4-8, LA 8/ 16 - 17, LA 8/27-29<br>**Roux:** Dallas 7/7-8, Nashville 7/9, LA 7/19-20, Portland 7/21,<br>Salt Lake City 7/22, LA 8/17-18, Seattle 9/1-9/2, SF 9/3-5 |
| 2 Staffing / Fixed Costs | Dave Clark signed |
| 3 Competitive Activity | |
| 4 Business Development | 1) Danny Wimmer Presents 2) Roc Nation Latino 3) CTT Potential Acquisition |
| 5 Miscellaneous | 1) Venue APF 2) Marketing 3) 07/20 Disney & Ops in LA for NAC Meeting |

LNE-00860842