# EXHIBIT PX0348 B

Redacted

## US CONCERTS
# CENTRAL MARKETING

# 2016 Marketing Promotions Update
# July 13

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860843

# 2016 PROMOTIONS

| PROGRAM | DATES | Target | | Actual | |
| --- | --- | --- | --- | --- | --- |
| | | TIX | $CM | TIX | $CM |
| **Kickoff to Summer Sale** promotion | 5/13 – 5/20 | 266k | $5.6M | 477k | $8.7M |
| **Momentum** shows | 5/15 – 9/30 | 300k | $12.7M | 39k | $1.4M |
| **Fan Appreciation** email program | 6/15 – 10/31 | 140k | $3.9M | 24K | $0.6M |
| **Big Idea / Test Market** promotion | 7/1 – 9/5 | TBD | TBD | - | - |
| TOTAL | | 706k | $22.2M | 540k | $10.7M |

**1**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860844

**Speaker Notes for Slide 1**

Once the first promotions start need to add two columns we will track week-to-week:
- Actual Tickets
- Actual $CM

**LNE CONFIDENTIAL BUSINESS INFORMATION**

**LNE-00860845**

# KICKOFF TO SUMMER SALE (May)

**$20 all-in lawn program sold 477k incremental tickets and drove a 17% lift in full-priced tickets during the promotion**

## RESULTS

|  | 2016 | 2015 | YOY | *2016 Target* |
|---|---|---|---|---|
| **Participating Events** | **959** | 448 | **+114%** | *800* |
| **Incremental Tickets** | **477K** | 111K | **+330%** | *266k* |
| **Incremental $CM** | **$8.7M** | $3.1M | **+182%** | *$5.6M* |
| **Tix per Event** | **497** | 248 | **+101%** | *333* |



✓ **+ 209% lift in total tickets week-over-week (on participating shows)**
✓ **+ 17% lift in regular priced tickets week-over-week (on participating shows)**
  ✓ **Week of promotion vs previous week**
✓ **1.2M unique visitors to *Kickoff to Summer* microsite**
✓ **20% more events participated than target of 800**

**Incremental Tickets:        477K**
**Incremental CM:        $8.7M**

3

LNE CONFIDENTIAL BUSINESS INFORMATION                                             LNE-00860846

# Speaker Notes for Slide 2

CM includes $705K of Ad Costs (Local $465K + National $240K)
477k includes final for USANA bringing up to 477k from 476k on original
Assumptions of lower APF in third party buildings from ticket economics, and only Net F&B + LN rebate for O/O
Assumes 30% shows in percentage, with conservative 100% going to artist (vs. 90-95%)

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860847

# KICKOFF TO SUMMER SALE (May)

**$20 all-in lawn program sold 477k incremental tickets and drove a 17% lift in full-priced tickets during the promotion**



The two weeks following the promotion saw an (8%) decline in Full Price Tickets, although sales started to pick back up to "Pre-Promotion" levels once Memorial Day weekend passed*.

*\* (2014 & 2015 - 20%+ decline in Amp Daily sales during Memorial Day Weekend when compared to May Average)*

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860848

# MOMENTUM SHOWS (May-Sept)

**Investing an average $15k in additional advertising spend against high sales velocity shows during last 1-3 weeks of sales cycle**

## Status
- 62 of target 200 shows identified or currently live
  - 35 shows played off; 27 July shows still live
- Reforecast necessary based on multiple factors
  - Show participation in June (17 of 30 shows)
  - Tickets and CM from Schlesinger vouchers being backed out
    - Impacting overall program performance

## June Results (thru 35 shows)
- **+1,100 incremental tickets per show ACTUAL (vs. 1,500 target)**
  - 14,500 Schlesinger tix redeemed over 19 momentum shows
    - Estimate cannibalization of 760 tickets per show
  - Smaller markets underperforming vs. expectation / may cut small market shows from program in Aug / Sep
  - **6% increase against F05 forecast (+800)**
  - **6% increase against HAL (+700)**
  - **72% (+1,900) more tickets sold during close vs. control**

**Incremental Tickets and $CM**

| 2015 Actual | |
|---|---|
| 246k tix | $10.4M |
| **2016 Target** | |
| **300k tix** | **$12.7M** |
| **2016 Forecast** | |
| **240k tix** | **$10.1M** |

## Next Steps
- August shows identified, vetted and deployed

| **Target Incremental Tickets:** | **300k** |
|---|---|
| **Target CM:** | **$12.7M** |

6

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860849