# EXHIBIT PX0348 C

Redacted

# FAN APPRECIATION EMAIL (June-Oct)

**Database segmentation program targeted to drive increased fan visits to Live Nation amphitheaters in 2016**

## Overview

**Segment I: drive incremental purchase from Active Amp Fans (1.9M)**
- Fans who have purchased 1 or more 2016 Amp shows
- Receive thank you email + $15 voucher

**Segment II: win back Inactive Amp Fans (3.2M)**
- Fans who have not been to amp in 2+ years
- Receive re-engagement email + $15 voucher

**Segment III: convert Non-Amp Fans (6.9M)**
- Fans who have never purchased an Amp ticket
- Receive email invite + $15 voucher

### Incremental Tickets and $CM

| 2015 Actual | |
|---|---|
| 127k tix | $3.5M CM |
| **2016 Target** | |
| 140k tix | $3.9M CM |

## Status
- **24k incremental tickets; $577k CM**
  - Unknown material impact caused by Schlesinger voucher redemption
    - Distributed the week following the launch of this program
- Automated follow up emails currently deploying
  - Content customized by each fan's engagement with initial email

**Target Incremental Tickets:** 140k
**Target CM:** $3.9M

7

LNE CONFIDENTIAL BUSINESS INFORMATION

# LN APP SWEEPSTAKES (August)

**Increase LN App active user base with an exciting national consumer sweepstakes that rewards fans for downloading and opening the app**



## Overview
- Reward fans who download or update the newest version of the app
- Fans must have or get the app in order to participate, driving installs and monthly active users
- Prizing revolves around the Amphitheater experience

## How it Works
- Download or update the Live Nation 4.0 mobile app
- Click thru spotlight banner to complete sweepstakes entry
  - Entry method action creates active users
  - Fans may enter once daily
- Sweepstakes promoted with organic and paid media across all social platforms
- $15 Concert Cash "Thank You" reward to all sweepstakes participants

## Prizing
- Grand Prize (2 winners): 2017 Season Amp Pass to venue of choice
- 1st Prize (4 winners): Concert Cash Vouchers ($500)
- 2nd Prize (10 winners): Food/ Beverage Credit ($100)

## Timing
- August 1st - 31st

**Target 20% increase in active users during promo period**

# 2017 PROMOTION PLANNING

## Create an impactful, strategic national promotion showcasing the key value propositions of the amphitheater experience

### Overview
- Produce award-winning strategy and creative for a Summer-long national amp promotion
- Increase average ticket sales and paid attendance in O/O amps
- Generate fan engagement and awareness of Live Nation amphitheaters
- Create a conversation, leveraging local and national press, about Live Nation that highlights Summer promotions and amphitheater events
- Capture heightened awareness of the unique amp experience to drive ticket purchases

### Status
- Strategic planning for 2017 has started
- Meeting with Sponsorship to discuss leveraging brand dollars to support the programs while providing value to brand partners

### Next Steps
- Pitch 2017 program strategy (Aug/Sep)

9



## 2016 PROMOTIONS

| PROGRAM | DATES | Target | | Actual | |
|---|---|---|---|---|---|
| | | TIX | $CM | TIX | $CM |
| Kickoff to Summer Sale promotion | 5/13 – 5/20 | 266k | $5.6M | 477k | $8.7M |
| Momentum shows | 5/15 – 9/30 | 300k | $12.7M | 39k | $1.4M |
| Fan Appreciation email program | 6/15 – 10/31 | 140k | $3.9M | 24K | $0.6M |
| Big Idea / Test Market promotion | 7/1 – 9/5 | TBD | TBD | - | - |
| TOTAL | | 706k | $22.2M | 540k | $10.7M |

1

# Once the first promotions start need to add two columns we will track week-to-week:

1

- **Actual Tickets**
- **Actual $CM**

1