# EXHIBIT PX0348 D

## Redacted

## KICKOFF TO SUMMER SALE (May)

**$20 all-in lawn program sold 477k incremental tickets and drove a 17% lift in full-priced tickets during the promotion**

### RESULTS

| | 2016 | 2015 | YOY | 2016 Target |
|---|---|---|---|---|
| Participating Events | 959 | 448 | +114% | 800 |
| Incremental Tickets | 477K | 111K | +330% | 266k |
| Incremental $CM | $8.7M | $3.1M | +182% | $5.6M |
| Tix per Event | 497 | 248 | +101% | 333 |



- ✓ + 209% lift in total tickets week-over-week (on participating shows)
- ✓ + 17% lift in regular priced tickets week-over-week (on participating shows)
  - ✓ Week of promotion vs previous week
- ✓ 1.2M unique visitors to *Kickoff to Summer* microsite
- ✓ 20% more events participated than target of 800

| Incremental Tickets: | 477K |
|---|---|
| Incremental CM: | $8.7M |

CM includes $705K of Ad Costs (Local $465K +

National $240K)

477k includes final for USANA bringing up to 477k from 476k on original

Assumptions of lower APF in third party buildings from ticket economics, and only Net F&B + LN rebate for O/O

Assumes 30% shows in percentage, with conservative 100% going to artist (vs. 90-95%)

2



## MOMENTUM SHOWS (May-Sept)

**Investing an average $15k in additional advertising spend against high sales velocity shows during last 1-3 weeks of sales cycle**

### Status
- 62 of target 200 shows identified or currently live
    - 35 shows played off; 27 July shows still live
- Reforecast necessary based on multiple factors
    - Show participation in June (17 of 30 shows)
    - Tickets and CM from Schlesinger vouchers being backed out
        - Impacting overall program performance

### June Results (thru 35 shows)
- **+1,100 incremental tickets per show ACTUAL (vs. 1,500 target)**
    - 14,500 Schlesinger tix redeemed over 19 momentum shows
        - Estimate cannibalization of 760 tickets per show
    - Smaller markets underperforming vs. expectation / may cut small market shows from program in Aug / Sep
    - **6% increase against F05 forecast (+800)**
    - **6% increase against HAL (+700)**
    - **72% (+1,900) more tickets sold during close vs. control**

### Next Steps
- August shows identified, vetted and deployed

**Incremental Tickets and $CM**

| 2015 Actual | |
|---|---|
| 246k tix | $10.4M |
| **2016 Target** | |
| **300k tix** | **$12.7M** |
| **2016 Forecast** | |
| **240k tix** | **$10.1M** |

| | |
|---|---|
| **Target Incremental Tickets:** | **300k** |
| **Target CM:** | **$12.7M** |

4

## FAN APPRECIATION EMAIL (June-Oct)

Database segmentation program targeted to drive increased fan visits to Live Nation amphitheaters in 2016

### Overview
**Segment I: drive incremental purchase from Active Amp Fans (1.9M)**
- Fans who have purchased 1 or more 2016 Amp shows
- Receive thank you email + $15 voucher

**Segment II: win back Inactive Amp Fans (3.2M)**
- Fans who have not been to amp in 2+ years
- Receive re-engagement email + $15 voucher

**Segment III: convert Non-Amp Fans (6.9M)**
- Fans who have never purchased an Amp ticket
- Receive email invite + $15 voucher

### Status
- **24k incremental tickets; $577k CM**
  - Unknown material impact caused by Schlesinger voucher redemption
    - Distributed the week following the launch of this program
- Automated follow up emails currently deploying
  - Content customized by each fan's engagement with initial email

**Incremental Tickets and $CM**

| 2015 Actual | |
|---|---|
| 127k tix | $3.5M CM |

| 2016 Target | |
|---|---|
| 140k tix | $3.9M CM |

| Target Incremental Tickets: | 140k |
|---|---|
| Target CM: | $3.9M |

# LN APP SWEEPSTAKES (August)

**Increase LN App active user base with an exciting national consumer sweepstakes that rewards fans for downloading and opening the app**

