# EXHIBIT PX0348 E

Redacted

# Megaticket Pacing



☐ To Go
☐ Actual

Markets Currently On Sale:
2015: 33 (7.5 shows per market)
2016: 35 (7.8 shows per market)

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860858

# Amphitheater Show and Ticket Pacing



**Current CMPF = $8.57 (-0.02)**

Note: Data includes OO and Third-Party Amphs and Boutiques, excludes Rentals, Sell-Offs and Canada. Ticketing data excludes Pre-sales.

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860859

# Arena Show and Ticket Pacing



## Show Count as of 7/12

**1,346**

101 (0) (9%)

196 (-1%) (17%)

1,143 Bud

**1,075 FY**

9 (-63) (1%)

10 (-5) (1%)

168 (+48) (16%)

888 (+20) (83%)

1,049 (+13) (92%)

☐ To Go
☐ Discussion
☐ Offer In
☐ Confirmed

**2015**        **2016**

**Current CMPF = $6.91 (-0.03)**

## Tickets Sold as of 7/11 YOY

8,276 (-8) Avg Sold    ⬭ -6% ⬭ → 7,808 (+49) Avg Sold

**9.6m FY**

**10.1m Bud**

2.9m (-0.1) (31%)

2.3m (-0.0) (23%)

☐ To Go
☐ Sold

6.7m (+0.1) (69%)

7.8m (+0.0) (77%)

**2015**        **2016**

806 (+11) shows onsale    999 (+0) shows onsale

Note: Arena data excludes Canada and Buy-Sells. Ticketing data excludes Pre-sales.

**LIVE NATION** ENTERTAINMENT

6

# Stadium Show and Ticket Pacing



## Show Count as of 7/12

104
1 (0) (2%)

49 FY
1 (0) (2%)

103
(+1)
(194%)

53 Bud

48
(0)
(98%)

☐ To Go
☐ Discussion
☐ Offer In
☐ Confirmed

2015        2016

**Current CMPF = $8.72 (-0.16)**

## Tickets Sold as of 7/11 YOY

32,566 (+655)  +9%  35,423 (+399)
Avg Sold        Avg Sold

3.6m

☐ To Go
☐ Sold

2.1m Bud

1.8m FY
0.3m (-0.0)
(15%)

3.6m
(+0.0)
(172%)

1.5m
(+0.0)
(85%)

2015        2016

47 (+0) shows onsale    102 (+0) shows onsale

Note: Stadium data excludes Canada and Buy-Sells. Ticketing data excludes Pre-sales.

LYVE NATION
ENTERTAINMENT

7

# Large OO Amps Touring/Local Pacing



Current CMPF = $9.31 (+0.10)          Current CMPF = $11.68 (+0.21)

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860862