# EXHIBIT PX0348 F

Redacted

# Amphitheater Touring/Local Pacing



LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860863

# Arena Touring/Local Pacing



LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860864

# CM Pacing and Deal Status– Amphs, Arenas and Stadiums



## Confirmed/Actual CM by Venue Type

**$253.0m Bud**

$23.2m (-0.7) (9%)

$33.1m (-0.3) (13%)

**$196.7m FY**

$25.3m (-0.6) (13%)

$5.0m (+0.2) (4%)

$53.9m (+0.4) (27%)

$63.0m (+0.3) (25%)

$109.5m (+0.1) (56%)

$133.7m (+0.7) (53%)

☐ To Go
☐ Stadiums
☐ Arenas
☐ Amps

**2015**            **2016**

## CM by Deal Status

**$253.0m Bud**

$6.8m (+1.3) (3%)

$16.3m (-2.0) (6%)

**$196.7m FY**

$14.9m (-3.3) (8%)

$10.3m (+2.7) (5%)

$144.6m (-1.0) (57%)

$104.2m (-0.1) (53%)

$67.2m (+0.8) (34%)

$85.2m (+1.7) (34%)

☐ To Go
☐ In Negotiation
☐ Confirmed
☐ Actual

**2015**            **2016**

Note: Data includes Regions promoted shows at amphs, arenas and stadiums only, excludes theaters, clubs, festivals, rentals and Canada
Excludes Event CM outside of specific shows (i.e. Benefit of Cross, United Center volume rebate deal, etc.)

LIVE NATION
ENTERTAINMENT

11

LNE CONFIDENTIAL BUSINESS INFORMATION                          LNE-00860865

# 2016 Large OO Amphitheater Forecast



**Current CMPF = $9.63 (+0.11)**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860866