# EXHIBIT PX0348 G

Redacted

# 2016 Amphitheater Forecast

☐ To Go
☐ Offer In
☐ Confirmed
☐ Actual

## Current CMPF = $8.57 (-0.02)



Source: Touring business plans and Local Promoter ROME shows; Excludes Rentals, Sell-offs and Canada

LIVE NATION
ENTERTAINMENT

13

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860867



# 2016 Arena Forecast

**Current CMPF = $6.91 (-0.03)**

Source: Touring business plans and Local Promoter ROME shows; Excludes Rentals, Sell-offs and Canada

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860868



# 2016 Stadium Forecast

**Current CMPF = $8.72 (-0.16)**

Source: Touring business plans and Local Promoter ROME shows; Excludes Rentals, Sell-offs and Canada

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00860869

# 2016 Premium Revenue



LNE CONFIDENTIAL BUSINESS INFORMATION