# EXHIBIT PX0348 H

Redacted

































# 2016 NAC Regions Amph and Arena Weekly Tracker

July 13, 2016



# Ticket Pacing – Amphs, Arenas and Stadiums



## Tickets Sold as of 7/11 YOY

**8,551 (+107) Avg Sold** → +2% → **8,691 (+145) Avg Sold**

**28.4m Bud**

**25.8m FY**

Legend: To Go, Stadiums, Arenas, Amphs

**2015**
- 6.7m (-0.5) (26%)
- 1.5m (+0.0) (6%)
- 6.7m (+0.1) (26%)
- 11.0m (+0.4) (42%)

**2016**
- 4.3m (-0.4) (15%)
- 3.6m (+0.0) (13%)
- 7.8m (+0.0) (28%)
- 12.6m (+0.3) (44%)

Stadium Shows 47
Arena Shows 806
Amp Shows 1389

Stadium Shows 102
Arena Shows 999
Amp Shows 1664

**2015** — **2242 shows on-sale**

**2016** — **2765 shows on-sale**

Note: Data includes Regions promoted shows at amphs, arenas and stadiums only, excludes theaters, clubs, festivals, rentals and Canada. Ticketing data excludes Pre-sales.



# Large OO Amph Show and Ticket Pacing

## Show Count as of 7/12

**991**

12 (+0) (1%)

43 (-1) (5%)

**920 Bud**

**848**

**835 FY**

17 (+0) (2%)

**831**
**(+1)**
**(100%)**

**936**
**(+2)**
**(102%)**

- ■ To Go
- ▢ Discussion
- ▮ Offer In
- ▮ Confirmed

**2015**          **2016**

**Current CMPF = $9.63 (+0.11)**

## Tickets Sold as of 7/11 YOY

9,912 (+184) — -3% → 9,575 (+245)
**Avg Sold**                **Avg Sold**

**12.0m Bud**

**10.4m FY**

**3.2m**
**(-0.2)**
**(27%)**

**2.3m**
**(-0.3)**
**(22%)**

- ■ To Go
- ▮ Sold

**8.1m**
**(+0.3)**
**(78%)**

**8.8m**
**(+0.2)**
**(73%)**

**2015**          **2016**

822 (+16) shows onsale          915 (-1) shows onsale

Note: Large O/O Amphs data excludes Canada and Buy-Sells. Ticketing data excludes Pre-sales.



# Megaticket Pacing


■ To Go
■ Actual

| Participating Shows | Total Tickets (K) | Tickets Per Show | Gross Per Show ($K) |

**Participating Shows**

273

246 FY

273
(100%)

246
(100%)

2015    2016

**Total Tickets (K)**

1.14M FY
0.03M (2%)

0.85M

1.11M
(98%)

0.85M
(100%)

2015    2016

**Tickets Per Show**

4.6K FY
0.1K (2%)

3.1K

4.5K
(98%)

3.1K
(100%)

2015    2016

**Gross Per Show ($K)**

$167.8K FY
$1.0K (1%)

$128.7K

$166.8K
(99%)

$128.7K
(100%)

2015    2016

*Markets Currently On Sale:*
*2015: 33 (7.5 shows per market)*
*2016: 35 (7.8 shows per market)*



4

# Amphitheater Show and Ticket Pacing

## Show Count as of 7/12

1,455 FY

**1,483**
43 (+1) (3%)

**1,830**
97 (-11) (6%)    13 (0) (1%)

**1,615 Bud**

1,440
(0)
(99%)

1,720
(+7)
(107%)

- ■ To Go
- ▢ Discussion
- ■ Offer In
- ■ Confirmed

2015    2016

**Current CMPF = $8.57 (-0.02)**

## Tickets Sold as of 7/11 YOY

7,898 (+168)  −4%  →7,583 (+179)
Avg Sold        Avg Sold

**16.4m Bud**

**14.4m FY**
3.5m
(-0.4)
(24%)

3.8m
(-0.3)
(23%)

- ■ To Go
- ■ Sold

11.0m
(+0.4)
(76%)

12.6m
(+0.3)
(77%)

2015    2016

1389 (+23) shows onsale    1664 (+3) shows onsale

Note: Data includes OO and Third-Party Amphs and Boutiques, excludes Rentals, Sell-Offs and Canada. Ticketing data excludes Pre-sales.



