**Personal messages Ben Baker and Jeff Weinhold - 2022-01-12 (UTC)**

Private 🔒    1/12/2022, 5:05 PM UTC

Ben Baker and Jeff Weinhold

---

**JW**   Jeff Weinhold (U01BUG6UY5V)
lol Lilia is like "its 9am and im already over today"  💬 1/12/2022, 5:05 PM UTC

**BB**   Ben Baker (U01CZ408U8Y)
lmao  💬 1/12/2022, 5:06 PM UTC
i hate the ZBB holds. they're so fucking stupid  💬 1/12/2022, 5:06 PM UTC

**JW**   Jeff Weinhold (U01BUG6UY5V)
and LN will start on Wed  💬 1/12/2022, 5:06 PM UTC

**BB**   Ben Baker (U01CZ408U8Y)
basically all my VIP2 seats are held in odd blocks  💬 1/12/2022, 5:06 PM UTC

**JW**   Jeff Weinhold (U01BUG6UY5V)
SOOOOO many holds. but they are actually better than they used to be  💬 1/12/2022, 5:06 PM UTC

**BB**   Ben Baker (U01CZ408U8Y)
to get to where they need to  💬 1/12/2022, 5:06 PM UTC

**JW**   Jeff Weinhold (U01BUG6UY5V)
when they did the Eat and Greets they used to hold like 500-600  💬 1/12/2022, 5:07 PM UTC

**BB**   Ben Baker (U01CZ408U8Y)
i guessed spotify would be thursday when i built. now it's gonna kick into review when i edit. oh well  💬 1/12/2022, 5:07 PM UTC

**JW**   Jeff Weinhold (U01BUG6UY5V)
lol  💬 1/12/2022, 5:07 PM UTC

**BB**   Ben Baker (U01CZ408U8Y)

---

**Ex. No
PX0719**
1:24-cv-03973

HIGHLY CONFIDENTIAL    LNE-LIT24-000682262

PX0719.0001



RE: MIDFLORIDA Credit Union Amph

Ben Baker
To  ● Lynne Kocur
Cc  ● Brittany Bardol

I just built that event 30 minutes ago.

The offer is on the event because it's still on our master maps. It won't become public/visible anywhere. It will just sit there inactive.

Ben Baker | Director of Ticketing | Concerts
Email: benbaker@livenation.com
Phone: 813.600.1001 | Internal: 34101 | Cell: 325.245.9739
4802 US Highway 301 | Tampa, FL | 33610

From: Lynne Kocur <LynneKocur@LiveNation.com>
Sent: Wednesday, January 12, 2022 12:29 PM
To: Ben Baker <BenBaker@LiveNation.com>
Cc: Brittany Bardol <BrittanyBardol@LiveNation.com>
Subject: RE: MIDFLORIDA Credit Union Amph

It's showing up in TM's reports today:

| 0D005C2C0F0AB426 | FLO | EAF1008 | Zac Brown Band: | | MIDFLORIDA Credit Union Amphitheatre | | 10/8/2022 | 9/8/2022 |

Thanks!!
Lynne Kocur | Ticketing Manager
Live Nation Media & Sponsorship
P: (505) 910-5536
lynnekocur@livenation.com

www.LiveNation.com
www.livenationforbrands.com

1/12/2022, 5:35 PM UTC

📎 | image.png (F02TJTPEEKG)  1/12/2022, 5:35 PM UTC

**JW — Jeff Weinhold (U01BUG6UY5V)**
lol FFS  💬 1/12/2022, 5:37 PM UTC
is it the TMORS?  💬 1/12/2022, 5:37 PM UTC

**BB — Ben Baker (U01CZ408U8Y)**
yes  💬 1/12/2022, 5:37 PM UTC

**JW — Jeff Weinhold (U01BUG6UY5V)**
lol she was ON TOP of that haha  💬 1/12/2022, 5:37 PM UTC

**BB — Ben Baker (U01CZ408U8Y)**
i literally just submitted it like 30 min ago and she freaks out  💬 1/12/2022, 5:37 PM UTC
i'm like calm down  💬 1/12/2022, 5:37 PM UTC

**JW — Jeff Weinhold (U01BUG6UY5V)**
somehow LeBlancs lacky already has the new JLL BOMS email address and was asking her questions. I slacked Jay and i Was like man that was fast, shes been here 2 days  💬 1/12/2022, 5:38 PM UTC

**BB — Ben Baker (U01CZ408U8Y)**
hahahaha  💬 1/12/2022, 5:38 PM UTC
i really wonder where hayden gets his pricing for these ancil's  💬 1/12/2022, 5:38 PM UTC
suggested club price: $75  💬 1/12/2022, 5:38 PM UTC
meanwhile - here's what I did in 2020  💬 1/12/2022, 5:38 PM UTC

