From:       Omar Al-Joulani [/o=ExchangeLabs/ou=Exchange Administrative Group
            (FYDIBOHF23SPDLT)/cn=Recipients/cn=8cab4d5caa554dc8acddc2ea1a188df9-Al-Joulani,]
Sent:       9/8/2022 4:44:23 PM
To:         Ryan McElrath [ryanmcelrath@livenation.com]
Subject:    FW: Talent Amp Handout
Attachments: Large Amp Handout (09-04-22).pdf

**From:** Bob Roux <BobRoux@LiveNation.com>
**Date:** Thursday, September 8, 2022 at 8:18 AM
**To:** Omar Al-joulani <OmarAl-Joulani@LiveNation.com>
**Subject:** FW: Talent Amp Handout

Lets discuss how / if presented at Touring Meeting in two weeks.

**From:** Joe Taylor <JoeTaylor@LiveNation.com>
**Sent:** Tuesday, September 6, 2022 11:42 AM
**To:** Bob Roux <BobRoux@LiveNation.com>
**Cc:** Tom See <ThomasSee@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Subject:** Talent Amp Handout

Bob

Attached, please find the Large Amp Handout for Talent.

Please let me know if you have any questions or feedback. Kept it simple.

Page 1 : Scorecard
- Sorted on 2022 median CM – the average CM value in each venue across the 2022 Amp season. Not skewed by outliers
- Highlighted Top Performing Amps (expanded beyond just Top 15).
- FYI: Being a "Top Performer" is based on : median CM, how venues perform head-to-head on same Tours, APF, and PSS CM per show – we don't show all those columns, but that's the criteria

Page 2 : Arena-Amp Analysis

- On Tours that played 5+ Arena and Amp Shows :
  - **Average Artist Walkouts were +$93K higher in Amps (+16%)**
  - **Average CM was +$220K higher per in Amps (+361%)**
  - Nearly every single artist had higher walkouts – only outliers were Chris Brown (Concert Week discounting during on sale) & ODESZA (massively underpriced in Amps for demand)

- Tactics to grow show count could include
  - Amp Tour Offers submitted alongside Arena Tour Offers for Artists Grossing $1M - $2M per show
  - We know Amps can't compete on The Eagles or Springsteen, but Top Performing Amps can compete on Bon Jovi, NKOTB, 21 Pilots, Kendrick Lamar, John Mayer, etc.
  - Standalone Amp Tour Offers to 'win' Arena Acts (like a Bon Jovi) playing Top Performing Amps
  - Ensure we prioritize O/O Amps in Amp Tours ahead of Arenas or Third Party Amps
  - Business Plan Routing checklist - # of Top 20 Amps routed (or something like that)

