**Personal messages Ben Baker and Jeff Weinhold - 2022-01-28 (UTC)**

Private     1/28/2022, 3:07 PM UTC

Ben Baker and Jeff Weinhold

---

**BB**  Ben Baker (U01CZ408U8Y)

```
***************************************************************
SEAT AVAILABILITY REPORT FOR EAF0611C AS OF FRI 28-JAN-22 10:07

             THIS VOUCHER IS VALID FOR
             ONE VIP CLUB ADMISSION
                   KID ROCK
              EVENT TICKET REQUIRED
             MIDFLORIDA AMPHITHEATRE
             SAT JUN 11 2022 7:00 PM

      OUTLET     PHONE    PRIMARY  SECONDARY      TOTAL
        0.00  18973.00       0.00       0.00   18973.00
           0       137          0          0        137

***************************************************************

                         OUT   PHO   PBO   SBO  TOTAL
LEVEL       1
ADULT                 109.00     0    44     0     0     44    4796.00
ADULT  ,DYN001        119.00     0    23     0     0     23    2737.00
ADULT  ,DYN002        129.00     0    12     0     0     12    1548.00
ADULT  ,DYN003        149.00     0    21     0     0     21    3129.00
ADULT  ,DYN004        169.00     0    20     0     0     20    3380.00
ADULT  ,DYN005        199.00     0    17     0     0     17    3383.00

TOTAL SOLD                       0   137     0     0    137   18973.00

***************************************************************

UNSOLD             --- 1 TOTAL

OPEN               11    11

UNSOLD             11    11
SOLD              137   137

???                 2     2

SEATING
CAPACITY          500   500

===               350   350

NET
CAPACITY          150   150
```
1/28/2022, 3:07 PM UTC

📎 | image.png (F0308KNQ9PZ)  1/28/2022, 3:07 PM UTC

fucking outrageous  💬 1/28/2022, 3:07 PM UTC

---

**JW**  Jeff Weinhold (U01BUG6UY5V)
jesus  💬 1/28/2022, 3:07 PM UTC

---

**BB**  Ben Baker (U01CZ408U8Y)
these people are so stupid  💬 1/28/2022, 3:08 PM UTC

---

**JW**  Jeff Weinhold (U01BUG6UY5V)
i have VIP parking up to $250 lol  💬 1/28/2022, 3:08 PM UTC

---

**Ex. No PX0720**

1:24-cv-03973

CONFIDENTIAL

LNE-LIT24-000682631

**PX0720.0001**

**BB** Ben Baker (U01CZ408U8Y)
i almost feel bad taking advantage of them 💬1/28/2022, 3:08 PM UTC
BAHAHAHAHAHA 💬1/28/2022, 3:08 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
i just raised club to $125 💬1/28/2022, 3:08 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i wonder if i can get $225 💬1/28/2022, 3:08 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
haha 💬1/28/2022, 3:08 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i'm gonna try it 💬1/28/2022, 3:08 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
sure why not 💬1/28/2022, 3:09 PM UTC

```
SEAT AVAILABILITY REPORT FOR EJL0826V AS OF FRI 28-JAN-22 10:07
                              RECEIPT FOR
                              VIP PARKING
                            JIFFY LUBE LIVE
                        **NOT AN EVENT TICKET**
                          HANGTAG REQUIRED
                        FRI AUG 26 2022 7:00 PM
```

| | OUTLET | PHONE | PRIMARY | SECONDARY | TOTAL | |
|---|---|---|---|---|---|---|
| TOTAL | 0.00 | 6500.00 | 0.00 | 0.00 | 6500.00 | |
| | 0 | 44 | 0 | 0 | 44 | |

```
**************************************************************
```

| | OUTLET | PHONE | PRIMARY | SECONDARY | TOTAL | AMOUNT | |
|---|---|---|---|---|---|---|---|
| LEVEL 1 | | | | | | | |
| ADULT | 100.00 | 0 | 13 | 0 | 0 | 13 | 1300.00 |
| ADULT .DYN001 | 150.00 | 0 | 22 | 0 | 0 | 22 | 3300.00 |
| ADULT .DYN002 | 200.00 | 0 | 7 | 0 | 0 | 7 | 1400.00 |
| ADULT .DYN003 | 250.00 | 0 | 2 | 0 | 0 | 2 | 500.00 |
| TOTAL SOLD | 0 | 44 | 0 | 0 | 44 | 6500.00 | |

```
**************************************************************
```

| LEVEL | --- 1 | TOTAL |
|---|---|---|
| OPEN | 5 | 5 |
| 9-HOLD | 950 | 950 |
| ??? | 1 | 1 |
| TOTAL UNSOLD | 956 | 956 |
| NET CAPACITY | 1000 | 1000 |

