**From:** Brad Wavra
**Sent:** Thursday, April 18, 2019 11:35 PM
**To:** Michael Rapino; Bob Roux; Mark Campana
**Subject:** Re: Jonas Brothers Venue Deal Request

I was never giving this to artist, but did get most buildings saying yes and intended to leave this with the local offices. Did the same on Pink and was never told it was a bad idea.

Brad Wavra
Live Nation
9348 Civic Center Drive
Beverly Hills, CA 90210
Office 310-867-7085

███████████

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Thursday, April 18, 2019 at 3:44 PM
**To:** Bob Roux <BobRoux@LiveNation.com>, Brad Wavra <BRADWAVRA@LiveNation.com>, Mark Campana <MarkCampana@LiveNation.com>
**Subject:** FW: Jonas Brothers Venue Deal Request

Can't do these one off hero asks – we drive overall building deals and touring deliver the show – not these big all email grabs like this

No wonder agents come after us when we are asking for this in email outside the overall arena deal we have in the market ?

> **From:** Irving Azoff <ia@azoffmusic.com>
> **Date:** Thursday, April 18, 2019 at 3:40 PM
> **To:** Bob Roux <BobRoux@LiveNation.com>, Michael Rapino <Michael@LiveNation.com>
> **Subject:** Fwd: Jonas Brothers Venue Deal Request
>
> Cowboy brad at it again.    Buildings are confused on how to respond.   I told them i would get guidance from you guys but they are just going to turn around and call their locals for reduction in their live nation rebates.   Shouldn't this be handled by you guys just like you do with eagles?
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** Peter Luukko <pluukko@oakviewgroup.com>
>> **Date:** April 18, 2019 at 12:56:52 PM PDT
>> **To:** Irving Azoff <ia@azoffmusic.com>
>> **Subject: Fwd: Jonas Brothers Venue Deal Request**

Ex. No
PX0476
1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0988081

FYI. We have not given any rebates outside the deal to agents and should not start here.  Thoughts ?

Sent from my iPhone

Begin forwarded message:

> **From:** Eric Gardner <egardner@oakviewgroup.com>
> **Date:** April 18, 2019 at 2:40:28 PM EDT
> **To:** Peter Luukko <pluukko@oakviewgroup.com>
> **Cc:** Jeff Nickler <jnickler@oakviewgroup.com>, Kevin Grove <kgrove@oakviewgroup.com>
> **Subject: Jonas Brothers Venue Deal Request**
>
> Peter, Jeff, & Kevin,
>
>
> Below is a memo from Brad Wavra to the regional Live Nation offices. Let's discuss when you have time.
>
>
> On 4/12/19, 5:15 PM, "Brad Wavra" <BRADWAVRA@LiveNation.com> wrote:
>
>   Jonas Brothers are back, this is now the real deal. Show will be best of the old Jonas, nick solo, dnce solo, and now great new songs.  They left as boys and have returned as men (with very famous wives)
>
>     As we look to lock in this tour
>
>     We are going to need
>
>     $3/ticket outside the deal
>
>     $1 bump on Ticketmaster
>
>     Need to identify and address how we are going to handle non manifested seats, and suites
>
>     We will need a big time building launch idea for the on sale
>
>     Merch rates will be 80/20 going to 85/15 @ $20/head
>
>     Need best rent deal you have given.
>
>
>     We are only going to play as many building that want this bad enough to deal with above.
>
>     We can play 20 shows or 50 shows.  Route is being sorted right now.
>
>     We intend to announce end of April, be on sale May 2.

2

**LNE CONFIDENTIAL BUSINESS INFORMATION**

**LNE2019-CID-0988082**

They have a big look at Billboard Music awards May 1, 6 minutes of old/new mashup.

Fans will go crazy.

We have a big MasterCard launch also.

Then on 1st week of June Amazon will sir the 90 minute Jonas Brothers documentary which will be the story of the break up and the reunion. It's fantastic and every old fan and now the new fans will hang on every word.

This should be a big one. Let's get ready to rumble.

Roberta has provided you with your spins in the market and they only continue to rise.

This is the biggest they have ever been.

Peace

B

—
**Eric Gardner | Oak View Group**
Arena/Stadium Alliance
1100 Glendon Ave. | Suite 2100 | Los Angeles, CA 90024
O: 310.954.4814 | ▮▮▮▮▮▮▮
egardner@oakviewgroup.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise sender of the error and then immediately delete this message.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise sender of the error and then immediately delete this message.

3

**LNE CONFIDENTIAL BUSINESS INFORMATION**                    **LNE2019-CID-0988083**