

**Chat with "Mary Clare Bourjaily"** <​██████████​> **on June 8, 2020**

Voicemail <​████████​>
Mary Clare Bourjaily <​████████​>

**Earliest item: 2020-06-08 23:15:07**
**Latest item: 2020-06-08 23:18:06**

**Monday 08 June 2020**

Instant Message : Native Messages
From                                                                    23:15:07
    Voicemail <​████████​>

Please do not send emails that state you want to " crush" a
Competitor. Not the language we want to be seeing in emails when
reviewed by the DOJ or anyone for that matter.

I will respond to the email but want you thinking differently about this
sort of rhetoric.

Instant Message : Native Messages
From                                                                    23:18:06
    Mary Clare Bourjaily <​████████​>

Crap. Ok. I'm sorry.

**End Thread**

Thread Statistics
                                    **Instant Message Count**
        2

HIGHLY CONFIDENTIAL

**Ex. No**
**PX0715**
**1:24-cv-03973**

LNE-LIT24-000580356