**From:** Mark Campana
**Sent:** Tuesday, May 17, 2016 10:36 PM
**To:** Michael Rapino
**Subject:** Re: Palace v Joe Louis cheat sheet

You mean Rick has his wallet in front all agendas!

mc

On May 17, 2016, at 5:34 PM, Michael Rapino <Michael@LiveNation.com> wrote:

> You know why I wrote that email...

**From:** Mark Campana <MarkCampana@LiveNation.com>
**Date:** Tuesday, May 17, 2016 at 3:31 PM
**To:** MR <Michael@LiveNation.com>, Richard S Franks <RICHARDSFRANKS@LiveNation.com>
**Subject:** RE: Palace v Joe Louis cheat sheet

We have always looked at our job as needing to deliver both buildings for ticketing as well.

mc

**Mark Campana | Co President North America Concerts**
☎:
✆:: MarkCampana@livenation.com
✉:: Suite 1400, 111 East Wacker Ave, Chicago IL, 60601
www.Livenation.com

**From:** Michael Rapino
**Sent:** Tuesday, May 17, 2016 5:29 PM
**To:** Rick Franks <RICHARDSFRANKS@LiveNation.com>
**Cc:** Mark Campana <MarkCampana@LiveNation.com>
**Subject:** Re: Palace v Joe Louis cheat sheet

Ok thanks

Have to balance if we lose TM at new arena we lose Millions
And factor in new arena will take big bite out of show count at old arena or at min cost you more to play them

My agenda is simple we want deals in both arenas with ticketing – if we only have ticketing deal in old arena we lose the market

**From:** Richard S Franks <RICHARDSFRANKS@LiveNation.com>
**Date:** Tuesday, May 17, 2016 at 2:12 PM
**To:** MR <Michael@LiveNation.com>
**Cc:** Mark Campana <MarkCampana@LiveNation.com>, Richard S Franks <RICHARDSFRANKS@LiveNation.com>
**Subject:** Palace v Joe Louis cheat sheet

Three year average CM per event at Palace is $148,110 per       average going forward $176K
Three year average CM per event at Joe Louis is  $71,500 per

Three year average CM per event at DTE $101,915 per       average going forward $125k
Three year average CM per event at Meadowbrook $38,924 per
Three year average CM per event at Freedom Hill  $15.084 per

Average numbers for Palace, Meadowbrook and Freedom a bit skewed on low side.  New terms kicked in last July 1 and CM will grow exponentially going forward.

The proposal/assumptions at the new Little Caesars Arena  and the various financial overrides OLYMPIA  would receive in shows played not at their venues, **equate to modest gains for Live Nation w an educated guess of 600k per** year in the market after the first two years of operation. (End of honeymoon period.)
The 600k  is purely conjecture at this point.

| | Venue Name - no city | Venue Ownership & Type | | Combined Total Show Count | Combined Total Paid Attendance | | | Total Event CM | total ancills per paid | CM per event | CM per paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | DTE Energy Music Theatre | Promo Amphitheatre | | 31 | 366,968 | | | 2,626,984 | 0.00 | 84,741 | 7.16 |
| 2015 | DTE Energy Music Theatre | Promo Amphitheatre | | 47 | 568,874 | | | 4,471,749 | 0.00 | 95,144 | 7.86 |
| 2016 | DTE Energy Music Theatre | Promo Amphitheatre | | 41 | 464,032 | | | 5,029,161 | 0.00 | 122,662 | 10.84 |
| 2014 | Freedom Hill | Promo Boutique Amphitheatre | | 6 | 26,308 | | | 103,454 | 0.00 | 17,242 | 3.93 |
| 2015 | Freedom Hill | Promo Boutique Amphitheatre | | 10 | 39,827 | | | 136,225 | 0.00 | 13,622 | 3.42 |
| 2016 | Freedom Hill | Promo Boutique Amphitheatre | | 24 | 95,454 | | | 363,697 | 0.00 | 15,154 | 3.81 |
| 2014 | Joe Louis Arena | Promo Arena | | 3 | 42,834 | | | 350,768 | 0.00 | 116,923 | 8.19 |
| 2015 | Joe Louis Arena | Promo Arena | | 7 | 86,323 | | | 422,567 | 0.00 | 60,367 | 4.90 |
| 2016 | Joe Louis Arena | Promo Arena | | 2 | 21,248 | | | 84,673 | 0.00 | 42,337 | 3.99 |

1

**Ex. No
PX0368**

1:24-cv-03973

**LNE CONFIDENTIAL BUSINESS INFORMATION**

LNE-01285674

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Meadow Brook Amphitheatre | Promo Boutique Amphitheatre | | 11 | 52,428 | | | 482,135 | 0.00 | 43,830 | 9.20 |
| 2015 | Meadow Brook Amphitheatre | Promo Boutique Amphitheatre | | 16 | 72,094 | | | 648,371 | 0.00 | 40,523 | 8.99 |
| 2016 | Meadow Brook Amphitheatre | Promo Boutique Amphitheatre | | 19 | 83,237 | | | 660,031 | 0.00 | 34,738 | 7.93 |
| 2014 | The Palace Of Auburn Hills | Promo Arena | | 19 | 197,367 | | | 2,199,563 | 0.00 | 115,766 | 11.14 |
| 2015 | The Palace Of Auburn Hills | Promo Arena | | 16 | 190,127 | | | 2,572,225 | 0.00 | 160,764 | 13.53 |
| 2016 | The Palace Of Auburn Hills | Promo Arena | | 15 | 168,609 | | | 2,633,722 | 0.00 | 175,581 | 15.62 |

2

**LNE CONFIDENTIAL BUSINESS INFORMATION**

LNE-01285675