| | |
|---|---|
| **From:** | Michael Rapino |
| **Sent:** | Thursday, April 18, 2019 11:12 PM |
| **To:** | Mark Campana; Bob Roux |
| **Subject:** | Re: Jonas Brothers Venue Deal Request |

Ok I sent him email also - complete BS

---

**From:** Mark Campana <MarkCampana@LiveNation.com>
**Date:** Thursday, April 18, 2019 at 4:09 PM
**To:** Michael Rapino <Michael@LiveNation.com>, Bob Roux <BobRoux@LiveNation.com>
**Subject:** RE: Jonas Brothers Venue Deal Request

Bob is on a plane I believe. Here is what I can share.

I caught wind of this last Friday and Bob went to the touring team yesterday, told them to work with me going forward on what we are doing with the individual buildings.  Brad as it turns out not only was asking for more money which he intended on sharing with the artist, he also was attacking the AXS venues to dump AXS and drop in TM.  Thus the call you got.

I have been coordinating through Omar where we need the touring guys to "Lean" into a venue in support of what I am pressing for in rebates and deal points.

Bob can give you specifics on what he has told the touring team about being coordinated.  I know that he also sent Brad specific email telling him to stop his Lone Ranger approach to beating up venues.

mc



**Mark Campana**
☎:: ▮▮▮▮▮▮▮▮
⌖:: MarkCampana@livenation.com
✉:: Suite 1400, 111 East Wacker Drive, Chicago IL,  60601
www.Livenation.com

<div style="border:2px solid black;background:yellow;text-align:center;">

**Ex. No**
**PX0458**
**1:24-cv-03973**

</div>

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Thursday, April 18, 2019 5:43 PM
**To:** Bob Roux <BobRoux@LiveNation.com>; Mark Campana <MarkCampana@LiveNation.com>
**Subject:** Re: Jonas Brothers Venue Deal Request

I don't get this Bob

How can we driver a central arena per head charge anf then let Touring go rouge asking for 3?

1

LNE CONFIDENTIAL BUSINESS INFORMATION                              LNE2019-CID-0448057

**From:** Irving Azoff <ia@azoffmusic.com>
**Date:** Thursday, April 18, 2019 at 3:40 PM
**To:** Bob Roux <BobRoux@LiveNation.com>, Michael Rapino <Michael@LiveNation.com>
**Subject:** Fwd: Jonas Brothers Venue Deal Request

Cowboy brad at it again.    Buildings are confused on how to respond.    I told them i would get guidance from you guys but they are just going to turn around and call their locals for reduction in their live nation rebates.    Shouldn't this be handled by you guys just like you do with eagles?

Sent from my iPad

Begin forwarded message:

> **From:** Peter Luukko <pluukko@oakviewgroup.com>
> **Date:** April 18, 2019 at 12:56:52 PM PDT
> **To:** Irving Azoff <ia@azoffmusic.com>
> **Subject: Fwd: Jonas Brothers Venue Deal Request**
>
> FYI. We have not given any rebates outside the deal to agents and should not start here.  Thoughts ?
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Eric Gardner <egardner@oakviewgroup.com>
>> **Date:** April 18, 2019 at 2:40:28 PM EDT
>> **To:** Peter Luukko <pluukko@oakviewgroup.com>
>> **Cc:** Jeff Nickler <jnickler@oakviewgroup.com>, Kevin Grove <kgrove@oakviewgroup.com>
>> **Subject: Jonas Brothers Venue Deal Request**
>>
>> Peter, Jeff, & Kevin,
>>
>> Below is a memo from Brad Wavra to the regional Live Nation offices. Let's discuss when you have time.
>>
>> On 4/12/19, 5:15 PM, "Brad Wavra" <BRADWAVRA@LiveNation.com> wrote:
>>
>>> Jonas Brothers are back, this is now the real deal. Show will be best of the old Jonas, nick solo, dnce solo, and now great new songs.  They left as boys and have returned as men (with very famous wives)
>>>
>>> As we look to lock in this tour
>>>
>>> We are going to need
>>>
>>> $3/ticket outside the deal

2

LNE CONFIDENTIAL BUSINESS INFORMATION    LNE2019-CID-0448058

$1 bump on Ticketmaster

Need to identify and address how we are going to handle non manifested seats, and suites

We will need a big time building launch idea for the on sale

Merch rates will be 80/20 going to 85/15 @ $20/head

Need best rent deal you have given.

We are only going to play as many building that want this bad enough to deal with above.

We can play 20 shows or 50 shows.  Route is being sorted right now.

We intend to announce end of April, be on sale May 2.

They have a big look at Billboard Music awards May 1, 6 minutes of old/new mashup.

Fans will go crazy.

We have a big MasterCard launch also.

Then on 1st week of June Amazon will sir the 90 minute Jonas Brothers documentary which will be the story of the break up and the reunion.  It's fantastic and every old fan and now the new fans will hang on every word.

This should be a big one.  Let's get ready to rumble.

Roberta has provided you with your spins in the market and they only continue to rise.

This is the biggest they have ever been.

Peace

B

—
**Eric Gardner | Oak View Group**

3

LNE2019-CID-0448059

Arena/Stadium Alliance
1100 Glendon Ave. | Suite 2100 | Los Angeles, CA 90024
O: ▮▮▮▮▮▮▮ | C: ▮▮▮▮▮▮▮
egardner@oakviewgroup.com

―――――――――――――――――

This message may contain confidential and privileged information.
If it has been sent to you in error, please reply to advise sender of
the error and then immediately delete this message.

―――――――――――――――――

This message may contain confidential and privileged information. If it has been
sent to you in error, please reply to advise sender of the error and then
immediately delete this message.

LNE CONFIDENTIAL BUSINESS INFORMATION                                        LNE2019-CID-0448060