| | |
|---|---|
| **From:** | Ben Baker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=246BE9724F4C4C05B04EF5EA94E6B708-BEN.BAKER] |
| **Sent:** | 10/19/2023 7:16:12 PM |
| **To:** | James Bilus [jimbilus@livenation.com]; Brad Wavra [bradwavra@livenation.com]; bmanning@caa.com |
| **CC:** | Mat Barletta [mathewbarletta@livenation.com]; Amanda Sweet [amandasweet@livenation.com]; Darryl Eaton [deaton@caa.com]; Allison McGregor [amcgregor@caa.com]; bmanningasst@caa.com |
| **Subject:** | RE: NKOTB Fees |

Fee breakout and FMF provided by Jim is correct.

Thank you,

Ben Baker | Head of Ticketing | Venues
Email: benbaker@livenation.com
Cell: REDACTED



  

**From:** James Bilus <JimBilus@LiveNation.com>
**Sent:** Thursday, October 19, 2023 2:53 PM
**To:** Brad Wavra <BRADWAVRA@LiveNation.com>; bmanning@caa.com; Ben Baker <BenBaker@LiveNation.com>
**Cc:** Mat Barletta <MathewBarletta@LiveNation.com>; Amanda Sweet <AmandaSweet@LiveNation.com>; Darryl Eaton <deaton@caa.com>; Allison McGregor <amcgregor@caa.com>; bmanningasst@caa.com
**Subject:** Re: NKOTB Fees

Hi Brad,

Below is the new Amp fee grid for all new onsales as of 9.25:

- Note that the old $5 "per order" fee no longer exists at amps.
- FMF & Parking is on the "inside" and deducted from face value of the ticket.
  ○ For outdoor venues with parking, FMF & Parking is $11.00
  ○ For outdoor venues without parking, FMF is $5.00

+ Ben Baker who oversees all ticketing for our LNOO amps to confirm the above for me.

Thanks.

**Ex. No**

**PX1239**

1:24-cv-03973

HIGHLY CONFIDENTIAL

## New Amph Fees for Onsales Sept 25 and Later

| Ticket Price (FV + FC) | | New Consumer Fee |
|---|---|---|
| $ 0.01 | $ 5.99 | $ 3.25 |
| $ 6.00 | $ 10.99 | $ 4.75 |
| $ 11.00 | $ 15.99 | $ 6.30 |
| $ 16.00 | $ 20.99 | $ 8.30 |
| $ 21.00 | $ 25.99 | $ 10.30 |
| $ 26.00 | $ 30.99 | $ 11.80 |
| $ 31.00 | $ 35.99 | $ 13.65 |
| $ 36.00 | $ 40.99 | $ 14.85 |
| $ 41.00 | $ 50.99 | $ 17.70 |
| $ 51.00 | $ 55.99 | $ 18.35 |
| $ 56.00 | $ 60.99 | $ 18.75 |
| $ 61.00 | $ 65.99 | $ 19.25 |
| $ 66.00 | $ 70.99 | $ 19.50 |
| $ 71.00 | $ 75.99 | $ 20.00 |
| $ 76.00 | $ 80.99 | $ 20.95 |
| $ 81.00 | $ 85.99 | $ 21.25 |
| $ 86.00 | $ 90.99 | $ 21.75 |
| $ 91.00 | $ 95.99 | $ 22.00 |
| $ 96.00 | $ 100.99 | $ 22.50 |
| $101.00 | $ 115.99 | $ 23.50 |
| $116 + | 20% * Capped at $70.00 | |

\* 20% Rounded Up/Down to nearest $0.25

VIP & Platinum = 20%

Jim Bilus | SVP – Pricing & Ticketing | Concerts
Email: jimbilus@livenation.com
Phone: ( ) |
9348 Civic Center Drive | Beverly Hills, CA | 90210



---

**From:** Brad Wavra <BRADWAVRA@LiveNation.com>
**Date:** Thursday, October 19, 2023 at 11:43 AM
**To:** bmanning@caa.com <bmanning@caa.com>, James Bilus <JimBilus@LiveNation.com>
**Cc:** Mat Barletta <MathewBarletta@LiveNation.com>, Amanda Sweet <AmandaSweet@LiveNation.com>, Darryl Eaton <deaton@caa.com>, Allison McGregor <amcgregor@caa.com>, bmanningasst@caa.corn <bmanningasst@caa.com>
**Subject:** Re: NKOTB Fees

Jim do we have a grid of our ticketing fees for all our amps.

Service charges
Handling
Printing
Whatever fees
Brad Wavra
Live Nation

LNE-LIT24-003477586

9348 Civic Center Drive
Beverly Hills, CA 90210
Office:  REDACTED
Cell:  REDACTED

On Oct 19, 2023, at 10:25 AM, Brian Manning <bmanning@caa.com> wrote:

[EXTERNAL]

Jared is really, really under pressure from one or two of the guys to know the ticketing fees; regardless of whether they are "all in" or traditional.  I understand that given the volume of work ahead, no one has time to do this exercise for 46 shows; but we need to deliver something for him since the artist has been asking.

Would it be possible to quickly see the checkout prices for all scaling levels for 4-5 shows?

1.      2 O&O amphs.  Assume this will be with consistent FMF and TM fees per recent conversations?
2.      1 arena (LA, Denver, Columbus?)
3.      2 non O&O (Hershey, Franklin, Cincinnati, Houston?)

Also, just for context if it is helpful, here is one that was compiled for another artist for us.

Any assistance here is appreciated as always.

CAA and former ICM agents are operating under CAA's New York City (1359415-DCA) and California (TA000225666) talent agency licenses. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. CAA is committed to ensuring that clients are free to do their best work without experiencing harassment and want to ensure they have the relevant resources they need. Clients can go to https://www.caa.com/legal/harassment-guidelines-caa-clientss to learn more about their rights, and how to report violations.

In performing services for you, we regularly receive, process and maintain certain personal information about you. For information about how Creative Artists Agency, LLC and its subsidiaries process such personal data, please see our Privacy Notice https://www.caa.com/legal/client-privacy-notice.

HIGHLY CONFIDENTIAL