| | |
|---|---|
| **From:** | Matt Prieshoff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=13b0a26dd60d4feca4e13e35245092f1-Prieshoff,] |
| **Sent:** | 9/20/2023 2:33:33 PM |
| **To:** | Ben Baker [benbaker@livenation.com]; James Bilus [jimbilus@livenation.com] |
| **Subject:** | Re: INTERNAL USE ONLY: New Amp Rate Card |

Thanks

Get Outlook for iOS

---

**From:** Ben Baker <BenBaker@LiveNation.com>
**Sent:** Wednesday, September 20, 2023 10:20:43 AM
**To:** Matt Prieshoff <MattPrieshoff@LiveNation.com>; James Bilus <JimBilus@LiveNation.com>
**Subject:** FW: INTERNAL USE ONLY: New Amp Rate Card

FYI – the below just went out to:

- Amp BOM distro list
- LNC – 3P ticketing distro list
- Venue Nation Ticketing Support

All on BCC because we know how ticketing likes to hit reply all.

Ben Baker | Head of Ticketing | Venues
Email: benbaker@livenation.com
Cell: ⟨REDACTED⟩

**LIVE NATION**

  

---

**From:** Ben Baker
**Sent:** Wednesday, September 20, 2023 10:19 AM
**To:** Ben Baker <BenBaker@LiveNation.com>; Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Subject:** INTERNAL USE ONLY: New Amp Rate Card

*The below is for internal use only. The information provided should not be forwarded or shared with anyone outside of LN. If you are asked by an external party for rates, please defer to the promoter to answer.*

---

All,

Please see below for the updated Amp rate card for on sales beginning 9/25.

Additional Notes:
- Applies to new on sales only, beginning 9/25
  - Events built prior to 9/14 but first on sale 9/25 or after will need to be submitted to EM group to update to new rate card
  - Please check anything built between now and 9/25 to confirm EMT pulls new rate card

Ex. No
**PX1244**
1:24-cv-03973

LNE-LIT24-003899026

- Our service charge calculator is still in the process of being updated and we will provide the new calculator as soon as available.
- In addition to the fee updates below, the order processing fee has been eliminated
- For those who ticket open venues and mimic Amp rates for those events:
  - TM Finance has updated any existing open venue settlement codes tied to the LNOO Amp Rate Card
  - Regional LN ticketers will need to request any new dynamic masters be created based on the new rate card through your EM group

We will discuss in greater detail on our call later today. Please reach out directly with any questions.

Thank you,

## New Amph Fees for Onsales Sept 25 and Later

| Ticket Price (FV + FC) | | New Consumer Fee |
|---|---|---|
| $ 0.01 | $ 5.99 | $ 3.25 |
| $ 6.00 | $ 10.99 | $ 4.75 |
| $ 11.00 | $ 15.99 | $ 6.30 |
| $ 16.00 | $ 20.99 | $ 8.30 |
| $ 21.00 | $ 25.99 | $ 10.30 |
| $ 26.00 | $ 30.99 | $ 11.80 |
| $ 31.00 | $ 35.99 | $ 13.65 |
| $ 36.00 | $ 40.99 | $ 14.85 |
| $ 41.00 | $ 50.99 | $ 17.70 |
| $ 51.00 | $ 55.99 | $ 18.35 |
| $ 56.00 | $ 60.99 | $ 18.75 |
| $ 61.00 | $ 65.99 | $ 19.25 |
| $ 66.00 | $ 70.99 | $ 19.50 |
| $ 71.00 | $ 75.99 | $ 20.00 |
| $ 76.00 | $ 80.99 | $ 20.95 |
| $ 81.00 | $ 85.99 | $ 21.25 |
| $ 86.00 | $ 90.99 | $ 21.75 |
| $ 91.00 | $ 95.99 | $ 22.00 |
| $ 96.00 | $ 100.99 | $ 22.50 |
| $101.00 | $ 115.99 | $ 23.50 |
| $116 + | 20% * Capped at $70.00 | |

\* 20% Rounded Up/Down to nearest $0.25

VIP & Platinum = 20%

CONFIDENTIAL

LNE-LIT24-003899027

Ben Baker | Head of Ticketing | Venues
Email: benbaker@livenation.com
Cell:  REDACTED



  

CONFIDENTIAL

LNE-LIT24-003899028