**Attachment 2:** Profile 1 ███████████████████

2017 to Present Show List

**Ex. No**

**PX1246**

1:24-cv-03973

BRENNAN_0000007



BRENNAN_0000008

## TONY HAWK AND RODNEY MULLEN: DARKSLIDES & SECRET TAPES

Thu · Apr 4, 2024

Beacon Theatre

ORDER #32-16121/NY7

## WXPN WELCOMES: ST. PAUL AND THE BROKEN BONES

Sat · Feb 24, 2024

The Fillmore Philadelphia

ORDER #27-46770/PHI

## 2023

## J.I.D & SMINO - LUV IS 4EVER TOUR

Wed · Mar 1, 2023

The Fillmore Philadelphia

ORDER #57-25784/PHI

BRENNAN_0000009

## GORILLAZ: NORTH AMERICA TOUR 2022

Fri · Oct 14, 2022

The Met Presented by Highmark

ORDER #39-24420/PHI

## ODESZA: THE LAST GOODBYE TOUR

Tue · Aug 30, 2022

TD Pavilion at Highmark Mann

ORDER #3000-0562-2406-7559-2

## ODESZA: THE LAST GOODBYE TOUR

Tue · Aug 30, 2022

TD Pavilion at Highmark Mann

ORDER #3000-0570-0426-6874-2

## 2019

## HIJINX

Sat · Dec 28, 2019

Pennsylvania Convention Center

ORDER #92-10562/PHI

BRENNAN_0000010

## HIJINX

Sat · Dec 28, 2019

Pennsylvania Convention Center

ORDER #76-54261/PHI

## UMPHREY'S MCGEE

Sat · Nov 2, 2019

The Fillmore Philadelphia

ORDER #67-46487/PHI

## UMPHREY'S MCGEE

Sat · Nov 2, 2019

The Fillmore Philadelphia

ORDER #54-43698/PHI

## SANTANA: SUPERNATURAL NOW

Sat · Aug 24, 2019

Freedom Mortgage Pavilion

ORDER #83-36647/PHI

BRENNAN_0000011

## TAME IMPALA

Fri · Aug 23, 2019

TD Pavilion at Highmark Mann

ORDER #71-47133/PHI

## HERBIE HANCOCK & KAMASI WASHINGTON

Sun · Aug 4, 2019

The Met Presented by Highmark

ORDER #11-26516/PHI

## RADIO 104.5 PRESENTS SLIGHTLY STOOPID: HOW I SPENT MY SUMMER VACATION

Sun · Jun 16, 2019

Freedom Mortgage Pavilion

ORDER #12-16232/PHI

## RADIO 104.5 BIRTHDAY SHOW FEAT. THE LUMINEERS, DEATH CAB FOR CUTIE, GR

Sun · Jun 2, 2019

Freedom Mortgage Pavilion

ORDER #39-10819/PHI

BRENNAN_0000012

## GRIZ - RIDE WAVES TOUR: SEASON ONE

Sat · May 11, 2019

The Met Presented by Highmark

ORDER #76-31171/PHI

## EL TEN ELEVEN

Wed · Feb 6, 2019

The Foundry

ORDER #65-50808/PHI

## 2018

## HIJINX 2-DAY FESTIVAL PASS

Sat · Dec 29, 2018

Pennsylvania Convention Center

ORDER #84-30629/PHI

## MANCHESTER ORCHESTRA & THE FRONT BOTTOMS

Thu · Dec 13, 2018

The Fillmore Philadelphia

ORDER #52-40753/PHI

BRENNAN_0000013

## WMGK'S BIG GIG: JEFF BECK & PAUL RODGERS AND ANN WILSON OF HEART

Sat · Aug 4, 2018

Freedom Mortgage Pavilion

ORDER #58-23602/PHI

## BECK

Fri · Jul 20, 2018

Penn's Landing Concert Stage

ORDER #12-27967/PHI

## DEAD & COMPANY

Sat · Jun 2, 2018

Freedom Mortgage Pavilion

ORDER #49-32314/PHI

## DEAD & COMPANY

Sat · Jun 2, 2018

Freedom Mortgage Pavilion

ORDER #68-54398/PHI

BRENNAN_0000014



- **2017**

### THE FLOOZIES: FUNK JESUS TOUR 2017 W/ BOOMBOX & LATE NIGHT RADIO

Sat · Oct 7, 2017

Theatre of Living Arts

ORDER #41-16152/PHI

### SENSES FAIL

Wed · Mar 22, 2017

Franklin Music Hall

ORDER #14-22672/PHI

BRENNAN_0000015