Message
_____

| | |
|---|---|
| **From:** | Glenn Amdur [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5416A3A23D7240449F6112A6159B3B83-AMDUR, GLEN] |
| **Sent:** | 11/11/2015 8:07:00 PM |
| **To:** | Russ Borrows [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=698bf0223b374a0787f62ac2a41f5c2b-Russ Borrow]; Peter Conlon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a975dd51765d4e7e9adc70ac63ce31a6-Conlon, Pet] |
| **CC:** | Mark Campana [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=10ad61a3ab264ee1b2ea1dfebdd8f179-Campana, Ma]; James Tucker [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ca14196a03f64aa283b96f73a1fe89ba-Tucker, Jam] |
| **Subject:** | RE: Project Eagle -- Revised Proposal |
| **Attachments:** | Project Eagle_Woodruff Arts_CER v7.xlsx |

Russ,

Here's an updated CER, which includes a new tab on non-economic/strategic justification as you suggested). Updated assumptions are,

* Increase EBITDAR by $500k in Year 2 (vs. Year 1) driven by anticipated talent savings. Increase EBITDAR another $500k in Year 3 (vs. Year 2), again driven by talent savings. Peter feels that this is reasonable, but we didn't want to add all in one year...probably will be somewhat staggered.
* After Year 3, adjust EBITDAR growth to 3%. EBITDAR grows from $1.38m to $3.955m over the term, under this scenario.
* On Sponsorship, we do believe that Alpharetta has stronger base than Aaron's. Peter has been told that the beer category alone in Alpharetta is around $600k, plus they have a strong NIT deal with Verizon. In addition, we believe that Chastain has a great deal of untapped potential (perhaps as much as $500k-$750k) on the basis of securing NIT deal (none in place currently) as well as Chastain series rights.

Please let me know if you have any questions or edits.

Thanks,
Glenn

_____

**From:** Russ Borrows
**Sent:** Wednesday, November 11, 2015 1:45 PM
**To:** Peter Conlon <PeterConlon@LiveNation.com>
**Cc:** Glenn Amdur <GlennAmdur@LiveNation.com>; Mark Campana <MarkCampana@LiveNation.com>
**Subject:** RE: Project Eagle -- Revised Proposal

To color in my comments a bit better in hopes of helping you dial in the CER, below are the major items we identified in our review of the initial CER:

* Included a "Market Synergies" plug of $500K going to $1M by year 5. Asked to pull out initially as there was no justification provided. If we can tighten that up a bit in the proper categories on the P&L (with some realistic basis we can point to), then I would add back the relevant portions to the CER (and document the assumptions/justification).
* Sponsorship seemed too high based on what we were doing at the larger amp in the market (Aaron's)
* Average ticket price appeared way too high for the talent to be booked there

**Ex. No
PX0417**
1:24-cv-03973

* On ancillaries, overall APF at $30 was way too high. Gross F&B per cap was at almost $23.00 which was way too high. Parking per cap didn't appear to reflect a cost component and service charges appeared too high.

---

**From:** Russ Borrows
**Sent:** Wednesday, November 11, 2015 11:36 AM
**To:** Peter Conlon; Mark Campana
**Cc:** Glenn Amdur
**Subject:** RE: Project Eagle -- Revised Proposal

Peter: In the category of being able to sleep at night, there were a few items in the original version of the CER that felt overly aggressive. We asked those to be pulled back to be more realistic (or conservative). Additionally, the deal has changed such that the economics are going backwards. As a result, I think it makes sense to go back thru and incorporate those items that are realistic (but ensure they are based in reality vs. what we hope will happen to make the CER work). It might also make sense to add a tab to the CER that lays out the non-economic justification for the deal (i.e. defense, takeaway, etc) and incorporate the "opportunity cost" of losing the TM earnings if the venue lands with/stays with our competitor.

Open to discuss.

Thanks,

Russ

---

**From:** Peter Conlon
**Sent:** Wednesday, November 11, 2015 11:30 AM
**To:** Mark Campana; Russ Borrows
**Cc:** Glenn Amdur
**Subject:** RE: Project Eagle -- Revised Proposal

I am getting with Glenn, we had better numbers before but were told to take down and be conservative. So can ratchet up. Believe there will be sufficient talent savings, reduction of costs and improving deals that will make project viable. Won't know until Due Diligence. They just didn't give us any information

---

**From:** Mark Campana
**Sent:** Wednesday, November 11, 2015 12:20 PM
**To:** Russ Borrows <RussBorrows@livenation.com>; Peter Conlon <PeterConlon@LiveNation.com>
**Subject:** Re: Project Eagle -- Revised Proposal

Please review with Peter.

Peter based on these numbers I do. It believe we will have approval for the deadline. This will require KW and MR looking at strategic value as the economics do not support the deal on its face. What if anything can be adjusted to better support you wish to move forward?

mc

On Nov 11, 2015, at 1:43 PM, Russ Borrows <RussBorrows@livenation.com> wrote:

> Here is a revised version of the Alpharetta P&L based on the current CER. We (Concerts) lose ~$600K per year and, with Sponsorship, the company loses money until year five as currently built.

