# Direct message Clay Luter, Jenny Johnson, and 2 others - 2022-07-25 (UTC)

Private 7/25/2022 12:00 AM UTC
Clay Luter, Jenny Johnson, and Trevor Allin

Has deletions

EXHIBIT JX-772
WIT: _____
DATE: 6-5-23
MLG, CSR, RPR, CRR, CCR

- **Clay Luter C L**

I got the attached from one of our clubs so we can see how the league is framing their potential. We can't go back to Jay and league with a position of showing flat and/or a decline which goes against all the experts that see growth for this league and sport.
5/25/2022 05:14 PM UTC

~~I got the attached from one of our clubs so we can see how the league is framing their potential. We can't go back to Jay and league with a position of showing flat and/or a decline which goes against all the experts that see growth for this league and sport.~~
7/25/2022 08:22 AM UTC

MLS_A LEAGUE FOR THE NEW NA_2021 FINAL.pdf5/25/2022 05:14 PM UTC

- **Jenny Johnson J J**

this just talks about their investment in stadiums, diversity of their fans, which is all great but should be baked into our valuation already, I don't seen anything about attendance growth expectations that would drive ticketing revenue for us? shouldn't they be pitching us on how they expect their ticketing revenues to grow?
5/25/2022 05:27 PM UTC

~~this just talks about their investment in stadiums, diversity of their fans, which is all great but should be baked into our valuation already, I don't seen anything about attendance growth expectations that would drive ticketing revenue for us? shouldn't they be pitching us on how they expect their ticketing revenues to grow?~~
7/25/2022 08:22 AM UTC

even if they double investment period it still wouldn't warrant a $25M check so i'm not sure what we're after here
5/25/2022 05:27 PM UTC

~~even if they double investment period it still wouldn't warrant a $25M check so i'm not sure what we're after here~~
7/25/2022 08:22 AM UTC

- **Clay Luter C L**

They don't need to pitch us because they have a big offer from SG so we need to decide if we want to pursue this opportunity. If not, they stay with SG and they'll push clubs to switch from TM to SG when possible as well as push to have Gold Cup, Mexican National, and other controlled MLS events sold through SG.
5/25/2022 05:35 PM UTC

~~They don't need to pitch us because they have a big offer from SG so we need to decide if we want to pursue this opportunity. If not, they stay with SG and they'll push clubs to switch from TM to SG when possible as well as push to have Gold Cup, Mexican National, and other controlled MLS events sold through SG.~~
7/25/2022 08:22 AM UTC

- **Jenny Johnson J J**

**Ex. No PX1277**
1:24-cv-03973

HIGHLY CONFIDENTIAL

LNE-LIT24-005721993

i mean the analysis we pulled together showed that from a financial perspective a $25M check is DOA. we'd have to sell ~ $290M GTV to break even on that level of investment. For context the entire primary + resale market is only $165M. So would need to understand what value this would drive. What sponsorship assets are on the table? How many tickets would be included? Are there other events that we would ticket? looking at this from a ticketing revenue perspective will never make the math work
5/25/2022 06:10 PM UTC

i mean the analysis we pulled together showed that from a financial perspective a $25M check is DOA. we'd have to sell ~ $290M GTV to break even on that level of investment. For context the entire primary + resale market is only $165M. So would need to understand what value this would drive. What sponsorship assets are on the table? How many tickets would be included? Are there other events that we would ticket? looking at this from a ticketing revenue perspective will never make the math work
7/25/2022 08:22 AM UTC

- Clay Luter C L

Let's take a step back to the original ask. The league is going to share their vision and partnership opportunities but Jay asked for us to first share our initial projections on the opportunity and growth over the next 5 to 10 years. Yes, we know our current share and performance but have we sized the entire league opportunity? Does their resale market grow over the next 5 to 10 years? Does the primary market increase as the sport/league grows in popularity? I want to be able to share a more positive document with Jay that shows potential growth, etc. The one slide you shared doesn't project much optimism or a desire to engage with them on this opportunity. Thanks.
5/25/2022 06:55 PM UTC

