| | |
|---|---|
| From: | Clay Luter |
| Sent: | Monday, June 17, 2019 3:11 PM |
| To: | Diana Rainesh |
| Cc: | Tim Martin; Casey Mecdonald; Mellany Walia |
| Subject: | Boston U | Live Nation concerts |

Diana,

We're working on a renewal with BU and want to include a narrative around their LN relationship and the content that LN brings to their arena. Do you have access to these shows at Agganis Arena? We want to drive home the following points –

- You benefit greatly from the LN content playing at your arena
- You're making good revenue share on these additional events at your arena
- You're growing your consumer database with these events
- You're providing additional value to season ticket holders, etc.
- These LN shows are leveraging our solutions to better serve their fans – Verified Fan, Smart Queue, etc.
- You're making incremental revenue with Platinum/VIP sales and sharing in resale market with additional rev share

We want to unlock all the value that LN brings to the partnership and advantages it gives BU to flourish in the competitive Boston market. Thanks,

**CLAY LUTER**
EVP – Sports Division

*t* | Office: 214.382.2805
Mobile: 214.212.7301
Orlando, FL

EXHIBIT ℈ ✗ 771
WIT:_____
DATE: 6-5-25
MLG, CSR, RPR, CRR, CCR

Ex. No
PX1276
1:24-cv-03973

LNE2019-CID-0800094