US

Home / My Tickets

# My Tickets

Upcoming Events        Past Events        My Listings

**Ex. No
PX1248**
1:24-cv-03973

## 2025

### VIOLENT FEMMES

Sat • Oct 4, 2025

The Capitol Theatre

ORDER #43-28617/NY5

### NEW YORK YANKEES VS. CHICAGO CUBS

Fri • Jul 11, 2025

Yankee Stadium

ORDER #13-21117/NY5

## 2024

### PENN & TELLER

Mon • Feb 19, 2024

Penn & Teller Theater at Rio Las Vegas

LKelly_0000080

ORDER #44-41656/NV3

## U2:UV ACHTUNG BABY LIVE AT SPHERE - RESERVED SEATING

Sun · Feb 18, 2024

Sphere

ORDER #34-20657/NEV

## POTTED POTTER

Sun · Feb 18, 2024

Laugh Factory at Horseshoe Las Vegas

ORDER #22-27381/NV3

## 2023

## U2:UV ACHTUNG BABY LIVE AT SPHERE - RESERVED SEATING

Sat · Oct 21, 2023

Sphere

ORDER #58-46723/NEV

## ATOMIC SALOON SHOW

Fri · Oct 20, 2023

Atomic Saloon in the Grand Canal Shoppes

ORDER #45-25017/NEV

## MICHAEL MCINTYRE: MACNIFICENT LIVE IN NEW YORK

LKelly_0000081

Sat · Sep 16, 2023
Beacon Theatre

ORDER #20-57813/NY7

## RICKY GERVAIS: ARMAGEDDON

Sat · Jul 1, 2023
Radio City Music Hall

ORDER #3000-0549-8313-0228-2

## JOHN MELLENCAMP: LIVE AND IN PERSON

Fri · Jun 9, 2023
Beacon Theatre

ORDER #3000-0548-1313-5422-0

## NEW JERSEY DEVILS VS. NEW YORK RANGERS

Sat · Jan 7, 2023
Prudential Center

ORDER #3000-0548-2379-9766-1

## 2022

## ELTON JOHN: FAREWELL YELLOW BRICK ROAD THE FINAL TOUR

Sun · Jul 24, 2022
MetLife Stadium

LKelly_0000082

ORDER #11-21107/NY1

## JOHN MULANEY: FROM SCRATCH

Sat · Jun 25, 2022

Madison Square Garden

ORDER #46-56522/NY7

## NEW YORK RANGERS VS. WASHINGTON CAPITALS

Thu · Feb 24, 2022

Madison Square Garden

ORDER #24-16402/NY7

## NEW YORK RANGERS VS. ARIZONA COYOTES

Sat · Jan 22, 2022

Madison Square Garden

ORDER #19-47455/NY7

## 2021

## SIX (NEW YORK, NY)

Sun · Dec 12, 2021

Lena Horne Theatre

ORDER #1-23380/NY4

## ALANIS MORISSETTE W/SPECIAL GUEST GARBAGE

Thu · Aug 26, 2021

LKelly_0000083

Freedom Mortgage Pavilion

ORDER #19-11052/PHI

## 2020

### NEW YORK RANGERS VS. LOS ANGELES KINGS

Sun · Feb 9, 2020

Madison Square Garden

ORDER #2900-0360-1824-2334-1

### JERRY SEINFELD

Sat · Feb 8, 2020

Beacon Theatre

ORDER #9-32567/NY7

## 2019

### EDDIE IZZARD

Sat · May 25, 2019

Beacon Theatre

ORDER #2-10266/NY7

## 2018

### NEW YORK YANKEES VS. TEXAS RANGERS

Fri · Aug 10, 2018

LKelly_0000084

Yankee Stadium

ORDER #44-21145/NY5

## TAYLOR SWIFT REPUTATION STADIUM TOUR

Sat · Jul 21, 2018

MetLife Stadium

ORDER #57-32649/NY1

## BILLY JOEL - IN CONCERT

Wed · Jul 18, 2018

Madison Square Garden

ORDER #52-20967/NY7

## U2 EXPERIENCE + INNOCENCE TOUR 2018

Sat · Jun 9, 2018

Nassau Veterans Memorial Coliseum

ORDER #51-49861/NY1

## BILLY JOEL - IN CONCERT

Wed · May 23, 2018

Madison Square Garden

ORDER #51-24339/NY7

## P!NK: BEAUTIFUL TRAUMA WORLD TOUR

LKelly_0000085

Sat · Apr 14, 2018

Prudential Center

ORDER #33-37193/PHI

## 2017

### KATY PERRY: WITNESS THE TOUR

Sun · Oct 8, 2017

Prudential Center

ORDER #30-31608/PHI

### U2: THE JOSHUA TREE TOUR 2017

Wed · Jun 28, 2017

MetLife Stadium

ORDER #17-25668/NY1

### GROUNDHOG DAY (NY)

Sat · Mar 18, 2017

August Wilson Theatre

ORDER #50-32464/NY4

## 2015

### U2

Thu · Jul 30, 2015

Madison Square Garden

LKelly_0000086

ORDER #28-21231/NY7

# U2

Thu · Jul 30, 2015

Madison Square Garden

ORDER #28-30966/NY7

# U2

Thu · Jul 30, 2015

Madison Square Garden

ORDER #28-40863/NY7

# U2

Thu · Jul 30, 2015

Madison Square Garden

ORDER #28-27896/NY7

## 2014

### DISNEY ON ICE PRESENTS FROZEN PRESENTED BY STONYFIELD YOKIDS ORGANIC YOGURT

Wed · Nov 26, 2014

IZOD Center

ORDER #33-39608/NY1

LKelly_0000087

## Helpful Links

Let's connect

Help/FAQ

Sell

My Account

Download Our Apps

Contact Us



Gift Cards

Do Not Sell or Share My Personal Information



Get Started on Ticketmaster

## Our Network

By continuing past this page,
you agree to our terms of use

Live Nation

House of Blues

Front Gate Tickets

TicketWeb

universe

NFL

NBA

NHL

## About Us

Ticketmaster Blog

LKelly_0000088

Ticketing Truths

Ad Choices

Careers

Ticket Your Event

Innovation

**Friends & Partners**

PayPal

Allianz

AWS

Affiliates

Our Policies    Privacy Policy    Cookie Policy    Manage my cookies and ad choices

© 1999-2026 Ticketmaster. All rights reserved.

LKelly_0000089