CHRISTIAN LEWIS
05/19/25
**JX533**
C. Scott, CSR #13600, CRR, RDR

| | |
|---|---|
| **From:** | Christian Lewis |
| **Sent:** | Wednesday, February 1, 2023 8:49 PM |
| **To:** | Kim Damron |
| **Cc:** | Deana Barnes |
| **Subject:** | FW: [EXT] Beyonce Concert - July 20, 2023 - Minnesota |

FYI

**From:** Travis Cameron <tcameron@umn.edu>
**Sent:** Wednesday, February 1, 2023 1:56 PM
**To:** Christian Lewis <clewis@paciolan.com>
**Cc:** Dusty Clements <dustclem@umn.edu>
**Subject:** [EXT] Beyoncé Concert - July 20, 2023 - Minnesota

Following up on our prior conversations about the upcoming Beyoncé concert.

Live Nation approached the University of Minnesota when compiling a list of possible tour sites for the future tour based on past terms.

When conversations with Live Nation about the Beyoncé concert resumed, we alerted Live Nation that we wanted to use Paciolan ticketing software for this concert. In response, Live Nation informed us that due to this show's level of financial investment and risk exposure, it would not recommend Huntington Bank Stadium if it used Paciolan.

While we would have preferred to use Paciolan, the event would not exist for the University if we didn't use their preferred ticket company, Ticketmaster.  As a result, we do not feel that we had the authority to ticket this event.

-Travis



**Travis Cameron**
Assistant Athletic Director, Chief Revenue Officer
University of Minnesota Athletics
email: tcameron@umn.edu  |  call/text: 712-880-0672

**Ex. No**

**PX1228**

1:24-cv-03973

1

CONFIDENTIAL

PCLN_CID_00005207