CHRISTIAN LEWIS
05/19/25
**JX531**
C. Scott, CSR #13600, CRR, RDR

**From:** Christian Lewis <clewis@paciolan.com>
**Sent:** Monday, May 16, 2022 4:54 PM
**To:** Steve Demots <SDemots@paciolan.com>; Kim Damron <kdamron@paciolan.com>
**Cc:** Deana Barnes <dbarnes@paciolan.com>
**Subject:** RE: Spectra/ OVG

This sucks – but at least we have some form of an answer.

1 for 6 is telling – not to mention we did not have a single chance to bid on a TM renewal this year while all of ours went to RFP – and the 1 new Spectra/OVG building that went to RFP we did not even have a chance to present before they awarded to TM.

This might be a reactionary idea, but if Spectra/OVG is truly dead for us long term, perhaps we pull back their 10% of SH and Ticket Insurance Revenue going forward...probably $200 - $300K of revenue there.

**From:** Steve Demots <sdemots@paciolan.com>
**Sent:** Monday, May 16, 2022 4:11 PM
**To:** Kim Damron <kdamron@paciolan.com>
**Cc:** Christian Lewis <CLewis@paciolan.com>; Deana Barnes <dbarnes@paciolan.com>
**Subject:** RE: Spectra/ OVG



**Ex. No**
**PX1226**
1:24-cv-03973

CONFIDENTIAL                                                    PCLN_CID_00005221

**HIGHLY CONFIDENTIAL**



**From:** Steve Demots
**Sent:** Thursday, April 28, 2022 9:50 AM
**To:** Kim Damron <kdamron@paciolan.com>
**Cc:** Christian Lewis <CLewis@paciolan.com>; Deana Barnes <dbarnes@paciolan.com>
**Subject:** Spectra/ OVG

Kim,

Got the news today from Trent Merritt (RVP at OVG) that Liacouras Center and the Crown Complex are both moving to Ticketmaster.

**Steve DeMots**
*Chief Revenue Officer*

**O:** 949-823-1766
**C:** 949-800-9980



CONFIDENTIAL

HIGHLY CONFIDENTIAL

PCLN_CID_00005222