**From:**      Jon Petrunak [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59B6121AA5434CD893F38A8B8C11CA18-JON PETRUNA]
**Sent:**      3/27/2023 1:37:31 PM
**To:**        Michael Evans [michaelevans@livenation.com]
**Subject:**   RE: Lakeview Amp RFP

Let me know when you are in front of your computer so we can clean this up.

Jon Petrunak

---

**From:** Michael Evans
**Sent:** Monday, March 27, 2023 6:18 AM
**To:** John Huff <JohnHuff@LiveNation.com>
**Cc:** Jon Petrunak <JonPetrunak@LiveNation.com>; Asheel Kakkad <AsheelKakkad@LiveNation.com>; Jim Koplik <JimKoplik@LiveNation.com>
**Subject:** Re: Lakeview Amp RFP

Here is another thought
"Live Nation Entertainment maintains a direct and corporate relationship with all of the major Facility Management Companies. As the world's largest live entertainment provider, LNE is responsible for 75-80% of any given facility live content programming. This includes facilities managed by ASM, Oak View Group, AEG Facilities and OVG Facilities "

Needs editing, but at an airport at 6am
In office by noon

Mike Evans/Live Nation

On Mar 24, 2023, at 11:41 AM, John Huff <JohnHuff@livenation.com> wrote:

Thanks Jon!  Looks like you focused on venues and the corresponding mgmt. companies in our region, are there other venue management companies in North America that we work with or has the consolidation of this industry brought it down to this list?  Want to so the reach we have beyond just this region if possible.  Thanks.

John Huff | Regional VP Venue Operations | Concerts
Region #1 / Northeast Region
General Manager - SPAC
Email: johnhuff@livenation.com
Phone: 518.226.3311      Cell: ▉▉▉▉▉▉
60 Railroad Place, ste 404, Saratoga Springs, NY 12866

<image001.png>

**Ex. No
PX0852**

1:24-cv-03973

**From:** Jon Petrunak <JonPetrunak@LiveNation.com>
**Date:** Friday, March 24, 2023 at 8:55 AM
**To:** Asheel Kakkad <AsheelKakkad@LiveNation.com>, Mike Evans <MichaelEvans@LiveNation.com>, John Huff <JohnHuff@LiveNation.com>

HIGHLY CONFIDENTIAL                                                                 LNE-LIT24-003247861

**Cc:** Jim Koplik <JimKoplik@LiveNation.com>
**Subject:** RE: Lakeview Amp RFP

Asheel,

Let me know how deep you want to get into numbers and show details. Below is just a snap shot of some recent regional activity we do with venue management companies. At the end of the day, we are one of, if not the largest content providers for these companies. We have a very extensive list of shows we do with them around the world. Please let me know if you want more detail or additional information.

**ASM Global**
1.      Oncenter – Syracuse, NY
1.              John Mulaney – 6/12/22
2.              Trey Anastasio – 11/18/22
2.      MVP Arena – Albany, NY
1.              John Mayer – 2/17/22
2.              Bruce Springsteen – 3/14/23
3.              Thomas Rhett – 6/8/23
3.      SNHU Arena – Manchester, NH
1.              Adam Sandler – 10/22/23
2.              Reba McEntire – 4/13/23
4.      DCU Center – Worcester, MA
1.              Iron Maiden – 10/17/22
2.              The Judds – 1/29/23

**OVG Facilities**
1.      UBS Arena – Belmont, NY
1.              Harry Styles – 11/28/21
2.              Imagine Dragons – 2/14/22
3.              Kendrick Lamar – 8/7/22
2.      CFG Bank Arena – Baltimore, MD
1.              Bruce Springsteen – 4/7/23
2.              Janet Jackson – 5/13/23
3.              Chris Stapleton – 7/15/23
4.              Lionel Richie – 7/21/23
3.      PPG Paints Arena – Pittsburgh, PA
1.              Twenty One Pilots – 8/31/22
2.              Lizzo – 5/13/23
3.              Paramore – 6/11/23

**Pegula Sports & Entertainment**
1.      KeyBank Center – Buffalo, NY
1.              Billie Eilish – 2/12/22
2.              Eagles – 4/21/22
3.              Peter Gabriel – 9/22/23
2.      Highmark Stadium – Buffalo, NY
1.              Billy Joel – 8/14/22
2.              Metallica – 8/11/22

HIGHLY CONFIDENTIAL

LNE-LIT24-003247862

3.      Blue Cross Arena – Rochester, NY
1.              Megadeth – 5/10/22

**Hershey Entertainment & Resorts**
1.      GIANT Center – Hershey, PA
1.              New Kids On The Block – 7/21/22
2.              Greta Van Fleet – 7/29/22
3.              Kevin Hart – 10/8/22
2.      Hersheypark Stadium – Hershey, PA
1.              blink-182 – 5/27/23
2.              Guns n' Roses – 8/11/23
3.              Nickelback – 8/27/23

