| | |
|---|---|
| **From:** | Ben Lovett [ben.lovett@venuegroup.com] |
| **Sent:** | 8/26/2021 10:17:14 PM |
| **To:** | Jay Wilson [jay@redmountainentertainment.com] |
| **CC:** | Ryan Murphy [ryan.murphy@venuegroup.com]; Colin Lewis [colinlewis@livenation.com]; Trevor Starnes [trevor@redmountainentertainment.com]; Gary Weinberger [gary@redmountainentertainment.com]; Omar Al-Joulani [omaral-joulani@livenation.com] |
| **Subject:** | Re: Riley Green-Huntsville Amp |

[EXTERNAL]

As an artist I know I'd want to play this amphitheater for 8% less walkout all day long. Nothing against the arena it's just a totally different show and for artists who want a first class outdoor setting then this provides that.

We make decisions like this all over the world.

Some artists will get it and others won't. Key thing is to arm them with the facts and all the information and give them the power to choose. Now we have resolved to work as partners, Jay, then we can simply get the shows we can get and continue to develop the market through delivering memorable and monumental show experiences much like the Greek and Red Rocks and therefore put Alabama in as a must play state for many years to come. We actually hope that the work we are doing will benefit the arena and the Huntsville market more broadly.

Glad we are at this stage of transparency and we will continue to monitor how the chips will fall.

Many thanks

B

Sent from my iPhone



Ex. No
**PX0806**
1:24-cv-03973

Exhibit
**JX-2541**
J. Waack    9/11/25

CONFIDENTIAL

LNE-LIT24-001693773



PX0806.0002

CONFIDENTIAL

LNE-LIT24-001693774

PX0806.0002

PX0806.0003

CONFIDENTIAL

LNE-LIT24-001693775

**PX0806.0003**

PX0806.0004

CONFIDENTIAL
LNE-LIT24-001693776

**PX0806.0004**