| | |
|---|---|
| **From:** | Kurt Schwartzkopf |
| **Sent:** | Thursday, July 20, 2017 4:46 PM |
| **To:** | Jon Petrunak |
| **Cc:** | Geoff Carns; Scott Wampold; Michael Evans |
| **Subject:** | Re: Update - Cedar Park |

Awesome, we just received our signed term sheet 3 yr deal  -  They do have that out in there still (but this time in Year 2 not after year 1 )....

KJS

## KURT J. SCHWARTZKOPF
SVP NBA & NHL Arenas

**Ticketmaster**
t:
m:

---

**From:** Jon Petrunak <JonPetrunak@LiveNation.com>
**Date:** Thursday, July 20, 2017 at 10:16 AM
**To:** Microsoft Office User <kurt.schwartzkopf@ticketmaster.com>
**Cc:** Geoff Carnes <geoff.carns@ticketmaster.com>, Scott Wampold <scott.wampold@ticketmaster.com>, Mike Evans <MichaelEvans@LiveNation.com>
**Subject:** RE: Update - Cedar Park

I just got off the phone with Jason Rio and he will let his team know that Cedar Park is back in the family.  Right now we have two confirmed shows in Sept.  I will keep an eye on it.

Jon Petrunak

---

**From:** Kurt Schwartzkopf
**Sent:** Wednesday, July 19, 2017 4:31 PM
**To:** Jon Petrunak <JonPetrunak@LiveNation.com>
**Cc:** Geoff Carns <geoff.carns@ticketmaster.com>; Scott Wampold <scott.wampold@ticketmaster.com>; Michael Evans <MichaelEvans@LiveNation.com>
**Subject:** Re: Update - Cedar Park

Sent over the contract today - once it's signed we can extend the olive branch to Jason and try to unwind everything and get geared back up asap.

Apparently FELD was unhappy, Cirque said no way to SG, and they didn't think the system could get it done. Brad is eating crow a bit and we have a great win and story to tell that even a small venue like HEB got cold feet because  they were promised a lot (including money)and the other company couldn't deliver.

Kjs

Sent from my iPhone

**Ex. No PX0444**
1:24-cv-03973

**LNE CONFIDENTIAL BUSINESS INFORMATION**                                                    LNE-03052190

On Jul 19, 2017, at 12:49 PM, Jon Petrunak <JonPetrunak@LiveNation.com> wrote:

See below.  How far down the road are you on this?  Is it time for me to call Rio and bring him up to speed?

Jon Petrunak

**From:** Jim Salamenta [mailto:jsalamenta@hebcenter.com]
**Sent:** Wednesday, July 19, 2017 2:27 PM
**To:** Jon Petrunak <JonPetrunak@LiveNation.com>
**Subject:** Update

We are back in with you guys thankfully. TM is aware as of a couple hours ago.  Looks like we are proceeding with the last deal that was proposed to us (3 year), so all good.

Should I make the call to Jason?  Or should we chat first?

Thanks,
Jim


**Jim Salamenta**  | General Manager
H-E-B CENTER AT CEDAR PARK
*An SMG Managed Facility*
2100 AVENUE OF THE STARS | CEDAR PARK, TX  |  78613
o: ▮▮▮▮▮▮▮
www.HEBCenter.com<image001.jpg>

<image002.jpg>

2

**LNE CONFIDENTIAL BUSINESS INFORMATION**                                    **LNE-03052191**