**From:** kurt.schwartzkopf@ticketmaster.com
**Sent:** Friday, March 03, 2017 11:53 AM
**To:** Michael Evans; Jon Petrunak
**Cc:** Rob Laycock
**Subject:** San Jose

Talked to Jim Goddard last night - sounds like Flav has officially taken over the ticketing renewal process and Jim is simply along for the ride. He was def frustrated and concerned over the direction it is headed. The biggest issue seems to be that John Tortora (COO and more of a hockey guy than anything) doesn't really understand the arena side at all or exactly how many options we have in the northern cal market. A little concerning to say the least. With that said, we can always run directly toward Chase Center and never look back.

That is a real option.

Kjs

Sent from my iPhone

**Ex. No**
**PX0412**
1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-02037120