| From: | Michael Evans |
|---|---|
| Sent: | Tuesday, July 18, 2017 7:30 PM |
| To: | Kurt Schwartzkopf |
| Cc: | Scott Wampold; Jon Petrunak; Geoff Carns |
| Subject: | Re: Concert History |

Then you need to prepare to write a check

Mike Evans/Live Nation

On Jul 18, 2017, at 3:16 PM, Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com> wrote:

> I know - not ideal but I think the story of them bailing after committing is big for us!!!
>
> Maybe too big to not honor.
>
> Kjs
>
> Sent from my iPhone
>
> On Jul 18, 2017, at 1:04 PM, Michael Evans <MichaelEvans@LiveNation.com> wrote:
>
>> We have already moved on regarding content. Seriously, we have told everyone to "move on" and it will take us six months to turn that ship again. Do not get yourself in trick bag.
>>
>> Mike Evans/Live Nation
>>
>> On Jul 18, 2017, at 2:59 PM, Scott Wampold <scott.wampold@ticketmaster.com> wrote:
>>
>>> Yep.  I received a call from Brad Alberts about an hour ago saying that he was having second thoughts and asking if our final offer was still on the table.  I will grab some time for us to get together to discuss.
>>>
>>> **From:** Jon Petrunak <JonPetrunak@LiveNation.com>
>>> **Date:** Tuesday, July 18, 2017 at 1:50 PM
>>> **To:** Scott Wampold <scott.wampold@ticketmaster.com>, Geoff Carns <geoff.carns@ticketmaster.com>, Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>
>>> **Cc:** Michael Evans <MichaelEvans@LiveNation.com>
>>> **Subject:** FW: Concert History
>>>
>>> Just got off the phone with Jim.  Sounds like things could be changing Cedar Park?
>>>
>>> Jon Petrunak

1

**Ex. No
PX0408**

1:24-cv-03973

**From:** Jim Salamenta [mailto:jsalamenta@hebcenter.com]
**Sent:** Tuesday, July 18, 2017 2:31 PM
**To:** Jon Petrunak <JonPetrunak@LiveNation.com>
**Subject:** RE: Concert History

Hey Jon,
Do you have a minute to chat?  It's regarding ticketing.

Thanks,
Jim



**Jim Salamenta**  | General Manager
H-E-B CENTER AT CEDAR PARK
*An SMG Managed Facility*
2100 AVENUE OF THE STARS | CEDAR PARK, TX  |  78613
o: 512-600-5195
www.HEBCenter.com<image001.jpg>

<image002.jpg>

2

LNE CONFIDENTIAL BUSINESS INFORMATION                                    LNE-01988178