| | |
|---|---|
| **From:** | Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com> |
| **Sent:** | Saturday, June 10, 2017 7:47 PM |
| **To:** | Michael Evans |
| **Cc:** | Geoff Carns; Scott Wampold; Jon Petrunak; Todd Becker; Lisa Robins |
| **Subject:** | Re: HEB |

Agree

Sent from my iPhone

On Jun 10, 2017, at 1:43 PM, Michael Evans <MichaelEvans@LiveNation.com> wrote:

agree

<image001.png>

Michael Evans | President | Live Nation Arenas
Email: michaelevans@livenation.com
Phone: 610-784-5447 Cell: ███
One Presidential Blvd., Suite 300, Bala Cynwyd, PA 19004

**From:** Geoff Carns <geoff.carns@ticketmaster.com>
**Date:** Saturday, June 10, 2017 at 3:37 PM
**To:** Michael Evans <MichaelEvans@LiveNation.com>, Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>, Scott Wampold <scott.wampold@ticketmaster.com>
**Cc:** Jonathan Petrunak <JonPetrunak@LiveNation.com>, Todd Becker <todd.becker@ticketmaster.com>, Lisa Robins <lisa.robins@ticketmaster.com>
**Subject:** Re: HEB

Assume we are going to know this week but to the extent he is close to confirming something for this venue or looking for holds, I would have him go silent on it for a few days.

**From:** Mike Evans <MichaelEvans@LiveNation.com>
**Date:** Saturday, June 10, 2017 at 12:27 PM
**To:** Geoff Carns <geoff.carns@ticketmaster.com>, Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>, Scott Wampold <scott.wampold@ticketmaster.com>
**Cc:** Jon Petrunak <JonPetrunak@LiveNation.com>, Todd Becker <todd.becker@ticketmaster.com>, Lisa Robins <lisa.robins@ticketmaster.com>
**Subject:** Re: HEB

As we discussed yesterday, I believe we have 4 shows in the hopper and a few more contemplated—at what point should I alert Jason Rio that we no longer need his focus on this venue

<image002.png>

Michael Evans | President | Live Nation Arenas
Email: michaelevans@livenation.com
Phone: 610-784-5447 Cell: ███
One Presidential Blvd., Suite 300, Bala Cynwyd, PA 19004

**From:** Geoff Carns <geoff.carns@ticketmaster.com>
**Date:** Saturday, June 10, 2017 at 3:11 PM
**To:** Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>, Scott Wampold <scott.wampold@ticketmaster.com>
**Cc:** Michael Evans <MichaelEvans@LiveNation.com>, Jonathan Petrunak <JonPetrunak@LiveNation.com>, Todd Becker <todd.becker@ticketmaster.com>, Lisa Robins <lisa.robins@ticketmaster.com>
**Subject:** Re: HEB

I haven't heard of AXS or others doing team content for free but not as familiar with SeatGeek offers. If we make these adjustments to the DAT, then we should eliminate the content guarantee/penalty because that isn't part of the other's proposals. Approx 20K of the 90k tickets are associated with the hockey team. NBDL team single game sales are negligible. Where is Brad getting impression that LN will continue to want to bring content if TM isn't in venue? Hard enough for them to sell tickets for the venue now, almost impossible if they have to use ticketing system with less functionality/tools and no local database to speak of.

They will also have to make switch by end of month, are they prepared?

**From:** Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>
**Date:** Saturday, June 10, 2017 at 10:00 AM
**To:** Scott Wampold <scott.wampold@ticketmaster.com>
**Cc:** Geoff Carns <geoff.carns@ticketmaster.com>, Mike Evans <MichaelEvans@LiveNation.com>, Jon Petrunak <JonPetrunak@LiveNation.com>, Todd Becker <todd.becker@ticketmaster.com>
**Subject:** Re: HEB

What say you Geoff? Think we can drop the teams per Tix to $1? I do Worry about going that low on the teams - Is that common? Are these other companies insane doing $1 per ticket deals?

Let us know what you think we should counter w

Sent from my iPhone

On Jun 10, 2017, at 10:46 AM, Scott Wampold <scott.wampold@ticketmaster.com> wrote:
+ Becker
Thanks Kurt. I agree with most but wanted to point out a couple things -
:: The signing bonus in the original DAT is $75k for the term or $25k per year. Geoff did increase this to $33k per year in the most recent revised look.
:: Brad shared more specifics on the fee structure differences in the ticketing deals -
 - Fees - others are offering no retain on non-concerts and $.50 to $.75 less per ticket on concerts
 - The rest was made up in a sponsorship payment
 - They are also getting an incentive paid to HEB for total tickets over 90k per year but this was not included since they are not basing sales at this number.
:: I definitely like the out clause to give us a chance bc all of his bias is based on years ago. This and a stronger ticketing proposal will help.
I am around all day if anyone needs me. I will be out of pocket with no cell service after 5pm today.
Wamp
On 6/10/17, 11:08 AM, "Kurt Schwartzkopf" <kurt.schwartzkopf@ticketmaster.com> wrote:

1

**Ex. No**

**PX0392**

**1:24-cv-03973**

+Mike, Geoff & Jon

Yes - I spoke to him also. He really thinks someone else can deliver AND that he will continue to get LN shows that he already gets (he referenced 4 per yr) - even went as far to say - if it doesn't work we will come begging you to come back.

My opinion is we get him back on the phone on Monday.

1) Offer up the $75k per year additional that is in the DAT

2) Disclose that he owes us $100k and we will forego that to use against getting shows in some form

3) add an out at the end of the first year if he doesn't feel the engagement. Buys us a year?

4) any other ideas you all may have?

Kjs

Sent from my iPhone

On Jun 10, 2017, at 8:42 AM, Scott Wampold <scott.wampold@ticketmaster.com> wrote:

Morning - did you speak to Brad yesterday afternoon? I did and have some info for you. Let me know if you have some time to talk. I don't think we have a shot with HEB bc of his lack of confidence on the content piece but he will consider a counter if we get it to him on Monday.

2

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-01460876