**From:** Michael Evans
**Sent:** Tuesday, March 28, 2017 7:31 PM
**To:** Steve Kirsner
**Cc:** Jim Goddard
**Subject:** Re: March 6th

Let me know as soon as possible. I will try to hold out. You are only getting 1 show for a very good reason. Easy not to play at all. Not trying to be funny.

Mike Evans/Live Nation

On Mar 28, 2017, at 3:11 PM, Steve Kirsner <SKirsner@sapcenter.com> wrote:

> Just got back from our meeting. The team would like more time to work with the NHL on the schedule. We are supposed to receive a draft today that will give us a better understanding of the situation. Possible to get more time or look at different dates? Any notion as to why only 1 show?

*Steve Kirsner*

Vice President of Booking & Events
SAP Center at San Jose
████████ direct, ████████ cell
408-999-5797 fax

HAPPY PEOPLE BUY MORE TICKETS!!

**These are the happiest places to live, report says**

USA TODAY Published 7:25 a.m. PT March 15, 2017
San Jose, Calif., came in No. 1 when the report only looked at emotional and physical well-being.

These are the report's top 5 happiest places to live:

1. Fremont, Calif.

**2. San Jose, Calif.**

3. Irvine, Calif.

4. San Francisco, Calif.

5. Sioux Falls, S.D.

---

**From:** Michael Evans [mailto:MichaelEvans@LiveNation.com]
**Sent:** Tuesday, March 28, 2017 11:42 AM
**To:** Steve Kirsner
**Subject:** March 6th

Update?

<image001.png>

Michael Evans | President | Live Nation Arenas
Email: michaelevans@livenation.com
Phone: ████████ Cell: ████████
One Presidential Blvd., Suite 300, Bala Cynwyd, PA 19004

1

**Ex. No**

**PX0389**

1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-01452207