| | |
|---|---|
| **From:** | Michael Evans <michaelevans@livenation.com> |
| **Sent:** | Friday, September 02, 2011 12:46 PM |
| **To:** | Cole Gahagan |
| **Cc:** | Jared Smith |
| **Subject:** | Barclays |

got it--Barad has no problem telling him next week that he has other options in the market with Madonna

---

**From:** Cole Gahagan [mailto:Cole.Gahagan@Ticketmaster.com]
**Sent:** Thursday, September 01, 2011 7:16 PM
**To:** Michael Evans
**Cc:** Jared Smith
**Subject:** Re: Barclays

Jared and I just talked to Nathan about it, and we're going to put our best foot forward within the next 48 hrs, tell Brett it's our final (and a damn good final at that), and then ask you and ILA echo it. At that point, we've done all that we can do. I'll call you tomorrow and will keep you posted.

On Sep 1, 2011, at 4:37 PM, "Michael Evans" <MichaelEvans@LiveNation.com> wrote:

> That message has been delivered by ILA, me, Rapino etc. We told him last week he is getting Madonna. Problem is that he keeps having dinner with Rosen and Lieweke.
> Mike Evans/Live Nation

---

**From:** Jared Smith [mailto:jared.smith@ticketmaster.com]
**Sent:** Thursday, September 01, 2011 06:16 PM
**To:** Cole Gahagan; Michael Evans
**Subject:** Re: Barclays

We need to find a way to subtley remind him that at least on the content side, they need us a heck of a lot more than we need them?

On 9/1/11 6:12 PM, "Cole Gahagan" <Cole.Gahagan@Ticketmaster.com> wrote:

And it only gets better. I just dropped a call with Charlie (CFO), during which he informed me that "Brett is not easily impressed with numbers, so we better come with something big", and "If needed, Ticketmaster needs to go to other divisions within the Live Nation company and find money". I wish I were kidding, but I can't make up something that good.

Mike, I reminded Charlie that our *very strategic* partnership spans well beyond ticketing, and we do not work cooperatively to help make the Nets/Barclays lots of live event money, while losing money on the Ticketmaster side. That's not the way our relationships work. So I'll call you tomorrow to discuss, and maybe ask for a little help reinforcing that same message with Brett. He'll listen to you far more than he will us.

1

**Ex. No**

**PX0335**

1:24-cv-03973

**LNE CONFIDENTIAL BUSINESS INFORMATION**

**LNE-00348495**

On 9/1/11 3:58 PM, "Jared Smith" <Jared.Smith@Ticketmaster.com> wrote:

Truer words were never spoken my friend.


On 9/1/11 4:53 PM, "Michael Evans" <MichaelEvans@LiveNation.com> wrote:

It's always the ones that don't understand our business that are the most dangerous

Mike Evans/Live Nation

On Sep 1, 2011, at 4:51 PM, "Jared Smith" <jared.smith@ticketmaster.com> wrote:

Cole can provide. Brett has outsized expectations as to the type of ticketing deal is should be entitled to.  His demands have been outrageous.


On 9/1/11 3:42 PM, "Michael Evans" <MichaelEvans@LiveNation.com <mailto:MichaelEvans@LiveNation.com> > wrote:

Brett Yormark is seeing Gerry Barad in Chicago next Thursday--Gerry has asked me to give him "talking points" and "message points" as to how he should deal with Brett and which messages he should deliver--I have prepared some thoughts, but we should have a discussion before I send--regards

<image.png>

**Michael Evans** | President Arenas
☎:: 610-784-5447 / 610-784-2053- fx
✆:: michaelevans@livenation.com <mailto:michaelevans@livenation.com>
✉:: 111 Presidential Blvd | Bala Cynwyd, PA | 19004
www.LiveNation.com <http://www.LiveNation.com>  <http://www.LiveNation.com>


CONFIDENTIALITY NOTICE:

This message contains information which may be confidential or privileged.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this transmission in error, please notify me immediately by telephone.

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-00348496