



EXHIBIT JX- 766
WIT:
DATE: 6-5-25
MLG, CSR, RPR, CRR, CCR

**Ex. No**
**PX1275**
1:24-cv-03973

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952769



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952770



Our scale against our competitors is one of our biggest competitive advantages. If you actually look at it against an AXS or a SeatGeek business, our entire millennial audience will dwarf that business. Our database is something that we are incredibly proud of and gives us access to a large swath of fans. This is just in North America; globally, we are at over 300M. Our mobile traffic and sales continue to increase, and therefore, our commitment to drive app installs (which is a very personal service) to reach those fans continues to grow as well.

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952771



41% of GTV on average is driven by Ticketmaster Marketing. We have got north of 50M fan touch-points, inclusive of things like marketing emails, push notifications, etc. We are seeing a bit more than 7x ROAS with the digital play right now. We are also seeing a healthy email growth rate with our database continuing to healthily grow. We have a big base to grow, but we are still trying to increase our database and push up to double digits on an annual basis as we try to penetrate more of a younger audience on a year by year basis.

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952772



**Date Selection: May 1st, 2018-May 1, 2019**

| School | TM Paid Marketing (SEM, Social, Display) | | TM Affiliate | | TM Email/Push/SMS | | TM Organic Social | | TM SEO | | Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV |
| Oklahoma State | 508 | 47,340 | 157 | $8,030.00 | 340 | $18,695.00 | 22 | $205.00 | 543 | $35,521.00 | 1,591 | $ 108,991.00 |
| Football | 349 | $41,695.00 | 61 | $5,668.00 | 118 | $12,721.00 | 0 | $0.00 | 241 | $20,309.00 | 802 | $ 36,473.00 |
| Men's Basketball | 131 | $5,122.00 | 68 | $2,019.00 | 172 | $5,674.00 | 13 | $158.00 | 207 | $7,081.00 | 747 | $ 20,164.00 |
| All Other Sports | 49 | $ 322.40 | 27 | $ 325.00 | 45 | $ 596.00 | 3 | $ 47.00 | 95 | $ 1,561.00 | 223 | $ 2,463.00 |

| School | TM Paid Marketing (SEM, Social, Display) | | TM Affiliate | | TM Email/Push/SMS | | TM Organic Social | | TM SEO | | Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV |
| Oklahoma State | 2,417 | $216,192.00 | 127 | $9,899.00 | 552 | $41,118.00 | 10 | $101.00 | 1,105 | $100,895.00 | 4,369 | $ 366,204.00 |
| Football | 2,577 | $212,576.00 | 109 | $9,145.00 | 487 | $39,774.00 | 3 | $185.00 | 1,627 | $93,336.00 | 4,804 | $ 354,950.00 |
| Men's Basketball | 40 | $1,819.00 | 27 | $792.00 | 85 | $2,544.00 | 7 | $130.00 | 116 | $7,308.00 | 275 | $ 12,154.00 |
| All Other Sports | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - |

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952773



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952774



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952775



TM+ - why this is a good thing to help grow their business and why partnering with someone who brings in a Vivid or StubHub is bad for the overall health of your ecosystem

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952776



Bottom line:
First -- you train people to go to SH
Second -- they stay on SH

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952777



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952778



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952779

## Stubhub and other unofficial 3rd party sites are already up and selling tickets for the 2019 season



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952780



**Best Practices**

- TM+ MUST be activated as early as possible (May 1 for FB and Oct 1 for MBB)
  - Your tickets are already on other marketplaces
  - Includes having barcodes available for both STH's & brokers
- Eliminate PDF's
  - Season Ticket hard stock is ok
  - ALL transfers and re-sale must be digital
- NO price floors: cannot allow your marketplace to be outpriced when there is a race to the bottom
- Have a broker consolidation agreement in place that follow the rules of engagement as set by YOU! Any ticket they post must be co-listed on TM+ (NO EXCEPTIONS)

