March 19, 2026

**<u>VIA ECF</u>**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    ***United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. Pursuant to the Court's March 6, 2026 ruling in open court ("March 6 Ruling"), Defendants are filing the document Defendants' admitted at trial or used as demonstratives on March 18, 2026, *see* DX-1080.[1]

Defendants thank the Court for its attention to this matter.

*[signatures on following page]*

---

[1] The document attached to this letter includes redactions pursuant to the Court's evidentiary and confidentiality rulings to date. Specifically, the redactions requested by Jump Platforms, Inc. (ECF No. 1245), which were approved by the Court on March 19, 2026 (ECF No. 1254).

Dated:  March 19, 2026

Respectfully submitted,

LATHAM & WATKINS LLP                    CRAVATH, SWAINE & MOORE LLP

_____                 _____
Alfred C. Pfeiffer (admitted *pro hac vice*)   Lauren A. Moskowitz
  *Co-Lead Trial Counsel*                Jesse M. Weiss
David R. Marriott                       Nicole M. Peles
  *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)    Two Manhattan West
Timothy L. O'Mara (admitted *pro hac vice*)  375 Ninth Avenue
Jennifer L. Giordano                    New York, NY 10001
Kelly S. Fayne (admitted *pro hac vice*)    (212) 474-1000
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)   lmoskowitz@cravath.com
                                        jweiss@cravath.com
505 Montgomery Street, Suite 2000       npeles@cravath.com
San Francisco, CA 94111
(415) 391-0600                          *Attorneys for Defendants Live Nation*
                                        *Entertainment, Inc. and Ticketmaster L.L.C.*
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc:    All counsel of record (via ECF)

2