As of July 1, 2022

Oak View Group, LLC
11755 Wilshire Blvd., 9th Floor
Los Angeles, CA 90025
Attn: Timothy J. Leiweke, Chairman & CEO

**Ex. No**
**PX1078**
1:24-cv-03973

**Re: Ticketing Services Incentive Agreement**

Dear Tim:

This letter ("**Term Sheet**") sets forth the agreed terms and conditions of a contractual arrangement between the Parties regarding the provision of ticketing services by TM for the benefit of OVG and certain OVG venues and facilities located throughout North America.

| | |
|---|---|
| **PARTIES** | Ticketmaster L.L.C., a Virginia limited liability company ("**TM**") |
| | Oak View Group, LLC, a Delaware limited liablity company ("**OVG**") |
| **PURPOSE** | The purpose of the Agreement is to establish a ticketing services incentive agreement between TM and OVG covering North American venues ("**TM-OVG Agreement**"). |
| **KEY TERMS** | The principal business terms of the TM-OVG Agreement shall be as set forth in Exhibit A attached hereto. |
| **CONFIDENTIALITY** | TM and OVG shall keep confidential the specific terms and conditions of this Term Sheet and the terms thereof; provided that disclosure may be made by either (a) as may be required by any court of competent jurisdiction, governmental agency, or applicable law; (b) to its accountants, auditors, legal counsel, insurance advisors, underwriters, and consultants who agree to maintain all provisions of this Term Sheet in confidence; (c) to its employees and the employees of its affiliates (including Live Nation) who have a need to know and are informed of the obligation to maintain all provisions of this Term Sheet in confidence; (d) to enforce its rights under this Term Sheet; and (e) to such personnel, venue personnel, clientele and prospective clientele and other persons who a party in furtherance of its legitimate business interests reasonably deems to have reason to receive such disclosure. Neither Party will make any public announcement with respect to this Term Sheet or the transactions contemplated hereby without the prior consent of the other Party. |
| **MISCELLANEOUS** | The TM-OVG Agreement and this Term Sheet will be governed by the laws of the State of California. This Term Sheet may be executed in two or more counterparts, all of which together constitute one and the same agreement. Delivery of a copy of this Term Sheet by email in .pdf or by any other electronic means that preserves the original graphic and pictorial appearance of a document has the same effect as physical delivery of the paper document bearing an original signature. |

TM and OVG agree to hereafter promptly negotiate, in good faith, and execute such other and further documents and agreements, including the TM-OVG Agreement (the "Definitive Agreements") as are



JX1880
A. RENTMEESTER
July 3, 2025
CHERYL ASADA, CSR 13496

Highly Confidential- Business and Trade Secrets

OVG-013701

reasonably necessary to set forth in detail the terms, provisions and conditions described in this Term Sheet and such other terms as TM and OVG shall mutually agree upon. Notwithstanding the foregoing, the parties shall commence operations on the basis of the terms and conditions set forth herein pending finalization of such Definitive Agreements. Until such time that the Definitive Agreements are executed, this Term Sheet shall be binding upon the parties.

We hope that you find the terms and conditions contained in this Term Sheet acceptable. If so, please execute the Term Sheet in the space provided below and return a signed copy to TM at your earliest convenience.

Sincerely,

**TICKETMASTER L.L.C.**

By: _____

Name:  Marla Ostroff

Title:   Managing Director, North America

Date:

**ACCEPTED AND AGREED:**

**OAK VIEW GROUP, LLC.**

By: _____

Name:  Tim Leiweke

Title:   CEO

Date:

Highly Confidential- Business and Trade Secrets

OVG-013702

## EXHIBIT A

### KEY TERMS

#### I. Term

Ten (10) years, effective as of July 1, 2022 and continuing through June 30, 2032 (the "Term"). Each July 1st through June 30th during the Term shall be deemed a "Contract Year."

#### II. OVG360 Business in North America

The OVG360 business (the "OVG360 Venues") consists of the following venues (i.e., set forth in II.A and II.B below) managed by OVG but which are not owned and operated by OVG.

#### A) Current OVG360 North American Venues Under Ticketmaster Agreements

For current OVG360 venues in North America under existing TM exclusive ticketing services agreements, OVG will advocate for the extension of any and all agreements expiring prior to June 30, 2032 through such date on the same existing terms with the exception that, for the period beginning on the current expiration date of such ticketing services agreement and continuing through June 30, 2032, TM's portion of the per-ticket service fee for primary market tickets sold through TM channels (including sales through Ticketmaster.com and single event tickets sold through Archtics (but, for avoidance of doubt, fees for all other non-single event ticket sale Archtics transactions (e.g., right of first refusal) shall be consistent with the existing ticketing services agreements)) ("Ticketmaster Marketplaces") shall increase by at least ██████████ annually. For clarity, if TM's portion of the service fee is ████ in year X, then it will increase to ████ in the subsequent year, or +██ .

