**Sent:**          10/10/2024 12:51:56 AM
**Subject:**       FW: 2025 - Venue Nation Planning Session
**Attachments:**   2025 VN Planning_vFinal[1].pdf

**From:** Tom See <ThomasSee@LiveNation.com>
**Sent:** Wednesday, October 9, 2024 10:24 AM
**To:** Tabitha Lee <TabithaLee@LiveNation.com>; Michael Rapino <Michael@LiveNation.com>; Bob Roux <BobRoux@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>; Charlie Walker <cwalker@c3presents.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Sonya Lokie <SonyaLokie@LiveNation.com>; Michelle Chuang <MichelleChuang@LiveNation.com>; Alexis McKinley <AlexisMcKinley@LiveNation.com>; Caroline Cravens <ccravens@c3presents.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Chastady Manzanarez <ChastadyManzanarez@LiveNation.com>; Matthew Hansen <MatthewHansen@LiveNation.com>; Andrea Valverde <AndreaValverde@LiveNation.com>; Jin Laqui <jlaqui@c3presents.com>; Chris Loll <ChrisLoll@LiveNation.com>; Karl Adams <KarlAdams@LiveNation.com>; Andy Yates <AndyYates@LiveNation.com>; Bryan Dockett <BryanDockett@LiveNation.com>; Matt Prieshoff <MattPrieshoff@LiveNation.com>; Gregory LeMay <GregLeMay@LiveNation.com>
**Subject:** 2025 - Venue Nation Planning Session

Attached please find the 2025 VN Business Plan for our meeting at 12pm pst today.

Will have hard copies in the room available.

**Ex. No**

**PX1145**

1:24-cv-03973



# 2025 Venue Nation
# Business Plan

October 2024

HIGHLY CONFIDENTIAL

LNE-LIT24-006448210



| **1 Amps** | **2 Indoors** | **3 VN Overall** |
|---|---|---|
| • Overall<br>• F&B<br>• Upsells<br>• Premium<br>• Ops | Includes HOBs, Clubs, Theatres | |



HIGHLY CONFIDENTIAL

LNE-LIT24-006448211

 **AMP METRICS**









Shows, Fans, APF from BPC; VN CM from Show by Show due to Rebates reported on Management Company

HIGHLY CONFIDENTIAL

LNE-LIT24-006448212

 # AMP NET APF BREAKDOWN

- **Ticket APF ($1.05)** - driven by 25% increase in discount tickets per show, offset by higher FMF from standardization to $11 in Large Amps & $5 in Boutiques

- **On Site APF +$1.43** -(Upsells +$0.53 / F&B +$0.91)
- **Upsells**
  - +$0.20 Premier Parking +$0.34 and Lawn Chairs
- **F&B**
  - Favorable: 4% growth in Average Order Size from price increases; improved margin under Legends deal from higher volume and price increases
  - Unfavorable: -6% decline in Orders per Fan; Alcohol units down -10% per Fan, Food & NA Bev units down -5% per Fan

| Category | 2019 | 2022 | 2023 | 2024 | 23 to 24 Δ | % |
|---|---|---|---|---|---|---|
| FMF / Parking | $7.69 | $8.15 | $7.82 | $7.68 | ($0.14) | (2%) |
| Service Charges | $8.12 | $10.27 | $11.79 | $10.87 | ($0.91) | (8%) |
| **Ticket APF** | **$15.81** | **$18.42** | **$19.60** | **$18.55** | **($1.05)** | **(6%)** |
| Merch | $0.47 | $1.75 | $2.01 | $2.00 | ($0.01) | (0%) |
| Upsells | $2.51 | $4.34 | $5.18 | $5.71 | +$0.53 | +9% |
| Food & Beverage | $11.09 | $12.71 | $13.90 | $14.81 | +$0.91 | +6% |
| **On Site APF** | **$14.07** | **$18.80** | **$21.09** | **$22.52** | **+$1.43** | **+6%** |
| **Net APF** | **$29.88** | **$37.22** | **$40.69** | **$41.07** | **+$0.38** | **+1%** |

3

LNE-LIT24-006448213



# 2024 MISSION LOOK BACK - AMPS



- ⬤ On track to achieve Mission
- ◯ At risk to achieve Mission
- ● Unlikely to achieve Mission

| Mission | Status | Explanation |
|---|---|---|
| **1** AMP APF – Increase by $2 | ● | • Overall APF up only $0.38, -$1.05 Ticket Ancils / +$1.43 Onsite<br>• Same Artist vs. PY +$2.70 |
| **2** F&B - increase in amps by $3 Gross / $2.35 Net | ● | • Gross up $0.20 due to pull back in alcohol spending<br>• Net up $0.91 due to mgt. deal with Legends (volume / pricing) |
| **3** Upsells – increase $0.60 Per Head | ⬤ | • Upsells: avg. revenue per show $70K (up 10%) \| Per Head +$0.57<br>• Lawn chair rental per cap +$0.29<br>• Preferred parking per cap +$0.25 |
| **4** Premium – increase revenue by $17M | ⬤ | • Full season renewals a 83%, all time high, avg box seat increase of 8% |
| **5** Special Events – drive business to $20M CM by 2027 | ⬤ | • $18M Special Events CM (+27% vs. 2023) |
| **6** Fan Experience – Improve arrival and departure operations | ⬤ | • YTD Arrival OSAT all shows up 4% YOY, Departure OSAT up 2% YOY<br>• Implemented 221 shows with EOE, F&B up $1.85 pc<br>• Gorge arrival OSAT up 30%, significant modifications introduced |
| **7** Backstage Hospitality – establish standards, including operating catering at select venues | ◯ | • Created and deployed backstage operating standards, staffed full time backstage hospitality managers at 10 venues<br>• Artist OSAT up 28%,<br>• Hired head of catering, operating catering moved to 2025 |
| **8** Hight Heat Plan – develop and launch plan for fans / crew | ⬤ | • Implemented new plan which included heat index reports, on-site equipment & supplies and fan, tour, crew comms.<br>• Partnered with sponsorship to get Yeti to sponsor the Water Refill Stations ($3.5M) |

HIGHLY CONFIDENTIAL

LNE-LIT24-006448214



# AMPS F&B



HIGHLY CONFIDENTIAL

LNE-LIT24-006448215



# KEY METRICS: F&B ORDERS & UNITS
## Large Amps









HIGHLY CONFIDENTIAL

LNE-LIT24-006448216



# KEY METRICS: F&B ORDERS & UNITS
## Large Amps









HIGHLY CONFIDENTIAL

LNE-LIT24-006448217

 **PER CAP & PRODUCT MIX**

**Gross Per Cap**

| Line of Business | 2019 | 2022 | 2023 | 2024 | 23 to 24 Δ | % |
|---|---|---|---|---|---|---|
| Large Amps | $21.50 | $26.37 | $28.38 | $28.31 | ($0.07) | (0%) |
| Boutique Amps | $16.29 | $23.45 | $24.56 | $26.00 | +$1.44 | +6% |
| **Total** | **$20.84** | **$25.94** | **$27.78** | **$27.98** | **+$0.20** | **+1%** |

**Units per Fan Large Amps**

| Category | 2019 | 2022 | 2023 | 2024 | 23 to 24 Δ | % | |
|---|---|---|---|---|---|---|---|
| NA Bev | 0.31 | 0.44 | 0.48 | 0.44 | (0.04) | (9%) | Down (0.05) Units per Fan |
| Food | 0.42 | 0.47 | 0.51 | 0.50 | (0.01) | (2%) | |
| Wine | 0.03 | 0.04 | 0.02 | 0.03 | 0.01 | +33% | |
| Seltzer | 0.05 | 0.17 | 0.14 | 0.13 | (0.01) | (8%) | |
| Liquor (ex Live Juice) | 0.29 | 0.26 | 0.22 | 0.20 | (0.02) | (10%) | Down (0.12) Units per Fan |
| Live Juice | 0.01 | 0.12 | 0.21 | 0.16 | (0.05) | (31%) | |
| Prem/Craft Beer | 0.37 | 0.35 | 0.39 | 0.34 | (0.05) | (15%) | |
| Domestic Beer | 0.36 | 0.26 | 0.23 | 0.23 | 0.00 | +0% | |
| **Subtotal** | **1.84** | **2.11** | **2.20** | **2.03** | **(0.17)** | **(8%)** | |

**Gross Per Cap Large Amps**

| Category | 2019 | 2022 | 2023 | 2024 | 23 to 24 Δ | % |
|---|---|---|---|---|---|---|
| NA Bev | $1.82 | $2.39 | $2.54 | $2.98 | +$0.44 | +15% |
| Food | $3.49 | $4.56 | $5.28 | $5.70 | +$0.43 | +8% |
| Wine | $0.78 | $0.72 | $0.56 | $0.61 | +$0.05 | +8% |
| Seltzer | $0.78 | $2.62 | $2.33 | $2.11 | ($0.22) | (10%) |
| Liquor (ex Live Juice) | $3.59 | $4.42 | $4.05 | $3.86 | ($0.18) | (5%) |
| Live Juice | $0.32 | $2.50 | $4.43 | $3.83 | ($0.60) | (16%) |
| Prem/Craft Beer | $5.64 | $5.38 | $5.95 | $5.90 | ($0.05) | (1%) |
| Domestic Beer | $5.09 | $3.78 | $3.24 | $3.31 | +$0.06 | +2% |
| **Subtotal** | **$21.50** | **$26.37** | **$28.38** | **$28.31** | **($0.07)** | **(0%)** |

