| | |
|---|---|
| **From:** | David Marcus [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAVID.MARCUS] |
| **Sent:** | 5/20/2021 5:54:06 PM |
| **To:** | Michael Rapino [michael@livenation.com]; Mark Yovich [mark.yovich@ticketmaster.com]; Larry Plawsky [larry.plawsky@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com]; Joe Berchtold [joeberchtold@livenation.com]; Ryan McElrath [ryanmcelrath@livenation.com] |
| **Subject:** | Re: Question? |

Totally. Just trying to be responsive to your direct questions.

David Marcus
EVP, Global Music
310-500-5253

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Thursday, May 20, 2021 10:52:37 AM
**To:** David Marcus <david.marcus@ticketmaster.com>; Mark Yovich <mark.yovich@ticketmaster.com>; Larry Plawsky <larry.plawsky@ticketmaster.com>; Michael Wichser <michael.wichser@ticketmaster.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Ryan McElrath <RyanMcelrath@LiveNation.com>
**Subject:** Re: Question?

You getting my larger strategic push here?

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Thursday, May 20, 2021 at 10:51 AM
**To:** Michael Rapino <Michael@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>
**Subject:** Re: Question?

Dead were first VF client ever. Have used it on every tour since 2016. Bernies team typically runs point w Ryan and us.

David Marcus
EVP, Global Music
310-500-5253

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Thursday, May 20, 2021 10:48:15 AM
**To:** David Marcus <david.marcus@ticketmaster.com>; Mark Yovich <mark.yovich@ticketmaster.com>; Larry Plawsky <larry.plawsky@ticketmaster.com>; Michael Wichser <michael.wichser@ticketmaster.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>
**Subject:** Re: Question?

Ok so my point is any of the its valuable to regulate load etc is not true

Its just to tell artist agent that you tried to stop scalpers...

I want to debate if we discontinue it – as you know the Pjam small % of artist have caused us a lot of pain with fans / regulators etc while not really achieving any bus objectives

Ex. No
PX0723
1:24-cv-03973

I spoke to Irving and Benie last night the 2 mgrs of the dead they don't care about verified at all... so who did want it?

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Thursday, May 20, 2021 at 10:45 AM
**To:** Michael Rapino <Michael@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>
**Subject:** Re: Question?

We don't. We only use it when artists request.

Some artists love it – Dead, Billie, PJ.

Others don't need/want it – Garth, Beyonce, Weeknd.

SmartQueue does a lot of the work. VF adds a really useful component when it's used. Demand prediction is incredibly valuable – promoters use it to add shows before onsale. Putting fans at front of queue improves sales momentum – VF sales have higher conversion, more tickets per minute, and more tickets per order.

Looking forward to the convo.

David Marcus
310-500-5253

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Thursday, May 20, 2021 at 10:35 AM
**To:** David Marcus <david.marcus@ticketmaster.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>
**Subject:** Re: Question?

We don't use verified on all on sales?  Did we on garth etc?

Thought Que it was the regulator on onsales not verified fans?

I don't want ot balance artist fan and brokers.. that why we lose on secondary – we are not winning with any of the three while they are

Waiting for next start meeting to bring this all together

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Thursday, May 20, 2021 at 10:02 AM
**To:** Michael Rapino <Michael@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Question?

It's just a metric that tells us if we can tell the difference between a fan and a broker when we build the VF queue.

CONFIDENTIAL                                                                LNE-LIT24-000729016

Agree we want to be in secondary. But when we don't focus on getting fans tickets first, the brokers and bots cripple us, and the artists and fans get frustrated.

Zero resale is not our goal. Just trying to balance needs of artist, fans and broker partners.


David Marcus
310-500-5253

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Thursday, May 20, 2021 at 9:49 AM
**To:** David Marcus <david.marcus@ticketmaster.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Question?

Why do we care what ends up on secondary?

We have secondary we want to be in secondary

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Thursday, May 20, 2021 at 9:26 AM
**To:** Michael Rapino <Michael@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Question?

First look at data shows only 5k total listings on Stub. We sold 240k tickets yesterday for Dead = 2% listed on secondary.

Will keep an eye on it.

David Marcus
310-500-5253

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Thursday, May 20, 2021 at 9:03 AM
**To:** Michael Rapino <Michael@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Question?

It allows us to accurately predict demand for each show (helps especially w dynamic pricing).

It allows us to manage queues much better and dramatically reduces bots. Eg We can put known fans at the front of the queue.

It decreases scalping (never eliminated it). Typically sub 10% of tix (with some exceptions).

Yes, we can track secondary penetration. I'm trying to get that data for Dead.

David Marcus

CONFIDENTIAL

EVP, Global Music
310-500-5253

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Thursday, May 20, 2021 8:30:20 AM
**To:** David Marcus <david.marcus@ticketmaster.com>; Mark Yovich <mark.yovich@ticketmaster.com>; Larry Plawsky <larry.plawsky@ticketmaster.com>; Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Question?


What is verified fan now?

Given all tickets end up on scalper site ?

Is it pretend product to convince artist mgt agent that we stopped scalpers?

Do we know how many of presale tickets end up on scalpers platfroms?


**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Thursday, May 20, 2021 at 7:29 AM
**To:** Michael Rapino <Michael@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>
**Subject:** Re: Question?

Dead had a Verified Fan presale yesterday. Sold out almost all reserved seats.

We did have a payment problem that impacted a high % of fans for about 30 mins on east coast.

Happy to take care of him if you'd like.

David Marcus
EVP, Global Music
310-500-5253

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Thursday, May 20, 2021 7:23:04 AM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>; David Marcus <david.marcus@ticketmaster.com>
**Subject:** Fwd: Question?

What did he mean by verified?


Begin forwarded message:

**From:** Professor Arturo <professoro@att.net>
**Date:** May 20, 2021 at 3:01:27 AM PDT
**To:** Michael Rapino <Michael@livenation.com>
**Subject: Question?**
**Reply-To:** Professor Arturo <professoro@att.net>

[EXTERNAL]

CONFIDENTIAL

LNE-LIT24-000729018

Michael,  I've been going to concerts for over 50 yrs and yesterday was an all-time low in all of my concert going experiences. I was trying to get good tickets for the 2021 dead and company tour for my friends and I. After jumping through a number of hoops just to be able to get fan verified was bad enough, but my friend and I yesterday could not purchase the tickets we wanted because of Live Nation's software application error.  As you know it was a real shit show for fans.  When we are able to get back online the available tickets for 4 were all over $500 each. This platinum ticket is total bull shit and legalized scalping.  My question is, "How do you sleep at night knowing that you are stealing the fan's money every day and running a real shit show of a corporation?? Just curious.  I really do hope the feds catch you and all of your scalper friends and put you in jail were you all belong. cheers, arthur

CONFIDENTIAL

LNE-LIT24-000729019