

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Friday, December 17, 2021 at 10:57 AM
**To:** Randy Phillips <rp@phillipsdigitalmedia.com>, Irving Azoff <ia@azoffmusic.com>
**Cc:** Stephen Evans <Stephen.Evans@silverlake.com>, Tim Leiweke <tleiweke@oakviewgroup.com>
**Subject:** Re: Clearing the air!

Thanks Randy for the note

Since you opened the door I'll clear the air on my side

I have no issues with you what I fail to understand is his why Stephen Evans continues to invest in a business that competes with LN/OVG...

Live Nation operates in Australia. Asia and Europe is the leader in those markets and actively in business with OVG building venues in those exact same markets with LN as promoter and ticketing

I brought this up with Egon a couple years ago I bring it up with Tim and Irving ongoing why would Steven Evans compete against Live Nation, we wake up every day helping Tim and Irving build a multibillion dollar business ?

I can assure you the OVG investment is a much bigger win then TAG.... LN declared to back OVG vs other developers or going solo and it's been a huge win for both sides – we have over 20 global arenas in development that neither could do without the other ... do you really want LN backing ASM developments etc  bc we battles over a low margin tour in Australia/ Asia or Snoop in Europe? Seems like a dumb trade off??

I doubt you would buy a small agency in Australia to piss off Ari – why do it to OVG and its partner?

https://theindustryobserver.thebrag.com/randy-phillips-teg-board/

**Ex. No
PX0595**
1:24-cv-03973

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-001129274



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001129276