| | |
|---|---|
| **From:** | Matthew Hansen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=390D0443C090475BBE03C282051C3C1A-MATTHEW HAN] |
| **Sent:** | 2/18/2022 6:50:16 AM |
| **To:** | Michael Rapino [michael@livenation.com] |
| **CC:** | Joe Berchtold [joeberchtold@livenation.com]; Amy Yong [amyyong@livenation.com] |
| **Subject:** | Investor deck -- updated draft for your review |
| **Attachments:** | Investor Deck DRAFT - Feb 17.pdf |

Michael –

Attached is an updated version based on our conversation for your review.

Three things to call out about this version:

•      We've put the deck into widescreen format (like in prior years) since this is what will look best on the screen in the NYC lobby.  It'll look good on your computer screen but didn't want you surprised if you printed and it doesn't fit right on the page.

•      On the segment summaries, we've tried two formats – one format with only one image on the page, and one format with 4 images on the page (one per bullet point).  My preference is the only one image on the page version.  I think it looks cleaner and it differentiates these pages from all the other pages.

•      We haven't re-examined our opportunity sizing takeaways.  We'll do that tomorrow, and can even adjust that on Tuesday.  So no need to focus on that as you do the next review.

Thanks,
Matt

**Ex. No PX0511**

1:24-cv-03973

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168408

# LIVE NATION ENTERTAINMENT
## THE ARCHITECTS OF LIVE

We believe the power of live brings people together,
creates memories, defines careers and shapes culture.

We think that there is magic in being together in real life for memorable experiences.



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



LNE22-000168409



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198410

# LIVE NATION 2022 HEADED FOR RECORD YEAR



SUPPLY: CONFIRMED CONCERTS BY MID-FEBRUARY

+31%

3,177 — 2019

4,157 — 2022

STADIUMS
AMPS
ARENAS



DEMAND: CONCERT TICKETS SOLD BY MID-FEBRUARY

+33%

21M — 2019

28M — 2022

STADIUMS
AMPS
ARENAS

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000188411







HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198413



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198414



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168415

**CONCERTS OVERVIEW**

OPTION 1



**LIVE NATION**
CONCERTS

- Global scale – 40 countries, 28k employees
- High volume – 40k concerts annually, 110 per day
- Strong talent relationships – $6.5B spent on artists annually
- Massive customer base – 100M fans annually, larger than NBA, NHL, and NFL combined

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168416

**LIVE NATION** **CONCERTS OVERVIEW**                    OPTION 2

| GLOBAL SCALE | HIGH VOLUME | TALENT RELATIONSHIPS | MASSIVE CUSTOMER BASE |
|---|---|---|---|
| 42 Countries, 28K Employees | 40K Concerts Annually, 110 Per Day | $6.5B Spent on Artists Annually | |






98M Fans

61M Fans

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168417



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198418

# LIVE NATION CONCERTS    PRICING OPPORTUNITY

V1 – SOFI on Left Side

## BEST CONCERT SEATS UNDERPRICED RELATIVE TO SPORTS

## DEMAND DRIVING MARKET PRICE FAR ABOVE PRIMARY PRICE

SOFI STADIUM: AVERAGE PRICE FOR BEST SECTION[1]



AVERAGE PRICE – SECONDARY VS. PRIMARY[2]



CAPTURING LIVE NATION'S SHARE OF MARKET PRICING =
**$100M CONCERTS AOI OPPORTUNITY**

1.  ALL C100 AND V100 SECTIONS
2.  PRIMARY AVERAGE PRICE ONLY INCLUDES TICKETS THAT WERE RESOLD

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

11

LNE22-000188419



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198421

**VENUE NATION** **VENUES OVERVIEW**

OPTION 2

| LARGE PORTFOLIO | DIVERSE VENUES | LEADING BRANDS | ROBUST PIPELINE |

**Total Live Nation Venues**

176 Theaters, Clubs, & Restaurants

**Pipeline of 75+ Opportunities**





319

167

2015    2021

143 Large Venues

















HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168422



**VENUE NATION** · **VENUES MARKET: $20 BILLION TAM OPPORTUNITY** · OPTION 2 – 80% (AMPS, T&C, O&O ARENAS)

GLOBAL MUSIC ONSITE MARKET

SIGNIFICANTLY MORE PROFITABLE TO HAVE FANS IN O&O VENUES

**GLOBAL MUSIC ONSITE SPEND TAM = $30B**

LIVE NATION 10%

90%

CASH FLOW PER FAN

+80%

3rd PARTY    LN O&O

ADDING XM FANS AT LIVE NATION VENUES AND FESTIVALS = **$XM CONCERTS AOI OPPORTUNITY**

NOTE: LN O&O ANALYSIS INCLUDES AMPHITHEATERS, ARENAS, AND LARGE THEATERS

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168424

**VENUE NATION** | # ONSITE HOSPITALITY OPPORTUNITY



INCREASING ONSITE REVENUE ACROSS 40M FANS AT AMPS, THEATERS & CLUBS, AND FESTIVALS = **$125M CONCERTS AOI OPPORTUNITY**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

17

LNE22-000168425



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198426



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198427

*ticketmaster* **TICKETING OVERVIEW**

**OPTION 2**

| GLOBAL SCALE | HIGH VOLUME | HIGH VALUE | HIGH TRAFFIC |
|---|---|---|---|
| 32 countries, 14K clients | 485M tickets sold annually, 1.3M per day | $33B GTV annually, $90M+ per day | 5M fan visits per day |

