| From: | Matthew Hansen |
|---|---|
| Sent: | Tuesday, November 13, 2018 11:19 PM |
| To: | Michael Rapino |
| Cc: | Joe Berchtold |
| Subject: | Liberty -- final deck + talking points |
| Attachments: | Investor Deck 2018 vfinal.pdf |

Michael –

Attached is the final deck.

And here are a few points per page that Joe and I put togehter:

**2018 headed for another record year – Q3 YTD**
- It all starts with fans – we are up about 5M fans through 3 quarters
- We're then continuing to monetize those fans better through onsite, through advertising, and through our ticketing platform

**Generating record financials – Q3 YTD**
- With these strong operating results, we continue to deliver double-digit growth on our core financial metrics

**Generating long-term shareholder value**
- And we therefore continue to deliver strong returns for our shareholders
- If you had invested a dollar in us at our launch it is now worth almost twice as much as a dollar invested in the S&P

**Continued growth runway**
- Over the long-term, we've had strong growth, and looking forward we continue to see lots of runway

**Live is growing**
- The reason for the runway starts with the rapidly growing concerts markets

**Live growing supply**
- The concerts business has grown and will continue to grow because artists depend on touring for most of their income
- So, more artists are touring, and those that are touring are touring more

**Live demand growing**
- On the other hand, fans continue to shift their spend to experiences, and concerts tickets in particular
- As you can see, spend on concerts is growing at three-times the rate of overall consumer spending

**Fan demand is growing**
- And this shows no sign of changing, given the passion behind live events
- Fans want to feel fully alive and live music gives them that

**Live flywheel continues to scale**
- With this strong tailwind, we've built a business model that we think –
  - Helps us continue to build market share

1

LNE CONFIDENTIAL BUSINESS INFORMATION

Ex. No PX0475 1:24-cv-03973

LNE2019-CID-0962370

- o  And turns that market share into shareholder value
- Moving forward, we think that with this business model, we have a number of opportunities to grow and create further shareholder value

1. Market share opportunity
   - First opportunity is to keep doing what we have been doing well, which is growing our concert market share
   - As successful as we've been, it's still a fragmented market – we're only a quarter of it – so we have runway to build more share
   - If we keep growing as we have been over the past 5 years, that will take us to 125M fans

2. Pricing opportunity
   - The next opportunity is how we price our tickets, particularly the front of the house
   - We've been successfully working with the artists to increase price
   - But we've seen that fans have an almost insatiable demand, so the secondary market has grown despite the pace of price increases
   - So, there's a lot more opportunity to increase price

3. Revenue per fan opportunity
   - Moving over to the legs of the flywheel, the first opportunity is how we deliver great experiences onsite
   - We've been successful in improving the fan experience and getting fans to spend more
   - But we think there's more we can unlock and we can get into the mid-30s
   - We think this not just because we see other types of events doing it, but because of certain of our own events – like Bottlerock – have successfully done it

4. Market share opportunity
   - Moving to Ticketmaster, while we're the most successful ticketing platform in the world, again we see that we continue to have a lot of opportunity for growth
   - And while we've continued to expand our international footprint, there are more countries to enter, and there's opportunity to solidify our position in many of the countries we're already in

5. Concerts ticketing opportunity
   - Ticketmaster also directly benefits from the concerts flywheel
   - As the concert business continues to grow, that drives Ticketmaster's GTV, and therefore service fees and profitability

6. Mobile ticketing opportunity
   - The largest shift in ticketing is moving from anonymous paper tickets to identity based mobile tickets
   - We've successfully scaled mobile ticketing in 2018 – leading with the NFL, who has mobile ticketing at all of its stadiums
   - In addition to ticketing, this is a tremendous opportunity for sponsorship – we know fans going to events, and can engage with them onsite

7. Market share opportunity
   - Shifting to Sponsorship, just like Ticketing, Sponsorship will grow with our flywheel by monetizing our additional concerts fans

8. Big brands opportunity
   - We've also seen large growth from our strategic sponsors
   - Because brands are seeing more and more of the value in associating with live music in general and our platform in particular, we think there's an opportunity to continue growing our strategic relationships with major brands

