| | |
|---|---|
| **From:** | Tim Leiweke <tleiweke@oakviewgroup.com> |
| **Sent:** | Saturday, February 27, 2021 11:54 AM |
| **To:** | Michael Rapino |
| **Cc:** | Irving Azoff |
| **Subject:** | Re: |



> On Feb 27, 2021, at 11:48 AM, Michael Rapino <Michael@livenation.com> wrote:
>
> Yes they want all the secondary money that seatgeek offering them
>
> We tried many time to  tell them can't give them 90% on secondary
> because the art artist has to approve and if they do approve we want
> to play the artist so taking 90 fromseargeek sounds like 6 million but
> no artist will ever approve it so they won't ever actually get the
> money
>
>> On Feb 27, 2021, at 11:44 AM, Tim Leiweke <tleiweke@oakviewgroup.com> wrote:
>>
>> [EXTERNAL]
>>
>> Three bids, u, sg, axs. Your $6 million behind. You don't need them. We are going to take most of their music. Lousy union deals and bad loud in out.
>>
>> Sent from my iPhone
>>
>>>> On Feb 27, 2021, at 10:29 AM, Michael Rapino <Michael@livenation.com> wrote:
>>>
>>> Not sure if Tim is replying to my emails but will ask
>>>
>>> Anyone know  Joe Tsai -- Alibaba guy
>>>
>>> John Abbamondi headed to SeatGeek as we play out renewal
>>>
>>
>> --
>>
>>
>>
>>
>>
>>
>> ———————

1

**Ex. No**

**PX0076**

1:24-cv-03973

HIGHLY CONFIDENTIAL

AZOFF-DOJ-000085063

>>
>>
>>
>> This
>> message may contain confidential and privileged information. If it
>> has been sent to you in error, please reply to advise sender of the
>> error and then immediately delete this message.

--

————————

This
message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise
sender of the error and then immediately delete this message.

HIGHLY CONFIDENTIAL                                                     AZOFF-DOJ-000085064