| | |
|---|---|
| **From:** | Colin Lewis [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59e503a1342c46549e944df4b2355d1e-Colin Lewis] |
| **Sent:** | 2/15/2024 12:33:38 AM |
| **To:** | Matt Blake [matt.blake@caa.com] |
| **Subject:** | LN O&O Amps |
| **Attachments:** | LN O&O and Exclusively Booked 3P Venues - Large Amps.pdf |

Let me know which ones.....

Colin Lewis
Live Nation
9348 Civic Center Drive
Beverly Hills, CA 90210
Tel (310) 975-6857
colinlewis@livenation.com

**Ex. No**
**PX0819**
1:24-cv-03973

CONFIDENTIAL

LNE-LIT24-002170990

## O&O/Exclusively Booked LN Venues — Clubs, Small Theaters, Large Indoors, Boutique Amps, Large Amps

| Venue Name - with city suffix | Venue Ownership & Type | Capacity |
|---|---|---|
| BankNH Pavilion (Gilford) | O/O Large Amphitheatre | 9,828 |
| Oak Mountain Amphitheatre (Pelham) | O/O Large Amphitheatre | 10,191 |
| Walmart Amp (Rogers) | 3P/Exclusively Booked Large Amphitheatre | 10,986 |
| Concord Pavilion (Concord) | O/O Large Amphitheatre | 12,500 |
| Ameris Bank Amphitheatre (Alpharetta) | O/O Large Amphitheatre | 13,000 |
| Germania Insurance Amphitheater (Austin) | 3P/Exclusively Booked Large Amphitheatre | 13,164 |
| CCNB Amphitheatre at Heritage Park (Simpsonville) | 3P/Exclusively Booked Large Amphitheatre | 14,000 |
| Northwell Health at Jones Beach Theater (Wantagh) | O/O Large Amphitheatre | 14,000 |
| Maine Savings Amphitheatre (Bangor) | 3P/Exclusively Booked Large Amphitheatre | 15,000 |
| Pine Knob Music Theatre (Clarkston) | 3P/Exclusively Booked Large Amphitheatre | 15,000 |
| Isleta Amphitheater (Albuquerque) | O/O Large Amphitheatre | 15,000 |
| Bethel Woods Center for the Arts (Bethel) | 3P/Exclusively Booked Large Amphitheatre | 15,908 |
| Budweiser Stage (Toronto) | O/O Large Amphitheatre | 16,000 |
| White River Amphitheatre (Auburn) | O/O Large Amphitheatre | 16,000 |
| PNC Bank Arts Center (Holmdel) | O/O Large Amphitheatre | 16,712 |
| The Cynthia Woods Mitchell Pavilion presented by Huntsman (Housto | 3P/Exclusively Booked Large Amphitheatre | 17,000 |
| RV Inn Style Resorts Amphitheater (Ridgefield) | O/O Large Amphitheatre | 17,000 |
| iTHINK Financial Amphitheatre (West Palm Beach) | O/O Large Amphitheatre | 17,260 |
| Hollywood Bowl (Los Angeles) | 3P/Exclusively Booked Large Amphitheatre | 17,555 |
| The Pavilion at Montage Mountain (Scranton) | O/O Large Amphitheatre | 18,000 |
| Hollywood Casino Amphitheatre STL (St. Louis) | O/O Large Amphitheatre | 19,000 |
| Lakewood Amphitheatre (Atlanta) | O/O Large Amphitheatre | 19,000 |
| North Island Credit Union Amphitheatre (San Diego) | O/O Large Amphitheatre | 19,000 |
| PNC Music Pavilion (Charlotte) | O/O Large Amphitheatre | 19,000 |
| Talking Stick Resort Amphitheatre (Phoenix) | O/O Large Amphitheatre | 19,000 |
| Xfinity Center (Mansfield) | O/O Large Amphitheatre | 19,900 |
| Dos Equis Pavilion (Dallas) | O/O Large Amphitheatre | 20,000 |
| MIDFLORIDA Credit Union Amphitheatre (Tampa) | O/O Large Amphitheatre | 20,000 |
| Toyota Amphitheater (Wheatland) | O/O Large Amphitheatre | 20,000 |
| USANA Amphitheatre (Salt Lake City) | O/O Large Amphitheatre | 20,000 |
| Veterans United Home Loans Amphitheater at Virginia Beach (Virgin | O/O Large Amphitheatre | 20,055 |
| Riverbend Music Center (Cincinnati) | 3P/Exclusively Booked Large Amphitheatre | 20,500 |
| Coastal Credit Union Music Park at Walnut Creek | O/O Large Amphitheatre | 20,500 |
| Blossom Music Center (Cuyahoga Falls) | O/O Large Amphitheatre | 21,017 |
| Darien Lake Amphitheater (Darien Center) | O/O Large Amphitheatre | 21,800 |
| Shoreline Amphitheatre (Mountain View) | O/O Large Amphitheatre | 22,000 |
| St. Joseph's Health Amphitheater at Lakeview (Syracuse) | 3P/Exclusively Booked Large Amphitheatre | 22,208 |
| The Pavilion at Star Lake (Burgettstown) | O/O Large Amphitheatre | 23,000 |
| Jiffy Lube Live (Bristow) | O/O Large Amphitheatre | 23,500 |
| Ruoff Music Center (Noblesville) | O/O Large Amphitheatre | 24,000 |
| The XFINITY Theatre (Hartford) | O/O Large Amphitheatre | 24,408 |
| Freedom Mortgage Pavilion (Camden) | O/O Large Amphitheatre | 25,000 |
| Somerset Amphitheater (Somerset) | O/O Large Amphitheatre | 25,000 |
| Saratoga Performing Arts Center (Saratoga Springs) | O/O Large Amphitheatre | 25,500 |
| The Gorge (Seattle) | O/O Large Amphitheatre | 27,500 |
| Credit Union 1 Amphitheatre (Tinley Park) | O/O Large Amphitheatre | 28,640 |
| Hersheypark Stadium | 3P/Exclusively Booked Large Amphitheatre | 30,000 |
| Alpine Valley Music Theatre (East Troy) | O/O Large Amphitheatre | 35,600 |
| Glen Helen Amphitheater (San Bernardino) | O/O Large Amphitheatre | 40,000 |

LNE-LIT24-002170991