| | |
|---|---|
| **From:** | Andy Hewitt [andy.hewitt@theandrewhewittcompany.com] |
| **Sent:** | 3/23/2021 12:17:58 AM |
| **To:** | Colin Lewis [colinlewis@livenation.com] |
| **CC:** | Steve Herman [steveherman@livenation.com] |
| **Subject:** | Re: AEG at Hollywood Bowl - Ben Platt - April 2022 |



Sent from my iPhone

On Mar 22, 2021, at 4:04 PM, Colin Lewis <ColinLewis@livenation.com> wrote:

All good, completely agree with you, no AEG under any circumstances

**From:** Andy Hewitt <andy.hewitt@theandrewhewittcompany.com>
**Date:** Monday, March 22, 2021 at 3:54 PM
**To:** Colin Lewis <ColinLewis@LiveNation.com>
**Cc:** Steve Herman <SteveHerman@LiveNation.com>
**Subject:** FW: AEG at Hollywood Bowl - Ben Platt - April 2022

[EXTERNAL]

Colin I was so pissed forget to copy you

<div style="border:1px solid black; background:yellow; display:inline-block; padding:8px; text-align:center">

**Ex. No**

**PX0813**

**1:24-cv-03973**

</div>

**From:** Andy Hewitt <andy.hewitt@theandrewhewittcompany.com>
**Date:** Monday, March 22, 2021 at 3:49 PM
**To:** Brian Smith <BrianSmith@LiveNation.com>, Rich Best <richbest@LiveNation.com>, Bill Silva <bill@billsilva.net>, Bob Roux <BobRoux@LiveNation.com>, Arthur Fogel <arthurfogel@livenation.com>, Omar Al-joulani <omaral-joulani@livenation.com>, Steve Herman <steveherman@livenation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Rapino <Michael@LiveNation.com>, Jordan Zachary <JordanZachary@LiveNation.com>
**Subject:** Re: AEG at Hollywood Bowl - Ben Platt - April 2022

Brian
I have added Arthur Omar Joe Steve Jordan and the Head Booker
The bowl has been off limits to Aeg during our season . the last Who tour and many others AEG tried to get us to give them dates within our season to help them get the tour . We have paid a premium for the bowl to keep  AEG from  having  access  within our season and historically LAPA has been respectful to not let them in either , other than ed Shereen, I don't think AEG is a content  provider  like an  agency . can you give us more clarity about AEG coming into  the bowl during LAPA season
Seems like lapa has come up with a way to have a huge guarantee from us and allow AEG in their time period . I think we should discuss in our negotiations with them
Have you been able to get lapa to hold dates in oct 22 in exchange for us releasing may dates that they need to start their season within our season . as you know were  under a contractual deadline to respond no later than this afternoon

CONFIDENTIAL

LNE-LIT24-002078370

**From:** Brian Smith <BrianSmith@LiveNation.com>
**Date:** Monday, March 22, 2021 at 3:19 PM
**To:** Rich Best <richbest@LiveNation.com>, Andy Hewitt <andy.hewitt@theandrewhewittcompany.com>, Bill Silva <bill@billsilva.net>, Bob Roux <BobRoux@LiveNation.com>
**Subject:** AEG at Hollywood Bowl - Ben Platt - April 2022

Gentlemen,

Please see this email below.

AEG has the Ben Platt tour (I confirmed that on our end). AEG are asking to come into the venue during our time frame. I want to say we don't work with AEG here as this will then allow them to include The Bowl when they are making a pitch to a potential client . On the other hand, this is a sold out show during a traditionally slow time frame at the Bowl. I recently had a conversation with LAPA about AEG coming to them for bookings during their season and they described AEG has a content provider NOT a co-promoter. LA Phil buy the show from AEG and LAPA is the promoter for the date. It feels like it could be a can of worms for us to even buy this show but I wanted to present this scenario to you in order to get our position here.


Brian


**From:** Jenny Heifetz Henault <jheifetz@aegpresents.com>
**Date:** Monday, March 22, 2021 at 11:45 AM
**To:** Brian Smith <BrianSmith@LiveNation.com>
**Cc:** Rich Schaefer <rsschaefer@aegpresents.com>
**Subject:** Hollywood Bowl - Ben Platt - April 2022

[EXTERNAL]

Hi Brian –

I hope all is well.

Johanna Rees suggested I contact you as I am working on a Ben Platt routing for 2022 and he is interested in playing the Hollywood Bowl.

We have an overall tour deal with Ben, and we're holding dates in LA around April 9, 2022, and would prefer to play the Bowl if possible.

I understand that this timeframe is during the Live Nation booking calendar, and I'm wondering if a date might be available for Ben around then.

Of course, we're happy to discuss the best way to structure a deal or sell the show to you, whatever makes the most sense.

I can be reached on my cell at ███████ should you want to chat via phone.

Appreciate any help you could provide.

Thank you,

Jenny

--------------------------------------------
Jennifer Heifetz Henault
AEG Presents
Vice President Global Touring
jheifetz@aegpresents.com



                                                    LNE-LIT24-002078372