From:       Colin Lewis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
            (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59E503A1342C46549E944DF4B2355D1E-COLIN LEWIS]
Sent:       8/4/2021 10:51:44 PM
To:         Omar Al-Joulani [omaral-joulani@livenation.com]
Subject:    FW: Jeff Sharpe

On 8/4/21, 3:49 PM, "Jodi Goodman" <JodiGoodman@LiveNation.com> wrote:

　　He would do it with us but he also has history as we do with the ███████ who wants to partner
with me at Concord where we do all our shows together.

　　Sent from my iPhone

　　> On Aug 4, 2021, at 3:32 PM, Colin Lewis <ColinLewis@livenation.com> wrote:
　　>
　　> We're not doing that
　　>
　　> Need the message to be, you can only play amps with us.
　　>
　　> I'm sure they'll try this other places
　　>
　　> Why wouldn't they play arenas like the rest of the tour?
　　>
　　>
　　> On 8/4/21, 3:22 PM, "Jodi Goodman" <JodiGoodman@LiveNation.com> wrote:
　　>
　　>    His tour with KEM and Babyface is being offered to the local urban promoter here we often
partner for our big Concord events. Lionel wants to co pro with me at Concord.
　　>
　　>    What is our position on working with  a Jeff tour in our venues.
　　>
　　>    Sent from my iPhone
　　>

Ex. No
PX0754
1:24-cv-03973

CONFIDENTIAL

LNE-LIT24-001259248