| From: | John Innamorato [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3AE7681C4774D77B1A6B73AB432A63E-INNAMORATO,] |
| --- | --- |
| Sent: | 11/10/2021 5:53:31 PM |
| To: | Colin Lewis [colinlewis@livenation.com] |
| Subject: | RE: Snoop + Wiz 2022 Guarantee Summary |

Sorry Colin, I thought these were local. It won't happen again.



John Innamorato | New England
Email: johninnamorato@livenation.com
Phone: 617-649-3223 Fax: 617-864-9139
36 Bay State Road, Cambridge, Ma. 02138
www.LiveNation.com

**From:** Colin Lewis <ColinLewis@LiveNation.com>
**Sent:** Wednesday, November 10, 2021 12:43 PM
**To:** Terry Burke <TerryBurke@LiveNation.com>; John Schalk <JohnSchalk@LiveNation.com>; John Innamorato <JohnInnamorato@LiveNation.com>; Greg Siegel <GregSiegel@LiveNation.com>
**Subject:** FW: Snoop + Wiz 2022 Guarantee Summary

Team, when we are doing an aggerated tour like this one, we need to be aligned on money.

Sarah Tehrani is telling our local buyers you guys sent revised offers with more money and she's using it to beat everyone else up. These guarantees are historically what we paid in the past and there's no reason to pay them more because they don't have options to play other amps.

Unless there's a competitive situation where we stand to lose the show to someone we should be holding the line here. Realize we cant expect you to retract the offers but in the future, please speak to me before you change material aspects of the deal.

**From:** Ameera Al-masri <AmeeraAlMasri@LiveNation.com>
**Date:** Wednesday, November 10, 2021 at 5:05 PM
**To:** Colin Lewis <ColinLewis@LiveNation.com>
**Subject:** Snoop + Wiz 2022 Guarantee Summary

Colin,

Attached are the following:
1.)     New GTEE comparison
2.)     Local Offer Summary sent to Sarah on September 9th
3.)     Route from Sarah + gtee breakout she requested on October 22nd

Below are some notes and quick shot of the attached grid;

**NOTES:**
- Cuyahoga Falls, Nashville, Florida – all on Sarah's route but offers are inactive in ROME

**Ex. No**
**PX0777**
1:24-cv-03973

- Charlotte + Darien both decreased gtee from original offer
- Phoenix, Albuquerque, San Diego, Mansfield & Inglewood increased offers.
- SLC & LV – not on route but we had in original offer.

| YELLOW = GTEE INCREASED FROM ORIGINAL OFFER |
| --- |
| RED = OFFER INACTIVE or GTEE DECREASED |

| Market | Venue | Original Gtee | NEW GTEE | NOTE | Booker |
| --- | --- | --- | --- | --- | --- |
| Phoenix, AZ | Ak-Chin Pavilion | | | - | Terry Burke |
| Gilford, NH | Bank of New Hampshire Pavilion | | | - | RJ Harding |
| Camden, NJ | BB&T Pavilion | | | - | Jon Hampton |
| Cuyahoga Falls, OH | Blossom Music Center | | | offer inactive | Michael Belkin |
| Nashville, TN | Bridgestone Arena | | | offer inactive | Grant Lyman |
| Houston, TX | Cynthia Woods Mitchell Pavilion | | | - | Darryl Platt |
| Jacksonville, FL | Daily's Place | | | offer inactive | Brittany Flores |
| Darien Center, NY | Darien Lake Amphitheatre | | | less than original gtee | Tom Loudermilk |
| Dallas, TX | Dos Equis Pavillion | | | - | Warda Baig |
| Detroit, MI | DTE Energy Music Theatre | | | - | Dave Clark |
| Austin, TX | Germania Insurance Amphitheatre | | | - | Darryl Platt |
| Chicago, IL | Hollywood Casino Amphitheatre CHI | | | - | Jason Wright |
| Albuquerque, NM | Isleta Amphitheatre | | | - | Terry Burke |
| West Palm Beach, FL | iTHINK Financial Amphitheatre | | | offer inactive | Brittany Flores |
| Bristow, VA | Jiffy Lube Live | | | - | Kelly Flanigan |
| Las Vegas, NV | Michelob ULTRA Arena | | | not on route | Sid Greenfeig |
| Tampa, FL | MIDFLORIDA Credit Union Amphitheatre | | | offer inactive | Brittany Flores |
| Wantagh, NY | Northwell Health at Jones Beach | | | - | Steven Gaber |
| Holmdel, NJ | P.N.C Bank Arts Center | | | - | Steven Gaber |
| San Diego, CA | Petco Park | | | - | John Schalk |

HIGHLY CONFIDENTIAL

LNE-LIT24-001432567

| | | | less than original gtee | Grant Lyman |
|---|---|---|---|---|
| Charlotte, NC | PNC Music Pavilion | | | |
| Cincinnati, OH | Riverbend Music Center | | - | Michael Belkin |
| Noblesville, IN | Ruoff Music Center | | - | Dave Clark |
| Saratoga Springs, NY | Saratoga Performing Arts Center | | - | Jeremy Koplick |
| Burgettstown, PA | The Pavilion at Star Lake | | - | Tom Loudermilk |
| Hartford, CT | The XFINITY Theatre | | - | Jeremy Koplick |
| Salt Lake Ciy, UT | USANA Amphitheatre | | Not on route | Adam Baronfeld |
| Virginia Beach. VA | Veterans Home Loans Amphitheater | | - | Grant Lyman |
| Rogers, AR | Walmart Amp | | - | Warda Baig |
| Mansfield, MA | Xfinity Center | | - | John Innamorato |
| Inglewood, CA | Youtube Theatre | | - | Greg Seigel |
| Total | | | | |
| Average | | | | |

Let me know if you need anything else!

Thanks,
Ameera



Ameera Al-Masri | US Concerts
Email: AmeeraAlMasri@livenation.com
Cell:

HIGHLY CONFIDENTIAL

LNE-LIT24-001432568