# **EXHIBIT DX-886** with proposed redactions from The Touring Company

Provided to the Court under seal via email to SubramanianNYSDChambers@nysd.uscourts.gov, copying the parties' counsel of record, on March 22, 2026