# EXHIBIT DX-0279 - CORRECTED

Message

**From:** Ron Chiu [rchiu@aegpresents.com]
**Sent:** 10/31/2019 3:11:23 PM
**To:** SAC@tac-denver.com
**CC:** Jay Marciano [jmarciano@aegworldwide.com]
**Subject:** AXS Ticketing Strategies
**Attachments:** AXS Ticketing Strategies.pptx

Steve,

Jay asked me to forward the AXS Ticketing Strategy deck that he went through with PFA last week.  Please let me know if you have any questions.

Ron


Ron Chiu
Chief Strategy Officer
rchiu@aegpresents.com



425 W. 11th Street
Los Angeles, CA 90015

Highly Confidential

AEG-CID-0000705362

**DX-0279.0001**



# AXS Ticketing Strategy

October 2019

**Highly Confidential**

AEG-CID-0000705363

DX-0279.0002

## Current Situation                                                         **AEG**

- Completed buy-out of our partners to take back control of our ticketing and freedom to drive strategic/management decisions

- AXS Ticketing has not grown by winning third-party accounts successfully

- Growth created mostly through ticketing of AEG Venues and Presents content (e.g., Red Rocks, Bomb Factory, etc.)

- Technology platform and product development still lags behind TM

- Confidence in current management team is questionable

- Market reputation is tarnished

Highly Confidential                                         AEG-CID-0000705364

**DX-0279.0003**

## Strategies to Consider

**AEG**

1. Exit the ticketing business

   A. Sell AXS Ticketing

   B. Close and make attractive deal with Ticketmaster for our venues, festivals and tours

2. Merge with another existing ticketing company to expand to new market segments and create scale

3. Operate AXS Ticketing initially for our own benefit, i.e., build highly proprietary, data and tech-driven platform for venues and concerts business, slowly integrate with ASM venues on a non-exclusive ticketing model

Highly Confidential

AEG-CID-0000705365

**DX-0279.0004**

## 1A. Exit the ticketing business by selling AXS Ticketing          **AEG**

| Pros | Cons |
|---|---|
| • Could realize an immediate return on our purchase investment<br><br>• Would not require additional capital to improve and grow AXS Ticketing | • Locks up our tickets with a third-party<br><br>• No control over product development<br><br>• Limited ability to leverage our data in a combined ticketing and marketing platform<br><br>• Could destroy strategic/synergy value of putting ticketing and concerts together<br><br>• Ticketing impacts too many other segments of our business to get out of ticketing altogether (e.g., facilities, sports, etc.) |

4

Highly Confidential                                                                                      AEG-CID-0000705366

**DX-0279.0005**

## 1B. Exit the ticketing business by closing AXS Ticketing and make attractive deal with Ticketmaster

**AEG**

| Pros | Cons |
|---|---|
| • Could strike favorable deal with Ticketmaster to get more favorable economics<br>• Eliminates friction between Ticketmaster and our arenas<br>• May be able to obtain content guarantees from Live Nation | • Destroys value of business just purchased<br>• Possible regulatory issues if we tried to close our ticketing busines████████████████ |

5

**Highly Confidential**

AEG-CID-0000705367

DX-0279.0006

## 2. Merge with another ticketing company to expand to new market segments    **AEG**

### Pros

- Expand into new markets by merging with large existing companies exist that can help accelerate growth and give us scale and immediate entry into new markets
  - CTS Eventim (Europe-only or Worldwide)
  - TEG/Ticketek (Australia-only or Worldwide)
  - Eventbrite (DIY ticketing market segment)
  - Stubhub (Secondary)
  - SeatGeek (Secondary and some Primary accounts like Cowboy Stadium)
- Get uplift in valuation of combined company
- Expands customer database from new markets

### Cons

- Less control over ticketing business with a minority/diluted stake
- Less control of product development resulting in less likely to build something proprietary that enhances our core business
- Locks up our ticketing with another JV partner
- Priorities may conflict with future partners

6

Highly Confidential

AEG-CID-0000705368

DX-0279.0007

### 3. Operate for AEG's own benefit, i.e., venues and concerts business **AEG**
Build highly proprietary, data and tech-driven platform

| Pros | Cons |
|---|---|
| • Prioritize the needs of our venues and concert business to best serve our offerings to fans and artists | • Requires ongoing capital investment for product development (most of which will be using cash generated from existing ticketing business) |
| • Prioritize new product development to serve the needs of our own businesses | • In the short term, valuation growth of AXS Ticketing dependent on AEG venue and content growth |
| • Not distracted by serving too many masters (other clients such as Broadway, Sports, Festivals, Clubs & Theaters) all with different priorities and needs | • Focus on internal needs may not be conducive to innovation and wider visibility to broader industry needs |
| • Greater integration with our digital marketing capabilities to improve reach and efficiency as well as incremental revenue opportunities from combined data | |
| • Integration with venue point-of-sale systems to drive better data and revenue opportunities | |
| • Gradually take on ASM arena business, launching a non-exclusive ticketing model into the marketplace | |

Highly Confidential

AEG-CID-0000705369

**DX-0279.0008**

## 3A. Move to the open ticketing model

**AEG**

Promoters choose ticketing provider instead of venue exclusivity

| Pros | Cons |
| --- | --- |
| • Takes away Live Nation's biggest competitive advantage in the concerts business (market share and scale of Ticketmaster), inflicts the most damage to their business, levels the playing field<br><br>• Strengthening the Concerts business lessens the likelihood our venues will be leveraged by Live Nation content<br><br>• Our digital marketing assets, ASM venue network, global tours, etc. are valuable in growing distribution and marketing reach, which is valuable differentiation in an open ticketing world<br><br>• Can attract incremental ticketing business from third-party content providers (e.g., Feld, Cirque, WWE, etc.) even if at potentially lower margins<br><br>• Improves ability to win third-party venue ticketing business by mitigating content risk | • May need to incentivize Onyx through equity or financial guarantees to bring ASM venues into an open ticketing model |

8

Highly Confidential

AEG-CID-0000705370

DX-0279.0009

## 3B. Merge Elevate Ticketing with AXS Ticketing    **AEG**

### Pros

- May be able to realize some cost efficiencies through leveraging scale in overhead
- Strengthen the combined product portfolio to be more compelling to new clients with more options
- May be able to leverage Elevate GA ticketing platform for GA venues if it makes sense

### Cons

- Technology for general admission festival ticketing differs from reserved seat ticketing
- Festival business needs differs from venue needs
- Will need to buy out Paul Tollett's share of Elevate

9

Highly Confidential                          AEG-CID-0000705371

**DX-0279.0010**



Highly Confidential

AEG-CID-0000705372