UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>                  Plaintiffs,<br><br>        -against-<br><br>Live Nation Entertainment, Inc. and<br>Ticketmaster LLC,<br><br>                Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By Friday, March 27, 2026, defendants, the United States of America, and any other settling parties who anticipate their settlements will require the Court's review under 15 U.S.C. § 16, should jointly file a letter on the docket providing guidance as to how the cases will proceed as between them. Specifically, they should apprise the Court of when they expect to file a proposed consent judgment, and the steps that they expect will be required as to the review of any proposed consent judgment, including the anticipated timing of those steps.

       SO ORDERED.

Dated: March 23, 2026
       New York, New York

                                       _____
                                       ARUN SUBRAMANIAN
                                     United States District Judge