AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-03973-AS |
| Live Nation Entertainment, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Chris Granger                                                                                                    .

Date:      03/24/2026

/s/ Wesley R. Powell
*Attorney's signature*

Wesley R. Powell WP7852
*Printed name and bar number*

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
*Address*

wpowell@willkie.com
*E-mail address*

(212) 728-8264
*Telephone number*

(212) 728-8111
*FAX number*