

NORTH AMERICA    SOUTH AMERICA    EUROPE

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**JEFFREY L. KESSLER**
Partner
(212) 294-4698
jkessler@winston.com

3/25/2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    *United States et al. v. Live Nation Entertainment, Inc. et al.*, No: 1:24-cv-3973-AAS

Dear Judge Subramanian:

In accordance with the Court's direction, Plaintiffs respectfully file the attached March 24, 2026 email reflecting the Court's rulings on objections to Dr. Abrantes-Metz's demonstratives.

Yours truly,

*/s/ Jeffrey L. Kessler*

Jeffrey L. Kessler

cc:    All Counsel of Record