| | |
|---|---|
| **From:** | Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov> |
| **Sent:** | Tuesday, March 24, 2026 7:27 AM |
| **To:** | Tia.Thomas@lw.com; Subramanian NYSD Chambers |
| **Cc:** | LiveNationTeam; livenationtrialstates@ag.ny.gov; usvlivenationlitigationfull.lwteam@lw.com; ln_lit_csm@cravath.com; Alexander, Zach |
| **Subject:** | RE: U.S. v. Live Nation - Parties' Unresolved Disputes re Exhibits |

 **This message needs your attention**

• You've never replied to this person.

Winston & Strawn LLP

Dear Counsel:

In the interest of time, the Court provides the parties with its tentative rulings in response to the parties' objections. The Court assumes, although it was not directly told, that any objections to defendants' proposed demonstratives has been resolved. The Court will further hear from the parties at 8:30 am if they wish to revisit any of these determinations:

Slide 5: The objection is overruled.
Slide 11: The objection is sustained.
Slide 15: The objection is overruled. However, the Court would like a proffer as to how AXS constitutes a reasonable comparator for the early portion of the damages period given the testimony that has been elicited during trial.
Slide 18: Objection sustained in part. Title should be "There is no reliable statistical evidence that Ticketmaster sells more tickets" or something equivalent and the first box should be removed as an undisclosed opinion. The last box is fine, as it appears to be merely a lay description of what Dr. Abrantes-Metz did.
Slide 22: Objection overruled. The Court assumes that the reference to 237 million tickets is just a reference to the set of ticketing data that Dr. Abrantes Metz utilized. Otherwise, the objection refers to a pie-chart that doesn't appear on this slide. Defendants can further explain their objection here.
Slide 30:  The objection is sustained. While the underlying data in the chart is fairly reflected in Dr. Abrantes-Metz's materials, the titles, compilation of the data, and percentages, is misleading.
Slide 37: Objection sustained.
Slide 38:  Objection sustained as to the first box, as this does not reflect any valid economic opinion expressed in the report.
Slide 39: Objection sustained.
Slide 40: Adjust title as suggested by defendants
Slide 48:  Objection overruled.

**From:** Tia.Thomas@lw.com <Tia.Thomas@lw.com>
**Sent:** Monday, March 23, 2026 8:59 PM

**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Cc:** LiveNationTeam@winston.com; livenationtrialstates@ag.ny.gov; usvlivenationlitigationfull.lwteam@lw.com; ln_lit_csm@cravath.com; ZAlexander@winston.com
**Subject:** RE: U.S. v. Live Nation - Parties' Unresolved Disputes re Exhibits

<mark>**CAUTION - EXTERNAL:**</mark>


Judge Subramanian:

I attach a joint submission relating to disputes over exhibits.   We will follow up with the demonstratives in dispute.


Respectfully,

**Tia Thomas**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4763
Email: tia.thomas@lw.com
https://www.lw.com


_____


This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.
<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>