No. 1:24-cv-03973-AS

Defs' Trial Exhibit

**DX-0268**

Message
_____

**From**:         Bryan Perez [bperez@axs.com]
**Sent**:         9/11/2019 12:38:25 PM
**To**:           Rick Mueller [rmueller@aegpresents.com]
**Subject**:      Re: AXS Quality of Service - Summer & Fall 2019


Thanks – understood and we can discuss more tomorrow.

---

**From:** Rick Mueller <rmueller@aegpresents.com>
**Date:** Wednesday, September 11, 2019 at 12:35 PM
**To:** Bryan Perez <bperez@axs.com>
**Subject:** Re: AXS Quality of Service - Summer & Fall 2019

For Bowery it feels like it is more than a couple of weeks for sure.

Problems have been compounded but I will say there is usually a steady stream of small issues with AXS, with the less frequent but not irregular big one, that up to a general level of frustration.   I think you need to be hyper focused on Bowery because they are a partner in their business at some point cold ask to look at alternative ticketing platforms which would be a nuclear option at so many levels that we need to avoid.

You also need to get PromoWest on board and this doesn't help.

---

**From:** Bryan Perez <bperez@axs.com>
**Date:** Wednesday, September 11, 2019 at 12:19 PM
**To:** Rick Mueller <rmueller@aegpresents.com>
**Subject:** Re: AXS Quality of Service - Summer & Fall 2019

EXTERNAL

Do you feel it's mostly from these last two weeks or was brewing before that?  When I looked at the comments your sent me from the field, almost everything was in flight and had a positive answer, so perhaps it's a communication issue (which the bookers conference was to help).  We can discuss more thoroughly when I see you tomorrow.

I am responding to Derek, et al.   This has been keeping me up nights (and literally the team) since it started.  Nothing we are working on now is more important than getting things stable and earning back people's confidence so I've stopped everybody down.

---

**From:** Rick Mueller <rmueller@aegpresents.com>
**Date:** Wednesday, September 11, 2019 at 12:12 PM
**To:** Bryan Perez <bperez@axs.com>
**Subject:** FW: AXS Quality of Service - Summer & Fall 2019

This is a good example of why I wanted you to speak at the bookers meeting.   I got an earful from SF as well yesterday that I didn't bother sending you anything on.   There is major frustration with AXS service company wide.

---

**From:** Derek Tucker <dtucker@bowerypresents.com>
**Date:** Wednesday, September 11, 2019 at 11:27 AM
**To:** Bryan Perez <bperez@axs.com>, Rick Mueller <rmueller@aegpresents.com>, Jim Glancy <jglancy@bowerypresents.com>, John Moore <johnmoore@bowerypresents.com>, Dean Dewulf

Highly Confidential

AEG-CID-0000454436

<ddewulf@axs.com>
**Cc:** Charley Magrew <cmagrew@bowerypresents.com>
**Subject:** AXS Quality of Service - Summer & Fall 2019


Good afternooon to all.

As everyone knows, AXS has had numerous service interruptions, outages, and data feed failures in Q3 of 2019.

This has had an especially detrimental effect on the operation of The Bowery Presents. In the public facing sphere we have not been able to sell tickets during some of these outages. This is our peak season. We have close to 300 show playing in just September, as well as 30-50+ shows going onsale each week.

And we cannot continue having back office operations outages as our time is not recoupable. There is no ability to "speed up production" or "add shifts to catch up". We have a countdown clock on every event and ticket. Deadwood is lost, non-recoupable revenue. Settlement reports need to be available night of show. Bowery's focus has to be on servicing our clients, marketing, inventory management, and sales. Not navigating and mitigating the effects of service interruptions or chasing data on our ticketing platform.

Every ticket sale counts. Every customer interaction counts. Every report needs to correct and reasonably accessible.

I am asking that you review your maintenance, update and rollout schedules and plan these activities outside of business hours which are usually 10am to 10pm daily. And if it is critical that these actives need to occur during business hours, vet the processes to insure there will not be service interruptions.

Right now I feel secure in stating The Bowery Presents has a lack of confidence in the product provided by AXS.

I hope we are able to rebuild and strengthen our confidence in the days ahead.

Thank you




Derek Tucker
Vice President of Ticketing
AEG Presents Global Touring & The Bowery Presents
New York
████████████

Dtucker@aegpresents.com / Dtucker@bowerypresents.com



Highly Confidential                                                                 AEG-CID-0000454437

**DX-0268.0002**