Message
_____

**From:** Dean Dewulf [ddewulf@axs.com]
**Sent:** 9/19/2019 9:47:55 AM
**To:** Tom Andrus [tandrus@axs.com]; Mike Rojas [mrojas@axs.com]; Bryan Perez [bperez@axs.com]; Alex Hazboun [ahazboun@axs.com]; Sezin Aksoy [saksoy@axs.com]; Hugh Hong [hhong@axs.com]
**Subject:** Fwd: Las Vegas Opportunities Updates - 9/19
**Attachments:** image001.png; ATT00001.htm; image002.png; ATT00002.htm; _msg; ATT00003.htm

FYI in regards to B2B

Sent from my iPhone

Begin forwarded message:

**From:** Shaun Eidson <seidson@axs.com>
**Date:** September 19, 2019 at 9:31:34 AM PDT
**To:** Stephanie Streeter <sstreeter@axs.com>, Dean Dewulf <ddewulf@axs.com>
**Subject: FW: Las Vegas Opportunities Updates - 9/19**

FYI. The AEG folks are raving about TM1's Yield Management Tool. I have copy and pasted their feedback regarding it below.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Bruce Bielenberg bbielenberg@aegpresents.com

FYI. I also echo Jim's comments about the TM One tool. It has definitely helped me as a promoter rep to be able to pull real time reports for event management (pricing and dressing the house) and forecasting. He is spot on that it takes us to the next level of event management and has been instrumental in allowing us to increase revenue for our events. I also manage our TM Platinum inventory and am able to monitor Pricemaster via the TM One tool.

Was excited to see in our recent meeting what AXS is building. Just want to make sure it keeps us on par or ahead of the TM One tool.

Thanks.

**From:** Jim Allison
**Sent:** Friday, September 13, 2019 7:42 PM
**To:** John Nelson <nelson@aegpresents.com>; Stacy Welk <swelk@concertswest.com>; Bruce Bielenberg <bbielenberg@aegpresents.com>
**Subject:** TM1

I just have to say what a game changer having TM1 is for me.
I have been on tour outside the US almost exclusively for the last 10 years so coming back tour North America and being able to see real-time sales updates and pull my own reports, hold maps, kills maps, etc is a MASSIVE game changer.

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0270**

Highly Confidential

AEG-LIT-000001633

The analysis we can do is definitely a timesaver and money maker as we make more informed decisions faster across the board.

I feel like I went from the stone age to the space age here.

WOW!

When is AXS getting something like this?

**Jim Allison**
Tour Director - Concerts West
Celine Dion Courage World Tour

celinedion.com/in-concert/

Highly Confidential                                                                    AEG-LIT-000001634

**DX-0270.0002**

**Shaun Eidson**

**AXS** | VP of Music

████████ | seidson@axs.com

Learn more about AXS Ticketing: https://solutions.axs.com/clubs-theaters/

---

**From:** HC Rowe <hcrowe@aegpresents.com>
**Date:** Thursday, September 19, 2019 at 9:21 AM
**To:** Shaun Eidson <seidson@axs.com>, Rob Sine <rsine@axs.com>
**Cc:** HC Rowe <hcrowe@aegpresents.com>, "H.C. Rowe" <hrowe@axs.com>
**Subject:** RE: Las Vegas Opportunities Updates - 9/19

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you verify the sender and know the content is safe.

Notes from the road. See attached. Specially AXS yield management tool vs TM Pricemaster.

We need to be equivalent to or ahead of Pricemaster and the TM One tool. Having AXS yield management is essential to our success in Vegas.

Not having this implemented and fully deployable in the LV market will significantly hamper us from growing this market.

HC

HC Rowe

AEG Presents / concerts west / AXS Las Vegas

████████████

Highly Confidential

**From:** Shaun Eidson <seidson@axs.com>
**Sent:** Thursday, September 19, 2019 7:09 AM
**To:** Robert Sine <rsine@axs.com>
**Cc:** HC Rowe <hcrowe@aegpresents.com>
**Subject:** Las Vegas Opportunities Updates - 9/19

**EXTERNAL**

Hi Rob,

HC and I had a chance to discuss the Las Vegas deals currently in his pipeline yesterday. I have distilled our conversation down to the highlights for you below. As mentioned, HC (cc'ed) and I now have a standing meeting every Wed morning to discuss any movement on existing deals as well as any new deals on his radar so I will have updated info for you each week. I have also added these two deals into Salesforce and will be updating the deals there accordingly.

