

**Exhibit A.3: Weighted Average Retained Amount Per Ticket by Ticketer**
**According to Dr. Hill's Event−Level Combined Ticketer Data**