**U.S. et al. v. Live Nation Entertainment, Inc. & Ticketmaster, LLC**
*Case No. 1:24–cv–3973*

# Demonstratives for the Examination of Mark Yovich

*ticketmaster*

DDX-18.1

# Ticketmaster's Products and Services

## Event Management

## Sales and Marketing

## Reporting

## Event Day

## Settlement

*ticketmaster*

DDX-18.2

# Ticketmaster's Technology Architecture



# Ticketmaster's Innovations

**2009**
Interactive Seat Map

**2013**
TM+

**2015**
- Face Value Exchange
- Market-Leading Reporting

**2017**
- Virtual Venue
- Verified Fan
- TM1

**2019**
SafeTix

**2021**
TM1 Evolution

**2023**
Ignite

**2011**
Distributed Commerce

**2014**
Consolidated New Platform

**2016**
New Mobile SDK

**2018**
- SmartQueue
- New Account Manager

**2020**
Smart Event & Pandemic Tools

**2022**
Donation Tools in Account Manager

**2024**
- Artist Sign-Up
- SafeTix 2.0



DDX-18.4

# Ticketmaster's Innovations



# Ticketmaster's Innovations



*ticketmaster*

DDX-18.6

# Ticketmaster's Innovations



**2009** — Interactive Seat Map

**2011** — Distributed Commerce

**2023** — Ignite

**2024**
- Artist Sign-Up
- SafeTix 2.0

## 2013: TM+

*ticketmaster*

DDX-18.7

# Ticketmaster's Innovations



ticketmaster

# Ticketmaster's Innovations



# Ticketmaster's Innovations



*ticketmaster*

**DDX-18.10**

# Ticketmaster's Innovations

## 2017: Verified Fan (now Artist Sign-Up)



2009
Interactive Seat Map

2023
Ignite

2011
Distributed Commerce

2024
- Artist Sign-Up
- SafeTix 2.0

*ticketmaster*

**DDX-18.11**

# Ticketmaster's Innovations



**2017: TM1**

2009
Interactive
Seat Map

2011
Distributed
Commerce

2023
Ignite

2024
- Artist Sign-Up
- SafeTix 2.0

ticketmaster

**DDX-18.12**

# TM1



ticketmaster

DDX-18.13

# Command Line





# TM1 Reclass with Assistant



# TM1 Venue Entry



# Ticketmaster's Innovations



DDX-18.17

# Ticketmaster's Innovations





## 2019: SafeTix



2009 — Interactive Seat Map

2013 — TM+

2023 — Ignite

2011 — Distributed Commerce

2022 — Donation Tools in Account Manager

2024 — Artist Sign-Up • SafeTix 2.0

# Ticketmaster's Innovations



**2009**
Interactive Seat Map

**2013**
TM+

**2021**
TM1 Evolution

**2023**
Ignite

**2011**
Distributed Commerce

**2014**
Consolidated New Platform

**2022**
Donation Tools in Account Manager

**2024**
- Artist Sign-Up
- SafeTix 2.0

## 2023: Ignite

*ticketmaster*

**DDX-18.19**

# Bespoke Solutions:  Intuit Dome



*ticketmaster*

DDX-18.20

# Ticketing Models Around the World

**Who Controls the Ticket?**

| | Exclusive | Mixed Allocation/Exclusivity | Allocation |
|---|---|---|---|
| **Venue** | US, Australia, New Zealand, Sweden, Norway, Finland | Belgium | No Market |
| **Mixed Control** | Denmark, Canada | No Market | Czech Republic, United Kingdom, France *API* |
| **Promoter** | Netherlands, Ireland, Turkey | Germany, Austria, Switzerland, Italy, Spain, Greece | Poland |

*ticketmaster*

**DDX-18.21**