Message

| | |
|---|---|
| **From:** | Scanlon, Mike [Mike.Scanlon@spectraxp.com] |
| **Sent:** | 4/19/2022 6:53:40 AM |
| **To:** | Chris Granger [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae834b9b52e94405aa6f53dde5179946-cgranger] |
| **Subject:** | Ticketing Analysis - Ford Wyoming Center, Casper, WY |
| **Attachments:** | Ford Wyoming Center Ticketing Comparison.pdf |

Chris,

Attached is the analysis for ticketing RFP responses for Casper.  It is currently a PAC venue.

For the analysis, we used the following criteria based on historical pre-pandemic attendance numbers.

1. Per ticket revenue. Charging the customer the same fee for each company as fee is set by the venue.
2. Any additional revenue streams such as order charges, benchmark incentives, etc.
3. The per ticket expense, order charge, marketing fee, etc. charged by each company.
4. For TM, we added one additional concert per year based on relationship. LN has historically done one show per year on average.
5. For TM, we added a ▮▮ increase in overall attendance based on data base size.  We also added a revenue per cap number per additional attendee based on historical spending.

    a.  Pac database  ▮▮▮▮  TM database  ▮▮▮▮▮

Based on above criteria, we came up with following –
1. Net income to venue -
    a.  PAC - ▮▮▮▮ per year.  ▮▮▮▮ <mark>over five years.</mark>
    b.  TM - ▮▮▮▮ per year.  ▮▮▮▮ <mark>over five years.</mark>

Even without applying the ▮▮ attendance increase and one concert per year increase to the TM side, TM is better.  Taking these out reduces TM number over five years to ▮▮▮▮

Based on above, we recommend TM.  Please let me know if you want me to arrange a call to review.   The contract ends 6/30 so to switch we would like to give TM the award by the end of this week to allow for ample transition time.

Thanks,
Mike


Mike Scanlon
SVP Arenas & Stadiums
OVG 360
M: 484-368-4808
Email: Mike.scanlon@oakviewgroup.com

No. 1:24-cv-03973-AS

Defs' Trial Exhibit

**DX-0583**

Highly Confidential – Business and Trade Secrets

OVG LLC_00155121

DX-0583.0001

COMPARISION SUMMARY



### Additional Notes

All ticket numbers are three year avg (7/1/2016 – 6/30/2019) multiplied by 5 to represent the 5 year length of the proposed contracts.

Both systems allow to charge additional conveniece fee to add revenue, this is not factored in above

Both systems have abilty to collect revenue from the resale marketing

Community GA Ticket - TM - ▮▮▮  PAC ▮▮

Paciolan marketing database of ▮▮▮ vs. TM database of ▮▮

Highly Confidential – Business and Trade Secrets

OVG LLC_00155122

**DX-0583.0002**

## COMPARISION SUMMARY

| **all numbers are for 5 year totals | Paciolan | Ticketmaster | Notes |
|---|---|---|---|
| Total Per ticket Fees Due | | ███████ | ██████ | TM increase ███ per year of contract |
| Total CC fees Due | | ███████ | ██████ | |
| Annual License Fee Expense | | ███████ | ██ | |
| Marketing Automation Expense | | █████ | █████ | |
| **TOTAL Due Ticketing Platform (5 years)** | | █████ | █████ | |
| | | | | |
| Signing Bonus + additional incentives | | ██████ | ███ | Annual ███ For Box Office Naming Rights |
| Ticket Insurance | | ██████ | $███ | FWC 2021 Ticket Insurance Revenue = ██████ |
| | | | | |
| Order Charge Revenue | | █████ | █████ | Assumes ██ order for PAC, ██ order charge for TM. TM ████ per year |
| **TOTAL Revenues:** | | █████ | █████ | |
| | | | | |
| **Net Cost (5 years):** | | █████ | █████ | |

| | |
|---|---|
| **X additional major concerts through Live Nation? (? per year)** | ████ |
| **Pac/TM 5-year differential:** | █████ |
| **Pac/TM Per-year differential:** | |

### Additional Notes

All ticket numbers are three year avg (7/1/2016 – 6/30/2019) multiplied by 5 to represent the 5 year length of the proposed contracts.

Both systems allow to charge additional conveniece fee to add revenue, this is not factored in above

Both systems have abilty to collect revenue from the resale marketing

Community GA Ticket - TM = ██████  PAC ███

Highly Confidential – Business and Trade Secrets

OVG LLC_00155123

**DX-0583.0003**