| | |
|---|---|
| **From:** | Michael Wichser [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1AB4DDC783F4D20923BE18F0007A3EA-MICHAEL WIC] |
| **Sent:** | 9/7/2023 12:53:09 AM |
| **To:** | David Marcus [david.marcus@ticketmaster.com]; Brendan Lynch [brendan.lynch@ticketmaster.com]; Carlos Alvarez [carlos.alvarez@ticketmaster.com]; Andrew Sider [andrew.sider@ticketmaster.ca]; Larry Plawsky [larry.plawsky@ticketmaster.com]; Dan Armstrong [dan.armstrong@ticketmaster.com]; Peter Quinlan [peter.quinlan@ticketmaster.com]; Troy Suda [troy.suda@ticketmaster.com] |
| **CC:** | Mark Yovich [mark.yovich@ticketmaster.com]; Rachel Sussman [rachel.sussman@ticketmaster.com] |
| **Subject:** | September Tech Exec Agenda and Pre-Read Materials |
| **Attachments:** | 230906 Tech Exec_2024 Programs vPreRead.pdf; 230906 Tech Exec_Stakeholder Pain Points and Needs.pdf |

All,

Looking forward to Monday.

Pre-read materials attached.

Agenda
- Org structure
- Program operating model
- 2024 Programs GET Sponsors & GMs
○ Pre-read includes draft GET sponsors and GMs *(these are proposed for purposes of discussion)*
○ We will use the afternoon to discuss and align on the Programs and their governance/ownership as a group
○ Also attaching the latest Pain Points to Programs doc with more detail on each Program – thank you for your partnership in pulling together *(Joe will join for afternoon; he has reviewed and is generally aligned with the latest version of the document)*

On Tuesday with the GET, we will spend most of the day reviewing the programs with the broader group – we will introduce the pain points by stakeholder and then the GET sponsor for each program will speak to the respective objectives, workstreams, etc. and lead a quick discussion to drive alignment.

Thanks.
Michael

**Ex. No
PX0783**

1:24-cv-03973

CONFIDENTIAL



SEPTEMBER 2023

# Tech Exec Offsite

CONFIDENTIAL · DO NOT DISTRIBUTE

*ticketmaster*

LNE-LIT24-001458321

2

TECH EXEC OFFSITE

# Agenda

| Time | Topic | Objective | Facilitator |
|---|---|---|---|
| 10:00 – 10:15 | **Intro** | • Share objective for the day | Yovich |
| 10:15 – 12:30 | **Org Structure** | • Discuss Prod/Tech restructure options | Carlos / Troy / Brendan |
| 12:30 – 1:30 | **Lunch** | | |
| 1:30 – 1:45 | **Kick-Off** | • Share LNE perspective | Berchtold |
| 1:45 – 2:15 | **Program Op Model** | • Discuss 'Program' op model<br>　• GET Sponsor & GM roles & responsibilities<br>　• SteerCo forums<br>　• Ringfenced Prod/Tech teams | Yovich / Wichser |
| 2:15 – 4:00 | **2024 Programs:<br>GET Sponsors & GMs** | • Align on the GET Sponsor and GM for each Program | Yovich / Wichser |
| 7:00 | **GET Dinner** | | |

CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-001458322

TECH EXEC OFFSITE

# PROGRAM OP MODEL

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

LNE-LIT24-001458323

4

**PROGRAM OP MODEL**

# Reminder: Driving accountability was a key theme from the Internal Assessment

| Organization | | | Prioritization | Strategic Impact | |
|---|---|---|---|---|---|
| Project ownership | Siloed teams across groups | Team commitment | Executive alignment to decisions | Defining impact | User empathy |
| "If I want anything done, I need to be the one chasing product. It's not my job, but I have to play that role to move things forward"<br><br>"The GET has no accountability but the people below them bear all of it"<br><br>"These huge bodies of work require teams to deliver and accomplish goals together. Without an owner, you get delivery – not outcomes" | "Teams don't communicate with each other. Product and tech are often working off different priority lists"<br><br>"We do things in silos. My team will often complete a project just to hear of another team doing the same exact thing."<br><br>"We create initiatives and goals in silos. We don't see where the synergies are or how we can assess success as a broader org" | "Teams aren't incentivized to help. An issue that could be solved in 45 minutes needed to be escalated to Troy before I got any help"<br><br>"Teams aren't empowered to critically evaluate solutions, they're just responsible for building things to order"<br><br>"There is a lot of throwing things over the fence. People are quick to direct someone to a different team rather than trying to figure out a solution" | "GET can't communicate the priorities because they all want them to be different"<br><br>"There's a disconnect among teams on what priorities are. Multiple teams are competing for the same resources"<br><br>"We need more collaboration rather than marketplace and enterprise leaders prioritizing their own initiatives in silos" | "Teams, especially product, don't know what success looks like."<br><br>"TM is output, not outcome, focused."<br><br>"We use vanity metrics to feel better about progress but they're not the correct ways to measure success"<br><br>"We never do retros on projects to understand if we were successful. We need to hold people accountable for products beyond delivery" | "Product does not have proximity to the client. They get the business requirements but aren't living and breathing a strategy that they are excited about"<br><br>"Some don't care about the how people will use the output. There is no user empathy approach" |

CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-001458324

PROGRAM OP MODEL

# Building accountability



## Clear Ownership



## Accountability Forums



## Impact Focused

- Single point of accountability:
  - One GET Sponsor
  - One GM

- Monthly Tech Exec (rotating)
- Monthly SteerCo (each program)
  - Includes GET Sponsor and GET stakeholders
  - Share progress updates
  - Align on key decisions
  - Escalate roadblocks

- Impact vs. output focused OKRs
- Missions remain intact until OKRs are achieved

CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-001458325

6

**PROGRAM OP MODEL**

# Ownership roles & responsibilities

**GET Sponsor**

- GET member
- Single point of executive accountability
- First contact for LN and TM leadership
- Final decision-maker

**GM**

- Typically VP and above
- Defines mission strategy and gains alignment from GET Sponsor
- Identifies key decisions and makes recommendations to GET Sponsor as necessary
- Manges the team
- Sets the agenda and leads weekly team meetings
- Provides monthly progress updates to Tech Exec

**For discussion:** How do you envision your roles as Sponsors?



CONFIDENTIAL · DO NOT DISTRIBUTE

CONFIDENTIAL    LNE-LIT24-001458326

7

**PROGRAM OP MODEL**

# Accountability meetings & forums

**Tech Exec**
- Monthly RAG status of all 30 programs
- Rotating spotlight of 1-3 programs (as needed)

**Program SteerCo's**
- Each program will define its SteerCo (GET Sponsor & relevant GET stakeholders)
- Monthly meeting to:
  - Share results
  - Align on key decisions
  - Escalate roadblocks

**For discussion:** Does this feel sufficient? Are there other forums we should consider or repurpose? What is the forum for tradeoff decisions against other priorities as needed?

