| | |
|---|---|
| **From:** | Mark Yovich [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F9662F5956684F8A951CB52C1C6D6AE0-YOVICH, MAR] |
| **Sent:** | 3/10/2021 9:25:04 AM |
| **To:** | Peter Quinlan [peter.quinlan@ticketmaster.com]; Carlos Alvarez [carlos.alvarez@ticketmaster.com]; Troy Suda [troy.suda@ticketmaster.com]; Larry Plawsky [larry.plawsky@ticketmaster.com]; Brendan Lynch [brendan.lynch@ticketmaster.com]; Patti-Anne Tarlton [pattianne.tarlton@ticketmaster.ca]; Michael Wichser [michael.wichser@ticketmaster.com] |
| **Subject:** | Re: <no subject> |
| **Attachments:** | Upsells 3.4.21[8][2].pdf |

LN Deck attached

---

**From:** Peter Quinlan <peter.quinlan@ticketmaster.com>
**Date:** Saturday, 6 March 2021 at 08:20
**To:** Mark Yovich <mark.yovich@ticketmaster.com>, Carlos Alvarez <carlos.alvarez@ticketmaster.com>, Troy Suda <troy.suda@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, Brendan Lynch <brendan.lynch@ticketmaster.com>, Patti-Anne Tarlton <pattianne.tarlton@ticketmaster.ca>, Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: <no subject>

Yep. Great. Let's do it.

---

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Saturday, March 6, 2021 1:11:57 AM
**To:** Peter Quinlan <peter.quinlan@ticketmaster.com>; Carlos Alvarez <carlos.alvarez@ticketmaster.com>; Troy Suda <troy.suda@ticketmaster.com>; Larry Plawsky <larry.plawsky@ticketmaster.com>; Brendan Lynch <brendan.lynch@ticketmaster.com>; Patti-Anne Tarlton <pattianne.tarlton@ticketmaster.ca>; Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: <no subject>

This group needs to have the plan, and if that means taking 100% ownership of dev...message clear

Will need your help on managing timing with him, so likely would want you and Carlos to review that with him in a couple of weeks.

---

**From:** Peter Quinlan <peter.quinlan@ticketmaster.com>
**Sent:** Saturday, March 6, 2021 8:09:40 AM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>; Carlos Alvarez <carlos.alvarez@ticketmaster.com>; Troy Suda <troy.suda@ticketmaster.com>; Larry Plawsky <larry.plawsky@ticketmaster.com>; Brendan Lynch <brendan.lynch@ticketmaster.com>; Patti-Anne Tarlton <pattianne.tarlton@ticketmaster.ca>; Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: <no subject>

I will gather and share (growing) LN priorities in a short deck next week. And likely progress we will make on that by EOY at current pace/resource. Sponsorship currently in driving seat on marketplace dev - but chugging.. 6 months work expected to deliver first MyAccount capabilities with venue nation upsells.
Will need to nail LN to specific priorities - and yes, then expectations on realistic timelines :)

**Ex. No**
**PX0521**
1:24-cv-03973

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Saturday, March 6, 2021 12:58 AM
**To:** Carlos Alvarez; Troy Suda; Peter Quinlan; Larry Plawsky; Brendan Lynch; Patti-Anne Tarlton; Michael Wichser
**Subject:** Fwd: <no subject>

We know this is huge opp
PQ driving and plan coming together

I will help manage him on timing (so we stop adding duct tape and do across entire biz ;)

But loud and clear message

---

**From:** Bob Roux <BobRoux@LiveNation.com>
**Sent:** Saturday, March 6, 2021 7:43 am
**To:** Michael Rapino
**Cc:** Mark Yovich; Joe Berchtold; Kelly Strickland; Chris Loll; Tom See; Carlos Alvarez; Michael Abrams; Peter Quinlan; Jackie Beato
**Subject:** Re: <no subject>

Thank you Mark.  Huge part of Concerts growth plan next 2-3 years.

