| | |
|---|---|
| **From:** | Carlos Alvarez [carlos.alvarez@ticketmaster.com] |
| **Sent:** | 9/22/2020 7:56:23 PM |
| **To:** | Mark Yovich [mark.yovich@ticketmaster.com] |
| **Subject:** | FW: CI-917: ONGOING P1 (High) Critical Incident - Tennessee Titans Onsale Event Pages won't load |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png |

Btw, discussing with ▬▬▬ (such a breath of fresh air) I can see clearly that the old guard (▬▬▬▬▬, and others) have been put aside for a reason, it is a cluster in the way this has been left. Is a shame that no one hasn't done anything to break this. So much tribal knowledge and hero mentality so toxic.

▬▬▬ needs help in modernising and putting things right and we are going to have to push / stop things big time. ▬▬ and the rest should not get near this, or they will make matters worse. ▬ ▬▬▬▬▬▬▬▬, they see this as an opportunity to jump in to the train thinking we do not have the history behind. We just need to be aware and not believe anything they say.

I need the support and the time to change this once and for all.

---

**From:** Carlos Alvarez <carlos.alvarez@ticketmaster.com>
**Date:** Tuesday, 22 September 2020 at 19:47
**To:** Mark Yovich <mark.yovich@ticketmaster.com>
**Subject:** FW: CI-917: ONGOING P1 (High) Critical Incident - Tennessee Titans Onsale Event Pages won't load

fyi

---

**From:** Carlos Alvarez <carlos.alvarez@ticketmaster.com>
**Date:** Tuesday, 22 September 2020 at 19:46
**To:** Amy Howe <amy.howe@ticketmaster.com>, Gui Karyo <gui.karyo@ticketmaster.com>
**Subject:** Re: CI-917: ONGOING P1 (High) Critical Incident - Tennessee Titans Onsale Event Pages won't load

Thanks Amy, yeah I saw that, not great situation. I am in constant contact with Hillary.

**Update:** Things seem to start going through again. They are triple checking everything but flow rates are increasing.

I have asked Hillary to conduct a thorough 'post mortem' on this issue, what I have observed in this particular instance is that there are fundamental issues specifically with tribal knowledge and troubleshooting principles that I can see clearly lacking, which makes this a difficult situation to be in. The stability program is more than ever crucial to get at least the right monitoring and observability in place but also the right knowledge transfer to the rest of the team. However fundamental changes in few areas will be needed to address these deep rooted issues, it might get worse in instances, specially know with the impact in staff reduction, but will get better in the end with the right approach and patience.

We can discuss this in more depth, but I would like to let Hillary do the post mortem before I dig into more of that.

Thanks
Carlos

> **Ex. No**
> **PX0869**
> 1:24-cv-03973

---

**From:** Amy Howe <amy.howe@ticketmaster.com>
**Date:** Tuesday, 22 September 2020 at 19:18
**To:** Gui Karyo <gui.karyo@ticketmaster.com>, Carlos Alvarez <carlos.alvarez@ticketmaster.com>
**Subject:** FW: CI-917: ONGOING P1 (High) Critical Incident - Tennessee Titans Onsale Event Pages won't load

CONFIDENTIAL                                                                    LNE-LIT24-003999290

**Amy Howe**
Global Chief Operating Officer, Ticketmaster



**Office:** (310) 867-7161
**Fax:** (310) 362-8436
Hollywood, CA

**EA:** Lauren Liparoto Zanger, Lauren.Zanger@Ticketmaster.com
**Office:** (323) 802-2703 x45703
**Mobile:** (███████████

**From:** Gary Brosius <gary.brosius@ticketmaster.com>
**Date:** Tuesday, September 22, 2020 at 11:18 AM
**To:** Clay Luter <clay.luter@ticketmaster.com>, Hillary McTigue <hillary.mctigue@ticketmaster.com>, Steve Weydig <steve.weydig@ticketmaster.com>, Jackie Beato <JackieBeato@LiveNation.com>, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>, Mollie Nock <MollieNock@LiveNation.com>
**Cc:** Gui Karyo <gui.karyo@ticketmaster.com>, Amy Howe <amy.howe@ticketmaster.com>, Brandon Ammann <brandon.ammann@ticketmaster.com>
**Subject:** Re: CI-917: ONGOING P1 (High) Critical Incident - Tennessee Titans Onsale Event Pages won't load

Titans are in an internal meeting and are likely to pause the attempt at the onsale for today.  This will lead to messaging to fans which will potentially expose some communications being leaked.  Will keep this group updated should they officially stop their process.

