**From:** Carlos Alvarez [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6B4FD49874F84A6781EB35476A6EA35E-CARLOS ALVA]
**Sent:** 2/16/2023 8:28:32 PM
**To:** Mark Yovich [mark.yovich@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com]
**Subject:** Tech abuse strategy pre-read
**Attachments:** Tech Abuse strategy v3-FINAL-preso.pptx

Hello Mark/Michael

In advance of the tech abuse presentation tomorrow, attached is the deck for pre-read.

Thanks
Carlos

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0790**



CONFIDENTIAL

LNE-LIT24-001626209

DX-0790.0002

# Executive Summary

- Our current approach to Abuse and technical solutions were conceived at a time when bad actor tactics and strategies were less sophisticated than they are today

- Abuse has not been a priority from either an investment or improvement point of view, and without a unified company stance or policy to enforce this, we have quietly fallen behind in the arms race

- The current abuse team is heavily relied upon for manual analysis, system updates etc. They lack the tools and skillset to identify and manage sophisticated bots

- Abuse detection and prevention should be considered a core competency and priority for our business, appropriately resourced with the right skillsets and tools to meet current and future threats

- The architecture must be adaptable to a changing landscape, quickly, proactively and accurately identifying & managing bad actors in real-time

- The proposed technical strategy will be built around a robust abuse policy, with more responsive controls backed by deep behavioral analysis

- The strategy covers improving the architecture, data collection, storage and reporting as well as organizational changes and tooling

*t*

CONFIDENTIAL

LNE-LIT24-001626210

# Bots across the Ticketing Industry

**39.9%**

Bad bot traffic in ticketing vs 21.8% all industries

There are far more bad bots (39.9%) compared with good bots (3.2%) on ticketing domains

Primary ticketing sees even higher % of bad bots

**42.2%**

**1/3**

Bots on ticketing were classified as sophisticated

*Data source: Imperva report*

*CONFIDENTIAL. DO NOT DISTRIBUTE.*

*t*

CONFIDENTIAL

LNE-LIT24-001626211

DX-0790.0004

TECH ABUSE STRATEGY

# Background - Opportunities to Improve


**Technology**

Bots and brokers are moving further ahead, employing advanced, subversive tactics to avoid detection.

The current tools and data collection methods are only able to react to a limited subset of "known knowns".

Our technology for combating Abuse has grown organically, through several cycles of focus.

**Business**

- TM has lacked a holistic abuse policy and business direction of what we allow and prevent.

- Lack of Business priority & Investment: Abuse improvement and focus on roadmap vs other initiatives

- Lack of business reporting with actionable data & insights

*t*

Ticketmaster confidential. Do not distribute

CONFIDENTIAL

LNE-LIT24-001626212

**DX-0790.0005**

Tech Abuse Strategy

# Abuse Strategy

## What is the Policy
Criteria/Methodology

Defining policy

Enforcement

Defining **what** criteria

Process to action

Data Reporting

**LNE**

## How to implement Policy

**How** the policy is implemented

Tech solutions & process

Technological controls

Data collection & provision

**TM Tech**

CONFIDENTIAL

LNE-LIT24-001626213

DX-0790.0006

# ABUSE STRATEGY FROM A TECH PERSPECTIVE

CONFIDENTIAL

LNE-LIT24-001626214

DX-0790.0007

Tech Abuse Strategy

# Tech Abuse Strategy

Give Fans the **fairest** possible chance to purchase tickets by applying **appropriate and timely controls** to combat bad actors and more **thorough account verification**

**Visibility** of actor behaviour and our response must be available through **accurate and consistent** reporting to the business, with **actionable data** to inform and support actions in line with an evolved abuse policy

Solutions must be applicable to all markets and platforms, North America focus but global agnostic. Controls should be **configurable** per market, platform & event, and **adaptable to change.**

