| | |
|---|---|
| **From:** | Jenny Johnson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C31AE9510C94216873F1943F1F2BACE-JENNY JOHNS] |
| **Sent:** | 2/20/2024 5:07:37 PM |
| **To:** | Mark Yovich [mark.yovich@ticketmaster.com] |
| **CC:** | Michael Wichser [michael.wichser@ticketmaster.com]; Marla Ostroff [marla.ostroff@ticketmaster.com]; Trevor Allin [trevor.allin@ticketmaster.com]; Peter Casciani [peter.casciani@ticketmaster.com]; Geoff Carns [geoff.carns@ticketmaster.com]; Tom McGlone [tom.mcglone@ticketmaster.com]; Chuck Dinkins [chuck.dinkins@ticketmaster.com]; David Seif [david.seif@ticketmaster.com]; Leonardo Garcia [leonardo.garcia@ticketmaster.com]; Nicole Hoffman [nicole.hoffman@ticketmaster.com]; Rob Caudillo [rob.caudillo@ticketmaster.com] |
| **Subject:** | FW: DEAL APPROVAL REQUIRED: Charleston Civic Center (Renewal) |
| **Attachments:** | Deal Overview - Charleston Civic Center 02062024.pptx |

Mark

Attached for your consideration and approval are renewal terms for Charleston Civic Center. They have been a long time TM client and are now managed by OVG. They are looking to align their ticketing deal to their OVG management contract which expires in 2030.

Our proposed terms align to the OVG deal (net slightly better for TM) and include a ▮▮▮▮ Ad allowance paid over the term, traditional primary terms with a step up in BSC and royalty rate in yr 1 and 2 with ▮▮▮ fee with ▮▮▮ royalty in yr 3+, and standard platinum and resale terms. We have also removed the LN content guarantee.

Terms are expected to generate ▮▮▮ avg annual GM or ▮▮▮ /ticket, up from ▮▮▮ in prior year. Let us know if you have thoughts or questions.


Jenny Johnson
Vice President of Commercial Strategy

*t/*    Jenny.Johnson@ticketmaster.com
Mobile: ▮▮▮▮▮▮▮
Chicago, IL

**Ex. No
PX0781**

1:24-cv-03973

CONFIDENTIAL                                                                                 LNE-LIT24-001454703

RENEWAL: CHARLESTON CIVIC CENTER

# Deal & Client Summary

| Region | Segment | Deal Owner |
|---|---|---|
| Charleston, WV | V&P | Geoff Carns / Chuck Dinkins |

### Client History & Relationship

- City of Charleston, WV/Charleston Civic Center is a long time Ticketmaster client who has historically been required to go out to formal RFP every five years. Venue leadership lobbied the city and city agreed to disregard the formal RFP requirement and sole source the negotiations with Ticketmaster.
- Despite OVG having recently taken over management of the venue, the ticketing agreement will be negotiated by the city, and the agreement will be directly with the City of Charleston. Terms are directionally consistent with the OVG national terms, differing slightly in Ticketmaster's favor. We recommend agreeing to the proposed terms, so as not to have the city reverse course and issue a formal RFP which we feel would be less favorable to TM.
- Client wants to align with the expected 6 year term length of the OVG Management agreement with the venue.

### Summary of Key Deal Terms



- **Term:** 6 years 7/2024 through 6/2030
- **Tickets:** 160k (143k primary, 11k Plat/VIP, 6k resale)
- **Gross margin:** ▮▮▮▮ over term (▮▮▮ current deal)
  - ▮▮/ticket (▮ increase vs. existing deal at ▮▮/ticket)
- **Sponsorship Allowance:** ▮▮ tied to a minimum ticket sales threshold paid out as follows: Year 1: ▮▮; Year 2: ▮▮; Year 3: ▮▮; Year 4: ▮▮; Year 5: ▮▮; Year 6: ▮▮
- **Variable structure:**
  - Traditional Service Charge as a % of FVFF Fee Structure: Year 1: ▮ Fee / ▮ Royalty; Year 2: ▮▮ Fee / ▮▮ Royalty; Year 3 and thereafter: ▮ Fee / ▮ Royalty. Per Order Processing Fee of ▮▮ with ▮ Royalty over term.
  - Volume Incentive: ▮▮ per ticket for each ticket sold in excess of 100k
  - Platinum/VIP: ▮ fee, 50% royalty
  - Resale: ▮ increased to ▮ if self promoted

