## Message

| | |
|---|---|
| **From:** | Doug Higgons [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=234BA8B9251B43CAB02CE7E7F692A4DC-DHIGGONS] |
| **Sent:** | 12/9/2022 6:28:05 AM |
| **To:** | Chris Granger [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae834b9b52e94405aa6f53dde5179946-cgranger]; Greg O'Dell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a605c75ba8b44670aa788e0f0d9306d4-godell]; Jim Pekala [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ac813ad53e442629aa7a055d5c65d38-Jim.Pekala]; Peter Luukko [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c2e777f538e540b0b4c1a85296e41357-pluukko] |
| **Subject:** | RE: Pac / TM |
| **Attachments:** | Tix Deal Comparison - 2023 PAC Venues - December 5 2022.pdf |

Good morning.

See the attached comparison of the PAC service fee revenue compared to the new TM deal.  I apologize for the delay in getting this comparison report complete. ███████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████

████████████████████████████████████████

████████

doug

**From:** Chris Granger <cgranger@oakviewgroup.com>
**Sent:** Thursday, December 1, 2022 1:15 PM
**To:** Doug Higgons <dhiggons@oakviewgroup.com>
**Cc:** Jim Pekala <Jim.Pekala@oakviewgroup.com>; Greg O'Dell <godell@oakviewgroup.com>
**Subject:** Pac / TM

Ex. No
**PX0250**
1:24-cv-03973

Highly Confidential – Business and Trade Secrets

| City | State | Country | Account | PAC Ticketing Deal Expiration Date | FY23 Ticket Projection - Service Chargeable Tickets Only | Current PAC Deal Per Ticket Fee Over $30 (Blended) | | Current PAC AVG Service Charge | | PAC Sponsorship Revenue | | Total Projected Revenue after Fees (Based on ATP of $50) * | | Total Budgeted Revenue | New OVG / TM Deal - Service Charge | Total Projected Revenue after Fees (Based on ATP of $50) * | | Variance PAC to TM (based on FY23 Projection) | |
|------|-------|---------|---------|------|------|------|---|------|---|------|---|------|---|------|------|------|---|------|---|
| Augusta | GA | USA | Augusta Entertainment Comp. (James Brown Arena) | 3/1/2023 | 114,008 | $ | 3.50 | $ | 11.38 | $ | 23,160 | $ | 415,348 | $ 427,869 | | $ | 389,223 | $ | (26,124) |
| Sioux City | IA | USA | City of Sioux City (Tyson Events Center) | 3/30/2023 | 95,893 | $ | 2.25 | $ | 11.00 | $ | 23,690 | $ | 395,275 | $ 400,000 | | $ | 316,447 | $ | (78,828) |
| Loveland | CO | USA | Budweiser Events Center | 9/30/2023 | 100,099 | $ | 3.20 | $ | 9.50 | $ | - | $ | 630,624 | $ 625,000 | | $ | 570,564 | $ | (60,059) |
| Tallahassee | FL | USA | Donald L Tucker Center | 6/30/2023 | 49,579 | $ | 3.23 | $ | 11.00 | $ | - | $ | 167,825 | $ 154,618 | | $ | 163,611 | $ | (4,214) |
| Salina | KS | USA | Tony's Pizza Events Center | 6/30/2023 | 77,625 | $ | 3.00 | $ | 9.00 | $ | 80,000 | $ | 274,063 | | | $ | 209,588 | $ | (64,475) |
| Hartford | CT | USA | XL Center/Pratt & Whitney Stadium | 6/30/2023 | 293,664 | $ | 3.00 | $ | 11.16 | $ | - | $ | 1,051,317 | $ 1,107,056 | | $ | 983,187 | $ | (68,130) |



*\* Prior to Promoter Rebates*

Highly Confidential – Business and Trade Secrets

OVG LLC_00151801