| From: | Rachel Sussman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9B1FE1D536814E0CB9CDF384420ADD56-RACHEL SUSS] |
|---|---|
| Sent: | 8/18/2023 6:25:24 PM |
| To: | Mark Yovich [mark.yovich@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com] |
| Subject: | [For Review] Tech Exec Pre-Read Materials |
| Attachments: | 230822 Tech Exec_Internal Assessment Workshop_PreRead.pdf; 230822 Tech Exec_Stakeholder Pain Points and Needs.pptx |

Hi Mark,

I wanted to share the pre-read materials we plan to share with the Tech Exec today. Let me know if you have any feedback.

- Internal Assessment PDF
- Stakeholder Pain Points and Needs PPT

For the Internal Assessment materials (the output from the interviews), we reduced and simplified the discussion questions to make the conversation more focused and streamlined. We also added a mission-based loop with links to the pre-read materials.

Rachel



Rachel Sussman
Director, Strategy

**Ex. No**
**PX0800**
1:24-cv-03973

                                    LNE-LIT24-001627494



AUGUST 2023

# Tech Exec Offsite

CONFIDENTIAL · DO NOT DISTRIBUTE

*ticketmaster*

HIGHLY CONFIDENTIAL

LNE-LIT24-001627495

2

AUGUST TECH EXEC

## Session Objective

# Today we are looking to facilitate a **problem identification** and **needs alignment** discussion.

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627496

**AUGUST TECH EXEC**

# The Tech Exec agrees we have problems across planning, prioritization, and organization

| Planning | Prioritization | Organization |
|---|---|---|
| "The amount of time investment we have to put into actual work vs planning is out of control. The sense among teams is that we are endlessly planning." | "We need to choose what to work on and how we prioritize." | "The key problem is that we continue to struggle to evolve our cross departmental dependencies." |
| "I think we need to get the next rev of the strat plan, the Blueprint. We need to take what we did two weeks ago and we need to put some stakes in the ground." | "We say yes to 90% of things and feel good but there are ultimately difficult choices that we are not willing to make." | "How do you create org alignment on capacity and dependency? There is work to be done on distributed workflows." |
| | "Who makes decisions before going up to Mark? Mark says yes." | "Enterprise and Marketplace don't talk to each other. They have different missions. They do not work in harmony." |
| | "We need to talk about prioritization, which includes a list of things to stop doing." | "How do we take the Blueprint and organize behind it?" |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627497

4

AUGUST TECH EXEC

# We have interviewed 30 individuals across LOBs

**Technology**

| | |
|---|---|
| Carlos Alvarez | Chief Technology Officer |
| Kristina Sjolander | VP, Technology Strategy, Planning and Risk |
| Jean-Philippe Grenier | VP - Software Development |
| Sean Scanlon | SVP, Engineering Marketplace |
| Hillary McTigue | VP of Engineering, Enterprise Core Ticketing |
| Brandon Ammann | SVP, Global Technical Operations |
| Dave Scarborough | Chief Strategy Officer |

**Product**

| | |
|---|---|
| Troy Suda | Chief Product Officer |
| Phil Volini | SVP, Product Management |
| Beth James | SVP, Product Management -Marketplace |
| Christine Lanoy | SVP, Design |

**Marketplace**

| | |
|---|---|
| Larry Plawsky | EVP & GM, Marketplace |
| Jake Fisher | VP, Marketplace Strategy and E-commerce |
| Casey Klein | SVP and GM, Resale |
| Puja Bhatia | VP, Category Management |

**Distributed Commerce**

| | |
|---|---|
| Dan Armstrong | EVP, Distributed Commerce |
| Del Smith | VP, Product |

**Commercial**

| | |
|---|---|
| Peter Quinlan | EVP, Commercial |

**Music**

| | |
|---|---|
| David Marcus | EVP, Music |
| Blythe Reyes | SVP, Ticketmaster Music |
| Brita Christensen | VP, Artist & Promoter Relations |

**Enterprise**

| | |
|---|---|
| Brendan Lynch | EVP, Enterprise & Revenue |
| Devon Cavanagh | Vice President, Product - TM Core |
| Matt Shearer | SVP, Enterprise TM1 Global Strategy |
| George Waterstraat | SVP, Revenue and Demand Management |

**Portfolio Companies**

| | |
|---|---|
| Andrew Sider | EVP, Festivals & General Admission |
| Jess Gotfrit | VP, Product - Festival & GA |

**Sales**

| | |
|---|---|
| Trevor Allin | EVP, Business & Commercial Operations, |
| Andrew Parsons | RVP, UK & Ireland |

**PMO / Planning**

| | |
|---|---|
| Tommy Tyekiff & Irena Salomia-Frunza | SVP, Business Strategy and Transformation Manager, Strategic Planning |

Note: Underlined interviewees are members of the Tech Exec

CONFIDENTIAL - DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627498

AUGUST TECH EXEC

# 90% of interviewees are not satisfied with delivery against the strategic plan

**Stakeholder Satisfaction with Delivery**
(N=30)
% of Respondents



CONFIDENTIAL - DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627499

6

**AUGUST TECH EXEC**

# Interviews highlighted 5 key themes

| Resourcing | Strategic Impact | Prioritization | Planning | Organization |
|---|---|---|---|---|
| Product & tech team capacity | Defining impact | Executive decision making (e.g., saying no) | Business scoping requirements | Cross-LOB dependencies |
| Product & tech leadership capacity | Strat planning | Lack of project prioritization | Product and tech capacity planning accuracy | Project ownership |
| RTB resourcing | Measuring impact | Communication of decisions to org | Inconsistent approach across LOBs | Siloed teams across groups |
| Discovery resourcing | Reporting and meetings | Executive alignment to decisions | Long-term planning | PMO efficiency |
| Compensation | Short term client solutions | Decision making standardization and clarity | | Team commitment |
| PMO resourcing | User empathy | Lack of discovery prioritization | | Managing across multiple regions |

CONFIDENTIAL · DO NOT DISTRIBUTE

7

AUGUST TECH EXEC

Theme Legend

■ Strategy & Impact   ■ Resourcing
■ Planning   ■ Prioritization   ■ Organization

# Prioritization, organization, and planning had the most common pain points / bottlenecks amongst all interviewees

| Most Common Pain Points (across all respondents) | Tech Exec | | Non-Tech Exec | |
|---|---|---|---|---|
| % that mentioned | % that mentioned | % that ranked as #1 | % that mentioned | % that ranked as #1 |
| Executive decision making (e.g., saying no) — 53% | 38% | 25% | 59% | 14% |
| Cross-LOB dependencies — 47% | 88% | 38% | 32% | 9% |
| Project ownership — 43% | 88% | - | 27% | - |
| Lack of project prioritization — 43% | - | - | 59% | 5% |
| Siloed teams across groups — 40% | - | - | 55% | 5% |
| Communication of decisions to org — 40% | 13% | - | 50% | 9% |
| Business scoping requirements — 40% | 63% | 13% | 32% | - |
| Product and tech capacity planning accuracy — 37% | 25% | - | 41% | - |
| Executive alignment to decisions — 30% | 25% | - | 32% | 14% |
| Decision making standardization and clarity — 30% | - | - | 41% | 9% |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627501

8

AUGUST TECH EXEC

# Tech Exec over-indexed on dependencies & ownership; Non-Tech Exec over-indexed on project prioritization, siloed teams, & communication of decisions

**Pain Points Prevalence – Tech Exec vs. Non-Tech Exec**
% of Group that Mentioned Pain Point

Marker Legend — Tech Exec ■ Non-Tech Exec



CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627502

9

**RESOURCING**

# Resourcing Deep Dive

### Overall Pain Points Prevalence
% of All Respondents that Mentioned Pain Point



30%



27%



17%



10%



7%



Marker Legend

⬤ Tech Exec    ■ Non-Tech Exec

7%

**Product & tech team capacity**

**Product & tech leadership capacity**

**RTB resourcing**

**Discovery resourcing**

**Compensation**

**PMO resourcing**

"We need to build out the bottom of the product org so the same people aren't writing JIRAs, managing teams, and doing discovery work"

"The bottlenecks are the lack of people on teams that we rely on to get stuff done. They are under resourced"

"It takes a certain level of leadership to get all of these things done. I don't know how much more Beth and Phil could possibly absorb"

"We have no succession plan if Beth and Phil leave. The people below them are too junior"

"We don't plan for run the business work. The people that do this work are also responsible for delivering innovation"

"There's not enough bandwidth for run the business work on top of all the innovation asks"

"We need more people and a standardized process specifically for discovery. Its falling on the same people that need to be building"

"We need to protect resources or at least time for discovery"

"Right now, for many of the product teams, ALL we're doing is discovery work"

"To get more bench strength in VP type roles, we genuinely need to look at competition of pay. There is no point in org design if we can't hire these folks"

"We have to accept that we can't always hire A-level talent at the pay rates that we are at"

"We don't have a dedicated PMO partner. We need someone that understands our projects and way of work instead of someone juggling so many projects"

"We need more PMO folks that can give updates across businesses and LOBs"

CONFIDENTIAL · DO NOT DISTRIBUTE  t

10

RESOURCING

# Resourcing Drivers

| Product & tech team capacity | Product & tech leadership capacity | RTB resourcing | Discovery resourcing | Compensation | PMO resourcing |
|---|---|---|---|---|---|
| • Employees are spread too thin to engage deeply on all projects<br><br>• More non-leadership capacity can free up leaders for discovery and other work | • Lacking leadership capacity<br><br>• Leaders are pulled into everything from RTB to discovery to client meetings<br><br>• Leaders are spread too thin to engage deeply on all projects<br><br>• No succession planning<br><br>• Need more tech leaders who can facilitate conversations with product | • We don't plan for RTB<br><br>• Teams are prone to interruptions<br><br>• Some teams are responsible for RTB, innovation, and discovery | • Teams spin on discovery work which interrupts other responsibilities<br><br>• Discovery results in constant context-switching<br><br>• Not engaging the right people in discovery<br><br>• Hurts morale | • Pay may be comparable across entertainment but lags tech<br><br>• Hard to compete for top talent in product and tech related roles | • Some teams don't have a dedicated PMO partner<br><br>• PMO partners are spread thin and cover too many projects to be effective<br><br>• Team has a people management gap<br><br>• Organization is too flat |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627504

**RESOURCING**

## For Discussion

Where are resource gaps hindering our delivery?

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627505

**STRATEGIC IMPACT**

# Strategic Impact Deep Dive

## Overall Pain Points Prevalence
% of All Respondents that Mentioned Pain Point



Marker Legend
- Tech Exec
- Non-Tech Exec



30%

**Defining impact**



20%

**Strat planning**



17%

**Measuring impact**



17%

**Reporting and meetings**

13%

**Short term client solutions**

10%

**User empathy**

"Teams, especially product, don't know what success looks like."

"TM is output, not outcome, focused."

"We use vanity metrics to feel better about progress but they're not the correct ways to measure success"

"We never do retros on projects to understand if we were successful. We need to hold people accountable for products beyond delivery"

"We don't have a strategic plan. We have a list of priorities that is fluid"

"There is no long-term strategy, what is the next Safetix-sized innovation that we are working towards?"

"There is a lack of end-to-end data that we need to spend real time on. It's hard to measure success when there isn't data readily available"

"We don't even track the metrics that matter"

"We have duplicative reporting processes and a lot of status reporting going on. The templates always change and the receiving teams don't coordinate with one another"

"A lot of reports I get today are like 50 pages long. I don't even open them"

"Our products are driven by client requests. We should be open to saying no to client deals if we think they aren't aligned with our strategic vision."

"We've created a feature factory where we ask for a feature list from clients rather than asking for pain points which the team can innovate on"

"Product does not have proximity to the client. They get the business requirements but aren't living and breathing a strategy that they are excited about"

"Some don't care about the how people will use the output. There is no user empathy approach"

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627506

13

**STRATEGIC IMPACT**

# Strategic Impact Deep Dive

| Defining impact | Strat planning | Measuring impact | Reporting and meetings | Short term client solutions | User empathy |
|---|---|---|---|---|---|
| • Success is seen as product delivery but doesn't consider product upkeep, quality, or impact<br><br>• Metrics that the org celebrates (tickets sold, GTV, etc.) often are more indicative of market conditions, not TM influence<br><br>• Teams tend to go straight into details vs. impact<br><br>• Teams can't explain why something is valuable<br><br>• Rarely evaluating impact after delivery<br><br>• No accountability after delivery | • Teams don't understand the long-term visions they are working towards<br><br>• Need higher-level objectives<br><br>• Need throughline between how individual teams define success<br><br>• Results in a laundry list of features to build<br><br>• Strat plan needs to be realistic | • Lacking data to better evaluate products<br><br>• Available data is often incorrect<br><br>• Not enough product analysts to measure impact | • Too many meetings<br><br>• Too much reporting<br><br>• Yield loss from duplicative reporting processes and meetings (e.g., multiple templates)<br><br>• Reporting not helpful for intended audience<br><br>• No real sense of project statuses despite reporting volume | • Teams build for individual clients<br><br>• Teams want to build features that benefit entire markets | • No shared base of knowledge<br><br>• Too many generalists<br><br>• Delivery teams don't understand the customer needs<br><br>• Tech & product leadership don't have strong familiarity with business needs<br><br>• Product, tech, and many business members don't interact with clients<br><br>• Results in discrepancies between the features that clients request and products we deliver |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627507

14

**STRATEGIC IMPACT**

## For Discussion

How do we measure impact?

