| | |
|---|---|
| **From:** | Carlos Alvarez [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6B4FD49874F84A6781EB35476A6EA35E-CARLOS ALVA] |
| **Sent:** | 4/8/2021 12:53:52 PM |
| **To:** | Mark Yovich [mark.yovich@ticketmaster.com]; Troy Suda [troy.suda@ticketmaster.com]; Brendan Lynch [brendan.lynch@ticketmaster.com]; Larry Plawsky [larry.plawsky@ticketmaster.com]; David Marcus [david.marcus@ticketmaster.com] |
| **Subject:** | Thoughts on blockchain + Company summary from Team. (Confidential) |

**Ex. No**
**PX0605**
1:24-cv-03973

**(confidential do not share beyond this group)**

Apologies to all for the longevity (is very long) of the email since I was not able to be on the meetings yesterday, and after speaking to Mark this morning, I thought that I should send you all a summary of some of the thinking my team and I have based on our understanding of our own technology both internally and externally and on the whole blockchain piece before we go on the route of declaring we are 'doing' blockchain or not, we should make sure that we extract some of this in building the deck that Mark needs to present.

Let's start with the obvious. The current transactional volume for BCs that are in use are extremely low, Ethereum can perform 30TPS and Bitcoin 3TPS. This for ticketing is very limiting, as the volume we have is very big and the value of each of the asset is too low. Of course, there are other solutions like sidenets, sidechain, and alternative cryptography, but many of these alternatives reduce the trust in overall market solution to use blockchain for ticketing, simply put, I wouldn't trust TMTicketChain2021 and would anyone else?

One thing is what we need to do long term and another one is what we can try and solve in the immediate, both need to be approached with caution, the below is more of the long term, for the short term there is nothing we could do meaningfully within the mothership that would make anything

**TL;DR**

The focus should be on the ticket lifecycle (this is where we need to make sure we get it right because the inflexibility of our platforms makes it very challenging to implement any of our good ideas and we always end up in a mess. – We need to have a well-defined definition state machine of how tickets transition between known states. Currently this knowledge is tribal in existence, and where is not is encoded in legacy systems that only a few people know how to run, the definition of the lifecycle and data management would need to be addressed as part of this), smart contracts and then as a side effect blockchain comes as part of it, this will offer the largest evolution and a big paradigm shift on how we operate today, it could be game changing, but again not just blockchain. This will give us the best hybrid model where we gain the tech benefits against transaction throughput but can leverage trust distribution when needed. Smart contracts implementation to encode ticket behaviour would probably be the biggest benefit to us as TM.

This is a big change in how we do things, and it can't be treated as a side project if we want to build this properly, a separate blockchain acquisition would not change the ecosystem in the way we would need to. It would possibly help plug a gap in a specific area if what we want is to just say we are doing BC, like Upgraded.

Resale is probably the best use case for us to test this (and the GUTs DD couldn't have come at a better time), currently our platform mitigates somewhat the fraud from other resellers via our resale and brokerage platform. In principle a well-designed and crafted NFT should enable correct and controlled transfer of tickets between market participants. NFTs allow us to add logic in event tickets themselves rather than adding the logic in our set of services which can be totally ignored as resale happens off platform. This is by far better than regulation, it would make it easier to collect a few from seller if a ticket if it is automatically deducted or even to prevent transactions altogether.

If we were to adopt this approach, we would design an architecture where things like pricing, transfer, entry and other rules are encoded (in a specific language) and then passed down into systems as needed.

As an example, if TM1 Events could encode transfer rules into the encoding I mention above, this could then be loaded into either HOST, Archtics and MFX as the common transfer contract for tickets against a given event, and once these systems are used as part of the creation of the ticket, the entry rules are attached to the ticket and cryptographically signed. This could then be replicated into any system and presented with any of our technologies we use.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

As we then ensure the ability to execute smart contracts in the blockchain, with sufficient modelling, it would then be possible to encode generic attributes of tickets allowing them for deep customisation on the part of event programming. In order to function properly we would need to ensure we build an API which is uniform for the smart contract programmers internally. Its external contract integrating the systems whether legacy or acquired or even third party need to be generic enough so we provide a specific standard that everyone can use. Over time this model should allow us to reduce or even delete the conceptual differences between the ticketing systems, to move our focus on the performance and business specific attributes.

Cost is another thing we need to make sure we take that into account, specially how are we going to monetise ticket sales, a check around how fees and fees structures would need to be also taken into account, what would happen to our service fees we have today?. Right now NFTs created on any proof of work system have high costs associated with them. This is directly bound to scalability costs in blockchains, as mentioned this is by design, and this makes it challenging to adopt this at scale.

Proof of stake systems should remove this consideration until then I feel that this limits ticketing on the blockchain.

