| | |
|---|---|
| **From:** | Michael Rapino [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FB8B7B2AB60E4CFCBF715E26EE876197-RAPINO, MIC] |
| **Sent:** | 7/28/2022 10:12:06 AM |
| **To:** | Mark Yovich [mark.yovich@ticketmaster.com]; Joe Berchtold [joeberchtold@livenation.com]; Amy Yong [amyyong@livenation.com] |
| **CC:** | Michael Wichser [michael.wichser@ticketmaster.com] |
| **Subject:** | Re: NATB |

Great progress still need to think hwo do we double the share pull away from seatgeek etc given our much larger pipe

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Thursday, July 28, 2022 at 2:57 AM
**To:** Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Rapino <Michael@LiveNation.com>, Amy Yong <AmyYong@LiveNation.com>
**Cc:** Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** NATB

Team were in Vegas 2 weeks ago for the annual Ticket Broker conference.

Attached interesting chart from one of the Aggregators that presented, shows over last 4Qs TM growing and major Vivid decline.

Some other commentary from Troy below might be useful before earnings:

// Very happy to have spent time at the World Ticketing Conference (aka Broker Conference) run by the National Association of Ticket Brokers. Ticketmaster by far had the most significant presence at the event compared to Vivid & Stub Hub, and it was a great learning experience for me to understand the NA Resale Market better. Some key takeaways from the week:
(1) Ticketmaster's resale share has increased consecutively over the last 4 quarters, whilst Vivid's has declined (refer attached)
(2) Many brokers I chatted to expressed an interest in working with Ticketmaster as our relevance in the market and growth to the No 2 position makes it now more worth their while
(3) Incredible dislike of Vivid by many brokers - explained that they "have to" work with them as the No 1 player. Also interesting that Vivid penalise brokers who do not use their SkyBox tool by paying brokers only after events play off ... SkyBox users get paid immediately upon sale.
(4) Lots of interest in TM's TradeDesk POS tool from Brokers who were using other tools (SkyBox or third party tools) and how they could accomplish their inventory management goals using Trade Desk. We had access to brokers who we never would have been able to identify and court at the conference. Some brokers even signed up with TradeDesk POS on the spot as Jim Ecklund from Product did product walkthroughs.
(5) Casey & Phil totally crushed their presentations. Whilst some sessions dwindled in attendance towards the end of the week, it was a full house to hear from them. And their presentation came across that TM was a partner to the broker community, whilst continuing to protect rights holders.
So all in all, a great presence by the entire TM team. Larry, Casey, Sean, Phil and I are planning a Resale Strategy workshop with our teams in September the week after our next GET get together to help lock down our 2023 ambitions.

**Ex. No**

**PX1270**

**1:24-cv-03973**

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT