| From: | Marla Ostroff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20A953F276242A4BF5F6D1F7C32CFF7-MARLA OSTRO] |
|---|---|
| Sent: | 7/13/2021 5:40:22 PM |
| To: | Mark Yovich [mark.yovich@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com]; Kurt Schwartzkopf [kurt.schwartzkopf@ticketmaster.com] |
| Subject: | : BSE |

They owe us 1.2 million in sponsorship credit from 19-20.

Keep in mind NBA schedule release is mid to late August which is when the teams go on sale with both Primary and Resale so he might be asking to put NBA up on SG before when he thinks our contract expires in September .

They also might owe us on Account Manager transactions and marketing spend, looking into it and will let you know.

Joe might want to mention their not selling LN events through SG .

Marla Ostroff
Managing Director North America
office: 212.713.6371
cell: ▮▮▮▮▮▮▮

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Tuesday, July 13, 2021 at 1:07 PM
**To:** Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Marla Ostroff <marla.ostroff@ticketmaster.com>
**Subject:** BSE

Abbamonde reached out to MR

Can you get the headlines on outstanding concerns to me

- How much they owe
- Migration / transfer of providers

Any outstanding points Joe needs to know to speak to him.

Ex. No
PX1159
1:24-cv-03973