| From: | Mark Yovich [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F9662F5956684F8A951CB52C1C6D6AE0-YOVICH, MAR] |
|---|---|
| Sent: | 3/17/2023 7:09:14 PM |
| To: | Michael Rapino [michael@livenation.com] |
| Subject: | Re: FEES AND STUFF - PART 2 IN A SERIES OF 1 |

Of course

It's always number 1 - our motto is "Flawless On sales & Frictionless Entry" - we live and die by that and everyone at TM knows it - more than anyone else. When either go wrong we are headline news....now more than ever.

We have the best people working in extreme circumstances, with lots of old tech.

Steve runs ops
Carlos tech
Marcus onsales / artist&promoter relations
Wichser across all

4 issues this week in US (we dealing with other issues elsewhere - payment issue is MX and some smaller arctics issues)

1.      FMF bug : known about since last year. Affects only app tickets - we had it scheduled to be released this month. Affects only LNnO&O. Yes TM bug - but LN did not escalate

2.      FVE activation: pure human error, new process and it got missed.

3.      Wrong Fees added: human error on our ops team side, but late changes to event builds and pricing coming through in 24 hours before on sale - we should have pushed back on LN, but we didn't.

4.      AWS: threw sone errors during presale, we seem to have identified the issue but still working with AWS on the solve.

Of course all unacceptable and will call round table with LN Omar side and Tom O&O side to ensure more advance setup clarity on these high profile events. + will push back on changes 2 days before sale starts.

no one working harder to deliver massive demand on sales

We delivered almost double business last year and this year started hotter - teams are stressed, pressure is immense. We all hate the social / press more than anyone and want flawless execution.

More to do always and will keep pushing, but not all TM only fault for all.

---

From: Michael Rapino <Michael@LiveNation.com>
Sent: Friday, March 17, 2023 10:47:23 AM
To: Mark Yovich <mark.yovich@ticketmaster.com>
Subject: FW: FEES AND STUFF - PART 2 IN A SERIES OF 1

Not a good week – product is important but running the trains is the NUMBER 1 job

I really don't know who runs your trains and its frustrating

Ex. No
PX0801
1:24-cv-03973

HIGHLY CONFIDENTIAL                                                                 LNE-LIT24-001637182



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

LNE-LIT24-001637184



HIGHLY CONFIDENTIAL

LNE-LIT24-001637185



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

LNE-LIT24-001637187



HIGHLY CONFIDENTIAL

LNE-LIT24-001637188



HIGHLY CONFIDENTIAL

LNE-LIT24-001637189



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

LNE-LIT24-001637191



HIGHLY CONFIDENTIAL

LNE-LIT24-001637192



HIGHLY CONFIDENTIAL

LNE-LIT24-001637193



HIGHLY CONFIDENTIAL

LNE-LIT24-001637194