**From:** Mark Yovich [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F9662F5956684F8A951CB52C1C6D6AE0-YOVICH, MAR]
**Sent:** 11/16/2022 3:19:51 AM
**To:** Carlos Alvarez [carlos.alvarez@ticketmaster.com]
**Subject:** Fwd: ▇

---

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Tuesday, November 15, 2022 6:40 pm
**To:** Michael Rapino <Michael@LiveNation.com>; David Marcus <david.marcus@ticketmaster.com>
**Cc:** Joe Berchtold <JoeBerchtold@LiveNation.com>; Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>;
Jonathan Lamy <JonathanLamy@LiveNation.com>; Michael Wichser <michael.wichser@ticketmaster.com>;
Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ▇

Will have clearer picture tomorrow but several areas of the system had failures and until we have full
retrospective won't know root cause.

Some of the detail below, but the scale of this means no one cause and some of below may be symptoms rather
than cause:

Apigee started rate limiting, which manages access to the front door, this meant too much traffic was able to get
through and that crippled Discovery, which struggled to recover. Discovery is old, we have been consolidating
to new but still many pages to be migrated through 23.
We also had a Password Server outage for around 45mins due to load, + TMOL RCO (responsive checkout)
which is old legacy pages went down.
TMOL RCO is not in cloud but on prem so as we had issues on our East Coast data centre where RCO is
housed that compounded the problem.

Will have sharper picture in the AM

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Tuesday, November 15, 2022 6:16 pm
**To:** David Marcus <david.marcus@ticketmaster.com>
**Cc:** Joe Berchtold <JoeBerchtold@LiveNation.com>; Mark Yovich <mark.yovich@ticketmaster.com>; Kaitlyn
Henrich <KaitlynHenrich@LiveNation.com>; Jonathan Lamy <JonathanLamy@LiveNation.com>; Michael
Wichser <michael.wichser@ticketmaster.com>; Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ▇

Do we know what caused the outage

**Ex. No
PX0555**
1:24-cv-03973

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Tuesday, November 15, 2022 at 6:12 PM
**To:** Michael Rapino <Michael@LiveNation.com>
**Cc:** Joe Berchtold <JoeBerchtold@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Kaitlyn
Henrich <KaitlynHenrich@LiveNation.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Michael

SUBJECT TO CONFIDENTIALITY STATUTES

Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>

**Subject:** Re: ███

If we had been smooth today we would have left more fans at the front door probably.

With 1.5m fans it's hard to translate socials into scale of problem. We did have a password server outage about 45 mins into east coast. fans would have had trouble validating codes during that. But that resolved.

David Marcus
EVP, Global Music
310-500-5253

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Tuesday, November 15, 2022 8:09 PM
**To:** David Marcus <david.marcus@ticketmaster.com>
**Cc:** Joe Berchtold <JoeBerchtold@LiveNation.com>; Mark Yovich <mark.yovich@ticketmaster.com>; Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>; Jonathan Lamy <JonathanLamy@LiveNation.com>; Michael Wichser <michael.wichser@ticketmaster.com>; Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

But in theory we knew exact demand today bc they were registered or invited

If the outage did not happen would we not have same outcome ?

Most socials are invited fans that had code fail do we think they worked in the end?

Or was social also non invited fans trying and pissed ?

On Nov 15, 2022, at 6:04 PM, David Marcus <david.marcus@ticketmaster.com> wrote:

Demand today was clearly outsized and there's no doubt plenty of fans got caught in the outages. So I'm certain fans didn't get tickets they wanted.

David Marcus
EVP, Global Music
310-500-5253

---

**From:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Sent:** Tuesday, November 15, 2022 7:58 PM
**To:** David Marcus <david.marcus@ticketmaster.com>; Michael Rapino <Michael@LiveNation.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>; Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>; Jonathan Lamy <JonathanLamy@LiveNation.com>; Michael Wichser <michael.wichser@ticketmaster.com>; Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

But hitting those metrics would imply everyone who wanted tickets got them?  Not what socials are saying?

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Tuesday, November 15, 2022 at 5:45 PM
**To:** Michael Rapino <Michael@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000674496

**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ▆▆

520k purchasers bought 3.93 tickets each = 2.035M tix

Today we had ~85% of sellable capacity for presale
~3,500 held for tour sponsor
~1,000 for public onsale
~5,000 held to be released as platinum in 2023

Of the 3.4M who registered, we invited 1.4M.
Typically, 1/3 of those don't show and half of those who do don't buy. The remainder typically buy 3 tickets.

We hit those metrics pretty closely today, though tickets per order was higher than usual.

David Marcus
310-500-5253

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 7:35 PM
**To:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>, David Marcus <david.marcus@ticketmaster.com>
**Subject:** Re: ▆▆

So 3 m registered for 450 orders

David tickets left for presale and onsale

What % of copacity was verified

On Nov 15, 2022, at 5:15 PM, Joe Berchtold <JoeBerchtold@livenation.com> wrote:

If sold 2 mn at 4.4 per order that's 450k orders, or 30% of those who got codes?

