| | |
|---|---|
| From: | Marla Ostroff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20A953F276242A4BF5F6D1F7C32CFF7-MARLA OSTRO] |
| Sent: | 3/15/2021 1:38:39 AM |
| To: | Mark Yovich [mark.yovich@ticketmaster.com] |
| Subject: | Update |
| Attachments: | Mls 2020[4].xlsx |

Below is a compilation of comments from the Client Service and CDD Orgs and the overall client concerns that we trying to manage .

Update from the team on Thursday's CI-381 and CI-382.

- Thursday's March 11th specific example hit 2 clients specifically hard (but affected all Account Manager clients at varying levels) .

Dallas Mavericks NBA -Made the decision to push on sale to Monday even though they had announced the Thursday on sale .

Colorado Rockies were going on sale with first 7 games (segmented offers to 16 different groups of season ticket holders). They were very vocal and held several of their eblasts. When they started sending again was when we then reported CI-382 and it was causing frustration again with the client as they were getting hit by customers.

- The latest run of P1 & P2 have affected top tier clients in the NBA, NHL, MLS & MLB
- As those clients are coming back to live they are utilizing our products more, specifically more users hitting their venue Archtics database & more Account Manager onsales are occurring
- Account teams & Engineering teams are aligned with the scheduling of the various onsales (Account Manager & Host)
- The challenge we are up against is the stability once we flip the tickets to 'onsale' &/or as we get closer to onsale time, stability becomes degraded
- Fans & clients are expecting those marketplaces to be transactional

- While we understand we will have production challenges, as these incidents continue to increase we will begin to see further attrition at the field operations level as clients are pressing the field for continuous answers & uncertainty on if their onsale will be successful.
o The account teams truly become a clients punching bag
- In 2017-2018 when we had similar stability challenges it equated to an attrition rate of 28% across a 6 month period in the field teams
- We are working to quantify the workforce $'s associated to each major incident, as it pulls the account teams from the core objectives of the business & it turns them into fire fighters, which slows down the core objectives we are working to drive into the client base in order to drive retention & adoption.

Current Major Incidents 2021:
- 33% P1
- 67% P2
- 63% of the total incidents are in the Enterprise (B2B) bucket (Product Category)
o 60% of the incidents are Archtics / Account Manager (Product Sub Category)

General statements I have been receiving from CDD's and Seg leaders:

**Ex. No**
**PX0576**
1:24-cv-03973

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

This is not a blame game and we are not pointing fingers. We just need to do better.

The concern is that these are major clients and leagues who are shut down for a year and are trying to open safely to only between only 800-1500 customers. They're doing things like gated pre-sales in waves via Account Manager for their highest value suite and season ticket holders. Therefore, it affects their most important fans, and we are unable to execute a very simple task for at most 1500 tickets.

The optics portion with our clients is terrible. If you zoom out and you take the storyline that we've been shut down for a year, all 2019 C-level is gone, we're running on furloughed staff, the tech team is down, etc. and they see us come out of COVID having problems with the system during very minimal sales, the clients are painting a story to themselves that it is not good.

I FEEL it will eventually become a PR issue because these teams talk to one another. I KNOW it is going to be an issue with my renewals. It is already opening the flood gates to Seat Geek. As you would expect, they are exploiting this fact, using it for another advantage and talking point. Between TM1 Sales lack in functionality and the fall-downs of Account Manager, the narrative already is that we really aren't as strong as we once were and that, in fact, we didn't come out of our year of focusing on stability with a win.

As an example of what we are doing as a sales org with low confidence in Account Manager, we moved a major (league champions for many years) season ticket on-sale to Host from Account Manager because they're up for renewal. We are waving the fees on the host transactions as they would be season tickets via Account Manager without fees, but we cannot have issues right before their renewal and as we're in the middle of negotiations.

We haven't had a team go up with a clean on-sale yet. Some weren't our issues, but the clients/leagues are scared. They don't care if it is a vendor we use. To them, it's us.

On top of the teams coming back on-line, they're all getting ready for season ticket holder renewal cycles which means we'll have renewal campaigns with season ticket holders paying and upgrading on Account Manager and Virtual Venue while we will also be selling tickets at the same time. This means load will increase substantially. Confidence is low.

We shouldn't have to talk about 1500 tickets causing system issues. We've been saying we're working on stability for a year. The worst is to come if we can't even get through these.

General feel this year is that CIs are taking much longer to troubleshoot and resolve. Is there any way to ramp up these teams quicker or bring back furloughed employees who may have more institutional knowledge, even if they may not be the best for long term? A short-term mentality feels needed ATM.

Just wanted to add on that we have also been managing thru some client blowback coming back on-line. We have had more than our fair share of rough AM on-sales for many NBA or NHL teams. Today's issue impacted the Pittsburgh Penguins and the Boston Celtics. We have had multiple issues with Knicks and Rangers. Pacers had one, Boston Bruins had an issue with AM credits flowing I believe, and Barclays/Nets just off the top of my head. Has been pretty rough for sure.

Marla Ostroff
Managing Director North America
office: 212.713.6371

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000929480

# Document Produced in Native Format

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-000929481