

| Priority | Summary | Start (UTC) | Resolved (UTC) | TTR (Mins) | All Labor Cost | Detected Internally | Caused by Change | Failure Business Segment | Changed Business Segment | Impact | Criticality | Urgency | Root Cause Status | | | Zoom Meeting Total Minutes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P1 | Multiple clients - Selecting seats results to please try again error. Invalid seats not successful - Onsale happening - SF #: zendine | 03-11-21 06:51 PM | 03-11-21 19:27 a | 37 | $1351 | | | Tech Ops | | High | Critical | Urgent | Identified | | | 1126 |
| P2 | Multiple clients - Selecting seats loads Oops error instead of seat map but works when trying again (only affecting NAM) - Onsale starts for some clients momentarily - SF #: 03673838 | 03-11-21 02:15 PM | 03-11-21 18:16 a | 211 | $4927 | No | | Tech Ops | | Medium | High | Urgent | Investigating | | | 4106 |
| P2 | ▮ | Account Manager VV not disdavine available inventory | onsale 10am | 03-08-21 01:11 PM | 03-08-21 15:05 a | 30 | $611 | No | No | Enterprise (B2B) | | High | High | Normal | Investigating | | | 509 |
| P2 | Brief Service Interruption Impacted TM1 Users - TM1 was not accessible - No Onsale/Entry disruption reported - SF #: 03669083 | 03-05-21 04:56 PM | 03-05-21 17:30 a | 7 | $49 | No | Yes | Enterprise (B2B) | Enterprise (B2B) | Medium | High | Urgent | Investigating | | | 41 |
| P1 | Impact is ▮ only - DB slowness and fans unable to buy tickets - Onsale happening now - SF #: 03667930 | 03-04-21 03:07 PM | 03-04-21 15:57 a | 43 | $969 | No | | Enterprise (B2B) | | High | Critical | Urgent | Identified | | | 791 |
| P2 | Multiple Clients reporting interruption - Users booted from Archtics DB and unable to access again - Not us against onsales or entry at this point - SF: #03666824 | 03-03-21 04:42 PM | 03-03-21 21:38 a | 296 | $200 | Yes | No | Fan Marketing & Analytics | | Medium | Critical | Normal | Resolved | | | 250 |
| P2 | Multiple Clients reporting interruption - Users booted from Archtics DB and unable to access again - Not up against onsales or entry at this point - SF: #03666824 | 03-03-21 01:29 PM | 03-03-21 15:55 a | 40 | $592 | No | No | Enterprise (B2B) | | High | High | Normal | Resolved | | | 493 |
| P1 | ▮ impacted - Unable to reclass dist inventory - Onsale starts at 10am - SF #: ▮ | 03-02-21 12:02 PM | 03-02-21 15:11 a | 58 | $1070 | No | No | Enterprise (B2B) | | High | High | Urgent | Resolved | | | 892 |
| P2 | ▮ - Cartine issue on Account Manager | Onsale tomorrow 10am | 02-25-21 12:00 AM | 02-25-21 13:36 a | 771 | $604 | No | No | Enterprise (B2B) | | Low | Critical | Urgent | Resolved | | | 503 |
| P2 | ▮ Account Manager Onsale Degraded- Archtics DB reporting high error rate - Onsale been this morning | 02-23-21 02:03 PM | 02-23-21 15:11 a | 33 | $1027 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Identified | | | 656 |
| P2 | All Account Manager Clients in AU & NZ Unable to change Password 100% failure in Reset Password call via Kibana | 02-22-21 08:00 PM | 02-23-21 03:08 a | 75 | $953 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Resolved | | | 794 |
| P1 | RFC update today for Artemis 5.8 relase. Opcodes are having issues. | 02-22-21 07:26 PM | 02-22-21 23:39 a | 27 | $227 | Yes | Yes | Enterprise (B2B) | Enterprise (B2B) | High | Critical | Urgent | Resolved | | | 189 |
| P1 | On ▮ impacted at this time ▮ Onsales not showing in Account Manager - Onsale startina at 12pm EST - SF #: 03655413 | 02-16-21 02:28 PM | 02-16-21 15:31 a | 23 | $511 | No | No | Enterprise (B2B) | | Medium | Critical | Urgent | Resolved | | | 426 |
| P1 | ▮ rchtics season ticket holders - Getting ticket not valid at scan - Doors for the doors open - SF #: 03654819 | 02-13-21 11:54 PM | 02-13-21 00:15 a | 40 | $292 | Yes | No | Enterprise (B2B) | | Medium | Critical | Urgent | Resolved | | | 243 |
