| | |
|---|---|
| **From:** | Michael Wichser [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1AB4DDC783F4D20923BE18F0007A3EA-MICHAEL WIC] |
| **Sent:** | 8/23/2022 3:07:53 AM |
| **To:** | Mark Yovich [mark.yovich@ticketmaster.com]; David Marcus [david.marcus@ticketmaster.com] |
| **Subject:** | Re: |

gulp...

Thanks.
Michael

Michael Wichser
(310) 740-7689

---

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Monday, August 22, 2022 at 6:06 PM
**To:** David Marcus <david.marcus@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re:

Right

Indeed

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Tuesday, 23 August 2022 at 08:50
**To:** Mark Yovich <mark.yovich@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** FW:

Danger, will robinson . . .

Hopefully this stays contained to Harry. Irving thinks we make too much money . . .

David Marcus
310-500-5253

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Monday, August 22, 2022 at 7:45 PM
**To:** Tara Traub <TaraTraub@LiveNation.com>, Michael Rapino <Michael@LiveNation.com>
**Cc:** Bob Roux <BobRoux@LiveNation.com>, Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>
**Subject:** Re:

Yes.
Harry shows:
Platinum FV - ▮▮▮
Lift - ▮▮▮
▮ inside fee - ▮▮▮

**Ex. No PX0644**
1:24-cv-03973

We do have a limitation on taxes that we have not been able to overcome — our fee is taxed out of the gross.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

Platinum at TM has its own org, platform, operations, etc. that serves promoters, in addition to what we do to support venues. Inside fee pays for former, outside fee pays for latter.

David Marcus
310-500-5253

---

**From:** Tara Traub <TaraTraub@LiveNation.com>
**Date:** Monday, August 22, 2022 at 7:38 PM
**To:** Michael Rapino <Michael@LiveNation.com>, David Marcus <david.marcus@ticketmaster.com>
**Cc:** Bob Roux <BobRoux@LiveNation.com>, Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>
**Subject:** RE:

There are two issues at play with her:
1.      "Double Dipping" on the fees ▓ inside, ▓ outside)
2.      The show paying tax on the ▓% ▓% comes off of total sales, then tax is deducted) → totaling ▓k on this tour

@David Marcus – using the attached report, ▓M Total Platinum x ▓% = ▓, correct?

---

**From:** Michael Rapino
**Sent:** Monday, August 22, 2022 7:31 PM
**To:** David Marcus <david.marcus@ticketmaster.com>
**Cc:** Tara Traub <TaraTraub@LiveNation.com>; Bob Roux <BobRoux@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>
**Subject:** Re:

Ok get me number asp

On Aug 22, 2022, at 5:29 PM, David Marcus <david.marcus@ticketmaster.com> wrote:

Settlement used to show ▓% deduction on plat. Now shows ▓. Our outside fees are not on settlements.

I don't have inside fee $$ in front of me. Have to pull data.

David Marcus
EVP, Global Music
310-500-5253

---

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Monday, August 22, 2022 7:19:37 PM
**To:** David Marcus <david.marcus@ticketmaster.com>; Tara Traub <TaraTraub@LiveNation.com>
**Cc:** Bob Roux <BobRoux@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>
**Subject:** Re:

So it's shows up as  extra ▓% on settlement I assume

So what will we say on biz mgr double dipping ie two service charges

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

Given huge play on these 50 dates how much is the ▮% for TM total adding to ?

On Aug 22, 2022, at 5:17 PM, David Marcus <david.marcus@ticketmaster.com> wrote:

We charged LN ▮% of sales price (before svc fee)

We charged fan ▮▮▮. Venue split is ▮▮▮ - we've protected that split in every contract.

No biz managers until now

Have priced ▮▮▮ under this model

David Marcus
EVP, Global Music
310-500-5253

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Monday, August 22, 2022 7:12:23 PM
**To:** David Marcus <david.marcus@ticketmaster.com>
**Cc:** Bob Roux <BobRoux@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>
**Subject:** Re:

So on  Harry TM charged ▮ on top of service fee and keeps it

Approx in these high end arena what % of service fee going to venue ▮▮▮

Is Harry first biz mgr to bring this up ?

On Aug 22, 2022, at 5:09 PM, David Marcus <david.marcus@ticketmaster.com> wrote:

Prior to 2018 we only charged the gross (inside fee) ▮▮% - ▮▮▮▮. We split w venues net of credit card.

2018 we renegotiated w all promoters ▮% inside fee (promoters are the client for dynamic pricing) and we added ▮▮% to the outside (which we split ▮▮▮ w venue)

David Marcus
EVP, Global Music
310-500-5253

**From:** Michael Rapino <Michael@LiveNation.com>
**Sent:** Monday, August 22, 2022 7:00:32 PM
**To:** Bob Roux <BobRoux@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>; David Marcus

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

&lt;david.marcus@ticketmaster.com&gt;

**Subject:**

███████████ ████████████████████████████████████████████████████████
████████████████████████████████████████████ I don't know what the fee is Markus what do we charge for platinum do we actually get away with charging to █% TMZ

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001723359