**Ex. No**
**PX0600**
1:24-cv-03973

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001151739

[REDACTED]

**From:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Date:** Friday, August 12, 2022 at 2:39 PM
**To:** Michael Wichser <michael.wichser@ticketmaster.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>, Marla Ostroff <marla.ostroff@ticketmaster.com>
**Subject:** Re: OVG -- Next Steps / Terms

Got it. Agree all about getting enough to justify ████ /yr in sponsorship esp when already have most tickets and shortfall mechanism

On Aug 12, 2022, at 5:31 PM, Michael Wichser <michael.wichser@ticketmaster.com> wrote:

Joe,

We are aiming to go back to Francesca and Andy with our response on their proposed deal terms.

At a high level, we suggest accepting most of the fixed $s but clarifying:
1.      Deal structure / royalty splits
2.      True-ups for volume miss (or if over-deliver)
3.      All int'l deals are outside of deal for now: we suggest including Manchester in this deal since venue is further along than others

The "win" for TM is extending term with same economics and structure and then incentivizing OVG to convert all the Pac buildings to TM.

High level summary as follows (deck attached), would appreciate any thoughts you have, particularly on the red:

1.      10 year deal to 2032 (all coterminous) with ████ upfront bonus: *propose to accept*
2.      Annual sponsorship:
1.              ████ for 360 buildings (62 arenas):
1.                      Outstanding ? on whether to push back here: TM has 2/3$^{rds}$ of these buildings already and most would not warrant fixed sponsorship on own
2.              ████ for A markets: *propose accept with clarification that "A" markets require both higher volume and a sports team from one of major leagues (i.e., Kraken, Islanders)*
3.              ████ for B markets: *propose to accept*
1.                      *The* ████ *and* ████ *are consistent with deals already in place*
3.      Deal template:
1.              O&O consistent with existing agreed deals
2.              360 buildings (Spectra buildings, smaller markets, etc.):
1.                      Primary ████

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

1.                    *This is consistent with current royalty splits but we are swapping fixed per ticket for variable rate. One path could be to push the splits to* ▮ *and then accept the* ▮ *fixed for 360 since I'm guessing they are more focused on fixed (?)*

2.                Platinum at ▮ fee with ▮

4.    Volume assumptions:

1.            TM suggests pro rata up/down adjustment based on prior year volume (+/- ▮ grace)

1.            So if OVG model says 10M tickets and they do 8M, the next year we claw back ▮ of the prior year sponsorship total (we suggest ok with adjusting the royalty or sponsorship)

Appreciate might be hard to follow in email – if helpful, I'm free to chat today or over weekend at your convenience.

Thanks.
Michael

Michael Wichser
▮

<TM_OVG_Deal Points Summary_20220812.pptx>

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT