| | |
|---|---|
| **From:** | Rachel Sussman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9B1FE1D536814E0CB9CDF384420ADD56-RACHEL SUSS] |
| **Sent:** | 6/15/2023 5:40:08 PM |
| **To:** | Michael Wichser [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d1ab4ddc783f4d20923be18f0007a3ea-Michael Wic]; Jake Fisher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=23fd57309566453cadc0e00930c8b7ac-jake.fisher]; Krista Schildwachter [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a5ff1f6f9dc42cb8daffb32bee9c967-Krista Schi]; Sean Poole [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cf43a6142eff4e678f129bc0d8ed46f9-Sean Poole]; Kurt Murakami [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=69aabff444b84553a59cf42d0a525e0a-d0094ee9-62] |
| **Subject:** | TM-Wide 5-Year Strategic Plan |

Hi team,

I'd like to reserve some time next Tuesday to discuss the TM-Wide Blueprint and 5-Year Plan (I scheduled extra time after our weekly meeting in case we need it).

Tuesday's meeting:

- **Before the meeting, check out the**  **TM-Wide Blueprint.** It's purely a consolidation of the LOB Blueprints — there's no narrative built in yet. The stakeholder needs, competitive assessments, & threats/risks reflect what we heard from LOBs. The stakeholder prioritization & vision/mission were identified this Spring. The net new piece is our 5-Year Plan.
- **I want to use our meeting to focus on the 5-Year Plan.** I think we inherently know our objectives, but how we organize and frame them is important. I took a first pass, but don't think it's 100% there. It's very similar to what we had in 2020 with some reframing. I tried pressure-testing it by LOBs and "priority program" mapping. I'll lead us through a workshop exercise to see if we can land somewhere together by the end of the meeting. No pre-work is necessary, just come prepared to think out loud!

Blueprint next steps:

- GET is going to finish the Blueprint Readouts (T&S, Music, F&GA, DC, Enterprise, S&O still need to go)
- We will send them the TM-Wide Blueprint, including the 5-Year Plan. This slide will be cleansed so there is no LOB mapping or example programs listed.
- We will ask them to place their priority programs against the 5-Year Plan.
- We will be explicit about what a "priority program" is (e.g., "HD Onsale Optimization" not "Operationalize & improve percentage of tickets sold to attendees via improved scoring").
- We can also be explicit about how many to include (e.g., ≤5) and whether to roadmap them (e.g., next 6 months, 12 months, 2 years, etc.).
- It's still WIP, but this process may replace Annual Planning. LOBs will still have the Quarterly Prioritization process and can do their own bottoms-up sizing.

Reach out with any thoughts & questions!
Rachel

Rachel Sussman
Director, Strategy
Mobile: (916) 802-0100

Ex. No
**PX0860**
1:24-cv-03973

CONFIDENTIAL

LNE-LIT24-003498033



LNE-LIT24-003498046

BLUEPRINT

## Agenda

# The Ticketmaster Blueprint

LOB 2024 Annual Planning Process

LOB Priority Programs Template

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498047

**BLUE**PRINT

# Stakeholders



The ticketing industry starts with the event organizer. As the final voice on all decisions, from onsale dates to ticket prices, they are Ticketmaster's key stakeholder.

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498048

4

**BLUEPRINT**

# Stakeholder Needs

| Event Organizers | Venues | Fans |
|---|---|---|
| 1) **Understanding of demand**<br>Ability to make decisions in time to capture demand | 1) **Control over event management** | 1) **Trust in ticket legitimacy** |
| 2) **Control over ticket distribution**<br>Ability to prioritize onsale participation & channel flexibility to maximize reach | 2) **Business and fan insights** | 2) **Transparent and affordable prices & fees** |
| 3) **Price optimization**<br>Maximize revenue & demand through pricing | 3) **Dedicated and responsive client service (ops)** | 3) **Selection of inventory** |
| 4) **Business and fan insights**<br>Ability to analyze, segment, and market to fans | 4) **Ticket security**<br>Minimize fraud & ensure attendee safety | 4) **Purchase ease & performance**<br>Ability to find & buy right tickets & events |
| 5) **Onsale reliability**<br>Ensure a flawless high-demand onsale experience for fans | 5) **Onsale reliability** | 5) **Ticket management ease & performance**<br>Ability to sell, transfer, refund, exchange & customer service |

**Onsale reliability** is a critical need across all key stakeholders

CONFIDENTIAL · DO NOT DISTRIBUTE *t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498049

**BLUEPRINT**

# *ticketmaster*

# Competitive Assessment

| Strengths | Weaknesses | Innovation |
|---|---|---|
| • Highest awareness. largest live event marketing database | • Weakened brand reputation EOY 2022 | • Onsales at scale |
| • Most trusted for real tickets with official content & venue partnerships | • High fee, low transparency perception | • Ticket verification |
| • Highest NPS, most trusted to deliver positive experience | • Inconsistent reliability / susceptibility to hyper-intensive sales activity | • Verified Fan, SmartQueue, Face Value Exchange, TM Request, Safetix products |
| • Largest, best selection | • Benchmarked against non-tricking platforms | • Global marketing & distribution scale |
| • Global footprint | • Complex technology (legacy, fragmented, siloed tooling) | • Data, insights & sales forecasting |
| • First mover advantage | • Slow speed to market / pace of innovation | • Identity-based ticketing |
| • Scale drives competitive client pricing, client offerings, partner prioritization and general industry influence | • Client customization | • Pricing tools |
| • Top enterprise solutions | • Fan-unfriendly client restrictions (i.e. resale) | • Travel & experiences offerings |
| • Deep partnership experience | • Inflexible data & reporting | • OTA connections |
| • Strong artist & LN relationships | • Lack of automation | • Custom third-party solutions |
| • Strong client support (viewed as extension of client team) | • Gaps in white label and DIY solutions | |
| • Category expertise | • Industry-lagging affiliate economics | |
| • Local expertise | • Low customer service visibility and accessibility | |
| • High-demand onsale capabilities | • Limited  phones | |
| • Clubs solution | • Lacking payment portal for updating existing orders | |
| • API technology | • No ISO certification | |
| • Open content, closed transactions | | |
| • Superior FX Help Center | | |
| • Self Service / RPA FX support | | |
| • Strong internal controls | | |
| • Global protections | | |
| • Strong investment in data protection YOY | | |

*t*



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

LNE-LIT24-003498052

8

**BLUE**PRINT

## VISION
Long-run objective - what we want to achieve in 5-10 years

# Unlocking unforgettable experiences

## MISSION
Roadmap to achieving our objective – what we do, for whom, for what impact

# We provide event organizers with reliable and insightful products to provide the best live experience for their fans

**WHAT**
Provide reliable and insightful products

**WHO**
Event organizers

**IMPACT**
Provide the best live experience for their fans

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-003498053

BLUEPRINT

# 5-Year Strategic Plan

| Client Services | Fan Experience | Flywheel Growth | Global Scale | Organizational Alignment |
|---|---|---|---|---|
| Build & support the world's largest & most diversified store of live event ticket inventory. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue streams. | Support tours globally with competitive and scalable solutions. | Bring cohesion across our diverse organization. |
| Empower event organizers (clients and artists) with insightful data and flexible tools that meet their needs. | Rebuild trust from fans and the public through increased transparency. | Increase resale listings. | Increase product competitiveness across markets. | Attract, retain, and support a diverse, high-performing team committed to our company mission. |
| Sign and renew tickets. | Make the onsale experience as easy as possible. | Build ticket ingestion capabilities. | Get innovation to market faster. | Break organizational silos across businesses and geographies. |
| Increase the reach and sell-through of inventory. | Get tickets in the hands of fans, not bad actors. | Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience. | Improve delivery with standardized tools and processes. | Organize our disparate databases for our most critical use cases. |
| Super-serve *priority* clients with high-touch support. | Provide fans *high-quality* support from any place, on any device, at any time. | Empower event organizers with market-based pricing tools. | Reduce complexities and costs to serve our business. | Make Ticketmaster the best place to work in live entertainment. |
| | Create seamless experiences for fans' most critical purchase, ticket management, and entry needs. | Expand and monetize high-value SaaS solutions for event organizers. | | |
| | Build strong fan relationships to drive fan acquisition and | Strategically test and scale new business models. | | |

HIGHLY CONFIDENTIAL

LNE-LIT24-003498054

BLUEPRINT

## Agenda

The Ticketmaster Blueprint

LOB 2024 Annual Planning Process

LOB Priority Programs Template

*t*

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-003498055

ANNUAL PLANNING

# Annual Planning Process

CONFIDENTIAL · DO NOT DISTRIBUTE *t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498056

BLUEPRINT

## Agenda

The Ticketmaster Blueprint

LOB 2024 Annual Planning Process

LOB Priority Programs Template

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498057



HIGHLY CONFIDENTIAL

14

ANNUAL PLANNING

# [LOB] Priority Programs

| | Priority Program | Strategic Plan Pillar | Problem Statement (pain points) | Business Case (reach, impact, profitability) | OKRs (measurement) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-003498059



