| | |
|---|---|
| **From:** | Greg Wire [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=52A3DCB86E5641209EF429F4D198BCFD-WIRE, GREG] |
| **Sent:** | 3/7/2024 4:07:03 PM |
| **To:** | Joe Taylor [joetaylor@livenation.com]; Omar Al-Joulani [omaral-joulani@livenation.com]; Jordan Zachary [jordanzachary@livenation.com]; Bob Roux [bobroux@livenation.com]; Tom See [thomassee@livenation.com]; Benjamin Weeden [benjaminweeden@livenation.com]; Lisa Alulis [lisaalulis@livenation.com]; James Bilus [jimbilus@livenation.com]; Joe Berchtold [joeberchtold@livenation.com]; Jackie Beato [jackiebeato@livenation.com]; Kelly Strickland [kellystrickland@livenation.com]; Darren McInnes [darrenmcinnes@livenation.com]; Cathy Gribble [cathygribble@livenation.com]; John Ketchum [johnketchum@livenation.com]; Zachary Huntley [zacharyhuntley@livenation.com]; Christopher Culbertson [christopherculbertson@livenation.com]; Josephine Brindley [josephine.brindley@livenation.co.uk]; Ron Bleiweiss [ronbleiweiss@livenation.com]; Adrianne Henderson [adriannehenderson@livenation.com] |
| **CC:** | Greg Wire [gregwire@livenation.com] |
| **Subject:** | RE: Ticketing - Sales & Commercial Insights |
| **Attachments:** | Weekly Pricing Metrics Arenas Stadiums (03-04-24).pdf; 2024 Sales Commercial Insights (03.04.24).pdf; Weekly Pricing Metrics 2024 Club Theater (03-04-24).pdf; Weekly Pricing Metrics 2024 OO Amps (03-04-24).pdf |

Hi All,

Attached/below is this week's update. No major callouts beyond the summary.

Questions, please reach out.

Best,
Greg

**Ex. No**
**PX0770**
1:24-cv-03973

**From:** Greg Wire <GregWire@LiveNation.com>
**Sent:** Thursday, February 29, 2024 7:30 AM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>; Jordan Zachary

CONFIDENTIAL

LNE-LIT24-001319991

<JordanZachary@LiveNation.com>; Bob Roux <BobRoux@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Lisa Alulis <LisaAlulis@LiveNation.com>; James Bilus <JimBilus@LiveNation.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Jackie Beato <JackieBeato@LiveNation.com>; Kelly Strickland <KellyStrickland@LiveNation.com>; Darren McInnes <DarrenMcinnes@LiveNation.com>; Cathy Gribble <CathyGribble@LiveNation.com>; John Ketchum <JohnKetchum@LiveNation.com>; Zachary Huntley <ZacharyHuntley@LiveNation.com>; Christopher Culbertson <ChristopherCulbertson@LiveNation.com>; Josephine Brindley <josephine.brindley@livenation.co.uk>; Ron Bleiweiss <RonBleiweiss@LiveNation.com>; Adrianne Henderson <AdrianneHenderson@LiveNation.com>
**Cc:** Greg Wire <GregWire@LiveNation.com>
**Subject:** RE: Ticketing - Sales & Commercial Insights

Hi All,

Attached is today's update.

Weekly dynamic lift was slightly negative and Platinum was lower than it would have been due to Aerosmith shows being rescheduled into 2025.

Questions, please reach out.

Best,
Greg

---

**From:** Greg Wire <GregWire@LiveNation.com>
**Sent:** Wednesday, February 21, 2024 12:05 PM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>; Bob Roux <BobRoux@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Lisa Alulis <LisaAlulis@LiveNation.com>; James Bilus <JimBilus@LiveNation.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Jackie Beato <JackieBeato@LiveNation.com>; Kelly Strickland <KellyStrickland@LiveNation.com>; Darren McInnes <DarrenMcinnes@LiveNation.com>; Cathy Gribble <CathyGribble@LiveNation.com>; John Ketchum <JohnKetchum@LiveNation.com>; Zachary Huntley <ZacharyHuntley@LiveNation.com>; Christopher Culbertson <ChristopherCulbertson@LiveNation.com>; Josephine Brindley <josephine.brindley@livenation.co.uk>; Ron Bleiweiss <RonBleiweiss@LiveNation.com>; Adrianne Henderson <AdrianneHenderson@LiveNation.com>
**Cc:** Greg Wire <GregWire@LiveNation.com>
**Subject:** RE: Ticketing - Sales & Commercial Insights

Hi All,

Attached is today's update.  Some additional explanation was added to the two slides with ticket sales by venue type to clarify what each represents.

