| | |
|---|---|
| **From:** | Grant Lyman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CF015BBD56B24FD5879278984CCF2487-LYMAN, GRAN] |
| **Sent:** | 3/17/2021 8:33:06 PM |
| **To:** | Omar Al-Joulani [omaral-joulani@livenation.com]; Jordan Zachary [jordanzachary@livenation.com] |
| **Subject:** | RE: Walter / Outback |

10-4, got it.

---

**From:** Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>
**Sent:** Wednesday, March 17, 2021 4:30 PM
**To:** Grant Lyman <GRANTLYMAN@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>
**Subject:** Re: Walter / Outback

See what he has so we can get the intel

And then we'll say No later

---

**From:** Grant Lyman <GRANTLYMAN@LiveNation.com>
**Date:** Wednesday, March 17, 2021 at 12:17 PM
**To:** Omar Al-joulani <OmarAl-Joulani@LiveNation.com>, Jordan Zachary <JordanZachary@LiveNation.com>
**Subject:** Walter / Outback

He just texted me: **Hey dude – looking at Carolina options for a couple things. Would you be open to discussing use of CMCU Amp? I'd only ask on full tour deals of course.**

How do you recommend I respond? Should I ask him to send me what he's looking at, or flat out no - not interested?

Thanks guys

**Ex. No**

**PX0886**

1:24-cv-03973

CONFIDENTIAL    LNE-LIT24-004735917