

**Personal messages David Marcus and Michael Wichser - 2023-12-04 (UTC)**

Private                    12/4/2023, 8:08 PM UTC

David Marcus and Michael Wichser

**David Marcus**
im really excited by this slide - shows the impact of shifting tix from pricemaster to plat on CM. It's one example and we're digging deeper, but it's pretty crazy (note that the breakout of $$ between artist and venue is speculative, though TM CM $$ are actual)                    12/04/2023 08:08 PM UTC

📎 | mix shift slide.pptx    12/04/2023 08:08 PM UTC

slide is part of a bigger strat plan we're developing for 24 pricing growth    12/04/2023 08:10 PM UTC

which we'll share    12/04/2023 08:10 PM UTC

but this fired me up    12/04/2023 08:10 PM UTC

**Michael Wichser**
yep great and also shhh    12/04/2023 08:36 PM UTC

**Ex. No**
**PX0919**
1:24-cv-03973

HIGHLY CONFIDENTIAL                    LNE-LIT24-005952661

# Mix Shift Toward Platinum Tool is Powerful CM Driver

**More Powerful Software**: seat level pricing, inventory status control, custom groups and other features better capture market value than Pricemaster.

**Better Economic Model**: Platinum inside fee rewards TM for tool's impact and outside fee splits apportion value more appropriately vs. venues.

### INSIDE FEE

TM retains ■% of higher Platinum ticket price

vs ■% of lower Pricemaster lift

### OUTSIDE FEE SPLIT

TM retains ■% of outside fee on higher Platinum ticket price

vs lower % of lower ticket price

CONFIDENTIAL · DO NOT DISTRIBUTE



## Mix Shift Case Study
## Bad Bunny's *Most Wanted Tour*

Live Nation debranded upper areas of the venue, moving that inventory off of Pricemaster and into the Platinum Tool

■ expected GTV if debranded tickets remained on PM
■ actual GTV on debranded Platinum tickets

Shifting inventory to debrand added:
+$ ■ **GTV**

_____
+$ ■ Artist Gross
+$ ■ Venue Fees
+$ ■ CM

Actual CM from Debranded Platinum ■

Expected CM from Pricemaster ■

HIGHLY CONFIDENTIAL

LNE-LIT24-005952662

# Speaker Notes for Slide 1

LN has started adding debranded inventory to their tours, and even though it's still fairly new we've already seen a 14% increase in Platinum as a percent of sold inventory at arenas and stadiums

We believe the Platinum tool's seat level pricing and inventory status control can extract more lift than Pricemaster, and the data proves it. As the Platinum tool drives up gross, then we benefit in 2 ways:

1. We get ▮% of a higher amount on Platinum vs ▮% of a lower Pricemaster lift amount
2. We get ▮% of the outside fee on a higher amount on Platinum

HIGHLY CONFIDENTIAL

LNE-LIT24-005952663

## Mix Shift Toward Platinum Tool is Powerful CM Driver

**More Powerful Software**: seat level pricing, inventory status control, custom groups and other features better capture market value than Pricemaster.

**Better Economic Model**: Platinum inside fee rewards TM for tool's impact and outside fee splits apportion value more appropriately vs. venues.

| INSIDE FEE | OUTSIDE FEE SPLIT |
|---|---|
| TM retains ■% of higher Platinum ticket price | TM retains ■% of outside fee on higher Platinum ticket price |
| vs ■% of lower Pricemaster lift | vs lower % of lower ticket price |

CONFIDENTIAL - DO NOT DISTRIBUTE



Mix Shift Case Study
Bad Bunny's *Most Wanted Tour*
Live Nation debranded upper areas of the venue, moving that inventory off of Pricemaster and into the Platinum Tool

$ ■ expected GTV if debranded tickets remained on PM
$ ■ actual GTV on debranded Platinum tickets

Shifting inventory to debrand added:
+$ ■ GTV
_____
+$ ■ Artist Gross
+$ ■ Venue Fees
+ ■ CM

LN has started adding debranded inventory to their tours, and even though it's still fairly new we've already seen a 14% increase in Platinum as a percent of sold inventory at arenas and stadiums

We believe the Platinum tool's seat level pricing and inventory status control can extract more lift than Pricemaster, and the data proves it. As the Platinum tool drives up gross, then we benefit in 2 ways:

1. We get ■% of a higher amount on Platinum vs ■% of a lower Pricemaster lift amount
2. We get ■% of the outside fee on a higher amount on Platinum

Slide 1

DM1       Let's break this GTV into it's 3 components: Incremental Tour Gross, Incremental Venue Fees and Incremental CM

David Marcus, 2023-12-04T18:14:52.692

PX0919.0005

# Mix Shift Toward Platinum Tool is Powerful CM Driver

**More Powerful Software**: seat level pricing, inventory status control, custom groups and other features better capture market value than Pricemaster.

**Better Economic Model**: Platinum inside fee rewards TM for tool's impact and outside fee splits apportion value more appropriately vs. venues.

### INSIDE FEE

TM retains ▮% of higher Platinum ticket price

vs ▮% of lower Pricemaster lift

### OUTSIDE FEE SPLIT

TM retains ▮% of outside fee on higher Platinum ticket price

vs lower % of lower ticket price

CONFIDENTIAL · DO NOT DISTRIBUTE



Mix Shift Case Study
Bad Bunny's *Most Wanted Tour*
Live Nation debranded upper areas of the venue, moving that inventory off of Pricemaster and into the Platinum Tool

expected GTV if debranded tickets remained on PM
actual GTV on debranded Platinum tickets

Shifting inventory to debrand added:
+$ ▮ G DM1
—————————
+$ ▮ Artist Gross
+$ ▮ Venue Fees
+$ ▮ CM

Actual CM from Debranded Platinum

Expected CM from Pricemaster

Slide 1

DM1     Let's break this GTV into it's 3 components: Incremental Tour Gross, Incremental Venue Fees and Incremental CM

David Marcus, 2023-12-04T18:14:52.692

**PX0919.0007**