| | |
|---|---|
| **From:** | Mark Yovich [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F9662F5956684F8A951CB52C1C6D6AE0-YOVICH, MAR] |
| **Sent:** | 8/29/2022 1:20:12 AM |
| **To:** | David Marcus [david.marcus@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com] |
| **Subject:** | Re: Plat strategy |

Great. All good then.

**From:** David Marcus <david.marcus@ticketmaster.com>
**Sent:** Sunday, August 28, 2022 6:36:43 AM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>; Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Plat strategy

And the approach we agreed to take - and socialized w MR - was to "boil the frog" . . . I.e., grow the biz to a point where our $$ volume is significant enough that <u>venues</u> begin to object (eating into their % of outside fee) and we can negotiate down from strength driven by product adoption.

The weakness of Irving's argument is that he's complaining about us making money he's not losing. Our consumer fees on plat are well below market - both our own and competitors.

Final thought: LN gets █% Rebate of our inside fee. If they wanted to spiff Irving they could.

David Marcus
EVP, Global Music
310-500-5253

**From:** David Marcus <david.marcus@ticketmaster.com>
**Sent:** Sunday, August 28, 2022 7:26:54 AM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>; Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Plat strategy

2 different customers: We charge promoters to capture the upside and consumers to use our marketplace.

Pricemaster has inside and outside fees.

VIP has inside and outside fees

Travel packages have inside and outside fees

I don't think the structure is hard to defend. I think the dollar volume will become harder to defend as allocations balloon.

David Marcus
EVP, Global Music
310-500-5253

**Ex. No PX1106**
**1:24-cv-03973**

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Sunday, August 28, 2022 4:32:04 AM
**To:** Michael Wichser <michael.wichser@ticketmaster.com>; David Marcus <david.marcus@ticketmaster.com>
**Subject:** Re: Plat strategy

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

Hard to defend though

2 fees

Inside and out

I think we need options, not just defend

---

**From:** Michael Wichser <michael.wichser@ticketmaster.com>
**Sent:** Sunday, August 28, 2022 5:39:01 AM
**To:** David Marcus <david.marcus@ticketmaster.com>
**Cc:** Mark Yovich <mark.yovich@ticketmaster.com>
**Subject:** Re: Plat strategy

Totally.

On the venue side, remember every day we sign a renewal at crazy terms with high upfront check that is going to dramatically shift our margins down over next few years. I hate part of the answer being "higher fees" but simply put, it is, and that $ you are making is ultimately paying us back for the venue $ commitments so this is really important to get aligned on and most all ending up back at venues.


On Aug 27, 2022, at 10:43 AM, David Marcus <david.marcus@ticketmaster.com> wrote:


I think it's really important that we get MR and Joe to sign off on our specific Platinum strategy vs. the general acknowledgement we got a few weeks back.

Irving is on the warpath about Harry Styles (for whom we generated $33M in lift) and Bob Roux is in the middle and getting increasingly uncomfortable about it. Bob is in a difficult spot arguing why TM is entitled to ██% inside charge to promoters/artists and ██%/██% outside w venues.████████████████████████

• We've armed him with the argument that it's 2 different businesses: 1. pricing platforms for promoters/artists that drive massive increases in gross $$; and 2. our marketplace business that funds venue operations and rights acquisition.
• We've told him plat fees as a % of FV are lower than average non-plat outside fees
• Plat fees as a % of FV are dramatically lower than competing marketplaces
○ i.e., fans pay less for these market priced tickets on TM than SG, Stub, Vivid, etc.
• Plat product has improved to allow artists to price ████ of tickets where old model ██% inside and ██% outside) could only support ██%
○ See, eg, Harry pulling in lift of ██M

Irving is the first to really take a hard look at where all the plat $$ is going and as we plan to lean into Platinum for bigger volumes of tickets the gross $$ to TM will become bigger. IMO, we need MR and Joe to understand that so they can defend the model as it grows.

Note that one of the things that made bob most uncomfortable was learning (he says for the first time) that Plat outside fees at LN venues and some 3rd party buildings had increased from ██% to ██% . . . "How much money do we need to make!?!?" was his response.

---

LNE22-000118865

David Marcus
EVP, Global Music
Ticketmaster
310-500-5253

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000118866