

**Ex. No**

**PX0036**

**1:24-cv-03973**

On Dec 4, 2018, at 12:44 AM, David Marcus <david.marcus@ticketmaster.com> wrote:

I'm not gonna yell back and forth over email.  We sell anywhere from a few hundred thousand to half a million or more tickets a day. That you sold 800 tickets on a hot tour one day isn't something we notice. If it's a problem you can pick up the phone and we can try to find solutions.

Highly Confidential

AEG-LIT-000086585

VF isn't an upcharge. Hasn't been since Feb.

You think you've got answers we'd love to hear em. ███████████████████████
███████████████████

David Marcus
EVP, Head of Music
Ticketmaster
██████████████

---

**From:** Rick Mueller <rmueller@aegpresents.com>
**Sent:** Monday, December 3, 2018 9:40 PM
**To:** David Marcus
**Subject:** Re: Panic at the Disco - Bot Activity

Was it?  I kinda thought your smelled of it.  When a client has to alert you to the bot activity and the response is add more layers?  When is the system going to start working on primary level and weed out the activity?  Verified fan is an obvious tilt towards TM and puts fans through extra steps they shouldn't be asked to do.  Not to mention the charges...  I've told you before I don't but Verified Fan as concept.  You throwing it out as the solution is just teeing it up for this kind of response.

On Dec 4, 2018, at 12:06 AM, David Marcus <david.marcus@ticketmaster.com> wrote:

That email was bullshit.

David Marcus
EVP, Head of Music
Ticketmaster
██████████████

---

**From:** Rick Mueller <rmueller@aegpresents.com>
**Sent:** Monday, December 3, 2018 9:05 PM
**To:** David Marcus
**Cc:** Fredrick "Cody" Lauzier; Rich Palmese; Lauren Zanger; Andrew Simon; Shannon Fitzgerald; Richelle Polello
**Subject:** Re: Panic at the Disco - Bot Activity

Please stop with the verified fan routine Dave.  How about you guys find away not to have 800 tickets sold to a scalper on a random Monday day that doesn't require the fan to register this that and the other all the while giving TM exponentially more data.  Less hoops, more legitimacy in the transaction.  That's what we're shooting for here.

RM

PS - I love Mumford but bought my tickets on Stubhub because it was an easier transaction and they had better seats available.

On Dec 3, 2018, at 11:47 PM, David Marcus <david.marcus@ticketmaster.com> wrote:

Cody

Highly Confidential

This is the first I'm hearing of this, and I'm sorry. What is happening specifically? Who were you speaking with on Fraud Prevention?

+ Lauren to schedule time for us.

David Marcus
EVP, Head of Music
Ticketmaster

████████████

---

**From:** Fredrick "Cody" Lauzier <clauzier@aegpresents.com>
**Sent:** Monday, December 3, 2018 8:29 PM
**To:** Rich Palmese; David Marcus
**Cc:** Rick Mueller; Andrew Simon; Shannon Fitzgerald; Richelle Polello
**Subject:** Panic at the Disco - Bot Activity

Rich and David,

We have been experiencing very significant Bot attacks in the last few weeks. We have sent through requests to the Fraud Prevention folks on your end but we would like to discuss with your end what your folks can help to identify bad actors/eliminate/diminish what we are experiencing (800+ tickets in one market alone today). As we get ready to release tickets we may be exploring other options to get tickets into the hands of real fans and not Brokers.

Let us know when you are free to discuss as it is important to management and the band personally.

Thanks,

Cody Lauzier
AEG Presents
213.300.7643

AEG-LIT-000086587