| | |
|---|---|
| **From:** | David Marcus |
| **Sent:** | Thursday, June 22, 2017 6:53 PM |
| **To:** | Matt Shearer; Zeeshan Zaidi; Geoff Carns |
| **Subject:** | Notes on TM Music |
| **Attachments:** | DM TM Music Notes.docx |

These are just my thoughts captured kind of stream of consciousness in a word doc. I don't think anything in here is revolutionary, but I do think the major theme is that we are going to pursue a strategy that capitalizes on scale, which sets us apart in the market. We are the only company with the reach across artists, venues and fans to influence retail ticketing in a way that creates industry-wide impact. We alone can move the market.

**David Marcus | EVP, Head of Music**
**Ticketmaster**

███████████

**Ex. No**
**PX0406**
1:24-cv-03973

1

LNE CONFIDENTIAL BUSINESS INFORMATION                    LNE-01831989

**DRAFT / Working Document 6.21.17**

**Ticketmaster Music**



VISION:

TM MUSIC MISSION:

Provide leading edge software and services to the largest network of music venues in North America that enable artists to achieve their creative and business goals and fans to better experience the artists they love.

- For the Artist we compete by: 1. Knowing their audience; 2. understanding their business and creative goals; and 3. crafting strategies to achieve those goals across our network
  - o Offering differentiated services and tools across the only scaled network in the live music business
  - o We know more about the artist's most valuable fans than any other business in the music ecosystem
    - Who they are (demographics)
    - What they want (how much they'll pay, where they like to sit, what they listen to, promote, watch, buy)
    - What shows they are likely to attend
    - Understanding fans allows us to offer emerging artists a fan development platform, which also benefits our club clients – i.e., apply deep understanding of artist preferences to expose new artists to potential fans – similar to Spotify listening algos
  - o For artists and their promoters, TM Music is the starting point to planning a tour . . .

- - - - we've got the audience built in, Verified, connected, accounts are established, likelihood to purchase
        - Awareness
        - Engagement
        - Demand
      - We've got the biggest network of venues that matter to them – we can uniquely execute the programs that achieve their biz and creative goals at scale
        - No other ticketing company in N.A. has the reach we have
- For the Fan it's about unparalleled access
  - Reliable, fan focused, predictable
    - personalized attention for the best fans
    - the seats they want at the prices they want to pay
    - not random, not a race, not about luck – about engagement
  - we understand what it means to be a fan and we've created a model that rewards engagement and participation – not just in ticketmaster, but in the music ecosystem more broadly
    - listening, watching, promoting . . . all help to create access models that make it fun to be a fan
    - encourage attendance because knowing about an event and getting in is easy
- For the Venue it's about the services and tools (for venues at all levels) that make them the preferred destination for the Artist and Fan
  - Ticketmaster's ability to deliver the products and services artists rely on and fans prefer is dependent on our scale and reach (currently a significant competitive advantage)
  - Being a TM client means you are part of something bigger than your venue
    - This is especially valuable at the club level
      - Club clients benefit from fan database, discovery and suggestion as well as reach of TM.com
      - TWeb platform = self service event building, but must be connected to TM for distribution
    - Withdrawing from the network has huge switching costs
    - Cutting edge products and services
      - VF
      - Presence
      - Eventbase, Platinum, TM+

| | | |
|---|---|---|
| • Customer Preferences | | • Touring |
| • SEO | | • Pricing |
| • Bundling | | • Verification |
| • Access Control | | • Customer Wallet |
| • Analytics | | • Customer Reach |

 LNE-01831991

Organizational notes:



Artist ORG

- Strategic Sales/Account Management
  - Translate artist's business and creative goals into executable programs
    - Programs rely on the capabilities of the Fan org and the Venue org network
    - Artist org sells what the other two build
      - allows us to stay fan focused
  - Understand the music ecosystem and what drives a particular artist's career
    - Where are they in their career?
    - Who are their key partners?
    - What is their fan base attracted to and what does that mean in terms of expectations?
      - E.g., Harry Styles fans different from Linkin Park fans
  - NEED: Sophistication and Experience
  - These people need to be able to discuss pricing in a meaningful way
    - Understand what other artists are selling for, how fans are reacting, what sales patterns look like
    - Need to be able to make deals
  - Consider organizing around major genre vs. regional
    - Pop, country, urban, rock
  - Find these people from digital marketing teams at labels, promoters, management companies
    - They understand how to talk to managers, agents and promoters
    - They are credible when talking about fans and are laser focused on programs that improve the artist fan relationship

LNE CONFIDENTIAL BUSINESS INFORMATION                    LNE-01831992

- Program Management
  - Manage programs spec'd by the Sales person
    - Deadlines
    - Copy
    - All details of a campaign
    - Best practices ownership
    - Keep sales in line – what's possible, what's reasonable
    - Pricing Team lives here – i.e., those responsible for releasing and pricing tickets over the course of a campaign
- Analysis/Sales Support (Centralized at TM Music)
  - Fanbase analysis (e.g., Live A insights, VF demand models)
  - Pricing data and insights
  - Presentation development
  - Wrapup/Reporting
- Product
  - Partner Integrations Defined
  - VF Artist Gamification (FXO)
  - Transferability products (FXO)
  - Tour Apps (FXO

**LNE CONFIDENTIAL BUSINESS INFORMATION**



VENUE ORG

- Sales & Account Management
  - Deal making
  - SAAS model – introduce unique music-focused products and services to venues
    - Sales team agnostic as to venue size / configuration
    - RVPs / Sales Leads principally responsible for deal flow and relationship management
    - CDDs are B2B product specialists and account managers
      - Needs analysis undertaken and product set delivered
      - Continuum of products and services
      - Able to articulate unique music benefits to venues at every level and regardless of segment
- B2B Product
  - B2B Product leads focused on unique needs of venues hosting concerts (regardless of segment)
    - Self service products
      - Strobe
    - Event programming
    - Pricing products
    - Reporting & Audit

**LNE CONFIDENTIAL BUSINESS INFORMATION**



FAN ORG – this organization creates products and services FOR FANS, and is responsible for defining and optimizing the ticketing experience for the fan

- Verified Fan Business
    - Business and product of VF lives here
    - Loyalty program that rewards most engaged fans with access
        - Product definition
        - Partners
            - Identification (rely on centralized biz dev for deal making; take input from Artist Org)
            - Integrations with key partners (eg Spotify, Apple Music)
        - Fan Score
            - Model
            - Communication
            - Application
                - Access reward models
        - Notification / CRM
- Product leads articulate requirements for Music purchase experiences
    - Personalized
    - Shopping
    - Unique requirements for music fan
        - E.g., pre-EDP cards without price sliders
    - User research driven org

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE-01831995

- Marketing / Communication
  - Music campaigns
  - Social marketing team

**LNE CONFIDENTIAL BUSINESS INFORMATION**

**LNE-01831996**