| | |
|---|---|
| **From:** | Vinh Le [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AB027BCB0EF430A83927C800A1B7BE9-VINH LE] |
| **Sent:** | 8/7/2020 6:05:34 PM |
| **To:** | David Marcus [david.marcus@ticketmaster.com]; Blythe Reyes [blythe.reyes@ticketmaster.com] |
| **CC:** | Gregg Goldman [gregg.goldman@ticketmaster.com] |
| **Subject:** | Global assessment deck |
| **Attachments:** | 20200805_Global Markets Assessment_vDraft.pptx |

Passing along this global assessment the strategy team put together – macro POV and focused on cost structures / high level strategy.

Some interesting takeaways
- We knew this, but NA dwarfs international
- Western Europe, particularly UK & Ireland dwarf the rest
- Really good context for our AOI / FTE metric
- Good overview of competitive primary landscape
- @Blythe – a good rundown of the main ticketing system per market, per our convo
- (Appendix slide) – *Relatively* similar concerts vs. all other mix in NA vs. Other Markets – obviously variable by market, and I also assume highly variable on year given the global touring schedules, not surprised Festivals is a higher share in European markets. We also don't have CM or AOI by category. I'm not sure whether we can reasonably assume there's similar trends abroad (i.e., our major sports contracts almost being loss leaders for the concerts to make up a greater share of AOI).

Additionally, I got my hands on a bunch of resources in prep for the global summit way back when, and I am planning to work on an international concerts "fact pack" for us + the leadership team (e.g., size of Live Nation presence, growth, allocation vs. exclusive dynamics, some artist-focused product matrixes, etc. etc.).

Vinh Le
Strategy Director, Ticketmaster Music



**Office:** 310.975.0882 x41882
**Mobile:** ▮▮▮▮▮▮▮▮▮
Hollywood, CA

SUBJECT TO CONFIDENTIALITY STATUTES

**Ex. No**
**PX0508**
1:24-cv-03973

LNE22-000164867



Ticketmaster

# Global Strategy

Summer 2020

*ticketmaster*

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164868

GLOBAL STRATEGY

# Global Portfolio Evaluated Based On
# Market Attractiveness & TM Business Health

## Market Attractiveness



- How large is the fee bearing ticket market?

- How is the market expected to grow?

## Business Health



- What is Ticketmaster's AOI and GTV?

- What is Ticketmaster's Return On Sales & Return On Employee?

- What is Ticketmaster market share?

- What is Ticketmaster's position – leader or challenger?

2

Ticketmaster confidential. Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164869

GLOBAL STRATEGY
# Results of Global Portfolio Assessment



**Attractive Market Opportunity**

### Investigate

**Germany:** 5th in 70M Eventim led mkt, -1% ROS

**Italy:** 3rd in 20M Ticktone / Eventim led mkt, -12% ROS

**South Africa:** Not active in 14M mkt

**Spain:** 3rd in 35M DIY heavy mkt, 0.1% ROS

### Improve Profitability

**AU / NZ:** Leader in 37M mkt, 1.6%+ ROS with Ticketek as clear competitor

**Netherlands:** 2nd in 23M mkt, 1.7% ROS

**Belgium:** 3rd in 17M mkt, 2.0% ROS

### Invest to Grow Share

**United Kingdom & Ireland:** Leader in 80M+ mkt, 3%+ ROS

**France:** 2nd in 40M ticket mkt led by FNAC / Eventim, 2.5% ROS

**North America:** Leader in 200M+ mkt, 3.3% ROS

Less Favorable TM Economics

More Favorable TM Economics

### Exit

**Switzerland:** 5th in 12M ticket mkt, -6% ROS

**Austria:** 4th in 10M mkt, -2.4% ROS

**Poland:** 3rd in 9M mkt, 0% ROS

**Czech Republic:** 4th in 4M mkt, -4% ROS

### Maintain Presence

**Singapore & Taiwan:** 2nd in 9M mkt, 1.0-1.5% ROS

**Turkey, Middle East:** Non-leadership position in ~15M mkt, 1.7% ROS

### Maintain Leadership

**Sweden:** Leader in 13M mkt, 1.8%+ ROS

**Denmark:** Leader in 8M mkt, 1.6%+ ROS

**Norway:** Leader in 8M mkt, 2.8%+ ROS

**Finland:** Leader in 7M mkt, 3.6%+ ROS

**Moderate / Limited Market Opportunity**

*Market sizes represented in [M] Tickets*
*ROS is total TM AOI / TM GTV, using 2019 actual*

Ticketmaster confidential. Do not distribute.

3

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164870

# Speaker Notes for Slide 3

Question: What investments do we make in Sales to sign inventory in UK/IE and improve Trium marketing & marketplace product/tech in France?

LNE22-000164871

GLOBAL STRATEGY

# How To Win In Major Markets

| Country | Growth Strategy | How To Win | Margin Improvement Opportunities | Priority Investments |
|---|---|---|---|---|
| North America | Invest To Grow Share | Leverage superior marketing scale and product quality to sign more inventory | Org & Tech efficiency | Client Sales & Product Quality |
| United Kingdom / Ireland | Invest To Grow Share | Leverage superior marketing scale and product quality to sign more inventory and increase allocations | Evaluate potential additional overhead sharing with similar markets / regions | Client Sales & Product Marketing |
| France | Invest To Grow Share | Drive ticket sales and client Trium adoptions with improved marketplace product functionality, distribution, marketing in open API-based market | Evaluate potential additional overhead sharing with similar markets / regions | E-commerce speed & quality |
| Australia / New Zealand | Improve Profitability | Beat Ticket Tech to venue deals with better value additive self service products | Manage cost growth in line with market growth and improve deal structure economics in duopoly market | TM1 & Client Sales |
| Netherlands | Improve Profitability | Marketing reach & digital tickets to compete with DIY competitors (e.g. Paylogic / See Tickets) and their lower fees pitch | Consider managing with Scandinavia given Microflex core ticketing system, geographic proximity and similar competitive landscapes | Marketing reach and digital ticketing |
| Belgium | Improve Profitability | | | |
| Spain | Investigate | Emphasize value of marketing reach & products in Music to beat out low cost players | Focus on high margin music business and explore true appetite of self ticketing market shifting to full service TM1 from DIY (e.g. See Tickets, Eventbrite) | Music specific digital ticketing and TM1 self service products |
| Germany | Investigate | Full dedication to Live Nation relationship in market clearly led by Eventim | Double down on Live Nation relationship in Music and manage costs in line with market growth | Music specific digital ticketing and TM1 self service products |
| Italy | Investigate | Full dedication to Live Nation relationship in market clearly led by Ticketone / Eventim | TM Business is a start up. Must believe we can take significant share from dominant market leader in next ~3 years to make presence worthwhile | Music specific digital ticketing and TM1 self service products |
| South Africa | Investigate | Sign inventory away from low cost Computicket with pitch of better fan and client product value | | TM1 self service and E-commerce products |

