| | |
|---|---|
| **From:** | Joe Taylor [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=31E91BAF28C74A2C9284E7C8422AC37C-TAYLOR, JOE] |
| **Sent:** | 9/15/2021 2:09:55 PM |
| **To:** | Greg Wire [gregwire@livenation.com]; Bob Roux [bobroux@livenation.com]; Mark Campana [markcampana@livenation.com]; Kathy Porter [kathyporter@livenation.com]; Omar Al-Joulani [omaral-joulani@livenation.com]; Ryan McElrath [ryanmcelrath@livenation.com]; James Bilus [jimbilus@livenation.com]; John Ketchum [johnketchum@livenation.com]; Jordan Zachary [jordanzachary@livenation.com]; Benjamin Weeden [benjaminweeden@livenation.com]; Tom See [thomassee@livenation.com]; Ravi Shah [ravishah@livenation.com] |
| **Subject:** | Re: Ticketing & Pricing Metrics |

One big call out for everyone in the Amps -

**Our avg ticket prices are way up.** We not only scaled higher, but we are also discounting less.

**Our average paid is down,** but not as much as the prices are up.

**The net effect is positive** - average grosses and REVPAT (an important metric of sell thru and price) are significantly higher.

Going deeper here

**The fans are not showing price resistance.** Our conversion rates are actually up YOY despite much higher pricing. Cart abandonment is down (good sign for tax on top).

**Lower traffic is what's driving lower sales.**

Lower traffic is a function of awareness, usually, but possibly demand. Knowing we have had such structural changes to marketing strategy, I dug into our ad spend.

It turns out, so far, that ad spend is way down per show vs 2019. I'm not sure if that's a function of lower budgets, or not spending the full budget, so that's the next cut.

If it turns out we're underspending (either Digital or Traditional), that is an adjustment we can make operationally. We also can leverage programs like Momentum, where it makes sense. Or, hold those types of levers in our back pocket for 2022.

Just wanted to paint the picture so far this year to add more context to these metrics.

Joe Taylor

Live Nation Concerts
VP - Strategy & Analytics
(312)925-8418

**Ex. No PX0561**
**1:24-cv-03973**

**From:** Greg Wire <GregWire@LiveNation.com>
**Sent:** Wednesday, September 15, 2021 8:51:49 AM
**To:** Bob Roux <BobRoux@LiveNation.com>; Mark Campana <MarkCampana@LiveNation.com>; Kathy Porter <KathyPorter@LiveNation.com>; Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>; Ryan McElrath <RyanMcelrath@LiveNation.com>; James Bilus <JimBilus@LiveNation.com>; John Ketchum <JohnKetchum@LiveNation.com>; Jordan Zachary <JordanZachary@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Ravi Shah

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

<RaviShah@LiveNation.com>
**Cc:** Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** Ticketing & Pricing Metrics

Hi All,

Attached is this week's update of the ticketing and pricing metrics.  Note that we are adding the 2022 report starting this week as well.

A couple points of clarification...
- For the 2021 file, 2019YTD is as of September 2019
- For the 2022 file, 2019YTD is as of September 2018
- The sales cycle metrics only include shows that have completed the stage of the sales cycle.

For 2022:
- The amps only had one show onsale for 2019 so the comparisons are not yet meaningful
- The arenas had a meaningful number of shows onsale
  - Overall Sales along with P1 currently trail 2019.
  - Platinum sales and sell thru are significantly higher than 2019
  - Aisle adoption and revenue are up.
  - VIP sales are down

Please reach out with any questions.

Greg

Greg Wire | Director – Strategy & Analytics | Concerts
☎:: 312.540.2199 office // █████████████
✆: GregWire@livenation.com
✉:: 111 East Wacker Dr., Suite 1400 | Chicago, IL | 60601
www.livenation.com

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT