| | |
|---|---|
| **From:** | Omar Al-Joulani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8cab4d5caa554dc8acddc2ea1a188df9-Al-Joulani,] |
| **Sent:** | 7/5/2022 6:58:46 PM |
| **To:** | Ryan McElrath [ryanmcelrath@livenation.com] |
| **Subject:** | FW: Zach Bryan - 2023 business plans |
| **Attachments:** | Zach Bryan - Master File - 2023 - Forecast AMPS (05-Jul-2022).xlsx; Zach Bryan - Master File - 2023 - Forecast ARENAS (05-Jul-2022).xlsx |

Let me know when you want to go over

---

**From:** Alex Maxwell <AlexMaxwell@LiveNation.com>
**Date:** Tuesday, July 5, 2022 at 11:56 AM
**To:** Ryan McElrath <RyanMcelrath@LiveNation.com>, Omar Al-joulani <OmarAl-Joulani@LiveNation.com>
**Subject:** Re: Zach Bryan - 2023 business plans

See updated attached per our side thread, Ryan. Ticket prices and show count have been adjusted.

Do you agree w/ ▮▮▮ towards festival / international touring since we are competing with ▮▮▮ bonus?

AEG is going to corner Zach at Palomino – would love to get offer in asap.

<u>AMP version</u>
Average tix price: ▮▮▮▮▮▮▮▮▮▮

PP at forecast before ▮▮▮ non-recoupable ▮▮▮▮
PP at forecast after ▮▮▮ non-recoupable ▮▮▮▮

CM at forecast before ▮▮▮ non-recoupable ▮▮▮▮
CM at forecast after ▮▮▮ non-recoupable ▮▮▮▮

<u>ARENA version</u>
Average tix price: ▮▮▮▮▮▮▮▮▮▮

PP at forecast before ▮▮▮ non-recoupable ▮▮▮▮
PP at forecast after ▮▮▮ non-recoupable ▮▮▮▮

CM at forecast before ▮▮▮ non-recoupable ▮▮▮▮
CM at forecast after ▮▮▮ non-recoupable ▮▮▮▮

Thank you both!

---

**From:** Ryan McElrath <RyanMcelrath@LiveNation.com>
**Date:** Tuesday, June 28, 2022 at 1:25 AM
**To:** Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>
**Cc:** Alex Maxwell <AlexMaxwell@LiveNation.com>
**Subject:** Re: Zach Bryan - 2023 business plans

Yes working on that

**Ex. No
PX0628**

1:24-cv-03973

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001528481

On Jun 27, 2022, at 6:20 PM, Omar Al-Joulani <OmarAl-Joulani@livenation.com> wrote:

Ryan can we think of a bigger way to say all of this

---

**From:** Alex Maxwell <AlexMaxwell@LiveNation.com>
**Date:** Monday, June 27, 2022 at 2:09 PM
**To:** Omar Al-joulani <OmarAl-Joulani@LiveNation.com>, Ryan McElrath <RyanMcelrath@LiveNation.com>
**Subject:** Re: Zach Bryan - 2023 business plans

What do you think about the below language to include with offer?

*Live Nation will contribute a non-recoupable ██████ travel advance to present Zach Bryan's debut tours in UK / Europe and Australia / New Zealand.*

*Additionally, Live Nation will contribute a mutually agreeable advance against Zach Bryan Music Festival (placeholder name) to partner in the curation, production, marketing and execution of festival.*

---

**From:** Alex Maxwell <AlexMaxwell@LiveNation.com>
**Date:** Friday, June 24, 2022 at 2:43 PM
**To:** Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>, Ryan McElrath <RyanMcelrath@LiveNation.com>
**Subject:** Zach Bryan - 2023 business plans

Hi Omar and Ryan

What do you think about the attached business plans for Zach Bryan?

He enjoys being outdoors, but his team would like to see indoor options as well. It's a good idea to present both knowing AEG and Outback have no choice but to focus on arenas.

Colvin suggested ██████████████ on top. He believes we can get as aggressive as Morgan Wallen on scaling, but I was able to make the money work with more conservative ticket prices.

In addition to offer a couple ideas to highlight...

Zach Bryan Festival: Live Nation to advance ███ against 2023 festival (defer to you on specifics / language). His team wants to launch annual festival in TX next year (Dallas adjacent – I have site ideas from Nicolaidis)

LN Productions: Zach has not done press to this point, and wants to tell his story in his own words as a documentary (2024)

International: Live Nation to offer a non-recoupable advance to help fund short UK / Europe and AU / NZ runs

Omar can we catch up today?

Thank you both, and Ryan thank you again for your coming to Charleston!

alex

---

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-001528482

# Document Produced in Native Format

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001528483

# Document Produced in Native Format

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001528484