**Personal messages David Marcus and Mark Yovich - 2021-11-29 (UTC)**

Private 🔒          11/29/2021, 6:39 PM UTC

David Marcus and Mark Yovich

---

**MY** **Mark Yovich**
any Adele news - still next week?  💬 11/29/2021, 6:39 PM UTC

**DM** **David Marcus**
announces tomorrow at 6am pacific  💬 11/29/2021, 6:40 PM UTC
sale is next tuesday  💬 11/29/2021, 6:41 PM UTC
so far everything is on track  💬 11/29/2021, 6:41 PM UTC

**MY** **Mark Yovich**
👍  💬 11/29/2021, 6:41 PM UTC

**DM** **David Marcus**
any exec chatter re Omicron?  💬 11/29/2021, 6:42 PM UTC
or is it still too early and everyone just holding their breath  💬 11/29/2021, 6:42 PM UTC

**MY** **Mark Yovich**
ha of course!  💬 11/29/2021, 6:43 PM UTC
but nobody knows anything  💬 11/29/2021, 6:43 PM UTC
think we need 2-3 weeks to understand what it means. and if vaccines need to be adjusted.

so maybe its a 3month ish hit to business, until new vax distributed...or current vax ok, and symptoms remain mild - then we carry on.

just dont know right now                    💬
im in the office - not many here!  💬 11/29/2021, 6:44 PM UTC          11/29/2021, 6:44 PM UTC

**DM** **David Marcus**
the energy has waned!  💬 11/29/2021, 6:45 PM UTC
yeah, re Omicron I think we are gonna see this cycle for years  💬 11/29/2021, 6:45 PM UTC

**MY** **Mark Yovich**
yes  💬 11/29/2021, 6:45 PM UTC

**DM** **David Marcus**
I forwarded the email from Randy and Rob H last week regarding Kanye in LA. I

**Ex. No
PX0633**

1:24-cv-03973

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT          LNE22-001563789

invited Randy to call, though also was clear that our position wasnt going to change: either unwind the stub deal or pay us all the proceeds and let us fulfill. So far we've heard nothing and our information is that they've sold 3k+ tickets of the 10k they took from us. — 11/29/2021, 9:54 PM UTC

I want to make sure we're aligned and will make good on our threat not to honor any of those tickets. — 11/29/2021, 9:54 PM UTC

if TEG things they can come into NA and take whatever they want off our platform we will have a massive problem — 11/29/2021, 9:55 PM UTC

nobody has ever tried anythign of this scale in NA - historically we'd see 50 - 150 tickets a night coming out of artist holds — 11/29/2021, 9:55 PM UTC

never 10k — 11/29/2021, 9:55 PM UTC

**Mark Yovich**
Totally aligned — 11/29/2021, 9:57 PM UTC

Hustlers — 11/29/2021, 9:57 PM UTC

**David Marcus**
great, thanks — 11/29/2021, 9:57 PM UTC

**Mark Yovich**
They or the venue need to pay us — 11/29/2021, 9:57 PM UTC

**David Marcus**
yep. nuance there I wanna press on to make sure we're fully aligned: — 11/29/2021, 9:59 PM UTC

everyone always says "gimme a bunch of tickets to sell somewhere else and i'll pay you what you would have made — 11/29/2021, 9:59 PM UTC

we always say "no, we run a marketplace and we are not a wholesaler for other marketplaces" — 11/29/2021, 9:59 PM UTC

in this instance we're asking for not only what we would have made, but all the buyer data, AND any money they were paid as a sponsorship or incentive to move the tickets off TM — 11/29/2021, 10:00 PM UTC

i have no doubt StubHub offered them $$ to take those tickets exclusively to stub — 11/29/2021, 10:00 PM UTC

promoters monitized our exclusive rights for their own benefit — 11/29/2021, 10:01 PM UTC

**Mark Yovich**
Yes 100% agreed — 11/29/2021, 10:02 PM UTC

**David Marcus**
anything we need to do w MR? — 11/29/2021, 10:02 PM UTC

I know Omar has made him aware — 11/29/2021, 10:02 PM UTC

**Mark Yovich**
Just that our client is venue and they should know better — 11/29/2021, 10:02 PM UTC

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-001563790

**DM** **David Marcus**
yeah, they play the "whoa is me" card. "I know it's a violation of our contract but then the promoter will be mad at me"    11/29/2021, 10:03 PM UTC

woe not whoa    11/29/2021, 10:03 PM UTC

**MY** **Mark Yovich**
I don't think so if Omar told him

If we nudge MR he will get involved - so only if we need to    11/29/2021, 10:03 PM UTC

Yep    11/29/2021, 10:03 PM UTC

**DM** **David Marcus**
good    11/29/2021, 10:03 PM UTC

**MY** **Mark Yovich**
Randy's nothing to do with TEG at this stage, he on the artist side right?    11/29/2021, 10:04 PM UTC

**DM** **David Marcus**
they are all using personal email addresses. My understanding was that TEG was involved. That's what the venue thinks    11/29/2021, 10:05 PM UTC

Randy doesnt manage Kanye as far as I know. He's acting as the promoter here w Steve Dixon, Rob and Zane    11/29/2021, 10:05 PM UTC

**MY** **Mark Yovich**
Right    11/29/2021, 10:06 PM UTC

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-001563791