| | |
|---|---|
| **From:** | Omar Al-Joulani [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8CAB4D5CAA554DC8ACDDC2EA1A188DF9-AL-JOULANI,] |
| **Sent:** | 4/13/2021 6:02:14 PM |
| **To:** | Tom See [thomassee@livenation.com] |
| **CC:** | Bob Roux [bobroux@livenation.com]; Jackie Beato [jackiebeato@livenation.com] |
| **Subject:** | Re: 3rd party promoters using venues |

Tom – we don't want to rent the venues to 3rd party competitors – what is the point of owning the building if we let the competition use it

Just like AEG doesn't rent us our venues – we don't let them rent ours

All you're doing is letting the proverbial trojan horse into the building

**From:** Tara Traub <TaraTraub@LiveNation.com>
**Date:** Tuesday, April 13, 2021 at 11:00 AM
**To:** Terry Burke <TerryBurke@LiveNation.com>
**Cc:** Omar Al-joulani <OmarAl-Joulani@LiveNation.com>, Colin Lewis <ColinLewis@LiveNation.com>, Lesley Olenik <LesleyOlenik@LiveNation.com>
**Subject:** RE: 3rd party promoters using venues

+ Omar to connect with Tom

**From:** Terry Burke
**Sent:** Tuesday, April 13, 2021 12:56 PM
**To:** Tara Traub <TaraTraub@LiveNation.com>
**Subject:** 3rd party promoters using venues

Little bit of disconnect on policy.  Venue Nation not 100% at this time, still reviewing policy.

**From:** Larry Wethers <LarryWethers@LiveNation.com>
**Sent:** Tuesday, April 13, 2021 7:54 AM
**To:** Jessica Hill <JessicaHill@LiveNation.com>; Terry Burke <TerryBurke@LiveNation.com>
**Subject:** RE: AZ Federal Credit Holds 2022

> **Ex. No**
> **PX0657**
> 1:24-cv-03973

Jessica,

I've got a call with Tom this afternoon and will follow up.  The initial response he sent last week via email is that there wouldn't necessarily be a "no rental" policy to 3rd party promoters, but we may still look to engage under certain parameters/structure TBD.  I will see if I can get some clarity later today but in the meantime, I would suggest we respond to AEG and let them know we are working thru some internal procedures & will respond back ASAP with more info.

In other words....see if you can stall them a bit while we work thru internally exactly how we will treat moving forward.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

Thanks.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001839016