| | |
|---|---|
| **From:** | Jared Smith [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=275AB6E1B08B493381AD0F66EF5EA9A8-JARED SMITH] |
| **Sent:** | 7/12/2019 6:39:06 PM |
| **To:** | Karen Klein [karen.klein@ticketmaster.com] |
| **Subject:** | Re: Just FYI on SH and our exclusivity |

## Redacted for Privilege

On Jul 12, 2019, at 10:36 AM, Karen Klein <karen.klein@ticketmaster.com> wrote:

## Redacted for Privilege

Karen Klein
EVP & General Counsel

<image001.png>          **Office:** 310.360.3097 x43097
                        **Mobile:** ▮▮▮▮▮▮

**Ticketmaster** | A proud division of **Live Nation Entertainment**
We're hiring! Check out our **openings** and join our Talent Network.

<image002.jpg> <image003.png> <image004.png> <image005.jpg>

---

**From:** David Marcus <david.marcus@ticketmaster.com>
**Date:** Friday, July 12, 2019 at 9:49 AM
**To:** Karen Klein <karen.klein@ticketmaster.com>, Robert Wernick <robert.wernick@ticketmaster.com>
**Subject:** Fwd: Good to see you

David Marcus
EVP
Head of Ticketmaster Music
310-500-5253

---

**From:** Poirier, Jeff <jpoirier@stubhub.com>
**Sent:** Friday, July 12, 2019 9:47:36 AM
**To:** David Marcus
**Subject:** RE: Good to see you

Yes, good to catch up and thanks for the note.

Jeff

HIGHLY CONFIDENTIAL

**Ex. No**
**PX0751**
1:24-cv-03973

LNE-LIT24-001186601

**From:** David Marcus <david.marcus@ticketmaster.com>
**Sent:** Thursday, July 11, 2019 1:12 PM
**To:** Poirier, Jeff <jpoirier@stubhub.com>
**Subject:** Good to see you

> **EXTERNAL EMAIL:** Do not click any links or open attachments unless you trust the sender and know the content is safe.

Glad we were able to sit down and rap. Hope Vegas is treating you well.

As a follow up to our conversation at lunch, I just wanted to reiterate that where we have secured the exclusive rights from a venue to sell tickets to the general public, artists do not have any right to sell tickets to stubhub for their shows at that venue or otherwise authorize any alternative distribution channels. We've previously litigated this issue with stubhub and would appreciate that you respect our exclusive ticketing rights and not interfere with those contractual relationships.

Feel free to call with any questions.

David Marcus
EVP
Head of Ticketmaster Music
310-500-5253

HIGHLY CONFIDENTIAL