Message
_____

**From:** Rick Mueller [rmueller@aegpresents.com]
**Sent:** 6/22/2022 2:15:37 PM
**To:** Allen Corbett [acorbett@zeromile.com]
**Subject:** Re: Pricemaster Fee


I would push the issue, Marc is right.

---

**From:** Allen Corbett <acorbett@zeromile.com>
**Date:** Wednesday, June 22, 2022 at 7:49 AM
**To:** Rick Mueller <rmueller@aegpresents.com>
**Subject:** Fwd: Pricemaster Fee


Just fyi…. I'm available if you want to discuss

Allen
Sent from my iPhone


Begin forwarded message:

**From:** Marc Feinberg <mfeinberg@aegpresents.com>
**Date:** June 22, 2022 at 10:21:49 AM EDT
**To:** Allen Corbett <acorbett@zeromile.com>, Nicole Dellarocca <ndellarocca@aegpresents.com>
**Subject: RE: Pricemaster Fee**

I think the longer we wait, the less leverage we have….when I spoke to Barrie a while back, it was my impression that he understood the issues but he was more inclined for this type of demand (for perceived lost revenues) came from the promoter

I would propose we try and keep things practical and ask for the Pricemaster fees to be waived on the affected events …impact to Platinum was not as dramatical (although real)

Im happy to reach out to TM and attempt to put this to bed

---

**From:** Allen Corbett <acorbett@zeromile.com>
**Sent:** Tuesday, June 21, 2022 3:40 PM
**To:** Nicole Dellarocca <ndellarocca@aegpresents.com>
**Cc:** Marc Feinberg <mfeinberg@aegpresents.com>
**Subject:** Re: Pricemaster Fee


Barrie is preoccupied with Glastonbury this coming weekend & a small, yet to be announced, secret club show that plays between now & Glastonbury.


He and I are scheduled to catch late next week…


Allen
Sent from my iPhone

**Ex. No**

**PX0017**

1:24-cv-03973

On Jun 21, 2022, at 10:05 AM, Nicole Dellarocca <ndellarocca@aegpresents.com> wrote:

Also adding Allen here – I don't want this to fall through the cracks. Allen, have you spoken to Barrie? Do we want to follow up here and pursue asking David Marcus for $? Or are we dropping this?

                                                     AEG-CID-0000330839

To recap,
-        We initially asked to recoup what Scott Holtz viewed as our 'total losses' ($1.5M) – via waiving ███
Pricemaster fee + ██ Platinum fee on all dates (████) and recouping the balance via check or TM rev share
-        Rich came back with approval from the Pricemaster team to offer ████ (████████████████████)
-        Debra and I countered to ask for ████k (████████████████████████
████████████)
-        Rich took the ████ ask to Marcus, and Marcus came back offering ████
-        We attempted to get a call set up between Debra and Marcus to discuss this and come to an agreement, but nothing ever materialized

Emails attached for reference.

**From:** Nicole Dellarocca
**Sent:** Wednesday, June 15, 2022 3:59 PM
**To:** Marc Feinberg <mfeinberg@aegpresents.com>
**Subject:** RE: Pricemaster Fee

Correct

**From:** Marc Feinberg <mfeinberg@aegpresents.com>
**Sent:** Wednesday, June 15, 2022 3:51 PM
**To:** Nicole Dellarocca <ndellarocca@aegpresents.com>
**Subject:** RE: Pricemaster Fee

And Scott was thinking the overall impact to what he could have generated was 1.5MM – 2.MM range ?

**From:** Nicole Dellarocca <ndellarocca@aegpresents.com>
**Sent:** Wednesday, June 15, 2022 12:49 PM
**To:** Marc Feinberg <mfeinberg@aegpresents.com>
**Subject:** RE: Pricemaster Fee

Those are the only TM markets out of our 6 shows

MetLife, Syracuse, and Winston (NY1 and CAR) were most affected.

**From:** Marc Feinberg <mfeinberg@aegpresents.com>
**Sent:** Wednesday, June 15, 2022 3:45 PM
**To:** Nicole Dellarocca <ndellarocca@aegpresents.com>
**Subject:** RE: Pricemaster Fee

Were those the only markets affected?

**From:** Nicole Dellarocca <ndellarocca@aegpresents.com>
**Sent:** Wednesday, June 15, 2022 12:44 PM
**To:** Marc Feinberg <mfeinberg@aegpresents.com>
**Subject:** RE: Pricemaster Fee

| | NTA | GROSS IR | FEES |
|---|---|---|---|
| Winston-Salem | 18281 | ████ | ████ |
| Orlando | 14476 | ████ | ████ |
| Syracuse | 19045 | ████ | ████ |

Highly Confidential

| East Rutherford | 23677 | ███████ | ███████ |
|---|---|---|---|
| | **75479** | ███████ | ███████ |

**From:** Marc Feinberg <mfeinberg@aegpresents.com>
**Sent:** Wednesday, June 15, 2022 3:13 PM
**To:** Nicole Dellarocca <ndellarocca@aegpresents.com>
**Subject:** Pricemaster Fee

When convenient let me know what the total Pricemaster fee was for PM

Best,

Marc Feinberg I AEG Presents
mfeinberg@aegpresents.com

<mime-attachment>
<mime-attachment>

Highly Confidential                                    AEG-CID-0000330841