## Message

**From:** Rick Mueller [rmueller@aegpresents.com]
**Sent:** 11/2/2022 11:51:51 AM
**To:** Carole Kinzel [carole.kinzel@caa.com]
**Subject:** Re: The Smile 12/16 Seattle Wamu Ticket Count

TM sux.  Work at their own pace.

**From:** Carole Kinzel <carole.kinzel@caa.com>
**Date:** Wednesday, November 2, 2022 at 11:44 AM
**To:** Rick Mueller <rmueller@aegpresents.com>
**Subject:** FW: The Smile 12/16 Seattle Wamu Ticket Count

EXTERNAL

Just thought you should be aware of this

Carole Kinzel | CAA

**From:** Chad Queirolo <cqueirolo@aegpresents.com>
**Sent:** Wednesday, November 2, 2022 11:32 AM
**To:** Josh Myrick <jmyrick@aegpresents.com>
**Cc:** Brittany Lazar (Carole Kinzel Asst) <carole.kinzelasst@caa.com>; Carole Kinzel <carole.kinzel@caa.com>
**Subject:** Re: The Smile 12/16 Seattle Wamu Ticket Count

*External Sender*

We nudge them every day.

On Nov 2, 2022, at 11:21 AM, Josh Myrick <jmyrick@aegpresents.com> wrote:

Still in progress, I nudged them yesterday

Whitey Myrick – Director of Ticketing - AEG Presents PNW

**From:** Brittany Lazar (Carole Kinzel Asst) <carole.kinzelasst@caa.com>
**Sent:** Wednesday, November 2, 2022 11:18 AM
**To:** Josh Myrick <jmyrick@aegpresents.com>; Chad Queirolo <cqueirolo@aegpresents.com>
**Cc:** Carole Kinzel <carole.kinzel@caa.com>
**Subject:** RE: The Smile 12/16 Seattle Wamu Ticket Count

EXTERNAL

Hi Josh,

Do you have any updates or is this still in progress?

**Ex. No**
**PX0018**
1:24-cv-03973

Highly Confidential

AEG-CID-0000598958

Thank you,

Britt Lazar (she/her/hers)
CAA | Office of Carole Kinzel

**From:** Josh Myrick <jmyrick@aegpresents.com>
**Sent:** Friday, October 28, 2022 11:44 AM
**To:** Brittany Lazar (Carole Kinzel Asst) <carole.kinzelasst@caa.com>; Chad Queirolo <cqueirolo@aegpresents.com>
**Cc:** Carole Kinzel <carole.kinzel@caa.com>
**Subject:** RE: The Smile 12/16 Seattle Wamu Ticket Count

*External Sender*

Venue sent a scrub request to TM yesterday and said results will take a few days.


Whitey Myrick – Director of Ticketing - AEG Presents PNW

**From:** Brittany Lazar (Carole Kinzel Asst) <carole.kinzelasst@caa.com>
**Sent:** Friday, October 28, 2022 11:43 AM
**To:** Josh Myrick <jmyrick@aegpresents.com>; Chad Queirolo <cqueirolo@aegpresents.com>
**Cc:** Carole Kinzel <carole.kinzel@caa.com>
**Subject:** RE: The Smile 12/16 Seattle Wamu Ticket Count

EXTERNAL

Hi Josh,

Has this been resolved?

Thank you,

Britt Lazar (she/her/hers)
CAA | Office of Carole Kinzel

**From:** Josh Myrick <jmyrick@aegpresents.com>
**Sent:** Wednesday, October 26, 2022 4:46 PM
**To:** Chad Queirolo <cqueirolo@aegpresents.com>; Brittany Lazar (Carole Kinzel Asst) <carole.kinzelasst@caa.com>
**Subject:** RE: The Smile 12/16 Seattle Wamu Ticket Count

*External Sender*

Venue said they got hit by brokers/bots, they're working on cancelling them.


Whitey Myrick – Director of Ticketing - AEG Presents PNW

**From:** Chad Queirolo <cqueirolo@aegpresents.com>
**Sent:** Wednesday, October 26, 2022 1:18 PM

Highly Confidential

AEG-CID-0000598959

**To:** Brittany Lazar (Carole Kinzel Asst) <carole.kinzelasst@caa.com>
**Cc:** Josh Myrick <jmyrick@aegpresents.com>
**Subject:** Re: The Smile 12/16 Seattle Wamu Ticket Count

Tying in Whitey to see what's up.

Chad


On Oct 26, 2022, at 12:07 PM, Brittany Lazar (Carole Kinzel Asst) <carole.kinzelasst@caa.com> wrote:


EXTERNAL


Hi Chad,

Hope all is well. Noticed that there was a big jump in the Seattle count, do you know if that was due to fan club tickets being added or another reason?

Thank you!

Britt Lazar (she/her/hers)
CAA | Office of Carole Kinzel


Following CAA's Acquisition of ICM Partners, CAA Agents, including former ICM Agents, now operate under CAA. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. CAA is committed to ensuring that clients are free to do their best work without experiencing harassment and want to ensure they have the relevant resources they need. Clients can go to https://www.caa.com/legal/sexual-harassment-guidelines-caa-clients to learn more about their rights, and how to report violations.

In performing services for you, we regularly receive, process and maintain certain personal information about you. For information about how Creative Artists Agency, LLC and its subsidiaries process such personal data, please see our Privacy Notice https://www.caa.com/legal/client-privacy-notice.

Following CAA's Acquisition of ICM Partners, CAA Agents, including former ICM Agents, now operate under CAA. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. CAA is committed to ensuring that clients are free to do their best work without experiencing harassment and want to ensure they have the relevant resources they need. Clients can go to https://www.caa.com/legal/sexual-harassment-guidelines-caa-clients to learn more about their rights, and how to report violations.

In performing services for you, we regularly receive, process and maintain certain personal information about you. For information about how Creative Artists Agency, LLC and its subsidiaries process such personal data, please see our Privacy Notice https://www.caa.com/legal/client-privacy-notice.

Following CAA's Acquisition of ICM Partners, CAA Agents, including former ICM Agents, now operate under CAA. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are

AEG-CID-0000598960

addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. CAA is committed to ensuring that clients are free to do their best work without experiencing harassment and want to ensure they have the relevant resources they need. Clients can go to https://www.caa.com/legal/sexual-harassment-guidelines-caa-clients to learn more about their rights, and how to report violations.

In performing services for you, we regularly receive, process and maintain certain personal information about you. For information about how Creative Artists Agency, LLC and its subsidiaries process such personal data, please see our Privacy Notice https://www.caa.com/legal/client-privacy-notice.

Following CAA's Acquisition of ICM Partners, CAA Agents, including former ICM Agents, now operate under CAA. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. CAA is committed to ensuring that clients are free to do their best work without experiencing harassment and want to ensure they have the relevant resources they need. Clients can go to https://www.caa.com/legal/sexual-harassment-guidelines-caa-clients to learn more about their rights, and how to report violations.

In performing services for you, we regularly receive, process and maintain certain personal information about you. For information about how Creative Artists Agency, LLC and its subsidiaries process such personal data, please see our Privacy Notice https://www.caa.com/legal/client-privacy-notice.

Highly Confidential

AEG-CID-0000598961