| From: | Rick Mueller |
|---|---|
| Sent: | Tuesday, May 23, 2023 6:06 PM PDT |
| To: | KathleenTreseder@cityofirvine.org; MikeCarroll@cityofirvine.org; LarryAgran@cityofirvine.org; Tammy.Kim@cityofirvine.org; FarrahKhan@cityofirvine.org |
| CC: | Melissa Ormond; Dennis Dennehy |
| Subject: | Amphitheatre at the Great Park / AEG Presents |
| Attachments: | AEG-GV-Irvine-4x6-v1B.pdf, Great Park Comments.pdf |

Dear Council Members, Mayor Khan, and Vice Mayor Kim:

Attached please find a summary document, as well as a written copy of the comments made by AEG's representatives during today's city council meeting, that express AEG's concerns regarding the current direction of the proposed amphitheater at the Great Park as well alternative ideas that would deliver a more successful venue and valuable asset for people and City of Irvine.   We would welcome the opportunity to meet with you and discuss how AEG can help the Irvine better meet its goals in the ongoing effort to develop a world class facility.

Thank you,


Rick Mueller
President, North America


Melissa Ormond
COO, Goldenvoice

**Ex. No**

**PX0200**

1:24-cv-03973



My name is Rick Mueller and serve as the president of North America for AEG Present, the second largest concert promoter in the world and foremost developer of venues including the Cypto.Com arena in Los Angeles, the O2 in London and Forest Hills Stadium in New York.   Locally, we are the leading promoter in California producing over 2,000 concerts annually under the Goldenvoice brand, most notably the Coachella Music and Arts Festival located a few hours east of here and is recognized as the most important music festival worldwide.   Goldenvoice has developed and operates 12 venues throughout California & is the gold standard for both venue development and diverse programming.

AEG/Goldenvoice has been closely watching the controversy surrounding the current RFP for the City of Irvine to award Ticketmaster/Live Nation an amphitheatre at the Great Park, majority funded by the city. The ongoing discord amongst the community and city council is so loud that perhaps it's time to take a step back and reimagine the project?   Is there a different venue that can become an asset for the city, and bring more value to the community?   Is there a venue design that will have less impact on its neighbours with its parking and sound?   Is there a venue design that will bring a higher volume of diverse concerts to the venue?   Is there an opportunity to build an iconic venue in Irvine that the city can point to as cultural beacon attracting both artists and fans from Southern California and beyond?

The answer to all of these questions is 'yes'.

The City of Irvine should consider a more favourable alternative, rather than continue to struggle to make the currently flawed concept work.   You don't have to look further than Red Rocks Amphitheatre in Denver and the Greek Theatre in Los Angeles for inspiration.   Simply put, these venues are icons.    They host a diverse schedule of world class artists and hundreds of concerts each year.   Bands release live albums recorded at these venues, movies are made about these venues, and they are revered by both artists and music fans as the best concert experiences in the world.   And boy oh boy oh boy, they sure do sell a lot of tickets!   These venues are always open to the community and all promoters which has resulted in the venues thriving.

The concert seasons at the current Five Points amphitheatre have been limited broad scale programming from Ticketmaster/Live Nation, the same uninspired concerts they run through their chain of amphitheatres across the country.  It's a fantastic tool for Ticketmaster/Live Nation to generate the exorbitant tickets fees and big sponsor dollars that power their company....but maybe it's not good for music fans or the people of Irvine.   Why would Irvine pay subsidize Ticketmaster's profits especially when you've already seen what Ticketmaster/Live Nation has to offer?   Why would you give over control of a $110 million city asset to one private company and end up with the wrong venue and so few shows?

There is an alternative and AEG/Goldenvoice would welcome the opportunity to collaborate with on the city to build an iconic venue that would be open to all promoters, create more diverse programming, and have a more positive impact on the community living near the amphitheatre.   This would bring Great Park more activity put the city in control of a valuable asset and consistent revenue stream for years to come.

CITY_OF_IRVINE_022103



CITY_OF_IRVINE_022104



CITY_OF_IRVINE_022105