Message

| | |
|---|---|
| From: | Rick Mueller [rmueller@aegpresents.com] |
| Sent: | 7/21/2021 9:24:09 AM |
| To: | Stephanie Streeter [sstreeter@axs.com]; Russell Silvers [rsilvers@aegworldwide.com]; Robert Sine [rsine@axs.com]; Dean Dewulf [ddewulf@axs.com] |
| Subject: | Re: San Manuel update |

Got the official word they are going LN for the booking, my guess is they will go with TM as a result.

---

**From:** Stephanie Streeter <sstreeter@axs.com>
**Date:** Tuesday, July 20, 2021 at 2:09 PM
**To:** Russell Silvers <rsilvers@aegworldwide.com>, Rick Mueller <rmueller@aegpresents.com>, Robert Sine <rsine@axs.com>, Dean Hungry Like Dewulf <ddewulf@axs.com>
**Subject:** Re: San Manuel update

EXTERNAL

Hey all,

Just a further update.  We had our call with Arich Berghammer who is their new VP of Entertainment (coming from Live Nation) - https://www.linkedin.com/in/arich-berghammer-b385468 His feedback was that he thinks we're good, is curious about us, but their procurement manager said that he told the team "he knows everyone at TM so if they ever have an issue he can get it solved immediately" but he isn't opposed to AXS.  @Rob Sine is reaching out to him direct to executive level sell

Everyone on their larger team wants to go with AXS, they like us and our tech better and they have a bad taste in their mouth from TM over the years giving them a really shitty deal and service.  Peter Arceo, who is their GM (and didn't come to any of our scheduled calls) said that if they go with live nation they should use ticketmaster and is our main blocker.  @Russell Silvers is Peter the one you're friends with? I don't have a direct line to him so if possible would be really helpful to ping him.

I'm working on the pricing with their procurement manager as they said we're higher than TM on the higher price points.

Thanks,
Steph

---

**From:** Russell Silvers <rsilvers@aegworldwide.com>
**Date:** Wednesday, May 5, 2021 at 2:56 PM
**To:** Stephanie Streeter <sstreeter@axs.com>, Rick Mueller <rmueller@aegpresents.com>, Rob Sine <rsine@axs.com>, Dean Dewulf <ddewulf@axs.com>
**Subject:** RE: San Manuel update

CAUTION: This email originated from a non AXS domain. Please use caution when reviewing the links or attachments unless you verify the sender and know the content is safe.

Thank you for the update Stephanie, I will absolutely reach out to my contact.

**Ex. No**
**PX1284**
1:24-cv-03973

Highly Confidential                                                     AEG-CID-0000331879

Russell

**From:** Stephanie Streeter <sstreeter@axs.com>
**Sent:** Wednesday, May 5, 2021 1:49 PM
**To:** Russell Silvers <rsilvers@aegworldwide.com>; Rick Mueller <rmueller@aegpresents.com>; Robert Sine <rsine@axs.com>; Dean Dewulf <ddewulf@axs.com>
**Subject:** San Manuel update

EXTERNAL

Hey everybody,

Just an update from the San Manuel side – we absolutely crushed the final presentation on Monday. I think we gave them a lot to think about compared to Ticketmaster. Their IT lead messaged me on the side to tell me how good it was and that they loved the loyalty and mobile SDK integrations.

@Russell Silvers heard anything? Maybe a good time to check in with your POC since they just purchased the Palms in Vegas for $650m and can casually poke around.

Thanks!
Steph

--

Stephanie Streeter
**AXS** | Senior Director, Music
███████████ | sstreeter@axs.com

Recent Press:
First Avenue
JAM Productions
Pabst Theater Group
Calgary Stampede

Highly Confidential                                              AEG-CID-0000331880