Defs' Trial Exhibit

**DX-0267**

Message

**From**:        John Moore [johnmoore@bowerypresents.com]
**Sent**:        8/26/2019 12:22:48 PM
**To**:          Rick Mueller [rmueller@aegpresents.com]
**Subject**:     Re: Booking Meeting - 2019 Highlights

Understood rick thanks for the note

---

**From:** Rick Mueller <rmueller@aegpresents.com>
**Sent:** Monday, August 26, 2019 2:48:54 PM
**To:** John Moore <johnmoore@bowerypresents.com>
**Subject:** Re: Booking Meeting - 2019 Highlights

John, it's probably better if we discuss on the phone because e mails like this aren't helpful.

I get that AXS isn't perfect…far from it.   TM has it's issues as does Eventbrite.   But AXS has made huge progress in the last 18-24 months.   Complaining about it without contributing to the solution is a waste of time.   We aren't doing a deal with TM…they are our competitor and the government wouldn't allow it.

You need to better define how it's impacting your business, rather than giving me anecdotal quips from FJM manager, and I will be more than happy to take that agenda to AXS and fight for your needs.

Bryan Perez will be at the booking meeting presenting and would welcome any dialog you have about the lowlights.

RM

---

**From:** John Moore <johnmoore@bowerypresents.com>
**Date:** Monday, August 26, 2019 at 10:06 AM
**To:** Rick Mueller <rmueller@aegpresents.com>
**Subject:** Re: Booking Meeting - 2019 Highlights

I know these are highlights but are we going to discuss lowlights like AXS?  I mean really , is there a plan ?  It's the worst ticketing service, pathetic.   Will this be addressed ?  Can't PFA write it off and we do a TM deal?

Just last week I heard from Father Johns manager, regarding a rescheduled Guster show, how awful AXS is and I asked for a comparison to his TM experiences and said he thought AXS was / is  #3 in a 2 horse race.

I'd love to hear from the Exec committee (Monday Heads meetings in Denver right?) whats being done?  It's a horrible burden that effects our business. Is there an end in site ? Last thing we need to hear is from Bryan & Dean when they're rolling out the next version of the turd.   Moore turds just need moore toilet paper and I'm wiped out.

Thanks for listening .   Being #3 out of 2 is sad.  We can do better. Go team.

---

**From:** Rick Mueller <rmueller@aegpresents.com>
**Sent:** Tuesday, August 13, 2019 9:32:25 PM
**Subject:** Booking Meeting - 2019 Highlights

I am reviewing 2019 for major highlights to call out at the meeting in Denver.   Please let me know if you have any significant events in your region that should be considered for the highlight section.   Right now I am considering

CONFIDENTIAL                                                                                                                                       AEG-CID-0000295331

1. Day N Vegas
2. Frost Amphitheater Opening
3. Porter Robinson Festival
4. Black Pink Tour
5. Webster Hall Opening
6. Mission Ballroom Opening
7. The Eastern Ground Breaking
8. Boston Landing announcement
9. Cincinnati Venue Announcement
10. Mumford shows / Maybe McCartney
11. MoPop growth / Rocklahoma Growth

What else do you have for me that would qualify as a top 10 highlight?   Just looking for events generated from the regional offices, not anything from the Touring groups.

Brooke/Vic – looking for you to represent this on the marketing side.   Whatcha' got for me?

RM

Rick Mueller
**AEG Presents**
Office: (323) 930-7115
e mail: rmueller@aegpresents.com

CONFIDENTIAL

AEG-CID-0000295332

**DX-0267.0002**