Message

_____

**From:**      Rick Mueller [rmueller@aegpresents.com]
**Sent:**      11/11/2022 12:57:34 PM
**To:**        Rob Pohly [rpohly@Samlyncapital.com]
**Subject:**   Re: Louis Tomlinson

I have the same problem on both systems.    AXS is not a piece of shit, I'm bored with the rhetoric here.

---

**From:** Rob Pohly <rpohly@Samlyncapital.com>
**Date:** Friday, November 11, 2022 at 11:16 AM
**To:** Rick Mueller <rmueller@aegpresents.com>
**Subject:** Fwd: Louis Tomlinson

EXTERNAL

This is why Ticketmaster is better.

Begin forwarded message:

**From:** "Mike Luba (MHP)" <luba@madisonhousepresents.com>
**Date:** November 11, 2022 at 2:13:39 PM EST
**To:** Rob Pohly <rpohly@samlyncapital.com>, Michael Barry <mbarry@samlyncapital.com>, Don Sullivan
<dsullivan@aegpresents.com>
**Subject: FW: Louis Tomlinson**

No bueno....

confirmation that I may have over negotiated the AXS deal as Karma is a Bitch and Instant!!  Or just confirmation that
the AXs system still mostly stinks at simple, basic things that should NEVER be happening...

Luba

Mike Luba
Madison House Presents
Boulder|NYC|Chicago
53 W23rd St 5th Floor
NY, NY 10010

███████████████

---

**From:** Nicole Paparozzi <npaparozzi@bowerypresents.com>
**Sent:** Friday, November 11, 2022 1:36 PM
**To:** Mike Luba (MHP) <luba@madisonhousepresents.com>; Tiffany Mastrocola <TiffanyMastrocola@LiveNation.com>;
Stacie George <StacieGeorge@LiveNation.com>; Jenna Roper <JennaRoper@LiveNation.com>
**Cc:** Ben Arden <BenArden@LiveNation.com>; Don Sullivan <dsullivan@aegpresents.com>; Joy Hubbard
<jhubbard@bowerypresents.com>; Anthony Yannette <ayannette@bowerypresents.com>
**Subject:** RE: Louis Tomlinson

Hi everyone,

No. 1:24-cv-03973-AS
**Defs' Trial Exhibit**
**DX-0711**

Highly Confidential                                                        AEG-CID-0000598858

**DX-0711.0001**

Here's what happened –

AXS switched over from the static map to pick-a-seat around 11am. They usually do this on their own after the onsale rush. Unfortunately they did it incorrectly so fans were unable to select any tickets on the map, hitting a complete block in sales.

They're switching the map back to static since they still can't figure it out.

Tiffany/Stacie, I'm hoping to get on a call with you and Dan Mollway momentarily. I just want to wait until it's fixed.

Either way, this is a huge mistake and I'm sorry this happened. We'll need to figure out a way for AXS to make up for the lost momentum.

**Nicole Paparozzi**
Ticketing Director | The Bowery Presents
53 West 23rd Street, 5th Fl
New York, NY 10010

---

**From:** Mike Luba (MHP) <luba@madisonhousepresents.com>
**Sent:** Friday, November 11, 2022 1:33 PM
**To:** Tiffany Mastrocola <TiffanyMastrocola@LiveNation.com>; Stacie George <StacieGeorge@LiveNation.com>; Mike Luba (MHP) <luba@madisonhousepresents.com>; Jenna Roper <JennaRoper@LiveNation.com>
**Cc:** Ben Arden <BenArden@LiveNation.com>; Don Sullivan <dsullivan@aegpresents.com>; Joy Hubbard <jhubbard@bowerypresents.com>; Nicole Paparozzi <npaparozzi@bowerypresents.com>; Anthony Yannette <ayannette@bowerypresents.com>
**Subject:** RE: Louis Tomlinson

Looping in the ticketing team….

Mike Luba
Madison House Presents
Boulder|NYC|Chicago
53 W23rd St 5th Floor
NY, NY 10010
███████████████████

---

**From:** Tiffany Mastrocola <TiffanyMastrocola@LiveNation.com>
**Sent:** Friday, November 11, 2022 1:31 PM
**To:** Stacie George <StacieGeorge@LiveNation.com>; Mike Luba (MHP) <luba@madisonhousepresents.com>; Jenna Roper <JennaRoper@LiveNation.com>
**Cc:** Ben Arden <BenArden@LiveNation.com>; Don Sullivan <dsullivan@aegpresents.com>; Joy Hubbard <jhubbard@bowerypresents.com>
**Subject:** RE: Louis Tomlinson

EXTERNAL

Stacie I am calling you

---

**From:** Stacie George <StacieGeorge@LiveNation.com>
**Sent:** Friday, November 11, 2022 1:30 PM
**To:** Mike Luba (MHP) <luba@madisonhousepresents.com>; Jenna Roper <JennaRoper@LiveNation.com>; Tiffany Mastrocola <TiffanyMastrocola@LiveNation.com>

**DX-0711.0002**

**Cc:** Ben Arden <BenArden@LiveNation.com>; Don Sullivan <dsullivan@aegpresents.com>; Joy Hubbard <jhubbard@bowerypresents.com>
**Subject:** Re: Louis Tomlinson

Jenna is saying we can't cart a ticket? Do you guys have issues?

