Message

―――――――――――――――――――――――――――――――――――――――――

**From**: Scott Stienecker [scotts@promowestlive.com]
**Sent**: 7/15/2021 1:22:12 PM
**To**: Rick Mueller [rmueller@aegpresents.com]
**Subject**: RE: AXS Issues

Sounds good.  Thanks



**Scott Stienecker**
**AEG Regional VP**
**PromoWest CEO**
Columbus / Pittsburgh / Cincinnati
████████████

**From:** Rick Mueller <rmueller@aegpresents.com>
**Sent:** Thursday, July 15, 2021 1:19 PM
**To:** Scott Stienecker <scotts@promowestlive.com>
**Subject:** Re: AXS Issues

How about Tuesday at 10AM PST?

**From:** Scott Stienecker <scotts@promowestlive.com>
**Date:** Thursday, July 15, 2021 at 1:07 PM
**To:** Rick Mueller <rmueller@aegpresents.com>
**Subject:** RE: AXS Issues

Sounds good. I have the ticketmaster chart and AXS side by side. AXS is a bit high and we wanted to be less. What's a good day for you next week?



**Scott Stienecker**
**AEG Regional VP**
**PromoWest CEO**
Columbus / Pittsburgh / Cincinnati
████████████

**From:** Rick Mueller <rmueller@aegpresents.com>
**Sent:** Thursday, July 15, 2021 12:59 PM
**To:** Scott Stienecker <scotts@promowestlive.com>
**Subject:** Re: AXS Issues

I doubt the customers like AXS any less than TM.   And we did a price analysis against TM so maybe we should review that but your fees are not materially higher.   I'm not calling out Marissa but the below feels more like editorial to me than an analysis.   Maybe you're hearing about it more now because TM just took the brunt before?

Do you want to gather the info and we can set up a call for early next week.   I want to get this right so if we need to adjust that's fine, I just want it to be a data driven decision and not based on opinions.

> **Ex. No**
> **PX1286**
> 1:24-cv-03973

AEG-CID-0000275630

**From:** Scott Stienecker <scotts@promowestlive.com>
**Date:** Thursday, July 15, 2021 at 12:10 PM
**To:** Rick Mueller <rmueller@aegpresents.com>
**Subject:** FW: AXS Issues

Rick,
I know you are swamped but would like to get a call with you sometime next week. We're getting a lot of negative AXS pushback from customers and from my marketing department. BJ our ticketing guy loves AXS but customers not so much. Let me know a good time we can go over.  Thanks,
Scott



**Scott Stienecker**
**AEG Regional VP**
**PromoWest CEO**
Columbus / Pittsburgh / Cincinnati

<span style="background:black">        </span>

**From:** Marissa McClellan <marissa@promowestlive.com>
**Sent:** Thursday, July 15, 2021 11:14 AM
**To:** Scott Stienecker <scotts@promowestlive.com>
**Subject:** AXS Issues

Hey Scott,
Please see below and attached from Jeff, Amy, and Greg regarding our AXS issues. Amy put together the attached comparing AXS and Ticketmaster fees and AXS fees are higher in every instance, even if our ticket price is lower.

Let me know if you need anything else, thanks!

From Greg:
1.      People keep getting a site under maintenance message and can't buy tickets and give up.
2.      Some people click on ticket link and the wheel of death spins and doesn't connect to the landing page to purchase.
3.      Fees are price gouging and overpriced. I think once the box offices are open that will help.
4.      I know it's hard to believe, but there is a group of people who do not have access to download an app.  Also, some people just don't want to download the app period.
BJ told me the only way for them to buy tickets is to come to the box office.  Obviously, it's mostly older people, but still will be an issue for on sales that sell out and they get no chance to buy if a box office isn't open during the on-sale.
5.      Some people get stuck on the I am not a bot page and it goes nowhere.

From Jeff:
Fees, primarily.  People are complaining way more about fees than they ever complained about Ticketmaster. A lot of these have taken the form of complaints that the box offices haven't opened yet. This is 95%of the feedback I've received.
To a lesser extent we do receive complaints from people who lack a smartphone and are angry due to the mobile only ticketing through the app. These typically come from people in an older demo.

Highly Confidential

AEG-CID-0000275631

**PX1286.0002**

Marissa McClellan
Marketing Director
PromoWest Productions and AEG Presents
Columbus & Cincinnati, OH/Newport, KY
Bunbury Music Festival- Cincinnati
405 Neil Avenue
Columbus, OH 43215



Highly Confidential

AEG-CID-0000275632

**PX1286.0003**