## Annex A

| Exhibit | Proposed Redactions of Competitively Sensitive Business Information |
|---|---|
| PX0231 | Live Nation ticketing partner presentation, which includes Pricing Information/Contract Terms, and Non-Public Revenue/Transaction Information.  *See, e.g.,* MSE-00005149 (non-public deal financial terms), MSE-00005150 - MSE-00005158 (venue specific contract terms, revenue, and pricing information, including rates), MSE-00005170 (venue specific contract terms including fees), MSE-00005180 - MSE-00005190 (venue specific contract terms, revenue, and pricing information, including fees). |
| PX0326 | Live Nation Board of Directors' meeting minutes, which includes Pricing Information/Contract Terms and Non-Public Revenue/Transaction Information.  *See, e.g.,* LNE22-00007543 - LNE22-00007544 (non-public revenue information), LNE22-00007544 - LNE22-00007546 (venue-specific contracting terms, pricing information). |
| PX0327 | Live Nation Board of Directors' meeting minutes, which solely redacts slides Plaintiffs advised that they would not use at trial. |
| PX0602 | Internal, non-public Live Nation financial analysis, which includes Pricing Information/Contract Terms and Non-Public Revenue/Transaction Information.  *See, e.g.,* LNE22-001152543 (non-public revenue information), LNE22-001152544 (pricing information, specifically costs), LNE22-001152545 (non-public revenue information), LNE22-001152550 - LNE22-001152551 (venue-specific contract terms, revenue, and pricing information), LNE22-001152553 (artist/event specific non-public revenue information), LNE22-001152555 (non-public revenue information, including costs), LNE22-001152558 - LNE22-001152559 - LNE22-001152560 (pricing information, including costs). |
| PX0603 | Internal, non-public Live Nation financial analysis, which includes Pricing Information/Contract Terms and Non-Public Revenue/Transaction Information.  *See, e.g.,* LNE22-001154044 (pricing information), LNE22-001154066 (non-public revenue information), LNE22-001154074 (non-public revenue information, including costs). |
| PX0604 | Internal, non-public Live Nation financial analysis, which includes Pricing Information/Contract Terms and Non-Public Revenue/Transaction Information.  *See, e.g.,* LNE22-001167606 (non-public revenue information), LNE22-001167610 (non-public revenue information), LNE22-001167611 (non-public revenue information), LNE22-001167613 (non-public revenue information), LNE22-001167614 (show- and venue- specific non-public revenue information), LNE22-001167616 - LNE22-001167618 (non-public revenue |

| | |
|---|---|
| | information), LNE22-001167620 - LNE22-001167623 (booker specific, non-public revenue information), LNE22-001167625 - LNE22-001167629 (non-public revenue information, by specific venue type), LNE22-001167631 (non-public revenue information). |
| PX0679 | Internal, non-public Live Nation financial analysis, modeling of potential future deals and forward-looking business strategy, which includes Pricing Information/Contract Terms and Non-Public Revenue/Transaction Information. *See, e.g.,* LNE22-002133946 - LNE22-002133947 (internal analysis relating to non-public transactions), LNE22-002133951 (same), LNE22-002133965 (venue- and deal- specific analysis, including terms), LNE22-002133958 - LNE22-002133959 (venue- and show- specific non-public revenue information), LNE22-002133964 (same), LNE22-002133994 (venue-specific non-public revenue information). |
| PX0762 | Internal, non-public Live Nation projected five year plan, which includes Pricing Information/Contract Terms and Non-Public Revenue/Transaction Information. *See, e.g.,* LNE-LIT24-001299979 (projected non-public revenue information), LNE-LIT24-001299981 (same), LNE-LIT24-001299984 (potential deals). |
| PX0802 | Internal, non-public Live Nation Board of Directors presentation, which includes Trade Secrets, Pricing Information/Contract Terms, and Non-Public Revenue/Transaction Information. *See, e.g.,* LNE-LIT24-001666018 (Nonpublic revenue information, including projected revenues), LNE-LIT24-001666022 (same), LNE-LIT24-001666053 - LNE-LIT24-001666054 (Live Nation technology infrastructure and internal systems). |
| PX0811 | Internal, non-public Live Nation financial analysis, which includes Pricing Information/Contract Terms, and Non-Public Revenue/Transaction Information. *See, e.g.,* LNE-LIT24-002066454 (non-public customer information, including pricing). |
| PX0833 | Internal, non-public Live Nation financial analysis, which includes Pricing Information/Contract Terms, and Non-Public Revenue/Transaction Information. *See, e.g.,* LNE-LIT24-002559669 and LNE-LIT24-002559672 (pricing information and non-public revenue information). |
| PX0834 | Internal, non-public Live Nation financial analysis, which includes Pricing Information/Contract Terms, and Non-Public Revenue/Transaction Information. *See, e.g.,* LNE-LIT24-002560251 - LNE-LIT24-002560252 (pricing information, including costs), LNE-LIT24-002560243 (non-public revenue information, venue-specific contract terms, including pricing and revenue).<br><br>Defendants also seek to seal the attachment, PX0834_1, in full as it consists of an Excel spreadsheet that contains granular, customer- and venue- specific pricing data, including costs, as well as non-public revenue information. |

| PX0859 | Internal, non-public Live Nation financial analysis, which includes Pricing Information/Contract Terms, and Non-Public Revenue/Transaction Information. *See, e.g.,* LNE-LIT24-003496014-LNE-LIT24-003496015 (pricing information and non-public revenue information).<br><br>Defendants also seek to seal the attachment, PX0859, in full, as it consists of an Excel spreadsheet that contains granular, pricing information and non-public revenue information. |
|---|---|
| PX1261 | Internal, non-public Live Nation Board of Directors' presentation, , which includes Trade Secret, Pricing Information/Contract Terms, and Non-Public Revenue/Transaction Information. *See, e.g.,* LNE-LIT24-002065688 (show-specific non-public revenue information), LNE-LIT24-002065690 (research and development, including technology architecture). |
| PX1403A | Pricing Information/Contract Terms in contract negotiations. *See, e.g.,* MONUMENTAL-DCAG-0001186 - MONUMENTAL-DCAG-0001190 (venue specific contract terms, payments, and pricing information, including fees), MONUMENTAL-DCAG-0001194 - MONUMENTAL-DCAG-0001196  (venue specific contract terms, payments, and pricing information, including fees), MONUMENTAL-DCAG-0001198 - MONUMENTAL-DCAG-0001199 (venue specific contract terms and pricing information, including fees), MONUMENTAL-DCAG-0001201 (venue specific contract terms including royalties). |
| PX1411 | Pricing Information/Contract Terms in a Ticketmaster contract. *See, e.g.,* MONUMENTAL-DCAG-0000740 - MONUMENTAL-DCAG-0000743 (venue specific contract terms, payments, and pricing information, including fees), MONUMENTAL-DCAG-0000746 - MONUMENTAL-DCAG-0000749  (venue specific contract terms, payments, and pricing information, including fees). |