**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION TO STRIKE**
**TESTIMONY OF DR. ROSA M. ABRANTES-METZ**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Kelly Fayne, dated March 30, 2026, the exhibits attached thereto, and the accompanying Memorandum of Law, dated March 30, 2026, the undersigned hereby move this Court on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants"), before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, 10007, for an Order pursuant to Rule 702 of the Federal Rules of Evidence and the Supreme Court's decision in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 578 (1993), striking the testimony of Dr. Rosa M. Abrantes-Metz and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument on this motion at a time and date convenient for the Court.

*[signatures on following page]*

Dated:  March 30, 2026

Respectfully submitted,

LATHAM & WATKINS LLP                         CRAVATH, SWAINE & MOORE LLP


_____                      _____

Alfred C. Pfeiffer (admitted *pro hac vice*)   Lauren A. Moskowitz
   *Co-Lead Trial Counsel*                    Jesse M. Weiss
David R. Marriott                            Nicole M. Peles
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)       Two Manhattan West
Timothy L. O'Mara (admitted *pro hac vice*)    375 Ninth Avenue
Jennifer L. Giordano                         New York, NY 10001
Kelly S. Fayne (admitted *pro hac vice*)       (212) 474-1000
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)     lmoskowitz@cravath.com
                                             jweiss@cravath.com
505 Montgomery Street, Suite 2000            npeles@cravath.com
San Francisco, CA 94111
(415) 391-0600                               *Attorneys for Defendants Live Nation*
                                             *Entertainment, Inc. and Ticketmaster L.L.C.*
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

2