# Background



**Eric Budish**
Professor of Economics



- **Education**
  - Ph.D. in Business Economics – Harvard University
  - MPhil in Economics – University of Oxford
  - B.A. in Economics and Philosophy – Amherst College

- **Employment**
  - Paul G. McDermott Professor of Economics and Entrepreneurship at the University of Chicago, Booth School of Business
  - Co-director of Market Design Working Group and Research Associate at the National Bureau of Economic Research

- **Research**
  - Leading researcher in market design (a field of microeconomics)
    - Two decades of research in market design, including the market for event tickets
    - Keynote speaker at the Federal Trade Commission workshop on Online Ticket Sales:  "How to Fix the Market for Event Tickets"
  - Published in leading journals in economics:  *American Economic Review*, *Quarterly Journal of Economics*, *Journal of Political Economy*, and *Review of Economic Studies*

- **Select Academic Awards**
  - Marshall Scholarship (2002-2004), AQR Insight Award, First Place (2014), Arrow Award for "Best Paper Published in Health Economics" (2015), Alfred P. Sloan Foundation Research Fellowship (2015)