

MSE Ticket Partner Review

4/8/2015

Ex. No
**PX0231**
1:24-cv-03973

MSE-00005148



**Ticket Partner Overview**

- Existing agreement with Ticketmaster L.L.C. (TM)
  - Agreement signed and closed Jan. 26, 2011; deal included the sale of Ticketmaster Group Limited Partnership by Lincoln Holdings LLC (MSE) to Ticketmaster L.L.C. (TM) for ▮▮, subject to a ▮▮ escrow account
  - TM agreement overview
  - Financials of TM agreements
  - TM capabilities, tools, pros & cons of current deal

- Market overview
  - Capabilities assessment of all ticketing firms (TM + competitors) in market
  - Review of TM competitors, their product offerings, and recent partnerships across the NBA, NHL, MLB, and NFL

Highly Confidential

MSE-00005149

## Verizon Center and Patriot Center LUA's with TM

- Two separate, but nearly identical, contracts for Verizon Center and Patriot Center
  - 5yr contract: Jan. 26, 2011 – Jan. 26, 2016
  - TM is exclusive seller of all tickets (all events, ticket levels, sales channels, and markets)
  - All charges and fees passed on to consumer (Exhibit A)
  - Enable TicketExchange for secondary market transactions
  - Includes installation of all hardware and set-up costs, regular maintenance
  - Principal to operate Ticket Box Office and Will Call, training of staff necessary
  - Ability to sell advertising on ticketing
  - Both MSE and TM have access to purchaser data
  - Principal (MSE) entitled to all royalties generated from sales, except for Feld Events, after collection of charges and fees
- Verizon Center: TM commitment to purchase one executive suite for a sum of ███████, ██ annual escalator at Verizon Center
  - 5-Year sponsorship deal with TM also signed through 2017
- Amendment in November 2011 ████████████████████████
  - TM increased Convenience Charge to ███ per ticket and Processing Fee to ███ per order
- Amendment in November 2011 for Upsells and Packages to be offered through TM via TM.com website
  - Has not officially been resigned (expiring Nov. 2012) but we continue to use and generate ████ per year using
- Amendment to Archtics Software agreement in July 2012, for TM to provide Paperless Ticketing technology
  - MSE pays ████ per year and TM waives trans fees for Ticket Forwarding and Print at Home transactions
- Amendment in July 2012 for Wizards participation in the TM NBA-branded platform functioning as a primary, secondary and exchange ticket marketplace
- Amendment in September 2013 for integration of TM's proprietary, integrated primary and secondary ticketing platform "TM+".

3

Highly Confidential



Highly Confidential

MSE-00005151



Highly Confidential

MSE-00005152



Highly Confidential

MSE-00005153



Highly Confidential

MSE-00005154



TM Sponsorship Account Summary

Highly Confidential



Highly Confidential

MSE-00005156



Highly Confidential

MSE-00005157



Highly Confidential

MSE-00005158



# Ticketing Landscape: TicketMaster

**ticketmaster**

## Platform/Offerings

- **Archtics**: Complete in-house ticketing solution with sophisticated ticketing capabilities and reporting functionality
- **TicketsNow**: Resale platform will provide delivery of all fan-to-fan transactions through TicketFast® electronic delivery, enabling fans to receive their tickets in minutes safe in the knowledge that the barcodes on their tickets are validated authentic for their security
- **Ticketmaster.com**: Online purchasing and connectivity platform
- **Pricemaster**: Dynamic pricing tool created in partnership with MarketShare (a leader in media-analytics) that will allow ticket prices to fluctuate according to changes in demand. The web-based tool is designed to optimize live event ticket pricing, improve yield management and generate incremental revenue
- **LiveAnalytics**: Comprehensive data analytics database for fan insights, with over 200 million fans and 110 million who have opted in for email updates
- **TM Host**: Single game box-office sales tool
- **TM+**: Integrated interactive seat map that incorporates both primary and secondary inventory from TicketsNow
- **Mobile App:** Supports Apple's Passbook functionality for select venues and is integrated with social media platforms such as Facebook, Twitter and Foursquare

## Recent Transaction- Brooklyn Nets, Barclays Center

- **May, 2012:** Sign agreement for Ticketmaster to manage primary and secondary ticket markets
- Barclays utilizes Ticketmaster's newest tools and services including Pricemaster and LiveAnalytics
- Also made Ticketmaster a Founding Partner of the Barclays Center
  - Founding partner deals run from $2M to $4M annually. Rival StubHub was also pursuing a Barclays Center deal, which sources said resulted in Ticketmaster purchasing the high-end sponsorship rights

12

Highly Confidential



# Ticketmaster Pros & Cons

## Pros

- Established brand and infrastructure
  - Dominant firm in ticket sales, national experience
  - Reliability and scale allow for significant uptime
- Access to TM technology and expertise
  - Archtics provides a ticketing solution, extensive reporting capabilities, reserve and general admission inventory management, waiting list management, personalized tickets, invoices, and letters, pricing flexibility, full-color seat management, shopping cart and reserve-seat functionality
  - Digital ticketing card solutions
  - MSE recent integration of Archtics with SalesForce
- Access to Live Nation network of performing artists, shows, and other events
- Ability to be a new technology beta tester
- Partner at the league level

## Cons

- TM Archtics doesn't have a viable CRM solution
  - Email solution is very limited
- TM is too big for its own good
  - Slow to move and innovate, slow to assist individual teams unless entitled to receive strong financial reward
- Difficult building out connectivity with other tools
- Customer support's knowledge and responsiveness
  - No way to track status of requests put into TM
- No single, unified invoice system

13

Highly Confidential

MSE-00005160

# Ticketmaster Negotiation Points

**MONUMENTAL**

## Team

- Waive all fees ($180k/yr)
- Allowance on single game ticket pre-sales
- Equipment/technology upgrades
  - Bluetooth Gator printers
- Future contract expiration not in-season
- 3-5 API integrations, at our discretion, covered per year
  - In perpetuity coverage for user management API integration
- Keep current Groupon sales flow
- First right to beta test, at our choosing
- Pricemaster (if at reduced cost)
- Adjust in market messaging to nbatickets.com
- SEO Optimization Assistance
- All-in Pricing
- Language for minimizing costs of Practice Facility TM setup
- White label flexibility for our site tickets

## Arena Management

- Keep economics of current deal
  - Fine with fixed or % fee structure
  - Service fees are at a good place
  - Potential to slightly raise rates, but artists and ticket buyers look at convenience charges so we don't want to be out of line with market rates
- Address Feld Shows economics
  - We don't get a convenience charge on these, only rental (75,000-100,000 tickets/yr)
  - Would like to get something back on Feld Shows
  - Ensure Feld Show economics can't be replicated/grandfathered in
- Equipment Updates
  - Set update schedule for equipment every two years
  - Ask for more ticket printers
- Willing to beta test equipment and tech

14

Highly Confidential

MSE-00005161

Capabilities Assessment

| Firm | Tech Expertise | CRM Platform | Customer Analytics | Secondary Market Platform | TicketExchange Platform | Dynamic Pricing |
|------|----------------|--------------|--------------------|--------------------------|-------------------------|-----------------|
| axs | Team and AXS Branded Experiences ✓ | My AXS ✓ | | Joint Partnership with eBay and StubHub | AXS Anywhere ✓ | |
| NEW ERA TICKETS | Team Branded Experience ✓ | Access Control Technology ✓ | Access to Customer Data ✓ | | Online Ticket Exchange ✓ | |
| TICKETS.com | Tickets.com and Team Branded Experiences ✓ | ProVenue Platform ✓ | ProVenue Platform ✓ | | Replay Ticket Exchange ✓ | |
| ticketmaster | TicketMaster and Team Branded Experiences ✓ | | Live Analytics ✓ | TM+ ✓ | TicketExchange ✓ | Pricemaster ✓ |
| VERITIX | Team Branded Experience ✓ | Veritix Box Office System ✓ | Veritix Box Office System ✓ | Complete Secondary Market Control ✓ | Tickets Exchange only available on Veritix ✓ | |

Highly Confidential

MSE-00005162

Capabilities Assessment — MONUMENTAL

| Firm | Digital Ticketing | Stored Value | Loyalty Program | Mobile Capabilities | Automated Kiosks | Service Support |
|---|---|---|---|---|---|---|
| axs | | | | AXS Mobile App | | Phone and Service Support Team |
| NEW ERA TICKETS | Printed at Home ✓ | Stored Value on Tickets ✓ | | | | |
| TICKETS.com | Tickets@Entry ✓ | Uptix Stored Value ✓ | Ability to Integrate with Loyalty Program Solutions ✓ | Tickets@Phone Mobile App ✓ | Automated Kiosks ✓ | Phone and Service Support Team ✓ |
| ticketmaster | Digital Cards, PID, & Barcode Technology ✓ | ✓ | | TM Mobile App ✓ | ✓ | ✓ |
| VERITIX | Flashseats ✓ | | | Flashseats App ✓ | Automated Kiosks ✓ | Phone and Service Support Team ✓ |

Highly Confidential

MSE-00005163



# Market Competition

**AXS**: Provides a user-friendly ticketing interface allowing fans the opportunity to purchase tickets directly from their favorite venues. AXS serves all phases of the event life-cycle beyond just ticketing, through its consumer facing website, and the AXS App, as well as its portfolio of investment companies, including Carbonhouse, a leading website developer for venues, Frontgate Ticketing, a festival oriented ticketing platform owned in partnership with C3 Presents, and Bypass, the venue industry's leading supplier of cloud-based food and beverage point-of-sale systems

- Other venues utilizing the AXS Ticketing include Staples Center, Target Center, Sprint Center, and the O2 Arena

**New Era/Paciolan Tickets**: Technology-driven, full-service ticketing company that allows managers to set their own ticketing fees, control their brand, and use their customer data to create more customized marketing communications. Empowers organizations to create their own ticket brand in their market and establish retail outlets

- New Era Tickets is a wholly-owned subsidiary of Comcast-Spectacor. Other teams using New Era include the NHL's Philadelphia Flyers; NBA's Philadelphia 76ers; MLS's Portland Timbers and Philadelphia Union; Wells Fargo Center

17

Highly Confidential



## Market Competition

**Tickets.com**: Full-service ticketing platform which serves as the core of a comprehensive web-based suite of integrated features, products, and services that help enhance ticket sales, marketing efforts, and overall customer experience

- It is a wholly owned subsidiary of MLB Advanced Media, LP and is currently being used by 17 MLB teams

**Veritix**: Provides the most state-of-the-art digital ticketing, event marketing, and relationship management applications (created and majority owned by Dan Gilbert)

- Other teams using Veritix include the Gilbert-owned Cleveland Cavaliers; the NBA's Houston Rockets, Denver Nuggets and Utah Jazz; the NHL's Colorado Avalanche; Major League Soccer's Real Salt Lake and Colorado Rapids; and Texas A&M University, Boise State University, Duquesne University and University of Texas

