| | |
|---|---|
| **From:** | Matthew Hansen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=390D0443C090475BBE03C282051C3C1A-MATTHEW HAN] |
| **Sent:** | 12/11/2023 6:57:16 PM |
| **To:** | Gregory LeMay [greglemay@livenation.com] |
| **Subject:** | TM |
| **Attachments:** | 231206 LN BOD_December 2023_v8.pptx |

Here's what they sent.  You should follow-up re: Platinum.  I will let them know you'll be reaching out.

Thanks,
Matt

**Ex. No**

**PX1261**

1:24-cv-03973

CONFIDENTIAL

LNE-LIT24-002065686



CONFIDENTIAL

LNE-LIT24-002065687



**TICKETING 2023 OBJECTIVES AND KEY RESULTS**

- 🟢 On track to achieve OKR
- 🟡 At risk to achieve OKR
- 🔴 Unlikely to achieve OKR

| Objective | Status | Explanation |
|---|---|---|
| **1** **Grow Ticketmaster internationally by adding 14M tickets and entering 4 new markets** | 🟢 | • Added 16.3M net new tickets internationally YTD (117% of annual target); global net new tickets of 22.4M YTD is on pace for a record year<br><br>• New Markets: Operational in Brazil, Peru, and Colombia |
| **2** **Grow Ticketmaster non-service fee revenue by $45M** | 🟢 | • Market pricing (Platinum, Pricemaster, VIP) revenue +$32M (+47% vs. 2022 YTD); Platinum GTV +51% vs. 2022, driven by Beyoncé ($██ Platinum GTV), (Drake ($███ Morgan Wallen ($███ Coldplay ($███ and Luis Miguel ($██<br><br>• Flywheel CM +$68M (+26% vs. 2022 YTD); insurance take-rate (19%) slightly behind target (20% target), but stabilizing<br><br>• Travel packages (tickets & hotel stays) launched campaigns with Global Touring for the Eagles, Bruce Springsteen, Take That, AEW, and more; Travel Experiences expanded in Vegas with launches for Christina Aguilera, Kelly Clarkson, and Rick Ross / Chris Brown |

Note: YTD ticket signings through November and YTD non-service fee revenue through November

1

LNE-LIT24-002065688



Z:\Consol\BOD 2023\12 - December 14 2023\[Dec 2023 BOD Charts v1.xlsx]Financial charts
Z:\Consol\BOD 2023\12 - December 14 2023\Financials\[BOD Financials (Dec 2023) v2.xlsx]24 Ticketing

LNE-LIT24-002065689



3

CONFIDENTIAL



4

CONFIDENTIAL                                                                                    LNE-LIT24-002065691



CONFIDENTIAL

LNE-LIT24-002065692

# LIVE NATION TECH PRIORITIES

| | Objective | Initiatives |
|---|---|---|
| **Reliability** | Increase stability, abuse protection, & security | • Platform observability – VMWare<br>• Service management – Neo4j<br>• Central SRE & non-functional requirements<br>• Mature abuse strategy – Google, Fastly<br>• Operational risk mitigations – Kafka<br>• Private cloud right-sizing & scale |
| **Modernization & Consolidation** | Simplify architecture into global capabilities | • Core platform domains into common services<br>• Marketplace consolidation<br>• Deprecation of legacy systems – MFOL, TMOL<br>• Resale modernization<br>• TM1 consolidation & modernization |
| **Data Strategy** | Leverage data-driven, actionable insights | • User-related data<br>• Data insight enrichment – Google, Fastly |
| **Innovation** | Pioneer new innovative solutions | • AI<br>• Delivery of Priority Programs |
| **People & Organization** | Empower teams to deliver | • Right-size & set up for effective scale<br>• In-house vs. outsourcing to optimize velocity<br>• Diversity & equity<br>• Onboarding<br>• Best practices for Satellite markets |

6

CONFIDENTIAL

LNE-LIT24-002065693



LNE-LIT24-002065694

# IMPROVE THE HIGH DEMAND ONSALE

**LIVE NATION**

> **Make the Ticketmaster onsale experience simpler and more transparent**

### End Fan Registration Process

6.5 — 2023
2.4 — 2023
1.3 — 2022
Registrations per Inventory

1.8 — 2022
Negative Social Volume (100K)

- Increased complexity from registration process, declining likelihood of available tickets, and presumed Ticketmaster influence on selection process has led to negative fan sentiment

### Make Queue Transparent



## Queue transparency

*Example: inventory availability by price level*

- Introduced "exact place in line" to address 2.6x increase in queue complaints on transparency and wait times
- Testing further transparency improvements when fans are in queue (map, starting price levels, inventory availability)

### Remove/Relaunch "List" To Reduce Errors



## "Seatmap" view only

*Example: ticket selections made using "seatmap"*

- 95% of buying errors are due to cart collisions; 90%+ of cart collisions come from "list" (vs. "seatmap")
- Removed "list" for high demand onsales (A/B test collision volume declined 83%)

Note: Negative Social Volume (source: Infegy) captures posts referencing Verified Fan (with or without tagging Ticketmaster); Fan queue complaints (source: Usabilia) is H1 2023 vs. H1 2022

8

LNE-LIT24-002065695

 # DE-FRICTION TICKET MANAGEMENT (1 of 2)

## Improve ticket management products

### Simplify to Single Log-in



- Multiple logins for different systems creates confusion in managing tickets and receiving transferred tickets

