| From: | Matthew Hansen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=390D0443C090475BBE03C282051C3C1A-MATTHEW HAN] |
|---|---|
| Sent: | 12/11/2023 9:15:39 PM |
| To: | Michael Rapino [michael@livenation.com] |
| CC: | Joe Berchtold [joeberchtold@livenation.com]; Darren McInnes [darrenmcinnes@livenation.com] |
| Subject: | Updated board deck for your review |
| Attachments: | Dec 2023 BOD v4.pdf |

Michael –

Attached is an updated board deck for your review.

Thanks,
Matt

**Ex. No**

**PX0802**

1:24-cv-03973

CONFIDENTIAL

LNE-LIT24-001666007



# Board of Directors Meeting
# December 14, 2023

CONFIDENTIAL

LNE-LIT24-001666008

**Reminder: check page #s before posting**

# AGENDA

Page

| 2 | CORPORATE GOVERNANCE |
| 9 | 2023 UPDATE |
| 15 | LONG-TERM PLAN SUMMARY |
| 21 | 2024 PLAN |
| 26 | DIVISION UPDATES |
| 35 | TICKETING UPDATE |
| 46 | APPENDIX |

1

CONFIDENTIAL

LNE-LIT24-001666009

CONFIDENTIAL

LNE-LIT24-001666010



# BOARD CALENDAR

| 2024 | | |
|---|---|---|
| Date | Location | Time |
| March 21, 2024 | Virtual | 9:00am PT |
| June 13, 2024* | Beverly Hills, CA | 9:00am PT |
| September 19, 2024 | Virtual | 9:00am PT |
| December 19, 2024 | Virtual | 9:00am PT |



\* *Annual Meeting*

3

CONFIDENTIAL

LNE-LIT24-001666011



CONFIDENTIAL

CONFIDENTIAL

LNE-LIT24-001666014

CONFIDENTIAL

LNE-LIT24-001666015

CONFIDENTIAL

LNE-LIT24-001666016



9

CONFIDENTIAL

LNE-LIT24-001666017

V1 – Simplified



# LIVE NATION 2023 KEY DRIVERS

| Driver | Status | Explanation |
|---|---|---|
| ① **Achieve global fan count of** ▮▮▮ | ✓ | ▪ Forecasting ▮▮▮ fans (+18% vs. 2023) |
| ② **Enhance onsite experience and scale new products** | ✓ | ▪ Amphitheater onsite APF up ▮▮▮ |
| ③ **Drive adoption of revenue management products** | ✓ | ▪ Ticketmaster Platinum GTV up 48% to ▮▮▮ |
| ④ **Deliver ▮▮▮ of Sponsorship CM growth** | ✓ | ▪ ▮▮▮ growth (+12% vs. 2023) overall, led by venues ▮▮▮ growth, +28% vs. 2023) |

10

LNE-LIT24-001666018



# LIVE NATION 2023 KEY DRIVERS

**V2 – Slightly more details**

| Driver | Status | Explanation |
|---|---|---|
| **1** **Achieve global fan count of** █████ | ✓ | • Forecasting ████ fans (+18% vs. 2023) – highest growth was in stadiums ████), and growth was largely international (███) |
| **2** **Enhance onsite experience and scale new products** | ✓ | • Amphitheater onsite APF up ████ – largest drivers were concessions ████), and upsells ████) |
| **3** **Drive adoption of revenue management products** | ✓ | • Ticketmaster Platinum GTV up 48% to ████ – LN Concerts was largest driver, with Platinum up to 8% of tickets in NA Arenas, and 11% of tickets in NA Stadiums |
| **4** **Deliver** ████ **of Sponsorship CM growth** | ✓ | • ████ growth (+12% vs. 2023) – led by venues ████ growth, +28% vs. 2023) and major new deals (e.g., Citi renewal, PayPal) |

11

LNE-LIT24-001666019



# LIVE NATION 2023 OBJECTIVES AND KEY RESULTS

○ On tr... **V3 – Current style**
○ At risk to achieve OKR
● Unlikely to achieve OKR

| Objective | Status | Explanation |
|---|---|---|

 **1 Achieve global fan count of** ███ — ○ (On track) — • Forecasting ███ fans (+18% vs. 2022)

 **2 Expand venue portfolio with elevated branded venues** — ○ (On track) —
- Expect to close on Hanover Arena (Germany) by year end; regulatory approval for Altice Arena (Portugal) expected in Q1
- Signed deal to develop four new amphitheaters in North America
- Won Munich RFP with OVG to develop 20K capacity arena
- Advanced pipeline on other international arena developments

**3 Drive new products off of LNE scale** — ○ (On track) —
- Amphitheaters onsite CM up $███ per fan YTD, driven by growth in concessions, premium parking, upsells, camping, and merch
- Venue Upsells up $███ (35% YTD)

**4 Grow Ticketmaster internationally by adding ███ tickets and entering 4 new markets** — ○ (On track) —
- Added ███ net new tickets internationally YTD (117% of annual target)
- Launched in Brazil, Peru, and Colombia

