CONFIDENTIAL

LNE-LIT24-001666041

CONFIDENTIAL

LNE-LIT24-001666042

CONFIDENTIAL

LNE-LIT24-001688043

CONFIDENTIAL

LNE-LIT24-001666044

CONFIDENTIAL

LNE-LIT24-001666045

CONFIDENTIAL

LNE-LIT24-001666046

CONFIDENTIAL

LNE-LIT24-001666047



# TICKETING SUMMARY

**V1 – 2023-24 only**

## Division AOI ($M)



## Strategic Objectives

1. **Grow Ticketmaster Internationally**
   - Sign ▮ net new international tickets
   - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   - Enter 3 markets (Hong Kong, Philippines, Malaysia)

2. **Grow Ticketmaster Non-Service Fee Revenue by $▮**
   - Grow insurance, upsell, and ancillary products by $▮
   - Grow pricing services by $▮

3. **Address Critical Fan Painpoints**
   - Improve the high demand onsale experience to increase site NPS to ▮
   - Make customer service more accessible to fans, maintaining a contact to order ratio below 12% by reducing the largest contact drivers
   - Uplevel customer service to improve customer satisfaction to 65% (47% in 2023 in NA)

4. **Expand Artist Services Offerings**
   - Launch Artist data and insights platform

5. **Empower Clients Through Global Product Toolsets**
   - Increase global Safetix scan rates to 70% (65% in 2023) and TM1MAUs to ▮
   - Deliver new products for Intuit Dome, Co-Op Live, & first phases of LA28

6. **Enhance TM's "Open" Technologies**
   - Launch 3rd party primary ticketing capabilities
   - Generate ▮▮▮▮ Third Party Event GTV

## Key Metrics



| Ticket Sales (M) | 2023 | 2024 | % |
|---|---|---|---|
| **North America** | | | |
| Primary | | | |
| Secondary | | | |
| **International** | | | |
| Primary | | | |
| Secondary | | | |
| **Global** | | | |
| Primary | | | |
| Secondary | | | |

40



# TICKETING SUMMARY

**V2 – 4 Years**

## Division AOI ($M)



2019   2022   2023   2024

## Key Metrics



| Ticket Sales (M) | 2023 | 2024 | % |
|---|---|---|---|
| **North America** | | | |
| Primary | | | |
| Secondary | | | |
| **International** | | | |
| Primary | | | |
| Secondary | | | |
| **Global** | | | |
| Primary | | | |
| Secondary | | | |

## Strategic Objectives

1. **Grow Ticketmaster Internationally**
   - Sign ▉ net new international tickets
   - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
   - Enter 3 markets (Hong Kong, Philippines, Malaysia)

2. **Grow Ticketmaster Non-Service Fee Revenue by $60M**
   - Grow insurance, upsell, and ancillary products by $▉
   - Grow pricing services by $▉

3. **Address Critical Fan Painpoints**
   - Improve the high demand onsale experience to increase site NPS to ▉
   - Make customer service more accessible to fans, maintaining a contact to order ratio below 12% by reducing the largest contact drivers
   - Uplevel customer service to improve customer satisfaction to 65% (47% in 2023 in NA)

4. **Expand Artist Services Offerings**
   - Launch Artist data and insights platform

5. **Empower Clients Through Global Product Toolsets**
   - Increase global Safetix scan rates to 70% (65% in 2023) and TM1MAUs to ▉
   - Deliver new products for Intuit Dome, Co-Op Live, & first phases of LA28

6. **Enhance TM's "Open" Technologies**
   - Launch 3rd party primary ticketing capabilities
   - Generate ▉ Third Party Event GTV

41

CONFIDENTIAL

LNE-LIT24-001666049



# TICKETING METRICS – PACING BY MARKET

## Primary GTV ($B) as of early December





Note: 2022 & 2023 @ Reported FX, 2024 @ 2023 FX

## Primary Ticket Sales (M) as of early December

CONFIDENTIAL

LNE-LIT24-001666050





43

CONFIDENTIAL



# TICKETING BRAND PERCEPTION

## INDUSTRY PERCEPTION

U.S. Net Impression Score, 2023



## TICKETING BRAND NPS

U.S. Brand NPS, Fall 2023



Ticket Marketplaces brand perception is challenged given industry dynamics
- Lack of adequate ticket supply for high demand events
- Scalpers take advantage of primary priced below market
- Prevalence of resale sites

