# EXHIBIT 2

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM&WATKINS LLP

June 27, 2025

**CONFIDENTIAL**
**VIA EMAIL**

Jennifer Roualet
U.S. Department of Justice
Antitrust Division
Liberty Square Building
450 5th Street, N.W.
Washington, DC 20530

> Re:  Plaintiffs' Requests for Production for Data in *United States, et al. v. Live Nation, et al.* (1:24-cv-3973)

Jennie,

On behalf of Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Live Nation"), we write in response to Exhibits A and B of your May 20, 2025 letter regarding questions on Live Nation's data productions ("Plaintiffs' Letter"), and based on the agreed-upon proposal in Live Nation's May 22, 2025 letter to Plaintiffs, Plaintiffs' May 28, 2025 email response, and Live Nation's May 29, 2025 email reply. This letter supplements Live Nation's June 18, 2025 letter and provides responses to the remaining questions that Plaintiffs posed in their May 20, 2025 letter. Therefore, this letter fully satisfies Live Nation's obligations under the aforementioned agreement.

As previously discussed, Live Nation is providing this information solely to assist Plaintiffs in their review of Live Nation's productions. Nothing in this letter is intended to be, nor should be construed as, a definitive representation regarding the existence, quality, completeness, or significance of the data. This information merely reflects Live Nation's understanding of the datafiles as of this date. Moreover, Live Nation provides this information without waiving any rights or its position that such descriptive information is not required to be provided by Live Nation under the applicable rules, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence. This includes, but is not limited to, reserving the right to object to any question to the extent it implicates judgment calls to be made by an expert witness.

LATHAM&WATKINS LLP

**Answers to Questions Raised in Exhibit A of Plaintiffs' Letter**

**For LNE-LIT24-DAT000018-21 and 196-199:**

1. **Please explain why the list of account categories that would capture any fixed-sum payments made from Ticketmaster to the client or venue included in your answer to question 15(b)(iii) in your December 30th, 2024 letter, is less broad than the list of accounts included as part of the "TotFixAmort - Total Fixed Amortization" category in LNE-LIT24-DAT-000040-57. Were any account categories included in the "TotFixAmort - Total Fixed Amortization" category in LNE-LIT24-DAT-000040-57, but not listed in your December 30th answers an inadvertent omission? If not, please explain why these categories do not capture the type of lump-sum payments discussed in your answer.**

In the ordinary course of business, Live Nation uses the "TotFixAmort - Total Fixed Amortization" and "TotFixedRoyalties - Total Fixed Royalties" fields in LNE-LIT24-DAT-000040–057 to capture fixed-sum payments to clients. These line items identify the total fixed sum payments more comprehensively than the list of components reported in Live Nation's December 30, 2024 letter to Plaintiffs.

2. **Please identify which account fields are used to calculate GMAD per Ticket and NetIncome in DAT18-21 and 196-199 and how these two values differ (aside from one being divided by tickets sold).**

GMAD is calculated as: "TotalRevenue - Total Revenue" – "TotalExpenses - Total Expenses" – "662000 - Depreciation Expense" – "661010 - Depreciation Expense - allocation in/out." GMAD per Ticket can be calculated as GMAD / "TicketsSld - Tickets Sold."

While LNE-LIT24-DAT-000018–021 and LNE-LIT24-DAT-000196–099 do not report "TotalRevenue - Total Revenue" and "TotalExpenses - Total Expenses," these datafiles report the general ledger accounts that roll up into them. Further, both the aggregated "TotalRevenue - Total Revenue" and "TotalExpenses - Total Expenses" accounts, as well as the disaggregated accounts that roll up into them, are reported in LNE-LIT24-DAT-000040–057. The "NetIncome - Net Income" field in LNE-LIT24-DAT-000018–021 and LNE-LIT24-DAT-000196–099 is not used in the ordinary course.

**For LNE-LIT24-DAT-000066:**

7. **Please identify the terms of each of the deal types occurring in the field "combined_deal_type."**

The deal types present in the "combined_deal_type" field are defined as follows:

- "Flat": Indicates that artists are paid a flat amount.

June 27, 2025
Page 3

**LATHAM&WATKINS** LLP

- "Promoter Profit": Indicates that a promoter profit amount is included as a show cost alongside other show costs. Artists and promoters then split the net pot, if above the artist guarantee, at some specified percentage.

- "Percentage of Gross": Indicates that artists are paid a percentage of net ticket revenue (*i.e.*, ticket revenue after tax, before show expenses).

- "Percentage of Net": Indicates that artists are paid a percentage of net profit based on expenses agreed to be included as show costs.

- "Retro Gross Deal": Indicates a gross deal (as specified above), with tiers for the split of the net ticket revenue increases for the artist based on total ticket sales or revenue amount.

