# EXHIBIT 3

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

## LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

June 18, 2025

**CONFIDENTIAL**
**VIA EMAIL**

Jennifer Roualet
U.S. Department of Justice
Antitrust Division
Liberty Square Building
450 5th Street, N.W.
Washington, DC 20530

> Re:    Plaintiffs' Requests for Production for Data in *United States, et al. v. Live Nation, et al.* (1:24-cv-3973)

Jennie,

On behalf of Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Live Nation"), we write in response to Exhibits A and B of your May 20, 2025 letter regarding questions on Live Nation's data productions ("Plaintiffs' Letter"), and based on the agreed-upon proposal in Live Nation's May 22, 2025 letter to Plaintiffs, Plaintiffs' May 28, 2025 email response, and Live Nation's May 29, 2025 email reply.  This letter includes Live Nation's objections to certain questions in Plaintiffs' Letter.  In addition to these objections, Live Nation provides responses to several questions in advance of the June 27, 2025 deadline.  Live Nation will provide further responses by June 27, 2025.

As previously discussed, Live Nation is providing this information solely to assist Plaintiffs in their review of Live Nation's productions.  Nothing in this letter is intended to be, nor should be construed as, a definitive representation regarding the existence, quality, completeness, or significance of the data.  This information merely reflects Live Nation's understanding of the datafiles as of this date.  Moreover, Live Nation provides this information without waiving any rights or its position that such descriptive information is not required to be provided by Live Nation under the applicable rules, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence.  This includes but is not limited to reserving the right to object to any question to the extent it implicates judgment calls to be made by an expert witness.

LATHAM&WATKINS LLP

**Answers to Questions Raised in Exhibit A of Plaintiffs' Letter**

**For LNE-LIT24-DAT000018-21 and 196-199:**

3. **Please confirm if the revenues and costs recorded in these data are booked based on the event date, the transaction date or some other date, and if all revenues and costs identified in these data roll up to Live Nation Entertainment's ticketing segment or whether some revenues and costs are allocated to other segments? If some are allocated to other segments, please identify which revenues or costs are allocated to other segments and please identify the segment.**

Live Nation objects to this question to the extent it requires Live Nation to provide information not kept in the ordinary course and conduct an unduly burdensome analysis of data that Plaintiffs are equally well-positioned to perform. Notwithstanding these objections, Live Nation confirms that the data are booked based on transaction date and believes that these revenues and costs all roll up into the Live Nation ticketing segment, but is unable to confirm with certainty that all such data roll up comprehensively.

**For LNE-LIT24-DAT00039 please confirm:**

4. **Whether the interpretation of net_cap in Live Nation's February 23, 2024 letter, which describes net capacity as "the number of available seats at the venue for a given show based on the ticketing audit data" and that net capacity excludes "kill seats" is the same as the definition given in LNE-LIT24-DAT-000039, which describes net_cap as "the running total of all tickets, sold and unsold, excluding Kill tickets, for an event as of the collection date."**

Live Nation confirms that the net capacity of a venue is the number of available seats at the venue for a given show (and excludes kill seats). Live Nation's February 23, 2024 letter to Plaintiffs references net capacity ("net_cap") in the context of Live Nation's promotions data. LNE-LIT24-DAT-000039 provides definitions for Ticketmaster's ticketing data. Live Nation's promotions data and Ticketmaster's ticketing data are maintained separately in the ordinary course and there may be some inconsistencies between them, but the overall approach to calculating net capacity is the same for both.

**For LNE-LIT24-DAT00039 please confirm:**

5. **That the definition of total_cap in LNE-LIT24-DAT-000039 differs from the definition of venue_capacity in Live Nation's February 23, 2024 letter, because total_cap includes all seats available for an event inclusive of kill seats, which may not necessarily represent all the seats available in a venue. If this is not correct, please explain the difference and why there may be different values of total_cap for shows at the same venue.**

Both total capacity and venue capacity figures are inclusive of kill seats. The "total_cap" and "venue_capacity" fields may differ because the former comes from Ticketmaster's ticketing

LATHAM&WATKINS LLP

data, while the latter comes from Live Nation's promotions data.  Live Nation's promotions data and Ticketmaster's ticketing data are maintained separately in the ordinary course and may report different values for the same events and fields.  Live Nation refers Plaintiffs to footnote 3 of its February 23, 2024 letter to Plaintiffs re "CID No. 31186 to Live Nation Entertainment ("LNE")."

The "total_cap" field may report different values for different shows at the same venue for several reasons, including (1) changes in the venue's capacity over time, (2) event-specific modifications to an event's capacity (such as adding or expanding outdoor seating), (3) differences in event type (*e.g.*, the parking for a concert and the concert itself, both of which can be listed as under the same venue), and (4) inaccuracies in the data.

