# EXHIBIT 4

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM&WATKINS LLP

April 18, 2025

**CONFIDENTIAL**
**VIA EMAIL**

Jennifer Roualet
U.S. Department of Justice
Antitrust Division
Liberty Square Building
450 5th Street, N.W.
Washington, DC 20530

> Re:    Plaintiffs' Requests for Production for Data in *United States, et al. v. Live Nation, et al.* (1:24-cv-3973)

Jennie,

On behalf of Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Live Nation"), we write in response to Exhibit 1 and Exhibit A of your January 21, 2025 and March 25, 2025 letters regarding Plaintiffs' Requests for Production for Data ("Plaintiffs' Letters"). This letter supplements the responses provided in Live Nation's letters dated February 28, 2025 and March 11, 2025. As previously discussed, Live Nation is providing this information solely to assist Plaintiffs in their review of Live Nation's productions. Nothing in this letter is intended to be, nor should be construed as, a definitive representation regarding the existence, quality, completeness, or significance of the data. This information merely reflects Live Nation's understanding of the datafiles as of this date. Moreover, Live Nation provides this information without waiving any rights or its position that such descriptive information is not required to be provided by Live Nation under the applicable rules, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence. This includes but is not limited to reserving the right to object to any question to the extent it implicates judgment calls to be made by an expert witness.

LATHAM&WATKINS LLP

**Answers to Questions Raised in Exhibit 1 and Exhibit A of Plaintiffs' Letters**

**6)  For LNE-LIT24-DAT000024 [superseded by LNE-LIT24-DAT-000078]:**

    **b.  Please confirm:**

        **ii.  That this dataset is the source for the event-specific aggregated venue and client-level P&L data previously produced by Live Nation.**

The data in LNE-LIT24-DAT-000078 and LNE-LIT24-DAT-000196 to LNE-LIT24-DAT-000199 come from the SAP Business Planning and Consolidation (BPC) system, but neither dataset is the source of the other.  LNE-LIT24-DAT-000078 contains revenues and costs at the event-level for events for which Ticketmaster was the ticketer.  LNE-LIT24-DAT-000196 to LNE-LIT24-DAT-000199 are Ticketmaster's profit and loss statements at the client- and venue-level and are maintained separately from the event-level financials.

        **iii.  That this dataset only contains payments from fans to Live Nation. If this is not the case, please indicate which payments are flows between different parties.**

Live Nation sought clarification about Plaintiffs' questions on the meaning of "payments from fans" and "different parties" in its March 11, 2025 letter.  In their March 25, 2025 letter, Plaintiffs provided the following clarification:

        **a.  Please confirm that this dataset only contains payments from end-users (i.e. ticket purchasers) to Live Nation.  For example, does this dataset include payments to other entities, such as venues or credit card companies or artists?  E.g. does "Cr Card Inside Chrg?" indicate a payment to a credit card company or does or "Rebate Exp-Platinum" indicate a payment to or from a venue or artist?**

LNE-LIT24-DAT-000078 contains payments to and from clients, venues, and promoters.  It also contains revenues received by Live Nation from end-users, either directly or indirectly through credit card companies and financial vendors.  Live Nation provided information on the "Cr Card Inside Chrg" and "Rebate Exp-Platinum" fields in its February 28, 2025 letter to Plaintiffs.

April 18, 2025
Page 3

**LATHAM&WATKINS**LLP

      c. **Please explain:**

            iv. **Why several of the categories included in "glacct_saknr_id_desc" do not appear in LNE-LIT24-DAT-000018-21 (e.g., 421081-Parking Revenues, 489005 Upsell Revenues)?**

All accounts in LNE-LIT24-DAT-000078 appear in LNE-LIT24-DAT-000196 to LNE-LIT24-DAT-000199. While account names occasionally differ, account numbers consistently identify the same accounts across these datafiles.

            vi. **How to calculate the total amount of fees that Ticketmaster keeps for each event?**

Live Nation objects to this question to the extent it calls for a calculation Live Nation does not make in the ordinary course.

            vii. **How to calculate the total (non-facility) fees for each event?**

Live Nation objects to this question to the extent it calls for a calculation Live Nation does not make in the ordinary course.

            ix. **Why there are different profit centers associated with the same event or same client?**

Please refer to Live Nation's response to Plaintiffs' question 6(c)(x) below.

            x. **The relationship between profit_center_level4, profit_center_profit_center, and event_profit_center.**

Live Nation sought clarification on Plaintiffs' question about these fields in its March 11, 2025 letter. In their March 25, 2025 letter, Plaintiffs provided the following clarification:

            a. **Please explain what each "profit_center" variable ("profit_center_level4," "profit_center_profit_center," and "event_profit_center") represents, and if they are more disaggregated or aggregated versions of each other.**

            b. **Please explain if these variables indicate to which business center each event's profits accrue to.**

Profit center variables contain venue, client, and/or segment identifiers. The "profit_center_level4" field contains text values that indicate various venue segments (*e.g.,* "NA_REGION," "US_ARTS," and "US_CEAST"). The "event_profit_center" field contains a venue identifier that corresponds to the venue identifier in the aggregated venue profit and loss

LATHAM&WATKINS LLP

files. The "profit_center_profit_center" field is equivalent to the "event_profit_center" field and contains leading zeroes to make it a 10-digit identifier.

