# EXHIBIT 5

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

March 11, 2025

**CONFIDENTIAL**
**VIA EMAIL**

Jennifer Roualet
U.S. Department of Justice
Antitrust Division
Liberty Square Building
450 5th Street, N.W.
Washington, DC 20530

Re:    Plaintiffs' Requests for Production for Data in *United States, et al. v. Live Nation, et al.* (1:24-cv-3973)

Jennie,

On behalf of Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Live Nation"), we write in response to Exhibit 1 of your January 21, 2025 letter regarding Plaintiffs' Requests for Production for Data ("Plaintiffs' Letter").  This letter supplements the responses provided in Live Nation's letter dated February 28, 2025.  As previously discussed, Live Nation is providing this information solely to assist Plaintiffs in their review of Live Nation's productions. Nothing in this letter is intended to be, nor should be construed as, a definitive representation regarding the existence, quality, completeness, or significance of the data.  This information merely reflects Live Nation's understanding of the datafiles as of this date.  Moreover, Live Nation provides this information without waiving any rights or its position that such descriptive information is not required to be provided by Live Nation under the applicable rules, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence.  This includes but is not limited to reserving the right to object to any question to the extent it implicates judgment calls to be made by the expert witnesses.

### Answers to Questions Raised in Exhibit 1 of Plaintiffs' Letter

6) **For LNE-LIT24-DAT000024:**

   a. **Please provide a description of the following fields and, when applicable, the values those fields take:**

      i. **Glacct_txt20_short_description**

This field contains the text description portion of the general ledger account listed in "glacct_saknr_id_desc."

**March 11, 2025**
**Page 2**

LATHAM&WATKINS LLP

    **ii.  Non package tickets**

This field contains the total number of tickets sold, excluding VIP and Platinum tickets.

    **iii.  Non package dollars**

This field contains the total dollars sold, excluding VIP and Platinum dollars.

    **iv.  Event_ods_promoter_id1**

This field contains a numeric ID for each event's primary promoter.

    **v.  Event_ods_promoter_id2**

This field contains a numeric ID for each event's secondary promoter.

    **vi.  Fvff group**

This field indicates whether the general ledger accounts listed in "glacct_saknr_id_desc" report a "Face Value" or "Facility Fee."  When "glacct_saknr_id_desc" does not report a "Face Value" or "Facility Fee," the "fvff_group" field takes the value "Unknown."

    **vii.  Fvff assignment**

This field is functionally equivalent to "Fvff group."

    **viii.  Product name**

This field identifies the ticketing product associated with the data row.

    **ix.  Venue system id**

This field identifies the host data system on which an event is recorded.

    **x.  Profit center**

There are at least three fields that have "profit center" in their name.  Please clarify this question to explain which field this question references.

March 11, 2025
Page 3

LATHAM&WATKINS LLP

**b. Please confirm:**

**ii. That this dataset is the source for the event-specific aggregated venue and client-level P&L data previously produced by Live Nation.**

Live Nation is continuing to investigate this question and will supplement its response as soon as possible.

**iii. That this dataset only contains payments from fans to Live Nation. If this is not the case, please indicate which payments are flows between different parties.**

Live Nation is unsure what Plaintiffs mean by "payments from fans" and "different parties," and for that reason is unable to answer this question as drafted.

**c. Please explain:**

**i. The level of observation for this dataset. Why are there are some observations that are duplicates on all variables?**

**1. For example, the event held on 3/23/2023 with act "SONREAL" in London, Ontario, with product name "Artist services – VIP (New Offer –63).**

Each observation is unique when considering the following variables: "event_vax_event_id_which_is_unquie," "client_id," "event_event_performance_date," "product_name," "channelgroupdesc," "profit_center_profit_center," "venue_system_id," "glacct_saknr_id_desc," "fvff_assignment," and "fiscal_period." There are no duplicate observations across all of these variables.

**iv. Why several of the categories included in "glacct_saknr_id_desc" do not appear in LNE-LIT24-DAT-000018-21 (e.g., 421081-Parking Revenues, 489005 Upsell Revenues)?**

Live Nation is continuing to investigate this question and will supplement its response as soon as possible.

**vi. How to calculate the total amount of fees that Ticketmaster keeps for each event?**

Live Nation is continuing to investigate this question and will supplement its response as soon as possible.

March 11, 2025
Page 4

**LATHAM&WATKINS**LLP

> **vii. How to calculate the total (non-facility) fees for each event?**

Live Nation is continuing to investigate this question and will supplement its response as soon as possible.

> **ix. Why there are profit centers associated with the same event or same client?**

Live Nation is continuing to investigate this question and will supplement its response as soon as possible.

