# EXHIBIT 6

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

**LATHAM&WATKINS**LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

December 15, 2023

**VIA EMAIL**
**SUBJECT TO CONFIDENTIALITY STATUTES**

Robert Vance, Esq.
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530

Re:     CID No. 31186 to Live Nation Entertainment ("LNE")

Dear Bobby,

I write in response to your November 30, 2023 letter containing follow-up questions and requests relating to LNE's responses to Specifications 2, 16, and 17 of CID No. 31186.  A number of these new requests require extensive investigation and additional data pulls.  The complexity of the requests along with year-end business obligations mean that it is not possible to respond to all of your requests by December 14.  We have provided responses to as many as possible below and will provide any additional information as soon as possible and on a rolling basis.  Please note also that LNE is closed from December 18 through January 1 and so it is likely that responses requiring business input may not be available until the new year.  We are grateful for your cooperation and understanding.

**Specification 2 – LNE22-000063196 and LNE22-000063197**

**1.b.  Please explain why the field "sf_event_id" in LNE22-000063196 and LNE22-000063197 (Column A) and the field "event_id" in the Specification 16 data (Column A) do not always match. There are 28,794 events in LNE22-000063196 and LNE22-000063197; there are 27,405 events in the Specification 16 data. The fields "sf_event_id" and "event_id" match for 25,186 observations. For 3,355 of the observations that do not match, the field "deal_status_with_pending_likely" (Column F) is listed as "Cancelled"; for the other 253 unmatched events, the entry is "Confirmed."**

The set of observations in LNE22-000063196 and LNE22-000063197 do not fully match the set of observations in the Specification 16 data for several reasons.  First, the 3,355 events referenced above are included in LNE22-000063196 and LNE22-000063197 but not in the Specification 16 data because LNE22-000063196 and LNE22-000063197 include canceled events.

**LATHAM&WATKINS** LLP

Second, the "253 unmatched events" referenced above are included in LNE22-000063196 and LNE22-000063197 but not in the Specification 16 data due to changes in event information between the time the data was pulled for each request, or in response to your subsequent request for information available in ROME for events promoted by LNE subsidiaries.

**1.c.    Do the fields "combined_service_charge_rebate_revenue" (Column AL) and "combined_facility_maintenance_fee" (Column AM) in LNE22-000063196 and LNE22-000063197 correspond to the fields "ancillary_service_charge_rebate" (Column AD) and "ancillary_facility_maintenance_fee" (Column AE) in the Specification 16 data, respectively?**

Yes.

**1.d.  If yes, please explain why there are differences in values. For example, of the 25,186 observations where "event_id" and "sf_event_id" match, 820 events have differing values of "combined_service_charge_rebate_revenue"  and  "ancillary_service_charge_rebate_ revenue."**

Live Nation's internal systems are updated periodically to reflect the most up-to-date financial information.[1]  Generally, Live Nation is more likely to update financial information for more recent events.  The majority of the 820 identified events played off in the fourth quarter of 2022.  For these events, financial information such as service charge rebate revenue has likely been adjusted within Live Nation's internal database between the time that the Specification 16 data and LNE22-000063196 and LNE22-000063197 were pulled.

### Specification 2 – LNE22-000148678 and LNE22-000148679

**3.b.  Please explain whether there is a way to tell from the data included in LNE22-000148678 and LNE22-000148679 what portion of revenue and fees is kept by Ticketmaster.**

The portion of fee revenue that Ticketmaster retains after royalties paid to clients may generally be determined by subtracting the sum of "TotVarRoyalties - Total Variable Royalties" field and the "TotFixedRoyalties - Total Fixed Royalties" field from the "TotalCnP - Total Convenience and Processing" field.

**3.c.  Does the field "TicketsSld - Tickets Sold" (Row 4) in LNE22-000148678 correspond to the field "primary tickets sold" (Column G) in the Specification 17.a. data for any given client (assuming the client has a single venue)? If not, please explain the reasons for any differences in the reported tickets sold.**

The field "TicketsSld - Tickets Sold" in LNE22-000148678 is comparable to the field "primary tickets sold" in Exhibit 17.a., but may not always be an exact match.  For instance, ticket sale values may not align between LNE22-000148678 and Exhibit 17.a. due to differences in how

---

[1] For example, Live Nation might occasionally update financial information to "correct for accounting errors." *See* July 14, 2023 Letter from K. Fayne to R. Vance.

