# EXHIBIT 7

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

May 10, 2023

**VIA EMAIL**
**SUBJECT TO 15 U.S.C. § 1311 ET SEQ.**

Robert Vance, Esq.
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20001

     Re:  CID No. 31186 to Live Nation Entertainment ("Live Nation")

Dear Bobby,

  I write in response to your March 27, 2023 email containing follow-up questions and requests relating to Live Nation's response to Specification 17 of CID No. 31186.

### SPECIFICATIONS 16 & 17

**1. Is it possible to merge the datasets from Exhibit 16 and Exhibit 17, e.g., a merge of Exhibits 16.a and 17.a? If so, by which specific column(s) should the two datasets be joined?**

  Live Nation does not merge the data provided in Exhibits 16 and 17 in the ordinary course.  Live Nation is exploring whether and to what extent it is possible to merge the datasets and will supplement its response accordingly.

### SPECIFICATION 17

**2. Is it possible to merge the primary ticketing datasets (17.a. and 17.b.) with the secondary ticketing datasets (17.c. and 17.d.)? If so, by which specific column(s) should the two datasets be joined?**

  The primary ticketing datasets (Exhibits 17.a. and 17.b.) can be merged with the secondary ticketing datasets (Exhibits 17.c. and 17.d.) using the *event_id* field to the extent that Ticketmaster provided both primary ticketing services and secondary ticketing services for the same event.

LATHAM&WATKINS LLP

## EXHIBIT 17.A. (PRIMARY TICKETING)

**3. Please explain how the total dollar amount associated with the face value of all primary tickets sold for each event can be calculated from the fields in Exhibit 17.a.**

The *face_value_fac_fee* field represents the total dollar amount associated with the face value and facility fees of all primary tickets sold for a given event as it is maintained in the ordinary course. Ticketmaster collects face values and facility fees, but does not retain these amounts. Generally, Ticketmaster transfers the face values collected to the venue and promoter, while facility fees are passed through entirely to the venue. In order to facilitate the Divisions' use of these data, Live Nation is working on separating the total dollar amount associated with the face values from the facility fees charged for a given event. Live Nation anticipates providing this additional information to the extent available in a revised Exhibit 17.a. and will supplement its response accordingly.

**4. Please explain how the total dollar amount associated with the fees of all primary tickets sold for each event can be calculated from the fields in Exhibit 17.a.**

The total dollar amount associated with the fees of all primary tickets sold for each event can be calculated as the sum of *service_charge*, *delivery_fee*, *order_processing_fee*, and the facility fee (which is included currently in the field *face_value_fac_fee* consistent with how these data are maintained in the ordinary course). In order to facilitate the Divisions' use of these data, Live Nation anticipates providing facility fee as a separate additional field to the extent available in a revised Exhibit 17.a. and will supplement its response accordingly.

**5. Your March 11 letter states, in footnotes 11-15, that Ticketmaster generally keeps only a portion of various primary ticket fees it collects and that the remainder of these fees are generally passed through to the venue and/or promoter. We would like to know, for each event in Exhibits 17.a, the total amount of each type of primary ticket fees collected by Ticketmaster that is retained by Ticketmaster. Please supplement Exhibit 17.a with the following additional columns for each event:**

   **i. a column for each category of primary ticket fees that shows the net amount of primary ticket fees kept by Ticketmaster, i.e., Ticketmaster's revenues from primary ticket fees that is not passed onto promoters or venues; and**

   **ii. a column showing the total net amount of all primary ticket fees retained by Ticketmaster.**

Ticketmaster does not track information about the net amount of primary ticket fees kept by Ticketmaster at the event level in the ordinary course.

**6. Please clarify the definition of Column L, "other_revenue." Footnote 15 of your March 11 letter states that "These amounts are built into the face_value_fac_fee." What else, if anything, is included in "face_value_fac_fee" that is not included in "other_revenue"?**

The *other_revenue* field represents revenue that is deducted from face value and that accrues to Ticketmaster (*e.g.*, Ticketmaster's fees on certain Platinum or VIP tickets are reported

LATHAM&WATKINS LLP

under this field).  These fees are built into the face value of the ticket and the consumer does not see or incur these charges as a separate fee.  The *face_value_fac_fee* field only consists of facility fees and face values (which includes *other_revenue*).

