# MINUTES OF THE MEETING
# OF THE BOARD OF DIRECTORS
# OF LIVE NATION ENTERTAINMENT, INC.

## SEPTEMBER 27, 2018

The Board of Directors (the "Board") of Live Nation Entertainment, Inc., a Delaware corporation (the "Company"), held a regular meeting of the Board in Beverly Hills, California on September 27, 2018 pursuant to notice duly given to all members of the Board. The following individuals participated in the meeting (present for the full meeting unless otherwise indicated):

### Directors

Mark Carleton
Ari Emanuel
Ted Enloe
Ping Fu
Jeff Hinson*
Jimmy Iovine
Jim Kahan
Greg Maffei
Randall Mays
Michael Rapino (President and Chief Executive Officer of the Company)
Mark Shapiro*
Dana Walden

### Company Management

Joe Berchtold, President
John Hopmans, Executive Vice President—M&A and Strategic Finance
Michael Rowles, General Counsel (and Secretary of the meeting)
Kathy Willard, Chief Financial Officer
Jordan Zachary, Chief Strategy Officer
Matt Hansen, Senior Vice President—Strategic Initiatives and Operations
Arthur Fogel, Chairman—Global Music and President—Global Touring
Jared Smith, President—Ticketmaster
Amy Howe, Chief Operating Officer—Ticketmaster North America

### Invited Guests

Chad Hollingsworth, Senior Vice President—Corporate Development, Liberty Media

*Indicates telephonic participation*

**Ex. No**
**PX0326**
**1:24-cv-03973**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007491

-3-



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007492



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007493

## EXHIBIT A

- 5 -

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007494



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007495



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007496



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



\*\* Privileged and Confidential \*\*

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007499



** Privileged and Confidential **

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007500

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007504



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007511



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007514



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007515



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007516



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007517



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007518



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007520



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007521



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007524



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007525



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007528



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007530



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007531



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007534



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

 # REGULATORY / FAN PUSHBACK ON SECONDARY

| | UK | US | CANADA |
|---|---|---|---|
| **Regulatory / Fan Actions** | • Requirements for more transparent disclosures including unique ticket numbers, locations and original prices (starting with 2015 Consumer Rights Act)<br><br>• Fee disclosures generally required<br><br>• Artists united to create The FanFair Alliance, a campaign against industrial-scale online ticket scalping | • US GAO reviewed online ticket sales and raised issues associated with:<br><br>— Use of speculative and fraudulent tickets<br>— Use of deceptive URLs<br>— Lack of clear fee disclosures<br>— Magnitude of ticket prices and fees<br>— Lack of inventory availability disclosures<br><br>• BOTS Act of 2016 passed<br><br>— FTC seeking to enforce laws, penalties in NY/NJ | • Bot bans in UK, Ontario, Alberta, Quebec<br><br>• All-in pricing regulation and resale face value disclosures enacted to law in Ontario and Quebec<br><br>• Resale markup restrictions (50% above face value) law deferred in Ontario<br><br>• Resale prohibited in Manitoba |
| **Ticketmaster and Competitor Response** | • TM shut down GET ME IN! and Seatwave sites<br><br>• Ticketmaster, Eventim, AXS launching capped resale marketplaces<br><br>• Viagogo actively defying UK laws, eliminated UK presence and operating remotely from Switzerland<br><br>• StubHub following UK laws while operating traditional secondary marketplace | • TM first marketplace with clear primary vs. secondary differentiation<br><br>— AXS launching with same distinction<br>— SeatGeek shows seller type after selection<br><br>• Ticketfly partners with Lyte, a "fan-friendly" ticket exchange<br><br>• Little movement by other marketplaces | • Ticketmaster complies with pricing regulations for all of Canada, not just required Provinces<br><br>• StubHub.ca expected to launch Oct 1 to comply<br><br>• Other marketplaces have yet to comply |

41

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007536

 **UK SECONDARY**

**UK Resale Traffic Share**
**(Similarweb)**



- **Ticketmaster UK shut down GET ME IN! and Seatwave sites in August 2018 and will launch a face value-or-less fan-to-fan ticket exchange this fall**
- **Viagogo growing both their share and overall secondary market with aggressive customer acquisition and extensive spec / broker supply**

