# MINUTES OF THE MEETING
# OF THE BOARD OF DIRECTORS
# OF LIVE NATION ENTERTAINMENT, INC.

## SEPTEMBER 29, 2022

The Board of Directors (the "Board") of Live Nation Entertainment, Inc., a Delaware corporation (the "Company"), held a virtual meeting of the Board on September 29, 2022, by means of videoconferencing and pursuant to notice duly given to all members of the Board. The following individuals participated in the meeting (present for the full meeting unless otherwise indicated):

Directors

>Maverick Carter
>Ping Fu
>Jeff Hinson
>Chad Hollingsworth
>Jimmy Iovine
>Jim Kahan
>Greg Maffei
>Randall Mays
>Michael Rapino (President and Chief Executive Officer of the Company)
>Dana Walden
>Latriece Watkins

Company Management

>Joe Berchtold, President and Chief Financial Officer
>John Hopmans, Executive Vice President—M&A and Strategic Finance
>Michael Rowles, General Counsel (and Secretary of the meeting)
>Matt Hansen, Chief Strategy Officer
>Arthur Fogel, Chairman, Global Music
>Omar Al-Joulani, Co-President, US Concerts
>Michael Wichser, Chief Operating Officer, Ticketmaster

## Call to Order

First, it was acknowledged that a quorum was present and the meeting was called to order.

## Approval of Minutes of Prior Meeting

Next, Mr. Rowles presented to the Board for approval the minutes of the meeting of the Board held on June 16, 2022. Upon motion duly made and seconded, such minutes were unanimously approved.

## Legal and Administrative Matters

Next, the Board discussed certain legal, administrative and corporate governance matters,

Ex. No
**PX0327**
1:24-cv-03973

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

referencing the relevant pages of <u>Exhibit A</u> hereto, including the following key topic:

-

## Committee Reports

- *Audit Committee.*

- *Compensation Committee.*

## Company Update

Next, Messrs. Rapino and Berchtold led the Board through a series of presentations, referencing the relevant pages of <u>Exhibit A</u>, regarding, among other things, the following key topics

-2-



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



-4-

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008789



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

**EXHIBIT "A"**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008791



# Board of Directors Meeting
## September 29, 2022

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008792



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



2

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008794



\*  *Annual Meeting*

3

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008795



** Privileged and Confidential **

4

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008796



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008797



6

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008798

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008799

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008800



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008801

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008802

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008803



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008806



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008807



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008808

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008809



18

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008810



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

 # LIVE NATION ENTERTAINMENT STRATEGIC DRIVERS

**1** **Grow global concerts and ticketing market share** – expand in Latin America and Asia, deepen presence in Europe, continue building share of top tours

**2** **Maximize the value of the ticket** – price the ticket to market value, shifting value from the secondary market to the artist and Live Nation

**3** **Expand Venue Nation portfolio** – grow from tenant to real estate operator, and design and develop new concepts and build brands

**4** **Improve onsite hospitality** – drive ancillary revenue per fan by transitioning from F&B business to hospitality company

**5** **Develop new products leveraging scale** – across all divisions, create new products that can grow into new businesses that deliver meaningful AOI

21

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008813



# LIVE NATION METRICS: CONTINUED GROWTH









Notes: 2015 – 2021 at Reported FX, 2022 at 2021 FX

22

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



# CONCERTS

23

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008815

 **CONCERT METRICS – PACING BY MARKET**

**Show Count (K) as of mid September** · ■ Confirmed ■ To go ▦ Projected

**North America**

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 28.4 | 29.7 | 29.7 |
| To go | 3.8 | 3.7 | |
| Confirmed | 24.6 | 26.0 | |

2019-2023 growth: 4%
2019-2022 growth: 4%
2022-2023 growth: 0%

**International**

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 11.8 | 14.3 | 15.1 |
| To go | 2.0 | 2.0 | |
| Confirmed | 9.9 | 12.4 | |

2019-2023 growth: 28%
2019-2022 growth: 21%
2022-2023 growth: 5%

**Global**

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 40.2 | 44.0 | 44.8 |
| To go | 5.8 | 5.7 | |
| Confirmed | 34.5 | 38.3 | |

2019-2023 growth: 11%
2019-2022 growth: 9%
2022-2023 growth: 2%

**Fans (M) as of mid September** · ■ Sold ■ To go ▦ Projected

**North America**

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 62.7 | 78.7 | 78.7 |
| To go | 11.0 | 10.2 | |
| Sold | 51.7 | 68.5 | |

2019-2023 growth: 25%
2019-2022 growth: 25%
2022-2023 growth: 0%

**International**

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 34.9 | 48.8 | 51.6 |
| To go | 5.5 | 4.3 | |
| Sold | 29.4 | 44.5 | |

2019-2023 growth: 48%
2019-2022 growth: 40%
2022-2023 growth: 6%

**Global**

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 97.6 | 127.5 | 130.3 |
| To go | 16.5 | 14.5 | |
| Sold | 81.1 | 113.0 | |

2019-2023 growth: 34%
2019-2022 growth: 31%
2022-2023 growth: 2%

24

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008816



# CONCERT METRICS – PACING BY VENUE TYPE

## Show Count (K) as of mid September

**■ Confirmed ■ To go ▨ Projected**

### Amphitheaters

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 2,394 | 2,894 | 2,894 |
| To go | 44 | 69 | |
| Confirmed | 2,350 | 2,825 | |

2019-2023 growth: 21%
2019-2022 growth: 21%
2022-2023 growth:  0%

### Arenas

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 3,961 | 4,509 | 4,687 |
| To go | 396 | 335 | |
| Confirmed | 3,565 | 4,174 | |

2019-2023 growth:  18%
2019-2022 growth:  14%
2022-2023 growth:   4%

### Stadiums



| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 196 | 455 | 455 |
| To go | 4 | 2 | |
| Confirmed | 192 | 453 | |

2019-2023 growth: 132%
2019-2022 growth: 132%
2022-2023 growth:   0%

### Theaters/Clubs



| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 33,573 | 36,001 | 36,582 |
| To go | 5,333 | 5,271 | |
| Confirmed | 28,240 | 30,730 | |

2019-2023 growth: 9%
2019-2022 growth: 7%
2022-2023 growth: 2%

### Festivals

| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 111 | 141 | 141 |
| Confirmed | 106 | 137 | |

2019-2023 growth: 27%
2019-2022 growth: 27%
2022-2023 growth:  0%

## Fans (M) as of mid September

**■ Sold ■ To go ▨ Projected**

### Amphitheaters



| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 17.0 | 20.8 | 20.8 |
| To go | 0.4 / 0.2 | | |
| Sold | 16.7 | 20.6 | |

2019-2023 growth: 22%
2019-2022 growth: 22%
2022-2023 growth:  0%

### Arenas



| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 32.8 | 37.0 | 39.0 |
| To go | 4.7 | 3.5 | |
| Sold | 28.1 | 33.5 | |

2019-2023 growth:  19%
2019-2022 growth:  13%
2022-2023 growth:   6%

### Stadiums



| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 7.8 | 19.3 | 19.3 |
| To go | 0.5 | 0.6 | |
| Sold | 7.3 | 18.7 | |

2019-2023 growth: 146%
2019-2022 growth: 146%
2022-2023 growth:   0%

### Theaters/Clubs



| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 29.9 | 37.1 | 37.8 |
| To go | 10.3 | 9.8 | |
| Sold | 19.7 | 27.3 | |

2019-2023 growth: 26%
2019-2022 growth: 24%
2022-2023 growth:  2%

### Festivals



| | 2019 | 2022 | 2023 |
|---|---|---|---|
| Total | 10.0 | 13.4 | 13.4 |
| To go | 0.7 / 0.4 | | |
| Sold | 9.3 | 13.0 | |

2019-2023 growth: 34%
2019-2022 growth: 34%
2022-2023 growth:  0%

25

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008817



# PLATINUM PROGRAM GROWTH

## Platinum Net Lift by Venue Type – US, 2017-22

| Venue | 2017-22 Growth | % tickets sold as Platinum |
|---|---|---|
| Theaters & Clubs | $51M | 6.6% |
| Stadiums | $69M | 8.5% |
| Amps | $72M | 4.5% |
| Arenas | $125M | 7.4% |

**$371M** (2022 YTD): $57M, $75M, $82M, $157M

**$125M** (2019): $28M, $2M, $29M, $66M

**$77M** (2018): $11M, $8M, $16M, $41M

**$55M** (2017): $6M, $6M, $10M, $32M

**Increased adoption of Platinum program has driven growth in net lift of over $300M since 2017**

1. Net lift from YTD ticket sales for shows in 2022

26

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008818



# ONSITE GROWTH ACROSS VENUE NATION

**US O&O Amps**

Ancils per fan ($)

+27%

$30 (2019A)
$38 (2022 YTD)

2019A    2022 YTD

**US Theaters & Clubs**

Ancils per fan ($)

+26%

$22 (2019A)
$27 (2022 YTD)

2019A    2022 YTD

**UK Theaters & Clubs**

Ancils per fan ($)

+31%

$11 (2019A)
$14 (2022 YTD)

2019A    2022 YTD

27

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008819

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008820

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008821

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008822

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008824



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008825

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008826

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008827



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008828

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008829



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008831

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008832

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008833



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008834

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008835



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008836



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008838

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008839

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008840

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008841

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008842



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008843



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008844



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008845



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008846

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008849



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008850



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008852

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008853

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008854

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008855

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008856

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008857

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008858



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008859

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008860



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008861



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008862

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-00008863