| | |
|---|---|
| **From:** | Matthew Hansen |
| **Sent:** | Friday, July 19, 2019 5:13 PM |
| **To:** | Diana Rainesh; Amy Howe; Tom See |
| **Cc:** | Jenni Boyd |
| **Subject:** | RE: Live Nation Growth Opportunities |

To clarify what I mean by a "where we think we should be better" – we look at what we generate in a market relative to its population, and there are certain large markets where we're large but our penetration significantly lags other large markets, so we think there's volume growth due to expanding our share in these markets. And then subjectively, there are markets where we feel like we're less of the top player / don't have the first call promoter. And the quantitative version and the subjective version are pretty aligned.

As for getting better penetration, it's often a mix of:

1. Having the top promoter in the market who artists wants to work with (this matters both for tour deals [not getting a city carved out] and for local booking [which is still a touring artist… just one who isn't doing a tour booking deal])
2. Having the right venues, even non-traditional venues, in a market that artist wants to play. Ideally these are O&O venues, but these could be booking deals.
3. Having better hooks into the emerging scene in a market – so, if there's an upstart promoter, upstart venue, upstart venue, we know about it and we get in quickly. Or, ideally, our internal team is doing the innovation and so there are a fewer upstarts, and instead our local guys are the people the up-and-comers work with (like C3 in Austin)

That help?

Thanks,
Matt

---

**From:** Diana Rainesh
**Sent:** Friday, July 19, 2019 10:00 AM
**To:** Amy Howe <Amy.Howe@Ticketmaster.com>; Matthew Hansen <MatthewHansen@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
**Cc:** Jenni Boyd <Jenni.Boyd@Ticketmaster.com>
**Subject:** RE: Live Nation Growth Opportunities

Thank you!  Super helpful!

Can you expand on volume second bullet? I get the markets underrepresented but for the markets that you should be doing better (eg NY) what do you think is the area that needs improvement? Shows that sell out and we don't add another date? Or something else?  Hoping to get a little more color on this one if you have it

Thanks!

Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone

-------- Original message --------
**From:** Amy Howe <amy.howe@ticketmaster.com>
**Date:** 7/18/19 11:46 PM (GMT-08:00)
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>, Tom See <ThomasSee@LiveNation.com>
**Cc:** Jenni Boyd <jenni.boyd@ticketmaster.com>, Diana Rainesh <diana.rainesh@ticketmaster.com>
**Subject:** Re: Live Nation Growth Opportunities

This is great thanks so much for taking the time to do this
Appreciate both of your thoughts

**Amy Howe**
President and COO, Ticketmaster NA

 **Office:** (310) 867-7161
**Fax:** (310) 362-8436
Hollywood, CA

**EA:** Lauren Liparoto Zanger, Lauren.Zanger@Ticketmaster.com
**Office:** (323) 802-2703 x45703
**Mobile:** ▮▮▮▮▮▮▮

---

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Date:** Thursday, July 18, 2019 at 11:40 PM
**To:** Amy Howe <amy.howe@ticketmaster.com>, Thomas See <ThomasSee@LiveNation.com>
**Cc:** Jenni Boyd <jenni.boyd@ticketmaster.com>, Diana Rainesh <diana.rainesh@ticketmaster.com>
**Subject:** RE: Live Nation Growth Opportunities

Here are some more thoughts.

Volume –

- This has historically been key to growth. While we expect the industry to continue to be strong, we'll have diminishing growth from just generic "volume," although there might be spikes (hopefully next year) based on who is touring
- So, volume growth will have to come from some more targeted areas –
  - Specific geographies where we're underpenetrated – both major cities where we think we should be better (e.g., NY) and then tertiary markets where there actually is concert activity
    Specific genres (e.g., Latin) or stages of artists (e.g., the artists in the gap between HOBE and US Concerts) where we're weaker
  - Driving more locally booked volume – this was huge this past year, and could be bigger next year.  This is often the large theater/club to the "indoor amp" (like what Gibson was)
  - Tactics to get more out of our footprint – e.g., getting the average amp tour to have a few more shows (we've got amps in over 30 DMAs but most amp tours are less than 30 shows)
- At a global level, volume is about driving our touring internationally and taking share in international markets like we have in the US, strengthening our position in certain markets, and entering new markets

Related to volume is expanding the venue footprint. This is both about adding volume, and about converting purely promoted volume to be O&O volume. I don't think there's a great strategy point to make, other than we always want to have the key venues in a market.

When it comes to getting more out of the shows, as a promoter (as opposed to as a venue operator), the focus is:

- Pricing – nothing to add to what Tom has said
- Marketing –
  - Being able to scale promotions and do one-to-many promotions (with limits) easily is crucial.  We should be running ~5 targeted promotions per week… right now we're lucky if we do a couple per summer, since they're cumbersome to set-up, and then not very nuanced in the execution
  - The other big piece here is using the data architecture we're putting in place + layering in machine learning to optimize promotion and messaging.  You'd like to hit the right people with the right promotion / product for them through the right channel.

1

**LNE CONFIDENTIAL BUSINESS INFORMATION**

**LNE2019-CID-0812623**

**Ex. No**
**PX0465**
1:24-cv-03973

Then as a venue operator, it's all about making more money onsite. Tom can correct me if I'm wrong, but in my opinion there's a part of that that's more of the same, but not much (e.g., the beer lines aren't too long anymore). So, we need to create the right experiential products – whether that's the ultra high-end lounge that includes dinner (like when you sit behind home plate at a baseball game) or the mass market VIP that has certain extra privileges. Tm has a role in that:

- Having the right carting and checkout (on the seat map, afterward but pre-purchase, and post-ticket purchase) obviously impacts how much we sell
- Merchandising is really important – to see this, compare how VIP is merchandised for a festival on Frontgate vs. how we're merchandising a VIP club upsell on Host
- And obviously what can be bundled on a ticket, how tickets can have entitlements added post purchase, etc., matter for execution

Thanks,
Matt

---

**From:** Amy Howe
**Sent:** Tuesday, July 16, 2019 7:06 AM
**To:** Tom See <ThomasSee@LiveNation.com>
**Cc:** Matthew Hansen <MatthewHansen@LiveNation.com>; Jenni Boyd <Jenni.Boyd@Ticketmaster.com>; Diana Rainesh <Diana.Rainesh@ticketmaster.com>
**Subject:** Re: Live Nation Growth Opportunities

Great super helpfu

I thanks
Just trying to continue to educate our team and provide additional context so this is great.

Sent from my iPhone

On Jul 16, 2019, at 7:02 AM, Tom See <ThomasSee@livenation.com> wrote:

Thanks Amy for the heads up on this.

While we don't have an official 2-3 years out document can share can provide several high level areas of focus that would be within TM control.  This more of a wish TM wish list that would end up assist driving our priorities.

Here are a few quick ones and will ask around for others.

Grow the Gross

Pricing
- ability to Price to the seat level,  eliminates Platinum so all seats can be dynamically priced

- rules based pricing, especially during the on-sale (eliminate manual - delayed  process)

- PriceMaster 2.0 - ability to leverage TM data to price shows from the beginning by  leveraging TM market data

Demand Analysis
- ability to provide actionable insights and pricing recommendations by market from show announce / pre sale / on sale.  Of show is overpriced and can tell during pre-sale change it before on sale etc.

Increase Avg Attendance per show

Promotion
- Ability for LN to provide fan with $ or % off promotions without impacting box office for set up

Retargeting - elevate capability to quickly retarget interested fans

Increase Onsite Spend

Upsell
- make it easier then ever for fans to purchase experience products via all platforms

Upgrades
- ability for fan to upgrade ticket within  TM platform

Bundled Tickets
- F/B or VIP club / Parking credit included within ticket

**From:** Amy Howe <amy.howe@ticketmaster.com>
**Sent:** Tuesday, July 16, 2019 5:19 AM
**To:** Matthew Hansen; Tom See
**Cc:** Jenni Boyd; Diana Rainesh
**Subject:** Live Nation Growth Opportunities

Tom / Matt

We have our  top team together for two days of QBRs next week,  and we are starting to  frame up where growth is going to come  from  over the next few years from TM, so more of a Strategic Planning exercise (2-3 years out) to complement and perhaps more importantly inform the annual OKR  process we will go through again (I assume you're sticking with that framework this year).

This is very much WIP, but you can see how we're starting to structure the various growth buckets.  One of the things I want to continue to educate on is where the growth will come from in the  Live Nation Concert business.    Do you have something you can share (rough) that I can use with our group that says…over the next 1-2 years, the top X growth drivers for Concerts will come from the following areas – then we can map the initiatives against that.  Obviously we can 'kind of' create a version of this, but I'm guessing you have something  more  quantitative that  will provide better context for our teams around your big growth  drivers

Would assume the following would be on the list – question of how big each one is, what's missing, etc. – then we can map.  I'm riffing so I'm sure I don't have this right but would imagine the following would be some of your buckets

- Grow Show Count (More artists, more markets)
- Pricing – e.g., Continue to scale  platinum, aisle pricing, etc.
- Up-Sells / Add-Ons
- In-Venue Per Caps

2

**LNE CONFIDENTIAL BUSINESS INFORMATION**

**LNE2019-CID-0812624**

- Maximize sell-through for Shows in Percentage (marketing effectiveness, dynamic pricing, better promotions, etc.)
- Etc....

Any help appreciated
Thanks
Amy

# Framing NA Ticketing growth opportunities

| Business Model Areas | Potential Growth Areas (Where to Play) | Key Dev Projects ('Build') (How) |
|---|---|---|
| 1. Grow Ticket Inventory | • Defend Major League Sports<br>• Grow Live Nation and V&P<br>• College and Arts<br>• Music Clubs<br>• Defend/Grow Resale<br>• Other New Segments (e.g., E-Sports, Conferences/Conventions, etc.?) | • Identity Ticketing (all)<br>• TM1 Events, Sales, + LNE<br><br>• TM Music Clubs<br>• 3PE, Fan Seller, etc. |
| 2. Grow Non-Traditional Revenue with Clients | • Premium Data / Marketing Services (grow SOW)<br>• Pricing / Yield Management<br>• Wholesale/Distribution Programs<br>• Open Validation<br>• New Data Products/Services<br>• Paid Client Placement<br>• Pay for Client Support Services<br>• Other Adjacencies (e.g., online betting) | • Self-Service/Automation<br>• Pricing Rationalization<br>• Sports Wholesale Program |
| 3. Grow Non-Traditional Revenue with Fans | • Non-Ticketing Products / Ancillaries<br>• Ticketing Bundles (e.g., Hospitality, Travel)<br>• Fan Loyalty / Subscription Programs<br>• New Ticketing Products? (e.g., subscription products, minipacks, season share) | • Common Cart<br>• Merch enhancements<br>• Vouchers (w/ Talon.One) |
| 4. 'Make more money' from TM Marketplace | • Speed/Performance<br>• Search<br>• Event Merchandising/Personalization<br>• List/Map Yield Optimization | |

*t*

**Amy Howe**
President and COO, Ticketmaster NA

 **Office:** (310) 867-7161
**Fax:** (310) 362-8436
Hollywood, CA

**EA:** Lauren Liparoto Zanger, Lauren.Zanger@Ticketmaster.com
**Office:** (323) 802-2703 x45703
**Mobile:** ▮▮▮▮▮

**LNE CONFIDENTIAL BUSINESS INFORMATION**                                    **LNE2019-CID-0812625**