

# CALIBRATION TOPICS

To be completed

## Key Issues

- **How should we adjust APF bonuses**

  - If we recalibrated the APF threshold based on 40-50% of shows achieving it, what would that be?

  - If we added a second "stretch" APF bonus, what would that threshold be?

- **If we want to shift contingent rent to the venue without impacting the overall split of CM, how much would the base rebate need to change to offset this?**

- **Should certain promotional tickets (NCW, Summer's Live) receive different rebates?**

- **How does the new TM rebate deal impact the rebate calculation?**

## Assessment of Issues

- If we set a threshold so that 45% of shows achieved the APF threshold, based on 2022 that would need be at $X

- Let's assume the goal is to incentivize the top 10% of shows – for this, we would set the threshold at $X
- If we did not want this to increase the overall rebates, we would increase the first threshold to $Y so that 10% fewer shows would hit the base threshold

- As context, at the amps there is $X of contingent rent, of which $Y is show costs and $Z is not
- If we shift $Y out of show costs, based on 2022 that would require decreasing the rebate by $Z per paid / $Q per drop

- Based on discussions to date, this would like create too much of a headache for Finance.  Also, the lower ancils on these tickets should already be accounted for in how we the target rebate

- Goal is for the additional service charge rebates (not platinum inside fees) to remain at the venues
- As a result, need to ensure the expected increase to ancils of $X per fan is factored in when setting APF bonus thresholds
- *Note: this new rebate will also impact comp deals for bookers who were grandfathered into the full ECM calc*

19

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001152562



# Venue-Talent Rebate Discussion
## October 2022

 **EXECUTIVE SUMMARY**

- **Large O&O Amps had a successful year – exceeded 2019 volume while increasing ECM per show by ███, reducing talent cost percentage by ███████ and increasing gross per show by ████ This suggests the overall rebate system is working at the amps (although some improvements and recalibration are needed).**

- **Despite that overall success at the amps, four main issues have arisen that have led to tension between Venues and Talent:**

   1. **Show Count** – Concerns have arisen that the scheme does not provide sufficient incentive to drive O&O show count (especially at the theaters and clubs), and that a scheme without a volume incentive or penalty is not "fair" to Venues

   2. **Calendar Control** – Disagreements are around booking rentals (Talent has complete approval rights), special events (require a minimum CM), and low attendance shows (that cannot cover venue costs)

   3. **Comps and Paid vs. Drop** – Issue is whether paid or drop should be used to determine per fan rebates.  This relates both to incentivizing comps (since the decline in comps has driven the decline in drop-to-paid) and to how APF is calculated (for purposes of the APF rebate bonus)

   4. **Show Cost Control** – Operations and production costs have increased, which has led to friction as these are controlled by Venues but sit in the Talent P&L

- **In addition, there are a number of smaller calibration topics (e.g., contingent rent, APF threshold, promotional tickets) which, once the 4 issues above are resolved, should be taken into account when finalizing the transfer pricing scheme going forward.**

1



# SUCCESSFUL AMPHITEATER SEASON IN 2022

**Show Count**

+15%

1,032

898

43 — New Amps

989 — Same Amps As 2019

2019    2022F

**Net Gross Per Show**

+21%

$480K

$579K

2019    2022F

Note: Large Amps only

2

 **① SHOW COUNT**

## Key Issues

- Incentives to drive O&O show count

- Whether a scheme (with no volume incentive or penalty to Talent) is "fair" to Venues

## Assessment of Issues

- **Amps:** Concerns are due to stagnant same store show count; however, this has not been caused by the division split or transfer pricing
  - Same store amp volume has plateaued, but this predates the changes to the US Concerts division structure
  - Bookers still have high incentives to put shows at O&O amps – for artist playing both Large O&O Amps & 3rd party Arenas, ▮▮▮▮▮▮▮▮▮▮▮▮

- **Theater & Clubs:** O&O show count and fans are down relative to 2019 (-9% and -18%) while 3rd party show count and fans are up (48% and 44%). This needs to be addressed ,whether through a new booking strategy, increased focus, or a different transfer pricing scheme

- Venues can miss budget if Talent does not deliver a sufficient show count; however, Talent can make up an O&O venue show count shortfall at 3rd party venues in order to achieve budget

- The current transfer pricing scheme is not the root issue – Venues AOI could include all ECM at O&O venues and this dynamic would exist

- That said, there is often a volume component included in the rebate scheme at 3rd party venues where LN is a major provider of Talent

---

**Potential solutions:**

(1) Incorporate a volume component to the transfer pricing scheme as either an incentive or a penalty; *OR*

(2) Keep the same overall system for Amps but change the system for Theaters & Clubs (e.g., 50/50 CM split with some sort of licensing payment from Talent to Venues for these rights)

3



# SAME STORE SHOW COUNT AND FAN COUNT – LARGE O&O AMPS

■ Rescheduled Shows

**Same Store Show Count – 33 Large O&Os Amps LNE had as of 2016**

**Same Store Paid Attendance Count – 33 Large O&Os AmpsLNE had as of 2016**





4





# PROMOTED SHOW COUNT – O&O VS. 3RD PARTY THEATERS & CLUBS

|  | Large Theater | Small Theater | Club | Total |
|---|---|---|---|---|

**O&O Show Count**

- Large Theater: -1,275 (2,095 → 820)
- Small Theater: +418 (1,520 → 1,938)
- Club: -104 (7,585 → 7,481)
- Total: -961 (11,200 → 10,239)

**3rd Party Show Count**

- Large Theater: +272 (805 → 1,077)
- Small Theater: +783 (1,013 → 1,796)
- Club: +557 (1,510 → 2,067)
- Total: +1,612 (3,328 → 4,940)

Legend: ■ 2019  ■ 2022F

Note: Large theaters represent indoor venues with a capacity ranging from 3,001 to 6,000; Small Theaters represent indoor venues with a capacity ranging from 1,701 to 3,000; Clubs represent indoor venues with a capacity of 1,700 or less

6



# PROMOTED FAN COUNT – O&O VS. 3RD PARTY THEATERS & CLUBS

**Large Theater**   **Small Theater**   **Club**   **Total**

**O&O Fan Count**

Large Theater: -1.9M; 3.9M → 2.1M
Small Theater: +0.4M; 2.2M → 2.6M
Club: -0.4M; 4.4M → 4.0M
Total: -1.9M; 10.5M → 8.7M

**3rd Party Fan Count**

Large Theater: +0.7M; 2.6M → 3.3M
Small Theater: +1.0M; 1.6M → 2.6M
Club: +0.4M; 0.6M → 1.1M
Total: +2.1M; 4.8M → 7.0M

■ 2019   ■ 2022F

Note: Large theaters represent indoor venues with a capacity ranging from 3,001 to 6,000; Small Theaters represent indoor venues with a capacity ranging from 1,701 to 3,000; Clubs represent indoor venues with a capacity of 1,700 or less

7



# REBATE DEAL EXAMPLES – ARENAS

**Need to confirm APFs; need to re-check United Center – was $8.09 in 2019 (and APF is inconsistent with these deal terms)**

| Venue | Show Count |
|---|---|
| Bridgestone | 48 |
| Moody Center (OVG) | 41 |
| Ball Arena | 34 |
| United Center | 32 |
| American Airlines Center[1] | 24 |
| T-Mobile Center (ASM) | 21 |

1. Venue modified terms of deal during 2022; terms of newest booking deal are reflected

8



# REBATE DEAL EXAMPLES –
# 3RD PARTY AMPS + YOUTUBE THEATER

**#s are slightly different – need to re-confirm**

| Venue | Show Count |
|-------|-----------|
| Pine Knob Music Theatre[1] | 50 |
| Walmart Amp | 40 |
| Riverbend Music Center | 34 |
| Bethel Woods Center | 26 |
| St. Joseph's Health Amp at Lakeview[2] | 20 |
| Maine Saving Amp | 17 |
| CCNB Amp at Heritage Park[1] | 10 |
| YouTube Theater | N/A |

Note: Large Amp figures based on SBS data.
1. Venue has an exclusive booking relationship with Live Nation
2. Venue has a quasi O&O relationship with Live Nation

9



# 2 CALENDAR CONTROL

| Key Issues | Assessment of Issues |
|---|---|
| ▪ **Rentals:** Talent can reject ticketed music rentals with no commitment or payment | ▪ 2022 Rental CM is down $9M from 2019<br>▪ $3M of rentals (excluding AEG and Outback) rejected by Talent; $1.6M rentals were converted to co-prod events<br>▪ Denied rentals are at indoor venues, where LN show count has declined<br>▪ **Potential solution:**<br>　– Set a time cut-off by venue type after which if Talent rejects a rental, it has to guarantee the night (book another show or pay the rental CM)<br>　– Would have a list of 3rd party promoters for whom this does not apply and Talent can reject without guaranteeing the night (would update this list annually) |
| ▪ **Special Events:** Inflexible minimum CM requirements | ▪ Indoor Special Events CM decreased by $7M in 2022 vs. 2019<br>▪ The decrease in the Specials Event CM from 2022 to 2019 is driven by the new minimum CM requirements which were established in 2021 – analysis in 2021 of proposed minimum projected a $9M decline, as $9M of 2019 special events were below minimum CM requirements<br>▪ **Potential solution:** set a time period (e.g., 90 days out) where if Venues wants to book a special event below the minimum CM requirement it can notify Talent and Talent can either guarantee the night (book another show or pay the special events CM) or allow the special event |
| ▪ **Low attendance shows** | ▪ 100 Large O&O Amp shows had attendance below 5K. Those shows lost $2.8M of CM, and were a $6.3M hit to the Venues P&L<br>▪ **Potential solutions:** Do nothing (rationale being Venues also gets higher than anticipated earnings on some high APF shows)*OR* create added disincentive for these shows by saying no rebate if attendance is below some threshold |

10

 **LIST OF REJECTED O&O RENTALS**

| Venue | Event | Est. CM | Renter |
|---|---|---|---|
| 713 Music Hall | Kizz Daniel | $30K | N/A |
| 713 Music Hall | Lil Durk | $60K | ROI and Kinship Media |
| 8 total venues | Aczena | $160K | Illusion Touring |
| 8 total venues | A Forca de Amour Tour | $160K | On Stage Talents |
| Ace of Spades | Moderatto | $25K | Pnk Moon Prod. |
| Ace of Spades | Haragan | $35K | Pnk Moon Prod. |
| Aragon Ballroom | Edm Fest | $125K | Blast Radius |
| Arizona Federal | Reik | $100K | Loud and Live |
| Arizona Federal | Jhay Cortez | $100K | UMM |
| Arizona Federal | Lupita Dallasio | $90K | Latino Live |
| Arizona Federal | Anna Gabriel | $150K | CMN |
| Arizona Federal | Kelsea Ballerini | $135K | AEG |
| Arizona Federal | Lauen Daigle | $135K | AEG |
| Arizona Federal | Comedy Fest | $100K | AEG |
| Arizona Federal | Comedy | $100K | Outback |
| Arizona Federal | Comedy | $100K | Outback |
| Arizona Federal | Liberation | $80K | Viva |
| Arizona Federal | Banda MS | $150K | Viva |
| Arizona Federal | Luis R Conriquez | $80K | Viva |
| Arizona Federal | Eden Munoz | $80K | Viva |
| Arizona Federal | Fuerza Regida | $80K | Viva |
| Aztec Theater | Rata Blanca | $20K | Illusion Touring |
| Buckhead Theatre | Mario Aguilar | $15K | Pnk Moon Prod. |
| Buckhead Theatre | Fally Ipupa | $20K | Wali Event |
| Egyptian Room (Indianapolis) | Mario Aguilar | $15K | Pnk Moon Prod. |
| HOB Chicago | Mario Aguilar | $15K | Pnk Moon Prod. |
| HOB Chicago | Fiel a La Vega | $20K | Show Net Group |
| HOB Dallas | Alicia Villareal | $20K | American Promotions |
| HOB Dallas | Mario Aguilar | $15K | Pnk Moon Prod. |
| HOB Dallas | Kizz Daniel | $20K | Lastcard Mgmt. |
| HOB Dallas | Rata Blanca | $20K | Illusion Touring |
| HOB Houston | Kizz Daniel | $20K | Lastcard Mgmt. |
| HOB Houston | Moderatto | $20K | Pnk Moon Prod. |
| HOB SD | Moderatto | $25K | Pnk Moon Prod. |
| HOB SD | Moderatto | $25K | Pnk Moon Prod. |
| Hollywood Palladium | Lil Wayne (2 shows) | $100K | GKUA |
| Hollywood Palladium | Halloweenie | $100K | N/A |
| Huntington Bank Pavilion | O'Jays | $250K | N/A |
| Louisville Palace Theater | Nurse Blake | $50K | AEG |
| Murat Theatre | State Ballet Theatre of Ukraine | $75K | State Ballet Theatre |
| Observatory OC (Small Room) | 37 Tribute | $5K | N/A |
| Riverside Municipal Auditorium | OhGeesy | $20K | No Label Fest |
| Riverside Municipal Auditorium | Snow Tha Product | $20K | No Label Fest |
| Riverside Municipal Auditorium | Bone Thugz & Harmony | $30K | Peary Ent. |
| St. Andrews Hall | Inspector y Elefante | $20K | Rod Ent. |
| The Magnolia | LeCrae | $15K | C. Overstreet |
| The Magnolia | Peppa Pig Christmas | $30K | Premier Prod. |
| Toyota Music Factory | Cardenales de Nuevo | $100K | Eventos Inc. |
| Toyota Music Factory | Rod Wave | $80K | Tempted Rod Ent. |
| Toyota Music Factory | Old School Hip-Hop Fest | $80K | Anthony Cullins |
| Wiltern | CIX | $35K | N/A |
| Wiltern | 6black | $40K | Ryan Stolz |



# O&O INDOOR VENUES SPECIAL EVENT CM



**2019 Special Events below CM minimum**

| Venue Type | # of Events |
|------------|-------------|
| Theater | 569 |
| Club[1] | 206 |
| HOB | 182 |
| **Total** | **957** |

1.  Includes special event figures related to comedy clubs

12

 **3 COMPS AND PAID VS. DROP**

| **Key Issues** | **Assessment of Issues** |
|---|---|

- Comps

  - Talent makes the decision on whether or not to comp but Talent has no incentive to comp (since rebate is based on paid tickets)
  - Comps tickets have declined from 1,520 per show in 2019 to 864 per show in 2022 – this decrease accounts for almost all of the drop-to-paid ratio decline (i.e., if 2022 comps were at the 2019 level, drop-to-paid would be 97% vs. current 91%)
  - The reduction in comps costs Venues ██████████████████████████ ████████████████████████

- Basis for APF bonus (ancils per paid vs. ancils per drop)

  - Original plan developed in 2020 was to base APF rebate bonus on ancils per paid; however, it was implemented on ancils per drop, which drove an increase of ████ rebate per paid fan
  - Should not have an inconsistency in the metrics for the rebate scheme (currently pay based on paid with bonus based on ancils per drop)

- Market practice

  - In general, per fan rebates are based on paid attendance (see pg. 8-9); however, LN has agreed to a 1-year exception with OVG to ████████████████████████ ███

---

**Potential solutions:**

(1) Switch metric of rebate calculation entirely to drop – would align comp decision-making authority and incentives; *OR*

(2) Make rebate entirely based on paid (bonus based on ancils per paid) and recalibrate the rebate to take into account lower drop-to-paid ratio



# COMPS PER SHOW – LARGE O&O AMPS

## Complimentary Tickets Per Show

| | 2017 | 2018 | 2019 | 2021 | 2022F |
|---|---|---|---|---|---|
| Comps per show | 1,324 | 1,290 | 1,520 | 884 | 864 |
| Drop/Paid % | 99% | 97% | 97% | 84% | 91% |

**If comps tix were increased to 2019 levels** — 97%

14





# SHOW COST CONTROL

## Assessment of Issues

- Operations & production costs at large O&O Amps increased in 2022, and the increase was greater than the increase at arenas

    - Operations costs per fan – ███████████████████████████

    - Production costs per fan – ███████████████████████████

    - Operations + Productions cost per fan – ███████████████████████████████████████ in Arenas vs. 2019

- This is a source of friction in 2 ways:

    - First, Talent bears this cost, but this cost is controlled by Venues and has no impact on the Venues P&L

    - Second, in 3rd party venues, Talent is used to receiving detailed cost back-up and the ability to negotiate/dispute costs; however, not such process occurs in O&O venues (and would be a zero sum game)

**Potential solution: Create a schedule of per show operations & production costs (which would vary by fan count and potentially other factors such as security risk assessment) where Venues bears any overages on shows over the scheduled cost / gets the benefit of any savings and Talent can rely on set costs**

16



# OPERATIONS & PRODUCTION COSTS – LARGE O&O AMPS VS. 3RD PARTY ARENAS

**O&O Large Amps**

**3rd Party Arenas**

Note: Amp metrics from Large O&O metrics file; arena metrics calculated from SBS. Cost are per paid.

17



# CALIBRATION TOPICS

To be completed

## Key Issues

- **Overall, is the rebate too high?**

    - How does the actual rebate compare to the plan set in 2020 (at large O&Os)?

    - If we re-set the rebate based on a ██ ██ Talent CM premium in amps vs. arenas based on 2022, results what would the average rebate be?

    - How does the amp rebate compare to 3rd party venues?

## Assessment of Issues

- 2020 plan of ██ per paid rebate (would have been ████ in 2018) vs. actual 2022 rebate of $X per fan
- Increase driven by the APF bonus –
    - ██ of shows receiving this bonus (would be ███ if based on paid APF) vs. ██ if system had been in place in 2019
    - This is due to APF growth of ████ (████ on-ticket, ████ on-site)
    - Percent of shows receiving fan bonus similar to 2020 model (███ modeled vs. X% actual)
- Talent has noted increased rebate offset prod + ops per fan growth; while true, if you look at cost increases in excess of arena increases (to net out inflation/labor market), it is $X excess cost increase vs. $X rebate increase

- ██ CM premium = $X per paid / $Y per drop
- ██ CM premium = $X per paid / %Y per drop

- Arena comparison –
    - 2022 Arena APF = ███ per paid ████ if we net out promoter profit shared via venue co-pros)
    - If we look at arenas where LN is the core booker (e.g., Moody's), rebate is in ██████
- 3rd party amps –
    - 2022 3rd Party Amp APF = ████ per paid
    - This is increased by some venues where LN makes payments / capex contributions as part of overall deal

18

 **CALIBRATION TOPICS**

To be completed

## Key Issues

- **How should we adjust APF bonuses**

  - If we recalibrated the APF threshold based on 40-50% of shows achieving it, what would that be?

  - If we added a second "stretch" APF bonus, what would that threshold be?

- **If we want to shift contingent rent to the venue without impacting the overall split of CM, how much would the base rebate need to change to offset this?**

- **Should certain promotional tickets (NCW, Summer's Live) receive different rebates?**

- **How does the new TM rebate deal impact the rebate calculation?**

## Assessment of Issues

- If we set a threshold so that 45% of shows achieved the APF threshold, based on 2022 that would need be at $X

- Let's assume the goal is to incentivize the top 10% of shows – for this, we would set the threshold at $X
- If we did not want this to increase the overall rebates, we would increase the first threshold to $Y so that 10% fewer shows would hit the base threshold

- As context, at the amps there is $X of contingent rent, of which $Y is show costs and $Z is not
- If we shift $Y out of show costs, based on 2022 that would require decreasing the rebate by $Z per paid / $Q per drop

- Based on discussions to date, this would like create too much of a headache for Finance. Also, the lower ancils on these tickets should already be accounted for in how we the target rebate

- Goal is for the additional service charge rebates (not platinum inside fees) to remain at the venues
- As a result, need to ensure the expected increase to ancils of $X per fan is factored in when setting APF bonus thresholds
- *Note: this new rebate will also impact comp deals for bookers who were grandfathered into the full ECM calc*

19

