| From: | Matthew Hansen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=390D0443C090475BBE03C282051C3C1A-MATTHEW HAN] |
|---|---|
| Sent: | 9/1/2020 3:10:47 AM |
| To: | Mark Campana [markcampana@livenation.com]; Kathy Porter [kathyporter@livenation.com] |
| Subject: | Venue-Promoter rebate |
| Attachments: | Rebate Analysis (Mark and Kathy).pdf |

Mark and Kathy –

Attached is the deck for our conversation tomorrow morning.

A few comments to guide you through this –

- My overall approach to the question is two-fold –
- Let's start with large amps and sort that out first and then we can deal with other venue types –
  - This venue type matters the most as this is where the money is
  - This is where bookers are paid on a % of CM basis (C&T bonuses haven't worked that way historically)
  - So, once we figure out amps, we can worry about the other venue types
- Let's aim to nail down what system we want to go with – right now there are a few ideas floating around, and if we can pick the overall type of system, then we can nail down exact details of the scheme

- Pages 1-6 is what I figure we can discuss when we meet; the rest are a bunch of other analyses we can flip to if needed based on our discussion

- Pages 2 and 3 are really reference to bound the problem

- Page 4 lays out the different systems we've been discussing and gets into pros/cons at a conceptual level. My quick thoughts are –
- Co-pro – while it's a simple system people are used to, it doesn't address any the underlying goals from page 1
- Adjusted Int'l system –
  - As you know, I think there are some issues in how it splits the P&L – e.g., it gets the bookers involved in parking (and the #s don't work if we pull parking out)
  - I also think that while you could argue it's not arbitrary (we're just declaring who owns which line in the P&L), when we then need to adjust it in the future (which will happen), either we're stuck and can't respond to the business needs, or we have to throw our system out when we make adjustments
- Rebate system – (full disclosure: this is my preferred system)
  - I think it has the advantage of being something people are familiar with (lots of venues pay us rebate)
  - I think we can tinker as finalize it to create the incentives that we want (I've taken a swing at that – I can explain how I came up with it when we talk, and some pages in the appendix show the results)
  - If you need to adjust it in the future, I think it is a good starting point – you can tweak the rebate vs. going to a new system
  - Of course, the whole system is made up (but arguably so are the others)
- The last one is a hybrid – it gives you the on-ticket ancils plus a bonus. I don't think anyone is clamoring for this option. I think the challenge with this one is on-ticket ancils is pretty specific and could lead to certain issues

- Page 5 the lays out metrics for all of the systems if they had been in place in 2018 and 2019
- In 2018, they almost all get to the same #s – basically, any of these would have worked well in a good year
- So, what I think is interesting is to look at the change from 2018 to 2019 –
  - 2019 it was a very solid year onsite (APF was up ██ in large amps), but there were about 90 fewer shows, and promoters losses jumped up by almost ██

Ex. No
PX0604
1:24-cv-03973

SUBJECT TO CONFIDENTIALITY STATUTES

- Given that this was a good year onsite, I would hope the strong performance onsite kept venues AOI relatively flat – which is what we see in the rebate scheme, but not in the other schemes

- Page 6 then cherrypicks 3 shows from arenas tours that also had an amp date and looks at how'd they do in the amp under each scheme.
  - One note – the reason that Bob Seger at Shoreline doesn't do great for the promoter under the rebate scheme is it had only 9,800 fans

- One page in the Appendix worth flipping to is p. 9 – this gets at how the ECM is split by show tier.  Part of what I look about the per fan rebate is we can tweak it to make the incentives/dis-incentives a little strongest in the two right-most and left-most columns

Thanks,
Matt

SUBJECT TO CONFIDENTIALITY STATUTES

LNE22-001167607



# Rebate Analysis
## August 31, 2020

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167608



# GOALS IN FINALIZING BOOKING / VENUE ECM SPLIT

1. Want to keep promoters incentivized to book O&O venues

2. Want to create incentives to book the best shows for the amps (high attendance, high APF) by providing higher ECM split on these shows

3. Want to create incentives / accountability by align results driven by each team with the ECM split system
   - Focus amps on onsite revenue / insulate from talent deals
   - Focus promoters on booking talent, negotiating deals, and driving price
   - Ensure neither group's successes / failures masks the other's – e.g., venue infrastructure cost not masked by booking growth, or talent cost not masked by onsite growth



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-001167609

 # SHOW ECONOMICS BY VENUE TYPE



- Depending on the year, amps generate a little more or a little less than 2x the Event CM per show as arenas do
- The top **4** promo amps generate similar Event CM per show as arenas, while the average promo amp generates a lower Event CM per show – if we create incentives to book O&O amps over arenas, this should address O&O amps vs. 3rd party amps

1. Top 4 3rd Party Amps comprise DTE Energy Music Theatre (Clarkston), Riverbend Music Center (Cincinnati), St. Joseph's Health Amphitheater at Lakeview (Syracuse), and Bethel Woods Center for the Arts (Bethel).
Note: Large O&O Amps data excludes Amphitheater National in 2018 & 2019, which is mainly amp head office fixed, but also included a $6.4M TM rebate in 2018.

2

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-001167610



# LARGE AMP VENUE P&L

| | 2018A | 2019A |
|---|---|---|
| Promoter Profit (Loss) | ($152) | ($172) |
| Ancils | $317 | $311 |
| **Event CM** | ▮ | ▮ |
| | | |
| PSS & Rental CM | ▮ | ▮ |
| National TM Rebate | ▮ | ▮ |
| Other Variable Expenses | ▮ | ▮ |
| Venue Level Fixed (excl. GA Allocation) | ▮ | ▮ |
| Home Office Fixed | ▮ | ▮ |
| **All Other** | ($56) | ($71) |
| | | |
| **AOI (excl. GA Allocation)** | **$109** | **$68** |
| | | |
| Sponsorship CM[1] | $62 | $73 |
| | | |
| **AOI w/ Sponsorship** | **$171** | **$141** |

- **Outside of ECM, venues lose $56–71M a year since non-show costs exceed PSS & Rental CM**
- **Venue Sponsorship can be worth 100% of AOI in a down year (2019) and 60% in a good year (2018)**

1. Sponsorship CM includes sponsorship not typically attributed to the venues but driven by the venue business (e.g., Citi Access). For 2019, based on input from Sponsorship; 2018 is a proportional estimate.

3

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167611



# POTENTIAL MODELS AND CONCEPTUAL PRO / CON

| Overview of Model | Pros | Cons |
| --- | --- | --- |
| **50/50 Co-Pro**<br>▪ Venues and booking split ECM 50/50<br>▪ Venues keep PSS, rentals, etc., any pay venue fixed | ▪ Simple system<br>▪ Easy to apply to other venue types<br>▪ Used at certain 3rd party venues | ▪ Does not address underlying goals of separating P&Ls, focusing teams on what they influence, etc. |
| **Adjusted International System**<br>▪ Booking does not pay ops or rent, gets on-ticket ancils<br>▪ Venue pays ops and rent, gets onsite ancils | ▪ Splits P&Ls fully<br>▪ Easy to apply to other venue types<br>▪ Arguably focuses each group on what they control (bookers impact on-ticket show-to-show; but booker does not control parking) | ▪ Not familiar system in US<br>▪ Will lead to lumpy jumps in booking P&L ($1.51 per fan on-ticket increase in 2019) or arbitrary adjustments<br>▪ No added incentive for booking shows most desirable to amps<br>▪ Involves bookers in parking |
| **Per fan rebate plus bonuses**<br>▪ Booking receives*<br>   – $15 per fan<br>   – +$5 if attendance >10K<br>   – +$5 if APF >$30**<br>▪ Venue gets ancils less rebate | ▪ Simple system<br>▪ Similarity to certain 3rd party venue per-fan + bonus arrangements<br>▪ Creates added incentives / dis-incentives for top / worst shows | ▪ Could lead to debate<br>▪ Will need recalibration over time<br>▪ Will need to come up with details for other O&O venue types<br>▪ Incentive partially driven by venue team |
| **On-ticket ancils plus bonuses**<br>▪ Booking gets on-ticket ancils plus*<br>   – +$4 if attendance >10K<br>   – +$4 if onsite APF >$12.50 | ▪ Simple system<br>▪ Focuses booker on on-ticket ancils (avoid discounting, etc.)<br>▪ Creates added incentives / dis-incentives for top / worst shows | ▪ Could lead to debate on bonus scheme<br>▪ Will lead to lumpy jumps in booking P&L (and need to recalibrate bonuses?)<br>▪ Will need to come up with bonuses for other venue O&O types<br>▪ Incentive partially driven by venue team |

*Exact numbers or thresholds for bonuses can be adjusted easily if you want to see adjusted versions*
**Could also base on onsite APF – get very similar results with $12.50 onsite APF threshold*



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT LNE22-001167612

 # OVERALL MODEL OUTPUT

| | Promoter Amp CM/show | | % of Original Amp ECM/show | | Effective rebate/fan | | % of Arena CM/show | | Venue AOI, ex. Spons. ($M) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 |
| 50/50 Co-Pro | | | | | | | | | | |
| Adjusted Int'l System | | | | | | | | | | |
| Per fan rebate plus bonuses | | | | | | | | | | |
| On-ticket ancils plus bonuses | | | | | | | | | | |

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167613

# OUTPUT ON SELECT ARENA TOSS-UPS (2019)



| | | Bob Seger & The Silver Bullet Band | KISS | Queen / Adam Lambert |
|---|---|---|---|---|
| **Status Quo** | Arena ECM<br>Original Amp ECM<br>% of Arena ECM | | | |
| **50/50 Co-Pro** | Modeled Amp Promoter CM<br>% of Arena ECM | | | |
| **Adjusted Int'l System** | Modeled Amp Promoter CM<br>% of Arena ECM | | | |
| **Per fan rebate plus bonuses** | Modeled Amp Promoter CM<br>% of Arena ECM | | | |
| **On-ticket ancils plus bonuses** | Modeled Amp Promoter CM<br>% of Arena ECM | | | |

1. Bob Seger & The Silver Bullet Band – amp show at Shoreline Amphitheater (9,823 paid attendance), arena show at Amalie Arena (15,931 paid).
2. KISS – amp show at PNC Music Pavilion (16,284 paid attendance), arena show at PNC Arena (12,808 paid).
3. Queen / Adam Lambert – amp show at Xfinity Center (19,421 paid attendance), arena show at SAP Center (13,139 paid).

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT
LNE22-001167614



# APPENDIX

- **Additional analysis on potential systems**

- Impact on individual tour promoters

- Amp show distributions

- Notes on numbers in this document



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

7

LNE22-001167615



# CHALLENGE FOR SCHEME TO WORK FOR BOTH VENUES AND BOOKING ORGS

**If we solve for promoter CM per show...**

Targeted Large Amp Premium Over Arena Event CM per show

**If we solve for Venue AOI...**

1. Maintenance capex in 2018 and 2019 was $16M and $20M, respectively.
2. 50% of AOI (excl. GA Allocation) in 2018 and 2019 was ▮▮▮▮▮▮ respectively.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167616

 **OUTPUT BY SHOW TIER (2018)**

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                                                          LNE22-001167617



# OUTPUT BY SHOW TIER (2019)

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167618

 APPENDIX

- Additional analysis on potential systems

- **Impact on individual tour promoters**

- Amp show distributions

- Notes on numbers in this document



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167619



# IMPACT BY BOOKER – 50/50 CO-PRO

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167620

 # IMPACT BY BOOKER – ADJUSTED INT'L SYSTEM

13

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-001167621



# IMPACT BY BOOKER – PER FAN REBATE PLUS BONUSES

14

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167622

 **IMPACT BY BOOKER – ON-TICKET ANCILS PLUS BONUSES**

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                                                    LNE22-001167623

 **APPENDIX**

- Additional analysis on potential systems

- Impact on individual tour promoters

- **Amp show distributions**

- Notes on numbers in this document



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-001167624



# LARGE AMP SHOW DISTRIBUTION

## 2019A Large Amp Show Count by Event CM



Note: Excludes 4 shows with 0 paid attendance – Alabama at P.N.C. Bank Arts Center and Bank of New Hampshire Pavilion, Hall & Oates at Bank of New Hampshire Pavilion, KORN/Alice in Chains at PNC Bank Arts Center. Excludes fee paid to The Gorge for Watershed.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-001167625



# LARGE AMP SHOW BREAKDOWN – ATTENDANCE

### 2019A Large Amp Show Count by Attendance



Average = ▮
Median = ▮
# of shows = 929

| 0–5K | 5–7K | 7–10K | 10–12.5K | 12.5–15K | 15K+ |
|------|------|-------|----------|----------|------|
| 108 | 108 | 231 | 165 | 105 | 212 |

Note: Excludes 4 shows with 0 paid attendance – Alabama at P.N.C. Bank Arts Center and Bank of New Hampshire Pavilion, Hall & Oates at Bank of New Hampshire Pavilion, KORN/Alice in Chains at PNC Bank Arts Center. Excludes fee paid to The Gorge for Watershed.

18

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167626

 # LARGE AMP SHOW BREAKDOWN – APF

## 2019A Large Amp Show Count by APF



Average = ▮
Median = ▮
# of shows = 929

57    184    272    246    170

Note: Excludes 4 shows with 0 paid attendance – Alabama at P.N.C. Bank Arts Center and Bank of New Hampshire Pavilion, Hall & Oates at Bank of New Hampshire Pavilion, KORN/Alice in Chains at PNC Bank Arts Center. Excludes fee paid to The Gorge for Watershed.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-001167627

 # LARGE AMP SHOW BREAKDOWN – ON-TICKET APF

## 2019A Large Amp Show Count by On-Ticket APF



Average = ▮
Median = ▮
# of shows = 929

Note: Excludes 4 shows with 0 paid attendance – Alabama at P.N.C. Bank Arts Center and Bank of New Hampshire Pavilion, Hall & Oates at Bank of New Hampshire Pavilion, KORN/Alice in Chains at PNC Bank Arts Center. Excludes fee paid to The Gorge for Watershed.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167628

 # LARGE AMP SHOW BREAKDOWN – ONSITE APF

## 2019A Large Amp Show Count by Onsite APF



Average = ▮
Median = ▮
# of shows = 929

Note: Excludes 4 shows with 0 paid attendance – Alabama at P.N.C. Bank Arts Center and Bank of New Hampshire Pavilion, Hall & Oates at Bank of New Hampshire Pavilion, KORN/Alice in Chains at PNC Bank Arts Center. Excludes fee paid to The Gorge for Watershed.

21

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167629

 **APPENDIX**

- Additional analysis on potential systems

- Impact on individual tour promoters

- Amp show distributions

- **Notes on numbers in this document**



HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT
LNE22-001167630

 **NOTES ON THE NUMBERS IN THIS DOCUMENT**

- **Numbers are large O&O amps only** – boutique amps were only ▮ of ECM and ▮ of AOI in 2019

- **Made minor adjustments to previous LOB numbers you may have seen**
  - Event CM – moved 2018 ▮ National TM rebate (not tied to any show) out of Event CM to Venue "All Other," and did not split this in various scenarios (unclear how each scheme would have handled).  Disregarded ▮ of smaller variable costs in 2018-19 coded to Event CM but not tied to any show.
  - Venue level fixed – excludes "GA Allocation" pushdown of central US Concerts costs (except for Venue IT), and shifted ▮ of R&M from 2019 to 2018 (when it was incurred)
  - Venue home office fixed – normalized for one-time items (e.g., 2018 R&M pull forward and venue tests)

- **Did not factor in benefit-of-the-cross when making various comparisons in this document**
  - Not large numbers or massively different between venue types (amps – ▮ per show in both 2018 and 2019, arenas – ▮ per show in 2018 and ▮ per show in 2019)
  - As such, including them would have made little difference when looking at % reductions in CM, or comparisons of amp CM under each scheme to arena CM

- **Sum of show-level analysis does not perfectly match the sum of venue-level analysis**
  - This is due to slight differences in underlying data and has zero impact on any of the takeaways
  - The one exception is that the show-level data mis-classifies parking revenue, resulting in overstating promoter take in the Adjusted International model in 2018 by ▮

23

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-001167631