| | |
|---|---|
| **From:** | Gregory LeMay [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GREG LEMAY] |
| **Sent:** | 3/4/2024 10:35:49 PM |
| **To:** | Joe Berchtold [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=37fdd9dff3a148dbbb88874f3fda276d-Joe Berchto] |
| **CC:** | Matthew Hansen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=390d0443c090475bbe03c282051c3c1a-Matthew Han]; Garrett Nastarin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1d4f4c8c4ad4ea98e2e58108ddb29f6-eff6b50e-b9] |
| **Subject:** | RE: Venue Benchmarking Summary |
| **Attachments:** | Venue Deal Benchmarking - March 4.pdf |

Joe –

Please see attached an updated version of the venue benchmarking deck.



Other than the results on pages 15-19, we've also cleaned up the front material of the deck a bit, but there's no real material changes since the prior version.

Please let us know if you have any questions or would like to discuss.

Thanks
Greg

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Sent:** Tuesday, February 20, 2024 3:14 PM
**To:** Joe Berchtold <JoeBerchtold@LiveNation.com>; Gregory LeMay <GregLeMay@LiveNation.com>
**Cc:** Garrett Nastarin <GarrettNastarin@LiveNation.com>
**Subject:** RE: Venue Benchmarking Summary

To give a bit more context –

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

**Ex. No PX0679**
1:24-cv-03973



Thanks,
Matt

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

**From:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Sent:** Friday, February 16, 2024 10:53 AM
**To:** Gregory LeMay <GregLeMay@LiveNation.com>
**Cc:** Matthew Hansen <MatthewHansen@LiveNation.com>; Garrett Nastarin <GarrettNastarin@LiveNation.com>
**Subject:** Re: Venue Benchmarking Summary

---

**From:** Gregory LeMay <GregLeMay@LiveNation.com>
**Date:** Thursday, February 15, 2024 at 9:49 PM
**To:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Cc:** Matthew Hansen <MatthewHansen@LiveNation.com>, Garrett Nastarin <GarrettNastarin@LiveNation.com>
**Subject:** RE: Venue Benchmarking Summary

Joe –

Thanks for the quick review – a few questions in line below.

Thanks
Greg

---

**From:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Sent:** Thursday, February 15, 2024 6:00 PM
**To:** Gregory LeMay <GregLeMay@LiveNation.com>
**Cc:** Matthew Hansen <MatthewHansen@LiveNation.com>; Garrett Nastarin <GarrettNastarin@LiveNation.com>
**Subject:** Re: Venue Benchmarking Summary

Great work, thanks.

I think the piece we need to get our head around now is what is the relative incentive needed for amps vs. arenas

When we did the structure last year, part of the thesis was they need to rebate more for the amps than the arenas because grosses are better in the arenas and you need some counter balance to that. Is the concern here that promoters need bigger rebates to hit their own CM targets (whether budget or individual incentives)? Or is the primary purpose to make the amps an obvious winner to a booker when looking at options (rather than ask them to consider VN economics in their decision making)? Given the size of the rebate doesn't impact the LNE bottom line, I'm trying to understand this part of the thesis a little better as I was not involved in this work a year ago. I THINK ITS MORE THE LATTER BUT MATT WILL BE BETTER POSITIONED TO OPINE, WHEN HE WORKED THROUGH STRUCUTRE OF REBATES HE CAME UP WITH NUMBER WELL ABOVE ARENA LEVEL BECAUSE OF MOTIVATING THE PROMOTERS

Not sure how to take that into account.

One thing we could maybe do is look at what is the net at settlement when deducting for rent and all other costs – arenas vs. amps. Arenas gross a lot more but costs are also much higher across the board. So given that, what would the rebate need to be under the basic rebate model to make the promoter even on a per head basis, assuming they are 90/10 on deals We'll look into this - would you suggest looking at this on an all up basis, or instead look market to market (e.g., compare UBS to Jones Beach, United Center to Tinley Park)? I suspect the result would vary quite a bit across markets so curious if an all up average would be a useful data point. SEEMS LIKE ALL UP EASIER, AND SINCE MOST THINGS DONE ON TOUR LEVEL NOW THAT SHOULD SMOOTH OUT SOME LOCAL NOISE

Btw, I would also throw out some of the outliers – eg MSG/Forum given they are not market representative – MSG gets that deal because they are the Garden, and Forum got their deal because they were owned by MSG. Makes sense

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                LNE22-002133948

Thanks

**From:** Gregory LeMay <GregLeMay@LiveNation.com>
**Date:** Thursday, February 15, 2024 at 5:45 PM
**To:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Cc:** Matthew Hansen <MatthewHansen@LiveNation.com>, Garrett Nastarin <GarrettNastarin@LiveNation.com>
**Subject:** Venue Benchmarking Summary

Joe –

As you know, we've been working to characterize the variety of deals Live Nation Talent has with third-party amps and arenas. This included working with Talent to gather information about deal parameters and actual results (i.e., APF for third-party venues), and Venues to understand how our internal rebate is calculated today.

The attached deck outlines three deal archetypes and evaluates the CM shift between Talent and Venues if we were to internally introduce each approach. Our sample include the highest use amps and arenas where Live Nation does not have any exclusive booking rights. We've also built a detailed appendix with terms for each venue.

One important caveat about how APF is defined – in this deck, APF represents total funds received from the venue (rebates, other volume bonuses, or share of specific onsite revenue) over paid attendance. However, for venues with a venue co-pro deal, the numbers we share are not net of co-pro expense. This is consistent with how Talent tracks APF at these venues. We worked with Talent analytics to gather a more complete metric – specifically an APF that nets out promoter profit shared back with the venue – but this turned out to be exceedingly difficult to pull out of our current financial systems. For what it's worth, we'll be able to do this easily once Project Cumulus is live.

I don't know where your conversations with Matt left off, but I've included a few thoughts on where we might want to go next, including modeling other deal parameters or exploring whether we expect opening the amps to be purely additive (or come with a cost given schedule conflicts). We're also happy to revise this deck if it would be helpful for other audiences you might be having conversations with.

One final note – Matt relayed that you wanted me to track down the details of the deal we struck with MTG for Kenny Chesney this summer. A summary of these terms is included on Page 12, but I'm happy to share additional detail if interested.

Thank you,
Greg

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                                                      LNE22-002133949



# Venue Deal Benchmarking
## March 2024

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133950

 # EXECUTIVE SUMMARY

- Historically, only Live Nation promoters are permitted to book shows at Venue Nation amphitheaters. Venue Nation is now considering "opening" the amphitheaters to third-party promoters to book shows

- To establish potential terms Venue Nation would offer third-party promoters, deals offered to Live Nation at third-party arenas and amphitheaters were benchmarked. Venues included in the benchmark met the following criteria:
  - High attendance – venues with highest Live Nation paid attendance in 2023
  - Open venue – Live Nation does not have any exclusivity arrangement at the venue
  - Single venue deal – deal offered to Live Nation does not contain incentives that relate to a portfolio of venues (e.g., bonuses for attendance targets across set of several venues)

- Among this sample, venue deals fall into three archetypes:
  1. Rent with Incentives: Venue charges rent in exchange for specific operational expenses and bills promoter for production expenses; per fan rebate offered with annual volume-based escalators
  2. Venue Co-Pro with Incentives: Venue takes a portion of promoter profit, and promoter participates in onsite spend upside via per fan rebate with annual volume-based escalators
  3. Full Venue Co-Pro: Venue and promoter split promoter profit and onsite spend 50/50

- If Venue Nation opens amphitheaters to third-party promoters, it may use the same deal structure internally with Live Nation Talent. The potential impact of adopting various sample deals along the Rent with Incentives and Full Venue Co-Pro archetypes was modeled. For LN's purposes Venue Co-Pro with Incentives was determined to be unnecessarily complex with little added benefit versus the others

- Next steps may include expanding the analysis of potential deal models or evaluating the potential benefits and costs of opening the amps to third-parties (e.g., lift from additional shows vs. conflicts with Talent booking)

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-002133951



# ARENA SELECTION

## Methodology

- Third-party arenas were ranked by paid attendance in 2023 to identify the highest use venues
- All arenas in the Top 10 were retained with the exception of Ball Arena and Little Caesars Arena, which have incentives tied to a portfolio of venues in their respective markets
- Additional venues of interested were added, including:
  - Co-Promote Venues: added Wells Fargo Center to have a second co-pro deal in the sample
  - New York Venues: added three additional arenas (Barclays Center, UBS Arena, Prudential Center) to include points of comparison in a dense market

## Arena Selection

### 2023F Paid Attendance (K)



Sample represents over 5M fans (30% of 2023 total US 3P Arena fans) and nearly 450 shows (25% of 2023 total US 3P Arena shows)

1. Ball Arena and Little Caesars Arena excluded given incentives based on portfolio of venues in respective markets
Note: Excludes Sphere given deal specific to long-term U2 residency

2

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133952



# AMPHITHEATER SELECTION

## Methodology

- All third-party large amphitheaters with >50K attendance in 2023 were considered for inclusion
- Any amphitheaters that are part of a market-based deal or where Live Nation has an exclusivity agreement were excluded from analysis

### Large Amphitheater Selection

#### 2023F Paid Attendance – venues >50k fans (K)

| Venue | Attendance |
|---|---|
| Pine Knob Music Theatre | 564 |
| Hollywood Bowl | 546 |
| Cynthia Woods Mitchell Pavilion | 430 |
| Riverbend Music Center | 301 |
| Walmart Amp | 299 |
| Red Rocks | 257 |
| Empower Federal Credit Union | 233 |
| Germania Insurance | 169 |
| Maine Savings | 166 |
| Bethel Woods Center | 151 |
| The Wharf | 151 |
| Credit One Stadium | 145 |
| American Family Insurance | 139 |
| Merriweather Post Pavilion | 123 |
| Orion Amphitheater | 100 |
| CCNB Amphitheatre | 91 |
| Ford Idaho Center | 70 |
| Forest Hills Stadium | 69 |

Sample
Excluded

### Boutique Amphitheater Selection

#### 2023F Paid Attendance – venues >50k fans (K)

| Venue | Attendance |
|---|---|
| Hartford Healthcare Amp | 192 |
| Michigan Lottery at Freedom Hill | 178 |
| Greek Theatre | 153 |
| Stone Pony Summer Stage | 124 |
| Starlight Theatre | 115 |
| Moody Amphitheater | 104 |
| FirstBank Amphitheater | 104 |
| Park at the Park - Petco Park | 103 |
| Cal Coast Credit UnionTheatre | 99 |
| Saint Louis Music Park | 81 |
| Rabbit Rabbit | 77 |
| Dailys Place | 77 |
| Northern Quest Amphitheater | 74 |
| St. Augustine Amphitheatre | 59 |
| Pier Six Pavilion | 55 |

Sample
Excluded

**Venues included in amphitheater sample represent 1M fans and 150 shows in 2023**

3

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133953

# THIRD-PARTY VENUES



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133954

 **THIRD-PARTY VENUE DEAL ARCHETYPES**

| | Description | Venues in analysis | |
| | | # Arenas | # 3P Amps |
|---|---|---|---|
| **① Rent with Incentives** | • Venue charges rent in exchange for specific operational expenses, typically including front of house staff (e.g., ticket takers, ushers, security), medical, parking, utilities, and in-house equipment<br><br>• Other expenses are billed to promoter (e.g., stagehands, production expenses)<br><br>• Excessive costs for items covered by rent also billed to promoter (e.g., extra security) | 10 | 4 |
| **② Venue Co-Pro with Incentives** | • Venue receives a portion of promoter profit and promoter participates in onsite spend upside, including per fan rebates or portion of onsite spend<br><br>• Rent is established for purposes of artist settlement, but venue and promoter settle using actual expenses incurred | 2 | 1 |
| **③ Full Venue Co-Pro** | • Full event contribution margin is split evenly between venue and promoter<br><br>• Rent is established for purposes of artist settlement, but venue and promoter settle using actual expenses incurred | 0 | 3 |

5

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                                LNE22-002133955



# ❶ RENT WITH INCENTIVES –
# THREE DIFFERENT APPROACHES TO DETERMINING RENT

| Flat Rent | Gross-based Rent | Variable Rent |
|---|---|---|
| • Venue charges flat rate in exchange for specific services, typically covering most operating expenses<br><br>• Items not covered in rent itemized and billed to promoter | • Venue rent is based on gross box office revenue (gross, less taxes and FMF)<br><br>• Rent may have a minimum and maximum rent<br><br>• Items not covered in rent itemized and billed to promoter | • Venue calculates rent based on actual costs incurred and scheduling variables (e.g., weekday vs. weekend)<br><br>• Rent presented as lump sum, while other production expenses are itemized |

## Arenas

  

 

  





## Amps

  

 

- All venues in this category cover expenses through combination of rent and billing promoter for actual expenses
- All venues in this category also offer an incentive based on paid attendance, often with annual volume escalators (based on total attendance or total show count)
- Other incentives (share of merch sales or unmanifested tickets) are included at select venues

6

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133956



# RENT WITH INCENTIVES – TYPICAL RENT INCLUSIONS/EXCLUSIONS

| | Description | Typically in rent | Sometimes incl. in rent | Typically billed |
|---|---|---|---|---|
| Front of House Labor | Box office, ticket takers, ushers, guest services, security, cleaners | ✓ | Cleaning, Security | |
| Police/Fire/EMT | | Medical | Police, Fire | |
| Traffic/Parking | Traffic control / parking personnel | ✓ | | |
| Utilities/Building Services | Electricity, water, AC / heating, Wi-Fi, electrician, house operations | ✓ | Electrician | |
| In-house equipment | Forklifts, barricades, spotlights, etc., that venue may have on hand | ✓ | | |
| In-house marketing | Exterior marquee, interior screens, social media, website, and email | ✓ | | |
| Back of House Labor | Labor needed to set up, run, and take down event | | Stagehands | Runners, loaders, riggers, spot operators |
| Production | Video, confetti, compressed gas, fireworks, sign language interpreter, etc. | | | ✓ |
| Catering | Food & drinks for artist / artist entourage | | Catering allowance | ✓ |
| Insurance | | | | ✓ |
| Performance Rights | Payments to ASCAP/BMI/SESAC/GMR for right to perform copyrighted works | | | ✓ |

Note: Venue will charge for any excessive use of services included in rent (e.g., extra security, outside equipment rental)

7

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133957



# RENT WITH INCENTIVES – ARENA DEAL EXAMPLES

| | Rent[1] | 2023F Paid Attendance | Incentives | | | LN 2023 APF |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Rebate | Rebate scaled by | Bonuses | |
| MSG | ▮ | 940K | ▮ | -- | -- | ▮ |
| Kia Forum | ▮ | 701K | ▮ | -- | -- | ▮ |
| United Center | ▮ | 625K | ▮ | ▮ | ▮ | ▮ |
| Climate Pledge Arena | ▮ | 457K | ▮ | -- | -- | ▮ |
| TD Garden | ▮ | 427K | ▮ | -- | ▮ | ▮ |
| State Farm Arena | ▮ | 407K | ▮ | ▮ | ▮ | ▮ |
| Capital One Arena | ▮ | 344K | ▮ | ▮ | -- | ▮ |
| Barclays Center | ▮ | 334K | ▮ | ▮ | -- | ▮ |
| Prudential Center | ▮ | 209K | ▮ | ▮ | ▮ | ▮ |
| UBS Arena | ▮ | 171K | ▮ | -- | ▮ | ▮ |

1. Displaying Rent for Full Bowl; many venues have reduced rates available for lower bowl shows
2. MSG rent includes Stagehands. Rent represents range of representative shows less estimated nightly stagehand expense of $180K
3. TD Garden charges min. $110K (if gross <$600K) and max. $140K (if gross >$900K). Otherwise, $110K + 10%*(gross - $600K)
4. Unmanifested seat revenue recognized by PSS; not included in APF

8

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133958



# ❶ RENT WITH INCENTIVES –
# AMPHITHEATER DEAL EXAMPLES

| | Rent | 2023F Paid Attendance | Incentives | | | LN 2023 APF |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Rebate | Bonuses | | |
| Red Rocks Amphitheater | ▮ | 257K | ▮ | -- | | ▮ |
| Greek Theatre | ▮ | 153K | ▮ | ▮ | | ▮ |
| Merriweather Post Pavilion | ▮ | 123K | ▮ | -- | | ▮ |
| Orion Amphitheater | ▮ | 100K | ▮ | ▮ | | ▮ |

1. Live Nation has a 65/35 co-pro with Nederlander at the Greek
2. Ticketmaster pays Live Nation portion of service charge rebate

9

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                LNE22-002133959



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133960



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133961



# O&O AMPHITHEATERS

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133962



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133963



# LIVE NATION AMPS –
# THIRD-PARTY PROMOTER AND KENNY CHESNEY TOUR



## Context

- LN Concerts typically have exclusive booking rights at LN amphitheaters

- On occasion, Talent will reach terms with a third-party promoter to book A-level talent in the amps

- Recent negotiation with Messina Touring Group had following terms for proposed Kenny Chesney tour in 2024:

## Deal Terms (Rent + Incentives)

**Rent**
- ███████████████████████████████
- ███████████████████████████████

**Incentives**
- ███████████████████████████████

14

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133964

 # LIVE NATION AMPS – IMPACT OF DIFFERENT DEAL TERMS ON TALENT CM

- In order to understand the impact of various deal types and terms on Talent CM at Live Nation's amps, four potential scenarios were modeled and compared:

| Scenario | Rent | Rebate | Notes |
|---|---|---|---|
| **Rent + Incentives (Arena Comp)** | ▇ | ▇ | Assumes median rent and rebate from sample arenas (excluding MSG & Kia Forum given their pricing power) |
| **Rent + Incentives (Amp Comp)** | ▇ | ▇ | Assumes representative rent (i.e., Greek Theatre with ~$60K and Red Rocks Amphitheater with ~$50K) and median rebate from sample amps |
| **Messina Touring Group Deal** | ▇ | ▇ | Same terms as those listed on prior page |
| **Full Co-Pro** | ▇ | ▇ | Promoter Profit and Ancils split 50/50 between promoter and venue |

- Several flavors of each scenario were also evaluated
  - Select Artists – only artists with at least 5 shows in both arenas and large O&O amps in 2023; evaluates how competitive the O&O amp deal is vs. third-party arenas for top artists
  - 90/10 – hypothetical Talent CMs if all deals were 90/10 with no artist guarantee; assumes rational deal making with no added incentive to book our LN O&Os

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133965



# MODEL BASED ON SYSTEM-WIDE AVERAGES

**Talent CM**

| | Arenas (2023A) | O&O Amps (2023A) | Rent + Incentive (based on Arenas) | Rent + Incentive (based on Amps) | Messina Deal | Full Co-Pro |
|---|---|---|---|---|---|---|
| | | | | | *Modeled scenarios* | |
| % of 2023 Arena | N/A | ■ | ■ | ■ | ■ | ■ |

Note: Averages exclude 50/50 activity

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

16

LNE22-002133966



# MODEL FOR ARTISTS PLAYING 5+ SHOWS AT O&O AMPS & ARENAS

Talent CM

| | Arenas (2023A) | O&O Amps (2023A) | Rent + Incentive (based on Arenas) | Rent + Incentive (based on Amps) | Messina Deal | Full Co-Pro |
|---|---|---|---|---|---|---|
| | | | | *Modeled scenarios* | | |
| % of 2023 Arena | N/A | ▮ | ▮ | ▮ | ▮ | ▮ |

Note: Averages exclude 50/50 activity

17

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133967



# MODEL BASED ON SYSTEM-WIDE AVERAGES, ASSUMING 90/10 DEAL AND NO GUARANTEE

Talent CM

| | Arenas | Rent + Incentive (based on Arenas) | Rent + Incentive (based on Amps) | Messina Deal | Full Co-Pro |
|---|---|---|---|---|---|
| | | | *Modeled scenarios* | | |
| % of 2023 Arena | N/A | ▮ | ▮ | ▮ | ▮ |

Note: O&O Amp comparison not relevant in 90/10 scenario as Venue Nation would not continue offering Talent rebate of $21 with no artist guarantee; averages exclude 50/50 activity

18

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-002133968



# MODEL FOR ARTISTS PLAYING 5+ SHOWS AT O&O AMPS & ARENAS, ASSUMING 90/10 DEAL AND NO GUARANTEE

Talent CM

Arenas | Rent + Incentive (based on Arenas) | Rent + Incentive (based on Amps) | Messina Deal | Full Co-Pro

*Modeled scenarios*

| % of 2023 Arena | N/A | ▮ | ▮ | ▮ | ▮ |

Note: O&O Amp comparison not relevant in 90/10 scenario as Venue Nation would not continue offering Talent rebate of $21 with no artist guarantee; averages exclude 50/50 activity

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

19

LNE22-002133969



# APPENDIX

20

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133970