

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133971

# ARENAS – RENT WITH INCENTIVES



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133972



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133973



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133974



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133975



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT    LNE22-002133977



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133978



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                                    LNE22-002133979



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-002133980



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133981



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133982



# ARENAS – CO-PRO WITH INCENTIVES

33

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133983



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133984



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133985

# AMPS – RENT WITH INCENTIVES



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133986

36



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133987



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133988



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133989



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

# AMPS – CO-PRO WITH INCENTIVES

41

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133991



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133992



# AMPS – FULL CO-PRO

43

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133993



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-002133994



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                                    LNE22-002133995



HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                                    LNE22-002133996