| | |
|---|---|
| **From:** | Matthew Hansen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=390D0443C090475BBE03C282051C3C1A-MATTHEW HAN] |
| **Sent:** | 4/8/2022 7:14:31 PM |
| **To:** | Jordan Zachary [jordanzachary@livenation.com] |
| **Subject:** | look at p. 9 |
| **Attachments:** | Venues Benchmarking Analysis (with Insights) - 03-13-2020.pdf |

**Ex. No**
**PX0736**
**1:24-cv-03973**

CONFIDENTIAL



# Venue Benchmarking Analysis
# March 2020

HIGHLY CONFIDENTIAL

LNE-LIT24-000962281

# KEY INSIGHTS (1 of 3)

- **NOTE: Concerts AOI in this document includes both Live Nation promoter AOI and Live Nation venue operations AOI**

- **Geographic Differences** – North American venues are predominantly LN-promoted (93% of dropcount is LN-promoted for NA Amps, 81% for NA T&Cs) vs. international venues have significantly more 3rd party promoted activity (66% of dropcount is from 3rd parties for International Arenas, 76% for International T&Cs)

- **Overall Portfolio**
  - While small venues (theaters and clubs) represent 63% of LN's venue footprint, large venues (amps and arenas) drive 54% of the O&O fans and 70% of the O&O AOI
  - This is due to large venues having a higher AOI per fan – over $2 higher in Concerts ($6.96 vs. $4.60) and over $4 higher in Sponsorship ($6.25 vs. $1.96)

- **Large Venue Portfolio**
  - Amps –
    - US Large Amps make significantly more per fan than US Boutiques ($13.79 vs. $6.14) – boutiques basically breakeven on Concerts ($0.49 per fan) whereas large amps are profitable on Concerts ($6.82 per fan)
    - While the vast majority of amps are profitable, there are 12 with negative AOI before Sponsorship (out of 49)
  - Arenas vs. Amps –
    - Concerts – While large premier arenas >12K capacity (e.g., Royal Arena, 3Arena, Ziggo Dome, Spark Arena) have higher Concerts AOI per fan than US amps (averaging ~$12 per fan vs. ~$7 per fan), smaller arenas (e.g., AFAS Live, Cardiff, Parcolimpico) make significantly less (~$3 Concerts AOI per fan)
    - Sponsorship – Aside from Royal Arena and 3Arena, International Arenas are not on par with US Amps in terms of Sponsorship (averaging ~$3 per fan vs. ~$7 per fan)

LNE-LIT24-000962282

# KEY INSIGHTS (2 of 3)

- **Small Venue Portfolio**
  - Size drives AOI per fan – T&Cs with >2,500 seats in the US and UK generate ~$9 AOI per fan vs. ~$2 for T&Cs with <1,000 capacity; specialty venues (e.g., HOB and Comedy Clubs) perform in the middle with ~$5 AOI per fan
  - UK small venues outperform US small venues in terms of Sponsorship (e.g., UK 1,000–2,500 = $3.45 Sponsorship AOI per fan vs. $1.33 for the US)
  - 28 T&Cs (23 North America, 8 International) out of 92 that were operational in 2019 lost money

- **Promoter Profit** – North American venues tend to operate the promotions business at a loss (US Large Amps lose almost $17 per fan, boutiques lose $12.58 per fan, T&Cs lose ~$3–4) while international venues have promoter profit

- **Ancils** – North American venues generate significantly higher APF than international venues largely due to structural differences (e.g., higher ticketing rebates).  In addition, North American Amps generate higher F&B CM per fan than International Arenas
  - Large Venues: North American Amps average $29.55 APF vs. International Arenas average $10.52 APF
    - Non-F&B – Large US Amps generate $19.52 per fan vs. the highest International Arena which generates $4.94 – the difference is due to charges on the ticket (ticketing rebate and parking/FMF)
    - F&B – Amps generate over $3 more per fan than International Arenas – with over 4.4M fans this is a $13M+ CM opportunity
  - T&Cs: North American T&Cs average $20.94 APF vs. International T&Cs average $11.25 APF
    - Non-F&B – North American T&Cs >2,500 capacity generate $14.31 per fan vs. $3.53 for the UK – $8 of the difference is from ticketing rebates, with parking/FMF driving the rest
    - F&B –
      - UK and North American T&C venues generate similar Net F&B CM per fan for 1,000–2,500 cap venues (~$8)
      - When the restaurant business is factored in, HOBs make $23.90 in Net F&B CM per fan, which is over 2.5x the global T&C average

2

HIGHLY CONFIDENTIAL

# KEY INSIGHTS (3 of 3)

- **Premium Seat Sales (PSS)** –
  - North American Amps generate $63M, ~$5 CM per fan from PSS vs. North American T&Cs generate $14M, ~$1.25 CM per fan from PSS
  - On the international front, only 3 venues have a real PSS business – Royal Arena ($6.12 PSS CM per fan), Ziggo Dome ($4.48), and 3Arena ($2.93)

- **Rentals & Special Events** – Amps generate $17M a year, $1.33 per fan vs. T&Cs generate a massive $69M a year, $6.27 CM per fan
  - Note: The international Rentals & Special Events business was not benchmarked due to the high proportion of dropcount that is 3rd party activity

- **Fixed Costs** – NA Amps and International Arenas have similar fixed costs per fan (~$11 vs. ~$12) whereas fixed costs for North American T&Cs are nearly 2x those in International T&Cs (~$15 vs. ~$8)

- **Capex** – LN spent $129M on capex globally in 2019 – $76M on NA Amps, $37M on NA T&Cs, $10M on International T&Cs, and $6M on International Arenas
  - On a per-fan basis – LN spends an average of ~$4 per fan on capex (NA Amps = $6.02, NA T&Cs = $3.42, International T&Cs = $2.67, and International Arenas = $1.35 per fan)
  - In terms of operating intensity – T&Cs are the most capital intense with T&Cs reinvesting ~20% of AOI on maintenance capex, with amps and arenas investing ~14% and ~5% of AOI, respectively
  - From an investment standpoint – North American Amps and T&Cs invest 1/3 of their AOI on RevGen capex to grow the business whereas International T&Cs spend ~18% of AOI and International Arenas spend ~5%

3

LNE-LIT24-000962284

# Comments on Methodology

Total Fan & AOI Breakdown

Show Economics

Non-Show Revenue

Fixed Costs & Capex

4

HIGHLY CONFIDENTIAL

LNE-LIT24-000962285

# COMMENTS ON METHODOLOGY

- Includes 153 venues
  - Excludes venues in which LN has a non-O&O interest (e.g., booking deals)
  - Excludes all venues not in operation in 2019 unless venue had pre-opening expenses that hit AOI in 2019 (e.g., Fillmore Minneapolis, HiFi Dallas, Queen Street Club, etc., had pre-opening expenses that hit AOI)
  - Excludes C3, Insomniac, Groot, etc. (most of which would also be excluded as non-O&O) – focused on US Concerts, HOBE, Canada, UK Concerts, Europe, and Australia/New Zealand
  - See p.3 for walk from 10-K venue count

- Venue economics in this document exclude "head-office" costs (e.g., do not include AMG Head Office, HOBE non-venue personnel, etc.)

- Due to different 3rd party vs. self-promote business models (see p.4) and accounting conventions globally, this deck does as follows:
  - Concerts Promo CM – in international markets, this represents LN's CM as the promoter, which is not traditionally included in the venue P&L (in North America, the promoter economics are included in the venue P&L)
  - Concerts AOI – includes both venue P&L and any Concerts Promo CM; in North America, the figures were reported together as venue operations were not separated from promotions business
  - Per fan metrics for AOI, PSS, Fixed Costs, and Capex – fan totals used as the denominator are 10-K dropcount, which includes rentals, etc.
  - Per fan ancils metrics
    - North America: ancils and fans are both LN-promoted only (since this is their core business)
    - International: ancils and fans reflect all events and total dropcount (given high volume of non-LN promoted activity)
  - Per fan promoter profit metrics
    - North America: promoter profit and fans are both LN-promoted only
    - International: reflects Concerts Promo CM divided by dropcount for LN-promoted shows

- Sponsorship in this document combines venue-level sponsorship and pushdowns of portfolio-level sponsorship deals (e.g., AMG Head Office Sponsorship)

- Numbers are 2019 F11, except for North America 10-K dropcount which is full year actuals, unless otherwise noted

5

HIGHLY CONFIDENTIAL

LNE-LIT24-000962286

# VENUE COUNT WALK



1. 4 of these venues were booking-only in 2019, but have become O&O venues in 2020.
2. 6 venues not in operation that have AOI are included in our 153 (19 venues are not in operation and 13 were excluded from our analysis).
3. Most of these venues would also be excluded because they are not true O&O (e.g., equity interest only, management but no promotion, etc.).
4. 3 North American venues are equity-only, 3 UK venues are managed-only, and 1 UK venue (King Tuts Wah Wah Hut) is typically not included in UK numbers.

HIGHLY CONFIDENTIAL

# DROPCOUNT MIX FOR INCLUDED VENUES



Note: For North America, total dropcount from Corporate Planning as of 2019A. For International, total dropcount from divisions as of F11. LN Promoted dropcount provided by divisions as of F11.

7

HIGHLY CONFIDENTIAL

LNE-LIT24-000962288

# Comments on Methodology

## Total Fan & AOI Breakdown

## Show Economics

## Non-Show Revenue

## Fixed Costs & Capex

8

HIGHLY CONFIDENTIAL

LNE-LIT24-000962289

# 2019 VENUE PORTFOLIO



% of Total Venue AOI in 2019

| | 153 | 32M | $321M |
| --- | --- | --- | --- |
| International Arenas | 7 | 4 | 63 → 20% |
| North American Amps | 50 | 13 | 162 → 51% |
| International T&C | 23 | | |
| North American T&Cs | 73 | 4 | 26 → 8% |
| | | 11 | 70 → 22% |

Large Venues

Small Venues

**# of venues in this analysis**    **Fans**    **Total AOI**

1.  Adjusted NA Sponsorship in consultation with the division to include sponsorship driven by the venues, but not typically classified as venue sponsorship (e.g., Citi Ticket Access). For International, included AMG Home Office Sponsorship.
Note: Forecast as of F11 except for North America total dropcounts which are 2019A from Corporate Planning. North America Amp dropcount includes fans at amp festivals.

9

HIGHLY CONFIDENTIAL

LNE-LIT24-000962290

# TOTAL 2019 VENUE AOI

| Venue Type | # of venues | 2019 Drop-count (M) | AOI ($M) | | | | AOI per fan ($) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Concerts-Venue | Concerts-Promo CM | Sponsor-ship[1] | Total | Concerts (Venue + Promo CM) | Sponsor-ship[1] | Total |
| North America Amps | 50 | 12.7 | $78 | n/a | $85 | $162 | $6.13 | $6.66 | $12.80 |
| International Arenas | 7 | 4.4 | $28 | $13 | $22 | $63 | $9.35 | $5.04 | $14.39 |
| **Large Venue Sub-total** | **57** | **17.1** | **$106** | **$13** | **$107** | **$225** | **$6.96** | **$6.25** | **$13.20** |
| North America T&Cs | 73 | 11.0 | $52 | n/a | $18 | $70 | $4.73 | $1.63 | $6.36 |
| International T&C | 23 | 3.7 | $13 | $2 | $11 | $26 | $4.21 | $2.97 | $7.18 |
| **Small Venue Sub-total** | **96** | **14.6** | **$65** | **$2** | **$29** | **$96** | **$4.60** | **$1.96** | **$6.57** |
| **Total** | **153** | **31.7** | **$171** | **$15** | **$135** | **$321** | **$5.87** | **$4.27** | **$10.14** |

1. Adjusted NA Sponsorship in consultation with the division to include sponsorship driven by the venues, but not typically classified as venue sponsorship (e.g., Citi Ticket Access). For International, included AMG Home Office Sponsorship.
Note: Forecast as of F11 except for North America total dropcounts which are 2019A from Corporate Planning. North America Amp dropcount includes fans at amp festivals.

10

HIGHLY CONFIDENTIAL

LNE-LIT24-000962291

# LARGE VENUE DEEP-DIVE

| Venue Type | # of venues | 2019 Drop-count (M) | AOI ($M) | | | | AOI per fan ($) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Concerts-Venue | Concerts-Promo CM | Sponsor-ship[1] | Total | Concerts (Venue + Promo CM) | Sponsor-ship[1] | Total |
| US Large Amps | 37 | 10.5 | $72 | n/a | $73 | $145 | $6.82 | $6.97 | $13.79 |
| US Boutique Amps | 12 | 1.6 | $1 | n/a | $9 | $10 | $0.49 | $5.65 | $6.14 |
| Canada Budweiser Stage | 1 | 0.6 | $5 | n/a | $2 | $8 | $9.52 | $3.94 | $13.46 |
| **North America Amp Sub-total** | **50** | **12.7** | **$78** | **n/a** | **$85** | **$162** | **$6.13** | **$6.66** | **$12.80** |
| 3Arena Dublin | 1 | 0.9 | $13 | n/a[2] | $9 | $22 | $14.12 | $9.30 | $23.42 |
| Ziggo Dome | 1 | 1.2 | $8 | $6 | $4 | $18 | $11.45 | $3.45 | $14.90 |
| Royal Arena | 1 | 0.6 | $2 | $3 | $4 | $10 | $9.28 | $7.66 | $16.94 |
| Spark Arena | 1 | 0.4 | $4 | $1 | $2 | $6 | $9.94 | $4.21 | $14.15 |
| AFAS Live | 1 | 0.5 | $0 | $2 | $2 | $4 | $4.06 | $3.34 | $7.40 |
| Parcolimpico | 1 | 0.3 | $0 | $1 | $1 | $2 | $2.78 | $2.20 | $4.98 |
| Cardiff International | 1 | 0.4 | $1 | $0 | $1 | $2 | $3.05 | $1.53 | $4.58 |
| **International Arena Sub-total** | **7** | **4.4** | **$28** | **$13** | **$22** | **$63** | **$9.35** | **$5.04** | **$14.39** |
| **Large Venue Total** | **57** | **17.1** | **$106** | **$13** | **$107** | **$225** | **$6.96** | **$6.25** | **$13.20** |

1. Adjusted NA Sponsorship in consultation with the division to include sponsorship driven by the venues, but not typically classified as venue sponsorship (e.g., Citi Ticket Access).
2. No promoter profit broken out because all promoting activity runs through MCD, not LN UK. MCD acquisition not closed in 2019.

Note: Forecast as of F11 except for North America total dropcounts which are 2019A from Corporate Planning. North America Amp dropcount includes fans at amp festivals.

HIGHLY CONFIDENTIAL

# LARGE VENUES RANKED BY CONCERTS AOI (EXCLUDES SPONSORSHIP AOI)

### 2019 Concerts AOI[1] by Venue ($M)



| Top Quartile | Median | Bottom Quartile |
|---|---|---|
| $4.3M | $1.5M | $0.1M |



North America[1]
International

## Top 5 Large Venues

1. Ziggo Dome: $13.9M
2. 3Arena Dublin: $12.6M
3. Shoreline Amphitheater: $8.5M
4. Ruoff Home Mortgage Music Center: $8.2M
5. PNC Music Pavilion: $6.4M

## Bottom 5 Large Venues

1. Coney Island Amphitheater: ($3.1M)
2. Cricket Wireless Amphitheatre: ($2.9M)
3. Huntington Bank Pavilion: ($1.5M)
4. Glen Helen Amphitheater: ($1.4M)
5. FivePoint Amphitheater: ($1.4M)

1. Excludes Wolf Creek Amphitheater since venue only had one event in 2019.
NOTE: Concerts AOI represents venue economics inclusive of promoter share – venue operations were not separated from promotions business

HIGHLY CONFIDENTIAL

12

LNE-LIT24-000962293

# LARGE VENUES RANKED BY CONCERTS AOI PER FAN (EXCLUDES SPONSORSHIP AOI)

## 2019 Concerts AOI[1] per fan by Venue ($)



| Top Quartile | Median | Bottom Quartile |
| --- | --- | --- |
| $9.95 | $6.06 | $1.20 |



North America[1]
International



### Top 5 Large Venues

1. Shoreline Amphitheater: $19.64
2. Meadowbrook: $19.44
3. Blue Hills Bank Pavilion: $18.26
4. Ruoff Home Mortgage Music Center: $17.69
5. Xfinity Center: $16.26

### Bottom 5 Large Venues

1. Coney Island: ($59.51)
2. Cricket Wireless Amphitheatre: ($13.48)
3. Klipsch Amphitheater at Bayfront Park: ($13.40)
4. White River Amphitheater: ($10.02)
5. Huntington Bank Pavilion: ($8.96)

1. Excludes Wolf Creek Amphitheater since venue only had one event in 2019.
NOTE: Concerts AOI represents venue economics inclusive of promoter share – venue operations were not separated from promotions business

HIGHLY CONFIDENTIAL

LNE-LIT24-000962294

# SMALL VENUE DEEP-DIVE

| Venue Type | # of venues | 2019 Drop-count (M) | AOI ($M) | | | | AOI per fan ($) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Concerts-Venue | Concerts-Promo CM | Sponsor-ship[1] | Total | Concerts (Venue + Promo CM) | Sponsor-ship[1] | Total |
| T&C (>2,500 cap) | 16 | 4.2 | $31 | n/a | $9 | $41 | $7.54 | $2.27 | $9.81 |
| T&C (1,000-2,500 cap) | 30 | 3.4 | $9 | n/a | $5 | $14 | $2.76 | $1.33 | $4.09 |
| T&C <1,000 | 13 | 1.0 | $1 | n/a | $1 | $2 | $1.42 | $0.78 | $2.20 |
| HOBs | 10 | 2.2 | $9 | n/a | $3 | $12 | $3.94 | $1.36 | $5.29 |
| Comedy Clubs | 4 | 0.3 | $1 | n/a | $0 | $1 | $4.76 | $0.65 | $5.41 |
| **North America T&C Sub-total** | **73** | **11.0** | **$52** | **n/a** | **$18** | **$70** | **$4.73** | **$1.63** | **$6.36** |
| T&C >2,500 - UK | 5 | 1.3 | $8 | $1 | $3 | $12 | $6.58 | $2.50 | $9.08 |
| T&C >2,500 - ANZ | 2 | 0.3 | $1 | $0 | $0 | $1 | $3.64 | $1.11 | $4.75 |
| T&C 1,000-2,500 - UK | 15 | 2.0 | $5 | $1 | $7 | $13 | $3.21 | $3.45 | $6.65 |
| T&C <1,000 - UK | 1 | 0.1 | ($0) | $0 | $1 | $0 | ($2.30) | $3.95 | $1.65 |
| **International T&C Sub-total** | **23** | **3.7** | **$13** | **$2** | **$11** | **$26** | **$4.21** | **$2.97** | **$7.18** |
| **Small Venue Total** | **96** | **14.6** | **$65** | **$2** | **$29** | **$96** | **$4.60** | **$1.96** | **$6.57** |

1. Adjusted NA Sponsorship in consultation with the division to include sponsorship driven by the venues, but not typically classified as venue sponsorship (e.g., Citi Ticket Access). For International, included AMG Home Office Sponsorship.

Note: Forecast as of F11 except for North America total dropcounts which are 2019A from Corporate Planning. North America Amp dropcount includes fans at amp festivals.

14

HIGHLY CONFIDENTIAL

LNE-LIT24-000962295

# THEATERS & CLUBS RANKED BY CONCERTS AOI (EXCLUDES SPONSORSHIP AOI)

## 2019 Concerts AOI by Venue ($M)





| Top Quartile | Median | Bottom Quartile |
|:---:|:---:|:---:|
| $1.4M | $0.5M | ($0.1M) |

North America
International





| Top 5 Theaters & Clubs | Bottom 5 Theaters & Clubs[1] |
|---|---|
| 1. Murat Theater: $5.8M | 1. The Fillmore - SF: ($1.1M) |
| 2. Brixton Academy: $4.3M | 2. Tower Theater: ($0.9M) |
| 3. HOB Garden Walk: $4.3M | 3. HOB Myrtle Beach: ($0.9M) |
| 4. Wiltern: $3.7M | 4. Filmore New Orleans: ($0.8M) |
| 5. Tabernacle: $3.6M | 5. HOB Cleveland: ($0.8M) |

1. Excludes Queen Street Club, Fillmore Minneapolis, Glasgow ABC, and HiFi Dallas since venues were not online in 2019.
NOTE: Concerts AOI represents venue economics inclusive of promoter share – venue operations were not separated from promotions business

HIGHLY CONFIDENTIAL

# THEATERS & CLUBS RANKED BY CONCERTS AOI PER FAN (EXCLUDES SPONSORSHIP AOI)

## 2019 Concerts AOI per fan by Venue ($)



| Top Quartile | Median | Bottom Quartile |
|:---:|:---:|:---:|
| $7.20 | $3.75 | ($1.27) |



North America

International



### Top 5 Theaters & Clubs

1. Tabernacle: $16.16
2. Wiltern: $14.47
3. Murat Theater: $14.19
4. HOB Garden Walk: $13.50
5. Warner Theater: $13.02

### Bottom 5 Theaters & Clubs[1]

1. Tower Theater: ($24.87)
2. Orpheum Theatre: ($16.58)
3. The Observatory – San Diego: ($9.50)
4. The Fillmore – SF: ($8.34)
5. HOB Myrtle Beach: ($7.92)

1. Excludes Queen Street Club, Fillmore Minneapolis, Glasgow ABC, and HiFi Dallas since venues were not online in 2019.
NOTE: Concerts AOI represents venue economics inclusive of promoter share – venue operations were not separated from promotions business

16

LNE-LIT24-000962297

Comments on Methodology

Total Fan & AOI Breakdown

## Show Economics

Non-Show Revenue

Fixed Costs & Capex

17

HIGHLY CONFIDENTIAL

LNE-LIT24-000962298

# PROMOTER PROFIT & APF – LARGE VENUES

*2019, all figures in $*



| Venue Type | | Promoter profit per fan[1] | Ancils per fan[2] |
|---|---|---|---|
| **North American Amps** | US Large Amps | -$16.99 | $31.01 |
| | US Boutique Amps | -$12.58 | $23.45 |
| | Canada Budweiser Stage | -$8.92 | $17.79 |
| **International Arenas** | 3Arena Dublin | $0.00 (No promoter profit broken out because all promoting activity runs through MCD, not LN UK. MCD deal not closed in 2019.) | $11.06 |
| | Ziggo Dome | $10.39 | $12.41 |
| | Royal Arena | $8.83 | $11.24 |
| | Spark Arena | $6.16 | $8.31 |
| | AFAS Live | $8.18 | $12.12 |
| | Parcolimpico | $6.46 | $3.71 |
| | Cardiff International Arena | $5.82 | $8.37 |

1.  Promoter profit per fan based on dropcount from LN promoted shows only.
2.  International ancils per fan based on total dropcount which includes fans from 3rd party promoted events. North America based on promoted-only dropcount.

18

HIGHLY CONFIDENTIAL

LNE-LIT24-000962299

# APF DEEP-DIVE – LARGE VENUES

*2019, all figures in $*



| Venue Type | | Non-F&B | F&B Net | Net Margin % |
|---|---|---|---|---|
| **North American Amps** | US Large Amps | 10 / 8 / 2 — $19.52 | $11.48 | 53% |
| | US Boutique Amps | 5 / 9 / 2 — $15.19 | $8.25 | 51% |
| | Canada Budweiser Stage | 3 / 4 / 1 — $7.69 | $10.10 | 57% |
| **International Arenas** | 3Arena Dublin | $2.48 | $8.59 | 70% |
| | Ziggo Dome | $2.62 | $9.79 | 72% |
| | Royal Arena | $3.07 | $8.17 | 50% |
| | Spark Arena | $4.94 | $3.37 | 40% |
| | AFAS Live | $4.46 | $7.67 | 71% |
| | Parcolimpico | $2.15 | $1.56 | Unk. |
| | Cardiff International Arena | $2.45 | $5.92 | 73% |

Legend:
- Parking / FMF
- Ticketing rebate
- VIP & Other Ancils

HIGHLY CONFIDENTIAL

LNE-LIT24-000962300

# PROMOTER PROFIT & APF – SMALL VENUES

*2019, all figures in $*



| Venue Type | | Promoter profit per fan[1] | Ancils per fan[2] |
|---|---|---|---|
| **North American T&C** | T&C >2,500 | -$3.25 | $21.98 |
| | T&C 1,000-2,500 | -$3.01 | $19.41 |
| | T&C <1,000 | -$3.86 | $20.42 |
| | HOBs | -$2.78 | $22.10  + Restaurant[3]  $31.57 |
| | Comedy Clubs | $0.88 | $19.35 |
| **International T&C** | T&C >2,500 - UK | $2.32 | $11.98 |
| | T&C >2,500 - ANZ | $3.02 | $7.21 |
| | T&C 1,000-2,500 - UK | $2.27 | $11.17 |
| | T&C <1,000 - UK | $1.94 | $13.27 |

1. Promoter profit per fan based on dropcount from LN promoted shows only.
2. International ancils per fan based on total dropcount which includes fans from 3rd party promoted events. NA based on promoted-only dropcount.
3. Includes ancils and fans from all departments including the HOB Restaurant, Special Events, Rentals, and Club Nights (as of F10).

HIGHLY CONFIDENTIAL

20

LNE-LIT24-000962301

# APF DEEP-DIVE – SMALL VENUES

*2019, all figures in $*

| Venue Type | Non-F&B | F&B | Net Margin % |
|---|---|---|---|
| | | F&B Net | |

**North American T&C**

| Venue Type | Non-F&B | F&B Net | Net Margin % |
|---|---|---|---|
| T&C >2,500 | 4 / 9 / 1 — $14.31 | $7.67 | 57% |
| T&C 1,000-2,500 | 2 / 7 / 2 — $11.40 | $8.01 | 63% |
| T&C <1,000 | 1 / 5 / 2 — $7.76 | $12.67 | 70% |
| HOB | 2 / 6 / 2 — $10.61 | $11.49 + Restaurant[1] — $23.90 | 74% |
| Comedy Clubs | 2 — $2.55 | $16.80 | 66% |

Legend: Parking / FMF · Ticketing rebate · VIP & Other Ancils

**International T&C**

| Venue Type | Non-F&B | F&B Net | Net Margin % |
|---|---|---|---|
| T&C >2,500 - UK | $1.22 — $3.53 / $0.93 | $8.45 | 77% |
| T&C >2,500 - ANZ | $3.15 | $4.07 | 51% |
| T&C 1,000-2,500 - UK | $3.14 | $8.03 | 75% |
| T&C <1,000 - UK | $3.18 | $10.09 | 80% |

1. Includes ancils and fans from all departments including the HOB Restaurant, Special Events, Rentals, and Club Nights (as of F10).

21

HIGHLY CONFIDENTIAL

Comments on Methodology

Total Fan & AOI Breakdown

Show Economics

## Non-Show Revenue

Fixed Costs & Capex

22

HIGHLY CONFIDENTIAL

LNE-LIT24-000962303

# TOTAL PSS CM

| Venue Type | # of venues | 2019 Drop-count (M) | PSS CM ($M) | PSS CM per fan ($) |
|---|---|---|---|---|
| North America Amps | 50 | 12.7 | $63 | $4.95 |
| International Arenas | 7 | 4.4 | $12 | $2.74 |
| **Large Venue Sub-total** | **57** | **17.1** | **$75** | **$4.39** |
| North America T&Cs | 73 | 11.0 | $14 | $1.24 |
| International T&C | 23 | 3.7 | – | – |
| **Small Venue Sub-total** | **96** | **14.6** | **$14** | **$0.93** |
| **Total** | **153** | **31.7** | **$88** | **$2.79** |

- Royal Arena = $6.12
- Ziggo Dome = $4.48
- 3Arena Dublin = $2.93
- Parcolimpico = $1.11
- Remaining arenas = $0 (e.g., Spark Arena, AFAS Live, Cardiff International)

23

HIGHLY CONFIDENTIAL

LNE-LIT24-000962304

# NORTH AMERICA TOTAL RENTAL & SPECIAL EVENT CM

| Venue Type | # of venues | 2019 Drop-count (M) | Rental + Special Event CM ($M) | Rental + Special Event CM per fan ($) |
|---|---|---|---|---|
| US Large Amps | 37 | 10.5 | $13 | $1.20 |
| US Boutique Amps | 12 | 1.6 | $4 | $2.63 |
| Canada Budweiser Stage | 1 | 0.6 | – | – |
| **North America Amp Sub-total** | **50** | **12.7** | **$17** | **$1.33** |
| T&C (>2,500 cap) | 16 | 4.2 | $23 | $5.62 |
| T&C (1,000-2,500 cap) | 30 | 3.4 | $17 | $4.87 |
| T&C <1,000 | 13 | 1.0 | $2 | $1.87 |
| HOB | 10 | 2.2 | $27 | $12.27 |
| Comedy Clubs | 4 | 0.3 | $0 | $1.21 |
| **North America T&C Sub-total** | **73** | **11.0** | **$69** | **$6.27** |
| **North America Total** | **123** | **23.6** | **$86** | **$3.62** |

**Note:** Table is NA-only because Rentals & Special Events additive to core self-promoting businesses whereas in International venues, 3rd party events are core business

24

HIGHLY CONFIDENTIAL

LNE-LIT24-000962305

Comments on Methodology

Total Fan & AOI Breakdown

Show Economics

Non-Show Revenue

**Fixed Costs & Capex**

25

HIGHLY CONFIDENTIAL

LNE-LIT24-000962306

# TOTAL FIXED COSTS

| Venue Type | # of venues | 2019 Drop-count (M) | Fixed Costs ($M) | Fixed Costs per fan ($) |
|---|---|---|---|---|
| North America Amps | 50 | 12.7 | $138 | $10.89 |
| International Arenas | 7 | 4.4 | $51 | $11.71 |
| **Large Venue Sub-total** | **57** | **17.1** | **$189** | **$11.10** |
| North America T&Cs | 73 | 11.0 | $168 | $15.36 |
| International T&C | 23 | 3.7 | $27 | $7.51 |
| **Small Venue Sub-total** | **96** | **14.6** | **$196** | **$13.39** |
| **Total** | **153** | **31.7** | **$385** | **$12.16** |

26

HIGHLY CONFIDENTIAL

LNE-LIT24-000962307

# TOTAL CAPEX

$7M for Bud Stage, $46M for US Amps

| Venue Type | 2019 Drop-count (M) | Maintenance Capex | | | RevGen Capex | | | Total Capex | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total ($M) | Per Fan ($) | As a % of Total AOI[1] | Total ($M) | Per Fan ($) | As a % of Total AOI[1] | Total ($M) | Per Fan ($) | As a % of Total AOI[1] |
| North America Amps | 12.7 | $23 | $1.84 | 14.4% | $53 | $4.18 | 32.7% | $76 | $6.02 | 47.1% |
| International Arenas | 4.4 | $3 | $0.72 | 5.0% | $3 | $0.63 | 4.4% | $6 | $1.35 | 9.4% |
| **Large Venue Sub-total** | **17.1** | **$26** | **$1.55** | **11.8%** | **$56** | **$3.27** | **24.8%** | **$82** | **$4.82** | **36.5%** |
| North America T&Cs | 11.0 | $14 | $1.31 | 20.6% | $23 | $2.11 | 33.1% | $37 | $3.42 | 53.7% |
| International T&C | 3.7 | $5 | $1.40 | 19.6% | $5 | $1.26 | 17.6% | $10 | $2.67 | 37.1% |
| **Small Venue Sub-total** | **14.6** | **$19** | **$1.33** | **20.3%** | **$28** | **$1.89** | **28.8%** | **$47** | **$3.23** | **49.2%** |
| Total | 31.7 | $46 | $1.45 | 14.3% | $83 | $2.64 | 26.0% | $129 | $4.09 | 40.3% |

1.  Total AOI includes both Concerts (includes LN Promotions CM for International venues) and Sponsorship.

27

HIGHLY CONFIDENTIAL

LNE-LIT24-000962308

# "OPERATING CASH" – AOI LESS MAINTENANCE CAPEX

| Venue Type | 2019 Drop-count (M) | Total ($M) | | | Per Fan ($) | | |
|---|---|---|---|---|---|---|---|
| | | Total AOI | Maintenance Capex | Total AOI less Maint. Capex | Total AOI | Maintenance Capex | Total AOI less Maint. Capex |
| North America Amps | 12.7 | $162 | $23 | $139 | $12.80 | $1.84 | $10.95 |
| International Arenas | 4.4 | $63 | $3 | $60 | $14.39 | $0.72 | $13.67 |
| Large Venue Sub-total | 17.1 | $225 | $26 | $199 | $13.20 | $1.55 | $11.65 |
| North America T&Cs | 11.0 | $70 | $14 | $55 | $6.36 | $1.31 | $5.05 |
| International T&C | 3.7 | $26 | $5 | $21 | $7.18 | $1.40 | $5.78 |
| Small Venue Sub-total | 14.6 | $96 | $19 | $76 | $6.57 | $1.33 | $5.23 |
| Total | 31.7 | $321 | $46 | $275 | $10.14 | $1.45 | $8.69 |

28

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

LNE-LIT24-000962310

New venue

# VENUE MAPPING – LARGE VENUES

## North America Amps

### Large Amps

| Venue Name | Cap |
| --- | --- |
| Glen Helen Amphitheater | 65,000 |
| Alpine Valley Music Theatre | 35,300 |
| Hollywood Casino - Tinley Park | 28,630 |
| Saratoga Performing Arts Center | 25,114 |
| Jiffy Lube Live | 25,000 |
| Susquehanna Bank Center | 24,970 |
| The XFINITY Theatre | 24,212 |
| Ruoff Home Mortgage Music Center | 24,000 |
| KeyBank Pavilion | 23,183 |
| Shoreline Amphitheater | 22,000 |
| The Gorge Amphitheater | 22,000 |
| Darien Lake Performing Arts Center | 21,800 |
| Blossom Music Center | 21,000 |
| Hollywood Casino - St. Louis | 21,000 |
| Cricket Wireless | 20,500 |
| Ak-Chin Pavilion | 20,001 |
| Farm Bureau Live at Virginia Beach | 20,000 |
| MIDFLORIDA Credit Union | 20,000 |
| USANA Amphitheatre | 20,000 |
| Walnut Creek Amphitheatre | 20,000 |
| Xfinity Center | 19,900 |
| Dos Equis Pavilion | 19,823 |
| Cruzan Amphitheatre | 19,238 |
| Aaron's Amphitheater at Lakewood | 19,004 |
| Toyota Amphitheatre | 18,560 |

### Large Amps

| Venue Name | Cap |
| --- | --- |
| PNC Music Pavilion (Charlotte) | 18,000 |
| The Pavilion at Montage Mountain | 18,000 |
| PNC Bank Arts Center | 17,500 |
| Cynthia Woods Mitchell Pavillion | 17,000 |
| Budweiser Stage (Canada) | 16,000 |
| White River Amphitheater | 16,000 |
| Isleta Amphitheater | 15,000 |
| Nikon at Jones Beach Theater | 13,899 |
| Verizon Wireless Amphitheater at Encore Park | 13,018 |
| Concord Pavilion | 12,500 |
| FivePoint Amphitheater | 12,000 |
| Oak Mountain Amphitheatre | 10,236 |
| Meadowbrook | 9,000 |

### Boutique Amps

| Venue Name | Cap |
| --- | --- |
| Huntington Bank Pavilion | 30,000 |
| Klipsch Amphitheater at Bayfront Park | 10,000 |
| Irving Music Factory | 8,000 |
| Nashville Amphitheater | 6,800 |
| State Bank Amphitheatre at Chastain Park | 6,700 |
| Lawn at White River State Park | 6,000 |
| Wolf Creek Amphitheater | 5,300 |
| Blue Hills Bank Pavilion | 5,060 |
| Jacobs Pavilion at Nautica | 5,000 |
| Coney Island Amphitheater | 4,906 |
| MECU Pavilion | 4,800 |
| Time Warner Cable Uptown Amphitheatre Charlotte | 4,800 |

## International Arenas

| Venue Name | Cap |
| --- | --- |
| **UK** | |
| 3Arena Dublin | 13,000 |
| Cardiff International Arena | 6,700 |
| **Europe** | |
| Ziggo Dome | 17,000 |
| Royal Arena | 16,000 |
| Parcolimpico | 11,500 |
| AFAS Live | 6,000 |
| **EM** | |
| Spark Arena | 12,000 |

Note: Capacity based on the max number of fans venue could accommodate (i.e., if venue had multiple configurations, largest capacity was assigned).

30

LNE-LIT24-000962311

# VENUE MAPPING – SMALL VENUES (1/2)

New venue

## T&C >2,500 Capacity

| Venue Name | Cap |
|---|---|
| Comerica Theater | 5,230 |
| Aragon Ballroom | 4,850 |
| Oakdale Theater | 4,560 |
| The Met, Holy Ghost | 4,000 |
| Roxy Ballroom | 3,876 |
| The Fillmore Auditorium - Denver | 3,700 |
| Hollywood Palladium | 3,700 |
| Revention Music Center | 3,364 |
| Nob Hill Masonic Center | 3,300 |
| Tower Theater | 2,852 |
| Westbury Theater | 2,800 |
| Fillmore Detroit | 2,782 |
| Louisville Palace Theater | 2,597 |
| Tabernacle | 2,562 |
| Murat Theater | 2,515 |
| Wiltern | 2,278 |
| Brixton Academy | 4,921 |
| Manchester Apollo | 3,500 |
| O2 Victoria Warehouse Manchester | 3,500 |
| Birmingham Dome | 3,009 |
| Glasgow Academy | 2,550 |
| Fortitude Music Hall | 3,000 |
| Melbourne Palais | 2,900 |

*North America / UK / EM labels shown vertically alongside rows*

## 1,000 – 2,500 Capacity

| Venue Name | Cap |
|---|---|
| Fillmore Philadelphia | 2,500 |
| Sylvee | 2,500 |
| Queen Street Club (Canada) | 2,500 |
| Fillmore Miami Beach | 2,462 |
| 20 Monroe Live | 2,440 |
| Fillmore New Orleans | 2,087 |
| Fillmore Silver Spring | 2,000 |
| Ritz | 2,000 |
| Riverside - Municipal Auditorium | 1,970 |
| Fillmore Charlotte | 1,900 |
| Warner Theatre | 1,847 |
| Van Buren | 1,800 |
| Fillmore Minneapolis | 1,755 |
| Orpheum Theatre | 1,733 |
| Riverside - Fox | 1,565 |
| Bogart's | 1,450 |
| Danforth Music Hall (Canada) | 1,450 |
| Aztec Theatre | 1,433 |
| Buckhead Theatre | 1,430 |
| Summit Music Hall | 1,350 |
| The Observatory - Orange County | 1,262 |
| The Observatory - San Diego | 1,260 |
| The Magnolia | 1,210 |
| Depot | 1,200 |

| Venue Name | Cap |
|---|---|
| The Fillmore – SF | 1,199 |
| Commodore Ballroom (CAN) | 1,100 |
| Irving Plaza | 1,080 |
| St. Andrews Hall | 1,050 |
| HiFi Dallas | 1,000 |
| Theater of the Living Arts | 1,000 |
| Sheffield Academy | 2,350 |
| Leeds Academy | 2,300 |
| The Forum | 2,300 |
| The Institute Birmingham | 2,300 |
| Newcastle Academy | 2,000 |
| O2 City Hall Newcastle | 2,000 |
| Shepherds Bush Empire | 2,000 |
| Bournemouth Opera House | 1,875 |
| Bristol Academy | 1,800 |
| Southampton Guildhall | 1,749 |
| The Ritz Manchester | 1,500 |
| Glasgow ABC | 1,362 |
| Arts Club Liverpool | 1,250 |
| Liverpool Academy | 1,200 |
| Oxford Academy | 1,020 |

Note: Capacity based on the max number of fans venue could accommodate (i.e., if venue had multiple configurations, largest capacity was assigned).

31

LNE-LIT24-000962312

# VENUE MAPPING – SMALL VENUES (2/2)

New venue

## T&C <1,000 Capacity

| Venue Name | Cap |
|---|---|
| Ace of Spades | 999 |
| Varsity Theatre | 950 |
| Mercury Ballroom | 900 |
| Queen | 850 |
| Midway (Canada) | 850 |
| The Echo | 660 |
| Majestic Theater | 650 |
| Gramercy Theatre | 650 |
| Blue Note | 500 |
| Velvet Underground (Canada) | 500 |
| Marquis Theater | 500 |
| High Noon Saloon | 400 |
| Rose Music Hall | 150 |
| Islington Academy | 800 |

*(North America; Islington Academy = UK)*

## HOB

| Venue Name | Cap |
|---|---|
| HOB Garden Walk | 2,200 |
| HOB Orlando | 2,100 |
| HOB Myrtle Beach | 2,067 |
| HOB Las Vegas | 1,800 |
| HOB Houston | 1,725 |
| HOB Dallas | 1,625 |
| HOB Cleveland | 1,300 |
| HOB Chicago | 1,250 |
| HOB San Diego | 1,100 |
| HOB New Orleans | 850 |

*(North America)*

## Comedy Clubs

| Venue Name | Cap |
|---|---|
| Cobb's Comedy Club – SF | 400 |
| Punch Line Comedy Club - Philly | 375 |
| Punch Line Comedy Club – Sac | 240 |
| Punch Line Comedy Club – SF | 182 |

*(North America)*

Note: Capacity based on the max number of fans venue could accommodate (i.e., if venue had multiple configurations, largest capacity was assigned).

32

HIGHLY CONFIDENTIAL

LNE-LIT24-000962313