| From: | Benjamin Weeden [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E170698EB9154CF8AD0845D976F9F94D-WEEDEN, BEN] |
|---|---|
| Sent: | 5/2/2023 12:43:09 AM |
| To: | Tom See [thomassee@livenation.com] |
| CC: | Joe Taylor [joetaylor@livenation.com] |
| Subject: | Glen Helen lease draft |
| Attachments: | Glen Helen lease 4-28-23.pptx |

here is rough draft.  pls lmk comments

Joe – I included Jon's data in the back.  The Same Artist comparison tells a different story than the all-up average slide but that is to be expected since an artist is playing LA and Glen Helen is presumably a strong artist (duh).  Also, I'm guessing Luke Bryan may have saturated the market after selling almost 20k at GH which is why Crypto and FivePoint are light.  In general, looks like if you do 20k+ at Glen Helen then you are slightly better off than playing an arena (FGL, Aldean).  Just not sure the extra $150k they made is worth the hassle.  I assume that if Stapleton played BMO he would've made a fair amount more than he did at GH but I think Bob said the dates weren't available.

**Ex. No**
**PX0794**
1:24-cv-03973

LNE-LIT24-001538142

# Glen Helen Amphitheatre Lease Renewal

HIGHLY CONFIDENTIAL

LNE-LIT24-001538143



# Glen Helen Amphitheater

*The amphitheater is located at Glen Helen Park (San Bernadino County), a 60,000-acre park consisting of a lake, fishing, hiking trails, camping, motocross raceways and swimming pool. The amphitheater was originally built in 1981 by Steve Wozniak for the US Festival.*

## Venue Capacity = 31,300
- *Pavilion capacity = 11,400*
- *Field capacity = 19,900*

*Total area including festival space = 54,000*
- *Recent LN festivals include California Jam, Nocturnal Wonderland, Smokers Club, Knotfest*

## Lease:
- *LN lease ends 6/30/24. Notice period begins 7/1/23*
- *Current rent approx.* ▮▮▮▮ *per year (2022 and 2023 have reduced rent due to covid relief)*
- *County must negotiate in good faith but have said they will most likely RFP the entire park operations, not just amphitheater.*
- *LN meeting with SB County CEO end of May and RFP expected out in June.*
- *SB County currently unhappy with Live Nation due to lack of show count and does not like the EDM shows (two deaths in 2022)*

HIGHLY CONFIDENTIAL

# Glen Helen P&L

| Historical P&L | 2017 | 2018 | 2019 | 2021 | 2022A |
|---|---|---|---|---|---|
| Shows | 11 | 9 | 3 | 2 | 3 |
| Rentals | 8 | 19 | 8 | 9 | 7 |
| Total Drop | ██ | ██ | ██ | ██ | ██ |
| Total Show CM | ██ | ██ | ██ | ██ | ██ |
| Total Rental CM | ██ | ██ | ██ | ██ | ██ |
| Total PSS | ██ | ██ | ██ | ██ | ██ |
| | | | | | |
| Total CM [1] | ██ | ██ | ██ | ██ | ██ |
| Fixed | ██ | ██ | ██ | ██ | ██ |
| Rent [2] | ██ | ██ | ██ | ██ | ██ |
| AOI (USC) | ██ | ██ | ██ | ██ | ██ |
| Plus: TM / SPO | ██ | ██ | ██ | ██ | ██ |
| AOI (LNE) | ██ | ██ | ██ | ██ | ██ |
| | | | | | |
| Avg ECM | ██ | ██ | ██ | ██ | ██ |

*LN has lost <$28m> AOI since taking over operations in 2000 and have paid* ██ *in rent to the County*

(1) Total CM also includes non-event expenses such as labor and credit card fees

(2) 2022 includes covid rent relief of ██

HIGHLY CONFIDENTIAL



# Glen Helen Surrounding Venues

**1 (Anaheim)**
*Honda Center*

**2 (Highland)**
*Yaamava' Casino*

**3 (Inglewood)**
*Intuit Arena *2024*
*Kia Forum*

**4 (Irvine)**
*FivePoint Amphitheatre*

**5 (Los Angeles)**
*Crypto Arena*
*BMO Stadium*
*Hollywood Bowl*
*Sofi*

**6 (Ontario)**
*Toyota Arena*

**7 (Palm Springs)**
*Acrisure Arena*

**8 (Pasadena)**
*Rose Bowl*

**9 (San Bernardino)**
*Glen Helen Amphitheater*

4

HIGHLY CONFIDENTIAL

# Glen Helen Comp Venues - 2022

| Venue Name | Shows | Avg Paid | ATP | Avg Net Gross | Avg Artist Walkout | Talent % | Avg ECM | CM Per Drop |
|---|---|---|---|---|---|---|---|---|
| **Glen Helen Amphitheater** | **3** | ███ | ███ | ███ | ███ | **98%** | ███ | ███ |
| BMO Stadium | 10 | ███ | ███ | ███ | ███ | 51% | ███ | ███ |
| The Kia Forum | 83 | ███ | ███ | ███ | ███ | 77% | ███ | ███ |
| Crypto.com Arena | 21 | ███ | ███ | ███ | ███ | 72% | ███ | ███ |
| Hollywood Bowl | 37 | ███ | ███ | ███ | ███ | 60% | ███ | ███ |
| Acrisure Arena | 3 | ███ | ███ | ███ | ███ | 83% | ███ | ███ |
| Honda Center | 23 | ███ | ███ | ███ | ███ | 72% | ███ | ███ |
| Toyota Arena | 4 | ███ | ███ | ███ | ███ | 68% | ███ | ███ |
| FivePoint Amphitheater | 33 | ███ | ███ | ███ | ███ | 84% | ███ | ███ |

Since LN took over operations at Glen Helen in 2000, BMO Stadium, Crypto, Acrisure and Toyota Arena were opened, and the Forum was renovated.

Average Hollywood Bowl walkout is the same as Glen Helen while BMO, Forum and Crypto are at 10%-30% greater.

HIGHLY CONFIDENTIAL

# Same Artist comparison

**Comparable Artist (Glen Helen + Comp Venue in Same Year)**

| Year | Venue Name | Artist Name | Shows | Avg Paid | Avg Drop | ATP | Avg Net Gross | Total Talent Fees | Talent % | Talent per Paid | Avg ECM | CM Per Drop |
|------|------------|-------------|-------|----------|----------|-----|---------------|-------------------|----------|-----------------|---------|-------------|
| 2018 | Glen Helen Amphitheater | Jason Aldean | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 91% | ▮ | ▮ | ▮ |
| 2018 | FivePoint Amphitheater | Jason Aldean | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 92% | ▮ | ▮ | ▮ |
| 2018 | Glen Helen Amphitheater | Kid Rock | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 87% | ▮ | ▮ | ▮ |
| 2018 | FivePoint Amphitheater | Kid Rock | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 213% | ▮ | ▮ | ▮ |
| 2019 | Glen Helen Amphitheater | Florida Georgia Line | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 94% | ▮ | ▮ | ▮ |
| 2019 | FivePoint Amphitheater | Florida Georgia Line | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 94% | ▮ | ▮ | ▮ |
| 2021 | Glen Helen Amphitheater | Luke Bryan | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 94% | ▮ | ▮ | ▮ |
| 2021 | Crypto.com Arena | Luke Bryan | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 59% | ▮ | ▮ | ▮ |
| 2021 | Glen Helen Amphitheater | Luke Bryan | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 94% | ▮ | ▮ | ▮ |
| 2021 | FivePoint Amphitheater | Luke Bryan | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 89% | ▮ | ▮ | ▮ |
| 2022 | Glen Helen Amphitheater | Chris Stapleton | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 105% | ▮ | ▮ | ▮ |
| 2022 | The Kia Forum | Chris Stapleton | 1 | ▮ | ▮ | ▮ | ▮ | ▮ | 76% | ▮ | ▮ | ▮ |

HIGHLY CONFIDENTIAL

LNE-LIT24-001538148

# Glen Helen Amphitheatre Lease Renewal

# Glen Helen Amphitheater

The amphitheater is located at Glen Helen Park (San Bernadino County), a 60,000-acre park consisting of a lake, fishing, hiking trails, camping, motocross raceways and swimming pool.  The amphitheater was originally built in 1981 by Steve Wozniak for the US Festival.

## Venue Capacity = 31,300
- Pavilion capacity = 11,400
- Field capacity = 19,900

Total area including festival space = 54,000
- Recent LN festivals include California Jam, Nocturnal Wonderland, Smokers Club, Knotfest

## Lease:
- LN lease ends 6/30/24.  Notice period begins 7/1/23
- Current rent approx. ███ per year (2022 and 2023 have reduced rent due to covid relief)
- County must negotiate in good faith but have said they will most likely RFP the entire park operations, not just amphitheater.
- LN meeting with SB County CEO end of May and RFP expected out in June.
- SB County currently unhappy with Live Nation due to lack of show count and does not like the EDM shows (two deaths in 2022)

2

# Glen Helen P&L

| Historical P&L | 2017 | 2018 | 2019 | 2021 | 2022A |
|---|---|---|---|---|---|
| Shows | 11 | 9 | 3 | 2 | 3 |
| Rentals | 8 | 19 | 8 | 9 | 7 |
| Total Drop | | | | | |
| Total Show CM | | | | | |
| Total Rental CM | | | | | |
| Total PSS | | | | | |
| | | | | | |
| Total CM [1] | | | | | |
| Fixed | | | | | |
| Rent [2] | | | | | |
| AOI (USC) | | | | | |
| Plus: TM / SPO | | | | | |
| AOI (LNE) | | | | | |
| | | | | | |
| Avg ECM | | | | | |

LN has lost ███ AOI since taking over operations in 2000 and have paid ███ in rent to the County

(1) Total CM also includes non-event expenses such as labor and credit card fees
(2) 2022 includes covid rent relief of ███

3



# Glen Helen Comp Venues - 2022

| Venue Name | Shows | Avg Paid | ATP | Avg Net Gross | Avg Artist Walkout | Talent % | Avg ECM | CM Per Drop |
|---|---|---|---|---|---|---|---|---|
| **Glen Helen Amphitheater** | **3** | ▉ | ▉ | ▉ | ▉ | 98% | ▉ | |
| BMO Stadium | 10 | ▉ | ▉ | ▉ | ▉ | 51% | ▉ | ▉ |
| The Kia Forum | 83 | ▉ | ▉ | ▉ | ▉ | 77% | ▉ | ▉ |
| Crypto.com Arena | 21 | ▉ | ▉ | ▉ | ▉ | 72% | ▉ | ▉ |
| Hollywood Bowl | 37 | ▉ | ▉ | ▉ | ▉ | 60% | ▉ | ▉ |
| Acrisure Arena | 3 | ▉ | ▉ | ▉ | ▉ | 83% | ▉ | ▉ |
| Honda Center | 23 | ▉ | ▉ | ▉ | ▉ | 72% | ▉ | ▉ |
| Toyota Arena | 4 | ▉ | ▉ | ▉ | ▉ | 68% | ▉ | ▉ |
| FivePoint Amphitheater | 33 | ▉ | ▉ | ▉ | ▉ | 84% | ▉ | ▉ |

Since LN took over operations at Glen Helen in 2000, BMO Stadium, Crypto, Acrisure and Toyota Arena were opened, and the Forum was renovated.

Average Hollywood Bowl walkout is the same as Glen Helen while BMO, Forum and Crypto are at 10%-30% greater.

5

# Same Artist comparison

Comparable Artist (Glen Helen + Comp Venue in Same Year)



| Year | Venue Name | Artist Name | Shows | Avg Paid | Avg Drop | ATP | Avg Net Gross | Total Talent Fees | Talent % | Talent per Paid | Avg ECM | CM Per Drop |
|------|-----------|-------------|-------|----------|----------|-----|---------------|-------------------|----------|-----------------|---------|-------------|
| 2018 | Glen Helen Amphitheater | Jason Aldean | 1 | | | | | | 91% | | | |
| 2018 | FivePoint Amphitheater | Jason Aldean | 1 | | | | | | 92% | | | |
| 2018 | Glen Helen Amphitheater | Kid Rock | 1 | | | | | | 87% | | | |
| 2018 | FivePoint Amphitheater | Kid Rock | 1 | | | | | | 213% | | | |
| 2019 | Glen Helen Amphitheater | Florida Georgia Line | 1 | | | | | | 94% | | | |
| 2019 | FivePoint Amphitheater | Florida Georgia Line | 1 | | | | | | 94% | | | |
| 2021 | Glen Helen Amphitheater | Luke Bryan | 1 | | | | | | 94% | | | |
| 2021 | Crypto.com Arena | Luke Bryan | 1 | | | | | | 59% | | | |
| 2021 | Glen Helen Amphitheater | Luke Bryan | 1 | | | | | | 94% | | | |
| 2021 | FivePoint Amphitheater | Luke Bryan | 1 | | | | | | 89% | | | |
| 2022 | Glen Helen Amphitheater | Chris Stapleton | 1 | | | | | | 105% | | | |
| 2022 | The Kia Forum | Chris Stapleton | 1 | | | | | | 76% | | | |

6

# Glen Helen Amphitheatre Lease Renewal

# Glen Helen Amphitheater

The amphitheater is located at Glen Helen Park (San Bernadino County), a 60,000-acre park consisting of a lake, fishing, hiking trails, camping, motocross raceways and swimming pool.  The amphitheater was originally built in 1981 by Steve Wozniak for the US Festival.

## Venue Capacity = 31,300
- Pavilion capacity = 11,400
- Field capacity = 19,900

Total area including festival space = 54,000
- Recent LN festivals include California Jam, Nocturnal Wonderland, Smokers Club, Knotfest

## Lease:
- LN lease ends 6/30/24.  Notice period begins 7/1/23
- Current rent approx. ▮▮▮▮ per year (2022 and 2023 have reduced rent due to covid relief)
- County must negotiate in good faith but have said they will most likely RFP the entire park operations, not just amphitheater.
- LN meeting with SB County CEO end of May and RFP expected out in June.
- SB County currently unhappy with Live Nation due to lack of show count and does not like the EDM shows (two deaths in 2022)

# Glen Helen P&L

| Historical P&L | 2017 | 2018 | 2019 | 2021 | 2022A |
|---|---|---|---|---|---|
| Shows | 11 | 9 | 3 | 2 | 3 |
| Rentals | 8 | 19 | 8 | 9 | 7 |
| Total Drop | ███ | ███ | ███ | ███ | ███ |
| Total Show CM | ████ | ████ | ████ | ███ | ███ |
| Total Rental CM | ██ | ██ | ██ | ███ | ████ |
| Total PSS | ██ | ██ | █ | ██ | ███ |
| | | | | | |
| Total CM [1] | ████ | ███ | ████ | ████ | █████ |
| Fixed | ████ | █████ | █████ | ████ | ██████ |
| Rent [2] | ████ | █████ | █████ | ████ | ████ |
| AOI (USC) | ████ | █████ | █████ | ████ | █████ |
| Plus: TM / SPO | ███ | ███ | ███ | ███ | ███ |
| AOI (LNE) | ████ | █████ | █████ | ████ | █████ |
| | | | | | |
| Avg ECM | ███ | ███ | ███ | ███ | ███ |

LN has lost ████ > AOI since taking over operations in 2000 and have paid ████ in rent to the County

| | | | | |
|---|---|---|---|---|
| (1) Total CM also includes non-event expenses such as labor and credit card fees | | | | |
| (2) 2022 includes covid rent relief of ███ | | | | |



# Glen Helen Surrounding Venues

**1 (Anaheim)**
Honda Center

**2 (Highland)**
Yaamava' Casino

**3 (Inglewood)**
Intuit Arena *2024
Kia Forum

**4 (Irvine)**
FivePoint Amphitheatre

**5 (Los Angeles)**
Crypto Arena
BMO Stadium
Hollywood Bowl
Sofi

**6 (Ontario)**
Toyota Arena

**7 (Palm Springs)**
Acrisure Arena

**8 (Pasadena)**
Rose Bowl

**9 (San Bernardino)**
Glen Helen Amphitheater

4

# Glen Helen Comp Venues - 2022

| Venue Name | Shows | Avg Paid | ATP | Avg Net Gross | Avg Artist Walkout | Talent % | Avg ECM | CM Per Drop |
|---|---|---|---|---|---|---|---|---|
| **Glen Helen Amphitheater** | **3** | ███ | ███ | ███ | ███ | **98%** | ███ | ███ |
| BMO Stadium | 10 | ███ | ███ | ███ | ███ | 51% | ███ | ███ |
| The Kia Forum | 83 | ███ | ███ | ███ | ███ | 77% | ███ | ███ |
| Crypto.com Arena | 21 | ███ | ███ | ███ | ███ | 72% | ███ | ███ |
| Hollywood Bowl | 37 | ███ | ███ | ███ | ███ | 60% | ███ | ███ |
| Acrisure Arena | 3 | ███ | ███ | ███ | ███ | 83% | ███ | ███ |
| Honda Center | 23 | ███ | ███ | ███ | ███ | 72% | ███ | ███ |
| Toyota Arena | 4 | ███ | ███ | ███ | ███ | 68% | ███ | ███ |
| FivePoint Amphitheater | 33 | ███ | ███ | ███ | ███ | 84% | ███ | ███ |

Since LN took over operations at Glen Helen in 2000, BMO Stadium, Crypto, Acrisure and Toyota Arena were opened, and the Forum was renovated.

Average Hollywood Bowl walkout is the same as Glen Helen while BMO, Forum and Crypto are at 10%-30% greater.



# Same Artist comparison

**Comparable Artist (Glen Helen + Comp Venue in Same Year)**

| Year | Venue Name | Artist Name | Shows | Avg Paid | Avg Drop | ATP | Avg Net Gross | Total Talent Fees | Talent % | Talent per Paid | Avg ECM | CM Per Drop |
|------|------------|-------------|-------|----------|----------|-----|---------------|-------------------|----------|-----------------|---------|-------------|
| 2018 | Glen Helen Amphitheater | Jason Aldean | 1 | ███ | ███ | ███ | ███ | ███ | 91% | ███ | ███ | ███ |
| 2018 | FivePoint Amphitheater | Jason Aldean | 1 | ███ | ███ | ███ | ███ | ███ | 92% | ███ | ███ | ███ |
| 2018 | Glen Helen Amphitheater | Kid Rock | 1 | ███ | ███ | ███ | ███ | ███ | 87% | ███ | ███ | ███ |
| 2018 | FivePoint Amphitheater | Kid Rock | 1 | ███ | ███ | ███ | ███ | ███ | 213% | ███ | ███ | ███ |
| 2019 | Glen Helen Amphitheater | Florida Georgia Line | 1 | ███ | ███ | ███ | ███ | ███ | 94% | ███ | ███ | ███ |
| 2019 | FivePoint Amphitheater | Florida Georgia Line | 1 | ███ | ███ | ███ | ███ | ███ | 94% | ███ | ███ | ███ |
| 2021 | Glen Helen Amphitheater | Luke Bryan | 1 | ███ | ███ | ███ | ███ | ███ | 94% | ███ | ███ | ███ |
| 2021 | Crypto.com Arena | Luke Bryan | 1 | ███ | ███ | ███ | ███ | ███ | 59% | ███ | ███ | ███ |
| 2021 | Glen Helen Amphitheater | Luke Bryan | 1 | ███ | ███ | ███ | ███ | ███ | 94% | ███ | ███ | ███ |
| 2021 | FivePoint Amphitheater | Luke Bryan | 1 | ███ | ███ | ███ | ███ | ███ | 89% | ███ | ███ | ███ |
| 2022 | Glen Helen Amphitheater | Chris Stapleton | 1 | ███ | ███ | ███ | ███ | ███ | 105% | ███ | ███ | ███ |
| 2022 | The Kia Forum | Chris Stapleton | 1 | ███ | ███ | ███ | ███ | ███ | 76% | ███ | ███ | ███ |