

**Wednesday 08 June 2022**

Instant Message : Native Messages
From
Benjamin Weeden ████████████                          16:29:06

Not sure if you looked at the MR tracker but the APF that Talent is shooting for at arenas is less than $9 on average. And stadiums are $15.

We are paying double in amphs vs arenas. We pay $8+ in our clubs which is about the arena number.

It is (kind of) funny money but we are still overpaying by a ton. I suspect if we paid them like arenas then their talent % would be similar to arenas.



Instant Message : Native Messages
From
Tom See ████████████                                    16:32:59

Agree. All bullshit

Instant Message : Native Messages
From
Benjamin Weeden ████████████                          16:50:57

Not to be an asshole but if we opened our rooms to all promoters and paid that rebate, we would probably be better off. Not going to happen so I'll shut up...

**End Thread**

| Thread Statistics | |
|---|---|
| | **Instant Message Count** |
| | 3 |

**Ex. No**
**PX0824**
1:24-cv-03973

CONFIDENTIAL

LNE-LIT24-002303694

**PX0824.0001**