| | |
|---|---|
| **From:** | Benjamin Weeden [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E170698EB9154CF8AD0845D976F9F94D-WEEDEN, BEN] |
| **Sent:** | 9/22/2022 1:22:34 AM |
| **To:** | Omar Al-Joulani [omaral-joulani@livenation.com]; Tom See [thomassee@livenation.com] |
| **CC:** | Jordan Zachary [jordanzachary@livenation.com] |
| **Subject:** | RE: O/O Amp Stats |
| **Attachments:** | OO Amph Fri Sat analysis (09-19-22).xlsx |
| | |
| **Flag:** | Follow Up |

attached.  Lmk any questions

---

**From:** Omar Al-Joulani <OmarAl-Joulani@LiveNation.com>
**Sent:** Monday, September 19, 2022 2:00 PM
**To:** Tom See <ThomasSee@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Cc:** Jordan Zachary <JordanZachary@LiveNation.com>
**Subject:** O/O Amp Stats

How many Fridays and Saturday from Memorial Day to Labor Day were dark

Can I see % of capacity sold by day of the week – listed by venue in a way that we can sort by day

**Ex. No**

**PX0825**

**1:24-cv-03973**

CONFIDENTIAL

LNE-LIT24-002312668

Document Produced in Native Format

CONFIDENTIAL

LNE-LIT24-002312669