**2022 O/O Amps**                                                                                              <u># Fri</u>
*Promoted shows + promo festivals*
*Sell Thru = Sold / Net Cap on YTD played off only*
**As of Sep 19, 2022**

| Venue Name | Venue Designation | FY Shows | Total Show Count | Fri & Sat Show Count |
|---|---|---|---|---|
| | | | | **Betwe** |
| Ak-Chin Pavilion | Large Amphitheatre | 27 | 15 | *4* |
| Alpine Valley Music Theatre | Large Amphitheatre | 10 | 8 | *6* |
| Ameris Bank Amphitheatre | Large Amphitheatre | 35 | 19 | *8* |
| Bank of New Hampshire Pavilion | Large Amphitheatre | 50 | 43 | *21* |
| Blossom Music Center | Large Amphitheatre | 37 | 29 | *9* |
| Coastal Credit Union Music Park at Walnut Creek | Large Amphitheatre | 26 | 18 | *11* |
| Concord Pavilion | Large Amphitheatre | 19 | 14 | *7* |
| Darien Lake Amphitheater | Large Amphitheatre | 16 | 14 | *9* |
| Dos Equis Pavilion | Large Amphitheatre | 36 | 24 | *14* |
| FivePoint Amphitheater | Large Amphitheatre | 33 | 24 | *16* |
| Freedom Mortgage Pavilion | Large Amphitheatre | 42 | 27 | *13* |
| Glen Helen Amphitheater | Large Amphitheatre | 3 | 1 | *1* |
| Hollywood Casino Amphitheatre CHI | Large Amphitheatre | 31 | 28 | *16* |
| Hollywood Casino Amphitheatre STL | Large Amphitheatre | 36 | 27 | *17* |
| Isleta Amphitheater | Large Amphitheatre | 19 | 11 | *5* |
| iTHINK Financial Amphitheatre | Large Amphitheatre | 31 | 17 | *9* |
| Jiffy Lube Live | Large Amphitheatre | 26 | 22 | *15* |
| Lakewood Amphitheatre | Large Amphitheatre | 20 | 14 | *4* |
| MIDFLORIDA Credit Union Amphitheatre | Large Amphitheatre | 33 | 19 | *12* |
| North Island Credit Union Amphitheatre | Large Amphitheatre | 24 | 14 | *7* |
| Northwell Health at Jones Beach Theater | Large Amphitheatre | 36 | 35 | *16* |
| Oak Mountain Amphitheatre | Large Amphitheatre | 11 | 6 | *2* |
| PNC Bank Arts Center | Large Amphitheatre | 41 | 35 | *14* |
| PNC Music Pavilion | Large Amphitheatre | 38 | 23 | *10* |
| Ruoff Music Center | Large Amphitheatre | 44 | 38 | *17* |
| RV Inn Style Resorts Amphitheater | Large Amphitheatre | 14 | 12 | *8* |
| Saratoga Performing Arts Center | Large Amphitheatre | 33 | 28 | *10* |
| Shoreline Amphitheatre | Large Amphitheatre | 36 | 24 | *11* |
| Somerset Amphitheater | Large Amphitheatre | 1 | 1 | *1* |
| The Gorge | Large Amphitheatre | 18 | 13 | *10* |
| the Mann Center | Large Amphitheatre | 27 | 21 | *5* |
| The Pavilion at Montage Mountain | Large Amphitheatre | 5 | 3 | *3* |
| The Pavilion at Star Lake | Large Amphitheatre | 20 | 17 | *6* |
| The XFINITY Theatre | Large Amphitheatre | 17 | 15 | *8* |
| Toyota Amphitheater | Large Amphitheatre | 11 | 7 | *4* |
| USANA Amphitheatre | Large Amphitheatre | 32 | 24 | *10* |
| Veterans United Home Loans Amphitheater at Virgini | Large Amphitheatre | 27 | 19 | *13* |
| White River Amphitheatre | Large Amphitheatre | 15 | 13 | *8* |
| Xfinity Center | Large Amphitheatre | 43 | 34 | *17* |
| Ascend Amphitheater | Boutique Amphitheater | 32 | 16 | *7* |
| Cadence Bank Amphitheatre at Chastain Park | Boutique Amphitheater | 27 | 18 | *9* |
| Charlotte Metro Credit Union Amphitheatre | Boutique Amphitheater | 30 | 22 | *10* |
| Coney Island Amphitheater | Boutique Amphitheater | 6 | 5 | *4* |
| FPL Solar Amphitheatre | Boutique Amphitheater | 14 | 7 | *4* |
| Greenfield Lake Amphitheater | Boutique Amphitheater | 39 | 11 | *3* |
| Hayden Homes Amphitheater | Boutique Amphitheater | 52 | 43 | *17* |
| Huntington Bank Pavilion at Northerly Island | Boutique Amphitheater | 26 | 18 | *9* |

| | | | | |
|---|---|---|---|---|
| Leader Bank Pavilion | Boutique Amphitheater | 53 | 41 | 20 |
| Live Oak Bank Pavilion at Riverfront Park | Boutique Amphitheater | 25 | 10 | 9 |
| Skyline Stage at  Mann | Boutique Amphitheater | 13 | 11 | 6 |
| TCU Amphitheater at White River State Park | Boutique Amphitheater | 49 | 37 | 13 |
| The Pavilion at Toyota Music Factory | Boutique Amphitheater | 93 | 33 | 13 |
| The Red Hat Amphitheater | Boutique Amphitheater | 36 | 25 | 13 |
| **Grand Total** | | **1,518** | **1,053** | **514** |
| | | | | *% of Days Dark* |

**/ Sat Available (Mem Day - Labor Day)**

| Friday | Saturday |
|---|---|
| 14 | 14 |

| en Memorial Day & Labor Day | | | SELL THRU % BY DAY OF WEEK - ALL YTD PLAYE | | | | |
|---|---|---|---|---|---|---|---|
| Dark Fridays | Dark Saturdays | Total Dark Fri & Sat | Monday | Tuesday | Wednesday | Thursday | Friday |
| 13 | 11 | 24 | 51% | 40% | 60% | 64% | 53% |
| 13 | 9 | 22 | | | | | 19% |
| 13 | 7 | 20 | 31% | 78% | 60% | | 79% |
| 4 | 3 | 7 | 39% | 76% | 91% | 78% | 90% |
| 7 | 12 | 19 | 51% | 54% | 59% | 56% | 72% |
| 7 | 10 | 17 | | 69% | 39% | 63% | 81% |
| 11 | 10 | 21 | | 88% | 75% | 43% | 86% |
| 11 | 8 | 19 | | 30% | | 45% | 52% |
| 8 | 6 | 14 | | 68% | 37% | 42% | 54% |
| 7 | 5 | 12 | | 32% | 53% | 74% | 71% |
| 8 | 7 | 15 | | 51% | 59% | 47% | 42% |
| 14 | 13 | 27 | | | | | |
| 6 | 6 | 12 | | | 34% | 55% | 64% |
| 5 | 6 | 11 | 81% | 54% | 71% | 42% | 72% |
| 13 | 10 | 23 | | 78% | 97% | 40% | 91% |
| 8 | 11 | 19 | | 42% | 60% | 54% | 64% |
| 8 | 5 | 13 | 78% | | 19% | 80% | 61% |
| 11 | 13 | 24 | | 83% | 70% | 74% | 67% |
| 10 | 6 | 16 | | 60% | 53% | 56% | 77% |
| 12 | 9 | 21 | | 52% | | 99% | 65% |
| 7 | 5 | 12 | 34% | 86% | 77% | 69% | 63% |
| 12 | 14 | 26 | | | 25% | 68% | 49% |
| 8 | 6 | 14 | 35% | 80% | 57% | 72% | 55% |
| 7 | 11 | 18 | 44% | 58% | 39% | 66% | 74% |
| 5 | 6 | 11 | | 83% | 40% | 64% | 68% |
| 9 | 11 | 20 | | 52% | 52% | 82% | 77% |
| 8 | 10 | 18 | 88% | 28% | 39% | 55% | 57% |
| 9 | 8 | 17 | 51% | 62% | 57% | 63% | 51% |
| 14 | 13 | 27 | | | | | |
| 11 | 7 | 18 | | | | | 81% |
| 11 | 12 | 23 | | 69% | 75% | 67% | 51% |
| 13 | 12 | 25 | | | | | 81% |
| 11 | 11 | 22 | | 49% | 44% | 52% | 56% |
| 12 | 8 | 20 | 30% | 60% | 95% | 27% | 72% |
| 11 | 13 | 24 | | | 30% | 21% | 73% |
| 9 | 9 | 18 | 56% | 59% | 50% | 89% | 81% |
| 8 | 7 | 15 | 35% | | 72% | 92% | 48% |
| 10 | 10 | 20 | | 51% | | 66% | 56% |
| 5 | 6 | 11 | 52% | 49% | 63% | 99% | 62% |
| 11 | 10 | 21 | 96% | 56% | 77% | 97% | 84% |
| 10 | 9 | 19 | | 77% | 46% | 51% | 68% |
| 7 | 11 | 18 | 96% | 65% | 86% | 79% | 77% |
| 12 | 12 | 24 | | | | | 44% |
| 13 | 11 | 24 | 43% | 23% | | | 74% |
| 13 | 12 | 25 | 62% | 79% | 62% | 67% | 93% |
| 6 | 5 | 11 | 71% | 61% | 74% | 53% | 51% |
| 10 | 9 | 19 | 42% | 95% | 79% | 93% | 76% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 5 | 8 | 82% | 89% | 90% | 76% | 80% |
| 11 | 8 | 19 | | 77% | | | 61% |
| 9 | 13 | 22 | 91% | 82% | 67% | | 65% |
| 6 | 9 | 15 | 75% | 70% | 52% | 61% | 80% |
| 9 | 6 | 15 | 81% | 59% | 76% | 88% | 73% |
| 9 | 6 | 15 | 67% | 48% | 62% | 75% | 75% |
| **498** | **472** | **970** | **55%** | **61%** | **58%** | **64%** | **66%** |
| **67%** | **64%** | | | | | | |

| D OFF | |
|---|---|
| **Saturday** | **Sunday** |
| 54% | 55% |
| 59% | 39% |
| 71% | 69% |
| 80% | 71% |
| 51% | |
| 71% | 52% |
| 57% | 61% |
| 57% | 74% |
| 71% | 49% |
| 74% | 91% |
| 50% | 44% |
| 92% | |
| 58% | 35% |
| 69% | 65% |
| 65% | 80% |
| 57% | 56% |
| 63% | 60% |
| 66% | 73% |
| 78% | 52% |
| 61% | 42% |
| 75% | 71% |
| 56% | |
| 63% | 65% |
| 72% | 53% |
| 70% | 47% |
| 83% | |
| 58% | 48% |
| 52% | 57% |
| 51% | |
| 85% | 77% |
| 47% | 66% |
| 41% | |
| 63% | 36% |
| 50% | 65% |
| 83% | 39% |
| 90% | 99% |
| 60% | 41% |
| 70% | 26% |
| 66% | 45% |
| 83% | 76% |
| 76% | 86% |
| 80% | 79% |
| 42% | 82% |
| 47% | |
| 81% | 82% |
| 61% | 37% |
| 88% | 41% |

| | |
|---|---|
| 72% | 73% |
| 62% | 51% |
| 70% | 53% |
| 71% | 64% |
| 75% | 74% |
| 80% | 73% |
| **66%** | **57%** |