| From: | Benjamin Weeden [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E170698EB9154CF8AD0845D976F9F94D-WEEDEN, BEN] |
|---|---|
| Sent: | 2/27/2023 9:21:19 PM |
| To: | Jordan Zachary [jordanzachary@livenation.com]; Tom See [thomassee@livenation.com] |
| CC: | Matt Prieshoff [mattprieshoff@livenation.com] |
| Subject: | RE: Glen Helen Renewal Option Language |

thank you.

just FYI, we have a couple of other real winners coming up:  Bayfront and Montage.  And would we consider getting out of Coney early since we lose $3m a year...

I think I know the answer but, fwiw, GH/Bayfont/Montage/Coney = <$10m> AOI loss per year.  And we probably do less than 20 shows combined in all these venues

**From:** Jordan Zachary <JordanZachary@LiveNation.com>
**Sent:** Monday, February 27, 2023 1:07 PM
**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
**Cc:** Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Subject:** Re: Glen Helen Renewal Option Language

Was planning to discuss on development call how you guys want to approach. Heard they are looking to redevelop space, which wouldnt be worst thing.
Lets discuss.

Ex. No
**PX0850**
1:24-cv-03973

**From:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Date:** Monday, February 27, 2023 at 1:05 PM
**To:** Jordan Zachary <JordanZachary@LiveNation.com>, Thomas See <ThomasSee@LiveNation.com>
**Cc:** Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Subject:** RE: Glen Helen Renewal Option Language

Hey all.  Per emails below, our deal at Glen Helen is up 6/30/24.  We have a notice period from 6/30/23 – 9/30/23 to extend (we have 2 x5 year renewals).  The county has to negotiate an extension in "good faith" but ultimately they can choose to RFP if they want so we don't really have renewal options.

Matt and I spoke this am.  He can connect with the County CEO, with whom he has a long relationship.

We lose about <$2.7m> in AOI on average:

|  | 2017 | 2018 | 2019 | 2021 | 2022 | Average |
|---|---|---|---|---|---|---|
| Shows | 11 | 9 | 3 | 2 | 3 | 5 |
| Rentals | 8 | 19 | 8 | 9 | 7 | 9 |
| **Events** | **19** | **28** | **11** | **11** | **10** | **13** |
| Drop | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ECM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Rental CM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| PSS | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Other CM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

HIGHLY CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL CM** | ███ | ███ | ███ | ███ | ███ | | ███ |
| Less: Fixed | ███ | ███ | ███ | ███ | ███ | | ███ |
| **TOTAL AOI** | ███ | ███ | ███ | ███ | ███ | | ███ |

**From:** Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Sent:** Monday, November 21, 2022 3:29 PM
**To:** Jordan Zachary <JordanZachary@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Glen Helen Renewal Option Language

The Council will definitely have a say in the decision, so our political consultant (David Ellis) will help, but we need an audience sooner than later with the County CEO, Leonard Hernandez, who I've known well since he was the head of libraries in the County.



Matt Prieshoff
Executive Vice President/Fan & Artist Services
mattprieshoff@livenation.com
415-281-9217

**From:** Jordan Zachary <JordanZachary@LiveNation.com>
**Sent:** Monday, November 21, 2022 6:04 PM
**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>; Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Subject:** Re: Glen Helen Renewal Option Language

Getting the dream team back together!

**From:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Date:** Monday, November 21, 2022 at 5:58 PM
**To:** Thomas See <ThomasSee@LiveNation.com>, Jordan Zachary <JordanZachary@LiveNation.com>, Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Subject:** RE: Glen Helen Renewal Option Language

thanks. I had emailed Bret so when he responds I'll loop in Matt

**From:** Tom See <ThomasSee@LiveNation.com>
**Sent:** Monday, November 21, 2022 2:42 PM
**To:** Jordan Zachary <JordanZachary@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Matt Prieshoff <MattPrieshoff@LiveNation.com>
**Subject:** Re: Glen Helen Renewal Option Language

+MATT AS HE HAS LOTS OF BACKGROUND ON THIS VENUE.

**From:** Jordan Zachary <JordanZachary@LiveNation.com>
**Date:** Friday, November 18, 2022 at 4:29 PM

HIGHLY CONFIDENTIAL

LNE-LIT24-003135627

**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>, Tom See <ThomasSee@LiveNation.com>
**Subject:** Re: Glen Helen Renewal Option Language

Yes Bret has good relationship.

**From:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Date:** Friday, November 18, 2022 at 2:48 PM
**To:** Thomas See <ThomasSee@LiveNation.com>, Jordan Zachary <JordanZachary@LiveNation.com>
**Subject:** FW: Glen Helen Renewal Option Language

We have a lease notification period for extension starting June 30, 2023, with the lease ending June 30, 2024.

We have a bit of time but did want to call out that this is not at our option and needs County approval. There have been some rumors that ASM is trying to get in as well as the County possibly issuing an RFP.

Is this something that Bret can lead?  Not sure what our relationship is w the County

**From:** Seiji Saisho <SeijiSaisho@LiveNation.com>
**Sent:** Friday, November 18, 2022 10:59 AM
**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Subject:** Glen Helen Renewal Option Language

See below. We have already exercised one 5-year option, so we have one more left.

Our current term expires on 6/30/2024, so our renewal option window is from 6/30/2023-9/30/2023. Let me know if you need anything else. Thanks.

> **2.2  Extended Term.** The COUNTY agrees to enter into good faith negotiations with OPERATOR for two-five (5) year extensions (the "Extended Term(s)") of the Initial Term of this Lease, if OPERATOR gives written notice of its request to negotiate the first of such extensions (the "Extension Notice") to COUNTY at least nine (9) months but not more than one (1) year before the expiration of the Initial Term.  The OPERATOR shall have the right to extend the Lease for the second five (5) year Extended Term only in the event that the OPERATOR has extended the term of the Lease for the first Extended Term and only if OPERATOR gives written notice of its request to negotiate the second of such extensions (also called the "Extension Notice") to COUNTY at least nine (9) months but not more than one (1) year before the expiration of the first Extended Term.  Provided that, if OPERATOR is in Material Default, beyond all applicable notice and cure periods, as defined in Article 17, VIOLATION OF AGREEMENT, on the date of giving either Extension Notice, the Extension Notice shall be totally ineffective, or if OPERATOR is in Material Default, beyond all applicable notice and cure periods, on the date either Extended Term is to commence, the Extended Term shall not commence and this Lease shall expire at the end of the then existing term.  The terms and conditions for each Extended Term shall be substantially the same as contained herein, except that the Fixed Minimum Rent as defined in Article 4, RENTAL, for each of the years of any Extended Term(s) shall not be less than the amounts set forth in Section 4.1, Fixed Minimum Rent. Furthermore, in the event that there is a material change in the make up of the Total Gross Revenue such that the Net Ticket Sales is increased or reduced substantially in relation to the Total Gross Revenue of the Premises, the percentage used to calculate Percentage of Net Ticket Sales Rent shall be increased or reduced to a percent which would give substantially the same revenue to the COUNTY that the COUNTY would have received if the make up of the Total Gross Revenue had not

HIGHLY CONFIDENTIAL

LNE-LIT24-003135628

changed substantially. For the purposes of negotiating the Percentage of Net Ticket Sales Rent only, the Parties agree that during the Initial Term of the Lease, the Net Ticket Sales averaged seventy-five percent (75%) or the Total Gross Revenue. Therefore, if at the time of the first or second Extended Term negotiations, the Net Ticket Sales is estimated to be less than seventy percent (70%) or more than eighty percent (80%) of the Total Gross Revenue, then the Parties shall negotiate a Percentage of Net Ticket Sales Rent at a percent of the Net Ticket Sales expected during the Extended Term which would provide the COUNTY substantially the same revenue as the COUNTY would have received had Net Ticket Sales remained at 75% of Total Gross Revenue during the Extended Term. The term "Total Gross Revenue", as used in this Lease, is defined as Net Ticket Sales and all other money, cash, receipts, assets, property or other things of value, including but not limited to gross charges, sales, rentals, wholesale and consignment fees and commissions made, or earned, and all gross sums received by OPERATOR from its own operations and/or from its concessions, subtenants, subconcessions, assignees, or successors in interest, when collected or accrued, from any business, use or occupation, or any combination thereof, originating, transacted or performed, in whole or in part, on the Premises including, but not limited to, rental, the rendition or supplying of services, and the sale of goods, wares or merchandise, coin machines or devices of any nature. All gross sums received by a concession, subtenant or subconcession shall be considered to be considered part of the OPERATOR's Total Gross Revenue unless the OPERATOR establishes that the concession, subtenant or subconcession is not a related organization of the OPERATOR or anyone substantially controlling the OPERATOR.

HIGHLY CONFIDENTIAL

LNE-LIT24-003135629

(a)   There shall be no deduction from Total Gross Revenue of any overhead or expense of operation, such as, but without limitation to, salaries, wages, cost of goods, advertising, interest, debt amortization, discount, collection, credit card and bad debt charges, insurance and taxes, except as specifically provided for herein.

(b)   Total Gross Revenue shall include the amount of any manufacturer's or importer's excise tax included in the prices of any property or material sold, even though the manufacturer or importer is also the retailer thereof; and it is immaterial whether the amount of such excise tax is stated as a separate charge.

(c)   Total Gross Revenue shall not include Federal, State, Municipal or other taxes collected from the consumer (regardless of whether the amount thereof is stated to the consumer as a separate charge) and paid periodically by OPERATOR, its concessions, subtenants, subconcessions, assignees or successors in interest to a governmental agency, accompanied by a tax return or statement; but the amount of such taxes shall be shown on the books and records elsewhere herein required to be maintained.

(d)   Total Gross Revenue shall not include the Park Amphitheater Fee and/or the Business License Tax, if any, as they are defined in Section 4.3, Park Amphitheater Fee; but the amount of such Park Amphitheater Fee and/or Business License Tax shall be shown on the

4

books and records elsewhere herein required to be maintained.  In the event the Parties reach an agreement on the terms and conditions for an Extended Term prior to the expiration of the Initial Term/first Extended Term, the COUNTY shall forthwith prepare an amendment to this Lease   setting forth the agreed upon terms and conditions for the Extended Term and submit same for approval and execution by OPERATOR and the COUNTY.   In the event the Parties are not able to reach an agreement on the terms and conditions for an Extended Term prior to the expiration of the Initial Term/first Extended Term, this Lease shall terminate at the end of the Initial Term/first Extended Term.

Seiji Saisho| Paralegal
Email: SeijiSaisho@LiveNation.com | Phone: 949.378.7678
Live Nation Entertainment| 325 North Maple Drive, 3rd Floor, Beverly Hills, CA 90210



This message contains information from Live Nation Entertainment which may be confidential or privileged. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify me immediately by telephone or by electronic mail. Thank you very much.

HIGHLY CONFIDENTIAL

LNE-LIT24-003135630