| | |
|---|---|
| **From:** | Gregory LeMay [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GREG LEMAY] |
| **Sent:** | 9/1/2023 7:00:17 PM |
| **To:** | Joe Taylor [joetaylor@livenation.com]; Tom See [thomassee@livenation.com] |
| **CC:** | Matthew Hansen [matthewhansen@livenation.com] |
| **Subject:** | RE: Financial system -- venue types |

Thanks Joe.

On amp exceptions – I know previously we've categorized Northerly Island and Bayfront Park as boutique amps, with my understanding being the available inventory is typically below the 8K threshold – are there other exceptions above the 8K you would call out (either O&Os or 3P venues)?

On the indoor venues – I understand that it's valuable to split the 3,000+ category a bit, but I think we'd probably leave that to the divisions to split, rather than try to introduce this category globally. Part of my rationale here is that there are enough venues in the US to divide this category into two, but I don't know that we have enough of these size venues in any other geos to split the category further / get meaningful benchmarks.

Tom, please let us know if any other comments on this.

Thanks
Greg


**From:** Joe Taylor <JoeTaylor@LiveNation.com>
**Sent:** Friday, September 1, 2023 7:31 AM
**To:** Gregory LeMay <GregLeMay@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
**Cc:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Subject:** RE: Financial system -- venue types

Good here

The standard cutoff for us between Boutique/Large Amp for us is 8000 cap -however- we do have a couple exceptions

One comment :

It's not super common to have seated theaters >3000 but on our side we are trying more and more to separate fully seated from their mixed/GA counterparts across all capacities. So, we'd track Large Theater separate from Large Ballroom. Metrics like F&B Per Cap are $2.50+ higher in the ballroom setups vs. the fully seated ones. Talent also different.

Again juice might not be worth the squeeze to create one more segment for indoors, but we'll do that on our side.

Thanks

JT

**From:** Gregory LeMay <GregLeMay@LiveNation.com>
**Sent:** Thursday, August 31, 2023 11:59 PM
**To:** Tom See <ThomasSee@LiveNation.com>; Joe Taylor <JoeTaylor@LiveNation.com>

**Ex. No**
**PX0867**
1:24-cv-03973

LNE-LIT24-003969697

**Cc:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Subject:** RE: Financial system -- venue types

Tom, Joe –

I wanted to follow-up on the below thread with a more complete set of definitions that we have developed as part of the financial systems project. We reviewed this with Jordan and he was supportive of the definitions, but would like to get your eyes on it before we share with Joe B.

A few notes on the attached:
- As a reminder, we've developed these definitions so we have a consistent way to define venue types globally. Today, benchmarking across venue types is quite difficult globally as different divisions do not always use a consistent set of definitions (e.g., what is a Club in Canada might be called a Theater in Europe). This set of definitions would apply when we consolidate metrics globally. In the new system, each division will still be able to create their own venue types / venue groups as they evaluate their own metrics.
- Some venue types are included specifically for Ticketmaster (e.g., golf course), since we will be labeling all of their activity as well
- I set the large amp / boutique amp cut off point correct at 8,500 cap based on prior work – please let me know if that is still the right threshold

Please let me know any comments you have on the attached. It would be great to hear any proposed changes or refinements by EOD Tuesday.

Hope you have a great holiday weekend,
Greg

---

**From:** Gregory LeMay
**Sent:** Friday, August 4, 2023 3:59 PM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>; Joe Taylor <JoeTaylor@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Financial system -- venue types

Joe, Tom –

On your questions:

- Small Rooms
  o What I would suggest is for rolling up global metrics, we would aggregate metrics for these venues as if they were a standalone venue. So at 2,500 cap, Fillmore Philly would be a "Medium Theater" (or "Large Club" if fully GA), but at 450 cap The Foundry would be a "Club".
  o For House of Blues – interested in your input here but I imagine we would capture all activity under the "House of Blues" secondary venue type which would all roll into Clubs, as I believe it does today (so at 250 cap Constellation Room would count as House of Blues rather than a Club).
  o I do want to note here again that Venue Nation could define their own venue types, and carve out Small Room as a separate venue type distinct from other Clubs. But from a global roll-up perspective we wouldn't make this distinction.

- Mixed Seating
  o This was meant to capture venues that are either a) flexible seating configurations or b) mixed, which would be something like a GA section by the stage with additional seated section (mezzanine or otherwise). Anecdotally there seems to be a lot that would fit in this category.

CONFIDENTIAL

LNE-LIT24-003969698

o      The idea here is to have some guardrails around what we call venues that isn't strictly capacity based, because we run into things like:

▪      History in Toronto – 2,500 cap, but Canada considers it to be a Large Club

●      I do realize History has a seated mezz but I don't think it's a large component of the overall capacity, but we'd probably put some parameters around this (e.g., at least 20% of the seats are reserved and 20% are GA)



▪      Olympia Theatre in Dublin– 1,240 cap but nobody would call this a club



Certainly open to your thoughts here as you are both very familiar with the assortment of stuff that's out there – we're just trying to create a set of rules that will bring a but more order to how we are capturing details globally.

Thanks,
Greg

From: Matthew Hansen <MatthewHansen@LiveNation.com>
Sent: Thursday, August 3, 2023 10:01 AM
To: Joe Taylor <JoeTaylor@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
Cc: Gregory LeMay <GregLeMay@LiveNation.com>
Subject: RE: Financial system -- venue types

Thank you for both for your questions.

Greg is out today, so we'll come back to you tomorrow – I want to be sure I have it right before responding (as you can tell from this email, Greg did the leg work).

Thanks,
Matt

From: Joe Taylor <JoeTaylor@LiveNation.com>
Sent: Thursday, August 3, 2023 4:31 AM

CONFIDENTIAL                                                                              LNE-LIT24-003969699

**To:** Tom See <ThomasSee@LiveNation.com>; Matthew Hansen <MatthewHansen@LiveNation.com>
**Cc:** Gregory LeMay <GregLeMay@LiveNation.com>
**Subject:** Re: Financial system -- venue types

Quick question

Can you expand on how you're defining mixed seating? Does that mean removable seats where we might have most shows seated, but there's an option for GA?

I noticed mixed seating under 1,500 was a club but mixed seating 1,500-3,000 was a medium theater.

For us, there's a big difference in metrics between from seated and GA.

Thanks

Joe

---

**From:** Tom See <ThomasSee@LiveNation.com>
**Sent:** Thursday, August 3, 2023 5:29 AM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Cc:** Gregory LeMay <GregLeMay@LiveNation.com>; Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** Re: Financial system -- venue types


Thanks for the perspective on this.

Where do small rooms fit in here such as Constellation Room at HOB or Foundry in Fillmore Philly.

---

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Sent:** Thursday, August 3, 2023 2:13:29 AM
**To:** Tom See <ThomasSee@LiveNation.com>
**Cc:** Gregory LeMay <GregLeMay@LiveNation.com>; Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** RE: Financial system -- venue types

Sounds good re: your thinking about it and coming back to us. I'm discussing with Omar tomorrow, and I'll let you know what comes out of that.

To give a little more context on the lay of the land today, venues are currently tagged a few places –
1.      10-K – this has the # of venues by type (broken down by the type of legal interest we have in them) and uses "theater" and "club." But what's a theater vs. club doesn't tie to our internal systems!
2.      Financial Systems (currently BPC) – these are the venue classifications used for #s Darren creates and that you use in your forecast pack
•       What one division (e.g., US Concerts) and another division (e.g., UK Concerts) define as a "theater" vs. a "club" varies somewhat across the cmopany
•       And the central financial system doesn't have access anything beyond "theater" vs. "club"
1.      Rome (and, theoretically, any other division-specific systems/databases)
•       This has the theater vs. club distinction, and generally what is theater vs. club here matches what is in BPC
•       And then you make your own classifications here as well (e.g., you have VN LOBs like "Small Theater/Ballroom" for the Wiltern)

CONFIDENTIAL

LNE-LIT24-003969700

So, what we're solving for is actually two things:

- First, we want to have a definition of theater vs clubs, so that we apply that consistently in the financial systems
- Second, while it's great that Venue Nation creates its own LOBs (and nothing we'll do will stop that), we want to have some global sub-categories so that when we look across divisions we don't get non-sensical groupings

Thanks,
Matt

---

**From:** Tom See <ThomasSee@LiveNation.com>
**Sent:** Wednesday, August 2, 2023 5:31 PM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Cc:** Gregory LeMay <GregLeMay@LiveNation.com>; Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** Re: Financial system -- venue types

Thanks for putting this together.

Pandora's box on this one that's for sure.

+Joe who can provide where each venue is at in the system.

Let me give this one a bit of thought.

---

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Sent:** Wednesday, August 2, 2023 5:43 PM
**To:** Tom See <ThomasSee@LiveNation.com>
**Cc:** Gregory LeMay <GregLeMay@LiveNation.com>
**Subject:** Financial system -- venue types

Hey Tom –

Hope all is well.

I have something to run by you related to the financial systems project.

When it comes to venue type classifications, going forward in the financial systems there will be (a) what the venue type is called centrally, and (b) a way for divisions to make up their own classifications (like the various ways Venue Nation has re-carved up indoor venues – this way we'll have a record of it in the financial system and can do analysis centrally that ties back to your venue tagging).

My question is actually about part (a) – what venue types are called centrally. There are primary venue types (e.g., amp) and secondary venue types (large amp vs. boutique amp). For theaters and clubs, we haven't historically used secondary venue types, so when we do global analysis, it can be meaningless since if we look at "theaters" in different regions we'll wind up comparing apples and oranges. So, we were thinking of having secondary venue types for theaters and clubs – every O&O T&C would be tagged with one of these, and we'd decide with the divisions if we wanted to tag some 3rd party T&Cs with them as well.

With that long pre-amble, I wanted to see what you thought of the proposed secondary venue types + definitions for T&C below. I realize doing global comparisons is less important to you, but given your role overseeing US Venues, you might have opinions on these classifications.

CONFIDENTIAL

| Primary venue type | Secondary venue type | Secondary venue type definition |
|---|---|---|
| Theater | Large Theater/Ballroom | • Indoor Venue 3,000 – 5,000 capacity |
| • | Medium Theater | • Mixed seating or fully seated indoor venue 1,500 – 3,000 capacity |
| • | Small Seated Theater | • Fully seated venue under 1,500 capacity |
| Club | Large Club | • Predominantly GA Venue (e.g., GA floor with seated mezzanine or balcony) between 1,500 – 3,000 capacity |
| • | Club | • Mixed seating or GA venue up to 1,500 capacity |
| • | Comedy Club | • Venue primarily used for stand-up comedy events |
| • | House of Blues | • All venues operating under the House of Blues name regardless of capacity |
| • | Brooklyn Bowl | • All venues operating under the Brooklyn Bowl brand regardless of capacity |
| • | Night Club | • Venue open regularly for drinking and dancing, with fans able to purchase tickets or VIP tables to scheduled events (e.g., DJ performances, theme nights)<br>• Scheduled events may occur during or outside of regular opening hours |

Thanks,
Matt

CONFIDENTIAL

LNE-LIT24-003969702