| | |
|---|---|
| **From:** | Jordan Zachary [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59325F6D651B4D4FAC7F5DDED1875A2A-JORDAN ZACH] |
| **Sent:** | 4/26/2023 4:04:09 PM |
| **To:** | Benjamin Weeden [benjaminweeden@livenation.com] |
| **Subject:** | Re: Oak Mountain Amp. |

Yes plan is to sell for with condition buyer cannot use live entertainment in any form.
The developer who is partnered with city has expressed interest historically.
But we would keep until we have real opening date so don't miss a season.

On Apr 26, 2023, at 8:23 AM, Benjamin Weeden <BenjaminWeeden@livenation.com> wrote:

Hey Jordan — [ Redacted for Privilege ] Assuming we need to shutter Oak Mtn with the new Birmingham amph, do we want to look at land value and possible sale?  or have their been other discussions about repurposing it for something else and keeping?

**From:** Sheila Small <SheilaSmall@LiveNation.com>
**Sent:** Wednesday, April 26, 2023 5:15 AM
**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Cc:** Seiji Saisho <SeijiSaisho@LiveNation.com>
**Subject:** Oak Mountain Amp.

## Redacted for Privilege

**Ex. No**
**PX0918**
1:24-cv-03973

HIGHLY CONFIDENTIAL

LNE-LIT24-005934241