

**Chat with "Benjamin Weeden"** ███████████████ on August 17, 2022

██████████ Thomas See ███████████████ Benjamin Weeden
████████████ Tom See ███████████████

**Earliest item: 2022-08-17 00:44:48**
**Latest item: 2022-08-17 01:23:07**

**Wednesday 17 August 2022**

Instant Message : Native Messages
From
Tom See ██████████████                                    00:44:48

Let's connect on 2023 budget and us creating what we are holding team accountable on vs what corporate will hold us accountable for....

Instant Message : Native Messages
From
Benjamin Weeden ███████████                            00:55:10

No problem. I'll have all the LOB templates we can play around with this week



Instant Message : Native Messages
From
Tom See ███████████                                    01:04:09

Liked "No problem. I'll have all the LOB templates we can play around with this week "

Instant Message : Native Messages
From
Tom See ███████████                                    01:06:47

Was also thinking on the talent side in that they need to sign up for the number of fans / shows they are providing us and anything short they should maybe owe us the avg rebate we provided them etc. so if they miss 1M fans on avg of $26 rebate we are owed $26M...otherwise no downside if they don't deliver to us however do for other lobs

Instant Message : Native Messages
From
Benjamin Weeden ███████████                           01:07:32

I agree w that 100%.

**Ex. No**
**PX1129**
**1:24-cv-03973**

CONFIDENTIAL                                    LNE-LIT24-002307230

**PX1129.0001**







CONFIDENTIAL

LNE-LIT24-002307233

**PX1129.0004**

Instant Message : Native Messages
From
Benjamin Weeden ████████
01:14:41

If proctor and gamble can't fill Walmarts shelves then Walmart finds other suppliers.

Instant Message : Native Messages
From
Benjamin Weeden ████████
01:14:48

Agreed

Instant Message : Native Messages
From
Tom See ████████
01:14:51

Correct

Instant Message : Native Messages
From
Tom See ████████
01:15:22

Check out an open room like the Greek in LA. They have 40 more shows to go!!

Instant Message : Native Messages
From
Tom See ████████
01:15:48

We found a way to make that venue work!!

Instant Message : Native Messages
From
Benjamin Weeden ████████
01:15:52

For sure.

Instant Message : Native Messages
From
Benjamin Weeden ████████
01:16:13

If we were a true management company we would be agnostic.

Instant Message : Native Messages
From
Tom See ████████
01:16:21

Liked "If we were a true management company we would be agnostic. "

CONFIDENTIAL

LNE-LIT24-002307234

**PX1129.0005**



**PX1129.0006**