| | |
|---|---|
| **From:** | Benjamin Weeden [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E170698EB9154CF8AD0845D976F9F94D-WEEDEN, BEN] |
| **Sent:** | 7/25/2022 11:07:16 PM |
| **To:** | Bob Roux [bobroux@livenation.com]; Jackie Beato [jackiebeato@livenation.com] |
| **Subject:** | FW: 2023 growth levers |

**From:** Benjamin Weeden
**Sent:** Friday, July 22, 2022 2:53 PM
**To:** Tom See <ThomasSee@LiveNation.com>
**Cc:** Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** 2023 growth levers

Tom – Joe, Justin and I spent some time brainstorming this am so just wanted to get on paper a high level list of potential growth levers.  We've included some ideas for Talent and Marketing but defer to them.  Let us know your thoughts and any other avenues to grow CM / AOI.  I am working on the fixed cost increases which won't be insignificant.

Venue Nation
- CM ROI on Capex spend
- PSS Increase
- SE Increase
- Dwell time increase
- Order per Fan increase
- Optimize Upsell Purchase Flow
- F&B Pricing increase (?) – need competitive survey to assess
- TM impact (assumes Joe B lets us recognize this as growth even though he is holding the $$ this year at Corp)

Talent / Show Marketing
- Redistribute amph shows to Top 15
- Increase shows per tour by X
- Optimize routing (some captured in the first bullet points but then there are insights like Darien does well w Hip-Hop or Concord does better w Classic Rock than their peer venues)
- Increase house nut.  Not my place to opine but I think expense analysis will show at very least it needs to come up to offset Ops / Prod labor.  In addition, any padding will help as well.  They've done a great job of growing Platinum which, combined with lower house nut, has a lot of artists going into points that would not if house nut was higher so could trap more money
- Optimize Lawn Pricing (also, is Concert Week accretive or dilutive?)
- "Win back the onsale":  revisit Joe's insights from last year on this
- Optimize Groupon (use during trough)
- Optimize Comps / Papering (what did we average in 2019 and if we get back to that level what is impact)

**Ex. No**

**PX1243**

1:24-cv-03973