## APPENDIX A – STIPULATED FACTS

## Ticketmaster Contracts with Provisions Labeled "Exclusivity"

| Location | Venue | Effective Date* | End Date (Before Autorenewal) | Automatic Renewal Provision |
|---|---|---|---|---|
| Alabama | Legacy Arena | 10/1/2020 | 9/30/2027 | ✓ |
| Alabama | Propst Arena | 9/1/2018 10/1/2021 (Amendment) | 9/30/2026 | |
| Alabama | The Wharf Amphitheater | 1/1/2020 (Amendment) | 12/31/2022 | |
| Arizona | Phoenix Arena | 10/1/2019 5/13/21 (Amendment) 7/1/2021 (Amendment) 7/1/2022 (Amendment) | 9/30/2030 | ✓ |
| Arkansas | Simmons Bank Arena | 1/1/2023 | 12/31/2032 | |
| California | Acrisure Arena | 10/1/2022 | 6/30/2032 | |
| California | Bill Graham Civic Auditorium | 1/1/2019 1/1/2023 (Amendment) | 12/31/2027 | |
| California | Chase Center | 7/1/2019 | 6/30/2025 | ✓ |
| California | Golden 1 Center | 7/1/2015 7/1/2023 (Amendment) | 6/30/2030 | ✓ |
| California | Hollywood Bowl | 1/1/2018 | 12/31/2027 | |
| California | Honda Center | 7/1/2024 | 6/30/2028 | |
| California | Intuit Dome | 3/1/2023 | 6/30/2034 | |
| California | Oakland Arena | 7/1/2017 | 6/30/2022 | |
| California | Sap Center at San Jose | 7/1/2013 7/1/2017 (Amendment) 10/1/2021 (Amendment) | 6/30/2025 | ✓ |
| California | The Kia Forum | 7/1/2017 7/1/2022 (Amendment) | 6/30/2024 | ✓ |
| California | The Rady Shell at Jacobs Park | 12/1/2023 | 11/30/2028 | ✓ |
| California | Viejas Arena | 7/1/2021 | 6/30/2028 | |
| Colorado | Ball Arena | 7/1/2021 | 6/30/2031 | |

*Where a date is followed by (Amendment), it indicates that the contract executed on that date was an amendment to an earlier contract.

Ex. No

PX1293

1:24-cv-03973

## APPENDIX A – STIPULATED FACTS

## Ticketmaster Contracts with Provisions Labeled "Exclusivity"

| Location | Venue | Effective Date* | End Date (Before Autorenewal) | Automatic Renewal Provision |
|---|---|---|---|---|
| Connecticut | Mohegan Sun Arena | 10/1/2016 (Amendment) 10/1/2021 (Amendment) | 9/30/2027 | ✓ |
| Connecticut | XL Center | 7/1/2023 | 6/30/2025 | |
| District of Columbia | Capital One Arena | 6/27/2016 7/1/2021 (Amendment) | 6/30/2027 | |
| Florida | Addition Financial Arena | 7/1/2022 | 6/30/2027 | |
| Florida | Amalie Arena | 7/1/2019 | 6/30/2027 | ✓ |
| Florida | Amerant Bank Arena | 7/1/2017 | 6/30/2023 | |
| Florida | Donald L. Tucker Civic Center | 7/1/2023 | 6/30/2032 | |
| Florida | Hertz Arena | 10/1/2015 (Amendment) | 9/30/2021 | ✓ |
| Florida | Kaseya Center | 7/1/2018 (Amendment) 7/1/2021 (Amendment) | 6/30/2027 | |
| Florida | Kia Center | 8/17/2016 (Amendment) 5/30/2020 (Amendment) 10/1/2023 (Amendment) | 9/30/2028 | |
| Florida | Yuengling Center | 7/1/2018 | 6/30/2022 | ✓ |
| Georgia | Columbus Civic Center | 9/1/2017 (Amendment) 9/1/2022 (New Agreement) | 8/31/2027 | ✓ |
| Georgia | Gas South Arena | 7/1/2023 | 6/30/2028 | ✓ |
| Idaho | ExtraMile Arena | 1/1/2020 (Amendment) 1/1/2023 (Amendment) | 12/31/2023 | |
| Illinois | Credit Union 1 Arena | 5/12/2021 | 5/11/2026 | |
| Illinois | United Center | 8/1/2021 | 7/31/2025 | ✓ |
| Illinois | Vibrant Arena at the Mark | 4/1/2021 | 3/31/2025 | ✓ |
| Illinois | Wintrust Arena | 10/1/2023 | 6/30/2032 | |

2

*Where a date is followed by (Amendment), it indicates that the contract executed on that date was an amendment to an earlier contract.

APPENDIX A – STIPULATED FACTS

## Ticketmaster Contracts with Provisions Labeled "Exclusivity"

| Location | Venue | Effective Date* | End Date (Before Autorenewal) | Automatic Renewal Provision |
|---|---|---|---|---|
| Indiana | Allen Cnty War Memorial Coliseum | 11/1/2019 | 10/31/2024 | ✓ |
| Indiana | Gainbridge Fieldhouse | 10/1/2015 (Amendment) 7/1/2021 (Amendment) | 6/30/2025 | |
| Iowa | Back Waters Stage | 3/1/2020 | 3/1/2023 | ✓ |
| Kansas | Azura Amphitheater | 11/1/2018 (Amendment) 1/1/2023 (Amendment) | 2/28/2024 | ✓ |
| Louisiana | Brookshire Grocery Arena | 1/1/2016 (Amendment) | 12/31/2020 | ✓ |
| Louisiana | Cajundome | 6/16/2015 (Amendment) 3/9/2023 (Amendment) | 3/8/2024 | ✓ |
| Maine | Cross Insurance Arena | 6/30/2017 4/30/2019 (Amendment) | 6/30/2027 | ✓ |
| Maine | Cross Insurance Center | 2/12/2020 (Amendment) | 6/14/2027 | ✓ |
| Maine | Maine Savings Amphitheater | 2/14/2022 | 1/14/2027 | ✓ |
| Maryland | CFG Bank Arena | 10/1/2022 | 6/30/2032 | |
| Maryland | Merriweather Post Pavilion | 8/1/2019 1/1/2021 (Amendment) 6/16/2023 (Amendment) | 12/31/2031 | ✓ |
| Massachusetts | DCU Center | 1/1/2019 (Amendment) | 12/31/2020 | ✓ |
| Massachusetts | TD Garden | 8/21/2020 (Amendment) 7/1/2024 (Amendment) | 6/30/2029 | ✓ |
| Michigan | Little Caesars Arena | 9/12/2017 1/1/2018 | 12/31/2024 | |
| Michigan | Pine Knob Music Theatre | 10/1/2015 (Amendment) | 9/30/2020 | |
| Michigan | The Palace of Auburn Hills | 10/1/2015 (Amendment) | 9/30/2020 | |
| Minnesota | The Armory | 10/6/2017 3/11/2024 (Amendment) | 10/5/2037 | ✓ |
| Minnesota | Xcel Energy Center | 7/1/2019 (Amendment) 8/10/2021 (Amendment) | 6/30/2026 | |

3

*Where a date is followed by (Amendment), it indicates that the contract executed on that date was an amendment to an earlier contract.

## APPENDIX A – STIPULATED FACTS

## Ticketmaster Contracts with Provisions Labeled "Exclusivity"

| Location | Venue | Effective Date* | End Date (Before Autorenewal) | Automatic Renewal Provision |
|---|---|---|---|---|
| Mississippi | Brandon Amphitheater | 12/4/2017 | 12/31/2020 | ✓ |
| Mississippi | Cadence Bank Arena | 1/1/2020 (Amendment) 1/1/2024 (Amendment) | 12/31/2028 | ✓ |
| Mississippi | Mississippi Coast Coliseum | 2/1/2008 2/1/2018 (Amendment) 3/1/2022 (Amendment) | 2/28/2027 | ✓ |
| Mississippi | Mississippi Coliseum | 3/10/2020 (Amendment) 7/1/2020 (Amendment) 10/26/2021 (Amendment) 1/24/2023 (Amendment) | 1/23/2026 | |
| Mississippi | The Sound Amphitheater | 2/15/2024 | 2/14/2027 | ✓ |
| Missouri | Chaifetz Arena | 10/1/2018 (Amendment) | 9/30/2021 | |
| Missouri | Enterprise Center | 7/1/2016 7/1/2022 (Amendment) | 6/30/2032 | |
| Missouri | Family Arena | 7/15/2019 | 7/14/2024 | ✓ |
| Nebraska | Chi Health Center Omaha | 7/1/2016 | 6/30/2021 | |
| Nevada | Lake Tahoe Outdoor Arena | 11/1/2019 (Amendment) 1/1/2023 (Amendment) | 12/31/2027 | ✓ |
| Nevada | Orleans Arena | 9/1/2019 | 8/31/2024 | |
| New Jersey | Jim Whelan Boardwalk Hall | 2/15/2024 | 12/31/2026 | ✓ |
| New Jersey | Prudential Center | 9/24/2018 4/6/2021 (Amendment) 1/1/2023 (Amendment) | 6/30/2028 | ✓ |
| New York | Artpark Outdoor Amphitheater | 11/1/2020 5/31/2022 (Amendment) | 10/31/2026 | ✓ |
| New York | Barclays Center | 1/18/2023 | 6/30/2025 | |
| New York | Bethel Woods Center for the Arts | 1/1/2017 (Amendment) 2/9/2022 (Amendment) | 12/31/2026 | |
| New York | Blue Cross Arena | 5/14/2019 (Amendment) 9/13/2021 (Amendment) 7/1/2023 (Amendment) | 6/30/2033 | |

4

*Where a date is followed by (Amendment), it indicates that the contract executed on that date was an amendment to an earlier contract.

## APPENDIX A – STIPULATED FACTS

## Ticketmaster Contracts with Provisions Labeled "Exclusivity"

| Location | Venue | Effective Date* | End Date (Before Autorenewal) | Automatic Renewal Provision |
|---|---|---|---|---|
| New York | Marvin Sands Performing Arts Center | 1/1/2023 | 12/31/2027 | |
| New York | KeyBank Center | 7/1/2021 | 6/30/2026 | |
| New York | Madison Square Garden | 7/1/2017 7/1/2022 (New Agreement) | 6/30/2032 | ✓ |
| New York | Marvin Sands Performing Arts Center | 1/1/2023 | 12/31/2027 | |
| New York | MVP Arena | 7/1/2021 | 6/30/2026 | |
| New York | Nassau Veterans Memorial Coliseum | 7/11/2016 | 9/30/2021 | |
| New York | UBS Arena | 7/14/2021 7/1/2022 (New Agreement) | 6/30/2032 | ✓ |
| North Carolina | Bojangles Coliseum | 1/1/2023 | 12/31/2027 | ✓ |
| North Carolina | First Horizon Coliseum | 7/1/2016 | 6/30/2026 | ✓ |
| North Carolina | Lenovo Center | 9/8/201(Amendment) 7/1/2022 (Amendment) | 6/30/2027 | |
| North Dakota | Alerus Center | 12/1/2022 | 6/30/2032 | |
| Ohio | Heritage Bank Center | 11/1/2015 | 9/30/2020 | ✓ |
| Ohio | Nationwide Arena | 7/1/2018 | 6/30/2025 | |
| Ohio | Schottenstein Center | 7/1/2018 | 6/30/2025 | |
| Ohio | Wolstein Center | 7/1/2024 | 7/10/2027 | |
| Oklahoma | BOK Center | 10/1/2023 | 6/30/2032 | |
| Oregon | Moda Center | 7/1/2023 | 6/30/2027 | |
| Oregon | Veterans Memorial Coliseum | 7/1/2023 | 6/30/2027 | |

5

*Where a date is followed by (Amendment), it indicates that the contract executed on that date was an amendment to an earlier contract.

**APPENDIX A – STIPULATED FACTS**

## Ticketmaster Contracts with Provisions Labeled "Exclusivity"

| Location | Venue | Effective Date* | End Date (Before Autorenewal) | Automatic Renewal Provision |
|---|---|---|---|---|
| Pennsylvania | Bryce Jordan Center | 6/1/2022 | 5/31/2028 | |
| Pennsylvania | Giant Center | 1/1/2019 (Amendment) | 12/31/2024 | ✓ |
| Pennsylvania | Hersheypark Stadium | 1/1/2019 (Amendment) 1/1/2024 (Amendment) | 12/31/2031 | ✓ |
| Pennsylvania | PPG Paints Arena | 6/30/2018 (Amendment) | 6/30/2023 | ✓ |
| Pennsylvania | PPL Center | 7/1/2024 | 6/30/2029 | ✓ |
| Pennsylvania | TD Pavilion at The Mann | 12/20/2013 3/3/2022 (Amendment) | 12/31/2035 | |
| Pennsylvania | The Liacouras Center | 7/1/2022 | 6/30/2027 | |
| Pennsylvania | Wells Fargo Center | 7/1/2021 | 6/30/2026 | ✓ |
| South Carolina | Bon Secours Wellness Arena | 7/1/2022 2/22/2023 (Amendment) | 6/30/2027 | ✓ |
| South Carolina | Colonial Life Arena | 7/1/2022 | 6/30/2023 | ✓ |
| South Carolina | Credit One Stadium | 6/17/2019 (Amendment) 1/28/2022 (Amendment) | 12/31/2025 | |
| South Carolina | North Charleston Coliseum | 7/17/2018 (Amendment) | 12/31/2020 | |
| Tennessee | FedExForum | 7/1/2018 (Amendment) 7/1/2021 (Amendment) | 6/30/2026 | ✓ |
| Tennessee | Thompson-Boling Arena | 2/1/2022 | 6/30/2032 | |
| Texas | American Airlines Center | 8/1/2014 (Amendment) | 7/31/2020 | |
| Texas | American Bank Center | 7/1/2022 | 6/30/2032 | |
| Texas | Cynthia Woods Mitchell Pavilion | 1/1/2023 | 12/31/2033 | |
| Texas | Dickies Arena | 11/1/2018 | 10/31/2024 | ✓ |
| Texas | Don Haskins Center | 2/5/2016 | 11/30/2020 | |

6

*Where a date is followed by (Amendment), it indicates that the contract executed on that date was an amendment to an earlier contract.

APPENDIX A – STIPULATED FACTS

## Ticketmaster Contracts with Provisions Labeled "Exclusivity"

| Location | Venue | Effective Date* | End Date (Before Autorenewal) | Automatic Renewal Provision |
|---|---|---|---|---|
| Texas | Freeman Coliseum | 8/1/2022 | 6/30/2027 | |
| Texas | Frost Bank Center | 8/1/2022 | 6/30/2027 | |
| Texas | Germania Insurance Amphitheater | 1/1/2022 | 12/31/2026 | |
| Texas | Moody Center | 4/1/2021<br>10/1/2022 (Amendment) | 6/30/2032 | |
| Texas | NRG Arena | 1/14/2012 (Amendment) | 12/31/2020 | ✓ |
| Utah | Delta Center | 10/1/2017 | 9/30/2022 | |
| Utah | Maverik Center | 7/1/2022 | 6/30/2027 | ✓ |
| Virginia | EagleBank Arena | 6/27/2016 | 6/30/2021 | |
| Virginia | John Paul Jones Arena | 7/1/2017 (Amendment) | 6/30/2022 | |
| Washington | Angel of The Winds Arena | 1/1/2021 | 12/31/2030 | |
| Washington | Climate Pledge Arena | 3/24/2021<br>7/1/2022 (Amendment) | 6/30/2032 | ✓ |
| Washington | Tacoma Dome | 8/1/2021 | 8/1/2026 | |
| West Virginia | Charleston Coliseum | 10/1/2018 (Amendment)<br>12/12/2023 (Amendment)<br>4/1/2024 (Amendment) | 3/31/2029 | ✓ |
| Wisconsin | American Family Insurance Amphitheater | 1/1/2019 | 12/31/2023 | |
| Wisconsin | Fiserv Forum | 7/1/2023 | 6/30/2028 | |
| Wisconsin | Veterans Memorial Coliseum | 5/20/2022 | 5/20/2032 | ✓ |
| Wyoming | The Ford Wyoming Center | 8/1/2022 | 7/31/2027 | |

7

*Where a date is followed by (Amendment), it indicates that the contract executed on that date was an amendment to an earlier contract.