| From: | Matthew Hansen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=390D0443C090475BBE03C282051C3C1A-MATTHEW HAN] |
|---|---|
| Sent: | 12/11/2023 9:15:39 PM |
| To: | Michael Rapino [michael@livenation.com] |
| CC: | Joe Berchtold [joeberchtold@livenation.com]; Darren McInnes [darrenmcinnes@livenation.com] |
| Subject: | Updated board deck for your review |
| Attachments: | Dec 2023 BOD v4.pdf |

Michael –

Attached is an updated board deck for your review.

Thanks,
Matt

**Ex. No**

**PX0802**

**1:24-cv-03973**

CONFIDENTIAL

LNE-LIT24-001666007



# Board of Directors Meeting
## December 14, 2023

CONFIDENTIAL

**Reminder: check page #s before posting**

# AGENDA

Page

| | |
|---|---|
| **2** | **CORPORATE GOVERNANCE** |
| **9** | **2023 UPDATE** |
| **15** | **LONG-TERM PLAN SUMMARY** |
| **21** | **2024 PLAN** |
| **26** | **DIVISION UPDATES** |
| **35** | **TICKETING UPDATE** |
| **46** | **APPENDIX** |

CONFIDENTIAL

LNE-LIT24-001666009

CONFIDENTIAL

LNE-LIT24-001666010



# BOARD CALENDAR

| 2024 | | |
| --- | --- | --- |
| **Date** | **Location** | **Time** |
| March 21, 2024 | Virtual | 9:00am PT |
| June 13, 2024* | Beverly Hills, CA | 9:00am PT |
| September 19, 2024 | Virtual | 9:00am PT |
| December 19, 2024 | Virtual | 9:00am PT |



*  Annual Meeting

3

CONFIDENTIAL

LNE-LIT24-001666011



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

LNE-LIT24-001666014

CONFIDENTIAL

LNE-LIT24-001666015

CONFIDENTIAL

LNE-LIT24-001666016