



# 2023 UPDATE

CONFIDENTIAL

LNE-LIT24-001666017

**V1 – Simplified**



# LIVE NATION 2023 KEY DRIVERS

| Driver | Status | Explanation |
|---|---|---|
| **①** **Achieve global fan count of** ▮ | ✔ | • Forecasting ▮ fans (+18% vs. 2023) |
| **②** **Enhance onsite experience and scale new products** | ✔ | • Amphitheater onsite APF up ▮ |
| **③** **Drive adoption of revenue management products** | ✔ | • Ticketmaster Platinum GTV up 48% to ▮ |
| **④** **Deliver** ▮ **of Sponsorship CM growth** | ✔ | • ▮ growth (+12% vs. 2023) overall, led by venues ▮ growth, +28% vs. 2023) |

10

LNE-LIT24-001666018



# LIVE NATION 2023 KEY DRIVERS

**V2 – Slightly more details**

| Driver | Status | Explanation |
|---|---|---|
| **1** **Achieve global fan count of** ████ | ✓ | ▪ Forecasting ████ fans (+18% vs. 2023) – highest growth was in stadiums ████), and growth was largely international (████) |
| **2** **Enhance onsite experience and scale new products** | ✓ | ▪ Amphitheater onsite APF up ████ – largest drivers were concessions ████), and upsells ████) |
| **3** **Drive adoption of revenue management products** | ✓ | ▪ Ticketmaster Platinum GTV up 48% to ████ – LN Concerts was largest driver, with Platinum up to 8% of tickets in NA Arenas, and 11% of tickets in NA Stadiums |
| **4** **Deliver** ████ **of Sponsorship CM growth** | ✓ | ▪ ████ growth (+12% vs. 2023) – led by venues ████ growth, +28% vs. 2023) and major new deals (e.g., Citi renewal, PayPal) |

11

CONFIDENTIAL



# LIVE NATION 2023 OBJECTIVES AND KEY RESULTS

○ On tr...  V3 – Current style
○ At risk to achieve OKR
● Unlikely to achieve OKR

| Objective | Status | Explanation |
|---|---|---|
| **1** **Achieve global fan count of** ▮ | ● | • Forecasting ▮ fans (+18% vs. 2022) |
| **2** **Expand venue portfolio with elevated branded venues** | ● | • Expect to close on Hanover Arena (Germany) by year end; regulatory approval for Altice Arena (Portugal) expected in Q1<br>• Signed deal to develop four new amphitheaters in North America<br>• Won Munich RFP with OVG to develop 20K capacity arena<br>• Advanced pipeline on other international arena developments |
| **3** **Drive new products off of LNE scale** | ● | • Amphitheaters onsite CM up $▮ per fan YTD, driven by growth in concessions, premium parking, upsells, camping, and merch<br>• Venue Upsells up $▮ (35% YTD) |
| **4** **Grow Ticketmaster internationally by adding** ▮ **tickets and entering 4 new markets** | ● | • Added ▮ net new tickets internationally YTD (117% of annual target)<br>• Launched in Brazil, Peru, and Colombia |
| **5** **Grow Ticketmaster non-service fee revenue by $**▮ | ● | • Market pricing revenue up $▮ YTD, driven by Platinum GTV growth of 51% YTD<br>• Flywheel (upsells, insurance, ancillary) CM up ▮ YTD (+32%)<br>• Travel packages continued growth with global touring for Eagles, Bruce Springsteen, Take That; Travel experiences expanding with additional artists in Vegas |
| **6** **Grow Sponsorship CM by $70M** | ● | • CM up ▮ (+12%), driven by growth in Venues (+28%) and Access (+15%) |
| **7** **Launch Government Affairs products** | ● | • Launched all-in ticketing in partnership with White House<br>• Improved engagement with Senators and Congresspeople and proposed FAIR Ticketing Act |

12

CONFIDENTIAL



# FULL-YEAR FORECAST – METRICS

**Concerts**

- ☐ Festivals
- ☐ Amps
- ☐ Stadiums
- ☐ Arenas
- ☐ Theaters & Clubs

**Sponsorship @ 202**

- ☐ Online
- ☐ Access/Other
- ☐ Festivals
- ☐ Venues

**Ticketing @ 2022 F**

- ☐ Secondary
- ☐ Primary + Chann

13

CONFIDENTIAL

LNE-LIT24-001666021



# FULL-YEAR FORECAST – AOI OVERVIEW

## AOI ($M)



+31%

$1

$

**2022**    **2023**

Note: 2023 @ 2023 FX rates, with FX benefit of $9M AOI relative to the 2022 rates.



| | 2022 | 2023 | $ Var | % |
|---|---|---|---|---|
| Concerts | | | | |
| Sponsorship | | | | |
| Ticketing | | | | |
| Corporate / Other | | | | |
| **Total** | | | | |

## Key Drivers Relative to 2022

**Concerts**

- AOI growth of $▮ from ▮ M more fans and 17% average ticket price increase driven by platinum pricing and stadium volume
- Onsite revenue growth driving per fan profitability increases at our operated venues
- Emerging artists and front-line worker programs investment of $▮

**Sponsorship**

- 7 new sponsors vs. 2022 with over $▮ M revenue; strategic sponsor revenue pacing up 11%
- Venue and Access sponsorship CM up $▮ or 24%
- Online CM forecasted to be up ▮ or 7%
- Paypal, Citi and Google contributing to year-over-year growth
- Approximately 30% of growth from the annualization of 2022 deals

**Ticketing**

- Concerts primary driver of Ticketing growth: 78% of fee-bearing ticket growth and 86% of GTV growth
- Secondary GTV up 23% in line with market

**Corporate**

- Restructured / downsized office portfolio
- Expanded legal and government affairs investment
- Annualization of mid-year 2022 hires post-pandemic

14

CONFIDENTIAL



# INCOME STATEMENT & CASH FLOW SUMMARY

($M)

| Income Statement | 2022 | 2023 | 23 v 22 |
|---|---|---|---|
| Revenue | | | |
| Contribution Margin | | | |
| **Total AOI** | | | |
| AOI Margin | | | |
| **Net Income from Continuing Operations** | | | |
| Noncontrolling Interest | | | |
| **Net Income Attributable To LN** | | | |
| Accretion | | | |
| **Net Income** | | | |
| **EPS** | | | |

### Key Drivers 2023 v 2022

- Revenue growth driven by stadium volume and ticket price increases

- AOI growth of $▮▮▮ partially offset by increases in D&A, noncontrolling interest, and tax expense

- Net Income and EPS impacted by higher Accretion resulting from OCESA growth

| Cash Flow | | | |
|---|---|---|---|
| Change in Free Cash | | | |
| **Ending Free Cash** | | | |
| **Available Liquidity** | | | |
| Total LNE Liquidity | | | |
| **FCF - Adjusted[1]** | | | |
| **FCF - Adjusted / AOI** | | | |

### Key Drivers 2023 v 2022

- AOI to free cash flow conversion declining slightly due to normalized NCI payments, remaining higher than historical levels

Note: 1) FCF - Adjusted is net income, adjusted for non-cash impacts, less maintenance capital expenditures and distributions to NCI partners

15

CONFIDENTIAL

LNE-LIT24-001666023

CONFIDENTIAL

LNE-LIT24-001666024