CONFIDENTIAL

LNE-LIT24-001666025

CONFIDENTIAL

LNE-LIT24-001666026

CONFIDENTIAL

LNE-LIT24-001666027



CONFIDENTIAL

LNE-LIT24-001666028

CONFIDENTIAL

LNE-LIT24-001666029

CONFIDENTIAL

LNE-LIT24-001666030

CONFIDENTIAL

LNE-LIT24-001666031

CONFIDENTIAL

LNE-LIT24-001666033

CONFIDENTIAL

LNE-LIT24-001666034