CONFIDENTIAL

LNE-LIT24-001666035

CONFIDENTIAL

LNE-LIT24-001666036

CONFIDENTIAL

LNE-LIT24-001666037

CONFIDENTIAL

LNE-LIT24-001666038

CONFIDENTIAL

LNE-LIT24-001666039

CONFIDENTIAL

LNE-LIT24-001666040

CONFIDENTIAL

LNE-LIT24-001666041

CONFIDENTIAL

LNE-LIT24-001666042

CONFIDENTIAL

LNL-LIT24-001000045

CONFIDENTIAL

LNE-LIT24-001666044

CONFIDENTIAL                                                                                           LNE-LIT24-001666045

CONFIDENTIAL

LNE-LIT24-001666046

CONFIDENTIAL

LNE-LIT24-001666047