# TICKETING SUMMARY

**V1 – 2023-24 only**

## Division AOI ($M)



2023    2024

## Key Metrics



| Ticket Sales (M) | 2023 | 2024 | % |
|---|---|---|---|
| **North America** | | | |
| Primary | | | |
| Secondary | | | |
| **International** | | | |
| Primary | | | |
| Secondary | | | |
| **Global** | | | |
| Primary | | | |
| Secondary | | | |

## Strategic Objectives

1. **Grow Ticketmaster Internationally**
   - Sign ▮▮ net new international tickets
   - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   - Enter 3 markets (Hong Kong, Philippines, Malaysia)

2. **Grow Ticketmaster Non-Service Fee Revenue by $▮▮**
   - Grow insurance, upsell, and ancillary products by $▮▮
   - Grow pricing services by $▮▮

3. **Address Critical Fan Painpoints**
   - Improve the high demand onsale experience to increase site NPS to ▮▮
   - Make customer service more accessible to fans, maintaining a contact to order ratio below 12% by reducing the largest contact drivers
   - Uplevel customer service to improve customer satisfaction to 65% (47% in 2023 in NA)

4. **Expand Artist Services Offerings**
   - Launch Artist data and insights platform

5. **Empower Clients Through Global Product Toolsets**
   - Increase global Safetix scan rates to 70% (65% in 2023) and TM1MAUs to ▮▮
   - Deliver new products for Intuit Dome, Co-Op Live, & first phases of LA28

6. **Enhance TM's "Open" Technologies**
   - Launch 3rd party primary ticketing capabilities
   - Generate ▮▮▮▮▮ hird Party Event GTV

40

CONFIDENTIAL

LNE-LIT24-001666048



# TICKETING SUMMARY

**V2 – 4 Years**

## Division AOI ($M)



## Key Metrics



| Ticket Sales (M) | 2023 | 2024 | % |
|---|---|---|---|
| **North America** | | | |
| Primary | | | |
| Secondary | | | |
| **International** | | | |
| Primary | | | |
| Secondary | | | |
| **Global** | | | |
| Primary | | | |
| Secondary | | | |

## Strategic Objectives

1. **Grow Ticketmaster Internationally**
   - Sign ▮▮ net new international tickets
   - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   - Enter 3 markets (Hong Kong, Philippines, Malaysia)

2. **Grow Ticketmaster Non-Service Fee Revenue by $60M**
   - Grow insurance, upsell, and ancillary products by $▮▮
   - Grow pricing services by $▮▮

3. **Address Critical Fan Painpoints**
   - Improve the high demand onsale experience to increase site NPS to ▮▮
   - Make customer service more accessible to fans, maintaining a contact to order ratio below 12% by reducing the largest contact drivers
   - Uplevel customer service to improve customer satisfaction to 65% (47% in 2023 in NA)

4. **Expand Artist Services Offerings**
   - Launch Artist data and insights platform

5. **Empower Clients Through Global Product Toolsets**
   - Increase global Safetix scan rates to 70% (65% in 2023) and TM1MAUs to ▮▮
   - Deliver new products for Intuit Dome, Co-Op Live, & first phases of LA28

6. **Enhance TM's "Open" Technologies**
   - Launch 3rd party primary ticketing capabilities
   - Generate ▮▮▮ Third Party Event GTV

41

LNE-LIT24-001666049

# TICKETING METRICS – PACING BY MARKET

**Primary GTV ($B) as of early December**





Note: 2022 & 2023 @ Reported FX, 2024 @ 2023 FX

**Primary Ticket Sales (M) as of early December**

CONFIDENTIAL

LNE-LIT24-001666050





43

CONFIDENTIAL

LNE-LIT24-001666051



# TICKETING BRAND PERCEPTION



## INDUSTRY PERCEPTION

U.S. Net Impression Score, 2023



| | |
|---|---|
| Hotels | 16 |
| Airlines | 8 |
| Insurance | 7 |
| Consumer Banks | 4 |
| Gambling / Casinos | 2 |
| Ticketing | -2 |



## TICKETING BRAND NPS

U.S. Brand NPS, Fall 2023



Ticket Marketplaces brand perception is challenged given industry dynamics
- Lack of adequate ticket supply for high demand events
- Scalpers take advantage of primary priced below market
- Prevalence of resale sites

Underlying issues exacerbated by the fan not being considered the priority (vs. venue and the artist)

Source: YouGov Net Impression Score 2023 (1/1-12/6 2023); Ticketmaster Fall 2023 U.S. Brand Health Tracker (N = 1,501)
Note: YouGov asks "Overall, of which of the following brands do you have a positive/negative impression?" across a representative sample

44

CONFIDENTIAL

LNE-LIT24-001666052