CONFIDENTIAL

LNE-LIT24-001666053

CONFIDENTIAL

LNE-LIT24-001666054



# TECHNOLOGY ORGANIZATION

**Global Technology Organization**
*Carlos Alvarez, CTO*  —  1,390

**FANS Marketplace** — 550

Marketplace Technology Group *(Sean Scanlon)*

| Accounts | Purchase | Post Purchase |
|---|---|---|

Marketplace Platform & Abuse

**CLIENTS Enterprise** — 620

TM1 Technology Group *(Mark Edmond)*

TM Core Inventory Management Systems
*Host, Microflex, Tixcraft (Hillary McTigue)*

Sports Inventory Management Systems
*Archtics, SportsXR (Nav Marwaha)*

Data Platform Technology Group *(To be hired)*

**Satellite Inventory Management Systems**

APAC Lead *(KT Chiu)*

EMEA Lead *(TBD)*

Portco Lead *(Conner Fritz)*

**Central Technology Group (Head Office)** — 220

| Tech Operations *(Brandon Ammann)* | Chief Engineering *(Greg Bowyer)* | Architecture *(Kieren Hynd)* | Tech Strategy *(Kristina Sjolander)* |
|---|---|---|---|

- Global infrastructure supported by 70% internal and 30% outsourced labor

- 24/7/365 coverage of core inventory management systems with redundancies

- Operational risk mitigations with regional staffing model

47

LNE-LIT24-001666055



# 2024 TECHNOLOGY PRIORITIES

| | Objective | Initiatives |
|---|---|---|
| **Reliability** | Increase stability, abuse protection, & security | • Platform observability – VMWare<br>• Service management – Neo4j<br>• Central SRE & non-functional requirements<br>• Mature abuse strategy – Google, Fastly<br>• Operational risk mitigations – Kafka<br>• Private cloud right-sizing & scale |
| **Modernization & Consolidation** | Simplify architecture into global capabilities | • Core platform domains into common services<br>• Marketplace consolidation<br>• Deprecation of legacy systems – MFOL, TMOL<br>• Resale modernization<br>• TM1 consolidation & modernization |
| **Data Strategy** | Leverage data-driven, actionable insights | • User-related data<br>• Data insight enrichment – Google, Fastly |
| **Innovation** | Pioneer new innovative solutions | • AI<br>• Delivery of Priority Programs |
| **People & Organization** | Empower teams to deliver | • Right-size & set up for effective scale<br>• In-house vs. outsourcing to optimize velocity<br>• Diversity & equity<br>• Onboarding<br>• Best practices for Satellite markets |

48

CONFIDENTIAL

LNE-LIT24-001666056