

# TICKETMASTER FAN PAIN POINTS

**Option 1**

Preferred option – wording on subsequent slides ties back to this

## Negative Fan Feedback on Site – US ONLY

**100%**

| | | |
|---|---|---|
| 35% | **Onsales** | • Onsale registration process, queue, collision errors |
| 15% | **Ticket Management** | • Transfers, accessing tickets, selling tickets |
| 8% | **Customer Service** | • Accessibility, responsiveness, effectiveness |
| 37% | **Structural** | • Fees (24%), prices (7%), refunds (6%) |
| 4% | **Other** | |

**2023 YTD**

**60% of negative feedback can be addressed through operational improvement**

Source: Usabilla Site Feedback (excludes feedback without attribution, e.g., "recommend others") USA, 2023 YTD (Jan 1 - Dec 1)

49

CONFIDENTIAL

LNE-LIT24-001666057



# TICKETMASTER FAN EXPERIENCE PAIN POINTS

**Option 2**

> **Ticketmaster has not historically prioritized fan challenges with onsales, ticket management, and customer service**

## Operational drivers are behind majority of issues

**Negative Fan Feedback Drivers – US**



| 2023 YTD | | |
|---|---|---|
| 100% | | |
| 35% | Onsales | • Onsale registration process, queue, collision errors |
| 15% | Ticket Management | • Transfers, accessing tickets, selling tickets |
| 8% | Customer Service | • Accessibility, responsiveness, effectiveness |
| 37% | Structural | • Fees (24%), prices (7%), refunds (6%) |
| 4% | Other | |

## Fan purchase NPS during an onsale has decreased

**Purchase Net Promoter Score – US**

## Ticket management issues represent ~50% of contacts

**Contact Center Dispositions – Global**



Purchase Net Promoter Score – US: 2021: 18%, 2022: 9%, 2023: 1% (-94%)

Contact Center Dispositions 2023: Ticket Management 54%, Other 46%

Note: Data excludes fan pain points controlled by clients and content owners: High Fees: 44.5K, Refunds: 11.6K, High Prices 10.5K
Source: Usabilla Site Feedback, USA, 2023 YTD (Jan 1 - Dec 1); TM Contact Center Dispositions 2023 YTD; TM CSAT 2023 YTD

50

CONFIDENTIAL



# TICKETMASTER FAN EXPERIENCE PAIN POINTS

**Option 3**

> **Ticketmaster has not historically prioritized fan challenges with onsales, ticket management, and customer service**

**Fan purchase NPS during an onsale has decreased**

**Ticket management issues represent ~50% of contacts**

**Customer service resolves less than half of contacts**

Purchase Net Promoter Score (USA)

Contact Center Dispositions (Global)

Customer Service Resolution Rate (Global & NA)









Note: Data excludes fan pain points controlled by clients and content owners: High Fees: 44.5K, Refunds: 11.6K, High Prices 10.5K
Source: Usabilla Site Feedback, USA, 2023 YTD (Jan 1 - Dec 1); TM Contact Center Dispositions 2023 YTD

51

CONFIDENTIAL

LNE-LIT24-001666059