

# IMPROVE THE HIGH DEMAND ONSALE

## Make the Ticketmaster onsale experience simpler and more transparent

### End Fan Registration Process



Registrations per Inventory

Negative Social Volume (100K)

### Make Queue Transparent



**Queue transparency**

*Example: inventory availability by price level*

### Remove/Relaunch "List" To Reduce Errors



**"Seatmap" view only**

*Example: ticket selections made using "seatmap"*

---

- Increased complexity from registration process, declining likelihood of available tickets, and presumed Ticketmaster influence on selection process has led to negative fan sentiment

- Introduced "exact place in line" to address 2.6x increase in queue complaints on transparency and wait times

- Testing further transparency improvements when fans are in queue (map, starting price levels, inventory availability)

- 95% of buying errors are due to cart collisions; 90%+ of cart collisions come from "list" (vs. "seatmap")

- Removed "list" for high demand onsales (A/B test collision volume declined 83%)

Note: Negative Social Volume (source: Infegy) captures posts referencing Verified Fan (with or without tagging Ticketmaster); Fan queue complaints (source: Usabilla) is H1 2023 vs. H1 2022

52

CONFIDENTIAL

LNE-LIT24-001666060



# DE-FRICTION TICKET MANAGEMENT (1 of 2)

## Improve ticket management products

### Simplify to Single Log-in



- Multiple logins for different systems creates confusion in managing tickets and receiving transferred tickets

- Creating one login to manage tickets across Host, Microflex, and Archtics accounts

### Simplify Sending Transfers

 

- Fans can access their mobile contacts to select recipients

- Fans can send transfer link via SMS, WhatsApp, or email

### Accept Transfers In-App



- Fans receive a notification banner in-app to accept tickets when receiving a transfer

- Fans no longer need to look for transfer invitation in their email

Note: Customer service contact dispositions are among North America agent interactions

53

CONFIDENTIAL

LNE-LIT24-001666061



# DE-FRICTION TICKET MANAGEMENT (2 of 2)

## Improve ticket management products

### Eliminate "Delivery Delay" Issues in Accessing Tickets





- 21% of NA customer service contacts driven by accessing & viewing tickets

- Re-evaluating "delivery delay" product; may eliminate due to fan confusion and limited benefit in reducing scalping

- If delivery is delayed, will provide more transparent communication so fans are reassured they have tickets

### Make it Easier for Fans to Get Paid when Selling Tickets





- 16% of NA customer service contacts driven by fan selling

- Process of getting paid when fans sell tickets confusing and leads to issues

- Simplifying the process and creating clear checklist of actions required (e.g., provide TIN)

- Improving the UX for when payouts are not processed to give sellers clear instructions on what additional requirements remain

Note: Customer service contact dispositions are among North America agent interactions (any channel – phone, email, etc.) Oct 2023 YTD

54

CONFIDENTIAL

LNE-LIT24-001666062