

# UPLEVEL CUSTOMER SERVICE

## NA Customer Service Contacts per Agent and Satisfaction (CSAT)





- Digital solutions not meeting fan needs (fan sat highly correlated with phone)

- Hired more agents in 2H 2023 and began advertising U.S. phone line in October

- Strong initial results (vs. 3 months prior):

  - **Agents:** 959 to 1,425 (+50%)

  - **Phone Wait Time:** 4.5m to 1m (-80%)

  - **Phone suppression rate:** 40% to 0%

| | Jul '19 | Mar '21 | May '22 | Jun '23 | Dec '23 |
|---|---|---|---|---|---|
| % contacts handled by phone | 51% | 0% | 9% | 16% | 49% |
| # of agents | 622 | 98 | 710 | 959 | 1,425 |

CONFIDENTIAL

LNE-LIT24-001666063



# UPLEVEL CUSTOMER SERVICE

**Option 2**

## NA Customer Service Contacts and Satisfaction (CSAT)



- Digital solutions not meeting fan needs (fan sat highly correlated with phone)

- Hired agents and began advertising U.S. phone line in October

- Strong initial results (vs. 3 months prior):

  - **Agents:** 959 to 1,425 (+50%)

  - **Wait Time Phone:** 4.5m to 1m (-80%)

  - **Phone suppression rate:** 40% to 0%

CONFIDENTIAL

LNE-LIT24-001666064



# UPLEVEL CUSTOMER SERVICE

**Option 3**



CONFIDENTIAL

LNE-LIT24-001666065



# ADDRESS STRUCTURAL ISSUES

| Issues | Initiative to Improve | Constraints |
| --- | --- | --- |
| Prices | <ul><li>All-in pricing adopted for Live Nation events</li><li>Increasing transparency on pricing during queue process</li></ul> | <ul><li>Artists / event organizer sets ticket price</li><li>Venues decide whether to display all-in prices</li><li>Early communication of concert pricing would limit market pricing ability</li></ul> |
| Fees | <ul><li>Reviewing total fee levels at Live Nation venues to eliminate disproportionate fees on low priced tickets</li></ul> | <ul><li>Venues have ultimate control of fees – Live Nation/Ticketmaster cannot adjust</li><li>Ticketmaster retains a small portion of fees, eliminating ability to lower them</li></ul> |
| Refunds | <ul><li>Provide automatic refund on cancelled events vs. waiting for funds from venue</li><li>All Live Nation events give full refund window on rescheduled events</li><li>Informally allowing refunds on Live Nation shows within 24 hours of purchase</li></ul> | <ul><li>Flexible refund policies likely abused by brokers</li><li>Event organizers control all refund decisions other than for event cancellation</li></ul> |

58

LNE-LIT24-001666066





CONFIDENTIAL

LNE-LIT24-001666067

CONFIDENTIAL

LNE-LIT24-001666068

CONFIDENTIAL

LNE-LIT24-001666069

CONFIDENTIAL

LNE-LIT24-001666070



CONFIDENTIAL

LNE-LIT24-001666071

CONFIDENTIAL

LNE-LIT24-001666072

CONFIDENTIAL

LNE-LIT24-001666073

CONFIDENTIAL

LNE-LIT24-001666074

CONFIDENTIAL

LNE-LIT24-001666075

Case 1:24-cv-03973-AS    Document 1372-29    Filed 04/01/26    Page 14 of 15

CONFIDENTIAL



CONFIDENTIAL

LNE-LIT24-001666077