| From: | Matthew Hansen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=390D0443C090475BBE03C282051C3C1A-MATTHEW HAN] |
|---|---|
| Sent: | 2/21/2024 12:05:18 AM |
| To: | Garrett Nastarin [garrettnastarin@livenation.com]; Gregory LeMay [greglemay@livenation.com] |
| Subject: | FW: Amp data follow-up |
| Attachments: | 2022 Amp vs Arena Comparisons v3.xlsx; Venue Analysis 16-22.xlsx |

**From:** Joe Taylor <JoeTaylor@LiveNation.com>
**Sent:** Monday, September 19, 2022 10:18 PM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Subject:** Re: Amp data follow-up

Matt

Attached are two analyses which will also be helpful in forming incentive strategy

1)    Same Artist results in Amps vs. Arenas
a.    Data speaks for itself on Artist and LN earnings...we all win in the Amps.
  i. Artists make 18% more
 ii. LN makes 358% more
iii. Talent alone makes 115% more...it's not even like Talent nets the same and Venues picks up the APF. This is a win in both P&Ls.

2)    Same Store Venue Trends (Venue Analysis 16-22) → really tells the story of our limited/negative growth when you back out new venues (and, this is even scarier considering 2022 had the benefit of reschedules)

Tab 2 is where I focused since ultimately attendance is what drives the flywheel (given our contraction on average paid, show count isn't as pure of a metric anymore)

Tab 2 Paid
• CAGR is negative against higher historical year baselines
• Same Store paid is actually DOWN vs. a simple 2016-2019 average
• Same Sore paid is down 1.1M fans against 2018

Tab 1 Shows
• Looking at show count, we are up and down each year so CAGR depends on your starting point
• We added 54 shows vs. our 2016-2019 4-year average in Same Store
• Our real show count growth comes from new venues
• Same Store show count CAGR is 0.2% vs. 2016 and actually slightly negative vs. 2018
• In 2016 we did 25.5 shows per Same Store (SS) venue / in 2022 we will do 26.5 ... that's minimal growth, but at least not backwards

Thanks

JT

**Ex. No**
**PX0811**
**1:24-cv-03973**

HIGHLY CONFIDENTIAL

LNE-LIT24-002066452

**From:** Joe Taylor <JoeTaylor@LiveNation.com>
**Date:** Monday, September 19, 2022 at 11:51 PM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>, Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Subject:** Re: Amp data follow-up

Matt

Please see attached 5 year metric trend for Large O/O Amps (#3 in the original list).

I added a few metrics I thought might be helpful as well.

Will aim to have #5, Arena vs. O/O Large Amp comparative stats, tomorrow.

Thanks

JT

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Date:** Monday, September 12, 2022 at 5:26 PM
**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>, Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** RE: Amp data follow-up

Got it

I don't need the deal points for now

**From:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Sent:** Monday, September 12, 2022 3:25 PM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>; Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** RE: Amp data follow-up

██████████████████████████████████ ██ ████████████████████████. I can find the specific deal points

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Sent:** Monday, September 12, 2022 3:13 PM
**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** RE: Amp data follow-up

So Insomniac and Country Nation just fall under the regular rebate deal?

Thanks,
Matt

**From:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Sent:** Monday, September 12, 2022 10:05 AM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>; Matthew Hansen <MatthewHansen@LiveNation.com>
**Subject:** RE: Amp data follow-up

HIGHLY CONFIDENTIAL

Festivals: Insomniac and Country Nation have been relatively straight-forward. ████████████ ████████████████████████ Just want to have discussion before budgeting on this. At very least we should have a base fee and no downside

Matt at some point we should look at the Indoor bookers and whether they are spending their time maximizing CM. Would like to see where we have flat or lower show count than 2019 and see where else shows are going. The good news for Indoor is that if we can get back to 2019 numbers there is a decent amount of growth. Just need that focus and balance between Talent % and Show count

**From:** Joe Taylor <JoeTaylor@LiveNation.com>
**Sent:** Monday, September 12, 2022 9:15 AM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Subject:** Re: Amp data follow-up

Hi Matt

I've dropped responses in-line below in red.

Will work through #5 in the next day, then #3 after that (and so on, based on your prioritization)

@Benjamin Weeden – one question I couldn't answer: Are you and Omar/Jordan/Colin negotiating case by case for festivals in Amps? Peach and Roots Festival come to mind. I know Insomniac, etc. are rentals. Watershed is a Rental to us (Country Nation didn't build that in ROME this year for their side I guess).

Thanks

JT

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Date:** Monday, September 12, 2022 at 12:14 AM
**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Cc:** Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** RE: Amp data follow-up

Great – thanks

One other question – as it has been implemented, is the APF threshold for the additional ██ rebate based on ancils/paid or ancils/drop? I was assuming ancils/paid but wanted to check. The APF threshold bonus uses drop in denominator for calculation of APF.

Thanks,
Matt

**From:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Sent:** Sunday, September 11, 2022 3:26 PM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Cc:** Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** Re: Amp data follow-up

I'll grab continent rent.

HIGHLY CONFIDENTIAL

On Sep 11, 2022, at 3:22 PM, Matthew Hansen <MatthewHansen@livenation.com> wrote:

Hey Joe –

Thanks for sending this SBS.  This is great!

A few questions on this SBS –

1.      To ensure I follow right, this has all the arena and stadium shows, right?  I know it has those venue types – I'm really just asking if anything is excluded This is confirmed & pending likely promoted across all US concerts.

2.      How are festivals at amps treated in this?  For example, I can see that Watershed isn't in this at all.  Are all of these (even in past years) treated as rentals?  (If so, this isn't a data question, but what is the talent-venue deal on those?) Watershed looks like Country Nation is handling outside ROME somehow this year. The Camping event, which Venues keeps 100%, is in ROME as a Rental. It looks like prior years Watershed is in there. This year, Peach is in the data. I pinged Ben on what the deal is there specifically since he and Talent have occasional one-off negotiations for shows with large promoter losses.

3.      For 2022 forecast, what is included – everything that is confirmed and/or pending likely? Correct, so it's not going to be a full year 2022 as we will have *some* (not many at this point) confirmations still for indoors

4.      There is a talent vs. venues split prior to 2022.  I assume that just applies the rules for 2022 to shows from prior years? Correct – we did a mass pro-forma in ROME for apples-to-apples comparisons in prior years

On the other requests, should I assume that other than what I say is important to have in the next few days, other things will come at the start of next week (around the 19th)?

If yes, then a few things –

1.      The only thing that's an immediate blocker to making progress and so would be really good to get in the next few days is #5 below ("Arena comparison – for 2018, 2019, 2022, it'd be good to have summary metrics for large O&Os and arenas – Show, Paid, Net Gross, Promoter Profit, Ancils, CM"). no problem , I can do this in the next day

1.          This was basically getting the attached file updated with 2022 for large O&Os and arenas

2.          I can create this pretty easily from the show-by-show in about 5 minutes.  As we learned when doing this math in 2020, the #s will be slightly different if I do that vs. however this file was created.  But if you tell me the differences will be trivial, I'm perfectly happy to create that from the show-by-show and then you don't need to send #5 on to me All good, I'll do this

2.      #3 isn't an immediate blocker.  But I can also create 90% of this from the show-by-show (#3 = "Metrics – ideally these would be 2017, 2018, 2019, 2021, 2022 (YTD, YTG, Total)").  Again, unless you tell me there's an issue doing that, how about I do that and then come back to you in a few days with what else I need on #3 (and we'll run the #s by you so you can object if you don't like how we aggregated them). I can do this as well so calcs are consistent. This can be done in next couple days, after I complete #5 above. I'm sure you're aggregations would be perfectly solid, but happy to do this for consistency in reporting.

3.      What that leaves is –

1.          The things where our request is to get whatever you already have put together (Same store trends, Same artist results in amps vs. arenas, Tours missing top amps) – we'll take these whenever you get a chance to send them Will forward everything today with context on the files

2.          3rd party deals – we can wait on this.  But also, is this something I should check with Zach on and potentially get help from him?  On a related note, MR asked for some globally comparisons on this, so there's another request related to this coming.  So, if you'd like me to work with Zach on both, please just let me know. This probably best to run through Zach. I used to be super close to this, and have all the 2021 and prior models, but I don't want to misspeak on process for 2022 onward.

                                    LNE-LIT24-002066455

3.        Contingent rent for 2022F (since, as we discussed, this might not be accurately represented in the show-by-show) – no issue on our end getting in the first half of the week of Sept. 19th  Ben gathering and sharing since Finance/Accounting has been compiling for 2023 budget anyways.

4.        Amp shows by booker – the SBS has touring vs. local, so this would be adding the touring booker (really only need for 2019).  This is the absolute lowest priority, so no issue on our end getting this the 2nd half of the week of Sept. 19th no problem, I'll add that column later this week so it can be pivoted – if that doesn't work, and need me to summarize, then let me know

Thanks,
Matt

**From:** Joe Taylor <JoeTaylor@LiveNation.com>
**Sent:** Saturday, September 10, 2022 8:10 AM
**To:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>; Matthew Hansen <MatthewHansen@LiveNation.com>
**Subject:** Re: Amp data follow-up

Matt

Apologies for the delay this week. We've been heads down on 2023, but will be up for air at the end of next week.

If anything in the list is urgent for the next few days, please let me know as well.

Attached is a show by show I created for Promoted Shows. You'll see I tried to break into a logical P&L flow : Overall Metrics → Summary P&L → Promoter Profit → Ancils.

Columns Y-AA include the breakdown of CM between the Verticals (with the Venue rebate).

I added some column headers to help with context.

If you have any questions, please let me know.

Thanks

JT

**From:** Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Date:** Friday, September 9, 2022 at 6:01 PM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>, Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** RE: Amp data follow-up

yes sorry.  – Joe can you send over sbs please

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Sent:** Friday, September 9, 2022 3:31 PM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Subject:** RE: Amp data follow-up

HIGHLY CONFIDENTIAL

LNE-LIT24-002066456

Hey guys –

Hope all is well.

Beyond the files Ben showed me when we met, we haven't received anything related to this.  Can we please get the show-by-show file so we can start that detailed analysis?

If you'd like an example of the show-by-show we were given for 2018 and 2019, I can send that across.

Thank you,
Matt

---

**From:** Joe Taylor <JoeTaylor@LiveNation.com>
**Sent:** Saturday, September 3, 2022 10:46 AM
**To:** Matthew Hansen <MatthewHansen@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>
**Subject:** Re: Amp data follow-up

Adding Ben so that requests related to this effort are in one place

---

**From:** Matthew Hansen <MatthewHansen@LiveNation.com>
**Sent:** Friday, September 2, 2022 5:47:27 PM
**To:** Joe Taylor <JoeTaylor@LiveNation.com>
**Subject:** Amp data follow-up

Joe –

Thanks for your time this morning.  I appreciate your giving us your take on pain points to start.

Here's the data that it would be great to receive.  No need to batch all of this together – as parts of it are ready, it'd be great to get it.  I think the one that will take us the longest to work with is the SBS, so if that could be one of the ones your team does first, that would be much appreciated.

I've also added 3 things that we didn't talk about because they came up in subsequent calls today and I think they all already exist.

Here's the list:

1.     SBS for large amps (fine it if has other venues) that is both YTD and YTG and has a column for rebates.  If you want me to send you the files we received for 2018 and 2019, please let me know

1.     Comparison of forecast to budget –
1.          Show count and attendance by LOB
2.          P&L by vertical – it is fine if the budget section starts with total CM for talent

1.     Metrics – ideally these would be 2017, 2018, 2019, 2021, 2022 (YTD, YTG, Total)
1.          For large O&Os
1.               ECM per show
2.               Promoter profit – per show and per fan
3.               Ancils – per show and fan
4.               Ops – per show and per fan
5.               Production – per show and per fan

HIGHLY CONFIDENTIAL

6.	Marketing – per show and per fan
7.	All other costs before you get to promoter profit – per show and per fan
8.	Net gross per show
9.	APF breakdown into the various line items
10.	ATP (however it gets broken down)
11.	Talent Share
12.	Paid to drop
13.	# of comps per show
14.	For 2022 only, average rebates
1.	For arenas
1.	Ops – per show and per fan (only interested in the total charge)
2.	Production – per show and per fan

1.	Same store trends – let's start with whatever you have off the shelf

1.	Arena comparison – for 2018, 2019, 2022, it'd be good to have summary metrics for large O&Os and arenas – Show, Paid, Net Gross, Promoter Profit, Ancils, CM

1.	Contingent rent for 2022F – total and by venue

1.	3rd party deals – 2022 average rebate (or I guess net co-pro) for arenas, stadiums, 3rd party amps (then we should pick more specific examples, but let's have a conversation in a week or two about doing this with you, Zach, and us)

1.	Same artist results in amps vs. arenas – We spoke with Ben today and he mentioned that you had put together a great set of analyses on how when certain artists play both amps and arenas (like Backstreet Boys) the artist makes more in an amp.  Can you please send this on to us?

1.	Tours missing top amps – Ben also mentioned an analysis you did of tours that missed certain top amps.  Can we take a look at this as well?

1.	Amp shows by booker – this is much lower priority, but my guess is this already exists somewhere.  Is there something that breaks down amp shows, fans, and CM by booker – ideally touring booker by name, and if locally booked, just says local?

Thanks,
Matt

HIGHLY CONFIDENTIAL	LNE-LIT24-002066458

Document Produced in Native Format

HIGHLY CONFIDENTIAL

LNE-LIT24-002066459

# Document Produced in Native Format

CONFIDENTIAL

LNE-LIT24-002066460