**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>   *Defendants.* | Case No. 1:24-cv-03973-(AS) |

**DECLARATION OF NICOLE M. PELES IN SUPPORT OF DEFENDANTS' LETTER
MOTION TO SEAL CERTAIN PORTIONS OF DX-4054**

I, Nicole M. Peles, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am Of Counsel at the law firm Cravath, Swaine & Moore LLP, which represents Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-captioned action (collectively, the "Defendants"). I respectfully submit this declaration on behalf of Defendants in support of Defendants' Letter Motion To Seal Certain Portions of DX-4054. I have personal knowledge of the facts stated in this declaration, and if called as a witness to testify, would and could competently do so.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Anschutz Entertainment Group's ("AEG") statement, dated April 1, 2026, requesting redaction of AXS Group LLC's data in DX-4054.

3.  Attached hereto as Exhibit 2 is a true and correct copy of Eventbrite, Inc.'s statement, dated April 1, 2026, requesting redaction of Eventbrite, Inc.'s data in DX-4054.

4. Attached hereto as Exhibit 3 is a true and correct copy of Paciolan's statement, received by Defendants' counsel on March 31, 2026, requesting redaction of Paciolan's data in DX-4054.

5. Attached hereto as Exhibit 4 is a true and correct copy of See Tickets USA LLC's ("See Tickets") statement, dated April 1, 2026, requesting redaction of See Tickets's data in DX-4054.

6. Attached hereto as Exhibit 5 is a true and correct copy of Viagogo Entertainment, Inc.'s ("StubHub") statement, dated April 1, 2026, requesting redaction of StubHub's data in DX-4054.

7. Attached hereto as Exhibit 6 is a true and correct copy of Tickets.com, LLC's ("TDC") statement, dated April 1, 2026, requesting redaction of TDC's data in DX-4054.

8. Attached hereto as Exhibit 7 is a true and correct copy of Tixr, Inc.'s ("Tixr") statement, dated April 1, 2026, requesting redaction of Tixr's data in DX-4054.

9. Attached hereto as Exhibit 8 is a true and correct copy of SeatGeek, Inc.'s ("SeatGeek") statement, dated April 1, 2026, requesting redaction of SeatGeek's data in DX-4054.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 2, 2026.

_____
Nicole M. Peles