# Exhibit 1

**Subject:**                    FW: U.S. v. Live Nation - Notice of Use of Information - AXS

**From:** "Pallman, Molly" <Molly.Pallman@hoganlovells.com>
**Date:** April 1, 2026 at 1:05:49 AM EDT
**To:** Nicole Peles <npeles@cravath.com>
**Cc:** Rachel Shapiro <rshapiro@cravath.com>, "Bernick, Justin W." <justin.bernick@hoganlovells.com>
**Subject: Re: U.S. v. Live Nation - Notice of Use of Information - AXS**

External (molly.pallman@hoganlovells.com)

Report This Email  FAQ

Dear Nicole,

On behalf of Anschutz Entertainment Group ("AEG,") and its subsidiary AXS Group LLC, I write to request to redact AXS's pricing and revenue information contained in Dr. Hill's entry-level ticketing data. The disclosure of such information would disadvantage AXS in future business dealings. *In re Parmalat Sec. Litig.*, 258 F.R.D. 236, 244 (S.D.N.Y. 2009) ("Notwithstanding the presumption of public access to judicial records, courts may deny access to records that are sources of business information that might harm a litigant's competitive standing." (cleaned up)). Competitors could use the information to discern AXS's confidential financial arrangements with its clients and pressure certain clients with targeted counteroffers. Similarly, competitors could use the information to identify and selectively target AXS's most profitable client relationships. Given such concerns, courts routinely grant sealing of revenue and pricing information. *See Kewazinga Corp. v. Microsoft Corp.*, 2021 WL 1222122, at *3 (S.D.N.Y. Mar. 31, 2021) ("Courts commonly find . . . revenue information, pricing information, and the like satisfy the sealing standard." (citation omitted)); *see also Encyclopedia Brown Prods., Ltd. v. Home Box Office, Inc.*, 26 F. Supp. 2d 606, 614 (S.D.N.Y. 1998) ("Confidential business information dating back even a decade or more may provide valuable insights into a company's current business practices that a competitor would seek to exploit.").

Sincerely,
Molly

**Molly Pallman**
*Senior Associate*

Hogan Lovells US LLP
Columbia Square

1

555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:      +1 202 637 5600
Fax:      +1 202 637 5910

Direct:  +1 202 637 6571
Mobile:  +1 202 706 4003

molly.pallman@hoganlovells.com

**hoganlovells.com    LinkedIn**

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.


CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.