# Exhibit  2

# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Garrett Biedermann, Esq.**
Partner
biedermann@braunhagey.com

April 1, 2026

**VIA EMAIL**

Nicole Peles, Esq.
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
npeles@cravath.com

   **Re: U.S. v. Live Nation – Confidentiality of Eventbrite Data**

Dear Ms. Peles:

   We write on behalf of our client, Eventbrite, Inc. ("Eventbrite"), regarding the provisional sealing of Dr. Hill's combined primary ticketing dataset entered into evidence in *United States v. Live Nation Entertainment, Inc., et al.*  We understand that the Court has requested a single submission from the parties and third parties setting forth a particularized showing as to why certain information in the dataset is competitively sensitive and should remain under seal.

   On behalf of Eventbrite, we respectfully request that the data reflecting Eventbrite's confidential business information remain sealed.  Specifically, this data contains Eventbrite's confidential and competitively sensitive event data, including the number of tickets sold, the face value of those tickets, and fees paid for recent events put on by Eventbrite's customers.  Eventbrite does not disclose this data in the regular course of business.  If disclosed, this information would allow competitors to obtain and exploit sensitive information regarding Eventbrite's confidential pricing arrangements with its customers, causing competitive harm to Eventbrite.

   We appreciate your attention to this matter and ask that you include Eventbrite's position in your submission to the Court.  Please do not hesitate to contact me if you have any questions.

      Sincerely,

      */s/ Garrett Biedermann*

      Garrett Biedermann

**San Francisco**
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 599-0210
Fax: (415) 276-1808

**New York**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Tel.: (646) 829-9403
Fax: (646) 403-4089