# Exhibit 4

**Subject:**      RE: United States, et al. v. Live Nation Entertainment, Inc., et al., 1:24-cv-03973-AS-SLC - See Tickets - Request for Redaction of Data

**From:** "Cessna, Abigail" <Abigail.Cessna@alston.com>
**Date:** April 1, 2026 at 8:45:45 AM EDT
**To:** Nicole Peles <npeles@cravath.com>
**Cc:** Rachel Shapiro <rshapiro@cravath.com>, "Biegel, Adam" <Adam.Biegel@alston.com>
**Subject: United States, et al. v. Live Nation Entertainment, Inc., et al., 1:24-cv-03973-AS-SLC - See Tickets - Request for Redaction of Data**

External (abigail.cessna@alston.com)

Report This Email  FAQ

Alston & Bird LLP represents non-party Eventim USA LLC, including its affiliate See Tickets USA LLC ("See Tickets"), in connection with *United States, et al. v. Live Nation Entertainment, Inc., et al.*, 1:24-cv-03973-AS-SLC. We understand that See Tickets' non-public ticketing data was included in Dr. Hill's combined primary ticketing data entered into evidence by Defendants' counsel.

We respectfully request the Court's approval to maintain redactions for narrow portions of See Tickets' data indicated by blueboxes because this is competitively sensitive, non-public information, including detailed ticketing pricing and fee information. Disclosure of its detailed non-public financial information would competitively disadvantage See Tickets in its future business negotiations and would competitively harm See Tickets because it would provide competitors with insight into See Tickets' confidential and competitively sensitive pricing strategy.

Abigail Cessna
Counsel
**ALSTON & BIRD**
950 F Street, NW
Washington, DC 20004
Abigail.cessna@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the

1

intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.