# Exhibit 5

**Subject:**          RE: U.S. v. Live Nation - StubHub Attachment to Motion

**From:** "Eichler, Emma" <eeichler@paulweiss.com>
**Date:** April 1, 2026 at 9:24:32 AM EDT
**To:** Nicole Peles <npeles@cravath.com>
**Cc:** "St. Matthew-Daniel, Eyitayo" <TStMatthewDaniel@paulweiss.com>, "Lim, Patrick" <plim@paulweiss.com>, Rachel Shapiro <rshapiro@cravath.com>
**Subject: U.S. v. Live Nation - StubHub Attachment to Motion**

**Caution**: External (eeichler@paulweiss.com)

First-Time Sender   Details

Report This Email  FAQ

Counsel,

Please see attached.

Best,
Emma

**Emma R Eichler** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 646 478 1328 (Direct Phone) | +1 646 280 2175 (Direct Fax)
eeichler@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Eyitayo St. Matthew-Daniel**
**Direct Dial:** +1 212 373 3229
**Email:** tstmatthewdaniel@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

April 1, 2026

<u>By Email</u>

Nicole M. Peles
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001

Re:    *United States, et al.* v. *Live Nation, et al.* (1:24-cv-3973-AS)

Dear Counsel:

We represent Viagogo Entertainment, Inc. ("StubHub") in the above-captioned matter.  We write in support of Defendants' motion to seal fields that reflect financial information as the motion relates to StubHub's confidential pricing and payment information.

StubHub's pricing and payment data is among its most sensitive, confidential data, and disclosure could cause grave competitive harm.  Courts have "frequently held that protection of confidential commercial information and trade secrets may overcome the presumption of public access." *Adstra, LLC* v. *Kinesso, LLC* , 2025 WL 1002253, at *1 (S.D.N.Y. Mar. 31, 2025) (collecting cases).  *See also Louis Vuitton Malletier S.A.* v. *Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015) (granting sealing request of "specific business information and strategies, which, if revealed, may provide valuable insights into a company's current business practices that a competitor would seek to exploit").  This is particularly true given StubHub's status as a non-party to this litigation. *United States* v. *Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) ("the privacy interests of innocent third parties . . . should weigh heavily in a court's balancing equation"); *Dodona I, LLC* v. *Goldman, Sachs & Co.*, 119 F. Supp. 3d 152, 156 (S.D.N.Y. 2015) (protecting third-party investment strategies, customer names, and pricing information); *In re Digital Music Antitrust Litig.*, 321 F.R.D. 64, 81 n.1 (S.D.N.Y. 2017) (protecting third-party internal pricing strategies and competitive data); *PharmacyChecker.com LLC* v. *Nat'l Assoc. of Boards of Pharm.*, 2022 WL 4956050 at *2-3 (S.D.N.Y. Aug. 26, 2022) (protecting competitive and privacy interests of non-party

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                                           2

customers, as sealing is "all the more appropriate" where the documents implicate "'innocent third parties'"). Accordingly, StubHub respectfully requests that the Court seal the designated portions of StubHub's data to protect this non-party's confidential commercial information from unnecessary public disclosure.

Sincerely,

*/s/ Eyitayo St. Matthew-Daniel*

Eyitayo St. Matthew-Daniel

Attorney for Non-Party Viagogo Entertainment, Inc.

Cc:    Rachel Shapiro
       Lena Chan
       Devon Diggs
       Kristen Previto
       Cristina Urquidi
       Luna Maki
       Ava Casalino