# Exhibit 7

**Subject:**                    FW: U.S. v. Live Nation - Notice of Use of Information - Tixr

**From:** Brian C. Konkel <bkonkel@dugganbertsch.com>
**Sent:** Wednesday, April 1, 2026 8:25 AM
**To:** Rachel Shapiro <rshapiro@cravath.com>; Nicole Peles <npeles@cravath.com>
**Cc:** Timothy Liam Epstein <tepstein@dugganbertsch.com>
**Subject:** U.S. v. Live Nation - Notice of Use of Information - Tixr

External (bkonkel@dugganbertsch.com)

Report This Email  FAQ

Counsel,

On behalf of our client, Tixr, Inc., the below is Tixr's position regarding the ticketing data set forth in Dr. Hill's report:

Non-party, Tixr, Inc. ("Tixr"), contends that certain columns in Dr. Hill's data consist of highly competitively sensitive ticketing information, namely as to pricing. Revealing pricing information would be highly detrimental to Tixr, and would cause a dire competitive disadvantage in future negotiations. The danger of harm is heightened because Dr. Hill's data provides a readily accessible, virtual road map for competitors, business partners, and current and potential Tixr customers to access critical information in one place. On the contrary, the public has minimal interest in accessing this data.

Please relay this to the Court on Tixr's behalf.

Thank you,

**Brian C. Konkel, JD**
DUGGAN BERTSCH, LLC



T 312-263-8600 | 303 West Madison, Suite 1000 | Chicago, Illinois 60606
F 312-263-8603 | DUGGANBERTSCH.com | vCard | Bio | LinkedIn

Send us files securely Click Here

Any tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another person any tax related matter.

This communication may be subject to the attorney/client privilege and may contain confidential information intended only for the person to whom it is addressed. Any use, dissemination, forwarding, printing, or copying of this e-mail without the consent of the originator is strictly prohibited. If you have received this e-mail in error, please immediately notify our office at (312) 263-8600. Please note that the prohibition on sharing this

information does not preclude you from sharing with others the federal tax nature of any transaction discussed herein.