**Subject:** FW: United States vs. Live Nation Entertainment, Inc.; Request to Seal Financial Fields in Dr. Hill's Primary Ticketing Database

**From:** "Ronald F. Wick" <rwick@cohengresser.com>
**Date:** April 1, 2026 at 4:12:57 PM EDT
**To:** Nicole Peles <npeles@cravath.com>
**Cc:** Rachel Shapiro <rshapiro@cravath.com>
**Subject: United States vs. Live Nation Entertainment, Inc.; Request to Seal Financial Fields in Dr. Hill's Primary Ticketing Database**

> External (rwick@cohengresser.com)
>
> Report This Email  FAQ

SeatGeek, Inc. ("SeatGeek") supports the continued sealing of the fields in Dr. Hill's primary ticketing database that the Court has ordered provisionally sealed.  As SeatGeek understands the database from the limited sample it has been provided, the fields at issue provide detailed event-level information regarding numbers of tickets sold and payments received from all events over a ten-year period, broken down in various formats by face value and fees of various types.  This information, if made public, would potentially enable competitors to reverse-engineer the data to determine percentages and calculation methods for various types of fees on a per-venue or per-event basis.  These calculation methods are generally venue-specific and among the confidential terms of a ticketer's contract with a venue, such that disclosure of the data would have a similar effect to disclosure of the key pricing terms that have typically been redacted from the ticketing contracts that have been introduced as evidence.  Disclosure of this information would enable competitors to use this information to their advantage in efforts to win future contracts from a particular venue, including by identifying and targeting a ticketer's most (or least) profitable contracts.  SeatGeek further believes that the adverse competitive impact of disclosure of this data would fall disproportionately on nonparty ticketers vis-à-vis Ticketmaster, as Ticketmaster's resources are more likely to enable it to maximize its use of vast amounts of competitor data.

For all of these reasons, it is SeatGeek's position that the provisionally sealed fields in Dr. Hill's database should remain under seal.


Ronald F. Wick

Counsel for SeatGeek, Inc.


# COHEN & GRESSER LLP

2001 Pennsylvania Ave, NW
Suite 300

Washington, D.C. 20006
+1 202 851 2072
rwick@cohengresser.com  |  view bio
www.cohengresser.com

New York  |  Paris  |  D.C.  |  London  |  Dubai  |  Palo Alto

CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.

PRIVACY: A complete copy of our privacy policy can be viewed at: www.cohengresser.com/privacy-policy.