# Exhibit  1

**From:** Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov>
**Sent:** Thursday, March 26, 2026 9:51 PM
**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Subject:** RE: United States, et al. v. Live Nation Ent., Inc., et al., 1:24-cv-03973-AS - Request for Telephone Conference

Your Honor:

I am attaching, ex parte, the full email I received from counsel for AEG and all attached materials. The attachments go beyond the termination notice and the separation agreement. Consistent with Plaintiffs' position to be conveyed in our joint submission later tonight, I did not believe I had any obligation to disclose any portion of the materials to Defendants given their impeachment purpose. However, per Your Honor's instructions this evening, I have since emailed Ms. Giordano the full attachment, without the cover email.

Respectfully,

Adam Gitlin

**Adam Gitlin**
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001
Tel.: 202-442-9864
adam.gitlin@dc.gov

**From:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Sent:** Thursday, March 26, 2026 7:03 PM
**To:** Robin.Gushman@lw.com
**Cc:** usvlivenationlitigationfull.lwteam@lw.com; LiveNationTeam@winston.com; LiveNationTrialStates@ag.ny.gov
**Subject:** Re: United States, et al. v. Live Nation Ent., Inc., et al., 1:24-cv-03973-AS - Request for Telephone Conference

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments

unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

**[EXTERNAL]**

Counsel,

The Court will hold a telephonic conference at 8:00 PM. Please dial in by calling 646-453-4442 and entering conference ID 366 632 055.

---

**From:** Robin.Gushman@lw.com <Robin.Gushman@lw.com>
**Sent:** Thursday, March 26, 2026 6:37 PM
**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Cc:** usvlivenationlitigationfull.lwteam@lw.com <usvlivenationlitigationfull.lwteam@lw.com>; LiveNationTeam@winston.com <LiveNationTeam@winston.com>; LiveNationTrialStates@ag.ny.gov <LiveNationTrialStates@ag.ny.gov>
**Subject:** United States, et al. v. Live Nation Ent., Inc., et al., 1:24-cv-03973-AS - Request for Telephone Conference

**CAUTION - EXTERNAL:**

Dear Judge Subramanian:

It has come to Defendants' attention that Plaintiffs intend to question one of Defendants' witnesses, who is slated to testify tomorrow (Friday, March 27), about a highly personal matter that is irrelevant to this case. Defendants request an under-seal, off-the-record telephone conference this evening to discuss this matter. We are available at the Court's convenience.

Respectfully submitted,

**Robin L. Gushman**

**LATHAM & WATKINS** LLP
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.7830

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended

recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

| | |
|---|---|
| **From:** | Bernick, Justin W. |
| **To:** | Gitlin, Adam (OAG) |
| **Cc:** | Pallman, Molly |
| **Subject:** | Rick Mueller |
| **Date:** | Tuesday, March 24, 2026 4:14:38 PM |
| **Attachments:** | Rick Mueller employee file v3.pdf |

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Adam,

Attached are the materials Plaintiffs requested regarding Rick Mueller.  Below is some context:



Please let us know your thoughts on how to use this, particularly if you believe there is any possibility of these documents (or the name of the subordinate) becoming public—we would want an opportunity to be heard on that issue.  We think there is a good chance he would try to avoid testifying if he knew this would come up.  We also think he is likely to admit the circumstances of his departure, even if he downplays them.  Happy to chat if helpful: █████████

Thanks,
Justin

**Justin Bernick**
Partner

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel:      +1 202 637 5600
Direct:   +1 202 637 5485
Fax:      +1 202 637 5910
Email:    justin.bernick@hoganlovells.com
          www.hoganlovells.com

**About Hogan Lovells**

Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.