UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al.,

                Plaintiffs,

      -against-

Live Nation Entertainment, Inc. and
Ticketmaster LLC,

              Defendants.

24-CV-3973 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

When plaintiffs file their response to Live Nation's 50(a) motion, Dkt. 1362, they should do so by using the letter brief submitted by Live Nation as a template,  and by responding to any bullet point that they disagree with *within the same document* by stating any legal or factual arguments (for example, by creating a new sub-bullet and stating any disagreement there in bold, or in some other way that visually clarifies that it's a response).

Live Nation should provide a word document version of its letter brief to plaintiffs to facilitate that.

If some of plaintiffs' arguments are somehow *not* responsive to any individual argument raised by defendants, then that separate argument may be stated in a standalone paragraph at the end of the document. But plaintiffs should make their best efforts to present their arguments as directly responsive to each individual point raised in the way described by the Court in this order.

      SO ORDERED.

Dated: April 2, 2026
      New York, New York

                        ARUN SUBRAMANIAN
                    United States District Judge