**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., <br> and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Jennifer L. Giordano, dated April 2, 2026, the exhibits attached thereto, and the accompanying Memorandum of Law, dated April 2, 2026, the undersigned hereby move this Court on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants"), before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, 10007, for an Order pursuant to the Court's inherent authority, *see Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991), imposing sanctions against Plaintiffs for improperly attempting to dissuade a witness from testifying and/or influence his testimony by (1) admitting into evidence, for the truth of the matter asserted, certain AEG documents relating to the quality of AXS as compared to Ticketmaster, (2) instructing the jury that certain other documents previously admitted only for a limited purpose can now be considered for their truth, and (3) issuing an instruction to the jury that (a) Plaintiffs and AEG have been closely coordinating throughout this case, (b) Plaintiffs improperly attempted to dissuade the Witness from testifying and/or influence his testimony and (c) as a result, the jury may find that AEG and Plaintiffs feared

that if all the facts concerning AXS quality came to light it would indicate that AXS was never of comparable quality to Ticketmaster, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument on this motion at a time and date convenient for the Court.

*[signatures on following page]*

Dated:  April 2, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

_____
Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_____
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*