# EXHIBIT 1

**From:** Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov>
**Sent:** Thursday, March 26, 2026 8:22 AM
**To:** Giordano, Jennifer (DC)
**Subject:** Re: 5 minutes?

We have a deal.

**Adam Gitlin**
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001
Tel.: 202-442-9864
adam.gitlin@dc.gov

---

**From:** Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>
**Sent:** Thursday, March 26, 2026 7:47:28 AM
**To:** Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov>
**Subject:** RE: 5 minutes?

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Will you let me know when you're at court?  I'd like to discuss before we go in.

---

**From:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Date:** Wednesday, Mar 25, 2026 at 7:35 PM
**To:** Adam Gitlin <adam.gitlin@dc.gov>
**Subject:** RE: 5 minutes?

I'm curious if we are looking at different things?  Is there a document you have with certain words in it?  If so, will you send it to me?

---

**From:** Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>
**Date:** Wednesday, Mar 25, 2026 at 7:26 PM
**To:** Adam Gitlin <adam.gitlin@dc.gov>
**Subject:** 5 minutes?

Can we talk again for 5 minutes? ███████

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.