# EXHIBIT 2

| | |
|---|---|
| **From:** | Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov> |
| **Sent:** | Thursday, March 26, 2026 5:45 PM |
| **To:** | Giordano, Jennifer (DC) |
| **Subject:** | Mueller testimony issue |

Jenn,

On further consideration, and review of what I provided this morning, Plaintiffs' position is that these issues are fair game for cross regarding bias. I understand you may wish to address the issue in chambers tomorrow morning. We will be prepared to do so.

Best,

Adam