**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      *Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>      *Defendants.* | Case No. 1:24-cv-03973-(AS) |

**AMENDED DECLARATION OF NICOLE M. PELES IN SUPPORT OF DEFENDANTS'**
**LETTER MOTION TO SEAL CERTAIN PORTIONS OF DX-4054**

I, Nicole M. Peles, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am Of Counsel at the law firm Cravath, Swaine & Moore LLP, which represents Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-captioned action (collectively, the "Defendants").  I respectfully submit this declaration on behalf of Defendants in support of Defendants' Letter Motion To Seal Certain Portions of DX-4054.  I have personal knowledge of the facts stated in this declaration, and if called as a witness to testify, would and could competently do so.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Anschutz Entertainment Group's ("AEG") statement, dated April 1, 2026, requesting redaction of AXS Group LLC's data in DX-4054.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Eventbrite, Inc.'s statement, dated April 1, 2026, requesting redaction of Eventbrite, Inc.'s data in DX-4054.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Paciolan's statement, received by Defendants' counsel on March 31, 2026, requesting redaction of Paciolan's data in DX-4054.

5.      Attached hereto as Exhibit 4 is a true and correct copy of See Tickets USA LLC's ("See Tickets") statement, dated April 1, 2026, requesting redaction of See Tickets's data in DX-4054.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Viagogo Entertainment, Inc.'s ("StubHub") statement, dated April 1, 2026, requesting redaction of StubHub's data in DX-4054.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Tickets.com, LLC's ("TDC") statement, dated April 1, 2026, requesting redaction of TDC's data in DX-4054.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Tixr, Inc.'s ("Tixr") statement, dated April 1, 2026, requesting redaction of Tixr's data in DX-4054.

9.      Attached hereto as Exhibit 8 is a true and correct copy of SeatGeek, Inc.'s ("SeatGeek") statement, dated April 1, 2026, requesting redaction of SeatGeek's data in DX-4054.

10.     Attached hereto as Exhibit 9 is a true and correct copy of Etix, Inc.'s ("Etix") statement, dated on April 2, 2026 but received after Defendants filed their motion to seal (ECF No. 1373), requesting redaction of Etix's data in DX-4054.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2026.

_____
Nicole M. Peles