**From:** Mark Yovich [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F9662F5956684F8A951CB52C1C6D6AE0-YOVICH, MAR]
**Sent:** 2/2/2021 11:52:51 PM
**To:** Joe Berchtold [joeberchtold@livenation.com]; Kathy Willard [kathywillard@livenation.com]
**CC:** Jenny Johnson [jenny.johnson@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com]
**Subject:** Re: DEAL APPROVAL REQUIRED: TD Garden
**Attachments:** TD Garden_Deal Restructure Considerations_20210201[1].pptx

Sorry deck attached has more context

Jenny/Michael can advise payment schedule

---

**From:** Joe Berchtold <JoeBerchtold@LiveNation.com>
**Date:** Wednesday, 3 February 2021 at 07:43
**To:** Kathy Willard <KathyWillard@LiveNation.com>, Mark Yovich <mark.yovich@ticketmaster.com>
**Cc:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Subject:** Re: DEAL APPROVAL REQUIRED: TD Garden

And can you lay out year by year the payments/inflows from what sources by year?

I don't follow the 5.3 vs. 4.2 vs 11.1

thanks

---

**From:** Kathy Willard <KathyWillard@LiveNation.com>
**Date:** Tuesday, February 2, 2021 at 3:39 PM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>, Joe Berchtold <JoeBerchtold@LiveNation.com>
**Subject:** RE: DEAL APPROVAL REQUIRED: TD Garden

When would we have to make the [REDACTED] payment?

---

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Tuesday, February 2, 2021 3:29 PM
**To:** Joe Berchtold <JoeBerchtold@LiveNation.com>; Kathy Willard <KathyWillard@LiveNation.com>
**Subject:** FW: DEAL APPROVAL REQUIRED: TD Garden

Ex. No
PX0735
1:24-cv-03973

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Date:** Wednesday, 3 February 2021 at 07:07
**To:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Cc:** Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>, Marla Ostroff <marla.ostroff@ticketmaster.com>, Peter Casciani <peter.casciani@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>, David Shipitofsky <david.shipitofsky@ticketmaster.com>, Michael McNicholas <mike.mcnicholas@ticketmaster.com>
**Subject:** Re: DEAL APPROVAL REQUIRED: TD Garden

Approved

**From:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Date:** Tuesday, 2 February 2021 at 23:59
**To:** Mark Yovich <mark.yovich@ticketmaster.com>
**Cc:** Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>, Marla Ostroff <marla.ostroff@ticketmaster.com>, Peter Casciani <peter.casciani@ticketmaster.com>, Michael Wichser <michael.wichser@ticketmaster.com>, David Shipitofsky <david.shipitofsky@ticketmaster.com>, Michael McNicholas <mike.mcnicholas@ticketmaster.com>
**Subject:** RE: DEAL APPROVAL REQUIRED: TD Garden

Mark-

As discussed today, TD Garden (owned by food service and hospitality conglomerate Delaware North) approached Kurt looking for a proposal on an amendment in exchange for the [REDACTED] sponsorship payment which is not contractually due this year.

Our TD Garden deal – which covers the Bruins and non-team events in the building - includes a [REDACTED] annual sponsorship payment that is recoupable if under 60 non-team events occur during any given contract year. Our expected payment for this contract year is [REDACTED].

Given that our current deal is quite expensive, we'd like to take the opportunity to rebalance the deal economics by:

- Extending the term for an additional 5 years (to 2029), which protects against competitive pressure during renewals (they already extended 2 years in exchange for the 3M they owed us for last season)
- Requiring fees on concerts to be set at market rates ([REDACTED]), currently they are [REDACTED]
- Inverting our royalty splits from [REDACTED] TD/[REDACTED] TM to [REDACTED] TD/[REDACTED] TM

At 2019 volume, these adjustments would net TM [REDACTED] over the extended term excluding the cost to renew which could be [REDACTED] additional (at a 20% GM erosion). TD effectively would pay [REDACTED] to get [REDACTED], while fans cover the remaining [REDACTED]. TM's IRR on this [REDACTED] investment is expected at 10% without margin erosion and 13.5% if we include a typical cost of renewal.

We think the proposal would be a great way to rebalance an already rich deal which locking in a marquee venue through 2029 and capture additional incremental value on concerts which are expected to boom over the next few years. Additionally, while the Bruins are not included in this deal, locking in TD Garden may help us retain the Bruins as well.

Seeking approval on a [REDACTED] investment in exchange for these terms. From a cash flow perspective, we would need to make an additional [REDACTED] payment as they are already holding [REDACTED] from this season.

Given the nuances of this one, it might be easier to talk through live if you have questions so let me know if you want me to grab time. Otherwise this one has to go up to Kathy/Joe/Michael due to the size of the cash expenditure.




**Jenny Johnson**
Vice President of Commercial Strategy



Jenny.Johnson@ticketmaster.com
**Mobile:** [REDACTED]
Chicago, IL


TD Garden
Deal Restructure Considerations
February 2021
For Internal Use Only
ticketmaster




TD GARDEN SPONSORSHIP

# Exec Summary

- Our TD Garden deal – which covers the Bruins and non-team events in the building - includes a $10M annual sponsorship payment that is recoupable if under 60 non-team events occur during any given contract year. Our expected payment for this contract year is [REDACTED].
- The client reached out to Kurt and asked if we would be willing to pay the sponsorship payment in exchange for opening up terms.
  - Note that we have already allowed them to keep the $3M shortfall from last season in exchange for a 2 year extension to their deal (which now expires June 2024)
- Given that our current deal is quite expensive, we'd like to take the opportunity to rebalance the deal economics by:
  - Extending the term for an additional 5 years (to 2029), which protects against competitive pressure during renewals
  - Requiring fees on concerts to be increased by [REDACTED] of FV to market rates (~[REDACTED] were at ~[REDACTED] in 2018-19
  - Inverting our royalty splits from [REDACTED] TD/ [REDACTED] TM to [REDACTED] TD/ [REDACTED] TM
- At 2019 volume, these adjustments would net TM $[REDACTED] over the extended term excluding the cost to renew which could be ~$[REDACTED] additional at a 20% erosion.

TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# Overview of Current Deal



| Current Structure | |
|---|---|
| Annual Sponsorship | $[redacted] |
| Primary | TM keeps 100% of the first $[redacted] in C&P fees, [redacted] TD/[redacted] TM split thereafter |
| Resale | TM Retains 100% of net resale fees |
| Term | Original Expiration: June 30, 2022<br>*New Expiration: June 30, 2024* |
| Other | Due to COVID cancellations, TM was due a ~$3M refund on the 2019-20 sponsorship amount; TM allowed TD to keep that in exchange for two-year extension |

| Summary Financials | Two-Year Average |
|---|---|
| **Tickets** | 645k |
| **GTV** | [redacted] |
| Gross C&P | [redacted] |
| Sponsorship | [redacted] |
| Primary C&P Royalties | [redacted] |
| **Client Payments** | [redacted] |
| *% of C&P* | [redacted] |
| **TM C&P Retain (excl. Resale)** | [redacted] |
| % of C&P | [redacted] |
| TM Est. Resale Retain | [redacted] |

t

Note: The Bruins went to the SCF in 2018-19. Est. resale retain excluding this outlier would be $[redacted].

TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# Recommendation: Extend Term; Increase Concert Fees, Reduce Royalty Rate



1. Extend term an additional five (5) years to June 30, 2029.

2. Increase convenience fees on primary concerts to ~18% of face value.

3. Decrease primary royalty rate from [REDACTED] split to [REDACTED] split in favor of TM (keep [REDACTED] threshold).

TM would recoup a total of [REDACTED] in incremental retain vs. current terms between 2021 and 2029 excluding the avoided margin erosion of a renewal. Assuming we pay TD [REDACTED] this year, we effectively front them the payment at a ~[REDACTED] rate. TD effectively pays $[REDACTED] to get $[REDACTED], while fans cover the remaining $[REDACTED]

**Summary Financials**

| | Sep-20 | 2020-21 | *Orig. Expiry* 2021-22 | 2022-23 | *New Expiry* 2023-24 | *Ext 1* 2024-25 | *Ext 2* 2025-26 | *Ext 3* 2026-27 | *Ext 4* 2027-28 | *Ext 5* 2028-29 |
|---|---|---|---|---|---|---|---|---|---|---|

*Assumes flat volume over term


Deal Levers

# TM can adjust a number of potential deal levers to recoup a payment on a lost 2020-21 season

| Potential Deal Levers | | | | |
|---|---|---|---|---|
| | Summary | Financial Impact | TM Considerations | TD Considerations |
| Deal Term | • With 2020 extension, current expiration is 6/30/24, could include additional extension w/ proposal | • Indirect – extends current term, typical renewal would cost TM margin w/ renegotiation | ✓ Locks in deal for additional term<br>✓ Potentially helps with Celtics renewal as building would be on TM for longer period<br>✗ - | ✓ Do not give up any (direct) future financial considerations/upside<br>✗ Can't renegotiate for better terms until extension ends |
| Annual Sponsorship Payment | • Reduce sponsorship payment in future years to offset amount paid for 2020-'21 season | • Could be a 1:1 impact (i.e. reduce future payments by [redacted] to offset)<br>• Could also adjust for time value of money | ✓ Simple, straightforward<br>✗ TM doesn't "gain" anything for fronting the 2020-21 payment | ✓ Gives TD money now to sustain their business/organization<br>✓ Simple, straightforward<br>✗ Reduces future cash flows to help present |
| Rev Share Threshold | • Current threshold for TD to receive primary royalties is $[redacted] in C&P revenue, could propose to raise this in order to recoup payment | • For every $[redacted] the threshold is raised, TM recoups an additional [redacted] vs. current terms (TD would receive [redacted] in royalties on that [redacted] TM now keeps) | ✓ Simple, clean<br>✓ Potential financial upside if threshold is raised substantially or for entire term<br>✗ TM doesn't "gain" anything for fronting the 2020-21 payment | ✓ No reduction in fixed payments or royalty rate<br>✗ Delays receipt of variable C&P royalties, which they may need |



TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# Potential Deal Levers (continued)

| Potential Deal Levers | | | | |
|---|---|---|---|---|
| | Summary | Financial Impact | TM Considerations | TD Considerations |
| Primary Royalty Rate | • Current split of primary C&P is 60/40 to TD, after TM recoups first $5M | • At current volumes, every 5pt decrease in royalty rate is worth ~$271k to TM | ✓ Improves variable economics<br>✓ Potential for greater upside with post COVID concert rebound<br>✗ - | ✓ -<br>✗ Reduces upside and hurts variable economics |
| Primary Convenience Fees (Concerts) | • Current convenience charges for primary concert tickets were ~15.5% of FV in 2018-19 (with an $11.20/ticket minimum)<br>• Could raise by 3-4% of FV to be in line with other marketplaces (with order fees and processing this would put total checkout fees at 18.5-19.5% of list) | • Every 1pt increase in the primary convenience fee on concerts increases the total fee pool by ~$520k (assuming current volume)<br>• At current royalty rate of 60%, this is roughly $210k to TM after royalties ($510k to TM going from 15.5% to 18%) | ✓ Increases fee pool without taking anything directly from TD<br>✓ Potential for greater upside with post COVID concert rebound<br>✗ Potential decline in conversion?<br>✗ Usual fan displeasure/bad optics of TM charging high fees | ✓ Better per-ticket economics<br>✓ Comes from fans, not impacting TD financials directly<br>✗ Potential decline in conversion? |

t


TD Garden
Deal Restructure Considerations
February 2021
For Internal Use Only
ticketmaster



TD GARDEN SPONSORSHIP

# Exec Summary

- Our TD Garden deal – which covers the Bruins and non-team events in the building - includes a $[redacted] annual sponsorship payment that is recoupable if under 60 non-team events occur during any given contract year. Our expected payment for this contract year is [redacted]
- The client reached out to Kurt and asked if we would be willing to pay the sponsorship payment in exchange for opening up terms.
  - Note that we have already allowed them to keep the $[redacted] shortfall from last season in exchange for a 2 year extension to their deal (which now expires June 2024)
- Given that our current deal is quite expensive, we'd like to take the opportunity to rebalance the deal economics by:
  - Extending the term for an additional 5 years (to 2029), which protects against competitive pressure during renewals
  - Requiring fees on concerts to be increased by [redacted] of FV to market rates ([redacted]); were at [redacted] in 2018-19
  - Inverting our royalty splits from [redacted] TD/[redacted] TM to [redacted] TD/[redacted] TM
- At 2019 volume, these adjustments would net TM [redacted]M over the extended term excluding the cost to renew which could be [redacted] additional at a 20% erosion.

t


TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS
Overview of Current Deal
Current Structure
Annual Sponsorship
$
Primary
TM keeps of the first $ in C&P fees, TD/ TM split thereafter
Resale
TM Retains 100% of net resale fees
Term
Original Expiration: June 30, 2022
New Expiration: June 30, 2024
Other
Due to COVID cancellations, TM was due a ~$ refund on the 2019-20 sponsorship amount; TM allowed TD to keep that in exchange for two-year extension
Summary Financials
Two-Year Average
Tickets
645k
GTV
Gross C&P
Sponsorship
Primary C&P Royalties
Client Payments
% of C&P
TM C&P Retain (excl. Resale)
% of C&P
TM Est. Resale Retain
t
Note: The Bruins went to the SCF in 2018-19. Est. resale retain excluding this outlier would be $


TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS
Recommendation: Extend Term; Increase Concert Fees, Reduce Royalty Rate
1. Extend term an additional five (5) years to June 30, 2029.
2. Increase convenience fees on primary concerts to ~ of face value.
3. Decrease primary royalty rate from / split to / split in favor of TM (keep $ threshold).
TM would recoup a total of $ in incremental retain vs. current terms between 2021 and 2029 excluding the avoided margin erosion of a renewal. Assuming we pay TD $ this year, we effectively front them the payment at a ~ rate. TD effectively pays $ to get $ while fans cover the remaining $
Summary Financials
Orig. Expiry
New Expiry
Ext 1
Ext 2
Ext 3
Ext 4
Ext 5
t
*Assumes flat volume over term


Deal Levers

TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# TM can adjust a number of potential deal levers to recoup a payment on a lost 2020-21 season

| Potential Deal Levers | | | | |
|---|---|---|---|---|
| | Summary | Financial Impact | TM Considerations | TD Considerations |
| Deal Term | • With 2020 extension, current expiration is 6/30/24, could include additional extension w/ proposal | • Indirect – extends current term, typical renewal would cost TM margin w/ renegotiation | ✓ Locks in deal for additional term<br>✓ Potentially helps with Celtics renewal as building would be on TM for longer period<br>✗ – | ✓ Do not give up any (direct) future financial considerations/upside<br>✗ Can't renegotiate for better terms until extension ends |
| Annual Sponsorship Payment | • Reduce sponsorship payment in future years to offset amount paid for 2020-'21 season | • Could be a 1:1 impact (i.e. reduce future payments by [redacted] to offset)<br>• Could also adjust for time value of money | ✓ Simple, straightforward<br>✗ TM doesn't "gain" anything for fronting the 2020-21 payment | ✓ Gives TD money now to sustain their business/organization<br>✓ Simple, straightforward<br>✗ Reduces future cash flows to help present |
| Rev Share Threshold | • Current threshold for TD to receive primary royalties is [redacted] in C&P revenue, could propose to raise this in order to recoup payment | • For every [redacted] the threshold is raised, TM recoups an additional [redacted] vs. current terms (TD would receive $[redacted] in royalties on that [redacted] TM now keeps) | ✓ Simple, clean<br>✓ Potential financial upside if threshold is raised substantially or for entire term<br>✗ TM doesn't "gain" anything for fronting the 2020-21 payment | ✓ No reduction in fixed payments or royalty rate<br>✗ Delays receipt of variable C&P royalties, which they may need |

t

TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# Potential Deal Levers (continued)

| Potential Deal Levers | | | | |
|---|---|---|---|---|
| | Summary | Financial Impact | TM Considerations | TD Considerations |
| Primary Royalty Rate | • Current split of primary C&P is 60/40 to TD, after TM recoups first $[redacted] | • At current volumes, every 5pt decrease in royalty rate is worth ~$[redacted] to TM | ✓ Improves variable economics<br>✓ Potential for greater upside with post COVID concert rebound<br>✗ - | ✓ -<br>✗ Reduces upside and hurts variable economics |
| Primary Convenience Fees (Concerts) | • Current convenience charges for primary concert tickets were [redacted]% of FV in 2018-19 (with an [redacted]/ticket minimum)<br>• Could raise by [redacted] of FV to be in line with other marketplaces (with order fees and processing this would put total checkout fees at [redacted] of list) | • Every 1pt increase in the primary convenience fee on concerts increases the total fee pool by [redacted] (assuming current volume)<br>• At current royalty rate of [redacted], this is roughly $[redacted] to TM after royalties ($[redacted] to TM going from [redacted] to [redacted]) | ✓ Increases fee pool without taking anything directly from TD<br>✓ Potential for greater upside with post COVID concert rebound<br>✗ Potential decline in conversion?<br>✗ Usual fan displeasure/bad optics of TM charging high fees | ✓ Better per-ticket economics<br>✓ Comes from fans, not impacting TD financials directly<br>✗ Potential decline in conversion? |

t

# TD Garden

## Deal Restructure Considerations

**February 2021**

For Internal Use Only

*ticketmaster*




TD GARDEN SPONSORSHIP

# Exec Summary

- Our TD Garden deal – which covers the Bruins and non-team events in the building - includes a $[redacted] annual sponsorship payment that is recoupable if under 60 non-team events occur during any given contract year. Our expected payment for this contract year is [redacted].
- The client reached out to Kurt and asked if we would be willing to pay the sponsorship payment in exchange for opening up terms.
  - Note that we have already allowed them to keep the $[redacted] shortfall from last season in exchange for a 2 year extension to their deal (which now expires June 2024)
- Given that our current deal is quite expensive, we'd like to take the opportunity to rebalance the deal economics by:
  - Extending the term for an additional 5 years (to 2029), which protects against competitive pressure during renewals
  - Requiring fees on concerts to be increased by [redacted] of FV to market rates ([redacted]); were at [redacted] in 2018-19
  - Inverting our royalty splits from [redacted] TD/ [redacted] TM to [redacted] TD/ [redacted] TM
- At 2019 volume, these adjustments would net TM [redacted] over the extended term excluding the cost to renew which could be [redacted] additional at a 20% erosion.

TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# Overview of Current Deal



| Current Structure | |
|---|---|
| Annual Sponsorship | $10M |
| Primary | TM keeps [redacted] of the first $[redacted] in C&P fees, [redacted] TD/[redacted] TM split thereafter |
| Resale | TM Retains 100% of net resale fees |
| Term | Original Expiration: June 30, 2022<br>*New Expiration: June 30, 2024* |
| Other | Due to COVID cancellations, TM was due a ~$[redacted] refund on the 2019-20 sponsorship amount; TM allowed TD to keep that in exchange for two-year extension |

| Summary Financials | Two-Year Average |
|---|---|
| **Tickets** | **645k** |
| **GTV** | [redacted] |
| Gross C&P | [redacted] |
| Sponsorship | [redacted] |
| Primary C&P Royalties | [redacted] |
| **Client Payments** | [redacted] |
| *% of C&P* | [redacted] |
| **TM C&P Retain (excl. Resale)** | [redacted] |
| % of C&P | [redacted] |
| TM Est. Resale Retain | [redacted] |

Note: The Bruins went to the SCF in 2018-19. Est. resale retain excluding this outlier would be [redacted]

TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# Recommendation: Extend Term; Increase Concert Fees, Reduce Royalty Rate

1. Extend term an additional five (5) years to June 30, 2029.

2. Increase convenience fees on primary concerts to ~[REDACTED] of face value.

3. Decrease primary royalty rate from [REDACTED]/[REDACTED] split to [REDACTED]/[REDACTED] split in favor of TM (keep $[REDACTED] threshold).

TM would recoup a total of [REDACTED] in incremental retain vs. current terms between 2021 and 2029 excluding the avoided margin erosion of a renewal. Assuming we pay TD [REDACTED] this year, we effectively front them the payment at a [REDACTED] rate. TD effectively pays [REDACTED] to get [REDACTED], while fans cover the remaining [REDACTED]

*Assumes flat volume over term


Deal Levers

TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# TM can adjust a number of potential deal levers to recoup a payment on a lost 2020-21 season

**Potential Deal Levers**

| | Summary | Financial Impact | TM Considerations | TD Considerations |
|---|---|---|---|---|
| Deal Term | • With 2020 extension, current expiration is 6/30/24, could include additional extension w/ proposal | • Indirect – extends current term, typical renewal would cost TM margin w/ renegotiation | ✓ Locks in deal for additional term<br>✓ Potentially helps with Celtics renewal as building would be on TM for longer period<br>✗ - | ✓ Do not give up any (direct) future financial considerations/upside<br>✗ Can't renegotiate for better terms until extension ends |
| Annual Sponsorship Payment | • Reduce sponsorship payment in future years to offset amount paid for 2020-'21 season | • Could be a 1:1 impact (i.e. reduce future payments by $[redacted] to offset)<br>• Could also adjust for time value of money | ✓ Simple, straightforward<br>✗ TM doesn't "gain" anything for fronting the 2020-21 payment | ✓ Gives TD money now to sustain their business/organization<br>✓ Simple, straightforward<br>✗ Reduces future cash flows to help present |
| Rev Share Threshold | • Current threshold for TD to receive primary royalties is $[redacted] in C&P revenue, could propose to raise this in order to recoup payment | • For every $[redacted] the threshold is raised, TM recoups an additional $[redacted] vs. current terms (TD would receive $[redacted] in royalties on that $[redacted] TM now keeps) | ✓ Simple, clean<br>✓ Potential financial upside if threshold is raised substantially or for entire term<br>✗ TM doesn't "gain" anything for fronting the 2020-21 payment | ✓ No reduction in fixed payments or royalty rate<br>✗ Delays receipt of variable C&P royalties, which they may need |

t

TD GARDEN DEAL RESTRUCTURE CONSIDERATIONS

# Potential Deal Levers (continued)

| Potential Deal Levers | | | | |
|---|---|---|---|---|
| | **Summary** | **Financial Impact** | **TM Considerations** | **TD Considerations** |
| Primary Royalty Rate | • Current split of primary C&P is [redacted]/[redacted] to TD, after TM recoups first $[redacted] | • At current volumes, every 5pt decrease in royalty rate is worth [redacted] to TM | ✓ Improves variable economics<br>✓ Potential for greater upside with post COVID concert rebound<br>× - | ✓ -<br>× Reduces upside and hurts variable economics |
| Primary Convenience Fees (Concerts) | • Current convenience charges for primary concert tickets were [redacted] of FV in 2018-19 (with an [redacted]/ticket minimum)<br>• Could raise by [redacted] of FV to be in line with other marketplaces (with order fees and processing this would put total checkout fees at [redacted] of list) | • Every 1pt increase in the primary convenience fee on concerts increases the total fee pool by [redacted] (assuming current volume)<br>• At current royalty rate of [redacted], this is roughly [redacted] to TM after royalties [redacted] to TM going from [redacted] to [redacted]) | ✓ Increases fee pool without taking anything directly from TD<br>✓ Potential for greater upside with post COVID concert rebound<br>× Potential decline in conversion?<br>× Usual fan displeasure/bad optics of TM charging high fees | ✓ Better per-ticket economics<br>✓ Comes from fans, not impacting TD financials directly<br>× Potential decline in conversion? |

t