| From: | Jenny Johnson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C31AE9510C94216873F1943F1F2BACE-JENNY JOHNS] |
|---|---|
| Sent: | 8/31/2023 6:28:01 PM |
| To: | Michael Rapino [michael@livenation.com]; Joe Berchtold [joeberchtold@livenation.com] |
| CC: | Mark Yovich [mark.yovich@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com]; Marla Ostroff [marla.ostroff@ticketmaster.com]; Trevor Allin [trevor.allin@ticketmaster.com]; Peter Casciani [peter.casciani@ticketmaster.com]; Kurt Schwartzkopf [kurt.schwartzkopf@ticketmaster.com]; Scott Aller [scott.aller@ticketmaster.com]; Todd Becker [todd.becker@ticketmaster.com]; Leonardo Garcia [leonardo.garcia@ticketmaster.com]; Nicole Hoffman [nicole.hoffman@ticketmaster.com]; Rob Caudillo [rob.caudillo@ticketmaster.com] |
| Subject: | DEAL APPROVAL REQUIRED: Honda Center/Ducks (renewal) |
| Attachments: | Deal Summary_Ducks_20230822.pptx |

Michael & Joe

Attached for your consideration and approval are renewal terms for the Honda Center & the Anaheim Ducks. While they have been a client for 30 year, we expect Seat Geek to be an active bidder as a Ducks employee is now in sales at SG.

Our proposal includes a 4 year term, ▇▇▇ annual sponsorship with ▇ escalator, per ticket on team events (same as today), a ▇ royalty on 3rd part content but eliminates their volume incentive, ▇ royalty on platinum ▇ today with impact of volume incentive), and a ▇ royalty on team resale and ▇ on 3rd party resale. We have also included a ▇▇ 2023 bonus.

Terms are expected to generate ▇▇ GM per year or ▇▇ ticket including their 2023 bonus, down from ▇▇ or ▇▇ /ticket. Without the 2023 bonus, GM is ▇▇ or ▇▇ /ticket. Let us know if you have thoughts or questions.

| ☐ Peter C | ☐ Trevor | ☐ Wichser | ☐ Mark Y | ☐ Joe B | ☐ Michael |
|---|---|---|---|---|---|

Jenny Johnson
Vice President of Commercial Strategy

*t/*

Jenny.Johnson@ticketmaster.com
Mobile: ▇▇▇▇
Chicago, IL

**Ex. No**
**PX0764**
1:24-cv-03973

HIGHLY CONFIDENTIAL

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Deal & Client Summary

| Region | Segment | Deal Owner |
|---|---|---|
| Anaheim, CA | NBA & NHL | Kurt Schwartzkopf, Scott Aller |

## Client History & Relationship

- Contract covers Honda Center, Anaheim Ducks NHL, TM client 30 years.
- The current deal expires June 2024 (8 year term current deal, including 2 year roll extension)
- SeatGeek will have a heavy presence. A former Ducks employee worked at SeatGeek for the past 18 months.

## Summary of Key Deal Terms

- **Term:** 4 years (7/24 - 6/28), current deal continues through June 2024; proposed deal is a 4-year extension
- **Tickets:** 442k projected average (345k primary, 24k Plat/VIP, 74k resale)
- **Gross margin:** ▮▮ projected average annual, ▮▮ over term
  - ▮▮ GM per ticket over term, down ▮▮ per ticket from 21/22 ▮▮ per ticket)
- **Cash/Fixed:**
  - ▮▮ 2023 performance bonus
  - ▮▮ annual sponsorship (avg, including ▮ annual increase)
  - ▮▮ annual ticket purchase
- **Variable:**
  - Non-team, Traditional structure: ▮ variable revenue share
  - Team, Per-ticket
  - Platinum/VIP: ▮▮ revenue share, ▮▮ buyer fee
  - Resale: ▮▮ revenue share on Ducks attractions; ▮▮ royalty non-team

## Product Assessment

- Client uses TM products and services to help drive ticket sales and attendance.

*t*

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Summary of Deal Economics

| | Current 2021 / 2022 | TM Proposal |
|---|---|---|
| **Client Share** | ▮ | ▮ |
| *% of Total Economics* | ▮ | ▮ |
| *Share / ticket* | ▮ | ▮ |
| **TM Retain (GM)** | ▮ | ▮ |
| *% of Total Economics* | ▮ | ▮ |
| *Share / ticket* | ▮ | ▮ |
| **Total Economics** | ▮ | ▮ |
| *Economics / ticket* | ▮ | ▮ |

*t* — 2

HIGHLY CONFIDENTIAL

LNE-LIT24-001306322

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Comparative Segment Analysis



HONDA CENTER / DUCKS
EARLY RENEWAL PROPOSAL VS. 19-23 NBA/NHL DATS

Note
• GM/Ticket is projected combined primary & resale contribution margin after depreciation, per primary and resale tickets over the proposal term.

*GM per ticket includes total contribution margin after depreciation over primary,
VIP/Plat and resale tickets

HIGHLY CONFIDENTIAL

LNE-LIT24-001306323

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Summary of Key Terms

| | Current Deal | TM Proposal |
|---|---|---|
| **Core Deal Terms** | | |
| Term | 8 years ending 6/30/24 (w/2 year extension) | 4 years ending 6/30/28 |
| Primary | Team: per ticket structure<br>Non-Team: ▮ plus volume incentive, ▮ estimate for 22/23<br>Feld: national deal terms, plus supplemental client rebate | Team: per ticket, no change<br>Non-Team: ▮ rebate, no volume incentive<br><br>Feld: no change (DAT includes client rebate) |
| Resale | Team: traditional ▮ on net fees)<br>Non-Team: ▮ <= ▮ , ▮ > ▮ | Team: traditional, ▮ on net fees<br>Non-Team: ▮ no tiers |
| VIP/Platinum | ▮ royalty (with volume incentive)<br>▮ buyer fee | ▮ royalty<br>▮ buyer fee |
| Payment on Signing * | None | ▮ 2023 performance bonus |
| Sponsorship | ▮ annual | ▮ annual ▮ annual increase |
| Other | ▮ Annual ticket purchase | No Change |
| **Other Deal Terms** | | |
| Credit Card | ▮ on GTV | No Change |
| Hardware | ▮ credit | ▮ credit |
| Archtics License | Waived | No Change |
| Product Credit | None | ▮ annual |
| TM's GM | ▮ per year / ▮ per ticket | ▮ per year / ▮ per ticket |

*Bonus payment related to 2023 performance and is not part of the proposed renewal terms but included in modeled GM above
**P&L impact years 24-27 is ▮ or ▮ ticket excluding 2023 performance bonus,

HIGHLY CONFIDENTIAL

# Speaker Notes for Slide 4

This should be a qualitative description of the terms
When proposal is the same, don't repeat just say "no change"
For per tickets, include the implied royalty rate

HIGHLY CONFIDENTIAL

LNE-LIT24-001306325

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# TM's GM by source



HIGHLY CONFIDENTIAL

LNE-LIT24-001306326

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Core Deal Model Assumptions

| Terms | Assumptions & Analysis |
|---|---|
| **Team** | • Per ticket structure, no change (primary)<br>• Team sales based on prior season averages<br>• ███ per ticket retain by TM, no order fee retain, year 1<br>• ███ variable resale revenue share |
| **Non-Team** | • Traditional structure, no change<br>• Non-team sales based on historical averages<br>• Primary variable revenue share ███; current structure based on sales tiers, capped at ███ for top tier<br>• Platinum & VIP ███ revenue share ███ current including volume incentive), ███ buyer fee<br>• Resale, ███ revenue share; current = ███ on ███ net fees, ███ above ███ |
| **Geographical Analysis** | • Targeting to provide a strong offer so we can lock in the business and limit the client counter proposals or RFP. |
| **Segment / League Analysis** | • Maintain majority market share of NBA/NHL league teams<br>• Recent new business includes Wells Fargo / Flyers and Bridgestone / Predators |

*t*

Confidential...
Not distribute

7

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Financial Summary - TM Model



* ▉ 2023 performance bonus

HIGHLY CONFIDENTIAL

LNE-LIT24-001306328



EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Deal & Client Summary

| Region | Segment | Deal Owner |
|---|---|---|
| Anaheim, CA | NBA & NHL | Kurt Schwartzkopf, Scott Aller |

**Client History & Relationship**

- Contract covers Honda Center, Anaheim Ducks NHL, TM client 30 years.
- The current deal expires June 2024 (8 year term current deal, including 2 year roll extension)
- SeatGeek will have a heavy presence. A former Ducks employee worked at SeatGeek for the past 18 months.

**Summary of Key Deal Terms**

- **Term:** 4 years (7/24 – 6/28), current deal continues through June 2024; proposed deal is a 4-year extension
- **Tickets:** 442k projected average (345k primary, 24k Plat/VIP, 74k resale)
- **Gross margin:** ▮ projected average annual ▮ over term
  - ▮ GM per ticket over term, down ▮ per ticket from 21/22 ( ▮ per ticket)
- **Cash/Fixed:**
  - ▮ 2023 performance bonus
  - ▮ annual sponsorship (avg, including ▮ annual increase)
  - ▮ annual ticket purchase
- **Variable:**
  - Non-team, Traditional structure: ▮ variable revenue share
  - Team, Per-ticket
  - Platinum/VIP: ▮ revenue share, ▮ buyer fee
  - Resale: ▮ revenue share on Ducks attractions; ▮ royalty non-team

**Product Assessment**

- Client uses TM products and services to help drive ticket sales and attendance.

*t*

1



EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

## Summary of Deal Economics

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

## Comparative Segment Analysis



HONDA CENTER / DUCKS
EARLY RENEWAL PROPOSAL VS. 19-23 NBA/NHL DATs

- GM/Ticket is projected combined primary & resale contribution margin after depreciation, per primary and resale tickets over the proposal term.

*t*

*GM per ticket includes total contribution margin after depreciation over primary, VIP/Flat and resale tickets

3

3



EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

## Summary of Key Terms

| | Current Deal | TM Proposal |
|---|---|---|
| **Core Deal Terms** | | |
| Term | 8 years ending 6/30/24 (w/2 year extension) | 4 years ending 6/30/28 |
| Primary | Team: per ticket structure<br>Non-Team: ▪, plus volume incentive, ▪ estimate for 22/23<br>Feld: national deal terms, plus supplemental client rebate | Team: per ticket, no change<br>Non-Team: ▪ rebate, no volume incentive<br><br>Feld: no change (DAT includes client rebate) |
| Resale | Team: traditional ▪ on net fees)<br>Non-Team: ▪ <= ▪ > ▪ | Team: traditional, ▪ on net fees<br>Non-Team: ▪ no tiers |
| VIP/Platinum | ▪ royalty (with volume incentive)<br>▪ buyer fee | ▪ royalty<br>▪ buyer fee |
| Payment on Signing * | None | ▪ 2023 performance bonus |
| Sponsorship | ▪ annual | ▪ annual ▪ annual increase |
| Other | ▪ Annual ticket purchase | No Change |
| **Other Deal Terms** | | |
| Credit Card | ▪ on GTV | No Change |
| Hardware | ▪ credit | ▪ credit |
| Archtics License | Waived | No Change |
| Product Credit | None | ▪ annual |
| **TM's GM** | ▪ per year / ▪ per ticket | ▪ per year / ▪ per ticket |

*Bonus payment related to 2023 performance and is not part of the proposed renewal terms but included in modeled GM above
**P&L impact years 24-27 is ▪ or ▪ /ticket excluding 2023 performance bonus,

This should be a qualitative description of the terms
When proposal is the same, don't repeat just say "no change"
For per tickets, include the implied royalty rate

4





EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Core Deal Model Assumptions

| Terms | Assumptions & Analysis |
|---|---|
| Team | • Per ticket structure, no change (primary)<br>• Team sales based on prior season averages<br>• ▮ per ticket retain by TM, no order fee retain, year 1<br>• ▮ variable resale revenue share |
| Non-Team | • Traditional structure, no change<br>• Non-team sales based on historical averages<br>• Primary variable revenue share ▮; current structure based on sales tiers, capped at ▮ for top tier<br>• Platinum & VIP ▮ revenue share ▮ current including volume incentive), ▮ buyer fee<br>• Resale, ▮ revenue share; current = ▮ on ▮ net fees, ▮ above ▮ |
| Geographical Analysis | • Targeting to provide a strong offer so we can lock in the business and limit the client counter proposals or RFP. |
| Segment / League Analysis | • Maintain majority market share of NBA/NHL league teams<br>• Recent new business includes Wells Fargo / Flyers and Bridgestone / Predators |

*t*

6

6

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Financial Summary – TM Model



* ▓ 2023 performance bonus

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Deal & Client Summary

| Region | Segment | Deal Owner |
|---|---|---|
| Anaheim, CA | NBA & NHL | Kurt Schwartzkopf, Scott Aller |

## Client History & Relationship

- Contract covers Honda Center, Anaheim Ducks NHL, TM client 30 years.
- The current deal expires June 2024 (8 year term current deal, including 2 year roll extension)
- SeatGeek will have a heavy presence. A former Ducks employee worked at SeatGeek for the past 18 months.

## Summary of Key Deal Terms

- **Term:** 4 years (7/24 – 6/28), current deal continues through June 2024; proposed deal is a 4-year extension
- **Tickets:** ▮ projected average (▮ primary, ▮ Plat/VIP, ▮ resale)
- **Gross margin:** ▮ projected average annual, ▮ over term
  - ▮ GM per ticket over term, down ▮ per ticket from 21/22 (▮ per ticket)
- **Cash/Fixed:**
  - ▮ 2023 performance bonus
  - ▮ annual sponsorship (avg, including ▮ annual increase)
  - ▮ annual ticket purchase
- **Variable:**
  - Non-team, Traditional structure: ▮ variable revenue share
  - Team, Per-ticket
  - Platinum/VIP: ▮ revenue share, ▮ buyer fee
  - Resale: ▮ revenue share on Ducks attractions; ▮ royalty non-team

## Product Assessment

- Client uses TM products and services to help drive ticket sales and attendance.

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Summary of Deal Economics



| | Current 2021 / 2022 | TM Proposal |
|---|---|---|
| **Client Share** | ■ | ■ |
| *% of Total Economics* | ■ | ■ |
| *Share / ticket* | ■ | ■ |
| **TM Retain (GM)** | ■ | ■ |
| *% of Total Economics* | ■ | ■ |
| *Share / ticket* | ■ | ■ |
| **Total Economics** | ■ | ■ |
| *Economics / ticket* | ■ | ■ |

*t*

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Comparative Segment Analysis

HONDA CENTER / DUCKS
EARLY RENEWAL PROPOSAL VS. 19-23 NBA/NHL DATS

Note
· GM/Ticket is projected combined primary & resale contribution margin after depreciation, per primary and resale tickets over the proposal term.

*GM per ticket includes total contribution margin after depreciation over primary, VIP/Plat and resale tickets

3

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Summary of Key Terms

| | Current Deal | TM Proposal |
|---|---|---|
| **Core Deal Terms** | | |
| Term | 8 years ending 6/30/24 (w/2 year extension) | 4 years ending 6/30/28 |
| Primary | Team: per ticket structure<br>Non-Team: ▊ plus volume incentive, ▊ estimate for 22/23<br>Feld: national deal terms, plus supplemental client rebate | Team: per ticket, no change<br>Non-Team: ▊ rebate, no volume incentive<br><br>Feld: no change (DAT includes client rebate) |
| Resale | Team: traditional (▊ on net fees)<br>Non-Team: ▊ <= ▊ > ▊ | Team: traditional, ▊ on net fees<br>Non-Team: ▊ no tiers |
| VIP/Platinum | ▊ royalty (with volume incentive)<br>▊ buyer fee | ▊ royalty<br>▊ buyer fee |
| Payment on Signing * | None | ▊ 2023 performance bonus |
| Sponsorship | ▊ annual | ▊ annual ▊ annual increase |
| Other | ▊ Annual ticket purchase | No Change |
| **Other Deal Terms** | | |
| Credit Card | ▊ on GTV | No Change |
| Hardware | ▊ credit | ▊ credit |
| Archtics License | Waived | No Change |
| Product Credit | None | ▊ annual |
| **TM's GM** | ▊ per year / ▊ per ticket | ▊ per year / ▊ per ticket |

*Bonus payment related to 2023 performance and is not part of the proposed renewal terms but included in modeled GM above
**P&L impact years 24-27 is ▊ or ▊ ticket excluding 2023 performance bonus,

Ticketmaster confidential. Do not distribute.

4

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# TM's GM by source



| TM GM (Annual) | 22 / 23 Actual | TM Proposal |
|---|---|---|
| Primary Tickets | | |
| Platinum & VIP Tickets | | |
| Resale Tickets | | |
| Total Tickets (primary + resale) | ▇ **Total** | ▇ **Total** |
| Primary - Team | ▇ | ▇ |
| | ▇ / ticket | ▇ / ticket |
| Resale - Team | ▇ | ▇ |
| | ▇ / ticket | ▇ / ticket |
| Primary - Concerts & Other | ▇ | ▇ |
| | ▇ / ticket | ▇ / ticket |
| VIP & Platinum | ▇ | ▇ |
| | ▇ / ticket | ▇ / ticket |
| Resale - Concerts & Other | ▇ | ▇ |
| | ▇ / ticket | ▇ / ticket |
| Sponsorship (Advertising) | ▇ | ▇ |
| | ▇ / ticket | ▇ / ticket |
| Signing Bonus | ▇ | ▇ |
| | - | ▇ / ticket |
| Product Credit / Hardware Allowance / Other | ▇ | ▇ |
| | ▇ / ticket | ▇ / ticket |
| **Total TM GM (Annual)** | ▇ | ▇ |
| | ▇ **per ticket** | ▇ **per ticket** |

*t* ───────────────────────────────── 5

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Core Deal Model Assumptions

| Terms | Assumptions & Analysis |
|---|---|
| Team | • Per ticket structure, no change (primary)<br>• Team sales based on prior season averages<br>• ██ per ticket retain by TM, no order fee retain, year 1<br>• ██ variable resale revenue share |
| Non-Team | • Traditional structure, no change<br>• Non-team sales based on historical averages<br>• Primary variable revenue share ██ current structure based on sales tiers, capped at ██ for top tier<br>• Platinum & VIP ██ revenue share ██ current including volume incentive), ██ buyer fee<br>• Resale, ██ revenue share; current = ██ on ██ net fees, ██ above ██ — |
| Geographical Analysis | • Targeting to provide a strong offer so we can lock in the business and limit the client counter proposals or RFP. |
| Segment / League Analysis | • Maintain majority market share of NBA/NHL league teams<br>• Recent new business includes Wells Fargo / Flyers and Bridgestone / Predators |

Ticketmaster confidential. Do not distribute.

EARLY RENEWAL: HONDA CENTER / ANAHEIM DUCKS (NHL)

# Financial Summary – TM Model



*     2023 performance bonus

7