| Venue | Category | League | Team | Team Ticketer | Building Ticketer | Carveouts in 22 |
|---|---|---|---|---|---|---|
| Amalie Arena | Ticketmaster | NHL | Tampa Bay Lightning | Ticketmaster | Ticketmaster | |
| American Airlines Center - TX | Ticketmaster | NBA | Dallas Mavericks | Ticketmaster | Ticketmaster | |
| | | NHL | Dallas Stars | Ticketmaster | | |
| Kia Center | Ticketmaster | NBA | Orlando Magic | Ticketmaster | Ticketmaster | |
| AT&T Center | Ticketmaster | NBA | San Antonio Spurs | Ticketmaster | Ticketmaster | |
| Ball Arena | Ticketmaster | NHL | Colorado Avalanche | Ticketmaster | Ticketmaster | |
| | | NBA | Denver Nuggets | Ticketmaster | | |
| Barclays Center | Ticketmaster | NBA | Brooklyn Nets | Ticketmaster | Ticketmaster | Move to TM in 2023 |
| Bell Centre | Ticketmaster | NHL | Montreal Canadiens | Ticketmaster | Ticketmaster | |
| Bridgestone Arena | Ticketmaster | NHL | Nashville Predators | Ticketmaster | Ticketmaster | |
| Canada Life Centre | Ticketmaster | NHL | Winnipeg Jets | Ticketmaster | Ticketmaster | |
| Canadian Tire Centre | Ticketmaster | NHL | Ottawa Senators | Ticketmaster | Ticketmaster | |
| Capital One Arena | Ticketmaster | NHL | Washington Capitals | Ticketmaster | Ticketmaster | |
| | | NBA | Washington Wizards | Ticketmaster | Ticketmaster | |
| Chase Center | Ticketmaster | NBA | Golden State Warriors | Ticketmaster | Ticketmaster | |
| Climate Pledge Arena | Ticketmaster | NHL | Seattle Kraken | Ticketmaster | Ticketmaster | |
| Intuit Dome | Ticketmaster | NBA | Los Angeles Clippers | **Ticketmaster** | **Ticketmaster** | Move to TM in 24/25 Season |
| Crypto.com Arena | Mixed | NHL | Los Angeles Kings | AXS | AXS | |
| | | NBA | Los Angeles Lakers | Ticketmaster | | Yes; ASM AEG/AXS carveouts; |
| Enterprise Center | Ticketmaster | NHL | St. Louis Blues | Ticketmaster | Ticketmaster | |
| FedExForum | Ticketmaster | NBA | Memphis Grizzlies | Ticketmaster | Ticketmaster | |
| Fiserv Forum | Ticketmaster | NBA | Milwaukee Bucks | Ticketmaster | Ticketmaster | |
| Amerant Bank Arena | Competitor | NHL | Florida Panthers | Seatgeek | Seatgeek | Move to SG in 2023 |
| Footprint Center | Ticketmaster | NBA | Phoenix Suns | Ticketmaster | Ticketmaster | |
| Kaseya Center | Ticketmaster | NBA | Miami HEAT | Ticketmaster | Ticketmaster | |
| Gainbridge Fieldhouse | Ticketmaster | NBA | Indiana Pacers | Ticketmaster | Ticketmaster | |
| Golden 1 Center | Ticketmaster | NBA | Sacramento Kings | Ticketmaster | Ticketmaster | |
| Honda Center | Ticketmaster | NHL | Anaheim Ducks | Ticketmaster | Ticketmaster | |
| KeyBank Center | Ticketmaster | NHL | Buffalo Sabres | Ticketmaster | Ticketmaster | |
| Little Caesars Arena | Ticketmaster | NBA | Detroit Pistons | Ticketmaster | Ticketmaster | |
| | | NHL | Detroit Red Wings | Ticketmaster | | |
| Madison Square Garden | Ticketmaster | NBA | New York Knicks | Ticketmaster | Ticketmaster | |
| | | NHL | New York Rangers | Ticketmaster | | |
| Moda Center | Ticketmaster | NBA | Portland Trailblazers | Ticketmaster | Ticketmaster | |
| Nationwide Arena | Ticketmaster | NHL | Columbus Blue Jackets | Ticketmaster | Ticketmaster | |
| Paycom Center | Ticketmaster | NBA | Oklahoma City Thunder | Ticketmaster | Ticketmaster | |
| PNC Arena | Ticketmaster | NHL | Carolina Hurricanes | Ticketmaster | Ticketmaster | Yes; North Carolina State Wolfpack Mens Basketball |
| PPG Paints Arena | Ticketmaster | NHL | Pittsburgh Penguins | Ticketmaster | Ticketmaster | |
| Prudential Center | Ticketmaster | NHL | New Jersey Devils | Ticketmaster | Ticketmaster | |
| Rocket Mortgage FieldHouse | Competitor | NBA | Cleveland Cavaliers | Seatgeek | Seatgeek | |
| Rogers Arena | Ticketmaster | NHL | Vancouver Canucks | Ticketmaster | Ticketmaster | |
| Rogers Place | Ticketmaster | NHL | Edmonton Oilers | Ticketmaster | Ticketmaster | |
| SAP Center at San Jose | Ticketmaster | NHL | San Jose Sharks | Ticketmaster | Ticketmaster | |
| Scotiabank Arena | Ticketmaster | NHL | Toronto Maple Leafs | Ticketmaster | Ticketmaster | |
| | | NBA | Toronto Raptors | Ticketmaster | | |
| Scotiabank Saddledome | Ticketmaster | NHL | Calgary Flames | Ticketmaster | Ticketmaster | |
| Smoothie King Center | Mixed | NBA | New Orleans Pelicans | Seatgeek | Ticketmaster | Yes |
| Spectrum Center | Ticketmaster | NBA | Charlotte Hornets | Ticketmaster | Ticketmaster | |
| State Farm Arena - GA | Ticketmaster | NBA | Atlanta Hawks | Ticketmaster | Ticketmaster | |
| Target Center | Competitor | NBA | Minnesota Timberwolves | AXS | AXS | Yes; ASM AEG/AXS carveouts |
| TD Garden | Ticketmaster | NHL | Boston Bruins | Ticketmaster | Ticketmaster | |
| | | NBA | Boston Celtics | Ticketmaster | | |
| T-Mobile Arena | Competitor | NHL | Vegas Golden Knights | AXS | AXS | |
| Toyota Center - TX | Competitor | NBA | Houston Rockets | AXS | AXS | |
| UBS Arena | Ticketmaster | NHL | New York Islanders | Ticketmaster | Ticketmaster | |
| United Center | Ticketmaster | NHL | Chicago Blackhawks | Ticketmaster | Ticketmaster | |
| | | NBA | Chicago Bulls | Ticketmaster | | |
| **Delta Center** | Competitor | NBA | Utah Jazz | Seatgeek | Seatgeek | Move to SG in 2023 |
| | | NHL | Arizona Coyotes | **Seatgeek** | | Move to SG in 24/25 |
| Wells Fargo Center-PA | **Ticketmaster** | NBA | Philadelphia 76ers | Ticketmaster | Ticketmaster | |
| | | NHL | Philadelphia Flyers | **Ticketmaster** | | Move to TM in 2023 |
| Xcel Energy Center | Ticketmaster | NHL | Minnesota Wild | Ticketmaster | Ticketmaster | |

| Content | Qty | Ticketmaster | Competitor/ open |
|---|---|---|---|
| **Teams** | 62 | 53 | 9 |
| | | 85% | 15% |
| **Building** | 51 | 45 | 6 |
| | | 88% | 12% |

| | Mixed | Ticketmaster | Competitor/ open |
|---|---|---|---|
| **NBA/NHL Arenas:** | 2 | 43 | 6 |
| | 4% | 84% | 12% |

Notes: In 24/25 season, Clippers move to new building in 24-25 and switch to TM; Arizona Coyotes move to Utah with SG.

| Venue | Category | Team | Team Ticketer | Building Ticketer | Carveouts in 22 |
|---|---|---|---|---|---|
| American Family Field | Competitor | Milwaukee Brewers | TDC | TDC | Yes;  LN Ported  concerts |
| Angel Stadium of Anaheim | Competitor | Los Angeles Angels | TDC | TDC | Yes; Monster Jam/Super Cross |
| Busch Stadium | Competitor | St. Louis Cardinals | TDC | TDC | |
| Camden Yards | Competitor | Baltimore Orioles | TDC | TDC | |
| Chase Field | Ticketmaster | Arizona Diamondbacks | Ticketmaster | Ticketmaster | |
| Citi Field | Competitor | New York Mets | TDC | TDC | Yes;  LN Ported  concerts |
| Citizens Bank Park | Competitor | Philadelphia Phillies | TDC | TDC | Yes;  LN Ported  concerts |
| Comerica Park | Competitor | Detroit Tigers | TDC | TDC | Yes;  LN Ported  concerts |
| Coors Field | Ticketmaster | Colorado Rockies | Ticketmaster | Ticketmaster | |
| Dodger Stadium | Competitor | Los Angeles Dodgers | TDC | TDC | Yes;  LN Ported  concerts |
| Fenway Park | Competitor | Boston Red Sox | TDC | TDC | Yes; NHL Winter Classic |
| Globe Life Field | Competitor | Texas Rangers | TDC | TDC | Yes;  LN Ported  concerts |
| Great American Ballpark | Competitor | Cincinnati Reds | TDC | TDC | Yes;  LN Ported  concerts |
| Guaranteed Rate Field | Ticketmaster | Chicago White Sox | Ticketmaster | Ticketmaster | |
| Kauffman Stadium | Competitor | Kansas City Royals | TDC | TDC | |
| LoanDepot Park | Competitor | Miami Marlins | TDC | TDC | Yes;  LN Ported  concerts |
| Minute Maid Park | Competitor | Houston Astros | TDC | TDC | Yes;  LN Ported  concerts |
| Nationals Park | Competitor | Washington Nationals | TDC | TDC | Yes;  LN Ported  concerts |
| Oracle Park | Competitor | San Francisco Giants | TDC | TDC | Yes;  LN Ported  concerts |
| PETCO Park | Ticketmaster | San Diego Padres | Ticketmaster | Ticketmaster | |
| PNC Park | Competitor | Pittsburgh Pirates | TDC | TDC | Yes;  LN Ported  concerts |
| Progressive Field | Competitor | Cleveland Guardians | TDC | TDC | |
| RingCentral Coliseum | Mixed | Oakland Athletics | TDC | Ticketmaster | ASM building |
| Rogers Centre | Ticketmaster | Toronto Blue Jays | Ticketmaster | Ticketmaster | |
| Target Field | Competitor | Minnesota Twins | TDC | TDC | Yes;  LN Ported  concerts, Winter Classic |
| T-Mobile Park | Ticketmaster | Seattle Mariners | Ticketmaster | Ticketmaster | |
| Tropicana Field | Competitor | Tampa Bay Rays | TDC | TDC | |
| Trustmark Park | Ticketmaster | Atlanta Braves | Ticketmaster | Ticketmaster | |
| Wrigley Field | Competitor | Chicago Cubs | TDC | TDC | |
| Yankee Stadium | Ticketmaster | New York Yankees | Ticketmaster | Ticketmaster | |

| Content | Qty | Ticketmaster | Competitor/ open |
|---|---|---|---|
| Teams | 30 | 8 | 22 |
| | | 27% | 73% |
| Building | 30 | 9 | 21 |
| | | 30% | 70% |

| | Mixed | Ticketmaster | Competitor/ open |
|---|---|---|---|
| MLB Stadiums: | 1 | 8 | 21 |
| | 3% | 27% | 70% |

Notes: 2022 Season, many buildings will allow promoter to bring their own ticketer. Several AXS ported shows in addition to TM ported shows

| Venue | Venue Type | Category | Team | Team Ticketer | Building Ticketer | Carveouts in 22 |
|---|---|---|---|---|---|---|
| Allianz Field | MLS Stadium | Competitor | Minnesota United FC | Seatgeek | Seatgeek | Yes; US Men's National Team |
| American First Field | MLS Stadium | Competitor | Real Salt Lake | Seatgeek | Seatgeek | Moves to SG in 2023 |
| Audi Field | MLS Stadium | Ticketmaster | D.C. United | Ticketmaster | Ticketmaster | |
| BMO Stadium | MLS Stadium | Ticketmaster | Los Angeles Football Club | Ticketmaster | Ticketmaster | |
| Bank of America Stadium | NFL Stadiums | Ticketmaster | Charlotte FC | Ticketmaster | Ticketmaster | |
| BC Place Stadium | MLS Stadium | Ticketmaster | Vancouver Whitecaps FC | Ticketmaster | Ticketmaster | |
| BMO Field | MLS Stadium | Ticketmaster | Toronto FC | Ticketmaster | Ticketmaster | |
| Children's Mercy Park | MLS Stadium | Competitor | Sporting Kansas City | Seatgeek | Seatgeek | Yes; US Men's and Women's National Team |
| World Wide Technology Soccer Park | MLS Stadium | Competitor | St. Louis FC | Seatgeek | Seatgeek | |
| DICK'S Sporting Goods Park | MLS Stadium | Ticketmaster | Colorado Rapids | Ticketmaster | Ticketmaster | |
| Dignity Health Sports Park | MLS Stadium | Competitor | Los Angeles Galaxy | AXS | AXS | |
| Chase Stadium | MLS Stadium | Ticketmaster | Inter Miami CF | Ticketmaster | Ticketmaster | |
| Exploria Stadium | MLS Stadium | Ticketmaster | Orlando City SC | Ticketmaster | Ticketmaster | |
| GEODIS Park | MLS Stadium | Ticketmaster | Nashville SC | Ticketmaster | Ticketmaster | |
| Gillette Stadium | NFL Stadiums | Ticketmaster | New England Revolution | Ticketmaster | Ticketmaster | |
| Lower.com Field | MLS Stadium | Ticketmaster | Columbus Crew | Ticketmaster | Ticketmaster | |
| Lumen Field | NFL Stadiums | Ticketmaster | Seattle Sounders FC | Ticketmaster | Ticketmaster | |
| Mercedes-Benz Stadium | NFL Stadiums | Ticketmaster | Atlanta United FC | Ticketmaster | Ticketmaster | |
| PayPal Park | MLS Stadium | Ticketmaster | San Jose Earthquakes | Ticketmaster | Ticketmaster | |
| PNC Stadium | MLS Stadium | Competitor | Houston Dynamo | Seatgeek | Seatgeek | |
| Providence Park | MLS Stadium | Competitor | Portland Timbers | Seatgeek | Seatgeek | |
| Q2 Stadium | MLS Stadium | Competitor | Austin FC | Seatgeek | Seatgeek | Yes; US Men's National Team |
| Red Bull Arena | MLS Stadium | Ticketmaster | New York Red Bulls | Ticketmaster | Ticketmaster | |
| Saputo Stadium | MLS Stadium | Competitor | CF Montreal | Outbox | Outbox | |
| Soldier Field | NFL Stadiums | Ticketmaster | Chicago Fire FC | Ticketmaster | Ticketmaster | Yes; ASM AEG/AXS carveouts |
| Subaru Park | MLS Stadium | Competitor | Philadelphia Union | Paciolan | Paciolan | |
| Toyota Stadium | MLS Stadium | Competitor | FC Dallas | AXS | AXS | Yes; US Men's National Team |
| TQL Stadium | MLS Stadium | Competitor | FC Cincinnati | Seatgeek | Seatgeek | Yes; US Men's National Team |
| Yankee Stadium | MLB Stadiums | Ticketmaster | New York City FC | Ticketmaster | Ticketmaster | |

| Content | Qty | Ticketmaster | Competitor/ open |
|---|---|---|---|
| Teams | 29 | 17 | 12 |
| | | 59% | 41% |
| Building | 29 | 17 | 12 |
| | | 59% | 41% |

| | Mixed | Ticketmaster | Competitor/ open |
|---|---|---|---|
| MLS Venues: | 0 | 17 | 12 |
| | 0% | 59% | 41% |

Notes: 2022 Season, 6 teams play in NFL/MLB buildings ticketed by TM

| School | Conference | P5 | Category | Team Ticketer | Building Ticketer | Carveouts in 22 |
|---|---|---|---|---|---|---|
| Boston College | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Clemson | ACC | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Duke | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Florida State | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Georgia Tech | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Louisville | ACC | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | Team Plays at KFC YUM |
| Miami | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| North Carolina | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| North Carolina State | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Notre Dame | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Pittsburgh | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Syracuse | ACC | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Virginia | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Virginia Tech | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Wake Forest | ACC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Illinois | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Indiana | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Iowa | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Maryland | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Michigan | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Michigan State | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Minnesota | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Nebraska | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Northwestern | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Ohio State | B10 | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Penn State | B10 | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Purdue | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Rutgers | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Wisconsin | B10 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Baylor | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| BYU | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Cincinnati | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Houston | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Iowa State | B12 | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Kansas | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Kansas State | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Oklahoma | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Oklahoma State | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| TCU | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Texas | B12 | Power 5 | Mixed | Paciolan | Ticketmaster | TM tickets Moody Center |
| Texas Tech | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| UCF | B12 | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| West Virginia | B12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Arizona | P12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Arizona State | P12 | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Cal | P12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Colorado | P12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Oregon | P12 | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Oregon State | P12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Southern Cal | P12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Stanford | P12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| UCLA | P12 | Power 5 | AXS | AXS | AXS | |
| Utah | P12 | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Washington | P12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Washington State | P12 | Power 5 | Paciolan | Paciolan | Paciolan | |
| Alabama | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Arkansas | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Auburn | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Florida | SEC | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |

| Power 5 only | Qty | Ticketmaster | Competitor/ open |
|---|---|---|---|
| Athletics | 69 | 15 | 54 |
| | | 22% | 78% |
| Building | 69 | 16 | 53 |
| | | 23% | 77% |

| | Mixed | Ticketmaster | Competitor/ open |
|---|---|---|---|
| College | 1 | 15 | 53 |
| | 1% | 22% | 77% |

Notes: 2022-23 Season, Recent swaps: Clemson to TM, Vanderbelt and OK State to Pac; note not all schools have "building content" outside of athletics

| | | | | | | |
|---|---|---|---|---|---|---|
| Georgia | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Kentucky | SEC | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | Team plays at Rupp Arena |
| LSU | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Mississippi | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Mississippi State | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Missouri | SEC | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| South Carolina | SEC | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Tennessee | SEC | Power 5 | Ticketmaster | Ticketmaster | Ticketmaster | |
| Texas A&M | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Vanderbilt | SEC | Power 5 | Paciolan | Paciolan | Paciolan | |
| Butler | BE | | Ticketmaster | Ticketmaster | Ticketmaster | |
| Connecticut | BE | | Paciolan | Paciolan | Paciolan | |
| Creighton | BE | | Ticketmaster | Ticketmaster | Ticketmaster | |
| DePaul | BE | | Paciolan | Paciolan | Paciolan | |
| Georgetown | BE | | Ticketmaster | Ticketmaster | Ticketmaster | |
| Marquette | BE | | Ticketmaster | Ticketmaster | Ticketmaster | |
| Providence | BE | | Paciolan | Paciolan | Paciolan | |
| Seton Hall | BE | | Ticketmaster | Ticketmaster | Ticketmaster | |
| St. John's | BE | | Ticketmaster | Ticketmaster | Ticketmaster | |
| Villanova | BE | | Paciolan | Paciolan | Paciolan | |
| Xavier | BE | | Paciolan | Paciolan | Paciolan | |

| League | Team | Current Venue Name | Ticketer 2010 | Ticketer Current | |
|---|---|---|---|---|---|
| NBA | ATLANTA HAWKS | State Farm Arena | Ticketmaster | Ticketmaster | |
| NBA | BOSTON CELTICS | TD Garden | Ticketmaster | Ticketmaster | |
| NBA | CHARLOTTE HORNETS | Spectrum Center | Ticketmaster | Ticketmaster | |
| NBA | CHICAGO BULLS | United Center | Ticketmaster | Ticketmaster | |
| NBA | DALLAS MAVERICKS | American Airlines Center | Ticketmaster | Ticketmaster | |
| NBA | DETROIT PISTONS | Little Caesars Arena | Ticketmaster | Ticketmaster | |
| NBA | GOLDEN STATE WARRIORS | Chase Center | Ticketmaster | Ticketmaster | |
| NBA | INDIANA PACERS | Gainbridge Fieldhouse | Ticketmaster | Ticketmaster | |
| NBA | MEMPHIS GRIZZLIES | FedExForum | Ticketmaster | Ticketmaster | |
| NBA | MIAMI HEAT | Kaseya Center | Ticketmaster | Ticketmaster | |
| NBA | MILWAUKEE BUCKS | Fiserv Forum | Ticketmaster | Ticketmaster | |
| NBA | NEW YORK KNICKS | Madison Square Garden | Ticketmaster | Ticketmaster | |
| NBA | OKLAHOMA CITY THUNDER | Paycom Center | Ticketmaster | Ticketmaster | |
| NBA | ORLANDO MAGIC | Kia Center | Ticketmaster | Ticketmaster | |
| NBA | PHOENIX SUNS | Footprint Center | Ticketmaster | Ticketmaster | |
| NBA | SACRAMENTO KINGS | Golden 1 Center | Ticketmaster | Ticketmaster | |
| NBA | SAN ANTONIO SPURS | AT&T Center | Ticketmaster | Ticketmaster | |
| NBA | TORONTO RAPTORS | Scotiabank Arena | Ticketmaster | Ticketmaster | |
| NBA | WASHINGTON WIZARDS | Capital One Arena | Ticketmaster | Ticketmaster | |
| NBA | PORTLAND TRAILBLAZERS | Moda Center | New Era Tickets | Ticketmaster | |
| NBA | UTAH JAZZ | Delta Center | SmithsTix | Seatgeek | |
| NBA | DENVER NUGGETS | Ball Arena | AXS | Ticketmaster | |
| NBA | PHILADELPHIA 76ERS | Wells Fargo Center | Paciolan | Ticketmaster | |
| NBA | CLEVELAND CAVALIERS | Rocket Mortgage FieldHouse | Veritix | Ticketmaster | |
| NBA | HOUSTON ROCKETS | Toyota Center | Veritix | AXS | |
| NBA | LOS ANGELES CLIPPERS | Intuit Dome | Ticketmaster | **Ticketmaster** | Moving to Intuit, TM 24/25 |
| NBA | LOS ANGELES LAKERS | Crypto.com Arena | Ticketmaster | Ticketmaster | |
| NBA | MINNESOTA TIMBERWOLVES | Target Center | Ticketmaster | AXS | |
| NBA | NEW ORLEANS PELICANS | Smoothie King Center | Ticketmaster | Seatgeek | |
| NBA | BROOKLYN NETS | Barclays Center | Ticketmaster | Ticketmaster | |
| NHL | ANAHEIM DUCKS | Honda Center | Ticketmaster | Ticketmaster | |
| NHL | BOSTON BRUINS | TD Garden | Ticketmaster | Ticketmaster | |
| NHL | CALGARY FLAMES | Scotiabank Saddledome | Ticketmaster | Ticketmaster | |
| NHL | CAROLINA HURRICANES | PNC Arena | Ticketmaster | Ticketmaster | |
| NHL | CHICAGO BLACKHAWKS | United Center | Ticketmaster | Ticketmaster | |
| NHL | COLUMBUS BLUE JACKETS | Nationwide Arena | Ticketmaster | Ticketmaster | |
| NHL | DALLAS STARS | American Airlines Center | Ticketmaster | Ticketmaster | |
| NHL | DETROIT RED WINGS | Little Caesars Arena | Ticketmaster | Ticketmaster | |
| NHL | EDMONTON OILERS | Rogers Place | Ticketmaster | Ticketmaster | |
| NHL | FLORIDA PANTHERS | Amerant Bank Arena | Ticketmaster | Seatgeek | |
| NHL | MINNESOTA WILD | Xcel Energy Center | Ticketmaster | Ticketmaster | |
| NHL | NASHVILLE PREDATORS | Bridgestone Arena | Ticketmaster | Ticketmaster | |
| NHL | NEW JERSEY DEVILS | Prudential Center | Ticketmaster | Ticketmaster | |
| NHL | NEW YORK ISLANDERS | UBS Arena | Ticketmaster | Ticketmaster | |
| NHL | NEW YORK RANGERS | Madison Square Garden | Ticketmaster | Ticketmaster | |
| NHL | ARIZONA COYOTES | Delta Center | Ticketmaster | **Seatgeek** | Moving to Utah, SG 24/25 |
| NHL | PITTSBURGH PENGUINS | PPG Paints Arena | Ticketmaster | Ticketmaster | |
| NHL | SAN JOSE SHARKS | SAP CENTER AT SAN JOSE | Ticketmaster | Ticketmaster | |
| NHL | ST. LOUIS BLUES | Enterprise Center | Ticketmaster | Ticketmaster | |
| NHL | TAMPA BAY LIGHTNING | Amalie Arena | Ticketmaster | Ticketmaster | |
| NHL | TORONTO MAPLE LEAFS | Scotiabank Arena | Ticketmaster | Ticketmaster | |
| NHL | VANCOUVER CANUCKS | Rogers Arena | Ticketmaster | Ticketmaster | |
| NHL | WASHINGTON CAPITALS | Capital One Arena | Ticketmaster | Ticketmaster | |
| NHL | WINNIPEG JETS | Canada Life Centre | Ticketmaster | Ticketmaster | |
| NHL | OTTAWA SENATORS | Canadian Tire Centre | Capital Tickets | Ticketmaster | |
| NHL | MONTREAL CANADIENS | Bell Centre | Outbox | Ticketmaster | |
| NHL | COLORADO AVALANCHE | Ball Arena | Veritix | Ticketmaster | |
| NHL | BUFFALO SABRES | KeyBank Center | TDC | Ticketmaster | |
| NHL | SEATTLE KRAKEN | Climate Pledge Arena | Ticketmaster | Ticketmaster | |
| NHL | PHILADELPHIA FLYERS | Wells Fargo Center | Paciolan | Ticketmaster | |
| NHL | LOS ANGELES KINGS | Crypto.com | Ticketmaster | AXS | |
| NHL | VEGAS GOLDEN KNIGHTS | T-Mobile Arena | | AXS | |
| NFL | ATLANTA FALCONS | Mercedes-Benz Stadium | Ticketmaster | Ticketmaster | |
| NFL | BUFFALO BILLS | Highmark Stadium | Ticketmaster | Ticketmaster | |
| NFL | CAROLINA PANTHERS | Bank of America Stadium | Ticketmaster | Ticketmaster | |
| NFL | CHICAGO BEARS | Soldier Field | Ticketmaster | Ticketmaster | |
| NFL | CINCINNATI BENGALS | Paycor Stadium | Ticketmaster | Ticketmaster | |
| NFL | CLEVELAND BROWNS | Cleveland Browns Stadium | Ticketmaster | Ticketmaster | |
| NFL | DENVER BRONCOS | Empower Field at Mile High | Ticketmaster | Ticketmaster | |
| NFL | GREEN BAY PACKERS | Lambeau Field | Ticketmaster | Ticketmaster | |
| NFL | HOUSTON TEXANS | NRG Stadium | Ticketmaster | Ticketmaster | |
| NFL | INDIANAPOLIS COLTS | Lucas Oil Stadium | Ticketmaster | Ticketmaster | |
| NFL | JACKSONVILLE JAGUARS | EverBank Stadium | Ticketmaster | Ticketmaster | |
| NFL | KANSAS CITY CHIEFS | Arrowhead Stadium | Ticketmaster | Ticketmaster | |
| NFL | LOS ANGELES CHARGERS | SoFi Stadium | Ticketmaster | Ticketmaster | |
| NFL | LOS ANGELES RAMS | SoFi Stadium | Ticketmaster | Ticketmaster | |
| NFL | MIAMI DOLPHINS | Hard Rock Stadium | Ticketmaster | Ticketmaster | |
| NFL | MINNESOTA VIKINGS | U.S. Bank Stadium | Ticketmaster | Ticketmaster | |
| NFL | NEW ENGLAND PATRIOTS | Gillette Stadium | Ticketmaster | Ticketmaster | |
| NFL | NEW YORK GIANTS | MetLife Stadium | Ticketmaster | Ticketmaster | |
| NFL | NEW YORK JETS | MetLife Stadium | Ticketmaster | Ticketmaster | |
| NFL | LAS VEGAS RAIDERS | Allegiant Stadium | Ticketmaster | Ticketmaster | |
| NFL | PHILADELPHIA EAGLES | Lincoln Financial Field | Ticketmaster | Ticketmaster | |
| NFL | PITTSBURGH STEELERS | Heinz Field | Ticketmaster | Ticketmaster | |
| NFL | SAN FRANCISCO 49ERS | Levi's Stadium | Ticketmaster | Ticketmaster | |
| NFL | SEATTLE SEAHAWKS | Lumen Field | Ticketmaster | Ticketmaster | |
| NFL | TAMPA BAY BUCCANEERS | Raymond James Stadium | Ticketmaster | Ticketmaster | |
| NFL | TENNESSEE TITANS | Nissan Stadium | Ticketmaster | Seatgeek | |
| NFL | WASHINGTON COMMANDERS | FedExField | Ticketmaster | Seatgeek | |
| NFL | BALTIMORE RAVENS | M&T Bank Stadium | Ticketmaster | Seatgeek | |
| NFL | DETROIT LIONS | Ford Field | Ticketmaster | Ticketmaster | |
| NFL | NEW ORLEANS SAINTS | Mercedes-Benz Superdome | Ticketmaster | Seatgeek | |
| NFL | DALLAS COWBOYS | At&T Stadium | Ticketmaster | Seatgeek | |
| NFL | ARIZONA CARDINALS | State Farm Stadium | Ticketmaster | Seatgeek | |
| MLB | ARIZONA DIAMONDBACKS | Chase Field | Ticketmaster | Ticketmaster | |
| MLB | ATLANTA BRAVES | Truist Park | Ticketmaster | Ticketmaster | |

| Current | Ticketmaster | Seatgeek | AXS | TDC | Other | Total |
|---|---|---|---|---|---|---|
| NFL | 26 | 6 | 0 | 0 | 0 | 32 |
| NBA | 25 | 3 | 2 | 0 | 0 | 30 |
| NHL | 28 | 2 | 2 | 0 | 0 | 32 |
| MLB | 8 | 0 | 0 | 22 | 0 | 30 |
| MLS | 17 | 8 | 2 | 0 | 2 | 29 |

| | 2010 Ticketmaster | Seatgeek | AXS | TDC | Other | Total |
|---|---|---|---|---|---|---|
| NFL | 32 | 0 | 0 | 0 | 0 | 32 |
| NBA | 24 | 0 | 1 | 0 | 5 | 30 |
| NHL | 26 | 0 | 0 | 1 | 4 | 31 |
| MLB | 14 | 0 | 0 | 13 | 3 | 30 |
| MLS | 11 | 0 | 0 | 1 | 3 | 15 |

| Delta | Ticketmaster | Seatgeek | AXS | TDC | Other | Total |
|---|---|---|---|---|---|---|
| NFL | -6 | 6 | 0 | 0 | 0 | 0 |
| NBA | 1 | 3 | 1 | 0 | -5 | 0 |
| NHL | 2 | 2 | 2 | -1 | -4 | 1 |
| MLB | -6 | 0 | 0 | 9 | -3 | 0 |
| MLS | 6 | 8 | 2 | -1 | -1 | 14 |

| | NFL | NBA | NHL | MLB | MLS | Total |
|---|---|---|---|---|---|---|
| Ticketmaster | -6 | 0 | 3 | -6 | 6 | -3 |
| Seatgeek | 6 | 3 | 0 | 0 | 7 | 16 |
| AXS | 0 | 2 | 2 | 0 | 3 | 7 |
| TDC | 0 | 0 | -1 | 9 | -1 | 7 |
| Other | 0 | -5 | -3 | -3 | -1 | -12 |

| | | | | |
|---|---|---|---|---|
| MLB | CHICAGO WHITE SOX | Guaranteed Rate Field | Ticketmaster | Ticketmaster |
| MLB | COLORADO ROCKIES | Coors Field | Ticketmaster | Ticketmaster |
| MLB | NEW YORK YANKEES | Yankee Stadium | Ticketmaster | Ticketmaster |
| MLB | SEATTLE MARINERS | T-Mobile Park | Ticketmaster | Ticketmaster |
| MLB | TORONTO BLUE JAYS | Rogers Centre | Ticketmaster | Ticketmaster |
| MLB | SAN DIEGO PADRES | Petco Park | Paciolan | Ticketmaster |
| MLB | BOSTON RED SOX | Fenway Park | TDC | TDC |
| MLB | CHICAGO CUBS | Wrigley Field | TDC | TDC |
| MLB | DETROIT TIGERS | Comerica Park | TDC | TDC |
| MLB | KANSAS CITY ROYALS | Kauffman Stadium | TDC | TDC |
| MLB | MIAMI MARLINS | Marlins Park | Ticketmaster | TDC |
| MLB | MILWAUKEE BREWERS | Miller Park | TDC | TDC |
| MLB | MINNESOTA TWINS | Target Field | TDC | TDC |
| MLB | NEW YORK METS | Citi Field | Paciolan | TDC |
| MLB | OAKLAND ATHLETICS | RingCentral Coliseum | TDC | TDC |
| MLB | PHILADELPHIA PHILLIES | Citizens Bank Park | Paciolan | TDC |
| MLB | PITTSBURGH PIRATES | PNC Park | TDC | TDC |
| MLB | SAN FRANCISCO GIANTS | Oracle Park | TDC | TDC |
| MLB | ST. LOUIS CARDINALS | Busch Stadium | TDC | TDC |
| MLB | TEXAS RANGERS | Globe Life Field | TDC | TDC |
| MLB | WASHINGTON NATIONALS | Nationals Park | TDC | TDC |
| MLB | LOS ANGELES DODGERS | Dodger Stadium | Ticketmaster | TDC |
| MLB | CLEVELAND GUARDIANS | Progressive Field | Ticketmaster | TDC |
| MLB | HOUSTON ASTROS | Minute Maid Park | Ticketmaster | TDC |
| MLB | TAMPA BAY RAYS | Tropicana Field | Ticketmaster | TDC |
| MLB | CINCINNATI REDS | Great American Ball Park | TDC | TDC |
| MLB | LOS ANGELES ANGELS | Angel Stadium | Ticketmaster | TDC |
| MLB | BALTIMORE ORIOLES | Oriole Park at Camden Yards | Ticketmaster | TDC |
| MLS | Chicago Fire FC | Soldier Field | Ticketmaster | Ticketmaster |
| MLS | Columbus Crew | Lower.com Field | Ticketmaster | Ticketmaster |
| MLS | D.C. UNITED | Audi Field | Ticketmaster | Ticketmaster |
| MLS | NEW ENGLAND REVOLUTI | Gillette Stadium | Ticketmaster | Ticketmaster |
| MLS | NEW YORK RED BULLS | Red Bull Arena | Ticketmaster | Ticketmaster |
| MLS | NEW YORK CITY FC | Yankee Stadium | | Ticketmaster |
| MLS | SAN JOSE EARTHQUAKES | Paypal Park | TDC | Ticketmaster |
| MLS | TORONTO FC | BMO Field | Ticketmaster | Ticketmaster |
| MLS | VANCOUVER WHITECAPS | BC Place | | Ticketmaster |
| MLS | ORLANDO CITY SC | Exploria Stadium | | Ticketmaster |
| MLS | ATLANTA UNITED FC | Mercedes-Benz Stadium | | Ticketmaster |
| MLS | Los Angeles Football Club | BMO Stadium | | Ticketmaster |
| MLS | COLORADO RAPIDS | Dick's Sporting Goods Park | Veritix | Ticketmaster |
| MLS | INTER MIAMI CF | Chase Stadium | | Ticketmaster |
| MLS | NASHVILLE SC | Geodis Park | | Ticketmaster |
| MLS | SEATTLE SOUNDERS FC | Lumen Field | Ticketmaster | Ticketmaster |
| MLS | CHARLOTTE FC | Bank of America Stadium | | Ticketmaster |
| MLS | PHILADELPHIA UNION | Subaru Park | Paciolan | Paciolan |
| MLS | REAL SALT LAKE | Rio Tinto Stadium | Veritix | Seatgeek |
| MLS | HOUSTON DYNAMO | PNC Stadium | Ticketmaster | Seatgeek |
| MLS | Los Angeles Galaxy | Dignity Health Sports Park | Ticketmaster | AXS |
| MLS | PORTLAND TIMBERS | Providence Park | New Era Tickets | Seatgeek |
| MLS | FC DALLAS | Toyota Stadium | Ticketmaster | AXS |
| MLS | CF Montreal | Saputo Stadium | | Outbox |
| MLS | SPORTING KANSAS CITY | Children's Mercy Park | Ticketmaster | Seatgeek |
| MLS | MINNESOTA UNITED FC | TCF Bank Stadium | | Seatgeek |
| MLS | FC CINCINNATI | TQL Stadium | | Seatgeek |
| MLS | AUSTIN FC | Q2 Stadium | | Seatgeek |
| MLS | St. Louis FC | World Wide Technology Soccer Park | | Seatgeek |