**From:** Todd Becker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBBD73642E5747B495A95B7803564A24-TODD BECKER]
**Sent:** 5/14/2024 5:06:05 PM
**To:** Kurt Schwartzkopf [kurt.schwartzkopf@ticketmaster.com]
**Subject:** FW: Emailing: Major building share summary_20230123_Final
**Attachments:** Major building share summary_20240510_Final.xlsx

Do you want me to send this to the CDDs to review and confirm?

-----Original Message-----
From: Jenny Johnson <jenny.johnson@ticketmaster.com>
Sent: Tuesday, May 14, 2024 9:30 AM
To: Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>; Clay Luter <clay.luter@ticketmaster.com>; Todd Becker <todd.becker@ticketmaster.com>; Mellany Walia <mellany.walia@ticketmaster.com>
Cc: Leonardo Garcia <leonardo.garcia@ticketmaster.com>
Subject: FW: Emailing: Major building share summary_20230123_Final

Hi all-

We've been using this document to keep track of the major league teams/ buildings. Can you take a look and make  sure these are all correct as of 2024-25 seasons for NFL/NBA/NHL and 2024 for MLB/MLS/College? Probably needs a closer eye on college in particular.

-----Original Message-----
From: Leonardo Garcia <leonardo.garcia@ticketmaster.com>
Sent: Friday, May 10, 2024 1:16 PM
To: Jenny Johnson <jenny.johnson@ticketmaster.com>
Subject: RE: Emailing: Major building share summary_20230123_Final

Here's the updated file.

-Clippers (TM) and Arizona Coyotes moving to (SG) using upcoming 24/25 for this file.
-76ers and Flyers are now both TM.
-On the college tab I changed UCLA to AXS

I also updated a bunch of venue names

Let me know if you have any questions

Thanks,

-----Original Message-----
From: Jenny Johnson <jenny.johnson@ticketmaster.com>
Sent: Friday, May 10, 2024 8:28 AM
To: Leonardo Garcia <leonardo.garcia@ticketmaster.com>
Subject: Emailing: Major building share summary_20230123_Final

Hey Leo- Can you take a stab at updating this? NFL should be the same (I think). For NBA/NHL use the upcoming season rather than the one that's ending now. And MLB/MLS use the current season

**Ex. No**

**PX0793**

**1:24-cv-03973**

HIGHLY CONFIDENTIAL

LNE-LIT24-001501499

# Document Produced in Native Format

HIGHLY CONFIDENTIAL

LNE-LIT24-001501500