| From: | Jenny Johnson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C31AE9510C94216873F1943F1F2BACE-JENNY JOHNS] |
|---|---|
| Sent: | 8/15/2022 2:00:50 AM |
| To: | Trevor Allin [trevor.allin@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com] |
| CC: | Marla Ostroff [marla.ostroff@ticketmaster.com]; Michael McNicholas [mike.mcnicholas@ticketmaster.com] |
| Subject: | RE: Check this |

And should be "Convenience fees of no less that ███".. order fee is separate

**From:** Trevor Allin <trevor.allin@ticketmaster.com>
**Sent:** Sunday, August 14, 2022 8:53 PM
**To:** Michael Wichser <michael.wichser@ticketmaster.com>
**Cc:** Jenny Johnson <jenny.johnson@ticketmaster.com>; Marla Ostroff <marla.ostroff@ticketmaster.com>; Michael McNicholas <mike.mcnicholas@ticketmaster.com>
**Subject:** Re: Check this

Fees should be "minimum ███" vs ███.

Rest looks good

On Aug 14, 2022, at 9:03 PM, Michael Wichser <michael.wichser@ticketmaster.com> wrote:


1.    **TERM/SCOPE**

1.        After further discussion, we prefer to keep Manchester out.  There are several nuances different from the North American deals as we all know, but negotiations are in a good place from the OVG point of view.  This is close
1.            OK FOR NOW
2.            OVG agrees to work towards a broader agreement for international venues.  Similar to North America, this is in-line with the spirit of the partnership
1.            OK

2.    **SIGNING BONUS**

1.        One-time payment to hit in 2022 as noted below, no problem
1.            OK
2.        Below is our understanding of the sponsorship payments, but please clarify if you agree or disagree:
1.            For UBS arena, Climate Pledge Arena and Moody Center – the annual sponsorship amounts remain as negotiated and are separate from the one-time payment.  These are complete
2.            For Acrisure Arena and Baltimore, those would be considered "B Markets."  These deals would be ███ annual sponsorships, separate from the one-time payment
1.                As we understood it, the existing deals would remain in place as they were all fully negotiated. To be specific:
1.                Seattle ███
2.                UBS  ███
3.                Austin ███
4.                Palm Desert ███

Ex. No

**PX0563**

1:24-cv-03973

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT

5.                              Baltimore ▮

2.                    The template would apply to future O&O. For now, the ones forecast are all B markets and therefore would all receive ▮ annual sponsorship. To be clear, this is a meaningful step up in sponsorship commitment, so these venues should definitely fall into the volume true-up (reference made in below section). Payments for the new venues should also be pro-rated the year they open (so if open July 1, 1st year would be ▮). These venues are Houston, Hamilton, Virginia, San Diego, Albuquerque

3.                    Payment timing for 360 venues
1.                         FY23:  no payment in FY23 specifically, but ▮ of the one-time payment would be applied to cover it
2.                         FY24: ▮ annual sponsorship payments would start
3.                         When do you envision payment for FY24?  Jan 1 or Jul 1?
1.                              July 1
4.                    For all deals, O&O and 360, the ▮ escalator every odd year is agreed to

3.   **REV SHARE / PROJECTIONS**
1.            The aggregate ▮ split is lower than what many of the venues are currently getting.  OVG agrees to the standardized approach though, it will make negotiation and operations more efficient for all.  ▮ is more in-line with many of the venues, and part of the ▮ can be used to cover shortfalls.

1.                 Our data suggests that ▮ is actually the true split for the last year for these venues (the TM ones, to be specific). To be clear, we were not trying to claw value back here but to standardize what already is in place when taken as a portfolio. We can't go the wrong way on the splits and then add the sponsorship

2.                 We should also clarify that we all agree to set standard fees of ▮ across these venues (this is consistent with most of the venues we have in this set today)

4.   **VOLUME ADJUSTMENT**
1.            Since TM and each O&O have already heavily negotiated these numbers (and both parties are happy), OVG's preference is to keep these separate, and unchanged.  Would you agree?  If 'yes', then the Volume Adjustment in this deal would apply to 360 venues in aggregate.
1.                 OK for the 5 current deals but should include the O&Os set to open over the next few years (per above comment). Those deals are not in place and will include a step up in sponsorship commitment.
2.            To clarify the math on the +/- ▮ allowance, here are examples to consider:
1.                 Assume the target is ▮ tickets annually for the 360 venues, and assume annual sponsorship of ▮
2.                 If 360 venues sell ▮ tix, then ▮ tix would be in the allowance, and OVG would receive a pro rata bonus on ▮ tix.  Correct?
3.                 On the flip, if 360 venues sell ▮ tix, then ▮ allowance, and TM would receive adjustment based on ▮ tix shortfall.  Correct?
4.            For the sponsorship adjustments, can you please clarify the math on each scenario above?
1.                 No, we were thinking there is a +/- ▮ grace but once it is tripped above or below, the entire amount is pro-rated
1.                      In "ii" and "iii" that implies the full ▮ of additional tickets would be *bonused* or *refunded* – works same for each of us
Thanks.
Michael

Michael Wichser
(310) 740-7689

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT                          LNE22-000715886