**From:** Jenny Johnson
**Sent:** Thursday, December 9, 2021 3:42 AM
**To:** Leonardo Garcia
**Subject:** RE: CMAC - DAT/Financials - Internal Call

Oh wow these are all super high

**From:** Leonardo Garcia
**Sent:** Wednesday, December 8, 2021 9:28 PM
**To:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Subject:** RE: CMAC - DAT/Financials - Internal Call

Watch out before showing them the high LNOO facility fees because we get to keep that as a company (LN/TM).

**From:** Leonardo Garcia
**Sent:** Wednesday, December 8, 2021 7:22 PM
**To:** Jenny Johnson <Jenny.Johnson@Ticketmaster.com>
**Subject:** RE: CMAC - DAT/Financials - Internal Call

Here's the same format.

| Venue Name | Tickets | Face Value | Facility Fee | % of FV | CC Bumps | % of FV | Promoter Bumps | % of FV | Service Charge | % of FV | Order Processing | % of FV | Total C&P | % of FV | Total Checkout Fee | % of FV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DARIEN LAKE AMPHITHEATER | 190,028 | 8,042,215 | | | | | | | | | | | | | | |
| ST. JOSEPH'S HEALTH AMPHITHEATER AT LAKEVIEW | 106,694 | 5,012,237 | | | | | | | | | | | | | | |
| CMAC | 139,437 | 7,146,541 | | | | | | | | | | | | | | |

**From:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Sent:** Wednesday, December 8, 2021 6:19 PM
**To:** Leonardo Garcia <leonardo.garcia@ticketmaster.com>
**Subject:** RE: CMAC - DAT/Financials - Internal Call

Can you send like the one we did for ASM? I can't flip this up inform of a client.. too hard to follow

| Venue Name | Tickets | Face Value | Facility Fee | % of FV | CC Bumps | % of FV | Promoter Bumps | % of FV | Service Charge | % of FV | Order Processing | % of FV | C&P | % of FV | Total Checkout Fees | % of FV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VAN ANDEL ARENA | 391,136 | 28,154,832 | | | | | | | | | | | | | | |
| OAKLAND ARENA | 315,586 | 24,587,582 | | | | | | | | | | | | | | |
| BOK CENTER | 314,753 | 22,786,430 | | | | | | | | | | | | | | |
| VYSTAR VETERANS ARENA | 296,598 | 23,461,641 | | | | | | | | | | | | | | |
| HERITAGE BANK CENTER | 272,181 | 14,984,448 | | | | | | | | | | | | | | |
| KFC YUM! CENTER | 265,152 | 18,512,379 | | | | | | | | | | | | | | |
| GILA RIVER ARENA | 231,077 | 18,704,337 | | | | | | | | | | | | | | |
| CHESAPEAKE ENERGY ARENA | 227,713 | 18,386,671 | | | | | | | | | | | | | | |
| TOYOTA ARENA | 223,780 | 14,337,692 | | | | | | | | | | | | | | |

**From:** Leonardo Garcia
**Sent:** Wednesday, December 8, 2021 8:13 PM
**To:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Subject:** RE: CMAC - DAT/Financials - Internal Call

Here's the 2019 data for the 2 LN and CMAC. On the calcs in blue columns: Total Fees % of FV on columns T:V and Convenience Fee % of FV on column Y.

Artpark only shows 48k annual tickets in the salesforce opportunity and was signed on Sep 2020.

Thanks,

**From:** Jenny Johnson jenny.johnson@ticketmaster.com
**Sent:** Tuesday, December 7, 2021 12:22 PM
**To:** Leonardo Garcia leonardo.garcia@ticketmaster.com
**Subject:** RE: CMAC - DAT/Financials - Internal Call

Looking for the rolled up actuals though not the fee tables

**From:** Leonardo Garcia
**Sent:** Tuesday, December 7, 2021 1:45 PM
**To:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Subject:** RE: CMAC - DAT/Financials - Internal Call

I will pull tomorrow. Darien Lake and St. Joseph are LNOO. We can get the LN fee terms from Neil Christensen?

**From:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Sent:** Tuesday, December 7, 2021 11:35 AM

**Ex. No**
**PX0775**
1:24-cv-03973

1

LNE-LIT24-001386084

**To:** Leonardo Garcia <leonardo.garcia@ticketmaster.com>
**Subject:** FW: CMAC - DAT/Financials - Internal Call

Hey leo can you pull that fee schedule that I like for these three plus CMAC?

**From:** Joe Magiera
**Sent:** Tuesday, December 7, 2021 12:48 PM
**To:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Subject:** RE: CMAC - DAT/Financials - Internal Call

Hey Jenny,

Sorry for the delay, and thanks for the reminder!

Let's try **Darien Lake Ampitheater** (LN), **St. Joseph's Health Ampitheater at Lakeview** (LN) and **Artpark**.

**Joe Magiera**
Director, Client Development



**Office:** 716.932.9607
**Mobile:** ▇▇▇▇▇
Buffalo, NY

**From:** Jenny Johnson <jenny.johnson@ticketmaster.com>
**Sent:** Tuesday, December 7, 2021 1:16 PM
**To:** Joe Magiera <joe.magiera@ticketmaster.com>
**Subject:** RE: CMAC - DAT/Financials - Internal Call

Hey Joe
Can you send over those venue comps so i can have my team pull the fees before our call Thursday? Thanks!

**Jenny Johnson**
Vice President of Commercial Strategy



**Jenny.Johnson@ticketmaster.com**
**Mobile:** ▇▇▇▇▇
Chicago, IL

-----Original Appointment-----
**From:** Sarah Knowlton
**Sent:** Tuesday, November 30, 2021 5:54 PM
**To:** Sarah Knowlton; Anne Paulsen; Jenny Johnson; Joe Magiera
**Subject:** CMAC - DAT/Financials - Internal Call
**When:** Friday, December 3, 2021 12:00 PM-12:30 PM (UTC-07:00) Mountain Time (US & Canada).
**Where:** https://livenation.zoom.us/j/91603700020?from=addon

Hi – chance for us all to connect in advance of the CMAC client call next Thursday.

Thanks,
Sarah


Hi there,

Sarah Knowlton is inviting you to a scheduled Zoom meeting.

Join from PC, Mac, Linux, iOS or Android: https://livenation.zoom.us/j/91603700020?from=addon

Or iPhone one-tap :
US: +16699006833,91603700020# or +16465588656,91603700020#

Or Telephone:
Dial:
+1 669 900 6833 (US Toll)
+1 646 558 8656 (US Toll)
877 369 0926 (US Toll Free)
877 853 5247 (US Toll Free)


Meeting ID: 916 0370 0020
International numbers available: https://livenation.zoom.us/u/abJP2hEI3U

CONFIDENTIAL                                                                                                          LNE-LIT24-001386085