| | |
|---|---|
| **From:** | Kurt Schwartzkopf [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=71A940639D1D4758B20D0E4FBAA07321-KURT SCHWAR] |
| **Sent:** | 7/13/2021 5:48:39 PM |
| **To:** | Kurt Schwartzkopf [kurt.schwartzkopf@ticketmaster.com] |
| **Subject:** | FW: For approval, Barclays DAT |
| **Attachments:** | Barclays DAT For Proposal 1 4 21.xlsm; Barclays DAT For Approval 1 4 21.xlsm |

**Ex. No**

**PX0509**

1:24-cv-03973

**From:** Todd Becker <todd.becker@ticketmaster.com>

**Date:** Monday, January 4, 2021 at 1:57 PM

**To:** Jenny Johnson <jenny.johnson@ticketmaster.com>, Leonardo Garcia <leonardo.garcia@ticketmaster.com>, Michael McNicholas <mike.mcnicholas@ticketmaster.com>

**Cc:** Microsoft Office User <kurt.schwartzkopf@ticketmaster.com>, David Shipitofsky <david.shipitofsky@ticketmaster.com>

**Subject:** RE: For approval, Barclays DAT

Attached for approval are updated DATs for Barclays Center / NJ Nets including the version for approval, and placeholder terms of what we plan to propose (which may change).

Background from David:

• Brooklyn Sports & Entertainment (BSE) is the parent company overseeing the Barclays Center, located in Brooklyn, NY and home of the Nets (NBA), Liberty (WNBA) & LI Nets (G-League)

• Current agreement expires Sept. 30, 2021

• Owner, Joe Tsai (Alibaba) purchased the team in Aug 2019. Tsai's sports properties also include: minority stake in Los Angeles FC of MLS, San Diego Seals of the NLL and minority stake in Berlin-based esports company, G2 Esports.

• One of 5 major arenas in the NY/NJ market – TM currently has deals in all 5 venues: MSG (deal expire in June 2022), Prudential Center (deal expires in Sept 2023), Nassau Coliseum (deal expires in Sept 2021) & UBS Arena (deal expires in June 2027)

• BSE has been mobile only for team events for the last few seasons and follows the resale best practices; Will be enabling SafeTixs on the venue level starting January 1, 2021

• John Abbamondi, BSE CEO, was prior the EVP of Ticketing, Suites and Corporate Hospitality at MSG and was the lead negotiator of our partnership renewal which contains the MFN clause

• John has presented a proposal to TM that contained no upfront payments or hospitality purchase, a $█ per ticket for Nets events ($█ and $███ per ticket for all other events. Resale was proposed at ███ BSE/███ TM for Nets and ███ BSE/███ TM for all other events.

• The proposal from BSE states that they want to first focus exclusively on the ticketing deal. Once that is locked in place, they will welcome the opportunity to discuss how we can more fully bring our partnership to life via advertising and hospitality assets, with the premise from our side being that we will always seek to deliver more in value to you than we receive in sponsorship revenues.

• The proposal from John states that they welcome the opportunity to discuss how we can more fully bring our partnership to life via advertising and hospitality assets, with the premise from our side being that we will always seek to deliver more in value to you than we receive in sponsorship revenues.

• TM's counter will contain a full exclusivity clause for both primary and resale in return for lower per ticket rates while protecting the MFN at MSG (MFN ~$███ per ticket).

DAT Highlights, <u>proposal will include terms more favorable for TM:</u>

• Approval DAT GMAD ~ $███ per ticket, or $███ annual; Proposed DAT = $███ per ticket, or $███ annual

• Term: 5 years, starting upon the expiration of the existing agreement (October 1, 2021)

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

- Structure: per ticket
- Primary tickets: 610,000 including platinum; <u>10% reduction from 18/19 tickets</u>. Year 1 tickets in the DAT not discounted for CV19 because the contract does not start until Oct 2021.

TM Retain:
- $█ per ticket retain on non-nets
- No bumps modeled
- No cap modeled, but will be proposed
- $█ per ticket on Nets, including singles through Archtics (no bumps or caps modeled)
- No order fee retain (current = $█ in approved, $█ on non-nets in proposed DAT.

Royalties:
- Approved DAT includes $1.█ total fixed payment included as placeholder in DAT, $█ in proposed DAT; we have an open $█ from the 19/20 season that we could potentially not clawback, which could be used to put the total at $█ or $█ annual value for the client.
- Current fixed includes Ad allowance and a suite purchase
- █ on plat/vip buyer fee (█ today)

Resale:
- No Sponsorship, $█M today
- █ team royalty, DAT sharable revenue excludes CAC deduction, proposal will include deduction
- █ non-team royalty, standard terms, proposal will include █

Other / Credit Card:
- █ TM primary, on gross, no change on the rate.
- Feld modeled on national Feld terms
- $█ hardware purchase modeled, not for proposal

Thanks

---

**From:** Jenny Johnson
**Sent:** Monday, January 04, 2021 11:42 AM
**To:** Todd Becker <todd.becker@ticketmaster.com>; Leonardo Garcia <leonardo.garcia@ticketmaster.com>; Michael McNicholas <mike.mcnicholas@ticketmaster.com>
**Cc:** Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>; David Shipitofsky <david.shipitofsky@ticketmaster.com>
**Subject:** RE: For approval, Barclays DAT

Can you send a DAT with what we're actually going to propose as well? Some of terms below are going to be non-negotiables like the marketing deductions and the concerts royalty for resale..

Let's get time to discuss before sending.. need a refresh on where we landed on strategy in our last meeting before the holidays

---

**From:** Todd Becker
**Sent:** Monday, January 4, 2021 1:37 PM
**To:** Jenny Johnson <jenny.johnson@ticketmaster.com>; Leonardo Garcia <leonardo.garcia@ticketmaster.com>; Michael McNicholas <mike.mcnicholas@ticketmaster.com>

**Cc:** Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>; David Shipitofsky <david.shipitofsky@ticketmaster.com>
**Subject:** For approval, Barclays DAT

Attached for approval is an updated DAT for Barclays Center / NJ Nets.

Background from David:

- Brooklyn Sports & Entertainment (BSE) is the parent company overseeing the Barclays Center, located in Brooklyn, NY and home of the Nets (NBA), Liberty (WNBA) & LI Nets (G-League)
- Current agreement expires Sept. 30, 2021
- Owner, Joe Tsai (Alibaba) purchased the team in Aug 2019. Tsai's sports properties also include: minority stake in Los Angeles FC of MLS, San Diego Seals of the NLL and minority stake in Berlin-based esports company, G2 Esports.
- One of 5 major arenas in the NY/NJ market – TM currently has deals in all 5 venues: MSG (deal expire in June 2022), Prudential Center (deal expires in Sept 2023), Nassau Coliseum (deal expires in Sept 2021) & UBS Arena (deal expires in June 2027)
- BSE has been mobile only for team events for the last few seasons and follows the resale best practices; Will be enabling SafeTixs on the venue level starting January 1, 2021
- John Abbamondi, BSE CEO, was prior the EVP of Ticketing, Suites and Corporate Hospitality at MSG and was the lead negotiator of our partnership renewal which contains the MFN clause
- John has presented a proposal to TM that contained no upfront payments or hospitality purchase, a $█ per ticket for Nets events ($█ and $██ per ticket for all other events. Resale was proposed at ██ BSE/██ TM for Nets and ██ BSE/██ TM for all other events.
- The proposal from BSE states that they want to first focus exclusively on the ticketing deal. Once that is locked in place, they will welcome the opportunity to discuss how we can more fully bring our partnership to life via advertising and hospitality assets, with the premise from our side being that we will always seek to deliver more in value to you than we receive in sponsorship revenues.
- The proposal from John states that they welcome the opportunity to discuss how we can more fully bring our partnership to life via advertising and hospitality assets, with the premise from our side being that we will always seek to deliver more in value to you than we receive in sponsorship revenues.
- TM's counter will contain a full exclusivity clause for both primary and resale in return for lower per ticket rates while protecting the MFN at MSG (MFN ~$██ per ticket).

DAT Highlights, <u>proposal will include terms more favorable for TM:</u>

- GMAD ~ $██ per ticket, or $██ annual
- Term: 5 years, starting upon the expiration of the existing agreement (October 1, 2021)
- Structure: per ticket
- Primary tickets: 610,000 including platinum; <u>10% reduction from 18/19 tickets</u>. Year 1 tickets in the DAT not discounted for CV19 because the contract does not start until Oct 2021.

TM Retain:

- $██ per ticket retain on non-nets
- No bumps modeled, but will be proposed
- No cap modeled, but will be proposed
- $██ per ticket on Nets, including singles through Archtics (no bumps or caps modeled)
- No order fee retain (current = $███

Royalties:

- $█.█ total fixed payment included as placeholder in DAT, <u>will not be proposed</u>; we have an open $██ from the 19/20 season that we could potentially not clawback, which could be used to put the total at $█.█ or $██ annual value for the client.
- No fixed payments, current includes Ad allowance and a suite purchase

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

- ██/█ on plat/vip buyer fee (███ today)

Resale:
- No Sponsorship, ████ today
- ███ team royalty, DAT sharable revenue excludes CAC deduction, proposal will include deduction
- ███ non-team royalty, standard terms, proposal will include ███

Other / Credit Card:
- ████ TM primary, on gross, no change on the rate.
- Feld modeled on national Feld terms
- $███ hardware purchase modeled, not for proposal

Thanks

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000176316

# Document Produced in Native Format

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT

LNE22-000176317

# Document Produced in Native Format

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                LNE22-000176319