| From: | Jenny Johnson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C31AE9510C94216873F1943F1F2BACE-JENNY JOHNS] |
|---|---|
| Sent: | 4/11/2024 7:58:30 PM |
| To: | Marla Ostroff [marla.ostroff@ticketmaster.com]; Trevor Allin [trevor.allin@ticketmaster.com] |
| CC: | Cristienne Aceto [cristienne.aceto@ticketmaster.ca]; Nicole Hoffman [nicole.hoffman@ticketmaster.com] |
| Subject: | APPROVAL REQUIRED: 2024 North America CDD Incentive Comp Plan |
| Attachments: | 2024-04-11 2024 NA Host Incentive Compensation Plan v02.pdf |

Marla & Trevor

Attached is the 2024 CDD Incentive Comp Plan. The plan remains consistent with the 2023 plan. We have made a small adjustment to the Gross Margin Incentive tiers to update for 2023 trends. These changes will require slightly higher portfolio gross margins in order to earn additional incentive. See below for the new tiers. Please let us know if you approve this plan. @Cristienne Aceto please make sure there are no additional changes from an HR perspective. Once you have approved we'll need to push up through Peter/Wichser/Mark/Joe for approval before distributing to the CDDS for signature. Thanks-

**2024 Plan GM Portfolio Tiers:**

| Portfolio GM change | Multiplier |
|---|---|
|  |  |

**2023 Plan GM Portfolio Tiers:**

| Portfolio GM change | Multiplier |
|---|---|
|  |  |

Jenny Johnson
Vice President of Commercial Strategy



Jenny.Johnson@ticketmaster.com
Mobile: ▮▮▮▮▮▮
Chicago, IL

**Ex. No**
**PX0782**
1:24-cv-03973

CONFIDENTIAL                                                 LNE-LIT24-001455355

*All,*

*Trevor and I are grateful for your patience, as we modified the 2024 Incentive Compensation Plan.  The plan document will be sent to you shortly, along with your individual tracker to ensure you are able to forecast your potential earnings.*

*This year's plan is structurally consistent with last year focusing on new and renewed business. We have made a few changes to emphasize the company's desire to maintain deal terms at a reasonable length by eliminating incentives for any agreement over a 5year term.  We understand that the push for longer deals is coming from our competition and that sometimes we have little choice but to match.  With senior management approval that may be allowed.  But the changes to the Incentive Plan reflect the company's belief that a 5-year term appropriately balances a stable relationship in which we can invest with the costs and risks of longer terms.*

*HR Operations will be sending each of you the Incentive Compensation Plan document via DocuSign. You will be asked to execute the letter, so we may retain a signed copy for our records. Your trackers will also be sent by HR Operations. Please direct any plan structure questions to Jenny Johnson, and if you haven't received your Plan document by August 3, 2024, reach out to Cristienne Aceto.*

*Thank you again for your understanding, as we worked to have this year's Plan finalized,*

*Cordially,*

&

Marla Ostroff
Managing Director    -
North America

Trevor Allin
EVP,  Business & Commercial Operations

1

CONFIDENTIAL

LNE-LIT24-001455356

## 2024 North America
## Annual Incentive Compensation Plan: Host Segments

### I. Documentation

In addition to this **North America Annual Incentive Compensation Plan: Host Segments, (the "Plan")
document**, each eligible employee will also receive three other files:

1. Schedule I – Plan Calculations and Mechanics, embedded in the Plan document;
2. Schedule II – General Plan Provisions, embedded in the Plan document;
3. A Compensation Calculator (Excel file), which will be provided under separate cover by the Commercial Strategy team. This file demonstrates how the formulas work and allows you to model how much you may be eligible to be paid under whatever performance assumptions you choose to make. Notes on how to use the model are included in the Excel file.

See your manager if for some reason you haven't received any of the abovementioned documents. You'll need to sign page 3 of this document, acknowledging receipt of the official documentation, and return it via email, as instructed on that page. *In order to receive payment of Incentive Compensation, this signed Participant Acknowledgment Form must be on file.*

### II. Plan Overview

This Annual Incentive Compensation Plan (the "Plan") is designed to pay you incentive compensation (IC), in addition to your base salary, based on your success at meeting or exceeding various goals we've set for our teams and based on Ticketmaster reaching its financial targets, including remaining employed with Ticketmaster through relevant time periods. This document, along with Schedule I, describes the terms under which you may be eligible to receive such incentive compensation.

The Plan is effective as of January 1, 2024, and will remain in effect through December 31, 2024, unless terminated or modified earlier by Ticketmaster in accordance with the General Plan provisions in Schedule II.

The Plan's IC calculations are described in detail in Schedule I. In general, your IC will be directly impacted by your (or your team's) level of success at accomplishing various goals appropriate to your role and based on Ticketmaster meeting its financial targets. These include primarily renewing existing client agreements and signing new clients.

Employee Name, your individual At Plan IC for 2024 is _____%.

This Plan is intended to provide each eligible employee with a strong economic incentive to perform in a manner, and at a level of achievement, that serves the business interests of Ticketmaster, and to reward those team members who accomplish their performance goals.

FAQs are included at the end of this document to help address several possible questions. Please speak with your supervisor if you have questions not answered here.

CONFIDENTIAL                                                                                    LNE-LIT24-001455357

## III. Definitions

Adjusted Operating Income (AOI): One measure of Ticketmaster's profitability, equal to revenue less variable royalties, other variable expenses, but excluding fixed royalty amortization.

At-Plan IC: The amount of IC paid if you achieve exactly each of your goal targets, with no performance either above or below your goal targets. This amount is listed in the Compensation Calculator on an annualized basis.

Base Salary: The amount of regularly recurring salaried wages paid to you by the company as reflected on the company's payroll records and listed in your Compensation Calculator as of 12/31/2024.

Compensation Goals: Individual goals to be used in calculating payable IC, listed in your Compensation Calculator.

Corporate Performance Multiplier: A factor in calculating final IC determined by Ticketmaster's financial results as measured by AOI.

Effective Period: January 1, 2024 through December 31, 2024.

Final Incentive Compensation: Your final payable IC, calculated as total IC multiplied by the Corporate Performance Multiplier.

Incentive Compensation ("IC"): Includes all performance-based compensation under this Plan as determined pursuant to Schedule I prior to application of the Corporate Performance Multiplier.

Segment: The business unit within which the eligible employee is one of several account management participants.

3

LNE-LIT24-001455358

## Employee Acknowledgment of 2024 Annual Incentive Compensation Plan

In order to be eligible to participate in this Plan and receive payment of any Incentive Compensation pursuant to it, you must sign and return this document to HR via DocuSign.

Ticketmaster has established this Plan as a method of compensating various eligible employees in relation to individual or group productivity and to promote employee retention. By executing this document, the employee:

1. Acknowledges receipt of the Plan in written form;
2. Understands that the Plan document represents all terms and conditions of the Plan;
3. Verifies that they have read and understand the terms and conditions of the Plan; and
4. Acknowledges that Ticketmaster reserves the sole right to amend, modify, or otherwise change the terms and conditions of the Plan at any time, with or without advanced notice.

_____                    _____

Signature                                                          Date


_____

Employee Name

Once signed and dated, please return a completed copy of this document to HR via DocuSign.

*In order to receive payment of Incentive Compensation, your signed Employee Acknowledgment Form must be on file.*

_____

In Human Resources, you may contact Cristienne Aceto should you have any questions.

Accepted on behalf of Ticketmaster:


_____

Cristienne Aceto
Vice President, Human Resources – Business Operations
Ticketmaster

4

CONFIDENTIAL                                                          LNE-LIT24-001455359

## SCHEDULE I Plan Calculations and Mechanics

The 2024 Incentive Compensation (IC) plan has been simplified as compared to prior years and is designed to focus on two priorities: (1) Renewing Client Tickets and (2) New Business. As in prior years, your performance against these goals will determine your payout amount, which will be subject to adjustments based on Ticketmaster's operating income results (using the Corporate Performance Multiplier). You will be provided with a spreadsheet that will help you track your progress towards your goal(s) and calculate your expected IC payout amount as we progress through the year.

### I.    Renewals:

For all signed renewals, you will be eligible for Incentive Compensation based on a fraction of your Renewed Tickets Target. Your Renewed Tickets Target is calculated using the Deal Analysis Templates (DATs) for your renewals.

Generally, your Renewed Tickets Target includes all not yet renewed client contracts (with at least 5,000 annual tickets) assigned to you that expire (or have already expired) during the period 1/1/24 - 12/31/24, plus all clients (with at least 5,000 annual tickets) assigned to you currently operating on a month-to-month basis. For example, if you have 10 clients with expiring contracts in 2024, each with 50,000 annual tickets, your Renewed Tickets Target would be 500,000 tickets.

Your Target IC amount for renewals is your base salary for 2024 multiplied by your Target IC rate. For example, if your base salary is $100,000 and your Target IC rate is 10%, your Target IC amount for renewals is $10,000. Your specific Target IC rate will be provided to you in separate documentation.

Note: your renewal ticket pool may change during the year (e.g. if you are assigned a client intra-year, or if you sign renewals in 2024 for clients expiring in 2025 and beyond that do not meet all three of the criteria in Section 1a below, "Early Renewals").

a.  **Term-Length Multiplier:** Your renewal tickets will be subject to a multiplier based on contract term for the new deal. As indicated in the chart below, contracts with a 5 year term length will receive a multiplier of 125%, 4 years 100%, 3 years 90%, 2 years 75% and 1 year 60%.  Term lengths with partial years will round to the nearest full year. For example, if a contract is for 2 years and 9 months, it will count as a 3-year term and receive an 90% multiplier. If a contract is 4 years and 1 month will count as 4 years and receive a 100% multiplier.

| Term Length | Multiplier |
|:---:|:---:|
| 5 | 125% |
| 4 | 100% |
| 3 | 90% |
| 2 | 75% |
| 1 | 60% |
| Auto Roll | 100% |

b.  **Early Renewals:** For each "qualifying" renewal of a client in 2024 with a current agreement expiring in 2025 and beyond, we will boost your payout by adding the associated weighted tickets to your *actual* results, but we will not add the renewal's tickets to your Renewed Tickets Target. For example, assume your 2024 Renewed Tickets Target (for clients with contracts expiring in 2024) is 500,000 and you renew all these clients with the same term lengths. Everything else equal, if you were then to also have a "qualifying" early renewal for 100,000 weighted tickets, your payout would increase from 100%

5

LNE-LIT24-001455360

(500,000/500,000) of your Target IC amount for renewals to 120% (600,000/500,000) of your Target IC amount for renewals. Thus, if your Target IC amount for renewals was originally $10,000 (10% of a $100,000 base salary), your new payout would be $12,000 (12% of a $100,000 base salary).

An early renewal is "qualifying" if all of the following three criteria are satisfied: a) the renewal must be signed at least six months prior to the current deal's expiration date after 2024, b) the renewal must have a term length of at least one year, and c) if the renewal is to start prior to the expiration of the current deal, the renewal's terms must maintain the integrity of the current deal with respect to fees during the portion of the renewal prior to the current deal's expiration date (the "overlap period"). For example, a fee increase scheduled to take effect under the current deal during the overlap period must be implemented under the renewal's terms. For early renewals that are not considered "qualifying," we will add the associated weighted tickets to your actual results as well as to your Renewed Tickets Target.

**c. Special-Case Clients**: Special-case clients may be included in or excluded from the calculation of Renewable Tickets. Special-case clients must be defined and approved in writing by the EVP, Business & Commercial Operations, Ticketmaster North America.

Please note that any contractual extensions (auto-rolls, extensions related to provisions related to COVID, etc.) will not be treated as early renewals, but will be pulled into your Renewed Tickets Target for the year the extension is reached. Mid-term auto rolls will be included in your Renewed Tickets Target. In the case of midterm auto rolls, the term-length multiplier will be set to 100% (both prior term and new term set to one year), and the Gross Margin will be included (if applicable) in the Portfolio GM multiplier calculation the same as other renewals (for more on the Portfolio GM multiplier, see below).

**d. Gross Margin (GM) Incentive** (generally applies to all Client Development Directors (CDDs) except those who manage NBA, NHL and NFL portfolios): In addition to the term targets described above, there will be an additional multiplier included to incentivize preservation of gross margin for all renewals. Rather than being calculated at an individual client level, the overall "Portfolio GM" for a given year will be the target. After renewed tickets (both non-early and early renewals) are weighted for term length as described above, the weighted GM/ticket for the year's portfolio of renewals (including non-early and early renewals) will be calculated and compared to the existing GM/ticket for that set of clients. Your IC will then be given an additional multiplier to reflect relative preservation of GM on your portfolio for the year. Multipliers will be as follows:



| Portfolio GM change | Multiplier |
| --- | --- |

The gross margin calculation will include all components found in the Deal Analysis Template, including but not limited to primary tickets, resale tickets, Platinum/VIP tickets, and fixed payments.

**e. Calculating Renewal IC Payout**: Renewal IC payout is calculated as follows:

$$\text{Renewal IC Payout} = \text{Target IC Amount for Renewals} \times \frac{\text{Weighted Tickets}}{\text{Renewed Tickets Target}} \times \text{Gross Margin Impact (if applicable)}$$

6

Please see Exhibit I and Exhibit II (Example Incentive Compensation Renewal Compensation Calculators) for an example of how the renewal IC payout will be calculated.

Note: Your total IC for renewals will be capped annual at 200% of your IC plan target.

## II. New Business:
Commission will be awarded for all new business signed during the year. The commission for new business will be structured as follows:

Year 1 of the new business contract: You will receive 3% of the annual gross margin achieved by that client. The commission is eligible for payment once the contract is signed however, if the contract is back dated, the commission will be applied from the when the client sales began through the end of the first contract year.

Year 2 and beyond of the new business contract: For each additional year of the contract after Year 1, you will receive 1% of GM achieved by the client for that contract year through the 5th contract year. Commissions will cease after the 5th contract year. For clients with contracts that begin/end on dates other than the calendar/TM's fiscal year, the commission on GM for any "Stub" periods will be paid with the other components of the IC plan to align with the timing of Ticketmaster's fiscal year.

New Business commissions will be paid annually in Q1 of the following fiscal year.

Example: A new client is signed for a five-year deal beginning 1/1/2024. Actual 2024 GM for the client came in at $1.1M. The CDD would then receive a $18,000 ($1.1M * 3%) payment in Q1 2024. If a new client is signed beginning 10/1/2024, the CDD would receive 3% of the GM generated from 10/1/2024-12/31/2024 in Q2 2025. They would then receive 3% on GM generated from 1/1/2025-9/30/2025 + 1% on 10/1/24-12/31/2025 paid in Q1 2026.

With exceptions made my Ticketmaster/segment leadership, annual commissions for new business will be capped at 50% of the employee's annual base salary.

## III. Eligibility
Employees are not eligible for the IC plan for any year in which they are on a performance improvement plan. Additionally, any eligible employee (i.e. Client Development Director) who transfers into a non-eligible role during the Plan year may request credit for any accomplishments on their Compensation Goals that have not yet been formally calculated or paid and for which they desire credit. Any payment owed under the Plan will be issued on a prorated basis.

## IV. Additional IC Plan Considerations
**a. Corporate Performance Multiplier:** As has been the case each year since initiating Incentive Compensation, individual accomplishment must be tempered against Ticketmaster's overall financial success. As we have done historically, we will include an adjustment to your IC in the event Ticketmaster does not achieve its financial target set by Live Nation corporate.

To accomplish this, IC as calculated above will be multiplied by a "Corporate Performance Multiplier" to derive "Final IC." In 2024, this multiplier's value is determined by Ticketmaster's actual financial results for 2024 as measured by AOI (Adjusted Operating Income). To define the multiplier, we set a range between Ticketmaster's 2024 AOI target and a lower limit on the targeted AOI. If AOI comes in at or above the corporate target, then no adjustment would be made to your IC amount. If, however, AOI comes in below the target, the multiplier would be a value between 0.5 and 1.0, in proportion to where Ticketmaster's

7

LNE-LIT24-001455362

actual AOI results fall between the lower limit and the AOI target. If AOI comes in less than 50% of the targeted AOI, then the multiplier would be 0.5 and total IC would be lowered by 50%. However, exceptions to the Corporate Performance Multiplier can be made where individual performance dictates such an exception and will be made at Ticketmaster's sole and absolute discretion.

**b. IC Payout:** For renewal accounts signed between 1/1-6/30, payouts will be made within 60-90 days of the end of the third quarter. For renewal accounts signed between 7/1-12/31 and new business signed between 1/1-12/31, payouts will be made within 60-90 days of the end of the first quarter in 2025. You will not be eligible to receive IC payout until the related Letter of Understanding and Agreement (LUA) is signed.

**c. Exclusions:** Non-Host accounts/tickets, one-time events and accounts with less than 5k annual tickets are excluded from Incentive Compensation, however exceptions can be requested for material accounts and determined at Ticketmaster's sole and absolute discretion. Additionally, new accounts signed as part of a national account deal, will receive a one-time commission payment.

8

LNE-LIT24-001455363

9

**Exhibit I: Example Incentive Compensation Renewal Compensation Calculator – Participants With Sufficient New Business Opportunities**



LNE-LIT24-001455364

## Exhibit II: Example Incentive Compensation Renewal Compensation Calculator – Participants With Limited New Business Opportunities



10

LNE-LIT24-001455365

## SCHEDULE II General Plan Provisions

1. This Plan will be in effect as of January 1, 2024 and will replace and supersede all other active incentive or bonus plans. Modifications, exceptions or amendments to the Plan require the written approval of Trevor Allin, Ticketmaster's EVP Business & Commercial Operations, North America, who will also resolve disputes over interpretation of this Plan, in good faith and in their sole and absolute discretion.

2. Individuals who join the company or transfer into an eligible position on or after October 1, 2024 are not eligible to participate under the 2024 Plan. Individuals who join the company or transfer into an eligible position on or prior to September 30, 2024 will have their annual At-Plan IC amount prorated (by dividing the number of whole months in which they are participants by 12). Any such person's first month, if a partial month, shall be counted as a whole month for purposes of this proration if the eligible employee joined the company or transferred into an eligible position on or before the 15th of that month; otherwise, the partial month shall not be counted for purposes of this proration.

3. If you are reassigned within the company, you may request credit for any accomplishments on your Compensation Goals that have not yet been formally calculated or paid and for which you desire credit. Any payment for which you may become eligible under the Plan will be issued on a prorated basis.

4. The company reserves the sole right, at any time, to reassign or adjust territories, clients, or job functions; to assign other employees to your territory or job function; and/or to change particular responsibilities for those in non-territory-specific positions. The company also reserves the right to discontinue, adjust or amend this Plan at any time without advance notice as permissible by and in accordance with applicable law.

5. The company may decline to bid, reject an opportunity, offer any proposed discount or other concession, and/or otherwise manage its business according to its own judgment.

6. The company reserves the right to correct any clerical error in the Plan, or in the calculation or payment of incentive compensation at any time.

7. Notwithstanding any provision herein to the contrary, no employee or other individual will have any vested entitlement to any payments under the Plan until such payments are made (if at all). Eligible employees must be employed by Ticketmaster on the date incentive compensation payments are issued in order to be eligible to receive such incentive compensation payments unless otherwise required under applicable law.

8. You may not assign, transfer, pledge or alienate this Plan or any right to receive payment of incentive compensation to any third party, whether voluntarily or by operation of law, and any attempt to the contrary shall be void. Any claim for incentive compensation is an unsecured claim against the company.

9. Employees on an approved, non-personal (i.e. medical or parental) leave of absence or vacation will be eligible to participate in the Plan on a prorated basis, as required by applicable law.

10. This Plan is not intended as, nor does it constitute, a guarantee of continued employment with Ticketmaster or any guarantee of employment for a specific term or duration. The terms and conditions of your employment with Ticketmaster remain unchanged from what is stated in your Employment Agreement or Offer Letter.

11

CONFIDENTIAL

LNE-LIT24-001455366

**FAQs**
2024 Annual Incentive Compensation Plan

1. **Is my current salary going to change?**

   No. This Plan sits on *top* of your current salary, and is intended to give you an opportunity to *increase* in your total compensation based on achieving goals assigned to you and Ticketmaster meeting its financial targets.

2. **What does "variable incentive compensation" mean?**

   It is money you may earn under a plan that's designed to provide an incentive to perform in a way that helps the company achieve its goals, and provide rewards when you do. Your incentive compensation amount may vary with your performance or results versus certain defined objectives. It also depends on Ticketmaster's profit results for the related fiscal year.

3. **When will my IC be paid?**

   Generally, for renewal accounts signed between 1/1-6/30, payouts will be made within 60-90 days of the end of the third quarter. For renewal accounts signed between 7/1-12/31 and new business signed between 1/1-12/31, payouts will be made in Q1 2025. You will not be eligible to receive the IC payout until the related Letter of Understanding and Agreement (LUA) is signed.

4. **What kind of defined objectives is the Plan based on?**

   There are two categories of objectives. The first category is your personal objectives, which are discussed in Schedule I. Objectives are centered on renewing existing clients as well as signing new clients.

   The second category – Ticketmaster's corporate profit objective, and how it influences your IC – is described in FAQ #9-10 below.

5. **Are the objectives the same for everyone?**

   The "Compensation Goal" categories are consistent across the North America business development team. The particular performance *targets* associated with ticket renewal or new account ticket goals will be different for each eligible employee.

6. **Why might the performance goals be different in different segments or groups?**

   Different segments have different kinds of clients, different opportunities, and different historical performance benchmarks. For this reason, we've set different goals for different segments, with the objective that these will both reflect that organization's key priorities and represent an equivalent amount of "stretch" for each eligible employee.

7. **How (and when) will I know what my exact Compensation Goals and performance targets are?**

   They are defined in the Compensation Calculator (Excel spreadsheet) and in Schedule I with additional details provided by your supervisor, if needed. You should have received both the Compensation Calculator and Schedule I along with this document; please see your supervisor if you did not.

8. **How much IC do I qualify for under this Plan?**

   There are several determinants. First, each eligible employee's incentive compensation will be defined as an "at plan" amount. That's the incentive compensation you would earn if you exactly achieved each

12

                                      LNE-LIT24-001455367

of your goal targets, with no performance either above or below your target on any Compensation Goal, across the full year, and provided that Ticketmaster meets its financial targets.

Your exact at-plan amount is shown in the Compensation Calculator Excel file.

Please see Schedule I for additional information.

9. **How will Ticketmaster's profit performance affect my IC?**

   Once we've calculated your IC using the math outlined in the Compensation Calculator and Schedule I, we'll multiply the dollar total by a "Corporate Performance Multiplier." Your "Final IC" will equal IC multiplied by the Corporate Performance Multiplier. The multiplier is determined by Ticketmaster's results on a measure of profit, called Adjusted Operating Income (AOI). The multiplier can be any number between 0.5 and 1.0, which means it can reduce your IC by one-half (if it's 0.5), have no effect (if it's 1.0), or reduce your IC by some amount between 50% and 0% (if it's somewhere in between).

   The company has established an AOI goal which, if we achieve or exceed it, would produce a multiplier of 1.0. It has also established an AOI lower limit at or below which the multiplier will be 0.5. Both amounts are defined in Schedule I. If Ticketmaster's AOI for 2024 falls between the lower limit and the AOI goal, the multiplier will be between 0.5 and 1.0, determined in proportion to where our actual AOI falls in the range defined by the lower limit and the AOI goal.

10. **Are there exceptions to the operation of the Corporate Performance Multiplier?**

    Exceptions to the corporate performance multiplier will be made for individuals who have met or exceeded their goals in such a fashion that the Plan Administrator deems an exception to be appropriate.

11. **What if the company decides not to renew our agreement with one of my clients (presumably because the financials or support requirements aren't attractive to us any longer) or a client goes out of business?**

    We will remove that client's tickets from your renewal goal, ensuring you're not penalized for a non-renewal that wasn't your responsibility.

13

LNE-LIT24-001455368