**Personal messages Jenny Johnson and Kurt Schwartzkopf - 2021-10-04 (UTC)**            Private         10/4/2021, 5:51 PM UTC

Jenny Johnson and Kurt Schwartzkopf

**JJ**    Jenny Johnson

MW's giving the following update on NBA / NHL arenas to Rapino tomorrow. anything youd add / change?
[12:49 PM] •Continue to aggressively pursue early renewal opportunities to avoid RFP processes
•Expecting feedback this week for Carolina Hurricanes (352K tickets), Memphis Grizzlies (191K tickets) and St. Louis Blues (566K tickets)
•Starting negotiations on 2-year extension for San Jose Sharks/SAP Center to 2025            10/4/2021, 5:51 PM UTC

**KS**    Kurt Schwartzkopf

Not expecting Blues feedback this week (more at some point in October) - Canes and Sharks is accurate            10/4/2021, 5:54 PM UTC

**JJ**    Jenny Johnson

kk any adds?            10/4/2021, 5:55 PM UTC

**KS**    Kurt Schwartzkopf

nada, that's my sprint right now - trying to get these done.            10/4/2021, 5:58 PM UTC

**JJ**    Jenny Johnson

kk            10/4/2021, 5:58 PM UTC

**KS**    Kurt Schwartzkopf

Sorry for the last minute tweak - Grizzlies is also on the list - think we can ext as long as we agree to some product language around blockchain ticketing for an out (not a product commitment as much as a "if a blockchain ticketing company comes in and can deliver equal product to SafeTix etc ) which I'm fine w - zero chance that happens in the next 3 yrs and we would get our clawback if they opt out )            10/4/2021, 11:31 PM UTC

> **Ex. No**
> **PX0835**
> **1:24-cv-03973**

CONFIDENTIAL            LNE-LIT24-002567164



This one has been dragging out so wasn't super confident until a note late today    10/4/2021, 11:31 PM UTC

JJ  Jenny Johnson

Ok thanks!    10/4/2021, 11:35 PM UTC

The out would just be on the extension period?    10/4/2021, 11:35 PM UTC

KS  Kurt Schwartzkopf

Correct    10/4/2021, 11:36 PM UTC

Which would start in 23    10/4/2021, 11:36 PM UTC

So it's only 1 yr really    10/4/2021, 11:37 PM UTC

JJ  Jenny Johnson

Ok cool. They were on the list above, ok to leave as is or do you want that caveat in there    10/4/2021, 11:37 PM UTC

CONFIDENTIAL    LNE-LIT24-002567165



Right right

10/4/2021, 11:37 PM UTC

KS   Kurt Schwartzkopf

Because they obviously couldn't opt out this season at this point

10/4/2021, 11:37 PM UTC

JJ   Jenny Johnson

Never say never kurt hahah

10/4/2021, 11:37 PM UTC

KS   Kurt Schwartzkopf

Lol - famous last words - Yes - leave in just add that this one is close

10/4/2021, 11:38 PM UTC

JJ   Jenny Johnson

Great will do. Glad to hear it!

10/4/2021, 11:38 PM UTC

KS   Kurt Schwartzkopf

10/4/2021, 11:38 PM UTC

CONFIDENTIAL

LNE-LIT24-002567166

**PX0835.0003**