April 4, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    *United States et al. v. Live Nation Entertainment, Inc. et al.***; 1:24-cv-03973-AS**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter.  Pursuant to the Court's March 6, 2026 ruling in open court ("March 6 Ruling"), Defendants are filing the documents that Defendants admitted at trial or used as demonstratives on April 3, 2026, *see* DDX-21.1, DDX-21.2, DX-0404, DX-1494(6), DX-1494(8), DX-1494(15), DX-1494(18), DX-1494(21) and DX-1494(22).

Defendants thank the Court for its attention to this matter.

*[signatures on following page]*

Dated:  April 4, 2026

Respectfully submitted,

LATHAM & WATKINS LLP                    CRAVATH, SWAINE & MOORE LLP


_____          _____
Alfred C. Pfeiffer (admitted *pro hac vice*)    Lauren A. Moskowitz
    *Co-Lead Trial Counsel*                      Jesse M. Weiss
David R. Marriott                               Nicole M. Peles
    *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)        Two Manhattan West
Timothy L. O'Mara (admitted *pro hac vice*)     375 Ninth Avenue
Jennifer L. Giordano                            New York, NY 10001
Kelly S. Fayne (admitted *pro hac vice*)        (212) 474-1000
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)      lmoskowitz@cravath.com
                                                jweiss@cravath.com
505 Montgomery Street, Suite 2000               npeles@cravath.com
San Francisco, CA 94111
(415) 391-0600                                  *Attorneys for Defendants Live Nation*
                                                *Entertainment, Inc. and Ticketmaster L.L.C.*
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc:    All counsel of record (via ECF)

2