# Ticketmaster's Take Rate Is Decreasing



**Ticketmaster Take Rate for Primary Tickets, All Segments**