# Ticketmaster's Fixed Payments to Venues (Per Ticket) Is Increasing

**Ticketmaster Total Fixed Payments to Venues (Per Ticket), Inflation Adjusted**

$1.80
$1.50
$1.20
$0.90
$0.60
$0.30
$0.00

2013 2014 2015 2016 2017 2018 2019 2021 2022 2023 2024 2025