EARLY RENEWAL: MEMPHIS GRIZZLIES/ FEDEXFORUM

# Deal & Client Summary

| Region | Segment | Deal Owner |
|---|---|---|
| Memphis, TN | NBA & NHL | Kurt Schwartzkopf |

### Client History & Relationship

- Contract covers FedExForum and Memphis Grizzlies (NBA); TM client 20+ years
- Current deal expires June 2023 including 2 year roll due to Covid.
- Memphis market has been hit especially hard by the shut down so expecting client will value upfront cash and guaranteed sponsorship revenue
- Client states SG is encouraging the client to not sign a long term deal with TM until the Grizzlies test the SG product and that their deal will be more lucrative than TM

### Summary of Key Deal Terms

- **Term**: 5 years (July 2021- June 2026); includes 2 years of early renewal at new terms
- **Tickets**: 243k p.a. (183K primary, 8k Plat & VIP, 52K resale)
- **Gross margin**: ▇ p.a. / ▇ over term (▇ p.a. current deal); additional ▇ loss from early renewal over term (signing bonus + sponsorship)
  - $▇/ticket (▇ reduction vs. existing deal at $▇/ticket; ▇ reduction including early renewal impact)
- **Payment on signing**: $▇ signing bonus payable (comprised of $▇ sponsorship increase and signing bonus)
- Annual Cash Payment: $▇ resale sponsorship (current amount), $▇ LN marketing, $▇ ticket buy, $▇ charity
- **Variable structure**:
  - Primary: Per ticket- $▇ order fee + $▇ team and $▇ non-team all with $▇ annual increases
  - Platinum/VIP: Standard ▇ rev share, ▇ consumer fee, ▇ inside fee
  - Resale: Team ▇ on GTV< $▇ ▇ >$▇ Non-team standard ▇ royalty

### Product Assessment

- Team and the venue have activated TM's digital ticketing and resale best practices and they utilize all TM key products, including Pricemaster, TM Engage and TM1 Sales

CONFIDENTIAL

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0404**

LNE-LIT24-001971363

EARLY RENEWAL: MEMPHIS GRIZZLIES/ FEDEXFORUM

# Summary of Deal Economics



| | 2018 / 19A (Current Deal) | Projected Avg | Proposal with early renewal impact |
|---|---|---|---|
| **Client Share** (Roy + Spons, etc.) | | | |
| *% of Total Economics* | | | |
| *$/ticket* | | | |
| **TM Retain (GM)** | | | |
| *% of Total Economics* | | | |
| *$/ticket* | | | |
| **Total Economics** | | | |
| *$/ticket* | | | |

*t*

* Increased primary C&P from ▇ in 18-19 to ▇ to be in line with 19-20 fees

CONFIDENTIAL

LNE-LIT24-001971364

DX-0404.0002

# Comparative Segment Analysis



MEMPHIS GRIZZLIES (FEDEX FORUM) 5/3/21
RENEWAL PROPOSAL VS. 18-21 NBA/NHL DAT'S

Projected GM/Ticket (Primary + Resale)



*t*

CONFIDENTIAL

LNE-LIT24-001971365

**DX-0404.0003**

# Summary of Key Terms



| 66 | Current Deal | TM Proposal |
|---|---|---|
| **Core Deal Terms** | | |
| Term | 5 years ending June 2023 | 5 years beginning July 2021 |
| Primary (C&P) | Team: $▮▮ + $▮▮ per order w/ $▮▮ annual ↑<br>Non-Team: Per ticket- $▮▮ + $▮▮ per order w/ $▮▮ annual ↑; ▮▮ split on SC over $▮▮ | No Change |
| Resale | Team: ▮▮ royalty up to $▮▮ GTV, ▮▮ over $▮▮<br>Non-Team: ▮▮ Standard royalty; | No Change |
| VIP/Platinum | ▮▮ royalty<br>▮▮ fees, ▮ inside fees | No Change |
| Sponsorship / Fixed Cash | **Average Annual: $▮▮**<br>$▮ one time Signing Bonus<br>$▮▮ annual sponsorship ($▮▮ paid on signing)<br>$▮▮ annual LN Marketing allowance<br>$▮▮ annual Suite<br>$▮▮ charity | **Average Annual: $895K**<br>$▮▮ one time signing bonus<br>$▮▮ annual sponsorship<br>$▮▮ annual LN Marketing allowance<br>$▮▮ annual Suite<br>$▮▮ charity |
| Early renewal | N/A | Renewing at better terms 2 years early increased client share by $▮▮ in 21/22 and 22/23; $▮▮ impact to renewal<br>$▮▮ = signing bonus annual amount |
| **Other Deal Terms** | | |
| Credit Card | ▮▮ on GTV | No Change |
| Chargebacks | Client | Client |
| Hardware | ▮▮ Credit | $▮▮ Credit |
| Product Credits | $▮▮ annual LiveA, IOMedia | No Change |
| TM's GM | ▮▮ per ticket | ▮▮ per ticket |

CONFIDENTIAL

LNE-LIT24-001971366

**DX-0404.0004**

# TM's GM by source



| TM GM (Annual) | 18 / 19 Act | Projected (avg) |
|---|---|---|
| Total Tickets (primary + resale) | | |
| Primary - Team | | |
| Primary - concerts & Other | | |
| VIP** & Platinum | | |
| Resale – Team | | |
| Resale – Concert & Other | | |
| Fixed Payments | | |
| Product Credits | | |
| Other | | |
| Total TM GM | | |
| Early Renewal Impact (annualized) *** | | |
| Effective TM GM | | |

*t*

\* 18-19 includes $▮▮ SC split revenue that should be refunded
\*\* Raised VIP revenue per ticket in line with 19-20
\*\*\*Early renewal impact accounts for delta between 2 Covid years at old terms vs new terms (new terms of $▮▮ per year for two years or $▮▮ total for two years, over five year

CONFIDENTIAL

LNE-LIT24-001971367

**DX-0404.0005**

# Core Deal Model Assumptions

| Terms | Assumptions & Analysis |
|---|---|
| | |
| Primary | • Per ticket deal structure, current terms continue<br>• Modeled 5 year term, including 2 year CV19 roll, plus 3 years<br>• Primary tickets based on avg sales for prior seasons (adjusted non-team tickets based on avg of prior 2 years) |
| Resale | • Sales / GTV based on prior two seasons (NBA = 18/19 tix, 19/20 AOV)<br>• NBA royalty terms - ▇ up to $▇ GTV, ▇ starting at $▇ projected GTV = $▇<br>• Proposal includes ▇ royalty on non-team resale (no change from current terms) |
| Geographical Analysis | • Expect significant competition from SG with a standing proposal to beat the TM financial offer<br>• Clients are looking for increased guaranteed cash payments, following no revenue from CV19 shut-down |
| Segment / League Analysis | • Maintain majority market share of NBA/NHL league teams<br>• Recendly signed Seattle and Buffalo, Islanders new building deal in process; verbal agreement on DC<br>• Key deals lost to SG -- Brooklyn, Cleveland, Jujamcyn (Broadway) |

*t*

CONFIDENTIAL

LNE-LIT24-001971368

**DX-0404.0006**

EARLY RENEWAL: MEMPHIS GRIZZLIES, FEDEXFORUM

# Financial Summary — TM Model



| | Current | Proposed Extension | | | | | |
|---|---|---|---|---|---|---|---|
| | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 | |
| | 18 19 | 21 22 | 22 23 | 23 24 | 24 25 | 25 26 | Average |
| Tickets - Primary | | | | | | | |
| Tickets - Resale | | | | | | | |
| Tickets | | | | | | | |
| Deal Economics | | | | | | | |
| Royalties | | | | | | | |
| Sponsorship | | | | | | | |
| Product credits | | | | | | | |
| Client share | | | | | | | |
| TM Revenue less rebates | | | | | | | |
| TM direct costs | | | | | | | |
| Fixed Payments & Pdt Credits | | | | | | | |
| TM Share (Gross Margin) | | | | | | | |
| Up-front Cash * | | | | | | | |
| TM Deal Cash Flow | | | | | | | |
| Client share/ticket | | | | | | | |
| TM share/ticket | | | | | | | |

* Up-front Cash = ▇ signing bonus, offset by ▇ amortization reported on TM Gross Margin line

CONFIDENTIAL

LNE-LIT24-001971369

**DX-0404.0007**