## SeatGeek – Challenges

1.) <u>Marketing</u>
    a. In ability to sell tickets for middle of the road shows
    b. Challenge in quantifying marketing from SG for promoters
    c. Deal score working against primary ticketing goals (bad deal markers are not a good idea)
    d. SG Website & App not available in Spanish
    e. SG database 400k in south Florida / Panthers 540k

2.) <u>Ticketing</u>
    a. Scaling tool is still not completed, inefficient
    b. Prime product still not fully operational with SG pricing
    c. Not able to reprice tickets in bulk, inefficient
    d. Fees lump together instead of breaking out tax, fac fee, cc fee and SG fee
    e. Vet Tix
    f. Fee set up – too much room for error & SG missed it to

3.) <u>Reporting</u>
    a. Summary reports do not break out lift, VIP…etc
    b. Summary reports do not break out comps + paid = total tickets
    c. Amplify still does not break out lift

Marketing plan over all
Marketing plan by show
5 tactical steps:
    Engage Gupta Group Agency (Cavs & Kracken)
    SEO/SEM
    Digital Geo Fencing
    Billboards
    Other
    Fee review
Historical sales comparison (by show, by promoter)

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0913**

HIGHLY CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED BY
FLORIDA PANTHERS HOCKEY CLUB, LTD
AND ARENA OPERATING COMPANY, LTD

FPHC-00003168

DX-0913.0001