## SeatGeek – Challenges (12/20/23)

1.) <u>Marketing</u>
   a. In ability to sell tickets for middle of the road shows
   b. Challenge in quantifying marketing from SG for promoters
   c. Deal score working against primary ticketing goals (bad deal markers are not a good idea)(Teal score in development)
   d. SG Website & App not available in Spanish
   e. SG database 400k in south Florida / Panthers 540k
   f. Bi weekly marketing calls with SG marketing staff (first one happened 12/21)

2.) <u>Ticketing</u>
   a. Scaling tool can now calculate revenue, onto phase three
   b. Prime product works but does not automatically handle pricing yet
   c. Need open API for Groupon
   d. Need open API for Vet Tix on internal/off manifest tickets
   e. Can't reprice tickets already transferred (can reprice tickers not transferred)

3.) <u>Reporting (Danny to provide more detail next week)</u>
   a. Summary reports do not break out lift, VIP...etc
   b. Summary reports do not break out comps + paid = total tickets
   c. Amplify still does not break out lift

4.) <u>5 tactical steps:</u>
   a. Engage Gupta Group Agency
   b. SEO/SEM & Digital Geo Fencing
   c. SeatGeek marketing investment
   d. Produce localized Panthers/SG commercial: https://www.youtube.com/watch?v=oXttWBGpl4k
   e. Fee review: 27% is highest in the industry

5.) Historical sales comparison: LN=3% above average Other Promoters=11% above average

6.) Ticket sales comparison = 30% below average

7.) <u>Past on sale issues</u>
   a. Drake CashApp pre sale
   b. Trilogy on sale time incorrect on SG website

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0963**

HIGHLY CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED BY
FLORIDA PANTHERS HOCKEY CLUB, LTD
AND ARENA OPERATING COMPANY, LTD

FPHC-00003171

**DX-0963.0001**