UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., | |
| Plaintiffs, | 24-CV-3973 (AS) |
| -against- | |
| Live Nation Entertainment, Inc. et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record on April 8, 2026, the Court resolves the motions as follows:

1. The Motion for Sanctions is DENIED IN PART and the Court RESERVES decision in part. Within 10 days, Anschutz Entertainment Group, Inc., and Justin Bernick, are ORDERED TO SHOW CAUSE why the Court should not order, as a monetary sanction against them, any and all legal fees incurred by defendants or Rick Mueller regarding AEG's disclosure of the materials.

2. The Court RESERVES decision on defendants' Rule 50(a) motion. *See* Fed. R. Civ. P. 50(b).

3. Defendants' motion to strike Dr. Hill's testimony regarding win-loss data is GRANTED IN PART AND DENIED IN PART.

4. The Court RESERVES decision on defendants' motion to strike Dr. Abrantes-Metz's testimony.

SO ORDERED.

Dated: April 8, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge