**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS |

## DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(A)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated April 8, 2026, in addition to the oral motion made on March 31, 2026, the letter filed on March 31, 2026 (ECF No. 1362), the reply letter filed on April 6, 2026 in support thereto (ECF No. 1389), all testimony and evidence admitted at the trial in the above-captioned matter, and all prior papers and proceedings had herein, the undersigned hereby move this Court on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants"), before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, 10007, for judgment as a matter of law on all claims pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

*[signatures on following page]*

Dated:  April 8, 2026

Respectfully submitted,

LATHAM & WATKINS LLP                 CRAVATH, SWAINE & MOORE LLP


Andrew M. Gass (admitted *pro hac vice*)      Lauren A. Moskowitz
Alfred C. Pfeiffer (admitted *pro hac vice*)    Jesse M. Weiss
  *Co-Lead Trial Counsel*               Nicole M. Peles
David R. Marriott
  *Co-Lead Trial Counsel*               Two Manhattan West
Timothy L. O'Mara (admitted *pro hac vice*)     375 Ninth Avenue
Jennifer L. Giordano                  New York, NY 10001
Kelly S. Fayne (admitted *pro hac vice*)      (212) 474-1000
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)     lmoskowitz@cravath.com
                           jweiss@cravath.com
505 Montgomery Street, Suite 2000          npeles@cravath.com
San Francisco, CA 94111
(415) 391-0600                    *Attorneys for Defendants Live Nation*
                           *Entertainment, Inc. and Ticketmaster L.L.C.*
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*