**EXHIBIT**

PX 1503

exhibitsticker.com

.

| | |
|---|---|
| **From:** | Michael Rapino |
| **Sent:** | Thursday, January 17, 2019 11:03 PM |
| **To:** | Future |
| **Cc:** | Ryan McElrath |
| **Subject:** | FW: |
| **Attachments:** | drake 2016 2018 summary v3.pdf |

Future as we close out 2018 tour wanted to provide you confidential and transparent summary on the 2018 tour and include 2016 columns since they were both 54 dates in the US

It's amazing to see in 2 years the 50% jump in revenue/Drake take out – congrats

In 2016 the "insides we reviewed from venues was $4.2m I had shown you the detail back then – we squared up on a $2.9 bonus to Drake

The 2018 insides come in at $4.4 -  bc  2018 was such a strong year I want to go above on this one and offer Drake $6m bonus as extraordinary THANK YOU and also reassure you that by far this is the best deal in touring….. 150% of anciallry…..

1

**Ex. No**
**PX1503**
1:24-cv-03973