Platform: iMessage    Name: de55933823b35841de817d70efecfc20    Timezone: UTC+0000



Micheal Rapino (██████6440)

Future (██████7893)

**Ex. No PX1506**
1:24-cv-03973

2023/09/26

Micheal Rapino (██████6440)

Had booked Nashville but looks like not happening
01:33:02 am

Future (██████7893)

Yes will call you with new plan tomorrow.

Don't stress. Even we are off the road maybe you can visit the house for a beer!
01:34:10 am

Micheal Rapino (██████6440)

Perfect
01:34:39 am

2023/10/12

Future (██████7893)

Just wanted to say thank you again!

Your support, advice, leadership and intelligence had an incredible effect on the best tour we ever went on!

Your are 1 of 1.

Drake and I are truly grateful and hope that our loyalty to you continues proves that!

Just want to give you a heads up that Brent has been very aggressive about being involved settling the tour bonus.

Whenever you are free and have all the information we can get together or on zoom to do that quickly and discreetly!
09:43:47 pm

HIGHLY CONFIDENTIAL          NON-PARTY_NUR_000127

PX1506.0001

2023/10/13



Micheal Rapino (████6440)

> Love my brothers
>
> I'm back from Europe you want to do zoom Tomorrow? Monday ?
>
> 12:02:17 am

Future (████7893)

> What ever better for you
>
> 12:16:15 am

> I'm free whenever
>
> 12:16:19 am

Micheal Rapino (████6440)

> Can you do 11 LA time ?
>
> 03:57:08 pm

Future (████7893)

> Perfect
>
> 04:22:24 pm

> Call or zoom ?
>
> 04:22:36 pm

Micheal Rapino (████6440)

> Whatever is best for you
>
> 04:23:22 pm

Future (████7893)

> I'll send a zoom link
>
> 04:25:46 pm

HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000128

PX1506.0002



HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000129

PX1506.0003



Micheal Rapino (⬛⬛6440)

> Ok will trust when ready in office and waiting on it guy to come fix my computer / careener
>
> 06:01:37 pm

> Calender
>
> 06:01:40 pm

Future (⬛⬛7893)

> I can just call you're phone if that's easier
>
> 06:04:11 pm

Micheal Rapino (⬛⬛6440)

> Yes do that on cell now
>
> 06:05:15 pm

HIGHLY CONFIDENTIAL                NON-PARTY_NUR_000130

PX1506.0004