**From:** Adel Future Nur <█@dreamcrew.com>
**To:** Michael Rapino <█@LiveNation.com>
**Cc:** Ryan McElrath <█@LiveNation.com>
**Subject:** Re: FW:
**Date:** Thu, 17 Jan 2019 19:14:05 -0500

---

Thank you for the brake down guys. Thank you for the kind words and more important thank for the support and transparency. I value our friendship, partnership and loyalty to one another.

Between Drakes growth and LN growth this partnership is the single most important relationship in Drake career.

Micheal you have always stepped up to the plate for us and have always gone above and beyond.

Ryan you have always worked hard to help in any way you can and have handle drake as a priority.

I appreciate that we can trust each other. Micheal you have promised me that we would get the best deal in the business but what's more important to me is how you have treated Drake and I as partners and that's something money can't buy or account for.

Let's continue this journey and our life time partnership.

Thanks,

October's Very Own/Dream Crew
█7893
█2323

On Jan 17, 2019, at 6:03 PM, Michael Rapino <█@LiveNation.com> wrote:


Future as we close out 2018 tour wanted to provide you confidential and transparent summary on the 2018 tour and include 2016 columns since they were both 54 dates in the US

It's amazing to see in 2 years the █% jump in revenue/Drake take out – congrats

In 2016 the "insides we reviewed from venues was $█ I had shown you the detail back then – we squared up on a $█ bonus to Drake

The 2018 insides come in at $█ – bc  2018 was such a strong year I want to go above on this one and offer Drake $█ bonus as extraordinary THANK YOU and also reassure you that by far this is the best deal in touring….. █% of anciallry…..


<drake 2016 2018 summary v3.pdf>

Ex. No
**PX1509**
1:24-cv-03973

HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000037

**From:** "Michael Rapino" <█████@LiveNation.com>
**To:** "Adel Future Nur" <██@dreamcrew.com>
**Subject:** Re:
**Date:** Fri, 18 Jan 2019 01:48:42 +0000
**Importance:** Normal

---

Thank you brother

> **From:** Future <██@dreamcrew.com>
> **Date:** Thursday, January 17, 2019 at 4:14 PM
> **To:** Michael Rapino <██████@LiveNation.com>
> **Cc:** Ryan Mcelrath <████████@LiveNation.com>
> **Subject:** Re: FW:
>
> Thank you for the brake down guys. Thank you for the kind words and more important thank for the support and transparency. I value our friendship, partnership and loyalty to one another.
>
> Between Drakes growth and LN growth this partnership is the single most important relationship in Drake career.
>
> Micheal you have always stepped up to the plate for us and have always gone above and beyond.
>
> Ryan you have always worked hard to help in any way you can and have handle drake as a priority.
>
> I appreciate that we can trust each other. Micheal you have promised me that we would get the best deal in the business but what's more important to me is how you have treated Drake and I as partners and that's something money can't buy or account for.
>
> Let's continue this journey and our life time partnership.
>
> Thanks,
>
> October's Very Own/Dream Crew
> ████7893
> ████2323
>
> On Jan 17, 2019, at 6:03 PM, Michael Rapino <██████@LiveNation.com> wrote:
>
>> Future as we close out 2018 tour wanted to provide you confidential and transparent summary on the 2018 tour and include 2016 columns since they were both 54 dates in the US
>>
>> It's amazing to see in 2 years the ██% jump in revenue/Drake take out – congrats
>>
>> In 2016 the "insides we reviewed from venues was $███ I had shown you the detail back then – we squared up on a $██ bonus to Drake
>>
>> The 2018 insides come in at $██ - bc 2018 was such a strong year I want to go above on this one and offer Drake $██ bonus as extraordinary THANK YOU and also reassure you that by far this is the best

HIGHLY CONFIDENTIAL

NON-PARTY_NUR_000038

PX1509.0002

deal in touring..... ███ % of anciallry.....

<drake 2016 2018 summary v3.pdf>

HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000039

**PX1509.0003**