**EXHIBIT**

**PX 1511**

**From:** Adel Future Nur <██@dreamcrew.com>
**To:** Michael Rapino <█████@livenation.com>
**Cc:** Maverick Carter <██████@shentertainment.com>
**Subject:** Re: <no subject>
**Date:** Fri, 5 Jun 2020 15:46:12 -0400

---

All good ideas. Maverick is great at spotting talented people that might not have the live music resume but would be great.

Let's figure something soon. I'll keep my mind on it.

Thanks,

October's Very Own/Dream Crew
7893
2323


On Jun 5, 2020, at 3:31 PM, Michael Rapino <██████@livenation.com> wrote:


Thasnk for input on our current treqam


We would never do anything that was not in Future/Drakes best interest at LN

We want to bring in new exciting talent from board down so please send me any ideas you run across

From board through executives in live, sponsorship, finance , ticketing, digital, merch etc

Maybe we set up LU/Drake/OVO University to recruit Train next generation  -or any other initiave that can help feed LN

**Ex. No**

**PX1511**

**1:24-cv-03973**

HIGHLY CONFIDENTIAL   NON-PARTY_NUR_000053

**PX1511.0001**