Platform: iMessage    Name: de55933823b35841de817d70efecfc20    Timezone: UTC+0000

Micheal Rapino (███████6440)

Future (███████7893)

2024/03/07

Future (███████7893)

Just want to let you know. We have made a decision.

Moving forward on all tours moving forward, not playing none tickets master venues.

Ticket master is unmatched for the benefit of the artist.

You can absolutely tell a big difference.

Drawing a line

03:43:36 am

Micheal Rapino (███████6440)

Thank you we have made the investments..

03:59:52 am

Future (███████7893)

Yeah you can tell these other ticketing companies cut corners

04:13:27 am

Ex. No
**PX1514**
1:24-cv-03973

HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000145

PX1514.0001