2024/04/05

Future (███████7893)

Hey brother!

I just wanted to thank you from deep in my heart. You have been the best partner we could ever ask for. You have always gone above and beyond to put us in the best position to succeed. We would not have any of this success without you. This is not only about this tour but it's about our entire career. We so grateful, appreciative and so proud to have only ever been in business with you. It's the best decision we have ever made in drake career. I promise you we will continue to make you proud and prove how limitless we are with you as our partner.

You are 1 or none
09:05:33 pm

2024/04/06

Micheal Rapino (███████6440)

Wow just back from spring break with kids
This is the best message I have had in a long time and it means a ton coming from you

class act and proud to be in your corner and here for drake and you as needed
03:10:15 am

Future (███████7893)

Loved "Wow just back from spring break with kids This is…"
03:54:45 am

**Ex. No**

**PX1515**

**1:24-cv-03973**

HIGHLY CONFIDENTIAL

NON-PARTY_NUR_000146

**PX1515.0001**