

Ex. No

PX1516

1:24-cv-03973

HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000254

PX1516.0001



HIGHLY CONFIDENTIAL

NON-PARTY_NUR_000255

PX1516.0002



HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000256

**PX1516.0003**



HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000257

PX1516.0004



HIGHLY CONFIDENTIAL

NON-PARTY_NUR_000258

**PX1516.0005**



HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000259

**PX1516.0006**



HIGHLY CONFIDENTIAL

NON-PARTY_NUR_000260

**PX1516.0007**