**Platform:** iMessage    **Name:** 07a18b15d38e6ce1dcec7c0d91338d9d    **Timezone:** UTC+0000

Ryan Live Nation (████0580)    Future (████7893)

### 2022/03/15

Ryan Live Nation (████0580)

Hey on a plane
12:17:12 am

Call you when i land in 2 hours?
12:17:29 am

Future (████7893)

Thanks Ryan
12:17:35 am

### 2022/03/30

Ryan Live Nation (████0580)

Hey let's connect tomorrow am if you can
04:08:05 am

Future (████7893)

Text when your free in the morning
04:08:37 am

Ryan Live Nation (████0580)

Liked "Text when your free in the morning"
05:11:30 am

Avail whenever works for you
03:10:27 pm

**Ex. No**
**PX1504**
1:24-cv-03973

HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000084

PX1504.0001



2022/04/13

Ryan Live Nation ( ████ 0580)

Getting close on floor drawing?
04:22:35 pm

Future ( ████ 7893)

Yes. Have the concept down for the floor. If you have time in about an hour I can share with you to get your opinion
04:26:18 pm

Ryan Live Nation ( ████ 0580)

Sounds great
04:26:42 pm

2022/04/25

Ryan Live Nation ( ████ 0580)

Checking in - let me know when you've got 5 - thanks
09:32:51 pm

2022/06/01

Ryan Live Nation ( ████ 0580)

Hey - let me know when you have 5 minutes to talk South America - looking to talk with you before we involve Brent
08:35:15 pm

Chile and arg March 17-19
Brazi and Colombia March 24-26
08:56:00 pm

2022/06/13

Ryan Live Nation ( ████ 0580)

Hey any thoughts on South America?
07:54:04 pm

HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000085

**PX1504.0002**



HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000086

**PX1504.0003**

Ryan Live Nation (████████0580)

Got it - getting on with team now to review, won't let anyone get carried away.

08:18:50 pm

Future (████████7893)

Thanks

08:18:58 pm

2022/07/15

Ryan Live Nation (████████0580)

Done and all platinum off sale

07:57:59 pm

HIGHLY CONFIDENTIAL         NON-PARTY_NUR_000087

**PX1504.0004**