**Platform:** iMessage    **Name:** de55933823b35841de817d70efecfc20    **Timezone:** UTC+0000

| | Micheal Rapino ( ████ 6440) | | Future ( ████ 7893) |
|---|---|---|---|

2021/01/12

Micheal Rapino ( ████ 6440)

Need your input on Brent - what ya thinking about if he goes to Casey etc - he wants me to hire him as promoter - no deja if that makes sense unless you would rather have him ors Ryan on drake?

10:55:22 pm

Future ( ████ 7893)

Let me know when you have time so you can I can get a better understanding.

11:27:13 pm

Remember I'm in it with you. We are with you and LN, everything else is negotiable.

11:27:55 pm

Micheal Rapino ( ████ 6440)

Ok will find ya in next day or so

11:28:55 pm

Future ( ████ 7893)

No problem

11:29:22 pm

**Ex. No**
**PX1510A**
1:24-cv-03973

HIGHLY CONFIDENTIAL    NON-PARTY_NUR_000054

PX1510A.0001