April 13, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    *United States et al. v. Live Nation Entertainment, Inc. et al.*; **1:24-cv-03973-AS**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. We write on behalf of all parties to ensure that the substantive email correspondence between the parties and the Court before and during trial in this matter are filed on the public docket. Attached (and detailed below) please find such substantive correspondence relating to the Court's rulings, communications regarding jury selection, voir dire, jury instructions, and the verdict form, communications regarding stipulations between the parties, communications regarding letters and motions *in limine* filed by the parties, and other substantive communications not already captured on the docket. Please note that the parties will be filing a separate letter attaching the exhibit dispute submissions that the parties provided to the Court each night during trial. Additionally, the parties seek the Court's guidance as to whether the transcripts of the deposition video excerpts played during trial should be filed on the docket.

Communications documenting the Court's rulings:

- **Ex. 1**: March 15, 2026 email chain regarding additional instructions to be given to the jury.

- **Ex. 2**: March 16, 2026 email chain regarding ruling on sealing of deposition designations.

- **Ex. 3**: March 22, 2026 email from Chambers ruling on Plaintiffs' letter concerning Defendants' witness list, and advising the parties regarding direct examination of expert witnesses.

Communications pertaining to jury selection, voir dire, instructions, and the verdict form:

- **Ex. 4**: February 20-24, 2026 email chain regarding the jury hardship questionnaire, including the attachment to the Court's February 20, 2026 email.

- **Ex. 5**: February 25, 2026 email from Chambers attaching the Court's initial version of the Voir Dire.

- **Ex. 6**: February 25, 2026 email from Chambers attaching the Court's initial version of the Day 1 Script.

- **Ex. 7**: February 26, 2026 email chain regarding the parties' respective positions on the issue of the inclusion of certain jurors in the jury pool.

- **Ex. 8**: February 26, 2026 email from Chinita Sinkler (Plaintiffs) attaching Plaintiffs' proposed edits to the Court's initially proposed Day 1 Script and Voir Dire.

- **Ex. 9**: February 26, 2026 email from Robin Gushman (Defendants) attaching Defendants' proposed edits to the Court's initially proposed Day 1 Script and Voir Dire.

- **Ex. 10**: February 27, 2026 email from Chambers attaching the Court's revised versions of the Day 1 Script and Voir Dire.

- **Ex. 11**: March 1, 2026 email from Jonathan Hatch (Plaintiffs) attaching Plaintiffs' proposed edits to the Court's Day 1 Script and Voir Dire.

- **Ex. 12**: March 1, 2026 email from Nicole Peles (Defendants) attaching Defendants' proposed edits to the Court's Day 1 Script and Voir Dire.

- **Ex. 13**: March 1, 2026 email from Chambers providing the Court's final versions of the Day 1 Script, and Voir Dire.

- **Ex. 14**: March 3, 2026 email chain regarding the parties' positions on the Court's proposed curative instructions to the jury.

- **Ex. 15**: March 24, 2026 email from Melissa Iannuzzi (Plaintiffs) attaching the parties' proposed jury instructions and verdict forms.

- **Ex. 16**: March 24, 2026 email from Melissa Iannuzzi (Plaintiffs) attaching the parties' redlined verdict form.

- **Ex. 17**: April 3, 2026 email from Chambers attaching the Court's revised proposed jury instructions and verdict form.

- **Ex. 18**: April 5, 2026 email from Robin Gushman (Defendants) attaching the parties' edits to the Court's proposed jury instructions, the parties' edits to the Court's proposed verdict form, and redlines showing Plaintiffs' and Defendants' edits, respectively.

- **Ex. 19**: April 7, 2026 email from Chambers attaching the Court's revised proposed jury instructions and verdict form.

- **Ex. 20**: April 8, 2026 email from Robin Gushman (Defendants) providing Defendants' position on the "unremitting policy" issue and the operative legal doctrine for Plaintiffs' tying claim.

- **Ex. 21**: April 8, 2026 email from Jonathan Hatch (Plaintiffs) providing Plaintiffs' position on the "unremitting policy" issue and the operative legal doctrine for Plaintiffs' tying claim.

- **Ex. 22**: April 8, 2026 email from Robin Gushman (Defendants) providing the positions of the parties on instructions to be given regarding the win/loss data, and

Dr. Abrantes-Metz's testimony, and proposed updates to the jury instructions in light of the charge conference.

- **Ex. 23**: April 8, 2026 email from Chambers attaching jury instructions and verdict form.

- **Ex. 24**: April 9, 2026 email from Chambers attaching final jury instructions and verdict forms, incorporating consistency edits the Court made before charges were read to the jury.

- **Ex. 25**: April 9, 2026 email from Jeanifer Parsigian (Plaintiffs) including the agreed upon curative instruction regarding statements made during closing argument.

Communications pertaining to letters and motions *in limine* filed by the parties:

- **Ex. 26**: March 9, 2026 email chain regarding Defendants' motion to withdraw their Motion to Exclude Trial Exhibits.

- **Ex. 27**: March 18, 2026 email from Robin Gushman (Defendants) attaching Defendants' letter brief regarding disputed portions of Dr. Hill's report.

- **Ex. 28**: March 18, 2026 email from Robin Gushman (Defendants) attaching attachments to Defendants' letter brief regarding disputed portions of Dr. Hill's testimony.

Other substantive communications:

- **Ex. 29**: February 26, 2026 email from Robin Gushman (Defendants) attaching Plaintiffs' witness order, Defendants' "will call" witness list, and providing the parties' positions on total trial time for the Court's consideration.

- **Ex. 30**: April 8, 2026 email chain regarding Defendants' objections to Plaintiffs' Closing Demonstratives.

*[signatures on following page]*

3

Dated:  April 13, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

CRAVATH, SWAINE & MOORE LLP

_____

_____

Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
David R. Marriott
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*