# EXHIBIT 1

| | |
|---|---|
| **From:** | Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov> |
| **Sent:** | Sunday, March 15, 2026 6:00 PM |
| **To:** | Wisser, Leah (DC); Subramanian NYSD Chambers |
| **Cc:** | jonathan.hatch@ag.ny.gov; adam.gitlin@dc.gov; JParsigian@winston.com; JKessler@winston.com; livenationtrialstates@ag.ny.gov; LiveNationTeam@winston.com; Pfeiffer, Al (Bay Area); Marriott, David (NY); Gass, Andrew (Bay Area); O'Mara, Tim (Bay Area); Giordano, Jennifer (DC); Champlin, Lindsey (DC); Fayne, Kelly (Bay Area); lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; Gushman, Robin (Bay Area); Kashfipour, Ehson (DC); Daniels, Jason (Bay Area) |
| **Subject:** | Re:  United States et al. v. Live Nation, et al. (1:24-cv-03973) – Parties' Proposed Additional Jury Instructions for Monday (March 16) |

Received. Given the parties' agreements, we will provide these instructions to the jury at the beginning of the day tomorrow. Do the parties anticipate any other issues that will require the Court's attention at 8:30 am?

---

**From:** Leah.Wisser@lw.com <Leah.Wisser@lw.com>
**Sent:** Sunday, March 15, 2026 4:16 PM
**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Cc:** jonathan.hatch@ag.ny.gov <jonathan.hatch@ag.ny.gov>; adam.gitlin@dc.gov <adam.gitlin@dc.gov>; JParsigian@winston.com <JParsigian@winston.com>; JKessler@winston.com <JKessler@winston.com>; livenationtrialstates@ag.ny.gov <livenationtrialstates@ag.ny.gov>; LiveNationTeam@winston.com <LiveNationTeam@winston.com>; Al.Pfeiffer@lw.com <Al.Pfeiffer@lw.com>; David.Marriott@lw.com <David.Marriott@lw.com>; Andrew.Gass@lw.com <Andrew.Gass@lw.com>; Tim.O'Mara@LW.com <Tim.O'Mara@LW.com>; Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>; Lindsey.Champlin@lw.com <Lindsey.Champlin@lw.com>; Kelly.Fayne@lw.com <Kelly.Fayne@lw.com>; lmoskowitz@cravath.com <lmoskowitz@cravath.com>; jweiss@cravath.com <jweiss@cravath.com>; npeles@cravath.com <npeles@cravath.com>; Robin.Gushman@lw.com <Robin.Gushman@lw.com>; Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>; Jason.Daniels@lw.com <Jason.Daniels@lw.com>
**Subject:** United States et al. v. Live Nation, et al. (1:24-cv-03973) – Parties' Proposed Additional Jury Instructions for Monday (March 16)

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Judge Subramanian,

Consistent with the discussion between the parties and Your Honor on Friday, the parties have met and conferred and agree on the below proposed instructions to be given to the jury on Monday, subject to the Court's approval.

Respectfully submitted,


**Leah Wisser**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

Mobile: +1.860.543.5019
Direct Dial: +1.202.637.1097
Email: leah.wisser@lw.com
https://www.lw.com

---

**Instruction 1**

I want to remind you of the instructions I gave you at the beginning of the trial and before we adjourned last week.

You must not research or investigate in any way, shape, or form any information concerning this case.  Reports about this trial may be appearing in the newspapers or on the radio, television, or internet.  You must not read, listen to, or watch any of those reports or anything about this case that is online, on your phones, in the papers, or on the television or radio.

The persons creating those reports may not have heard all the testimony you have, may be getting information from people whom you will not see here under oath and subject to cross examination, may emphasize irrelevant information, or may simply be wrong.

Does any juror have anything to disclose in this regard?  In other words, has anyone watched, read, or listened to any press reports or account whatsoever about this case, discussed the case with anyone, or conducted any independent research regarding the case?
        [*If any juror raises their hand, Court to inquire further at side bar*.]
I want to remind you of your juror oath to decide this case solely and exclusively on the evidence that will be received here in Court and your common sense.
If you violate these rules or become aware of any juror's violation of these rules, you should contact Mr. Hernandez immediately.

**Instruction 2**

We also discussed last Monday that the United States of America has resolved its claims in this case with the Defendants.

Since then, certain States have also resolved their claims in this case with the Defendants including:  Arkansas, Nebraska, and South Dakota.  The remaining States will proceed to trial at this time.

You should not draw any inferences from the fact that the United States and certain states have resolved their claims.  You should decide the claims brought by the States that are proceeding based only on the evidence you have heard and will hear at trial and the instructions on the law that I will give to you at the end of trial.

The remaining States will have additional counsel present for the duration of the trial.

**Instruction 3**

The new attorneys for the States include attorneys from the law firm Winston & Strawn and the States themselves.

These additional attorneys are:

1.  Jeffrey Kessler

2.  Jeanifer Parsigian
3.  Eva Cole
4.  Johanna Hudgens
5.  Joshua Hafenbrack
6.  Noah Hoffman
7.  Cole Niggeman
8.  Anthony Mariano
9.  Zach Biesanz
10. Hamilton Millwee
11. Ali Michelle Thorburn
12. William Wassdorf

Some of them will stand and introduce themselves now.

[*To each juror*:]

> Do you or someone close to you—such as a spouse, child, parent, or sibling—know any of the individuals or the law firm I just named?
>
> Have you, or someone close to you, had any business dealings with or been employed by any of the individuals or the law firm I just named?

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.