# EXHIBIT 2

| | |
|---|---|
| **From:** | Arun Subramanian <Arun_Subramanian@nysd.uscourts.gov> |
| **Sent:** | Monday, March 16, 2026 9:19 AM |
| **To:** | Noah Hoffman |
| **Cc:** | LiveNationTeam; LiveNation Trial States; #C-M US V LIVE NATION LITIGATION - FULL - LW TEAM; LN Lit CSM |
| **Subject:** | RE: United States et al. v. Live Nation et al., 1:24-cv-03973-AS - Deposition Designation of Patrick Nagle and Christian LewisJudge Subramanian: |

The Court has reviewed the attached deposition testimony and while the documents may warrant redaction or sealing before being publicly posted, the testimony does not warrant sealing. Therefore, it will be played in open court.

As for the eight lines of testimony that are disputed in the deposition of Clay Luter, can the parties please furnish a copy of that transcript?

**From:** Noah Hoffman <Noah.Hoffman@coag.gov>
**Sent:** Monday, March 16, 2026 1:23 AM
**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Cc:** LiveNationTeam <LiveNationTeam@winston.com>; LiveNation Trial States <livenationtrialstates@ag.ny.gov>; usvlivenationlitigationfull.lwteam@lw.com; LN Lit CSM <ln_lit_csm@cravath.com>
**Subject:** United States et al. v. Live Nation et al., 1:24-cv-03973-AS - Deposition Designation of Patrick Nagle and Christian LewisJudge Subramanian:

<mark>**CAUTION - EXTERNAL:**</mark>

Judge Subramanian:

Please find attached a highlighted copy of the designated deposition transcript for Mr. Patrick Nagle and associated exhibit PX1071 and a highlighted copy of the deposition transcript of Mr. Christian Lewis and associated exhibits PX1226 and PX1228. Plaintiffs are prepared to present this testimony by video on March 16.

PX1226 has been redacted to reflect the agreement of the Parties in light of the Court's ruling on Defendants' hearsay objection, and the designations subject to that objection have been withdrawn. We understand there to be no remaining disputes regarding the attached testimony or exhibits.

The attached transcripts include testimony designated by Plaintiffs highlighted in yellow and testimony designated by Defendants in blue. Below are Plaintiffs' rough estimates of the expected play times for each designation.

Patrick Nagle

| | |
|---|---|
| Plaintiffs' Time | 0:12:43 |
| Defendants' Time | 0:12:53 |

| | |
|---|---|
| Overlapping Time | 0:00:00 |
| **Total Time** | 0:25:36 |

Christian Lewis

| | |
|---|---|
| Plaintiffs' Time | 0:22:26 |
| Defendants' Time | 0:25:12 |
| Overlapping Time | 0:00:00 |
| **Total Time** | 0:47:39 |

Lastly, the attached transcripts are redboxed to reflect the confidentiality interests asserted by the respective third parties. Plaintiffs understand the Court's comments on Friday to mean that no deposition testimony should be played confidentially, but prior to playing the videos tomorrow, we respectfully request that the Court confirm that understanding.

Best,
Noah


**Noah Hoffman (He/Him)**
**Fellow**
Consumer Protection
Colorado Department of Law
P: 720-508-6195 | Noah.Hoffman@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.