# EXHIBIT 4

| | |
|---|---|
| **From:** | Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov> |
| **Sent:** | Tuesday, February 24, 2026 2:23 PM |
| **To:** | Pfeiffer, Al (Bay Area); Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; David.Dahlquist@usdoj.gov; Arianna.Markel@usdoj.gov; alex.cohen@usdoj.gov; Curtis.Strong@usdoj.gov; jonathan.hatch@ag.ny.gov; Marriott, David (NY); Gass, Andrew (Bay Area); O'Mara, Tim (Bay Area); Giordano, Jennifer (DC); Champlin, Lindsey (DC); Fayne, Kelly (Bay Area); Gushman, Robin (Bay Area); lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com |
| **Subject:** | RE: United States v. Live Nation 24cv3973 Jury Questionnaire |

That's acceptable to the Court. We will begin to distribute the questionnaire now to jury services so that they can get started.

---

**From:** Al.Pfeiffer@lw.com <Al.Pfeiffer@lw.com>
**Sent:** Tuesday, February 24, 2026 2:08 PM
**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>; Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; David.Dahlquist@usdoj.gov; Arianna.Markel@usdoj.gov; alex.cohen@usdoj.gov; Curtis.Strong@usdoj.gov; jonathan.hatch@ag.ny.gov; David.Marriott@lw.com; Andrew.Gass@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Lindsey.Champlin@lw.com; Kelly.Fayne@lw.com; Robin.Gushman@lw.com; lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com
**Subject:** RE: United States v. Live Nation 24cv3973 Jury Questionnaire

**CAUTION - EXTERNAL:**

Thank you, Your Honor,

Would it be acceptable to amend the addition slightly, to say **"although that time period could be longer or shorter"** to cover the full range of possibilities?

Sincerely,

Al Pfeiffer

---

**From:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Sent:** Tuesday, February 24, 2026 1:49 PM
**To:** Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; David.Dahlquist@usdoj.gov; Arianna.Markel@usdoj.gov; alex.cohen@usdoj.gov; Curtis.Strong@usdoj.gov; jonathan.hatch@ag.ny.gov; Marriott, David (NY) <David.Marriott@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com
**Subject:** RE: United States v. Live Nation 24cv3973 Jury Questionnaire

Counsel:

1

These instructions were meant only to ensure that the Court is able to empanel enough jurors who won't have issues making it through the entire trial, not to suggest that the Court has decided to expand the length of the trial. Hearing your objection, would the language below (new addition in **bold**) be acceptable instead?

> The trial will commence after the conclusion of jury selection. The trial is expected to last about six weeks, or through April 10, 2026, **although that time period could be longer.**

---

**From:** Al.Pfeiffer@lw.com <Al.Pfeiffer@lw.com>
**Sent:** Tuesday, February 24, 2026 12:25 PM
**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>; Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; David.Dahlquist@usdoj.gov; Arianna.Markel@usdoj.gov; alex.cohen@usdoj.gov; Curtis.Strong@usdoj.gov; jonathan.hatch@ag.ny.gov; David.Marriott@lw.com; Andrew.Gass@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Lindsey.Champlin@lw.com; Kelly.Fayne@lw.com; Robin.Gushman@lw.com; lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com
**Subject:** RE: United States v. Live Nation 24cv3973 Jury Questionnaire

**CAUTION - EXTERNAL:**

Your Honor,

Defendants respectfully object to that change.  Extending the duration of the trial would unduly prejudice defendants because (1) the parties have not requested additional time and have narrowed their respective cases in multiple respects (e.g., eliminating witnesses and documents from our lists) based upon the previously-disclosed duration of the trial, and  (2) it would meaningfully affect the composition of the jury.

We would appreciate the opportunity to discuss this concern with the Court before the questionnaire goes out.

Sincerely,

Al Pfeiffer


**Al Pfeiffer**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8898
Email: al.pfeiffer@lw.com
https://www.lw.com

---

**From:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Sent:** Tuesday, February 24, 2026 12:09 PM
**To:** Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; David.Dahlquist@usdoj.gov; Arianna.Markel@usdoj.gov; alex.cohen@usdoj.gov; Curtis.Strong@usdoj.gov; jonathan.hatch@ag.ny.gov; Pfeiffer, Al (Bay Area)

2

<Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com
**Subject:** RE: United States v. Live Nation 24cv3973 Jury Questionnaire

Counsel:

Because the parties haven't raised any issue with the questionnaire, the Court will distribute it to jury services so that they can begin administering it with one change: the prior version of the instructions told jurors to expect the trial to last 6 weeks (though April 10) and a revised version will instead say to expect it to take 8 weeks (through April 24) to be safe.

---

**From:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Sent:** Friday, February 20, 2026 2:06 PM
**To:** Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; David.Dahlquist@usdoj.gov; Arianna.Markel@usdoj.gov; alex.cohen@usdoj.gov; Curtis.Strong@usdoj.gov; jonathan.hatch@ag.ny.gov; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Andrew.Gass@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Lindsey.Champlin@lw.com; Kelly.Fayne@lw.com; Robin.Gushman@lw.com; lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com
**Cc:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Subject:** United States v. Live Nation 24cv3973 Jury Questionnaire

Counsel:

Attached is a proposed jury questionnaire from the Court that will be referenced in a letter to the parties from Judge Subramanian that will be docketed shortly.

**Chambers of The Honorable Arun Subramanian**
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## <u>PRELIMINARY INSTRUCTIONS</u>

Please read the following instructions carefully before completing any portion of this questionnaire. Please answer each and every question fully. Some questions have more than one part.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE.** This questionnaire is designed to help simplify and shorten the jury selection process. The purpose of the questionnaire is to determine whether prospective jurors are able to fully participate in this case and follow the legal instructions given by the presiding judge. The questions are not intended to inquire unnecessarily into personal matters.

**<u>Please continue to next page.</u>**

2

## **SCHEDULE**

**Potential jurors will be called back for further questioning and jury selection on Monday, March 2, 2026. Your availability during that week will be required.**

**The trial will commence after the conclusion of jury selection. The trial is expected to last about six weeks, or through April 10, 2026. Generally, trial will be held five days per week, Monday through Friday. Trial will be held from 9:00 a.m. until 4:00 p.m.**

If you are selected as a juror, you will be required to be present for the taking of testimony and evidence for as long as the trial lasts. There are no plans to sequester the jury, which means you will go home every day after court.

**(Please turn the page and read and complete the questionnaire.)**

## **ABILITY TO SERVE**

All jury service involves some degree of hardship.  Our court and justice system depends on citizens doing their civic duty to serve as jurors, which involves temporarily putting aside their regular business for jury service.  The Court views service on a jury to be one of the highest duties a citizen owes to the United States.  Mere inconvenience or the usual financial hardship of jury service will not be sufficient to excuse a prospective juror.  You must show extraordinary personal or financial hardship to be excused from service.

| | |
|---|---|
| 1. | Do any circumstances exist such that serving on the jury in this case would entail <u>serious</u> hardship or <u>extreme</u> inconvenience?<br><br>□  Yes          □  No<br><br>If yes, please briefly describe the undue hardship or extreme inconvenience:<br><br>_____<br>_____<br>_____<br>_____<br>_____<br><br>**Please note:** In the event you are excused from service on this jury, you will likely not be excused from jury service in general.  You will instead be required to report to the Court's Jury Clerk for placement on another panel for another case. |
| 2. | Do you have any <u>pre-paid</u> and <u>non-refundable</u> travel plans between March 2, 2026 and April 10, 2026?<br><br>□  Yes          □  No<br>If yes, please describe your plans and the dates of travel (without indicating the name of where you work or the names of any family members or friends, or other personal information that might identify who you are):<br><br>_____<br>_____<br>_____ |

3

| | |
|---|---|
| 3. | Do you have any personal commitments that would make it difficult for you to get to court by 9:00 a.m., every day of trial, or remain at the courthouse until 4:00 p.m.?<br><br>□ Yes          □ No<br><br>If yes, please explain why you would be unable to get to court by 9:00 a.m. or remain until 4:00 p.m.:<br><br>_____<br><br>_____<br><br>_____<br><br>_____ |
| 4. | Do you have any difficulty reading, speaking, or understanding English?<br><br>□ Yes          □ No |
| 5. | Do you have any medical, physical, or mental condition or illness that makes you unable to serve on a jury, including difficulty hearing, seeing, reading, or concentrating?<br><br>□ Yes          □ No<br><br>If yes, please briefly describe the condition or illness. If you believe you could serve as a juror if such condition were accommodated in some way, please state the accommodation.<br><br>_____<br><br>_____ |

5

| | |
|---|---|
| 6. | Are you taking any medication which would prevent you from giving full attention to all the evidence at this trial?<br><br>        □ Yes        □ No<br><br>If yes, please explain:<br><br>_____<br><br>_____<br><br>_____ |

**(Please continue to last page.)**

## **DECLARATION**

I, _____ declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.

Signed this _____day of _____, 2026