# EXHIBIT 5

**From:**        Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Sent:**        Wednesday, February 25, 2026 7:07 PM
**To:**          Dahlquist, David (ATR); Sweeney, Bonny (ATR); Thornburgh, John (ATR); Markel, Arianna (ATR);
                 Cohen, Alex (ATR); Strong, Curtis (ATR); jonathan.hatch@ag.ny.gov; Pfeiffer, Al (Bay Area); Marriott,
                 David (NY); Gass, Andrew (Bay Area); O'Mara, Tim (Bay Area); Giordano, Jennifer (DC); Champlin,
                 Lindsey (DC); Fayne, Kelly (Bay Area); Gushman, Robin (Bay Area); lmoskowitz@cravath.com;
                 jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com
**Cc:**          Subramanian NYSD Chambers
**Subject:**     United States v. Live Nation 24cv3973 Voir Dire
**Attachments:**  20. US v LN Voir Dire [DRAFT].docx


Dear Counsel:

Please see attached the Court's proposed voir dire. Any edits to this draft must be returned by 5pm ET on
Thursday, February 26, 2026. There is one foundational issue addressed in the voir dire, highlighted in a
comment. Suffice it to say that the referenced objection (expressed in a couple sentences of the margin of
the voir dire), given its potential implications for the jury-selection process, was not properly addressed by
either side. A response to that issue is requested by 10 am on Thursday.

**Chambers of The Honorable Arun Subramanian**
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA et al.,

   *Plaintiffs*,

    v.

LIVE NATION ENTERTAINMENT, INC., and
TICKETMASTER L.L.C.,

   *Defendants*.

Civil No. 1:24–cv–3973-AS

**QUESTIONS FOR JURORS**

   Please indicate if your answer to any of the following questions is "**yes**" by circling the number of that question.  If your answer to a question is "no," you do not need to do anything.  **Do not write your name or make any other marks on the questionnaire**; the only marks you should make are circles around the questions for which the answer is "yes."  If, when asked about a "yes" answer, you prefer not to elaborate in open court, please say so and we will talk at the bench.

1. Do you have any changes to make from your questionnaire answers from last week?

2. Do you have any ideas or prejudices that would prevent or hinder you from following my instructions as to the law?

3. Do you have any doubt that you will be able to apply the law as I explain it even if you disagree with it?

4. Do you have any religious, ethical, or personal beliefs that would prevent you from passing judgment on another person or entity or awarding damages to a person or entity?

5. Do you have any personal knowledge of the claims in this case as I have described them?

6. Do you have any opinions regarding this case based on my description that would impair your ability to serve as a fair and impartial juror in this case?

7. The lawyers, law firms, and government agencies involved in this case are:[ ] Do you or someone close to you, such as spouse, child, parent, or sibling, know any of the attorneys, law firms, or government agencies I have just named?

4. Have you or someone close to you had any business dealings with, or been

1

employed by, any of these attorneys, law firms, or government agencies?

5. Have you or someone close to you ever been employed by Live Nation or Ticketmaster?

6. Have you or someone close to you ever had a business relationship with Live Nation or Ticketmaster, other than purchasing a ticket through Ticketmaster or attending an event promoted or hosted by Live Nation?

8. Have you had any experience purchasing a ticket using Ticketmaster that would affect your ability to be a fair and impartial juror in this case?

9. Have you had any experience attending an event promoted or hosted by Live Nation that would affect your ability to be a fair and impartial juror in this case?

10. Have you ever owned stock in Live Nation or Ticketmaster, other than through a mutual fund or other diversified investment?

10. Have you or someone close to you been employed by the federal government, or by a law enforcement or regulatory agency?

11. Have you or someone close to you had any experience, good or bad, with the federal government or state government that might affect your ability to be a fair and impartial juror in this case?

12. Have you or someone close to you ever had any experience, good or bad, with Live Nation or Ticketmaster that might affect your ability to be a fair and impartial juror in this case?

13. Do you have any opinions, positive or negative, about Live Nation or Ticketmaster that might affect your ability to be a fair and impartial juror in this case?

14. Do you have any strong opinions, positive or negative, toward large corporations in general?

15. Do you have any strong opinions, positive or negative, about the federal government or state government that might affect your ability to be a fair and impartial juror in this case?

16. Do you have any education, training, or work experience in any of the following: the live entertainment industry; economics; statistics; accounting, finance or banking; marketing or sales; promotions or ticket sales; media or communications; computers or software; law or the courts?

18. Have you ever been employed in the live entertainment industry?

2

19.  Have you had any experience with ticketing websites or apps (such as Ticketmaster, AXS, SeatGeek, Etix, etc.) that would affect your ability to be a fair and impartial juror in this case?

23.  Have you or someone close to you ever been involved in a lawsuit or claim, or been a witness in a lawsuit or claim?

24.  The potential witnesses in this case  are:  [ ].  Do you personally know any of the potential witnesses I have just named?

26.  Have you ever had an experience with the legal system that might affect your ability to be a fair and impartial juror in this case?

29.  Is there anything, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

30.  Is there anything else, including something you have remembered in connection with one of the earlier questions on your questionnaire, that you think you would like to tell me in connection with your service as a juror in this case?



3

**<u>QUESTIONS FOR INDIVIDUAL JURORS</u>**

1.  State your name, and county of residence.  If you have lived in a different county at some point in the last five years, please state the other counties you have resided in during that time.

2.  State your age.

3.  What is the highest level of education you completed?

4.  Do you have any educational or professional degrees?  If so what are they?

5.  If you had a major in college, what was it?

6.  Where are you employed?

7.  If you have been at this job for less than five years, where else have you been employed over the last five years?

8.  If you are not employed or are retired, what was your last job?

9.  Who are the members of your household and for whom do they work?

10. What newspapers or magazines do you read on a regular basis, or podcasts you listen to?

11. What books do you read?

12. What television shows do you watch?

13. Where do you get your news?

14. What social media do you use?

15. What organizations or clubs do you belong to, if any?

16. What do you do in your spare time?

17. Have you ever served as a juror?  If so, was it a trial jury or a grand jury?  When did you serve?

18. If a trial jury, did you reach a verdict? **(Do not tell us what the verdict was.)**

19. Is there anything in your personal history or life experience, whether I've specifically asked about it or not, that would affect your ability to reach a fair and impartial verdict in this case?

4