# EXHIBIT 14

| | |
|---|---|
| **From:** | Gushman, Robin (Bay Area) |
| **Sent:** | Tuesday, March 3, 2026 6:50 PM |
| **To:** | 'Strong, Curtis (ATR)'; Subramanian NYSD Chambers; Dahlquist, David (ATR); Sweeney, Bonny (ATR); Thornburgh, John (ATR); Markel, Arianna (ATR); Cohen, Alex (ATR); jonathan.hatch@ag.ny.gov; Pfeiffer, Al (Bay Area); Marriott, David (NY); Gass, Andrew (Bay Area); O'Mara, Tim (Bay Area); Giordano, Jennifer (DC); Champlin, Lindsey (DC); Fayne, Kelly (Bay Area); lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com |
| **Cc:** | Arun Subramanian |
| **Subject:** | RE: United States v. Live Nation 24cv3973 Curative Instructions |

Dear Judge Subramanian,

Defendants also do not have proposed edits to the Court's proposed instructions.

Respectfully,

**Robin L. Gushman**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.7830

---

**From:** Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>
**Sent:** Tuesday, March 3, 2026 6:48 PM
**To:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Cohen, Alex (ATR) <Alex.Cohen@usdoj.gov>; jonathan.hatch@ag.ny.gov; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com
**Cc:** Arun Subramanian <Arun_Subramanian@nysd.uscourts.gov>
**Subject:** RE: United States v. Live Nation 24cv3973 Curative Instructions

Dear Judge Subramanian,

Plaintiffs have no proposed edits to the Court's proposed instructions below.

Respect ully,

Curtis W. Strong
United States Department o  Justice
Antitrust Division
450 Fi th Street, NW
Washington, DC 20001
202-322-6840

curtis.strong@usdoj.gov

**From:** Subramanian NYSD Chambers <SubramanianNYSDChambers@nysd.uscourts.gov>
**Sent:** Tuesday, March 3, 2026 3:57 PM
**To:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Cohen, Alex (ATR) <Alex.Cohen@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; jonathan.hatch@ag.ny.gov; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Andrew.Gass@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Lindsey.Champlin@lw.com; Kelly.Fayne@lw.com; Robin.Gushman@lw.com; lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; rreiland@cravath.com
**Cc:** Arun Subramanian <Arun_Subramanian@nysd.uscourts.gov>
**Subject:** [EXTERNAL] United States v. Live Nation 24cv3973 Curative Instructions

Counsel:

Following on our conversation earlier, below are two proposed curative instructions for tomorrow.

**#1:** You heard in opening statements that the United States is not seeking damages. Under the Sherman Act, the statute under which the United States filed this lawsuit, the United States does not have the right to seek damages. Although the plaintiff states are seeking damages, the United States is seeking different relief, which will be the Court's responsibility to decide and not the jury's. You should not infer anything from the fact that the United States is not seeking damages.

**#2:** You just heard testimony about something called a consent decree. That is merely an agreement between the government and a private party. This case is not about violations of the consent decree, and plaintiffs are not alleging in this case that defendants violated the consent decree.  You should not draw any conclusions about any violation or lack of violation of that decree.

**Chambers of The Honorable Arun Subramanian**
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

2