# EXHIBIT 25

**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Thursday, April 9, 2026 2:27 PM
**To:** Subramanian NYSD Chambers; #C-M US V LIVE NATION LITIGATION - FULL - LW TEAM
**Cc:** LiveNationTeam; LiveNation Trial States; LN Lit CSM
**Subject:** NY v Live Nation - Curative Instruction

Your Honor,

Plaintiffs have proposed, and Defendants have agreed to, the following curative instruction.

> During Live Nation's closing argument, you heard counsel say you received an instruction from me "because things that have been said about [Dr. Carlton's] analysis are not correct." You should disregard that comment.

Respectfully submitted,

Jeanifer



**JEANIFER PARSIGIAN**
PARTNER

**T**  +1 (415) 591-1469
jparsigian@winston.com

101 California Street, San Francisco, CA 94111-5891

*Admitted to practice in California*

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.