# EXHIBIT 26

| | |
|---|---|
| **From:** | Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov> |
| **Sent:** | Monday, March 9, 2026 3:46 PM |
| **To:** | SubramanianNYSDChambers@nysd.uscourts.gov |
| **Cc:** | David.Dahlquist@usdoj.gov; Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; Arianna.Markel@usdoj.gov; Alex.Cohen@usdoj.gov; Curtis.Strong@usdoj.gov; Jonathan.Hatch@ag.ny.gov; Pfeiffer, Al (Bay Area); Gushman, Robin (Bay Area); Marriott, David (NY); Gass, Andrew (Bay Area); O'Mara, Tim (Bay Area); Giordano, Jennifer (DC); Champlin, Lindsey (DC); Fayne, Kelly (Bay Area); LMoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; Kashfipour, Ehson (DC) |
| **Subject:** | RE: United States et al. v. Live Nation, et al. (1:24-cv-03973) – Request to Withdraw Defendants' Motion to Exclude Trial Exhibits & Related Briefing |

Dear Judge Subramanian:

Proceeding Plaintiff States oppose Defendants' request, as the exhibits at issue are all admissible. The motion, filed on behalf of all Plaintiffs, is fully briefed and ready for adjudication.

Sincerely,

Adam Gitlin

**Adam Gitlin**
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001
Tel.: 202-442-9864
adam.gitlin@dc.gov

---

**From:** Robin.Gushman@lw.com <Robin.Gushman@lw.com>
**Sent:** Monday, March 9, 2026 1:44 PM
**To:** SubramanianNYSDChambers@nysd.uscourts.gov
**Cc:** David.Dahlquist@usdoj.gov; Bonny.Sweeney@usdoj.gov; John.Thornburgh@usdoj.gov; Arianna.Markel@usdoj.gov; Alex.Cohen@usdoj.gov; Curtis.Strong@usdoj.gov; Jonathan.Hatch@ag.ny.gov; Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov>; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Andrew.Gass@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Lindsey.Champlin@lw.com; Kelly.Fayne@lw.com; LMoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; Ehson.Kashfipour@lw.com
**Subject:** United States et al. v. Live Nation, et al. (1:24-cv-03973) – Request to Withdraw Defendants' Motion to Exclude Trial Exhibits & Related Briefing

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Dear Judge Subramanian:

In light of today's developments, Defendants respectfully request the Court's permission to withdraw their Motion to Exclude Trial Exhibits, filed on March 8, 2026 (ECF Nos. 1144 and 1146), without prejudice to renewing the motion, to give Defendants an opportunity to discuss these issues with the Plaintiff States.  Defendants also request that all briefing on the Motion, including the filings made by the United States (ECF Nos. 1161, 1162, 1164), be removed from the docket.

Respectfully submitted,

**Robin L. Gushman**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.7830

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.