# EXHIBIT 28
# [Part 1 of 2]

| From: | Gushman, Robin (Bay Area) |
|---|---|
| Sent: | Wednesday, March 18, 2026 9:22 PM |
| To: | Subramanian NYSD Chambers |
| Cc: | #C-M US V LIVE NATION LITIGATION - FULL - LW TEAM; LN Lit CSM; LiveNationTeam; LiveNation Trial States |
| Subject: | RE: United States et al. v. Live Nation et al., 1:24-cv-03973-AS - Defendants' Letter Brief re: Hill Report |
| Attachments: | Difference_03.18.2026_Opening Expert Report of Nicholas Hill - 3.18.pdf; Difference_03.18.2026_Hill Rebuttal Report.pdf; Letter Motion Attachment 1.pdf; Letter Motion Attachment 2.pdf |

Dear Judge Subramanian:

Attached please find the attachments to Defendants' letter regarding Dr. Hill.

Respectfully submitted,

**Robin L. Gushman**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.7830

---

**From:** Gushman, Robin (Bay Area)
**Sent:** Wednesday, March 18, 2026 9:08 PM
**To:** 'Subramanian NYSD Chambers' <SubramanianNYSDChambers@nysd.uscourts.gov>
**Cc:** #C-M US V LIVE NATION LITIGATION - FULL - LW TEAM <usvlivenationlitigationfull.lwteam@lw.com>; LN Lit CSM <ln_lit_csm@cravath.com>; LiveNationTeam <LiveNationTeam@winston.com>; LiveNation Trial States <livenationtrialstates@ag.ny.gov>
**Subject:** United States et al. v. Live Nation et al., 1:24-cv-03973-AS - Defendants' Letter Brief re: Hill Report

Dear Judge Subramanian:

Attached please find Defendants' letter brief regarding disputed portions of Dr. Hill's report to be excluded.  We will follow up with the attachments due to size.

Best,
Robin

**Robin L. Gushman**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.7830

**Fayne, Kelly (Bay Area)**

| | |
|---|---|
| **From:** | Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov> |
| **Sent:** | Tuesday, March 17, 2026 8:29 PM |
| **To:** | Fayne, Kelly (Bay Area); JKessler@winston.com; LiveNationTeam@winston.com; LiveNationTrialStates@ag.ny.gov |
| **Cc:** | Daniels, Jason (Bay Area); Pfeiffer, Al (Bay Area); Marriott, David (NY); O'Mara, Tim (Bay Area); Giordano, Jennifer (DC); Gass, Andrew (Bay Area); Champlin, Lindsey (DC); Gushman, Robin (Bay Area); Wisser, Leah (DC); npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Kashfipour, Ehson (DC) |
| **Subject:** | RE: US v. LN - Exclusion of Testimony of Dr. Hill |

Kelly,

Our position is that we have agreed that certain opinions are excluded, e.g., the promotion services market contained in Section 6 of Dr. Hill's opening report. However, the *Daubert*/summary judgment opinion does not exclude facts, and our position is that Dr. Hill can testify to anything cited in his materials relied upon to the extent that it supports opinions that have not been excluded. As the Court has already found, Dr. Hill may rely upon "background information and statistics" for issues relevant to this case. Dkt. 1037 at 15. And to the extent Dr. Hill has done that, he has not opened the door to cross-examination on any excluded opinions.

We will send revised versions of the reports so they can be submitted to the Court tomorrow.

Adam


**Adam Gitlin**
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001
Tel.: 202-442-9864
adam.gitlin@dc.gov

---

**From:** Kelly.Fayne@lw.com <Kelly.Fayne@lw.com>
**Sent:** Monday, March 16, 2026 8:17 PM
**To:** Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov>; JKessler@winston.com; LiveNationTeam@winston.com; LiveNationTrialStates@ag.ny.gov
**Cc:** Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Ehson.Kashfipour@lw.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

1

Adam,

We have not heard from you on the below.  Could you let us know if there is more to discuss here or if you are agreed this is ripe to take to the court?  We will prepare to do so on Wednesday.

Kelly

---

**From:** Fayne, Kelly (Bay Area)
**Sent:** Friday, March 13, 2026 7:53 AM
**To:** 'Gitlin, Adam (OAG)' <Adam.Gitlin@dc.gov>; Kessler, Jeffrey L. <JKessler@winston.com>; LiveNationTeam <LiveNationTeam@winston.com>; LiveNationTrialStates@ag.ny.gov
**Cc:** Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Adam,

Since we have been trading highlighted copies of Hill for several days, and we each continue to hold firm on the same disputed sections, it should not be hard for plaintiffs to confirm whether you are inclined to change your view on any opinions that remain highlighted in red.  You disagreed with them on March 6, and we merely agreed to remove a few, which only reduces the areas of disagreement.  For those that are still highlighted, we do not intend to change our position.   As Danielle flagged in her March 6 email, Plaintiffs were in alignment with us that the next step on any outstanding disagreements would be a joint submission to the Court.

For the avoidance of doubt, we do not agree with Danielle's proposition in her March 6 email that would propose to limit Dr. Yurukoglu's testimony (which is why that testimony is still in red).  Her other proposal is addressed by the sentence below.

We are willing to agree with you that both sides will not cross-examine experts on opinions that were excluded or the fact that they were excluded, unless the expert's testimony opens the door to such cross examination (e.g., by offering the excluded opinion anyway).  This does not constrain either party from cross-examining an expert about the absence of opinions from their testimony.

As to your proposition that Dr. Hill may still refer to background information, statistics, etc., we disagree with what appears to be a new interpretation of the Court's Orders.  To the extent Plaintiffs are suggesting for the first time that Dr. Hill's entire reports are back in play, that position is irreconcilable with the process we have been collaborating on to date.  From the outset, the point of this exercise has been that we would align on which portions of his report he may still refer to and which he cannot.

Regards,
Kelly

---

**From:** Gitlin, Adam (OAG) <Adam.Gitlin@dc.gov>
**Sent:** Thursday, March 12, 2026 8:36 PM
**To:** Kessler, Jeffrey L. <JKessler@winston.com>; Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; LiveNationTeam

<LiveNationTeam@winston.com>; LiveNationTrialStates@ag.ny.gov
**Cc:** Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>
**Subject:** Re: US v. LN - Exclusion of Testimony of Dr. Hill

Kelly,

Thanks. You have had Plaintiffs' last proposal for over a week, and have now sent us an email that purports to reflect the parties' agreement and impasse, at 11 pm, and asking for a response by 10 am tomorrow. As Jeffrey said, we'll get back to you as soon as we can.

To be sure we are working with the right draft, please confirm that your version responds to Danielle's March 6 proposal—your email appears to respond to her March 1 proposal, after which Ehson made a counter on March 5.

Relatedly, please let us know if you otherwise agree to the terms in the March 6 email from Danielle Drory.

While we review, please also confirm your understanding that consistent with the Court's Orders, Dr. Hill may still refer to background information, statistics, and other information from his reports that bears on his opinions, and otherwise discuss and present information contained in these reports as set forth by the Court in the *Daubert* rulings, so long as he does not express an opinion about how they relate to market power in markets on which the Court granted summary judgment, or an opinion of any HMT that was excluded.

Finally, we understand the issue was previously raised regarding cross-examining experts about excluded opinions. We propose that both sides agree that they will not cross-examine experts on opinions that were excluded, including the fact that any opinion was excluded by the Court.  Please confirm your position by the end of the day tomorrow.

Best,

Adam

**Adam Gitlin**
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001
Tel.: 202-442-9864
adam.gitlin@dc.gov

---

**From:** Kessler, Jeffrey L. <JKessler@winston.com>
**Sent:** Thursday, March 12, 2026 11:04 PM
**To:** Kelly.Fayne@lw.com <Kelly.Fayne@lw.com>; LiveNationTeam <LiveNationTeam@winston.com>; LiveNationTrialStates@ag.ny.gov <LiveNationTrialStates@ag.ny.gov>

**Cc:** Jason.Daniels@lw.com <Jason.Daniels@lw.com>; Al.Pfeiffer@lw.com <Al.Pfeiffer@lw.com>; David.Marriott@lw.com <David.Marriott@lw.com>; Tim.O'Mara@LW.com <Tim.O'Mara@LW.com>; Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>; Andrew.Gass@lw.com <Andrew.Gass@lw.com>; Lindsey.Champlin@lw.com <Lindsey.Champlin@lw.com>; Robin.Gushman@lw.com <Robin.Gushman@lw.com>; Leah.Wisser@lw.com <Leah.Wisser@lw.com>; npeles@cravath.com <npeles@cravath.com>; LMoskowitz@cravath.com <LMoskowitz@cravath.com>; jweiss@cravath.com <jweiss@cravath.com>; fli@cravath.com <fli@cravath.com>; Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>

**Subject:** Re: US v. LN - Exclusion of Testimony of Dr. Hill

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

We will get back to you on this as soon as we can but not by tomorrow morning. We are not calling this witness next week and there is no emergency to resolve this.



**JEFFREY L. KESSLER**
PARTNER
CO-EXECUTIVE CHAIRMAN

**T** +1 (212) 294-4698
jkessler@winston.com

*Admitted to practice in New York*

---

**From:** Kelly.Fayne@lw.com <Kelly.Fayne@lw.com>
**Sent:** Thursday, March 12, 2026 10:57 PM
**To:** LiveNationTeam <LiveNationTeam@winston.com>; LiveNationTrialStates@ag.ny.gov <LiveNationTrialStates@ag.ny.gov>
**Cc:** Jason.Daniels@lw.com <Jason.Daniels@lw.com>; Al.Pfeiffer@lw.com <Al.Pfeiffer@lw.com>; David.Marriott@lw.com <David.Marriott@lw.com>; Tim.O'Mara@LW.com <Tim.O'Mara@LW.com>; Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>; Andrew.Gass@lw.com <Andrew.Gass@lw.com>; Lindsey.Champlin@lw.com <Lindsey.Champlin@lw.com>; Robin.Gushman@lw.com <Robin.Gushman@lw.com>; Leah.Wisser@lw.com <Leah.Wisser@lw.com>; npeles@cravath.com <npeles@cravath.com>; LMoskowitz@cravath.com <LMoskowitz@cravath.com>; jweiss@cravath.com <jweiss@cravath.com>; fli@cravath.com <fli@cravath.com>; Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>

**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

Over the last several days, we have made considerable progress with Plaintiffs in aligning on the portions of Dr. Hill's report containing opinions now excluded by the Court's Daubert and Summary Judgment rulings. We appreciate the collaboration that has helped narrow the issues for the Court. That said, we appear to have reached an impasse on a few remaining disputes, reflected in the attached highlighted versions of Dr. Hill's reports.

As before, we applied the following highlight scheme:

- **No highlighting** = opinions we have not contended are inadmissible based on the Summary Judgment and Daubert rulings (though still subject to the Court's ruling that Dr. Hill may not serve as a conduit for otherwise inadmissible evidence, and without prejudice to other unrelated objections). Note that after receiving Plaintiffs' most recent response, we reconsidered and withdrew highlighting in several places.
- **Grey highlighting** = opinions both sides agree are inadmissible.
- **Red highlighting** = opinions Defendants contend are inadmissible, but Plaintiffs disagree.

Please confirm by 10 am on 3/13 whether we are at an impasse on the red-highlighted portions so we can present them to the Court for resolution.


Regards,
Kelly


**Kelly Fayne**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.7897 | M: +1.413.221.4585

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Sunday, March 1, 2026 4:21 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

Thank you for providing Defendants' narrowed, proposed exclusions.

Attached please find Plaintiffs' responses. We have highlighted in green the portions of Dr. Hill's reports that we agree are excluded. We have left highlighted in red the portions that we disagree are excluded under the Court's rulings.

As we previewed during our last meet and confer, there are a few paragraphs in Dr. Hill's rebuttal report that we have left highlighted in red that Plaintiffs agree to exclude if Defendants agree that Dr. Yurukoglu will not address the underlying analyses or substantively similar analyses. These are paragraphs 33-34 and 43-49 . Please let us know if Defendants are amenable to this proposal.

In addition, is difficult to ascertain which appendices "associated with the listed paragraphs" Defendants claim are also excluded. Could you please provide a version that highlights those appendices in red?

5

Please let us know if it would be helpful to discuss further.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Drory, Danielle (ATR)
**Sent:** Sunday, March 1, 2026 1:23 PM
**To:** 'Ehson.Kashfipour@lw.com' <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Hi Ehson,

Thank you for providing your revised list of proposed exclusions. Plaintiffs will provide responses to Defendants' list by 8pm tonight.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Sunday, March 1, 2026 12:59 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

I am following up regarding our correspondence on Thursday, in which the parties agreed to re-evaluate their proposed exclusions of Dr. Hill's expert reports in light of the Court's rulings and our meet-and-confer discussions. Defendants provided their revised list of proposed exclusions on Friday. However, we have still not received a response from Plaintiffs, despite our mutual agreement to meet and confer as needed over the weekend to address any remaining areas of disagreement.

Please advise by 3 p.m. ET today when we can expect to hear from Plaintiffs. We remain hopeful that the parties can resolve this matter without court intervention. Nevertheless, Defendants are prepared to promptly raise this issue with the Court if necessary to ensure timely resolution.

Thanks,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Kashfipour, Ehson (DC)
**Sent:** Friday, February 27, 2026 11:00 PM
**To:** 'Drory, Danielle (ATR)' <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Danielle,

Please find attached Defendants' narrowed, proposed exclusions to Dr. Hill's expert reports. As previewed, we have highlighted in grey the portions of Dr. Hill's reports that we understand the parties have already agreed are excluded in accordance with the Court's summary judgment and *Daubert* rulings. We have highlighted in red the portions that we believe are also excluded under the Court's rulings, but that Plaintiffs were still considering.

As before, all footnotes, appendices, figures, summary exhibits, and demonstratives associated with the listed paragraphs are also excluded. Defendants reserve all rights to rebut any opinions put forth by Dr. Hill, whether in cross-examination or by Defendants' experts.

We hope that Plaintiffs will find these proposed exclusions agreeable. To the extent that it would be helpful to discuss any portion of these designations, we are available to discuss promptly.

Best,
Ehson

7

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Thursday, February 26, 2026 11:30 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>;
Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk,
Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna
(ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov;
adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay
Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area)
<Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area)
<Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area)
<Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com;
LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

We appreciate Defendants' willingness to continue to meet and confer on these issues and agree that Defendants'
proposed approach is a productive path forward.

We are reviewing our responses to Defendants' proposed exclusions in light of our discussion this evening in order to
further narrow any remaining disagreements. We plan to highlight any remaining areas of disagreement after receiving
and reviewing your markup tomorrow.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Thursday, February 26, 2026 11:13 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>;
Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk,
Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna
(ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov;
adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com;
Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com;
Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee,
Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

Thank you for the productive meeting this evening. While there are still some issues to be resolved, we believe the parties are making meaningful progress toward narrowing the disputes. We propose that we continue working collaboratively to reach agreement on the specific portions of Dr. Hill's reports that should be excluded from trial in light of the Court's rulings.

We take to heart your observation that certain paragraphs may not be suitable for full exclusion, but only exclusion in part. We think the most productive path forward is for Defendants to review Dr. Hill's reports and identify the specific portions we understand the parties have agreed are excluded, as well as those we propose should be excluded under the Court's rulings. (Sometimes this may still be an entire paragraph; other times not.) We will highlight each category in different colors for clarity. We are beginning this process tonight and will circulate our markup tomorrow.

Consistent with our discussion, we ask that Plaintiffs review their responses to Defendants' proposed exclusions in order to further narrow any remaining disagreements. To the extent any issues remain, we propose that the parties meet and confer over the weekend to resolve them or, if necessary, to identify any remaining disputes for the Court. We hope, by that point, the parties will have continued to make progress narrowing disputes, to that only a manageable number remains for resolution by the Court.

Please let us know if you have any concerns with this approach.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Thursday, February 26, 2026 7:33 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Thanks, that works for Plaintiffs.

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Thursday, February 26, 2026 7:28 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Hi Danielle, can we please push this 15 mins?  I'll update the invite now.

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Thursday, February 26, 2026 4:18 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Hi Ehson,

Plaintiffs can meet at 7:30. Could you please send an invitation at your convenience?

Thank you,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Thursday, February 26, 2026 3:32 PM

**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Danielle,

Thank you.  Please let us know Plaintiffs' availability to meet and confer today at 7:30 p.m. ET or later.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Thursday, February 26, 2026 2:55 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

Per the Court's order and comments at yesterday's hearing, attached please find Plaintiffs' response to Defendants' designations of the portions of Dr. Hill's reports that should be excluded pursuant to the Court's recent summary judgment and *Daubert* orders. Plaintiffs' responses also reflect the Court's comments at yesterday's hearing with respect to his forthcoming order on Defendants' supplemental letter motions.

Plaintiffs' attached responses are conditional upon 1) Defendants agreeing that they will not cross-examine Dr. Hill on the existence or contents of opinions that Plaintiffs and Defendants agree are excluded; and 2) Defendants agreeing that their experts will not be permitted to advance opinions on these excluded topics. Further, we request that neither Defendants nor their experts can present any information or evidence to the jury revealing that any portion of Dr. Hill's analyses was excluded.

It is unclear what appendices are "associated with the listed paragraphs" per Defendants' 2/19 email. To the extent Defendants believe that Dr. Hill's opinions in his appendices should be excluded, we request that Defendants identify those appendices.

Please let us know if Defendants agree with our proposals or if further discussion is necessary. We are happy to meet and confer promptly per the Court's order.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Monday, February 23, 2026 10:30 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Thank you, Danielle.  4pm tomorrow works for us.  I will circulate an invite.

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Monday, February 23, 2026 9:27 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

Plaintiffs are available to meet and confer at 1pm or 4pm ET tomorrow on this issue. Please let us know if either of those times work for Defendants.

Thank you,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Monday, February 23, 2026 9:14 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Thank you, Danielle.

Unfortunately, 9pm tomorrow evening will not work given the final pretrial conference is scheduled for the following morning.  Plaintiffs' proposed timing would not provide sufficient opportunity for the parties to identify areas of disagreement and raise them with the Court in advance so that we can receive guidance at the conference.

Please let us know your availability this evening or tomorrow morning, and we will do our best to accommodate.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Monday, February 23, 2026 8:50 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area)

<Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Hi Ehson,

Plaintiffs are available to meet and confer at 9pm tomorrow evening. If that time works for Defendants, could you please circulate an invitation?

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Monday, February 23, 2026 4:53 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Danielle,

Thank you for your response.  We have significant concerns that Plaintiffs' position does not accurately reflect the Court's summary judgment and *Daubert* rulings, or what evidence is relevant in light of those rulings.  Moreover, Plaintiffs' response does not comply with the Court's instruction that the parties identify "the paragraphs at issue" in Dr. Hill's reports; Plaintiffs' response identifies only ¶¶ 288-294 of Dr. Hill's initial report as ones that Plaintiffs do not intend for Dr. Hill to testify about, and provides only "examples" of other paragraphs that Plaintiffs claim are not excluded.

Consistent with the Court's February 19 Order, please provide Plaintiffs' availability to meet and confer regarding these issues today or tomorrow.

Thanks,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Sunday, February 22, 2026 8:51 PM
**To:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

Thank you for providing Defendants' view on which paragraphs from Dr. Hill's reports should be excluded pursuant to the Court's recent summary judgement and *Daubert* orders.

We believe Defendants' proposal is overbroad and inconsistent with the Court's rulings. In addition, several of Defendants' suggested exclusions pertain to Defendants' supplemental letter motions that Plaintiffs have opposed and are pending a ruling from the Court. *See* ECF 1057.

For example, Defendants claim certain paragraphs (¶¶ 322-367) from Dr. Hill's opening report concerning Defendants' content withholding should be excluded. The Court explicitly credited various instances of content withholding as evidence of anticompetitive effects in the venue-facing primary ticketing markets that should be presented to the jury. MSJ Op. at 38-39; *see also* Feb. 19 Order. The exclusion of these paragraphs is not supported by the Court's orders.

Further, Defendants claim certain paragraphs (¶¶198-219) from Dr. Hill's opening report concerning relevant market definition and Defendants' market power in the concert-booking services market should be excluded. However, the Court explicitly acknowledged there is "a triable question of fact on these [concert-booking] issues." MSJ Op. at 24. Moreover, the Court indicated that opinions regarding the concert-booking services market are relevant to Plaintiffs' claims in other markets. MSJ Op. at 38-39; *see also* Feb. 19 Order. The exclusion of these paragraphs is similarly unwarranted.

In addition, many of the paragraphs Defendants claim should be excluded contain analyses of quantitative and qualitative evidence relevant to other claims proceeding to trial. As a result, wholesale exclusion of sections and paragraphs of Dr. Hill's report is largely inappropriate.

To be clear, Plaintiffs agree that there are certain opinions from Dr. Hill's opening report that he will no longer offer pursuant to the Court's recent opinion and orders.
In particular, Plaintiffs commit to the following:

1. Dr. Hill will not provide an opinion regarding his hypothetical monopolist test in the artist-facing amphitheater market. However, Dr. Hill "may still testify as to background information and statistics about [the artist-facing amphitheater market], as those statistics are relevant to understanding artists' cross-elasticities of demand." MSJ Op. at 15. Pursuant to these guardrails, Plaintiffs do not intend for Dr. Hill to testify to the opinions contained within ¶¶ 288-294 of his initial report, but, for example, do expect him to testify to the opinions contained within ¶¶ 285-286. Dr. Hill may also put forward testimony to address Defendants' own experts' testimony on "background information and statistics" that they claim is relevant to "artists' cross-elasticity of demand."

15

2. Dr. Hill will not provide an opinion regarding relevant market definition or Defendants' market power in the market for promotion services to artists at major concert venues. MSJ Op. at 12. However, Dr. Hill may still explain the role of promotion services for artists as well as discuss analyses and qualitative evidence related to promotions services to the extent they are relevant to other claims proceeding to trial. For example, Dr. Hill's analyses related to promotions services are relevant to Plaintiffs' tying claim, which the Court explicitly acknowledged will proceed to trial. MSJ Op. at 32, 42.

3. Dr. Hill will not provide an opinion regarding the impact of Live Nation's promoter acquisitions on its market power in the concert-booking services market. *See* MSJ Op. at 33.  However, Dr. Hill may still discuss Defendants' promoter acquisitions to the extent these acquisitions are relevant to other claims proceeding to trial. For example, Dr. Hill may present evidence regarding Defendants' promoter acquisitions insofar as they also provide Defendants with control over a large amphitheater or other major concert venue. *See* Hill Rpt. at ¶415 (acknowledging that "Live Nation's promoter acquisitions have also given Live Nation control over venues (e.g., Live Nation acquired promoters who owned or controlled a venue), including major concert venues, across the United States.").

4. Dr. Hill will not provide an opinion regarding relevant market definition or Defendants' market power in the fan-facing ticketing market. MSJ Op. at 26. However, Dr. Hill may provide opinions regarding how "a lack of competition between ticketers creates worse outcomes for fans, for example through worse service or higher fees." MSJ Op. at 43.

5. Dr. Hill will not provide any opinions that double as legal conclusions. In particular, Dr. Hill will not use the term "anticompetitive conduct" to characterize Defendants' behavior. *See* Feb. 19 Order. However, Dr. Hill may, for example, opine that Defendants' actions and conduct are consistent with those that would cause an anticompetitive effect on a relevant market.

In addition to Plaintiffs' proposals above, we request that Defendants agree they will not cross-examine Dr. Hill on the existence or contents of opinions that Plaintiffs and Defendants agree are excluded. Defendants also cannot present any information or evidence to the jury revealing that any portion of Dr. Hill's analyses was excluded.  Nor will any of Defendants' experts be permitted to advance opinions on these excluded topics or the exclusion of Dr. Hill's analyses.

Please let us know if Defendants agree with our proposals above or if further discussion is necessary.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>
**Sent:** Sunday, February 22, 2026 6:18 PM
**To:** Ehson.Kashfipour@lw.com; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov; Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com;

Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson –

We will provide our response and position regarding Dr. Hill's opinions at 9pmET tonight.

For the avoidance of doubt, we disagree with everything you said below.

Thank you-
David

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Sunday, February 22, 2026 2:38 PM
**To:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov; Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

David,

Thanks for your response.  Two points warrant clarification.

First, the timing of our request is not Defendants' self-proclaimed urgency.  Rather, Plaintiffs asked the Court during the February 19 hearing that Defendants' request to exclude portions of Dr. Hill's testimony be submitted that same night.  However unnecessary or unwarranted you may now think it is to respond to our proposal, Plaintiffs certainly did not think so when they asked that we provide it just *hours* after the hearing—an obligation Defendants nevertheless met.

Second, Defendants' deadline was neither arbitrary nor is our claim of waiver unilateral.  Again, Plaintiffs represented during the February 19 hearing that Plaintiffs would respond to Defendants' request to exclude portions of Dr. Hill's testimony on the same timeline as Plaintiffs' response to Defendants' two letters filed on February 19.  That deadline was noon on Saturday, February 21.  The deadline we provided—the one you now characterize as "arbitrary"—was six hours later than the deadline Plaintiffs represented to the Court they would meet.

We are surprised that Plaintiffs couldn't meet that deadline, which was more than four times longer than Defendants were given at your express request, and longer than the timeline Plaintiffs represented to the Court they would respond within.  Please let us know by 4 p.m. ET whether Plaintiffs can meet at 9 p.m. ET tonight.  If not, Defendants will have to raise this issue with the Court.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>
**Sent:** Sunday, February 22, 2026 12:44 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; jonathan.hatch@ag.ny.gov; Adam.Gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov; Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** Re: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson and all –

Thank you for your email and Defendants' proposal regarding Dr. Hill's testimony.

While we appreciate your email and recognition of the need to meet and confer, we disagree with your arbitrary deadline or unilateral claim of any waiver.

We are continuing to review together with Dr. Hill.  We are also awaiting the transcript from the telephonic hearing to confirm our understanding of the Court's ruling.

We intend to respond to your proposal with additional detail on Monday (2/23).  In light of the fact that Dr. Hill will not testify for weeks, and the revised date for the final pre-trial hearing, your self proclaimed urgency is neither necessary nor warranted.

We will be available to discuss further as needed after you review our proposal.

Safe travels to NY everyone.

-David


**David Dahlquist**
Acting Deputy Director Civil Litigation
Senior Litigation Counsel
Antitrust Division
United States Department of Justice
David.Dahlquist@usdoj.gov
(202) 805-8563

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Sunday, February 22, 2026 12:20 PM
**To:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; jonathan.hatch@ag.ny.gov <Jonathan.Hatch@ag.ny.gov>; Adam.Gitlin@dc.gov <adam.gitlin@dc.gov>; Conor.May@coag.gov <Conor.May@coag.gov>; hamilton.millwee@ag.tn.gov <hamilton.millwee@ag.tn.gov>; David.Reichenberg@law.njoag.gov <David.Reichenberg@law.njoag.gov>; hamilton.millwee@ag.tn.gov <hamilton.millwee@ag.tn.gov>
**Cc:** Kelly.Fayne@lw.com <Kelly.Fayne@lw.com>; Jason.Daniels@lw.com <Jason.Daniels@lw.com>; Al.Pfeiffer@lw.com <Al.Pfeiffer@lw.com>; David.Marriott@lw.com <David.Marriott@lw.com>; Tim.O'Mara@LW.com <Tim.O'Mara@LW.com>; Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>; Andrew.Gass@lw.com <Andrew.Gass@lw.com>; Lindsey.Champlin@lw.com <Lindsey.Champlin@lw.com>; Robin.Gushman@lw.com <Robin.Gushman@lw.com>; Leah.Wisser@lw.com <Leah.Wisser@lw.com>; npeles@cravath.com <npeles@cravath.com>; LMoskowitz@cravath.com <LMoskowitz@cravath.com>; jweiss@cravath.com <jweiss@cravath.com>; fli@cravath.com <fli@cravath.com>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

The Court's February 19, 2026 Order instructed Defendants to email Plaintiffs the paragraphs in Dr. Hill's reports that are excluded from the case based on the Court's summary judgment and *Daubert* rulings and to "meet and confer with plaintiffs concerning whether there is a dispute that needs to be addressed by the Court." In compliance with the Order, Defendants provided their list of excluded paragraphs on February 19 and requested that, "[s]hould Plaintiffs disagree with any of these exclusions," Plaintiffs provide Defendants with the list of paragraphs with which they disagree, along with the basis for their disagreement, by end of day Saturday, February 21. We have not received a response from Plaintiffs. We therefore understand that Plaintiffs agree with the list of paragraphs provided by Defendants on February 19.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Kashfipour, Ehson (DC)
**Sent:** Thursday, February 19, 2026 11:58 PM
**To:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; 'Strong, Curtis (ATR)' <Curtis.Strong@usdoj.gov>; jonathan.hatch@ag.ny.gov; Adam.Gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov; Hamilton.Millwee@ag.tn.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com;

LMoskowitz@cravath.com; jweiss@cravath.com; Franklin Li <fli@cravath.com>
**Subject:** US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

Pursuant to the Court's Order dated February 19, 2026, Defendants provide the attached list of paragraphs from Dr. Hill's reports that contain opinions that have been excluded in whole or in part in accordance with the Court's partial granting of Defendants' motion for summary judgment and *Daubert* motion to exclude Dr. Hill. The excluded opinions pertain to the following issues, for the reasons detailed in the aforementioned orders:

1. Dr. Hill's HMT analysis relating to Plaintiffs' alleged market for the use of MCAs
2. Dr. Hill's HMT analysis relating to Plaintiffs' alleged market for promotion services at MCVs
3. Claims based on Plaintiffs' alleged market for promotion services at MCVs, including claims that depend on this market as a source of market power or as a tied-product market
4. Claims based on Plaintiffs' alleged venue-facing booking services market
5. Claims based on Plaintiffs' alleged fan-facing ticketing market
6. Legal conclusions

For the avoidance of doubt, all footnotes, appendices, figures, summary exhibits, and demonstratives associated with the listed paragraphs are also excluded.

In addition, the Court's February 19, 2026 Order excludes Dr. Hill's narration, summary, and weighing of "qualitative evidence" if such evidence is otherwise inadmissible at trial. Given the ongoing exchanges and conferrals between the Parties regarding exhibit and witness lists, and the dependance of the Court's order on the evidence ultimately presented at trial, Defendants are unable to identify each paragraph in Dr. Hill's reports potentially implicated by this Order. Defendants reserve the right to object to any testimony by Dr. Hill that is excluded under this Order at a later date.

Should Plaintiffs disagree with any of these exclusions, we request a list of the specific paragraphs in question, along with the basis for Plaintiffs' disagreement, by 11:59 p.m. ET on Saturday, February 21.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication

will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

## Sprick, Molly (NY)

| | |
|---|---|
| **From:** | Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov> |
| **Sent:** | Friday, March 6, 2026 10:06 PM |
| **To:** | Kashfipour, Ehson (DC); Dahlquist, David (ATR); Thornburgh, John (ATR); Sweeney, Bonny (ATR); Van Kirk, Lorraine (ATR); McLellan, Michael (ATR); Markel, Arianna (ATR); Strong, Curtis (ATR); Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov |
| **Cc:** | Fayne, Kelly (Bay Area); Daniels, Jason (Bay Area); Pfeiffer, Al (Bay Area); Marriott, David (NY); O'Mara, Tim (Bay Area); Giordano, Jennifer (DC); Gass, Andrew (Bay Area); Champlin, Lindsey (DC); Gushman, Robin (Bay Area); Wisser, Leah (DC); npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) |
| **Subject:** | RE: US v. LN - Exclusion of Testimony of Dr. Hill |
| **Attachments:** | 2026.03.06 - Hill Report - Pls' Counter.pdf; 2026.03.06 - Hill Rebuttal Report - Pls' Counter.pdf |

Ehson,

Thank you for sending Defendants' revised proposal.

Plaintiffs' revised proposals are attached. Please note that Plaintiffs excluded Hill Rebuttal Paragraphs 67, 69-71 and Figure 8 in error in our prior submission. Plaintiffs do not agree that these paragraphs and figure are excluded.

As we previewed during our email below, there are a few paragraphs in Dr. Hill's rebuttal report that we have left highlighted in red that Plaintiffs agree to exclude if Defendants agree that Dr. Yurukoglu will not address the underlying analyses or substantively similar analyses. These are paragraphs 33-34 and 43-49. We understand that Defendants have not indicated that they are amenable to this proposal.

In addition, please note that Plaintiffs' agreement that these opinions are excluded are subject to Defendants' agreement that they will not cross-examine Dr. Hill on the existence or contents of those opinions.

Please let us know when you are available to meet and confer on these issues. To the extent that the parties are unable to reach an agreement on the outstanding issues, we agree that a joint submission to the Court is a productive path forward to resolve any remaining disagreements.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Thursday, March 5, 2026 11:59 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov

**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Danielle,

We appreciate Plaintiffs' constructive engagement regarding the appropriate scope of Dr. Hill's testimony.  As requested, we are providing proposed exclusions to the appendices in Dr. Hill's reports, highlighted in red.  We have further narrowed our proposed exclusions and highlighted in red the portions of our prior designations that we are maintaining our position that they are excluded under the Court's orders.  The portions of Dr. Hill's reports that the parties have agreed are excluded are highlighted in grey.

Based on our review of Plaintiffs' latest response, there are a few areas where the parties appear to remain in disagreement.  These disputed topics appear to be:

- Testimony concerning the artist-facing promotion services market.  Here, in multiple instances, Plaintiffs merely designated the word "market" for exclusion but otherwise left Dr. Hill's opinions unchanged (*see, e.g.*, Hill Report Section 6.2.3).
- Testimony concerning the market for the provision of concert booking services to MCVs (*see, e.g.*, Hill Report Section 7).
- Testimony concerning the market for the provision of primary concert ticketing to fans at MCVs (*see, e.g.*, Hill Report Section 8.4).
- Testimony concerning alleged harm that results from a combination of power and conduct in multiple markets, including those that have been dismissed (*see, e.g.*, Hill Report Section 10.6).

If Plaintiffs intend to maintain their position that Dr. Hill's opinions on these issues are suitable for trial, we respectfully request an explanation of how these opinions relate to the Plaintiffs' remaining claims as identified in their February 25, 2026 letter.  If the parties are unable to resolve these outstanding issues, we propose a joint submission to the Court, identifying the paragraphs at issue and providing a brief position statement from each side for each paragraph to resolve any remaining disagreements.

We remain open to meeting and conferring to further narrow the parties' disputes as helpful.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Sunday, March 1, 2026 7:21 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area)

<Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

Thank you for providing Defendants' narrowed, proposed exclusions.

Attached please find Plaintiffs' responses. We have highlighted in green the portions of Dr. Hill's reports that we agree are excluded. We have left highlighted in red the portions that we disagree are excluded under the Court's rulings.

As we previewed during our last meet and confer, there are a few paragraphs in Dr. Hill's rebuttal report that we have left highlighted in red that Plaintiffs agree to exclude if Defendants agree that Dr. Yurukoglu will not address the underlying analyses or substantively similar analyses. These are paragraphs 33-34 and 43-49 . Please let us know if Defendants are amenable to this proposal.

In addition, is difficult to ascertain which appendices "associated with the listed paragraphs" Defendants claim are also excluded. Could you please provide a version that highlights those appendices in red?

Please let us know if it would be helpful to discuss further.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Drory, Danielle (ATR)
**Sent:** Sunday, March 1, 2026 1:23 PM
**To:** 'Ehson.Kashfipour@lw.com' <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Hi Ehson,

Thank you for providing your revised list of proposed exclusions. Plaintiffs will provide responses to Defendants' list by 8pm tonight.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Sunday, March 1, 2026 12:59 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

I am following up regarding our correspondence on Thursday, in which the parties agreed to re-evaluate their proposed exclusions of Dr. Hill's expert reports in light of the Court's rulings and our meet-and-confer discussions. Defendants provided their revised list of proposed exclusions on Friday. However, we have still not received a response from Plaintiffs, despite our mutual agreement to meet and confer as needed over the weekend to address any remaining areas of disagreement.

Please advise by 3 p.m. ET today when we can expect to hear from Plaintiffs. We remain hopeful that the parties can resolve this matter without court intervention. Nevertheless, Defendants are prepared to promptly raise this issue with the Court if necessary to ensure timely resolution.

Thanks,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Kashfipour, Ehson (DC)
**Sent:** Friday, February 27, 2026 11:00 PM
**To:** 'Drory, Danielle (ATR)' <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area)

<Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Danielle,

Please find attached Defendants' narrowed, proposed exclusions to Dr. Hill's expert reports.  As previewed, we have highlighted in grey the portions of Dr. Hill's reports that we understand the parties have already agreed are excluded in accordance with the Court's summary judgment and *Daubert* rulings.  We have highlighted in red the portions that we believe are also excluded under the Court's rulings, but that Plaintiffs were still considering.

As before, all footnotes, appendices, figures, summary exhibits, and demonstratives associated with the listed paragraphs are also excluded.  Defendants reserve all rights to rebut any opinions put forth by Dr. Hill, whether in cross-examination or by Defendants' experts.

We hope that Plaintiffs will find these proposed exclusions agreeable.  To the extent that it would be helpful to discuss any portion of these designations, we are available to discuss promptly.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Thursday, February 26, 2026 11:30 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

We appreciate Defendants' willingness to continue to meet and confer on these issues and agree that Defendants' proposed approach is a productive path forward.

We are reviewing our responses to Defendants' proposed exclusions in light of our discussion this evening in order to further narrow any remaining disagreements. We plan to highlight any remaining areas of disagreement after receiving and reviewing your markup tomorrow.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Thursday, February 26, 2026 11:13 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

Thank you for the productive meeting this evening.  While there are still some issues to be resolved, we believe the parties are making meaningful progress toward narrowing the disputes.  We propose that we continue working collaboratively to reach agreement on the specific portions of Dr. Hill's reports that should be excluded from trial in light of the Court's rulings.

We take to heart your observation that certain paragraphs may not be suitable for full exclusion, but only exclusion in part.  We think the most productive path forward is for Defendants to review Dr. Hill's reports and identify the specific portions we understand the parties have agreed are excluded, as well as those we propose should be excluded under the Court's rulings.  (Sometimes this may still be an entire paragraph; other times not.)  We will highlight each category in different colors for clarity.  We are beginning this process tonight and will circulate our markup tomorrow.

Consistent with our discussion, we ask that Plaintiffs review their responses to Defendants' proposed exclusions in order to further narrow any remaining disagreements.  To the extent any issues remain, we propose that the parties meet and confer over the weekend to resolve them or, if necessary, to identify any remaining disputes for the Court.  We hope, by that point, the parties will have continued to make progress narrowing disputes, to that only a manageable number remains for resolution by the Court.

Please let us know if you have any concerns with this approach.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Thursday, February 26, 2026 7:33 PM

**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill


Thanks, that works for Plaintiffs.


**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Thursday, February 26, 2026 7:28 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill


Hi Danielle, can we please push this 15 mins?  I'll update the invite now.


**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Thursday, February 26, 2026 4:18 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area)

7

<Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com;
LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com; Buzbee, Seana (ATR) <Seana.Buzbee@usdoj.gov>
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Hi Ehson,

Plaintiffs can meet at 7:30. Could you please send an invitation at your convenience?

Thank you,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Thursday, February 26, 2026 3:32 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>;
Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk,
Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna
(ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov;
adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com;
Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com;
Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Danielle,

Thank you.  Please let us know Plaintiffs' availability to meet and confer today at 7:30 p.m. ET or later.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Thursday, February 26, 2026 2:55 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>;
Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk,
Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna
(ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov;
adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay
Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area)

<Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

Per the Court's order and comments at yesterday's hearing, attached please find Plaintiffs' response to Defendants' designations of the portions of Dr. Hill's reports that should be excluded pursuant to the Court's recent summary judgment and *Daubert* orders. Plaintiffs' responses also reflect the Court's comments at yesterday's hearing with respect to his forthcoming order on Defendants' supplemental letter motions.

Plaintiffs' attached responses are conditional upon 1) Defendants agreeing that they will not cross-examine Dr. Hill on the existence or contents of opinions that Plaintiffs and Defendants agree are excluded; and 2) Defendants agreeing that their experts will not be permitted to advance opinions on these excluded topics. Further, we request that neither Defendants nor their experts can present any information or evidence to the jury revealing that any portion of Dr. Hill's analyses was excluded.

It is unclear what appendices are "associated with the listed paragraphs" per Defendants' 2/19 email. To the extent Defendants believe that Dr. Hill's opinions in his appendices should be excluded, we request that Defendants identify those appendices.

Please let us know if Defendants agree with our proposals or if further discussion is necessary. We are happy to meet and confer promptly per the Court's order.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Monday, February 23, 2026 10:30 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Thank you, Danielle.  4pm tomorrow works for us.  I will circulate an invite.

**Ehson Kashfipour**

9

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Monday, February 23, 2026 9:27 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

Plaintiffs are available to meet and confer at 1pm or 4pm ET tomorrow on this issue. Please let us know if either of those times work for Defendants.

Thank you,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Monday, February 23, 2026 9:14 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Thank you, Danielle.

Unfortunately, 9pm tomorrow evening will not work given the final pretrial conference is scheduled for the following morning. Plaintiffs' proposed timing would not provide sufficient opportunity for the parties to identify areas of disagreement and raise them with the Court in advance so that we can receive guidance at the conference.

Please let us know your availability this evening or tomorrow morning, and we will do our best to accommodate.

10

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Monday, February 23, 2026 8:50 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Hi Ehson,

Plaintiffs are available to meet and confer at 9pm tomorrow evening. If that time works for Defendants, could you please circulate an invitation?

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Monday, February 23, 2026 4:53 PM
**To:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Danielle,

11

Thank you for your response.  We have significant concerns that Plaintiffs' position does not accurately reflect the Court's summary judgment and *Daubert* rulings, or what evidence is relevant in light of those rulings.  Moreover, Plaintiffs' response does not comply with the Court's instruction that the parties identify "the paragraphs at issue" in Dr. Hill's reports; Plaintiffs' response identifies only ¶¶ 288-294 of Dr. Hill's initial report as ones that Plaintiffs do not intend for Dr. Hill to testify about, and provides only "examples" of other paragraphs that Plaintiffs claim are not excluded.

Consistent with the Court's February 19 Order, please provide Plaintiffs' availability to meet and confer regarding these issues today or tomorrow.

Thanks,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

**From:** Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Sent:** Sunday, February 22, 2026 8:51 PM
**To:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson,

Thank you for providing Defendants' view on which paragraphs from Dr. Hill's reports should be excluded pursuant to the Court's recent summary judgement and *Daubert* orders.

We believe Defendants' proposal is overbroad and inconsistent with the Court's rulings. In addition, several of Defendants' suggested exclusions pertain to Defendants' supplemental letter motions that Plaintiffs have opposed and are pending a ruling from the Court. *See* ECF 1057.

For example, Defendants claim certain paragraphs (¶¶ 322-367) from Dr. Hill's opening report concerning Defendants' content withholding should be excluded. The Court explicitly credited various instances of content withholding as evidence of anticompetitive effects in the venue-facing primary ticketing markets that should be presented to the jury. MSJ Op. at 38-39; *see also* Feb. 19 Order. The exclusion of these paragraphs is not supported by the Court's orders.

Further, Defendants claim certain paragraphs (¶¶198-219) from Dr. Hill's opening report concerning relevant market definition and Defendants' market power in the concert-booking services market should be excluded. However, the Court explicitly acknowledged there is "a triable question of fact on these [concert-booking] issues." MSJ Op. at 24. Moreover, the Court indicated that opinions regarding the concert-booking services market are relevant to Plaintiffs'

12

claims in other markets. MSJ Op. at 38-39; *see also* Feb. 19 Order. The exclusion of these paragraphs is similarly unwarranted.

In addition, many of the paragraphs Defendants claim should be excluded contain analyses of quantitative and qualitative evidence relevant to other claims proceeding to trial. As a result, wholesale exclusion of sections and paragraphs of Dr. Hill's report is largely inappropriate.

To be clear, Plaintiffs agree that there are certain opinions from Dr. Hill's opening report that he will no longer offer pursuant to the Court's recent opinion and orders.
In particular, Plaintiffs commit to the following:

1) Dr. Hill will not provide an opinion regarding his hypothetical monopolist test in the artist-facing amphitheater market. However, Dr. Hill "may still testify as to background information and statistics about [the artist-facing amphitheater market], as those statistics are relevant to understanding artists' cross-elasticities of demand." MSJ Op. at 15. Pursuant to these guardrails, Plaintiffs do not intend for Dr. Hill to testify to the opinions contained within ¶¶ 288-294 of his initial report, but, for example, do expect him to testify to the opinions contained within ¶¶ 285-286. Dr. Hill may also put forward testimony to address Defendants' own experts' testimony on "background information and statistics" that they claim is relevant to "artists' cross-elasticity of demand."

2) Dr. Hill will not provide an opinion regarding relevant market definition or Defendants' market power in the market for promotion services to artists at major concert venues. MSJ Op. at 12. However, Dr. Hill may still explain the role of promotion services for artists as well as discuss analyses and qualitative evidence related to promotions services to the extent they are relevant to other claims proceeding to trial. For example, Dr. Hill's analyses related to promotions services are relevant to Plaintiffs' tying claim, which the Court explicitly acknowledged will proceed to trial. MSJ Op. at 32, 42.

3) Dr. Hill will not provide an opinion regarding the impact of Live Nation's promoter acquisitions on its market power in the concert-booking services market. *See* MSJ Op. at 33.  However, Dr. Hill may still discuss Defendants' promoter acquisitions to the extent these acquisitions are relevant to other claims proceeding to trial. For example, Dr. Hill may present evidence regarding Defendants' promoter acquisitions insofar as they also provide Defendants with control over a large amphitheater or other major concert venue. *See* Hill Rpt. at ¶415 (acknowledging that "Live Nation's promoter acquisitions have also given Live Nation control over venues (e.g., Live Nation acquired promoters who owned or controlled a venue), including major concert venues, across the United States.").

4) Dr. Hill will not provide an opinion regarding relevant market definition or Defendants' market power in the fan-facing ticketing market. MSJ Op. at 26. However, Dr. Hill may provide opinions regarding how "a lack of competition between ticketers creates worse outcomes for fans, for example through worse service or higher fees." MSJ Op. at 43.

5) Dr. Hill will not provide any opinions that double as legal conclusions. In particular, Dr. Hill will not use the term "anticompetitive conduct" to characterize Defendants' behavior. *See* Feb. 19 Order. However, Dr. Hill may, for example, opine that Defendants' actions and conduct are consistent with those that would cause an anticompetitive effect on a relevant market.

In addition to Plaintiffs' proposals above, we request that Defendants agree they will not cross-examine Dr. Hill on the existence or contents of opinions that Plaintiffs and Defendants agree are excluded. Defendants also cannot present any information or evidence to the jury revealing that any portion of Dr. Hill's analyses was excluded.  Nor will any of Defendants' experts be permitted to advance opinions on these excluded topics or the exclusion of Dr. Hill's analyses.

Please let us know if Defendants agree with our proposals above or if further discussion is necessary.

Best,

Danielle

**Danielle Drory**
U.S. Department of Justice, Antitrust Division
(202) 803-0483
danielle.drory@usdoj.gov

---

**From:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>
**Sent:** Sunday, February 22, 2026 6:18 PM
**To:** Ehson.Kashfipour@lw.com; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov; Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** RE: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson –

We will provide our response and position regarding Dr. Hill's opinions at 9pmET tonight.

For the avoidance of doubt, we disagree with everything you said below.

Thank you-
David

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Sunday, February 22, 2026 2:38 PM
**To:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; Jonathan.Hatch@ag.ny.gov; adam.gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov; Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Cc:** Kelly.Fayne@lw.com; Jason.Daniels@lw.com; Al.Pfeiffer@lw.com; David.Marriott@lw.com; Tim.O'Mara@LW.com; Jennifer.Giordano@lw.com; Andrew.Gass@lw.com; Lindsey.Champlin@lw.com; Robin.Gushman@lw.com; Leah.Wisser@lw.com; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

David,

Thanks for your response.  Two points warrant clarification.

First, the timing of our request is not Defendants' self-proclaimed urgency.  Rather, Plaintiffs asked the Court during the February 19 hearing that Defendants' request to exclude portions of Dr. Hill's testimony be submitted that same

night.  However unnecessary or unwarranted you may now think it is to respond to our proposal, Plaintiffs certainly did not think so when they asked that we provide it just *hours* after the hearing—an obligation Defendants nevertheless met.

Second, Defendants' deadline was neither arbitrary nor is our claim of waiver unilateral.  Again, Plaintiffs represented during the February 19 hearing that Plaintiffs would respond to Defendants' request to exclude portions of Dr. Hill's testimony on the same timeline as Plaintiffs' response to Defendants' two letters filed on February 19.  That deadline was noon on Saturday, February 21.  The deadline we provided—the one you now characterize as "arbitrary"—was six hours later than the deadline Plaintiffs represented to the Court they would meet.

We are surprised that Plaintiffs couldn't meet that deadline, which was more than four times longer than Defendants were given at your express request, and longer than the timeline Plaintiffs represented to the Court they would respond within.  Please let us know by 4 p.m. ET whether Plaintiffs can meet at 9 p.m. ET tonight.  If not, Defendants will have to raise this issue with the Court.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>
**Sent:** Sunday, February 22, 2026 12:44 PM
**To:** Kashfipour, Ehson (DC) <Ehson.Kashfipour@lw.com>; Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; jonathan.hatch@ag.ny.gov; Adam.Gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov; Drory, Danielle (ATR) <Danielle.Drory@usdoj.gov>
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; fli@cravath.com
**Subject:** Re: US v. LN - Exclusion of Testimony of Dr. Hill

Ehson and all –

Thank you for your email and Defendants' proposal regarding Dr. Hill's testimony.

While we appreciate your email and recognition of the need to meet and confer, we disagree with your arbitrary deadline or unilateral claim of any waiver.

We are continuing to review together with Dr. Hill.  We are also awaiting the transcript from the telephonic hearing to confirm our understanding of the Court's ruling.

We intend to respond to your proposal with additional detail on Monday (2/23).  In light of the fact that Dr. Hill will not testify for weeks, and the revised date for the final pre-trial hearing, your self proclaimed urgency is neither necessary nor warranted.

15

We will be available to discuss further as needed after you review our proposal.

Safe travels to NY everyone.

-David

**David Dahlquist**
Acting Deputy Director Civil Litigation
Senior Litigation Counsel
Antitrust Division
United States Department of Justice
David.Dahlquist@usdoj.gov
(202) 805-8563

---

**From:** Ehson.Kashfipour@lw.com <Ehson.Kashfipour@lw.com>
**Sent:** Sunday, February 22, 2026 12:20 PM
**To:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Strong, Curtis (ATR) <Curtis.Strong@usdoj.gov>; jonathan.hatch@ag.ny.gov <Jonathan.Hatch@ag.ny.gov>; Adam.Gitlin@dc.gov <adam.gitlin@dc.gov>; Conor.May@coag.gov <Conor.May@coag.gov>; hamilton.millwee@ag.tn.gov <hamilton.millwee@ag.tn.gov>; David.Reichenberg@law.njoag.gov <David.Reichenberg@law.njoag.gov>; hamilton.millwee@ag.tn.gov <hamilton.millwee@ag.tn.gov>
**Cc:** Kelly.Fayne@lw.com <Kelly.Fayne@lw.com>; Jason.Daniels@lw.com <Jason.Daniels@lw.com>; Al.Pfeiffer@lw.com <Al.Pfeiffer@lw.com>; David.Marriott@lw.com <David.Marriott@lw.com>; Tim.O'Mara@LW.com <Tim.O'Mara@LW.com>; Jennifer.Giordano@lw.com <Jennifer.Giordano@lw.com>; Andrew.Gass@lw.com <Andrew.Gass@lw.com>; Lindsey.Champlin@lw.com <Lindsey.Champlin@lw.com>; Robin.Gushman@lw.com <Robin.Gushman@lw.com>; Leah.Wisser@lw.com <Leah.Wisser@lw.com>; npeles@cravath.com <npeles@cravath.com>; LMoskowitz@cravath.com <LMoskowitz@cravath.com>; jweiss@cravath.com <jweiss@cravath.com>; fli@cravath.com <fli@cravath.com>
**Subject:** [EXTERNAL] RE: US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

The Court's February 19, 2026 Order instructed Defendants to email Plaintiffs the paragraphs in Dr. Hill's reports that are excluded from the case based on the Court's summary judgment and *Daubert* rulings and to "meet and confer with plaintiffs concerning whether there is a dispute that needs to be addressed by the Court."  In compliance with the Order, Defendants provided their list of excluded paragraphs on February 19 and requested that, "[s]hould Plaintiffs disagree with any of these exclusions," Plaintiffs provide Defendants with the list of paragraphs with which they disagree, along with the basis for their disagreement, by end of day Saturday, February 21.  We have not received a response from Plaintiffs.  We therefore understand that Plaintiffs agree with the list of paragraphs provided by Defendants on February 19.

Best,
Ehson

16

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

---

**From:** Kashfipour, Ehson (DC)
**Sent:** Thursday, February 19, 2026 11:58 PM
**To:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>; Sweeney, Bonny (ATR) <Bonny.Sweeney@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Van Kirk, Lorraine (ATR) <Lorraine.VanKirk@usdoj.gov>; McLellan, Michael (ATR) <Michael.McLellan@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; 'Strong, Curtis (ATR)' <Curtis.Strong@usdoj.gov>; jonathan.hatch@ag.ny.gov; Adam.Gitlin@dc.gov; Conor.May@coag.gov; hamilton.millwee@ag.tn.gov; David.Reichenberg@law.njoag.gov; Hamilton.Millwee@ag.tn.gov
**Cc:** Fayne, Kelly (Bay Area) <Kelly.Fayne@lw.com>; Daniels, Jason (Bay Area) <Jason.Daniels@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Marriott, David (NY) <David.Marriott@lw.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Giordano, Jennifer (DC) <Jennifer.Giordano@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Champlin, Lindsey (DC) <Lindsey.Champlin@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Wisser, Leah (DC) <Leah.Wisser@lw.com>; npeles@cravath.com; LMoskowitz@cravath.com; jweiss@cravath.com; Franklin Li <fli@cravath.com>
**Subject:** US v. LN - Exclusion of Testimony of Dr. Hill

Counsel,

Pursuant to the Court's Order dated February 19, 2026, Defendants provide the attached list of paragraphs from Dr. Hill's reports that contain opinions that have been excluded in whole or in part in accordance with the Court's partial granting of Defendants' motion for summary judgment and *Daubert* motion to exclude Dr. Hill. The excluded opinions pertain to the following issues, for the reasons detailed in the aforementioned orders:

1. Dr. Hill's HMT analysis relating to Plaintiffs' alleged market for the use of MCAs
2. Dr. Hill's HMT analysis relating to Plaintiffs' alleged market for promotion services at MCVs
3. Claims based on Plaintiffs' alleged market for promotion services at MCVs, including claims that depend on this market as a source of market power or as a tied-product market
4. Claims based on Plaintiffs' alleged venue-facing booking services market
5. Claims based on Plaintiffs' alleged fan-facing ticketing market
6. Legal conclusions

For the avoidance of doubt, all footnotes, appendices, figures, summary exhibits, and demonstratives associated with the listed paragraphs are also excluded.

In addition, the Court's February 19, 2026 Order excludes Dr. Hill's narration, summary, and weighing of "qualitative evidence" if such evidence is otherwise inadmissible at trial. Given the ongoing exchanges and conferrals between the Parties regarding exhibit and witness lists, and the dependance of the Court's order on the evidence ultimately presented at trial, Defendants are unable to identify each paragraph in Dr. Hill's reports potentially implicated by this Order. Defendants reserve the right to object to any testimony by Dr. Hill that is excluded under this Order at a later date.

Should Plaintiffs disagree with any of these exclusions, we request a list of the specific paragraphs in question, along with the basis for Plaintiffs' disagreement, by 11:59 p.m. ET on Saturday, February 21.

Best,
Ehson

**Ehson Kashfipour**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1002

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.