# EXHIBIT 28
## [Part 2 of 2]

# FILED UNDER SEAL