# EXHIBIT 29

| | |
|---|---|
| **From:** | Gushman, Robin (Bay Area) |
| **Sent:** | Thursday, February 26, 2026 10:25 PM |
| **To:** | 'Subramanian NYSD Chambers' |
| **Cc:** | Dahlquist, David (ATR); Sweeney, Bonny (ATR); Thornburgh, John (ATR); Markel, Arianna (ATR); Cohen, Alex (ATR); Strong, Curtis (ATR); jonathan.hatch@ag.ny.gov; Pfeiffer, Al (Bay Area); Marriott, David (NY); Gass, Andrew (Bay Area); O'Mara, Tim (Bay Area); Giordano, Jennifer (DC); Champlin, Lindsey (DC); Fayne, Kelly (Bay Area); lmoskowitz@cravath.com; jweiss@cravath.com; npeles@cravath.com; Wisser, Leah (DC) |
| **Subject:** | United States et al. v. Live Nation Entertainment, Inc. et al., No. 1:24-cv-03973-AS - Parties' Witness Lists and Positions on Trial Time |
| **Attachments:** | Plaintiff Witness Order_02.26.26.pdf; US v LN - Defendants' Final Will Call Witness List.pdf |

Dear Judge Subramanian,

Pursuant to the Court's instructions at the February 25, 2026 final pretrial conference, attached please find (1) Plaintiffs' witness order and (2) Defendants' "will call" witness list.  Additionally, below are the parties' respective positions on trial time.

**Plaintiffs' Position:** Plaintiffs and Defendants continue to disagree on the proposed duration of this trial. Plaintiffs have continued to follow the Court's guidance on the narrowing of its witness list which include 51 total witnesses. Consistent with the Court's most recent guidance on the likely duration of trial (5-6 weeks), opening statements on Tuesday March 3, and the schedule for trial each day (9 AM-4 PM with a 30 minute break), Plaintiffs propose that each side be allocated 75 hours (as defined in paragraph 5 of the Court's Individual Practices for Hearings and Trials). This is consistent with Plaintiffs anticipating approximately 2.5-3 weeks for their case-in-chief and a total trial of 5-6 weeks. Plaintiffs' estimated hour allocations are both consistent with the Court's guidance of trial duration. Plaintiffs respectfully submit that Defendants' witness list which contains 57 total witnesses is incompatible with their own request that the parties each be limited to 45 hours.

**Defendants' Position:** As Plaintiffs acknowledged at the February 19, 2026 hearing, the Court "expect[s] the parties to try this case in four weeks."  Feb. 19, 2026 Hr'g Tr. at 11:17-18.  Plaintiffs—who at the time had 68 witnesses on their witness list—stated that they projected their case would last "two weeks and three days" and that they were "trying to hone into that target."  *Id.* at 11:19-12:4.  Since then, Plaintiffs have removed 16 witnesses from their list, yet they now propose a *longer* (5-6 week) trial with *150 total hours* of trial time.  Defendants are not aware of the Court changing its "guidance" on the length of trial, nor is it feasible to complete 150 hours of trial time in 5-6 weeks.  As the Court stated at the February 19 hearing, "you are most likely looking at something like four to five hours of trial time [per day]," *id.* at 17:1-2—so Plaintiffs' 150-hour proposal is actually *6-8 weeks*.  Defendants strongly object to a trial of this length, or of any length longer than 4-5 weeks.  Plaintiffs' proposal nearly doubles the Court's expected trial length, and would cause undue prejudice to Defendants—not to mention make it extremely difficult to empanel a jury.  To align with the Court's expectations and a reasonable length for this trial, Defendants propose that each side be allocated <u>45 hours</u> of time (as defined in paragraph 5 of the Court's Individual Practices for Hearings and Trials).

Respectfully,

**Robin L. Gushman**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538

D: +1.415.646.7830

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.,*<br><br>*Plaintiffs,*<br><br>**v.**<br><br>**LIVE NATION ENTERTAINMENT, INC.**<br><br>and<br><br>**TICKETMASTER L.L.C.**<br><br>*Defendants.* | **Case No. 1:24-cv-03973 (AS)(SLC)** |

## PLAINTIFFS' WITNESS ORDER

Pursuant to the Court's request, Plaintiffs provide the name and anticipated order of each witness they expect to call at trial. Plaintiffs reserve the right to revise this anticipated order based on availability of witnesses, or otherwise to address the needs of Plaintiffs' case.

1. John Abbamondi (Live)
2. Mitch Helgerson (Live)
3. Marc Geiger (Live)
4. Jack Groetzinger (Live)
5. Oliver Chi (Live)
6. Seth Hurwitz (Live)
7. Michael Rapino (Live)
8. Christian Lewis (Designation)
9. Jay Marciano (Live)
10. Dr. Shannon W. Anderson (Live)
11. Robert Davari (Live)
12. Brad Alberts (Live)
13. Bob Roux (Live)
14. Benjamin Baker (Live)

15. Greg Klippert (Live)
16. Lori Kelly (Live)
17. Jared Smith (Live)
18. Bryan Perez (Live)
19. Marla Ostroff (Live)
20. Jason Wright (Live)
21. Walter McDonald (Live)
22. Callie Brennan (Live)
23. Michael Evans (Live)
24. Darryl Eaton (Live)
25. Louis Messina (Live)
26. Larry Plawsky (Live)
27. Pat Nagle (Designation)
28. Matthew Caldwell (Live)
29. Clay Luter (Designation)
30. Dr. Rosa Abrantes-Metz (Live)
31. Ben Lovett (Designation)
32. Colin Lewis (Live)
33. Laurie Jacoby (Live)
34. Doug Thornton (Live)
35. Ben Weeden (Live)
36. Jeff Ianello (Live)
37. Mark Campana (Live)
38. Grant Hall (Designation)
39. David Marcus (Live)
40. Amy Latimer (Designation)
41. Russel Doussan (Live)
42. Mark Yovich (Live)
43. Carlos Alvarez (Designation)
44. Edward Khoury (Live)
45. Chris Granger (Live)
46. Matthew Hansen (Live)
47. Cristopher Miller (Designation)
48. Anthony Lazzaro (Live)
49. Joe Choti (Designation)
50. Caroline Burdick (Live)
51. George Hanna (Designation)
52. Dr. Nicholas Hill (Live)

Dated: February 26, 2026

/s/ Curtis W. Strong

Curtis W. Strong
Trial Attorney
United States Department of Justice
Antitrust Division
450 5th St. NW
Washington, DC 20001

3

**DEFENDANTS' FINAL WILL-CALL TRIAL WITNESS LIST**

Defendants will call the following witnesses at trial:

| Name | Entity | Live / By Designation |
|---|---|---|
| Omar Al-joulani | Live Nation Entertainment (LNE) | Live |
| Irving Azoff | The Azoff Company | Live |
| Christian Barney | Utah Jazz | Designation |
| Valerie Barone | City of Concord | Designation |
| Joe Berchtold | LNE | Live |
| Tad Bowman | City of Denver | Designation |
| Brandon Briggs | InterMiami | Designation |
| Dave Brown | Center Operating Company | Designation |
| Eric Budish (Expert) | Cornerstone Research | Live |
| Coran Capshaw | Red Light Management | Live |
| Dennis Carlton (Expert) | Compass Lexecon | Live |
| Becky Colwell | LA Clippers | Designation |
| Russell D'Souza | SeatGeek | Designation |
| Kay Day | City of Tuscaloosa | Designation |
| Darryl Eaton | CAA | Live |
| Larry Freedman | Los Angeles Football Club | Live |
| Stacie George | LNE | Live |
| Todd Glickman | Comcast Spectacor | Live |
| Chris Granger | Oak View Group (OVG) | Live |
| Jack Groetzinger | SeatGeek | Live |
| Grant Hall | Legends | Designation |
| George Hanna | LA Clippers | Designation |
| Matthew Hansen | LNE | Live |
| Robert Henson | SevenVenues | Live |
| Jenny Johnson | LNE | Live |
| Walter Allen Johnson | City of Orlando | Live |
| Paul Kavanaugh | BSE Global | Live |
| Jack Larson | Minnesota Wild | Live |
| Amy Latimer | TD Garden | Designation |
| Ben Lovett | Mumford & Sons | Designation |
| Brooke Lowery | Cleveland Cavaliers | Designation |
| John Marchant | City of Mountain View | Designation |

1

| Name | Entity | Live / By Designation |
|---|---|---|
| David Marcus | LNE | Live |
| Michael Marion | Simmons Bank Arena | Live |
| Paul Meyer (Expert) | HKA | Live |
| Robert Mudd | Venu Holding Corporation (former) | Designation |
| Rick Mueller | LNE / former AEG | Live |
| Patrick Nagle | City of Rosemont | Designation |
| Adel Nur | DreamCrew Entertainment | Live |
| Marla Ostroff | LNE | Live |
| Beth Paul | City of Greenville | Designation |
| Michael Rapino | LNE | Live |
| Bob Roux | LNE | Live |
| Kurt Schwartzkopf | LNE | Live |
| Jared Smith | LNE (former) | Live |
| Marney Smith | Hayden Homes / Deschutes River Amphitheater | Live |
| Sharif Talukder | Community Arena Management | Designation |
| Josephine Vaccarello | Madison Square Garden Entertainment | Live |
| Jim Van Stone | Monumental Sports | Live |
| Ronald VanDeVeen | New Meadowlands Stadium | Live |
| Ben Weeden | LNE | Live |
| Michael Wichser | LNE | Live |
| Ali Yurukoglu (Expert) | Econic Partners | Live |
| Jordan Zachary | LNE | Live |

Defendants do not anticipate calling the following witnesses at trial unless necessary to respond to evidence Plaintiffs elicit at trial through live testimony or through deposition designations. Defendants reserve the right to call these witnesses if needed:

| Name | Entity | Live / By Designation |
|---|---|---|
| Howard Handler | 313 Presents | Designation |
| Dana Warg | 313 Presents (former) | Designation |
| Tom Wilson | 313 Presents (former) | Designation |

2