**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS |

**CERTIFICATE OF SERVICE**

I, Robin L. Gushman, hereby certify and state that on April 13, 2026, I caused a true and correct copy of the following document to be served on all counsel of record via electronic transmission, as agreed upon by counsel:

- Exhibit 28 [Part 2] to Defendants' Letter Motion to Seal Re: Joint Letter Re: Filing Email Correspondence on Docket (filed under seal).

Dated: April 13, 2026

Respectfully submitted,

Robin L. Gushman
_____
Robin L. Gushman