**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA, *et al.*,

      *Plaintiffs,*

    v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C,

      *Defendants.*

Case No. 1:24-cv-03973-AS

---

**MOTION FOR ADMISSION *PRO HAC VICE***

1

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robin Samuel, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Non-Party Anschutz Entertainment Group, Inc. in the above-captioned action.

I am a member in good standing of the State Bar of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. My affidavit pursuant to Local Rule 1.3 is attached.

Respectfully submitted,

Dated: April 15, 2026

_____

Robin Samuel
Baker & McKenzie LLP
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Tel.: +1 310 201 4706
Fax: +1 310 201 4721
Robin.Samuel@bakermckenzie.com

*Attorneys for Non-Party Anschutz Entertainment Group, Inc.*

2