## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *et al.*,

    *Plaintiffs,*

v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C,

    *Defendants.*

Case No. 1:24-cv-03973-AS

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 1.3 of the United States Courts for the Southern and Eastern Districts of New York, I, Robin Samuel, hereby apply for admission to appear before this Court *pro hac vice* in order to represent Non-Party Anschutz Entertainment Group, Inc. in this action. In support of this application, I declare under penalty of perjury as follows:

1.    My name is Robin Samuel. I have personal knowledge of the facts stated herein.

2.    I am a partner in the law firm of Baker & McKenzie LLP.

3.    As shown in the attached Certificate of Good Standing, I am a member in good standing of the State Bar of California.

4.    I have never been convicted of a felony.

5.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

6.    I have never been and am not presently subject to any disciplinary proceeding against me in any state or federal court.

Dated: April 15, 2026.

Robin Samuel
Baker & McKenzie LLP
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Tel. +1 310 201 4706
Fax: +1 310 201 4721
Robin.Samuel@bakermckenzie.com

*Attorneys for Non-Party*
*Anschutz Entertainment Group, Inc.*

2

## CALIFORNIA JURAT CERTIFICATE

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this _15_ day of April, 2026, by Robin Samuel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature _____ (Seal)

ADAM S. GOLDMAN
Notary Public - California
Los Angeles County
Commission # 2476626
My Comm. Expires Jan 13, 2028

3