## Overview
- Reward fans who download or update the newest version of the app
- Fans must have or get the app in order to participate, driving installs and monthly active users
- Prizing revolves around the Amphitheater experience

## How it Works
- Download or update the Live Nation 4.0 mobile app
- Click thru spotlight banner to complete sweepstakes entry
  - Entry method action creates active users
  - Fans may enter once daily
- Sweepstakes promoted with organic and paid media across all social platforms
- $15 Concert Cash "Thank You" reward to all sweepstakes participants

## Prizing
- Grand Prize (2 winners): 2017 Season Amp Pass to venue of choice
- 1st Prize (4 winners): Concert Cash Vouchers ($500)
- 2nd Prize (10 winners): Food/ Beverage Credit ($100)

## Timing
- August 1st - 31st

**Target 20% increase in active users during promo period**

6

# 2017 PROMOTION PLANNING

## Create an impactful, strategic national promotion showcasing the key value propositions of the amphitheater experience

### Overview
- Produce award-winning strategy and creative for a Summer-long national amp promotion
- Increase average ticket sales and paid attendance in O/O amps
- Generate fan engagement and awareness of Live Nation amphitheaters
- Create a conversation, leveraging local and national press, about Live Nation that highlights Summer promotions and amphitheater events
- Capture heightened awareness of the unique amp experience to drive ticket purchases

### Status
- Strategic planning for 2017 has started
- Meeting with Sponsorship to discuss leveraging brand dollars to support the programs while providing value to brand partners

### Next Steps
- Pitch 2017 program strategy (Aug/Sep)

7



# 2016 PROMOTIONS

| PROGRAM | DATES | Target | | Actual | |
|---|---|---|---|---|---|
| | | TIX | $CM | TIX | $CM |
| **Kickoff to Summer Sale** promotion | 5/13 – 5/20 | 266k | $5.6M | 477k | $8.7M |
| **Momentum** shows | 5/15 – 9/30 | 300k | $12.7M | 39k | $1.4M |
| **Fan Appreciation** email program | 6/15 – 10/31 | 140k | $3.9M | 24K | $0.6M |
| **Big Idea / Test Market** promotion | 7/1 – 9/5 | TBD | TBD | - | - |
| **TOTAL** | | 706k | $22.2M | 540k | $10.7M |

1

# KICKOFF TO SUMMER SALE (May)

**$20 all-in lawn program sold 477k incremental tickets and drove a 17% lift in full-priced tickets during the promotion**

### RESULTS



| | 2016 | 2015 | YOY | 2016 Target |
|---|---|---|---|---|
| Participating Events | 959 | 448 | +114% | 800 |
| Incremental Tickets | 477K | 111K | +330% | 266k |
| Incremental $CM | $8.7M | $3.1M | +182% | $5.6M |
| Tix per Event | 497 | 248 | +101% | 333 |

✓ + 209% lift in total tickets week-over-week (on participating shows)
✓ + 17% lift in regular priced tickets week-over-week (on participating shows)
   ✓ Week of promotion vs previous week
✓ 1.2M unique visitors to *Kickoff to Summer* microsite
✓ 20% more events participated than target of 800

| | |
|---|---|
| **Incremental Tickets:** | **477K** |
| **Incremental CM:** | **$8.7M** |

2



# KICKOFF TO SUMMER SALE (May)

**$20 all-in lawn program sold 477k incremental tickets and drove a 17% lift in full-priced tickets during the promotion**

The two weeks following the promotion saw an (8%) decline in Full Price Tickets, although sales started to pick back up to "Pre-Promotion" levels once Memorial Day weekend passed*.

*(2014 & 2015 - 20%+ decline in Amp Daily sales during Memorial Day Weekend when compared to May Average)

# MOMENTUM SHOWS (May-Sept)

**Investing an average $15k in additional advertising spend against high sales velocity shows during last 1-3 weeks of sales cycle**

## Status
- 62 of target 200 shows identified or currently live
  - 35 shows played off; 27 July shows still live
- Reforecast necessary based on multiple factors
  - Show participation in June (17 of 30 shows)
  - Tickets and CM from Schlesinger vouchers being backed out
    - Impacting overall program performance

## June Results (thru 35 shows)
- **+1,100 incremental tickets per show ACTUAL (vs. 1,500 target)**
  - 14,500 Schlesinger tix redeemed over 19 momentum shows
    - Estimate cannibalization of 760 tickets per show
  - Smaller markets underperforming vs. expectation / may cut small market shows from program in Aug / Sep
  - **6% increase against F05 forecast (+800)**
  - **6% increase against HAL (+700)**
  - **72% (+1,900) more tickets sold during close vs. control**

## Next Steps
- August shows identified, vetted and deployed

**Incremental Tickets and $CM**

| 2015 Actual | |
|---|---|
| 246k tix | $10.4M |
| **2016 Target** | |
| 300k tix | $12.7M |
| **2016 Forecast** | |
| 240k tix | $10.1M |

| | |
|---|---|
| **Target Incremental Tickets:** | 300k |
| **Target CM:** | $12.7M |

4

# FAN APPRECIATION EMAIL (June-Oct)

**Database segmentation program targeted to drive increased fan visits to Live Nation amphitheaters in 2016**

### Overview
**Segment I: drive incremental purchase from Active Amp Fans (1.9M)**
- Fans who have purchased 1 or more 2016 Amp shows
- Receive thank you email + $15 voucher

**Segment II: win back Inactive Amp Fans (3.2M)**
- Fans who have not been to amp in 2+ years
- Receive re-engagement email + $15 voucher

**Segment III: convert Non-Amp Fans (6.9M)**
- Fans who have never purchased an Amp ticket
- Receive email invite + $15 voucher

### Status
- **24k incremental tickets; $577k CM**
    - Unknown material impact caused by Schlesinger voucher redemption
        - Distributed the week following the launch of this program
- Automated follow up emails currently deploying
    - Content customized by each fan's engagement with initial email

**Incremental Tickets and $CM**

| 2015 Actual | |
|---|---|
| 127k tix | $3.5M CM |
| **2016 Target** | |
| 140k tix | $3.9M CM |

| | |
|---|---|
| **Target Incremental Tickets:** | 140k |
| **Target CM:** | $3.9M |

5

# LN APP SWEEPSTAKES (August)

**Increase LN App active user base with an exciting national consumer sweepstakes that rewards fans for downloading and opening the app**

### Overview
- Reward fans who download or update the newest version of the app
- Fans must have or get the app in order to participate, driving installs and monthly active users
- Prizing revolves around the Amphitheater experience

### How it Works
- Download or update the Live Nation 4.0 mobile app
- Click thru spotlight banner to complete sweepstakes entry
  - Entry method action creates active users
  - Fans may enter once daily
- Sweepstakes promoted with organic and paid media across all social platforms
- $15 Concert Cash "Thank You" reward to all sweepstakes participants

### Prizing
- Grand Prize (2 winners): 2017 Season Amp Pass to venue of choice
- 1st Prize (4 winners): Concert Cash Vouchers ($500)
- 2nd Prize (10 winners): Food/ Beverage Credit ($100)

### Timing
- August 1st - 31st



**Target 20% increase in active users during promo period**

# 2017 PROMOTION PLANNING

**Create an impactful, strategic national promotion showcasing the key value propositions of the amphitheater experience**

## Overview
- Produce award-winning strategy and creative for a Summer-long national amp promotion
- Increase average ticket sales and paid attendance in O/O amps
- Generate fan engagement and awareness of Live Nation amphitheaters
- Create a conversation, leveraging local and national press, about Live Nation that highlights Summer promotions and amphitheater events
- Capture heightened awareness of the unique amp experience to drive ticket purchases

## Status
- Strategic planning for 2017 has started
- Meeting with Sponsorship to discuss leveraging brand dollars to support the programs while providing value to brand partners

## Next Steps
- Pitch 2017 program strategy (Aug/Sep)

7



**Immediate Opportunity:**
Purchase CTT, (Creston Thornton Touring); a Boise, ID. based - 44 year old promoter with 20+ years of history in Western Washington, Idaho, Wyoming, Montana and North and South Dakota. Creston Thornton, who owns CTT, would become President of new BU with responsibilities for Western Washington (Spokane), Idaho, Wyoming and Montana. Segregate Wyoming off from Denver BU and Idaho and Wyoming off from Seattle BU.

**Financial:**
Earns approximately $550,000 per year. $450,000 from Concerts and $100,000 from Club. This is after all costs, including a 3 Person staff (Creston, who takes a $100,000 draw, a marketer and an office manager). Sub contracts all other services, whose costs are included in show results.

Believe we can drive LYV AOI to $1,000,000 per year by end of 2018, through increased Touring Activity, Increased Club Activity, New Ticketing Deals, Business Acquisitions and Expansion.

**Assets:**
Owns lease and the business of 2,200 cap club; The Revolution Concert House, in Boise ($160,000 debt). Has the exclusive for concerts at the 5,800 capacity Century Link Arena in Boise. Club has ticketing with Ticket Fly (1 year left, sells about 70,000 tickets per year). Century Link has old Paciolan System believe they own, sells about 200,000 tickets per year). Believe we can convert both to TM.

**Suggested Offer:**
Purchase assets for $2,085,000, (about 3.5X annual AOI + debt), CTT retires $160,000 debt on Revolution as part of purchase. *post diligence to verify the $550,000 in annual profits.

Sign Creston Thornton to 5 year contract, effective 1-1-17, with base salary offer of $225,000 per year + President's Bonus. Hire his 2 employees (current salaries are $36,000 for marketer and $22,000 for office manager). Would raise marketer to $45,000 and Office Manager to $25,000. Live Nation takes over accounting and legal and insurance, which likely drives our annual AOI at BU level a bit higher.

Over the 5 year term Creston receives;
$2,085,000 (net for business)
$1,125,000 (salary)
3,210,000 Total Plus Annual Bonus Potential

Versus current:

$2,750,000 5 years net profits
$  500,000 Salary Draw
$3,250,000 Total



LNE CONFIDENTIAL BUSINESS INFORMATION                    LNE-00860853



LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860854

# 2016 NAC Regions Amph and Arena Weekly Tracker

## July 13, 2016



**LNE CONFIDENTIAL BUSINESS INFORMATION**

LNE-00860855

# Ticket Pacing – Amphs, Arenas and Stadiums



### Tickets Sold as of 7/11 YOY

8,551 (+107)
**Avg Sold**

+2%

8,691 (+145)
**Avg Sold**

28.4m Bud

☐ To Go
☐ Stadiums
☐ Arenas
☐ Amphs

25.8m FY

4.3m (-0.4)
(15%)

6.7m
(-0.5)
(26%)

3.6m (+0.0) (13%)

1.5m (+0.0) (6%)

7.8m (+0.0) (28%)

Stadium Shows 47
Arena Shows 806
Amp Shows 1389

6.7m (+0.1) (26%)

Stadium Shows 102
Arena Shows 999
Amp Shows 1664

11.0m (+0.4) (42%)

12.6m (+0.3) (44%)

2015
**2242 shows on-sale**

2016
**2765 shows on-sale**

Note: Data includes Regions promoted shows at amphs, arenas and stadiums only, excludes theaters, clubs, festivals, rentals and Canada.
Ticketing data excludes Pre-sales.

**LIVE NATION** ENTERTAINMENT

2

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860856

# Large OO Amph Show and Ticket Pacing



## Show Count as of 7/12

991
43 (-1) (5%)
12 (+0) (1%)
848
920 Bud
835 FY
17 (+0) (2%)
831 (+1) (100%)
936 (+2) (102%)

☐ To Go
☐ Discussion
☐ Offer In
☐ Confirmed

2015          2016

**Current CMPF = $9.63 (+0.11)**

## Tickets Sold as of 7/11 YOY

9,912 (+184)   -3%   9,575 (+245)
Avg Sold          Avg Sold
12.0m Bud
10.4m FY
3.2m (-0.2) (27%)
2.3m (-0.3) (22%)
8.1m (+0.3) (78%)
8,8m (+0.2) (73%)

☐ To Go
☐ Sold

2015          2016

822 (+16) shows onsale    915 (-1) shows onsale

Note: Large O/O Amphs data excludes Canada and Buy-Sells. Ticketing data excludes Pre-sales.

LIVE NATION
ENTERTAINMENT

3

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860857