5

# Arena Show and Ticket Pacing

## Show Count as of 7/12

1,346

101 (0) (9%)

196 (-19) (17%)

1,143 Bud

1,075 FY

9 (-63) (1%)

10 (-5) (1%)

168 (+48) (16%)

1,049 (+13) (92%)

888 (+20) (83%)

**To Go**
**Discussion**
**Offer In**
**Confirmed**

2015

2016

**Current CMPF = $6.91 (-0.03)**

## Tickets Sold as of 7/11 YOY

8,276 (-8) Avg Sold — -6% → 7,808 (+49) Avg Sold

10.1m Bud

9.6m FY

2.3m (-0.0) (23%)

2.9m (-0.1) (31%)

**To Go**
**Sold**

6.7m (+0.1) (69%)

7.8m (+0.0) (77%)

2015

2016

806 (+11) shows onsale

999 (+0) shows onsale

Note: Arena data excludes Canada and Buy-Sells. Ticketing data excludes Pre-sales.



6

# Stadium Show and Ticket Pacing

## Show Count as of 7/12

104

1 (0) (2%)

103
(+1)
(194%)

53 Bud

49 FY

1 (0) (2%)

48
(0)
(98%)

**To Go**
**Discussion**
**Offer In**
**Confirmed**

2015

2016

**Current CMPF = $8.72 (-0.16)**

## Tickets Sold as of 7/11 YOY

32,566 (+655)    +9%    35,423 (+399)
**Avg Sold**                **Avg Sold**

3.6m

**To Go**
**Sold**

2.1m Bud

1.8m FY

0.3m (-0.0)
(15%)

3.6m
(+0.0)
(172%)

1.5m
(+0.0)
(85%)

2015

2016

47 (+0) shows onsale     102 (+0) shows onsale

Note: Stadium data excludes Canada and Buy-Sells. Ticketing data excludes Pre-sales.



7

# Large OO Amps Touring/Local Pacing



# Amphitheater Touring/Local Pacing



# Arena Touring/Local Pacing



# CM Pacing and Deal Status– Amphs, Arenas and Stadiums

## Confirmed/Actual CM by Venue Type

**$253.0m Bud**

**$196.7m FY**

2016:
- $23.2m (-0.7) (9%) — To Go
- $33.1m (-0.3) (13%) — Stadiums
- $63.0m (+0.3) (25%) — Arenas
- $133.7m (+0.7) (53%) — Amps

2015:
- $25.3m (-0.6) (13%) — To Go
- $8.0m (+0.2) (4%) — Stadiums
- $53.9m (+0.4) (27%) — Arenas
- $109.5m (+0.1) (56%) — Amps

Legend:
- **To Go** (blue)
- **Stadiums** (orange)
- **Arenas** (yellow)
- **Amps** (red)

**2015**   **2016**

## CM by Deal Status

**$253.0m Bud**

**$196.7m FY**

2016:
- $6.8m (+1.3) (3%) — To Go
- $16.3m (-2.0) (6%) — In Negotiation
- $144.6m (-1.0) (57%) — Confirmed
- $85.2m (+1.7) (34%) — Actual

2015:
- $14.9m (-3.3) (8%) — To Go
- $10.3m (+2.7) (5%) — In Negotiation
- $104.2m (-0.1) (53%) — Confirmed
- $67.2m (+0.8) (34%) — Actual

Legend:
- **To Go** (blue)
- **In Negotiation** (green)
- **Confirmed** (pink)
- **Actual** (red)

**2015**   **2016**

Note: Data includes Regions promoted shows at amphs, arenas and stadiums only, excludes theaters, clubs, festivals, rentals and Canada
Excludes Event CM outside of specific shows (i.e. Benefit of Cross, United Center volume rebate deal, etc.)



# 2016 Large OO Amphitheater Forecast



Source: Touring business plans and Local Promoter ROME shows; Excludes Rentals, Sell-offs and Canada

# 2016 Amphitheater Forecast



Source: Touring business plans and Local Promoter ROME shows; Excludes Rentals, Sell-offs and Canada

# 2016 Arena Forecast

**Current CMPF = $6.91 (-0.03)**

- ■ To Go (blue)
- ■ Offer In (green)
- ■ Confirmed (dark red)
- ■ Actual (red)

## Show Count

**1,245**

1,075 FY
19 (-68) (2%)

196 (-19) (17%)
1,143 Bud

168 (+48) (16%)

627 (+8) (55%)

413 (+13) (38%)

475 (+7) (44%)

422 (+5) (37%)

2015    2016

## Tickets

**10.6m**

9.6m FY

1.3m (-0.1) (13%)
10.1m Bud

0.5m (-0.5)(6%)

1.2m (+0.4) (13%)

5.4m (+0.0) (54%)

3.2m (+0.0) (34%)

4.6m (+0.1) (48%)

3.8m (+0.0) (38%)

2015    2016

## Promoter Profit

**$15.2m**

$12.9m

$3.6m (-0.5) (25%)
$14.6m Bud

$2.1m (+1.2) (29%)

$0.7m (-0.5)(10%)

$6.7m (+0.0) (46%)

$7.1m FY

$10.1m (+0.2) (142%)

$4.9m (-0.5) (34%)

2015    2016

## CM

**$73.1m**
$0.0m(+0.0)(0%)

65.5m FY

$10.0m (-1.2) (14%)

$3.9m(-2.9)(6%)

$7.7m (+2.5) (12%)

$18.0m (-0.1) (27%)

$35.7m (+0.3) (49%)

$36.0m (+0.5) (55%)

$27.3m (+0.1) (37%)

2015    2016

Source: Touring business plans and Local Promoter ROME shows; Excludes Rentals, Sell-offs and Canada



14

# 2016 Stadium Forecast

**Current CMPF = $8.72 (-0.16)**



Source: Touring business plans and Local Promoter ROME shows; Excludes Rentals, Sell-offs and Canada

# 2016 Premium Revenue



Platinum figures represent net lift for U.S. Concerts & Global Touring shows for both years.
PSS figures represent Cash for Regions shows only
F&B data is for Regions O/O Amps only.

2016 based on Confirmed & Pending likely events in Rome.

16

Tracker to PY Tracker Comparison

| Legacy Amp* | | 2016 - 07/17 | | 2015 - 07/18 | | Variance | |
|---|---|---|---|---|---|---|---|
| Show Count | | 226 | | 201 | | 24 | |
| % Shows Reported | | 24% | | 25% | | 0% | |
| Gross | $ | 48,107,982 | $ | 37,876,698 | $ | 10,231,284 | |
| Paid | | 2,750,763 | | 2,462,298 | | 288,465 | |
| Per Cap | $ | 17.49 | $ | 15.38 | $ | 2.11 | |

| Non Legacy Amp | | | | | | | |
|---|---|---|---|---|---|---|---|
| Show Count | | 83 | | 69 | | 14 | |
| % Shows Reported | | 31% | | 30% | | 1% | |
| Gross | $ | 8,345,198 | $ | 6,902,334 | $ | 1,442,864 | |
| Paid | | 576,687 | | 485,727 | | 90,960 | |
| Per Cap | $ | 14.47 | $ | 14.21 | $ | 0.26 | |

| All Amp* | | | | | | | |
|---|---|---|---|---|---|---|---|
| Show Count | | 309 | | 271 | | 38 | |
| % Shows Reported | | 26% | | 26% | | 0% | |
| Gross | $ | 56,453,180 | $ | 44,779,032 | $ | 11,674,149 | |
| Paid | | 3,327,450 | | 2,948,025 | | 379,425 | |
| Per Cap | $ | 16.97 | $ | 15.19 | $ | 1.78 | |

| Theaters | | | | | | | |
|---|---|---|---|---|---|---|---|
| Show Count | | 161 | | 159 | | 2 | |
| % Shows Reported | | 44% | | 47% | | -3% | |
| Gross | $ | 5,008,497 | $ | 3,831,702 | $ | 1,175,795 | |
| Paid | | 311,470 | | 280,223 | | 31,247 | |
| Per Cap | $ | 16.08 | $ | 13.68 | $ | 2.40 | |

| All Venue* | | | | | | | |
|---|---|---|---|---|---|---|---|
| Show Count | | 470 | | 430 | | 40 | |
| % Shows Reported | | 30% | | 31% | | -1% | |
| Gross | $ | 61,461,678 | $ | 48,611,734 | $ | 12,849,944 | |
| Paid | | 3,638,920 | | 3,228,248 | | 410,672 | |
| Per Cap | $ | 16.89 | $ | 15.06 | $ | 1.83 | |

\* - Does not include Molson/TD Echo Beach

**LNE CONFIDENTIAL BUSINESS INFORMATION**

LNE CONFIDENTIAL BUSINESS INFORMATION

## U.S. Concerts: 2015 - Top 20 Arenas by APF

"sort"

| Rank | Venue Name | City | Rollup Region | DMA | # Shows | Paid | APF | CM Per Show | Total CM | Deal Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BB&T Center | Fort Lauderdale | Miami/Tampa | MIAMI-FT. LAUDERDALE | 8 | 83,973 | $21.01 | $97,472 | $779,776 | CoPro UD + Volume Bonus + Third Party |
| | | Full co-pro 50/50 up and down; all revenue streams are added into the pot. Deal also includes 50% of non manifested house seat sales (640 seats). We receive 20% of all revenue streams for non LN musical events in the venue. If an event plays the AAA in Miami, BB&T receives 20% of our profit (if date is unavailable at BBT). If the artist already played BBT in the current tour, for the first 8 Latin shows in a fiscal year or when the capacity is less than 5,500, then LN does not have to pay BBT anything for the AAA play. We receive annual fees of $25k from the venue's ADT club and $275k for Club Red. If we do 10+ shows we receive $200k Bonus and a % of Venue's gross sponsorship revenue on a graduated scale (from 1.5% to 6%). We add a $1 bump to venue TM service charge and keep 100%. | | | | | | | | | |
| 2 | Atlantic City Boardwalk Hall | Atlantic City | Philadelphia | PHILADELPHIA | 9 | 77,497 | $17.28 | ($61,324) | ($551,914) | Rebate |
| | | $3 per paid rebate; $2 per paid rebate for selloffs. Includes $500K loss subsidy from CREDA (on-going deal point). | | | | | | | | |
| 3 | Toyota Center | Houston | Houston | HOUSTON | 30 | 289,513 | $15.44 | $187,147 | $5,614,397 | CoPro UD + Third Party |
| | | This is an exclusive deal where LN pays guarantee to venue annually and then recoups 100% of guarantee + additional profit from pooled revenues before backend sharing of an remaining pooled profits with venue. LN shares in concessions, merch, ticket rebates, suite revenue, and rent for third party promoted shows. | | | | | | | | |
| 4 | Viejas Arena | San Diego | San Diego | SAN DIEGO | 14 | 94,111 | $14.15 | $72,858 | $1,020,014 | SBS |
| | | OAT and Viejas have a combined deal for the Associated Students (AS) of SDSU (university). The deal is a $ 400K annual gtd and 90K TM which needs to be paid in qtrly installments. A Revenue pool is derived from each show and 25% of that pool goes against the qtrly qtd. | | | | | | | | |
| 5 | The Palace Of Auburn Hills | Auburn Hills | Detroit/Indy/ Cleveland | DETROIT | 15 | 182,999 | $11.56 | $165,499 | $2,482,485 | CoPro UD |
| | | 50% LN/ 50% PSE up and down. | | | | | | | | |
| 6 | Barclays Center | Brooklyn | New York | NEW YORK | 14 | 164,108 | $11.12 | $136,049 | $1,904,691 | CoPro UD + Third Party |
| | | 50/50 co-pro up and down on LN shows. $3 per paid on all thrid party promoted shows capped at $600k per year. | | | | | | | | |
| 7 | Amway Center | Orlando | Miami/Tampa | ORLANDO-DAYTONA BCH-MELBRN | 19 | 175,114 | $10.57 | $117,730 | $2,236,869 | Rebate + Volume Bonus |
| | | $6.00/ pd events 1-10; $7.00/pd events 11-15; $7.50/pd events 16+. In any year, plus $1.00 TM bump paid to us on POI, plus 50/50 split of unmanifested seats. After event 11, $25,000 bonus, after event 16, $50,000 bonus. We receive $2.00 per comp if greater than 200 comps are in attendance. 50% of Club seats (621), and 50% of MVP table seats (40). Their year runs from October 1 thru September 30. | | | | | | | | |
| 8 | The Axis at Planet Hollywood | Las Vegas | Las Vegas | LAS VEGAS | 17 | 68,838 | $10.44 | $35,262 | $599,461 | CoPro UD + Volume Bonus |
| | | Co-promote split 50/50 up and down. Ancillary revenues are split based on a sliding scale by number of shows put in the venue. LN Share of Ancillary revenue is between 17.5%-50% based on show count. | | | | | | | | |

LNE-00860872

LNE CONFIDENTIAL BUSINESS INFORMATION

| Rank | Venue Name | City | Rollup Region | DMA | # Shows | Paid | APF | CM Per Show | Total CM | Deal Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Wells Fargo Center | Philadelphia | Philadelphia | PHILADELPHIA | 17 | 218,726 | $10.36 | $112,188 | $1,907,194 | CoPro UD + Third Party |
| | | 50/50 co pro up and down.  Suite and F&B rebate on third party promoted shows. | | | | | | | | |
| 10 | Talking Stick Resort Arena | Phoenix | Phoenix/ Albuquerque | PHOENIX (PRESCOTT) | 6 | 55,591 | $10.04 | $90,312 | $541,869 | CoPro UD + Third Party |
| | | 50/50 co-pro up and down.  Pot is promoter profit, rent, box office, internal expense adjustment, merch, fac fee, ticket rebates.  Plus we receive 25% of food & beverage. | | | | | | | | |
| 11 | Amalie Arena | Tampa | Miami/Tampa | TAMPA-ST. PETE (SARASOTA) | 11 | 114,917 | $9.11 | $150,187 | $1,652,052 | Rebate + Volume Bonus |
| | | $6.50/pd; $3.00 per comp issued, plus $10k Rent Rebate, plus $1.00 TM bump paid to us on Phone/Outlet/Internet, plus 33% of unmanifest seats. House seats (approximately 640) we receive 33%. If attendance exceeds 75,000 in any year, per ticket rebate increased by $.25/pd retroactive. | | | | | | | | |
| 12 | United Center | Chicago | Chicago | CHICAGO | 12 | 157,928 | $8.96 | $75,797 | $909,569 | Rebate + Volume Bonus |
| | | Fiscal 2016 deal: Rebate: 0-100K paid attendance no ticket rebate; 100k-129,999 $1.25/ticket rebate; 130K-159,999 paid, $2.25/ticket rebate; 160K - 189,999 paid, $3.25/ticket rebate; 190K - 219,999 paid, $4.25/ticket rebate; 220K - 249,999 paid, $5.25/ticket rebate; 250K+ paid, $6.25/ticket rebate - all rebates retroactive to 1st ticket. Settle at end of venue fiscal (June 30) | | | | | | | | |
| 13 | Prudential Center | Newark | New York | NEW YORK | 13 | 123,680 | $8.65 | $74,100 | $963,296 | Rebate |
| | | $7 per paid TM head plus ability to sell one off suites and keep 50% - 1st $10K guaranteed. | | | | | | | | |
| 14 | Pepsi Center Arena | Denver | Denver | DENVER | 16 | 160,336 | $8.30 | $88,442 | $1,415,076 | Rebate + Volume Bonus |
| | | We pay rent and house costs - we get a $4.50 rebate for the first 85k sold.  $6.50 rebate on the next 30k sold.  $9.50 on all sold tickets over 115k.  Plus $10 per club level capped at $10K per show.  "Summer shows" (May-Oct) that are considered amp tours get $7.50 per paid ticket plus club rebate. | | | | | | | | |
| 15 | ORACLE Arena | Oakland | San Francisco/ Sacramento | SAN FRANCISCO-OAK-SAN JOSE | 6 | 64,983 | $8.24 | $114,974 | $689,844 | CoPro UD |
| | | 50/50 copro up and down. | | | | | | | | |
| 16 | Honda Center | Anaheim | Los Angeles | LOS ANGELES | 12 | 118,496 | $8.01 | $97,652 | $1,171,828 | CoPro UD + Volume Bonus |
| | | For the first 12 shows, net rent and promter profit are thrown in a pot. First $50k is split 50/50 and then split 70 LN / 30 arena plus $5/head. For the 13th show and any thereafter, all ancils and expenses are thrown in a pot and split 50/50 (CM). | | | | | | | | |
| 17 | XL Center | Hartford | Connecticut/ Upstate NY | HARTFORD & NEW HAVEN | 6 | 40,869 | $7.84 | $52,957 | $317,741 | CoPro UD |
| | | 50/50 split in which f&b, premium seat sales, net rent, promoter profit, and possible ticketing rebates are in the pot. | | | | | | | | |

LNE-00860873

LNE CONFIDENTIAL BUSINESS INFORMATION

| Rank | Venue Name | City | Rollup Region | DMA | # Shows | Paid | APF | CM Per Show | Total CM | Deal Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Save Mart Center at Fresno State | Fresno | Los Angeles | FRESNO-VISALIA | 8 | 57,042 | $7.81 | $24,189 | $193,509 | Rebate + Volume Bonus |
| | | $5.50 per ticket on first show in year, $3.50 for shows 2-7, $5.50 for 8th show and any thereafter. Additional downside protection of $2.50/ticket. | | | | | | | | |
| 19 | Van Andel Arena | Grand Rapids | Detroit/Indy/ Cleveland | GRAND RAPIDS-KALMZOO-B.CRK | 17 | 139,407 | $6.94 | $71,419 | $1,214,117 | CoPro UD |
| | | Co-pro - 50% LN/ 50% SMG up and down. | | | | | | | | |
| 20 | Bankers Life Fieldhouse | Indianapolis | Detroit/Indy/ Cleveland | INDIANAPOLIS | 8 | 80,716 | $6.77 | $77,641 | $621,124 | Rebate |
| | | $4.00 per paid if building has unmanifested seats.  Building will copro on a show by show basis.  We also have a full management deal. | | | | | | | | |
| | | | | Total: | 258 | 2,468,844 | $10.88 | $99,547 | $25,683,001 | |

Note: Only includes venues with 6 or more shows in 2015.
Note: Show count and APF calculations exclude Global Touring shows but Non-show revenues can include activites from Global Touring
- Represents Co-Pro deal type with down-side protection.

LNE-00860874