HIGHLY CONFIDENTIAL
LNE-LIT24-000682263



```
*********************************************************
EAT AVAILABILITY REPORT FOR EMF1010C AS OF WED 12-JAN-22 12:38
                 THIS VOUCHER IS VALID FOR
                  ONE VIP CLUB ADMISSION
                    ZAC BROWN BAND
                  EVENT TICKET REQUIRED
                 MIDFLORIDA AMPHITHEATRE
                 SUN OCT 10 2021 7:00 PM

     OUTLET      PHONE   PRIMARY  SECONDARY      TOTAL
      0.00   14053.00   1287.00       0.00   15340.00
         0        130         13          0        143

*********************************************************
                          OUT    PHO    PBO    SBO  TOTAL
LEVEL       1
ADULT                99.00    0     97      0      0      97    9603.00
ADULT   ,AV$CLUB     99.00    0      0     13      0      13    1287.00
ADULT   ,DYN001     120.00    0     14      0      0      14    1680.00
ADULT   ,DYN002     130.00    0      4      0      0       4     520.00
ADULT   ,DYN003     150.00    0     15      0      0      15    2250.00

TOTAL SOLD                     0    130     13      0     143   15340.00
*********************************************************
```
1/12/2022, 5:38 PM UTC

📎  image.png (F02TB0K8ZGF)  1/12/2022, 5:38 PM UTC

sold it out at $99 and up  💬1/12/2022, 5:39 PM UTC

**Jeff Weinhold (U01BUG6UY5V)**
lol god blesshim  💬1/12/2022, 5:39 PM UTC
i told Jessica to just ignore his emails  💬1/12/2022, 5:39 PM UTC
lol  💬1/12/2022, 5:39 PM UTC
(new JLL BOM)  💬1/12/2022, 5:39 PM UTC

**Ben Baker (U01CZ408U8Y)**
i like hayden  💬1/12/2022, 5:40 PM UTC
i just think he's in a weird spot  💬1/12/2022, 5:41 PM UTC

**Jeff Weinhold (U01BUG6UY5V)**
oh i like him too. I just dont understand the role  💬1/12/2022, 5:41 PM UTC

**Ben Baker (U01CZ408U8Y)**
i understand the role as far as the management of NOS upsells via NAM or whatever flow that is  💬1/12/2022, 5:41 PM UTC
but nobody understands the individualmarkets better than the folks in those markets  💬1/12/2022, 5:41 PM UTC

**Jeff Weinhold (U01BUG6UY5V)**
yes if he is handling that that makes sense  💬1/12/2022, 5:41 PM UTC

**Ben Baker (U01CZ408U8Y)**
if i listened to that spreadsheet we'd never make money  💬1/12/2022, 5:42 PM UTC

HIGHLY CONFIDENTIAL                                                    LNE-LIT24-000682264

**PX0719.0003**

**JW** Jeff Weinhold (U01BUG6UY5V)
i agree. which is why we are always fighting the touring/mgt folks  1/12/2022, 5:42 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
parking alone I did almost $200K more than 2019...with LESS shows  1/12/2022, 5:42 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
no shit. I sold 37 VIP Club @ $225 for Morgan Wallen lol  1/12/2022, 5:42 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
right? like fuck  1/12/2022, 5:42 PM UTC
i'm starting at $109 for ZBB  1/12/2022, 5:42 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
we sell "reserved" premier parking. Its only 15 and we sell all of them every show. We were doing $15 above the premier price all of the last 2 years. Im now automatically doing $30 above MIN.  1/12/2022, 5:43 PM UTC
im done asking people for permission ... i just do it now  1/12/2022, 5:43 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i charge $50 to park in the grass lmao  1/12/2022, 5:44 PM UTC
i charge $60 for closer grass  1/12/2022, 5:44 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
VIP parking was supposed to be $75. i now START at $100  1/12/2022, 5:44 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
$75 for one way valet  1/12/2022, 5:44 PM UTC
$100 for oversize which doesn't give you ANY benefits. there's no RV plug in's AND you still have to walk 3/4 of a mile  1/12/2022, 5:44 PM UTC
hahahaha  1/12/2022, 5:44 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
lolol  1/12/2022, 5:46 PM UTC

**BB** Ben Baker (U01CZ408U8Y)

| Premier Parking | | | |
|---|---|---|---|
| Year | Gross | $ Growth | % Growth |
| 2018 | $ 470,475.00 | | |
| 2019 | $ 499,415.00 | $ 28,940.00 | 6% |
| 2021 | $ 666,230.00 | $166,815.00 | 33% |

1/12/2022, 5:46 PM UTC

HIGHLY CONFIDENTIAL

LNE-LIT24-000682265

📎 | image.png (F02U49T9CMP)   1/12/2022, 5:46 PM UTC

robbing them blind baby    💬1/12/2022, 5:46 PM UTC
that's how we do    💬1/12/2022, 5:47 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
lol    💬1/12/2022, 5:47 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i'm still bitter dead & co canceled or i would have been second in platinum lift
behind hollywood bowl. instead oconnor got me    💬1/12/2022, 5:47 PM UTC
that bastard    💬1/12/2022, 5:48 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
HAHAHA    💬1/12/2022, 5:50 PM UTC
were you w LN when they did awards at the LN conference? I think they only did it
one year.    💬1/12/2022, 5:50 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
no    💬1/12/2022, 5:50 PM UTC
but gimme a plaque dammit    💬1/12/2022, 5:50 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
Holtz won like 80% of the ticketing awards cause well ... NYC    💬1/12/2022, 5:50 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
they mentioned our % platinum increase at MIDFL in santa monica    💬1/12/2022, 5:50 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
they were cool guitars w a engraved plaque on them    💬1/12/2022, 5:51 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
wow    💬1/12/2022, 5:51 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
so for ZBB special you did a different one for each PS protected vs not?    💬1/12/2022, 6:09 PM UTC
Im just doing one Preferred offer and then TM can add more if they need that    💬1/12/2022, 6:10 PM UTC
you cant built the aisle offer w the pw anyways    💬1/12/2022, 6:10 PM UTC

**BB** Ben Baker (U01CZ408U8Y)

HIGHLY CONFIDENTIAL    LNE-LIT24-000682266

```
02 / Pre & Post sales
Pre/Post-sale # 1: Legacy Zamily Member Presale     VISIBLE
Channels:  INTERNET
Start: TUE 18-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 2: Zamily Presale     VISIBLE
Channels:  INTERNET
Start: TUE 18-JAN-22 11:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 3: Zamily VIP/Aisle/Platinum Presale     VISIBLE
Channels:  INTERNET
Start: TUE 18-JAN-22 10:00 am     End: TUE 18-JAN-22 11:59 pm
Description:
Link Text:
Link:

Pre/Post-sale # 4: Fan Club Bundle     VISIBLE
Channels:  INTERNET
Start: TUE 18-JAN-22 12:00 pm     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 6: Citi« Cardmember Presale     VISIBLE
Channels:  INTERNET
Start: TUE 18-JAN-22 12:00 pm     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 7: VIP Package & Platinum Public Presale     VISIBL
Channels:  INTERNET
Start: TUE 18-JAN-22 12:00 pm     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 8: Spotify Presale     VISIBLE
Channels:  INTERNET
Start: THU 20-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 9: Support Presale     VISIBLE
Channels:  INTERNET
Start: THU 20-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 10: Live Nation Presale     VISIBLE
Channels:  INTERNET
Start: THU 20-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:
```

1/12/2022, 6:10 PM UTC

📎 | image.png (F02TU471D8U)   1/12/2022, 6:10 PM UTC

HIGHLY CONFIDENTIAL    LNE-LIT24-000682267

```
Pre/Post-sale # 11: Live Nation Sponsor Presale    VISIBLE
Channels:  INTERNET
Start: THU 20-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 12: Citi« Cardmember Preferred Tickets    VISIBLE
Channels:  INTERNET
Start: FRI 21-JAN-22 10:00 am     End: SAT 10-SEP-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 13: VIP Packages On Sale    VISIBLE
Channels:  INTERNET
Start: FRI 21-JAN-22 10:00 am     End: SAT  1-OCT-22 10:00 pm
Description:
Link Text:
Link:
```
1/12/2022, 6:10 PM UTC

📎 | image.png (F02U4EDPXMF)  1/12/2022, 6:10 PM UTC

**Jeff Weinhold (U01BUG6UY5V)**
so you didnt make one for the regular aisle?  💬 1/12/2022, 6:11 PM UTC

**Ben Baker (U01CZ408U8Y)**
i didn't build any of the zamily masks or shit  💬 1/12/2022, 6:11 PM UTC
i never put aisle offer in the special sales slots  💬 1/12/2022, 6:11 PM UTC
i think it's dumb  💬 1/12/2022, 6:11 PM UTC

**Jeff Weinhold (U01BUG6UY5V)**
oh i do  💬 1/12/2022, 6:11 PM UTC

**Ben Baker (U01CZ408U8Y)**
i just set it to enable via custom times  💬 1/12/2022, 6:11 PM UTC

**Jeff Weinhold (U01BUG6UY5V)**
Official Plat, VIP Presale, Preferred Seating  💬 1/12/2022, 6:11 PM UTC

**Ben Baker (U01CZ408U8Y)**
I did it this time because i looked at the 2020 spec and how we programmed. but in general i don't put the aisle in special sales  💬 1/12/2022, 6:12 PM UTC
platinum and VIP - yes. but aisle, nah  💬 1/12/2022, 6:12 PM UTC

**Jeff Weinhold (U01BUG6UY5V)**
gotcah  💬 1/12/2022, 6:12 PM UTC

**Ben Baker (U01CZ408U8Y)**
i also already have AISLEPRE/AISLEP on my maps cause i like it separated  💬 1/12/2022, 6:12 PM UTC

HIGHLY CONFIDENTIAL

LNE-LIT24-000682268

PX0719.0007

**JW** Jeff Weinhold (U01BUG6UY5V)
ew no thanks  1/12/2022, 6:13 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
so they'll use that for the zamily. then just double settsk the regular AISLE  1/12/2022, 6:13 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
and i never take aisle offsale  1/12/2022, 6:13 PM UTC
or platinum  1/12/2022, 6:13 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i generally do  1/12/2022, 6:13 PM UTC
just because in other venues i've worked we've gotten angry people claiming we were only selling marked up tickets  1/12/2022, 6:13 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
yeah thats the point. if youwant to buy before 10am ... pay me!  1/12/2022, 6:14 PM UTC
lol  1/12/2022, 6:14 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
I gouge them on ancil prices to make up for it  1/12/2022, 6:17 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
ew you call it Aisle?  1/12/2022, 6:19 PM UTC
Preferred Seating baby  1/12/2022, 6:19 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i called it aisle on zbb ONLY  1/12/2022, 6:19 PM UTC
because that's how it was on the spec in 2020  1/12/2022, 6:19 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
ah  1/12/2022, 6:19 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
every other show is preferred seating  1/12/2022, 6:20 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
i like getting the front rows of all the sections in there  1/12/2022, 6:20 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
trust me - i was annoyed lol  1/12/2022, 6:20 PM UTC

HIGHLY CONFIDENTIAL  LNE-LIT24-000682269

**JW** Jeff Weinhold (U01BUG6UY5V)
lol  1/12/2022, 6:20 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i can't do that because that's my ADA  1/12/2022, 6:20 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
im goig w preferred and see if they switch it  1/12/2022, 6:20 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
Ha  1/12/2022, 6:21 PM UTC
Alright time to go see my hot dentist and get yelled at for not flossing  1/12/2022, 6:21 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
your one w the passwrod is set till 11:59pm instead of AM  1/12/2022, 6:22 PM UTC
did that person eat Hailey?  1/12/2022, 7:06 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
huh  1/12/2022, 8:10 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
didnt know you werent on the callslacker  1/12/2022, 8:11 PM UTC
hailey looks like she expanded during break  1/12/2022, 8:11 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i literally told you i was leaving to go see my hot dentist lol  1/12/2022, 8:12 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
oh shit i did miss that lol  1/12/2022, 8:13 PM UTC
you see my note about your presale times?  1/12/2022, 8:13 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
yeah i just fixed it in ITV  1/12/2022, 8:13 PM UTC
good catch  1/12/2022, 8:13 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
yup yup  1/12/2022, 8:14 PM UTC

**BB** Ben Baker (U01CZ408U8Y)

HIGHLY CONFIDENTIAL

LNE-LIT24-000682270



1/12/2022, 8:15 PM UTC

📎 image.png (F02TBTRK5K9)  1/12/2022, 8:15 PM UTC

do i want to be nice  💬1/12/2022, 8:15 PM UTC

**Jeff Weinhold (U01BUG6UY5V)**
lol yes just give em the refund lol  💬1/12/2022, 8:15 PM UTC

**Ben Baker (U01CZ408U8Y)**
you've gone soft  💬1/12/2022, 8:15 PM UTC



1/12/2022, 8:17 PM UTC

HIGHLY CONFIDENTIAL

LNE-LIT24-000682271



📎 │ image.png (F02TBU0HUEB)  1/12/2022, 8:17 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
im sure you'll do it for the $20  💬 1/12/2022, 8:18 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
duh  💬 1/12/2022, 8:19 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
lol i got it too. How critical can i be?? lol  💬 1/12/2022, 8:20 PM UTC

**BB** Ben Baker (U01CZ408U8Y)

Question 15

Please enter your **business email address** to claim your gift card.
Please enter the email address we sent this survey to.

benbaker@livenation.com

SUBMIT ✓   Press ENTER key to submit

Never submit passwords! · Report abuse

1/12/2022, 8:20 PM UTC

📎 │ image.png (F02TSJBL82X)  1/12/2022, 8:20 PM UTC

easiest $20 i've ever made  💬 1/12/2022, 8:20 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
lol  💬 1/12/2022, 8:20 PM UTC
meanwhile its a phishing scam and they now own you  💬 1/12/2022, 8:20 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
oh well  💬 1/12/2022, 8:21 PM UTC

HIGHLY CONFIDENTIAL
LNE-LIT24-000682272