**Ex. No**

**PX0702**

1:24-cv-03973

Thanks

Joe

HIGHLY CONFIDENTIAL

LNE-LIT24-000158980

## Top Performing Amps
*As of Sep 1, 2022*

**Focus Venues**                                                                                     *sort*

| | Venue Name | Avg ECM | Median ECM | High ECM | Highest Net Gross | ATP | Reserved Cap | Lawn Capacity | Total Capaicty |
|---|---|---|---|---|---|---|---|---|---|
| 1 | The Gorge | $693K | $577K | $1,168K | $2.0M | $65 | 5.9K | 16.3K | 22.1K |
| 2 | Ruoff Music Center | $350K | $347K | $1,017K | $2.1M | $49 | 5.8K | 18.0K | 23.8K |
| 3 | Glen Helen Amphitheater | $338K | $335K | $384K | $1.5M | $45 | 11.2K | 22.9K | 34.1K |
| 4 | Jiffy Lube Live | $296K | $319K | $787K | $2.9M | $58 | 9.8K | 12.7K | 22.5K |
| 5 | MIDFLORIDA Credit Union Amphitheatre | $273K | $315K | $597K | $1.5M | $58 | 9.3K | 8.3K | 17.6K |
| 6 | Hollywood Casino Amphitheatre CHI | $271K | $299K | $800K | $1.4M | $50 | 11.2K | 15.6K | 26.9K |
| 7 | USANA Amphitheatre | $284K | $277K | $775K | $1.5M | $45 | 6.8K | 13.5K | 20.2K |
| 8 | Xfinity Center | $268K | $275K | $664K | $2.4M | $59 | 14.0K | 6.0K | 20.0K |
| 9 | North Island Credit Union Amphitheatre | $197K | $258K | $542K | $1.7M | $52 | 9.5K | 10.2K | 19.7K |
| 10 | Coastal Credit Union Music Park at Walnut Creek | $191K | $253K | $461K | $2.1M | $52 | 6.3K | 13.8K | 20.1K |
| 11 | Dos Equis Pavilion | $238K | $252K | $800K | $1.3M | $50 | 7.2K | 12.8K | 19.9K |
| 12 | The XFINITY Theatre | $199K | $248K | $634K | $1.8M | $55 | 6.6K | 18.1K | 24.7K |
| 13 | Alpine Valley Music Theatre | $297K | $246K | $781K | $2.0M | $56 | 7.6K | 28.3K | 35.9K |
| 14 | iTHINK Financial Amphitheatre | $194K | $230K | $501K | $1.2M | $54 | 6.2K | 11.8K | 18.0K |
| 15 | PNC Music Pavilion | $209K | $219K | $604K | $2.3M | $54 | 8.7K | 10.3K | 19.0K |
| 16 | Shoreline Amphitheatre | $229K | $218K | $631K | $1.5M | $53 | 6.2K | 15.8K | 22.0K |
| 17 | Northwell Health at Jones Beach Theater | $200K | $218K | $529K | $1.5M | $67 | 13.9K | -- | 13.9K |
| 18 | Bank of New Hampshire Pavilion | $217K | $217K | $428K | $1.1M | $67 | 5.2K | 2.9K | 8.1K |
| 19 | PNC Bank Arts Center | $185K | $216K | $535K | $1.1M | $51 | 6.4K | 10.7K | 17.1K |
| 20 | Ameris Bank Amphitheatre (ATL <11K) | $227K | $215K | $532K | $1.3M | $61 | 6.9K | 5.4K | 12.3K |
| 21 | Ak-Chin Pavilion | $181K | $212K | $435K | $1.2M | $50 | 7.7K | 11.3K | 19.0K |
| 22 | Concord Pavilion | $149K | $205K | $458K | $1.0M | $53 | 7.9K | 4.8K | 12.7K |
| 23 | Saratoga Performing Arts Center | $239K | $201K | $717K | $1.7M | $51 | 4.9K | 20.0K | 24.9K |
| 24 | Hollywood Casino Amphitheatre STL | $216K | $200K | $594K | $1.3M | $43 | 7.0K | 12.3K | 19.2K |
| 25 | Lakewood Amphitheatre (ATL >11K) | $255K | $197K | $624K | $1.7M | $59 | 6.4K | 12.1K | 18.5K |
| 26 | Freedom Mortgage Pavilion | $203K | $193K | $858K | $2.0M | $48 | 6.8K | 18.0K | 24.8K |
| 27 | Blossom Music Center | $178K | $193K | $787K | $1.2M | $46 | 5.6K | 15.3K | 20.9K |
| 28 | FivePoint Amphitheater | $181K | $180K | $393K | $1.0M | $54 | 11.6K | -- | 11.6K |
| 29 | RV Inn Style Resorts Amphitheater | $167K | $179K | $415K | $1.9M | $57 | 7.6K | 8.0K | 15.6K |
| 30 | The Pavilion at Star Lake | $146K | $149K | $684K | $1.7M | $47 | 6.9K | 16.4K | 23.4K |
| 31 | Veterans United Home Loans Amphitheater at Virg | $156K | $148K | $663K | $1.2M | $46 | 7.1K | 13.0K | 20.2K |
| 32 | Isleta Amphitheater | $192K | $134K | $580K | $1.1M | $43 | 6.3K | 9.1K | 15.4K |
| 33 | White River Amphitheatre | $118K | $132K | $383K | $0.8M | $50 | 9.1K | 7.1K | 16.2K |
| 34 | Oak Mountain Amphitheatre | $57K | $83K | $192K | $0.5M | $56 | 10.2K | -- | 10.2K |
| 35 | the Mann Center | $76K | $79K | $421K | $2.4M | $64 | 6.1K | 6.0K | 12.1K |
| 36 | Darien Lake Amphitheater | $96K | $78K | $521K | $1.6M | $46 | 6.2K | 15.8K | 22.1K |
| 37 | Somerset Amphitheater | $77K | $77K | $77K | $0.4M | $36 | -- | -- | 23.0K |
| 38 | The Pavilion at Montage Mountain | ($166K) | $9K | $195K | $2.5M | $49 | 6.6K | 10.5K | 17.1K |
| 39 | Toyota Amphitheater | $68K | ($23K) | $385K | $1.6M | $58 | 8.4K | 10.4K | 18.8K |

HIGHLY CONFIDENTIAL

LNE-LIT24-000158981

**LN Concerts**
**Artists that Played 5+ Large O/O & 5+ Arena Dates in 2022**

|  | Net Gross | Walkout | CM |
|---|---|---|---|
| **Avg Large O/O Amp** | $696,201 | $670,619 | $287,613 |
| **Avg Arena** | $761,393 | $577,985 | $62,366 |
| Avg Variance $ | -$65,191 | $92,634 | $225,247 | all figures re-weighted for equal show count distribution across both LOBs |
| Avg Variance % | -9% | 16% | 361% |

| Tour | O/O Amphitheatre | | | | | Promo Arena | | | | | O/O Amp vs. Arena | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Shows | Avg Paid | Avg Net Gross | Avg Walkout | Avg CM | Shows | Avg Paid | Avg Net Gross | Avg Walkout | Avg CM | Avg Walkout | Avg CM |
| $uicideboy$ | 13 | 11,819 | $415,973 | $383,189 | $179,224 | 9 | 7,231 | $413,934 | $275,937 | $49,363 | $107,252 | $129,861 |
| AJR | 14 | 10,953 | $399,726 | $284,996 | $289,397 | 6 | 5,461 | $298,859 | $174,013 | $56,372 | $110,983 | $233,025 |
| Backstreet Boys | 28 | 15,740 | $960,255 | $818,964 | $463,227 | 10 | 9,412 | $840,065 | $614,942 | $101,710 | $204,022 | $361,517 |
| Big Time Rush | 10 | 6,839 | $348,941 | $256,606 | $139,680 | 7 | 6,767 | $515,617 | $302,876 | $66,046 | ($46,270) | $73,634 |
| Bill Burr | 5 | 9,537 | $580,351 | $473,118 | $261,315 | 32 | 8,010 | $569,699 | $422,168 | $37,111 | $50,950 | $224,204 |
| Chris Brown | 17 | 17,706 | $1,065,929 | $868,859 | $486,954 | 7 | 12,451 | $1,665,120 | $1,134,605 | $204,373 | ($265,746) | $282,580 |
| Chris Stapleton | 15 | 18,045 | $1,068,167 | $1,144,128 | $425,161 | 15 | 10,671 | $1,013,740 | $780,872 | $140,284 | $363,256 | $284,877 |
| Dierks Bentley | 11 | 8,044 | $282,093 | $355,142 | $14,229 | 5 | 5,028 | $305,271 | $237,767 | ($43,839) | $117,375 | $58,068 |
| Five Finger Death Punch | 23 | 7,960 | $310,434 | $359,280 | $30,547 | 15 | 7,273 | $511,203 | $386,215 | $40,527 | ($26,935) | ($9,980) |
| Imagine Dragons | 9 | 18,658 | $1,035,184 | $919,939 | $553,348 | 17 | 11,038 | $1,092,604 | $814,049 | $150,304 | $105,889 | $403,044 |
| Jason Aldean | 15 | 14,829 | $733,883 | $816,598 | $261,615 | 15 | 8,033 | $602,344 | $522,778 | ($32,952) | $293,819 | $294,568 |
| John Mulaney | 5 | 6,336 | $461,254 | $391,924 | $87,519 | 40 | 9,067 | $714,593 | $522,085 | $52,409 | ($130,161) | $35,110 |
| Keith Urban | 17 | 10,113 | $501,651 | $593,914 | $62,520 | 18 | 7,078 | $614,162 | $551,163 | ($81,340) | $42,751 | $143,860 |
| Kid Rock | 16 | 17,479 | $1,140,739 | $1,197,952 | $435,133 | 7 | 11,138 | $1,298,703 | $1,081,452 | $136,786 | $116,500 | $298,348 |
| KORN | 13 | 9,921 | $351,219 | $341,923 | $187,161 | 19 | 5,137 | $310,717 | $221,367 | $13,977 | $120,556 | $173,184 |
| Luke Bryan | 16 | 15,481 | $805,401 | $803,216 | $375,693 | 14 | 8,061 | $715,754 | $552,766 | $52,103 | $250,450 | $323,590 |
| Maverick City Music | 9 | 10,399 | $453,441 | $339,174 | $176,540 | 22 | 8,626 | $522,941 | $337,244 | $28,786 | $1,931 | $147,754 |
| Morgan Wallen | 20 | 18,810 | $1,715,346 | $1,832,808 | $527,047 | 28 | 11,872 | $1,824,323 | $1,627,042 | $101,177 | $205,766 | $425,870 |
| Nick Cannon | 14 | 7,924 | $330,043 | $346,669 | $22,940 | 5 | 10,339 | $597,056 | $353,420 | $119,793 | ($6,751) | ($96,853) |
| ODESZA | 12 | 14,509 | $556,465 | $499,644 | $347,809 | 5 | 12,309 | $1,233,164 | $918,468 | $142,861 | ($418,824) | $204,948 |
| Pitbull | 16 | 16,422 | $682,432 | $538,466 | $398,685 | 16 | 8,099 | $572,316 | $364,046 | $77,008 | $174,419 | $321,677 |
| REO Speedwagon | 26 | 11,458 | $529,614 | $390,572 | $369,586 | 6 | 7,121 | $503,065 | $350,439 | $55,827 | $40,133 | $313,760 |
| Slipknot | 9 | 9,184 | $434,964 | $360,507 | $210,769 | 27 | 6,164 | $412,223 | $226,353 | $54,433 | $134,154 | $156,336 |
| Thomas Rhett | 15 | 11,625 | $484,565 | $635,800 | $47,481 | 12 | 5,984 | $410,130 | $352,644 | ($27,837) | $283,156 | $75,318 |
| Zac Brown Band | 10 | 16,700 | $815,023 | $798,709 | $436,230 | 5 | 9,433 | $725,678 | $605,554 | ($19,788) | $193,154 | $456,018 |

HIGHLY CONFIDENTIAL

LNE-LIT24-000158982