1/28/2022, 3:09 PM UTC

📎 | image.png (F0311T9CQE5)  1/28/2022, 3:09 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
$250 for parking 💬1/28/2022, 3:09 PM UTC
jesus christ 💬1/28/2022, 3:09 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
i mean for real lol 💬1/28/2022, 3:09 PM UTC
for one parking spot lol 💬1/28/2022, 3:09 PM UTC

CONFIDENTIAL

LNE-LIT24-000682632

**BB** Ben Baker (U01CZ408U8Y)
tiff's gonna be a wreck   1/28/2022, 3:15 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
shes always a wreck. i mean you cant possibly check another venues MPE   1/28/2022, 3:16 PM UTC
thats something the venue needs to pay for   1/28/2022, 3:16 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
bad bunny isn't wavra is it?   1/28/2022, 3:18 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
no   1/28/2022, 3:19 PM UTC
thankfully   1/28/2022, 3:19 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
well that's a win   1/28/2022, 3:19 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
i dont understand why Keller is working on Pink   1/28/2022, 3:19 PM UTC
thats a wavra tour, w global ticketing people   1/28/2022, 3:19 PM UTC

**BB** Ben Baker (U01CZ408U8Y)

> **From:** Warda Baig <WardaBaig@livenation.com>
> **Date:** January 28, 2022 at 9:10:59 AM CST
> **To:** Anna King <AnnaKing@livenation.com>, Callie Burnett <CallieBurnett@livenation.com>
> **Subject: Bob Dylan - Counts**
>
> Hey All
>
> Please  send 30 min, 1 hour, 2 hour and end of day counts for Bob Dylan to the field.. Use the 2018 sales for comparison
>
> Amy and anthony asked for them today
>
> They want the same counts as Buck and Dave are sending for their shows on fridays
>
> Thanks friends!
>
> Warda

1/28/2022, 3:19 PM UTC

📎 | image.png (F031D34NKSL)   1/28/2022, 3:19 PM UTC

fucking warda   1/28/2022, 3:19 PM UTC
get them yourself you lazy ass   1/28/2022, 3:20 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
i would tell her that we dont send counts anymore.   1/28/2022, 3:21 PM UTC
i stopped doing that years ago   1/28/2022, 3:21 PM UTC

CONFIDENTIAL                                                                                                    LNE-LIT24-000682633

**BB** **Ben Baker (U01CZ408U8Y)**
i told ravi to address it w/her   1/28/2022, 3:21 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
has your foreigner VIP sold well?   1/28/2022, 3:25 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
i don't have them   1/28/2022, 3:28 PM UTC
mine is grand funk railroad   1/28/2022, 3:28 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
ah   1/28/2022, 3:28 PM UTC
oh wait wtf   1/28/2022, 3:28 PM UTC
all 50 of my VIP2 were just sitting there. Now all of a sudden 45 are in ???   1/28/2022, 3:28 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
wtf   1/28/2022, 3:30 PM UTC
did they sell   1/28/2022, 3:39 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
I'm 💩   1/28/2022, 3:39 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
lmao   1/28/2022, 3:39 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**

CONFIDENTIAL
LNE-LIT24-000682634

PX0720.0004



1/28/2022, 3:49 PM UTC

📎 | Image from iOS (F030GS6QBPG)   1/28/2022, 3:49 PM UTC

100% me w those 2 they have said I've been overdue for 9 months on   💬 1/28/2022, 3:50 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
hahaha   💬 1/28/2022, 3:50 PM UTC

i forgot how dumb luke bryan holds were   💬 1/28/2022, 3:50 PM UTC

like there's no space   💬 1/28/2022, 3:50 PM UTC

and all these support buys they never use are a fucking waste   💬 1/28/2022, 3:50 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
Yeah it's why IDGAF about the holds anymore. You want to hold the first 3000
seats? Fine. Fuck off.   💬 1/28/2022, 3:51 PM UTC

you get your VIP from Julyett?   💬 1/28/2022, 4:12 PM UTC

for Luke   💬 1/28/2022, 4:12 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
no   💬 1/28/2022, 4:12 PM UTC

but i just placed holds and am sending to redlight   💬 1/28/2022, 4:13 PM UTC

there's fucking nothing open   💬 1/28/2022, 4:13 PM UTC

CONFIDENTIAL                                                                                                       LNE-LIT24-000682635

and my platnium loc's are shit bc all the god damn artist holds  1/28/2022, 4:13 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
does it say to put artist in front of plat? i ignore that from heather. nobody checks locs that carefully  1/28/2022, 4:14 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
no but otherwise i'd have to put artist in my second level  1/28/2022, 4:14 PM UTC
which i won't get away with  1/28/2022, 4:14 PM UTC
my lower level is only 10 rows  1/28/2022, 4:14 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
yeah thats brutal at your building  1/28/2022, 4:15 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
it kills me on heather's shows w/all the fuckin holds  1/28/2022, 4:16 PM UTC
when did you start platinum for luke?  1/28/2022, 5:13 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
8a  1/28/2022, 5:13 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
perfect  1/28/2022, 5:13 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
dont know if TM will fix it per the spec. but thats when i said to start it  1/28/2022, 5:14 PM UTC

**BB** Ben Baker (U01CZ408U8Y)

CONFIDENTIAL

LNE-LIT24-000682636



RE: On Sale Ticket counts - Morgan Wallen (Walmart A

**Buck Williams**
To    ⚫ Anthony Nicolaidis;  ⚫ Amy Corbin;  🔴 Warda Baig;  ⚫ Levi Johnson;  ⚫
      ✅ Anna King;  🟡 Alex Bowen;  ✅ Xavier Alvarado;  ⚫ Alexa Neely;  ⚫ Bria

**Joe Rogan 4/20 @ Dickies Arena — SOLD OUT ON PRESALE**

Sold: 13152
Gross: $979882
Open: 0
???: 38

Presales ended at 13152 $979882

**Morgan Wallen 8/26 @ Walmart Amp**

Sold: 9812
Gross: $772648
Open: 115
???: 153

Presales ended at 8633 $591910

**Bad Bunny 9/1 @ Minute Maid Park — NOON ON SALE**

Sold:
Gross:
Open:
???:

Presale ended at 30184 $6096328                    1/28/2022, 5:16 PM UTC

📎 | image.png (F030Q40FBC2)  1/28/2022, 5:16 PM UTC

fucking buck    💬1/28/2022, 5:16 PM UTC
no wonder dallas expects shit    💬1/28/2022, 5:17 PM UTC

**JW**  Jeff Weinhold (U01BUG6UY5V)
i mean how many times was it said on the national call that we should NOT BE
DOING THAT anymore                    💬1/28/2022, 5:17 PM UTC

**BB**  Ben Baker (U01CZ408U8Y)
if my president asked me for that i would laugh    💬1/28/2022, 5:17 PM UTC

CONFIDENTIAL                                          LNE-LIT24-000682637

**PX0720.0007**

**JW** Jeff Weinhold (U01BUG6UY5V)
all my people know not to ask.  1/28/2022, 5:18 PM UTC
i stopped sending those YEARS ago as soon as everyone had the TM app  1/28/2022, 5:18 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
we have an entire analytics dept FFS  1/28/2022, 5:19 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
and everyone has TM1 access at this point  1/28/2022, 5:20 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
bookers are just lazy  1/28/2022, 5:22 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
SO FUCKING LAZY  1/28/2022, 5:22 PM UTC
omg w Ravi's cousin  1/28/2022, 5:26 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
are you charging bubble up box office SC?  1/28/2022, 5:26 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
no since we are going w archtics  1/28/2022, 5:27 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
yeah but idk if we can do archtics  1/28/2022, 5:27 PM UTC
jen jumped the gun but i think she's just gonna let it crash and burn TBH  1/28/2022, 5:27 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
ffs  1/28/2022, 5:27 PM UTC
hmmm maybe we should then  1/28/2022, 5:27 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
NAM bugs out when you have over 500 tix in an account  1/28/2022, 5:27 PM UTC
i'm gonna quote them with it and not say anything and see if i can get away with it  1/28/2022, 5:27 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
and that accounts gonna have 5000 tickets in it  1/28/2022, 5:27 PM UTC
ok we will too  1/28/2022, 5:28 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
yeah so you could create one account per venue  1/28/2022, 5:28 PM UTC

CONFIDENTIAL

LNE-LIT24-000682638

bubble up's website only has 3 price options. so they're only getting those  1/28/2022, 5:31 PM UTC

i gave them seats in every PL. not anymore  1/28/2022, 5:32 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
fucking archaic website. just fucking put it on TM  1/28/2022, 5:34 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
if i only give them those price levels they'll have like 300 seats  1/28/2022, 5:34 PM UTC

bc all the other holds  1/28/2022, 5:34 PM UTC

fuck it, i'm not changing it and they can deal w/it  1/28/2022, 5:34 PM UTC

i gave them first two rows at every price break  1/28/2022, 5:34 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
and i know we have this in an email somewhere but no bundles for DMB right?  1/28/2022, 5:34 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
correct  1/28/2022, 5:34 PM UTC

and no sponsor pre/post sale  1/28/2022, 5:34 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
i dont have one here thankfully  1/28/2022, 5:36 PM UTC

Ok EMT don't fail me a third time  1/28/2022, 5:39 PM UTC

CONFIDENTIAL

LNE-LIT24-000682639

**PX0720.0009**



1/28/2022, 5:40 PM UTC

📎 | Image from iOS (F0312SS3P97)  1/28/2022, 5:40 PM UTC

FUCK  💬1/28/2022, 5:40 PM UTC
this message popped up the 2 times it failed. Wtf  💬1/28/2022, 5:40 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
wtf  💬1/28/2022, 5:41 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
I literally clicked submit and walked away from my computer thinking that I hit
something the first 2 times.  💬1/28/2022, 5:41 PM UTC

CONFIDENTIAL

LNE-LIT24-000682640

PX0720.0010

What makes me mad is I tried to make a small change and it worked fine. So then I went back in to make the rest and get this. Guess I have to submit in small chunks.

1/28/2022, 5:43 PM UTC

**BB Ben Baker (U01CZ408U8Y)**
i'm up to 1,700 allocated platinum for kid rock lol    1/28/2022, 5:48 PM UTC

**JW Jeff Weinhold (U01BUG6UY5V)**
you whore    1/28/2022, 5:50 PM UTC

**BB Ben Baker (U01CZ408U8Y)**



1/28/2022, 5:50 PM UTC

📎  image.png (F030HKPJ8T0)  1/28/2022, 5:50 PM UTC

luke's holds are so dumb    1/28/2022, 5:50 PM UTC
that's standard opens, vip, and platinum    1/28/2022, 5:50 PM UTC
AKA nothing    1/28/2022, 5:50 PM UTC

**JW Jeff Weinhold (U01BUG6UY5V)**
i mean why even go on onsale    1/28/2022, 5:50 PM UTC

**BB Ben Baker (U01CZ408U8Y)**
outrageous    1/28/2022, 5:51 PM UTC

**JW Jeff Weinhold (U01BUG6UY5V)**
and they never use 75% of the holds    1/28/2022, 5:51 PM UTC

**Ben Baker (U01CZ408U8Y)**

CONFIDENTIAL
LNE-LIT24-000682641

**BB** never 🗨1/28/2022, 5:51 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
i dont think platinum even sold well last year 🗨1/28/2022, 5:51 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
he's so overpriced 🗨1/28/2022, 5:51 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
SO overpriced 🗨1/28/2022, 5:51 PM UTC
he should have been priced like 7-8 years ago when he was hot. instead of the 65, 45, 25 country used to do 🗨1/28/2022, 5:51 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
yup 🗨1/28/2022, 5:52 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
so i may have slightly lied to lisa 🗨1/28/2022, 6:09 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
oh yeah? 🗨1/28/2022, 6:09 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
lol we havent had DMB since 2019 i think. so she had the OLD PSS holds (aka the one w like 500 holds) 🗨1/28/2022, 6:10 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
oh jesus 🗨1/28/2022, 6:10 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
so since she always gives us not the best locs for venue holds, i kept like 200 of the PSS premium locations on the map 🗨1/28/2022, 6:11 PM UTC
i mean i look at it that she got 300+ great locations back to use 🗨1/28/2022, 6:12 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
atta baby 🗨1/28/2022, 6:13 PM UTC
i only hold 70 venue 🗨1/28/2022, 6:13 PM UTC
and we don't even go through them 🗨1/28/2022, 6:13 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
we traditionally hold 100 for resv +20 pit for GA Pit shows 🗨1/28/2022, 6:13 PM UTC
i dont normally use nearly that many ... but i kept them on so i can give to plat if needed 🗨1/28/2022, 6:13 PM UTC

**PX0720.0012**

**BB** Ben Baker (U01CZ408U8Y)
i have 70 venue and 50 sponsor. so technically i do 120. but we never go through either                    ⬜ 1/28/2022, 6:13 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
i dont do a sponsor - just 1 hold   ⬜ 1/28/2022, 6:14 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i do, and they're my worst shitty lower corners   ⬜ 1/28/2022, 6:14 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
lol i give them the worst seats in my holds which are still too good for them but oh well                    ⬜ 1/28/2022, 6:14 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
i just like the separation   ⬜ 1/28/2022, 6:15 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
i hear ya. Up until last year I had the same person processing my orders and she knew how i wanted them to go. Sponsor gets the worst. regular orders start about 1/4-1/2 way back. save first 1/4-1/2 for any real VIP requests .... or my orders haha                    ⬜ 1/28/2022, 6:16 PM UTC

i did DMB in EMT 4 times. All failed. finally did it in 4 separate chunks and it finally went through. Fuckin EMT                    ⬜ 1/28/2022, 6:20 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
that's weird   ⬜ 1/28/2022, 6:21 PM UTC

fucking some scum broker out of NY gobbled my ADA for Kid Rock   ⬜ 1/28/2022, 7:04 PM UTC

normally i'd look other way but the dumbass listed them on TM+   ⬜ 1/28/2022, 7:04 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
yeah if they listed right away .. cancel them   ⬜ 1/28/2022, 7:06 PM UTC

thats annoying AF   ⬜ 1/28/2022, 7:07 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
yeah i ran a repgen and sent to TM   ⬜ 1/28/2022, 7:07 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
who else can fix the PCI thing in concierge? Ive emailed concierge support 3 times w no reply. JLL BOM cant see CC#'s.                    ⬜ 1/28/2022, 7:23 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
send to hiten + jay   ⬜ 1/28/2022, 7:23 PM UTC

but i still think they'll probably ask for marc's approval   ⬜ 1/28/2022, 7:23 PM UTC

CONFIDENTIAL                    LNE-LIT24-000682643

**JW** Jeff Weinhold (U01BUG6UY5V)
who is Hiten? 💬1/28/2022, 7:24 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
hiten parmar 💬1/28/2022, 7:24 PM UTC
he's the concierge dude 💬1/28/2022, 7:24 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
the concierge support email ... only has 1 person in the distro lol 💬1/28/2022, 7:24 PM UTC
Jay can help w that? 💬1/28/2022, 7:24 PM UTC
Gabe Rosario is the only person that gets the concierge support emails lol 💬1/28/2022, 7:25 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
just reply to the last one you sent and add them both on there and be like can one of you help? it's been 3 tries 💬1/28/2022, 7:25 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
glad i added Jay. He has a different support in his OOO 💬1/28/2022, 7:30 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
hahahaha 💬1/28/2022, 7:30 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
LNE Concierge Support ... not just Concierge Support 💬1/28/2022, 7:30 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
oh, i didn't know there was a difference 💬1/28/2022, 7:31 PM UTC
i always email the LNE one 💬1/28/2022, 7:31 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
too many GD email addresses 💬1/28/2022, 7:31 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
hahaha 💬1/28/2022, 7:31 PM UTC
fuck it's only 2:30 💬1/28/2022, 7:31 PM UTC

**JW** Jeff Weinhold (U01BUG6UY5V)
ONLY? i was about to say how is it 2:30 already 💬1/28/2022, 7:31 PM UTC

**BB** Ben Baker (U01CZ408U8Y)
hahahaha 💬1/28/2022, 7:31 PM UTC

CONFIDENTIAL

LNE-LIT24-000682644

**PX0720.0014**

**JW**   **Jeff Weinhold (U01BUG6UY5V)**
they keep changing the menu on slack making it harder and harder to send GIF
lol   1/28/2022, 7:32 PM UTC

**BB**   **Ben Baker (U01CZ408U8Y)**
you know you can just type / giphy (without the space) then any word, right?   1/28/2022, 7:33 PM UTC

**JW**   **Jeff Weinhold (U01BUG6UY5V)**
well shit   1/28/2022, 7:34 PM UTC

**BB**   **Ben Baker (U01CZ408U8Y)**
lol did you not know that?   1/28/2022, 7:34 PM UTC

**JW**   **Jeff Weinhold (U01BUG6UY5V)**
nope   1/28/2022, 7:35 PM UTC

**BB**   **Ben Baker (U01CZ408U8Y)**
that's what i always use   1/28/2022, 7:35 PM UTC
how is your kid rock only getting a 63% lift   1/28/2022, 7:55 PM UTC
lol   1/28/2022, 7:55 PM UTC

**JW**   **Jeff Weinhold (U01BUG6UY5V)**
fucking plat team   1/28/2022, 7:55 PM UTC
i gave them another 100 today   1/28/2022, 7:56 PM UTC

**BB**   **Ben Baker (U01CZ408U8Y)**
they sold some of my lowest PL ($48.50) at $117.50 lol   1/28/2022, 7:56 PM UTC

**JW**   **Jeff Weinhold (U01BUG6UY5V)**
i stole more KR VIP than what they said to ... oh well   1/28/2022, 7:56 PM UTC

**BB**   **Ben Baker (U01CZ408U8Y)**
i only have singles left for his VIP   1/28/2022, 7:57 PM UTC
we sold $1,250 front row platinum and $1,313   1/28/2022, 7:57 PM UTC
third row we sold 12 at $1,111/ea   1/28/2022, 7:57 PM UTC
jesus christ   1/28/2022, 7:58 PM UTC

**JW**   **Jeff Weinhold (U01BUG6UY5V)**
Dean w his "happen to have seats for review" email for Key. GFY Dean   1/28/2022, 8:08 PM UTC

**BB**   **Ben Baker (U01CZ408U8Y)**
i basically told him to fuck off yesterday   1/28/2022, 8:09 PM UTC

CONFIDENTIAL   LNE-LIT24-000682645

**PX0720.0015**

he wanted to add 10 to VIP3. And i may have lied and told Jen it would impact platinum as we'dhave to take from there

1/28/2022, 8:10 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
i dont even reply. When i have shit, i'll send    1/28/2022, 8:10 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
then he's like can we add behind? and i said nope bc then VIP3 and VIP4 would share a row and we'll have issues

1/28/2022, 8:10 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
Jessica put the wrong archtics event code in an event and made avail but didnt do any of the DIGIT and stuff. Can i just change that in the event edit?

1/28/2022, 8:16 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
yeah, just change the 2JLXXXX to whatever it is    1/28/2022, 8:16 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
but if she HAD digited we would have had to del inventory, update and then redigit?

1/28/2022, 8:17 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
i don't think so    1/28/2022, 8:17 PM UTC

archtics digits based on the host event ID and TM event ID    1/28/2022, 8:18 PM UTC
you can change the archtics ID as long as there are no sales    1/28/2022, 8:18 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
ok just running through the process in my head    1/28/2022, 8:18 PM UTC

ok cool    1/28/2022, 8:18 PM UTC

yup knew that. ok thanks    1/28/2022, 8:19 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
it's only 3:20    1/28/2022, 8:19 PM UTC

it's only been 50 minutes since i said it was only 2:30    1/28/2022, 8:19 PM UTC

**JW** **Jeff Weinhold (U01BUG6UY5V)**
really? that wasnt 10 minutes ago?    1/28/2022, 8:20 PM UTC

**BB** **Ben Baker (U01CZ408U8Y)**
lmao    1/28/2022, 8:21 PM UTC

it's dragging for me and flying for you    1/28/2022, 8:21 PM UTC

CONFIDENTIAL                                                                                    LNE-LIT24-000682646

**PX0720.0016**