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02132019

| | Year 1 | Year 2 | Year 3 | Year 4 | Year |
|---|---|---|---|---|---|
| Concerts AOI (excluding rent) | 1,143,285 | 1,196,213 | 1,251,518 | 1,309,301 | 1,369,66 |
| Fixed Rent | ████ | | | | |
| Hawks ██ Share of AOI | ████ | | | | |
| Hawks ██ Share of Fixed Rent | ████ | | | | |
| Total Concerts AOI, net of partnership | (678,357) | (651,894) | (624,241) | (595,350) | (565,16 |

| | Year 1 | Year 2 | Year 3 | Year 4 | Year |
|---|---|---|---|---|---|
| Sponsorship AOI | 1,000,000 | 1,040,000 | 1,081,600 | 1,124,864 | 1,169,8! |
| Hawks ██ Share of Sponsorship | ████ | | | | |
| Total Sponsorship AOI, net of partnership | 500,000 | 520,000 | 540,800 | 562,432 | 584,9; |

| | Year 1 | Year 2 | Year 3 | Year 4 | Year |
|---|---|---|---|---|---|
| LNE AOI (excluding rent) | 2,143,285 | 2,236,213 | 2,333,118 | 2,434,165 | 2,539,5; |
| Fixed Rent | ████ | | | | |
| Hawks ██ Share of AOI | ████ | | | | |
| Hawks ██ Share of Fixed Rent | ████ | | | | |
| LNE AOI, net of partnership | (178,357) | (131,894) | (83,441) | (32,918) | 19,7( |

We (Concerts) also lose money on 2nd half of Chastain (as built):

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| AOI (excluding rent) | 236,742 | 247,065 | 257,814 | 269,004 | 280,655 |
| Growth % | | 4% | 4% | 4% | 4% |
| Fixed Rent | ████ | | | | |
| Total AOI (excluding Sponsorship) | (63,258) | (52,935) | (42,186) | (30,996) | (19,345) |
| Sponsorship | 75,000 | 78,000 | 81,120 | 84,365 | 87,739 |
| Total AOI (including Sponsorship) | 11,742 | 25,065 | 38,934 | 53,369 | 68,394 |

**From:** Mark Campana
**Sent:** Wednesday, November 11, 2015 10:00 AM
**To:** Russ Borrows
**Cc:** Glenn Amdur; James Tucker; Peter Conlon
**Subject:** Re: Project Eagle -- Revised Proposal

# Privilege Redaction

LNE CONFIDENTIAL BUSINESS INFORMATION

# Privilege Redaction

**From:** Glenn Amdur
**Sent:** Tuesday, November 10, 2015 6:08 PM
**To:** James Tucker; Russ Borrows
**Cc:** Peter Conlon
**Subject:** FW: Project Eagle -- Revised Proposal
**Importance:** High

# Privilege Redaction

**From:** James Tucker
**Sent:** Tuesday, November 10, 2015 4:08 PM
**To:** Mark Campana <MarkCampana@LiveNation.com>; Peter Conlon
<PeterConlon@LiveNation.com>; STEVE KOONIN (steve.koonin@hawks.com)
<steve.koonin@hawks.com>
**Cc:** Glenn Amdur <GlennAmdur@LiveNation.com>; Elizabeth Collins
(Elizabeth.Collins@azoffmusic.com) <Elizabeth.Collins@azoffmusic.com>
**Subject:** Project Eagle -- Revised Proposal
**Importance:** High

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02132021

Attached is my first draft of a revised proposal. It is on the same terms as the original except for the following four points:

1. Term is a 20 year base with two 5 year renewal options *versus* 10 year base with two 5 year renewal options;
2. Guaranteed base rent is $2.8M/yr escalating 5% every 5 years *versus* $2.5M escalating annually by CPI;
3. We have inserted a floor for the equitable adjustment of rent in the event Chastain is not extended/renewed, with the minimum reduction being $300k/yr escalated in the same manner as guaranteed base rent; and
4. Triple net lease has been changed to be a modified triple net in order to account for special treatment of capital expense items. We will be funding $100k annually to a capital expense account and if a particular year's spend is in excess of the fund balance, then the shortfall is recovered by us via a rent credit. At the end of the term if there is a remaining balance it is first paid to ASO to allow recoupment of any rent credits taken during the term and the resulting balance is paid to us.

Please let me know your comments as soon as possible since we would like to submit to ASO late tomorrow or early Thursday morning. In the interim, should you have any questions or want to discuss, please let me know. Thanks

<image001.jpg>

James Tucker
Senior Vice President of Legal Affairs
North American Concerts
☎ :: ████████████████████
✉ :: JamesTucker@LIVENATION.com
✉ :: 2000 West Loop South - 13th Floor|Houston, TX|77027
www.LiveNation.com

<image004.jpg>

It is understood that this e-mail and any documents transmitted herein do not constitute an offer or a binding agreement. All costs incurred by either party prior to the full execution of a document, whether for the purchase or merchandise, fees for architects, engineers, contractors, attorneys or otherwise shall be at the sole risk and expense of the party incurring such costs. No binding agreement will exist until an acceptable document has been executed by both parties. Only an officer of the Company can bind the Company.

The information contained in and transmitted by this e-mail is privileged and confidential information and is intended only for use by the individual and entity named above. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible to deliver this e-mail to the intended recipient, you are hereby advised that any dissemination, distribution, copying or retention of this e-mail and transmitted items is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and return this e-mail to the above address. Thank you for your assistance.

LNE CONFIDENTIAL BUSINESS INFORMATION

# Document Produced in Native Format

**FILENAME:**   Project Eagle_Woodruff Arts_CER v7.xlsx

**FILEPATH:**   Campana, Mark\Personal Folders
2015\2015 Q3 & Q4 IN BOX\

**LNE CONFIDENTIAL BUSINESS INFORMATION**                                              **LNE-02132023**