Let's take a step back to the original ask. The league is going to share their vision and partnership opportunities but Jay asked for us to first share our initial projections on the opportunity and growth over the next 5 to 10 years. Yes, we know our current share and performance but have we sized the entire league opportunity? Does their resale market grow over the next 5 to 10 years? Does the primary market increase as the sport/league grows in popularity? I want to be able to share a more positive document with Jay that shows potential growth, etc. The one slide you shared doesn't project much optimism or a desire to engage with them on this opportunity. Thanks.
7/25/2022 08:22 AM UTC

- Jenny Johnson J J

ok-do you have any thoughts on how to estimate growth? every way i cut their attendance numbers they're flat to down excluding expansion clubs. I can throw in a 5% cagr on our current estimates? but that is a made up number that i won't want to be held to in a negotiation☺
5/25/2022 08:28 PM UTC

ok-do you have any thoughts on how to estimate growth? every way i cut their attendance numbers they're flat to down excluding expansion clubs. I can throw in a 5% cagr on our current estimates? but that is a made up number that i won't want to be held to in a negotiation☺
7/25/2022 08:22 AM UTC

- Trevor Allin T A

LNE-LIT24-005721994

lets chat in a bit
5/25/2022 08:33 PM UTC
lets chat in a bit
7/25/2022 08:22 AM UTC
on a call
5/25/2022 08:33 PM UTC
on a call
7/25/2022 08:22 AM UTC

- Jenny Johnson J J

  👍
  5/25/2022 08:34 PM UTC
  👍
  7/25/2022 08:22 AM UTC

- Trevor Allin T A

  are we using these 120% increased stats?
  5/25/2022 08:39 PM UTC
  are we using these 120% increased stats?
  7/25/2022 08:22 AM UTC
  • **MLS - $39.8M total GTV STD, up 118% vs 2019**
  ◦ GTV performance is driven by strong tickets sold and ATP vs 2019 across both Primary and Resale
  ◦ Addition of Charlotte FC (new team & client) and Seattle Sounders (new client) are the biggest team drivers. MTD performance is high vs 2019, driven by the CCL finals game hosted by the Sounders. Atlanta United is down across Primary and Resale as demand for the team is slightly down (2019 was their championship season).
  ◦ A review of paid marketing strategies is scheduled, as the team tests/learns (e.g. expanding audience reach for paid social campaigns). Looking ahead to July's rivalry week, creative specific to those games is in development and A/B testing is being planned across digital paid channels.
  5/25/2022 08:39 PM UTC
  • **MLS - $39.8M total GTV STD, up 118% vs 2019**
  ◦ GTV performance is driven by strong tickets sold and ATP vs 2019 across both Primary and Resale
  ◦ Addition of Charlotte FC (new team & client) and Seattle Sounders (new client) are the biggest team drivers. MTD performance is high vs 2019, driven by the CCL finals game hosted by the Sounders. Atlanta United is down across Primary and Resale as demand for the team is slightly down (2019 was their championship season).
  ◦ A review of paid marketing strategies is scheduled, as the team tests/learns (e.g. expanding audience reach for paid social campaigns). Looking ahead to July's rivalry week, creative specific to those games is in development and A/B testing is being planned across digital paid channels.
  7/25/2022 08:22 AM UTC

- Jenny Johnson J J

HIGHLY CONFIDENTIAL

LNE-LIT24-005721995

we used 2021 unless there were covid restrictions. i'll have leo pull
5/25/2022 08:58 PM UTC
we used 2021 unless there were covid restrictions. i'll have leo pull
7/25/2022 08:22 AM UTC
looks like most of that growth is coming from the concacaf champions league.. that's not an MLS event right? separate?
5/25/2022 11:04 PM UTC
looks like most of that growth is coming from the concacaf champions league.. that's not an MLS event right? separate?
7/25/2022 08:22 AM UTC

- **Trevor Allin T A**

Let's get the detail. If MLS and MLS venues are up 120% YTD I want to make sure we're using that as current run rate to project this season vs 2019 data
5/25/2022 11:25 PM UTC
Let's get the detail. If MLS and MLS venues are up 120% YTD I want to make sure we're using that as current run rate to project this season vs 2019 data
7/25/2022 08:22 AM UTC
I'm assuming a lot of the "up 120% is because we also have new teams etc in new stadiums (2 or 3 new stadiums launched this year alone). Let's get dialed in on 2022 Forecast
5/25/2022 11:26 PM UTC
I'm assuming a lot of the "up 120% is because we also have new teams etc in new stadiums (2 or 3 new stadiums launched this year alone). Let's get dialed in on 2022 Forecast
7/25/2022 08:22 AM UTC
Does Larry have anyone on the is or on the side of Puja desk?
5/25/2022 11:26 PM UTC
Does Larry have anyone on the is or on the side of Puja desk?
7/25/2022 08:22 AM UTC

- **Jenny Johnson J J**

running that down
5/25/2022 11:27 PM UTC
running that down
7/25/2022 08:22 AM UTC
my team has been trying to parce it out but the data is tagged incorrectly
5/25/2022 11:27 PM UTC
my team has been trying to parce it out but the data is tagged incorrectly
7/25/2022 08:22 AM UTC
the champions league stuff if getting tagged as an MLS event
5/25/2022 11:27 PM UTC
the champions league stuff if getting tagged as an MLS event
7/25/2022 08:22 AM UTC

- **Trevor Allin T A**

Okay let's get from them and then come up with a robust 2022F.
5/25/2022 11:27 PM UTC
Okay let's get from them and then come up with a robust 2022F.
7/25/2022 08:22 AM UTC

- **Jenny Johnson J J**

HIGHLY CONFIDENTIAL

LNE-LIT24-005721996

that's like half of the growth
5/25/2022 11:28 PM UTC
that's like half of the growth
7/25/2022 08:22 AM UTC
but only one event
5/25/2022 11:28 PM UTC
but only one event
7/25/2022 08:22 AM UTC
have to find the rest
5/25/2022 11:28 PM UTC
have to find the rest
7/25/2022 08:22 AM UTC

- **Trevor Allin T A**

It's okay to be tagged as MLS if it's in an MLS stadium

Brings up another point are there concerts in these MLS venues as well that should be added in?
5/25/2022 11:29 PM UTC
It's okay to be tagged as MLS if it's in an MLS stadium

Brings up another point are there concerts in these MLS venues as well that should be added in?
7/25/2022 08:22 AM UTC

- **Jenny Johnson J J**

no, only in LAFC and maybe one other
5/25/2022 11:29 PM UTC
no, only in LAFC and maybe one other
7/25/2022 08:22 AM UTC
and lafc is an ln partnership i believe
5/25/2022 11:29 PM UTC
and lafc is an ln partnership i believe
7/25/2022 08:22 AM UTC
regardless of whatever we find. we'd need almost $300M GTV just to break even. we sold $66 last year
5/25/2022 11:32 PM UTC
regardless of whatever we find. we'd need almost $300M GTV just to break even. we sold $66 last year
7/25/2022 08:22 AM UTC

- **Trevor Allin T A**

Right - the Rufus shows. If was SG building we wouldn't have done those though.

Let's see what we can look at for 2022F plus these other events and then do sensitivity analysis on future growth rates so we can show client

We need to show them big numbers at minimum so they think we're serious.

Win or lose, we still want to look serious to either win business or make more expensive for SG
5/25/2022 11:32 PM UTC
Right - the Rufus shows. If was SG building we wouldn't have done those though.

HIGHLY CONFIDENTIAL

LNE-LIT24-005721997

Let's see what we can look at for 2022F plus these other events and then do sensitivity analysis on future growth rates so we can show client

HIGHLY CONFIDENTIAL

LNE-LIT24-005721998



HIGHLY CONFIDENTIAL

LNE-LIT24-005721999



HIGHLY CONFIDENTIAL

LNE-LIT24-005722000



HIGHLY CONFIDENTIAL

LNE-LIT24-005722001



HIGHLY CONFIDENTIAL

LNE-LIT24-005722002



HIGHLY CONFIDENTIAL

LNE-LIT24-005722003



HIGHLY CONFIDENTIAL
LNE-LIT24-005722004



HIGHLY CONFIDENTIAL

LNE-LIT24-005722005



HIGHLY CONFIDENTIAL

LNE-LIT24-005722006





HIGHLY CONFIDENTIAL

LNE-LIT24-005722008





HIGHLY CONFIDENTIAL

LNE-LIT24-005722010



HIGHLY CONFIDENTIAL

LNE-LIT24-005722011



HIGHLY CONFIDENTIAL

LNE-LIT24-005722012



HIGHLY CONFIDENTIAL

LNE-LIT24-005722013



HIGHLY CONFIDENTIAL

LNE-LIT24-005722014



HIGHLY CONFIDENTIAL

LNE-LIT24-005722015



HIGHLY CONFIDENTIAL

LNE-LIT24-005722016



HIGHLY CONFIDENTIAL

LNE-LIT24-005722017



HIGHLY CONFIDENTIAL

LNE-LIT24-005722018



HIGHLY CONFIDENTIAL

LNE-LIT24-005722019



HIGHLY CONFIDENTIAL

LNE-LIT24-005722020



HIGHLY CONFIDENTIAL

LNE-LIT24-005722021



HIGHLY CONFIDENTIAL

LNE-LIT24-005722022



# AN AUDIENCE OF CURIOUS INFLUENCERS

## EARLY ADOPTERS

### 48%

of MLS Fans are the first among friends and family to try new products.

**93%** More than (NFL)
**71%** More than (MLB)
**46%** More than (NHL)
**37%** More than (NBA)

## TECH SAVVY

### 43%

of MLS Fans identify as Tech Wizards – adventurous and hungry for new advancements in tech as it plays a central role in their lives.

**32%** More than (NFL)
**35%** More than (MLB)
**31%** More than (NHL)
**16%** More than (NBA)

## IMPACTED BY AND ENJOY ADS

### 46%

of MLS Fans enjoy watching advertisements on TV, more so than fans of any other NA Sports League.

**48%** More than (NFL)
**43%** More than (MLB)
**32%** More than (NHL)
**15%** More than (NBA)

Source: YouGov, 2021 | MRI-Simmons, 2020

HIGHLY CONFIDENTIAL

LNE-LIT24-005722023



HIGHLY CONFIDENTIAL

LNE-LIT24-005722024



HIGHLY CONFIDENTIAL

LNE-LIT24-005722025



HIGHLY CONFIDENTIAL

LNE-LIT24-005722026



HIGHLY CONFIDENTIAL

LNE-LIT24-005722027



HIGHLY CONFIDENTIAL

LNE-LIT24-005722028



HIGHLY CONFIDENTIAL

LNE-LIT24-005722029



SCORING BIG FOR OUR PARTNERS

HIGHLY CONFIDENTIAL

LNE-LIT24-005722030



HIGHLY CONFIDENTIAL

LNE-LIT24-005722031



HIGHLY CONFIDENTIAL

LNE-LIT24-005722032



HIGHLY CONFIDENTIAL

LNE-LIT24-005722033



HIGHLY CONFIDENTIAL

LNE-LIT24-005722034



HIGHLY CONFIDENTIAL

LNE-LIT24-005722035



HIGHLY CONFIDENTIAL

LNE-LIT24-005722036