Regards,

Jon Petrunak

---

**From:** Asheel Kakkad
**Sent:** Thursday, March 23, 2023 3:49 PM
**To:** Michael Evans <MichaelEvans@LiveNation.com>; John Huff <JohnHuff@LiveNation.com>
**Cc:** Jon Petrunak <JonPetrunak@LiveNation.com>; Jim Koplik <JimKoplik@LiveNation.com>
**Subject:** Re: Lakeview Amp RFP

Thank you both

---

**From:** Michael Evans <MichaelEvans@LiveNation.com>
**Sent:** Thursday, March 23, 2023 3:46:34 PM
**To:** John Huff <JohnHuff@LiveNation.com>; Asheel Kakkad <AsheelKakkad@LiveNation.com>
**Cc:** Jon Petrunak <JonPetrunak@LiveNation.com>; Jim Koplik <JimKoplik@LiveNation.com>
**Subject:** Re: Lakeview Amp RFP

Got it—so we should highlight that we work well with ASM and others, correct

<image002.png>

Michael Evans | President | Live Nation Arenas
Email: michaelevans@livenation.com
Phone: 610-784-5447 Cell: ▮▮▮▮▮▮
One Presidential Blvd., Suite 300, Bala Cynwyd, PA 19004

---

**From:** John Huff <JohnHuff@LiveNation.com>
**Date:** Thursday, March 23, 2023 at 3:44 PM
**To:** Michael Evans <MichaelEvans@LiveNation.com>, Asheel Kakkad <AsheelKakkad@LiveNation.com>
**Cc:** Jon Petrunak <JonPetrunak@LiveNation.com>, Jim Koplik <JimKoplik@LiveNation.com>
**Subject:** Re: Lakeview Amp RFP

HIGHLY CONFIDENTIAL

Just the concert services/booking for the venue.  The county awarded the venue mgmt agreement to ASM this past summer.

John Huff | Regional VP Venue Operations | Concerts
Region #1 / Northeast Region
General Manager - SPAC
Email: johnhuff@livenation.com
Phone: 518.226.3311      Cell: ███████
60 Railroad Place, ste 404, Saratoga Springs, NY 12866

<image003.png>

---

**From:** Mike Evans <MichaelEvans@LiveNation.com>
**Date:** Thursday, March 23, 2023 at 3:37 PM
**To:** Asheel Kakkad <AsheelKakkad@LiveNation.com>
**Cc:** John Huff <JohnHuff@LiveNation.com>, Jon Petrunak <JonPetrunak@LiveNation.com>
**Subject:** Re: Lakeview Amp RFP

That's ok—all the names of the companies have changed and most of the names of the facilities have changed too

John Huff—are you just bidding on booking services or total management of the facility?

<image004.png>

Michael Evans | President | Live Nation Arenas
Email: michaelevans@livenation.com
Phone: 610-784-5447 Cell: ███████
One Presidential Blvd., Suite 300, Bala Cynwyd, PA 19004

---

**From:** Asheel Kakkad <AsheelKakkad@LiveNation.com>
**Date:** Thursday, March 23, 2023 at 2:49 PM
**To:** Michael Evans <MichaelEvans@LiveNation.com>
**Cc:** John Huff <JohnHuff@LiveNation.com>, Jon Petrunak <JonPetrunak@LiveNation.com>
**Subject:** RE: Lakeview Amp RFP

Thanks, also I should note, we don't need an exhaustive list – just some highlights to call out. In our last RFP response, we had a paragraph followed by some pictures of shows at venues where we worked with management companies:

<image005.png>

---

**From:** Michael Evans <MichaelEvans@LiveNation.com>
**Sent:** Thursday, March 23, 2023 2:45 PM
**To:** Asheel Kakkad <AsheelKakkad@LiveNation.com>

HIGHLY CONFIDENTIAL

**Cc:** John Huff <JohnHuff@LiveNation.com>; Jon Petrunak <JonPetrunak@LiveNation.com>
**Subject:** Re: Lakeview Amp RFP

Adding Jon Petrunak

Mike Evans/Live Nation


On Mar 23, 2023, at 1:45 PM, Asheel Kakkad <AsheelKakkad@livenation.com> wrote:


Hi Michael,

I hope all is well with you. I'm a member of Jordan Zachary's team and I'm helping John and Jimmy put together an RFP response for St. Joseph's Health Amp.- As part of this, one of the capabilities that we have to speak to is our ability to work with venue management companies.

Back in 2015, when we submitted our first proposal to book the venue, we gave examples of us working with SMG, One Buffalo, Spectra, and Harbor Yard. Obviously, a lot of these companies have changed hands and consolidated, and we were wondering if you had an updated list of venues that we book that are managed by venue management companies. Would you or someone on your team have this list?

Thanks,
Asheel

HIGHLY CONFIDENTIAL                                                           LNE-LIT24-003247865