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952781



Synergies with partners to drive our business forward and sell more tickets
Who are top partners
Describe typical revenue shares with these partners
Potential/Planned agreements with future partners

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952782



Best-in-class ticketing now combined with best-in-class development

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952783



MIKE ZOOM

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952784



NEED NEW PICI

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952785



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952786



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952787



Alamo Bowl – 2017 34% / 2018 45%
Orange Bowl – 2017 14.6% / 2018 32%

Add Orange Bowl Stats ->
5767 NN2F
0 gameday ticket fraud
32% mobile entry

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT          LNE22-001952788



Increased Marketing Efficiency
Decreased Ticket Fraud
Enhanced Venue Security

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952789



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952790



UCLA using presence today for soccer - (Wallis Annenburg) and baseball (Jackie Robinson)

UCLA Question: Are we required to purchase hardware through you or can we buy on our own?
Option A: We roll into the deal and give to you
Option B: You can purchase on your own - we have the following Access Management companies that are certified Nexus partners

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952791



Create a marketing plan
Create video how-to videos (optional)
Splash page for fans
Email communications
Push notifications
Educate your staff
Consistent communication
Send digital ticketing FAQs to staff
Train gameday staff
We will do the rest
Activate PDF elimination
Operational procedures

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-001952792



DIGITAL TICKETING KIT

## Create Custom Education Using Ticketmaster's Toolkit

A digital ticketing kit is available for use to make content creation for going mobile, easy!

* Best practices
* Sample email copy
* Mobile ticketing messaging
* FAQs



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952794



Can we demo NFC live? This was set up and done in Denver at the NFL meetings in March. Would be great to show the solutions coming soon.

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952795



UCLA Question: Discuss possible solutions for CAP student ticket sales

Heidi Fogelman [2:08 PM]
I spoke to Gerardo about CAP Students, we currently sell it and limited by domain as a promo code because these events are onsale to subscribers and public and we can't sell via account groups cause those would limit the whole event. I am going to ask around to see if any of the co-workers have any other suggestions

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952796



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



Archtics is the engine that drives your fan facing platform, AccountManager. AccountManager has been completely redesigned with mobile forward features such as ticket management, renewing subscriptions, season tickets, paying donations and buying your plans and packages.

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952798



Customize what your patrons see within their portal. Create custom content pages and segment them based on your patron's status (VIP, season subscriber, etc.). It is all linked to your in-house platform.

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952799



Example of ticketmaster school pushing data from Archtics into Syracuse's online platform

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952800



Our continued investments in our client facing solutions have delivered the best subscriber, fan, student facing platform in the industry.

Clients are able to offer their patrons with seamless and easy to use ways to better engage with your organization. Functionality within your AccountManager site ranges from new subscriber packages, ticket renewals, ticket management, donations and more.

UCLA Questions: Account Manager
Future Roadmap of the renewal process
Possibility to drop one seat within a seatblock
Describe abilities to embed Chat functionalities (page38)

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952801



AccountManager's invoicing and renewal functionality supports your ability to customize your renewals based upon your goals and strategies. Offer upsells to your patrons for anything from parking to additional donations. A variety of payment plan options are supported which includes the ability to offer your season ticket holders and subscribers with the ability to sign up for a payment plan but defer payment until a later date. We are also seeing a number of clients move to a year round model where the fans' various ticket and donation payments are spread evenly across a 12th month payment plan.

UCLA General Question: Payment plans -- can we have a payment plan with 100% of the charge is deferred for x months?

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952802



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952803



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952804



NEEDS A NEW PICTURE

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001952806





TICKETMASTER MARKETING

# Ticketmaster's Scale is Unmatched by Any Other Competitor



**117M**

Marketable
Names
in Database

**64%**

All Traffic
Mobile

**+34%**

TM App
Installs YoY

3

TICKETMASTER MARKETING

**Ticketmaster Has Unmatched Marketing Scale**









| 41% | 51M | 7.4x | +9% |
|---|---|---|---|
| GTV Driven by TM Platform Marketing | Weekly Marketing Fan Touch Points | YoY Return on Ad Spend | YoY Marketable Emails Growth Rate |

4



**Date Selection: May 1st, 2018-May 1, 2019**

| School | TM Paid Marketing (SEM, Social, Display) | | TM Affiliates | | TM Email/Push/SMS | | TM Organic Social | | TM SEO | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV | # Primary Tickets | Primary GTV |
| Oklahoma State | 569 | 47,340 | 157 | $8,030.00 | 340 | $18,895.00 | 22 | $205.00 | 543 | $34,521.00 | 1,631 | $ 108,991.00 |
| Football | 389 | $41,696.00 | 61 | $5,686.00 | 118 | $12,721.00 | 0 | $0.00 | 241 | $26,389.00 | 809 | $ 86,472.00 |
| Men's Basketball | 131 | $5,122.00 | 69 | $2,019.00 | 177 | $5,674.00 | 15 | $158.00 | 207 | $7,091.00 | 599 | $ 20,064.00 |
| All Other Sports | 49 | $ 522.00 | 27 | $ 325.00 | 45 | $ 500.00 | 7 | $ 47.00 | 95 | $ 1,061.00 | 223 | $ 2,455.00 |

| School | TM Paid Marketing (SEM, Social, Display) | | TM Affiliates | | TM Email/Push/SMS | | TM Organic Social | | TM SEO | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV | # Resale Tickets | Resale GTV |
| Oklahoma State | 2,417 | $214,192.00 | 127 | $9,898.00 | 552 | $41,118.00 | 10 | $301.00 | 1163 | $100,695.00 | 4,269 | $ 366,204.00 |
| Football | 2,377 | $212,576.00 | 100 | $9,146.00 | 487 | $38,774.00 | 3 | $165.00 | 1,027 | $93,389.00 | 3,994 | $354,050.00 |
| Men's Basketball | 40 | $1,616.00 | 27 | $752.00 | 65 | $2,344.00 | 7 | $136.00 | 136 | $7,306.00 | 275 | $ 12,154.00 |
| All Other Sports | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - |







**30%**
Increase in primary sales

**92%**
Sell-through rate

**67%**
Performing arts resale buyers were new names

**92%**
Fans & patrons want to see all options in one place

# When fans leave, many don't come back, particularly once they've left and gone to StubHub





What fans do when they are unable to purchase tickets on TM



Purchase path of StubHub buyers

- Fans that could not "find what they were looking for" leave and are increasingly more expensive and difficult to pull back into TM ecosystem (and then start their next purchase journey on that competitive site) jeopardizing future primary sales.

- Losing fans means losing fan engagement for future marketing efforts.

- In addition to fan transaction data, Oklahoma State/TM also lose visibility to traffic and behavioral data (like user preferences, cart abandonment and engagement data) which shapes our marketing and pricing strategies.

- Getting competitor transaction data does not replace full marketing data and consent to market for Oklahoma State that they do receive when fans engage on TM's platform



# Activating TM+ earlier helped comparable Power 5 school capture more of the overall market for football tickets in 2018



# Stubhub and other unofficial 3rd party sites are already up and selling tickets for the 2019 season



12



## Best Practices

- TM+ MUST be activated as early as possible (May 1 for FB and Oct 1 for MBB)
  - Your tickets are already on other marketplaces
  - Includes having barcodes available for both STH's & brokers
- Eliminate PDF's
  - Season Ticket hard stock is ok
  - ALL transfers and re-sale must be digital
- NO price floors:  cannot allow your marketplace to be outpriced when there is a race to the bottom
- Have a broker consolidation agreement in place that follow the rules of engagement as set by YOU!  Any ticket they post must be co-listed on TM+ (NO EXCEPTIONS)

3 | Ticketmaster Confidential. Do not distribute.









7 | Ticketmaster Confidential. Do not distribute.







KNOW YOUR PATRONS

# Complete Chain of Custody

Knowing your patrons leads to increased marketing efficiencies, enhanced venue security and a decrease in ticket fraud.

  

### Secure Digital Tickets

Know every patron who
enters your venue

### Authenticator API for Partners

Reduce fraud on
multiple marketplaces

### Venue Intelligence Platform

Access real time
map-based reporting



21

KNOW YOUR PATRONS
# Complete Chain of Custody

Understanding every customer in the chain of custody can *double* your net new names while driving reductions in fraud and improved security.



22



KNOW YOUR PATRONS

# Presence®
# Venue Intelligence Tools

The world's greatest operating system for managing venue access, security, patron communication and engagement.

⊘ Monitor patron traffic in real-time, providing patron flow intelligence for decision-making

⊘ Map-based dashboard allows you to see full chain of custody of each and every seat

⊘ Drag and drop rules configuration makes managing access and security settings fast and easy





Transfer Your Tickets

**STEP 1** — Within the team app, click on your event to find tickets.

**STEP 2** — Click Transfer, then select the tickets you'd like to transfer.

**STEP 3** — Select the method of transfer, enter your recipient's information and Transfer Tickets.

When transferring tickets you'll receive two (2) emails: one confirming your ticket(s) have been sent and another when your recipient accepts the tickets you sent. Your recipient will also receive an email prompting them to accept your tickets. Once the ticket transfer has been accepted, the tickets in your account are no longer valid and you will not be able to get into the event with those tickets.

*Those receiving a ticket transfer must have an account. If they do not have an account, they can easily create one when they accept the tickets.

Accept Your Transfer Your Tickets

DIGITAL TICKETING KIT

# Create Custom Education Using Ticketmaster's Toolkit

A digital ticketing kit is available for use to make content creation for going mobile, easy!

- Best practices
- Sample email copy
- Mobile ticketing messaging
- FAQs





CONTROL

# Student Ticketing

However you run student ticketing we have a solution to fit your needs

**1** GO TO CUSE.COM/STUDENTS AND CLICK ON THE *MYCUSE* LINK TO YOUR LOG-IN SCREEN



**3** AFTER SELECTING THE GAME, CLICK ON *VIEW BARCODE* TO SHOW THE GAME TICKET WITH QR CODE [VIEW DETAILS PROVIDES FURTHER INFO]



**2** ONCED LOGGED IN, SELECT THE GAME YOU WILL BE ATTENDING [CHOOSE *MANAGE MY TICKETS* IN THE DROP DOWN TO SEE ALL OF YOUR GAMES]



**4** SAVE THE TICKET TO YOUR IPHONE WALLET OR ANDROID PHONE. SHOW THAT TICKET ON GAMEDAY AT GATE F FOR SCANNING AND RECEIVE A WRISTBAND. FIND A SEAT AND HAVE FUN!



✓ PIDs loaded to Archtics with tickets sold on to the card

✓ Allocate and distribute via AccountManager that students can manage via TicketFast or on their mobile devices

✓ Sell student packages or events through AccountManager that students can manage via TicketFast or on their mobile devices

✓ 3rd Party partners such as Experience

*t* / Campus & Arts













FAN ENGAGEMENT

- Invoice Details/Summary
- Upsells
- Questions
- Multi-CC Payments
- Optional Items
- Payment Plans

- Account Credits
- Custom Invoice Templates
- Custom PDF Templates
- Custom Email Templates
- Suggested Donations
- Update Method of Payment

What's Coming in 2019?

| Stand-Alone | Virtual Venue 1.0 | Virtual Venue 2.0 |
|---|---|---|
| CMS | ✕ | ✓ |
| Mobile Responsive | ✕ | ✓ |
| Accessible in NAM | ✕ | ✓ |
| Archtics Integrated | ✕ | ✓ |

| Buy and Updgrade Flows | Virtual Venue 1.0 | Virtual Venue 2.0 |
|---|---|---|
| CMS | ✕ | ✓ |
| Mobile Responsive | ✕ | ✓ |
| Archtics Integrated | ✓ | ✓ |
| Preview Mode for Upgrade Flow | ✕ | ✓ |

"WE'VE SEEN A 99% INCREASE IN SALES USING VIRTUAL VENUE WITHIN AN 11-MONTH TIME PERIOD. IT'S BECOMING MORE OF AN ESSENTIAL TOOL RATHER THAN A LUXURY, AS IT ONCE WAS WHEN WE INTRODUCED IT. IT'S NOW AN EVERYDAY PART OF OUR SALES PROCESS."

SAMUEL OJIABATUNDE - ACCOUNT MANAGER: TICKET SALES AT MIAMI HEAT

35



3
6 | Ticketmaster Confidential. Do not distribute.



Goals & Initiatives

Ticketmaster Confidential. Do not distribute.



*t* / Campus

- Enabling resale before print files – Roberts and Lang (RESALE SECTION)
- Data warehousing (Casey going to discuss partners) (NEXUS SECTION)
  o What do they want to do and what can TM help with?
- Privacy/GDPR – Casey asking to see what we have available to share but will own (PRIVACY SLIDE TBD IF I GET INFO ONTIME, If not FOR DISCUSSION)
- Nexus partners/distributed commerce/marketing reach – (NEXUS SECTION)
  o Talk about SDK and show examples – Casey
- TM1 Entry – All (Casey doing slides?) (IDENTITY/DIGITAL SECTION)
  o All – talk about scanning processes and make sure everything is ok with how it's going to work in presence
  o If we can, ideally roll out baseball first in Q1 2020
  o Scanners – determine how many they need to roll out at each venue (are we going to supply full list for each venue or just give them 1 to 1 of what they have now and let them move devices?)
- NAM customization – Roberts/Lang (ONGOING PROJECTS/ROADMAP)
- Scripts/development – Roberts/Lang (ONGOING PROJECTS)
- Parkhub scan data – Roberts/Lang (ONGOING PROJECTS)
- Virtual Venue bugs (ROADMAP FOR VV 2.0)
  o Not showing required donations properly in the upgrade flow
    ▪ Showing on new seats but not old seats, causing customers to have to pay more
  o Initial seats in upgrade – pulling from default image so showing football stadium when upgrading basketball tickets
  o Staying on 1.0 for upgrade flow
  o Going to 2.0 for buy flow
- OSU escalation chain of command (OFFLINE FOR NOW)
  o Do we want everyone there to go through Andy first?
  o Lang talking to Andy offline, but as part of this
- Mobile ticketing with students (STUDENT TICKETING_
  o Talk through the whole world view and make sure they're comfortable with everything
  o Bring up secure entry during Presence conversations (ROADMAP)
- Tableau – no official TM integration but they could work with Kore (or someone like that) to show the visualization from the warehouse data (NEXUS SECTION)
- Heat map for their sales (WILL ADD IF WE FIND SOMETHING THAT RESONATES)

Document Produced in Native Format

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-001952807



SUBJECT TO CONFIDENTIALITY STATUTES

Document Produced in Native Format

LNE22-001952808

LNE22-001952808
Sheet Name: Sheet1

SUBJECT TO CONFIDENTIALITY STATUTES

Document Produced in Native Format

LNE22-001952809

101800   589500

LNE22-001952809
Sheet Name: Sheet1

Case 1:24-cv-03973-AS    Document 1272-15    Filed 03/19/26    Page 83 of 84

LNE22-001952810

LNB22-00195Z810
Sheet Name: Sheet1

12
20
8
10
24
26