#### B) New OVG360 North American Venues

For all new OVG360 venues for which OVG secures management rights following the Effective Date, OVG shall position, present and advocate for such venues to enter into an exclusive ticketing services agreement with TM in accordance with the following terms (unless otherwise modified with TM's written approval):

- **Primary Tickets:**
  - For primary market tickets sold through Ticketmaster Marketplaces, the base per-ticket service charge will be a minimum of ██ of the ticket's face value.
  - Per-order processing fees will be charged at standard market rates on all orders.
  - OVG360 venue shall retain ████ of the per-ticket service charge and per-order processing fees on primary market tickets sold (but not refunded) through Ticketmaster Marketplaces.
- **Resale Tickets:** OVG360 venue shall retain ████ of net resale revenue (i.e., net of credit card fees, taxes, chargebacks/losses, and customer acquisition costs) for secondary market ticket transactions. TM reserves the right to determine buyer/seller fees.
- **Platinum/VIP:** The base service charge paid by the consumer on Platinum and VIP offers will be no less than ████ OVG360 venue will receive a ████ revenue share on the net fee.

Highly Confidential- Business and Trade Secrets

OVG-013703

- **Merchant Bank Fee:** A merchant bank fee on gross transaction value ("GTV") will be assessed to OVG360 venue at the following rates:
  - Internet/Phone/Mobile: ██████
  - tmCharge @ Archtics: █████
  - Resale: ████ (deducted from seller proceeds prior to revenue share).
- **Archtics / Account Manager:** Should any new OVG360 venues require Archtics / Account Manager, standard market rates shall apply.

## C) OVG360 Annual Sponsorship Payments

Ticketmaster will make ██████ annual sponsorship payments (the "360 Sponsorship Payments") to OVG on a collective basis in respect of all OVG360 Venues in the amount of $██████ (subject to escalation beginning in the third Contract Year, and in every second Contract Year thereafter in the amount of ██ ████████ of the prior Contract Year's payment). The first Sponsorship Payment will be made within fifteen (15) days of the full execution of the Term Sheet, and each of the successive ███████ Sponsorship Payments will be made annually on July 1, beginning July 1, 2023 and concluding July 1, 2031.

The 360 Sponsorship Payments are contingent on OVG achieving certain projections (or "Targets") for the total number of fee-bearing primary tickets to be sold (and not refunded) through Ticketmaster channels in each Contract Year for OVG360 Venues ("360 Qualifying Tickets"), as further set forth in Schedule I, Section A. In any Contract Year in which the aggregate number of 360 Qualifying Tickets actually sold (and not refunded) through Ticketmaster channels falls below ████████████████████ or exceeds ████████████████████ of the Target number of 360 Qualifying Tickets for such Contract Year, the 360 Sponsorship Payment due OVG for the immediately succeeding Contract Year will be adjusted (i.e., decreased or increased, as applicable) on a pro rata basis. For avoidance of doubt, in any Contract Year in which the aggregate number of 360 Qualifying Tickets actually sold (and not refunded) through Ticketmaster distribution channels falls within ████ of the applicable Target, the following Contract Year's 360 Sponsorship Payment will be unchanged.

## III. OVG Owned and Operated North American Venues Under Ticketmaster Agreements

The parties agree that the following five (5) OVG-owned and operated venues in North America are or will be governed by exclusive TM ticketing services agreements with terms extending through June 30, 2032: (1) Climate Pledge Arena (Seattle, WA); (2) UBS Arena (Elmont, NY); (3) Moody Center (Austin, TX); (4) Acrisure Arena (Thousand Palms, CA); and (5) Baltimore Arena (Baltimore, MD).

The current terms of each of these ticketing services agreements will remain in effect with the following adjustments:

- A) **Acrisure Arena:**
  - a) The annual sponsorship payment will be ████████.
  - b) Beginning October 1, 2022, for each primary market ticket sold through Ticketmaster Marketplaces, TM will retain an inside fee of █████ subject to

Highly Confidential- Business and Trade Secrets

annual ███████████ increase at the start of each Contract Year commencing in Contract Year 2.

    i)    From October 1, 2022 to June 30, 2027 (the first five Contract Years of the agreement), in each Contract Year, TM and OVG shall ███████ ███ the per ticket convenience fees assessed to consumers in excess of ███ (which cap shall be subject to annual ███ ████████ increase at the start of each Contract Year commencing in Contract Year 2).

    ii)    At the end of the fifth Contract Year (June 30, 2027), the cap described in clause i) above will be increased or decreased, as applicable, as follows: (A) the greater of (x) ███ and (y) ████████████ █ █ █ █████, or (B) ████ █ ██ █ ████████████ ██

### B) Baltimore Arena:

    a)    The annual sponsorship payment will be ██████.

    b)    Beginning October 1, 2022, for each primary market ticket sold through Ticketmaster Marketplaces, TM will retain an inside fee of ████ subject to annual ███████ increase at the start of each Contract Year commencing in Contract Year 2.

    i)    From October 1, 2022 to June 30, 2027 (the first five Contract Years of the agreement), in each Contract Year, TM and OVG shall ███████ ███ the per ticket convenience fees charged to consumers in excess of ███ (which cap shall be subject to annual ███████████ increase at the start of each Contract Year commencing in Contract Year 2).

    ii)    At the end of the fifth Contract Year (June 30, 2027), the cap described in clause i) above will be increased or decreased, as applicable, as follows: (A) the greater of (x) $████ and (y) ████████████████, or (B) ████████ ██ ██████

### C) UBS Arena:

    a)    Beginning October 1, 2022 and continuing through September 30, 2025, for each primary market ticket sold through Ticketmaster Marketplaces, TM will retain an inside fee of ████. Should the per ticket convenience fee assessed to consumers exceed ████, UBS Arena will receive the balance of the fee.

    b)    Beginning October 1, 2025, for each primary ticket sold through Ticketmaster Marketplaces, TM will retain an inside fee of ████, subject to annual ████ ██████ increase at the start of each Contract Year commencing in Contract Year 5.

Highly Confidential- Business and Trade Secrets

OVG-013705

i)  From October 1, 2025 to June 30, 2027, in each Contract Year, TM and OVG shall ██████████ the per ticket convenience fees charged to consumers in excess of ███ (which cap shall be subject to annual ███ ████████ increase at the start of each Contract Year commencing in Contract Year 5).

ii) Beginning June 30, 2027, the cap described in clause i) above will be increased or decreased, as applicable, as follows: (A) the greater of (x) ██████ and (y) ████ ██, or (B) $ ████████████████████████████

D) **Moody Center:** Beginning October 1, 2022, for each primary market ticket sold through Ticketmaster Marketplaces, TM will retain an inside fee of ████, subject to annual ███ percent (█%) increase at the start of each Contract Year commencing in Contract Year 2.

  a) From October 1, 2022 to June 30, 2027 (the first five Contract Years of the agreement), in each Contract Year, TM and OVG shall █████████████ the per ticket convenience fees charged to consumers in excess of ████ (which cap shall be subject to annual ████████████ ncrease at the start of each Contract Year commencing in Contract Year 2).

  b) At the end of the fifth Contract Year (June 30, 2027), the cap described in clause a) above will be increased or decreased, as applicable, as follows: (A) the greater of (x) ████ and (y) ████████████████████████████ (B) ████████████████████████████

E) **Climate Pledge Arena:** Beginning October 1, 2022, for each primary market ticket sold through Ticketmaster Marketplaces, TM will retain an inside fee of ████, subject to annual ████████████ increase at the start of each Contract Year commencing in Contract Year 2.

  a) From October 1, 2022 to June 30, 2027 (the first five Contract Years of the agreement), in each Contract Year, TM and OVG shall █████████████ the per ticket convenience fees charged to consumers in excess of $████ (which cap shall be subject to annual ████████████ increase at the start of each Contract Year commencing in Contract Year 2).

  b) At the end of the fifth Contract Year (June 30, 2027), the cap described in clause a) above will be increased or decreased, as applicable, as follows: (A) the greater of (x) ████ and (y) ████████████████████████████

Highly Confidential- Business and Trade Secrets

or (B) ███████████████████████████████████
███████████████████████████████████████.

## IV. New OVG Owned and Operated North American Venues

During the Term, in the event OVG owns and operates any North American venues in addition to the five listed above, OVG shall position, present and advocate for such venues to enter into an exclusive ticketing services agreement with TM in accordance with the following terms (unless otherwise modified with TM's written approval):

### A) O&O Sponsorship Payments

- For such venues with a seating capacity equal to or greater than the five (5) existing OVG owned and operated venues, TM shall pay such venue an annual sponsorship of ████ ███████████████████████ for each year in which the applicable venue does not have a permanent tenant from either the NFL, NBA, or NHL, or █████████████████████ for each year in which the venue does have a permanent tenant from at least one of these three major sports leagues (each, an "O&O Sponsorship Payment"). In either case and with respect to the five (5) OVG-owned and operated venues set forth in Section III above, beginning in the third contract year and every second contract year of the applicable venue's ticketing services agreement thereafter, the O&O Sponsorship Payment will increase in the amount of ███ ████████ of the prior contract year's O&O Sponsorship Payment.

- The annual Targets for the total number of fee-bearing primary tickets to be sold (and not refunded) through Ticketmaster Marketplaces for each such venue (the "O&O Qualifying Tickets") will be as follows: (i) ████████████████████ O&O Qualifying Tickets for any such venue entitled to a █████████ annual sponsorship, and (ii) a number of O&O Qualifying Tickets to be mutually agreed upon by the parties for any such venue entitled to a █████████ annual sponsorship.

- In any Contract Year in which the aggregate number of tickets actually sold (and not refunded) through Ticketmaster Marketplaces for any such venue falls below ████████ ████████ r exceeds ██████████████████ of the Target number of O&O Qualifying Tickets for such venue as set forth above, the O&O Sponsorship Payment due such venue in the immediately succeeding Contract Year will be adjusted (i.e., decreased or increased, as applicable) on a pro rata basis. For avoidance of doubt, in any Contract Year in which the aggregate number of O&O Qualifying Tickets actually sold (and not refunded) through Ticketmaster Marketplaces for any such venue falls within ████ f the applicable venue's Target, the O&O Sponsorship Payment due such venue for the immediately following Contract Year will be unchanged.

### B) Fees and Other Terms

- **Primary Tickets — Ticket Fee:** For primary ticket sales sold through Ticketmaster Marketplaces, TM will retain an inside fee of ████. The fee retained by TM is subject to

Highly Confidential- Business and Trade Secrets

OVG-013707

a ██████████ increase at the start of each Contract Year commencing in Contract Year 2.

- From October 1, 2022 to June 30, 2027 (the first five Contract Years of the agreement), in each Contract Year, TM and OVG shall ████████ ████ the per ticket convenience fees charged to consumers in excess of ████ (which cap shall be subject to annual ████████████ increase at the start of each Contract Year commencing in Contract Year 2).
- At the end of the fifth Contract Year (June 30, 2027), the cap described in the immediately preceding bullet will be increased or decreased, as applicable, as follows: (A) the greater of (x) $████ and (y) $████ ████████████████████████████████████████, or (B) ████████████████████████████████████████.

- **Primary Tickets — Order Fee:** TM shall retain a fee of ████ per order subject to annual ██████████) increase at the start of each Contract Year. TM and OVG venue shall ████████████ all per-order fees in excess of ████ (such cap being subject to annual escalation in the amount of ████).
- **Resale Ticket Fees:** OVG venue shall retain ████████████ of the net resale revenue (i.e., net of credit card fees, taxes, chargebacks/losses, and customer acquisition costs) for secondary market ticket transactions. TM reserves the right to determine buyer/seller fees.
- **Platinum/VIP Fees:** The base service charge paid by the consumer on Platinum and VIP offers will be no less than ████ OVG venue will receive a ████ revenue share on the net fee.
- **Merchant Bank Fee:** A merchant bank fee on GTV will be assessed to OVG venue at the following rates:
  - Internet/Phone/Mobile: ██████
  - tmCharge @ Archtics: ██████
  - Resale: ████ deducted from seller proceeds prior to revenue share)

## V. Venues Outside North America

TM and OVG will work in good faith to reach an agreement governing OVG owned and operated venues and OVG360 venues located outside North America.

Highly Confidential- Business and Trade Secrets

OVG-013708

Highly Confidential- Business and Trade Secrets

## Schedule I



| Year | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|---|
| A) 360 target subject to ■ "Grace" | 4,058,997 | 5,450,673 | 6,827,520 | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| Target Lower Threshold | 3,856,048 | 5,178,139 | 6,486,144 | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| Target Upper Threshold | 4,261,947 | 5,723,207 | 7,168,896 | ████ | ████ | ████ | ████ | ████ | ████ | ████ |

-9-

OVG-013709