8

HIGHLY CONFIDENTIAL

LNE-LIT24-006448218



# F&B DATA : MID-AUGUST PRICING IMPACT

Since August 22 re-pricing, we saw +$1.51 growth in Per Caps; however, fans are buying less with a -5% decline in Orders per Fan and -6% decline in Units per Fan.

|  | Before | After | Var | Var % |
|---|---|---|---|---|
| SHOW COUNT | 836 | 387 |  |  |
| TOTAL REVENUE | $222.9M | $110.0M |  |  |
| TOTAL DROP | 8.22M | 3.84M |  |  |
| **PER FAN** | **$27.12** | **$28.63** | **$1.51** | 6% |
|  |  |  |  |  |
| Orders Per Fan | 1.10 | 1.04 | (0.06) | -5% |
| Units per Fan | 2.04 | 1.92 | (0.12) | -6% |
| Avg Order Size | $26.78 | $29.51 | $2.72 | 10% |
| Avg Unit Price | $13.29 | $14.90 | $1.60 | 12% |



HIGHLY CONFIDENTIAL

LNE-LIT24-006448219



# F&B ORDERS OVER LIFE OF SHOW

- As fans enter the venue, Orders Per Fan are flat; More fans are opting out of the 'second drink'.
- Seeing a 15% decline during intermissions and 25% decline once headliners on stage.
- The August re-pricing accelerated the pullback even further.









Appetize venues only

HIGHLY CONFIDENTIAL

LNE-LIT24-006448220

 **F&B FAN SEGMENTS**

- **Adult Rock & Adult Other** : Continued growth in core segment - High Per Cap, growing $1-$2, APF up $2+
- **Older Adult** : Struggling with a growing segment - Per Cap declined over $2 and APF went backwards
- **Family** : Showing success with genre action plans - Per Cap increased $3.59 and APF +$9
- **Teen** : Struggling to find growth in this segment - Per Cap flat and APF not growing enough

**Adult Rock**

|  | 2023 | 2024 | Variance |
|---|---|---|---|
| % of Drop | 34% | 33% | 0% |
| F&B Per Cap | $29.68 | $31.59 | +$1.91 |
| APF | $41.36 | $43.50 | +$2.14 |

**Family**

|  | 2023 | 2024 | Variance |
|---|---|---|---|
| % of Drop | 4% | 13% | 9% |
| F&B Per Cap | $17.29 | $20.89 | +$3.59 |
| APF | $32.68 | $41.52 | +$8.84 |

**Adult Other**

|  | 2023 | 2024 | Variance |
|---|---|---|---|
| % of Drop | 35% | 18% | -17% |
| F&B Per Cap | $30.89 | $31.81 | +$0.92 |
| APF | $43.64 | $46.54 | +$2.90 |

**Adult + Teen**

|  | 2023 | 2024 | Variance |
|---|---|---|---|
| % of Drop | 20% | 21% | 1% |
| F&B Per Cap | $26.01 | $26.37 | +$0.36 |
| APF | $39.43 | $40.14 | +$0.71 |

**Older Adults**

|  | 2023 | 2024 | Variance |
|---|---|---|---|
| % of Drop | 5% | 10% | 5% |
| F&B Per Cap | $27.47 | $25.41 | ($2.06) |
| APF | $39.39 | $39.05 | ($0.35) |

**Teen**

|  | 2023 | 2024 | Variance |
|---|---|---|---|
| % of Drop | 2% | 5% | 3% |
| F&B Per Cap | $15.77 | $15.85 | +$0.08 |
| APF | $32.27 | $33.75 | +$1.48 |

11

HIGHLY CONFIDENTIAL

LNE-LIT24-006448221

 **BUSINESS ASSESSMENT – F&B**

HIGHLY CONFIDENTIAL

12

LNE-LIT24-006448222

 **2025 MISSIONS – F&B**

HIGHLY CONFIDENTIAL

13

LNE-LIT24-006448223



ORG LEADERSHIP – F&B

Head of F&B
Andy Yates

Legend
Direct Report - Head of Group
Direct Report - Other Leader
2025 Hire

**Indoors**

Head of Club F&B
Miles Jenson

Regional Manager
Britney Murphy

Regional Manager
Kyle Burey

Head of Ballroom F&B
Nicholas Eckerman

Regional Manager
Jay Daugherty

Regional Manager
Ashley Jacobs

**Amps**

Regional Director
Julian Dennison

Regional Manager VIP
Stephanie Valenti

Regional Director
Joseph Rich

Regional Manager VIP
Nicholas Sweet

Regional Director
Jeff Darvell

Regional Manager VIP
Phil West

Regional Director
Carl Greenberg

Regional Manager VIP
Richard Contreras

Regional Director
Maureen Lynch

Regional Manager VIP
Stephen Bateman

Regional Director
Jared Valentine

Regional Manager VIP
Robert Katz

Underperforming Amps
TBD

**Venue Support**

Culinary Operations Director
Ryan DeRieux

Culinary Operations Director
Chad Lewis

Prem. Svcs & Special Proj. Dir.
Paige Vicari

Project Manager
Kristina Fernandez

New Venues
TBD

New Products (Older Adult, Teens)
TBD

**Koko's**

Culinary Operations Director
Philip Sulecki

Head Chef
Isaac Guzman

Head Brewer
Katie Lowe

Source: Workday as of 5/13/24 and Outlook directory as of 10/7/24

14

HIGHLY CONFIDENTIAL

LNE-LIT24-006448224



# AMP UPSELLS / FMF PARKING



HIGHLY CONFIDENTIAL

LNE-LIT24-006448225

 # KEY METRICS – UPSELLS / FMF PARKING









Revenue & Per Cap based on F09 including Camping; Avg Price based on TM data; Fan Penetration defined as TM Upsell Tickets / Reported Drop Count

16

HIGHLY CONFIDENTIAL

LNE-LIT24-006448226



# KEY METRICS – PREMIER PARKING

- 19% growth in revenue driven by 11% increase in fans and 7% increase in Per Cap
- Average Price has increased 26% since 2022 without any pullback on Fan Penetration %
- 90% of sales in Advance / 10% Onsite









Revenue & Per Cap based on TM data; Fan Penetration defined as TM Units / Reported Drop Count

17

HIGHLY CONFIDENTIAL

LNE-LIT24-006448227



# KEY METRICS – LAWN CHAIRS

- 47% growth in revenue driven by 11% increase in fans and 33% increase in Per Cap
- Higher Fan Penetration from policy to no longer allow outside lawn chair in most venues
- Average Price has increased 45% since 2022 without any pullback on Fan Penetration %
- 40% of sales in Advance / 60% Onsite









Revenue & Per Cap based on TM data; Fan Penetration defined as TM Units / Reported Drop Count

HIGHLY CONFIDENTIAL

LNE-LIT24-006448228



# KEY METRICS – VIP CLUB

- 13% growth in revenue driven by 11% increase in fans; Per Cap flat since 2022
- Tapped out on sellable capacity from sharing space with PSS, limiting the growth in Fan Penetration
- Average price hovering around $70, with hotter shows commanding $100 and weaker shows $50-$60
- 71% of sales in Advance / 29% Day of Show









Includes Primary & Secondary Clubs; Revenue & Per Cap based on TM data; Fan Penetration defined as TM Units / Reported Drop Count

19

HIGHLY CONFIDENTIAL

LNE-LIT24-006448229

 # KEY METRICS – FMF / PARKING









FMF includes Regular Parking rolled into Ticket Price & COGS; Discount includes Concert Week, Summer's Live, Value Channels, Lawn Pass ($0 Fee); Per Fan is Drop Count

HIGHLY CONFIDENTIAL

LNE-LIT24-006448230

20

 **BUSINESS ASSESSMENT – UPSELLS / FMF PARKING**

HIGHLY CONFIDENTIAL

LNE-LIT24-006448231

 **2025 MISSIONS – UPSELLS / FMF PARKING**



# ORG LEADERSHIP – ANCILLARY EXPERIENCES

**Legend**

| Direct Report - Head of Group |
| Direct Report - Other Leader |
| 2025 Hire |

**Head of Ancillary Experiences**
**Matt Prieshoff**

| Head of Ticketing<br>Ben Baker | Head of Ancillary Products<br>Dylan Greer | Head of Merchandise<br>Prem Shah | Head of Fan Hospitality<br>Kate Lieberman | VP of Process Management<br>Stephanie Steele |
|---|---|---|---|---|
| VN Ticketing VP<br>Brittany Sardo | Ancillary Product Pricing Mgr<br>Jordan Schroeder | Regional Manager<br>Frank Logiudi | Inclusivity & Wellbeing Dir<br>Chantal Diaz | Process Management Mgr<br>Valerie Tov |
| VN Ticketing VP<br>Delaine McCarthy | Ancillary Product Manager<br>Samantha Paige | Regional Manager<br>Jennifer Fair | Fan Services & Accessibility Dir<br>Jen Ball | Process Management Mgr<br>Melissa Osburn |
| VN Ticketing Director<br>Nina Richas | Ancillary Product Manager<br>Hayden Buttner | Regional Manager<br>Michael Moynihan | Senior Regional Manager<br>Al Bohan | Executive Admin Assistant<br>Luis Richell |
| Ticket Ops Director<br>Andrew Albrechtsen | Manager, The Gorge<br>TBD | Regional Manager<br>Sam Maldi | Senior Regional Manager<br>David Anderson | Executive Admin Assistant<br>Alex Vaughan |
| Regional Ticketing Director<br>Simone Kamphues | Head of Parking<br>TBD | Regional Manager<br>Willard Woodrow | Senior Regional Manager<br>Kelley Dent | New Venues (2)<br>TBD |
| Regional Ticketing Director<br>Chris O'Connor | | | Fan Services Coordinator<br>Kiara Lesema | |
| Regional Ticketing Director<br>Christopher Bennett | | | | |
| Regional Ticketing Director<br>Dahlia Sanchez | | | | |
| Regional Ticketing Director<br>John Sherwood | | | | |
| Regional Ticketing Director<br>Katie Novotny | | | | |
| Regional Ticketing Director<br>Robert Sanders | | | | |
| Regional Ticketing Director<br>Taylor Morton | | | | |
| Regional Ticketing Director<br>Sam Rigney | | | | |

Source: Workday as of 5/13/24 and Outlook directory as of 10/7/24

23

HIGHLY CONFIDENTIAL

LNE-LIT24-006448233





HIGHLY CONFIDENTIAL

LNE-LIT24-006448234



# KEY METRICS – PREMIUM









HIGHLY CONFIDENTIAL

LNE-LIT24-006448235

 **BUSINESS ASSESSMENT – PREMIUM**

HIGHLY CONFIDENTIAL

26

LNE-LIT24-006448236

 **2025 MISSIONS – PREMIUM**

HIGHLY CONFIDENTIAL

27

LNE-LIT24-006448237



# ORG LEADERSHIP – PREMIUM

Legend

| Direct Report - Head of Group |
| Direct Report - Other Leader |
| 2025 Hire |

**Head of Premium**
**Bryan Dockett**

**VP – National Sales**
**Tonya Sharpe**

- Regional Director of Sales
  Benjamin Krakower
- Regional Director of Sales
  Brian Gariepy
- Regional Director of Sales
  Carla Ayresworth
- Regional Director of Sales
  Gerrod Kesselman
- Regl. Prem. Sales Coordinator
  Carl Melley

**VP – National Sales**
**Louis Giangola**

- Regional Director of Sales
  Jeff Fletcher
- Regional Director of Sales
  Joe Bergandino
- Regional Director of Sales
  Josh Beachler
- Regional Director of Sales
  Matthew Auelbari
- Regl. Prem. Sales Coordinator
  Aver Schwarz
- Director of Premium Sales
  TBD

**VP – Premium Seat Sales**
**Alison Oliverio**

- Nat'l Prem. Sales Ops VP
  Joseph Pott
- Nat'l Sales Ops Coordinator
  Lizzee Kusachi
- Sales Admin Coordinator
  Sydney Larousse

**VP – National Sales**
**Crystal Sullivan**

Source: Workday as of 5/13/24 and Outlook directory as of 10/7/24

28

HIGHLY CONFIDENTIAL
LNE-LIT24-006448238



AMP OPERATIONS



HIGHLY CONFIDENTIAL

LNE-LIT24-006448239

 **KEY METRICS – AMP ARTIST & FAN SATISFACTION**









30

HIGHLY CONFIDENTIAL

LNE-LIT24-006448240

# KEY METRICS – AMP OPS











HIGHLY CONFIDENTIAL

LNE-LIT24-006448241

 **BUSINESS ASSESSMENT – AMP OPS**

HIGHLY CONFIDENTIAL

LNE-LIT24-006448242



## 2025 MISSIONS – AMP OPS



ORG LEADERSHIP – LARGE VENUES (AMPS & THEATRES): I/III

Source: Workday as of 5/13/24 and Outlook directory as of 10/7/24
Note: additional employees may report to RVP (e.g. Ops Mgr, etc.); only GM (or proxy) shown by venue

HIGHLY CONFIDENTIAL

LNE-LIT24-006448244

34



HIGHLY CONFIDENTIAL

LNE-LIT24-006448245



# ORG LEADERSHIP – LARGE VENUES (AMPS & THEATRES): III/III

**Legend**

Direct Report - Head of Group

Direct Report - Other Leader

2025 Hire

**Head of Large Venue Operations**
**Karl Adams**

**Support - Managers**

| HR VP<br>Melissa Smith | Sustainability Director<br>Brett Blumberg | 3rd Party Program. VP<br>Velena Vego | Head of Artist Hospitality<br>Julie Briggs | General Manager<br>DJ Lindfors |
|---|---|---|---|---|
| VP Training Director<br>Braxton Luder | Sustainability Manager<br>Julia Henderson | 3rd Party Programming Director<br>Jonathan Rosas | Regional Director<br>Jamie Parker | Regional Facilities Manager<br>Gregory Gates |
| Onboarding Specialist<br>Jake Engstrom | Sustainability Manager<br>Sophie Mailey | 3rd Party Programming Manager<br>Jennifer Mendez | Regional Director<br>Ronald-Wade Owens | Regional Facilities Manager<br>Tiffany Simon |
| HR Generalist<br>Jamie Gallagher | Regional Zero Waste Manager<br>Peter Consigos | | Catering Nat'l Director<br>Cindi Wilson | |
| HRIS Analyst<br>William Shepard | Nat'l Sustainability Coordinator<br>Sara Flores | | Artist Services Coordinator<br>Alexa Buzzella | |
| Regional HR Manager<br>Katia Lumier | | | Artist Services Administrator<br>Maya Rover | |
| Regional HR Manager<br>Catherine Steffan | | | | |

**Support – Individual Contributors**

| Operations Director<br>John Nieman | Production Director<br>David Helberg | Backstage Catering Dir.<br>Heather Feher | Labor & Show Costs<br>TBD |
|---|---|---|---|

Source: Workday as of 5/13/24 and Outlook directory as of 10/7/24

36

HIGHLY CONFIDENTIAL

LNE-LIT24-006448246





HIGHLY CONFIDENTIAL

LNE-LIT24-006448247



# 2024 – 2025 AMP APF WATERFALL

$41.07

$0.97

$1.03

$0.25

$0.07

$0.70

| 2024F | F&B | Upsells | Parking | Merch | Ticket APF | 2025 Target |
|-------|-----|---------|---------|-------|-----------|-------------|
| | $0.67 Pricing | $0.20 Backyard (4) | Unbundle (5) | | $0.34 High Price Tix | |
| | $0.20 Capex | $0.48 Prem. Pkg | | | $0.36 Discount % | |
| | $0.10 Other | $0.27 Lawn Chair | | | back to 20% (23A) | |
| | | $0.06 Unbundle PSS (4) | | | | |
| | | $0.02 Other | | | | |

38

HIGHLY CONFIDENTIAL

LNE-LIT24-006448248

 **2024 – 2025 AMP PREMIUM REVENUE WATERFALL**

$104.5M · $3.5M · $4.5M · $2.0M · $0.8M · $2.5M · $6.0M

| 2024F | Show Count | Pricing | Sell Through | Unbundled Clubs | Cap Ex * | New Venues ** | 2025 Target |

\* Capex: Xfinity Center/Utah First premium overhaul
\*\* New Venues: Shakopee/Birmingham/Richmond

39

HIGHLY CONFIDENTIAL

LNE-LIT24-006448249

## AMP - DRIVERS FOR MULTI-YEAR CM GROWTH



HIGHLY CONFIDENTIAL

LNE-LIT24-006448250



INDOORS



HIGHLY CONFIDENTIAL

LNE-LIT24-006448251



# KEY METRICS – LARGE THEATERS









HIGHLY CONFIDENTIAL

LNE-LIT24-006448252

 # LARGE THEATER NET APF BREAKDOWN

- **Ticket APF ($0.81)** – Drop % headwind and lower ATP impacting service charges + discount % increased from 3% to 6%, offset favorably by higher FMF from standardization

- **On Site APF +$0.37** -(Merch -$0.12 / Upsells -$0.55 / F&B +$1.04)
    - **Merch :** Increase in Comedy shows (Low Per Cap); Lower Rap and Alt/Rock Per Caps
    - **Upsells :** Impact from shifting NOS Upsells to Manifest
    - **F&B :** Improved Point of Sale ratio, shaker cup growth, and growth in ultra prem. liquor

| Category | 2019 | 2022 | 2023 | 2024 | 23 to 24 Δ | % |
|---|---|---|---|---|---|---|
| FMF / Parking | $3.59 | $3.14 | $3.36 | $3.49 | +$0.14 | +4% |
| Service Charges | $10.11 | $11.77 | $12.60 | $11.65 | ($0.95) | (8%) |
| **Ticket APF** | **$13.70** | **$14.90** | **$15.95** | **$15.14** | **($0.81)** | **(5%)** |
| Merch | $0.68 | $1.85 | $1.62 | $1.50 | ($0.12) | (8%) |
| Upsells | $1.04 | $2.97 | $3.74 | $3.19 | ($0.55) | (17%) |
| Food & Beverage | $8.08 | $10.20 | $9.57 | $10.60 | +$1.04 | +10% |
| **On Site APF** | **$9.80** | **$15.02** | **$14.92** | **$15.29** | **+$0.37** | **+2%** |
| **Net APF** | **$23.50** | **$29.93** | **$30.88** | **$30.44** | **($0.44)** | **(1%)** |

43

HIGHLY CONFIDENTIAL

LNE-LIT24-006448253



# KEY METRICS – SMALL THEATERS



## # SHOWS & AVERAGE PAID

+29%

| | 2019 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| # Shows | 1,830 | 1,779 | 1,934 | 2,498 |
| Avg Paid | 1,370 | 1,417 | 1,431 | 1,361 |



## F&B PER CAP

+4%

| 2019 | 2022 | 2023 | 2024 |
|---|---|---|---|
| $13.56 | $15.25 | $15.76 | $16.40 |



## APF

Ticket
On Site

OTRA Impact ($0.77)

-4%

| | 2019 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| Total | $21.32 | $26.22 | $27.90 | $26.78 |
| Ticket | $11.23 | $12.79 | $14.06 | $13.31 ($0.76) |
| On Site | $10.09 | $13.43 | $13.84 | $13.48 ($0.36) |



## AVG ECM

-28%

| 2019 | 2022 | 2023 | 2024 |
|---|---|---|---|
| $27K | $32K | $36K | $26K* |

*- Including OTRA cost of $3.7K per show

44

HIGHLY CONFIDENTIAL

LNE-LIT24-006448254



# SMALL THEATER NET APF BREAKDOWN

- **Ticket APF ($0.76)** – Drop % headwind, FMF standardization, and increase in discount tickets

- **On Site APF ($0.36)** -(Merch -$0.76 / Upsells +$0.11 / F&B +$0.29)
  - **Merch :** OTRA Impact
  - **Upsells :** Growth in Premier Parking
  - **F&B :** Improved Point of Sale ratio, shaker cup growth, and growth in ultra prem. liquor

| Category | 2019 | 2022 | 2023 | 2024 | 23 to 24 Δ | % |
|---|---|---|---|---|---|---|
| FMF / Parking | $3.08 | $2.95 | $2.97 | $2.47 | ($0.50) | (20%) |
| Service Charges | $8.15 | $9.84 | $11.10 | $10.84 | ($0.25) | (2%) |
| **Ticket APF** | **$11.23** | **$12.79** | **$14.06** | **$13.31** | **($0.76)** | **(6%)** |
| Merch | $0.71 | $1.32 | $0.92 | $0.16 | ($0.76) | (471%) |
| Upsells | $1.14 | $2.88 | $3.42 | $3.53 | +$0.11 | +3% |
| Food & Beverage | $8.24 | $9.24 | $9.50 | $9.78 | +$0.29 | +3% |
| **On Site APF** | **$10.09** | **$13.43** | **$13.84** | **$13.48** | **($0.36)** | **(3%)** |
| **Net APF** | **$21.32** | **$26.22** | **$27.90** | **$26.78** | **($1.12)** | **(4%)** |

45

HIGHLY CONFIDENTIAL

LNE-LIT24-006448255



# KEY METRICS – CLUB









*- Including OTRA cost of $3.7K per show

46

HIGHLY CONFIDENTIAL

LNE-LIT24-006448256



# CLUBS NET APF BREAKDOWN

- **Ticket APF ($0.70)** – Lower FMF from standardization, Drop % shift headwind, and increase in discount tickets per show

- **On Site APF ($0.13)** -(Merch -$0.72 / Upsells -$0.25 / F&B +$0.84)
    - **Merch** : OTRA Impact
    - **Upsells** : Impact from shifting NOS Upsells to Manifest
    - **F&B** : Cashless, tax on top, and growth in ultra prem. liquor

| Category | 2019 | 2022 | 2023 | 2024 | 23 to 24 Δ | % |
|---|---|---|---|---|---|---|
| FMF / Parking | $2.01 | $2.18 | $2.08 | $1.59 | ($0.49) | (31%) |
| Service Charges | $6.31 | $7.89 | $8.78 | $8.56 | ($0.21) | (2%) |
| **Ticket APF** | **$8.32** | **$10.07** | **$10.85** | **$10.15** | **($0.70)** | **(7%)** |
| Merch | $0.65 | $1.00 | $0.70 | ($0.01) | ($0.72) | +5943% |
| Upsells | $1.31 | $2.46 | $2.70 | $2.45 | ($0.25) | (10%) |
| Food & Beverage | $8.93 | $9.57 | $9.33 | $10.17 | +$0.84 | +8% |
| **On Site APF** | **$10.89** | **$13.03** | **$12.74** | **$12.61** | **($0.13)** | **(1%)** |
| **Net APF** | **$19.22** | **$23.10** | **$23.59** | **$22.76** | **($0.83)** | **(4%)** |

47

HIGHLY CONFIDENTIAL

LNE-LIT24-006448257



# KEY METRICS – HOB









*- Including OTRA cost of $3.6K per show

48

HIGHLY CONFIDENTIAL

LNE-LIT24-006448258

 **HOB NET APF BREAKDOWN**

- **Ticket APF +$0.33** – FMF flat, Service Charges up slightly

- **On Site APF ($0.24)** -(Merch -$0.47 / Upsells -$0.03 / F&B +$0.27)
    - **Merch :** OTRA Impact
    - **F&B :** Cashless, tax on top, and growth in ultra prem. liquor

| Category | 2019 | 2022 | 2023 | 2024 | 23 to 24 Δ | % |
|---|---|---|---|---|---|---|
| FMF / Parking | $2.41 | $2.61 | $2.63 | $2.62 | ($0.01) | (1%) |
| Service Charges | $6.75 | $8.94 | $9.60 | $9.94 | +$0.34 | +3% |
| **Ticket APF** | **$9.16** | **$11.55** | **$12.23** | **$12.56** | **+$0.33** | **+3%** |
| Merch | $0.70 | $1.24 | $0.63 | $0.16 | ($0.47) | (297%) |
| Upsells | $1.27 | $6.07 | $6.49 | $6.46 | ($0.03) | (1%) |
| Food & Beverage | $12.22 | $13.63 | $13.00 | $13.27 | +$0.27 | +2% |
| **On Site APF** | **$14.19** | **$20.94** | **$20.13** | **$19.89** | **($0.24)** | **(1%)** |
| **Net APF** | **$23.35** | **$32.49** | **$32.35** | **$32.44** | **+$0.09** | **+0%** |

49

HIGHLY CONFIDENTIAL

LNE-LIT24-006448259

 **BUSINESS ASSESSMENT – INDOORS**

HIGHLY CONFIDENTIAL

LNE-LIT24-006448260

 **2025 MISSIONS – INDOORS**

HIGHLY CONFIDENTIAL

LNE-LIT24-006448261



# Indoor OTRA avg show ECM walk vs 2023



**ECM decline of ($6k) or (27%) driven by:**

- ATP +$1.88 vs. 2023
- Avg paid (21) below 2023 (x ATP)
- Talent Cost per show driven by 2.8% increase and higher ATP
- Variable increases in Adv, Prod, Ops (excl. Min Wage)
- Min Wage rate increase is YTD Ops impact per show
- Fees lower on (21) fewer avg paid, ($0.35) per drop hit (($0.04) per paid)
- Onsite ($0.62) vs. 2023: Merch & Upsells are ($0.98)
- OTRA Bonus: Avg impact of full year program vs. Q4 2023

HIGHLY CONFIDENTIAL

LNE-LIT24-006448262



# ORG LEADERSHIP – INDOORS (HOBS)

Legend

Direct Report - Head of Group



**Head of HOBs**
TBD

**GMs**

**Support**

| | | |
|---|---|---|
| Anaheim<br>CB Demiralp | Las Vegas<br>Brian Kline | Head of Venue Ops BBs/Cap.<br>Rachel Baron |
| Chicago<br>Suzanne Conway | Myrtle Beach<br>Eric Salomon | Head of Rest / Foundation Room<br>Victor Sutter |
| Cleveland<br>Scott Kapp | New Orleans<br>I.V. Miller | Venue Merchandise Nat'l Dir.<br>Aidyn Woodward |
| Dallas<br>Joel Stephenson | Orlando<br>Nicos Charalambous | HR Business Partner Director<br>Michele Burgess |
| Houston<br>Angelo Martelli | San Diego<br>Gina Argerake | Concert Ops Sr Coordinator<br>Vickie Hill |

Source: Workday as of 5/13/24 and Outlook directory as of 10/7/24

53

HIGHLY CONFIDENTIAL

LNE-LIT24-006448263

 **ORG LEADERSHIP – INDOORS (CLUBS)**

**Legend**

Direct Report - Head of Group

**Head of Club Ops**
**Maggie Gessner**

GMs

| | | | |
|---|---|---|---|
| **Ace of Spades (Sacramento)** Kaylee Metzgar | **Emo's (Austin)** Annette Pairett | **Roxian Theatre (PA)** Jon Fleming | **The Fillmore (San Francisco)** Amie Baylie-Knobler |
| **Belasco (Los Angeles)** Danielle Rubio | **Gramercy Theatre (New York)** Mike Huie | **Saint Andrew's Hall (Detroit)** Mike Jones | **Theatre of Living Arts (Philly)** Nick Fanelli |
| **Bogart's (Cincinnati)** Christopher Goddard | **Irving Plaza (New York)** Matt Harris | **Scoot Inn (Austin)** Annette Pairett (same as Emo's) | **Varsity Theater (Minneapolis)** Joe DeStefano |
| **Buckhead Theatre (Atlanta)** Mark Kapuzniak | **Marquis (Denver)** Emma Sigley | **Summit Music Hall (Denver)** Emma Sigley (same as Marquis) | **Warsaw (Brooklyn)** Adam Romanowski |
| **Echo Lounge (Dallas)** Kelli Hovanec | **Observatory (OC)** Morgan Jefferson | **The Depot (Salt Lake City)** Troy Stubbs | **Business Development VP** David O'Connor |
| | **Observatory (San Diego)** Chris Flores | **The Echo (Los Angeles)** Ray Bowen | **Ops Coordinator** Melody Lam |

Source: Workday as of 5/13/24 and Outlook directory as of 10/7/24

54

HIGHLY CONFIDENTIAL

LNE-LIT24-006448264



# VN OVERALL



HIGHLY CONFIDENTIAL

LNE-LIT24-006448265

 **BUSINESS ASSESSMENT – OVERALL VN**

HIGHLY CONFIDENTIAL

56

LNE-LIT24-006448266



## 2025 MISSIONS – VN OVERALL

57

HIGHLY CONFIDENTIAL    LNE-LIT24-006448267



# FINANCIAL CONTEXT



58

HIGHLY CONFIDENTIAL

LNE-LIT24-006448268



# HOW WE DELIVERED 2024 AOI

$ Million



- **Perimeter AOI:** +$3.1m New & Full Year, ($1.1m) Fivepoint, ($1.9m) 2025 venues' fixed
- **Amp ECM:** +$73.4m Ancils: $64.8m on +174 shows / 1.5m drop, $8.6m on +$0.62 APF, ($4.1m) Venue Co-Promote, ($20.8m) higher Talent RebateTalent Cost per show driven by 2.8% increase and higher ATP
- **T&C ECM:** VN share of +$16.4m Ancils: $20.8m on on +743 shows / 0.7m drop, ($4.5m) on ($0.50) lower APF - Merch / upsells & Ticket Fees, ($32.7m) PP Loss: ($2.3k) variable per show / 2.3% higher talent fee, and ($1.7m) VN PP Loss, ($3.2m) 2023 TM $ held on VNMin Wage rate increase is YTD Ops impact per show
- **PSS:** +$14.6m Amps, ($1.3m) T&C, ($1.1m) 3P to Talent in 2024
- **Sp Events:** +$3.9m Amps, +$4.6m T&C
- **Non-ECM Other:** ($17.8m) OTRA Band Payments, ($11.2m) 2023 Talent Penalty ($5.8m) non-Evt Labor, offset higher Rentals, CC, Event Rent & CVR lower
- **Fixed Exp:** +$31.3m Bonus: $13m non-recurring OTRA / $18.3m discretionary removed, $17.4m R&M: 2023 accel + 2024 reductions, ($17.1m) Salary & Benefit, ($6.6m) Tech, ($5.7m) Rent / Utils, +$0.7m var

59

HIGHLY CONFIDENTIAL

LNE-LIT24-006448269

 **2024 DASHBOARD**

| FINANCIAL | 2022 | 2023 | 2024 (F09) | CAGR |
|---|---|---|---|---|
| AOI | ($20) | $0 | $46 | 0.0% |
| Revenue | $729 | $853 | $926 | 12.8% |
| Contribution Margin | $417 | $505 | $534 | 13.1% |
| Fixed Cost | $437 | $505 | $488 | 5.7% |
| Fixed/CM (%) | 105% | 100% | 91% | |
| AOI Margin (%) | (2.7%) | 0.0% | 5.0% | 0.0% |
| Headcount | 1,165 | 1,308 | 1,497 | 13.4% |
| Total Capex | $146 | $167 | $171 | 8.2% |
| Rev Gen | $100 | $127 | $140 | 18.1% |
| Maintenance | $46 | $40 | $32 | (17.2%) |

* Figures in $m
* Venue Nation Rev, CM and AOI are net of Talent Rebate payment

| OPERATIONAL METRICS | 2022 | 2023 | 2024F | CAGR (%) |
|---|---|---|---|---|
| **Amps** | | | | |
| Paid Attendance | 13.5 | 13.6 | 14.8 | 4.8% |
| APF (Drop) | $37.14 | $40.67 | $41.20 | 5.3% |
| F&B Gross | $25.96 | $27.79 | $27.98 | 3.8% |
| Upsells | $1.98 | $2.45 | $2.66 | 16.1% |
| Fees (Paid) | $16.65 | $18.10 | $17.39 | 2.2% |
| Ops / Paid | $5.87 | $5.70 | $6.52 | 5.4% |
| PSS CM | $69.5 | $70.4 | $83.4 | 9.5% |
| Sp Event CM | $12.6 | $14.2 | $18.0 | 19.4% |
| **Indoors** | | | | |
| Paid Attendance | 8.2 | 9.0 | 10.1 | 11.4% |
| APF (Drop) | $27.20 | $27.94 | $27.35 | 0.3% |
| F&B Gross | $17.03 | $16.68 | $17.68 | 1.9% |
| Upsells | $2.51 | $2.87 | $2.58 | 1.4% |
| Fees (Paid) | $10.82 | $12.01 | $11.86 | 4.7% |
| Ops / Paid | $4.24 | $4.28 | $5.25 | 11.3% |
| PSS CM | $7.8 | $7.8 | $7.6 | -1.1% |
| Sp Event CM | $51.7 | $61.4 | $67.0 | 13.8% |

* Figures in ($M)
* 2024 reflects F09 forecast
* Upsells reflects Other Evt CM (no Prem Pkg / Camping)

HIGHLY CONFIDENTIAL

60

LNE-LIT24-006448270



# P&L BY LOB/PRODUCT

P1 of 2

Venue Nation AOI Trend by LOB ($MMs)

| | | 2022 | 2023 | 2024 F09 | 2022-24 CAGR | Per Paid Data 2022 | 2023 | 2024 F09 | 2022-24 CAGR |
|---|---|---|---|---|---|---|---|---|---|
| **Large Amps - Same Store** | Paid attendance | 11,062,840 | 11,068,472 | 12,695,008 | 7.1% | | | | |
| | Promoter Profit | ($161.2) | ($132.5) | ($181.7) | 6.2% | ($14.57) | ($11.97) | ($14.32) | -0.9% |
| | Ancillary CM | $391.4 | $430.7 | $505.7 | 13.7% | $35.38 | $38.92 | $39.84 | 6.1% |
| | Service Charge Rebate + Parking / FMF | $187.8 | $204.9 | $225.2 | 9.5% | $16.98 | $18.51 | $17.74 | 2.2% |
| | F&B + Merch + Upsells | $200.7 | $223.3 | $277.7 | 17.6% | $18.14 | $20.18 | $21.87 | 9.8% |
| | Camping CM | $2.9 | $2.5 | $2.9 | -0.1% | | | | |
| | PSS, Special Events / Rental CM | $78.9 | $75.7 | $95.9 | 11.6% | | | | |
| | Non Event Other | ($25.4) | ($54.2) | ($52.2) | 43.2% | | | | |
| | Fixed cost | ($114.8) | ($112.3) | ($105.8) | -4.0% | | | | |
| | Other Venue CM | $0.2 | $2.9 | ($2.6) | 0.0% | | | | |
| | Large amp AOI before Talent payments | $167.2 | $210.4 | $259.3 | 24.5% | $15.11 | $19.01 | $20.43 | 16.3% |
| | Payments to Talent | ($66.7) | ($105.8) | ($81.8) | 10.8% | ($6.02) | ($9.56) | ($6.45) | 3.4% |
| | **Large Amp AOI** | **$100.5** | **$104.6** | **$177.5** | **32.9%** | **$9.09** | **$9.45** | **$13.98** | **24.0%** |
| **Boutique Amps - Same Store** | Paid attendance | $2.0 | $2.0 | $1.9 | -1.9% | | | | |
| | Promoter Profit | ($20.2) | ($16.1) | ($30.5) | 22.8% | | | | |
| | Ancillary CM | $55.8 | $60.8 | $61.1 | 4.7% | $27.63 | $30.71 | $31.44 | 6.7% |
| | All Other CM less fixed costs | ($17.9) | ($23.8) | ($21.2) | 8.6% | | | | |
| | Boutique amp AOI before Talent payment | $17.6 | $20.9 | $9.4 | -26.7% | $8.72 | $10.56 | $4.86 | -25.3% |
| | Payments to Talent | ($17.2) | ($17.7) | ($4.8) | -47.1% | ($8.52) | ($8.95) | ($2.48) | -46.1% |
| | **Boutique Amp AOI** | **$0.4** | **$3.2** | **$4.6** | **237.4%** | **$0.20** | **$1.61** | **$2.38** | **243.8%** |
| **Theathers and Same Store** | Paid attendance | $7.5 | $8.1 | $8.8 | 8.0% | | | | |
| | Theater and Ballroom AOI | $11.8 | $31.0 | $21.0 | 33.3% | $2.57 | $6.30 | $3.78 | 21.2% |
| | HOB AOI | $4.6 | $10.8 | $4.6 | -0.2% | $4.06 | $8.65 | $3.83 | -2.8% |
| | Club AOI | ($8.4) | ($4.5) | ($8.3) | -0.5% | ($4.64) | ($2.27) | ($4.09) | -6.1% |
| | **Total Theaters & Clubs AOI** | **$8.1** | **$37.3** | **$17.3** | **46.5%** | **$1.07** | **$4.57** | **$1.97** | **35.7%** |
| | Central Non-Event (OTRA etc.) | ($0.7) | $5.9 | ($26.1) | 493.9% | 2023 Penalty credit, 2024 OTRA | | | |
| | F&B Mgmt Company (Amp) | ($7.5) | ($2.5) | ($4.6) | -21.3% | | | | |
| | Central Fixed Cost | ($119.4) | ($166.8) | ($146.0) | 11.3% | | | | |
| | **Same Store Venue Nation Controlled AO** | **($18.5)** | **($18.4)** | **$20.8** | **0.0%** | | | | |

61

LNE-LIT24-006448271

# LIVE NATION P&L BY LOB/PRODUCT

P2 of 2

**Venue Nation AOI Trend by LOB ($MMs)**

| | 2022 | 2023 | 2024 F09 | 2022-24 CAGR |
|---|---|---|---|---|
| **Same Store Venue Nation Controlled AC** | ($18.5) | ($18.4) | $20.8 | 0.0% |
| New Venues | $1.7 | ($4.6) | ($2.7) | 0.0% |
| Brooklyn Bowl + Capital Theatre AOI | ($3.9) | ($9.1) | ($4.1) | 1.9% |
| Comedy Clubs | $1.2 | $2.3 | $2.4 | 43.9% |
| Moody's Center AOI | - | $29.9 | $29.6 | 0.0% |
| **Total Venue Nation AOI** | ($19.6) | $0.1 | $46.0 | 0.0% |
| | | | | |
| **Special Events CM** | | | | |
| Large Amps | $9.3 | $10.0 | $13.7 | 21.3% |
| Boutique Amps | $3.1 | $4.0 | $4.3 | 17.3% |
| Theater and Ballroom | $18.6 | $20.5 | $23.7 | 12.8% |
| HOB | $20.9 | $25.8 | $26.8 | 13.3% |
| Club | $3.2 | $4.0 | $4.4 | 18.4% |
| New Venues | $1.0 | $0.3 | $1.1 | 3.4% |
| Brooklyn Bowl + Capital Theatre | $8.0 | $10.8 | $10.7 | 15.7% |
| Comedy Clubs | $0.2 | $0.2 | $0.1 | -4.7% |
| Moody's Center | - | - | - | 0.0% |
| Mgmt / Other | ($0.0) | - | - | -100.0% |
| **Total Venue Nation** | $64.4 | $75.6 | $85.0 | 14.9% |
| | | | | |
| **PSS CM** | | | | |
| Large Amps | $62.3 | $62.4 | $77.0 | 11.2% |
| Boutique Amps | $6.0 | $5.9 | $5.7 | 3.0% |
| Theater and Ballroom | $7.1 | $7.2 | $6.3 | -6.4% |
| HOB | $0.0 | $0.1 | $0.1 | 22.7% |
| Club | $0.6 | $0.4 | $0.0 | -76.5% |
| New Venues | $1.2 | $2.3 | $1.9 | 27.9% |
| Brooklyn Bowl + Capital Theatre | ($0.0) | - | - | -100.0% |
| Comedy Clubs | - | - | - | 0.0% |
| Moody's Center | - | - | - | 0.0% |
| Mgmt / Other | $6.8 | $0.9 | ($0.2) | 0.0% |
| **Total Venue Nation** | $84.1 | $79.1 | $90.8 | 3.9% |



New Venues, Other

**Perimeter Change (2022-2024)**

Chateau Ste. Michelle Winery (Woodinville)
Jacobs Pavilion at Nautica
Richmond Amphitheater
Allentown Club
St. Andrews Hall - Holding Company
The Queen
Warsaw (Brooklyn)
Bellhouse
Punchline Houston
FivePoint Amphitheater (Irvine)
Riverside MO Amp
The Peppermint Club
Long Island University Paramount Theater
The Fillmore Seattle
Tower Theater
Uptown Theater (Minneapolis)
Vibrant Music Hall (Waukee)
Virginia Beach Dome

*\* Includes pre-opening, closed and stub year venues*

HIGHLY CONFIDENTIAL

LNE-LIT24-006448272



# METRICS DASHBOARDS



HIGHLY CONFIDENTIAL

63

LNE-LIT24-006448273

 # DASHBOARD: VENUE NATION SHOWS AND FANS

| | 2019 | 2022 | 2023 | 2024 | 2025 Prelim | 2023-2024 Var. | % |
|---|---|---|---|---|---|---|---|
| **Shows** | | | | | | | |
| Large Amps | 900 | 1,025 | 941 | 1,060 | 1,053 | 119 | 13% |
| Boutique Amps | 408 | 490 | 505 | 526 | 526 | 21 | 4% |
| **Total Amps** | **1,308** | **1,515** | **1,446** | **1,586** | **1,579** | **140** | **10%** |
| | | | | | | | |
| Theaters/Ballrooms | 2,510 | 2,350 | 2,481 | 3,273 | 2,981 | 792 | 32% |
| Clubs | 2,200 | 2,528 | 2,807 | 3,071 | 3,141 | 264 | 9% |
| HOB | 1,292 | 1,082 | 1,172 | 1,214 | 1,214 | 42 | 4% |
| Comedy Clubs | 1,633 | 1,630 | 1,701 | 2,049 | 2,374 | 348 | 20% |
| Brooklyn Bowl/Cap. | 78 | 596 | 576 | 555 | 548 | (21) | -4% |
| **Total Indoor** | **7,713** | **8,186** | **8,737** | **10,162** | **10,258** | **1,425** | **16%** |
| | | | | | | | |
| **Total Shows** | **9,021** | **9,701** | **10,183** | **11,748** | **11,837** | **1,565** | **15%** |
| | | | | | | | |
| **Fans** | | | | | | | |
| Large Amps | 9.9 | 11.3 | 11.3 | 12.7 | 12.5 | 1.4 | 12% |
| Boutique Amps | 1.4 | 2.1 | 2.2 | 2.1 | 2.1 | (0.1) | -5% |
| **Total Amps** | **11.3** | **13.4** | **13.5** | **14.8** | **14.6** | **1.3** | **9%** |
| | | | | | | | |
| Theaters/Ballrooms | 4.5 | 4.5 | 4.8 | 5.9 | 5.2 | 1.0 | 22% |
| Clubs | 1.6 | 1.9 | 2.1 | 2.3 | 2.3 | 0.1 | 5% |
| HOB | 1.3 | 1.1 | 1.2 | 1.2 | 1.2 | (0.0) | -4% |
| Comedy Clubs | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.1 | 35% |
| Brooklyn Bowl/Cap. | 0.1 | 0.4 | 0.5 | 0.5 | 0.5 | (0.0) | -5% |
| **Total Indoor** | **7.6** | **8.2** | **9.0** | **10.1** | **9.6** | **1.2** | **13%** |
| | | | | | | | |
| **Total Paid** | **18.9** | **21.5** | **22.5** | **24.9** | **24.2** | **2.4** | **11%** |

HIGHLY CONFIDENTIAL

64

LNE-LIT24-006448274

 **DASHBOARD: AMP F&B**

| | 2019 | 2022 | 2023 | 2024 | 2025 Prelim | 2023-2024 Var. | % |
|---|---|---|---|---|---|---|---|
| **Amp APF ($)** | | | | | | | |
| Ticket APF | 15.81 | 18.42 | 19.60 | 18.55 | | (1.05) | (5%) |
| Onsite APF | 14.07 | 18.8 | 21.09 | 22.52 | | 1.43 | 7% |
| **Total APF** | **29.88** | **37.22** | **40.69** | **41.07** | | **0.38** | **1%** |
| | | | | | | | |
| **Large Amp Orders & Units** | | | | | | | |
| Orders per Fan | 1.00 | 1.09 | 1.16 | 1.09 | | (0.07) | (6%) |
| Units per Order | 1.84 | 1.94 | 1.90 | 1.86 | | (0.04) | (2%) |
| Food & NA Bev Units per Fan | 0.73 | 0.99 | 0.99 | 0.94 | | (0.05) | (5%) |
| Acohol Units per Fan | 1.11 | 1.20 | 1.21 | 1.09 | | (0.12) | (10%) |
| | | | | | | | |
| **Large Amp Spend Per Cap** | | | | | | | |
| Food & NA Bev | $5.31 | $6.95 | $7.82 | $8.68 | | $0.86 | 11% |
| Alcohol | $16.20 | $19.42 | $20.56 | $19.62 | | ($0.94) | (5%) |
| **Gross per Cap** | **$21.50** | **$26.37** | **$28.38** | **$28.31** | | **($0.07)** | **(0%)** |
| | | | | | | | |
| Average Order Size | $21.57 | $26.33 | $26.46 | $27.50 | | **$1.04** | **4%** |



65

LNE-LIT24-006448275

# LIVE NATION DASHBOARD: AMP UPSELLS & PREMIUM

| Upsells | 2019 | 2022 | 2023 | 2024 | 2025 Prelim | 2023-2024 Var. | % |
|---|---|---|---|---|---|---|---|
| **Total Upsells** | | | | | | | |
| Revenue ($M) | $33 | $62 | $78 | $92 | | $14 | 19% |
| Revenue Per Cap ($) | $2.46 | $4.34 | $5.28 | $5.85 | | $0.57 | 11% |
| Total Units (M) | 1.2 | 2.1 | 2.3 | 2.8 | | 0.5 | 22% |
| Fan Penetration | 11% | 17% | 19% | 20% | | 1% | 5% |
| | | | | | | | |
| **Premium Parking** | | | | | | | |
| Revenue ($M) | $14 | $29 | $36 | $43 | | $7 | 19% |
| Revenue Per Cap | $1.30 | $2.39 | $2.88 | $3.08 | | $0.20 | 7% |
| Average Price | $35 | $39 | $46 | $49 | | $3 | 5% |
| Fan Penetration | 3.7% | 6.1% | 6.2% | 6.3% | | 0.1% | 2% |
| | | | | | | | |
| **Lawn Chairs** | | | | | | | |
| Revenue ($M) | $3 | $8 | $13 | $19 | | $6 | 47% |
| Revenue Per Cap | $0.29 | $0.66 | $1.05 | $1.39 | | $0.34 | 33% |
| Average Price | $9 | $11 | $14 | $16 | | $2 | 15% |
| Fan Penetration | 3.4% | 6.2% | 7.6% | 8.8% | | 1.2% | 16% |
| | | | | | | | |
| **VIP Club** | | | | | | | |
| Revenue ($M) | $3 | $11 | $11 | $13 | | $2 | 13% |
| Revenue Per Cap | $0.32 | $0.91 | $0.91 | $0.93 | | $0.02 | 2% |
| Average Price | $47 | $63 | $72 | $69 | | ($3) | -4% |
| Fan Penetration | 0.7% | 1.4% | 1.3% | 1.3% | | 0.0% | 6% |
| | | | | | | | |
| **Premium** | | | | | | | |
| Total Revenue ($M) | $81 | $89 | $95 | $104 | | $9 | 9% |
| Box Sell Thru % | 64% | 71% | 70% | 69% | | -1% | -1% |
| Box Renewal Rate | 75% | ** | 77% | 83% | | 6% | 8% |
| Average Box Ticket Price | $156 | $183 | $197 | $213 | | $16 | 8% |

** - Not available due to partial 2021

66

HIGHLY CONFIDENTIAL

LNE-LIT24-006448276



# DASHBOARD: AMP OPERATIONS

| | 2019 | 2022 | 2023 | 2024 | 2025 Prelim | 2023-2024 Var. | % |
|---|---|---|---|---|---|---|---|
| **Satisfaction Metrics** | | | | | | | |
| Artist Satisfaction | | | 76% | 95% | 95% | 19% | |
| Fan Satisfaction w/ Staff | | 85% | 86% | 88% | 89% | 2% | |
| Fan Arrival Satisfaction | | 74% | 69% | 74% | 75% | 5% | |
| Fan Arrival Gorge | | 69% | 42% | 72% | 75% | 30% | |
| **Amp Ops** | | | | | | | |
| Ops Cost per Head | $4.52 | $5.89 | $5.97 | $6.65 | ▮ | $0.68 | 11% |
| R&M Fixed Cost ($M) | $19 | $19 | $23 | $11 | | ($12) | (52%) |
| Sustainability Diversion % | | | 42% | 77% | | 35% | |
| Lawnie Redemptions (K) | 59 | 281 | 415 | 722 | | 307 | 74% |



67

HIGHLY CONFIDENTIAL                                                LNE-LIT24-006448277



APPENDIX



HIGHLY CONFIDENTIAL

68

LNE-LIT24-006448278

# AMP VENUE QUADRANT: PER CAP & # FANS

Large Amps

**F&B PER CAP**



Off the charts:
Glen Helen : $44 / 73K Drop
Somerset : $35 / 46K Drop

**DROP COUNT**

69

HIGHLY CONFIDENTIAL

LNE-LIT24-006448279



# Indoor Summary

$ Million

| | Club / HOB / Sm Theaters (OTRA Venues) | | | Large Theaters (Non-OTRA) | | | TOTAL INDOOR | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2023 | 2024 F09 | Variance | 2023 | 2024 F09 | Variance | 2023 | 2024 F09 | Variance |
| **Combined Promoted ECM** | | | | | | | | | |
| Shows | 5,314 | 6,048 | 734 | 1,146 | 1,509 | 363 | 6,460 | 7,557 | 1,097 |
| Paid | 5,433,483 | 6,057,480 | 623,997 | 2,781,136 | 3,256,531 | 475,395 | 8,214,619 | 9,314,012 | 1,099,393 |
| Drop | 4,905,739 | 5,610,524 | 704,785 | 2,602,677 | 3,090,574 | 487,897 | 7,508,416 | 8,701,098 | 1,192,682 |
| Ticket Rev | $199.8 | $234.2 | $34.3 | $161.8 | $182.6 | $20.8 | $361.6 | $416.8 | $55.1 |
| Variable Expenses | ($62.2) | ($82.8) | ($20.7) | ($41.7) | ($61.5) | ($19.8) | ($103.9) | ($144.3) | ($40.5) |
| Talent Fees | ($146.1) | ($177.7) | ($31.6) | ($117.9) | ($136.2) | ($18.3) | ($264.0) | ($313.9) | ($49.9) |
| **Promoter Profit** | ($11.3) | ($29.2) | ($18.0) | ($1.7) | ($17.5) | ($15.8) | ($12.9) | ($46.7) | ($33.7) |
| Ancils | $134.8 | $148.8 | $14.0 | $78.1 | $91.6 | $13.5 | $212.9 | $240.4 | $27.5 |
| **Combined ECM (pre-OTRA bonus)** | $123.6 | $119.6 | ($4.0) | $76.4 | $74.2 | ($2.2) | $200.0 | $193.8 | ($6.2) |
| **OTRA Payments (Total)** | ($9.5) | ($27.3) | ($17.8) | - | - | - | ($9.5) | ($27.3) | ($17.8) |
| **Combined ECM (post-OTRA bonus)** | $114.1 | $92.2 | ($21.8) | $76.4 | $74.2 | ($2.2) | $190.5 | $166.4 | ($24.0) |
| **VENUE NATION** | | | | | | | | | |
| Combined ECM (pre-rebate) | $123.6 | $119.6 | ($4.0) | $76.4 | $74.2 | ($2.2) | $200.0 | $193.8 | ($6.2) |
| Talent Rebate (Promo)[2] | $47.7 | $48.6 | $0.9 | $27.1 | $28.7 | $1.6 | $74.7 | $77.3 | $2.5 |
| **VN ECM (post-rebate)[3]** | $75.9 | $71.0 | ($4.9) | $49.3 | $45.5 | ($3.9) | $125.3 | $116.5 | ($8.8) |
| Other CM | $50.6 | $47.6 | ($3.0) | $13.7 | $17.0 | $3.3 | $64.4 | $64.7 | $0.3 |
| Fixed Expense | ($105.3) | ($111.3) | ($6.0) | ($47.8) | ($50.4) | ($2.6) | ($153.1) | ($161.7) | ($8.6) |
| OTRA Bonus | ($9.5) | ($27.3) | ($17.8) | | | | ($9.5) | ($27.3) | ($17.8) |
| **VN AOI (post-rebate/OTRA)[3]** | $7.5 | ($23.8) | ($31.3) | $14.5 | $11.3 | ($3.2) | $22.0 | ($12.5) | ($34.5) |

[1] 2023 OTRA expense on Q4 shows only
[2] Talent Rebate for Indoor venues represents Talent Share of ECM
[3] VN ECM and AOI (post-rebate) reflects pre-OTRA band payments
   Clubs and Theaters are adjusted to allocate Deluxe, Dome & Underground ECM to Club AOI

70

HIGHLY CONFIDENTIAL

LNE-LIT24-006448280



# Indoor Metrics (58 OTRA + 16 Non-OTRA venues)

| Metrics | Club / HOB / Sm Theaters (OTRA Venues) | | | Large Theaters (Non-OTRA) | | | TOTAL INDOOR | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2023 | 2024 F09 | Variance | 2023 | 2024 F09 | Variance | 2023 | 2024 F09 | Variance |
| ATP | $36.78 | $38.66 | $1.88 | $58.17 | $56.07 | ($2.10) | $44.02 | $44.75 | $0.72 |
| Avg Paid | 1,022 | 1,002 | (21) | 2,427 | 2,158 | (269) | 1,272 | 1,233 | (39) |
| Avg Drop | 923 | 928 | 4 | 2,271 | 2,048 | (223) | 1,162 | 1,151 | (11) |
| Drop % | 90% | 93% | 2% | 94% | 95% | 1% | 91% | 93% | 2% |
| Avg Gross | $37,607 | $38,721 | $1,114 | $141,171 | $120,996 | ($20,175) | $55,979 | $55,150 | ($829) |
| Variable / Show | ($11,699) | ($13,697) | ($1,998) | ($36,380) | ($40,755) | ($4,375) | ($16,077) | ($19,100) | ($3,023) |
| Avg Talent | ($27,494) | ($29,384) | ($1,890) | ($102,880) | ($90,276) | $12,604 | ($40,867) | ($41,543) | ($676) |
| Talent % | (73.1%) | (75.9%) | (2.8%) | (72.9%) | (74.8%) | (1.7%) | (73.0%) | (75.3%) | (2.3%) |
| PP/Show | ($2,121) | ($4,832) | ($2,711) | ($1,463) | ($11,567) | ($10,105) | ($2,004) | ($6,177) | ($4,173) |
| | | | | | | | | | |
| Fees / Paid | $10.88 | $10.94 | ($0.04) | $15.08 | $14.46 | ($0.62) | $12.37 | $12.17 | ($0.20) |
| Fees / Drop | $12.16 | $11.81 | ($0.35) | $16.12 | $15.24 | ($0.88) | $13.53 | $13.03 | ($0.50) |
| | | | | | | | | | |
| F&B CM / Drop | $10.50 | $10.86 | $0.36 | $9.07 | $9.99 | $0.92 | $10.01 | $10.55 | $0.54 |
| Merch CM / Drop | $0.78 | $0.04 | ($0.75) | $1.45 | $1.34 | ($0.11) | $1.02 | $0.50 | ($0.51) |
| Premier CM / Drop | $0.45 | $0.45 | $0.00 | $1.30 | $1.51 | $0.20 | $0.74 | $0.83 | $0.08 |
| Upsells CM / Drop | $3.59 | $3.36 | ($0.23) | $2.06 | $1.57 | ($0.49) | $3.06 | $2.72 | ($0.33) |
| Onsite / Drop | $15.33 | $14.71 | ($0.62) | $13.88 | $14.41 | $0.53 | $14.83 | $14.60 | ($0.22) |
| APF / Drop | $27.49 | $26.52 | ($0.96) | $30.00 | $29.65 | ($0.35) | $28.36 | $27.63 | ($0.73) |
| Ancils/Show | $25,376 | $24,606 | ($770) | $68,133 | $60,718 | ($7,415) | $32,961 | $31,817 | ($1,144) |

71

HIGHLY CONFIDENTIAL

LNE-LIT24-006448281



# Indoor Summary - OTRA

$ Million

| | House of Blues | | | Clubs | | | Small Theaters (OTRA) | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2023 | 2024 F09 | Variance | 2023 | 2024 F09 | Variance | 2023 | 2024 F09 | Variance |
| **Combined Promoted ECM** | | | | | | | | | |
| Shows | 1,172 | 1,214 | 42 | 2,807 | 3,071 | 264 | 1,335 | 1,763 | 428 |
| Paid | 1,245,301 | 1,196,244 | (49,057) | 2,144,185 | 2,254,000 | 109,815 | 2,043,997 | 2,607,236 | 563,239 |
| Drop | 1,140,006 | 1,108,171 | (31,835) | 1,910,024 | 2,050,988 | 140,964 | 1,855,709 | 2,451,365 | 595,656 |
| | | | | | | | | | |
| Ticket Rev | $48.7 | $46.6 | ($2.1) | $66.6 | $70.6 | $4.0 | $84.5 | $116.9 | $32.4 |
| Variable Expenses | ($13.0) | ($15.0) | ($2.0) | ($24.8) | ($29.4) | ($4.6) | ($24.4) | ($38.4) | ($14.0) |
| Talent Fees | ($36.8) | ($37.5) | ($0.7) | ($48.9) | ($52.6) | ($3.5) | ($60.5) | ($87.6) | ($27.0) |
| **Promoter Profit** | ($1.6) | ($6.2) | ($4.6) | ($7.8) | ($12.4) | ($4.5) | ($1.8) | ($10.6) | ($8.8) |
| | | | | | | | | | |
| Ancils | $36.9 | $36.0 | ($0.9) | $45.2 | $46.8 | $1.5 | $52.7 | $66.1 | $13.4 |
| | | | | | | | | | |
| **Combined ECM (pre-OTRA bonus)** | $35.3 | $29.7 | ($5.6) | $37.4 | $34.4 | ($3.0) | $50.9 | $55.5 | $4.6 |
| | | | | | | | | | |
| **OTRA Payments (Total)** | ($2.3) | ($6.5) | ($4.2) | ($5.0) | ($13.5) | ($8.5) | ($2.2) | ($7.4) | ($5.1) |
| | | | | | | | | | |
| **Combined ECM (post-OTRA bonus)** | $33.0 | $23.2 | ($9.7) | $32.4 | $20.9 | ($11.5) | $48.7 | $48.1 | ($0.6) |
| | | | | | | | | | |
| **VENUE NATION** | | | | | | | | | |
| Combined ECM (pre-rebate) | $35.3 | $29.7 | ($5.6) | $37.4 | $34.4 | ($3.0) | $50.9 | $55.5 | $4.6 |
| Talent Rebate (Promo)[2] | $13.2 | $11.8 | ($1.4) | $14.1 | $13.6 | ($0.5) | $20.4 | $23.2 | $2.8 |
| **VN ECM (post-rebate)[3]** | $22.1 | $17.9 | ($4.2) | $23.3 | $20.8 | ($2.4) | $30.6 | $32.3 | $1.7 |
| | | | | | | | | | |
| Other CM | $34.1 | $33.2 | ($0.9) | $5.3 | $5.2 | ($0.2) | $11.2 | $9.3 | ($1.9) |
| Fixed Expense | ($43.6) | ($44.1) | ($0.5) | ($31.0) | ($33.7) | ($2.7) | ($30.7) | ($33.6) | ($2.9) |
| OTRA Bonus | ($2.3) | ($6.5) | ($4.2) | ($5.0) | ($13.5) | ($8.5) | ($2.2) | ($7.4) | ($5.1) |
| | | | | | | | | | |
| **VN AOI (post-rebate/OTRA)[3]** | $8.5 | ($1.2) | ($9.7) | ($8.6) | ($22.5) | ($13.8) | $7.7 | ($0.1) | ($7.8) |

[1] 2023 OTRA expense on Q4 shows only
[2] Talent Rebate for Indoor venues represents Talent Share of ECM
[3] VN ECM and AOI (post-rebate) reflects pre-OTRA band payments
  Clubs and Theaters are adjusted to allocate Deluxe, Dome & Underground ECM to Club AOI

72

HIGHLY CONFIDENTIAL

LNE-LIT24-006448282

 **Indoor Metrics – OTRA** (58 venues)

| Metrics | House of Blues | | | Clubs | | | Small Theaters (OTRA) | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2023 | 2024 F09 | Variance | 2023 | 2024 F09 | Variance | 2023 | 2024 F09 | Variance |
| ATP | $39.12 | $38.97 | ($0.15) | $31.06 | $31.33 | $0.28 | $41.36 | $44.86 | $3.49 |
| Avg Paid | 1,063 | 985 | (77) | 764 | 734 | (30) | 1,531 | 1,479 | (52) |
| Avg Drop | 973 | 913 | (60) | 680 | 668 | (13) | 1,390 | 1,390 | 0 |
| Drop % | 92% | 93% | 1% | 89% | 91% | 2% | 91% | 94% | 3% |
| Avg Gross | $41,562 | $38,399 | ($3,162) | $23,722 | $22,996 | ($727) | $63,331 | $66,335 | $3,005 |
| Variable / Show | ($11,096) | ($12,363) | ($1,267) | ($8,825) | ($9,570) | ($745) | ($18,269) | ($21,802) | ($3,533) |
| Avg Talent | ($31,386) | ($30,913) | $473 | ($17,384) | ($17,139) | $246 | ($45,333) | ($49,662) | ($4,329) |
| Talent % | (75.5%) | (80.5%) | (5.0%) | (73.3%) | (74.5%) | (1.2%) | (71.6%) | (74.9%) | (3.3%) |
| PP/Show | ($1,379) | ($5,142) | ($3,763) | ($2,791) | ($4,026) | ($1,235) | ($1,364) | ($6,023) | ($4,660) |
| | | | | | | | | | |
| Fees / Paid | $11.19 | $11.63 | $0.44 | $9.65 | $9.19 | ($0.46) | $12.25 | $12.14 | ($0.10) |
| Fees / Drop | $12.23 | $12.56 | $0.33 | $10.83 | $10.10 | ($0.73) | $13.49 | $12.92 | ($0.57) |
| | | | | | | | | | |
| F&B CM / Drop | $13.00 | $13.27 | $0.27 | $9.26 | $10.11 | $0.85 | $10.25 | $10.40 | $0.15 |
| Merch CM / Drop | $0.63 | $0.16 | ($0.47) | $0.74 | ($0.01) | ($0.75) | $0.92 | $0.02 | ($0.90) |
| Premier CM / Drop | - | - | - | $0.58 | $0.60 | $0.02 | $0.59 | $0.53 | ($0.06) |
| Upsells CM / Drop | $6.49 | $6.46 | ($0.03) | $2.27 | $2.01 | ($0.26) | $3.17 | $3.09 | ($0.07) |
| Onsite / Drop | $20.13 | $19.89 | ($0.24) | $12.84 | $12.70 | ($0.14) | $14.93 | $14.05 | ($0.89) |
| APF / Drop | $32.35 | $32.44 | $0.09 | $23.68 | $22.80 | ($0.87) | $28.42 | $26.96 | ($1.46) |
| Ancils/Show | $31,472 | $29,616 | ($1,856) | $16,110 | $15,228 | ($882) | $39,508 | $37,491 | ($2,017) |

73

HIGHLY CONFIDENTIAL

LNE-LIT24-006448283