Will put 32 flags here





HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



LNE22-000168428

# *ticketmaster* TICKETING MARKET: $100 BILLION TAM OPPORTUNITY



**GLOBAL TICKETING MARKET**

**GLOBAL TICKETING TAM = $100B**

*ticketmaster* 30%

70%

**TICKETING GROWTH OPPORTUNITIES**

1 **CONCERT INDUSTRY AND LIVE NATION GROWTH**

LIVE NATION **ADD 25M FANS** ▶ **$75M AOI**

2 **GROW IN UNDERPENETRATED INTERNATIONAL MARKETS** ▶ **$50M AOI**

3 **ENTERING AND SCALING NEW MARKETS** ▶ **$50M AOI**

CAPTURING CONCERTS GROWTH AND DEEPENING INTERNATIONAL PRESENCE = **$175M TICKETING AOI OPPORTUNITY**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168429

21



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168430



*ticketmaster* **BEST CONSUMER EXPERIENCE**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168431

*ticketmaster* **LAUNCHING NEW CONSUMER PRIMARY PRODUCTS**







**UPSELLS**

Improved Upsell Purchase Experience
During and After Purchase

**HOTEL BUNDLES**

New Hotel Bundling through TM and
Travel Partner Integration

**FAN DEMAND TOOLS**

Launch of Wait Lists, RSVP &
Remind Me Capabilities for Fans

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000188432

*ticketmaster* **LAUNCHING NEW FAN SECONDARY PRODUCTS**

  

**SELL INSTANTLY & PRICE FOR ME**

Instantly resell tickets and receive intelligent pricing guidance for listing tickets

**DIRECT SELL CAPABILITIES**

Post ticket listings directly to social media or share a link with friends

**UNIVERSAL FAN DISTRIBUTION**

Resell tickets on TM.com regardless of purchase location

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198433

*ticketmaster* **INDUSTRY LEADING ENTERPRISE PRODUCTS**

| | ticketmaster | StubHub | SeatGeek | axs |
|---|---|---|---|---|
| **Secure Digital Ticketing Ecosystem via SafeTix** | ✓ SafeTix NFC & Rotating Bar Codes | — | — | — |
| **End-to-End Event Management Tooling** | ✓ TM1 Events | — | ✓ | ✓ |
| **Integrated Primary & Resale** | ✓ | — | ✓ | ✓ |
| **Machine Learning Dynamic Pricing Capabilities & Services** | ✓ TM1 Yield Management & Resale Pricing Tools | — | — | — |
| **Multichannel Marketing Tools & CRM Capabilities** | ✓ TM1 Marketing Tools & CRM | — | ✓ | ✓ |
| **Extensible Platform with API Partner Integration Network** | ✓ 85+ API partners, more than any competitor | ✓ | ✓ | ✓ |
| **NFT Fan Engagement Offering** | ✓ | ✓ | — | — |
| **Global Coverage & Support** | ✓ 30+ countries with 24/7 Client Support | ✓ | — | — |

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198434



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198435



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198436

# SPONSORSHIP OVERVIEW

**OPTION 2A**

| LARGE CLIENT BASE | ONSITE SCALE | ONLINE SCALE | DATA-DRIVEN TARGETING |
|---|---|---|---|
| 1,000+ Brand Partners | 5B onsite brand impressions annually | 5B online brand impressions annually | Database of 360M fans |








HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168437



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198438



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168439



# DIGITAL DRIVING VALUE ACROSS THE FLYWHEEL

**DIGITAL TICKETING**

% MOBILE SCAN ENTRY - GLOBAL



- 2019: 39%
- 2021: 76%
- 2022P: 85%



**ADOPTION OF DIGITAL TICKET ENHANCES:**

- **CONCERTS AND TICKETMASTER MARKETING –** knowing the attendee enables improved targeting to drive attendance

- **ONSITE ENGAGEMENT –** creates ability to communicate with fans onsite, which can be used to offer upsells, promote F&B, etc.

- **SPONSORSHIP –** brands will pay a premium for advertising based on attendee data and for ability to reach fans onsite

**DIGITAL INITIATIVES CONTRIBUTE TO AOI GROWTH LEVERS ACROSS CONCERTS, SPONSORSHIP, AND TICKETING**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168440

**LIVE NATION** **LAUNCHING CRYPTO COLLECTIBLES**                    OPTION 1









**500K LIVE STUB NFTs ISSUED ACROSS 11 TOURS**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198441

**LIVE NATION** — **LAUNCHING CRYPTO COLLECTIBLES**

OPTION 2

**LAUNCHING LIVE STUBS FOR LIVE NATION CONCERTS**

**MINTING NFTs FOR TICKETMASTER CLIENTS**






MetaMavs Dirk Nowitzki

**OVER 1.25M NFTs ISSUED TO DATE**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198442



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198443

## LIVE NATION INVESTMENT THESIS

+ **GROWING GLOBAL CONCERTS INDUSTRY**

+ **OPPORTUNITIES IN NORTH AMERICA AND INTERNATIONALLY TO GROW FAN BASE**

+ **LARGE TAM IN ALL THREE MARKETS POWERED BY FLYWHEEL**

+ **CONTINUED PRODUCT LEADERSHIP AND INNOVATION AT TICKETMASTER**

+ **$200M STRUCTURAL COST SAVINGS AND ONGOING COST DISCIPLINE**

= **LONG-TERM SHAREHOLDER VALUE CREATION**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000168444



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000198445