LNE CONFIDENTIAL BUSINESS INFORMATION                                         LNE2019-CID-0962371

Thanks,
Matt

3

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962372

LNE CONFIDENTIAL BUSINESS INFORMATION



LNE2019-CID-0962373

LNE CONFIDENTIAL BUSINESS INFORMATION



LNE2019-CID-0962374

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962375



LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962376



## Generating long-term shareholder value

Relative performance of LYV vs. S&P 500 Index[1]

| | Value today of $1 invested at launch[2] | Compound annual return[2] |
|---|---|---|
| LYV | $5.20 | 14% |
| S&P | $2.66 | 8% |

1. S&P 500 Index – Total Return Net
2. Comparison as of November 9, 2018, with a launch date of December 21, 2005

LNE CONFIDENTIAL BUSINESS INFORMATION



LNE2019-CID-0962377

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962378





LNE CONFIDENTIAL BUSINESS INFORMATION



LNE2019-CID-0962379

LNE CONFIDENTIAL BUSINESS INFORMATION

 **Live demand growing**

**Total US Personal consumption expenditures**



4% CAGR

$13.3T

$11.0T

2012    2017

**Total US Concert ticket sales**



11% CAGR

$7.5B

$4.4B

2012    2017

Sources: Bureau of Economic Analysis, Pollstar, Live Nation analysis

7

LNE2019-CID-0962380

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962381



# Fan demand growing

## Live is where young people want to spend their time, money, and energy







**73%**
of fans say now, more than ever, they want to experience real rather than digital life

**63%**
of fans agree, "the moments that give me the most life are live music experiences"

**2/3**
of Gen X, Y, and Z go to at least one concert or festival a year

Source: Live Nation research

8

LNE CONFIDENTIAL BUSINESS INFORMATION



LNE2019-CID-0962382

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962383



# 1. Market share opportunity

**Global concerts ticket revenue**

**Global fans (M)**



Adding 35M fans = $100M Concerts AOI opportunity

Note: MLB attendance based on 2018 seasons; NBA & NHL attendance based on 2017-2018 season; NFL based on estimated 2018 attendance
Source: ESPN, Live Nation

10

LNE CONFIDENTIAL BUSINESS INFORMATION



LNE2019-CID-0962384

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962385





**3. Revenue per fan opportunity**

**Increasing onsite net revenue by $8 per fan = $75M AOI opportunity**

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962386

 **4. Market share opportunity**

**Global GTV**



Total market = $100B

**Ticketmaster markets**



Capturing 30% share in Ticketmaster international markets = $50M AOI opportunity

13

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962387

 ## 5. Concerts ticketing opportunity

**Live Nation Concerts global fans (M)**

**Ticketmaster concerts GTV ($B)[1]**





Adding 35M fans while continuing to increase concert prices = $125M Ticketing AOI opportunity

1. Primary fee-bearing GTV

14

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962388

# 6. Mobile ticketing opportunity

## Mobile ticketing scaled in 2018

**100%** — of NFL stadiums with mobile ticketing

**20M fans** — using mobile tickets at Presence events in 2018

**Up to 97%** — of fans entering using mobile tickets at NFL game

## Mobile enables onsite engagement

**2-3x** — more fans identified going to events






From

To

15

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962389



# 7. Market share opportunity

**Live Nation Sponsorship revenue ($M)**



12% CAGR



2013   2014   2015   2016   2017   2018P

**Global music sponsorship market**



LIVE NATION

12%

88%

Global market = $4B

Adding 35M fans = $125M Sponsorship AOI opportunity

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0962390

 **8. Big brand opportunity**

## Power of live for brands

 **80%** of millennials say the best way to connect with them is at branded live music events

 **63%** are more likely to connect with brands at live music events

 **90%** of live music fans believe brands can enhance the experience

## Revenue from strategic sponsors ($M)



**20% CAGR**

2015    2016    2017    2018P

Growing base of strategic sponsors by 25% = $50M Sponsorship AOI opportunity

Source: Live Nation research

17

LNE CONFIDENTIAL BUSINESS INFORMATION



LNE2019-CID-0962391