Let us know if you have any questions regarding the ones in question below and HC let me know if I missed anything so I can update my records.

Shaun

**Opportunity:** New Virgin Hotel Music Venue (Previously The Joint - new name TBD)

**Background:** Hard Rock Hotel recently purchased by Virgin, AEG is going to be the exclusive promoter and operator of the 4k capacity venue at the hotel (what was previously named "The Joint." AEG deal is already in place. Bobby Reynolds (SVP) from AEG will be the one overseeing the project, he has a great team behind him. He spent years at The Joint so he knows the Vegas market very well.

**Timing:** The hotel and venue are scheduled to open in Oct of 2020. The hope is to have shows on sale for the big opening in the first quarter of 2020.

**Red Flags:** With regards to ticketing, despite the fact AEG is operating and booking this new venue, the Virgin Hotel folks will have a heavy influence on who will ticket the venue so this is not a given.

The reason being, we are partners with the Virgin Hotel and we have to do what is best for everyone - what's best for us, the artists, the building and the relationships with and our partners. The Gaming Control Board in Vegas has vast control over anything tied to money that happens within these casinos and hotels and thus will influence the ticketing decision as well.

In order for us to put ourselves in the best position to win this deal, AXS needs to have the critical pieces of the puzzle in place when the venue comes online - and that boils down to our Yield Management tools being ready.

**Sales Stage:** Pitch Performed

Dean came out with his team about a month ago, did a soft presentation pitching AXS for the Virgin Hotel folks and Bobby. HC thought the meeting went well. However, if we don't have the Yield Management tools in place for Vegas venues, we risk losing the deal so we need to get that locked in. That should be our top priority right now

**Opportunity:** Resort World

**Background:** Genting Gaming (Malaysia) the Sr. ownership is very much like our own ownerships, solely owned and operated by. A lot of synergy here. Very excited about it from a deal structure standpoint. If we can come to a deal, which is likely to happen soon, AEG will run and operate the building ourselves. Won't have to share the revenues or losses. The venue within the resort will include a 4,600 seated venue and will also be a mix of residencies and one-offs. It will be similar to Coliseum with a number of tickets and shows a year.

**Timing:** The hotel is supposed to be open in Dec 2020. AEG is looking to lock in deal as sole operating and booker within the next two weeks. On-sale with shows by the second quarter of 2020 for shows in 2021

**Sales Stage:** Qualified

Trying to get the venue in the first phase opening but not sure they are going to hit that benchmark. It doesn't sound like we've have to pitch to ourselves to win this deal if AEG gets sole decision-making rights.

Highly Confidential

AEG-LIT-000001638

**DX-0270.0004**

Message

**From:** Bruce Bielenberg [bbielenberg@aegpresents.com]
**Sent:** 9/16/2019 11:08:46 AM
**To:** HC Rowe [hcrowe@aegpresents.com]
**Subject:** FW: TM1

FYI. I also echo Jim's comments about the TM One tool. It has definitely helped me as a promoter rep to be able to pull real time reports for event management (pricing and dressing the house) and forecasting. He is spot on that it takes us to the next level of event management and has been instrumental in allowing us to increase revenue for our events. I also manage our TM Platinum inventory and am able to monitor Pricemaster via the TM One tool.

Was excited to see in our recent meeting what AXS is building. Just want to make sure it keeps us on par or ahead of the TM One tool.

Thanks.

**From:** Jim Allison
**Sent:** Friday, September 13, 2019 7:42 PM
**To:** John Nelson <nelson@aegpresents.com>; Stacy Welk <swelk@concertswest.com>; Bruce Bielenberg <bbielenberg@aegpresents.com>
**Subject:** TM1

I just have to say what a game changer having TM1 is for me.
I have been on tour outside the US almost exclusively for the last 10 years so coming back tour North America and being able to see real-time sales updates and pull my own reports, hold maps, kills maps, etc is a MASSIVE game changer.

The analysis we can do is definitely a timesaver and money maker as we make more informed decisions faster across the board.

I feel like I went from the stone age to the space age here.

WOW!

When is AXS getting something like this?

**Jim Allison**
Tour Director - Concerts West
Celine Dion Courage World Tour

celinedion.com/in-concert/



Highly Confidential

AEG-LIT-000001639

**DX-0270.0005**