CONFIDENTIAL · DO NOT DISTRIBUTE

8

**PROGRAM OP MODEL**

# Ringfenced Product/Tech teams

*ILLUSTRATIVE*

- Dedicated tech and product resources to <u>one</u> program

- Only one product leader per program

- May require pulling from multiple engineering pods across Marketplace/Enterprise/etc.

- Does not engage in RTB work

- Does not engage in Discovery work outside of the mission

<div style="border:1px solid black">

**For discussion:** What are the pros/cons of ringfencing teams? Do some programs require ringfencing? Or do we just need to increase capacity? If we ringfence, what is the right structure?

</div>

CONFIDENTIAL · DO NOT DISTRIBUTE

CONFIDENTIAL

LNE-LIT24-001458328

TECH EXEC OFFSITE

## 2024 PROGRAMS

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

CONFIDENTIAL

LNE-LIT24-001458329

10

`ANNUAL PLANNING`

# 2024 Programs

FOR DISCUSSION

| | Programs | Stakeholder | Pain Points / Unmet Needs | Impact / OKRs | GET Sponsor | GM |
|---|---|---|---|---|---|---|
| 1 | Improve the HD Onsale | Fans, Content | Confusing and error-filled onsales are frustrating fans and degrading our brand | • Onsale error rate<br>• Site NPS<br>• Negative social sentiment rate | David Marcus | Jake Fisher |
| 2 | Abuse Protection and Account Fidelity | Fans, Content | Bots are acquiring tickets illegally at the expense of fans | • Resale listing rate (HD shows)<br>• % purchases made by attending fans<br>• % verified accounts w/ single email and phone enforcement<br>• % global accounts with real-time scoring<br>• FTC reporting<br>• Adoption of authorized transfer APIs | Hannah Foster | TBD |
| 3 | Uplevel Customer Service | Fans | Customer service responsiveness and quality isn't meeting fan needs | • Suppression rate<br>• Resolution rate by disposition<br>• First contact resolution rate<br>• First response wait time<br>• Quality on Agent Service Delivery<br>• CSAT | Lisa Cobham | TBD |
| 4 | Improve Post-Purchase and Fan Seller | Fans | Ticket management tools are difficult to use & unreliable | • Contact to order ratios<br>• Site NPS | Larry Plawksy | Puja Bhatia |
| 5 | Upgrades & Exchanges (LA Clippers) | Fans, Venues | Ticket management tools are difficult to use & unreliable | • Contact to order ratios<br>• First contact resolution rate | Peter Quinlan | TBD |
| 6 | Self-Service Payments (Festivals) | Fans, Content | Ticket management tools are difficult to use & unreliable | • Contact to order ratios | Peter Quinlan | Jawed Yusufi |
| 7 | Demand Management | Content | Demand data earlier in the onsale planning process | • Number of tickets added from demand data<br>• % of tickets sold in initial onsale (non-HD shows) | David Marcus | Beth James |
| 8 | Market Pricing | Content, Venues | More data and tools to capture the full value of tickets | • Market-pricing tool adoption rate | David Marcus | George Waterstraat |

CONFIDENTIAL

LNE-LIT24-001458330

11

# 2024 Programs

FOR DISCUSSION

| | Programs | Stakeholder | Pain Points / Unmet Needs | Impact / OKRs | GET Sponsor | GM |
|---|---|---|---|---|---|---|
| 9 | Upsell Enhancements | Content, TM | More data and tools to capture the full value of tickets | • Upsells CM | Peter Quinlan | Jawed Yusufi |
| 10 | Resale Management (Face Value Exchange) | Content | More influence over what happens to tickets once they're sold | • Artist management / promoter satisfaction rate<br>• Resale listing rate (HD shows) | David Marcus | Blythe Reyes |
| 11 | TM1 Redesign | Content, Venues | Deeper insights about fans and business | • TM1 MAUs<br>• Product adoption rate | Brendan Lynch | Brooke Ciquera |
| 12 | Artist-Direct Ticketing | Content | More direct relationship with fans | • Artist management / promoter satisfaction rate<br>• Ticket leakage rate | David Marcus | Blythe Reyes |
| 13 | Expand Distributed Commerce | Content, Venues | Increase the reach and sell-through of inventory | • Sell-through rate (non-HD shows)<br>• API sales | Dan Armstrong | Michael Chua |
| 14 | Festivals | Content | More enhancements to festivals and attractions tooling | • Checkout conversion rate<br>• Number of Frontgate clients using Safetix | Andrew Sider | TBD |
| 15 | Attractions | Content | More enhancements to festivals and attractions tooling | • Checkout conversion rate<br>• Large attraction clients signed (+100k annual tix) | Andrew Sider | Jess Gotfrit |
| 16 | [LA Clippers] | Venues | Technology gaps to major strategic global client expectations | • LA Clippers CM | Troy Suda | Dave Scarborough |
| 17 | Brazil (OVG) | Venues | Technology gaps to major strategic global client expectations | • Brazil market CM | Carlos Alverez | Adam Newsam |
| 18 | Tournaments (LA 28, FIFA 26) | Venues | Technology gaps to major strategic global client expectations | • LA28 and FIFA 26 GTV<br>• Brand awareness | Trevor Allin | Andy Lovett |

CONFIDENTIAL - DO NOT DISTRIBUTE

12

ANNUAL PLANNING

# 2024 Programs

FOR DISCUSSION

| | Programs | Stakeholder | Pain Points / Unmet Needs | Impact / OKRs | GET Sponsor | GM |
|---|---|---|---|---|---|---|
| 19 | Global Entry (Digital Ticketing) | Venues, Fans | Reduce fraud and create identity at entry | • Global TM1 Entry scan rate as a % of total<br>• Global Safetix scan rate as a % of total | Brendan Lynch | Alanna Kitaeff |
| 20 | Clubs | Venues | More control over event deployment and management | • Number of Clubs Tickets (DIY & TM1) | Andrew Sider | Sam Isles |
| 21 | Predictive Insights | Venues, Content | More real-time data and insights to manage business | • TM1 MAUs<br>• Product adoption rate | Brendan Lynch | TBD |
| 22 | Innovation Lab | Venues, TM | Higher expectations for industry-leading innovation | • # of AI/ML integrations | Brendan Lynch | Christopher Tweed-Kent |
| 23 | Global Platform | TM, Venues, Content | Our global platform is complex | • Fixed costs (OpEx & CapEX)<br>• Operating margins<br>• % of time spent on non-RTB work<br>• # of markets with TM best-in-class products | Carlos Alvarez | Kristina Sjolander |
| 24 | Stability & Reliability | TM | Our global platform is complex | • Number of MI's | Carlos Alvarez | Brandon Amman |
| 25 | Travel & Experiences | TM, Fans | Primary fee margins are eroding | • Travel and Experiences take-rates<br>• Travel & Experiences CM | Peter Quinlan | Franny Starkey |
| 26 | 3PP / Open Ticketing (TM Connect & OPA) | TM, Venues | Open ticketing puts our core business model at-risk | • 3P primary listings<br>• 3PP CM<br>• Number of TM Connect integrations | Brendan Lynch | Puja Bhatia |
| 27 | [Data 2.0] | TM | Our large, proprietary database is not accessible or organized to serve our business ambitions | • Product adoption rate | Carlos Alverez | Alang'o Otieno |

CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-001458332



2023

# Stakeholder Pain Points
# & Unmet Needs Assessment

Summer 2023

CONFIDENTIAL · DO NOT DISTRIBUTE

**ticketmaster**

CONFIDENTIAL

LNE-LIT24-001458333

2

**ANNUAL PLANNING**

# We identified pain points & unmet needs across our key stakeholders



FANS



CONTENT



VENUES



TICKETMASTER

- Site Tracking (e.g., Usabilla, Google Analytics)
- Product-Design Tracking
- Contact Dispositions
- Major Incidents
- Social Listening
- Focus Groups

- Live Nation
- Artist Team Interviews
  - Live Nation UK (2)
  - Crossover Touring (1)
  - Artist Nation (3)
  - Silva Artist Management (3)
  - Red Light Management (1)
  - Mick Management (1)
  - CAA (1)
  - Q Prime (1)
  - OCESA Seitrack (2)
  - Wasserman (1)

- Live Nation
- RVPs
- Client Satisfaction Survey
- Client Interviews

- Executive Interviews
- Employee Engagement Survey
- Financial Reports

CONFIDENTIAL · DO NOT DISTRIBUTE

CONFIDENTIAL

3



**ANNUAL PLANNING**

# FANS | Pain Points & Unmet Needs

| Pain Point & Unmet Needs | Objective | Metric(s) |
| --- | --- | --- |
| Confusing and error-filled onsales are frustrating fans and degrading our brand<br><br>*Onsite NPS levels are at all-time lows; 50% of negative customer feedback onsite is ease of use related and onsale issues are the most prominent* | Make the onsale experience as easy as possible.<br><br>Rebuild trust. | • Onsale error rate (% of fans experiencing *any* onsale error)<br>(false positive blocks*, queue kick-outs, collisions, buyer payment failure, 4XX or 5XX errors)<br>• Site and brand NPS<br>• Negative social sentiment rate |
| Bots are acquiring tickets at the expense of fans<br><br>*High profile issue with Regulators and on Social, 2022 to 2023 saw 220%+ Abuse-related comments in onsite fan feedback* | Get tickets in the hands of fans, not bad actors. | • Resale listing rate (HD shows)<br>• % purchases made by attending fans<br>• % verified accounts w/ single email and phone enforcement<br>• % global accounts with real-time scoring<br>• FTC reporting<br>• Adoption of authorized transfer APIs |
| Customer service responsiveness and quality isn't meeting fan needs<br><br>*CSAT levels post-COVID are at all-time lows; 15% of negative customer feedback onsite is customer service related* | Address fan frustrations through *high-quality* support. | • Suppression rate (% phone contacts unanswered)<br>• Resolution rate by disposition<br>• First contact resolution rate<br>• First response wait time<br>• Quality on Agent Service Delivery<br>• CSAT |
| Ticket management tools are difficult to use & unreliable<br><br>*Most common drivers of contacts to fan support are 1) Resale, 2) Refunds, and 3) Delivery/Transfer* | Create seamless experiences for fans' most critical ticket / account management and entry needs. | • Contact to order ratios for:<br>  • Resale<br>  • Delivery/Transfer<br>  • Upgrades/Exchanges<br>• Site NPS<br>• First contact resolution rate |

CONFIDENTIAL

LNE-LIT24-001458335

4

# FANS | Roadmap



FANS

/ NOT EXHAUSTIVE

| | Pain Point / Need | Programs | Workstreams | Details |
|---|---|---|---|---|
| 1 | Confusing and error-filled onsales are frustrating fans and degrading our brand | Improve The HD Onsale | • Reduce Fan Errors | • Observable, management, and reliable SmartQueue + ISM onsales in all Host & MFLX markets<br>• Improve error messaging & fan comms<br>• Reduce queue kick-outs<br>• Reduce code errors<br>• Reduce false positive bot blocks<br>• Reduce collisions<br>• Improve payment block experience |
| | | | • Improve Internal Tooling | • Onsale Management Tooling (OMT)<br>• Onsale reporting dashboard |
| 2 | Bots are acquiring tickets at the expense of fans | Abuse Protection and Account Fidelity | • Abuse Rules and Processes | • More precise blocking rules and tooling<br>• Improved appeals process<br>• Abuse tooling precision<br>• Demystification of abuse approach with fans & regulators<br>• Prevention of post-purchase automation & scrapping<br>• Great internal reporting and dashboards |
| | | | • Account Fidelity | • Develop reliable, real-time account score based on online and in-person behaviors<br>• Enforce phone uniqueness<br>• Email verification<br>• Shift to account-based passcode credentials<br>• Single cross border identity<br>• Leverage affinity signals from multiple 3rd parties that artists can use to rank fans |
| 3 | Customer service responsiveness and quality is not meeting fan needs | Uplevel Customer Service | • State of Play | • New agent onboarding and training to triage immediate coverage gaps<br>• Disposition data teardown to determine root causes of fan pain points<br>• Capability gap assessment to determine ability to resolve fan pain points |
| | | | • Agent Quality | • Improve availability<br>• Improve interactions via training |
| | | | • Digital Transformation | • Improve onsite visibility & access touchpoints<br>• Improve phone, live chat, chatbot, self-service / help center solutions<br>• Omnichannel experience across phone, email, chat, social |

CONFIDENTIAL

5

# FANS | Roadmap



FANS
/ NOT EXHAUSTIVE

| | Pain Point / Need | Programs | Workstreams | Details |
|---|---|---|---|---|
| 4 | Ticket management tools are difficult to use & unreliable | Improve Post-Purchase and Fan Seller | • Improve Transfer Capabilities | • Improve UX & fan comms<br>• SMS & In App Transfer, Global Transfer Service rollout<br>• Ability to Select From Contacts / Recent Contact List' Mew Assign / Tap to Assign feature<br>• Overhaul of post-purchase services (render, transfer, chain of custody, share) using system agnostic domain-based architecture (piloting with LA Clippers) |
| | | | • Reduce Ticket Delivery & Fan Seller Confusion | • Better guidance for client delivery delays & 3rd party tickets<br>• Improve messaging on fan seller payout requirements in posting flow & via e-mail<br>• Improve cross border payout capabilities<br>• Make purchased tickets immediately available for viewing |
| 5 | | Upgrades & Exchanges (LA Clippers) | • Upgrades & Exchanges | • Build an Upgrades & Exchange solution that integrates with Host and allows fans to digitally exchange tickets for different events or upgrade better seats without contacting customer service<br>• Pilot to be built as part of LA Clippers contractual requirement, but solutioned for broader use |
| 6 | | Self-Service Payment Plans (Festivals) | • TM Payment Plans | • Build and scale a self-service payment plan solution that allows fans to manage plans in MyAccount, updating expired cards (large driver of CS calls/abandoned purchases), and paying off/extending payment terms<br>• Product to be built as part of Festivals Enhancements on TM, but solutioned for any client to opt-in |

CONFIDENTIAL · DO NOT DISTRIBUTE

CONFIDENTIAL

6



ANNUAL PLANNING

# CONTENT | Pain Points & Unmet Needs

| Pain Point & Unmet Needs | Objective | Metric(s) |
|---|---|---|
| Demand data earlier in the onsale planning process | Empower artists and clients with flexible tools and data to better serve their needs. | • Number of tickets added from demand data<br>• % of tickets sold in initial onsale (non-HD shows) |
| More data and tools to capture the full value of tickets | Empower artists and clients with flexible tools and data to better serve their needs. | • Market-pricing tool adoption rate<br>• Upsells CM |
| More influence over what happens to tickets once they're sold | Empower artists and clients with flexible tools and data to better serve their needs. | • Artist management / promoter satisfaction rate<br>• Resale listing rate (HD shows) |
| Deeper insights about fans and business | Empower artists and clients with flexible tools and data to better serve their needs. | • TM1 MAUs<br>• Product adoption rate (% of MAUs leveraging products - e.g., Reports, etc.) |
| More direct relationship with fans | Empower artists and clients with flexible tools and data to better serve their needs. | • Artist management / promoter satisfaction rate<br>• Ticket leakage rate |
| More tools to maximize sell-through | Increase the reach and sell-through of inventory. | • Sell-through rate (non-HD shows)<br>• API sales |
| More enhancements to festivals and attractions tooling | Empower artists and clients with flexible tools to better serve their needs. | • Checkout conversion rate (Frontgate & Universe)<br>• # of Frontgate clients using Safetix<br>• # of large attractions clients signed (+100k annual tix) |

CONFIDENTIAL · DO NOT DISTRIBUTE

7

# CONTENT | Roadmap

CONTENT

/ NOT EXHAUSTIVE

| | Pain Point / Need | Programs | Workstreams | Details |
|---|---|---|---|---|
| 7 | Demand data earlier in the onsale planning process | Demand Management | • Global Registration Platform | • Deprecate "Verified Fan" brand<br>• Scale global registration platform |
| | | | • Tour Listings | • Remind Me on Ticketmaster<br>• Tour listings on artist websites |
| 8 | More data and tools to capture the full value of tickets | Market Pricing | • Simplify PM & Platinum | • Deprecate Platinum brand<br>• Unify fee structure across both Platinum and Pricemaster |
| | | | • TM1 Whole-House Pricing | • Launch single pricing tool capable of pricing at any level with one financial mode, reporting platform, and settlement process by building out of pricing domain and Host 'seat level pricing' |
| 9 | | Upsell Enhancements | • TM1 Upsells Self-Service | • Putting self service in the hands of clients and box office agents who can build, publish, amend, segment, target, price and add content to their upsell offerings |
| | | | • EDP / CO2 Merchandising | • Scale enhanced merchandizing capabilities on both checkout (upsells, bundles) and EDP (ticket packages) |
| | | | • Carting | • Ability to sell any upsell item alongside any ticket from different inventory buckets – in addition to wider requirements around selling any ticket alongside any other ticket (by event or client) |
| | | | • Launch New Inventory Mgmt System (AIMS) | • Pulling all upsell inventory away from ticketing systems, allowing them to focus attn/power on ticket sale only to bring more flexibility and speed to the building of upsells |
| | | | • Advanced Commerce Selling Capabilities | • Enhanced EDP capabilities that will allow for 'daisy-chain' style purchase experiences and multi-step checkout capabilities to deliver seamlessly against complex events (e.g., festivals) |
| 10 | More influence over what happens to tickets once they're sold | Resale Management | • Face Value Exchange & Restrict Transfer | • Improve tooling to scale Face Value Exchange and Restrict Transfer<br>• Make transfer eligibility engine a part of system agnostic transfer service (Architects-specific restriction complete in 2023) |

CONFIDENTIAL · DO NOT DISTRIBUTE

CONFIDENTIAL

LNE-LIT24-001458339

8

# CONTENT | Roadmap

CONTENT

/ NOT EXHAUSTIVE

| | Pain Point / Need | Programs | Workstreams | Details |
|---|---|---|---|---|
| 11 | Deeper insights about fans and business | TM1 Redesign | • TM1 Reports and Marketing Design System Integration | • Launch a unified global report that spans multiple ticketing platforms<br>• Update key apps to adopt the design system such as events, entry, pricing |
| | | | • TM1 for Artists | • Deploy redesigned TM1 for core Artist and Manger workflows<br>• B2B concert industry website to educate artists & promoters<br>• Win the Onsale dashboard<br>• Contextual insights |
| 12 | More direct relationship to fans | Artist-Direct Ticketing | • TM Request Redesign | • Redesign TM Request in all Host and select MFLX markets |
| | | | • Amped | • Launched artist-direct ticketing brand |
| 13 | More tools to maximize sell-through | Expand Distributed Commerce | • Channel Market Expansion | • Operationalize e2e processes and secure clients to sell TM or Universe inventory in 10+ total markets<br>• Align necessary tech to scale to 15 OTAs<br>• Support rollout for TM Request and TM Hotels<br>• Improve data standardization in offer setup to reduce errors |
| | | | • Partner API Improvements and Scale | • Integrate XR to unlock UK sport distribution through FEVO<br>• Leverage Dynamic Pricing to enable onboarding of MGM<br>• Add key API functionality: Refunds, Maps<br>• Migrate off Ticketing Services to reduce tech/financial risk<br>• Support emerging markets LatAm (Crowder, eTicket), Brazil Host, APAC listings to affiliate program |
| | | | • Priority Partnership Expansion | • Scale TikTok to a global product<br>• Launch Fanatics white-label site with discounting capability<br>• Iterate with Google TTD on search module<br>• Launch new partners (Apple, Uber) while deprecating others (Nederlander) |
| | | | • Refactor Global Affiliate Program | • All global platforms using Impact API to end cookie reliance and drive greater accuracy<br>• Migrate to global Impact account rather than country-based<br>• Manage ETS effectively and include global mobile tracking<br>• Test and grow "enhanced affiliate program" |

CONFIDENTIAL

LNE-LIT24-001458340

9

ANNUAL PLANNING

# CONTENT | Roadmap

CONTENT

/ NOT EXHAUSTIVE

| Pain Point / Need | Programs | Workstreams | Details |
|---|---|---|---|
| **14** More enhancements to festivals and attractions tooling | Festivals | • NA FGT Enhancements | • TM modern accounts integration to create unified login and federated accounts<br>• Safetix integration |
| | | • Festival Enhancements on TM | • Extend FGT RFID to TM clients<br>• Self-service payments on TM |
| **15** | Attractions | • Event Ops Tooling (Universe) | • Timeslot limit increase<br>• Bulk actions<br>• Price rules<br>• Account level customer search<br>• Add-on enhancements (logic configuration) |
| | | • White-Label Checkout (Universe) | • Customizable multi-event widgets<br>• Customized EDP<br>• Purchase service |

CONFIDENTIAL · DO NOT DISTRIBUTE

CONFIDENTIAL

LNE-LIT24-001458341

10

ANNUAL PLANNING

VENUES

# VENUES | Pain Points & Unmet Needs

| Pain Point & Unmet Needs | Objective | Metric |
|---|---|---|
| Technology gaps to major strategic global client expectations<br><br>*"Major" defined as clients bringing in 1M+ annual tickets* | Sign and renew tickets. | • Deliver on new major client requirements to achieve associated GTV / CM<br>  • LA Clippers<br>  • Brazil (OVG)<br>  • 2026 FIFA World Cup<br>  • 2028 LA Olympics<br>• Brand awareness |
| Reduce fraud and create identity at entry | Create seamless experiences for the most critical ticket / account management and and entry needs. | • Global TM1 Entry scan rate as a % of total<br>• Global Safetix scan rate as a % of total |
| More control over event deployment and management | Empower artists and clients with flexible tools and data to better serve their needs. | • TM1 MAUs<br>• Product adoption (% of MAUs leveraging products –e.g., Events, etc.)<br>• # of Clubs Tickets (DIY & TM1) |
| More real-time data and insights to manage their business | Empower artists and clients with flexible tools and data to better serve their needs. | • TM1 MAUs<br>• Product adoption rate (% of MAUs leveraging products –e.g., Events, etc.) |
| More proactive and responsive support team | Super-serve *priority* clients with high-touch support. | • Client Support satisfaction rate |
| Higher expectations for industry-leading innovation | Lead industry in innovation. | • # of AI/ML implementations |

CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-001458342



VENUES

ANNUAL PLANNING

# VENUES | Roadmap

/ NOT EXHAUSTIVE

| | Pain Point / Need | Programs | Workstreams | Details |
|---|---|---|---|---|
| 16 | Technology gaps to major strategic global client expectations | LA Clippers | • Client Requirements | • Upgrades & Exchanges<br>• Biometric Identity (latency improvements for biometric scans)<br>• Upleveled Ticket Management, Transfer, and White Label capabilities<br>• Improved Data & API Integrations |
| 17 | | Brazil (OVG) | • Host expansion in LATAM | • Build tech infrastructure to enable launch of Brazil market on Host<br>• Starting with LN/OVG Sao Paulo venue, but solutioned for broader LATAM expansion |
| 18 | | Tournaments (LA 28, FIFA 26) | • Client Requirements | • Upgrades & Exchanges<br>• Integration of XR/XT platform<br>• Integration of Olympics SSO (White Label Identity capabilities)<br>• TM.com Shopping Cart |
| 19 | Reduce fraud and create identity at entry | Global Entry | • Global TM1 Entry & Safetix | • Scale global entry platforms (TM1 Entry & Safetix) |
| 20 | More control over event deployment and management | Clubs | • DIY Clubs (Universe) | • Scale NA & UK DIY Clubs program |
| | | | • TM1 for Clubs | • Custom data by offer<br>• Settlement & rebate report<br>• Data collection for waitlist |
| 21 | More real-time data and insights to manage their business | Predictive Insights | • TM1 Marketing | • Forecast the most important insights to users<br>• Summarize insights answers from select texts |
| 22 | Higher expectations for industry-leading innovation | Innovation Lab | • AI and ML Integrations | • Pre-onsale price optimization (sell-through forecast)<br>• On-platform conversational discovery<br>• Enhanced personalization and media targeting<br>• Optimization of upsells pricing<br>• Chat-based fan support<br>• Enhanced protection against bot attacks<br>• Enhanced fan scoring |

CONFIDENTIAL

12

**ANNUAL PLANNING**

# TICKETMASTER | Pain Points & Unmet Needs

| Pain Point & Unmet Needs | Objective | Metric |
|---|---|---|
| Our global platform portfolio is complex<br><br>*Our platform is layered with technical debt and has mixed maturity in reliability best practices* | Reduce complexities and costs to serve our business.<br><br>Increase product competitiveness and coverage across markets. | • Fixed cost levels (OpEx & CapEX)<br>• Operating margins<br>• % of time spent on non-RTB work<br>• # of markets with TM best-in-class products<br>• # of MI's |
| Primary fee margins are eroding | Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience. | • Travel and Experiences CM and take-rates<br>• Upsells & Insurance CM per ticket and take-rates |
| Open ticketing puts our core business model at-risk | Build ticket ingestion and distribution capabilities. | • Third party primary listings<br>• # of TM Connect integrations |
| Our large, proprietary database is not accessible or organized to serve our business ambitions<br><br>*Business ambitions include visibility and reporting of critical onsale operations, timely insights reporting to content and venues, machine-learning module training and deployment, and others* | Organize our disparate databases for our most critical use cases. | • Product adoption rate |
| We are siloed across businesses and geographies | Bring cohesion across our diverse organization. | • Employee engagement score |

CONFIDENTIAL

LNE-LIT24-001458344

13

ANNUAL PLANNING

# TICKETMASTER | Roadmap

TM

/ NOT EXHAUSTIVE

| Pain Point / Need | Programs | Workstreams | Details |
|---|---|---|---|
| 23 Our global platform portfolio is complex | Global Platform | • Core Systems Definition | • Continue to pull capabilities out of Core systems to simplify environment and create common domains |
| | | • Consolidation | • Discovery, EDP, Post-Purchase, Payments, TM1 Reports, TM1 Orders Domain, TM1 Experience, TM1 Upsells Unification |
| | | • Global Rollout | • SmartQueue, RAS/ISM, CO 2.0, OMT, Modern Accounts, Mobile App, SDK, Resale Marketplace, Safetix, TM1 Orders API, TM1 Point of Sales, TM1 Events, LiveA, Global Settlement Solutions |
| 24 | Stability & Reliability | • Upgrade at-risk systems | • Modern Private Cloud<br>• Kafka 2.0 (global streaming platform)<br>• Asset Dependency Management (solve complex product/tech relationship mappings)<br>• Establish Central Reliability Engineering (CSRE)<br>• Service Management 2.0<br>• Global Networking Modernization<br>• Structured Data Platform |
| 25 Primary fee margins are eroding | Travel & Experiences | • Continued feature rollouts | • Global ticket package capability, upselling in checkout, myaccount, confirmation page, launch of brand/landing page and bringing together of all packages/offerings |
| 27 Open ticketing puts our core business model at-risk | 3PP / Open Ticketing (TM Connect & OPA) | • TM Connect | • Enable 3rd party primary ticket ingestion to be sold on TM.com. Starting with Nederlander, but solutioned for broader use. |
| | | • OPA | • Fulfill OVG UK Coop Live venue requirements to ingest orders made via 3rd party ticketing agents and render those tickets on TM and client apps |
| 28 Our large, proprietary database is not accessible or organized to serve our business ambitions | [Data 2.0] | • Data and Client Insights | • Ensure consistency and reliability of insights across TM1<br>• Predictivity Insights, Pricing/ Inventory availability |
| | | • Data Modeling | • Launch team to build data modeling platforms and tools, establish data ingestion processes across teams, and establish better data governance across the organization |

CONFIDENTIAL

LNE-LIT24-001458345

BLUEPRINT

# Appendix

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

CONFIDENTIAL

LNE-LIT24-001458346

15

BLUEPRINT

# 5-Year Strategic Plan

| Theme | **Content Services** | **Fan Experience** | **Flywheel Growth** | **Global Scale** | **Organizational Alignment** |
|---|---|---|---|---|---|
| *Mission* | **Provide industry-leading products and services to be the preferred partner among artists and clients.** | **Build the world's easiest and most reliable live event ticket marketplace.** | **Grow non-traditional, high-margin revenue streams.** | **Support tours globally with competitive and scalable solutions.** | **Bring cohesion across our diverse organization.** |
| *Objectives* | **Empower artists and clients with flexible tools and data to better serve their needs.**<br><br>**Sign and renew tickets.**<br><br>**Increase the reach and sell-through of inventory.**<br><br>**Super-serve *priority* clients with high-touch support.**<br><br>**Lead industry in innovation.** | Rebuild trust.<br><br>Make the onsale experience as easy as possible.<br><br>Get tickets in the hands of fans, not bad actors.<br><br>Address fan frustrations through *high-quality* support.<br><br>Create seamless experiences for fans' most critical ticket / account management and entry needs.<br><br>Build strong fan relationships to drive fan acquisition and retention. | Increase resale listings.<br><br>Build ticket ingestion capabilities.<br><br>Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience.<br><br>Expand, monetize, and extend the lifecycle of high-value SaaS solutions for artists and clients.<br><br>**Empower artists & clients with demand-driven market-based pricing tools.**<br><br>Strategically test and scale new business models. | Be the preferred *global* solution for *global* touring artists and clients.<br><br>**Increase product competitiveness and coverage across markets.**<br><br>Get innovation to market faster.<br><br>Improve delivery with standardized tools and processes.<br><br>**Reduce complexities and costs to serve our business.** | Attract, retain, and support a diverse, high-performing team.<br><br>Create a communal commitment to our global company mission.<br><br>**Increase employee connectivity by breaking organizational silos across businesses and geographies.**<br><br>Make Ticketmaster the best place to work in live entertainment.<br><br>**Organize our disparate databases for our most critical use cases.** |

CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-001458347

16

FAN EXPERIENCE ERRORS

# Fan Pain Points (1/2)

Greater Vol. / Neg. Impact — Lesser Vol. / Neg. Impact

| | Fan Feedback | | Frequency | Cost | | | Brand |
|---|---|---|---|---|---|---|---|
| | CSAT Impact (Contact Center) | Negative Feedback Volume (Usabilla) H123 | Negative Error Volume (GA) H123 | Negative Disposition Volume (Contact Center) H123 | Sales Impact | | External Noise/Impact (Social) |
| Queue Page Failure | 20%* | 3.2K | 3.8M | 2.3K | Yes | | Consistent |
| Join Queue Error | 20%* | 2.4K | 2.9M | 1.8K | Yes | | Consistent |
| Code Errors | 24% | 1.5K | | 10.2K | Yes | | Sometimes |
| Tix Not Delivered Into Account | 55% | 7.5K | | 83.2K | No | | Sometimes |
| False Positive Bot Blocks | 20% | 1.4K | 0.4M | 0.2K | Yes | | Sometimes |
| Collisions | 20%* | 0.3K | 0.4M | 0.3K | Yes | | Sometimes |
| Buyer Payment Failure | 20%* | 1.0K | 1.8M | 1.1K | Yes | | Sometimes |
| Password Reset Problems | 44% | 2.0K | 18.1M | 3.3K | Sometimes | | Inconsistent |
| Transfer Acceptance Issues | 43% | 1.6K | 1.2M | 5.8K | No | | Inconsistent |
| Fan Seller Payout Issues | 37% | 0.5K | | 47.K | No | | Inconsistent |

*"Onsale issues / error code received" CSAT at 20%

CONFIDENTIAL · DO NOT DISTRIBUTE

CONFIDENTIAL

LNE-LIT24-001458348

17

FAN EXPERIENCE ERRORS

# Fan Pain Points (2/2)

Negative Fan Feedback Pain Points (Usabilla), U.S., 1/1/23-5/1/23



| FAN PAIN POINT | % VOL | Δ SINCE '22 | TYPE |
|---|---|---|---|
| Ease of Purchasing<br>Ease of Purchasing Tickets, App Usability, Website Usability, UX/UI Feedback, Complex Process | 16% | +29% | Usability |
| Fees | 16% | +147% | Prices, Fees, Brand |
| Brand<br>Ticketmaster Satisfaction, Loyalty, Event Sale, Policy Feedback | 9% | -2% | Prices, Fees, Brand |
| Ticket Mgmt./Delivery<br>Ticket Accessibility, Ticket Delivery | 7% | +4% | Usability |
| Customer Service<br>Customer Support Feedback, Resolution Time, Response Feedback | 7% | -1% | Other (Customer Service) |
| Selling Tickets<br>Seller Issues, Resale Pricing | 6% | +117% | Usability |
| Refunds<br>Refund Not Received, Refund Requested | 5% | -4% | Usability |
| Live Support Request | 5% | +18% | Other (Customer Service) |
| Payments<br>Incorrectly Charged, Update Payment Details | 5% | +20% | Usability |
| HD Onsale: Codes/VF/Queue/Waitlist<br>Code Not Received, Code Verified Fan Inquiries Not Working, Ticket Queue | 4% | +156% | Usability |
| Abuse | 3% | +224% | Usability |
| Price Level | 3% | +174% | Prices, Fees, Brand |
| Technical Error | 3% | +40% | Usability |
| Accounts | 2% | -11% | Usability |
| Transfer | 1% | +22% | Usability |
| Other | 8% | – | |

CONFIDENTIAL · DO NOT DISTRIBUTE 𝑡

LNE-LIT24-001458349

BLUEPRINT

# Client pain points (1/2)

## Innovation

Transfer process is easier on AXS app; need to make the TM app as simple as possible and that TM is at the forefront of technology, growth, and improvements

We see and experience the silos that exist in TM - we'd love to hear more about what we can do with the additional teams inside TM - resale team, performance marketing, etc.   We need to continue to innovate or someone else will.

It takes too long from question to answer, too many contacts.  Too messy and a bit impersonal.  As an authority, I choose Nordic Tickster for fast help!

I am literally BEGGING for proactive bot measures for smaller venues. OTL sweeps do nothing, and I am tired of manually combing through data. Also please allow offers to be triggered by other offers selling out (like an Early Bird pass) as opposed to having to manually move the inventory and potentially cause a lag or delay

## Client Empowerment

Overall, all of the Ticketmaster employees that we work with are excellent. My only feedback would be that we wish requests would be fulfilled quicker. We know they have a lot that they undertake, and they do their best to get to it, but sometimes it would be more preferred if we could make more changes on our end, due to the timeframe it takes to wait on a Ticketmaster employee to do it.

Please create a hotline for clients to call in. Navigating through TM1 Community Support is stressful and not efficient.

Maybe not always on forefront of newest technology. Ticketing team has challenges with post-build event changes, they want to make changes themselves, but need to request changes from TM staff.  They want to be more self-sufficient -

CONFIDENTIAL · DO NOT DISTRIBUTE

BLUEPRINT

# Client pain points (2/2)

## Technology

Hidden wifi and scanning with Pac has been a blessing this year with Pac. Campus IT rallied around new tech with Pac. Been nice operationally building events in one place with Pac. Having a single website for fans is good too. Subscriptions has been better with Pac. Pac was able to record money on ST / donations to right places - far less maintenance. Foundation no longer has to do secondary key strokes. All the money goes where it's supposed to go. And reporting works for all. Support has been really good and proactive. weekly meetings, bi-weekly meetings w marketing specialist; prepping for bowls,

## Relationship

Our support team is extremely knowledgeable and I trust their judgement and expertise. My biggest frustration is that it feels like when we ask questions we're initially met with a "no" or "you shouldn't do that." And we have to push through that to get to productive conversations focused on solutions. Would prefer to skip to the productive step.

We are fortunate that Ticketmaster's people are a seamless extension of our team. The thought partnership our client representative and entire TM team provides elevates our work and our success is because Ticketmaster's team constantly finds solutions.

Felt like technology was recycled. Scanning issues with TM. Was very wire-driven with TM. Felt like they weren't as important as other clients because TM wasn't investing in SJSU because they don't sell many tickets. Some of it was communications. iPad example of credit card not being adaptable and no one told them there'd been a change. Recent past, IT and support had changed - not for the better. Scanners were old and recycled. Felt like the relationship was taken for granted.

CONFIDENTIAL - DO NOT DISTRIBUTE

LNE-LIT24-001458351

20

BLUEPRINT

# RVP Requests (1/3)

| Market / RVP | GPR | Request | Pain Points / Opportunities |
|---|---|---|---|
| **UK / IE**<br>(~$1,800M GTV)<br>Andrew Parsons | 2596,<br>3172, 3173 | **Off-Platform Digital Ticket Fulfillment**: ingests 3rd party agent sales via API and fulfils them with Safetix | • Client requests from: Coop Live, AMG<br>• Est. $1.0M incremental resale revenue<br>• Improve day-of-show issue resolution<br>• Increase venue app adoption |
| | 2663 | **Payment Plan on TM/Universe**: pay outstanding balance within My Account or automated take | • $1M saving in Klarna fees<br>• $0.6M Ops and FX labor savings<br>• $0.5M CM in potential festival client inventory |
| | 4937-9 | **Improved Resale Functionality**: Resale automation, listing restrictions/management, price type descriptions on EDP | • Est. $0.7M incremental last-minute ticketing revenue<br>• $0.4K labor costs saved<br>• Reduce high-value deactivations |
| **APAC**<br>(~$700M GTV)<br>Jim Kotsonis | 2608 | **Shopping Cart**: purchase more than 1 event in same web transaction | • Client requests from: Auckland Unlimited, Venues Wellington ($1.5M AOI / 1M tickets at risk)<br>• Competitor parity |
| | 2259 | **ISM For Member Entitlements (BART)**: integrate ISM onto EDP for club and venue members | • Client requests from: AFL, AFL Clubs, MarvelStadium, Optus Stadium<br>• Est. $0.4M CM from improved purchase experience & inventory display |
| | TBD | **TM1 POS With Market-Specific Enhancements** i.e., BART at Box offices | • Impacts all clients; client request from: Athenaeum<br>• Replace legacy PCI POS resulting in potential client attrition |
| **NW Europe**<br>(~$700M GTV)<br>Jakob Lund | 2379,<br>2762 | **TM1 Events**: Entitlement improvements and creation/management of a complex run of events | • Increase self-service and adoption of TM1 events |
| | 3908 | **My Account**: Customize transfer/sell restrictions by ticket price & type | • Improve resale sales and fan satisfaction |
| | 4736 | **Packages on ISM (MFX)**: migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Impacts festivals clients |

CONFIDENTIAL

**BLUEPRINT**

# RVP Requests (2/3)

| Market / RVP | GPR | Product | Pain Points / Opportunities |
|---|---|---|---|
| **LATAM** (~650M GTV) Adam Newsam | TBD | *Mex:* Checkout 2.0 & TM Payments: Improved UX, transaction throughput, and stability | • Increase checkout acceptance rates and fan experience<br>• Reduce 3DS costs |
| | 4023 | *Mex:* Archtics: Implement Archtics Ticketing System / Sports | • Improve GTV from sports clients |
| | TBD | *Mex:* Travel & Upsells: Integrate travel & upsells on platform | • Improve GTV & AOI |
| | TBD | *RoLATAM:* International Sales Solution: single integrated solution for processing sales | • Increase GTV of approved int'l sales |
| | TBD | *RoLATAM:* Inventory Management Tool: integrated tool for clients to manage courtesy tickets & sales | • Enhance client satisfaction |
| | TBD | *RoLATAM:* Client Reporting Tool Integration: API to send data to 3rd party solutions | • Client request from: Live Nation |
| **N Europe** (~$500M GTV) Kristian Seljeset | 3033 | SportXR: Magic seat URLs | • Improve client retention and satisfaction |
| | 2379, 2762, 2357 | Event Configuration & Inventory Management: Self service tool for event creation and modification | • Reduce B2B costs<br>• Improve client retention and satisfaction |
| | 4736 | Packages on ISM (MFX): migrate package capability – allowing fans to select tickets for multiple events in a single order – to ICCP & ISM | • Improve client retention and satisfaction<br>• Increase GTV & ticket sales |

CONFIDENTIAL

22

**BLUEPRINT**

# RVP Requests (3/3)

| Market / RVP | GPR | Request | Pain Points / Opportunities |
|---|---|---|---|
| **S Europe** (~$400M GTV) Francois Thominet | 3115 | *Spain:* TM1 Events: create and manage events | • Acquire clubs & festivals clients<br>• Increase self-service |
| | 2199 | *Spain:* TM1 Reports & TM1 Marketing: enhance functionalities i.e., Waiting List | • Increase conversion |
| | TBD | *Italy:* SEO Optimization: venue & city pages for Ticketmaster.it | • Optimize SEO; save on marketing costs |
| | TBD | *Italy:* CRM Integration: integration local ticketing & TM global CRM | |
| | TBD | *France:* Fan Wallet App: secured digital ticketing including white label | • Improve the fan experience |
| | TBD | *France:* Trium Web: What label eCommerce platform | |
| **C Europe** (~$250M GTV) Klaus Zemke | 4670 | **View From Seat**: bring view from seat functionality to MFX | • Client requests from/commitments made to: O2 Arena, O2 Universum, Forum Karlin |
| | 4720 | Price/Type Rules on ISM | • Improve client satisfaction and fan experience (clients have left/we have breached contracts because of disabling ISMs if an event requires rules) |
| | 4736 | **Packages on ISM (MFX)**: migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Client requests from: IIHF Ice Hockey World Championship 2025+2026, all festivals clients |

CONFIDENTIAL

LNE-LIT24-001458354