Sent from my iPhone

On Mar 5, 2021, at 5:42 PM, Michael Rapino <Michael@livenation.com> wrote:

Thanks

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Friday, March 5, 2021 at 3:40 PM
**To:** Michael Rapino <Michael@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Bob Roux <BobRoux@LiveNation.com>, Kelly Strickland <KELLYSTRICKLAND@LiveNation.com>, Chris Loll <ChrisLoll@LiveNation.com>, Tom See <ThomasSee@LiveNation.com>, Carlos Alvarez <carlos.alvarez@ticketmaster.com>, Michael Abrams <MichaelAbrams@LiveNation.com>, Peter Quinlan <peter.quinlan@ticketmaster.com>
**Subject:** Re: <no subject>

Yes 100% agreed
Is top priority for TM

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Saturday, March 6, 2021 7:37 am
**To:** Mark Yovich; Joe Berchtold; Bob Roux; Kelly Strickland; Chris Loll; Tom See; Carlos Alvarez; Michael Abrams
**Subject:** <no subject>

Mark / Carlos I know you met with Kelly and Joe is on this – but coming out of concert meeting this week the number one item we need to finalize is the seamless upsell products for LN for 2022 season – so we have till ie sept/oct

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

It has been years of duct tape to allow concerts at amps/club/theater – to add more products in seamless manner

No idea what the TM solution is and understand its huge lift but it's the number one priority for LN to grow their business so we need real product solution – and can't get caught in he TM circle that we can't do bc then have to do across entire business etc

So please have dedicated  team dig in so we can keep building out our upsell strategy / team

LN concert will not be bugging TM at this point on other product development needs this is the one big one

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000448285

# UPSELLS EXECUTIVE SUMMARY

We know there are conversations happening across the organization about upsells. So we gathered information from Sponsorship (C. Loll), Ticketmaster (P. Quinlan), Venues (T. See), Corporate Strategy (M. Hansen), Business Development (M. Abrams), LNE Marketing & Data (C. Culbertson) to get a 360-degree view of the current situation and plans for future development.

Under the current state, there are two critical sets of pain points:
- Fan Pain Points: The current upsell experience is frictioned, unintuitive, not customized and does not give fans all the products they need
- Internal Pain Points: The current systems and processes are siloed / managed by various stakeholder and technology and data are not optimized

The consensus across teams is that the key opportunities to alleviate fan pain points and drive incremental revenue are:
- Adding more intuitive placements for fans to add upsells in the purchase and post purchase flows (e.g. when selecting ticket, My Account)
- Creating more customized offerings to our fans
- Making a frictionless user experience (e.g. adding multiple items to cart outside of purchase flow, one-click purchase to add on to ticket)
- Creating a consistent and robust product portfolio

We have near-term solutions that unlock some of this functionality, however these solutions have significant limitations and will only enable some customization and minimal marketing capabilities.

At the core of truly unlocking our ability to better serve and market products to our fans lies in the longer-term solutions that will set up the right foundational technology infrastructure. This technology will allow us to better leverage the right data, in the right places to create a frictionless fan experience and drive incremental revenue.

In order to address the internal pain points of upsells sitting across multiple owners, propose bringing together a combined swat team with representation from teams across the organization to ensure alignment in solving the long-term solutions to our fan experience pain points and delivering a collective view of progress to executive leadership on a regular basis.

The deck includes:
- Fan and Internal Pain Points
- Outline of proposed near- and long-term solutions
- Explanations of how these solutions impact marketing
- Swat team recommendation

This deck does not include:
- Software / Technology costs
- Staffing / Resource needs
- Revenue / CM Projections

*These items will be done as a follow up*

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000448286

# PAIN POINTS CHALLENGES WITH THE CURRENT STATE OF UPSELLS

## Fan Pain Points

- Poor user experience across the fan purchase flow
    - E.g., Outside of the checkout flow, unable to add multiple items to cart, must go through EDP to complete purchase for a stand-alone upsell, no apple pay / google pay

- Limited placements for fans to purchase upsells
    - Limited places to purchase upsells outside initial point of sale

- Limited customization to upsell offerings
    - All fans get the same offerings, no matter what information we know about them

- Product offerings not optimized
    - Upsells offered at each show or event vary
    - Limited development of new products

## Internal Pain Points

- Stakeholders across various teams manage product development, fan communications, inventory management
    - TM, Venues, Sponsorship, Corporate Strategy, Business Development, LNE Marketing & Data all touch and control parts of the upsell flow

- No consistent process for managing changes across these stakeholder
    - Can be difficult to gain buy-in from all cross-team stakeholders since it touches so many teams with differing priorities
    - Decisions can sometimes be made in silos

- Because upsells are set up as events, the technology does not allow for basic data functionality, flexibility and can cause issues in reporting
    - e.g. adding selection criteria, cleanly link upsells to a specific event, seat upgrades not possible

LIVE NATION

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000448287

# WHERE WE ARE TODAY NEAR-TERM SOLUTIONS ARE UNDER WAY TO IMPROVE THE FAN PAIN POINTS

## SOLUTIONS ARE OWNED BY VARIOUS STAKEHOLDERS AND HAVE SIGNIFICANT LIMITATIONS

   

| | **1** Frictionless purchase experience | **2** Add more relevant placement | | **3** Improve content relevance | **4** Create consistent & robust product portfolio |
|---|---|---|---|---|---|
| **Near Term Solution:** | *NONE* | **Upsell Widget** | **Account Manager – Seat Upgrade + Upsells** | **ROKT** | **Product Audit / New Product Testing** |
| | | • Enables ability to add upsell offers at more placements throughout the user journey (e.g. MyAccount, EDP, Email, etc.) | • Enables fan to upgrade seat 1-2 days prior to event<br>• Adds new placements to surface upsell offers to fan (Email, in venue QR Scan, MyAccount etc.) | • Customizes upsell offerings to fan based on audience data (only shows most relevant offers) | • Identify where to expand our existing product offerings<br>• Limited testing of select new product offerings |
| **Owner:** | | Sponsorship    Ticketmaster | Venue Nation    Ticketmaster | Sponsorship    Ticketmaster | Venue Nation    Concerts |
| **Limitations:** | - Apple pay / google pay not supported<br>- Unable to cart multiple items at one time<br>- Purchase must go through EDP experience<br>- Separate experiences for Archtics & TM cause fans to have to log into two accounts for same event | | - Does not release old ticket back into inventory<br>- Can only market within that 48 hour window<br>- No dynamic pricing<br>- On web, requires fan to log into two different accounts (TM & AM) | - Not based on our customer data – based on more generic audience data<br>- Reliant on a 3rd party source<br>- Reccos only as good as our product offerings | - Research required to better identify best new products to add to our portfolio<br>- Impacts by other top level work being done (e.g. Brand Strategy) |

**LIVE NATION**

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000448288

# NEED LONGER TERM SOLUTIONS TO FIX THESE LIMITATIONS AND GET TO OUR DESIRED FAN EXPERIENCE
## FOUNDATIONAL TECHNOLOGY WILL UNLOCK KEY FEATURES AND FLEXIBILITY THAT ARE CRITICAL TO DOING THIS IN THE RIGHT WAY

 **Frictionless purchase experience**

**2** **Add more relevant placements**

 **Improve content relevance**

 **Create consistent & robust product portfolio**

**Near Term Solution:**

**Limitations:**

| Frictionless purchase experience | Add more relevant placements | | Improve content relevance | Create consistent & robust product portfolio |
|---|---|---|---|---|
| NONE | Upsell Widget | Account Manager – Seat Upgrade + Upsells | ROKT | O&O Product Audit / New Product Testing |
| - Unable to cart multiple items at one time<br>- Purchase must go through EDP experience | | - Does not release old ticket back into inventory<br>- Can only market within that 48 hour window<br>- No dynamic pricing | - Reliant on a 3rd party source to provide these recommendations<br>- Recommendations only as good as our data and product offerings | - Research required to better identify best new products to add to our portfolio<br>- Impacts by other top level work being done (e.g. Brand Strategy) |

**Long Term Solution :**

**Ticketmaster**

**TM Inventory Management System**
+ Offer aligned to an event instead of stand alone
+ Offer tied to ticket purchase (single scan through at entry)
+ Can assign upsells to specific sections/seat types
+ Offers w/ selection criteria (e.g. t shirt sizes, timed entry)
+ Additional bundling functionality
+ Better merchandising (multiple HQ images)
+ MORE

**Addt'l capabilities:**

| Ticketmaster | | Ticketmaster | LNE Data | Concerts    Venue Nation |
|---|---|---|---|---|
| **Common Cart / Stand Alone Cart**<br>+ Ability to cart multiple options at once<br>+ Ability to purchase without going through EDP flow | | **Seat Upgrade Tool**<br>+ Releases old ticket back into inventory to be resold<br>+ Customized seat upgrade offers based on fan behavior | **Internal Data Models**<br>+ Proprietary models built on complete set of fan data points | **New Product Development**<br>+ Conduct testing to identify new product suite |

LIVE NATION    5
HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-000448289

# NEAR-TERM SOLUTIONS WILL UNLOCK SOME IMPROVED FAN EXPERIENCE
## NEW CUSTOMIZATIONS AND NEW PLACEMENTS WILL SOMEWHAT IMPROVE EXPERIENCE, BUT STILL LACKS KEY CAPABILITIES



*The above only includes net new capabilities enabled by near term solutions – current other placements for upsells still exist (e.g. in venue upgrade kiosks, app push day prior to event, upsells through venue pages etc.)*

LIVE NATION
HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000448290

## LONGER TERM VISION WILL ENABLE A LESS FRICTIONED FAN EXPERIENCE & NEW LEVEL OF CUSTOMIZATION



| Shop | Prepare | Experience | Relive |
|---|---|---|---|
| Choose & pay for ticket | Plan for the event | In Venue Experience | Post-Show |

**Shop — Choose & pay for ticket**
Fan can add upsells on ISM or in checkout *(mostly checkout today)*

After seat selection, fan suggested a better seat – "for only $X, you can upgrade to a pavilion seat"

🖥 TM/LN.com
📱 TM/LN App

**Prepare — Plan for the event**
Fan gets customized list of upsell offerings in the channel we know they are most likely to respond to

Fan is offered to upgrade their set several days prior to the event

Fan targeted through paid digital media to add upgrades relevant to them to their purchase

Easy to purchase upsells with "one-click buying"

Channel optimized based on fan preference and highest conversation potential

**Experience — In Venue Experience**
Upsells easy to read and attached to ticket in my account (not separate tickets – single scan in at venue)

Fan sent offers for purchases in venue – e.g. pre-order your merch for pickup

🖥 TM/LN.com
📱 TM/LN App

**Relive — Post-Show**
After event fan sent customized offer to purchase their next concert tickets

Channel optimized based on fan preference and highest conversation potential

*Our example customer (Jane): Jane buys an average priced seat, but doesn't like lines so she'll pay for convenience. She never opens any of our emails, but she's an LN app user. She's always on Instagram and follows Live Nation.*

*Jane picks a lawn seat, and is offered an upgrade to the pavilion for only $X on the ISM. At checkout VIP Club Access and Fast Lane are surfaced to the top of her offers – she adds.*

*Because Jane doesn't open our emails, she gets an app notification prior to the event to check out upgraded seats that are available to her.*

*Premiere parking and other upsell also shown, but she doesn't add them yet.*

*While scrolling on Instagram she's targeted with an ad that says "Buy premiere parking for your upcoming show!"*

*The day before event, Jane gets an app notification – Do you have everything you need? Buy your premiere parking now and get a $10 drink voucher. Jane buys the premiere parking with one click.*

*In the venue Jane get a push notification to order Merch from her LN app so she doesn't have to wait in line. She can even have it shipped straight to her home. On the way out, we push an app message "Thank you for coming, share your experience and tag us on Instagram!"*

*The next day, Jane gets a push notification "Did you enjoy the show? Book tickets to your next show now for 10% off!" Jane buys tickets to her next show plus premier parking because she had a great experience. Start upsell engagement with additional upsells (e.g. VIP club)*

LIVE NATION
HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT
LNE22-000448291

# CROSS TEAM ALIGNMENT NEEDED TO SOLVE INTERNAL PAIN POINTS

In the near term, assign a swat team with representation from across LNE to help solve the internal pain point of siloed ownership. This will unify us to more efficiently execute the long-term solutions to our fan experience pain points.

**Proposed Team:**
Owner: TBD

Team Members:

**LNE Marketing & Data**
- Chris Culbertson
- Bob Ritter

**Concerts Marketing**
- Kelly Strickland

**Sponsorship**
- Chris Loll

**Venues**
- Tom See
- Matt Prieshoff

**Ticketmaster**
- Peter Quinlan

**LN.com / LN App**
- Michael Abrams

Engagement Model:
- Meet on weekly / bi weekly basis to align on goals, owners, deliverables, and track progress against key milestones
- Provide updates to executive team on progress – cadence TBD

Responsibilities:
- Develop unified upsell strategy across teams – outline all technology requirements, prioritization and owners
- Create roadmap with key milestones and estimated delivery dates
- Conduct cost analysis for investment needs including any additional resources required
- Aggregate full list of all product offerings (ticketing, venue, sponsorship, food and beverage) and evaluate gaps and opportunities
- Project Revenue and CM implications across LNE (TM, Sponsorship, Concerts)
- Develop and create visual mockups of near-term and ideal state user journeys
- Plan for longer term ownership within the LNE ecosystem and roles and responsibilities of current stakeholders

**If in alignment of swat team approach:**

- Need help with defining owner

- Support in team kick off

- Align on cadence of updates and any key milestones

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-000448292