Quick look, the last tweet highlighting the issue was ~2 hours ago:

LNE-LIT24-003999291



Gary A Brosius
Vice President and General Manager



Office: 480.425.1763
Mobile: ███████████
Scottsdale, AZ

---

**From:** Clay Luter <clay.luter@ticketmaster.com>
**Date:** Tuesday, September 22, 2020 at 11:13 AM
**To:** Hillary McTigue <hillary.mctigue@ticketmaster.com>, Steve Weydig <steve.weydig@ticketmaster.com>, Jackie Beato <JackieBeato@LiveNation.com>, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>, Mollie Nock <MollieNock@LiveNation.com>
**Cc:** Gui Karyo <gui.karyo@ticketmaster.com>, Amy Howe <amy.howe@ticketmaster.com>, Brandon Ammann <brandon.ammann@ticketmaster.com>, Gary Brosius <gary.brosius@ticketmaster.com>
**Subject:** Re: CI-917: ONGOING P1 (High) Critical Incident - Tennessee Titans Onsale Event Pages won't load

Jackie/Kaitlyn/Mollie,

I wanted to make you aware of this current situation with the issues we're having with the Tennessee Titans on-sale today. These issues are prohibiting the ability for fans to purchase tickets so we should expect to see some social media posts from frustrated Titans fans attempting to purchase tickets.

LNE-LIT24-003999292

Thanks.

**CLAY LUTER**
EVP & Co-Head of Sports



Office: 214.382.2805
Mobile: ███████
Orlando, FL

---

**From:** Hillary McTigue <hillary.mctigue@ticketmaster.com>
**Date:** Tuesday, September 22, 2020 at 1:53 PM
**To:** Steve Weydig <steve.weydig@ticketmaster.com>
**Cc:** Gui Karyo <gui.karyo@ticketmaster.com>, Amy Howe <amy.howe@ticketmaster.com>, Brandon Ammann <brandon.ammann@ticketmaster.com>, Clay Luter <clay.luter@ticketmaster.com>
**Subject:** Re: CI-917: ONGOING P1 (High) Critical Incident - Tennessee Titans Onsale Event Pages won't load

Hi Steve,

Apologies for the delayed reply here. We've been heads down working the issue.

As of now there are two distinct issues:

1.      Calls to the Archtics mirror (secondary) database to get available seats were failing. This issue was remediated by redirecting the calls to the primary Archtics database.
2.      After issue #1 was mitigated, we began seeing another issue where a customer is seeing a blank screen in Account Manager when attempting to purchase tickets within their carts. The engineering teams across Archtics and NAM are currently troubleshooting this item.

I'll keep this distro updated as we progress. Of course, we will also do a full retro after the CI, and we will provide you a detailed readout.

Thanks,
Hillary

---

**From:** Steve Weydig <steve.weydig@ticketmaster.com>
**Date:** Tuesday, September 22, 2020 at 12:58 PM
**To:** Hillary McTigue <hillary.mctigue@ticketmaster.com>
**Cc:** Gui Karyo <gui.karyo@ticketmaster.com>, Amy Howe <amy.howe@ticketmaster.com>, Brandon Ammann <brandon.ammann@ticketmaster.com>, Clay Luter <clay.luter@ticketmaster.com>
**Subject:** CI-917: ONGOING P1 (High) Critical Incident - Tennessee Titans Onsale Event Pages won't load

Hillary – checking in on if you have all the resources needed to continue towards mitigation?  Is this an Archtics database issue specifically?

Clay/Amy – Titans temperature has been getting hotter.

CONFIDENTIAL

**From:** Jacob Citron <jacob.citron@ticketmaster.ca>
**Sent:** Tuesday, September 22, 2020 12:51 PM
**To:** P1IncidentNA.Notify <P1IncidentNA.Notify@ticketmaster.com>
**Subject:** CI-917: ONGOING P1 (High) Critical Incident - Titans Onsale Event Pages won't load
**Importance:** High

## CI-917: ONGOING P1 (High) Critical Incident - Titans Onsale Event Pages won't load

Update Log:
9:50 AM - Team cached the shopping cart calls so that may help throttle some of the traffic. The dam has opened and we are trying to deal with the subsequent flood at the moment. Looking for other opportunities to throttle calls. Next wave of customers gaining access at 10 AM Pacific (10 minutes from now) 9:42 AM - CPU continues to spike, Get_Avail_Seats Calls are flowing well, but now the problem seems to be calls from checkout, shopping cart, etc 9:32 AM - The Get Avail Seats calls are now routing properly but the Primary isn't handling the extra calls afterwards. A lot of the error is backed up demand. 9:25 AM - Calls starting to filter to the Primary Db. Teams actively monitoring the CPU and DB health 9:16 AM - AEO Running the script. 9:10 AM AEO still testing the script on the web apps so traffic is still pointing to the mirror. Repointing is done, but they are still flushing the cache. Account groups in place to police fan access - another wave starting now. 9:00 AM Mitigation strategy is to route all traffic to the Primary (via shutting down the mirror DB), once the mirror is back up we will start sending traffic back to it. If that doesn't work, we will route all traffic to the Primary

Impacted Fans/Clients: Tennessee Titans
Fan/Client Experience: Titans Onsale Account Manager Pages not loading
Host Onsales Impact: No

Impacted PRD(s):Account Manager,

-

Zoom: https://livenation.zoom.us/j/98812117065
Slack Channel (#ci-917): https://ticketmaster.slack.com/archives/C01B2M5EJ1K

Status: Open
CI Manager: Jacob Citron
Issue Started: Tuesday, September 22, 2020 8:00 AM (US Pacific)

Salesforce Case(s):

Further details will be recorded in the CI ticket in the CI List in SharePoint.

CONFIDENTIAL