*t*

CONFIDENTIAL

LNE-LIT24-001626215

**DX-0790.0008**

**Speaker Notes for Slide 7**

CONFIDENTIAL                                                                                                   LNE-LIT24-001626216

**DX-0790.0009**

Tech Abuse Strategy

# Multi-layered Tech Abuse Strategy to enforce the Policy

### Policy
#### Criteria/Methodology






### Actionable Data

Architect the abuse environment to be able to collect, store & make available accurate signal data for real-time controls and effective data provision

### Appropriate & Timely Controls

Protect our properties from automated bot attacks, leveraging an effective vendor strategy between tailored in-house solutions and third parties

### Account Verification & Protection

Improve controls with more thorough identity checks, protecting true fans and identifying breached accounts more quickly

### Organization & Governance

Reshape the Abuse organization around what we need to build, focusing on Data Science and Engineering, whilst Ops roles join the LNE Abuse team

*t*

Ticketmaster confidential. Do not distribute.

CONFIDENTIAL

LNE-LIT24-001626217

**DX-0790.0010**



TECH ABUSE STRATEGY: PHASES

CONFIDENTIAL

LNE-LIT24-001626218

DX-0790.0011



CONFIDENTIAL

LNE-LIT24-001626219

**DX-0790.0012**

TECH ABUSE STRATEGY

# Current vs Recommendation: Technical Overview

| Current | Recommended |
|---|---|
| Abuse toolset ████████████████ ████████████████████ ████████████████ <br><br>The deployment is proven to scale<br><br>Its configuration is complex, difficult to test and requires careful management of metadata (in the case of tm.com, only a partial picture of a Fan journey is available)<br><br>Other tools are applied at focused points in the journey to apply friction based upon behavioural rules<br><br>There is no data model, little insight is shared between tools, operational and decision logs have limited retention<br><br>The burden of responsibility lies on the Abuse team to discover, analyze & ingest signal data from disparate sources<br><br>The team's roadmap through Q3 '23 is largely consumed by the Human migration<br><br>Until an actor logs in, mitigation controls cannot be confidently and effectively applied (device fingerprints are trivially avoidable) | • Reposition our controls to enable us to **confidently identify** and add friction / lock accounts of bad actors **before** inventory can be reserved, ie; moving login before reservation<br><br>• Implementing **thorough identity verification** tied to **account creation**<br><br>• Invest in ███, raising its **maturity** level, working toward a truly **global**, platform/market-agnostic solution, configurable at the Event level<br><br>• Define a abuse **data model**, working with teams from all parts of the ecosystem to produce signal data of value in a consistent manner<br><br>• Lean into an architecture which can surface **tailored** decisions, merging both **realtime** data and complex, **historical analysis** from a contemporary data lakehouse<br><br>• Provide appropriate tooling for managing the platform. Reduce reliance on slow, costly third-party vendor solutions<br><br>• Reorganise/augment the team with right engineering skillset, move policy-supporting operational roles into LNE Abuse team |

CONFIDENTIAL

TECH ABUSE STRATEGY
# Architectural Overview

| Current | Recommended |
|---|---|

- A subset of "known" datapoints are collected from a subset of components. The abuse team must know in advance what signals to ask teams for, and build threshold-based rules around them
- Integrators and delegates cannot benefit from each other's decisions

- **Account verification**
- Behavioural data provision for analysis
- Enhance ▮ to realtime score
- Realign some tech choices to improve effectiveness

CONFIDENTIAL                                                    LNE-LIT24-001626221

**DX-0790.0014**



CONFIDENTIAL

LNE-LIT24-001626222

**DX-0790.0015**



TECH ABUSE STRATEGY

# Timeline & Outcomes

**Phase 0** — Discovery & Modelling

**Phase 1** — Increase accuracy and maturity

**Phase 2** — Evolve and enhance in-house capabilities

- Discovery
- Define Abuse Data Model
- Identify & collect effective signal data
- Align the data collection POC to the model
- Retrofit existing data flows to the model
- Batch classification/locking of "bad" accounts
- Trial moving account login before Reserve
- Increase platform maturity
- Implement stronger account creation validation
- Enhance internal detection capabilities

On-going > Q1 | Q2 | Q3 | Q4

**On-going > Q1**
- Identify gaps in process/resource and rationalise/re-prioritise as necessary
- Provide a common language for all teams to start working toward, removing ambiguity from roles, responsibilities and conversations
- Begin increasing variety of signal data to begin developing more accurate/targeted pattern analysis

**Q2 / Q3**
- Improve visibility of actor behaviour, depth of signal data / discovery of unknown abuse patterns, and reduced manual data gathering
- Move more accurate/unavoidable controls earlier in the user journey (before Reservation) and take larger steps to retrospectively identify "bad actor" accounts
- Increase trust/reliability of critical protection services and governance of data

**Q4**
- Further limit abuse opportunities earlier in the journey (ie; at Reserve), improved security posture
- Fast, layered, domain-specific decision-making capabilities. Reduced dependency (potentially reducing commit/costs and latency) on 3rd party solutions

CONFIDENTIAL

LNE-LIT24-001626223

**DX-0790.0016**



CONFIDENTIAL

LNE-LIT24-001626224

**DX-0790.0017**



ORGANIZATION & GOVERNANCE

CONFIDENTIAL

LNE-LIT24-001626225

**DX-0790.0018**









CONFIDENTIAL

LNE-LIT24-001626226

**DX-0790.0019**

TECH ABUSE STRATEGY

# Abuse Partnership: Roles & Responsibilities

| Responsibility | LNE Trust & Security: Abuse | TM Tech: Abuse |
|---|---|---|
| Policy 'What' | ✓ Responsible for defining, communicating & ensuring policy is followed | *Designing tech solution to meet policy* |
| Abuse process | ✓ Designing & communicating process | *Design tech process to meet policy* |
| Definitions & rules | ✓ Definition: Fan, Bad Bot, Good Bot, Block.. Define rules | *Implement self-service tools, controls & tech solutions* |
| Business Approach | ✓ Define business approached (Resale vs Music – what we allow) | |
| Block accounts | ✓ Which accounts to block following definition, rules & biz approach | *Actual blocking in modern accounts integrated systems* |
| Appeal process | ✓ Own appeal process of blocked account | |
| Legal action | ✓ Own accounts to be reported/legal action | *Tooling to support evidence collection & investigation* |
| Vendor vs in-house strategy | *Guide policy requirements* | ✓ Owning best tech solution to meet policy |
| Unblock account | ✓ Which accounts | *Actual unblocking in system* |
| Implementation 'How' | *Guide policy requirements* | ✓ Owning overall tech solution to meet policy Owning technical improvement/changes to systems |
| Data storage & Provision | *Abuse Ops with data reporting & analysis* | ✓ Own storage, data science & provision Ensure consistent data, real time and retro analysis |

*t*

19

*Ticketmaster confidential. Do not distribute.*

CONFIDENTIAL

LNE-LIT24-001626227

DX-0790.0020



CONFIDENTIAL

LNE-LIT24-001626228

**DX-0790.0021**

TECH ABUSE STRATEGY
# Investment Model: High-level estimate



CONFIDENTIAL

LNE-LIT24-001626229

**DX-0790.0022**



CONFIDENTIAL

LNE-LIT24-001626230

**DX-0790.0023**

TECH ABUSE STRATEGY

# Next steps

- Align Tech Abuse Strategy to Policy & define KPIs

- Continue progress on Phase 0 – pending investment decision

- Firm up strategy and communicate with Abuse team

CONFIDENTIAL

LNE-LIT24-001626231

**DX-0790.0024**



CONFIDENTIAL
LNE-LIT24-001626232

DX-0790.0025



CONFIDENTIAL

LNE-LIT24-001626233

**DX-0790.0026**

TECH ABUSE STRATEGY

# Considerations

| Challenge/Constraint | Mitigation Path |
| --- | --- |
| ➤ **High-profile, Grade A onsales** | Recommendations implemented phased and around onsales, minimizing impact on team during critical periods |
| ➤ **GDPR/CCPA obligations must be met** | Work closely with LN Data Privacy from the outset to ensure behavioural data is retained and governed in accordance with policy (fraud control is a strong, legitimate justification for collection/retention) |
| ➤ **Defense in depth - no one thing will solve all problems** | Business agrees and understand the multiple recommendations included in the abuse strategy |
| ➤ **Accurate classification of requests/users requires a significant amount of data** | Policy strategy to support tech abuse strategy, showing requirement for tech improvement, re-org and additional investment to improve data collection, classification and reporting<br>Data collection, processing and storage will have an ongoing cost that will scale without traffic |
| ➤ **Unclear direction on broker affinity. A non-negligible percentage (estimated approx. 5%) of our GTV is brokers/automated processes (e.g. selling unsold inventory)** | The business must decide on whether we continue to support this commercially, and Abuse should have a higher stake in decisions |
| ➤     ▮▮▮▮▮  **contract renewal** | Reassessing the current plan migrating off ▮▮▮▮▮, aim is to use third party vendor across areas not covered in-house (I.e. dark web, network /threat intelligence support services..) |
| ➤ **Investment requirements** | Business agrees and understands the investment requirements for abuse strategy |

CONFIDENTIAL

LNE-LIT24-001626234

# Tech Abuse Strategy

Give Fans the **fairest** possible chance to purchase tickets by applying **appropriate and timely controls** to combat bad actors, with **actionable data** to inform the business and support actions in line with an evolved abuse policy.



CONFIDENTIAL

**DX-0790.0028**

**Denial of Service** - High enough volumes of traffic (legitimate or otherwise) can slow parts of the site down to the detriment of all users, or be used to mask bad behaviour

**Reserve Abuse** - inventory is added to a basket with no intention of purchase to prevent other fans from selecting it, until the basket timer expires.
Inventory can be tied up for extended periods until onsale demand subsides and resale values increase.

**Purchase Abuse** - automated processes ("bots") or industrial-scale purchasers (brokers) create multiple accounts to capture as many tickets during the onsale ahead of real Fans for financial arbitrage on the secondary market.

**Post-Purchase Abuse** - attackers attempt to extract Safetix/barcodes out of the TM ecosystem.
**Payment Abuse** - Tickets are used to launder money via stolen card details.



SmartQueue
Verified Fan
OTL

Discovery | Seats | Reserve | Login | Checkout | Payment | Post Purchase | Entry

(**bold items** above are in-house services, others are third-parties)

▮▮▮▮▮▮▮▮ provides edge protection to a variety of properties and entrypoints, leveraging multiple subsystems - internal signals and third party threat detection providers.
We can also work with our network transit and CDN providers to mitigate lower-level traffic attacks before hitting our network edge

**SmartQueue** can be applied at multiple points in the journey to manage the rate fans are admitted onto a page type, force account login, and apply some behavioural rules.
**Verified Fan** can be employed to filter and prioritise segments of the fanbase, mitigating some of the "first in the door" GA onsale spike

▮▮▮▮ returns a signal indicating if an account was impacted by an Account Takeover ("ATO") attack. elsewhere, upon which we lock the account

▮▮▮▮▮▮ analyses historical activity and locks accounts that have exceeded ticket limit restrictions (e.g; an unusually high number of purchases for an event)

Accertify is used to identify payment fraud. 3DS is an additional layer of authentication supported by credit card issuers to reduce unauthorized transactions

CONFIDENTIAL

LNE-LIT24-001626236

**DX-0790.0029**

# Tech Abuse Strategy:  How to implement the Policy



*t* ——————————————————————————— 29

CONFIDENTIAL

LNE-LIT24-001626237

DX-0790.0030