### Product Assessment

TM Host  TM1 Engagement

CONFIDENTIAL

RENEWAL: CHARLESTON CIVIC CENTER

# Summary of Deal Economics



| | Jul 2022 – Jun 2023A Current Deal | Proposal (average term) |
|---|---|---|
| **Client Share** | | |
| *% Share of total economics* | | |
| *Share / Ticket* | | |
| **TM Share (GM)** | | |
| *% Share of total economics* | | |
| *Share / Ticket* | | |
| **Total Deal Economics** | | |
| *Economics/ticket* | | |

*t* 2

CONFIDENTIAL

LNE-LIT24-001454705

RENEWAL: CHARLESTON CIVIC CENTER

# Comparative Segment Analysis



CONFIDENTIAL

LNE-LIT24-001454706

RENEWAL: CHARLESTON CIVIC CENTER

# Summary of Key Terms



| | Current Deal | TM Proposal |
|---|---|---|
| **Core Deal Terms** | | |
| Term | 5+ years ending 3/31/2024 | 6 years through 6/30/2030 |
| Primary (C&P) | Per Ticket Fees = various based on ticket price (▮▮▮/tkt avg); Processing ▮▮▮/order; both with ▮▮ annual increases;<br><br>LN Attraction Guarantee: 6 shows per year | Traditional Service Charge as a % of FVFF Fee Structure: Year 1: ▮▮ Fee / ▮▮ Royalty; Year 2: ▮▮ Fee / ▮▮ Royalty; Year 3 and thereafter: ▮▮ Fee / ▮▮ Royalty. Processing Fee of ▮▮ with a ▮▮ Royalty Volume Incentive: ▮▮ per ticket for each ticket > 100k<br>LN Attraction Guarantee (Removed) |
| Resale | ▮▮ Royalty, ▮▮ if sole promoted | No Change |
| VIP/Platinum | ▮▮ Fee; ▮▮ royalty | ▮▮ Fee; ▮▮ royalty |
| Upfront Payments | ▮▮ one time Signing Bonus | ▮▮ Sponsorship Allowance tied to a minimum ticket sales threshold paid out as follows: Year 1: ▮▮; Year 2: ▮▮; Year 3: ▮▮; Year 4: ▮▮; Year 5: ▮▮; Year 6: ▮▮ |
| **Other Deal Terms** | | |
| Credit Card | ▮▮ on GTV | ▮▮ on GTV |
| Chargebacks | Client | Same |
| Hardware | Provided as needed | Same |
| Product Credits | TM1 Engagement: ▮▮ per year | TM1 Engagement: ▮▮ per year |

CONFIDENTIAL

LNE-LIT24-001454707

RENEWAL: CHARLESTON CIVIC CENTER

# TM's GM by source

| TM's GM (Annual) | Jul 2022 - Jun 2023A<br>Current Deal | Proposal<br>(average over term) |
|---|---|---|
| Ticket: P/VIP&<br>Plat/Resale/Total | 143k Primary/11k Plat & VIP/ 6k Resale/<br>160k Total | 143k Primary/11k Plat &VIP/ 6k Resale/<br>160k Total |
| Primary - Concerts & Other | | |
| Platinum & VIP | | |
| Resale | | |
| Fixed Payments | | |
| Hardware | | |
| Total TM GM | | |

*t* —————————————————————————————— 5

LNE-LIT24-001454708

RENEWAL: CHARLESTON CIVIC CENTER

# Core Deal Model Assumptions

| Terms | Assumptions & Analysis |
|---|---|
| | |
| Primary | • Tickets based on July 2022 through June 2023 actuals |
| Resale | • Tickets based on July 2022 through June 2023 actuals |
| Geographical Analysis | • Charleston Coliseum, Convention Center and Municipal Auditorium is located in Charleston WV, the state capital, and is the state's premier facility for entertainment and convention events.  The Charleston market is also the main routing point for events traveling through central and southern WV. |
| Segment Analysis | • Retention of 150k+ tickets and maintaining a solid foothold on the market |

*t*

Ticketmaster confidential  Do
not distribute

6

CONFIDENTIAL

LNE-LIT24-001454709

RENEWAL: CHARLESTON CIVIC CENTER

# Financial Summary – TM Model



7

CONFIDENTIAL

LNE-LIT24-001454710



RENEWAL: CHARLESTON CIVIC CENTER

# Deal & Client Summary

| Region | Segment | Deal Owner |
|---|---|---|
| Charleston, WV | V&P | Geoff Carns / Chuck Dinkins |

**Client History & Relationship**

- City of Charleston, WV/Charleston Civic Center is a long time Ticketmaster client who has historically been required to go out to formal RFP every five years. Venue leadership lobbied the city and city agreed to disregard the formal RFP requirement and sole source the negotiations with Ticketmaster.
- Despite OVG having recently taken over management of the venue, the ticketing agreement will be negotiated by the city, and the agreement will be directly with the City of Charleston. Terms are directionally consistent with the OVG national terms, differing slightly in Ticketmaster's favor. We recommend agreeing to the proposed terms, so as not to have the city reverse course and issue a formal RFP which we feel would be less favorable to TM.
- Client wants to align with the expected 6 year term length of the OVG Management agreement with the venue.

**Summary of Key Deal Terms**

- **Term:** 6 years 7/2024 through 6/2030
- **Tickets:** 160k (143k primary, 11k Plat/VIP, 6k resale)
- **Gross margin:** ▮▮▮▮ over term (▮▮ current deal)
  - ○ ▮▮/ticket ▮▮ increase vs. existing deal at ▮▮/ticket)
- **Sponsorship Allowance:** ▮▮ tied to a minimum ticket sales threshold paid out as follows: Year 1: ▮ Year 2: ▮ Year 3: ▮; Year 4: ▮; Year 5: ▮ Year 6: ▮
- **Variable structure:**
  - ○ Traditional Service Charge as a % of FVFF Fee Structure: Year 1: ▮ Fee / ▮ Royalty; Year 2: ▮ Fee / $▮ Royalty; Year 3 and thereafter: ▮ Fee / ▮ Royalty. Per Order Processing Fee of ▮ with ▮ Royalty over term.
  - ○ Volume Incentive: ▮ per ticket for each ticket sold in excess of 100k
  - ○ Platinum/VIP: ▮ fee, ▮ royalty
  - ○ Resale: ▮ increased to ▮ if self promoted

**Product Assessment**

- TM Host, TM1 Engagement

*t*

1

1

RENEWAL: CHARLESTON CIVIC CENTER

## Summary of Deal Economics



| | Jul 2022 – Jun 2023A<br>Current Deal | Proposal<br>(average term) |
|---|---|---|
| **Client Share** | | |
| *% Share of total economics* | | |
| *Share / Ticket* | | |
| **TM Share (GM)** | | |
| *% Share of total economics* | | |
| *Share / Ticket* | | |
| **Total Deal Economics** | | |
| *Economics/ticket* | | |

*t*

2

2

RENEWAL: CHARLESTON CIVIC CENTER

## Comparative Segment Analysis





RENEWAL: CHARLESTON CIVIC CENTER

## Summary of Key Terms

| | Current Deal | TM Proposal |
|---|---|---|
| **Core Deal Terms** | | |
| Term | 5+ years ending 3/31/2024 | 6 years through 6/30/2030 |
| Primary (C&P) | Per Ticket Fees = various based on ticket price ▇/tkt avg); Processing ▇/order; both with ▇ annual increases; <br><br> LN Attraction Guarantee: 6 shows per year | Traditional Service Charge as a % of FVFF Fee Structure: Year 1: ▇ Fee / ▇ Royalty; Year 2: ▇ Fee / ▇ Royalty; Year 3 and thereafter: ▇ Fee / ▇ Royalty. <br> Processing Fee of ▇ with a ▇ Royalty <br> Volume Incentive: ▇ per ticket for each ticket > 100k <br> LN Attraction Guarantee (Removed) |
| Resale | ▇ Royalty, ▇ if sole promoted | No Change |
| VIP/Platinum | ▇ Fee; ▇ royalty | ▇ Fee; ▇ royalty |
| Upfront Payments | ▇ one time Signing Bonus | ▇ Sponsorship Allowance tied to a minimum ticket sales threshold paid out as follows: Year 1: ▇; Year 2: ▇; Year 3: ▇; Year 4: ▇; Year 5: ▇; Year 6: ▇ |
| **Other Deal Terms** | | |
| Credit Card | ▇ on GTV | ▇ on GTV |
| Chargebacks | Client | Same |
| Hardware | Provided as needed | Same |
| Product Credits | TM1 Engagement: ▇ per year | TM1 Engagement: ▇ per year |
| **TM's GM** | ▇ per year / ▇ per ticket | ▇ per year / ▇ per ticket |

4



5

RENEWAL: CHARLESTON CIVIC CENTER

# Core Deal Model Assumptions

| Terms | Assumptions & Analysis |
|---|---|
| | |
| Primary | • Tickets based on July 2022 through June 2023 actuals |
| Resale | • Tickets based on July 2022 through June 2023 actuals |
| Geographical Analysis | • Charleston Coliseum, Convention Center and Municipal Auditorium is located in Charleston WV, the state capital, and is the state's premier facility for entertainment and convention events.  The Charleston market is also the main routing point for events traveling through central and southern WV. |
| Segment Analysis | • Retention of 150k+ tickets and maintaining a solid foothold on the market |

*t*

6

RENEWAL: CHARLESTON CIVIC CENTER

## Financial Summary – TM Model



*t*                                                                                   7

7

RENEWAL: CHARLESTON CIVIC CENTER

# Deal & Client Summary

| Region | Segment | Deal Owner |
|---|---|---|
| Charleston, WV | V&P | Geoff Carns / Chuck Dinkins |

## Client History & Relationship

- City of Charleston, WV/Charleston Civic Center is a long time Ticketmaster client who has historically been required to go out to formal RFP every five years. Venue leadership lobbied the city and city agreed to disregard the formal RFP requirement and sole source the negotiations with Ticketmaster.
- Despite OVG having recently taken over management of the venue, the ticketing agreement will be negotiated by the city, and the agreement will be directly with the City of Charleston. Terms are directionally consistent with the OVG national terms, differing slightly in Ticketmaster's favor. We recommend agreeing to the proposed terms, so as not to have the city reverse course and issue a formal RFP which we feel would be less favorable to TM.
- Client wants to align with the expected 6 year term length of the OVG Management agreement with the venue.

## Summary of Key Deal Terms

- **Term**: 6 years 7/2024 through 6/2030
- **Tickets:** 160k (143k primary, 11k Plat/VIP, 6k resale)
- **Gross margin:** ▮▮▮▮▮▮ over term (▮▮▮ current deal)
  - ▮▮▮/ticket (▮▮ increase vs. existing deal at ▮▮▮/ticket)
- **Sponsorship Allowance:** ▮▮▮ tied to a minimum ticket sales threshold paid out as follows:  Year 1: ▮▮; Year 2: ▮▮; Year 3: ▮▮; Year 4: ▮▮; Year 5: ▮▮; Year 6: ▮▮
- **Variable structure:**
  - Traditional Service Charge as a % of FVFF Fee Structure: Year 1: ▮▮ Fee / ▮▮ Royalty; Year 2: ▮▮▮ Fee / ▮▮▮ Royalty; Year 3 and thereafter: ▮▮ Fee / ▮▮ Royalty. Per Order Processing Fee of ▮▮▮ with ▮▮ Royalty over term.
  - Volume Incentive: ▮▮▮ per ticket for each ticket sold in excess of 100k
  - Platinum/VIP: ▮▮ fee, ▮▮ royalty
  - Resale: ▮▮ increased to ▮▮ if self promoted

## Product Assessment

- TM Host, TM1 Engagement

*t* ———————————————————————————————— 1

RENEWAL: CHARLESTON CIVIC CENTER

# Summary of Deal Economics



| | Jul 2022 – Jun 2023A<br>Current Deal | Proposal<br>(average term) |
|---|---|---|
| **Client Share**<br>*% Share of total economics*<br>*Share / Ticket* | | |
| **TM Share (GM)**<br>*% Share of total economics*<br>*Share / Ticket* | | |
| **Total Deal Economics**<br>*Economics/ticket* | | |

*t* 2

RENEWAL: CHARLESTON CIVIC CENTER

# Comparative Segment Analysis



RENEWAL: CHARLESTON CIVIC CENTER

# Summary of Key Terms

| | Current Deal | TM Proposal |
|---|---|---|
| **Core Deal Terms** | | |
| Term | 5+ years ending 3/31/2024 | 6 years through 6/30/2030 |
| Primary (C&P) | Per Ticket Fees = various based on ticket price (███/tkt avg); Processing ███/order; both with ███ annual increases;<br><br>LN Attraction Guarantee: 6 shows per year | Traditional Service Charge as a % of FVFF Fee Structure: Year 1: ███ Fee / ███ Royalty; Year 2: ███ Fee / ███ Royalty; Year 3 and thereafter: ███ Fee / ███ Royalty. Processing Fee of $███ with a ███ Royalty Volume Incentive: $███ per ticket for each ticket > 100k<br>LN Attraction Guarantee (Removed) |
| Resale | ███ Royalty, ███ if sole promoted | No Change |
| VIP/Platinum | ███ Fee; ███ royalty | ███ Fee; ███ royalty |
| Upfront Payments | ███ one time Signing Bonus | $150k Sponsorship Allowance tied to a minimum ticket sales threshold paid out as follows: Year 1: $███ Year 2: $███ Year 3: $███ Year 4: $███ Year 5: $███ Year 6: $███ |
| **Other Deal Terms** | | |
| Credit Card | ███ on GTV | ███ on GTV |
| Chargebacks | Client | Same |
| Hardware | Provided as needed | Same |
| Product Credits | TM1 Engagement: $███ per year | TM1 Engagement: $███ per year |
| **TM's GM** | **$███ per year / $███ per ticket** | **$███ per year / $███ per ticket** |

Ticketmaster confidential. Do not distribute.

4

RENEWAL: CHARLESTON CIVIC CENTER

# TM's GM by source

| TM's GM (Annual) | Jul 2022 – Jun 2023A Current Deal | Proposal (average over term) |
|---|---|---|
| Ticket: P/VIP& Plat/Resale/Total | | |
| Primary – Concerts & Other | | |
| Platinum & VIP | | |
| Resale | | |
| Fixed Payments | | |
| Hardware | | |
| Total TM GM | | |

*t*

5

RENEWAL: CHARLESTON CIVIC CENTER

# Core Deal Model Assumptions

| Terms | Assumptions & Analysis |
|---|---|
| | |
| Primary | • Tickets based on July 2022 through June 2023 actuals |
| Resale | • Tickets based on July 2022 through June 2023 actuals |
| Geographical Analysis | • Charleston Coliseum, Convention Center and Municipal Auditorium is located in Charleston WV, the state capital, and is the state's premier facility for entertainment and convention events. The Charleston market is also the main routing point for events traveling through central and southern WV. |
| Segment Analysis | • Retention of 150k+ tickets and maintaining a solid foothold on the market |

Ticketmaster confidential. Do not distribute.

RENEWAL: CHARLESTON CIVIC CENTER

# Financial Summary – TM Model



*t* ——————————————————————————— 7