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627508

15

PRIORITIZATION

# Prioritization Deep Dive

### Overall Pain Points Prevalence
% of All Respondents that Mentioned Pain Point

52%



33%



33%



33%



24%



Marker Legend

Tech Exec    Non-Tech Exec

14%



| **Executive decision making (e.g., saying no)** | **Lack of project prioritization** | **Communication of decisions to org** | **Executive alignment to decisions** | **Decision making standardization and clarity** | **Lack of discovery prioritization** |
|---|---|---|---|---|---|
| "Nobody is acting as an overall manager of priorities. Nobody says no"<br><br>"We need Mark to tell us the five things we are betting on"<br><br>"Need to debate priorities at the GET level – people take it away in silos where there are ulterior motives."<br><br>"The GET needs to have a brutally honest convo about prioritization and agree on the outcomes" | "Leadership puts in new priorities without acknowledging existing priorities."<br><br>"We need to do a better job of focusing and declaring what we need to stop doing or push back when new initiatives come along"<br><br>"There are too many things we are trying to do. Each team should tell us three things they are cutting" | "Our strat plan is not accurate after a couple of months, we need someone to communicate what current priorities are"<br><br>"We need transparency into what's actually being worked on" | "GET can't communicate the priorities because they all want them to be different"<br><br>"There's a disconnect among teams on what priorities are. Multiple teams are competing for the same resources"<br><br>"We need more collaboration rather than marketplace and enterprise leaders prioritizing their own initiatives in silos" | "I have no grasp on how they choose to prioritize products today. We need to know why these priorities were chosen"<br><br>"Everything should be decided based on ROI. I have no idea how things are prioritized today"<br><br>"We submit a list of requests. From there, I'm not sure why certain items are chosen over another" | "We can't do discovery without investing in engineers that are working on other things"<br><br>"We need more capacity for discovery and research. We either need to prioritize or add more resources"<br><br>"Discovery ideas are not vetted at all. Discovery takes a lot of time and we need a more standardized way to qualify these inquiries" |

*t*

LNE-LIT24-001627509

16

**PRIORITIZATION**

# Prioritization Deep Dive

| Executive decision making (e.g., saying no) | Lack of project prioritization | Communication of decisions to org | Executive alignment to decisions | Decision making standardization and clarity | Lack of discovery prioritization |
|---|---|---|---|---|---|
| • Indecision<br><br>• "No" is rarely an acceptable answer<br><br>• Need to grow comfortable saying "if it's not a priority, it's not being worked on"<br><br>• Can't have 2 people with competing agendas own prioritization<br><br>• Many leaders outside of the GET are looking to executives to make decisions on what the company needs to prioritize | • We promise too many things<br><br>• Lists are too long<br><br>• Lists aren't stack-ranked<br><br>• New work is continuously added due to changing priorities, new executive decisions, or client requests<br><br>• No acknowledgement of existing roadmap<br><br>• Tradeoffs aren't being discussed or made<br><br>• Injections are happening without executive alignment | • Need transparency of what's being worked on<br><br>• Lacking a clear and concise communication channel to let employees know of changing priorities<br><br>• Desire for a clear unified, focused roadmap (e.g., "5 things") | • Even when there's clarity, executives may not align<br><br>• Different visions for the future<br><br>• Executives use their own teams to prioritize their own objectives rather than working together as an org | • No filter<br><br>• Its unclear why and how certain decisions are being made<br><br>• Strat plan often feels like a "black hole," results in the feeling of wasted time<br><br>• Decisions often aren't apples-to-apples (e.g., Music vs. Client ask)<br><br>• Decisions feel arbitrary<br><br>• Project impact becomes ambiguous<br><br>• Desire to base decisions on ROI | • Too much discovery<br><br>• We spend more time exploring than doing<br><br>• No structure or prioritization to how we approach discovery<br><br>• No coordination across discovery<br><br>• Often redundant<br><br>• Done at the micrometer vs. meter level |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627510

**PRIORITIZATION**

## For Discussion

What is our process and forum for prioritization?

CONFIDENTIAL - DO NOT DISTRIBUTE *t*

HIGHLY CONFIDENTIAL

LNE-LIT24-001627511

18

**PLANNING**

# Planning Deep Dive

### Overall Pain Points Prevalence
% of All Respondents that Mentioned Pain Point



Marker Legend

Tech Exec    Non-Tech Exec



40%

**Business scoping requirements**



37%

**Product and tech capacity planning accuracy**



10%

**Inconsistent approach across LOBs**

7%

**Long-term planning**

"Product and Business haven't been able to provide Tech with sufficient requirements. They come up with sexy presentations but don't provide enough details to actually kick a project off. And then we deal a lot of with scope creep or iterations because we don't have a vision from the start."

"There are very few people that can relate to business, product, and tech. It's hard for Business to communicate what they need to Product, and for Product to communicate what they need to Tech"

"For delivery dates, I have to build in a 6-12 month buffer on all estimates, and that is assuming that the work will even ever get done"

"There's a maximum parallelization that you can apply to planning that we don't consider when estimating timelines. If you put nine women in a room, you can't make a baby in a month"

"We have a really hard time delivering what we plan in a year. We need to do a better job of knowing what we can actually deliver"

"Marketplace and Enterprise have their own way of running the planning process. We need someone to bridge the gap. "

"Its impossible to identify risks and dependencies across groups. Everyone runs a different planning process"

"We struggle with taking agile far too literally. We are often tied up in so many small projects and we don't even know what the key priorities are"

"You can't run an organization of this size and not do long term planning. People try to say 'we don't need to, we are agile'"

"Why do we need to spend so much time doing bottoms up strategic plans every year? The plans never last more than a quarter"

CONFIDENTIAL · DO NOT DISTRIBUT

19

**PLANNING**

# Planning Deep Dive

| Business scoping requirements | Product and tech capacity planning accuracy | Inconsistent approach across LOBs | Long-term planning |
|---|---|---|---|
| • Vague requirements<br>• We say yes without understanding the full set of requirements<br>• Conflicting requirements from multiple voices<br>• No clear understanding of non-functional requirements<br>• Results in scope creep / project ballooning | • Product and tech have been unable to correctly estimate delivery timelines and available capacity<br>• Don't do lookbacks to assess accuracy which leads to continued inaccuracy<br>• Pressure to provide an estimate that "sounds good" to secure funding<br>• Mythical man month | • A lack of a standardized process had led to leaders choosing their own planning style<br>• Hard to determine overlap and dependencies across multiple planning styles<br>• No roadmap alignment<br>• Sometimes results in duplication of work | • Only good at planning for the next 6-12 weeks<br>• Lack of long-term planning results in unforeseen capacity issues and suboptimal builds |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627513

20

**PLANNING**

## For Discussion

What is required to define a project and have it approved?

CONFIDENTIAL · DO NOT DISTRIBUTE t

HIGHLY CONFIDENTIAL

LNE-LIT24-001627514

21

ORGANIZATION

# Organization Deep Dive

## Overall Pain Points Prevalence
% of All Respondents that Mentioned Pain Point



*Marker Legend*

Tech Exec    Non-Tech Exec



47%

### Cross-LOB dependencies



43%

### Project ownership



40%

### Siloed teams across groups



30%

### PMO efficiency

13%

### Team commitment

3%

### Managing across multiple regions

"We have reliance on both Enterprise and Marketplace. Within the same initiatives they have no alignment on delivering the outcomes in concert"

"Even if I know that I will have a dependency on another group, there is no way to get that identified or prioritized"

"Teams are not empowered to deliver value from an end-to-end standpoint"

"If I want anything done, I need to be the one chasing product. It's not my job, but I have to play that role to move things forward"

"The GET has no accountability but the people below them bear all of it"

"These huge bodies of work require teams to deliver and accomplish goals together. Without an owner, you get delivery – not outcomes"

"Teams don't communicate with each other. Product and tech are often working off different priority lists"

"We do things in silos. My team will often complete a project just to hear of another team doing the same exact thing."

"We create initiatives and goals in silos. We don't see where the synergies are or how we can assess success as a broader org"

"We get very detailed checklists of PMO but honestly, I am not even sure if I can trust the data. I'd like to see the team play a more collaborative role rather than just trying to report from the outside"

"There is a lot of opportunity to organize PMO across teams to manage large projects"

"Teams aren't incentivized to help. An issue that could be solved in 45 minutes needed to be escalated to Troy before I got any help"

"Teams aren't empowered to critically evaluate solutions, they're just responsible for building things to order"

"There is a lot of throwing things over the fence. People are quick to direct someone to a different team rather than trying to figure out a solution"

"I get huge amount of feedback on global time zone coverage and hours working. It's hard to collaborate with others when we only have two hours of overlap"

"People have meetings at all hours of the day due to the global model. It's a big issue for morale"

CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-001627515

22

ORGANIZATION

# Organization Deep Dive

| Cross-LOB dependencies | Project ownership | Siloed teams across groups | PMO efficiency | Team commitment | Managing across multiple regions |
|---|---|---|---|---|---|
| • Very matrixed<br>• Products that span orgs (namely Marketplace and Enterprise) are much more challenging due to the coordination of multiple teams<br>• Misalignment on execution timelines between teams<br>• Results in inefficient workarounds<br>• Several teams end up working on the same thing<br>• Teams are responsible for delivery but are unable to control resources | • Teams are organized around products rather than projects<br>• No single project owner<br>• Projects that span multiple products often feel ownerless as there is no central figure driving outcomes<br>• Lacking full-stack thinking within projects<br>• Accountability varies by team<br>• Tech teams have to work across multiple product owners | • Very decentralized<br>• LOBs are monoliths with different missions<br>• Teams are often misaligned<br>• Things get misheard as they go from business to product to tech<br>• Inefficient collaboration<br>• Leads to duplicative work and missed opportunities<br>• Lacking shared accountability between Tech and Product – sometimes feels like they're working against each other<br>• Many projects don't have a "4-in-the-box" | • Lots of busy work<br>• More focused on reporting than delivery<br>• Lacking confidence in reporting (e.g., RAG status)<br>• Aren't technical enough to understand project needs and remove roadblocks<br>• Missing user empathy<br>• Missing communication across PMO's | • Teams not empowered to own their areas, rather they are seen as feature factories<br>• Not seeing the big picture of how their work impacts broader org<br>• People toss things over to other teams<br>• Tech only accountable when something breaks<br>• Progress is made based on personal relationships | • Global coverage leads to longer hours and reduced morale<br>• Expect people to be accessible day & night to get things done |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

23

ORGANIZATION

## For Discussion

Do we feel accountable to each other's goals? To the entire org?

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627517

24

AUGUST TECH EXEC

# Alternative Team Structures

**Traditional business structure**



Leadership

Teams

Teams are focused on **output**

**Mission-based organisation**



Mission based teams are focused on **outcomes**

- Ticketmaster's current org structure struggles to solve problems when priorities shift, teams get pulled on and off projects, and there is a reliance on resources across silos to complete projects

- Today's model requires talent to flex to different projects, quickly change focus, and adapt to different objectives

- Mission-based teams could help alleviate this problem by breaking down silos and allowing teams to focus on a specific problem that they feel responsible for

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627518

25

AUGUST TECH EXEC

# Pre-read materials

Keith Rabois: How to Operate Lecture

Case Study: Google's Team Structure

Case Study: The Spotify Model

Mission-Based Teams: Reconstructing Business as an Evolving Network of Teams and Outcomes

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-001627519

26

**AUGUST TECH EXEC**

## For Discussion

If we are leaning towards a mission-based team operating model, what is the definition of a mission and what does that imply for the org structure?

CONFIDENTIAL · DO NOT DISTRIBUTE *t*

HIGHLY CONFIDENTIAL

LNE-LIT24-001627520

2023

# Stakeholder Pain Points & Needs Assessment

Summer 2023

CONFIDENTIAL · DO NOT DISTRIBUTE

**ticketmaster**

HIGHLY CONFIDENTIAL

2

**BLUE**PRINT

# 5-Year Strategic Plan

| Theme | Artist & Client Services | Fan Experience | Flywheel Growth | Global Scale | Organizational Alignment |
|---|---|---|---|---|---|
| Mission | Provide industry-leading products and services to be the preferred partner among artists and clients. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue streams. | Support tours globally with competitive and scalable solutions. | Bring cohesion across our diverse organization. |
| Objectives | Empower artists and clients with flexible tools to better serve their needs.<br><br>Sign and renew tickets.<br><br>Increase the reach and sell-through of inventory.<br><br>Super-serve priority clients with high-touch support. | Rebuild trust.<br><br>Make the onsale experience as easy as possible.<br><br>Get tickets in the hands of fans, not bad actors.<br><br>Address fan frustrations through high-quality support.<br><br>Create seamless experiences for fans' most critical ticket / account management and entry needs.<br><br>Build strong fan relationships to drive fan acquisition and retention. | Increase resale listings.<br><br>Build ticket ingestion capabilities.<br><br>Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience.<br><br>Expand, monetize, and extend the lifecycle of high-value SaaS solutions for artists and clients.<br><br>Empower artists & clients with demand-driven market-based pricing tools.<br><br>Strategically test and scale new business models. | Be the preferred global solution for global touring artists and clients.<br><br>Increase product competitiveness across markets.<br><br>Get innovation to market faster.<br><br>Improve delivery with standardized tools and processes.<br><br>Reduce complexities and costs to serve our business. | Attract, retain, and support a diverse, high-performing team.<br><br>Create a communal commitment to our global company mission.<br><br>Increase employee connectivity by breaking organizational silos across businesses and geographies.<br><br>Make Ticketmaster the best place to work in live entertainment.<br><br>Organize our disparate databases for our most critical use cases. |

HIGHLY CONFIDENTIAL

LNE-LIT24-001627522

3

**BLUEPRINT**

# We identified pain points & needs across our key stakeholders



**FANS**



**ARTISTS & CLIENTS**



**VENUES**



**TICKETMASTER**

- Site Tracking (e.g., Usabilla, Google Analytics)
- Product-Design Tracking
- Contact Dispositions
- Major Incidents
- Social Listening
- Focus Groups

- Live Nation
- Artist Team Interviews
  - Live Nation UK (2)
  - Artist Nation (3)
  - Silva Artist Management (3)
  - Red Light Management (1)
  - Q Prime (1)
  - OCESA Seitrack (2)
  - Wasserman (1)

- Live Nation
- RVPs
- Client Satisfaction Survey
- Client Interviews

- Executives
- Employee Engagement Survey
- Financial Reports

CONFIDENTIAL · DO NOT DISTRIBUTE   *t*

LNE-LIT24-001627523

4

**BLUE**PRINT

# FANS | Pain Points & Needs

| Pain Point & Needs | Objective | Metric(s) |
|---|---|---|
| 1   Confusing and error-filled onsales are frustrating fans and degrading our brand<br><br>*Onsite NPS levels are at all-time lows; 50% of negative customer feedback onsite is ease of use related and onsale issues are the most prominent* | Make the onsale experience as easy as possible.<br><br>Rebuild trust. | • Error rate (% of fans experiencing <u>any</u> onsale error)*<br><small>(false positive blocks*, queue kick-outs, collisions, buyer payment failure, 4XX or 5XX errors)</small><br>• EDP Task Success Rate<br>• Site and brand NPS<br>• Negative social sentiment rate* |
| 2   Bots are acquiring tickets illegally at the expense of fans<br><br>*High profile issue with Regulators and on Social; 2022 to 2023 saw 220%+ Abuse-related comments in onsite fan feedback* | Get tickets in the hands of fans, not bad actors. | • Resale listing rate*<br>• False positive block rates* |
| 3   Customer service responsiveness and quality isn't meeting fan needs<br><br>*CSAT levels post-COVID are at all-time lows; 15% of negative customer feedback onsite is customer service related* | Address fan frustrations through *high-quality* support. | • Suppression rate (% phone contacts unanswered)<br>• Time to respond<br>• Resolution rate by disposition<br>• First contact resolution rate<br>• CSAT |
| 4   Ticket management tools are difficult to use & unreliable<br><br>*Most common drivers of contacts to fan support are 1) Resale, 2) Refunds, and 3) Delivery/Transfer* | Create seamless experiences for fans' most critical ticket / account management and entry needs. | • Contact to order ratios for Resale and Delivery/Transfer |

HIGHLY CONFIDENTIAL

LNE-LIT24-001627524

5

**ANNUAL PLANNING**

# FANS | Illustrative Roadmap (1/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Confusing and error-filled onsales are frustrating fans and degrading our brand | • Fix Onsale Issues | • Code errors<br>• Queue kickouts<br>• Collisions<br>• False positive abuse blocks<br>• Payment failure | |
| | | • Onsale Management | • Onsale Management Tool (OMT)<br>• Onsale Reporting Dashboard | |
| | | • Information Transparency | • All-In Pricing where required by client/regulation<br>• Upleveled Social, Content, B2C Product Marketing<br>• Global expansion of ISM<br>• Global expansion of View From Seat<br>• Fan Registration re-brand<br>• Improved onsale/presale guides<br>• Transparency in queue | |
| | | • EDP Modernization | • ... | |
| | | • Global Ticketmaster Request Rollout | • ... | |
| 2 | Bots are acquiring tickets illegally at the expense of fans | • Account Fidelity | • Enforce phone uniqueness<br>• Email verification<br>• Shift to account-based passcode credentials<br>• Real-time account scoring<br>• Single cross border identity | |
| | | • Abuse Upleveling | • More precise blocking rules and tooling<br>• Improved appeals process<br>• Demystification of abuse approach with fans & regulators | |

HIGHLY CONFIDENTIAL

6

**ANNUAL PLANNING**

# FANS | Illustrative Roadmap (2/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 3 | Customer service responsiveness and quality is not meeting fan needs | • Digital Transformation | • Improve onsite visibility & access touchpoints<br>• Improve live chat, chatbot, self-service / help center solutions<br>• Omnichannel experience across phone, email, chat, social | |
| | | • Agent Quality | • Improve availability<br>• Improve agent interactions<br>• Staff training | |
| 4 | Ticket management tools are difficult to use & unreliable | • Improve Transfer Capabilities | • SMS & In App Transfer, Global Transfer Service rollout<br>• Improve UX/Comms<br>• Ability to Select From Contacts / Recent Contact List' Mew Assign / Tap to Assign feature | |
| | | • Reduce Ticket Delivery & Fan Seller Confusion | • Better guidance for client delivery delays & 3rd party tickets<br>• Improve messaging on fan seller payout requirements in posting flow & via e-mail<br>• Improve cross border payout capabilities | |
| | | • Resale 'Always On' | • Scale Sell Instantly, Direct Sell, FV Exchanges | |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

7

**BLUEPRINT**

# ARTISTS & CLIENTS | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric(s) |
|---|---|---|---|
| 1 | Demand data earlier in the onsale planning process | Empower artists and clients with flexible tools to better serve their needs. | • Number of new shows / tickets added from demand data*<br>• *Additional metrics to be added* |
| 2 | More options over what happens to tickets once they're sold | Empower artists and clients with flexible tools to better serve their needs. | • Artist management / promoter satisfaction rate*<br>• Resale listing rate* |
| 3 | More tools to maximize sell-through | Increase the reach and sell-through of inventory. | • Sell-through rate |
| 4 | More effective tools to capture the full value of tickets | Empower artists & clients with demand-driven market-based pricing tools. | • Market-pricing tool adoption rate |
| 5 | Deeper insights about fans | Empower artists and clients with flexible tools to better serve their needs. | • TM1 MAUs<br>• TM1 for Artists MAUs*<br>• Product adoption (% of MAUS leveraging products - e.g., Reports, etc.)*<br>• *Additional metrics to be added* |
| 6 | <u>Festivals:</u> More tools to merchandise complex purchases | Empower artists and clients with flexible tools to better serve their needs. | • … |
| 7 | <u>Attractions:</u> More flexible DIY products | Empower artists and clients with flexible tools to better serve their needs. | • … |

CONFIDENTIAL · DO NOT DISTRIBUTE  *t*

HIGHLY CONFIDENTIAL

LNE-LIT24-001627527

8

# ARTISTS & CLIENTS | *Illustrative Roadmap (1/2)*

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Demand data earlier onsale planning | • Global Registration & Remind Me | • ... | • ... |
| | | • TM1 for Artists | • ... | • ... |
| 2 | More options over happens to tickets they're sold | • Face Value Exchange | • ... | • ... |
| | | • Restrict Transfer by Section/Ticket Type | • ... | • ... |
| | | • TM1 Resale Reporting | • ... | • ... |
| | | • TM1 Resale Predictive Analysis | • ... | • ... |
| 3 | More tools to through | • Promoted Primary | • ... | • ... |
| | | • Optimal Inventory Display | • ... | • ... |
| | | • Marketing Tools | • ... | • ... |

HIGHLY CONFIDENTIAL

LNE-LIT24-001627528

9

ANNUAL PLANNING

# ARTISTS & CLIENTS | *Illustrative Roadmap (2/2)*

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 4 | More effective tools capture the full of tickets | • Global TM1 Whole-House Pricing | • ... | • ... |
| | | • Upsell Enhancements | • ... | • ... |
| 5 | Deeper insights about their fans | • TM1 Predictive Insights | • ... | • ... |
| | | • TM1 for Artists | • ... | • ... |
| 6 | Festivals: More merchandise complex purchases | • ... | • ... | • ... |
| 7 | Attractions: More DIY products | • ... | • ... | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE  *t*

HIGHLY CONFIDENTIAL

10

**BLUE**PRINT

# VENUES | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric |
|---|---|---|---|
| 1 | Major new signings require new products<br><br>*"Major" defined as clients bringing in 1M+ annual tickets* | Sign and renew tickets. | • Deliver on new major client requirements:<br>  • Brazil OVG<br>  • LA Clippers<br>  • MLB Resale<br>  • 2026 FIFA World Cup<br>  • 2028 LA Olympics |
| 2 | Reduce ingress backup and fraud | Create seamless experiences for the most critical ticket / account management and and entry needs. | • Global TM1 Entry scan rates<br>• Global Safetix scan rates |
| 3 | More proactive and responsive support team | Super-serve *priority* clients with high-touch support. | • Client Support satisfaction rate |
| 4 | More flexible and self-service tools | Empower artists and clients flexible tools to better serve their needs. | • TM1 MAUs<br>• Product adoption (% of MAUS leveraging products -e.g., Reports, Events, etc.)<br>• *Additional metrics to be added* |
| 5 | Higher expectations for industry-leading innovation | Lead industry in innovation. | • … |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

**HIGHLY CONFIDENTIAL**

11

ANNUAL PLANNING

# VENUES | Illustrative Roadmap

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Major new signings require new products | • Upgrades & Exchanges | • ... | • ... |
| | | • SDKs | • ... | • ... |
| | | • Shopping Cart | • ... | • ... |
| | | • Biometrics | • ... | • ... |
| 2 | Reduce ingress fraud | • Global TM1 Entry Rollout | • ... | • ... |
| | | • Global Safetix Rollout | • ... | • ... |
| 3 | More proactive and responsive support | • Streamlining Service | • ... | • ... |
| 4 | More flexible and service tools | • TM1 for Clubs | • ... | • ... |
| | | • Universe | • ... | • ... |
| 5 | Higher expectations industry-leading | • ... | • ... | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE  *t*

HIGHLY CONFIDENTIAL

LNE-LIT24-001627531

12

**BLUE**PRINT

# TICKETMASTER | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric |
|---|---|---|---|
| 1 | Our global platform portfolio is complex | Reduce complexities and costs to serve our business.<br><br>Increase product competitiveness across markets. | • Fixed cost levels (OpEx & CapEX)<br>• Operating margins<br>• % of time spent on non-RTB work<br>• # of markets with TM best-in-class products |
| 2 | Primary fee margins are eroding | Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience. | • Upsells & Insurance CM per ticket and take-rates<br>• Travel and Experiences CM and take-rates |
| 3 | Open ticketing puts our core business model | Build ticket ingestion and distribution capabilities. | • Third party primary listings |
| 4 | We are siloed across businesses and geographies | Bring cohesion across our diverse organization. | • Employee engagement score |
| 5 | Our data is underleveraged | Organize our disparate databases for our most critical use cases. | • … |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL

LNE-LIT24-001627532

13

**ANNUAL PLANNING**

# TICKETMASTER | Illustrative Roadmap (1/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| Pain Point | Initiatives | Details | Status |
|---|---|---|---|
| 1 Our global platform is complex | • Core Systems Definition | • ... | • ... |
| | • Consolidation | • Discovery<br>• EDP<br>• Post-Purchase<br>• TM1 Reports<br>• TM1 Orders Domain<br>• TM1 Experience Unification | • ... |
| | • Global Rollout | • SmartQueue<br>• RAS/ISM<br>• CO 2.0<br>• OMT<br>• Modern Accounts<br>• Mobile App<br>• SDK<br>• Resale Marketplace<br>• Safetix<br>• TM1 Orders API<br>• TM1 Point of Sales<br>• TM1 Events<br>• LiveA<br>• Global Settlement Solutions | • ... |
| | • Global Festivals Strategy | • ... | • ... |
| | • Global Expansion Discovery | • ... | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE *t*

HIGHLY CONFIDENTIAL

14

**ANNUAL PLANNING**

# TICKETMASTER | Illustrative Roadmap (2/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 2 | Primary fee margins eroding | • Upsells Enhancements | • ... | • ... |
| | | • Travel and Experiences | • ... | • ... |
| 3 | Open ticketing puts core business model | • TM Connect | • ... | • ... |
| 4 | We are siloed across businesses and geographies | • Global Org Strategy | • ... | • ... |
| 5 | Our data is | • ... | • ... | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE  *t*

**HIGHLY CONFIDENTIAL**

LNE-LIT24-001627534

BLUEPRINT

## Appendix

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL

FAN EXPERIENCE ERRORS

# Fan Pain Points (1/2)

Greater Vol. / Neg. Impact  Lesser Vol. / Neg. Impact

|  | Fan Feedback | | Frequency | Cost | | Brand |
|---|---|---|---|---|---|---|
|  | CSAT Impact (Contact Center) | Negative Feedback Volume (Usabilla) H123 | Negative Error Volume (GA) H123 | Negative Disposition Volume (Contact Center) H123 | Sales Impact | External Noise/Impact (Social) |
| Queue Page Failure | 20%* | 3.2K | 3.8M | 2.3K | Yes | Consistent |
| Join Queue Error | 20%* | 2.4K | 2.9M | 1.8K | Yes | Consistent |
| Code Errors | 24% | 1.5K |  | 10.2K | Yes | Sometimes |
| Tix Not Delivered Into Account | 55% | 7.5K |  | 83.2K | No | Sometimes |
| False Positive Bot Blocks | 20% | 1.4K | 0.4M | 0.2K | Yes | Sometimes |
| Collisions | 20%* | 0.3K | 0.4M | 0.3K | Yes | Sometimes |
| Buyer Payment Failure | 20%* | 1.0K | 1.8M | 1.1K | Yes | Sometimes |
| Password Reset Problems | 44% | 2.0K | 18.1M | 3.3K | Sometimes | Inconsistent |
| Transfer Acceptance Issues | 43% | 1.6K | 1.2M | 5.8K | No | Inconsistent |
| Fan Seller Payout Issues | 37% | 0.5K |  | 47.K | No | Inconsistent |

*"Onsale issues / error code received" CSAT at 20%

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

17

**FAN EXPERIENCE ERRORS**

# Fan Pain Points (2/2)

Negative Fan Feedback Pain Points (Usabilla), U.S., 1/1/23-5/1/23

| | FAN PAIN POINT | % VOL | Δ SINCE '22 | TYPE |
|---|---|---|---|---|
| 101K | | | | |
| 16K | **Ease of Purchasing**<br>*Ease of Purchasing Tickets, App Usability, Website Usability, UX/UI Feedback, Complex Process* | 16% | +29% | Usability |
| | **Fees** | 16% | +147% | Prices, Fees, Brand |
| | **Brand**<br>*Ticketmaster Satisfaction, Loyalty, Event Sale, Policy Feedback* | 9% | -2% | Prices, Fees, Brand |
| 16K | **Ticket Mgmt./Delivery**<br>*Ticket Accessibility, Ticket Delivery* | 7% | +4% | Usability |
| | **Customer Service**<br>*Customer Support Feedback, Resolution Time. Response Feedback* | 7% | -1% | Other (Customer Service) |
| 9K | **Selling Tickets**<br>*Seller Issues, Resale Pricing* | 6% | +117% | Usability |
| 7K | **Refunds**<br>*Refund Not Received, Refund Requested* | 5% | -4% | Usability |
| 7K | **Live Support Request** | 5% | +18% | Other (Customer Service) |
| 6K | **Payments**<br>*Incorrectly Charged, Update Payment Details* | 5% | +20% | Usability |
| 5K<br>5K | **HD Onsale: Codes/VF/Queue/Waitlist**<br>*Code Not Received, Code Verified Fan Inquiries Not Working, Ticket Queue* | 4% | +156% | Usability |
| 5K | **Abuse** | 3% | +224% | Usability |
| 4K | **Price Level** | 3% | +174% | Prices, Fees, Brand |
| 3K<br>3K | **Technical Error** | 3% | +40% | Usability |
| 3K | **Accounts** | 2% | -11% | Usability |
| 2K | 2K | **Transfer** | 1% | +22% | Usability |
| | **Other** | 8% | - | |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

**BLUE**PRINT

## *Client pain points (1/2)*

### Innovation

Transfer process is easier on AXS app; need to make the TM app as simple as possible and that TM is at the forefront of technology, growth, and improvements

We see and experience the silos that exist in TM - we'd love to hear more about what we can do with the additional teams inside TM - resale team, performance marketing, etc.  We need to continue to innovate or someone else will.

It takes too long from question to answer, too many contacts.  Too messy and a bit impersonal.  As an authority, I choose Nordic Tickster for fast help!

I am literally BEGGING for proactive bot measures for smaller venues. OTL sweeps do nothing, and I am tired of manually combing through data. Also please allow offers to be triggered by other offers selling out (like an Early Bird pass) as opposed to having to manually move the inventory and potentially cause a lag or delay

### Client Empowerment

Overall, all of the Ticketmaster employees that we work with are excellent. My only feedback would be that we wish requests would be fulfilled quicker. We know they have a lot that they undertake, and they do their best to get to it, but sometimes it would be more preferred if we could make more changes on our end, due to the timeframe it takes to wait on a Ticketmaster employee to do it.

Please create a hotline for clients to call in. Navigating through TM1 Community Support is stressful and not efficient.

Maybe not always on forefront of newest technology.  Ticketing team has challenges with post-build event changes, they want to make changes themselves, but need to request changes from TM staff.  They want to be more self-sufficient -

CONFIDENTIAL · DO NOT DISTRIBUTE  *t*

LNE-LIT24-001627538

**BLUE**PRINT

# Client pain points (2/2)

## Technology

Hidden wifi and scanning with Pac has been a blessing this year with Pac.  Campus IT rallied around new tech with Pac. Been nice operationally building events in one place with Pac.  Having a single website for fans is good too. Subscriptions has been better with Pac. Pac was able to record money on ST / donations to right places - far less maintenance.  Foundation no longer has to do secondary key strokes.  All the money goes where it's supposed to go.  And reporting works for all. Support has been really good and proactive.  weekly meetings, bi-weekly meetings w marketing specialist; prepping for bowls,

## Relationship

Our support team is extremely knowledgeable and I trust their judgement and expertise. My biggest frustration is that it feels like when we ask questions we're initially met with a "no" or "you shouldn't do that." And we have to push through that to get to productive conversations focused on solutions. Would prefer to skip to the productive step.

We are fortunate that Ticketmaster's people are a seamless extension of our team. The thought partnership our client representative and entire TM team provides elevates our work and our success is because Ticketmaster's team constantly finds solutions.

Felt like technology was recycled.  Scanning issues with TM.  Was very wire-driven with TM. Felt like they weren't as important as other clients because TM wasn't investing in SJSU because they don't sell many tickets.  Some of it was communications. iPad example of credit card not being adaptable and no one told them there'd been a change.  Recent past, IT and support had changed - not for the better.  Scanners were old and recycled. Felt like the relationship was taken for granted.

CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-001627539

20

**BLUE**PRINT

# RVP Requests (1/3)

| Market / RVP | GPR | Request | Pain Points / Opportunities |
|---|---|---|---|
| **UK / IE**<br>(~$1,800M GTV)<br>Andrew Parsons | 2596, 3172, 3173 | **Off-Platform Digital Ticket Fulfillment:** ingests 3rd party agent sales via API and fulfils them with Safetix | • Client requests from: Coop Live, AMG<br>• Est. $1.0M incremental resale revenue<br>• Improve day-of-show issue resolution<br>• Increase venue app adoption |
| | 2663 | **Payment Plan on TM/Universe:** pay outstanding balance within My Account or automated take | • $1M saving in Klarna fees<br>• $0.6M Ops and FX labor savings<br>• $0.5M CM in potential festival client inventory |
| | 4937-9 | **Improved Resale Functionality:** Resale automation, listing restrictions/management, price type descriptions on EDP | • Est. $0.7M incremental last-minute ticketing revenue<br>• $0.4K labor costs saved<br>• Reduce high-value deactivations |
| **APAC**<br>(~$700M GTV)<br>Jim Kotsonis | 2608 | **Shopping Cart:** purchase more than 1 event in same web transaction | • Client requests from: Auckland Unlimited, Venues Wellington ($1.5M AOI / 1M tickets at risk)<br>• Competitor parity |
| | 2259 | **ISM For Member Entitlements (BART):** integrate ISM onto EDP for club and venue members | • Client requests from: AFL, AFL Clubs, MarvelStadium, Optus Stadium<br>• Est. $0.4M CM from improved purchase experience & inventory display |
| | TBD | **TM1 POS With Market-Specific Enhancements** i.e., BART at Box offices | • Impacts all clients; client request from: Athenaeum<br>• Replace legacy PCI POS resulting in potential client attrition |
| **NW Europe**<br>(~$700M GTV)<br>Jakob Lund | 2379, 2762 | **TM1 Events:** Entitlement improvements and creation/management of a complex run of events | • Increase self-service and adoption of TM1 events |
| | 3908 | **My Account:** Customize transfer/sell restrictions by ticket price & type | • Improve resale sales and fan satisfaction |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Impacts festivals clients |

LNE-LIT24-001627540

**BLUEPRINT**

# RVP Requests (2/3)

| Market / RVP | GPR | Product | Pain Points / Opportunities |
|---|---|---|---|
| LATAM (~650M GTV) Adam Newsam | TBD | *Mex:* **Checkout 2.0 & TM Payments:** Improved UX, transaction throughput, and stability | • Increase checkout acceptance rates and fan experience <br> • Reduce 3DS costs |
| | 4023 | *Mex:* **Archtics:** Implement Archtics Ticketing System / Sports | • Improve GTV from sports clients |
| | TBD | *Mex:* **Travel & Upsells:** Integrate travel & upsells on platform | • Improve GTV & AOI |
| | TBD | *RoLATAM:* **International Sales Solution:** single integrated solution for processing sales | • Increase GTV of approved int'l sales |
| | TBD | *RoLATAM:* **Inventory Management Tool:** integrated tool for clients to manage courtesy tickets & sales | • Enhance client satisfaction |
| | TBD | *RoLATAM:* **Client Reporting Tool Integration:** API to send data to 3rd party solutions | • Client request from: Live Nation |
| N Europe (~$500M GTV) Kristian Seljeset | 3033 | **SportXR:** Magic seat URLs | • Improve client retention and satisfaction |
| | 2379, 2762, 2357 | **Event Configuration & Inventory Management:** Self service tool for event creation and modification | • Reduce B2B costs <br> • Improve client retention and satisfaction |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Improve client retention and satisfaction <br> • Increase GTV & ticket sales |

HIGHLY CONFIDENTIAL

22

**BLUE**PRINT

# RVP Requests (3/3)

| Market / RVP | GPR | Request | Pain Points / Opportunities |
|---|---|---|---|
| **S Europe** (~$400M GTV) Francois Thominet | 3115 | *Spain:* **TM1 Events:** create and manage events | • Acquire clubs & festivals clients<br>• Increase self-service |
| | 2199 | *Spain:* **TM1 Reports & TM1 Marketing**: enhance functionalities i.e., Waiting List | • Increase conversion |
| | TBD | *Italy:* **SEO Optimization:** venue & city pages for Ticketmaster.it | • Optimize SEO; save on marketing costs |
| | TBD | *Italy:* **CRM Integration:** integration local ticketing & TM global CRM | |
| | TBD | *France:* **Fan Wallet App:** secured digital ticketing including white label | • Improve the fan experience |
| | TBD | *France:* **Trium Web**: What label eCommerce platform | |
| **C Europe** (~$250M GTV) Klaus Zemke | 4670 | **View From Seat:** bring view from seat functionality to MFX | • Client requests from/commitments made to: O2 Arena, O2 Universum, Forum Karlin |
| | 4720 | **Price/Type Rules on ISM** | • Improve client satisfaction and fan experience (clients have left/we have breached contracts because of disabling ISMs if an event requires rules) |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Client requests from: IIHF Ice Hockey World Championship 2025+2026, all festivals clients |

HIGHLY CONFIDENTIAL

2023

# Stakeholder Pain Points & Needs Assessment

Summer 2023

CONFIDENTIAL - DO NOT DISTRIBUTE

*ticketmaster*

2

BLUEPRINT

# 5-Year Strategic Plan

| Theme | Artist & Client Services | Fan Experience | Flywheel Growth | Global Scale | Organizational Alignment |
|---|---|---|---|---|---|
| Mission | Provide industry-leading products and services to be the preferred partner among artists and clients. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue streams. | Support tours globally with competitive and scalable solutions. | Bring cohesion across our diverse organization. |
| Objectives | Empower artists and clients with flexible tools to better serve their needs.<br><br>Sign and renew tickets.<br><br>Increase the reach and sell-through of inventory.<br><br>Super-serve *priority* clients with high-touch support. | Rebuild trust.<br><br>Make the onsale experience as easy as possible.<br><br>Get tickets in the hands of fans, not bad actors.<br><br>Address fan frustrations through *high-quality* support.<br><br>Create seamless experiences for fans' most critical ticket / account management and entry needs.<br><br>Build strong fan relationships to drive fan acquisition and retention. | Increase resale listings.<br><br>Build ticket ingestion capabilities.<br><br>Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience.<br><br>Expand, monetize, and extend the lifecycle of high-value SaaS solutions for artists and clients.<br><br>Empower artists & clients with demand-driven market-based pricing tools.<br><br>Strategically test and scale new business models. | Be the preferred *global* solution for *global* touring artists and clients.<br><br>Increase product competitiveness across markets.<br><br>Get innovation to market faster.<br><br>Improve delivery with standardized tools and processes.<br><br>Reduce complexities and costs to serve our business. | Attract, retain, and support a diverse, high-performing team.<br><br>Create a communal commitment to our global company mission.<br><br>Increase employee connectivity by breaking organizational silos across businesses and geographies.<br><br>Make Ticketmaster the best place to work in live entertainment.<br><br>Organize our disparate databases for our most critical use cases. |

CONFIDENTIAL - DO NOT DISTRIBUTE    *t*

BLUEPRINT

## We identified pain points & needs across our key stakeholders









FANS

ARTISTS & CLIENTS

VENUES

TICKETMASTER

- Site Tracking (e.g., Usabilla, Google Analytics)
- Product-Design Tracking
- Contact Dispositions
- Major Incidents
- Social Listening
- Focus Groups

- Live Nation
- Artist Team Interviews
  - Live Nation UK (2)
  - Artist Nation (3)
  - Silva Artist Management (3)
  - Red Light Management (1)
  - Q Prime (1)
  - OCESA Seitrack (2)
  - Wasserman (1)

- Live Nation
- RVPs
- Client Satisfaction Survey
- Client Interviews

- Executives
- Employee Engagement Survey
- Financial Reports

CONFIDENTIAL - DO NOT DISTRIBUTE

4

BLUEPRINT

## FANS | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric(s) |
|---|---|---|---|
| 1 | Confusing and error-filled onsales are frustrating fans and degrading our brand<br><br>*Onsite NPS levels are at all-time lows; 50% of negative customer feedback onsite is ease of use related and onsale issues are the most prominent* | Make the onsale experience as easy as possible.<br><br>Rebuild trust. | • Error rate (% of fans experiencing any onsale error)*<br>(false positive blocks*, queue kick-outs, collisions, buyer payment failure, 4XX or 5XX errors)<br>• EDP Task Success Rate<br>• Site and brand NPS<br>• Negative social sentiment rate* |
| 2 | Bots are acquiring tickets illegally at the expense of fans<br><br>*High profile issue with Regulators and on Social; 2022 to 2023 saw 220%+ Abuse-related comments in onsite fan feedback* | Get tickets in the hands of fans, not bad actors. | • Resale listing rate*<br>• False positive block rates* |
| 3 | Customer service responsiveness and quality isn't meeting fan needs<br><br>*CSAT levels post-COVID are at all-time lows; 15% of negative customer feedback onsite is customer service related* | Address fan frustrations through *high-quality* support. | • Suppression rate (% phone contacts unanswered)<br>• Time to respond<br>• Resolution rate by disposition<br>• First contact resolution rate<br>• CSAT |
| 4 | Ticket management tools are difficult to use & unreliable<br><br>*Most common drivers of contacts to fan support are 1) Resale, 2) Refunds, and 3) Delivery/Transfer* | Create seamless experiences for fans' most critical ticket / account management and entry needs. | • Contact to order ratios for Resale and Delivery/Transfer |

CONFIDENTIAL - DO NOT DISTRIBUTE

ANNUAL PLANNING

# FANS | Illustrative Roadmap (1/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Confusing and error-filled onsales are frustrating fans and degrading our brand | • Fix Onsale Issues | • Code errors<br>• Queue kickouts<br>• Collisions<br>• False positive abuse blocks<br>• Payment failure | |
| | | • Onsale Management | • Onsale Management Tool (OMT)<br>• Onsale Reporting Dashboard | |
| | | • Information Transparency | • All-In Pricing where required by client/regulation<br>• Upleveled Social, Content, B2C Product Marketing<br>• Global expansion of ISM<br>• Global expansion of View From Seat<br>• Fan Registration re-brand<br>• Improved onsale/presale guides<br>• Transparency in queue | |
| | | • EDP Modernization | • ... | |
| | | • Global Ticketmaster Request Rollout | • ... | |
| 2 | Bots are acquiring tickets illegally at the expense of fans | • Account Fidelity | • Enforce phone uniqueness<br>• Email verification<br>• Shift to account-based passcode credentials<br>• Real-time account scoring<br>• Single cross border identity | |
| | | • Abuse Upleveling | • More precise blocking rules and tooling<br>• Improved appeals process<br>• Demystification of abuse approach with fans & regulators | |

6

## FANS | Illustrative Roadmap (2/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| Pain Point | Initiatives | Details | Status |
|---|---|---|---|
| 3 Customer service responsiveness and quality is not meeting fan needs | • Digital Transformation | • Improve onsite visibility & access touchpoints<br>• Improve live chat, chatbot, self-service / help center solutions<br>• Omnichannel experience across phone, email, chat, social | |
| | • Agent Quality | • Improve availability<br>• Improve agent interactions<br>• Staff training | |
| 4 Ticket management tools are difficult to use & unreliable | • Improve Transfer Capabilities | • SMS & In App Transfer, Global Transfer Service rollout<br>• Improve UX/Comms<br>• Ability to Select From Contacts / Recent Contact List' Mew Assign / Tap to Assign feature | |
| | • Reduce Ticket Delivery & Fan Seller Confusion | • Better guidance for client delivery delays & 3rd party tickets<br>• Improve messaging on fan seller payout requirements in posting flow & via e-mail<br>• Improve cross border payout capabilities | |
| | • Resale 'Always On' | • Scale Sell Instantly, Direct Sell, FV Exchanges | |

CONFIDENTIAL - DO NOT DISTRIBUTE

t

**BLUEPRINT**

## ARTISTS & CLIENTS | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric(s) |
|---|---|---|---|
| 1 | Demand data earlier in the onsale planning process | Empower artists and clients with flexible tools to better serve their needs. | • Number of new shows / tickets added from demand data*<br>• *Additional metrics to be added* |
| 2 | More options over what happens to tickets once they're sold | Empower artists and clients with flexible tools to better serve their needs. | • Artist management / promoter satisfaction rate*<br>• Resale listing rate* |
| 3 | More tools to maximize sell-through | Increase the reach and sell-through of inventory. | • Sell-through rate |
| 4 | More effective tools to capture the full value of tickets | Empower artists & clients with demand-driven market-based pricing tools. | • Market-pricing tool adoption rate |
| 5 | Deeper insights about fans | Empower artists and clients with flexible tools to better serve their needs. | • TM1 MAUs<br>• TM1 for Artists MAUs*<br>• Product adoption (% of MAUS leveraging products - e.g., Reports, etc.)*<br>• *Additional metrics to be added* |
| 6 | Festivals: More tools to merchandise complex purchases | Empower artists and clients with flexible tools to better serve their needs. | • ... |
| 7 | Attractions: More flexible DIY products | Empower artists and clients with flexible tools to better serve their needs. | • ... |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

8

ANNUAL PLANNING

## ARTISTS & CLIENTS | Illustrative Roadmap (1/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Demand data earlier in the onsale planning process | • Global Registration & Remind Me | • ... | • ... |
| | | • TM1 for Artists | • ... | • ... |
| 2 | More options over what happens to tickets once they're sold | • Face Value Exchange | • ... | • ... |
| | | • Restrict Transfer by Section/Ticket Type | • ... | • ... |
| | | • TM1 Resale Reporting | • ... | • ... |
| | | • TM1 Resale Predictive Analysis | • ... | • ... |
| 3 | More tools to maximize sell-through | • Promoted Primary | • ... | • ... |
| | | • Optimal Inventory Display | • ... | • ... |
| | | • Marketing Tools | • ... | • ... |

9

## ARTISTS & CLIENTS | Illustrative Roadmap (2/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 4 | More effective tools to capture the full value of tickets | • Global TM1 Whole-House Pricing | • ... | • ... |
| | | • Upsell Enhancements | • ... | • ... |
| 5 | Deeper insights about their fans | • TM1 Predictive Insights | • ... | • ... |
| | | • TM1 for Artists | • ... | • ... |
| 6 | Festivals: More tools to merchandise complex purchases | • ... | • ... | • ... |
| 7 | Attractions: More flexible DIY products | • ... | • ... | • ... |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

10

**BLUEPRINT**

## VENUES | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric |
|---|---|---|---|
| 1 | Major new signings require new products<br>*"Major" defined as clients bringing in 1M+ annual tickets* | Sign and renew tickets. | • Deliver on new major client requirements:<br>   • Brazil OVG<br>   • LA Clippers<br>   • MLB Resale<br>   • 2026 FIFA World Cup<br>   • 2028 LA Olympics |
| 2 | Reduce ingress backup and fraud | Create seamless experiences for the most critical ticket / account management and and entry needs. | • Global TM1 Entry scan rates<br>• Global Safetix scan rates |
| 3 | More proactive and responsive support team | Super-serve *priority* clients with high-touch support. | • Client Support satisfaction rate |
| 4 | More flexible and self-service tools | Empower artists and clients flexible tools to better serve their needs. | • TM1 MAUs<br>• Product adoption (% of MAUS leveraging products -e.g., Reports, Events, etc.)<br>• *Additional metrics to be added* |
| 5 | Higher expectations for industry-leading innovation | Lead industry in innovation. | • … |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

ANNUAL PLANNING

# **VENUES** | Illustrative Roadmap

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Major new signings require new products | • Upgrades & Exchanges | • ... | • ... |
| | | • SDKs | • ... | • ... |
| | | • Shopping Cart | • ... | • ... |
| | | • Biometrics | • ... | • ... |
| 2 | Reduce ingress backup and fraud | • Global TM1 Entry Rollout | • ... | • ... |
| | | • Global Safetix Rollout | • ... | • ... |
| 3 | More proactive and responsive support team | • Streamlining Service | • ... | • ... |
| 4 | More flexible and self-service tools | • TM1 for Clubs | • ... | • ... |
| | | • Universe | • ... | • ... |
| 5 | Higher expectations for industry-leading innovation | • ... | • ... | • ... |

CONFIDENTIAL - DO NOT DISTRIBUTE     *t*

12

**BLUE**PRINT

# TICKETMASTER | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric |
|---|---|---|---|
| 1 | Our global platform portfolio is complex | Reduce complexities and costs to serve our business.<br><br>Increase product competitiveness across markets. | • Fixed cost levels (OpEx & CapEX)<br>• Operating margins<br>• % of time spent on non-RTB work<br>• # of markets with TM best-in-class products |
| 2 | Primary fee margins are eroding | Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience. | • Upsells & Insurance CM per ticket and take-rates<br>• Travel and Experiences CM and take-rates |
| 3 | Open ticketing puts our core business model at-risk | Build ticket ingestion and distribution capabilities. | • Third party primary listings |
| 4 | We are siloed across businesses and geographies | Bring cohesion across our diverse organization. | • Employee engagement score |
| 5 | Our data is underleveraged | Organize our disparate databases for our most critical use cases. | • ... |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

13

**ANNUAL PLANNING**

# TICKETMASTER | Illustrative Roadmap (1/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Our global platform is complex | • Core Systems Definition | • ... | • ... |
| | | • Consolidation | • Discovery<br>• EDP<br>• Post-Purchase<br>• TM1 Reports<br>• TM1 Orders Domain<br>• TM1 Experience Unification | • ... |
| | | • Global Rollout | • SmartQueue<br>• RAS/ISM<br>• CO 2.0<br>• OMT<br>• Modern Accounts<br>• Mobile App<br>• SDK<br>• Resale Marketplace<br>• Safetix<br>• TM1 Orders API<br>• TM1 Point of Sales<br>• TM1 Events<br>• LiveA<br>• Global Settlement Solutions | • ... |
| | | • Global Festivals Strategy | • ... | • ... |
| | | • Global Expansion Discovery | • ... | • ... |

CONFIDENTIAL - DO NOT DISTRIBUTE

t

14

ANNUAL PLANNING

# TICKETMASTER | Illustrative Roadmap (2/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

|   | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 2 | Primary fee margins are eroding | • Upsells Enhancements | • ... | • ... |
|   |   | • Travel and Experiences | • ... | • ... |
| 3 | Open ticketing puts our core business model at-risk | • TM Connect | • ... | • ... |
| 4 | We are siloed across businesses and geographies | • Global Org Strategy | • ... | • ... |
| 5 | Our data is underleveraged | • ... | • ... | • ... |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

BLUEPRINT

## Appendix

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

16

FAN EXPERIENCE ERRORS

# Fan Pain Points (1/2)

Greater Vol. /
Neg. Impact



Lesser Vol.
/ Neg. Impact

| | Fan Feedback | | Frequency | Cost | | Brand |
|---|---|---|---|---|---|---|
| | CSAT Impact (Contact Center) | Negative Feedback Volume (Usabilla) H123 | Negative Error Volume (GA) H123 | Negative Disposition Volume (Contact Center) H123 | Sales Impact | External Noise/Impact (Social) |
| **Queue Page Failure** | 20%* | 3.2K | 3.8M | 2.3K | Yes | Consistent |
| **Join Queue Error** | 20%* | 2.4K | 2.9M | 1.8K | Yes | Consistent |
| **Code Errors** | 24% | 1.5K | | 10.2K | Yes | Sometimes |
| **Tix Not Delivered Into Account** | 55% | 7.5K | | 83.2K | No | Sometimes |
| **False Positive Bot Blocks** | 20% | 1.4K | 0.4M | 0.2K | Yes | Sometimes |
| **Collisions** | 20%* | 0.3K | 0.4M | 0.3K | Yes | Sometimes |
| **Buyer Payment Failure** | 20%* | 1.0K | 1.8M | 1.1K | Yes | Sometimes |
| **Password Reset Problems** | 44% | 2.0K | 18.1M | 3.3K | Sometimes | Inconsistent |
| **Transfer Acceptance Issues** | 43% | 1.6K | 1.2M | 5.8K | No | Inconsistent |
| **Fan Seller Payout Issues** | 37% | 0.5K | | 47.K | No | Inconsistent |

*"Onsale issues / error code received" CSAT at 20%

CONFIDENTIAL - DO NOT DISTRIBUTE

t

17

FAN EXPERIENCE ERRORS

# Fan Pain Points (2/2)

Negative Fan Feedback Pain Points (Usabilla), U.S., 1/1/23-5/1/23

| FAN PAIN POINT | % VOL | Δ SINCE '22 | TYPE |
|---|---|---|---|
| Ease of Purchasing<br>*Ease of Purchasing Tickets, App Usability, Website Usability, UX/UI Feedback, Complex Process* | 16% | +29% | Usability |
| Fees | 16% | +147% | Prices, Fees, Brand |
| Brand<br>*Ticketmaster Satisfaction, Loyalty, Event Sale, Policy Feedback* | 9% | -2% | Prices, Fees, Brand |
| Ticket Mgmt./Delivery<br>*Ticket Accessibility, Ticket Delivery* | 7% | +4% | Usability |
| Customer Service<br>*Customer Support Feedback, Resolution Time. Response Feedback* | 7% | -1% | Other (Customer Service) |
| Selling Tickets<br>*Seller Issues, Resale Pricing* | 6% | +117% | Usability |
| Refunds<br>*Refund Not Received, Refund Requested* | 5% | -4% | Usability |
| Live Support Request | 5% | +18% | Other (Customer Service) |
| Payments<br>*Incorrectly Charged, Update Payment Details* | 5% | +20% | Usability |
| HD Onsale: Codes/VF/Queue/Waitlist<br>*Code Not Received, Code Verified Fan Inquiries Not Working, Ticket Queue* | 4% | +156% | Usability |
| Abuse | 3% | +224% | Usability |
| Price Level | 3% | +174% | Prices, Fees, Brand |
| Technical Error | 3% | +40% | Usability |
| Accounts | 2% | -11% | Usability |
| Transfer | 1% | +22% | Usability |
| Other | 8% | - | |

Chart values: 101K, 16K, 16K, 9K, 7K, 7K, 6K, 5K, 5K, 5K, 4K, 3K, 3K, 2K, 2K

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

BLUEPRINT

## Client pain points (1/2)

| Innovation | Client Empowerment |
|---|---|

**Innovation**

Transfer process is easier on AXS app; need to make the TM app as simple as possible and that TM is at the forefront of technology, growth, and improvements

We see and experience the silos that exist in TM - we'd love to hear more about what we can do with the additional teams inside TM - resale team, performance marketing, etc.  We need to continue to innovate or someone else will.

It takes too long from question to answer, too many contacts.  Too messy and a bit impersonal.  As an authority, I choose Nordic Tickster for fast help!

I am literally BEGGING for proactive bot measures for smaller venues. OTL sweeps do nothing, and I am tired of manually combing through data. Also please allow offers to be triggered by other offers selling out (like an Early Bird pass) as opposed to having to manually move the inventory and potentially cause a lag or delay

**Client Empowerment**

Overall, all of the Ticketmaster employees that we work with are excellent. My only feedback would be that we wish requests would be fulfilled quicker. We know they have a lot that they undertake, and they do their best to get to it, but sometimes it would be more preferred if we could make more changes on our end, due to the timeframe it takes to wait on a Ticketmaster employee to do it.

Please create a hotline for clients to call in. Navigating through TM1 Community Support is stressful and not efficient.

Maybe not always on forefront of newest technology.  Ticketing team has challenges with post-build event changes, they want to make changes themselves, but need to request changes from TM staff. They want to be more self-sufficient -

CONFIDENTIAL - DO NOT DISTRIBUTE

t

BLUEPRINT

## Client pain points (2/2)

| Technology |
|---|

Hidden wifi and scanning with Pac has been a blessing this year with Pac.  Campus IT rallied around new tech with Pac. Been nice operationally building events in one place with Pac.  Having a single website for fans is good too. Subscriptions has been better with Pac. Pac was able to record money on ST / donations to right places - far less maintenance.  Foundation no longer has to do secondary key strokes.  All the money goes where it's supposed to go.  And reporting works for all.  Support has been really good and proactive.  weekly meetings, bi-weekly meetings w marketing specialist; prepping for bowls,

| Relationship |
|---|

Our support team is extremely knowledgeable and I trust their judgement and expertise. My biggest frustration is that it feels like when we ask questions we're initially met with a "no" or "you shouldn't do that." And we have to push through that to get to productive conversations focused on solutions. Would prefer to skip to the productive step.

We are fortunate that Ticketmaster's people are a seamless extension of our team. The thought partnership our client representative and entire TM team provides elevates our work and our success is because Ticketmaster's team constantly finds solutions.

Felt like technology was recycled.  Scanning issues with TM.  Was very wire-driven with TM. Felt like they weren't as important as other clients because TM wasn't investing in SJSU because they don't sell many tickets.  Some of it was communications. iPad example of credit card not being adaptable and no one told them there'd been a change.  Recent past, IT and support had changed - not for the better.  Scanners were old and recycled. Felt like the relationship was taken for granted.

CONFIDENTIAL - DO NOT DISTRIBUTE

t

BLUEPRINT

# RVP Requests (1/3)

| Market / RVP | GPR | Request | Pain Points / Opportunities |
|---|---|---|---|
| UK / IE (~$1,800M GTV) Andrew Parsons | 2596, 3172, 3173 | **Off-Platform Digital Ticket Fulfillment:** ingests 3rd party agent sales via API and fulfils them with Safetix | • Client requests from: Coop Live, AMG<br>• Est. $1.0M incremental resale revenue<br>• Improve day-of-show issue resolution<br>• Increase venue app adoption |
| | 2663 | **Payment Plan on TM/Universe:** pay outstanding balance within My Account or automated take | • $1M saving in Klarna fees<br>• $0.6M Ops and FX labor savings<br>• $0.5M CM in potential festival client inventory |
| | 4937-9 | **Improved Resale Functionality:** Resale automation, listing restrictions/management, price type descriptions on EDP | • Est. $0.7M incremental last-minute ticketing revenue<br>• $0.4K labor costs saved<br>• Reduce high-value deactivations |
| APAC (~$700M GTV) Jim Kotsonis | 2608 | **Shopping Cart:** purchase more than 1 event in same web transaction | • Client requests from: Auckland Unlimited, Venues Wellington ($1.5M AOI / 1M tickets at risk)<br>• Competitor parity |
| | 2259 | **ISM For Member Entitlements (BART):** integrate ISM onto EDP for club and venue members | • Client requests from: AFL, AFL Clubs, MarvelStadium, Optus Stadium<br>• Est. $0.4M CM from improved purchase experience & inventory display |
| | TBD | **TM1 POS With Market-Specific Enhancements** i.e., BART at Box offices | • Impacts all clients; client request from: Athenaeum<br>• Replace legacy PCI POS resulting in potential client attrition |
| NW Europe (~$700M GTV) Jakob Lund | 2379, 2762 | **TM1 Events:** Entitlement improvements and creation/management of a complex run of events | • Increase self-service and adoption of TM1 events |
| | 3908 | **My Account:** Customize transfer/sell restrictions by ticket price & type | • Improve resale sales and fan satisfaction |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Impacts festivals clients |

**BLUEPRINT**

## RVP Requests (2/3)

| Market / RVP | GPR | Product | Pain Points / Opportunities |
|---|---|---|---|
| LATAM<br>(~650M GTV)<br>Adam Newsam | TBD | *Mex:* **Checkout 2.0 & TM Payments:** Improved UX, transaction throughput, and stability | • Increase checkout acceptance rates and fan experience<br>• Reduce 3DS costs |
| | 4023 | *Mex:* **Archtics:** Implement Archtics Ticketing System / Sports | • Improve GTV from sports clients |
| | TBD | *Mex:* **Travel & Upsells:** Integrate travel & upsells on platform | • Improve GTV & AOI |
| | TBD | *RoLATAM:* **International Sales Solution:** single integrated solution for processing sales | • Increase GTV of approved int'l sales |
| | TBD | *RoLATAM:* **Inventory Management Tool:** integrated tool for clients to manage courtesy tickets & sales | • Enhance client satisfaction |
| | TBD | *RoLATAM:* **Client Reporting Tool Integration:** API to send data to 3rd party solutions | • Client request from: Live Nation |
| N Europe<br>(~$500M GTV)<br>Kristian Seljeset | 3033 | **SportXR:** Magic seat URLs | • Improve client retention and satisfaction |
| | 2379,<br>2762,<br>2357 | **Event Configuration & Inventory Management:** Self service tool for event creation and modification | • Reduce B2B costs<br>• Improve client retention and satisfaction |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Improve client retention and satisfaction<br>• Increase GTV & ticket sales |

**BLUE**PRINT

# RVP Requests (3/3)

| Market / RVP | GPR | Request | Pain Points / Opportunities |
|---|---|---|---|
| S Europe (~$400M GTV) Francois Thominet | 3115 | *Spain:* **TM1 Events:** create and manage events | • Acquire clubs & festivals clients<br>• Increase self-service |
| | 2199 | *Spain:* **TM1 Reports & TM1 Marketing:** enhance functionalities i.e., Waiting List | • Increase conversion |
| | TBD | *Italy:* **SEO Optimization:** venue & city pages for Ticketmaster.it | • Optimize SEO; save on marketing costs |
| | TBD | *Italy:* **CRM Integration:** integration local ticketing & TM global CRM | |
| | TBD | *France:* **Fan Wallet App:** secured digital ticketing including white label | • Improve the fan experience |
| | TBD | *France:* **Trium Web:** What label eCommerce platform | |
| C Europe (~$250M GTV) Klaus Zemke | 4670 | **View From Seat:** bring view from seat functionality to MFX | • Client requests from/commitments made to: O2 Arena, O2 Universum, Forum Karlin |
| | 4720 | **Price/Type Rules on ISM** | • Improve client satisfaction and fan experience (clients have left/we have breached contracts because of disabling ISMs if an event requires rules) |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Client requests from: IIHF Ice Hockey World Championship 2025+2026, all festivals clients |

**2023**

# Stakeholder Pain Points & Needs Assessment

Summer 2023

CONFIDENTIAL · DO NOT DISTRIBUTE

*ticketmaster*

2

**BLUEPRINT**

# 5-Year Strategic Plan

| Theme | Artist & Client Services | Fan Experience | Flywheel Growth | Global Scale | Organizational Alignment |
|---|---|---|---|---|---|
| Mission | Provide industry-leading products and services to be the preferred partner among artists and clients. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue streams. | Support tours globally with competitive and scalable solutions. | Bring cohesion across our diverse organization. |
| Objectives | Empower artists and clients with flexible tools to better serve their needs.<br><br>Sign and renew tickets.<br><br>Increase the reach and sell-through of inventory.<br><br>Super-serve *priority* clients with high-touch support. | Rebuild trust.<br><br>Make the onsale experience as easy as possible.<br><br>Get tickets in the hands of fans, not bad actors.<br><br>Address fan frustrations through *high-quality* support.<br><br>Create seamless experiences for fans' most critical ticket / account management and entry needs.<br><br>Build strong fan relationships to drive fan acquisition and retention. | Increase resale listings.<br><br>Build ticket ingestion capabilities.<br><br>Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience.<br><br>Expand, monetize, and extend the lifecycle of high-value SaaS solutions for artists and clients.<br><br>Empower artists & clients with demand-driven market-based pricing tools.<br><br>Strategically test and scale new business models. | Be the preferred *global* solution for *global* touring artists and clients.<br><br>Increase product competitiveness across markets.<br><br>Get innovation to market faster.<br><br>Improve delivery with standardized tools and processes.<br><br>Reduce complexities and costs to serve our business. | Attract, retain, and support a diverse, high-performing team.<br><br>Create a communal commitment to our global company mission.<br><br>Increase employee connectivity by breaking organizational silos across businesses and geographies.<br><br>Make Ticketmaster the best place to work in live entertainment.<br><br>Organize our disparate databases for our most critical use cases. |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

3

**BLUE**PRINT

# We identified pain points & needs across our key stakeholders


FANS


ARTISTS & CLIENTS


VENUES


TICKETMASTER

- Site Tracking (e.g., Usabilla, Google Analytics)
- Product-Design Tracking
- Contact Dispositions
- Major Incidents
- Social Listening
- Focus Groups

- Live Nation
- Artist Team Interviews
  - Live Nation UK (2)
  - Artist Nation (3)
  - Silva Artist Management (3)
  - Red Light Management (1)
  - Q Prime (1)
  - OCESA Seitrack (2)
  - Wasserman (1)

- Live Nation
- RVPs
- Client Satisfaction Survey
- Client Interviews

- Executives
- Employee Engagement Survey
- Financial Reports

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

4

**BLUE**PRINT

# **FANS** | Pain Points & Needs

| Pain Point & Needs | Objective | Metric(s) |
|---|---|---|
| 1 Confusing and error-filled onsales are frustrating fans and degrading our brand<br><br>*Onsite NPS levels are at all-time lows; 50% of negative customer feedback onsite is ease of use related and onsale issues are the most prominent* | Make the onsale experience as easy as possible.<br><br>Rebuild trust. | • Error rate (% of fans experiencing <u>any</u> onsale error)*<br>(false positive blocks*, queue kick-outs, collisions, buyer payment failure, 4XX or 5XX errors)<br>• EDP Task Success Rate<br>• Site and brand NPS<br>• Negative social sentiment rate* |
| 2 Bots are acquiring tickets illegally at the expense of fans<br><br>*High profile issue with Regulators and on Social; 2022 to 2023 saw 220%+ Abuse-related comments in onsite fan feedback* | Get tickets in the hands of fans, not bad actors. | • Resale listing rate*<br>• False positive block rates* |
| 3 Customer service responsiveness and quality isn't meeting fan needs<br><br>*CSAT levels post-COVID are at all-time lows; 15% of negative customer feedback onsite is customer service related* | Address fan frustrations through *high-quality* support. | • Suppression rate (% phone contacts unanswered)<br>• Time to respond<br>• Resolution rate by disposition<br>• First contact resolution rate<br>• CSAT |
| 4 Ticket management tools are difficult to use & unreliable<br><br>*Most common drivers of contacts to fan support are 1) Resale, 2) Refunds, and 3) Delivery/Transfer* | Create seamless experiences for fans' most critical ticket / account management and entry needs. | • Contact to order ratios for Resale and Delivery/Transfer |

CONFIDENTIAL · DO NOT DISTRIBUTE

5

**ANNUAL PLANNING**

# **FANS** | Illustrative Roadmap (1/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Confusing and error-filled onsales are frustrating fans and degrading our brand | • Fix Onsale Issues | • Code errors<br>• Queue kickouts<br>• Collisions<br>• False positive abuse blocks<br>• Payment failure | |
| | | • Onsale Management | • Onsale Management Tool (OMT)<br>• Onsale Reporting Dashboard | |
| | | • Information Transparency | • All-In Pricing where required by client/regulation<br>• Upleveled Social, Content, B2C Product Marketing<br>• Global expansion of ISM<br>• Global expansion of View From Seat<br>• Fan Registration re-brand<br>• Improved onsale/presale guides<br>• Transparency in queue | |
| | | • EDP Modernization | • ... | |
| | | • Global Ticketmaster Request Rollout | • ... | |
| 2 | Bots are acquiring tickets illegally at the expense of fans | • Account Fidelity | • Enforce phone uniqueness<br>• Email verification<br>• Shift to account-based passcode credentials<br>• Real-time account scoring<br>• Single cross border identity | |
| | | • Abuse Upleveling | • More precise blocking rules and tooling<br>• Improved appeals process<br>• Demystification of abuse approach with fans & regulators | |

6

# FANS | Illustrative Roadmap (2/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 3 | Customer service responsiveness and quality is not meeting fan needs | • Digital Transformation | • Improve onsite visibility & access touchpoints<br>• Improve live chat, chatbot, self-service / help center solutions<br>• Omnichannel experience across phone, email, chat, social | |
| | | • Agent Quality | • Improve availability<br>• Improve agent interactions<br>• Staff training | |
| 4 | Ticket management tools are difficult to use & unreliable | • Improve Transfer Capabilities | • SMS & In App Transfer, Global Transfer Service rollout<br>• Improve UX/Comms<br>• Ability to Select From Contacts / Recent Contact List' Mew Assign / Tap to Assign feature | |
| | | • Reduce Ticket Delivery & Fan Seller Confusion | • Better guidance for client delivery delays & 3rd party tickets<br>• Improve messaging on fan seller payout requirements in posting flow & via e-mail<br>• Improve cross border payout capabilities | |
| | | • Resale 'Always On' | • Scale Sell Instantly, Direct Sell, FV Exchanges | |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

7

BLUEPRINT

# ARTISTS & CLIENTS | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric(s) |
|---|---|---|---|
| 1 | Demand data earlier in the onsale planning process | Empower artists and clients with flexible tools to better serve their needs. | • Number of new shows / tickets added from demand data*<br>• *Additional metrics to be added* |
| 2 | More options over what happens to tickets once they're sold | Empower artists and clients with flexible tools to better serve their needs. | • Artist management / promoter satisfaction rate*<br>• Resale listing rate* |
| 3 | More tools to maximize sell-through | Increase the reach and sell-through of inventory. | • Sell-through rate |
| 4 | More effective tools to capture the full value of tickets | Empower artists & clients with demand-driven market-based pricing tools. | • Market-pricing tool adoption rate |
| 5 | Deeper insights about fans | Empower artists and clients with flexible tools to better serve their needs. | • TM1 MAUs<br>• TM1 for Artists MAUs*<br>• Product adoption (% of MAUS leveraging products - e.g., Reports, etc.)*<br>• *Additional metrics to be added* |
| 6 | Festivals: More tools to merchandise complex purchases | Empower artists and clients with flexible tools to better serve their needs. | • ... |
| 7 | Attractions: More flexible DIY products | Empower artists and clients with flexible tools to better serve their needs. | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

8

**ANNUAL PLANNING**

# ARTISTS & CLIENTS | Illustrative Roadmap (1/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Demand data earlier in the onsale planning process | • Global Registration & Remind Me | • ... | • ... |
| | | • TM1 for Artists | • ... | • ... |
| 2 | More options over what happens to tickets once they're sold | • Face Value Exchange | • ... | • ... |
| | | • Restrict Transfer by Section/Ticket Type | • ... | • ... |
| | | • TM1 Resale Reporting | • ... | • ... |
| | | • TM1 Resale Predictive Analysis | • ... | • ... |
| 3 | More tools to maximize sell-through | • Promoted Primary | • ... | • ... |
| | | • Optimal Inventory Display | • ... | • ... |
| | | • Marketing Tools | • ... | • ... |

9

ANNUAL PLANNING

# ARTISTS & CLIENTS | Illustrative Roadmap (2/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 4 | More effective tools to capture the full value of tickets | • Global TM1 Whole-House Pricing | • … | • … |
| | | • Upsell Enhancements | • … | • … |
| 5 | Deeper insights about their fans | • TM1 Predictive Insights | • … | • … |
| | | • TM1 for Artists | • … | • … |
| 6 | Festivals: More tools to merchandise complex purchases | • … | • … | • … |
| 7 | Attractions: More flexible DIY products | • … | • … | • … |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

10

**BLUEPRINT**

# VENUES | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric |
|---|---|---|---|
| 1 | Major new signings require new products<br><br>*"Major" defined as clients bringing in 1M+ annual tickets* | Sign and renew tickets. | • Deliver on new major client requirements:<br>  • Brazil OVG<br>  • LA Clippers<br>  • MLB Resale<br>  • 2026 FIFA World Cup<br>  • 2028 LA Olympics |
| 2 | Reduce ingress backup and fraud | Create seamless experiences for the most critical ticket / account management and and entry needs. | • Global TM1 Entry scan rates<br>• Global Safetix scan rates |
| 3 | More proactive and responsive support team | Super-serve *priority* clients with high-touch support. | • Client Support satisfaction rate |
| 4 | More flexible and self-service tools | Empower artists and clients flexible tools to better serve their needs. | • TM1 MAUs<br>• Product adoption (% of MAUS leveraging products -e.g., Reports, Events, etc.)<br>• *Additional metrics to be added* |
| 5 | Higher expectations for industry-leading innovation | Lead industry in innovation. | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE

11

# VENUES | Illustrative Roadmap

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 1 | Major new signings require new products | • Upgrades & Exchanges | • ... | • ... |
| | | • SDKs | • ... | • ... |
| | | • Shopping Cart | • ... | • ... |
| | | • Biometrics | • ... | • ... |
| 2 | Reduce ingress backup and fraud | • Global TM1 Entry Rollout | • ... | • ... |
| | | • Global Safetix Rollout | • ... | • ... |
| 3 | More proactive and responsive support team | • Streamlining Service | • ... | • ... |
| 4 | More flexible and self-service tools | • TM1 for Clubs | • ... | • ... |
| | | • Universe | • ... | • ... |
| 5 | Higher expectations for industry-leading innovation | • ... | • ... | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE

t

12

**BLUEPRINT**

# TICKETMASTER | Pain Points & Needs

| | Pain Point & Needs | Objective | Metric |
|---|---|---|---|
| 1 | Our global platform portfolio is complex | Reduce complexities and costs to serve our business.<br><br>Increase product competitiveness across markets. | • Fixed cost levels (OpEx & CapEX)<br>• Operating margins<br>• % of time spent on non-RTB work<br>• # of markets with TM best-in-class products |
| 2 | Primary fee margins are eroding | Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience. | • Upsells & Insurance CM per ticket and take-rates<br>• Travel and Experiences CM and take-rates |
| 3 | Open ticketing puts our core business model at-risk | Build ticket ingestion and distribution capabilities. | • Third party primary listings |
| 4 | We are siloed across businesses and geographies | Bring cohesion across our diverse organization. | • Employee engagement score |
| 5 | Our data is underleveraged | Organize our disparate databases for our most critical use cases. | • … |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

**ANNUAL PLANNING**

# TICKETMASTER | Illustrative Roadmap (1/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| Pain Point | Initiatives | Details | Status |
|---|---|---|---|
| 1 Our global platform is complex | • Core Systems Definition | • ... | • ... |
| | • Consolidation | • Discovery<br>• EDP<br>• Post-Purchase<br>• TM1 Reports<br>• TM1 Orders Domain<br>• TM1 Experience Unification | • ... |
| | • Global Rollout | • SmartQueue<br>• RAS/ISM<br>• CO 2.0<br>• OMT<br>• Modern Accounts<br>• Mobile App<br>• SDK<br>• Resale Marketplace<br>• Safetix<br>• TM1 Orders API<br>• TM1 Point of Sales<br>• TM1 Events<br>• LiveA<br>• Global Settlement Solutions | • ... |
| | • Global Festivals Strategy | • ... | • ... |
| | • Global Expansion Discovery | • ... | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE

14

# TICKETMASTER | Illustrative Roadmap (2/2)

/ ILLUSTRATIVE BASED ON CURRENT ROADMAP

| | Pain Point | Initiatives | Details | Status |
|---|---|---|---|---|
| 2 | Primary fee margins are eroding | • Upsells Enhancements | • ... | • ... |
| | | • Travel and Experiences | • ... | • ... |
| 3 | Open ticketing puts our core business model at-risk | • TM Connect | • ... | • ... |
| 4 | We are siloed across businesses and geographies | • Global Org Strategy | • ... | • ... |
| 5 | Our data is underleveraged | • ... | • ... | • ... |

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

BLUEPRINT

# Appendix

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

16



## Fan Pain Points (1/2)

Greater Vol. / Neg. Impact — Lesser Vol. / Neg. Impact

| | Fan Feedback | | Frequency | Cost | | Brand |
|---|---|---|---|---|---|---|
| | CSAT Impact (Contact Center) | Negative Feedback Volume (Usabilla) H123 | Negative Error Volume (GA) H123 | Negative Disposition Volume (Contact Center) H123 | Sales Impact | External Noise/Impact (Social) |
| Queue Page Failure | 20%* | 3.2K | 3.8M | 2.3K | Yes | Consistent |
| Join Queue Error | 20%* | 2.4K | 2.9M | 1.8K | Yes | Consistent |
| Code Errors | 24% | 1.5K | | 10.2K | Yes | Sometimes |
| Tix Not Delivered Into Account | 55% | 7.5K | | 83.2K | No | Sometimes |
| False Positive Bot Blocks | 20% | 1.4K | 0.4M | 0.2K | Yes | Sometimes |
| Collisions | 20%* | 0.3K | 0.4M | 0.3K | Yes | Sometimes |
| Buyer Payment Failure | 20%* | 1.0K | 1.8M | 1.1K | Yes | Sometimes |
| Password Reset Problems | 44% | 2.0K | 18.1M | 3.3K | Sometimes | Inconsistent |
| Transfer Acceptance Issues | 43% | 1.6K | 1.2M | 5.8K | No | Inconsistent |
| Fan Seller Payout Issues | 37% | 0.5K | | 47.K | No | Inconsistent |

*"Onsale issues / error code received" CSAT at 20%

CONFIDENTIAL · DO NOT DISTRIBUTE

17

FAN EXPERIENCE ERRORS

# Fan Pain Points (2/2)

Negative Fan Feedback Pain Points (Usabilla), U.S., 1/1/23-5/1/23

101K

| | FAN PAIN POINT | % VOL | Δ SINCE '22 | TYPE |
|---|---|---|---|---|
| 16K | **Ease of Purchasing**<br>*Ease of Purchasing Tickets, App Usability, Website Usability, UX/UI Feedback, Complex Process* | 16% | +29% | Usability |
| | **Fees** | 16% | +147% | Prices, Fees, Brand |
| | **Brand**<br>*Ticketmaster Satisfaction, Loyalty, Event Sale, Policy Feedback* | 9% | -2% | Prices, Fees, Brand |
| 16K | **Ticket Mgmt./Delivery**<br>*Ticket Accessibility, Ticket Delivery* | 7% | +4% | Usability |
| | **Customer Service**<br>*Customer Support Feedback, Resolution Time. Response Feedback* | 7% | -1% | Other (Customer Service) |
| 9K | **Selling Tickets**<br>*Seller Issues, Resale Pricing* | 6% | +117% | Usability |
| 7K | **Refunds**<br>*Refund Not Received, Refund Requested* | 5% | -4% | Usability |
| 7K | **Live Support Request** | 5% | +18% | Other (Customer Service) |
| 6K | **Payments**<br>*Incorrectly Charged, Update Payment Details* | 5% | +20% | Usability |
| 5K | **HD Onsale: Codes/VF/Queue/Waitlist**<br>*Code Not Received, Code Verified Fan Inquiries Not Working, Ticket Queue* | 4% | +156% | Usability |
| 5K | **Abuse** | 3% | +224% | Usability |
| 5K | **Price Level** | 3% | +174% | Prices, Fees, Brand |
| 4K | **Technical Error** | 3% | +40% | Usability |
| 3K | **Accounts** | 2% | -11% | Usability |
| 3K | **Transfer** | 1% | +22% | Usability |
| 3K / 2K / 2K | **Other** | 8% | - | |

CONFIDENTIAL · DO NOT DISTRIBUTE

**BLUE**PRINT

# Client pain points (1/2)

## Innovation

Transfer process is easier on AXS app; need to make the TM app as simple as possible and that TM is at the forefront of technology, growth, and improvements

We see and experience the silos that exist in TM - we'd love to hear more about what we can do with the additional teams inside TM - resale team, performance marketing, etc.   We need to continue to innovate or someone else will.

It takes too long from question to answer, too many contacts.  Too messy and a bit impersonal.  As an authority, I choose Nordic Tickster for fast help!

I am literally BEGGING for proactive bot measures for smaller venues. OTL sweeps do nothing, and I am tired of manually combing through data. Also please allow offers to be triggered by other offers selling out (like an Early Bird pass) as opposed to having to manually move the inventory and potentially cause a lag or delay

## Client Empowerment

Overall, all of the Ticketmaster employees that we work with are excellent. My only feedback would be that we wish requests would be fulfilled quicker. We know they have a lot that they undertake, and they do their best to get to it, but sometimes it would be more preferred if we could make more changes on our end, due to the timeframe it takes to wait on a Ticketmaster employee to do it.

Please create a hotline for clients to call in. Navigating through TM1 Community Support is stressful and not efficient.

Maybe not always on forefront of newest technology.  Ticketing team has challenges with post-build event changes, they want to make changes themselves, but need to request changes from TM staff. They want to be more self-sufficient -

CONFIDENTIAL · DO NOT DISTRIBUTE

**BLUE**PRINT

# Client pain points (2/2)

| *Technology* | *Relationship* |
|---|---|

**Technology**

Hidden wifi and scanning with Pac has been a blessing this year with Pac. Campus IT rallied around new tech with Pac. Been nice operationally building events in one place with Pac. Having a single website for fans is good too. Subscriptions has been better with Pac. Pac was able to record money on ST / donations to right places - far less maintenance. Foundation no longer has to do secondary key strokes. All the money goes where it's supposed to go. And reporting works for all. Support has been really good and proactive. weekly meetings, bi-weekly meetings w marketing specialist; prepping for bowls,

**Relationship**

Our support team is extremely knowledgeable and I trust their judgement and expertise. My biggest frustration is that it feels like when we ask questions we're initially met with a "no" or "you shouldn't do that." And we have to push through that to get to productive conversations focused on solutions. Would prefer to skip to the productive step.

We are fortunate that Ticketmaster's people are a seamless extension of our team. The thought partnership our client representative and entire TM team provides elevates our work and our success is because Ticketmaster's team constantly finds solutions.

Felt like technology was recycled. Scanning issues with TM. Was very wire-driven with TM. Felt like they weren't as important as other clients because TM wasn't investing in SJSU because they don't sell many tickets. Some of it was communications. iPad example of credit card not being adaptable and no one told them there'd been a change. Recent past, IT and support had changed - not for the better. Scanners were old and recycled. Felt like the relationship was taken for granted.

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

20

**BLUE**PRINT

# RVP Requests (1/3)

| Market / RVP | GPR | Request | Pain Points / Opportunities |
|---|---|---|---|
| **UK / IE** (~$1,800M GTV) Andrew Parsons | 2596, 3172, 3173 | **Off-Platform Digital Ticket Fulfillment:** ingests 3rd party agent sales via API and fulfils them with Safetix | • Client requests from: Coop Live, AMG<br>• Est. $1.0M incremental resale revenue<br>• Improve day-of-show issue resolution<br>• Increase venue app adoption |
| | 2663 | **Payment Plan on TM/Universe:** pay outstanding balance within My Account or automated take | • $1M saving in Klarna fees<br>• $0.6M Ops and FX labor savings<br>• $0.5M CM in potential festival client inventory |
| | 4937-9 | **Improved Resale Functionality:** Resale automation, listing restrictions/management, price type descriptions on EDP | • Est. $0.7M incremental last-minute ticketing revenue<br>• $0.4K labor costs saved<br>• Reduce high-value deactivations |
| **APAC** (~$700M GTV) Jim Kotsonis | 2608 | **Shopping Cart:** purchase more than 1 event in same web transaction | • Client requests from: Auckland Unlimited, Venues Wellington ($1.5M AOI / 1M tickets at risk)<br>• Competitor parity |
| | 2259 | **ISM For Member Entitlements (BART):** integrate ISM onto EDP for club and venue members | • Client requests from: AFL, AFL Clubs, MarvelStadium, Optus Stadium<br>• Est. $0.4M CM from improved purchase experience & inventory display |
| | TBD | **TM1 POS With Market-Specific Enhancements** i.e., BART at Box offices | • Impacts all clients; client request from: Athenaeum<br>• Replace legacy PCI POS resulting in potential client attrition |
| **NW Europe** (~$700M GTV) Jakob Lund | 2379, 2762 | **TM1 Events:** Entitlement improvements and creation/management of a complex run of events | • Increase self-service and adoption of TM1 events |
| | 3908 | **My Account:** Customize transfer/sell restrictions by ticket price & type | • Improve resale sales and fan satisfaction |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Impacts festivals clients |

**BLUE**PRINT

# RVP Requests (2/3)

| Market / RVP | GPR | Product | Pain Points / Opportunities |
|---|---|---|---|
| **LATAM** (~650M GTV) Adam Newsam | TBD | *Mex:* **Checkout 2.0 & TM Payments:** Improved UX, transaction throughput, and stability | • Increase checkout acceptance rates and fan experience <br> • Reduce 3DS costs |
| | 4023 | *Mex:* **Archtics:** Implement Archtics Ticketing System / Sports | • Improve GTV from sports clients |
| | TBD | *Mex:* **Travel & Upsells:** Integrate travel & upsells on platform | • Improve GTV & AOI |
| | TBD | *RoLATAM:* **International Sales Solution:** single integrated solution for processing sales | • Increase GTV of approved int'l sales |
| | TBD | *RoLATAM:* **Inventory Management Tool:** integrated tool for clients to manage courtesy tickets & sales | • Enhance client satisfaction |
| | TBD | *RoLATAM:* **Client Reporting Tool Integration:** API to send data to 3rd party solutions | • Client request from: Live Nation |
| **N Europe** (~$500M GTV) Kristian Seljeset | 3033 | **SportXR:** Magic seat URLs | • Improve client retention and satisfaction |
| | 2379, 2762, 2357 | **Event Configuration & Inventory Management:** Self service tool for event creation and modification | • Reduce B2B costs <br> • Improve client retention and satisfaction |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Improve client retention and satisfaction <br> • Increase GTV & ticket sales |

**BLUE**PRINT

# RVP Requests (3/3)

| Market / RVP | GPR | Request | Pain Points / Opportunities |
|---|---|---|---|
| S Europe (~$400M GTV) Francois Thominet | 3115 | *Spain:* **TM1 Events:** create and manage events | • Acquire clubs & festivals clients<br>• Increase self-service |
| | 2199 | *Spain:* **TM1 Reports & TM1 Marketing**: enhance functionalities i.e., Waiting List | • Increase conversion |
| | TBD | *Italy:* **SEO Optimization:** venue & city pages for Ticketmaster.it | • Optimize SEO; save on marketing costs |
| | TBD | *Italy:* **CRM Integration:** integration local ticketing & TM global CRM | |
| | TBD | *France:* **Fan Wallet App:** secured digital ticketing including white label | • Improve the fan experience |
| | TBD | *France:* **Trium Web**: What label eCommerce platform | |
| C Europe (~$250M GTV) Klaus Zemke | 4670 | **View From Seat:** bring view from seat functionality to MFX | • Client requests from/commitments made to: O2 Arena, O2 Universum, Forum Karlin |
| | 4720 | **Price/Type Rules on ISM** | • Improve client satisfaction and fan experience (clients have left/we have breached contracts because of disabling ISMs if an event requires rules) |
| | 4736 | **Packages on ISM (MFX):** migrate package capability – allowing fans to select tickets for multiple events in a single order - to ICCP & ISM | • Client requests from: IIHF Ice Hockey World Championship 2025+2026, all festivals clients |