The plan would be to leverage what we can presently with known cryptography and smart contracts and investigate the marketplace for scaled blockchains that use Proof of stake or verifier logics. Facebook and some other companies are moving in this direction and it would probably be good to look into those technologies to see if we would use that as a base.

From a fraud perspective this will need to be carefully examined to make sure that if we go ahead, any external facing smart contracts we use in public blockchains are modelled and validated. This will require extreme precision in developing because the result of incorrect implementation of smart contracts can be quite catastrophic (https://www.coindesk.com/understanding-dao-hack-journalists).

Other things we will need to take into account is the impact on privacy (CCPA and GDPR) as this will require special care to make sure we plan and design for that, there are cases where privacy will be a concern.

If we were to move into this space properly and really are prepared for investing in this in a meaningful way, my team and I thought that we should set up an R&D team that would split the focus in two, Smart contract and blockchain extensions over smart contracts.

Team **R&D 1**, working and focussing on Internal Smart Contracts and definition of lifecycle state:

- 1-2 Data Architects. That is people who directly model data relationships state-machines and similar.

- 2 Tech leads focusing in on Smart contract tool development, and integration to current stacks.

- 5 engineers per focus area under the relevant tech leads (around 10 overall)

Team **R&D 2**, for external blockchain extensions over smart contracts:

- 1 cryptographer (at least on retainer for review)

- 3 Tech leads focusing in on; UI & integrations, blockchain usage, external smart contract validation and execution.

- 4 engineers per focus area under the relevant tech leads (16 overall)

Also, if we embark on this, we should do it in a proper manner with the right people and skillset with investment and commitment so we do not end up in the middle ground we always get, and I want to be very clear, we do not have the expertise in the tech (I am proposing a team below with the specific skillset) and would need to hire a team with specific expertise to run this R&D project or as Mark mentioned we could do an acquihire with someone like '**GUTS**' or some other company so we buy the skills for us to have a greater chance of success.

The key is, do we want to do this, so we work on it and be ready in 2-3 years (and tactically we keep at upgraded/safetix and come up with ways to get the artist to monetize more, and try to white label the NFT piece for LN and we do some work on upsells/transfer/accounts) or we wait to see if this matures in a way where it makes sense as the industry moves into that direction and get someone else (like Amazon) take advantage of us.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

-------------

**Below is the summary of my team (Kieren, Sean,Greg) thinking about the companies they have done DD so far:**

## Summary

None of the companies interviewed to date have an established, proven platform that would immediately provide an off-the-shelf, white labelled, end-to-end capability for selling/fulfilling/transferring NFT's as "digital collectibles". Leveraging either NFT's or more general blockchain concepts as a ticket distribution platform for artists would be a much broader, strategic consideration that none had a solid grasp upon and carries greater risk.

Dapper Labs and Sweet.io seem closest to having a proven platform we could leverage, with a relatively "low bar" for entry into the NFT domain for artists and fans. Both have existing partnerships with similar content providers to ourselves, but there are some unknowns around the ability to fully whitelabel their platforms and integrate accounts for a smooth fan experience as part of our own checkout.

Both also support faster and more cost-effective blockchains than Ethereum "mainnet", which itself could be prohibitive for large-scale rollout of NFT's.

No firm integration plans have been discussed, but we would envisage the creation of an NFT during checkout by listening to the Host order stream and making an API call to a either Dapper-created product or Sweet for issuing the NFT (Sweet do support pre-minting of NFT's, but have rarely needed it to date). Similar listeners would be required for Archtics, Microflex etc.


## Key Themes


### Ethereum Reliance

Most platforms discussed were based upon Ethereum "mainnet", which is notoriously costly and slow to mint upon ($25-50 per transaction and a maximum of 14 transactions per second, not considering congestion/market dynamics), which makes them unfeasible for high-volume, low-value NFT's. Ethereum's basis on "proof of work" validation attracts its share of negative press around environmental impact, and reactions to recent proposals have highlighted the strong position these largely pooled resources have in influencing behaviour on the network.

All companies interviewed lamented Ethereum's shortcomings - anyone without a serious holding of ETH is either looking, or would move quickly off if a suitable contender presented itself. Some were actively investigating support for "Layer 2" abstractions to avoid some issues, or entirely separate blockchains, but few will have concrete solutions in the short-term.

As well as Ethereum, Sweet.io has working support for the Simple Ledger Protocol ("SLP"), which is Bitcoin Cash's own tokenisation protocol (Bitcoin Cash is itself a hard fork of Bitcoin).
Dapper Labs have created the "Flow" blockchain, which has been built from the ground up to solve many of the Ethereum shortcomings, but will need to move from its current closed beta to wider adoption to be proven.

However, any alternative blockchain will need to reach a critical mass of supply/demand to be considered viable. Creation of robust smart contracts is complex, niche and with catastrophic consequences. Gambling on a newcomer feels particularly risky with news of Ethereum 2.0 rollout accelerating (driven by all-time high Gas costs, and controversial proposals for fixing issues within Ethereum 1.0). Moving assets intended to be held long-term between different blockchain technologies is unknown territory.


## Domain familiarity

With the exception of Sweet, all products seem to assume a certain level of familiarity with the mechanics of purchasing/trading NFT's, though some are working to reduce friction and improve user experience for non-crypto-aware users.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001219432

With a blockchain-based product, to maintain a low enough bar for fans into the complex domain of cryptocurrencies, some form of custodial wallet solution would be a "must". LNE would create and manage assets within this wallet on behalf of the fan, until they wish to transfer/sell the asset outside of our system. Only Sweet provides this service (others vendors do exist, though estimated at around 2-5 companies globally), with the rest having some aversion to doing so. When effectively holding funds on behalf of fans, in unfamiliar regulatory territory, all strongly recommended taking legal counsel.

## Revenue Share / Royalties

Usually met with a wry smile. Revenue share on sales/transfer of assets is only enforceable on transactions within our own platform, or on 3rd party marketplaces that honour the contract (which was currently estimated to be two such marketplaces). It may also need some thought to differentiate between intra- and inter-party transfer. It was suggested that a consortium could form to agree on a standard, though this would still need consistent adoption (or a closed blockchain).

## Blockchain Ticketing

The real draw of collectible NFT's is when the blockchain is public. However, if using public blockchains for ticketing, artists/promoters must consider the side-effect of sales and attendance data being more readily available.

Whilst possible to encode the necessary data for a blockchain ticket to be validated for entry independently of our own systems, additional re-encoding of redemption may be necessary to avoid double-entry.

## Company Overviews

Company size / organisation structure wasn't discussed, but the feeling is that all are very small, with some on the cusp of rapid growth after recent investment.

**Sweet.io** seemed the most applicable/relatable platform for creating/redeeming/selling NFT's end-to-end, trying to provide value to a brand without the user needing familiarity with the crypto side. Heavy on the gamification (likely influenced by their relationship with NFL), and more realistic on the long-term auction play. Their checkout supports Paypal, Apple Pay, Google Pay and Coinbase Commerce. They claim the entire stack is "serverless" and "scalable", which needs validation but have spent some time on batching/parellising minting on Ethereum. Whitelabelling and integration with external accounts via OAuth2 are in theory possible, but both would need more investigation.

**Dapper Labs** have two parts of the business - a Studio and as creators of the Flow blockchain. The company is well recognised as creator of the popular CryptoKitties and NBA Top Shots NFT products, and was recently valued at $2.6 billion making them the most well-funded by far. The Studio arm will build a product for you, but is currently negatively resourced and not able to execute on its current roadmap (though would consider whether hiring/investing capital for a brand such as ourselves could be balanced against their other priorities). They are not keen on opening up to a tier 1 integration if we hired our own team, but do have an "entire team" of their own that could help with developer experience, economics, legal etc. Their Flow blockchain has been built from the ground up to solve many of the shortcomings with Ethereum (including its own smart contract language), and was mentioned by most of the other companies - not always positively - but must yet move from its current closed beta to much wider adoption.

**Bitski** provides a simple, single sign-on wallet and NFT storefront (with aspirations of being the Gmail of wallets and Shopify of NFT's), allowing fans to sign up, create, sell and buy with a credit card. With a ticketing background, they have experience with traffic surges (and leverage Queue-It). They would prefer not to whitelabel, and instead provide a branded storefront (having a design consultancy on retainer to help with the first handful). Made a "blood oath" to never be involved in ticketing again, which could get in the way of any plans to go deeper.

**Opensea** are the largest, Ethereum-based NFT marketplace, seeing their strength in the "sell" proposition (vs buy) because of their size. Actively looking into Layer 2 support, but only Ethereum mainnet (costly/slow) at the moment. They have various integration options but would require a 3rd party wallet.

**Mintable** has developed "gasless minting", which avoids the throughput/cost limitations by creating a token without an initial transaction (still on Ethereum mainnet), but with some compromises on provenance and how data is encoded within the NFT. The first transaction fee is paid when the NFT is subsequently transferred. It's interesting why this technique hasn't caught on...

**NFT42** have no current product, though are working toward the relaunch of their minting platform for Summer '21. Seemed to have a good grasp of the landscape/players and offered an advisory relationship in the meantime.

**Yellowheart** – I think we know what we think about this one. Lot of vapourware

Thanks
Carlos

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Monday, 5 April 2021 at 07:23
**To:** Troy Suda <troy.suda@ticketmaster.com>, Brendan Lynch <brendan.lynch@ticketmaster.com>, Larry Plawsky <larry.plawsky@ticketmaster.com>, David Marcus <david.marcus@ticketmaster.com>
**Cc:** Carlos Alvarez <carlos.alvarez@ticketmaster.com>
**Subject:** Re: <no subject>

Getting you all added to MA deck

**From:** Troy Suda <troy.suda@ticketmaster.com>
**Sent:** Monday, April 5, 2021 1:10 pm
**To:** Brendan Lynch; Larry Plawsky; David Marcus
**Cc:** Carlos Alvarez
**Subject:** Re: <no subject>

Hi Brendan, Larry, David,
I haven't been involved much in any of these exploration meetings with Abrams but happy to help in any way.
Let me know if you want to connect on zoom so we can build out the slides/story together.
Cheers, Troy

**From:** Brendan Lynch <brendan.lynch@ticketmaster.com>
**Date:** Monday, 5 April 2021 at 14:55
**To:** Larry Plawsky <larry.plawsky@ticketmaster.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Carlos Alvarez <carlos.alvarez@ticketmaster.com>, Troy Suda <troy.suda@ticketmaster.com>, David Marcus <david.marcus@ticketmaster.com>
**Subject:** Re: <no subject>

Yes- will pull together per your outline, mark.

It would be good to see Abrams deck when available so we are aligned or don't contradict.

LP/dm will reach out this week to discuss.

-Brendan

Brendan Lynch

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

**From:** Larry Plawsky <larry.plawsky@ticketmaster.com>
**Sent:** Sunday, April 4, 2021 7:09 PM
**To:** Mark Yovich; Carlos Alvarez; Brendan Lynch; Troy Suda; David Marcus
**Subject:** RE: <no subject>

Abrams deck should have a couple of pages on quick pilot options for ticketing. Work in process, but if you want to look at those slides Brendan, LMK.
David/I and perhaps others have been in convos with Abrams and external parties as well, so if you want to get some time with us as you building out slides, feel free. Some interesting insights developed; happy to share.

L

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Sunday, April 4, 2021 9:00 PM
**To:** Carlos Alvarez <carlos.alvarez@ticketmaster.com>; Brendan Lynch <brendan.lynch@ticketmaster.com>; Larry Plawsky <larry.plawsky@ticketmaster.com>; Troy Suda <troy.suda@ticketmaster.com>; David Marcus <david.marcus@ticketmaster.com>
**Subject:** Fwd: <no subject>

B will get us time to review this week, Brendan can you/CTK prepare a few slides that covers below content. Updated version of previous deck we reviewed with him.

Will take Michael through next Monday

Separate to Abrams deck and focused on ticketing applications & options...what do we have today with blockchain / safetix, the problems they are solving and limitations - what should we do to develop both over time to solve those problems. Our core goals haven't changed, both technologies are seeking to solve them.
1.      Digital Ticketing Goals - restate
2.      SafeTix Fundamentals - where are we today and where are we going
3.      Blockchain fundamentals - " "
4.      Ticketing industry application: here a matrix by segment - extending on previous slide we used - Artists, Teams, Festivals, Venues, Promoters, Tournaments - benefits / needs differ slightly
5.      Competitor Analysis : SeatGeek, Secutix, AXS, CTS, TEG - what are the others saying /doing
6.      How can SafeTix and blockchain come together - benefits / risks
7.      Internal build out costs/team sizing and scope - who is on this FT today....who/what do we need to recruit / buy
8.      Ticketing industry messaging options - what can we say today vs long term

NFT piece covered in Abrams deck, it's an upsell/marketplace play for us - can have 1 slide to cover that too

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Monday, April 5, 2021 9:19 am
**To:** Michael Rapino; Joe Berchtold; Michael Abrams
**Subject:** Re: <no subject>

Yes need another week
Finishing up external meets, tech reviews this week
So will have enough plan/options following week to review

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Monday, April 5, 2021 7:14 am
**To:** Mark Yovich; Joe Berchtold; Michael Abrams
**Subject:** FW: <no subject>

Why we need this messaging cant be behind

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                                                                    LNE22-001219435

**From:** Brandon Ross <Brandon@lightshedtmt.com>
**Date:** Saturday, April 3, 2021 at 5:07 PM
**To:** Michael Rapino <Michael@LiveNation.com>
**Subject:** Re: <no subject>

**[EXTERNAL]**

100%
Exactly why I referenced back to Pearl Jam ticketing.
We should discuss this more. It's important.


On Apr 3, 2021, at 4:15 PM, Michael Rapino <Michael@livenation.com> wrote:

Fyi- since you were talking NFT Block etc in our space


The ticking co – seatgeek/TM – middle man

It's the IP the will matter – artist , festival etc.  and ip at scale – ie we can vip+poster++


https://makersplace.com/drops/collabs/bonnaroo-archan-nair/

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001219436