So 15% of those registered got to buy tickets

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 5:11 PM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>
**Cc:** Joe Berchtold <JoeBerchtold@LiveNation.com>, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>,

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000674497

Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

If 2 m sold  what is total available or is this like harry no public  onsale?

If sold 2 and 3 registration we were able to make 66% happy ?

How many non-registered fans hit the site today?

On Nov 15, 2022, at 5:02 PM, Mark Yovich <mark.yovich@ticketmaster.com> wrote:

3.4m registrations
3.1m scrubbed
1.5m invited/codes sent (based on our pretty accurate conversion prediction data)

---

**From:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Date:** Tuesday, 15 November 2022 at 16:58
**To:** Mark Yovich <mark.yovich@ticketmaster.com>, Michael Rapino <Michael@LiveNation.com>, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Jonathan Lamy <JonathanLamy@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

How many signed up for verified fan?

How many codes given out?

---

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Tuesday, November 15, 2022 at 4:56 PM
**To:** Michael Rapino <Michael@LiveNation.com>, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Jonathan Lamy <JonathanLamy@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

Just hit 2m sales for TS
$380m GTV

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Tuesday, 15 November 2022 at 15:59
**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

Great

On Nov 15, 2022, at 3:10 PM, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com> wrote:

SUBJECT TO CONFIDENTIALITY STATUTES

David said all good to go

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 3:10 PM
**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ██

Ok do we need artist

On Nov 15, 2022, at 2:56 PM, Kaitlyn Henrich <KaitlynHenrich@livenation.com> wrote:

Ok made one tweak from TM side on biggest in history.
We will send shortly - just waiting to make sure David has crossed off with artist side

**General statement:**
*Millions of fans registered for Taylor Swift's Eras Tour Verified Fan Presale, with demand more than twice the number of tickets available - then on top of that millions more showed up to try to buy. This caused some delays for fans, which we know is frustrating and we worked as quickly as possible to adjust some onsale times to manage the volume, and queues are now flowing.*

**In relation to ██ :**
*The Taylor Swift tour is promoted by AEG and Messina Touring Group, not Live Nation. The artist's team chose to use Verified Fan because it is the most advanced technology in the industry to help manage demand and get tickets into the hands of fans - not bots. We thank everyone for their patience as we continue to work through the biggest onsale in history.*

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 2:38 PM
**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ██

Yes.

On Nov 15, 2022, at 2:32 PM, Kaitlyn Henrich <KaitlynHenrich@livenation.com> wrote:

*Team doesn't yet have confirmation on right multiple of total demand today to be able to confirm something like 10x The Wash Po story has now posted, based on how this is written, it may be beneficial to clarify on record that tour is not LN, and artist team opted bc best option...*

*https://www.washingtonpost.com/technology/2022/11/15/taylor-swift-ticketmaster/*

SUBJECT TO CONFIDENTIALITY STATUTES

**General statement:**
*Millions of fans registered for Taylor Swift's Eras Verified Fan, with demand more than twice the number of tickets available - then on top of that millions more showed up to try to buy. This caused some delays for fans, which we know is frustrating and we worked as quickly as possible to adjust some onsale times to manage the volume, and queues are now flowing.*

**In relation to ▊:**
*The Taylor Swift tour is promoted by AEG and Messina Touring Group, not Live Nation.  The artist's team chose to use Verified Fan because it is the most advanced technology in the industry to help manage demand and get tickets into the hands of fans - not bots. We thank everyone for their patience as we continue to work through this record demand.*

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 1:44 PM
**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ▊

Sees firs alien is to sow ton los tsoldf but demand was still 10x more then avail so we understand many fans frustrated they did not get tickets . etcetc

As Lamy says today is empathy  not saying we are right

On Nov 15, 2022, at 1:41 PM, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com> wrote:

Mark can we get those numbers OK to share from artist?

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 1:39 PM
**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ▊

I wish we could say xx millions try gin to by only xx available

Do we want to talk about out investment etc in this one '

Seems toen deaf

SUBJECT TO CONFIDENTIALITY STATUTES

On Nov 15, 2022, at 1:37 PM, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com> wrote:

Ha amazing

**Here is revised:**
*The world loves Taylor Swift and based on pre-registrations we anticipated millions of ticket buyers, in reality the volume far exceeded estimates and we expect this to be the most tickets ever sold for an artist in a single day. While we experienced some delays this morning, we quickly worked with the artist team to adjust some onsale times to manage the volume, and all queues are now flowing. We make huge investments in our tech which is why Ticketmaster is one of the only platforms in the world that can handle such a massive volume, and we will continue working to ensure these instances remain incredibly rare.*

**From:** Michael Rapino <Michael@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 1:26 PM
**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: █████

good for rich...



On Nov 15, 2022, at 1:13 PM, Kaitlyn Henrich <KaitlynHenrich@LiveNation.com> wrote:

Revised – below

assume we want to pass by artist team? Is David best to share?
Is the 2x number accurate?

V3
*"Based on registrations we expected millions of ticket buyers, and unprecedented demand blew that expectation out of the water with more than [2x] that amount showing up. Ticketmaster.com is one of the only e-commerce marketplaces in the world that takes this kind of volume at one time, and while there were some delays this morning we are flowing through queues on all shows. The artist's team chose to use Verified Fan because it is the most advanced technology in the industry to help manage demand and get tickets into the hands of fans - not bots."*

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Tuesday, November 15, 2022 at 1:11 PM

LNE22-000674501

**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Michael Rapino <Michael@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Cc:** Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

I just don't like last sentence. Leave that out

**From:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Sent:** Tuesday, November 15, 2022 1:09:38 PM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>; Jonathan Lamy <JonathanLamy@LiveNation.com>; Michael Rapino <Michael@LiveNation.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Michael Wichser <michael.wichser@ticketmaster.com>
**Cc:** Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

V2:
"Based on registrations we expected millions of ticket buyers, and unprecedented demand blew that expectation out of the water with more than [2x] that amount showing up. Ticketmaster.com is one of the only e-commerce marketplaces in the world that takes this kind of volume at one time, and while there were some delays this morning we are flowing through queues on all shows. The artist's team chose to use Verified Fan because it is the most advanced technology in the industry to help manage demand and get tickets into the hands of fans - not bots. The demand for Taylor Swift's Era tour tested our tech, and we will continue to focus on innovating."

**From:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 1:00 PM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Michael Rapino <Michael@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Cc:** Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

Do we have any context to share how many showed up at once to put in context? Just saying 'unprecedented' I don't think fully resonates as they think we all had registered and should have expected

Makes it something like:
*Based on registrations we expected[ XX million , but saw 2x that...]*

*Only ecommerce site in the world that takes this kinda of load at one time, and while there were some delays this morning we are flowing through queues on all shows. Taylor team tested our tech, and we will continue to focus on innovating etc...*

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Tuesday, November 15, 2022 at 12:50 PM
**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>, Jonathan Lamy <JonathanLamy@LiveNation.com>, Michael Rapino <Michael@LiveNation.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Cc:** Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: ███

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-000674502

Ok by me, but not sure captures enough of the uniqueness of taylor demand

It's unprecedented - that needs to come through

We just passed 1m sold, and ticking over ok now

The other ticket buying options are way worse shape - their entire site still shut behind queue, terrible for their other clients

**From:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Sent:** Tuesday, November 15, 2022 12:46 pm
**To:** Jonathan Lamy <JonathanLamy@LiveNation.com>; Michael Rapino <Michael@LiveNation.com>; Mark Yovich <mark.yovich@ticketmaster.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Michael Wichser <michael.wichser@ticketmaster.com>
**Cc:** Emily Wofford <emily.wofford@ticketmaster.com>
**Subject:** Re: █████



Will give link to update which clarifies queues are flowing: https://twitter.com/Ticketmaster/status/1592579481449168898.

**NEW FOR REVIEW + APPROVAL:**
*"The artist's team chose to use Verified Fan because it is the most advanced technology in the industry to help manage demand and get tickets into the hands of fans - not bots. The demand from Taylor's fans who registered for tickets as well as millions of others trying to get tickets is setting records and we will continue innovating to improve the ticket buying experience."*

**PREVIOUS STATEMENT ON COMPETITION:**
*"The ticketing industry has never been more vibrant and competitive, which is evident from the many companies that continue entering the market and growing. We are proud of the many progressive policies we have innovated and advocated for — from all-in pricing, transparent resale disclosures, refunds and more. We will continue working to improve the industry."*

**Background:**
1.      Already clarified at SG is also ticketing so they can see their site down too

SUBJECT TO CONFIDENTIALITY STATUTES

2.      Can point to industry expert tweets that point out this is much more complicated, like Bill Werde. Others?

---

**From:** Jonathan Lamy <JonathanLamy@LiveNation.com>
**Date:** Tuesday, November 15, 2022 at 11:00 AM
**To:** Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>
**Cc:** Michael Rapino <Michael@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>
**Subject:** Re: ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

On Nov 15, 2022, at 1:46 PM, Kaitlyn Henrich <KaitlynHenrich@livenation.com> wrote:

JL let us know your thoughts on this one...

Sent from my iPhone

Begin forwarded message:

**From:** Adam Englander <adam@ekapr.com>
**Date:** November 15, 2022 at 10:43:39 AM PST
**To:** Kaitlyn Henrich <KaitlynHenrich@livenation.com>
**Subject:** ▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

twitter.com

Sent from my iPhone

SUBJECT TO CONFIDENTIALITY STATUTES