| P1 | <200 Superbowl fans and potential impact to Aus Open fans - Transfer email for ticket acceptance is not being sent to recipients for Account Manager transfers only - Gates open at Superbowl & Gates opening soon at Australian Open - SF #: 03650386 | 02-07-21 08:10 PM | 02-07-21 22:42 a | 38 | $1307 | No | No | Fan Marketing & Analytics | | Medium | Critical | Urgent | Resolved | | | 1089 |
| P2 | Bug impacting NFL Fans ticket transfer on iOS - Poss ble impact to some fans at entry at Superbowl tomorrow - Client Support and NFL taking action to help users mitigate - SF #: 03650004 | 02-06-21 06:36 PM | 02-06-21 23:29 a | 45 | $415 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Identified | | | 346 |
| P2 | Some clients unable to login to hosted Archtics - Impact to sales capability - No immediate disruption of client onsales reported at this time. - SF #: 03648296 | 02-03-21 10:51 PM | 02-04-21 18:58 a | 39 | $380 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Resolved | | | 317 |
| P1 | 100% down ▮ game - Scanners unable to connect to TM Network wifi - doors down no - been at 4am CST - SF #: 03647020 | 02-02-21 07:55 PM | 02-02-21 21:26 a | 21 | $108 | No | No | Tech Ops | | Medium | Critical | Urgent | Investigating | | | 90 |
| P2 | Fans unable to view SMS'd tickets previously added to TM Account | 02-02-21 12:00 AM | 02-02-21 20:09 a | 64 | $1246 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Identified | | | 1038 |
| P1 | Predators DB is unresponsive and onsale is running for the client | 01-29-21 04:08 PM | 01-29-21 17:20 a | 18 | $938 | No | No | Enterprise (B2B) | | Medium | Critical | Urgent | Identified | | | 782 |
| P2 | TM1 Sales unable to deliver SMS or email tickets - Presto is down | 01-23-21 02:05 PM | 01-23-21 16:47 a | 121 | $134 | Yes | No | Enterprise (B2B) | | Medium | Critical | Normal | Identified | | | 112 |
| P2 | TM users in the west cannot connect to hosted archtics | 01-16-21 04:55 PM | 01-16-21 17:49 a | 55 | $46 | No | No | Tech Ops | | Medium | Critical | Normal | Identified | | | 28 |
| P2 | Several client users unable to connect to hosted Archtics - related to a software error indirectly from the fallout of Incident 204 | 01-15-21 01:40 PM | 01-15-21 15:06 a | 49 | $92 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Identified | | | 77 |
| P2 | Hosted Archtics Outage being reported by multiple clients due to an error with our RDSH servers | 01-14-21 02:30 PM | 01-14-21 16:56 a | 144 | $175 | No | No | Tech Ops | | Medium | Critical | Normal | Investigating | | | 146 |
| P1 | Fastly outage degrading capabilities on many of our platforms and products including: TM.com TM1 Account Manager Account ▮ dixoff onsale at risk | 01-12-21 03:16 PM | 01-12-21 16:23 a | 68 | $1388 | No | No | Tech Ops | | High | Critical | Urgent | Identified | | | 1157 |
| P2 | Post by barcode functionality unavailable for ▮ more clients pertinently the Tennessee Titans Wildcard game | 01-09-21 08:05 PM | 01-09-21 21:18 a | 169 | $874 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Resolved | | | 612 |
| P2 | NY6 Host is down due to a PTX root fs that has gone read only | 01-09-21 10:30 AM | 01-09-21 17:06 a | 396 | $362 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Resolved | | | 327 |
| P2 | CFP customers that cant access their AMGR acct when trvine to consolidate | 01-05-21 06:01 PM | 01-05-21 19:26 a | 85 | $1706 | No | No | Enterprise (B2B) | | Medium | High | Urgent | Investigating | | | 1422 |
| P2 | ▮ - Unable to complete checkout in TM1 Sales Host EMV | 01-01-21 03:00 PM | 01-01-21 18:50 a | 193 | $3107 | No | No | Enterprise (B2B) | | Medium | Critical | Normal | Resolved | | | 2589 |