HIGHLY CONFIDENTIAL



BLUEPRINT

# Appendix

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498061



# Stakeholder Needs | User Journey

### Pre-Onsale

**Event Organizers:**
- Control over ticket distribution
- Understanding of demand

**Venues:**
- Control over event management

### Event Day & Beyond

**Event Organizers:**
- Business and fan insights

**Venues:**
- Ticket security
- Dedicated support team
- Business and fan insights

**Fans:**
- Trust in ticket legitimacy

### Onsale

**Event Organizers:**
- Onsale reliability
- Price optimization

**Venues:**
- Onsale reliability

**Fans:**
- Onsale reliability (purchase ease & performance)
- Selection of inventory
- Transparent and affordable prices & fees

### Post-Onsale

**Event Organizers:**
- Marketing optimization

**Fans:**
- Ticket management ease and performance

CONFIDENTIAL - DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-003498062



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

LNE-LIT24-003498064

HIGHLY CONFIDENTIAL

LNE-LIT24-003498065



HIGHLY CONFIDENTIAL



BLUEPRINT

## Appendix

State of the Business

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498067

23

**BLUE**PRINT

# The live event industry is changing, and so are we

## Ticketmaster under increased scrutiny

News clips and tweets



## Ticketmaster brand on the decline

Latest 52 weeks US social media posts (K) and sentiment (%)



Source: Infegy, Feb 1 2022 - Jan 31 2023

## US legislative push to create "runaway resale"

US States by resale laws



## LNE taking stance on industry reform and ed.

Live Nation public statements



"We've historically not had a big incentive to kind of shout out loud that venues are charging high service fees or artist costs are expensive that hasn't been a big business incentive to date. But I think **now education is paramount. We've got to now go out and do a much better job.** So the policymakers, some consumers understand how the business does operate and how we all have a hand on the wheel, and we've got to all probably do a better job going forward."

Michael Rapino, LYV Q4 2022 Earnings Calls

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-003498068

**BLUEPRINT**

# Ticketmaster has experienced significant growth

**Ticketmaster Revenue and Contribution Margin ($MM)**



CONFIDENTIAL · DO NOT DISTRIBUTE

LNE-LIT24-003498069

25

**BLUE**PRINT

# Our growth has been fueled by the live events industry...

### Consumer spend shifting to experiences from goods

Average US annual personal consumption expenditure growth, 2014-16 (%)



### Increasing concert inventory to meet demand

Ticketmaster Host global concert sellable ticket inventory (M)



### Concert mix shifting towards bigger venues

Ticketmaster Host global concert sellable ticket inventory by venue (M)



CONFIDENTIAL - DO NOT DISTRIBUTE

*t*



# ...and our position within the ticketing industry

**Brand awareness** — Nearly **2 in 3 respondents think of Ticketmaster first** when asked to name ticketing brands

**Fan data** — Ticketmaster has the **highest monthly active users** among ticketing companies, helping us reach the right fan

**285.6M** NA HOST ACCOUNTS — 2022 year-end, +44% from 2019 year-end

**High-demand onsale support** — Ticketmaster technology was specifically built to **handle onsales for high-demand concerts**

"SeatGeek is a secondary ticketing company that dabbles in primary ticket sales while Ticketmaster is better built for large sales. There's things that we have become accustomed to in the music business that Ticketmaster does really well." — John Arfa, Booking Agent for The Strokes

**Full-service client support** — Ticketmaster has invested in onsite support through its large **Client Support team**

"It remains our belief that Ticketmaster's comprehensive solution is superior to all others in countless respects – for example, operational support to address in a timely manner any and all issues that arise." — Larry S. Freedman, Co-President and Chief Business Officer, LAFC and Banc of California Stadium

**Exclusive inventory** — LNE's financial strength enables Ticketmaster to **outbid competitors** and secure exclusive inventory

**128%** GLOBAL NET RENEWAL RATE — in full-year 2022, +12 ppts. from annual target of 116%

Incumbent scale

Source: Fall 2022 US Brand Tracker, Billboard "Barclay's Center Ditched SeatGeek for Ticketmaster After Recurring Tech Issues," Opening Statement of Joe Berchtold at the US Senate Judiciary Committee; December 2022 Global New, Renewed, Lost Monthly Report

CONFIDENTIAL - DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

LNE-LIT24-003498071

HIGHLY CONFIDENTIAL

LNE-LIT24-003498072



# Our core business model has experienced margin erosion

The bidding process to secure inventory has grown more competitive; venues and promoters have extracted increased value at the expense of ticketing companies

HIGHLY CONFIDENTIAL

LNE-LIT24-003498073



HIGHLY CONFIDENTIAL



# Expand the core: service fee revenues continues to grow

HIGHLY CONFIDENTIAL

BLUEPRINT

# Expand the core: we continue to explore M&A targets to grow our global footprint

| | Israel | South Africa | Brazil | | Argentina |
|---|---|---|---|---|---|
| **Target** | Leaan | Quicket | BaladAPP | Sympla | Crowder |
| **Description** | Established ticketing company with significant market share in sports, theatre and other lifestyle | Established self service offering for South Africa middle-market, with 20+ partnerships in other African markets | Ticketing platform focused on mid-size events; started international expansion of Brazilian acts | Leading events platform with focus on entertainment, theaters, and museums serving diversified clients | White labeled ticketing technology platform serving clients throughout in LATAM |
| **Tickets** | 1.5M | 1.7M | 2.1M | 16M | 5.1M |
| **Revenue** | $5.6M | $1.8M | $6.5M | $34.0M | $2.6M |
| **EBITDA** | $2.1M | $0.4M | $4.4M | ~$1.0M | $1.8M |

CONFIDENTIAL · DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

BLUEPRINT

# Resale: service fee revenues from resale grows as Ticketmaster gains share







LNE-LIT24-003498077

33



# Grow the flywheel: insurance, advertising, and pricing provide success stories

Ticketmaster Flywheel Global CM, 2019-2022 ($MM)

■ Pricing   ■ Insurance   ■ Upsells   ■ Other Ancillaries   ■ Marketing Services   ■ Advertising & Sponsorship

Excludes Primary and Secondary ticket CM (incr. $1.2B CM in FY 2022)

| 2019 | Pricing | Ancillaries | Marketing Services | Advertising & Sponsorship | 2022 |
|---|---|---|---|---|---|
| 291 | 38 | 79 (81 / 10 / 8) | 1 | 54 | 463 |

Note: Sponsorship & Advertising 2019 is based on actuals, 2022 is based on a forecast as of 9/20/22

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498078

34

**BLUEPRINT**   **RISKS**

# Although uncertain, disruptive market risks threaten our business

| Venue exclusivity | Subscription models | Direct to consumer models | Competitive cost structures | Metaverse experiences |
|---|---|---|---|---|
| Ticketmaster's exclusive inventory asset would lose value if the all markets shift towards an allocation model | Ticketmaster's business model would be challenged if the market shifts to subscriptions | Clients (e.g., artists) would eliminate need for ticketing platforms if they go direct to consumers | New ecomm models (e.g., using blockchain technology) could diminish barriers to entry | The Metaverse poses a small but highly disruptive threat to the live events industry overall |



Estimated TM GTV Market Share (%)



50%
40%
30%
20%
10%
0%
NA
(exclusive contract model)

Global subscription e-commerce market size ($B)



+653%

1,000
800
600   +65%
400
200   73   120   904
0
2021  2022F  2026F

Source: Forbes via The Business Research Company

 **Spotify**

Spotify launched a site to test preselling tickets directly to Spotify listeners for seven artists in 2022

**bandsintown**

Bandsintown launched free CRM tools to help artists own fan relationships in 2022 including fan data, mailing lists, etc.

Decentralized Marketplace Example

Decentralized marketplace enable transactions on a global and self-executing platform by using "smart contracts"

Percentage of gamers who have played Metaverse style games, by age



32%
28%
13-17   18-34

Source: Bain Young Gamers Survey (n = 5,135)

Source: **Forbes** "The Growth of Subscription Commerce;" **Bain & Company** "Young Gamers and the Metaverse: How the Rules of Success are Changing"

CONFIDENTIAL · DO NOT DISTRIBUTE   *t*

HIGHLY CONFIDENTIAL

35

**BLUEPRINT**

# We can diversify our portfolio by making investments in new business models, enabling a quick response if the market moves



**Source new business models**
(adjacencies to ticket transactions)

Potential examples, not exhaustive

1. **Artist direct (e.g., white label)** — B2C Service Sales, B2B SaaS — • Leverages fan data • Disincentives direct to consumer

2. **Fan subscriptions (e.g., loyalty programs)** — B2C Subscriptions — • Improves fan retention and builds on fan data (e.g., fan scores) • Pre-empts subscriptions

3. **Distribution channels (e.g., validation)** — B2B Licensing — • Provides new revenue in an open environ

4. **Upstream media assets (e.g., Vivid Betcha Sports acquisition)** — B2B Ad Sales — • Drives platform usage and fan engagement • Diversifies from ticketing

SIGN & SELL TICKETS

**Expand current business model**
(ticket transactions)

Improve performance of existing inventory

Increase share within existing footprint

Expand into new markets

Increase share in existing categories

Add new categories

Resale

**Grow flywheel**
(tied to ticket transactions)

Pricing

Insurance / payments

Upsells (parking, merch, etc.)

Travel / experiences

Client SaaS Solutions (Premium Services)

Sponsorship

CONFIDENTIAL - DO NOT DISTRIBUTE    *t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498080

BLUEPRINT

**Appendix**

Past Strat Plans

CONFIDENTIAL · DO NOT DISTRIBUTE

*t*

HIGHLY CONFIDENTIAL                                                              LNE-LIT24-003498081

37

BLUEPRINT

# Past Strat Plans | 2012-2016 (NA)

**2012**
- Retain clients: ensure long-term growth by: (1) using scale to retain clients, (2) surpassing competitors' products
- Differentiated client tools: provide clients tools to better price, distribute, and market their primary tickets
- Enter new markets: expand coverage through acquisitions in 'long-tail,' attractions, and South American ticketing
- Recapture resale market: build a digital ticketing ecosystem which allows clients to capture all fan data and participation in secondary market

**2013**
- Expand resale
- Accelerate mobile
- Rebuild ticketing platform

**2014**
- Increase conversion and add clients
- Increase mobile ticket sales
- Grow resale market share
- Deliver Jetson concerts functionality
- Grow ticketing portfolio

**2015**
- Grow inventory in concerts and new segments
- Grow inventory in resale
- Enhance consumer experience and realign brand
- Accelerate CRM
- Digitize the ticket
- Open the platform (distribute tickets off-platform, API/TM 'Buy Button')

**2016**
- Provide clients new TM1 tools and drive adoption
- Change artist perception by providing them new artist tools to meet their specific goals
- Launch improved consumer experience with international host market parity
- Continue growing resale business
- Launch a meaningful, press-worthy promotional vehicle that begins to attract new fans
- Continue to invest and grow our portfolio solutions
- Open the platform to new distribution partners

CONFIDENTIAL - DO NOT DISTRIBUTE

HIGHLY CONFIDENTIAL

38

**BLUE PRINT**

# Past Strat Plans | 2017-2020 (NA)

**2017**
- Renew 29M tickets and add 3.7M tickets in new business inventory
- Drive adoption of TM1 tools to reach scale with each app
- Increase Platinum tool sales from ~2% to 3 of total house
- Grow resale by an additional 1.5M tickets via increased supply and conversion
- Build (or buy) inventory distribution and consolidation business

**2018**
- Build share (TM1, portfolio brands)
- Empower artists (Verified Fan, Pricing)
- Marketplace enhancements (supply, demand, conversion)
- Ancillaries (insurance, upsells, payments)
- Fan identity (new names, recognized fans)
- Platform (security, stability, privacy)
- Open ticketing (distribution & validation powered by Presence)

**2019**
- Artist tools: enhance onsale products to reduce abuse while maintaining sell-thru velocity, launch artist dashboard product and drive adoption of 500 MAUs, grow Platinum to $470M GTV and VIP to $365M GTV
- Fair & competitive marketplace: increase marketplace ticket sales to 131M and GTV to $13.2B, consolidate TM.com and apps onto a single technology stack globally, increase DC tickets sold to 14M
- Identity-based ticketing: complete full migration to encrypted digital ticketing with Open Distribution for NFL, roll-out encrypted digital ticketing solution with secure resale marketplace controls, grow Enterprise business by 3.8M new tickets signed
- Accessible & democratized data: complete data infrastructure work to make data available to TM and LNE division products
- Secure & reliable tech platform: reduce complexity and increase security by tokenizing payments, segmenting privacy data, and modernizing core ticketing platforms
- Grow portfolio companies: increase PortCo ticket sales to 13.5M and GTV to $1.25B

**2020**
- Build the world's largest and most diversified store of live ticket inventory
- Build the world's easiest and most reliable ticket marketplace
- Identify every fan and provide a safer and personalized experience
- Grow non-traditional revenue opportunities
- Provide a secure and reliable tech and data platform to consistent power our business
- Improve organizational health, making TM the best place to work in live entertainment & protecting our ability to run the business

CONFIDENTIAL - DO NOT DISTRIBUTE   *t*

HIGHLY CONFIDENTIAL

LNE-LIT24-003498083



**DRAFT - OUTDATED**

# 5-Year Strategic Plan

| | Inventory | Fan Experience | Flywheel | Fan Identity | Global Infrastructure |
|---|---|---|---|---|---|
| | Sales \| Enterprise \| Support & Ops \| DC | Marketplace \| FX \| Music \| F&GA | Marketplace \| Enterprise \| Music \| F&GA | Marketplace \| T&S \| Music \| Enterprise | All |
| **Description** | Build & support the world's largest & most diversified store of live event ticket inventory. | Build & support the world's easiest and most reliable live event ticket marketplace. | Grow non-ticketing revenue opportunities from our large fan base. | Identify every fan to improve onsale experience and maximize revenue opportunities. | Globalize and streamline our infrastructure to improve efficiency and effectiveness (& market parity). |
| **Example Programs** | • **Client requests**<br>• New distribution channels (e.g., OTA)<br>• Client system modularity (e.g., TM Connect) | • **High-demand onsale**<br>• Fan education and expectation management<br>• Re-imagine ticket purchase and management experience<br>• Uplevel customer service | • Market-based pricing<br>• New flywheel spokes (e.g., travel & experiences) | • **Account fidelity**<br>• **360 data aggregation**<br>• Loyalty program<br>• TM1 for Artists<br>• TM1 fan data & insights service | • **Consolidation**<br>• New AI & ML opportunities |

HIGHLY CONFIDENTIAL

40

**DRAFT - OUTDATED**

BLUEPRINT

# 5-Year Strategic Plan

| Client Relationships | Fan Experience | Flywheel Growth | Global [X] | Organizational Alignment |
|---|---|---|---|---|
| Sales \| Enterprise \| Support & Ops \| DC \| Music | Marketplace \| FX \| Music \| F&GA \| Support & Ops | Marketplace \| Music \| F&GA | Tech \| All | HR \| Central Services \| All |
| Build the world's largest & most diversified store of live event ticket inventory. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue opportunities. | Support tours globally through reliable, market parity products. | Bring cohesion across our large and diverse organization. |
| Sign and renew tickets. | Keep fans informed. | Monetize and merchandise the live event experience around ticketing. | Make the fan experience the same regardless of market. | Break organizational silos across businesses and geographies. |
| Increase resale listings. | Make the onsale experience as painless as possible. | Personalize the purchase experience for each fan to increase take-rates. | Increase product competitiveness across markets. | Organize our disparate databases. |
| Build ticket ingestion capabilities. | Get tickets in the hands of fans, not bots. | Increase the basket size of each fan. | Get innovation to market faster. | Align on organizational priorities. |
| Increase the reach of inventory. | Provide fans support from any place, on any device, at any time. | Move upstream with high-value solutions for industry partners. | Increase stability and delivery with standardized tools and processes. | Attract, retain, and support a diverse, high-performing team committed to our company mission. |
| Empower clients (venues, leagues, artists) with flexible tools and insightful data to build events that meet their needs. | Personalize the on-site experience for each fan to increase conversion. | Test and scale new revenue opportunities. | Reduce complexities and the cost to serve our business. | Make Ticketmaster the best place to work in live entertainment. |
| Super-serve priority clients with high-touch support. | Ensure a seamless entry experience. | | | |

objectives

LNE-LIT24-003498085

41

**DRAFT - OUTDATED**

ANNUAL PLANNING

# Annual Planning Process

| | July | August | September | October | November | December |
|---|---|---|---|---|---|---|
| **Facilitated centrally** (Strategy, Finance) | • Priority Program identification (created by LOBs, facilitated by Strategy)<br><br>• Draft OKRs (created by LOBs, facilitated by Strategy) | | | | • Final OKRs (created by LOBs, facilitated by Strategy)<br><br>• Final budget (disseminated by Finance) | • Set up monthly OKR tracking (completed by Strategy)<br><br>• Set up finance tracking (completed by Finance) |
| **Facilitated by LOB** (Marketplace, Enterprise) | • Business / Regional leads share needs (provided by LOBs / RVPs, facilitated by Marketplace / Enterprise) | • Program prioritization (hosted by Marketplace / Enterprise) | • Align on program prioritization with execs (held for Marketplace / Enterprise)<br><br>• Dependency assessment (completed by Tech, facilitated by Marketplace / Enterprise)<br><br>• Tech capacity assessments (completed by Tech, facilitated by Marketplace / Enterprise) | | • Final annual capacity (completed by Tech, facilitated by Marketplace / Enterprise)<br><br>• Final delivery capture (e.g., Smartsheets) (completed by PMO, facilitated by Marketplace / Enterprise) | • Set up delivery tracking (completed by PMO, facilitated by Marketplace / Enterprise) |

CONFIDENTIAL - DO NOT DISTRIBUTE  *t*

LNE-LIT24-003498086





DRAFT - OUTDATED

ANNUAL PLANNING

# Annual Planning Process

July
August
September
October
November
December
Facilitated centrally
Priority Program identification
Draft OKRs
Final OKRs
Final Budget
Set up monthly OKR tracking
Set up financial tracking
Facilitated by Marketplace & Enterprise
Marketplace & Enterprise capture business / regional needs
Marketplace & Enterprise program prioritization
Exec Alignment
Dependency assessment
Tech capacity assessment
Final Capacity
Set up delivery capture (e.g., Smartsheets)

BLUEPRINT

## Agenda

The Ticketmaster Blueprint

LOB 2024 Annual Planning Process

LOB Priority Programs Template

CONFIDENTIAL - DO NOT DISTRIBUTE

t



The ticketing industry starts with the event organizer. As the final voice on all decisions, from onsale dates to ticket prices, they are Ticketmaster's key stakeholder.

CONFIDENTIAL - DO NOT DISTRIBUTE

**BLUE**PRINT

## Stakeholder Needs

| Event Organizers | Venues | Fans |
|---|---|---|
| 1) **Understanding of demand** <br> Ability to make decisions in time to capture demand | 1) **Control over event management** | 1) **Trust in ticket legitimacy** |
| 2) **Control over ticket distribution** <br> Ability to prioritize onsale participation & channel flexibility to maximize reach | 2) **Business and fan insights** | 2) **Transparent and affordable prices & fees** |
| 3) **Price optimization** <br> Maximize revenue & demand through pricing | 3) **Dedicated and responsive client service (ops)** | 3) **Selection of inventory** |
| 4) **Business and fan insights** <br> Ability to analyze, segment, and market to fans | 4) **Ticket security** <br> Minimize fraud & ensure attendee safety | 4) **Purchase ease & performance** <br> Ability to find & buy right tickets & events |
| 5) **Onsale reliability** <br> Ensure a flawless high-demand onsale experience for fans | 5) **Onsale reliability** | 5) **Ticket management ease & performance** <br> Ability to sell, transfer, refund, exchange & customer service |

**Onsale reliability** is a critical need across all key stakeholders

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

5

**BLUEPRINT**

## ticketmaster Competitive Assessment

| Strengths | Weaknesses | Innovation |
|---|---|---|
| Highest awareness, largest live event marketing database | Weakened brand reputation EOY 2022 | Onsales at scale |
| Most trusted for real tickets with official content & venue partnerships | High fee, low transparency perception | Ticket verification |
| Highest NPS, most trusted to deliver positive experience | Inconsistent reliability / susceptibility to hyper-intensive sales activity | Verified Fan, SmartQueue, Face Value Exchange, TM Request, Safetix products |
| Largest, best selection | Benchmarked against non-tricking platforms | Global marketing & distribution scale |
| Global footprint | Complex technology (legacy, fragmented, siloed tooling) | Data, insights & sales forecasting |
| First mover advantage | Slow speed to market / pace of innovation | Identity-based ticketing |
| Scale drives competitive client pricing, client offerings, partner prioritization and general industry influence | Client customization | Pricing tools |
| Top enterprise solutions | Fan-unfriendly client restrictions (i.e. resale) | Travel & experiences offerings |
| Deep partnership experience | Inflexible data & reporting | OTA connections |
| Strong artist & LN relationships | Lack of automation | Custom third-party solutions |
| Strong client support (viewed as extension of client team) | Gaps in white label and DIY solutions | |
| Category expertise | Industry-lagging affiliate economics | |
| Local expertise | Low customer service visibility and accessibility | |
| High-demand onsale capabilities | Limited phones | |
| Clubs solution | Lacking payment portal for updating existing orders | |
| API technology | No ISO certification | |
| Open content, closed transactions | | |
| Superior FX Help Center | | |
| Self Service / RPA FX support | | |
| Strong internal controls | | |
| Global protections | | |
| Strong investment in data protection YOY | | |

t







8

**BLUEPRINT**

**VISION**
Long-run objective - what we want to achieve in 5-10 years

# Unlocking unforgettable experiences

**MISSION**
Roadmap to achieving our objective – what we do, for whom, for what impact

# We provide event organizers with reliable and insightful products to provide the best live experience for their fans

| **WHAT** | **WHO** | **IMPACT** |
|---|---|---|
| Provide reliable and insightful products | Event organizers | Provide the best live experience for their fans |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

9

**BLUEPRINT**

## 5-Year Strategic Plan

| Client Services | Fan Experience | Flywheel Growth | Global Scale | Organizational Alignment |
|---|---|---|---|---|
| Build & support the world's largest & most diversified store of live event ticket inventory. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue streams. | Support tours globally with competitive and scalable solutions. | Bring cohesion across our diverse organization. |
| Empower event organizers (clients and artists) with insightful data and flexible tools that meet their needs. | Rebuild trust from fans and the public through increased transparency. | Increase resale listings.<br><br>Build ticket ingestion capabilities. | Increase product competitiveness across markets. | Attract, retain, and support a diverse, high-performing team committed to our company mission. |
| Sign and renew tickets. | Make the onsale experience as easy as possible. | Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience. | Get innovation to market faster. | Break organizational silos across businesses and geographies. |
| Increase the reach and sell-through of inventory. | Get tickets in the hands of fans, not bad actors. | Empower event organizers with market-based pricing tools. | Improve delivery with standardized tools and processes. | Organize our disparate databases for our most critical use cases. |
| Super-serve *priority* clients with high-touch support. | Provide fans *high-quality* support from any place, on any device, at any time. | Expand and monetize high-value SaaS solutions for event organizers. | Reduce complexities and costs to serve our business. | Make Ticketmaster the best place to work in live entertainment. |
| | Create seamless experiences for fans' most critical purchase, ticket management, and entry needs. | Strategically test and scale new business models. | | |
| | Build strong fan relationships to drive fan acquisition and retention. | | | |

CONFIDENTIAL- DO NOT DISTRIBUTE

*t*



BLUEPRINT

## Agenda

The Ticketmaster Blueprint

LOB 2024 Annual Planning Process

LOB Priority Programs Template

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*



**ANNUAL PLANNING**

## Annual Planning Process

CONFIDENTIAL- DO NOT DISTRIBUTE



CONFIDENTIAL - DO NOT DISTRIBUTE

13

ANNUAL PLANNING

# 5-Year Strategic Plan

| | Client Services | Fan Experience | Flywheel Growth | Global Scale | Organizational Alignment |
|---|---|---|---|---|---|
| **Objectives** | Build & support the world's largest & most diversified store of live event ticket inventory.<br><br>Empower event organizers (clients and artists) with insightful data and flexible tools that meet their needs.<br><br>Sign and renew tickets.<br><br>Increase the reach and sell-through of inventory.<br><br>Super-serve *priority* clients with high-touch support. | Build the world's easiest and most reliable live event ticket marketplace.<br><br>Rebuild trust from fans and the public through increased transparency.<br><br>Make the onsale experience as easy as possible.<br><br>Get tickets in the hands of fans, not bad actors.<br><br>Provide fans *high-quality* support from any place, on any device, at any time.<br><br>Create seamless experiences for fans' most critical purchase, ticket management, and entry needs.<br><br>Build strong fan relationships to drive fan acquisition and retention. | Grow non-traditional, high-margin revenue streams.<br><br>Increase resale listings.<br><br>Build ticket ingestion capabilities.<br><br>Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience.<br><br>Empower event organizers with market-based pricing tools.<br><br>Expand and monetize high-value SaaS solutions for event organizers.<br><br>Strategically test and scale new business models. | Support tours globally with competitive and scalable solutions.<br><br>Increase product competitiveness across markets.<br><br>Get innovation to market faster.<br><br>Improve delivery with standardized tools and processes.<br><br>Reduce complexities and costs to serve our business. | Bring cohesion across our diverse organization.<br><br>Attract, retain, and support a diverse, high-performing team committed to our company mission.<br><br>Break organizational silos across businesses and geographies.<br><br>Organize our disparate databases for our most critical use cases.<br><br>Make Ticketmaster the best place to work in live entertainment. |
| **Programs** | • ... | • ... | • ... | • ... | • ... |

CONFIDENTIAL- DO NOT DISTRIBUTE

*t*





ANNUAL PLANNING

## [LOB] Org Structure

CONFIDENTIAL - DO NOT DISTRIBUTE





**Stakeholder Needs | User Journey**

**Pre-Onsale**

Event Organizers:
- Control over ticket distribution
- Understanding of demand

Venues:
- Control over event management

**Onsale**

Event Organizers:
- Onsale reliability
- Price optimization

Venues:
- Onsale reliability

Fans:
- Onsale reliability (purchase ease & performance)
- Selection of inventory
- Transparent and affordable prices & fees

**Event Day & Beyond**

Event Organizers:
- Business and fan insights

Venues:
- Ticket security
- Dedicated support team
- Business and fan insights

Fans:
- Trust in ticket legitimacy

**Post-Onsale**

Event Organizers:
- Marketing optimization

Fans:
- Ticket management ease and performance

CONFIDENTIAL - DO NOT DISTRIBUTE











CONFIDENTIAL - DO NOT DISTRIBUTE





# Our growth has been fueled by the live events industry...

### Consumer spend shifting to experiences from goods

Average US annual personal consumption expenditure growth, 2014-16 (%)

### Increasing concert inventory to meet demand

Ticketmaster Host global concert sellable ticket inventory (M)

### Concert mix shifting towards bigger venues

Ticketmaster Host global concert sellable ticket inventory by venue (M)

CONFIDENTIAL - DO NOT DISTRIBUTE



## ...and our position within the ticketing industry

| Brand awareness | Fan data | High-demand onsale support | Full-service client support | Exclusive inventory |
|---|---|---|---|---|
| Nearly **2 in 3 respondents think of Ticketmaster first** when asked to name ticketing brands | Ticketmaster has the **highest monthly active users** among ticketing companies, helping us reach the right fan | Ticketmaster technology was specifically built to **handle onsales for high-demand concerts** | Ticketmaster has invested in onsite support through its large **Client Support team** | LNE's financial strength enables Ticketmaster to **outbid competitors** and secure exclusive inventory |

**285.6M**
NA HOST ACCOUNTS
*2022 year-end, +44% from 2019 year-end*

*"SeatGeek is a secondary ticketing company that dabbles in primary ticket sales while Ticketmaster is better built for large sales. There's things that we have become accustomed to in the music business that Ticketmaster does really well."*
— John Arlt, Booking Agent for The Strokes

*"It remains our belief that Ticketmaster's comprehensive solution is superior to all others in countless respects — for example, operational support to address in a timely manner any and all issues that arise."*
— Larry S. Freedman, Co-President and Chief Business Officer, LAFC and Banc of California Stadium

**128%**
GLOBAL NET RENEWAL RATE
*in full-year 2022, +12 ppts. from annual target of 116%*

Incumbent scale

Source: Fall 2022 US Brand Tracker; Billboard "Barclay's Center Ditched SeatGeek for Ticketmaster After Recurring Tech Issues;" Opening Statement of Joe Berchtold at the US Senate Judiciary Committee; December 2022    CONFIDENTIAL - DO NOT DISTRIBUTE
Global New, Renewed, Lost Monthly Report









CONFIDENTIAL - DO NOT DISTRIBUTE

31

**BLUEPRINT**

## Expand the core: we continue to explore M&A targets to grow our global footprint

| | Israel | South Africa | Brazil | | Argentina |
|---|---|---|---|---|---|
| **Target** | Leaan | Quicket | BaladAPP | Sympla | Crowder |
| **Description** | Established ticketing company with significant market share in sports, theatre and other lifestyle | Established self service offering for South Africa middle-market, with 20+ partnerships in other African markets | Ticketing platform focused on mid-size events; started international expansion of Brazilian acts | Leading events platform with focus on entertainment, theaters, and museums serving diversified clients | White labeled ticketing technology platform serving clients throughout in LATAM |
| **Tickets** | 1.5M | 1.7M | 2.1M | 16M | 5.1M |
| **Revenue** | $5.6M | $1.8M | $6.5M | $34.0M | $2.6M |
| **EBITDA** | $2.1M | $0.4M | $4.4M | ~$1.0M | $1.8M |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*



**Resale: service fee revenues from resale grows as Ticketmaster gains share**



BLUEPRINT    RISKS

## Although uncertain, disruptive market risks threaten our business

| Venue exclusivity | Subscription models | Direct to consumer models | Competitive cost structures | Metaverse experiences |
|---|---|---|---|---|
| Ticketmaster's exclusive inventory asset would lose value if the all markets shift towards an allocation model | Ticketmaster's business model would be challenged if the market shifts to subscriptions | Clients (e.g., artists) would eliminate need for ticketing platforms if they go direct to consumers | New ecomm models (e.g., using blockchain technology) could diminish barriers to entry | The Metaverse poses a small but highly disruptive threat to the live events industry overall |

Estimated TM GTV Market Share (%)

50%
40%
30%
20%
10%
0%

50%

NA
(exclusive contract model)

Global subscription e-commerce market size ($B)

1,000
800
600
400
200
0

+653%

+65%

73    120    904

2021    2022F    2026F

Source: Forbes via The Business Research Company

Spotify

Spotify launched a site to test preselling tickets directly to Spotify listeners for seven artists in 2022

bandsintown

Bandsintown launched free CRM tools to help artists own fan relationships in 2022 including fan data, mailing lists, etc.

Decentralized Marketplace Example

Decentralized marketplace enable transactions on a global and self-executing platform by using "smart contracts"

Percentage of gamers who have played Metaverse style games, by age

32%    29%

18-47    18-34

Source: Bain Young Gamers Survey (n = 5,185)

Source: Forbes "The Growth of Subscription Commerce," Bain & Company "Young Gamers and the Metaverse: How the Rules of Success are Changing"

CONFIDENTIAL - DO NOT DISTRIBUTE

t



CONFIDENTIAL - DO NOT DISTRIBUTE



CONFIDENTIAL - DO NOT DISTRIBUTE



**BLUE**PRINT

## Past Strat Plans | 2012-2016 (NA)

**2012**
- Retain clients: ensure long-term growth by: (1) using scale to retain clients, (2) surpassing competitors' products
- Differentiated client tools: provide clients tools to better price, distribute, and market their primary tickets
- Enter new markets: expand coverage through acquisitions in 'long-tail,' attractions, and South American ticketing
- Recapture resale market: build a digital ticketing ecosystem which allows clients to capture all fan data and participation in secondary market

**2013**
- Expand resale
- Accelerate mobile
- Rebuild ticketing platform

**2014**
- Increase conversion and add clients
- Increase mobile ticket sales
- Grow resale market share
- Deliver Jetson concerts functionality
- Grow ticketing portfolio

**2015**
- Grow inventory in concerts and new segments
- Grow inventory in resale
- Enhance consumer experience and realign brand
- Accelerate CRM
- Digitize the ticket
- Open the platform (distribute tickets off-platform, API/TM 'Buy Button')

**2016**
- Provide clients new TM1 tools and drive adoption
- Change artist perception by providing them new artist tools to meet their specific goals
- Launch improved consumer experience with international host market parity
- Continue growing resale business
- Launch a meaningful, press-worthy promotional vehicle that begins to attract new fans
- Continue to invest and grow our portfolio solutions
- Open the platform to new distribution partners

CONFIDENTIAL- DO NOT DISTRIBUTE

38

**BLUEPRINT**

## Past Strat Plans | 2017-2020 (NA)

**2017**
- Renew 29M tickets and add 3.7M tickets in new business inventory
- Drive adoption of TM1 tools to reach scale with each app
- Increase Platinum tool sales from ~2% to 3 of total house
- Grow resale by an additional 1.5M tickets via increased supply and conversion
- Build (or buy) inventory distribution and consolidation business

**2018**
- Build share (TM1, portfolio brands)
- Empower artists (Verified Fan, Pricing)
- Marketplace enhancements (supply, demand, conversion)
- Ancillaries (insurance, upsells, payments)
- Fan identity (new names, recognized fans)
- Platform (security, stability, privacy)
- Open ticketing (distribution & validation powered by Presence)

**2019**
- Artist tools: enhance onsale products to reduce abuse while maintaining sell-thru velocity, launch artist dashboard product and drive adoption of 500 MAUs, grow Platinum to $470M GTV and VIP to $365M GTV
- Fair & competitive marketplace: increase marketplace ticket sales to 131M and GTV to $13.2B, consolidate TM.com and apps onto a single technology stack globally, increase DC tickets sold to 14M
- Identity-based ticketing: complete full migration to encrypted digital ticketing with Open Distribution for NFL, roll-out encrypted digital ticketing solution with secure resale marketplace controls, grow Enterprise business by 3.8M new tickets signed
- Accessible & democratized data: complete data infrastructure work to make data available to TM and LNE division products
- Secure & reliable tech platform: reduce complexity and increase security by tokenizing payments, segmenting privacy data, and modernizing core ticketing platforms
- Grow portfolio companies: increase PortCo ticket sales to 13.5M and GTV to $1.25B

**2020**
- Build the world's largest and most diversified store of live ticket inventory
- Build the world's easiest and most reliable ticket marketplace
- Identify every fan and provide a safer and personalized experience
- Grow non-traditional revenue opportunities
- Provide a secure and reliable tech and data platform to consistent power our business
- Improve organizational health, making TM the best place to work in live entertainment & protecting our ability to run the business

CONFIDENTIAL- DO NOT DISTRIBUTE

*t*

BLUEPRINT

**DRAFT - OUTDATED**

39

## 5-Year Strategic Plan

| Inventory | Fan Experience | Flywheel | Fan Identity | Global Infrastructure |
|---|---|---|---|---|
| Sales \| Enterprise \| Support & Ops \| DC | Marketplace \| FX \| Music \| F&GA | Marketplace \| Enterprise \| Music \| F&GA | Marketplace \| T&S \| Music \| Enterprise | All |
| **Description** Build & support the world's largest & most diversified store of live event ticket inventory. | Build & support the world's easiest and most reliable live event ticket marketplace. | Grow non-ticketing revenue opportunities from our large fan base. | Identify every fan to improve onsale experience and maximize revenue opportunities. | Globalize and streamline our infrastructure to improve efficiency and effectiveness (& market parity). |
| **Example Programs** • Client requests<br>• New distribution channels (e.g., OTA)<br>• Client system modularity (e.g., TM Connect) | • High-demand onsale<br>• Fan education and expectation management<br>• Re-imagine ticket purchase and management experience<br>• Uplevel customer service | • Market-based pricing<br>• New flywheel spokes (e.g., travel & experiences) | • Account fidelity<br>• 360 data aggregation<br>• Loyalty program<br>• TM1 for Artists<br>• TM1 fan data & insights service | • Consolidation<br>• New AI & ML opportunities |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

40

DRAFT - OUTDATED

BLUEPRINT

# 5-Year Strategic Plan

| Client Relationships | Fan Experience | Flywheel Growth | Global [X] | Organizational Alignment |
|---|---|---|---|---|
| Sales | Enterprise | Support & Ops | DC | Music | Marketplace | FX | Music | F&GA | Support & Ops | Marketplace | Music | F&GA | Tech | All | HR | Central Services | All |

**Objectives**

| | | | | |
|---|---|---|---|---|
| Build the world's largest & most diversified store of live event ticket inventory. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue opportunities. | Support tours globally through reliable, market parity products. | Bring cohesion across our large and diverse organization. |
| Sign and renew tickets. | Keep fans informed. | Monetize and merchandise the live event experience around ticketing. | Make the fan experience the same regardless of market. | Break organizational silos across businesses and geographies. |
| Increase resale listings. | Make the onsale experience as painless as possible. | Personalize the purchase experience for each fan to increase take-rates. | Increase product competitiveness across markets. | Organize our disparate databases. |
| Build ticket ingestion capabilities. | Get tickets in the hands of fans, not bots. | Increase the basket size of each fan. | Get innovation to market faster. | Align on organizational priorities. |
| Increase the reach of inventory. | Provide fans support from any place, on any device, at any time. | Move upstream with high-value solutions for industry partners. | Increase stability and delivery with standardized tools and processes. | Attract, retain, and support a diverse, high-performing team committed to our company mission. |
| Empower clients (venues, leagues, artists) with flexible tools and insightful data to build events that meet their needs. | Personalize the on-site experience for each fan to increase conversion. | Test and scale new revenue opportunities. | Reduce complexities and the cost to serve our business. | Make Ticketmaster the best place to work in live entertainment. |
| Super-serve priority clients with high-touch support. | Ensure a seamless entry experience. | | | |

**Programs**

| | | | | |
|---|---|---|---|---|
| • ... | • ... | • ... | • ... | • ... |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*





2023

# Ticketmaster Blueprint

June 2023

CONFIDENTIAL - DO NOT DISTRIBUTE

ticketmaster

BLUEPRINT

## Agenda

### The Ticketmaster Blueprint

LOB 2024 Annual Planning Process

LOB Priority Programs Template

CONFIDENTIAL - DO NOT DISTRIBUTE

t

**BLUEPRINT**

## Stakeholders



The ticketing industry starts with the event organizer. As the final voice on all decisions, from onsale dates to ticket prices, they are Ticketmaster's key stakeholder.

CONFIDENTIAL - DO NOT DISTRIBUTE

4

**BLUE**PRINT

# Stakeholder Needs

| Event Organizers | Venues | Fans |
|---|---|---|
| 1) **Understanding of demand**<br>Ability to make decisions in time to capture demand | 1) **Control over event management** | 1) **Trust in ticket legitimacy** |
| 2) **Control over ticket distribution**<br>Ability to prioritize onsale participation & channel flexibility to maximize reach | 2) **Business and fan insights** | 2) **Transparent and affordable prices & fees** |
| 3) **Price optimization**<br>Maximize revenue & demand through pricing | 3) **Dedicated and responsive client service (ops)** | 3) **Selection of inventory** |
| 4) **Business and fan insights**<br>Ability to analyze, segment, and market to fans | 4) **Ticket security**<br>Minimize fraud & ensure attendee safety | 4) **Purchase ease & performance**<br>Ability to find & buy right tickets & events |
| 5) **Onsale reliability**<br>Ensure a flawless high-demand onsale experience for fans | 5) **Onsale reliability** | 5) **Ticket management ease & performance**<br>Ability to sell, transfer, refund, exchange & customer service |

**Onsale reliability** is a critical need across all key stakeholders

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

5

BLUEPRINT

# ticketmaster Competitive Assessment

| Strengths | Weaknesses | Innovation |
|---|---|---|
| • Highest awareness. largest live event marketing database | • Weakened brand reputation EOY 2022 | • Onsales at scale |
| • Most trusted for real tickets with official content & venue partnerships | • High fee, low transparency perception | • Ticket verification |
| • Highest NPS, most trusted to deliver positive experience | • Inconsistent reliability / susceptibility to hyper-intensive sales activity | • Verified Fan, SmartQueue, Face Value Exchange, TM Request, Safetix products |
| • Largest, best selection | • Benchmarked against non-tricking platforms | • Global marketing & distribution scale |
| • Global footprint | • Complex technology (legacy, fragmented, siloed tooling) | • Data, insights & sales forecasting |
| • First mover advantage | • Slow speed to market / pace of innovation | • Identity-based ticketing |
| • Scale drives competitive client pricing, client offerings, partner prioritization and general industry influence | • Client customization | • Pricing tools |
| • Top enterprise solutions | • Fan-unfriendly client restrictions (i.e. resale) | • Travel & experiences offerings |
| • Deep partnership experience | • Inflexible data & reporting | • OTA connections |
| • Strong artist & LN relationships | • Lack of automation | • Custom third-party solutions |
| • Strong client support (viewed as extension of client team) | • Gaps in white label and DIY solutions | |
| • Category expertise | • Industry-lagging affiliate economics | |
| • Local expertise | • Low customer service visibility and accessibility | |
| • High-demand onsale capabilities | • Limited phones | |
| • Clubs solution | • Lacking payment portal for updating existing orders | |
| • API technology | • No ISO certification | |
| • Open content, closed transactions | | |
| • Superior FX Help Center | | |
| • Self Service / RPA FX support | | |
| • Strong internal controls | | |
| • Global protections | | |
| • Strong investment in data protection YOY | | |

t





8

**BLUEPRINT**

**VISION**

Long-run objective - what we want to achieve in 5-10 years

# Unlocking unforgettable experiences

**MISSION**

Roadmap to achieving our objective – what we do, for whom, for what impact

# We provide event organizers with reliable and insightful products to provide the best live experience for their fans

**WHAT**

Provide reliable and insightful products

**WHO**

Event organizers

**IMPACT**

Provide the best live experience for their fans

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

9

**BLUEPRINT**

# 5-Year Strategic Plan

| Client Services | Fan Experience | Flywheel Growth | Global Scale | Organizational Alignment |
|---|---|---|---|---|
| Build & support the world's largest & most diversified store of live event ticket inventory. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue streams. | Support tours globally with competitive and scalable solutions. | Bring cohesion across our diverse organization. |
| Empower event organizers (clients and artists) with insightful data and flexible tools that meet their needs. | Rebuild trust from fans and the public through increased transparency. | Increase resale listings. | Increase product competitiveness across markets. | Attract, retain, and support a diverse, high-performing team committed to our company mission. |
| Sign and renew tickets. | Make the onsale experience as easy as possible. | Build ticket ingestion capabilities. | Get innovation to market faster. | Break organizational silos across businesses and geographies. |
| Increase the reach and sell-through of inventory. | Get tickets in the hands of fans, not bad actors. | Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience. | Improve delivery with standardized tools and processes. | Organize our disparate databases for our most critical use cases. |
| Super-serve *priority* clients with high-touch support. | Provide fans *high-quality* support from any place, on any device, at any time. | Empower event organizers with market-based pricing tools. | Reduce complexities and costs to serve our business. | Make Ticketmaster the best place to work in live entertainment. |
| | Create seamless experiences for fans' most critical purchase, ticket management, and entry needs. | Expand and monetize high-value SaaS solutions for event organizers. | | |
| | Build strong fan relationships to drive fan acquisition and retention. | Strategically test and scale new business models. | | |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

BLUEPRINT

## Agenda

The Ticketmaster Blueprint

LOB 2024 Annual Planning Process

LOB Priority Programs Template

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

11

**ANNUAL PLANNING**

## Annual Planning Process

BLUEPRINT

## Agenda

The Ticketmaster Blueprint

LOB 2024 Annual Planning Process

**LOB Priority Programs Template**

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

13

# 5-Year Strategic Plan

| Client Services | Fan Experience | Flywheel Growth | Global Scale | Organizational Alignment |
|---|---|---|---|---|
| Build & support the world's largest & most diversified store of live event ticket inventory. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue streams. | Support tours globally with competitive and scalable solutions. | Bring cohesion across our diverse organization. |
| Empower event organizers (clients and artists) with insightful data and flexible tools that meet their needs. | Rebuild trust from fans and the public through increased transparency. | Increase resale listings. | Increase product competitiveness across markets. | Attract, retain, and support a diverse, high-performing team committed to our company mission. |
| Sign and renew tickets. | Make the onsale experience as easy as possible. | Build ticket ingestion capabilities. | Get innovation to market faster. | Break organizational silos across businesses and geographies. |
| Increase the reach and sell-through of inventory. | Get tickets in the hands of fans, not bad actors. | Improve the merchandising of upsells, insurance, travel, and experiences around the live event experience. | Improve delivery with standardized tools and processes. | Organize our disparate databases for our most critical use cases. |
| Super-serve *priority* clients with high-touch support. | Provide fans *high-quality* support from any place, on any device, at any time. | Empower event organizers with market-based pricing tools. | Reduce complexities and costs to serve our business. | Make Ticketmaster the best place to work in live entertainment. |
| | Create seamless experiences for fans' most critical purchase, ticket management, and entry needs. | Expand and monetize high-value SaaS solutions for event organizers. | | |
| | Build strong fan relationships to drive fan acquisition and retention. | Strategically test and scale new business models. | | |

Objectives

Programs

- ...
- ...
- ...
- ...
- ...

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

14

**ANNUAL PLANNING**

## [LOB] Priority Programs

| | Priority Program | Strategic Plan Pillar | Problem Statement (pain points) | Business Case (reach, impact, profitability) | OKRs (measurement) |
|---|---|---|---|---|---|
| 1 | ... | ... | • ... | • ... | • ... |
| 2 | ... | ... | • ... | • ... | • ... |
| 3 | ... | ... | • ... | • ... | • ... |
| 4 | ... | ... | • ... | • ... | • ... |
| 5 | ... | ... | • ... | • ... | • ... |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

15

ANNUAL PLANNING

## [LOB] Org Structure



CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

BLUEPRINT

## Appendix

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

17

**BLUE**PRINT

# Stakeholder Needs | User Journey



### Pre-Onsale

Event Organizers:
- Control over ticket distribution
- Understanding of demand

Venues:
- Control over event management

### Onsale

Event Organizers:
- Onsale reliability
- Price optimization

Venues:
- Onsale reliability

Fans:
- Onsale reliability (purchase ease & performance)
- Selection of inventory
- Transparent and affordable prices & fees

### Event Day & Beyond

Event Organizers:
- Business and fan insights

Venues:
- Ticket security
- Dedicated support team
- Business and fan insights

Fans:
- Trust in ticket legitimacy

### Post-Onsale

Event Organizers:
- Marketing optimization

Fans:
- Ticket management ease and performance

CONFIDENTIAL - DO NOT DISTRIBUTE









BLUEPRINT

**Appendix**

State of the Business

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

23

**BLUEPRINT**

# The live event industry is changing, and so are we

**Ticketmaster under increased scrutiny**

News clips and tweets



**Ticketmaster brand on the decline**

Latest 52 weeks US social media posts (K) and sentiment (%)



Source: Infegy, Feb 1 2022 - Jan 31 2023

**US legislative push to create "runaway resale"**

US States by resale laws



**LNE taking stance on industry reform and ed.**

Live Nation public statements



*"We've historically not had a big incentive to kind of shout out loud that venues are charging high service fees or artist costs are expensive that hasn't been a big business incentive to date. But I think now education is paramount. We've got to now go out and do a much better job. So the policymakers, some consumers understand how the business does operate and how we all have a hand on the wheel, and we've got to all probably do a better job going forward."*

Michael Rapino, LYV Q4 2022 Earnings Calls

CONFIDENTIAL - DO NOT DISTRIBUTE



CONFIDENTIAL - DO NOT DISTRIBUTE

25

**BLUEPRINT**

# Our growth has been fueled by the live events industry...

**Consumer spend shifting to experiences from goods**

Average US annual personal consumption expenditure growth, 2014-16 (%)



**Increasing concert inventory to meet demand**

Ticketmaster Host global concert sellable ticket inventory (M)



**Concert mix shifting towards bigger venues**

Ticketmaster Host global concert sellable ticket inventory by venue (M)



CONFIDENTIAL - DO NOT DISTRIBUTE    t

26

**BLUEPRINT    ASSETS**

# ...and our position within the ticketing industry



| Brand awareness | Fan data | High-demand onsale support | Full-service client support | Exclusive inventory |
|---|---|---|---|---|

Nearly **2 in 3 respondents think of Ticketmaster first** when asked to name ticketing brands

Ticketmaster has the **highest monthly active users** among ticketing companies, helping us reach the right fan

Ticketmaster technology was specifically built to **handle onsales for high-demand concerts**

Ticketmaster has invested in onsite support through its large **Client Support team**

LNE's financial strength enables Ticketmaster to **outbid competitors** and secure exclusive inventory

OVERALL UNAIDED AWARENESS

Spring 2022   Fall 2022   Spring 2023

**285.6M**
NA HOST ACCOUNTS

*2022 year-end,*
*+44% from 2019 year-end*

*"SeatGeek is a secondary ticketing company that dabbles in primary ticket sales while Ticketmaster is better built for large sales. There's things that we have become accustomed to in the music business that Ticketmaster does really well."*

John Arfa, Booking Agent for The Strokes

*"It remains our belief that Ticketmaster's comprehensive solution is superior to all others in countless respects – for example, operational support to address in a timely manner any and all issues that arise."*

Larry S. Freedman, Co-President and Chief Business Officer, LAFC and Banc of California Stadium

**128%**
GLOBAL NET RENEWAL RATE

*in full-year 2022,*
*+12 ppts. from annual target of 116%*

Incumbent scale

Source: Fall 2022 US Brand Tracker; Billboard "Barclay's Center Ditched SeatGeek for Ticketmaster After Recurring Tech Issues;" Opening Statement of Joe Berchtold at the US Senate Judiciary Committee; December 2022 Global New, Renewed, Lost Monthly Report

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*





**Our core business model has experienced margin erosion**

The bidding process to secure inventory has grown more competitive; venues and promoters have extracted increased value at the expense of ticketing companies



30



# Expand the core: service fee revenues continues to grow

## Increasing tickets signed (net renewals)

TM Global Signings (M)



## Increasing existing footprint & expanding to new markets

TM Global GTV by market ($B)

■ Existing NA    ■ Existing Int'l    ■ New Int'l



## Growing category share; most growth from concerts

TM Global GTV by categories ($B)

■ Concerts    ■ Arts / Theater    ■ Other
■ Sports      ■ Family



Note: Global GTV numbers include primary and secondary fee-bearing GTV
**Existing NA:** U.S., Canada
**Existing Int'l:** UK, Ireland, Netherlands, Denmark, Belgium, Sweden, Norway, Finland, Germany, Australia, Czech Republic, Poland, France, Spain, Italy, UAE, Turkey, Israel, Australia, New Zealand, Argentina
**New Int'l:** Switzerland, Saudi Arabia, South Africa, Taiwan, Singapore, Thailand, Mexico, Chile

CONFIDENTIAL - DO NOT DISTRIBUTE

31

**BLUE**PRINT

## Expand the core: we continue to explore M&A targets to grow our global footprint

| | Israel | South Africa | Brazil | | Argentina |
|---|---|---|---|---|---|
| **Target** | Leaan | Quicket | BaladAPP | Sympla | Crowder |
| **Description** | Established ticketing company with significant market share in sports, theatre and other lifestyle | Established self service offering for South Africa middle-market, with 20+ partnerships in other African markets | Ticketing platform focused on mid-size events; started international expansion of Brazilian acts | Leading events platform with focus on entertainment, theaters, and museums serving diversified clients | White labeled ticketing technology platform serving clients throughout in LATAM |
| **Tickets** | 1.5M | 1.7M | 2.1M | 16M | 5.1M |
| **Revenue** | $5.6M | $1.8M | $6.5M | $34.0M | $2.6M |
| **EBITDA** | $2.1M | $0.4M | $4.4M | ~$1.0M | $1.8M |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

32

**BLUE**PRINT

## Resale: service fee revenues from resale grows as Ticketmaster gains share



**TM resale growth outpacing total TM growth**

TM Global Resale GTV ($B) and CAGR (%)

**TM resale increasing market share in a growing NA market**

Total NA Market GTV ($B) and CAGR (%)

**TM resale has strongest NA growth in concerts and sports**

TM NA Resale GTV ($B)

CONFIDENTIAL - DO NOT DISTRIBUTE



## Grow the flywheel: insurance, advertising, and pricing provide success stories

Ticketmaster Flywheel Global CM, 2019-2022 ($MM)

Note: Sponsorship & Advertising 2019 is based on actuals, 2022 is based on a forecast as of 9/20/22

CONFIDENTIAL - DO NOT DISTRIBUTE

34

**BLUEPRINT**    **RISKS**

# Although uncertain, disruptive market risks threaten our business

| Venue exclusivity | Subscription models | Direct to consumer models | Competitive cost structures | Metaverse experiences |
|---|---|---|---|---|

Ticketmaster's exclusive inventory asset would lose value if the all markets shift towards an allocation model

Ticketmaster's business model would be challenged if the market shifts to subscriptions

Clients (e.g., artists) would eliminate need for ticketing platforms if they go direct to consumers

New ecomm models (e.g., using blockchain technology) could diminish barriers to entry

The Metaverse poses a small but highly disruptive threat to the live events industry overall

Estimated TM GTV Market Share (%)



NA

(exclusive contract model)

Global subscription e-commerce market size ($B)



Source: Forbes via The Business Research Company



Spotify launched a site to test preselling tickets directly to Spotify listeners for seven artists in 2022



Bandsintown launched free CRM tools to help artists own fan relationships in 2022 including fan data, mailing lists, etc.

Decentralized Marketplace Example



Decentralized marketplace enable transactions on a global and self-executing platform by using "smart contracts"

Percentage of gamers who have played Metaverse style games, by age



Source: Bain Young Gamers Survey (n = 5,135)

Source: Forbes "The Growth of Subscription Commerce;" Bain & Company "Young Gamers and the Metaverse: How the Rules of Success are Changing"

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*



BLUEPRINT

## Appendix

Past Strat Plans

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

37

**BLUEPRINT**

# Past Strat Plans | 2012-2016 (NA)

**2012**
- Retain **clients**: ensure long-term growth by: (1) using scale to retain clients, (2) surpassing competitors' products
- Differentiated client tools: provide clients tools to better price, distribute, and market their primary tickets
- Enter new markets: expand coverage through acquisitions in 'long-tail,' attractions, and South American ticketing
- Recapture resale market: build a digital ticketing ecosystem which allows clients to capture all fan data and participation in secondary market

**2013**
- Expand resale
- Accelerate mobile
- Rebuild ticketing platform

**2014**
- Increase conversion and add clients
- Increase mobile ticket sales
- Grow resale market share
- Deliver Jetson concerts functionality
- Grow ticketing portfolio

**2015**
- Grow inventory in concerts and new segments
- Grow inventory in resale
- Enhance consumer experience and realign brand
- Accelerate CRM
- Digitize the ticket
- Open the platform (distribute tickets off-platform, API/TM 'Buy Button')

**2016**
- Provide clients new TM1 tools and drive adoption
- Change artist perception by providing them new artist tools to meet their specific goals
- Launch improved consumer experience with international host market parity
- Continue growing resale business
- Launch a meaningful, press-worthy promotional vehicle that begins to attract new fans
- Continue to invest and grow our portfolio solutions
- Open the platform to new distribution partners

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

38

**BLUE**PRINT

# Past Strat Plans | 2017-2020 (NA)

**2017**
- Renew 29M tickets and add 3.7M tickets in new business inventory
- Drive adoption of TM1 tools to reach scale with each app
- Increase Platinum tool sales from ~2% to 3 of total house
- Grow resale by an additional 1.5M tickets via increased supply and conversion
- Build (or buy) inventory distribution and consolidation business

**2018**
- Build share (TM1, portfolio brands)
- Empower artists (Verified Fan, Pricing)
- Marketplace enhancements (supply, demand, conversion)
- Ancillaries (insurance, upsells, payments)
- Fan identity (new names, recognized fans)
- Platform (security, stability, privacy)
- Open ticketing (distribution & validation powered by Presence)

**2019**
- Artist tools: enhance onsale products to reduce abuse while maintaining sell-thru velocity, launch artist dashboard product and drive adoption of 500 MAUs, grow Platinum to $470M GTV and VIP to $365M GTV
- Fair & competitive marketplace: increase marketplace ticket sales to 131M and GTV to $13.2B, consolidate TM.com and apps onto a single technology stack globally, increase DC tickets sold to 14M
- Identity-based ticketing: complete full migration to encrypted digital ticketing with Open Distribution for NFL, roll-out encrypted digital ticketing solution with secure resale marketplace controls, grow Enterprise business by 3.8M new tickets signed
- Accessible & democratized data: complete data infrastructure work to make data available to TM and LNE division products
- Secure & reliable tech platform: reduce complexity and increase security by tokenizing payments, segmenting privacy data, and modernizing core ticketing platforms
- Grow portfolio companies: increase PortCo ticket sales to 13.5M and GTV to $1.25B

**2020**
- Build the world's largest and most diversified store of live ticket inventory
- Build the world's easiest and most reliable ticket marketplace
- Identify every fan and provide a safer and personalized experience
- Grow non-traditional revenue opportunities
- Provide a secure and reliable tech and data platform to consistent power our business
- Improve organizational health, making TM the best place to work in live entertainment & protecting our ability to run the business

CONFIDENTIAL - DO NOT DISTRIBUTE

39

**BLUE**PRINT

DRAFT - OUTDATED

# 5-Year Strategic Plan

| Inventory | Fan Experience | Flywheel | Fan Identity | Global Infrastructure |
|---|---|---|---|---|
| Sales \| Enterprise \| Support & Ops \| DC | Marketplace \| FX \| Music \| F&GA | Marketplace \| Enterprise \| Music \| F&GA | Marketplace \| T&S \| Music \| Enterprise | All |

**Description**

| Inventory | Fan Experience | Flywheel | Fan Identity | Global Infrastructure |
|---|---|---|---|---|
| Build & support the world's largest & most diversified store of live event ticket inventory. | Build & support the world's easiest and most reliable live event ticket marketplace. | Grow non-ticketing revenue opportunities from our large fan base. | Identify every fan to improve onsale experience and maximize revenue opportunities. | Globalize and streamline our infrastructure to improve efficiency and effectiveness (& market parity). |

**Example Programs**

| Inventory | Fan Experience | Flywheel | Fan Identity | Global Infrastructure |
|---|---|---|---|---|
| • **Client requests**<br>• New distribution channels (e.g., OTA)<br>• Client system modularity (e.g., TM Connect) | • **High-demand onsale**<br>• Fan education and expectation management<br>• Re-imagine ticket purchase and management experience<br>• Uplevel customer service | • Market-based pricing<br>• New flywheel spokes (e.g., travel & experiences) | • **Account fidelity**<br>• **360 data aggregation**<br>• Loyalty program<br>• TM1 for Artists<br>• TM1 fan data & insights service | • **Consolidation**<br>• New AI & ML opportunities |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

40

**DRAFT - OUTDATED**

**BLUEPRINT**

# 5-Year Strategic Plan

| Client Relationships | Fan Experience | Flywheel Growth | Global [X] | Organizational Alignment |
|---|---|---|---|---|
| Sales \| Enterprise \| Support & Ops \| DC \| Music | Marketplace \| FX \| Music \| F&GA \| Support & Ops | Marketplace \| Music \| F&GA | Tech \| All | HR \| Central Services \| All |
| Build the world's largest & most diversified store of live event ticket inventory. | Build the world's easiest and most reliable live event ticket marketplace. | Grow non-traditional, high-margin revenue opportunities. | Support tours globally through reliable, market parity products. | Bring cohesion across our large and diverse organization. |
| Sign and renew tickets. | Keep fans informed. | Monetize and merchandise the live event experience around ticketing. | Make the fan experience the same regardless of market. | Break organizational silos across businesses and geographies. |
| Increase resale listings. | Make the onsale experience as painless as possible. | Personalize the purchase experience for each fan to increase take-rates. | Increase product competitiveness across markets. | Organize our disparate databases. |
| Build ticket ingestion capabilities. | Get tickets in the hands of fans, not bots. | Increase the basket size of each fan. | Get innovation to market faster. | Align on organizational priorities. |
| Increase the reach of inventory. | Provide fans support from any place, on any device, at any time. | Move upstream with high-value solutions for industry partners. | Increase stability and delivery with standardized tools and processes. | Attract, retain, and support a diverse, high-performing team committed to our company mission. |
| Empower clients (venues, leagues, artists) with flexible tools and insightful data to build events that meet their needs. | Personalize the on-site experience for each fan to increase conversion. | Test and scale new revenue opportunities. | Reduce complexities and the cost to serve our business. | Make Ticketmaster the best place to work in live entertainment. |
| Super-serve priority clients with high-touch support. | Ensure a seamless entry experience. | | | |

Objectives

Programs

- …
- …
- …
- …
- …

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*

41

DRAFT - OUTDATED

ANNUAL PLANNING

# Annual Planning Process

| | July | August | September | October | November | December |
|---|---|---|---|---|---|---|
| **Facilitated centrally (Strategy, Finance)** | • Priority Program identification (created by LOBs, facilitated by Strategy)<br>• Draft OKRs (created by LOBs, facilitated by Strategy) | | | | • Final OKRs (created by LOBs, facilitated by Strategy)<br>• Final budget (disseminated by Finance) | • Set up monthly OKR tracking (completed by Strategy)<br>• Set up finance tracking (completed by Finance) |
| **Facilitated by LOB (Marketplace, Enterprise)** | • Business / Regional leads share needs (provided by LOBs / RVPs, facilitated by Marketplace / Enterprise) | • Program prioritization (hosted by Marketplace / Enterprise) | • Align on program prioritization with execs (held for Marketplace / Enterprise)<br>• Dependency assessment (completed by Tech, facilitated by Marketplace / Enterprise)<br>• Tech capacity assessments (completed by Tech, facilitated by Marketplace / Enterprise) | | • Final annual capacity (completed by Tech, facilitated by Marketplace / Enterprise)<br>• Final delivery capture (e.g., Smartsheets) (completed by PMO, facilitated by Marketplace / Enterprise) | • Set up delivery tracking (completed by PMO, facilitated by Marketplace / Enterprise) |

CONFIDENTIAL - DO NOT DISTRIBUTE

*t*



CONFIDENTIAL - DO NOT DISTRIBUTE