Pacing on total lift has unfortunately slipped behind PY.  2023 FEB was the largest month ever, heavily driven by Beyonce sales.

Questions, please reach out.

Best,
Greg

CONFIDENTIAL

LNE-LIT24-001319992

**From:** Greg Wire <GregWire@LiveNation.com>
**Sent:** Wednesday, February 14, 2024 9:13 PM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>; Bob Roux <BobRoux@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Lisa Alulis <LisaAlulis@LiveNation.com>; James Bilus <JimBilus@LiveNation.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Jackie Beato <JackieBeato@LiveNation.com>; Kelly Strickland <KellyStrickland@LiveNation.com>; Darren McInnes <DarrenMcinnes@LiveNation.com>; Cathy Gribble <CathyGribble@LiveNation.com>; John Ketchum <JohnKetchum@LiveNation.com>; Zachary Huntley <ZacharyHuntley@LiveNation.com>; Christopher Culbertson <ChristopherCulbertson@LiveNation.com>; Josephine Brindley <josephine.brindley@livenation.co.uk>; Ron Bleiweiss <RonBleiweiss@LiveNation.com>; Adrianne Henderson <AdrianneHenderson@LiveNation.com>
**Cc:** Greg Wire <GregWire@LiveNation.com>
**Subject:** RE: Ticketing - Sales & Commercial Insights

Hi All,

Attached is today's update.   Large amps pacing to PY avg tickets sold closed the gap to 2023.  Stadiums fell behind due to Beyonce onsale in PY.

Questions, please reach out.

Best,
Greg

---

**From:** Greg Wire <GregWire@LiveNation.com>
**Sent:** Wednesday, February 7, 2024 12:42 PM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>; Bob Roux <BobRoux@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Lisa Alulis <LisaAlulis@LiveNation.com>; James Bilus <JimBilus@LiveNation.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Jackie Beato <JackieBeato@LiveNation.com>; Kelly Strickland <KellyStrickland@LiveNation.com>; Darren McInnes <DarrenMcinnes@LiveNation.com>; Cathy Gribble <CathyGribble@LiveNation.com>; John Ketchum <JohnKetchum@LiveNation.com>; Zachary Huntley <ZacharyHuntley@LiveNation.com>; Christopher Culbertson <ChristopherCulbertson@LiveNation.com>; Josephine Brindley <josephine.brindley@livenation.co.uk>; Ron Bleiweiss <RonBleiweiss@LiveNation.com>; Adrianne Henderson <AdrianneHenderson@LiveNation.com>
**Cc:** Greg Wire <GregWire@LiveNation.com>
**Subject:** RE: Ticketing - Sales & Commercial Insights

Hi All,

Attached is today's update.  A couple thoughts:
- Currently, overall, non-branded Platinum adoption is behind the target of 50%.  We did a review of adoption from January 1 forward and found that adoption there is at 63%.  The post-Jan 1 rate is more likely indicative of what we will see going forward as prior to January 1 the concept was just being rolled out.
- Per show ticket sales and trough wrap pacing to PY is continuing to recover, but slowly.  We are going to do a deeper look at this.  More to come by next week.

CONFIDENTIAL                                                                  LNE-LIT24-001319993

Questions, please reach out.

Best,
Greg

**From:** Greg Wire <GregWire@LiveNation.com>
**Sent:** Wednesday, January 31, 2024 1:09 PM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>; Bob Roux <BobRoux@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Lisa Alulis <LisaAlulis@LiveNation.com>; James Bilus <JimBilus@LiveNation.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Jackie Beato <JackieBeato@LiveNation.com>; Kelly Strickland <KellyStrickland@LiveNation.com>; Darren McInnes <DarrenMcinnes@LiveNation.com>; Cathy Gribble <CathyGribble@LiveNation.com>; John Ketchum <JohnKetchum@LiveNation.com>; Zachary Huntley <ZacharyHuntley@LiveNation.com>; Christopher Culbertson <ChristopherCulbertson@LiveNation.com>; Josephine Brindley <josephine.brindley@livenation.co.uk>; Ron Bleiweiss <RonBleiweiss@LiveNation.com>; Adrianne Henderson <AdrianneHenderson@LiveNation.com>
**Cc:** Greg Wire <GregWire@LiveNation.com>
**Subject:** RE: Ticketing - Sales & Commercial Insights

Hi All,

Attached is today's update.  Starting to see some uptick in trough sales compared to PY.  Still pacing slightly behind on per show averages.

Questions, please reach out.

Greg

**From:** Greg Wire <GregWire@LiveNation.com>
**Sent:** Wednesday, January 17, 2024 2:25 PM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>; Bob Roux <BobRoux@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Lisa Alulis <LisaAlulis@LiveNation.com>; James Bilus <JimBilus@LiveNation.com>; Joe Berchtold <JoeBerchtold@LiveNation.com>; Jackie Beato <JackieBeato@LiveNation.com>; Kelly Strickland <KellyStrickland@LiveNation.com>; Darren McInnes <DarrenMcinnes@LiveNation.com>; Cathy Gribble <CathyGribble@LiveNation.com>; John Ketchum <JohnKetchum@LiveNation.com>; Zachary Huntley <ZacharyHuntley@LiveNation.com>; Christopher Culbertson <ChristopherCulbertson@LiveNation.com>; Josephine Brindley <josephine.brindley@livenation.co.uk>
**Cc:** Greg Wire <GregWire@LiveNation.com>
**Subject:** Ticketing - Sales & Commercial Insights

Hi All,

Attached is this week's Sales & Commercial Insights deck, the first of the new year.  We have updated some of the OKR metrics and are now including:
* Non-Branded Platinum stats

CONFIDENTIAL                                                                    LNE-LIT24-001319994

- Overall total net ticket revenue for the large venue LOBs.

Off to a good start, pacing ahead by $79M in lift compared to PY with $14M coming from non-branded Platinum.

Questions, please reach out

Greg

Greg Wire | Sr. Director – Strategy & Analytics | Concerts

⬛: GregWire@livenation.com
⬛: 111 East Wacker Dr., Suite 1400 | Chicago, IL | 60601
www.livenation.com

CONFIDENTIAL                                                                                                                LNE-LIT24-001319995

**US Concerts**
**Weekly Pricing Metrics 2024**
TM Events only except where noted

Report As of:    3/4/2024



CONFIDENTIAL

LNE-LIT24-001319996

**US Concerts**
**Weekly Pricing Metrics 2024**

Report As of:    3/4/2024

**ANALYTICS**



Note: Sales Cycle Breakdown only contains shows that have completed show cycle stage (First 4-14 Days, Trough, etc.)

CONFIDENTIAL

LNE-LIT24-001319997

US Concerts
Weekly Pricing Metrics 2024
TM Events only except where noted

Report As of:    3/4/2024



CONFIDENTIAL

LNE-LIT24-001319998

**US Concerts**
**Weekly Pricing Metrics 2024**
**TM Events only except where noted**
2023 YTD is As Of 03/04/23

Report As of:    3/4/2024

**ANALYTICS**

Note: Sales Cycle Breakdown only contains shows that have completed show cycle stage (First 4-14 Days, Trough, etc.)

CONFIDENTIAL

LNE-LIT24-001319999

# Ticket Sales & Commercial Insights

March 4, 2024



HIGHLY CONFIDENTIAL

LNE-LIT24-001320000

 CONTENTS

- Executive Summary
- OKRs
- Platinum & Dynamic
- Net Gross Growth
- Overall Ticket Sales
- OnSales
- Trough
- Close
- Web Traffic
- Customer Demo & Transaction Info

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320001

# Executive Summary

**ANALYTICS**



HIGHLY CONFIDENTIAL

LNE-LIT24-001320002



# Pricing OKR Overview





**Platinum and Dynamic Pacing vs PY**

■ YTD  ■ YTG

US Concerts; Confirmed + PL; Promoted + Buy Sell/Rentals. Dynamic
Gross Lift does not include Dynamically priced down tickets

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320003

# Pricing OKR Overview

**ANALYTICS**

## Platinum Net Lift



$824 M
$287 M
$289 M
$587 M

▣ Target  ■ 2024  ■ 2023 YTD  ■ 2023A

## 2024 Non Branded Platinum



$180 M
$26 M

▣ Target  ■ Non Branded Platinum

## Dynamic Gross Lift



$384 M
$119 M
$143 M
$333M

▣ Target  ■ 2024  ■ 2023 YTD  ■ 2023A

## Total Lift



$1,208 M
$406 M
$432 M
$920M

▣ Target  ■ 2024  ■ 2023 YTD  ■ 2023A

US Concerts; Confirmed + PL; Promoted + Buy Sell/Rentals. Dynamic Gross Lift does not include Dynamically priced down tickets

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320004

# Platinum



## Ticket Allocations



## Non Branded Platinum Adoption %



US Concerts: Confirmed + PL; Promoted + Buy Sell/Rentals. Dynamic Gross Lift does not include Dynamically priced down tickets

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320005

# Dynamic



**ANALYTICS**

## Adoption %

Stadiums
- 56%
- 41%
- 80%

Arenas
- 43%
- 35%
- 53%

Amps
- 40%
- 21%
- 55%

C/T & Other
- 10%
- 5%
- 10%

■ 23 YTD ■ 24 ■ Target

## Gross Lift Per Show

Stadiums
- $817 K
- $425 K
- $675 K

Arenas
- $107 K
- $149 K
- $170 K

Amps
- $30 K
- $30 K
- $30 K

C/T & Other
- $24 K
- $15 K
- $19 K

■ 23 YTD ■ 24 ■ Target





US Concerts; Confirmed + PL; Promoted + Buy Sell/Rentals. Dynamic
Gross Lift does not include Dynamically priced down tickets

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320006

 # Platinum & Dynamic
Eight Week Trailing Lift

 **ANALYTICS**

### Trailing Eight Week Dynamic Lift $M

### Trailing Eight Week Platinum Net Lift $M



US Concerts; Confirmed + PL; Promoted + Buy Sell/Rentals.  Dynamic
Gross Lift does not include Dynamically priced down tickets. 2/5 – 2/11
in 2023 was the first week of Beyonce onsales.  2/19 – 2/25 had approx.   Live Nation confidential. Do not distribute.
$2.5M in Aerosmith DYN move to 2025, offset by $2.5M in sales

HIGHLY CONFIDENTIAL

LNE-LIT24-001320007

 # Net Gross Growth
## Avg Full Year Rome Forecast Net Ticket Revenue by Venue Type

 **ANALYTICS**



| | Stadium | | Arena | | Large Amp | | Boutique Amp | |
|---|---|---|---|---|---|---|---|---|
| Show Count | 195 | 127 | 1,943 | 1,716 | 1,402 | 1,205 | 1,071 | 705 |

Legend: ■ 2023 FY  ■ 2024 FY

Stadium: $7.10M / $5.84M
Arena: $1.25M / $1.39M
Large Amp: $684 K / $722 K
Boutique Amp: $252 K / $268 K

Based on Rome named events: US Concerts; Confirmed + PL; Promoted Only; Excludes Festivals. Net Gross is based on the Rome finance Net Ticket Revenue (Net of Tax, FMF, etc and inclusive of Platinum Net Lift

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320008

# Overall Ticket Sales
**Total YTD Sales**





US Concerts; Confirmed + PL; Promoted Only; Excludes Festivals
Forecast shows use Rome Ticketing Sold, Dollars Sold + Plat Net Lift;
Actuals use flash paid, Combined Total Gross Revenue + Plat Net Lift

HIGHLY CONFIDENTIAL

Live Nation confidential. Do not distribute.

LNE-LIT24-001320009



# Overall Ticket Sales
## Avg Year to Date Tickets Sold by Venue Type


ANALYTICS



| | 2023 | 2024 |
|---|---|---|
| **Stadium** | 31,780 | 31,075 |
| **Arena** | 7,685 | 7,650 |
| **Amphitheatre** | 6,587 | 6,034 |
| **Boutique Amphitheatre** | 2,744 | 2,712 |
| **Theater** | 1,719 | 1,579 |
| **Club** | 564 | 475 |

| Show Count | Stadium | Arena | Amphitheatre | Boutique Amphitheatre | Theater | Club |
|---|---|---|---|---|---|---|
| 2023 | 159 | 845 | 742 | 475 | 2484 | 3162 |
| 2024 | 116 | 1518 | 1046 | 513 | 3190 | 3873 |

■ 2023
■ 2024

US Concerts; Confirmed + PL; Promoted Only; Excludes Festivals
Forecast shows use Rome Ticketing Sold, Actuals use flash paid. Does
not include shows without Ticket Counts
HIGHLY CONFIDENTIAL

Live Nation confidential. Do not distribute.

LNE-LIT24-001320010



# Overall Ticket Sales
## Avg Year to Date Audit Gross by Venue Type

**ANALYTICS**



| | Stadium | Arena | Amphitheatre | Boutique Amphitheatre | Theater | Club |
|---|---|---|---|---|---|---|
| Show Count | 159  116 | 845  1518 | 742  1046 | 475  513 | 2484  3190 | 3162  3873 |

US Concerts; Confirmed + PL; Promoted Only; Excludes Festivals
Forecast shows use Rome Ticketing Dollars Sold (inclusive of tax and net of FMF) + Plat Net Lift; Actuals use Combined Total Gross Revenue + Plat Net Lift. Does not include shows without Ticket Counts
**HIGHLY CONFIDENTIAL**

Live Nation confidential. Do not distribute.

LNE-LIT24-001320011



# Overall Ticket Sales
**Weekly Ticket Sales**


**ANALYTICS**



Total US Concerts Tickets Sold – Trailing Eight Weeks

■ 2023  ■ 2024

US Concerts; Confirmed + PL; Promoted Only; Excludes Festivals
Rome Ticketing: Sold Tickets

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320012



# Overall Ticket Sales
**Weekly Dollars Sold**



ANALYTICS



Total US Concerts Dollars Sold – Trailing Eight Weeks

■ 2023  ■ 2024

US Concerts; Confirmed + PL; Promoted Only; Excludes Festivals
Rome Ticketing: Audit Dollars Sold + Plat Net Lift
HIGHLY CONFIDENTIAL

Live Nation confidential. Do not distribute.

LNE-LIT24-001320013

# Last Week's On Sales
Onsales Last Week vs 2023 Avg Onsales

**ANALYTICS**



## Avg Tickets Sold
■ 2023A  ■ 2024

| Venue | 2023A | 2024 |
|---|---|---|
| Stadium | 26,747 | |
| Arena | 6,120 | 7,111 |
| Large Amp | 4,747 | 4,510 |
| Small Amp | 2,062 | 2,054 |
| Theater | 1,061 | 1,070 |
| Club | 242 | 190 |

## Avg Dollars Sold
■ 2023A  ■ 2024

| Venue | 2023A | 2024 |
|---|---|---|
| Stadium | | 725 K |
| Arena | $812 K | $751 K |
| Large Amp | $348 K | $301 K |
| Small Amp | $136 K | $154 K |
| Theater | $98 K | $75 K |
| Club | $9 K | $7 K |

US Concerts: Confirmed + PL; Promoted Only;
Rome Ticketing: Gross Audit Dollars only

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320014



# Last Week's Onsales
Major Onsales vs Artist Prior Onsales

PY Artist &LOB
Averages



**ANALYTICS**



US Concerts: Confirmed + PL; Promoted Only;
Rome Ticketing: Gross Audit Dollars only

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320015



# Last Week's Onsales
Major Onsales vs Artist Prior Onsales

**PY Artist &LOB**
**Averages**





US Concerts: Confirmed + PL; Promoted Only;
Rome Ticketing: Gross Audit Dollars only

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320016



# Trough
Average Daily Wraps by Venue Type – Trailing Eight Weeks



**ANALYTICS**



Stadium

■ 2024  ■ 2023

US Concerts; Confirmed + PL; Promoted Only
Rome Ticketing: Days on sale > 15; Days Out > 15

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320017

# Trough

Average Daily Wraps by Venue Type – Trailing Eight Weeks





Arena

2024  2023

Live Nation confidential. Do not distribute.

US Concerts; Confirmed + PL; Promoted Only
Rome Ticketing: Days on sale > 15; Days Out > 15

HIGHLY CONFIDENTIAL

LNE-LIT24-001320018



# Trough
Average Daily Wraps by Venue Type – Trailing Eight Weeks



ANALYTICS



Large Amphitheater

■2024 ■2023

US Concerts; Confirmed + PL; Promoted Only
Rome Ticketing: Days on sale > 15; Days Out > 15

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320019

 # Trough
Average Daily Wraps by Venue Type – Trailing Eight Weeks

 **ANALYTICS**



## Boutique Amphitheater

■ 2024  ■ 2023

US Concerts; Confirmed + PL; Promoted Only
Rome Ticketing: Days on sale > 15; Days Out > 15

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320020



# Trough
Average Daily Wraps by Venue Type – Trailing Eight Weeks





Live Nation confidential. Do not distribute.

US Concerts; Confirmed + PL; Promoted Only
Rome Ticketing: Days on sale > 15; Days Out > 15

HIGHLY CONFIDENTIAL

LNE-LIT24-001320021



# Trough
Average Daily Wraps by Venue Type – Trailing Eight Weeks



**ANALYTICS**



Club

US Concerts; Confirmed + PL; Promoted Only
Rome Ticketing: Days on sale > 15; Days Out > 15

HIGHLY CONFIDENTIAL

Live Nation confidential. Do not distribute.

LNE-LIT24-001320022



# Closes
Avg Close by Venue Type





US Concerts; Confirmed + PL; Promoted Only
Rome Ticketing: Days Out <= 14 and Open Tickets > 0

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320023



# Last Week's Closes
All Large Venue Closes, Top Artists at Small Venues





US Concerts; Confirmed + PL; Promoted Only
Rome Ticketing: > 1 sold ticket during close
Removed sell outs from average sold tickets

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320024

 # EDP Traffic & Conversion
TM/LN.com Event Detail Pages Visits Per Show Per Day





US Concerts: Confirmed + PL; Promoted Only; TM Events Only
Web Traffic: Days On Sale >= -3 and Days Out >=0, with 1+ orders

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320025

# EDP Traffic & Conversion

TM/LN.com Event Detail Pages Conversion Metrics





US Concerts: Confirmed + PL; Promoted Only; TM Events Only
Web Traffic: Days On Sale >= -3 and Days Out >=0, with 1+ orders

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320026

# Trough EDP Traffic & Conversion
TM/LN.com Event Detail Pages Conversion Metrics

**ANALYTICS**





US Concerts: Confirmed + PL; Promoted Only; TM Events Only
Web Traffic: Days On Sale >= 15 and Days Out <=15 and >=0
HIGHLY CONFIDENTIAL

Live Nation confidential. Do not distribute.

LNE-LIT24-001320027

# Customer Demo & Transaction Info

**ANALYTICS**



### Broker %
#### 2024
14%
86%
#### 2023
16%
84%

■ Non-Broker  ■ Broker

### Gender
#### 2024
44%
56%
#### 2023
43%
57%

■ F  ■ M



#### Tickets per Order
2.79 | 2.81
2024 | 2023

#### GTV per Order
$447 | $446
2024 | 2023

| | 2024 | 2023 |
|---|---|---|
| Average Age | 41 | 40 |
| Average HH Income | $108k | $106K |
| Discretionary Income Index | 110 | 109 |

US Concerts; Confirmed; Promoted Only. TM Events Only
Brokers removed from Age, HHI, and DII section

Live Nation confidential. Do not distribute.

HIGHLY CONFIDENTIAL

LNE-LIT24-001320028

US Concerts                          Report As of:        3/4/2024
Weekly Pricing Metrics 2024
TM Events only except where noted



CONFIDENTIAL                                                              LNE-LIT24-001320029

US Concerts                          Report As of:      3/4/2024
Weekly Pricing Metrics 2024
TM Events only except where noted

**ANALYTICS**



Note: Sales Cycle Breakdown only contains shows that have completed show cycle stage (First 4-14 Days, Trough, etc.)

CONFIDENTIAL                                                    LNE-LIT24-001320030

US Concerts
Weekly Pricing Metrics 2024
TM Events only except where noted

Report As of:    3/4/2024



LNE-LIT24-001320031

**US Concerts**
**Weekly Pricing Metrics 2024**
**TM Events only except where noted**

Report As of:    3/4/2024





Note: Sales Cycle Breakdown only contains shows that have completed show cycle stage (First 4-14 Days, Trough, etc.)

CONFIDENTIAL

LNE-LIT24-001320032

US Concerts
Weekly Pricing Metrics 2024
TM Events only except where noted

Report As of:    3/4/2024

**ANALYTICS**

CONFIDENTIAL

LNE-LIT24-001320033

**US Concerts**
**Weekly Pricing Metrics 2024**
**TM Events only except where noted**

Report As of:    3/4/2024



Note: Sales Cycle Breakdown only contains shows that have completed show cycle stage (First 4-14 Days, Trough, etc.)

CONFIDENTIAL

LNE-LIT24-001320034

US Concerts
Weekly Pricing Metrics 2024
TM Events only except where noted

Report As of:    3/4/2024

**ANALYTICS**

CONFIDENTIAL

LNE-LIT24-001320035

US Concerts
Weekly Pricing Metrics 2024
TM Events only except where noted
2023 YTD is As Of 03/04/23

Report As of:     3/4/2024



Note: Sales Cycle Breakdown only contains shows that have completed show cycle stage (First 4-14 Days, Trough, etc.)

CONFIDENTIAL

LNE-LIT24-001320036