Ticketmaster confidential. Do not distribute.

5

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164872

GLOBAL STRATEGY

# Intl. Market Opportunity & Competitive Landscape

North America is ~200M fee bearing ticket primary market where TM has 60%+ share and all other competitors <10% (see appendix for detail)

## 2019 International Ticketing Addressable Primary Market
### ~420M+ Fee Bearing Tickets

| Company | Total Share | W. Europe | Scandinavia | C. Europe | APAC/MEA |
|---|---|---|---|---|---|
| | 16% | 16% | 39% | 5% | 25% |
| | 20% | 14% | 15% | 47% | <1% |
| | 3% | -- | -- | -- | 21% |
| See Tickets | 4% | 7% | -- | 2% | -- |
| Eventbrite | 3% | 5% | -- | -- | -- |
| AEG/AXS | 1% | 1% | 7% | -- | -- |
| | 53% | 57% | 39% | 46% | 53% |

Western Europe: 214M    Scandinavia: 35M    Central Europe: 104M    APAC/MEA: 64M

|  | UK | France | Netherlands | Spain | Italy | Belgium | Sweden | Denmark | Norway | Finland | Germany | Switzerland | Austria | Poland | Czech Rep | Australia | South Africa | NZ | Taiwan | Singapore | Middle East |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TM Position | 1st | 2nd | 2nd | 3rd | 3rd | 3rd | 1st | 1st | 1st | 1st | 5th | 5th | 4th | 3rd | 4th | 2nd | -- | 2nd | 1st | 2nd | 4th |
| (Share) | 21% | 22% | 17% | 8% | 2% | 8% | 34% | 37% | 49% | 38% | 5% | 2% | 1% | 7% | 14% | 35% |  | 20% | 46% | 36% | 8% |

***Growth**: All markets likely to see double digit contraction in coming 3 years due to COVID with uncertain differentiation*
*Does not include Ireland (~5M TM tickets), Turkey (7M TM tickets), or LatAm/Mexico; *Spain is including ~20M tickets of family / other events (museums, parks, etc.)*

Ticketmaster confidential.
Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

GLOBAL STRATEGY
# TM Business Health by Market

| | Market | | TM Performance | | | | TM Cost Structure | | | | Business |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Market GTV (SM USD) | TM AOI (SM USD) | TM GTV (SM USD) | ROS % | Head Count (excl. CC) | AOI per Head (SK) | GTV Per Head (SM) | Core Ticketing Sys | Health Rank |
| **APAC / MEA** | **$3.4B** | **$17.30** | **$0.97B** | **1.79%** | **325** | **$53.23** | **$2.97** | | |
| Israel | $188 | $0.10 | $11 | 0.88% | 11 | $9.09 | $1.03 | WTS | Avg |
| Australia | $1,807 | $9.30 | $506 | 1.84% | 131 | $70.99 | $3.86 | Host | Avg |
| New Zealand | $307 | $2.10 | $144 | 1.45% | 22 | $95.45 | $6.58 | Host | Avg |
| Singapore | $293 | $1.80 | $102 | 1.75% | 19 | $94.74 | $5.41 | TixCraft | Avg |
| South Africa | N/A | $0.00 | $0 | N/A | 0 | N/A | N/A | Microflex | N/A |
| Taiwan | $418 | $0.60 | $83 | 0.72% | 39 | $15.38 | $2.15 | TixCraft | Avg |
| Turkey | $254 | $2.20 | $81 | 2.71% | 88 | $25.00 | $0.92 | WTS | Avg |
| UAE | $153 | $1.20 | $38 | 3.13% | 15 | $80.00 | $2.56 | Microflex | Avg |
| **Central Europe** | **$6.1B** | **($4.10)** | **$0.28B** | **-1.49%** | **145** | **($28.24)** | **$1.89** | | |
| Austria | $470 | ($0.10) | $4 | -2.13% | 4 | ($25.00) | $1.18 | Microflex | Poor |
| Czech Republic | $160 | ($0.80) | $22 | -3.56% | 26 | ($30.77) | $0.87 | Microflex | Poor |
| Germany | $3,908 | ($1.90) | $195 | -0.97% | 78 | ($24.36) | $2.51 | Microflex | Poor |
| Poland | $472 | $0.00 | $33 | 0.00% | 19 | $0.00 | $1.74 | Microflex | Poor |
| Switzerland | $1,060 | ($1.30) | $21 | -6.13% | 18.2 | ($71.43) | $1.16 | Microflex | Poor |
| **Scandanavia** | **$2.2B** | **$22.50** | **$0.88B** | **2.56%** | **126** | **$178.57** | **$6.98** | | |
| Denmark | $701 | $4.10 | $266 | 1.54% | 30 | $136.67 | $8.89 | Microflex | Avg |
| Norway | $491 | $7.10 | $241 | 2.95% | 33 | $215.15 | $7.30 | Microflex | Good |
| Sweden | $715 | $6.40 | $243 | 2.63% | 32 | $200.00 | $7.59 | Microflex | Good |
| Finland | $331 | $4.90 | $129 | 3.79% | 31 | $158.06 | $4.17 | Microflex | Good |
| **Western Europe** | **$15.4B** | **$71.20** | **$2.56B** | **2.78%** | **476** | **$149.58** | **$5.37** | | |
| Belgium | $1,343 | $2.20 | $107 | 2.05% | 21 | $104.76 | $5.12 | Microflex | Good |
| Ireland | $553 | $21.90 | $348 | 6.28% | 64 | $342.19 | $5.45 | Host | Good |
| France | $1,945 | $10.40 | $428 | 2.43% | 92 | $113.04 | $4.65 | Trium | Good |
| Italy | $1,940 | ($2.30) | $19 | -11.86% | 12 | ($191.67) | $1.62 | Attractive | Poor |
| Netherlands | $1,437 | $4.30 | $244 | 1.76% | 29 | $148.28 | $8.42 | Microflex | Good |
| Spain | $2,368 | $0.20 | $189 | 0.11% | 38 | $5.26 | $4.99 | Microflex | Avg |
| United Kingdom | $5,820 | $34.50 | $1,222 | 2.82% | 220 | $156.82 | $5.56 | Host | Good |
| **TM International** | **$27B** | **$107M** | **$5B** | **2.29%** | **1,072** | **$99.70** | **$4.36** | | |
| **TM NA** | **$20B+** | **$431M** | **$13B** | **3.30%** | **2,800** | **$154.00** | **$4.60** | Host / Archtics | Good |
| **TM Global** | **$47B+** | **$538M** | **$18B** | **2.99%** | **3,872** | **$138.95** | **$4.57** | | |

*All numbers reflect 2019 Actuals unless otherwise marked; Need to confirm France, AU, NO, SE numbers in PPTs were in USD*

Ticketmaster confidential. Do not distribute.

7

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164874

GLOBAL STRATEGY
# OPEX Operating Ratios by Market



| | Summary |
|---|---|
| **APAC / MEA** | Low operating ratios outside of Israel (8%), Turkey (6%) |
| **Central Europe** | High operating ratios, especially in Switzerland (12%), Austria (11%) and Czech Republic (8%) |
| **Western Europe** | Low operating ratios outside of Italy (18%, new market) |
| **Scandinavia** | Low operating ratios across the board (1-2% avg) |
| **North America** | Moderate to low operating ratio of ~3% |

*All numbers reflect 2019 Actuals unless otherwise marked; Need to confirm France, AU, NO, SE numbers are USD*

Ticketmaster confidential. Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164875

GLOBAL STRATEGY

# OPEX Historic 3-yr Growth by Market



**3-Yr Growth by Country** ('17-'19, $M)

▨ OPEX Growth
▨ GTV Growth

| | AT | NZ | IL | PL | CZ | DE | TW | ES | FI | NA | NL | IE | DK | UK | BE | TR | IT | UAE | SG | CH | FR | NO | ZA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **3-yr AOI Growth** | -92% | -17% | 0% | -100% | -200% | -8% | -16% | -53% | +1% | TBD | -4% | -1% | +3% | +14% | +26% | +180% | +49% | TBD | +44% | +15% | +5% | -3% | |
| **2019 Op Margin** | -2.1% | 1.5% | 0.9% | 0% | -3.6% | -1.0% | 0.7% | 0.1% | 3.8% | TBD | 1.8% | 6.3% | 1.5% | 2.8% | 2.1% | 2.7% | -11.9% | TBD | 1.8% | -6.1% | | | |

*In 2019, $18M of OPEX was spent supporting markets with negative operating margins*

9

Ticketmaster confidential. Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164876



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

GLOBAL STRATEGY

# Ticketmaster Global Growth Principles

**( 1 ) Leadership Only**

*Operate only where Ticketmaster can compete for top market position within 5 years*
*Implication: Exit Switzerland, Austria, Poland, Czech Republic*

**( 2 ) Growth From The Core**

*Dedicate to Live Nation & Music first; only expand outward once that category locked down*
*Implication: Refocus energy to promoter / music venue digital ticketing value in Germany, Italy, South Africa*

**( 3 ) Invest In Competitive Differentiators**

*Focus where Ticketmaster can drive unique value compared to in-market competition*
*Implication: Client Sales & Marketing in UK/IE/Scandinavia, TM1 Self Service in AUS/NZ, E-Commerce in France*

Ticketmaster confidential. Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164878

GLOBAL STRATEGY

# North America Primary Market Opportunity & Competitive Landscape

## 2019 North America Ticketing Addressable Primary Market
~60% Share Of 200M+ Fee Bearing Primary Ticket Market



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

Ticketmaster confidential. Do not distribute.

LNE22-000164879

GLOBAL STRATEGY

# North America Secondary Market Opportunity & Competitive Landscape

## 2019 North America Ticketing Addressable Primary Market
~20% Share Of 50M+ Ticket Resale Market



Ticketmaster confidential. Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164880

GLOBAL STRATEGY

# GTV By Genre For International Markets
## Low Concert Mix Compared To Sports May Be Negatively Effecting Australia and Germany ROS



**Western Europe**
*55% Concerts, 17% Other, 13% Festivals, 11% Arts, 5% Sports*

**Scandinavia**
*46% Concerts, 19% Arts, 16% Sports, 11% Festivals, 9% Other*

**Central Europe**
*49% Concerts, 24% Sports, 11% Festivals, 8% Arts, 8% Other*

**APAC / MEA**
*53% Concerts, 19% Sports, 17% Other, 11% Arts, 1% Festivals*

**North America**: 54% Concerts, 20% Sports, 18% Arts, 8% Festivals & Other

*Countries not included do not have data available: AU, Norway, Sweden, France, South Africa*
*Cinesa (Movies) have been removed from ES mix*

Ticketmaster confidential. Do not distribute.

14

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164881

GLOBAL STRATEGY

# OPEX Spend By Category For International Markets



**Western Europe**
*Proportionally leaner on staff*

**Scandinavia**
*Finland w/ significant
Non-Recouped OPEX*

**Central Europe**
*Higher staff spend,
Czech Republic w/ significant
Non-Recouped OPEX*

**APAC / MEA**
*More significant Property & Other
OPEX expenses than other markets*

Ticketmaster confidential. Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-000164882

GLOBAL STRATEGY

# Ticketmaster Technology Platform By Market

| Platform | Market | Tickets Sold (2019) | Growth Strategy |
|---|---|---|---|
| Microflex | Netherlands | 3.8M | Improve Profits |
| | Belgium | 1.2M | Improve Profits |
| | Spain | 2.7M | Investigate |
| | Germany | 3.5M | Investigate |
| | Austria | 0.1M | Exit |
| | Switzerland | 0.2M | Exit |
| | Poland | 0.6M | Exit |
| | Czech Republic | 0.5M | Exit |
| | Sweden | 4.2M | Maintain |
| | Denmark | 3.1M | Maintain |
| | Norway | 3.8M | Maintain |
| | Finland | 2.5M | Maintain |
| | South Africa | -- | Investigate |
| | Mexico / LatAm | -- | Investigate |
| | UAE / Saudi Arabia | -- | Maintain |
| | **Total MFX** | **~26M** | -- |

| Platform | Market | Tickets Sold (2019) | Growth Strategy |
|---|---|---|---|
| Host | United Kingdom & Ireland | 19.4M | Grow Share |
| | Australia & New Zealand | 11.2M | Improve Profits |
| | North America | 121M | Grow Share |
| | **Total Host** | **~173M** | -- |
| Trium | France | 9.1M | Grow Share |
| Attractive | Italy | 0.3M | Investigate |
| Tix Craft | Taiwan & Singapore | 0.3M | Maintain |
| WTS | Turkey & Israel | 5.0M | Maintain |
| | **Total Non MFX/Host** | **~15M** | |

| Platform | Market | Tickets Sold (2019) |
|---|---|---|
| Portfolios | Universe | 1.2M |
| | Tickethour | 0.8M |
| | Moshtix (AUS/NZ) | 1.7M |
| | Front Gate (UK) | 0.7M |
| | TicketWeb (UK) | 1.4M |
| | Ingresso (UK) | 0.8M |
| | TTT/Admit1 (Spain) | 4.7M |
| | **Total Portfolio** | **~11M** |

16

Ticketmaster confidential. Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164883

GLOBAL STRATEGY

# OPEX Historic 3-yr Growth by Market (Logarithmic)

**3-Yr OPEX Growth by Country** ('17-'19, $M)



Ticketmaster confidential. Do not distribute.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000164884



GLOBAL STRATEGY

# Global Portfolio Evaluated Based On
# Market Attractiveness & TM Business Health

**Market Attractiveness**



- *How large is the fee bearing ticket market?*

- *How is the market expected to grow?*

**Business Health**



- *What is Ticketmaster's AOI and GTV?*
- *What is Ticketmaster's Return On Sales &  Return On Employee?*
- *What is Ticketmaster market share?*
- *What is Ticketmaster's position – leader or challenger?*

*t*

2



Question: What investments do we make in Sales to sign inventory in UK/IE and improve Trium marketing & marketplace product/tech in France?

GLOBAL STRATEGY

# How To Win In Major Markets

| | Country | Growth Strategy | How To Win | Margin Improvement Opportunities | Priority Investments |
|---|---|---|---|---|---|
| | North America | Invest To Grow Share | Leverage superior marketing scale and product quality to sign more inventory | Org & Tech efficiency | Client Sales & Product Quality |
| | United Kingdom / Ireland | Invest To Grow Share | Leverage superior marketing scale and product quality to sign more inventory and increase allocations | Evaluate potential additional overhead sharing with similar markets / regions | Client Sales & Product Marketing |
| | France | Invest To Grow Share | Drive ticket sales and client Trium adoptions with improved marketplace product functionality, distribution, marketing in open API-based market | Evaluate potential additional overhead sharing with similar markets / regions | E-commerce speed & quality |
| | Australia / New Zealand | Improve Profitability | Beat Ticket Tech to venue deals with better value additive self service products | Manage cost growth in line with market growth and improve deal structure economics in duopoly market | TM1 & Client Sales |
| | Netherlands | Improve Profitability | Marketing reach & digital tickets to compete with DIY competitors (e.g. Paylogic / See Tickets) and their lower fees pitch | Consider managing with Scandinavia given Microflex core ticketing system, geographic proximity and similar competitive landscapes | Marketing reach and digital ticketing |
| | Belgium | Improve Profitability | | | |
| | Spain | Investigate | Emphasize value of marketing reach & products in Music to beat out low cost players | Focus on high margin music business and explore true appetite of self ticketing market shifting to full service TM1 from DIY (e.g. See Tickets, Eventbrite) | Music specific digital ticketing and TM1 self service products |
| | Germany | Investigate | Full dedication to Live Nation relationship in market clearly led by Eventim | Double down on Live Nation relationship in Music and manage costs in line with market growth | Music specific digital ticketing and TM1 self service products |
| | Italy | Investigate | Full dedication to Live Nation relationship in market clearly led by Ticketone / Eventim | TM Business is a start up. Must believe we can take significant share from dominant market leader in next ~3 years to make presence worthwhile | Music specific digital ticketing and TM1 self service products |
| | South Africa | Investigate | Sign inventory away from low cost Computicket with pitch of better fan and client product value | | TM1 self service and E-commerce products |

t

4



GLOBAL STRATEGY
## TM Business Health by Market

| | Market | TM Performance | | | TM Cost Structure | | | | Business Health Rank |
|---|---|---|---|---|---|---|---|---|---|
| | Market GTV ($M USD) | TM AOI ($M USD) | TM GTV ($M USD) | ROS % | Head Count (excl. CC) | AOI per Head ($K) | GTV Per Head ($M) | Core Ticketing Sys | |
| **APAC / MEA** | $3.4B | $17.30 | $0.97B | 1.79% | 325 | $53.23 | $2.97 | | |
| Israel | $188 | $0.10 | $11 | 0.88% | 11 | $9.09 | $1.03 | WTS | Avg |
| Australia | $1,807 | $9.30 | $506 | 1.84% | 131 | $70.99 | $3.86 | Host | Avg |
| New Zealand | $307 | $2.10 | $144 | 1.46% | 22 | $95.45 | $6.58 | Host | Avg |
| Singapore | $293 | $1.80 | $102 | 1.75% | 19 | $94.74 | $5.41 | TixCraft | Avg |
| South Africa | N/A | $0.00 | $0 | N/A | 0 | N/A | N/A | Microflex | N/A |
| Taiwan | $418 | $0.60 | $83 | 0.72% | 39 | $15.38 | $2.15 | TixCraft | Avg |
| Turkey | $254 | $2.20 | $81 | 2.71% | 88 | $25.00 | $0.92 | WTS | Avg |
| UAE | $153 | $1.20 | $38 | 3.13% | 15 | $80.00 | $2.56 | Microflex | Avg |
| **Central Europe** | $6.1B | ($4.10) | $0.28B | -1.49% | 145 | ($28.24) | $1.89 | | |
| Austria | $470 | ($0.10) | $4 | -2.13% | 4 | ($25.00) | $1.18 | Microflex | Poor |
| Czech Republic | $160 | ($0.80) | $22 | -3.56% | 26 | ($30.77) | $0.87 | Microflex | Poor |
| Germany | $3,908 | ($1.90) | $195 | -0.97% | 78 | ($24.36) | $2.51 | Microflex | Poor |
| Poland | $472 | $0.00 | $33 | 0.00% | 19 | $0.00 | $1.74 | Microflex | Poor |
| Switzerland | $1,060 | ($1.30) | $21 | -6.13% | 18.2 | ($71.43) | $1.16 | Microflex | Poor |
| **Scandanavia** | $2.2B | $22.50 | $0.88B | 2.56% | 126 | $178.57 | $6.98 | | |
| Denmark | $701 | $4.10 | $266 | 1.54% | 30 | $136.67 | $8.89 | Microflex | Avg |
| Norway | $491 | $7.10 | $241 | 2.95% | 33 | $215.15 | $7.30 | Microflex | Good |
| Sweden | $715 | $6.40 | $243 | 2.63% | 32 | $200.00 | $7.59 | Microflex | Good |
| Finland | $331 | $4.90 | $129 | 3.79% | 31 | $158.06 | $4.17 | Microflex | Good |
| **Western Europe** | $15.4B | $71.20 | $2.56B | 2.78% | 476 | $149.58 | $5.37 | | |
| Belgium | $1,343 | $2.20 | $107 | 2.05% | 21 | $104.76 | $5.12 | Microflex | Good |
| Ireland | $553 | $21.90 | $348 | 6.28% | 64 | $342.19 | $5.45 | Host | Good |
| France | $1,945 | $10.40 | $428 | 2.43% | 92 | $113.04 | $4.65 | Trium | Good |
| Italy | $1,940 | ($2.30) | $19 | -11.86% | 12 | ($191.67) | $1.62 | Attractive | Poor |
| Netherlands | $1,437 | $4.30 | $244 | 1.76% | 29 | $148.28 | $8.42 | Microflex | Good |
| Spain | $2,368 | $0.20 | $189 | 0.11% | 38 | $5.26 | $4.99 | Microflex | Avg |
| United Kingdom | $5,820 | $34.50 | $1,222 | 2.82% | 220 | $156.82 | $5.56 | Host | Good |
| **TM International** | $27B | $107M | $5B | 2.29% | 1,072 | $99.70 | $4.36 | | |
| **TM NA** | $20B+ | $431M | $13B | 3.30% | 2,800 | $154.00 | $4.60 | Host / Archtics | Good |
| **TM Global** | $47B+ | $538M | $18B | 2.99% | 3,872 | $138.95 | $4.57 | | |

All numbers reflect 2019 Actuals unless otherwise marked; Need to confirm France, AU, NO, SE numbers in PPTs were in USD



Ticket verban confidaaction Ox xot almitcia



GLOBAL STRATEGY

# OPEX Historic 3-yr Growth by Market

3-Yr Growth by Country ('17-'19, $M)

In 2019, $18M of OPEX was spent supporting markets with negative operating margins



GLOBAL STRATEGY

# Ticketmaster Global Growth Principles

**( 1 )  Leadership Only**
*Operate only where Ticketmaster can compete for top market position within 5 years*
*Implication: Exit Switzerland, Austria, Poland, Czech Republic*

**( 2 )  Growth From The Core**
*Dedicate to Live Nation & Music first; only expand outward once that category locked down*
*Implication: Refocus energy to promoter / music venue digital ticketing value in Germany, Italy, South Africa*

**( 3 )  Invest In Competitive Differentiators**
*Focus where Ticketmaster can drive unique value compared to in-market competition*
*Implication: Client Sales & Marketing in UK/IE/Scandinavia, TM1 Self Service in AUS/NZ, E-Commerce in France*

*t*

10









GLOBAL STRATEGY

# Ticketmaster Technology Platform By Market

| Platform | Market | Tickets Sold (2019) | Growth Strategy |
|----------|--------|---------------------|-----------------|
| Microflex | Netherlands | 3.8M | Improve Profits |
| | Belgium | 1.2M | Improve Profits |
| | Spain | 2.7M | Investigate |
| | Germany | 3.5M | Investigate |
| | Austria | 0.1M | Exit |
| | Switzerland | 0.2M | Exit |
| | Poland | 0.6M | Exit |
| | Czech Republic | 0.5M | Exit |
| | Sweden | 4.2M | Maintain |
| | Denmark | 3.1M | Maintain |
| | Norway | 3.8M | Maintain |
| | Finland | 2.5M | Maintain |
| | South Africa | -- | Investigate |
| | Mexico / LatAm | -- | Investigate |
| | UAE / Saudi Arabia | -- | Maintain |
| | **Total MFX** | **~26M** | -- |

| Platform | Market | Tickets Sold (2019) | Growth Strategy |
|----------|--------|---------------------|-----------------|
| Host | United Kingdom & Ireland | 19.4M | Grow Share |
| | Australia & NewZealand | 11.2M | Improve Profits |
| | North America | 121M | Grow Share |
| | **Total Host** | **~173M** | -- |
| Trium | France | 9.1M | Grow Share |
| Attractive | Italy | 0.3M | Investigate |
| Tix Craft | Taiwan & Singapore | 0.3M | Maintain |
| WTS | Turkey & Israel | 5.0M | Maintain |
| | **Total Non MFX/Host** | **~15M** | |

| Platform | Market | Tickets Sold (2019) |
|----------|--------|---------------------|
| Portfolios | Universe | 1.2M |
| | Tickethour | 0.8M |
| | Moshtix (AUS/NZ) | 1.7M |
| | Front Gate (UK) | 0.7M |
| | TicketWeb (UK) | 1.4M |
| | Ingresso (UK) | 0.8M |
| | TTT/Admit1 (Spain) | 4.7M |
| | **Total Portfolio** | **~11M** |

Ticketmaster confidential. Do not distribute.

15



Ticketmaster

# Global Strategy

Summer 2020

*ticketmaster*

Ticketmaster confidential. Do not distribute.

GLOBAL STRATEGY

# Global Portfolio Evaluated Based On Market Attractiveness & TM Business Health

## Market Attractiveness



- How large is the fee bearing ticket market?

- How is the market expected to grow?

## Business Health



- What is Ticketmaster's AOI and GTV?
- What is Ticketmaster's Return On Sales & Return On Employee?
- What is Ticketmaster market share?
- What is Ticketmaster's position – leader or challenger?

Ticketmaster confidential. Do not distribute.

GLOBAL STRATEGY

# Results of Global Portfolio Assessment



**Attractive Market Opportunity**

### Investigate

**Germany:** 5th in 70M Eventim led mkt, -1% ROS

**Italy:** 3rd in 20M Ticktone / Eventim led mkt, -12% ROS

**South Africa:** Not active in 14M mkt

**Spain:** 3rd in 35M DIY heavy mkt, 0.1% ROS

### Improve Profitability

**AU / NZ:** Leader in 37M mkt, 1.6%+ ROS with Ticketek as clear competitor

**Netherlands:** 2nd in 23M mkt, 1.7% ROS

**Belgium:** 3rd in 17M mkt, 2.0% ROS

### Invest to Grow Share

**United Kingdom & Ireland:** Leader in 80M+ mkt, 3%+ ROS

**France:** 2nd in 40M ticket mkt led by FNAC / Eventim, 2.5% ROS

**North America:** Leader in 200M+ mkt, 3.3% ROS

**Less Favorable TM Economics** ← → **More Favorable TM Economics**

### Exit

**Switzerland:** 5th in 12M ticket mkt, -6% ROS

**Austria:** 4th in 10M mkt, -2.4% ROS

**Poland:** 3rd in 9M mkt, 0% ROS

**Czech Republic:** 4th in 4M mkt, -4% ROS

### Maintain Presence

**Singapore & Taiwan:** 2nd in 9M mkt, 1.0-1.5% ROS

**Turkey, Middle East:** Non-leadership position in ~15M mkt, 1.7% ROS

### Maintain Leadership

**Sweden:** Leader in 13M mkt, 1.8%+ ROS

**Denmark:** Leader in 8M mkt, 1.6%+ ROS

**Norway:** Leader in 8M mkt, 2.8%+ ROS

**Finland:** Leader in 7M mkt, 3.6%+ ROS

**Moderate / Limited Market Opportunity**

*Market sizes represented in [M] Tickets*
*ROS is total TM AOI / TM GTV, using 2019 actual*

Ticketmaster confidential. Do not distribute.

3

GLOBAL STRATEGY

# How To Win In Major Markets

| Country | Growth Strategy | How To Win | Margin Improvement Opportunities | Priority Investments |
|---|---|---|---|---|
| North America | Invest To Grow Share | Leverage superior marketing scale and product quality to sign more inventory | Org & Tech efficiency | Client Sales & Product Quality |
| United Kingdom / Ireland | Invest To Grow Share | Leverage superior marketing scale and product quality to sign more inventory and increase allocations | Evaluate potential additional overhead sharing with similar markets / regions | Client Sales & Product Marketing |
| France | Invest To Grow Share | Drive ticket sales and client Trium adoptions with improved marketplace product functionality, distribution, marketing in open API-based market | Evaluate potential additional overhead sharing with similar markets / regions | E-commerce speed & quality |
| Australia / New Zealand | Improve Profitability | Beat Ticket Tech to venue deals with better value additive self service products | Manage cost growth in line with market growth and improve deal structure economics in duopoly market | TM1 & Client Sales |
| Netherlands | Improve Profitability | Marketing reach & digital tickets to compete with DIY competitors (e.g. Paylogic / See Tickets) and their lower fees pitch | Consider managing with Scandinavia given Microflex core ticketing system, geographic proximity and similar competitive landscapes | Marketing reach and digital ticketing |
| Belgium | Improve Profitability | | | |
| Spain | Investigate | Emphasize value of marketing reach & products in Music to beat out low cost players | Focus on high margin music business and explore true appetite of self ticketing market shifting to full service TM1 from DIY (e.g. See Tickets, Eventbrite) | Music specific digital ticketing and TM1 self service products |
| Germany | Investigate | Full dedication to Live Nation relationship in market clearly led by Eventim | Double down on Live Nation relationship in Music and manage costs in line with market growth | Music specific digital ticketing and TM1 self service products |
| Italy | Investigate | Full dedication to Live Nation relationship in market clearly led by Ticketone / Eventim | TM Business is a start up. Must believe we can take significant share from dominant market leader in next ~3 years to make presence worthwhile | Music specific digital ticketing and TM1 self service products |
| South Africa | Investigate | Sign inventory away from low cost Computicket with pitch of better fan and client product value | | TM1 self service and E-commerce products |

Ticketmaster confidential. Do not distribute.

4

## GLOBAL STRATEGY
# Intl. Market Opportunity & Competitive Landscape

## 2019 International Ticketing Addressable Primary Market
### ~420M+ Fee Bearing Tickets



| Company | Total Share | W. Europe | Scandinavia | C. Europe | APAC/MEA |
|---|---|---|---|---|---|
| Ticketmaster | 16% | 16% | 39% | 5% | 25% |
| Eventim | 20% | 14% | 15% | 47% | <1% |
| Ticketek | 3% | -- | -- | -- | 21% |
| See Tickets | 4% | 7% | -- | 2% | -- |
| Eventbrite | 3% | 5% | -- | -- | -- |
| AEG/AXS | 1% | 1% | 7% | -- | -- |
| Other | 53% | 57% | 39% | 46% | 53% |

*North America is ~200M fee bearing ticket primary market where TM has 60%+ share and all other competitors <10% (see appendix for detail)*

***Growth***: *All markets likely to see double digit contraction in coming 3 years due to COVID with uncertain differentiation*
*Does not include Ireland (~5M TM tickets), Turkey (7M TM tickets), or LatAm/Mexico; *Spain is including ~20M tickets of family / other events (museums, parks, etc.)*

Ticketmaster confidential. Do not distribute.

GLOBAL STRATEGY
# TM Business Health by Market

| | Market | TM Performance | | | TM Cost Structure | | | | Business Health Rank |
|---|---|---|---|---|---|---|---|---|---|
| | Market GTV ($M USD) | TM AOI ($M USD) | TM GTV ($M USD) | ROS % | Head Count (excl. CC) | AOI per Head ($K) | GTV Per Head ($M) | Core Ticketing Sys | |
| **APAC / MEA** | **$3.4B** | **$17.30** | **$0.97B** | **1.79%** | **325** | **$53.23** | **$2.97** | | |
| Israel | $188 | $0.10 | $11 | 0.88% | 11 | $9.09 | $1.03 | WTS | Avg |
| Australia | $1,807 | $9.30 | $506 | 1.84% | 131 | $70.99 | $3.86 | Host | Avg |
| New Zealand | $307 | $2.10 | $144 | 1.45% | 22 | $95.45 | $6.58 | Host | Avg |
| Singapore | $293 | $1.80 | $102 | 1.75% | 19 | $94.74 | $5.41 | TixCraft | Avg |
| South Africa | N/A | $0.00 | $0 | N/A | 0 | N/A | N/A | Microflex | N/A |
| Taiwan | $418 | $0.60 | $83 | 0.72% | 39 | $15.38 | $2.15 | TixCraft | Avg |
| Turkey | $254 | $2.20 | $81 | 2.71% | 88 | $25.00 | $0.92 | WTS | Avg |
| UAE | $153 | $1.20 | $38 | 3.13% | 15 | $80.00 | $2.56 | Microflex | Avg |
| **Central Europe** | **$6.1B** | **($4.10)** | **$0.28B** | **-1.49%** | **145** | **($28.24)** | **$1.89** | | |
| Austria | $470 | ($0.10) | $4 | -2.13% | 4 | ($25.00) | $1.18 | Microflex | Poor |
| Czech Republic | $160 | ($0.80) | $22 | -3.56% | 26 | ($30.77) | $0.87 | Microflex | Poor |
| Germany | $3,908 | ($1.90) | $195 | -0.97% | 78 | ($24.36) | $2.51 | Microflex | Poor |
| Poland | $472 | $0.00 | $33 | 0.00% | 19 | $0.00 | $1.74 | Microflex | Poor |
| Switzerland | $1,060 | ($1.30) | $21 | -6.13% | 18.2 | ($71.43) | $1.16 | Microflex | Poor |
| **Scandanavia** | **$2.2B** | **$22.50** | **$0.88B** | **2.56%** | **126** | **$178.57** | **$6.98** | | |
| Denmark | $701 | $4.10 | $266 | 1.54% | 30 | $136.67 | $8.89 | Microflex | Avg |
| Norway | $491 | $7.10 | $241 | 2.95% | 33 | $215.15 | $7.30 | Microflex | Good |
| Sweden | $715 | $6.40 | $243 | 2.63% | 32 | $200.00 | $7.59 | Microflex | Good |
| Finland | $331 | $4.90 | $129 | 3.79% | 31 | $158.06 | $4.17 | Microflex | Good |
| **Western Europe** | **$15.4B** | **$71.20** | **$2.56B** | **2.78%** | **476** | **$149.58** | **$5.37** | | |
| Belgium | $1,343 | $2.20 | $107 | 2.05% | 21 | $104.76 | $5.12 | Microflex | Good |
| Ireland | $553 | $21.90 | $348 | 6.28% | 64 | $342.19 | $5.45 | Host | Good |
| France | $1,945 | $10.40 | $428 | 2.43% | 92 | $113.04 | $4.65 | Trium | Good |
| Italy | $1,940 | ($2.30) | $19 | -11.86% | 12 | ($191.67) | $1.62 | Attractive | Poor |
| Netherlands | $1,437 | $4.30 | $244 | 1.76% | 29 | $148.28 | $8.42 | Microflex | Good |
| Spain | $2,368 | $0.20 | $189 | 0.11% | 38 | $5.26 | $4.99 | Microflex | Avg |
| United Kingdom | $5,820 | $34.50 | $1,222 | 2.82% | 220 | $156.82 | $5.56 | Host | Good |
| **TM International** | **$27B** | **$107M** | **$5B** | **2.29%** | **1,072** | **$99.70** | **$4.36** | | |
| **TM NA** | **$20B+** | **$431M** | **$13B** | **3.30%** | **2,800** | **$154.00** | **$4.60** | Host / Archtics | Good |
| **TM Global** | **$47B+** | **$538M** | **$18B** | **2.99%** | **3,872** | **$138.95** | **$4.57** | | |

*All numbers reflect 2019 Actuals unless otherwise marked; Need to confirm France, AU, NO, SE numbers in PPTs were in USD*

Ticketmaster confidential. Do not distribute.

6

GLOBAL STRATEGY

# OPEX Operating Ratios by Market



| | Summary |
|---|---|
| **APAC / MEA** | Low operating ratios outside of Israel (8%), Turkey (6%) |
| **Central Europe** | High operating ratios, especially in Switzerland (12%), Austria (11%) and Czech Republic (8%) |
| **Western Europe** | Low operating ratios outside of Italy (18%, new market) |
| **Scandinavia** | Low operating ratios across the board (1-2% avg) |
| **North America** | Moderate to low operating ratio of ~3% |

*All numbers reflect 2019 Actuals unless otherwise marked; Need to confirm France, AU, NO, SE numbers are USD*

Ticketmaster confidential. Do not distribute.



GLOBAL STRATEGY

# OPEX Historic 3-yr Growth by Market

**3-Yr Growth by Country** ('17-'19, $M)

- OPEX Growth
- GTV Growth

| | AT | NZ | IL | PL | CZ | DE | TW | ES | FI | NA | NL | IE | DK | UK | BE | TR | IT | UAE | SG | CH | FR | NO | ZA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-yr AOI Growth | -92% | -17% | 0% | -100% | -200% | -8% | -16% | -53% | +1% | TBD | -4% | -1% | +3% | +14% | +26% | +180% | +49% | TBD | +44% | +15% | +5% | -3% | |
| 2019 Op Margin | -2.1% | 1.5% | 0.9% | 0% | -3.6% | -1.0% | 0.7% | 0.1% | 3.8% | TBD | 1.8% | 6.3% | 1.5% | 2.8% | 2.1% | 2.7% | -11.9% | TBD | 1.8% | -6.1% | | | |

*In 2019, $18M of OPEX was spent supporting markets with negative operating margins*

Ticketmaster confidential. Do not distribute.

8

Global Strategy

# Appendix

GLOBAL STRATEGY

# Ticketmaster Global Growth Principles

**1** **Leadership Only**
*Operate only where Ticketmaster can compete for top market position within 5 years*
*Implication: Exit Switzerland, Austria, Poland, Czech Republic*

**2** **Growth From The Core**
*Dedicate to Live Nation & Music first; only expand outward once that category locked down*
*Implication: Refocus energy to promoter / music venue digital ticketing value in Germany, Italy, South Africa*

**3** **Invest In Competitive Differentiators**
*Focus where Ticketmaster can drive unique value compared to in-market competition*
*Implication: Client Sales & Marketing in UK/IE/Scandinavia, TM1 Self Service in AUS/NZ, E-Commerce in France*

Ticketmaster confidential. Do not distribute.

GLOBAL STRATEGY

# North America Primary Market Opportunity & Competitive Landscape

**2019 North America Ticketing Addressable Primary Market**
~60% Share Of 200M+ Fee Bearing Primary Ticket Market



Ticketmaster confidential. Do not distribute.

GLOBAL STRATEGY

# North America Secondary Market Opportunity & Competitive Landscape

### 2019 North America Ticketing Addressable Primary Market
~20% Share Of 50M+ Ticket Resale Market



Ticketmaster confidential. Do not distribute.

GLOBAL STRATEGY

# GTV By Genre For International Markets
## Low Concert Mix Compared To Sports May Be Negatively Effecting Australia and Germany ROS



**Western Europe**
55% Concerts, 17% Other, 13% Festivals, 11% Arts, 5% Sports

**Scandinavia**
46% Concerts, 19% Arts, 16% Sports, 11% Festivals, 9% Other

**Central Europe**
49% Concerts, 24% Sports, 11% Festivals, 8% Arts, 8% Other

**APAC / MEA**
53% Concerts, 19% Sports, 17% Other, 11% Arts, 1% Festivals

**North America:** 54% Concerts, 20% Sports, 18% Arts, 8% Festivals & Other

*Countries not included do not have data available: AU, Norway, Sweden, France, South Africa*
*Cinesa (Movies) have been removed from ES mix*

Ticketmaster confidential. Do not distribute.

13

GLOBAL STRATEGY

# OPEX Spend By Category For International Markets



Ticketmaster confidential. Do not distribute.

# Ticketmaster Technology Platform By Market

| Platform | Market | Tickets Sold (2019) | Growth Strategy |
|---|---|---|---|
| Microflex | Netherlands | 3.8M | Improve Profits |
| | Belgium | 1.2M | Improve Profits |
| | Spain | 2.7M | Investigate |
| | Germany | 3.5M | Investigate |
| | Austria | 0.1M | Exit |
| | Switzerland | 0.2M | Exit |
| | Poland | 0.6M | Exit |
| | Czech Republic | 0.5M | Exit |
| | Sweden | 4.2M | Maintain |
| | Denmark | 3.1M | Maintain |
| | Norway | 3.8M | Maintain |
| | Finland | 2.5M | Maintain |
| | South Africa | -- | Investigate |
| | Mexico / LatAm | -- | Investigate |
| | UAE / Saudi Arabia | -- | Maintain |
| | **Total MFX** | **~26M** | -- |

| Platform | Market | Tickets Sold (2019) | Growth Strategy |
|---|---|---|---|
| Host | United Kingdom & Ireland | 19.4M | Grow Share |
| | Australia & New Zealand | 11.2M | Improve Profits |
| | North America | 121M | Grow Share |
| | **Total Host** | **~173M** | -- |
| Trium | France | 9.1M | Grow Share |
| Attractive | Italy | 0.3M | Investigate |
| Tix Craft | Taiwan & Singapore | 0.3M | Maintain |
| WTS | Turkey & Israel | 5.0M | Maintain |
| | **Total Non MFX/Host** | **~15M** | |

| Platform | Market | Tickets Sold (2019) |
|---|---|---|
| Portfolios | Universe | 1.2M |
| | Tickethour | 0.8M |
| | Moshtix (AUS/NZ) | 1.7M |
| | Front Gate (UK) | 0.7M |
| | TicketWeb (UK) | 1.4M |
| | Ingresso (UK) | 0.8M |
| | TTT/Admit1 (Spain) | 4.7M |
| | **Total Portfolio** | **~11M** |

Ticketmaster confidential. Do not distribute.



Ticketmaster confidential. Do not distribute.