On Nov 11, 2022, at 7:51 AM, Mike Luba (MHP) <luba@madisonhousepresents.com> wrote:

[EXTERNAL]

Good job!! This is going to be a really good one. Thanks again for making it happen.

Sent from the grass courts

On Nov 11, 2022, at 10:49 AM, Stacie George <StacieGeorge@livenation.com> wrote:

EXTERNAL

Ash agrees it's one too
Just talked to her
Phew

On Nov 11, 2022, at 7:42 AM, Mike Luba (MHP) <luba@madisonhousepresents.com> wrote:

[EXTERNAL]

Agreed. We should let the first one get thru the day and we can think thru a proper reload/relaunch if y'all feel like there is a second. Feels like a slam dunk single sell out at this point.

Sent from the grass courts.

Mike Luba
Madison House Presents
Boulder|NYC|Chicago
53 W23rd St 5th Floor
NY, NY 10010
██████████████████

**From:** Stacie George <StacieGeorge@LiveNation.com>
**Sent:** Friday, November 11, 2022 10:33:47 AM
**To:** Mike Luba (MHP) <luba@madisonhousepresents.com>
**Cc:** Ben Arden <BenArden@LiveNation.com>; Don Sullivan <dsullivan@aegpresents.com>; Joy Hubbard <jhubbard@bowerypresents.com>
**Subject:** Re: Louis Tomlinson

EXTERNAL

I really don't like rolling to a Monday
What do you think?

Highly Confidential

AEG-CID-0000598860

On Nov 11, 2022, at 7:22 AM, Mike Luba (MHP) <luba@madisonhousepresents.com> wrote:

[EXTERNAL]

Everyone on the same page and feeling good so far?

Sent from the grass courts.

Mike Luba
Madison House Presents
Boulder|NYC|Chicago
53 W23rd St 5th Floor
NY, NY 10010

████████████████████

---

**From:** Ben Arden <BenArden@LiveNation.com>
**Sent:** Friday, November 11, 2022 9:52:45 AM
**To:** Don Sullivan <dsullivan@aegpresents.com>
**Cc:** Stacie George <StacieGeorge@LiveNation.com>; Mike Luba (MHP) <luba@madisonhousepresents.com>; Joy Hubbard <jhubbard@bowerypresents.com>
**Subject:** Re: Louis Tomlinson

EXTERNAL

Yes, good to release FOB on 7/31

---

**From:** Don Sullivan <dsullivan@aegpresents.com>
**Date:** Friday, November 11, 2022 at 9:48 AM
**To:** Ben Arden <BenArden@LiveNation.com>
**Cc:** Stacie George <StacieGeorge@LiveNation.com>, Mike Luba (MHP) <luba@madisonhousepresents.com>, Joy Hubbard <jhubbard@bowerypresents.com>
**Subject:** Re: Louis Tomlinson

[EXTERNAL]

Fall out boy is one of the holds.  Assume we can let that go ?

Don Sullivan
AEG Global Touring | Forest Hills Stadium
████████████

On Nov 11, 2022, at 8:43 AM, Ben Arden <BenArden@livenation.com> wrote:

EXTERNAL

Hey guys –

Artist team just realized that they made a mistake on the 2nd date we were hoping to do. He can't do 4 in a row, and 7/30 would be the fourth consecutive. We really need this potential date to be 7/31.

Any chance this is open as an alternate roll date?

Highly Confidential                                    AEG-CID-0000598861

**DX-0711.0004**

Please let us know when you can. Thanks!

---

**From:** Don Sullivan <dsullivan@aegpresents.com>
**Date:** Thursday, November 10, 2022 at 12:10 PM
**To:** Stacie George <StacieGeorge@LiveNation.com>
**Cc:** Mike Luba (MHP) <luba@madisonhousepresents.com>, Joy Hubbard <jhubbard@bowerypresents.com>, Ben Arden <BenArden@LiveNation.com>
**Subject:** Re: Louis Tomlinson

[EXTERNAL]

Rent caps at ███
Nut is ███

Hands maybe up ███
Catering up ██

**Don Sullivan**
Senior Vice President
AEG Global Touring
111 N. Wabash Ave. Suite 922
Chicago, IL 60602
████████████████

---

**From:** Stacie George <StacieGeorge@LiveNation.com>
**Date:** Thursday, November 10, 2022 at 11:04 AM
**To:** Don Sullivan <dsullivan@aegpresents.com>
**Cc:** Mike Luba (MHP) <luba@madisonhousepresents.com>, Joy Hubbard <jhubbard@bowerypresents.com>, Ben Arden <BenArden@LiveNation.com>
**Subject:** RE: Louis Tomlinson

EXTERNAL

GA floor

---

**From:** Don Sullivan <dsullivan@aegpresents.com>
**Sent:** Wednesday, November 9, 2022 2:12 PM
**To:** Stacie George <StacieGeorge@LiveNation.com>
**Cc:** Mike Luba (MHP) <luba@madisonhousepresents.com>; Joy Hubbard <jhubbard@bowerypresents.com>; Ben Arden <BenArden@LiveNation.com>
**Subject:** Re: Louis Tomlinson

[EXTERNAL]

Is this Ga floor or reserved ? Can u remind me ?

Don Sullivan
AEG Global Touring | Forest Hills Stadium
████████████

Highly Confidential                                      AEG-CID-0000598862

**DX-0711.0005**

On Nov 9, 2022, at 1:04 PM, Stacie George <StacieGeorge@livenation.com> wrote:

> **EXTERNAL**

With ash off
Can you tell us what expenses would double and which ones would not?


Begin forwarded message:

**From:** Joy Hubbard <jhubbard@bowerypresents.com>
**Date:** November 9, 2022 at 1:13:19 PM EST
**To:** Ash Lewis <alewis@teamwass.com>, "Mike Luba (MHP)" <luba@madisonhousepresents.com>
**Cc:** Stacie George <StacieGeorge@livenation.com>, Marty Diamond <mdiamond@teamwass.com>
**Subject: RE: Louis Tomlinson**

[EXTERNAL]

You're 1H on July 30

**Joy Hubbard** (they/them)
The Bowery Presents
53 West 23rd Street, 5th Fl
New York, NY 10010
jhubbard@bowerypresents.com

**From:** Ash Lewis <alewis@teamwass.com>
**Sent:** Wednesday, November 9, 2022 12:53 PM
**To:** Mike Luba (MHP) <luba@madisonhousepresents.com>
**Cc:** Stacie George <staciegeorge@livenation.com>; Marty Diamond <mdiamond@teamwass.com>; Joy Hubbard <jhubbard@bowerypresents.com>
**Subject:** Re: Louis Tomlinson

> **EXTERNAL**

Sorry to keep on checking in, we just want to get the 2nd show build in case of a blow out.

Thx


**From:** Ash Lewis <alewis@teamwass.com>
**Date:** Wednesday, November 9, 2022 at 8:21 AM
**To:** Mike Luba (MHP) <luba@madisonhousepresents.com>
**Cc:** Stacie George <staciegeorge@livenation.com>, Marty Diamond <mdiamond@teamwass.com>, Joy Hubbard <jhubbard@bowerypresents.com>
**Subject:** Re: Louis Tomlinson

Hey Joy

Wanted to check back in.

Thanks ash

Highly Confidential

AEG-CID-0000598863

**ASH LEWIS** Agent, Music
███████ ████████ | ALEWIS@TEAMWASS.COM
WASSERMAN MUSIC NYC
Web | Twitter | Instagram

---

**From:** Mike Luba (MHP) <luba@madisonhousepresents.com>
**Sent:** Tuesday, November 8, 2022 8:09:27 PM
**To:** Ash Lewis <alewis@teamwass.com>
**Cc:** Stacie George <staciegeorge@livenation.com>; Marty Diamond <mdiamond@teamwass.com>; Joy Hubbard <jhubbard@bowerypresents.com>
**Subject:** Re: Louis Tomlinson

Joy can advise....awesome news about the sign ups.  Would be so awesome for Louis to crush a double!

Sent from the grass courts.

Mike Luba
Madison House Presents
Boulder|NYC|Chicago
53 W23rd St 5th Floor
NY, NY 10010
████████████████████

---

**From:** Ash Lewis <alewis@teamwass.com>
**Sent:** Tuesday, November 8, 2022 8:06 PM
**To:** Mike Luba (MHP) <luba@madisonhousepresents.com>
**Cc:** Stacie George <staciegeorge@livenation.com>; Marty Diamond <mdiamond@teamwass.com>
**Subject:** Louis Tomlinson

EXTERNAL

Hey Luba

I know we texted on this earlier.
7/30 for Louis at FH, we good? ☺

We are almost at 20K sign ups

Ash

**ASH LEWIS** Agent, Music
████████ | ALEWIS@TEAMWASS.COM
WASSERMAN MUSIC NYC
Web | Twitter | Instagram

---

NOTICE TO RECIPIENTS: This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. Delivery of this email or any of the information contained herein to anyone other than the recipient or his or her designated representative is unauthorized and any other use, reproduction, distribution or copying of this email or the information contained herein, in whole or in part, without the prior written consent of Samlyn Capital, LLC or its affiliates is prohibited and may be unlawful. If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in error, and we request that you please delete and destroy all copies and attachments in your possession, and notify the sender that you have received this communication in error. The information contained herein is the property of Samlyn Capital, LLC, prepared exclusively for its use. The information contained herein is not an advertisement and is not intended for public use or distribution. Samlyn Capital, LLC makes no

Highly Confidential                                    AEG-CID-0000598864

representations or warranties, express or implied, with respect to the fairness, correctness, accuracy, reasonableness or completeness of any of the information contained herein, and expressly disclaims any responsibility or liability therefor. The information presented herein should not be considered a recommendation to purchase or sell any particular security.

Highly Confidential

AEG-CID-0000598865