Highly Confidential

MSE-00005165



## Ticketing Landscape: AXS

### Platform/Offerings

- **AXS Ticketing:** Formed as a joint venture with Outbox Enterprises, incorporates Outbox's ticketing model is based on a "white label" solution that allows venues to brand their own ticketing operation and own more flexibility on how tickets are sold
- **Secondary Ticket Market:** Partnership with eBay and StubHub to create fan and industry friendly secondary platform, and jointly pursue innovation and investments in the digital space
- **AXS Anywhere:** This feature will allow partner websites to sell tickets through AXS Ticketing. For example, a person reading a story about a basketball team on ESPN.com would be able to purchase tickets to their next game through a widget in the story without ever having to leave the partner website
- **AXS Invite:** Allows customers to pay for their own tickets, then reserve tickets for their friends (for a limited time) and invite them to purchase through Facebook or email invites
- **My AXS:** Personal platform for customers to manage their profile, favorite events, ticket purchases, and active AXS Invite reservations
- **AXS Waiting Room:** Available directly prior to the general on-sale, ticket buyers can log on to axs.com and enter the waiting room where they can view event details, pricing, available seats and ticket information. They can also go ahead and enter their credit card and billing information to save time once the on-sale goes live
- **AXS Mobile App:** Offers full search and purchase functionality, along with the ability to create photo memory books from events and social media integration. Carries a presenting sponsorship, with Verizon buying the title rights

Highly Confidential

MSE-00005166



# Ticketing Landscape: New Era/Paciolan Tickets



## Platform/Offerings

- **Internet Ticket Sales:** Your own branded ticketing website complete with virtual seating charts and shopping cart functionality – all with the look and feel of your brand
- **Phone & Service Support:** Supports clients with an in-house large capacity call center and fulfillment department.
- **Ticket Triple Check System:** Your mail materials are checked three times for address accuracy, proper content, and sealing-- also includes the option to choose inserts
- **Access Control Technology:** Allows access to valuable information including up–to-the-minute attendance information, data for no shows, and fraudulent ticket data. Offers online customers the option to print tickets
- **Stored Value Ticket Technology:** Allows purchasing power on the tickets with credit loaded on the barcode
- **Online Ticket Exchange:** Ticket buyers can forward print-at-home tickets to friends or family across town or across the country through the security of barcode embedded tickets

Recent Transaction- Portland Timbers

- **October, 2012:** Reach new ticketing agreement with New Era Tickets, a solution-driven, full service ticketing subsidiary of Comcast-Spectacor that provides customized ticketing services and marketing automation technology
- The Portland Timbers will utilize the technology and expertise of New Era Tickets to launch a branded ticket marketplace
- Through the agreement, the Portland Timbers have also selected to partner with New Era Tickets' sibling company, FanOne Marketing, to grow and centralize the Portland Timbers' fan database and send out highly targeted automated digital communications designed to increase sales, enhance each fan's experience, and maximize fan loyalty

20

MSE-00005167



# Ticketing Landscape: Tickets.com



## Platform/Offerings

- **ProVenue**: Full-service ticketing platform which serves as the core of a comprehensive web-based suite of integrated features, products, and services that help enhance ticket sales, marketing efforts, and overall customer experience.
- **Replay Ticket Exchange**: Provides season and other ticket holders with a convenient way to re-sell their tickets online in the secure environment of your private labeled website. Transaction fees generate incremental revenue
- **Uptix Stored Value**: Broadens the traditional ticket function of event access by securely enabling individual tickets to store other kinds of data, such as cash value. These "loaded" tickets can then be used for redemption at various points of sale in your venue (e.g., concessions, retail stands)- in partnership with Givex
- **Tickets@Entry**: Paperless ticketing that validates venue entry with the swipe of a credit card, by matching the credit card used for purchase with the credit card used for entry, allowing for paperless ticketing
- **Automated Kiosk**: Automates basic ticketing processes with a self-service, standalone 24/7 box office that enables customers to purchase and pick up tickets for same day or future events without waiting in box office lines
- **ProVenue Tickets@Phone Mobile App:** Features full end-to-end purchasing and delivery, and is able to integrate other elements such as loyalty programs

## Recent Transaction- Los Angeles Dodgers

- **November, 2013:** Los Angeles Dodgers reached a new long-term ticketing agreement with Tickets.com for use of their ProVenue ticketing platform
- New features Dodgers will roll out for the 2014 season:
  - Digital/mobile delivery to all customers
  - Integrated loyalty programs
  - One system for window sales and back office use
  - State-of-the-art customer interface, buy process, ticket management
  - Interactive seat maps

Highly Confidential

MSE-00005168



## Ticketing Landscape: Veritix



### Platform/Offerings

- **Flash Seats**: Exclusive digital ticketing product grants ticket buyers the unique opportunity to eliminate traditional hard tickets, and select any form of electronic ID (credit card, driver's license, student ID, etc.) as their method of entry to a given event. Customers can then manage their tickets electronically – either online, or with the help of a trained Veritix call center agent – enabling secure and instantaneous ticket re-sales and transfers
- **Secondary Market Control:** Visibility into every stage of the ticket lifecycle because digital tickets are attached to electronic IDs, which means they can't be resold in the open marketplace. Customers who want to transfer or resell a ticket can easily do so, but must complete the transaction electronically through the client's secure, branded website
- **Veritix® Box Office System**: Equipped with an easy to use Graphical User Interface (GUI), and a state-of-the-art touch-screen application. These two features virtually eliminate lengthy and expensive training, and enable sellers to quickly navigate through the ticketing system
    - Can capture data from *all* customers—even those paying with cash—by filling in pre-set fields or by swiping a driver's license
- **Advanced Kiosk Technology**: Allow your customers to select their own seats, rather than settle for "best available"
- **Veritix Solution**: Back office application provides the most robust tools for- season/group ticket sales, vent creation and special offer/campaign management, and extensive analytical reports/audits in Microsoft user interface
- **Customer Support**: Client support team is available via phone and email 24 hours a day, 7 days a week

### Recent Transaction- Detroit Lions

- **July, 2013:** Detroit Lions replace Ticketmaster with Veritix as the team's exclusive primary ticketing provider
- Veritix provides primary ticketing services for all Detroit Lions events, as well as secondary ticketing services for non-football events through Flash Seats®
    - Flash Seats will be available as a digital entry method for fans, making Ford Field the first NFL stadium to offer Flash Seats technology

22

Highly Confidential



MSE-00005170



Highly Confidential

MSE-00005171



# TM Secondary Ticketing Platforms

**tickets now**

- TM's secondary ticket platform (separate from TM+)
- Validates tickets and fulfills them through Ticketmaster's TicketFast™ delivery



- TM's new platform that combines primary and secondary ticket listings
- On Ticketmaster game listing pages for the participating teams, seat maps show primary market inventory in blue, and secondary market inventory in red
  - Does not carry any third-party secondary ticket listings
  - Supported through TeamExchange sites and the company-owned TicketsNow resale destination

Highly Confidential

MSE-00005172



MSE-00005173



# Additional Secondary Ticketing Platforms

## VIVIDSEATS.

- Has partnership with multiple sports organizations, making Vivid Seats the "Official Fan Travel Partner", "Official Ticket Reseller" and "Preferred Ticket Provider"
- Current Partnerships include:
  - Detroit Red Wings, Georgetown Athletics, Miami Dolphins, USA Today, and more
  - Is the "Official Fan Travel Partner" of the Red Wings, featuring exclusive ticket packages for fans at home and away game that include hotel, transportation, souvenirs, and more
  - Is the "Official Ticket Reseller of Georgetown University Athletics"
- Charge users a service fee and 10% commission fee

 

- Secondary ticket market places owned by RazorGator Interactive Group
- Current official partners include several NCAA® Championships as well as the Rose Bowl, Allstate Sugar Bowl, Discover Orange Bowl, 2014 BCS National Championship, and 15 NFL Teams
- PrimeSport affiliates earn commissions for every sale they refer to the site
  - PrimeSport affiliates earn 8% commission on each qualifying/approved ticket order excluding tax, shipping or service fees
  - Affiliates can choose to add available banner and text links to their site or choose to implement a live ticket feed, which gives affiliates real time access to all of PrimeSport's available tickets

27

Highly Confidential

MSE-00005174



Highly Confidential



# Supplemental Ticketing Solutions

 ticket evolution



- Not a ticket reseller, rather provides a platform and POS system for ticket management for resellers
  - Geared toward ticket brokers looking to manage inventory and increase distribution
- Offer RESTful API which gives any platform a complete set of tools to choose from and white label solutions
  - Also offer solution for creating custom online store

- Offer Inventory Acquisition to partner with teams and venues to sell and market tickets through unutilized platforms
  - Assist in bridging the gap between primary and secondary market
  - Will purchase a significant amount of inventory as a partner
- Offer Pricing Analytics which provides deep diagnostics and quantitative data on the secondary market

MSE-00005176



# Supplemental Ticketing Solutions

## Kezar



- The San Francisco 49ers have developed their own self-service ticket scanning system for Levis Stadium called Kezar
  - Kezar, is connected to the team's new mobile application for Levi's Stadium, both of which were developed in-house
  - The app allows fans to upload tickets and parking passes on their devices to be scanned by Kezar, among other features.
- Kezar is basically an access control system similar to programs developed by Fortress and Alvarado, and will be compatible with Ticketmaster's technology platform
  - The system will also provide a new source of real-time data for the 49ers' ticket office.
  - Fans walking up to the gates at Levi's Stadium will scan their tickets through a Kezar unit, which looks something like a parking meter.
  - Greeters with tablets will be stationed beyond the Kezar units, monitoring the gates
- *MSE has already reached out to TM about this*

## BYPASS

- Bypass is a solution tailored specifically to the highly complex, high-volume processes of enterprise vendors, implementing both fixed and mobile solutions that support a variety of use cases, like concessions, merchandisers, suites, club seats, portables, desert carts, and hawkers.
  - Bypass allows venues to provide premium ticket holders with a tailored mobile solution that allows them to swipe and sign on a vendor's device,
  - Provides customer-facing mobile apps customized for the venue
  - Provides dongles that allow any concession stand or merchandiser to accept payments from their phone.
- Along with inventory controls and reporting capabilities, the startup's solution works across devices and payment locations to surface data about how fans are engaging in commerce and provide insight that can help them boost their bottom line.

30

Highly Confidential

MSE-00005177



# In-House Ticketing- Resources

**Requirements:**
- Creation of a primary ticketing platform/suite
  - Box office and online platforms
  - CRM capabilities
  - Analytics and reporting capabilities
- Creation or partnership with secondary ticket platform
- Printing capabilities (limited if digital tickets and at home printing are pushed)
- Digital ticket scanning technology
- Phone & Service Support staff
- Mobile phone app/technology

**Recommended:**
- Access Control System
- Online ticket exchange
- Stored value technology

Estimated to require a multi-million dollar investment of upwards of $3.5M+

Highly Confidential

MSE-00005178



Highly Confidential

MSE-00005179



With respect to all Attractions (excluding Feld Attractions), the Convenience Charges set forth above shall be subject to automatic increase on the first day of the second Contract Year and on the first day of every other Contract Year thereafter during the Term in the amount of ▮ per Ticket.

Highly Confidential

MSE-00005180



## Exhibit 2: TM Fee Tables

**MONUMENTAL**

(b)     **Processing Fee (Per Order)**:

| Type of Sale | Processing Fee |
|---|---|
| Outlet sales | ███ |
| Telephone Sales and Internet Sales | |

The Processing Fees set forth above shall be subject to increase from time to time consistent with Ticketmaster's processing fee for similar events at similar facilities and subject to automatic increase equal to any increase (rounded up to the nearest $0.05) to the postal service rates.

(d)     **TicketExchange Fees**:

| Type of TicketExchange Fee | Amount of TicketExchange Fee |
|---|---|
| TicketExchange Seller Fee | ███ of TicketExchange Posting Price per Ticket |
| TicketExchange Posting Fee | ███ per order |
| TicketExchange Buyer Fee | ███ of TicketExchange Posting Price per Ticket |
| TicketExchange Processing Fee | ███ per Ticket |

For mutually agreed Attractions, the TicketExchange Buyer Fee shall be increased by ███ of the TicketExchange Posting Price increasing the total TicketExchange Buyer Fee to ███ of the TicketExchange Posting Price per Ticket. This ███ increase shall be defined as the "Promoter/Artist Bump". The TicketExchange Posting Fee and the TicketExchange Processing Fee set forth above shall be subject to automatic increase on the first day of each Contract Year in the amount of ███████ (███) (rounded up to the nearest ███) of the previous Contract Year's TicketExchange Posting Fee and TicketExchange Processing Fee.

34

Highly Confidential

MSE-00005181



### Exhibit 3: TM Payment Fees

2. **Payment Processing Fees:**

| Type of Sale | Percentage Rate |
|---|---|
| Telephone Sales and Internet Sales | ▮ of Face Value of Tickets |
| Outlet Sales | ▮ of Face Value of Tickets |
| Principal Sales using TM Charge | ▮ of Face Value of Tickets |
| Auction Sales | ▮ of Auction Lift and applicable taxes |
| TicketExchange Sales | ▮ of TicketExchange Posting Price, TicketExchange Buyer Fee, TicketExchange Processing Fee and applicable taxes |

Any percentage rates set forth above are subject to automatic increase due to increases in the interbank rates imposed on Ticketmaster.

Highly Confidential                MSE-00005182



**Exhibit 4: MSE Compensation**

3.    **Compensation to Principal**.

(a)    **Principal's Royalties**:

| Type of Royalty | Amount of Royalty |
|---|---|
| Convenience Charge | ▮ of the Convenience Charge |
| Processing Fee | ▮ of the Processing Fee |
| TicketExchange Seller Fee | ▮ of the TicketExchange Seller Fee |
| TicketExchange Buyer Fee | ▮ of the TicketExchange Buyer Fee |
| ticketFast Delivery Fee* | ▮ per order |

* In the event the ticketFast Delivery Fee is eliminated by Ticketmaster at any time during the Term of the Agreement, Principal shall no longer be entitled to such ticketFast Delivery Fee Royalty.

Highly Confidential

MSE-00005183



Exhibit 5: Secondary Ticket Royalty Revenue

- Derived from Secondary Exchange Fees charged by TM

- **Capitals**- Royalties based on a minimum guarantee of ▮ of all TM Secondary Exchange Fees from previous season, in addition to receiving ▮ of fees over a certain threshold

- **Wizards**- Receive ▮ of all TM Secondary Exchange Fees

Highly Confidential

MSE-00005184



Highly Confidential

MSE-00005185



Highly Confidential



### Exhibit 6: Ticket Upsells & Package Revenues

**MSE receives Upsell and Package sales proceeds from TM**

- Upsell proceeds = Upsell Price – Upsell Fee
  - Upsell Fee is the greater of ▮ of Upsell price or ▮, ▮▮▮▮
    ▮▮▮▮▮▮▮▮▮

- Package proceeds= Package Price- Package Fee
  - Package Fee is ▮ of the Package Price , ▮▮▮▮▮▮
    ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

\* Excludes ticket value, includes just VIP premium

Highly Confidential

MSE-00005187



Fees from primary tickets

Highly Confidential    MSE-00005188



MSE-00005189



Highly Confidential

MSE-00005190



Exhibit 10: Verizon Center Sales Summary

Highly Confidential

MSE-00005191



## Exhibit 11: Primary Ticket Sales Revenue

|  |  | 2011-2012* | 2012-2013* | 2013-2014 | Total** |
|---|---|---|---|---|---|
| Caps | Team Revenue | $43,979,001 | $25,886,677 | $45,433,500 | $115,299,178 |
|  | Club Level | 5,622,341 | 4,946,821 | 8,770,170 | 19,339,332 |
| Wiz | Team Revenue | 23,850,674 | 29,407,471 | 29,790,868 | 83,049,013 |
|  | Club Level | 2,604,164 | 2,855,229 | 3,616,063 | 9,075,457 |
|  | Total | $76,056,181 | $63,096,198 | $87,610,601 | $226,762,980 |

*Lockout shortened seasons
** Does not include concessions breakage

Highly Confidential

MSE-00005192



MSE Ticket Partner Review



## Ticket Partner Overview

MONUMENTAL
SPORTS-ENTERTAINMENT

- Existing agreement with Ticketmaster L.L.C. (TM)
    - Agreement signed and closed Jan. 26, 2011; deal included the sale of Ticketmaster Group Limited Partnership by Lincoln Holdings LLC (MSE) to Ticketmaster L.L.C. (TM) for ▮▮▮, subject to a ▮▮▮ escrow account
    - TM agreement overview
    - Financials of TM agreements
    - TM capabilities, tools, pros & cons of current deal

- Market overview
    - Capabilities assessment of all ticketing firms (TM + competitors) in market
    - Review of TM competitors, their product offerings, and recent partnerships across the NBA, NHL, MLB, and NFL

2

2



## Verizon Center and Patriot Center LUA's with TM

**MONUMENTAL**
SPORTS+ENTERTAINMENT

- Two separate, but nearly identical, contracts for Verizon Center and Patriot Center
  - 5yr contract: Jan. 26, 2011 – Jan. 26, 2016
  - TM is exclusive seller of all tickets (all events, ticket levels, sales channels, and markets)
  - All charges and fees passed on to consumer (Exhibit A)
  - Enable TicketExchange for secondary market transactions
  - Includes installation of all hardware and set-up costs, regular maintenance
  - Principal to operate Ticket Box Office and Will Call, training of staff necessary
  - Ability to sell advertising on ticketing
  - Both MSE and TM have access to purchaser data
  - Principal (MSE) entitled to all royalties generated from sales, except for Feld Events, after collection of charges and fees
- Verizon Center: TM commitment to purchase one executive suite for a sum of ███████ █ annual escalator at Verizon Center
  - 5-Year sponsorship deal with TM also signed through 2017
- Amendment in November 2011 ████████████████████████████
  - TM increased Convenience Charge to ███ per ticket and Processing Fee to ███ per order
- Amendment in November 2011 for Upsells and Packages to be offered through TM via TM.com website
  - Has not officially been resigned (expiring Nov. 2012) but we continue to use and generate ███ per year using
- Amendment to Archtics Software agreement in July 2012, for TM to provide Paperless Ticketing technology
  - MSE pays ███ per year and TM ████████ for Ticket Forwarding and Print at Home transactions
- Amendment in July 2012 for Wizards participation in the TM NBA-branded platform functioning as a primary, secondary and exchange ticket marketplace
- Amendment in September 2013 for integration of TM's proprietary, integrated primary and secondary ticketing platform "TM+".

3

3



















# Ticketing Landscape: TicketMaster

**MONUMENTAL**
SPORTS•ENTERTAINMENT

*ticketmaster*

## Platform/Offerings

- **Archtics**: Complete in-house ticketing solution with sophisticated ticketing capabilities and reporting functionality
- **TicketsNow**: Resale platform will provide delivery of all fan-to-fan transactions through TicketFast® electronic delivery, enabling fans to receive their tickets in minutes safe in the knowledge that the barcodes on their tickets are validated authentic for their security
- **Ticketmaster.com**: Online purchasing and connectivity platform
- **Pricemaster**: Dynamic pricing tool created in partnership with MarketShare (a leader in media-analytics) that will allow ticket prices to fluctuate according to changes in demand. The web-based tool is designed to optimize live event ticket pricing, improve yield management and generate incremental revenue
- **LiveAnalytics**: Comprehensive data analytics database for fan insights, with over 200 million fans and 110 million who have opted in for email updates
- **TM Host**: Single game box-office sales tool
- **TM+**: Integrated interactive seat map that incorporates both primary and secondary inventory from TicketsNow
- **Mobile App:** Supports Apple's Passbook functionality for select venues and is integrated with social media platforms such as Facebook, Twitter and Foursquare

### Recent Transaction- Brooklyn Nets, Barclays Center

- **May, 2012:** Sign agreement for Ticketmaster to manage primary and secondary ticket markets
- Barclays utilizes Ticketmaster's newest tools and services including Pricemaster and LiveAnalytics
- Also made Ticketmaster a Founding Partner of the Barclays Center
  - Founding partner deals run from $2M to $4M annually. Rival StubHub was also pursuing a Barclays Center deal, which sources said resulted in Ticketmaster purchasing the high-end sponsorship rights

12



# Ticketmaster Pros & Cons

## Pros

- Established brand and infrastructure
  - Dominant firm in ticket sales, national experience
  - Reliability and scale allow for significant uptime
- Access to TM technology and expertise
  - Archtics provides a ticketing solution, extensive reporting capabilities, reserve and general admission inventory management, waiting list management, personalized tickets, invoices, and letters, pricing flexibility, full-color seat management, shopping cart and reserve-seat functionality
  - Digital ticketing card solutions
  - MSE recent integration of Archtics with SalesForce
- Access to Live Nation network of performing artists, shows, and other events
- Ability to be a new technology beta tester
- Partner at the league level

## Cons

- TM Archtics doesn't have a viable CRM solution
  - Email solution is very limited
- TM is too big for its own good
  - Slow to move and innovate, slow to assist individual teams unless entitled to receive strong financial reward
- Difficult building out connectivity with other tools
- Customer support's knowledge and responsiveness
  - No way to track status of requests put into TM
- No single, unified invoice system

13



## Ticketmaster Negotiation Points

**Team**

- Waive all fees ($180k/yr)
- Allowance on single game ticket pre-sales
- Equipment/technology upgrades
  - Bluetooth Gator printers
- Future contract expiration not in-season
- 3-5 API integrations, at our discretion, covered per year
  - In perpetuity coverage for user management API integration
- Keep current Groupon sales flow
- First right to beta test, at our choosing
- Pricemaster (if at reduced cost)
- Adjust in market messaging to nbatickets.com
- SEO Optimization Assistance
- All-in Pricing
- Language for minimizing costs of Practice Facility TM setup
- White label flexibility for our site tickets

**Arena Management**

- Keep economics of current deal
  - Fine with fixed or % fee structure
  - Service fees are at a good place
  - Potential to slightly raise rates, but artists and ticket buyers look at convenience charges so we don't want to be out of line with market rates
- Address Feld Shows economics
  - We don't get a convenience charge on these, only rental (75,000-100,000 tickets/yr)
  - Would like to get something back on Feld Shows
  - Ensure Feld Show economics can't be replicated/grandfathered in
- Equipment Updates
  - Set update schedule for equipment every two years
  - Ask for more ticket printers
- Willing to beta test equipment and tech

14



## Capabilities Assessment

**MONUMENTAL**

| Firm | Digital Ticketing | Stored Value | Loyalty Program | Mobile Capabilities | Automated Kiosks | Service Support |
|---|---|---|---|---|---|---|
| axs | | | | AXS Mobile App | | Phone and Service Support Team |
| NEW ERA TICKETS | Printed at Home | Stored Value on Tickets | | | | |
| TICKETS.COM | Tickets@Entry | Uptix Stored Value | Ability to Integrate with Loyalty Program Solutions | Tickets@Phone Mobile App | Automated Kiosks | Phone and Service Support Team |
| ticketmaster | Digital Cards, PID, & Barcode Technology | ✓ | | TM Mobile App | ✓ | ✓ |
| VERITIX | Flashseats | | | Flashseats App | Automated Kiosks | Phone and Service Support Team |

16

## Market Competition

**AXS**: Provides a user-friendly ticketing interface allowing fans the opportunity to purchase tickets directly from their favorite venues. AXS serves all phases of the event life-cycle beyond just ticketing, through its consumer facing website, and the AXS App, as well as its portfolio of investment companies, including Carbonhouse, a leading website developer for venues, Frontgate Ticketing, a festival oriented ticketing platform owned in partnership with C3 Presents, and Bypass, the venue industry's leading supplier of cloud-based food and beverage point-of-sale systems

- Other venues utilizing the AXS Ticketing include Staples Center, Target Center, Sprint Center, and the O2 Arena

**New Era/Paciolan Tickets**: Technology-driven, full-service ticketing company that allows managers to set their own ticketing fees, control their brand, and use their customer data to create more customized marketing communications. Empowers organizations to create their own ticket brand in their market and establish retail outlets

- New Era Tickets is a wholly-owned subsidiary of Comcast-Spectacor. Other teams using New Era include the NHL's Philadelphia Flyers; NBA's Philadelphia 76ers; MLS's Portland Timbers and Philadelphia Union; Wells Fargo Center

17



**Tickets.com**: Full-service ticketing platform which serves as the core of a comprehensive web-based suite of integrated features, products, and services that help enhance ticket sales, marketing efforts, and overall customer experience

- It is a wholly owned subsidiary of MLB Advanced Media, LP and is currently being used by 17 MLB teams

**Veritix**: Provides the most state-of-the-art digital ticketing, event marketing, and relationship management applications (created and majority owned by Dan Gilbert)

- Other teams using Veritix include the Gilbert-owned Cleveland Cavaliers; the NBA's Houston Rockets, Denver Nuggets and Utah Jazz; the NHL's Colorado Avalanche; Major League Soccer's Real Salt Lake and Colorado Rapids; and Texas A&M University, Boise State University, Duquesne University and University of Texas

18



## Ticketing Landscape: AXS

**axs**

### Platform/Offerings

- **AXS Ticketing:** Formed as a joint venture with Outbox Enterprises, incorporates Outbox's ticketing model is based on a "white label" solution that allows venues to brand their own ticketing operation and own more flexibility on how tickets are sold

- **Secondary Ticket Market:** Partnership with eBay and StubHub to create fan and industry friendly secondary platform, and jointly pursue innovation and investments in the digital space

- **AXS Anywhere:** This feature will allow partner websites to sell tickets through AXS Ticketing. For example, a person reading a story about a basketball team on ESPN.com would be able to purchase tickets to their next game through a widget in the story without ever having to leave the partner website

- **AXS Invite:** Allows customers to pay for their own tickets, then reserve tickets for their friends (for a limited time) and invite them to purchase through Facebook or email invites

- **My AXS:** Personal platform for customers to manage their profile, favorite events, ticket purchases, and active AXS Invite reservations

- **AXS Waiting Room:** Available directly prior to the general on-sale, ticket buyers can log on to axs.com and enter the waiting room where they can view event details, pricing, available seats and ticket information. They can also go ahead and enter their credit card and billing information to save time once the on-sale goes live

- **AXS Mobile App:** Offers full search and purchase functionality, along with the ability to create photo memory books from events and social media integration. Carries a presenting sponsorship, with Verizon buying the title rights

19



## Ticketing Landscape: New Era/Paciolan Tickets



### Platform/Offerings

- **Internet Ticket Sales**: Your own branded ticketing website complete with virtual seating charts and shopping cart functionality – all with the look and feel of your brand
- **Phone & Service Support**: Supports clients with an in-house large capacity call center and fulfillment department.
- **Ticket Triple Check System**: Your mail materials are checked three times for address accuracy, proper content, and sealing-- also includes the option to choose inserts
- **Access Control Technology**: Allows access to valuable information including up–to-the-minute attendance information, data for no shows, and fraudulent ticket data. Offers online customers the option to print tickets
- **Stored Value Ticket Technology**: Allows purchasing power on the tickets with credit loaded on the barcode
- **Online Ticket Exchange:** Ticket buyers can forward print-at-home tickets to friends or family across town or across the country through the security of barcode embedded tickets

Recent Transaction- Portland Timbers

- **October, 2012:** Reach new ticketing agreement with New Era Tickets, a solution-driven, full service ticketing subsidiary of Comcast-Spectacor that provides customized ticketing services and marketing automation technology
- The Portland Timbers will utilize the technology and expertise of New Era Tickets to launch a branded ticket marketplace
- Through the agreement, the Portland Timbers have also selected to partner with New Era Tickets' sibling company, FanOne Marketing, to grow and centralize the Portland Timbers' fan database and send out highly targeted automated digital communications designed to increase sales, enhance each fan's experience, and maximize fan loyalty

20



## Ticketing Landscape: Tickets.com

**Platform/Offerings**

- **ProVenue:** Full-service ticketing platform which serves as the core of a comprehensive web-based suite of integrated features, products, and services that help enhance ticket sales, marketing efforts, and overall customer experience.
- **Replay Ticket Exchange:** Provides season and other ticket holders with a convenient way to re-sell their tickets online in the secure environment of your private labeled website. Transaction fees generate incremental revenue
- **Uptix Stored Value:** Broadens the traditional ticket function of event access by securely enabling individual tickets to store other kinds of data, such as cash value. These "loaded" tickets can then be used for redemption at various points of sale in your venue (e.g., concessions, retail stands)- in partnership with Givex
- **Tickets@Entry:** Paperless ticketing that validates venue entry with the swipe of a credit card, by matching the credit card used for purchase with the credit card used for entry, allowing for paperless ticketing
- **Automated Kiosk:** Automates basic ticketing processes with a self-service, standalone 24/7 box office that enables customers to purchase and pick up tickets for same day or future events without waiting in box office lines
- **ProVenue Tickets@Phone Mobile App:** Features full end-to-end purchasing and delivery, and is able to integrate other elements such as loyalty programs

### Recent Transaction- Los Angeles Dodgers

- **November, 2013:** Los Angeles Dodgers reached a new long-term ticketing agreement with Tickets.com for use of their ProVenue ticketing platform
- New features Dodgers will roll out for the 2014 season:
  - Digital/mobile delivery to all customers
  - Integrated loyalty programs
  - One system for window sales and back office use
  - State-of-the-art customer interface, buy process, ticket management
  - Interactive seat maps

21



# Ticketing Landscape: Veritix

**Platform/Offerings**

- **Flash Seats**: Exclusive digital ticketing product grants ticket buyers the unique opportunity to eliminate traditional hard tickets, and select any form of electronic ID (credit card, driver's license, student ID, etc.) as their method of entry to a given event. Customers can then manage their tickets electronically – either online, or with the help of a trained Veritix call center agent – enabling secure and instantaneous ticket re-sales and transfers

- **Secondary Market Control:** Visibility into every stage of the ticket lifecycle because digital tickets are attached to electronic IDs, which means they can't be resold in the open marketplace. Customers who want to transfer or resell a ticket can easily do so, but must complete the transaction electronically through the client's secure, branded website

- **Veritix° Box Office System**: Equipped with an easy to use Graphical User Interface (GUI), and a state-of-the-art touch-screen application. These two features virtually eliminate lengthy and expensive training, and enable sellers to quickly navigate through the ticketing system
    - Can capture data from *all* customers—even those paying with cash—by filling in pre-set fields or by swiping a driver's license

- **Advanced Kiosk Technology**: Allow your customers to select their own seats, rather than settle for "best available"

- **Veritix Solution**: Back office application provides the most robust tools for- season/group ticket sales, vent creation and special offer/campaign management, and extensive analytical reports/audits in Microsoft user interface

- **Customer Support**: Client support team is available via phone and email 24 hours a day, 7 days a week

## Recent Transaction- Detroit Lions

- **July, 2013:** Detroit Lions replace Ticketmaster with Veritix as the team's exclusive primary ticketing provider
- Veritix provides primary ticketing services for all Detroit Lions events, as well as secondary ticketing services for non-football events through Flash Seats°
    - Flash Seats will be available as a digital entry method for fans, making Ford Field the first NFL stadium to offer Flash Seats technology

22











## Additional Secondary Ticketing Platforms

**VIVIDSEATS.**

- Has partnership with multiple sports organizations, making Vivid Seats the "Official Fan Travel Partner", "Official Ticket Reseller" and "Preferred Ticket Provider"
- Current Partnerships include:
  - Detroit Red Wings, Georgetown Athletics, Miami Dolphins, USA Today, and more
  - Is the "Official Fan Travel Partner" of the Red Wings, featuring exclusive ticket packages for fans at home and away game that include hotel, transportation, souvenirs, and more
  - Is the "Official Ticket Reseller of Georgetown University Athletics"
- Charge users a service fee and 10% commission fee

**PRIMESPORT** **Razorgator** TICKETS

- Secondary ticket market places owned by RazorGator Interactive Group
- Current official partners include several NCAA* Championships as well as the Rose Bowl, Allstate Sugar Bowl, Discover Orange Bowl, 2014 BCS National Championship, and 15 NFL Teams
- PrimeSport affiliates earn commissions for every sale they refer to the site
  - PrimeSport affiliates earn 8% commission on each qualifying/approved ticket order excluding tax, shipping or service fees
  - Affiliates can choose to add available banner and text links to their site or choose to implement a live ticket feed, which gives affiliates real time access to all of PrimeSport's available tickets

27





## Supplemental Ticketing Solutions

 ticket evolution

- Not a ticket reseller, rather provides a platform and POS system for ticket management for resellers
  - Geared toward ticket brokers looking to manage inventory and increase distribution
- Offer RESTful API which gives any platform a complete set of tools to choose from and white label solutions
  - Also offer solution for creating custom online store



- Offer Inventory Acquisition to partner with teams and venues to sell and market tickets through unutilized platforms
  - Assist in bridging the gap between primary and secondary market
  - Will purchase a significant amount of inventory as a partner
- Offer Pricing Analytics which provides deep diagnostics and quantitative data on the secondary market

29

29



## Supplemental Ticketing Solutions

### Kezar

- The San Francisco 49ers have developed their own self-service ticket scanning system for Levis Stadium called Kezar
  - Kezar, is connected to the team's new mobile application for Levi's Stadium, both of which were developed in-house
  - The app allows fans to upload tickets and parking passes on their devices to be scanned by Kezar, among other features.
- Kezar is basically an access control system similar to programs developed by Fortress and Alvarado, and will be compatible with Ticketmaster's technology platform
  - The system will also provide a new source of real-time data for the 49ers' ticket office.
  - Fans walking up to the gates at Levi's Stadium will scan their tickets through a Kezar unit, which looks something like a parking meter.
  - Greeters with tablets will be stationed beyond the Kezar units, monitoring the gates
- *MSE has already reached out to TM about this*

### BYPASS

- Bypass is a solution tailored specifically to the highly complex, high-volume processes of enterprise vendors, implementing both fixed and mobile solutions that support a variety of use cases, like concessions, merchandisers, suites, club seats, portables, desert carts, and hawkers.
  - Bypass allows venues to provide premium ticket holders with a tailored mobile solution that allows them to swipe and sign on a vendor's device,
  - Provides customer-facing mobile apps customized for the venue
  - Provides dongles that allow any concession stand or merchandiser to accept payments from their phone.
- Along with inventory controls and reporting capabilities, the startup's solution works across devices and payment locations to surface data about how fans are engaging in commerce and provide insight that can help them boost their bottom line.

30



# In-House Ticketing- Resources

**Requirements:**
- Creation of a primary ticketing platform/suite
  - Box office and online platforms
  - CRM capabilities
  - Analytics and reporting capabilities
- Creation or partnership with secondary ticket platform
- Printing capabilities (limited if digital tickets and at home printing are pushed)
- Digital ticket scanning technology
- Phone & Service Support staff
- Mobile phone app/technology

**Recommended:**
- Access Control System
- Online ticket exchange
- Stored value technology

Estimated to require a multi-million dollar investment of upwards of $3.5M+

31

31



## TM Appendix

- Exhibit 1- TM Convenience Charge Tables
- Exhibit 2- TM Fee Tables
- Exhibit 3- TM Payment Fees
- Exhibit 4- MSE TM Compensation
- Exhibit 5- Secondary Ticket Royalties
- Exhibit 6- Ticket Upsells and Packages
- Exhibit 7- Verizon Center Agreement Revenues
- Exhibit 8- MSE Payments to TM
- Exhibit 9- TM Revenue Sources
- Exhibit 10- Verizon Center Sales Summary
- Exhibit 11- Primary Team Ticket Sales Summary

32



33



# Exhibit 2: TM Fee Tables

**(b)    Processing Fee (Per Order)**

| Type of Sale | Processing Fee |
|---|---|
| Outlet sales | ■ |
| Telephone Sales and Internet Sales | |

The Processing Fees set forth above shall be subject to increase from time to time consistent with Ticketmaster's processing fee for similar events at similar facilities and subject to automatic increase equal to any increase (rounded up to the nearest ■ to the postal service rates.

**(d)    TicketExchange Fees:**

| Type of TicketExchange Fee | Amount of TicketExchange Fee |
|---|---|
| TicketExchange Seller Fee | ■ of TicketExchange Posting Price per Ticket |
| TicketExchange Posting Fee | ■ per order |
| TicketExchange Buyer Fee | ■ of TicketExchange Posting Price per Ticket |
| TicketExchange Processing Fee | ■ per Ticket |

For mutually agreed Attractions, the TicketExchange Buyer Fee shall be increased by ■ of the TicketExchange Posting Price increasing the total TicketExchange Buyer Fee to ■ of the TicketExchange Posting Price per Ticket. This ■ increase shall be defined as the "Promoter/Artist Bump". The TicketExchange Posting Fee and the TicketExchange Processing Fee set forth above shall be subject to automatic increase on the first day of each Contract Year in the amount of ■ (rounded up to the nearest $0.05) of the previous Contract Year's TicketExchange Posting Fee and TicketExchange Processing Fee.

34

Case 1:24-cv-03973-AS    Document 1361-1    Filed 03/31/26    Page 80 of 135













Exhibit 6: Ticket Upsells & Package Revenues

MSE receives Upsell and Package sales proceeds from TM

- Upsell proceeds = Upsell Price – Upsell Fee
  - Upsell Fee is the greater of ▮ of Upsell price or ▮ ▮
    ▮
- Package proceeds= Package Price- Package Fee
  - Package Fee is ▮ of the Package Price , ▮
    ▮

* Excludes ticket value, includes just VIP premium

40



Fees from primary tickets









Exhibit 11: Primary Ticket Sales Revenue

|  |  | 2011-2012* | 2012-2013* | 2013-2014 | Total** |
|---|---|---|---|---|---|
| Caps | Team Revenue | $43,979,001 | $25,886,677 | $45,433,500 | $115,299,178 |
|  | Club Level | 5,622,341 | 4,946,821 | 8,770,170 | 19,339,332 |
| Wiz | Team Revenue | 23,850,674 | 29,407,471 | 29,790,868 | 83,049,013 |
|  | Club Level | 2,604,164 | 2,855,229 | 3,616,063 | 9,075,457 |
|  | Total | $76,056,181 | $63,096,198 | $87,610,601 | $226,762,980 |

*Lockout shortened seasons
** Does not include concessions breakage

45



# MSE Ticket Partner Review



# Ticket Partner Overview

- Existing agreement with Ticketmaster L.L.C. (TM)
  - Agreement signed and closed Jan. 26, 2011; deal included the sale of Ticketmaster Group Limited Partnership by Lincoln Holdings LLC (MSE) to Ticketmaster L.L.C. (TM) for ▮▮▮▮, subject to a ▮▮▮▮ escrow account
  - TM agreement overview
  - Financials of TM agreements
  - TM capabilities, tools, pros & cons of current deal

- Market overview
  - Capabilities assessment of all ticketing firms (TM + competitors) in market
  - Review of TM competitors, their product offerings, and recent partnerships across the NBA, NHL, MLB, and NFL

2



# Verizon Center and Patriot Center LUA's with TM

- Two separate, but nearly identical, contracts for Verizon Center and Patriot Center
  - ▬
  - ▬
  - ▬
  - ▬
  - ▬
  - ▬
  - ▬
  - ▬
  - ▬
- Verizon Center: TM commitment to purchase one executive suite for a sum of ▇▇▇▇▇, ▇ annual escalator at Verizon Center
  - 5-Year sponsorship deal with TM also signed through 2017
- Amendment in November 2011 ▇▇▇▇▇▇▇▇▇▇▇▇
  - TM increased Convenience Charge to ▇▇ per ticket and Processing Fee to ▇▇ per order
- Amendment in November 2011 for Upsells and Packages to be offered through TM via TM.com website
  - Has not officially been resigned (expiring Nov. 2012) but we continue to use and generate ▇▇ per year using
- Amendment to Archtics Software agreement in July 2012, for TM to provide Paperless Ticketing technology
  - MSE pays ▇▇ per year and TM ▇▇▇▇▇ for Ticket Forwarding and Print at Home transactions
- Amendment in July 2012 for Wizards participation in the TM NBA-branded platform functioning as a primary, secondary and exchange ticket marketplace
- Amendment in September 2013 for integration of TM's proprietary, integrated primary and secondary ticketing platform "TM+".

3



# Ticketmaster Agreements Overview

## Monumental Sports & Entertainment -- Various Agreements with Ticketmaster

|  | Verizon Center | | | | NBA/NHL -- Secondary Ticketing Platform Agreements | |
|---|---|---|---|---|---|---|
|  | **1. Licensed User Agreement** (as amended) | **2. Suite License** | **3. Arctics SW Licensing Agreement** (as amended) | **4. TM+ Agreement** | **5. NHL/Capitals** (as amended 2013) | **6. NBA/Wizards** |
| **Parties:** | DC Arena LP | DC Arena LP | MSE | DC Arena LP & MSE (d/b/a Wiz + Caps) | MSE (d/b/a Washington Capitals | Washington Wizards |
| **Term:** | 5 years 1/26/2011 – **1/25/2016** | 5 years 1/26/2011 – **1/25/2016** | 5 years 5/20/2011 – **1/25/2016** | 9/20/2013 – **1/25/2016** | 5 years 1/15/2013 – **1/25/2017** | 5 years 8/15/2012 – **9/30/2017** |
| **Covers:** | Licensing & Software use. Agreement is exclusive to TM products/services. | Suite 333 (standard suite license agreement) | Arctics ticketing software/CRM, including maintainence and support; paperless ticketing | Enables TM+ for all attractions | Caps secondary tickets on TM platforms | Wiz secondary tickets on TM platforms |
|  | TM is exclusive seller by all methods of all tickets to all V Ctr events. Incl internet, phone, presells, upsells, et al, but excl ST, Groups, WU. |  | Licensess receives non-exclusive, non-transferable license. Agreement is exclusive to TM. | Integrated primary & secondary ticket platform | **Includes VCtr and Caps' Sponsorship inventory** |  |
| **Amendments** | 1. Amended re **Upsells and Packages** (Nov 2011) 2. Amended re **ticketFast** (Apr 2013) |  | 1. Amended re **Paperless Ticketing** (Aug 2012) |  |  |  |
| **Financial Terms** | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |
| **FY14 Rev:** | $3,299,071 Base $45,475 Upsell na tfast | $424,360 | ($260,815) Expense re paperless | na (Incl in Secondary Ticket Rev Share) | $112,567 Rev share $312,712 Sponsorship | $250,843 Rev share na Sponsorship |

**Total**
$4,184,213
$1,742
(Non-Recurring database exp in 2014)

4

# Ticketmaster Financial Overview



*See Exhibits 1-8 for additional details

5



## Capitals Royalty Calculation Example

**Washington Capitals**
NHL Exchange Royalty
01/15/13-06/30/13

|  | Total |
|---|---|
| Tickets | 32,318 |
| Gross Invoice Amount (GTV) | $  3,427,475.52 |

Royalty Calculation

6

# TM Sponsorship Account Summary



7



TM Sponsorship Account Summary





# Current Sponsorship Rate Card



# Wizards Royalty Calculation Example

**Washington Wizards**
**NBA Exchange and TM+ Royalty**
**05/01/14-05/31/14**
**V110233**

| | Exchange Wizards | TM+ Wizards | Combined Total |
|---|---|---|---|
| Tickets | 1,307 | 1,788 | 3,095 |
| Gross Transaction Value (GTV) | $ 256,812 | $ 351,933 | $ 608,745 |

**Royalty Calculation**

10



# TM Secondary Market Sales Summary

- $13.8M in tickets have been sold on TM secondary sales platforms over the past 3 seasons.
  - Excluding lockout shortened 2011-12, an average $1.58M in Wizards tickets were sold per season
  - Excluding lockout shortened 2012-13, an average $3.78M in Capitals tickets were sold per season
- For FY2014, MSE received ▓▓▓▓▓▓▓ royalties for team ticket sales on TM secondary exchange platforms (and ▓▓▓▓▓ in sponsorship revenue)



11



# Ticketing Landscape: TicketMaster



## Platform/Offerings

- **Archtics**: Complete in-house ticketing solution with sophisticated ticketing capabilities and reporting functionality
- **TicketsNow**: Resale platform will provide delivery of all fan-to-fan transactions through TicketFast® electronic delivery, enabling fans to receive their tickets in minutes safe in the knowledge that the barcodes on their tickets are validated authentic for their security
- **Ticketmaster.com**: Online purchasing and connectivity platform
- **Pricemaster**: Dynamic pricing tool created in partnership with MarketShare (a leader in media-analytics) that will allow ticket prices to fluctuate according to changes in demand. The web-based tool is designed to optimize live event ticket pricing, improve yield management and generate incremental revenue
- **LiveAnalytics**: Comprehensive data analytics database for fan insights, with over 200 million fans and 110 million who have opted in for email updates
- **TM Host**: Single game box-office sales tool
- **TM+**: Integrated interactive seat map that incorporates both primary and secondary inventory from TicketsNow
- **Mobile App:** Supports Apple's Passbook functionality for select venues and is integrated with social media platforms such as Facebook, Twitter and Foursquare

## Recent Transaction- Brooklyn Nets, Barclays Center

- **May, 2012:** Sign agreement for Ticketmaster to manage primary and secondary ticket markets
- Barclays utilizes Ticketmaster's newest tools and services including Pricemaster and LiveAnalytics
- Also made Ticketmaster a Founding Partner of the Barclays Center
  - Founding partner deals run from $2M to $4M annually. Rival StubHub was also pursuing a Barclays Center deal, which sources said resulted in Ticketmaster purchasing the high-end sponsorship rights

12



# Ticketmaster Pros & Cons

## Pros

- Established brand and infrastructure
  - Dominant firm in ticket sales, national experience
  - Reliability and scale allow for significant uptime
- Access to TM technology and expertise
  - Archtics provides a ticketing solution, extensive reporting capabilities, reserve and general admission inventory management, waiting list management, personalized tickets, invoices, and letters, pricing flexibility, full-color seat management, shopping cart and reserve-seat functionality
  - Digital ticketing card solutions
  - MSE recent integration of Archtics with SalesForce
- Access to Live Nation network of performing artists, shows, and other events
- Ability to be a new technology beta tester
- Partner at the league level

## Cons

- TM Archtics doesn't have a viable CRM solution
  - Email solution is very limited
- TM is too big for its own good
  - Slow to move and innovate, slow to assist individual teams unless entitled to receive strong financial reward
- Difficult building out connectivity with other tools
- Customer support's knowledge and responsiveness
  - No way to track status of requests put into TM
- No single, unified invoice system

13



# Ticketmaster Negotiation Points

## Team

- Waive all fees ($180k/yr)
- Allowance on single game ticket pre-sales
- Equipment/technology upgrades
  - Bluetooth Gator printers
- Future contract expiration not in-season
- 3-5 API integrations, at our discretion, covered per year
  - In perpetuity coverage for user management API integration
- Keep current Groupon sales flow
- First right to beta test, at our choosing
- Pricemaster (if at reduced cost)
- Adjust in market messaging to nbatickets.com
- SEO Optimization Assistance
- All-in Pricing
- Language for minimizing costs of Practice Facility TM setup
- White label flexibility for our site tickets

## Arena Management

- Keep economics of current deal
  - Fine with fixed or % fee structure
  - Service fees are at a good place
  - Potential to slightly raise rates, but artists and ticket buyers look at convenience charges so we don't want to be out of line with market rates
- Address Feld Shows economics
  - We don't get a convenience charge on these, only rental (75,000-100,000 tickets/yr)
  - Would like to get something back on Feld Shows
  - Ensure Feld Show economics can't be replicated/grandfathered in
- Equipment Updates
  - Set update schedule for equipment every two years
  - Ask for more ticket printers
- Willing to beta test equipment and tech

14

# Capabilities Assessment



| Firm | Tech Expertise | CRM Platform | Customer Analytics | Secondary Market Platform | TicketExchange Platform | Dynamic Pricing |
|---|---|---|---|---|---|---|
| **axs** | Team and AXS Branded Experiences | My AXS ✓ | | Joint Partnership with eBay and StubHub | AXS Anywhere ✓ | |
| **NEW ERA TICKETS** | Team Branded Experience ✓ | Access Control Technology ✓ | Access to Customer Data ✓ | | Online Ticket Exchange ✓ | |
| **TICKETS.COM** | Tickets.com and Team Branded Experiences ✓ | ProVenue Platform ✓ | ProVenue Platform ✓ | | Replay Ticket Exchange ✓ | |
| **ticketmaster** | TicketMaster and Team Branded Experiences | | Live Analytics ✓ | TM+ ✓ | TicketExchange ✓ | Pricemaster ✓ |
| **VERITIX** | Team Branded Experience ✓ | Veritix Box Office System ✓ | Veritix Box Office System ✓ | Complete Secondary Market Control ✓ | Tickets Exchange only available on Veritix ✓ | |

# Capabilities Assessment

MONUMENTAL SPORTS•ENTERTAINMENT

| Firm | Digital Ticketing | Stored Value | Loyalty Program | Mobile Capabilities | Automated Kiosks | Service Support |
|---|---|---|---|---|---|---|
| AXS | ✓ | | | AXS Mobile App ✓ | ✓ | Phone and Service Support Team ✓ |
| NEW ERA TICKETS | Printed at Home ✓ | Stored Value on Tickets ✓ | | | | |
| TICKETS.com | Tickets@Entry ✓ | Uptix Stored Value ✓ | Ability to Integrate with Loyalty Program Solutions ✓ | Tickets@Phone Mobile App ✓ | Automated Kiosks ✓ | Phone and Service Support Team ✓ |
| ticketmaster | Digital Cards, PID, & Barcode Technology ✓ | ✓ | | TM Mobile App ✓ | ✓ | ✓ |
| VERITIX | Flashseats ✓ | | | Flashseats App ✓ | Automated Kiosks ✓ | Phone and Service Support Team ✓ |



# Market Competition

**AXS**: Provides a user-friendly ticketing interface allowing fans the opportunity to purchase tickets directly from their favorite venues. AXS serves all phases of the event life-cycle beyond just ticketing, through its consumer facing website, and the AXS App, as well as its portfolio of investment companies, including Carbonhouse, a leading website developer for venues, Frontgate Ticketing, a festival oriented ticketing platform owned in partnership with C3 Presents, and Bypass, the venue industry's leading supplier of cloud-based food and beverage point-of-sale systems

- Other venues utilizing the AXS Ticketing include Staples Center, Target Center, Sprint Center, and the O2 Arena

**New Era/Paciolan Tickets**: Technology-driven, full-service ticketing company that allows managers to set their own ticketing fees, control their brand, and use their customer data to create more customized marketing communications. Empowers organizations to create their own ticket brand in their market and establish retail outlets

- New Era Tickets is a wholly-owned subsidiary of Comcast-Spectacor. Other teams using New Era include the NHL's Philadelphia Flyers; NBA's Philadelphia 76ers; MLS's Portland Timbers and Philadelphia Union; Wells Fargo Center

17



# Market Competition

**Tickets.com**: Full-service ticketing platform which serves as the core of a comprehensive web-based suite of integrated features, products, and services that help enhance ticket sales, marketing efforts, and overall customer experience

- It is a wholly owned subsidiary of MLB Advanced Media, LP and is currently being used by 17 MLB teams

**Veritix**: Provides the most state-of-the-art digital ticketing, event marketing, and relationship management applications (created and majority owned by Dan Gilbert)

- Other teams using Veritix include the Gilbert-owned Cleveland Cavaliers; the NBA's Houston Rockets, Denver Nuggets and Utah Jazz; the NHL's Colorado Avalanche; Major League Soccer's Real Salt Lake and Colorado Rapids; and Texas A&M University, Boise State University, Duquesne University and University of Texas

18



# Ticketing Landscape: AXS



## Platform/Offerings

- **AXS Ticketing:** Formed as a joint venture with Outbox Enterprises, incorporates Outbox's ticketing model is based on a "white label" solution that allows venues to brand their own ticketing operation and own more flexibility on how tickets are sold
- **Secondary Ticket Market:** Partnership with eBay and StubHub to create fan and industry friendly secondary platform, and jointly pursue innovation and investments in the digital space
- **AXS Anywhere:** This feature will allow partner websites to sell tickets through AXS Ticketing. For example, a person reading a story about a basketball team on ESPN.com would be able to purchase tickets to their next game through a widget in the story without ever having to leave the partner website
- **AXS Invite:** Allows customers to pay for their own tickets, then reserve tickets for their friends (for a limited time) and invite them to purchase through Facebook or email invites
- **My AXS:** Personal platform for customers to manage their profile, favorite events, ticket purchases, and active AXS Invite reservations
- **AXS Waiting Room:** Available directly prior to the general on-sale, ticket buyers can log on to axs.com and enter the waiting room where they can view event details, pricing, available seats and ticket information.  They can also go ahead and enter their credit card and billing information to save time once the on-sale goes live
- **AXS Mobile App:** Offers full search and purchase functionality, along with the ability to create photo memory books from events and social media integration. Carries a presenting sponsorship, with Verizon buying the title rights

19

# Ticketing Landscape: New Era/Paciolan Tickets





## Platform/Offerings

- **Internet Ticket Sales**: Your own branded ticketing website complete with virtual seating charts and shopping cart functionality — all with the look and feel of your brand

- **Phone & Service Support**: Supports clients with an in-house large capacity call center and fulfillment department.

- **Ticket Triple Check System**: Your mail materials are checked three times for address accuracy, proper content, and sealing-- also includes the option to choose inserts

- **Access Control Technology**: Allows access to valuable information including up–to-the-minute attendance information, data for no shows, and fraudulent ticket data. Offers online customers the option to print tickets

- **Stored Value Ticket Technology**: Allows purchasing power on the tickets with credit loaded on the barcode

- **Online Ticket Exchange:** Ticket buyers can forward print-at-home tickets to friends or family across town or across the country through the security of barcode embedded tickets

## Recent Transaction- Portland Timbers

- **October, 2012:** Reach new ticketing agreement with New Era Tickets, a solution-driven, full service ticketing subsidiary of Comcast-Spectacor that provides customized ticketing services and marketing automation technology

- The Portland Timbers will utilize the technology and expertise of New Era Tickets to launch a branded ticket marketplace

- Through the agreement, the Portland Timbers have also selected to partner with New Era Tickets' sibling company, FanOne Marketing, to grow and centralize the Portland Timbers' fan database and send out highly targeted automated digital communications designed to increase sales, enhance each fan's experience, and maximize fan loyalty

20



# Ticketing Landscape: Tickets.com



## Platform/Offerings

- **ProVenue**: Full-service ticketing platform which serves as the core of a comprehensive web-based suite of integrated features, products, and services that help enhance ticket sales, marketing efforts, and overall customer experience.
- **Replay Ticket Exchange**: Provides season and other ticket holders with a convenient way to re-sell their tickets online in the secure environment of your private labeled website. Transaction fees generate incremental revenue
- **Uptix Stored Value**: Broadens the traditional ticket function of event access by securely enabling individual tickets to store other kinds of data, such as cash value. These "loaded" tickets can then be used for redemption at various points of sale in your venue (e.g., concessions, retail stands)- in partnership with Givex
- **Tickets@Entry**: Paperless ticketing that validates venue entry with the swipe of a credit card, by matching the credit card used for purchase with the credit card used for entry, allowing for paperless ticketing
- **Automated Kiosk**: Automates basic ticketing processes with a self-service, standalone 24/7 box office that enables customers to purchase and pick up tickets for same day or future events without waiting in box office lines
- **ProVenue Tickets@Phone Mobile App:** Features full end-to-end purchasing and delivery, and is able to integrate other elements such as loyalty programs

## Recent Transaction- Los Angeles Dodgers

- **November, 2013:** Los Angeles Dodgers reached a new long-term ticketing agreement with Tickets.com for use of their ProVenue ticketing platform
- New features Dodgers will roll out for the 2014 season:
  - Digital/mobile delivery to all customers
  - Integrated loyalty programs
  - One system for window sales and back office use
  - State-of-the-art customer interface, buy process, ticket management
  - Interactive seat maps

21



# Ticketing Landscape: Veritix



## Platform/Offerings

- **Flash Seats**: Exclusive digital ticketing product grants ticket buyers the unique opportunity to eliminate traditional hard tickets, and select any form of electronic ID (credit card, driver's license, student ID, etc.) as their method of entry to a given event. Customers can then manage their tickets electronically – either online, or with the help of a trained Veritix call center agent – enabling secure and instantaneous ticket re-sales and transfers

- **Secondary Market Control:** Visibility into every stage of the ticket lifecycle because digital tickets are attached to electronic IDs, which means they can't be resold in the open marketplace. Customers who want to transfer or resell a ticket can easily do so, but must complete the transaction electronically through the client's secure, branded website

- **Veritix® Box Office System**: Equipped with an easy to use Graphical User Interface (GUI), and a state-of-the-art touch-screen application. These two features virtually eliminate lengthy and expensive training, and enable sellers to quickly navigate through the ticketing system
    - Can capture data from *all* customers—even those paying with cash—by filling in pre-set fields or by swiping a driver's license

- **Advanced Kiosk Technology**: Allow your customers to select their own seats, rather than settle for "best available"

- **Veritix Solution**: Back office application provides the most robust tools for- season/group ticket sales, vent creation and special offer/campaign management, and extensive analytical reports/audits in Microsoft user interface

- **Customer Support**: Client support team is available via phone and email 24 hours a day, 7 days a week

## Recent Transaction- Detroit Lions

- **July, 2013:** Detroit Lions replace Ticketmaster with Veritix as the team's exclusive primary ticketing provider
- Veritix provides primary ticketing services for all Detroit Lions events, as well as secondary ticketing services for non-football events through Flash Seats®
    - Flash Seats will be available as a digital entry method for fans, making Ford Field the first NFL stadium to offer Flash Seats technology

22



# Additional Primary Platforms : Eventbrite



**"Eventbrite Beefs Up Engineering To Take on Ticketmaster"**- TechCrunch.com, June 9, 2014

## Platform/Offerings

- **Online Event Registration**: Create customized event pages to promote event and track attendance
- **Selling Tickets:** Currently charges event administrators charging for tickets a ▮▮▮▮▮ per ticket service fee and ▮ credit card processing fees for consumers
- **At TheDoor App**: Allows sales of tickets at the event by accepting cash and credits cards with an iPad enabled credit card processing square, and can print tickets on the spot
- **Eventbrite App**: Allows consumers to search events, buy tickets, track friends going to events, and use their phone to enter events. Allows vendors to scan ticket barcodes and track event attendance



23



# Additional Primary Platforms: Ticketfly



**"The Startup Challenging Ticketmaster and StubHub"**- Bloomberg, March 3, 2014

## Platform/Offerings

- **Ticketfly Backstage**: Entire suite of ticketing, website, social marketing, email, and analytics tools in one location
- **Marketing:** Custom email campaigns, automated social media marketing, and easy social sharing for fans
- **Ticketing**: Facebook connect allows seamless ticket buying experience on Facebook, event information is automatically published on affiliate network or 200 music, entertainment and event websites, and comprehensive mobile ticketing solutions
- **Analytics Dashboard**: Identify influencers, view fan profiles, set up rewards, track & analyze sales and social data



24

# TM Secondary Ticketing Platforms





- TM's secondary ticket platform (separate from TM+)
- Validates tickets and fulfills them through Ticketmaster's TicketFast™ delivery



- TM's new platform that combines primary and secondary ticket listings
- On Ticketmaster game listing pages for the participating teams, seat maps show primary market inventory in blue, and secondary market inventory in red
  - Does not carry any third-party secondary ticket listings
  - Supported through TeamExchange sites and the company-owned TicketsNow resale destination

25



# Additional Secondary Ticketing Platforms



- Leader in international secondary ticketing, operating in nearly 50 countries (formed by StubHub co-founder)
  - Made a US based deal with Cleveland Browns in 2007 that didn't gain much traction
- For many clubs, requires official registration for both buyers and sellers, and in some cases a supplemental membership into a team's official fan club.
- Viagogo occasionally has allowed price ceilings and price floors.
- Deals between Viagogo and individual clubs are typically based around sharing of ticket sales revenue with additional sponsorship components.



- Leader in US secondary ticketing
  - According to their President, their market share is over 50% of the secondary market (7/10/14)
- StubHub is also partnered with primary ticketing vendor Paciolan to provide a full, end-to-end ticketing solution for many of their shared clients, particularly in the college space
- ESPN's exclusive ticketing partner through 2017

26



# Additional Secondary Ticketing Platforms

**VIVIDSEATS.**

 

- Has partnership with multiple sports organizations, making Vivid Seats the "Official Fan Travel Partner", "Official Ticket Reseller" and "Preferred Ticket Provider"
- Current Partnerships include:
  - Detroit Red Wings, Georgetown Athletics, Miami Dolphins, USA Today, and more
  - Is the "Official Fan Travel Partner" of the Red Wings, featuring exclusive ticket packages for fans at home and away game that include hotel, transportation, souvenirs, and more
  - Is the "Official Ticket Reseller of Georgetown University Athletics"
- Charge users a service fee and 10% commission fee

- Secondary ticket market places owned by RazorGator Interactive Group
- Current official partners include several NCAA® Championships as well as the Rose Bowl, Allstate Sugar Bowl, Discover Orange Bowl, 2014 BCS National Championship, and 15 NFL Teams
- PrimeSport affiliates earn commissions for every sale they refer to the site
  - PrimeSport affiliates earn 8% commission on each qualifying/approved ticket order excluding tax, shipping or service fees
  - Affiliates can choose to add available banner and text links to their site or choose to implement a live ticket feed, which gives affiliates real time access to all of PrimeSport's available tickets

27



# Additional Secondary Ticketing Platforms



- Secondary ticket site that allows users to place private bids on tickets and instantly find out if they are accepted
    - Don't publish prices- which they claim leads to lower prices
- MSE has a partnership that pushes a small amount of ticket inventory through them
- Affiliates earn 10% commission

28

# Supplemental Ticketing Solutions







- Not a ticket reseller, rather provides a platform and POS system for ticket management for resellers
  - Geared toward ticket brokers looking to manage inventory and increase distribution
- Offer RESTful API which gives any platform a complete set of tools to choose from and white label solutions
  - Also offer solution for creating custom online store

- Offer Inventory Acquisition to partner with teams and venues to sell and market tickets through unutilized platforms
  - Assist in bridging the gap between primary and secondary market
  - Will purchase a significant amount of inventory as a partner
- Offer Pricing Analytics which provides deep diagnostics and quantitative data on the secondary market

29



# Supplemental Ticketing Solutions



## Kezar

- The San Francisco 49ers have developed their own self-service ticket scanning system for Levis Stadium called Kezar
  - Kezar, is connected to the team's new mobile application for Levi's Stadium, both of which were developed in-house
  - The app allows fans to upload tickets and parking passes on their devices to be scanned by Kezar, among other features.
- Kezar is basically an access control system similar to programs developed by Fortress and Alvarado, and will be compatible with Ticketmaster's technology platform
  - The system will also provide a new source of real-time data for the 49ers' ticket office.
  - Fans walking up to the gates at Levi's Stadium will scan their tickets through a Kezar unit, which looks something like a parking meter.
  - Greeters with tablets will be stationed beyond the Kezar units, monitoring the gates
- *MSE has already reached out to TM about this*



- Bypass is a solution tailored specifically to the highly complex, high-volume processes of enterprise vendors, implementing both fixed and mobile solutions that support a variety of use cases, like concessions, merchandisers, suites, club seats, portables, desert carts, and hawkers.
  - Bypass allows venues to provide premium ticket holders with a tailored mobile solution that allows them to swipe and sign on a vendor's device,
  - Provides customer-facing mobile apps customized for the venue
  - Provides dongles that allow any concession stand or merchandiser to accept payments from their phone.
- Along with inventory controls and reporting capabilities, the startup's solution works across devices and payment locations to surface data about how fans are engaging in commerce and provide insight that can help them boost their bottom line.

30



# In-House Ticketing- Resources

**MONUMENTAL**
SPORTS•ENTERTAINMENT

**Requirements:**
- Creation of a primary ticketing platform/suite
  - Box office and online platforms
  - CRM capabilities
  - Analytics and reporting capabilities
- Creation or partnership with secondary ticket platform
- Printing capabilities (limited if digital tickets and at home printing are pushed)
- Digital ticket scanning technology
- Phone & Service Support staff
- Mobile phone app/technology

**Recommended:**
- Access Control System
- Online ticket exchange
- Stored value technology

Estimated to require a multi-million dollar investment of upwards of $3.5M+

31



# TM Appendix

- Exhibit 1- TM Convenience Charge Tables
- Exhibit 2- TM Fee Tables
- Exhibit 3- TM Payment Fees
- Exhibit 4- MSE TM Compensation
- Exhibit 5- Secondary Ticket Royalties
- Exhibit 6- Ticket Upsells and Packages
- Exhibit 7- Verizon Center Agreement Revenues
- Exhibit 8- MSE Payments to TM
- Exhibit 9- TM Revenue Sources
- Exhibit 10- Verizon Center Sales Summary
- Exhibit 11- Primary Team Ticket Sales Summary

32



Exhibit 1: TM Convenience Charge Tables



# Exhibit 2: TM Fee Tables

(b)    **Processing Fee (Per Order)**:

| Type of Sale | Processing Fee |
|---|---|
| Outlet sales | ▮ |
| Telephone Sales and Internet Sales | ▮ |

The Processing Fees set forth above shall be subject to increase from time to time consistent with Ticketmaster's processing fee for similar events at similar facilities and subject to automatic increase equal to any increase (rounded up to the nearest $0.05) to the postal service rates.

(d)    **TicketExchange Fees**:

| Type of TicketExchange Fee | Amount of TicketExchange Fee |
|---|---|
| TicketExchange Seller Fee | ▮ of TicketExchange Posting Price per Ticket |
| TicketExchange Posting Fee | ▮ per order |
| TicketExchange Buyer Fee | ▮ of TicketExchange Posting Price per Ticket |
| TicketExchange Processing Fee | ▮ per Ticket |

For mutually agreed Attractions, the TicketExchange Buyer Fee shall be increased by ▮ of the TicketExchange Posting Price increasing the total TicketExchange Buyer Fee to ▮ of the TicketExchange Posting Price per Ticket. This ▮ increase shall be defined as the "Promoter/Artist Bump". The TicketExchange Posting Fee and the TicketExchange Processing Fee set forth above shall be subject to automatic increase on the first day of each Contract Year in the amount of ▮ (rounded up to the nearest $0.05) of the previous Contract Year's TicketExchange Posting Fee and TicketExchange Processing Fee.

34



# Exhibit 3: TM Payment Fees

2. **Payment Processing Fees**:

| Type of Sale | Percentage Rate |
| --- | --- |
| Telephone Sales and Internet Sales | ▮ of Face Value of Tickets |
| Outlet Sales | ▮ of Face Value of Tickets |
| Principal Sales using TM Charge | ▮ of Face Value of Tickets |
| Auction Sales | ▮ of Auction Lift and applicable taxes |
| TicketExchange Sales | ▮ of TicketExchange Posting Price, TicketExchange Buyer Fee, TicketExchange Processing Fee and applicable taxes |

Any percentage rates set forth above are subject to automatic increase due to increases in the interbank rates imposed on Ticketmaster.



35



# Exhibit 4: MSE Compensation

3.    **Compensation to Principal**.

(a)    **Principal's Royalties**:

| Type of Royalty | Amount of Royalty |
|---|---|
| Convenience Charge | ▮ of the Convenience Charge |
| Processing Fee | ▮ of the Processing Fee |
| TicketExchange Seller Fee | ▮ of the TicketExchange Seller Fee |
| TicketExchange Buyer Fee | ▮ of the TicketExchange Buyer Fee |
| ticketFast Delivery Fee* | ▮ per order |

\* In the event the ticketFast Delivery Fee is eliminated by Ticketmaster at any time during the Term of the Agreement, Principal shall no longer be entitled to such ticketFast Delivery Fee Royalty.

36



# Exhibit 5: Secondary Ticket Royalty Revenue

- Derived from Secondary Exchange Fees charged by TM

- **Capitals**- Royalties based on a minimum guarantee of ▮▮ of all TM Secondary Exchange Fees from previous season, in addition to receiving ▮▮ of fees over a certain threshold

- **Wizards**- Receive ▮▮ of all TM Secondary Exchange Fees



37



**MONUMENTAL**
SPORTS+ENTERTAINMENT

# Exhibit 5: Capitals Secondary Ticket Royalties

**Secondary Royalties Through TM Sponsorship Contract**

- Caps receive a minimum guarantee of ▮ of all Secondary Exchange Fees from sales on any Ticketmaster Secondary Exchange for the immediately preceding year (*See Calculation Example on Next Slide*)
  - Additionally, Caps receive ▮ of all Secondary Exchange Fees from sales on any Ticketmaster Secondary Exchange during the current year that exceeds ▮ the minimum guarantee, up to the first ▮ of fees
  - Caps then receive ▮ of Secondary Exchange Fees exceeding ▮

38



# Exhibit 5: Wizards Secondary Ticket Royalties

**Secondary Royalties Through TM**

- Wizards receive ▮▮▮ of all Secondary Exchange Fees on any TM Secondary Exchange, with NO minimum guarantee

- Beginning in FY15, the rate card value of all sponsorship assets provided to TM will be allocated to sponsorship

| Year | Secondary Revenue |
|---|---|
| 2013 | ▮▮▮ |
| 2014 | ▮▮▮ |
| Total | ▮▮▮ |

39



# Exhibit 6: Ticket Upsells & Package Revenues

**MSE receives Upsell and Package sales proceeds from TM**

- Upsell proceeds = Upsell Price – Upsell Fee
  - Upsell Fee is the greater of ▮▮ of Upsell price or ▮▮▮, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Package proceeds= Package Price- Package Fee
  - Package Fee is ▮▮▮ of the Package Price , ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮



\* Excludes ticket value, includes just VIP premium

40



# Exhibit 7: Verizon Center Revenues

41



# Exhibit 8: MSE Payments to TM

**Payment Elements:**

- **Digital-** Paperless ticketing technology fees
- **Service, Transaction & Account Fees-** Base TM fees charged to MSE    — **The Only Recurring Expenses**
- **Database Fees-** Non-recurring credit-card matching initiative and database update/clean-up
- **3ʳᵈ Party CRM-** Radian 6 contract; ended/overtaken by Salesforce
- **Hardware-** One-time scanner/printer kit expenses
- **Ad Promotion-** One-time ad trolling initiative for the teams



42

# Exhibit 9: TM Revenue Sources



- Convenience Charges per Ticket *(See Exhibit 1)*
    - Based on type of attraction and face value of tickets
    - TM keeps ▮ of Convenience Charges

- Processing Fees per Order *(See Exhibit 2)*
    - ▮ per phone/internet order
    - TM keeps ▮ of Processing Fees

- Payment Processing Fees *(See Exhibit 3)*
    - ▮ payment processing fee for Telephone/Internet/Principal Sales
    - ▮ payment processing fee for TicketExchange Sales (of Posting Price, Buyer Fee, Processing Fee and taxes)
    - ▮ payment processing fee for outlet sales

- TicketExchange Fees *(See Exhibit 2)*
    - Seller Fee= ▮ of Posting Price per Ticket
    - Buyer Fee= ▮ of Posting Price per Ticket
    - Posting Fee= ▮ per Order
    - Processing Fee= ▮ per Order

43



# Exhibit 10: Verizon Center Sales Summary

**MONUMENTAL**
SPORTS+ENTERTAINMENT

## 2013-14

**Event Summary Wrap-Up Report for VERIZON CENTER**
(Event Dates: July, 6, 2013 – June, 29, 2014)

Data as of 24-Aug-14 11:59 PM

### Sales Overview

|  | Sales | % of total | Comps | Issued | % of total | Gross |
|---|---|---|---|---|---|---|
| Primary Box Office | 141,774 | 21.67 % | 140,408 | 282,182 | 34.19 % | $8,634,673 |
| Secondary Box Office | 30,867 | 4.72 % | 28,376 | 59,243 | 7.18 % | $893,153 |
| Internet | 385,847 | 58.98 % | 374 | 386,221 | 46.79 % | $29,004,166 |
| Retail | 5,908 | 0.90 % | 4 | 5,912 | 0.72 % | $504,131 |
| Phone | 89,761 | 13.72 % | 2,128 | 91,889 | 11.13 % | $7,232,246 |
| Ticketmaster Total | 481,516 | 73.61 % | 2,506 | 484,022 | 58.64 % | $36,740,543 |
| Total | 654,157 |  | 171,290 | 825,447 |  | $46,268,369 |
| Opens | 3,149,399 |  |  |  |  |  |
| Sell Through Rate | 17.20 % |  |  |  | 20.77 % |  |
|  |  |  |  |  |  |  |
| Presale Tickets | 142,066 | 21.72 % |  |  |  | $13,407,939 |
| Onsale Tickets | 89,280 | 13.65 % |  |  |  | $8,027,648 |
| Day Of Show | 69,817 | 10.67 % |  |  |  | $2,841,195 |
| TicketExchange | 5,381 |  |  |  |  | $1,662,516 |

Pie chart: 34% - PBO, 7% - SBO, 47% - Internet, 11% - Phone, 1% - Retail

## 2012-13

**Event Summary Wrap-Up Report for VERIZON CENTER**
(Event Dates: July, 1, 2012 – June, 30, 2013)

### Sales Overview

|  | Sales | % of total | Comps | Issued | % of total | Gross |
|---|---|---|---|---|---|---|
| Primary Box Office | 158,343 | 21.23 % | 40,006 | 198,349 | 24.15 % | $9,363,855 |
| Secondary Box Office | 81,108 | 10.88 % | 31,339 | 112,447 | 13.69 % | $7,444,252 |
| Internet | 429,500 | 57.59 % | 301 | 429,801 | 52.32 % | $36,135,531 |
| Retail | 7,022 | 0.94 % | 4 | 7,026 | 0.86 % | $537,539 |
| Phone | 69,760 | 9.35 % | 4,075 | 73,835 | 8.99 % | $5,039,556 |
| Ticketmaster Total | 506,282 | 67.89 % | 4,380 | 510,662 | 62.17 % | $41,712,626 |
| Total | 745,733 |  | 75,725 | 821,458 |  | $58,520,734 |
| Opens | 5,099,675 |  |  |  |  |  |
| Sell Through Rate | 12.76 % |  |  |  | 13.87 % |  |
|  |  |  |  |  |  |  |
| Presale Tickets | 162,357 | 21.77 % |  |  |  | $16,992,199 |
| Onsale Tickets | 112,842 | 15.13 % |  |  |  | $10,551,383 |
| Day Of Show | 69,730 | 9.35 % |  |  |  | $3,724,905 |
| TicketExchange | 4,271 |  |  |  |  | $1,323,818 |

## 2011-12

**Event Summary Wrap-Up Report for VERIZON CENTER**
(Event Dates: July, 2, 2011 – June, 30, 2012)

### Sales Overview

|  | Sales | % of total | Comps | Issued | % of total | Gross |
|---|---|---|---|---|---|---|
| Primary Box Office | 168,781 | 23.62 % | 44,337 | 213,118 | 24.14 % | $7,486,021 |
| Secondary Box Office | 71,611 | 10.02 % | 104,002 | 175,613 | 19.89 % | $3,306,117 |
| Internet | 412,465 | 57.71 % | 14,382 | 426,847 | 48.35 % | $29,330,942 |
| Retail | 6,910 | 0.97 % | 136 | 7,046 | 0.80 % | $474,830 |
| Phone | 54,936 | 7.69 % | 5,326 | 60,262 | 6.83 % | $3,589,781 |
| Ticketmaster Total | 474,311 | 66.36 % | 19,844 | 494,155 | 55.97 % | $33,395,553 |
| Total | 714,703 |  | 168,183 | 882,886 |  | $44,187,691 |
| Opens | 5,207,986 |  |  |  |  |  |
| Sell Through Rate | 12.07 % |  |  |  | 14.50 % |  |
|  |  |  |  |  |  |  |
| Presale Tickets | 173,947 | 24.34 % |  |  |  | $11,341,729 |
| Onsale Tickets | 96,298 | 13.47 % |  |  |  | $7,428,466 |
| Day Of Show | 75,240 | 10.53 % |  |  |  | $2,699,250 |
| TicketExchange | 1,742 |  |  |  |  | $468,170 |

44

# Exhibit 11: Primary Ticket Sales Revenue

### Capitals Primary Ticket Revenues (2012-14)



### Wizards Primary Ticket Revenues (2012-14)



|  |  | 2011-2012* | 2012-2013* | 2013-2014 | Total** |
|---|---|---|---|---|---|
| Caps | Team Revenue | $43,979,001 | $25,886,677 | $45,433,500 | $115,299,178 |
|  | Club Level | 5,622,341 | 4,946,821 | 8,770,170 | 19,339,332 |
| Wiz | Team Revenue | 23,850,674 | 29,407,471 | 29,790,868 | 83,049,013 |
|  | Club Level | 2,604,164 | 2,855,229 | 3,616,063 | 9,075,457 |
|  | Total | $76,056,181 | $63,096,198 | $87,610,601 | $226,762,980 |

*Lockout shortened seasons
** Does not include concessions breakage

45