- Creating one login to manage tickets across Host, Microflex, and Archtics accounts

### Simplify Sending Transfers



- Fans can access their mobile contacts to select recipients

- Fans can send transfer link via SMS, WhatsApp, or email

### Accept Transfers In-App



- Fans receive a notification banner in-app to accept tickets when receiving a transfer

- Fans no longer need to look for transfer invitation in their email

Note: Customer service contact dispositions are among North America agent interactions

9

CONFIDENTIAL

LNE-LIT24-002065696



# DE-FRICTION TICKET MANAGEMENT (2 of 2)

**Improve ticket management products**

| **Eliminate "Delivery Delay" Issues in Accessing Tickets** | **Make it Easier for Fans to Get Paid when Selling Tickets** |
|---|---|





- 21% of NA customer service contacts driven by accessing & viewing tickets

- Re-evaluating "delivery delay" product; may eliminate due to fan confusion and limited benefit in reducing scalping

- If delivery is delayed, will provide more transparent communication so fans are reassured they have tickets

- 16% of NA customer service contacts driven by fan selling

- Process of getting paid when fans sell tickets confusing and leads to issues

- Simplifying the process and creating clear checklist of actions required (e.g., provide TIN)

- Improving the UX for when payouts are not processed to give sellers clear instructions on what additional requirements remain

Note: Customer service contact dispositions are among North America agent interactions (any channel – phone, email, etc.) Oct 2023 YTD

10

10

CONFIDENTIAL

LNE-LIT24-002065697



CONFIDENTIAL

LNE-LIT24-002065698



12

CONFIDENTIAL

LNE-LIT24-002065699

Case 1:24-cv-03973-AS    Document 1361-2    Filed 03/31/26    Page 15 of 67

### UPLEVEL CUSTOMER SERVICE

V3

**NA Customer Service Contacts and Satisfaction (CSAT)**



LNE-LIT24-002065700



LNE-LIT24-002065701

 **WHY IS TICKETING DIFFERENT?**

### INDUSTRY DYNAMICS

- Ticket demand exceeds limited supply

- Demand surges during highly clustered onsale windows

- Arbitrage opportunities incentivize bots / bad actors during the purchase process

- Historical focus on suppliers (i.e., venues) to gain exclusive inventory rather than focusing on consumers

- Marketplace has no control over pricing and limited control over marketplace fees

- Marketplace has limited control over seller policies

### TECHNICAL REQUIREMENTS

- Infrastructure must handle highly volatile traffic during tight onsale windows with the ability to transact at scale and high-speeds

- Platforms must constantly evolve to combat bots and bad actors

- Systems must enable complex sets of distinct capabilities (transfer, resale, entry)

- Client-focused business model resulted in bespoke client features not built to scale

- Regulatory constraints in some markets mandate custom integrations with specific deployment and development processes

- Balance between speed to market and product standards

15

15

CONFIDENTIAL

LNE-LIT24-002065702



We are not going to deprecate any niche systems unless an oppy comes, the key for us is to reduce complexity on the main Core systems that is the goal.

Many 2024 Priority Programs will build upon and enable/advance the journey toward global Core Business Capabilities, laying the foundations for:

Safetix integration for the Big 4 platforms
Additional payment integrations
More flexible offers (think complex packages/bundles) and ancillary product upsells
Consolidated, realtime streams of seat availability to improve the high-demand onsale experience
Platform-agnostic, dynamic pricing
Enhanced ticket management functionality (eg; transfer, assign)
Continued transition toward global client toolset (TM1)

16

LNE-LIT24-002065703



CONFIDENTIAL

LNE-LIT24-002065704



18

CONFIDENTIAL

LNE-LIT24-002065705



Ticket Marketplaces brand perception is challenged
Industry dynamics partly to blame
Lack of adequate ticket supply for high demand events
Scalpers take advantage of primary priced below market
Prevalence of resale sites
Challenges result from the fan not being considered core customer (vs. venue and the artist)

19

LNE-LIT24-002065706



Ticket Marketplaces brand perception is challenged
Industry dynamics partly to blame
Lack of adequate ticket supply for high demand events
Scalpers take advantage of primary priced below market
Prevalence of resale sites
Challenges result from the fan not being considered core customer (vs. venue and the artist)

20

CONFIDENTIAL

LNE-LIT24-002065707



Ticket Marketplaces brand perception is challenged
Industry dynamics partly to blame
Lack of adequate ticket supply for high demand events
Scalpers take advantage of primary priced below market
Prevalence of resale sites
Challenges result from the fan not being considered core customer (vs. venue and the artist)

21

CONFIDENTIAL

LNE-LIT24-002065708

**LIVE NATION** | **FAN PAIN POINTS**

V1

- **Fees** remain top concern driving ~25% of fan complaints in 2023; some onsales had higher fees than face values (e.g., The Cure with $27 fees vs. $20 face)

- **Refund** processes and client policies drive 15% of contact center contacts and have the lowest customer satisfaction among dispositions (37% in Oct '23 vs. average of 46%)

- **Collisions** are highly disruptive to the onsale experience (1.2M collisions in Nov '23, representing 95% of total buying errors)

- **Verified Fan** creates frustration among both invited and uninvited fans

    - Top registration complaints are related to code issues and queue kick-outs

    - Uninvited fans are active on social, producing 650K negative Twitter posts mentioning Verified Fan in '23 (+260% vs. PY)

- **Ticket mgmt.** issues represent ~50% of contact center tickets in '23

    - **Fan seller** listing/payment errors and UX/UI friction drive 39% of these tickets

    - **Transfer** related contacts increased to 238K in '23 (+X% vs. PY), with 52% driven by problems sending or accepting transfers

- **Customer service agents** aren't addressing fan needs with a 38% resolution rate in Oct '23

- **Customer service accessibility & responsiveness** was a top complaint by fans, with an average response time of 2.7 hours and 18% phone call suppression rate in Aug '23

22

LNE-LIT24-002065709



LNE-LIT24-002065710



LNE-LIT24-002065711



CONFIDENTIAL

LNE-LIT24-002065712

# IMPROVE THE HIGH DEMAND ONSALE

**Make the Ticketmaster onsale experience meaningfully easier to rebuild trust with fans**

## End Verified Fan

Registrations per Inventory: 1.3 (2022), 2.4 (2023)

Negative Social Volume (100K): 1.8 (2022), 6.5 (2023)

- As demand outpaced supply, fan sentiment for Verified Fan become increasingly negative

## Make Queue Transparent



### Queue transparency

*Example: inventory availability by price level*

- Introduced "exact place in line" to address 2.6x increase in queue complaints
- Testing transparency improvements when fans are in queue (map, starting price levels, inventory availability)

## Remove/Relaunch List View



### "List" view improvements

*Example: mobile-friendly "list" suggestions using pre-selected preferences*

- 90%+ of cart collisions come from "list" (vs. "map")
- Removed "list" for high demand onsales (A/B test collision volume declined 83%)
- Will relaunch "list" that updates every 5 seconds or less

Note: Negative Social Volume (source: Infegy) captures posts referencing Verified Fan (with or without tagging Ticketmaster); Fan queue complaints (source: Usabilia) is H1 2023 vs. H1 2022

26

CONFIDENTIAL

LNE-LIT24-002065713

 **DE-FRICTION TICKET MANAGEMENT (1 of 2)**

Reduce ticket management frustrations to reduce customer service contacts

**Create One Login**

**Accept Transfers In-App**

**Launch "Assign" Product**





- Creating one login to manage tickets across Host, Microflex, and Archtics accounts

- Fans receive a notification banner in-app to accept tickets when receiving a transfer

- Fans no longer need to look for transfer invitation in their email

- Allows owners to send ticket barcodes to other accounts while retaining ownership

- Whereas Transfer relinquishes ownership (cancelling and re-rendering orders); Assign retains ownership with original account

- Assign will always be available (even if Transfer is off)

Note: Customer service contact dispositions are among North America agent interactions

27

CONFIDENTIAL

LNE-LIT24-002065714



# DE-FRICTION TICKET MANAGEMENT (2 of 2)

**Reduce ticket management frustrations to reduce customer service contacts**

**Eliminate "Delivery Delay" Confusion**

**Make it Easier to Sell Ticket and Get Paid**



- 29% of contacts driven by accessing & viewing tickets

- Re-evaluating "delivery delay" product; may eliminate due to fan confusion

- If delivery is delayed, will provide more transparent communication so fans are reassured they have tickets

- 39% of post-purchase NA contacts driven by fan selling and 3rd party inventory

- Creating an account page with a checklist of actions to complete to clarify selling requirements (e.g., provide TIN)

- Providing sellers instant feedback with resolution steps to receive payouts

- Updating UI/UX when sellers edit active listings

Note: Customer service contact dispositions are among North America agent interactions

28

28

LNE-LIT24-002065715



# UPLEVEL CUSTOMER SERVICE

**Better address fan needs to improve resolution rates and customer satisfaction scores**

| Inform TM Product & Policy | Standardize Fan Comms | Improve Agent Availability & Quality |
|---|---|---|



CORE

ENTRY · ACCOUNTS

PURCHASE · SELECTION

Hi there, how can we help?

Want To Reach Us By Phone? Call Us

Call us at 1-800-653-3000 →

- Mon thru Fri, 9 a.m. to 8:30 a.m. (local time)
- Sat, 9 a.m. to 7 p.m. (local time)
- Sun, 9 a.m. to 6 p.m. (local time)

- Leverage customer service data to direct Ticketmaster product and policies (e.g., ticket management)

- Create consistency across fan touchpoints (e.g., Help Site, event pages, fan emails, etc.)

- Testing flexible refund policy with Live Nation

- Advertised phone line in NA

- Increased agent staffing levels (+50%) to reduce wait times (from 4.5 min to 0.75)

- Improving agent education (avg. tenure 3.8 months vs. 5.8 years pre-Covid)

- Deploying best-in-class digital solution (Amelia AI)

29

CONFIDENTIAL

LNE-LIT24-002065716



Current
Collision Rate: +80% for highest demand onsales
Site NPS: YTD Oct '23
Contact to Order: YTD Oct '23
Resolution Rate: YTD Nov '23
CSAT: YTD Nov '23
Brand NPS: Latest Survey
Social Sentiment: YTD October

30

LNE-LIT24-002065717



Current
Collision Rate: +80% for highest demand onsales
Site NPS: YTD Oct '23
Contact to Order: YTD Oct '23
Resolution Rate: YTD Nov '23
CSAT: YTD Nov '23
Brand NPS: Latest Survey
Social Sentiment: YTD October

31

LNE-LIT24-002065718



Z:\Consol\BOD 2023\12 - December 14 2023\[Dec 2023 BOD Charts v1.xlsx]Financial charts
Z:\Consol\BOD 2023\12 - December 14 2023\Financials\[BOD Financials (Dec 2023) v2.xlsx]24 Ticketing

32

LNE-LIT24-002065719



# TICKETING

0



# TICKETING 2023 OBJECTIVES AND KEY RESULTS

- 🟢 On track to achieve OKR
- 🟡 At risk to achieve OKR
- 🔴 Unlikely to achieve OKR

| Objective | Status | Explanation |
|---|---|---|
|  **Grow Ticketmaster internationally by adding 14M tickets and entering 4 new markets** | 🟢 | • Added 16.3M net new tickets internationally YTD (117% of annual target); global net new tickets of 22.4M YTD is on pace for a record year<br><br>• New Markets: Operational in Brazil, Peru, and Colombia |
|  **Grow Ticketmaster non-service fee revenue by $45M** | 🟢 | • Market pricing (Platinum, Pricemaster, VIP) revenue +$32M (+47% vs. 2022 YTD); Platinum GTV +51% vs. 2022, driven by Beyoncé ($███ Platinum GTV), (Drake ($███ Morgan Wallen ($███ Coldplay ($███ and Luis Miguel ($███<br><br>• Flywheel CM +$68M (+26% vs. 2022 YTD); insurance take-rate (19%) slightly behind target (20% target), but stabilizing<br><br>• Travel packages (tickets & hotel stays) launched campaigns with Global Touring for the Eagles, Bruce Springsteen, Take That, AEW, and more; Travel Experiences expanded in Vegas with launches for Christina Aguilera, Kelly Clarkson, and Rick Ross / Chris Brown |

Note: YTD ticket signings through November and YTD non-service fee revenue through November

1

 # TICKETING SUMMARY

## Division AOI ($M)



| 2019 | 2022 | 2023 | 2024 |
|------|------|------|------|
| 482 | 828 | 1,100 | 1,180 |

## Key Metrics

| Ticket Sales (M) | 2023 | 2024 | % |
|------------------|------|------|-----|
| **North America** | **213** | **237** | **11%** |
| Primary | 187 | 207 | 11% |
| Secondary | 27 | 31 | 15% |
| **International** | **114** | **119** | **4%** |
| Primary | 113 | 117 | 4% |
| Secondary | 1 | 2 | 26% |
| **Global** | **327** | **356** | **9%** |
| Primary | 299 | 324 | 8% |
| Secondary | 28 | 32 | 16% |

## Strategic Objectives

1. **Grow Ticketmaster Internationally**
   - Sign ▮ net new international tickets
   - Close acquisitions to expand share in Brazil & South Africa
   - Enter 3 markets (Hong Kong, Philippines, Malaysia)

2. **Grow Ticketmaster Non-Service Fee Revenue by $▮**
   - Grow insurance, upsell, and ancillary products by $▮
   - Grow pricing services by $▮

3. **Address Critical Fan Painpoints**
   - Improve the high demand onsale experience to increase site NPS to ▮
   - De-friction ticket management tools and reduce related customer service contact-to-order ratio to ▮
   - Uplevel customer service to improve customer satisfaction to ▮ (▮ in 2023 in NA)

4. **Expand Artist Services Offerings**
   - Launch Artist data and insights platform

5. **Empower Clients Through Global Product Toolsets**
   - Increase global Safetix scan rates to ▮ (65% in 2023) and TM1MAUs to ▮
   - Deliver new products for Intuit Dome, Co-Op Live, & first phases of LA28

6. **Enhance TM's "Open" Technologies**
   - Launch 3rd party primary ticketing capabilities
   - Generate $▮ Third Party Event GTV

2

 # TECH ORGANIZATION

**Global Technology Organization**
*Carlos Alvarez, CTO*   **1,390**

**FANS**
**Marketplace**   550

**CLIENTS**
**Enterprise**   620

Marketplace Technology Group
*(Sean Scanlon)*

| Accounts | Purchase | Post Purchase |

Marketplace Platform & Abuse

Data Platform Technology Group
*(To be hired)*

TM1 Technology Group
*(Mark Edmond)*

TM Core Inventory Management Systems
*Host, Microflex, Tixcraft (Hillary McTigue)*

Sports Inventory Management Systems
*Archtics, SportsXR (Nav Marwaha)*

**Satellite Inventory Management Systems**

APAC Lead
*(KT Chiu)*

EMEA Lead
*(TBD)*

Portco Lead
*(Conner Fritz)*

**Central Technology Group (Head Office)**   220

| Tech Operations *(Brandon Ammann)* | Chief Engineering *(Greg Bowyer)* | Architecture *(Kieren Hynd)* | Tech Strategy *(Kristina Sjolander)* |

- Global infrastructure supported by 70% internal and 30% outsourced labor
- 24/7/365 coverage of core inventory management systems with redundancies
- Operational risk mitigations with regional staffing model

5



# TECH PRIORITIES

| | Objective | Initiatives |
|---|---|---|
| **Reliability** | Increase stability, abuse protection, & security | • Platform observability – VMWare<br>• Service management – Neo4j<br>• Central SRE & non-functional requirements<br>• Mature abuse strategy – Google, Fastly<br>• Operational risk mitigations – Kafka<br>• Private cloud right-sizing & scale |
| **Modernization & Consolidation** | Simplify architecture into global capabilities | • Core platform domains into common services<br>• Marketplace consolidation<br>• Deprecation of legacy systems – MFOL, TMOL<br>• Resale modernization<br>• TM1 consolidation & modernization |
| **Data Strategy** | Leverage data-driven, actionable insights | • User-related data<br>• Data insight enrichment – Google, Fastly |
| **Innovation** | Pioneer new innovative solutions | • AI<br>• Delivery of Priority Programs |
| **People & Organization** | Empower teams to deliver | • Right-size & set up for effective scale<br>• In-house vs. outsourcing to optimize velocity<br>• Diversity & equity<br>• Onboarding<br>• Best practices for Satellite markets |



# TICKETMASTER FAN EXPERIENCE PAIN POINTS

**Ticketmaster has not historically prioritized fan challenges with onsales, ticket management, and customer service**

**Fan purchase NPS during an onsale has decreased**

**Ticket management issues represent ~50% of contacts**

**Customer service resolves less than half of contacts**

Purchase Net Promoter Score (USA)

Contact Center Dispositions (Global)

Customer Service Resolution Rate (Global & NA)





Note: Data excludes fan pain points controlled by clients and content owners: High Fees: 44.5K, Refunds: 11.6K, High Prices 10.5K
Source: Usabilla Site Feedback, USA, 2023 YTD (Jan 1 - Dec 1); TM Contact Center Dispositions 2023 YTD



# IMPROVE THE HIGH DEMAND ONSALE

## Make the Ticketmaster onsale experience simpler and more transparent

### End Fan Registration Process



6.5

2.4

1.8

2023

1.3

2023

2022

2023

2022

Registrations per Inventory

Negative Social Volume (100K)

- Increased complexity from registration process, declining likelihood of available tickets, and presumed Ticketmaster influence on selection process has led to negative fan sentiment

### Make Queue Transparent



## Queue transparency

*Example: inventory availability by price level*

- Introduced "exact place in line" to address 2.6x increase in queue complaints on transparency and wait times

- Testing further transparency improvements when fans are in queue (map, starting price levels, inventory availability)

### Remove/Relaunch "List" To Reduce Errors

## "Seatmap" view only



*Example: ticket selections made using "seatmap"*

- 95% of buying errors are due to cart collisions; 90%+ of cart collisions come from "list" (vs. "seatmap")

- Removed "list" for high demand onsales (A/B test collision volume declined 83%)

Note: Negative Social Volume (source: Infegy) captures posts referencing Verified Fan (with or without tagging Ticketmaster); Fan queue complaints (source: Usabilla) is H1 2023 vs. H1 2022

8



# DE-FRICTION TICKET MANAGEMENT (1 of 2)

## Improve ticket management products

### Simplify to Single Log-in



### Simplify Sending Transfers

 

### Accept Transfers In-App



- Multiple logins for different systems creates confusion in managing tickets and receiving transferred tickets

- Creating one login to manage tickets across Host, Microflex, and Archtics accounts

- Fans can access their mobile contacts to select recipients

- Fans can send transfer link via SMS, WhatsApp, or email

- Fans receive a notification banner in-app to accept tickets when receiving a transfer

- Fans no longer need to look for transfer invitation in their email

Note: Customer service contact dispositions are among North America agent interactions

9



# DE-FRICTION TICKET MANAGEMENT (2 of 2)

## Improve ticket management products

### Eliminate "Delivery Delay" Issues in Accessing Tickets



- 21% of NA customer service contacts driven by accessing & viewing tickets

- Re-evaluating "delivery delay" product; may eliminate due to fan confusion and limited benefit in reducing scalping

- If delivery is delayed, will provide more transparent communication so fans are reassured they have tickets

### Make it Easier for Fans to Get Paid when Selling Tickets



- 16% of NA customer service contacts driven by fan selling

- Process of getting paid when fans sell tickets confusing and leads to issues

- Simplifying the process and creating clear checklist of actions required (e.g., provide TIN)

- Improving the UX for when payouts are not processed to give sellers clear instructions on what additional requirements remain

Note: Customer service contact dispositions are among North America agent interactions (any channel – phone, email, etc.) Oct 2023 YTD

10



# UPLEVEL CUSTOMER SERVICE

V1

## NA Customer Service Contacts per Agent and Satisfaction (CSAT)



- Digital solutions not meeting fan needs (fan sat highly correlated with phone)

- Hired more agents in 2H 2023 and began advertising U.S. phone line in October

- Strong initial results (vs. 3 months prior):

  - **Agents:** 959 to 1,425 (+50%)

  - **Phone Wait Time:** 4.5m to 1m (-80%)

  - **Phone suppression rate:** 40% to 0%

11



# UPLEVEL CUSTOMER SERVICE

V2

## NA Customer Service Contacts and Satisfaction (CSAT)



- Digital solutions not meeting fan needs (fan sat highly correlated with phone)

- Hired agents and began advertising U.S. phone line in October

- Strong initial results (vs. 3 months prior):

  - **Agents:** 959 to 1,425 (+50%)

  - **Wait Time Phone:** 4.5m to 1m (-80%)

  - **Phone suppression rate:** 40% to 0%

12



# UPLEVEL CUSTOMER SERVICE

V3



# PAST SLIDES



# WHY IS TICKETING DIFFERENT?

## INDUSTRY DYNAMICS

- Ticket demand exceeds limited supply

- Demand surges during highly clustered onsale windows

- Arbitrage opportunities incentivize bots / bad actors during the purchase process

- Historical focus on suppliers (i.e., venues) to gain exclusive inventory rather than focusing on consumers

- Marketplace has no control over pricing and limited control over marketplace fees

- Marketplace has limited control over seller policies

## TECHNICAL REQUIREMENTS

- Infrastructure must handle highly volatile traffic during tight onsale windows with the ability to transact at scale and high-speeds

- Platforms must constantly evolve to combat bots and bad actors

- Systems must enable complex sets of distinct capabilities (transfer, resale, entry)

- Client-focused business model resulted in bespoke client features not built to scale

- Regulatory constraints in some markets mandate custom integrations with specific deployment and development processes

- Balance between speed to market and product standards

15



# GLOBAL TECHNOLOGY PLATFORM UPDATE

## Platform architecture

## Progress to date

## Next steps

**Consumer experience**

**Enabling services**

**Inventory management systems**

**Client tools**



- Developed modernized set of experiences to work across systems
- Launched Modern Accounts across all Host and Microflex Markets

- Services currently customized to each system

- Deprecated 7 systems

- Launched SDK to enable white-label app experiences

- Will rollout all four core experiences across all Host and Microflex markets by end of 2024

- Extracting services from 5 core systems to create global set of services

- Completed deprecation work; new focus on reducing complexity on the core systems

- TM1 replaces remaining direct-to-platform client tooling
- API platform to unlock TM ecosystem for clients, partners, and 3P ticketers

16



# CONSUMER MARKETPLACE PROGRESS

Legend:
- Completed
- Live in 12 months
- Future Phases

| | | **Accounts**<br>Access tickets through a single, secure login | **Selection**<br>Merchandising, digital queue and waiting room | **Purchase**<br>Fast, performant, and secure checkout | **Entry**<br>Digital ticketing to prevent fraud and provide data |
|---|---|---|---|---|---|
| Host Markets | USA | ● | ● | ● | ● |
| | Canada | ● | ● | ● | ● |
| | Mexico | ● | ● | ○ | ● |
| | Australia | ● | ○ | ○ | ● |
| | New Zealand | ● | ○ | ○ | ● |
| | UK | ● | ● | ○ | ● |
| | Ireland | ● | ● | ○ | ● |
| Microflex Markets | Austria | ● | ○ | ○ | ○ |
| | Belgium | ● | ○ | ○ | ○ |
| | Switzerland | ● | ○ | ○ | ○ |
| | Czech Rep | ● | ○ | ○ | ○ |
| | Germany | ● | ○ | ○ | ○ |
| | Denmark | ● | ○ | ○ | ○ |
| | Spain | ● | ○ | ○ | ○ |
| | Finland | ● | ○ | ○ | ○ |
| | Norway | ● | ○ | ○ | ○ |
| | Netherlands | ● | ○ | ○ | ○ |
| | Poland | ● | ○ | ○ | ○ |
| | Sweden | ● | ○ | ○ | ○ |
| | UAE | ● | ○ | ○ | ○ |
| | South Africa | ● | ○ | ○ | ○ |
| Trium | France | ● | ● | ● | ● |
| Mticket | Italy | ● | ● | ● | ● |
| TixCraft | Taiwan | ● | ● | ● | ● |
| | Singapore | ● | ● | ● | ● |
| | Thailand | ● | ● | ● | ● |
| | Malaysia | ● | ● | ● | ● |
| | Hong Kong | ● | ● | ● | ● |
| | Philippines | ● | ● | ● | ● |







# TICKETING BRAND PERCEPTION

**V1 – YouGov Impression Score 2023**

| INDUSTRY NPS | TICKETING BRAND NPS | BRAND DECLINE |
|---|---|---|

U.S. Net Impression Score, 2023

U.S. Brand NPS, Fall 2023

- Ticket Marketplaces brand perception is challenged

- Industry dynamics partly to blame

  - Lack of adequate ticket supply for high demand events

  - Scalpers take advantage of primary priced below market

  - Prevalence of resale sites

- Challenges result from the fan not being considered core customer (vs. venue and the artist)

**INDUSTRY NPS chart:**
- Hotels: 16
- Airlines: 8
- Insurance: 7
- Consumer Banks: 4
- Gambling/Casinos: 2
- Ticketing: -2

**TICKETING BRAND NPS chart:**
- 30
- 18
- -2
- -7

Source: YouGov Net Impression Score 2023 (1/1-12/6 2023); Ticketmaster Fall 2023 U.S. Brand Health Tracker (N = 1,501)
Note: YouGov asks "Overall, of which of the following brands do you have a positive/negative impression?" across a representative sample

19



# TICKETING BRAND PERCEPTION

V2 – McK NPS 2020

## INDUSTRY NPS

Industry NPS, 2020

- Online Shopping: 43
- Airlines: 39
- Travel Websites: 18
- Health Insurance: 14
- Ticket Marketplaces: 14

## TICKETING BRAND NPS

U.S. Brand NPS, Fall 2023

- 30
- 18
- -2
- -7

## BRAND DECLINE

- Ticket Marketplaces brand perception is challenged
- Industry dynamics partly to blame
  - Lack of adequate ticket supply for high demand events
  - Scalpers take advantage of primary priced below market
  - Prevalence of resale sites
- Challenges result from the fan not being considered core customer (vs. venue and the artist)

Source: McKinsey NPS Survey 2020; Ticketmaster Fall 2023 U.S. Brand Health Tracker (N = 1,501)

20



# TICKETING BRAND PERCEPTION

**V3 – YouGov Impression Score 2023**

## INDUSTRY NPS

U.S. Net Impression Score, 2023

- Hotels — 16
- Airlines — 8
- Insurance — 7
- Consumer Banks — 4
- Gambling / Casinos — 2
- Ticketing — -2

## TICKETING BRAND NPS

U.S. Brand NPS, Fall 2023

- *t* (Ticketmaster) — 30
- StubHub — 18
- SEAT GEEK — -2
- (Vivid Seats) — -7

Ticket Marketplaces brand perception is challenged with industry dynamics partly to blame:
- Lack of adequate ticket supply for high demand events
- Scalpers take advantage of primary priced below market
- Prevalence of resale sites

Challenges result from the fan not being considered core customer (vs. venue and the artist)

Source: YouGov Net Impression Score 2023 (1/1-12/6 2023); Ticketmaster Fall 2023 U.S. Brand Health Tracker (N = 1,501)
Note: YouGov asks "Overall, of which of the following brands do you have a positive/negative impression?" across a representative sample

21



# FAN PAIN POINTS

V1

- **Fees** remain top concern driving ~25% of fan complaints in 2023; some onsales had higher fees than face values (e.g., The Cure with $27 fees vs. $20 face)

- **Refund** processes and client policies drive 15% of contact center contacts and have the lowest customer satisfaction among dispositions (37% in Oct '23 vs. average of 46%)

- **Collisions** are highly disruptive to the onsale experience (1.2M collisions in Nov '23, representing 95% of total buying errors)

- **Verified Fan** creates frustration among both invited and uninvited fans

    - Top registration complaints are related to code issues and queue kick-outs

    - Uninvited fans are active on social, producing 650K negative Twitter posts mentioning Verified Fan in '23 (+260% vs. PY)

- **Ticket mgmt.** issues represent ~50% of contact center tickets in '23

    - **Fan seller** listing/payment errors and UX/UI friction drive 39% of these tickets

    - **Transfer** related contacts increased to 238K in '23 (+X% vs. PY), with 52% driven by problems sending or accepting transfers

- **Customer service agents** aren't addressing fan needs with a 38% resolution rate in Oct '23

- **Customer service accessibility & responsiveness** was a top complaint by fans, with an average response time of 2.7 hours and 18% phone call suppression rate in Aug '23

22

# TICKETMASTER FAN PAIN POINTS

V2

## U.S. Negative Fan Feedback on Site



### ONSALE

Site usability, abuse, registration, payments, queue

### TICKET MANAGEMENT

Ticket access & delivery, transfer, fan seller, exchanges

### CUSTOMER SERVICE

Resolution, responsiveness, and accessibility

### STRUCTURAL

Fees, Prices, Refunds

### OTHER

Account management (e.g., email change), event information, etc.

Source: Usabilla Site Feedback (excludes feedback without attribution, e.g., "recommend others") USA, 2023 YTD (Jan 1 - Dec 1)

23



# FAN PAIN POINTS

V3

**Ticketmaster hasn't effectively addressed fan challenges with onsales, ticket management, and customer service**

**Fan purchase NPS during an onsale has decreased**

**Ticket management issues represent ~50% of contacts**

**Fan satisfaction with contact center lags targets**

Purchase Net Promoter Score (USA)

Contact Center Dispositions (Global)

Contact Center Satisfaction (Global)











Note: Data excludes fan pain points controlled by clients and content owners: High Fees: 44.5K, Refunds: 11.6K, High Prices 10.5K
Source: Usabilla Site Feedback, USA, 2023 YTD (Jan 1 - Dec 1); TM Contact Center Dispositions 2023 YTD; TM CSAT 2023 YTD

24



# 2024 PRIORITIES

**Ticketmaster's top priority in 2024 is to elevate the fan experience**

| FANS | CONTENT | VENUES | TICKETMASTER |
|---|---|---|---|
| Improve the HD Onsale | Upsells, Inventory Mgmt. & Offers | Future Venue | TM Connect |
| De-Friction Ticket Management | Artist Data & Insights Platform | Brazil | Data Platform & AI |
| Uplevel Customer Service | Festivals Unification | Tournaments | |
| Account Fidelity | | | |
| Checkout & Payments Global Rollout | | | |

25



# IMPROVE THE HIGH DEMAND ONSALE

**Make the Ticketmaster onsale experience meaningfully easier to rebuild trust with fans**

## End Verified Fan



Registrations per Inventory — 2022: 1.3, 2023: 2.4

Negative Social Volume (100K) — 2022: 1.8, 2023: 6.5

- As demand outpaced supply, fan sentiment for Verified Fan become increasingly negative

## Make Queue Transparent



### Queue transparency

*Example: inventory availability by price level*

- Introduced "exact place in line" to address 2.6x increase in queue complaints

- Testing transparency improvements when fans are in queue (map, starting price levels, inventory availability)

## Remove/Relaunch List View



### "List" view improvements

*Example: mobile-friendly "list" suggestions using pre-selected preferences*

- 90%+ of cart collisions come from "list" (vs. "map")

- Removed "list" for high demand onsales (A/B test collision volume declined 83%)

- Will relaunch "list" that updates every 5 seconds or less

Note: Negative Social Volume (source: Infegy) captures posts referencing Verified Fan (with or without tagging Ticketmaster); Fan queue complaints (source: Usabilla) is H1 2023 vs. H1 2022

26



# DE-FRICTION TICKET MANAGEMENT (1 of 2)

**Reduce ticket management frustrations to reduce customer service contacts**

### Create One Login



### Accept Transfers In-App



### Launch "Assign" Product



- Creating one login to manage tickets across Host, Microflex, and Archtics accounts

- Fans receive a notification banner in-app to accept tickets when receiving a transfer

- Fans no longer need to look for transfer invitation in their email

- Allows owners to send ticket barcodes to other accounts while retaining ownership

- Whereas Transfer relinquishes ownership (cancelling and re-rendering orders); Assign retains ownership with original account

- Assign will always be available (even if Transfer is off)

Note: Customer service contact dispositions are among North America agent interactions

27



# DE-FRICTION TICKET MANAGEMENT (2 of 2)

## Reduce ticket management frustrations to reduce customer service contacts

### Eliminate "Delivery Delay" Confusion



- 29% of contacts driven by accessing & viewing tickets

- Re-evaluating "delivery delay" product; may eliminate due to fan confusion

- If delivery is delayed, will provide more transparent communication so fans are reassured they have tickets

### Make it Easier to Sell Ticket and Get Paid



- 39% of post-purchase NA contacts driven by fan selling and 3rd party inventory

- Creating an account page with a checklist of actions to complete to clarify selling requirements (e.g., provide TIN)

- Providing sellers instant feedback with resolution steps to receive payouts

- Updating UI/UX when sellers edit active listings

Note: Customer service contact dispositions are among North America agent interactions

28



# UPLEVEL CUSTOMER SERVICE

**Better address fan needs to improve resolution rates and customer satisfaction scores**

| **Inform TM Product & Policy** | **Standardize Fan Comms** | **Improve Agent Availability & Quality** |
|---|---|---|





Want To Reach Us By Phone? Call Us

Call us at 1-800-653-8000 →

- Mon thru Fri, 9 a.m. to 8.30 p.m. (local time).
- Sat, 9 a.m. to 7 p.m. (local time).
- Sun, 9 a.m. to 6 p.m. (local time).

- Leverage customer service data to direct Ticketmaster product and policies (e.g., ticket management)

- Create consistency across fan touchpoints (e.g., Help Site, event pages, fan emails, etc.)

- Testing flexible refund policy with Live Nation

- Advertised phone line in NA

- Increased agent staffing levels (+50%) to reduce wait times (from 4.5 min to 0.75)

- Improving agent education (avg. tenure 3.8 months vs. 5.8 years pre-Covid)

- Deploying best-in-class digital solution (Amelia AI)

29



# FAN PRIORITY PROGRAM SCORECARD

**V1- Global CS #s**

| | | CURRENT | TARGET |
|---|---|---|---|
| **Improve the High Demand Onsale** | **Collision Rate (NA)** (High-Demand Onsales) | 80% + | < 50% |
| | **Site NPS (NA)** | 3 | 12 |
| **De-Friction Ticket Management** | **Ticket Mgmt. Contact to Order Ratio (NA)** | 5% | 4% |
| **Uplevel Customer Service** | **Resolution Rate** | 43% | 50% |
| | **Customer Satisfaction** | 52% | 65% |
| **Rebuild Trust with Fans by Addressing Critical Pain Points** | **Brand NPS (NA)** | 30 | 38 |
| | **Social Sentiment** | 38% positive | 48% positive |

**Core consolidation will help all markets realize the benefits of fan experience improvements**

Note: Social sentiment vendor changing in 2023; benchmarks and targets may shift

30



# FAN PRIORITY PROGRAM SCORECARD

**V2- NA CS #s**

| | | CURRENT | TARGET |
|---|---|---|---|
| **Improve the High Demand Onsale** | **Collision Rate** (High-Demand Onsales) | 80% + | < 50% |
| | **Site NPS** | 3 | 12 |
| **De-Friction Ticket Management** | **Ticket Mgmt. Contact to Order Ratio** | 5% | 4% |
| **Uplevel Customer Service** | **Resolution Rate** | 35% | 50% |
| | **Customer Satisfaction** | 47% | 65% |
| **Rebuild Trust with Fans by Addressing Critical Pain Points** | **Brand NPS** | 30 | 38 |
| | **Social Sentiment** (Global) | 38% positive | 48% positive |

**Core consolidation will help all markets realize the benefits of fan experience improvements**

Note: Social sentiment vendor changing in 2023; benchmarks and targets may shift

31