**5 Grow Ticketmaster non-service fee revenue by $███** — ○ (On track) —
- Market pricing revenue up $███ YTD, driven by Platinum GTV growth of 51% YTD
- Flywheel (upsells, insurance, ancillary) CM up ███ YTD (+32%)
- Travel packages continued growth with global touring for Eagles, Bruce Springsteen, Take That; Travel experiences expanding with additional artists in Vegas

**6 Grow Sponsorship CM by $70M** — ○ (On track) —
- CM up ███ (+12%), driven by growth in Venues (+28%) and Access (+15%)

**7 Launch Government Affairs products** — ○ (On track) —
- Launched all-in ticketing in partnership with White House
- Improved engagement with Senators and Congresspeople and proposed FAIR Ticketing Act

12

LNE-LIT24-001666020



# FULL-YEAR FORECAST – METRICS

**Concerts**

- Festivals
- Amps
- Stadiums
- Arenas
- Theaters & Clubs

**Sponsorship @ 202**

- Online
- Access/Other
- Festivals
- Venues

**Ticketing @ 2022 F**

- Secondary
- Primary + Chann

13

CONFIDENTIAL



# FULL-YEAR FORECAST – AOI OVERVIEW

## AOI ($M)



+31%

$1█

$█

2022    2023

Note: 2023 @ 2023 FX rates, with FX benefit of $9M AOI relative to the 2022 rates.



| | 2022 | 2023 | $ Var | % |
|---|---|---|---|---|
| Concerts | | | | |
| Sponsorship | | | | |
| Ticketing | | | | |
| Corporate / Other | | | | |
| **Total** | | | | |

## Key Drivers Relative to 2022

### Concerts

- AOI growth of $█ from █M more fans and 17% average ticket price increase driven by platinum pricing and stadium volume
- Onsite revenue growth driving per fan profitability increases at our operated venues
- Emerging artists and front-line worker programs investment of $█

### Sponsorship

- 7 new sponsors vs. 2022 with over $█ M revenue; strategic sponsor revenue pacing up 11%
- Venue and Access sponsorship CM up $█ or 24%
- Online CM forecasted to be up █ or 7%
- Paypal, Citi and Google contributing to year-over-year growth
- Approximately 30% of growth from the annualization of 2022 deals

### Ticketing

- Concerts primary driver of Ticketing growth: 78% of fee-bearing ticket growth and 86% of GTV growth
- Secondary GTV up 23% in line with market

### Corporate

- Restructured / downsized office portfolio
- Expanded legal and government affairs investment
- Annualization of mid-year 2022 hires post-pandemic

14

CONFIDENTIAL

LNE-LIT24-001666022



# INCOME STATEMENT & CASH FLOW SUMMARY

($M)

| Income Statement | 2022 | 2023 | 23 v 22 |
|---|---|---|---|
| Revenue | | | |
| Contribution Margin | | | |
| **Total AOI** | | | |
| AOI Margin | | | |
| **Net Income from Continuing Operations** | | | |
| Noncontrolling Interest | | | |
| **Net Income Attributable To LN** | | | |
| Accretion | | | |
| **Net Income** | | | |
| **EPS** | | | |

| Cash Flow | | | |
|---|---|---|---|
| Change in Free Cash | | | |
| **Ending Free Cash** | | | |
| **Available Liquidity** | | | |
| Total LNE Liquidity | | | |
| **FCF - Adjusted**[1] | | | |
| **FCF - Adjusted / AOI** | | | |

### Key Drivers 2023 v 2022

- Revenue growth driven by stadium volume and ticket price increases

- AOI growth of $▮▮▮▮ partially offset by increases in D&A, noncontrolling interest, and tax expense

- Net Income and EPS impacted by higher Accretion resulting from OCESA growth

### Key Drivers 2023 v 2022

- AOI to free cash flow conversion declining slightly due to normalized NCI payments, remaining higher than historical levels

Note: 1) FCF - Adjusted is net income, adjusted for non-cash impacts, less maintenance capital expenditures and distributions to NCI partners

15

CONFIDENTIAL

LNE-LIT24-001666023

CONFIDENTIAL

LNE-LIT24-001666024

CONFIDENTIAL

LNE-LIT24-001666025

CONFIDENTIAL

LNE-LIT24-001666026

CONFIDENTIAL

LNE-LIT24-001666027



CONFIDENTIAL

CONFIDENTIAL

LNE-LIT24-001666029

CONFIDENTIAL

LNE-LIT24-001666030

CONFIDENTIAL

LNE-LIT24-001666031

2022          2023          2024                                    2022          2023          2024

CONFIDENTIAL                                                                 LNE-LIT24-001666033

CONFIDENTIAL

LNE-LIT24-001666034

CONFIDENTIAL

LNE-LIT24-001666035

CONFIDENTIAL

LNE-LIT24-001666036

CONFIDENTIAL

LNE-LIT24-001666037

CONFIDENTIAL

LNE-LIT24-001666038

CONFIDENTIAL

LNE-LIT24-001666039

CONFIDENTIAL

LNE-LIT24-001666040