Underlying issues exacerbated by the fan not being considered the priority (vs. venue and the artist)

Source: YouGov Net Impression Score 2023 (1/1-12/6 2023); Ticketmaster Fall 2023 U.S. Brand Health Tracker (N = 1,501)
Note: YouGov asks "Overall, of which of the following brands do you have a positive/negative impression?" across a representative sample

44

CONFIDENTIAL

LNE-LIT24-001666052

CONFIDENTIAL

LNE-LIT24-001666053

CONFIDENTIAL

LNE-LIT24-001666054



# TECHNOLOGY ORGANIZATION

**Global Technology Organization**
*Carlos Alvarez, CTO*    1,390

**FANS Marketplace**    550

| Marketplace Technology Group (Sean Scanlon) | | |
|---|---|---|
| Accounts | Purchase | Post Purchase |
| Marketplace Platform & Abuse | | |

**CLIENTS Enterprise**    620

TM1 Technology Group
(Mark Edmond)

TM Core Inventory Management Systems
Host, Microflex, Tixcraft (Hillary McTigue)

Sports Inventory Management Systems
Archtics, SportsXR (Nav Marwaha)

Data Platform Technology Group
(To be hired)

**Satellite Inventory Management Systems**

APAC Lead
(KT Chiu)

EMEA Lead
(TBD)

Portco Lead
(Conner Fritz)

**Central Technology Group (Head Office)**    220

| Tech Operations (Brandon Ammann) | Chief Engineering (Greg Bowyer) | Architecture (Kieren Hynd) | Tech Strategy (Kristina Sjolander) |
|---|---|---|---|

- Global infrastructure supported by 70% internal and 30% outsourced labor

- 24/7/365 coverage of core inventory management systems with redundancies

- Operational risk mitigations with regional staffing model

47

LNE-LIT24-001666055



# 2024 TECHNOLOGY PRIORITIES

| | Objective | Initiatives |
|---|---|---|
| **Reliability** | Increase stability, abuse protection, & security | • Platform observability – VMWare<br>• Service management – Neo4j<br>• Central SRE & non-functional requirements<br>• Mature abuse strategy – Google, Fastly<br>• Operational risk mitigations – Kafka<br>• Private cloud right-sizing & scale |
| **Modernization & Consolidation** | Simplify architecture into global capabilities | • Core platform domains into common services<br>• Marketplace consolidation<br>• Deprecation of legacy systems – MFOL, TMOL<br>• Resale modernization<br>• TM1 consolidation & modernization |
| **Data Strategy** | Leverage data-driven, actionable insights | • User-related data<br>• Data insight enrichment – Google, Fastly |
| **Innovation** | Pioneer new innovative solutions | • AI<br>• Delivery of Priority Programs |
| **People & Organization** | Empower teams to deliver | • Right-size & set up for effective scale<br>• In-house vs. outsourcing to optimize velocity<br>• Diversity & equity<br>• Onboarding<br>• Best practices for Satellite markets |

48

CONFIDENTIAL

LNE-LIT24-001666056



# TICKETMASTER FAN PAIN POINTS

**Option 1**

Preferred option – wording on subsequent slides ties back to this

## Negative Fan Feedback on Site – US ONLY

**100%**

| | | |
|---|---|---|
| 35% | **Onsales** | • Onsale registration process, queue, collision errors |
| 15% | **Ticket Management** | • Transfers, accessing tickets, selling tickets |
| 8% | **Customer Service** | • Accessibility, responsiveness, effectiveness |
| 37% | **Structural** | • Fees (24%), prices (7%), refunds (6%) |
| 4% | **Other** | |

**2023 YTD**

**60% of negative feedback can be addressed through operational improvement**

Source: Usabilla Site Feedback (excludes feedback without attribution, e.g., "recommend others") USA, 2023 YTD (Jan 1 - Dec 1)

49

CONFIDENTIAL



# TICKETMASTER FAN EXPERIENCE PAIN POINTS

**Option 2**

> Ticketmaster has not historically prioritized fan challenges with onsales, ticket management, and customer service



**Operational drivers are behind majority of issues**

Negative Fan Feedback Drivers – US

| | | |
|---|---|---|
| 35% | Onsales | • Onsale registration process, queue, collision errors |
| 15% | Ticket Management | • Transfers, accessing tickets, selling tickets |
| 8% | Customer Service | • Accessibility, responsiveness, effectiveness |
| 37% | Structural | • Fees (24%), prices (7%), refunds (6%) |
| 4% | Other | |

100% — 2023 YTD



**Fan purchase NPS during an onsale has decreased**

Purchase Net Promoter Score – US

-94%

- 2021: 18%
- 2022: 9%
- 2023: 1%

**Ticket management issues represent ~50% of contacts**

Contact Center Dispositions – Global

- Ticket Management: 54%
- Other: 46%

100% — 2023

Note: Data excludes fan pain points controlled by clients and content owners: High Fees: 44.5K, Refunds: 11.6K, High Prices 10.5K
Source: Usabilla Site Feedback, USA, 2023 YTD (Jan 1 - Dec 1); TM Contact Center Dispositions 2023 YTD; TM CSAT 2023 YTD

50

CONFIDENTIAL

LNE-LIT24-001666058



# TICKETMASTER FAN EXPERIENCE PAIN POINTS

**Option 3**

> **Ticketmaster has not historically prioritized fan challenges with onsales, ticket management, and customer service**

**Fan purchase NPS during an onsale has decreased**

**Ticket management issues represent ~50% of contacts**

**Customer service resolves less than half of contacts**

Purchase Net Promoter Score (USA)

Contact Center Dispositions (Global)

Customer Service Resolution Rate (Global & NA)

☐ 2021  ■ 2022  ■ 2023







Note: Data excludes fan pain points controlled by clients and content owners: High Fees: 44.5K, Refunds: 11.6K, High Prices 10.5K
Source: Usabilla Site Feedback, USA, 2023 YTD (Jan 1 - Dec 1); TM Contact Center Dispositions 2023 YTD

51

CONFIDENTIAL

LNE-LIT24-001666059



# IMPROVE THE HIGH DEMAND ONSALE

> **Make the Ticketmaster onsale experience simpler and more transparent**

## End Fan Registration Process



Registrations per Inventory: 1.3 (2022), 2.4 (2023)
Negative Social Volume (100K): 1.8 (2022), 6.5 (2023)

- Increased complexity from registration process, declining likelihood of available tickets, and presumed Ticketmaster influence on selection process has led to negative fan sentiment

## Make Queue Transparent



**Queue transparency**

1,745

*Example: inventory availability by price level*

- Introduced "exact place in line" to address 2.6x increase in queue complaints on transparency and wait times
- Testing further transparency improvements when fans are in queue (map, starting price levels, inventory availability)

## Remove/Relaunch "List" To Reduce Errors



**"Seatmap" view only**

*Example: ticket selections made using "seatmap"*

- 95% of buying errors are due to cart collisions; 90%+ of cart collisions come from "list" (vs. "seatmap")
- Removed "list" for high demand onsales (A/B test collision volume declined 83%)

Note: Negative Social Volume (source: Infegy) captures posts referencing Verified Fan (with or without tagging Ticketmaster); Fan queue complaints (source: Usabilla) is H1 2023 vs. H1 2022

52

CONFIDENTIAL



# DE-FRICTION TICKET MANAGEMENT (1 of 2)

## Improve ticket management products

### Simplify to Single Log-in



- Multiple logins for different systems creates confusion in managing tickets and receiving transferred tickets

- Creating one login to manage tickets across Host, Microflex, and Archtics accounts

### Simplify Sending Transfers

 

- Fans can access their mobile contacts to select recipients

- Fans can send transfer link via SMS, WhatsApp, or email

### Accept Transfers In-App



- Fans receive a notification banner in-app to accept tickets when receiving a transfer

- Fans no longer need to look for transfer invitation in their email

Note: Customer service contact dispositions are among North America agent interactions

53

CONFIDENTIAL

LNE-LIT24-001666061



# DE-FRICTION TICKET MANAGEMENT (2 of 2)

## Improve ticket management products

### Eliminate "Delivery Delay" Issues in Accessing Tickets





- 21% of NA customer service contacts driven by accessing & viewing tickets

- Re-evaluating "delivery delay" product; may eliminate due to fan confusion and limited benefit in reducing scalping

- If delivery is delayed, will provide more transparent communication so fans are reassured they have tickets

### Make it Easier for Fans to Get Paid when Selling Tickets





- 16% of NA customer service contacts driven by fan selling

- Process of getting paid when fans sell tickets confusing and leads to issues

- Simplifying the process and creating clear checklist of actions required (e.g., provide TIN)

- Improving the UX for when payouts are not processed to give sellers clear instructions on what additional requirements remain

Note: Customer service contact dispositions are among North America agent interactions (any channel – phone, email, etc.) Oct 2023 YTD

54

LNE-LIT24-001666062



# UPLEVEL CUSTOMER SERVICE

## NA Customer Service Contacts per Agent and Satisfaction (CSAT)





| | Jul '19 | Mar '21 | May '22 | Jun '23 | Dec '23 |
|---|---|---|---|---|---|
| % contacts handled by phone | 51% | 0% | 9% | 16% | 49% |
| # of agents | 622 | 98 | 710 | 959 | 1,425 |

- Digital solutions not meeting fan needs (fan sat highly correlated with phone)

- Hired more agents in 2H 2023 and began advertising U.S. phone line in October

- Strong initial results (vs. 3 months prior):

  - **Agents:** 959 to 1,425 (+50%)

  - **Phone Wait Time:** 4.5m to 1m (-80%)

  - **Phone suppression rate:** 40% to 0%

55

LNE-LIT24-001666063



# UPLEVEL CUSTOMER SERVICE

**Option 2**

## NA Customer Service Contacts and Satisfaction (CSAT)



- Digital solutions not meeting fan needs (fan sat highly correlated with phone)

- Hired agents and began advertising U.S. phone line in October

- Strong initial results (vs. 3 months prior):

  - **Agents:** 959 to 1,425 (+50%)

  - **Wait Time Phone:** 4.5m to 1m (-80%)

  - **Phone suppression rate:** 40% to 0%

CONFIDENTIAL

LNE-LIT24-001666064



# UPLEVEL CUSTOMER SERVICE

## NA Customer Service Contacts and Satisfaction (CSAT)



Contacts (K) — CSAT ▨ Digital contacts ▨ Phone contacts   CSAT

**Public Phone # Re-Introduced**

| 98 agents | 429 agents | 527 agents | 710 agents | 762 agents | 959 agents | 1,425 agents |

CONFIDENTIAL

LNE-LIT24-001666065



# ADDRESS STRUCTURAL ISSUES

| Issues | Initiative to Improve | Constraints |
|---|---|---|
| **Prices** | - All-in pricing adopted for Live Nation events<br>- Increasing transparency on pricing during queue process | - Artists / event organizer sets ticket price<br>- Venues decide whether to display all-in prices<br>- Early communication of concert pricing would limit market pricing ability |
| **Fees** | - Reviewing total fee levels at Live Nation venues to eliminate disproportionate fees on low priced tickets | - Venues have ultimate control of fees – Live Nation/Ticketmaster cannot adjust<br>- Ticketmaster retains a small portion of fees, eliminating ability to lower them |
| **Refunds** | - Provide automatic refund on cancelled events vs. waiting for funds from venue<br>- All Live Nation events give full refund window on rescheduled events<br>- Informally allowing refunds on Live Nation shows within 24 hours of purchase | - Flexible refund policies likely abused by brokers<br>- Event organizers control all refund decisions other than for event cancellation |

58

CONFIDENTIAL





CONFIDENTIAL

LNE-LIT24-001666067

CONFIDENTIAL

LNE-LIT24-001666068

CONFIDENTIAL

LNE-LIT24-001666069

CONFIDENTIAL

LNE-LIT24-001666070



CONFIDENTIAL

LNE-LIT24-001666071

CONFIDENTIAL

LNE-LIT24-001666072

CONFIDENTIAL

LNE-LIT24-001666073

CONFIDENTIAL

LNE-LIT24-001666074

CONFIDENTIAL

LNE-LIT24-001666075

CONFIDENTIAL



CONFIDENTIAL

LNE-LIT24-001666077