- "Retro Net Deal": Indicates a net deal (as specified above), with tiers for the split of the net profit increases for the artist based on total ticket sales or revenue amount.

- "Step Up Gross Deal": Indicates a gross deal (as specified above), with tiers for the split of the additional net ticket revenue increases only on additional dollars past a tier (*i.e.*, the split does not change for sales below the tier).

- "Step Up Net Deal": Indicates a net deal (as specified above), with tiers for the split of the additional net ticket revenue increases only on additional dollars past a tier (*i.e.*, the split does not change for sales below the tier).

- "Gross Split Point": Indicates a deal by which the artist receives a guarantee and separately splits the overage of the net pot (if applicable) at a predetermined rate (*i.e.*, the artist receives a guarantee plus a percentage split of the net pot less a guarantee).

**For LNE-LIT24-DAT-000069:**

12. **Please confirm that these data include all sales of "debranded Platinum" in addition to standard Platinum tickets? If not, please identify the data file in which this information is contained.**

Live Nation confirms that this dataset includes all sales of debranded Platinum sales.

LATHAM&WATKINS LLP

**For LNE-LIT24-DAT-000078:**

13. **Please confirm that order processing fees are an inside fee that are included in the face value of a ticket and encompass the *glacct_acct_ints*: 405000 (Order Processing Fee), 405010 (Order Processing ticket Fast), 405020 (Order Processing Express Delivery), 405030 (Order Processing In Store Pick Up), 405040 (Order Processing Mail), 405042 (Misc. Income – Gift Wrap), 405046 (Order Processing Souvenir Ticket), 405050 (Order Processing Will Call), 405060 (Order Processing eTicket). If this is not the case, please explain how to calculate the total order processing fee levied on the consumer.**

Order processing fees are outside fees and are equal to the sum of the following general ledger accounts: "405000-Order Proc Fee," "405010-Order Proc tkt fast," "405020-Order Proc Expresdel," "405030-Order Proc InStorePU," "405040-Order Proc Mail," "405046-Order Proc SouvnkrTkt," "405050-Order Proc Will Call," and "405060-Order Proc eTicket." Order processing fees do not include the account "405042 (Misc. Income – Gift Wrap)."

14. **Please confirm that fields identified in the file LNE-ATR-00000425, which is a data dictionary where the values in Column A (*Field*) correspond to the values in the *glacct_saknr_id_desc* field in LIT24-DAT-000078, the descriptions in Column C (*Inside or Outside Fee*) indicating whether the account codes in Column A are inside or outside fees also applies to the *glacct_saknr_id_desc* field of LIT24-DAT-000078. If not generally true, please specifically identify whether or not the following fields are inside or outside fees: 405000-Order Proc Fee, 400045-Conv chrg rev inside, 400070-Conv chrg rev Plat, 400095-Seat Change Fee rev. 410065-Fee Rev-DistComm.**

Live Nation assumes that file LNE-ATR-00000425 corresponds to file LNE22-000148678. Subject to that assumption, Live Nation can confirm that the fields in LNE-ATR-00000425 correspond to the values in the "glacct_saknr_id_desc" field in LNE-LIT24-DAT-000078. For information on whether fees are inside or outside fees, please refer to Live Nation's response to Question 17 below.

**For LNE-LIT24-DAT000079:**

15. **In your answer to 6(k) from our March 25th data letter, please be sure any response addresses how to identify event IDs that are upsells or add-ons associated with a different underlying event in -079. While these events are sometimes associated with 'event_type_desc' = "UPGRADES," that does not appear to always be the case. For example, event IDs "1513311092282764283" and "1513309917139591938" appear to be associated with the same Lane 8 show on 3/11/2022. One of these records appears to denote "Tables & Comps" in the 'event_name,' despite having 'event_type_desc' = "STANDARD."**

There is no systematic way to comprehensively identify the event identifiers in LNE-LIT24-DAT-000079 that correspond to the upsells or add-ons of a different underlying event.

LATHAM&WATKINSLLP

Notwithstanding, Live Nation observes that the "valid_ticketed_event_flag" and "event_type_cd" fields can identify upsells or add-ons, but may not be fully comprehensive or accurate.

**For LNE-LIT24-DAT-000080 [supersedes DAT-000026]:**

17. **Please explain how to identify the total outside fees (i.e., fees charged in addition to the ticket face value), total inside fees and total face-value charged to the fan and whether a field or combination of fields identifies the amount of each type of fee retained by Ticketmaster.**

Live Nation does not use LNE-LIT24-DAT-000080 to identify fees or the payments Ticketmaster makes to its partners in the ordinary course. LNE-LIT24-DAT-000078 contains information sufficient to identify inside fees, outside fees, and ticket face value. However, LNE-LIT24-DAT-000078 does not contain a field, nor a combination of fields, that identifies the amount retained by Ticketmaster within each fee type. In particular, not all payments Ticketmaster makes to its partners are captured in this dataset, such as payments to credit card companies and fixed royalty payments to its venue clients. Below, Live Nation lists the fields in LNE-LIT24-DAT-000078 that record (1) revenue earned by Ticketmaster, separated by outside fees, facility fees, inside fees, and face value; and (2) contra-revenue and royalty payments from the inside and outside fees that Ticketmaster makes to its partners.[1]

- Outside fees (excluding the facility fee): sum {400000, 400010, 400015, 400095, 405000, 405010, 405020, 405030, 405040, 405046, 405050, 405060}

- Facility fee (considered an outside fee): "glalias_id_contract_management = 205100-Client Liab FV FF" when "zuonr_fvff_id = FVFF-ZP02."

- Inside fees: sum {400040, 400045, 400060, 400070, 410000, 421081}

- Face value (including inside fees): sum the following general ledger accounts.

  - "glalias_id_contract_management = 205100-Client Liab FV FF" and "zuonr_fvff_id = FVFF-ZP01"

  - "glalias_id_contract_management = 205100-Client Liab FV FF" and "zuonr_fvff_id = FVFF-ZP40"

  - "glalias_id_contract_management = 205100-Client Liab FV FF" and "zuonr_fvff_id = PKGV-ZP40"

  - "glalias_id_contract_management = 205100-Client Liab FV FF" and "zuonr_fvff_id = PKGV-ZP41"

---

[1] Note that the contra-revenues and royalty payments do not relate to the facility fee; Ticketmaster remits the entire facility fee to its venue clients.

**LATHAM&WATKINS**LLP

- "glalias_id_contract_management = 205100-Client Liab FV FF" and "zuonr_fvff_id = PKGP-ZP45"

- "glalias_id_contract_management = 205100-Client Liab FV FF" and "zuonr_fvff_id = PKGP-ZP46"

- Payments to clients or venues recorded at the event-level in the ordinary course:

  - Contra-revenues: sum {400001, 400061, 400080, 405001, 405011, 405021, 405031, 405041}

  - Variable royalties: sum {500000, 500005, 500010, 500016, 500017, 500020, 500140, 500145, 500146, 500150, 500155, 500156, 500165, 500180, 500190, 500195, 500900}

**19. Please explain why for some records the sum of "tm_face_amt," "tm_svc_chrg_amt," "tm_fac_fee_amt," "tm_opt_amt," and "tm_tax_amt" do not equal "tm_tran_amt."   For example, for event ID '576562232307898099': 'tm_face_amt' + 'tm_svc_chrg_amt' + 'tm_fac_fee_amt' + 'tm_opt_amt' + 'tm_tax_amt' = \$128,257.50., while 'tm_tran_amt' = \$142,078.50.**

Live Nation does not use or maintain the "tm_face_amt," "tm_svc_chrg_amt," "tm_fac_fee_amt," "tm_opt_amt," or "box_svc_chrg_amt" fields from LNE-LIT24-DAT-000080 in the ordinary course.  Live Nation refers Plaintiffs to LNE-LIT24-DAT-000089, which contains similar fee information that Live Nation uses in the ordinary course.

**21. Please explain what is included in the "purchase options" fields (i.e., fields ending in 'opt_amt') and whether this includes VIP amounts or platinum price lift amounts.**

The "purchase options" fields record add-ons to ticket sales, such as order processing fees for expedited processing.  The first part of each field ending in "opt_amt" denotes the sales channel (for example, whether the sale was conducted over the internet or by phone).  These fields do not record Platinum price lift or VIP amounts.

**22. Please explain what are "Hold tickets" and "9-Hold tickets" as discussed in LNE-LIT24-DAT-000039, and what is the difference between them?**

"Hold tickets" represent tickets withheld from sale through the Host platform at the decision of the event presenter.  Hold tickets still contribute to event capacity and could potentially be sold.  "9-Hold tickets" are a specific subset of "Hold tickets" and represent tickets controlled through Ticketmaster's "Archtics" data system.

LATHAM&WATKINS LLP

23. **Please explain how 'sell_thru_pct' is calculated and why for some observations it deviates from the following calculation: ('net_sold_tm_qty' + 'net_sold_box_qty')/('net_cap' – 'hold_qty').**

The calculation provided in the text of the question is the correct way to calculate "sell_thru_pct." Live Nation only observes differences between the formula provided and the "sell_thru_pct" for less than 3% of observations.

25. **Please explain whether for events corresponding to shows in the UK (i.e., where ctry_nm in LNE-LIT24-DAT-000079 = 'United Kingdom') where a third party ticketer sells some tickets in addition to Ticketmaster and the box office (e.g., "allocation"), if the net_cap or total_cap fields capture tickets available to be sold by these third party ticketers. If not, are sales by these third parties reflected in net_sold_tm_qty, net_sold_box_qty or any other field in the data**

LNE-LIT24-DAT-000079 comes from Ticketmaster's North American data system. While there may be U.K. events in this datafile, the coverage is not expected to be comprehensive for events outside of the U.S and Canada. For data on U.K. events, Live Nation refers Plaintiffs to LNE-LIT24-DAT-000153–167. Ticket sales by third party ticketers may be identified by joining LNE-LIT24-DAT-000153 to LNE-LIT24-DAT-000164 using the "data_source_key" field.

26. **Please confirm that all the dollar-denoted fields in this file (e.g., 'tm_face_amt,' 'box_face_amt,' and 'tm_tran_amt,' among others) are denominated in the local currency of the 'host_sys_cd.' (e.g., for records where host_sys_cd = 'UK3,' the amount fields would be denominated in pounds), and please define each value of the field.**

The "host_sys_cd" field is an internal identifier that corresponds to the data infrastructure. Specifically, it tracks where an event lives on the Host system. The country where an event took place is instead recorded in the "cntry_nm" field. Live Nation confirms that each field is denominated in the local currency as specified by "cntry_nm."

**For LNE-LIT24-DAT000078, -80 and -89**

27. **Please confirm that all fields related to Platinum (e.g., Platinum as a product category in -78) include both branded and debranded Platinum tickets. If this is not the case, please explain how to identify the relevant information that is provided for Platinum tickets for debranded Platinum tickets.**

Live Nation confirms that all fields related to Platinum include both branded and debranded Platinum tickets.

LATHAM&WATKINS LLP

**For LNE-LIT24-DAT-000093-104:**

28. **For each datafile, provide an overview of the universe of transactions included in the data, how to identify which order/transaction relates to secondary or primary tickets to the extent the dataset contains both and what information each file is meant to contain.**

- LNE-LIT24-DAT-000093 contains primary transaction-level data for events occurring from 2015 to 2024 in the U.S. and Canada where Ticketmaster was the primary ticketer.

- LNE-LIT24-DAT-000094 contains primary ticket-level data for events occurring from 2015 to 2024 in the U.S. and Canada where Ticketmaster was the primary ticketer.

- LNE-LIT24-DAT-000095 contains primary sales order-level data for events occurring from 2015 to 2024 in the U.S. and Canada where Ticketmaster was the primary ticketer.

- LNE-LIT24-DAT-000096 contains primary sales order-level data for events occurring from 2015 to 2024 in the U.S. and Canada. These data contain information on event options associated with sales orders for events for which Ticketmaster was the primary ticketer.

- LNE-LIT24-DAT-000097 contains data on primary ticket types for events occurring from 2015 to 2024 in the U.S. and Canada where Ticketmaster was the primary ticketer.

- LNE-LIT24-DAT-000098 contains secondary ticket-level transaction data for events occurring from 2015 to 2024 in the U.S. and Canada. These data contain financial information for events for which Ticketmaster was the secondary ticketer.

- LNE-LIT24-DAT-000099 contains customer-level data for events occurring from 2015 to 2024 in the U.S. and Canada. These data contain information on customer and patron identifiers for events for which Ticketmaster was the secondary ticketer.

- LNE-LIT24-DAT-000100 contains ticket-level data for events occurring from 2015 to 2024 in the U.S. and Canada. These data contain information on attendance for events for which Ticketmaster was the primary or secondary ticketer.

- LNE-LIT24-DAT-000101 contains event-level data for events occurring from 2015 to 2024 in the U.S. and Canada. These data contain information on exclusive sales for events for which Ticketmaster was the primary or secondary ticketer.

- LNE-LIT24-DAT-000102 contains customer-level data for events occurring from 2015 to 2024 in the U.S. and Canada, and contains information on customer and

LATHAM&WATKINS LLP

party lookup identifiers for events for which Ticketmaster was the primary or secondary ticketer.

- LNE-LIT24-DAT-000103 contains customer-level data for events occurring from 2015 to 2024 in the U.S. and Canada.  These data contain information on customer and party identifiers for events for which Ticketmaster was the primary or secondary ticketer.

- LNE-LIT24-DAT-000104 contains ticketing data for events occurring from 2015 to 2024 in the U.S. and Canada.  These data contain information on ticket sources for events for which Ticketmaster was the primary or secondary ticketer.

29. **For each datafile, please explain if each file related to primary tickets includes all primary tickets for an event (e.g. season tickets, comps) or if it is only limited to fee-bearing tickets.**

To the extent that the datafiles include primary ticket information, as specified in Live Nation's response to Question 28 above, LNE-LIT24-DAT-000093–104 only contain fee-bearing primary tickets sold through Ticketmaster's Host ticketing system.

**For LNE-LIT24-DAT-000095:**

32. **Please explain whether in -095, if "insurance_amt" represents the amount of the ticketing insurance retained by Ticketmaster or the total amount paid for insurance of which only a proportion is retained by Ticketmaster?**

The "insurance_amt" field represents the total amount that ticketers pay for insurance.  Ticketmaster does not retain any portion of these payments.  Instead, a third party insurance provider makes payments to Ticketmaster to provide ticketing insurance for Ticketmaster-ticketed events.  These payments are not recorded at the event-level in the ordinary course.

**For LNE-LIT24-DAT000105:**

33. **Please explain why the file does not include tabs or data fields for -97, -98, -100 or -104. Please produce an updated file that contains these flags if available.**

LNE-LIT24-DAT-000105 is a collection of ordinary-course datafiles.  Live Nation does not maintain data dictionaries in the ordinary course for LNE-LIT24-DAT-000097, LNE-LIT24-DAT-000098, LNE-LIT24-DAT-000100, nor LNE-LIT24-DAT-000104.

LATHAM&WATKINS LLP

**For LNE-LIT24-DAT-000109-114:**

34. **Please confirm that all rows in this spreadsheet represent realized sponsorship revenue, not just opportunities, that these opportunities are limited to the United States. If this is not correct, please explain how to identify US opportunities.**

Live Nation confirms that all rows in LNE-LIT24-DAT-000109–114 represent realized sponsorship revenue, not just opportunities. Opportunities in these data are limited to those in the United States.

**For LNE-LIT24-DAT000151:**

36. **Please confirm that these data are at the venue by event by order source level, and that this dataset includes all events at which Ticketmaster had resale revenue in the United States between 2021 and 2024 or whether it is limited to event at which Ticketmaster paid royalties.**

Live Nation confirms that these data are at the venue-by-event-by-order-source-level. These data include all sales from Ticketmaster's TM+ and TNow resale platforms where Ticketmaster paid royalties. The data are limited to events where Ticketmaster provided primary ticketing services between 2021 and 2024. Data for Canada is limited to transactions occurring after July 2022. Royalty payments for events where Ticketmaster did not provide primary ticketing services are not maintained in the ordinary course.

37. **Please confirm that this dataset contains all promoter royalties including all royalties paid to Live Nation for secondary tickets. If this is not correct, please explain which datafile contains this information.**

Live Nation confirms that this dataset contains all promoter royalties for secondary tickets, including royalties paid to Live Nation for secondary tickets.

38. **Please explain what field, if any, would allow us to join this dataset with other Ticketmaster datasets that include event characteristics (e.g. -079).**

These data can be joined to LNE-LIT24-DAT-000079 and similar datafiles with event characteristics by mapping the "event_id" field to the "event_id_hex" field.

**LATHAM&WATKINS**LLP

**For LNE-LIT24-DAT000152:**

**39. Please identify what fields, if any, can be used to link these data to: -081 and -085-088 (as described in your 3/31 letter), LNE-LIT24-DAT-000150, event level characteristic data from Ticketmaster (e.g. -079), individual account data (e.g. -102), transaction or ticket-level primary data (e.g., -093, -094), and which field shows the total price paid by the buyer.**

The LNE-LIT24-DAT-000152 datafile can be linked to:

- LNE-LIT24-DAT-000079, by first joining LNE-LIT24-DAT-000152 to LNE-LIT24-DAT-000087, and then mapping the "tm_event_id" field to the "event_id_hex" field;

- LNE-LIT24-DAT-000081, by mapping the "moarid" field to the "order_tran_id" field;

- LNE-LIT24-DAT-000085 and LNE-LIT24-DAT-000088, by using the shared "eventid" field;

- LNE-LIT24-DAT-000086, by using the shared "venueid" field;

- LNE-LIT24-DAT-000087, by using the shared "productionid" field;

- LNE-LIT24-DAT-000099, by mapping the "patron_lkup_id" field to the "patron_id" field;

- LNE-LIT24-DAT-000094 on "eventid" and seat locations, by first joining LNE-LIT24-DAT-000152 to LNE-LIT24-DAT-000081 by mapping the "moarid" field to the "order_tran_id" field;

- LNE-LIT24-DAT-000093 and LNE-LIT24-DAT-000094, by using the shared fields "sales_ord_id," "sales_ord_tran_id," and "event_id";

- LNE-LIT24-DAT-000102 and LNE-LIT24-DAT-000099, by mapping the "prmy_party_id" field to the "party_lkup_id" field; and

- LNE-LIT24-DAT-000150, by using the shared "productionid" field.

LATHAM&WATKINS LLP

**For LNE-LIT24-DAT-000169:**

**41. Please confirm that if an account is included for a given event, all relevant revenue (or costs) related to that account will be included in the file (e.g., if the account "Season Seats – Event" exists for an event, all revenue associated with season seats for that event will be included in the data).**

While most relevant financials will be included for a given account, some financials are not recorded at the event-level and thus are not included in these data.

**42. Please confirm that positive values represent revenues to Live Nation and negative values indicate costs.**

Live Nation confirms that positive values represent revenues, and negative values indicate costs to Live Nation. Some revenues or expenses identified by the "summary_type" field may have the opposite sign (*e.g.*, expenses may contain positive values) due to vendor rebates or cost reductions.

**For LNE-LIT24-DAT-000180:**

**45. Please explain whether the disaggregated account categories in LNE-LIT24-DAT-220 that fall under the relevant aggregated categories in –180 are a comprehensive listing of 5-digit accounts that fall under each category.**

Live Nation refers Plaintiffs to LNE-LIT24-DAT-000837, which was produced by Live Nation on May 30, 2025 as part of LNE-LIT24-DAT-011. LNE-LIT24-DAT-000837 contains a comprehensive listing of the disaggregated 5-digit accounts that are aggregated in LNE-LIT24-DAT-000180.

**For LNE-LIT24-DAT-000192-93:**

**46. Please confirm that in -92 that Column H (F12) and in -93, the columns 2022 and 2023 are meant to capture total 2024, 2022 and 2023 non-event payments received from each venue respectively?**

Confirmed.

**47. Please confirm that in -92 and -93, that payments are based on the year in which the incentive was earned, not the date the incentive payment was received.**

Confirmed. Live Nation records the payments by accruing on the estimates provided by the venue in the year the events take place. Payments related to deals with a December 31 end date are adjusted the following year once the calculations are finalized.

LATHAM&WATKINSLLP

**48. Please confirm that no payments recorded here would also appear in any of the accounts included in -169 or in the summary fields contained in -066.**

Confirmed.

**49. Please explain if any payments included here include payments made to the LN Arenas division.**

Payments related to Arenas Management can be found in LNE-LIT24-DAT-000195 and LNE-LIT24-DAT-000483 by filtering the "Acct" field to "44016." Payments under this code relate to the LN Arenas Division are not included in LNE-LIT24-DAT-000092 and LNE-LIT24-DAT-000093. Line items from Live Nation's general ledger data do not systematically track the venue associated with a given payment. Therefore, the venue must be inferred from the "Description" field. For example, the Live Nation Arenas revenue for the SAP Center in LNE-LIT24-DAT-000195 in 2022 can be found by searching for "SAP Center" in the "Description" field. Note that the name used in the "Description" field is not standardized and may reflect prior names or alternative names for the venue.

**In LNE-LIT24-DAT-000194-195:**

**50. Please identify the meaning of all the fields contained in -194 and -195, with the highest priority fields including Source, Description, Journal, SOB, Beginning Balance, Ending Balance, Entered, Accounted and Translated DR, Entered, Accounted and Translated CR.**

Below, please find definitions for the "highest priority fields" listed in the question above, in addition to other relevant fields.

- "Source" & "Category": This field describes how each journal entry was fed to the general ledger. When the field takes on the value of "Payables/purchase invoices," it indicates that the entry corresponds to an invoice entered in the accounts payable system. When the field takes on the value of "Project accounting/revenue," it indicates that the entry was recorded by Live Nation's automatic accrual process. Finally, when the field takes on the value of "Spreadsheet/other," it indicates that the journal entry was manually uploaded.

- "Description": This field provides a detailed explanation of the entry being recorded (*e.g.*, the relevant quarter or information related to a given show).

- "Journal Name": This field indicates the name of the activity that is being recorded for the given entry (*e.g.*, a specific venue incentive agreement).

- "SOB": This field is defined as "Set of Books."

- "Beginning Balance": This field indicates the journal balance before a given entry is accounted for.

LATHAM&WATKINS LLP

- "Ending Balance": This field indicates the journal balance after a given entry is accounted for.

- "Entered CR" / "Entered DR": This field indicates, for a given journal entry, the credited or debited amount that is keyed into the journal, recorded in the transaction currency.

- "Accounted CR" / "Accounted DR": This field indicates, for a given journal entry, the final amount credited or debited that is posted to the general ledger, in the general ledger's currency.

- "Translated CR" / "Translated DR": This field restates actual credit and debit amounts from the general ledger's currency in a reporting currency.

- "Accounted Sum": This field indicates the total of the debited and credited amounts. This is the relevant field for calculating the total revenue corresponding to a given entry in LNE-LIT24-DAT-000194–195.

**51. If not clear from the definitions above, please describe the method for determining if a given row represents a revenue or cost for Live Nation.**

An entry represents revenue for Live Nation if its "Accounted Sum" amount is negative, and a cost for Live Nation if its "Accounted Sum" amount is positive.

**52. Please confirm that all payments identified in -192 and -193 also appear in 194-195 and vice-versa.**

Confirmed.

**For LNE-LIT24-DAT-000200-220:**

**53. Please identify the account number where any resale or Platinum rebates to promoters including Live Nation would be booked.**

Resale rebates to promoters are identified by the account numbers, "A50604.00 - Advanced Products Cost of Sales" and "A50604.81 - Advanced Products Cost of Sales - Internet." Platinum rebates to promoters are identified by the account number "A43313.00 - Convenience charges revenue contra - Platinum."

LATHAM&WATKINS LLP

**Answers to Questions Raised in Exhibit B of Plaintiffs' Letter**

**2) To the extent not answered in our specific questions about -78,-80, -89, -93 and -94 below, please explain (i) the extent to which the universe of events and transactions included in these datasets differ and how to generate for each event the total number of tickets sold, the total face value paid by consumers, the total fees paid by consumers across each dataset, the total amount of revenue Ticketmaster retains (if applicable), separately by distribution channel and product type, for all Countries listed in RFP.**

> **a. For events occurring between 2015 and 2024, approximately 20% of "event_vax_event_id_which_is_unique" values included in LNE-LIT24-DAT-000078 are not included in LNE-LIT24-DAT-000079 and approximately 40% of truncated "event_id" values included in LNE-LIT24-DAT-000079 are not included in LNE-LIT24-DAT-000078. Please explain the difference in the set of events included in LNE-LIT24-DAT-000078 and LNE-LIT24-DAT-000079.**

Live Nation is unable to replicate Plaintiffs' 20% figure and observes that nearly all events in LNE-LIT24-DAT-000078 are present in LNE-LIT24-DAT-000079. Live Nation observes only a de minimis amount of unreplicated values.

There are event identifiers in LNE-LIT24-DAT-000079 that are not in LNE-LIT24-DAT-000078. From Live Nation's review, the majority of these identifiers are for events without any recorded ticket sales (*e.g.*, test events). Additional events may appear in LNE-LIT24-DAT-000079 but not LNE-LIT24-DAT-000078 because the latter includes only events in which Ticketmaster provided fee-bearing primary ticket services, while the former also includes events for which Ticketmaster provided secondary and non-fee-bearing primary ticket services.

> **b. Please explain why the dollar amounts and tickets sold for the events that that appear in both LNE-LIT24-DAT-000078 and LNE-LIT24-DAT-000080 do not always match. For example, for "event_vax_event_id_which_is_unquie" equal to "2089763044387399103", total tickets sold in LNE-LIT24-DAT-000078 (using "totaltickets") is 12,365, while in LNE-LIT24-DAT-000080 (using "net_sold_tm_qty") is 14,666. If such a match is expected, please describe the relevant fields in each dataset necessary to obtain one. If a match is not expected, please explain why such a reconciliation is not possible.**

Live Nation does not use the financial information or ticket fields in LNE-LIT24-DAT-000080 in the ordinary course and therefore does not expect that these values will match with those in LNE-LIT24-DAT-000078.

June 27, 2025
Page 16

LATHAM&WATKINS LLP

    **c.** **Please explain how to calculate the total amount a consumer pays for a given event in LIT24-DAT-000078, including inside fees, outside fees, credit card fees and taxes. Please be sure to indicate which fee is an inside fee or an outside fee, and if inside fees are already included in the face value, and therefore should not be included when calculating total consumer payment (for fear of double counting).**

    The total amount a consumer pays for a given event cannot always be calculated using LNE-LIT24-DAT-000078 because taxes paid by the consumer are not always recorded in the data. Live Nation refers Plaintiffs to its response to Question 17 of Exhibit A for how to calculate gross transaction value, including face value, inside fees, and outside fees (which includes credit card fees).

    **d.** **For LIT24-DAT-000078, please confirm that a positive "totaldollars" value indicates Ticketmaster has received revenue from some source and a negative "totaldollars" value indicates that Ticketmaster has incurred a cost from some source. If so, is it correct that summing non-FVFF categories for a given event would provide the total amount of money netted to Ticketmaster after payments to its partners. If not, please explain why the previous sentence is incorrect.**

    Live Nation confirms that a positive "totaldollars" value indicates that Ticketmaster has received revenue from some source, and a negative "totaldollars" value indicates that Ticketmaster has incurred a cost. Summing the non-FVFF categories does not provide the total amount of money netted to Ticketmaster after payments to its partners. Live Nation refers Plaintiffs to its response to Question 17 of Exhibit A for further detail.

    **e.** **For LIT24-DAT-000079, please explain why there are only observations associated with Australia, Germany, UK, US, and Canada in this dataset. Please also confirm that this data is an exhaustive list of events that Ticketmaster ticketed in each of the above countries. For example, LIT24-DAT-000079 indicates that Ticketmaster only ticketed 37 events in Germany. If this is not the case, then please provide similar information for all of the other events ticketed in the US and Other Countries.**

    LNE-LIT24-DAT-000079 comes from Ticketmaster's North American data system. While there may be Australia, Germany, and U.K. events in this datafile, the coverage is not expected to be comprehensive for events outside of the U.S and Canada. For events occurring in Australia, France, Germany, and the U.K., Live Nation instead refers Plaintiffs to LNE-LIT24-DAT-000153–167.

LATHAM&WATKINS LLP

    f.   **For LIT24-DAT-000079, please confirm if this means that Ticketmaster did not ticket any events in France, Japan, or Italy during the relevant time period. If this is incorrect, then please provide the same information for the above countries. If otherwise, please explain how to identify in which country an event occurred if there is a missing "ctry_nm" observation.**

LNE-LIT24-DAT-000079 contains information on Ticketmaster-ticketed events in North America.  An event's country information is recorded in the "ctry_nm" field in LNE-LIT24-DAT-000079.  Live Nation observes that while "ctry_nm" is missing for fewer than twenty events in LNE-LIT24-DAT-000079, many of these appear to be invalid events.  LNE-LIT24-DAT-000153–167 contain information on Ticketmaster-ticketed events in Other Countries, as defined by Plaintiffs.

    g.   **Is there a field in LNE-LIT24-DAT-000078-80, LNE-LIT-DAT-000089, LNE-LIT24-DAT-000090, and LNE-LIT24-DAT-000093-95 that can be used to identify all primary sales of artist fan-club tickets and separately all primary sales of season tickets?**

Live Nation is separately producing data from Ticketmaster's "Archtics" data system that cover season tickets.  There are no fields that systematically identify artist fan club sales.  Text values reported in the "extended_tkt_type_desc" field in LNE-LIT24-DAT-000097 sometimes denote that tickets relate to fan clubs, but there is no systematic way to identify these text values.  Live Nation is unaware whether this field comprehensively captures all primary sales of tickets within artist fan clubs.

    h.   **For LIT24-DAT-000100, please define "base_tkt_type_id" and provide an explanation for each entry.**

The "base_ticket_type_id" field consists of identifier codes that denote the ticket type for tickets sold through the Host platform.  The codes "A," "B," and "J" are all used to denote standard tickets sold through the Host.  The codes correspond to adult ("A"), discounted ("B"), and children's ("J") tickets, respectively.  The code "0" is a legacy code that denotes tickets managed through Live Nation's legacy entry system, Access Manager.  A blank code denotes scans for tickets that do not have Host ticket types because they were not sold on the Host system, such as tickets originally sold through the "Archtics" ticketing system.

LATHAM&WATKINS LLP

>    **i.   Please describe how to sum the dollar amounts and tickets sold from LNE-LIT24-DAT-000089 so they match the totals in LNE-LIT24-DAT-000080 or if the values in the two datasets can't be matched, describe why such a reconciliation is not possible. Please be sure to specifically include sufficient information and field descriptions to indicate why the following fields or quantities often do not match between the two datafiles.**

As noted in Live Nation's response to Question 18 of Exhibit A, Live Nation does not use or maintain the dollar amounts reported in LNE-LIT24-DAT-000080 in the ordinary course, and instead refers Plaintiffs to LNE-LIT24-DAT-000089.

>    **j.   Please identify which fields from LNE-LIT24-DAT-000078 and LNE-LIT24-DAT-000080 correspond to the field "premium_amt." in LNE-LIT24-DAT-000089.**

The Platinum premium amount ("premium_amt") in LNE-LIT24-DAT-000089 corresponds to the "pltdollars" field for the following observations in LNE-LIT24-DAT-000078:

- "glacct_acct_int" = 205100; and

- "zuonr_fvff_id" = "PKGP-ZP45."

The VIP premium amount ("premium_amt") in LNE-LIT24-DAT-000089 corresponds to the "vipdollars" field for the following observations in LNE-LIT24-DAT-000078:

- "glacct_acct_int" = 205100; and

- "zuonr_fvff_id" = "PKGV-ZP40."

LNE-LIT24-DAT-000080 does not contain information necessary to identify the "premium amount."

Sincerely,

*/s/ Kelly S. Fayne*

Kelly S. Fayne
of LATHAM & WATKINS LLP