**For LNE-LIT24-DAT-000066:**

6. **Please confirm whether revenues from sales of Live Nation lawn pass are included in event-level P&Ls and in what fields the revenue from such sales would appear. If not, please identify in which datafiles these revenues appear.**

Revenues from lawn pass sales are included in LNE-LIT24-DAT-000169.  These can be identified using the "account_name" field.

**For LNE-LIT24-DAT-000067:**

8. **Please explain why there are many observations that are duplicates on all variables. 88% of observations in this dataset have at least one other observation that is a duplicate on all variables.  Does each observation in this dataset represent a single ticket sold on TM+?**

Observations may be duplicates to other observations when tickets are bought and sold on the same day in multiples or when tickets are sold for the same section on TM+.  Each row represents a single ticket resold on TM+.  Live Nation cannot confirm if observations that appear as duplicates are solely for these reasons or whether some are the result of errors.

**For both LNE-LIT24-DAT-000067 and LNE-LIT24-DAT-000068:**

9. **Please explain how to calculate the total amount the consumer paid, and confirm whether Ticketmaster retains the entirety of both the seller fee and buyer fee.  If not, please provide data showing the portion, if any, of the seller fee and/or buyer fee that is retained by Ticketmaster.**

Live Nation directs Plaintiffs to sections 10(c)(i) and 11(b)(ii) of its December 30, 2024 letter to Plaintiffs re "Plaintiffs' Requests for Production for Data in *United States, et al. v. Live Nation, et al.* (1:24-cv-3973)."

June 18, 2025
Page 4

**LATHAM&WATKINS** LLP

10. **Please explain who retains the "tmplus_sales_markup_amount."  Is it the seller or Ticketmaster?**

The "tmplus_sales_markup_amount" field reflects the amount of markup retained by the owner who is reselling the ticket.

### For LNE-LIT24-DAT-000069:

11. **Please explain how to identify the "inside fee" Ticketmaster charges promoters for the purchase of Platinum tickets.  If not included in this datafile, please identify the datafile in which this information is contained.**

Live Nation confirms that the inside fee is not directly reported in this datafile.  Live Nation refers Plaintiffs to section 12(c)(vi) of its December 30, 2024 letter to Plaintiffs re "Plaintiffs' Requests for Production for Data in *United States, et al. v. Live Nation, et al.* (1:24-cv-3973)," and to section IV(8)(i) of its March 22, 2024 letter to Robert Vance re "CID No. 31186 to Live Nation Entertainment ("LNE")."

### For LNE-LIT24-DAT000079:

16. **Please confirm that either of the following are sufficient to identify a show promoted by Live Nation in LNE-LIT24-DAT-000079: (i) events with the value of "Live Nation" or one of its subsidiaries in the "promoter_name" or "promoter_name2" fields or (ii) appearing in the crosswalk in LNE-LIT24-DAT-000092.**

Method (i) is insufficient because the "promotername" and "promotername2" fields from LNE-LIT24-DAT-000079 contain known inaccuracies driven by errors in manual entry. Moreover, these fields are not used by Live Nation in the ordinary course.  Method (ii) is sufficient at a baseline level but Live Nation notes that the crosswalk contains known inaccuracies in the ordinary course data and is not comprehensive.

### For LNE-LIT24-DAT-000080 [supersedes DAT-000026]:

18. **Please explain why some records would have a positive "tm_tran_amt," but also have a "net_sold_tm_qty" value that is negative or equal to 0.**

Live Nation does not use the "tm_tran_amt" or "net_sold_tm_qty" fields in LNE-LIT24-DAT-000080 in the ordinary course, and instead refers Plaintiffs to LNE-LIT24-DAT-000089. LNE-LIT24-DAT-000089 contains the "tkt_face_val_amt," "ven_fac_fee_amt," "service_charge_amt," "platinum_amt," and "exch_fee_amt" fields.  When aggregated, these fields represent the total transaction amount.  LNE-LIT24-DAT-000089 likewise contains the "daily_tkt_cnt" field, which reports information on ticket counts.

**LATHAM&WATKINS**LLP

20. **Please explain if the service fee fields in ("tm_svc_chrg_amt" and "box_svc_chrg_amt") and the facility fee fields ("tm_fac_fee_amt" and "box_fac_fee_amt") are always outside fees when populated**

Live Nation does not use the fee information (which includes the "tm_svc_chrg_amt" and "box_svc_chrg_amt" fields) in LNE-LIT24-DAT-000080 in the ordinary course. LNE-LIT24-DAT-000024 and LNE-LIT24-DAT-000089 maintain fee information used in the ordinary course.

24. **Please explain the meaning of "Kill tickets" as contained in the definition of "net capac."**

"Kill seats," synonymous with "kill tickets," refers to the seats removed due to the events' seating and stage requirements, such as artists' preferences for stage design.

**For LNE-LIT24-DAT-000093-104:**

28. **For each datafile, provide an overview of the universe of transactions included in the data, how to identify which order/transaction relates to secondary or primary tickets to the extent the dataset contains both and what information each file is meant to contain.**

Live Nation objects to this question to the extent it calls for information that Live Nation does not maintain in the ordinary course and is unduly burdensome to provide. Notwithstanding this objection, Live Nation will include in its next response information regarding which tables in LNE-LIT24-DAT-000093 to LNE-LIT24-DAT-000104 relate to secondary or primary tickets and a basic description of what each file is meant to contain.

30. **Please explain how, in -097/-098, to join tickets purchased through a secondary transaction to the original primary transaction in -93-95.**

The LNE-LIT24-DAT-000094 table can be joined to the other tables via the following overlapping fields:

- In LNE-LIT24-DAT-000093, the fields "sales_order_id," "event_id_src_sys_cd," and "event_id."

- In LNE-LIT24-DAT-000095, the field "sales_ord_id."

- In LNE-LIT24-DAT-000097, the fields "event_id" and "extended_tkt_type_cd," when LNE-LIT24-DAT-000097 is filtered to "cur_ind" = Y.

- In LNE-LIT24-DAT-000098, the fields "event_id," "sect_name," "row_num," and "seat_num."

LATHAM&WATKINSLLP

**For LNE-LIT24-DAT-000094:**

**31. Please explain why many values of purch_party_lkup_id have values of -1.**

An observation where the "purch_party_lkup_id" field has a value of -1 is functionally equivalent to an observation where the field has a missing value. These values are associated with transactions where the purchaser is unknown to Ticketmaster. This can occur for several reasons, including that Ticketmaster was not the primary ticketer or that Ticketmaster did not receive the purchaser's information.

**For LNE-LIT24-DAT-000109-114:**

**35. Please identify the meaning of the fields contained within each dataset, as well as the values taken on in each field when applicable (i.e., for categorical variables). Please prioritize the definition and meaning of each value (when applicable) for the following variables: 3rd Party Managed, Client Category, Product Name, Product Code, Alliances Department, Owner Department, Hard Costs: Prod, Ticket Costs: Prod, Partner Share: Prod, Trade Expense: Prod, Contingent Rent: Prod.**

Live Nation objects to this question to the extent it calls for information that Live Nation does not maintain in the ordinary course and is unduly burdensome to provide. Live Nation also notes that many of these field names are not set by Live Nation, but rather by the third-party software vendor (Salesforce).

**For LNE-LIT24-DAT000152:**

**39. Please identify what fields, if any, can be used to link these data to: -081 and -085-088 (as described in your 3/31 letter), LNE-LIT24-DAT-000150, event level characteristic data from Ticketmaster (e.g. -079), individual account data (e.g. -102), transaction or ticket- level primary data (e.g., -093, -094), and which field shows the total price paid by the buyer.**

Live Nation objects to this question regarding "which field shows the total price paid by buyer" to the extent it calls for judgments to be made by an expert witness and to the extent that it calls for information that Live Nation does not maintain in the ordinary course. Live Nation will include in its next response information regarding the first part of the question on fields used to link the data, to the extent it has such information.

**For LNE-LIT24-DAT-000169:**

**40. Please identify the meaning of all of the account names listed in -169. The highest priority accounts to define include Sharing (50004), SFX Event Guarantee, Primary Guarantee Expense, SFX Event Sharing, Secondary Guarantee, PRS Expense, Talent Fee Elimination, Contingent Rent, Dynamic Pricing Fee, Event Rent O&O Venues, Rent Discount, Ticket Revenue –**

**LAWN, Trade Ticket Revenue, Upsell – Ticket Revenue, Benefit of the Cross -Talent Adjustment, Ticket Rev Evt Season Saet, Season Seats – Event, Variable Expense Discount, Ticketmaster Service Charge Rebates (including why this value can be non-zero for events that have no shows ticketed by Ticketmaster (or any other Live Nation subsidiary) according to show_ticket_agency in LNE-LIT24-DAT-000062), TM Handling Fees, TM Service Charge Rebates – Non LN Contract, Co- Promote Exp-TM Rebate.**

The account names in LNE-LIT24-DAT-000169 document revenues and expenses. No additional data dictionary is maintained in the ordinary course. In LNE-LIT24-DAT-000169, non-Ticketmaster Service Charge Rebates may be recorded as "Ticketmaster Service Charge Rebates" or "TM Service Charge Rebates – Non LN Contract" in the ordinary course. Therefore, Live Nation directs Plaintiffs to LNE-LIT24-DAT-000066 for ordinary course event financial data.

43. **Please confirm that all accounts included -169 aggregate up into the fields included in -066. If not, please identify the accounts in -169 that are not part of the summary fields included -066.**

Live Nation objects to this question to the extent it requires Live Nation to provide information not kept in the ordinary course and to conduct an unduly burdensome analysis of data that Plaintiffs are equally well-positioned to perform. Notwithstanding these objections, Live Nation believes that the summary fields in LNE-LIT24-DAT-000066 are meant to reflect summaries of business-relevant accounts included in LNE-LIT24-DAT-000169, but cannot otherwise confirm with complete certainty that all fields in LNE-LIT24-DAT-000169 aggregate up into the fields in LNE-LIT24-DAT-000066.

44. **Please confirm that all accounts that aggregated into the summary fields in -066 are included in -169. If not, please identify the accounts that belong to the summary fields in -066 that are not included in -169.**

Live Nation objects to this question to the extent it requires Live Nation to provide information not kept in the ordinary course and conduct an unduly burdensome analysis of data that Plaintiffs are equally well-positioned to perform. Notwithstanding these objections, Live Nation believes that the summary fields in LNE-LIT24-DAT-000066 are meant to reflect the accounts included in LNE-LIT24-DAT-000169, but cannot otherwise confirm with complete certainty that these fields are entirely inclusive.

June 18, 2025
Page 8

LATHAM&WATKINS LLP

## Answers to Questions Raised in Exhibit B of Plaintiffs' Letter

1) **To the extent not answered in our specific questions about -18-21, -40, -57 and -78 below, please explain (i) the proper way to aggregate account categories in -78 such that they match the account category total reported in the venue and client level P&Ls or why such a matching is impossible and (ii) why certain accounts beginning with 4 or 5 appear in -57, but not -78.**

Certain accounts appear only in LNE-LIT24-DAT-000057 but not in LNE-LIT24-DAT-000078 because some account categories in the former are settled at the client- and venue-levels, and are not disaggregated to the event-level in the ordinary course.

   a. **Please explain why the account level information in -078 when aggregated using event date to the venue or client by year level does not appear to always match the venue's annual account total in -40-57. We understand from your 4/18 letter that Ticketmaster's profit and loss statements at the client- and venue-level "are maintained separately from the event-level financials," but given that they both come from the BPC database, we remain unclear why aggregations at the account-level should not match.**

The financial figures in LNE-LIT24-DAT-000078 are recorded as of the event date, whereas the financial figures in LNE-LIT24-DAT-000040 to LNE-LIT24-DAT-000057 are recorded as of the transaction date. Otherwise, Live Nation refers Plaintiffs to section 6(b)(ii) of its April 18, 2025 letter re "Plaintiffs' Requests for Production for Data in *United States, et al. v. Live Nation, et al.* (1:24-cv-3973)."

   b. **Please explain why the account category "520100 – Credit Card Charges" shows up in DAT-57, but not DAT-78. Given that "520100-Credit Card Charges" does not show up in -78, please explain how it is possible to identify the portion of the credit card fee retained by Ticketmaster and the portion remitted to the credit card company in these data.**

It is not possible to identify the portion of the credit card fees retained by Ticketmaster and the portion remitted to the credit card company in LNE-LIT24-DAT-000078 because the information is not maintained at the event-level in the ordinary course.

2) **To the extent not answered in our specific questions about -78,-80, -89, -93 and -94 below, please explain (i) the extent to which the universe of events and transactions included in these datasets differ and how to generate for each event the total number of tickets sold, the total face value paid by consumers, the total fees paid by consumers across each dataset, the total amount of revenue Ticketmaster retains (if applicable), separately by distribution channel and product type, for all Countries listed in RFP.**

Live Nation objects to this question to the extent it calls for a calculation Live Nation does not make in the ordinary course, is unduly burdensome, and requires expert judgment calls.

June 18, 2025
Page 9

**LATHAM&WATKINS**LLP

h.  **For LIT24-DAT-000100, please define "base_tkt_type_id" and provide an explanation for each entry.**

Live Nation objects to this questions to the extent it calls for information Live Nation does not maintain in the ordinary course and is unduly burdensome to assemble. Notwithstanding these objections, Live Nation responds that there are over 70 distinct values for this field in the data, and Live Nation does not maintain an index for the values for this field in the ordinary course. Live Nation is willing to provide an explanation for the distinct values for this field that most frequently appear in the data in its next response.

Sincerely,

*/s/ Kelly S. Fayne*

Kelly S. Fayne
of LATHAM & WATKINS LLP