**8) For LNE-LIT24-DAT000026 [superseded by LNE-LIT24-DAT-000080]:**

   **b. Please explain:**

   **vii. Why there are many events (36%, or roughly 1.1M out of 3.1M observations) that do not seem to have any tickets sold, across all ticket variables beginning with the prefix "net_sold."**

   **1. For example, the "Bruce Springsteen Experience Live in Concert," held on 7/2/2022, with event code E1W0207.**

"Net_sold" is zero for events where there are no ticket sales. This field may reflect refunds, cancellations, and non-ticketing upsells such as parking, merchandise, or gift cards.

**9) For LNE-LIT24-DAT000027 [superseded by LNE-LIT24-DAT-000081]:**

   **b. Please explain:**

   **iv. The relationship between buyer_patron_id, buyer_memberdb_cust_id, and buyer_tnow_cust_id.**

Live Nation sought clarification on Plaintiffs' questions about these fields in its March 11, 2025 letter. In their March 25, 2025 letter, Plaintiffs provided the following clarification:

   **a. Please define each of the following variables, and explain the difference between them: "buyer_patron_id," "buyer_memberdb_cust_id," and "buyer_tnow_cust_id."**

These three fields contain buyer identifiers. The "buyer_patron_id" and "buyer_tnow_cust_id" fields are buyer identifiers linked to a customer's email address for sales on Ticketmaster's Host platform and TNow platform, respectively. The "buyer_memberdb_cust_id" field is a buyer identifier that accounts for variation in email addresses using other buyer information such as names and phone numbers.

   **v. The relationship between seller_patron_id, seller_memberdb_cust_id, seller_tnow_cust_id, and seller_tm_acct_manager_id.**

Live Nation sought clarification on Plaintiffs' questions about these fields in its March 11, 2025 letter. In their March 25, 2025 letter, Plaintiffs provided the following clarification:

**LATHAM&WATKINS**LLP

      **a. Please define each of the following variables, and explain the difference between them: "seller_patron_id," "seller_memberdb_cust_id," "seller_tnow_cust_id," and "seller_tm_acct_manager_id."**

All four fields contain seller identifiers. The "seller_patron_id" and "seller_tnow_cust_id" fields are seller identifiers linked to a customer's email address for sales on Ticketmaster's Host platform and TNow platform, respectively. The "seller_memberdb_cust_id" field is a seller identifier that accounts for variation in email addresses using other seller information such as names and phone numbers. The "seller_tm_acct_manager_id" field is a seller identifier for seat owners who have tickets to any event at the venue through their seat ownership.

      **viii.    The relationship between total_primary_face_value_amt and tot_prmry_face_val_amt.**

Live Nation sought clarification on Plaintiffs' questions about these fields in its March 11, 2025 letter. In their March 25, 2025 letter, Plaintiffs provided the following clarification:

      **a. Please define each of the following variables, and explain the difference between: "total_primary_face_value_amt" and "tot_prmry_face_val_amt."**

Live Nation is not aware of the "tot_prmry_face_val_amt" field being used in the ordinary course. The "total_primary_face_value_amt" field reports the initial face value of primary tickets.

      **ix.    The relationship between total_last_purchase_amount and tot_last_purch_am.**

Live Nation sought clarification on Plaintiffs' questions about these fields its March 11, 2025 letter. In their March 25, 2025 letter, Plaintiffs provided the following clarification:

      **a. Please define each of the following variables, and explain the difference between: "total_last_purchase_amount" and "tot_last_purch_am."**

Live Nation is not aware of the "tot_last_purch_am" field being used in the ordinary course. The "total_last_purchase_amount" field reports the price of the ticket that was purchased in the immediately preceding transaction relative to the "buyer_purchased_amt" field.

      **xii.    How to ascertain from the data if a ticket has been resold multiple times?**

Live Nation objects to this question to the extent it calls for a calculation Live Nation does not report in the ordinary course. Subject to this objection, Live Nation responds that LNE-LIT24-

**LATHAM&WATKINS** LLP

DAT-000098 contains identifying information for tickets sold using TM+, including the "event_id," "section," "rownum," and "seatnumber" fields.

> **xiii.    What it means to have a delivery provider that is not Ticketmaster?**

Live Nation sought clarification about Plaintiffs' question in its March 11, 2025 letter.  In their March 25, 2025 letter, Plaintiffs provided the following clarification.

> > **a.    What does it mean when "dlvry_provider_nm" shows the name of an entity that is not Ticketmaster (e.g., "MLB BallPark", "Flash Seats/AXS", "Seat Geek")?  Were the tickets sold by an entity other than Ticketmaster?  If the delivery provider is missing, does that mean Ticketmaster was the delivery provider?  If not, why not?**

Live Nation is not aware of this field being used in the ordinary course.

> **c.    Please confirm:**

> > **i.    That the sales tax variables are included in the overall purchase amount variables.**

Confirmed.

Sincerely,

*/s/ Kelly S. Fayne*

Kelly S. Fayne
of LATHAM & WATKINS LLP