> **xi. How to calculate the number of tickets sold for each product type, through each channel and the total number of tickets sold overall, for a single event?**

Live Nation objects to this question to the extent it calls for judgments to be made by an expert witness. Subject to this objection, Live Nation responds that the sum of "plttickets," "viptickets," and "nonpackagedtickets" reports the total tickets sold (including refunds). The sum of "plttickets" over the "channelgroupdesc," and/or "event_vax_event_id_which_is_unquie" fields reports the total Platinum tickets sold (including refunds) by channel and/or event. The sum of "viptickets" over "channelgroupdesc," and/or "event_vax_event_id_which_is_unquie" fields reports the total VIP tickets sold (including refunds) by channel and/or event. The sum of "nonpackagedtickets" over "channelgroupdesc" and/or "event_vax_event_id_which_is_unquie" fields reports the total non-packaged (non-VIP and non-Platinum) tickets sold (including refunds) by channel and/or event.

> **xiii. The relationship between events_ods_promoter_id1 and events_ods_promoter_id2.**

Please refer to Live Nation's responses to questions 6(a)(iv)–(v) above.

> **xiv. Why the variable totaltickets is frequently missing? Specifically, totaltickets is missing for 83.6% of observations (roughly 48.5 million out of 58M observations). In contrast, totaldollars is never missing.**

Live Nation incorporates its response to this question contained in its February 28, 2025 letter. The "totaltickets" field present in the ordinary course data erroneously double-counts the tickets from the sales of VIP and Platinum tickets. To correct this double counting, sum "viptickets," "plttickets," and "nonpackagetickets." Then, perform the calculation outlined in Live Nation's February 28, 2025 letter.

LATHAM&WATKINS LLP

> **xv. The relationship between totaldollars, ticketdollars, servicechargedollars, vipdollars_internet, vipdollars_outlet, vipdollars_phone, platinumdollars_internet, platinumdollars_outlet, platinumdollars_phone, vipdollars, pltdollars, nonpackagedollars.**

The field "totaldollars" equals the sum of "vipdollars," "pltdollars," and "nonpackagedollars." The field "servicechargedollars" is separate, does not roll up to any other columns, and is not used in the ordinary course to Live Nation's awareness. The sum of the "internet," "outlet," and "phone" dollars fields equals the total within each category of "vipdollars," "pltdollars," and "nonpackagedollars."

> **xvii. Why for approximately 8% of entries, product name is unknown?**

The product name field is in some cases populated via manual entry. The product name is unknown if it was not reported in these manual entries.

> **7) For LNE-LIT24-DAT000025:**

> > **a. Please provide a description of the following fields and, when applicable, the values those fields take, as well as what point in time these variables are measured:**

> > > **i. Lnoo_venue_flg**

This field indicates whether the venue associated with an event is owned and operated by Live Nation. This field has known inaccuracies and Live Nation is unaware of it being used for accounting or financial settlement purposes in the ordinary course.

> > > **ii. Fin_ln_defferred_event_flg**

This field indicates whether Live Nation promoted an event. This field has known inaccuracies and Live Nation is unaware of it being used for accounting or financial settlement purposes in the ordinary course.

> > > **iii. Ln flag**

This field indicates whether Live Nation promoted an event. This field has known inaccuracies and Live Nation is unaware of it being used for accounting or financial settlement purposes in the ordinary course.

**LATHAM&WATKINS**LLP

8) **For LNE-LIT24-DAT000026:**

   b. **Please explain:**

      i. **Why there are 137,000 events that have an event year of 9000?**

These are invalid events. The data associated with these events do not correspond to actual sales.

      ii. **Why there are roughly 49,500 events that have a "minor_cat_nm" of "test event?" Should these events not be counted when attempting to aggregate to get a yearly ticket count?**

These entries are test events that are used to test the data infrastructure. The data associated with these events are arbitrary and do not correspond to actual sales.

      vii. **Why there are many events (36%, or roughly 1.1M out of 3.1M observations) that do not seem to have any tickets sold, across all ticket variables beginning with the prefix "net_sold."**

         1. **For example, the "Bruce Springsteen Experience Live in Concert," held on 7/2/2022, with event code E1W0207.**

Live Nation is continuing to investigate this question and will supplement its response as soon as possible.

      viii. **How to find the total amount fees levied on the consumer for an event?**

Live Nation is unaware of the financial information contained in this table being used in the ordinary course.

      ix. **If facility fee amounts are included in the face value amount.**

No.

LATHAM&WATKINS LLP

9) **For LNE-LIT24-DAT000027:**

    a. **Please provide a description of the following fields and, when applicable, the values those fields take:**

        i. **Compliance_sharing_cd**

Live Nation is not aware of this field being used in the ordinary course.

    b. **Please explain:**

        i. **How to interpret an observation with no seller_patron_id? Who is the seller in this case?**

These observations are associated with transactions where the seller is unknown to Ticketmaster. This can occur for several reasons, including that Ticketmaster was not the primary ticketer or that Ticketmaster did not receive the seller information.

        ii. **How to interpret an observation with a seller_patron_id of (-1)? Who is the seller in this case?**

These observations are functionally equivalent to the observations with no "seller_patron_id."

        iii. **How to interpret an observation with no buyer_patron_id? Who is the buyer in this case?**

These observations are associated with transactions where the buyer is unknown to Ticketmaster. This can occur for several reasons, including because Ticketmaster was not the primary ticketer or because Ticketmaster did not receive the buyer's information.

        vi. **Why there are 646,000 (~0.7%) observations with no event id?**

The "event id" is not always populated for events where Ticketmaster was not the primary ticketer.

        x. **How to calculate gtv_amt?**

The field "gtv_amt" equals the sum of "seller_payout_amt," "seller_fee_amt," "markup_amt," "buyer_fee_amt," "delivery_fee_amt," "process_fee_amt," "other_amt," "discount_amt," and "total_tax_amt."

March 11, 2025
Page 8

**LATHAM&WATKINS** LLP

> xi. **The differences between the categories of fields that start with the following prefixes, as well as a definition of each category and why they are all missing: omn_ and ga_.**

Live Nation is not aware of these fields being used in the ordinary course.

> xii. **How to ascertain from the data if a ticket has been resold multiple times?**

Live Nation is continuing to investigate this question and will supplement its response as soon as possible.

> xiii. **What it means to have a delivery provider that is not Ticketmaster?**

Live Nation is unsure which field Plaintiffs are referring to and is therefore unable to answer this question as drafted.

> c. **Please confirm:**

> > i. **That the sales tax variables are included in the overall purchase amount variables.**

Live Nation is continuing to investigate this question and will supplement its response as soon as possible.

10) **For LNE-LIT24-DAT000029:**

> a. **Please provide a description of the following fields and, when applicable, the values those fields take:**

> > i. **tnow_production_id**

This field contains an event identifier for TNow events.

> > ii. **primary_atrcn_id**

This field contains an identifier for the primary artist or performer of an event.

> > iii. **secondary_atrcn_id**

This field contains an identifier for the secondary artist or performer of an event.

**LATHAM&WATKINS** LLP

#### iv.  event_status_nm

This field contains an indicator that determines the status of an event, including whether it is on sale, on hold, played, or cancelled.

#### v.  public_onsale_end_dttm

This field reports the date for which tickets were no longer on sale to the public.

#### vi.  promoter_nm

This field contains the name of the promoter for an event.

b.  **Please explain:**

i.  **Whether the field 'public_onsale_start_dttm' represents the start date and time for the onsale of a given live event and if so, why most observations feature a start onsale date of 1900-01-01.**

The field indicates the start date and time for the on-sale of a given live event.  The value 1900-01-01 is entered when the date is unknown and not recorded in the system.

11) **For LNE-LIT24-DAT-000030:**

a.  **Please provide a description of the following fields and, when applicable, the values those fields take:**

i.  **venue_id_src_cd**

This field contains a venue identifier for third-party ticketed events.

ii.  **tnow_venue_id**

This field contains a venue identifier for TNow venues.

iii.  **venue_id**

This field contains a venue identifier that is not specific to TNow venues or third-party ticketed events.

**LATHAM&WATKINS** LLP

12) **For LNE-LIT24-DAT000031:**

    a. **Please provide a description of the following fields and, when applicable, the values those fields take:**

        i. **Dateadd**

Live Nation is not aware of this field being used in the ordinary course.

        ii. **tm_artist_id**

Live Nation is not aware of this field being used in the ordinary course.

        iii. **Eventtypeid**

Live Nation is not aware of this field being used in the ordinary course.

        iv. **Categoryid**

Live Nation is not aware of this field being used in the ordinary course.

        v. **amg_pid**

Live Nation is not aware of this field being used in the ordinary course.

14) **For LNE-LIT24-DAT-000033:**

    a. **Please provide a description of the following fields and, when applicable, the values those fields take:**

        i. **Productionid**

Live Nation is not aware of this field being used in the ordinary course.

        ii. **Redirect**

Live Nation is not aware of this field being used in the ordinary course.

        iii. **Opponent**

Live Nation is not aware of this field being used in the ordinary course.

LATHAM&WATKINS LLP

### iv. Manifestid

Live Nation is not aware of this field being used in the ordinary course.

### v. Lmtfilteroffset

Live Nation is not aware of this field being used in the ordinary course.

**b. Please explain under what circumstances would an event have an empty ("NA") entry for manifestid.**

Live Nation is not aware of this field being used in the ordinary course.

**15) For LNE-LIT24-DAT-000034:**

**a. Please provide a description of the following fields and, when applicable, the values those fields take:**

### i. Node

Live Nation is not aware of this field being used in the ordinary course.

### ii. Nodeid

Live Nation is not aware of this field being used in the ordinary course.

**16) For LNE-LIT24-DAT000035:**

**b. Please explain:**

**iii. Why there is variation in service charge and face value amount for the same value of ticket types and price level.**

Live Nation objects to this question to the extent it calls for judgments to be made by an expert witness. Subject to this objection, Live Nation notes that tickets can be sold to customers at different prices.

**v. If the service charge amount includes the service tax amount.**

No.

March 11, 2025
Page 12

**LATHAM**&**WATKINS**LLP

> **vi. If this data includes primary tickets and secondary tickets, and if so, how to identify secondary sales.**

LNE-LIT24-DAT000035 only contains data for primary ticket sales.

Sincerely,

*/s/ Kelly S. Fayne*

Kelly S. Fayne
of LATHAM & WATKINS LLP