SUBJECT TO CONFIDENTIALITY STATUTES

LATHAM&WATKINS LLP

Ticketmaster tracks the date associated with an event (i.e., date of sale vs. date of associated event) in the two datasets. For example, an event held in January 2022 may have some ticket sales in 2021. Exhibit 17.a. would count these sales towards the 2022 total sales, while LNE22-000148678 would count them towards the 2021 total sales.

**3.g. When comparing the fields in LNE-000148678 to the Specification 17 data, we observed differences in the aggregated yearly totals both by the client level and overall. For instance, the annual totals of "FVFF - Face Value and Facility Fees" (Row 6) in LNE-000148678 and the sum of "face_value" (Column H) and "facility_fee" (Column I) from Exhibit 17.a do not match precisely. Similarly, the total number of annual tickets does not match. Please explain what accounts for the differences between these two files.**

The field "FVFF - Face Value and Facility Fees" in LNE22-000148678 is comparable to the sum of "face_value" and "facility_fee" fields in Exhibit 17.a, but may not always be an exact match for a number of reasons. For instance, ticket sale values may not align between LNE22-000148678 and Exhibit 17.a. due to differences in how Ticketmaster tracks the date associated with an event (i.e., date of sale vs. date of associated event) in the two datasets as described above. Furthermore, the client-level data reported in LNE22-000148678 includes data associated with all of a client's venues whereas the Specification 17 data is limited to venues with a capacity of 2,000 or more.

## Specifications 16 and 17

**4.a. Live Nation represented that it "does not merge the data provided in Exhibits 16 and 17 in the ordinary course," but that it "is exploring whether and to what extent it is possible to merge the datasets and will supplement its response accordingly. Please provide an update on Live Nation's investigation, including an explanation of how the data can be merged.**

LNE does not merge the data provided in Exhibits 16 and 17 in the ordinary course and upon extensive investigation, we have not determined any way to do so reliably.

**4.b.i. Live Nation represented that the "number_of_tickets_sold" field in the Specification 16 data (Column R) reports "the number of primary tickets sold as recorded in Live Nation's ticketing system." Did Live Nation use the same ticketing system to generate the data in the "number_of_tickets_sold" field as it did to create its response to Specification 17? Please explain the system(s) that Live Nation used.**

LNE's response to Specification 17 was prepared using data extracts from Ticketmaster's ticketing data repository in Teradata/Databricks. Each of LNE's ticketing systems (e.g., Host, Front Gate) records data associated with that ticketing platform. The data are then warehoused in Teradata/Databricks.

The "number_of_tickets_sold" field in LNE's response to Specification 16 came from ROME. Live Nation receives ticketing data from Ticketmaster (as well as other ticketers) associated with events promoted by Live Nation. Live Nation imports this data into ROME. When relevant for a particular event, Live Nation supplements the ticketing data that it receives from the

SUBJECT TO CONFIDENTIALITY STATUTES

**LATHAM&WATKINS** LLP

ticketer with additional data that it receives, if any, such as from the venue.  This additional information is also reflected in fields such as "number_of_tickets_sold."

**4.b.ii.   In Exhibit 17.a, is the field "face_value" (Column H) comparable to the fields "dollars_sold" (Column S), "premium_dollars_sold" (Column T), or any other fields or combination of fields in Exhibit 16.a for any given event that Live Nation both ticketed and promoted?**

The field "face_value" in Exhibit 17.a. is comparable to the sum of the fields "dollars_sold" and "premium_dollars_sold" in Exhibit 16.a.  Note that ticket sales values may not always align between Exhibits 16 and 17 due to differences in how Live Nation and Ticketmaster track the date associated with an event as explained above, and because Live Nation may record information about all ticket sales in the fields "dollars_sold" and "premium_dollars_sold", including sales through the venue's box office or other channels that do not generate revenue for Ticketmaster.

**4.d.   With respect to the Specification 17 data productions, please specify if sales tax is included in any fields, and if so, which fields.**

The sales tax on primary ticket sales, if any, is not reported separately in Exhibit 17.b. and is generally included in "face_value" or "service_charge" fields.  The "tax_amt" field in Exhibit 17.c. reports the total dollar amount of taxes collected from purchasers of secondary tickets, including sales tax.

*     *     *

This letter contains LNE confidential commercial information.  LNE customarily and actually treats the information contained in this letter as private, and expects that the Division will accord it protection against disclosure to the full extent available under all applicable statutes, regulations, and rules, including but not limited to the Antitrust Civil Process Act, and the Departmental regulations regarding public disclosure of confidential information (28 C.F.R. §16.7).

Sincerely,

*/s/ Kelly S. Fayne*

Kelly S. Fayne
of LATHAM & WATKINS LLP