**7. Footnote 8 of your March 11 letter states that "promoter_name reports the promoter of the event as kept by Ticketmaster. "Promoted by Venue" is the default option when entering events in Ticketmaster's system to track primary ticketing services. As a result, a value of "Promoted by Venue" often indicates that Ticketmaster does not know the promoter of the event." Approximately 46% of observations are listed as "Promoted by Venue." This represents the most common value in "promoter_name" and is more used more frequently than "Live Nation Music" as the promoter name, so we wish to learn more about the various situations where "Promoted by Venue" may be populated in the "promoter_name" field. Is "promoter_name" ever populated with "Promoted by Venue" for any reason other than Ticketmaster not knowing who the promoter was? If so, what are most common examples of these other reasons?**

The *promoter_name* field reports the promoter of the event as kept by Ticketmaster. "Promoted by Venue" is the default option when entering events in Ticketmaster's system for primary ticketing services.  In addition to Ticketmaster not knowing in all cases who the promoter was, *promoter_name* may also be populated with "Promoted by Venue" because the event was in fact promoted by the venue, or because the value was left unchanged when the event information was entered in Ticketmaster's system.  The same issue arises in relation to the data on secondary ticketing services, for the same reasons.

**8. There are many observations in which Column C, "major_category", begins with "MISC", e.g., "MISC - BUS/TRANSPORTATION" and "MISC - AUDIOVISUAL". In these cases, how should Column G, "primary_tickets_sold," be interpreted?**

Ticketmaster's clients often offer additional products and services that consumers can purchase in addition to admission tickets, such as parking or a concession voucher.  The *primary_tickets_sold* field records the number of units sold of the corresponding product or service, including when referring to items other than admission tickets.

## EXHIBIT 17.B. (PRIMARY TICKETING)

**9. Please include a field for the state of the venue.**

Live Nation anticipates providing the state of the venue as a separate field in a revised Exhibit 17.b. and will supplement its response accordingly.

## EXHIBIT 17.C. (SECONDARY TICKETING)

**10. Please explain how the total dollar amount associated with the face value or market value of all secondary tickets sold for each event can be calculated from the fields in Exhibit 17.c.**

The *seller_payout* field represents the amount retained by the sellers of the secondary tickets sold using Ticketmaster for each event.  The *resale_gtv* field represents the amount paid

**LATHAM&WATKINS** LLP

by the buyers of the secondary tickets sold using Ticketmaster, including the fees of all secondary tickets sold using Ticketmaster, for each event.  The list price that consumers see can be calculated as the sum of *seller_payout*, *seller_fee*, and *seller_markup*.

**11. Please explain how the total dollar amount associated with the fees of all secondary tickets sold for each event can be calculated from the fields in Exhibit 17.c.**

The total dollar amount associated with the fees of all secondary tickets sold using Ticketmaster for each event can be calculated as the sum of *seller_fee*, *seller_markup*, *buyer_fee*, *delivery_fee*, and *order_processing_fee*.

**12. Your March 11 letter states, in footnotes 17-21, that Ticketmaster generally keeps only a portion of various secondary ticket fees it collects and that the remainder of these fees are generally passed through to the venue and/or promoter. We would like to know, for each event in Exhibits 17.c, the total amount of each type of secondary ticket fees collected by Ticketmaster that is retained by Ticketmaster. Please supplement Exhibit 17.c with the following additional columns for each event:**

**i. a column for each category of secondary ticket fees that shows the net amount of secondary ticket fees kept by Ticketmaster, i.e., Ticketmaster's revenues from secondary ticket fees that is not passed onto promoters or venues; and**

**ii. a column showing the total net amount of all secondary ticket fees retained by Ticketmaster.**

Ticketmaster does not track information about the net amount of secondary ticket fees kept by Ticketmaster at the event level in the ordinary course.

## EXHIBIT 17.D. (SECONDARY TICKETING)

**13. Please include a field for the state of the venue.**

Live Nation anticipates providing the state of the venue as a separate field in a revised Exhibit 17.d. and will supplement its response accordingly.

*         *         *

This letter contains Live Nation confidential commercial information.  Live Nation customarily and actually treats the information contained in this letter as private, and expects that the Division will accord it protection against disclosure to the full extent available under all applicable statutes, regulations, and rules, including but not limited to the Antitrust Civil Process Act, and the Departmental regulations regarding public disclosure of confidential information (28 C.F.R. §16.7).

Sincerely,

*/s/ Kelly S. Fayne*
Kelly S. Fayne
of LATHAM & WATKINS LLP