Note: StubHub 2018 estimated based on YoY growth in H1; Viagogo estimated based on traffic growth

42

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007537

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007540



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007541



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

 **EXPANDING CURRENT PORTFOLIO ON STANDARD LEASE MODEL**

### Cash Flow per Fan by venue ownership and type
Dollars

Legend: ■ Concerts and Sponsorship  ■ Ticketing

**LARGE AMPHITHEATERS**

| | Owned | Leased | Promo |
|---|---|---|---|
| Total | 24.2 | 17.4 | 14.1 |
| Concerts and Sponsorship | 8.8 | 8.8 | 7.4 |
| Ticketing | 15.4 | 8.6 | 6.7 |
| Number of venues | 11 | 27 | 12 |

**SMALL AMPHITHEATERS**

| | Leased | Promo |
|---|---|---|
| Total | 16.5 | 12.3 |
| Concerts and Sponsorship | 8.8 | 7.7 |
| Ticketing | 7.7 | 4.6 |
| Number of venues | 11 | 9 |

**THEATERS**

| | Owned | Leased | Promo |
|---|---|---|---|
| Total | 11.6 | 12.7 | 8.9 |
| Concerts and Sponsorship | 2.0 | 2.0 | 2.0 |
| Ticketing | 9.6 | 10.7 | 6.8 |
| Number of venues | 4 | 12 | 15 |

█ AOI opportunity by expanding venue footprint globally and adding 35MM fans through █ capital investment program

Notes:
- Large amphitheater defined as having capacity of 8,000 or greater; small amphitheater defined as having less than 8,000 capacity
- For theaters, only included venues with capacity >2,500
- For promo venues, only included venues with >50,000 Live Nation fans forecast paid attendance in 2018
- Operating Cash Flow is Event CM, Other Concerts CM (e.g., season tickets, rentals), and Sponsorship CM net of Fixed costs (e.g., rent, staffing, other fixed costs) and maintenance capex
- Ticketing CM at Amphitheaters includes Secondary; Promo estimated based on share of venues that are TM clients

48

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007543



# EUROPEAN MUSIC ARENA MODEL

## ZIGGO DOME



- 17,000-capacity arena opened in 2012 in Amsterdam

- Venue hosts 100 shows per year and generates ███ of annual AOI including Sponsorship and Ticketmaster

- Live Nation paid ███ to buy into venue management company and funded ███ of renovations in order to acquire 20-year operating rights to premier arena in Amsterdam

- Over 20-year lease Live Nation will generate net cash flow of █MM

## ROYAL ARENA



- 15,000-capacity arena opened in 2017 in Copenhagen

- Venue hosts 75 shows per year and generates ███ of annual AOI including Sponsorship and Ticketmaster

- Live Nation funded ███ of renovations in order to acquire 30-year operating rights to premier music arena in Copenhagen

- Over 30-year lease Live Nation will generate net cash flow of ███ and a ███ RR

49

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

 # AMPHITHEATER LEASE / OPERATE MODEL

## ASCEND AMPHITHEATER



- 6,800-capacity amphitheater opened in 2015 on the water in downtown Nashville

- Live Nation promotes 35 shows per year and generates ▮▮▮▮ of annual AOI including Sponsorship and Ticketmaster

- County government invested ▮▮▮▮ to construct and Live Nation invested ▮▮▮▮ of pre-opening capital

- Over 10.5-year lease Live Nation will generate net cash flow of ▮▮▮▮ and a ▮▮▮+ IRR

50

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007545



# THEATER LEASE / OPERATE MODEL

## FILLMORE PHILADELPHIA



- 2,500-capacity theater opened in 2015 in the Fishtown neighborhood of Philadelphia

- Venue has 100 shows per year and generates ████ of annual AOI including Sponsorship and Ticketmaster

- Private investor Core Realty invested ████ in renovation of former Ajax Metal Works factory; Live Nation funded ████ construction capital in order to acquire 15-year lease (with two 5-year options)

- Over 15-year lease Live Nation will generate net cash flow of ████ and a ████ RR

51

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007548



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007553



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007554

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00007555



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT