# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK et al.,

      *Plaintiffs*,

      v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C.,

      *Defendants*.

Civil No. 1:24–cv–3973-AS

## **<u>VERDICT FORM</u>**

**VERDICT FORM**

**Part I: Section 2 Monopolization Claim Against Ticketmaster—Market Of Primary Ticketing Services To "Major Concert Venues"**

1.    Have Plaintiffs proven, by a preponderance of the evidence, that primary ticketing services to "major concert venues," as defined by Plaintiffs, is a properly-defined antitrust market?

Yes _√_          No _____

*If you answered "Yes," proceed to Question 2. If you answered "No," proceed to Question 5.*

2.    Have Plaintiffs proven, by a preponderance of the evidence, that Ticketmaster willfully acquired or maintained monopoly power in the market for primary ticketing services to those major concert venues through exclusionary conduct?

Yes _√_          No _____

*If you answered "Yes," proceed to Question 3. If you answered "No," proceed to Question 5.*

3.    Have Plaintiffs proven, by a preponderance of the evidence, that Ticketmaster's alleged conduct caused anticompetitive effects in the market for primary ticketing services to those major concert venues?

Yes _√_          No _____

*If you answered "Yes," proceed to Question 4. If you answered "No," proceed to Question 5.*

4.    Have Plaintiffs proven, by a preponderance of the evidence, that Live Nation controlled, dictated, or encouraged Ticketmaster's conduct in this market?

Yes _√_          No _____

*Proceed to Question 5.*

1

**Part II: Section 2 Monopolization Claim Against Ticketmaster—Market Of Primary *Concert* Ticketing Services To "Major Concert Venues"**

5.     Have Plaintiffs proven, by a preponderance of the evidence, that primary *concert* ticketing services to "major concert venues," as defined by Plaintiffs, is a properly-defined antitrust market?

Yes __✓__          No _____

*If you answered "Yes," proceed to Question 6.  If you answered "No," proceed to Question 9.*

6.     Have Plaintiffs proven, by a preponderance of the evidence, that Ticketmaster willfully acquired or maintained monopoly power in the market for primary *concert* ticketing services to major concert venues through exclusionary conduct?

Yes __✓__          No _____

*If you answered "Yes," proceed to Question 7. If you answered "No," proceed to Question 9.*

7.     Have Plaintiffs proven, by a preponderance of the evidence, that Ticketmaster's conduct caused anticompetitive effects in the market for primary *concert* ticketing services to major concert venues?

Yes __✓__          No _____

*If you answered "Yes," proceed to Question 8. If you answered "No," proceed to Question 9.*

8.     Have Plaintiffs proven, by a preponderance of the evidence, that Live Nation controlled, dictated, or encouraged Ticketmaster's conduct in this market?

Yes __✓__          No _____

*Proceed to Question 9.*

2

**Part III: Section 2 Monopolization Claim Against Live Nation—Market Of Use Of "Large Amphitheaters" By Artists**

9.     Have Plaintiffs proven, by a preponderance of the evidence, that use of "large amphitheaters," as defined by Plaintiffs, is a properly-defined antitrust market?

Yes __✓__          No _____

*If you answered "Yes," proceed to Question 10. If you answered "No," proceed to Question 12.*

10.     Have Plaintiffs proven, by a preponderance of the evidence, that Live Nation willfully acquired or maintained monopoly power in the market for large amphitheaters through exclusionary conduct?

Yes __✓__          No _____

*If you answered "Yes," proceed to Question 11. If you answered "No," proceed to Question 12.*

11.     Have Plaintiffs proven, by a preponderance of the evidence, that Live Nation's conduct caused anticompetitive effects in the market for large amphitheaters?

Yes __✓__          No _____

*Proceed to Question 12.*

3

## Part IV: Section 1 Tying Claim Against Live Nation

*If you answered "Yes" to Question 9, proceed to Question 12. If you answered "No" to Question 9, proceed to Question 14.*

12.     Have Plaintiffs proven, by a preponderance of the evidence, that artists are the customers who rent amphitheaters, and not promoters?

Yes __✓__          No_____

*If you answered "Yes," proceed to Question 13. If you answered "No," proceed to Question 14.*

13.     Have Plaintiffs proven, by a preponderance of the evidence, that Live Nation unlawfully tied artist promotion services to the artists' use of those "large amphitheaters"?

Yes __✓__          No_____

*Proceed to Question 14.*

4

## Part V: State Impact

14.    Has each of the following Plaintiff States proven, by a preponderance of the evidence, that Live Nation, Ticketmaster or both, engaged in unlawful conduct that harmed competition in its State?

| State | Live Nation (check if YES) | No | Ticketmaster (check if YES) | No |
|---|---|---|---|---|
| Arizona | ✓ | | ✓ | |
| California | ✓ | | ✓ | |
| Colorado | ✓ | | ✓ | |
| Connecticut | ✓ | | ✓ | |
| District of Columbia | ✓ | | ✓ | |
| Florida | ✓ | | ✓ | |
| Illinois | ✓ | | ✓ | |
| Indiana | ✓ | | ✓ | |
| Kansas | ✓ | | ✓ | |
| Louisiana | ✓ | | ✓ | |
| Massachusetts | ✓ | | ✓ | |
| Maryland | ✓ | | ✓ | |
| Michigan | ✓ | | ✓ | |
| Minnesota | ✓ | | ✓ | |
| Nevada | ✓ | | ✓ | |
| New Hampshire | ✓ | | ✓ | |
| New Jersey | ✓ | | ✓ | |
| New Mexico | ✓ | | ✓ | |
| New York | ✓ | | ✓ | |
| North Carolina | ✓ | | ✓ | |
| Ohio | ✓ | | ✓ | |
| Oregon | ✓ | | ✓ | |
| Pennsylvania | ✓ | | ✓ | |
| Rhode Island | ✓ | | ✓ | |
| South Carolina | ✓ | | ✓ | |
| Tennessee | ✓ | | ✓ | |
| Texas | ✓ | | ✓ | |
| Utah | ✓ | | ✓ | |
| Vermont | ✓ | | ✓ | |
| Virginia | ✓ | | ✓ | |
| Washington | ✓ | | ✓ | |
| West Virginia | ✓ | | ✓ | |
| Wisconsin | ✓ | | ✓ | |
| Wyoming | ✓ | | ✓ | |

*Proceed to Question 15.*

## Part VI: Damages

*If you answered "Yes" to Question 7 in Part II, __then__ for any State in Question 14 that you answered "Yes" for Ticketmaster, proceed to Question 15. Otherwise, leave Question 15 blank and proceed to Question 16.*

15.     Please state the amount (if any) that each Plaintiff State proved, by a preponderance of the evidence, that residents in its specific State were overcharged per ticket for primary concert tickets to events at the venues Plaintiffs call "major concert venues" because of Ticketmaster's alleged anticompetitive conduct.

| State | |
|---|---|
| Arizona | $ 1.72 |
| California | $ 1.72 |
| Colorado | $ 1.72 |
| Connecticut | $ 1.72 |
| District of Columbia | $ 1.72 |
| Florida | $ 1.72 |
| Illinois | $ 1.72 |
| Indiana | $ 1.72 |
| Michigan | $ 1.72 |
| Minnesota | $ 1.72 |
| Nevada | $ 1.72 |
| New Hampshire | $ 1.72 |
| New Jersey | $ 1.72 |
| New York | $ 1.72 |
| North Carolina | $ 1.72 |
| Pennsylvania | $ 1.72 |
| Rhode Island | $ 1.72 |
| South Carolina | $ 1.72 |
| Utah | $ 1.72 |
| Washington | $ 1.72 |
| West Virginia | $ 1.72 |
| Wisconsin | $ 1.72 |

*Proceed to Question 16.*

6

## Part VII: Other State Law Claims

*Only answer questions in Part VII for any States you answered "Yes" in Question 14.*

### California Unfair Competition Law

16.    Has California proven, by a preponderance of the evidence, that Ticketmaster engaged in an unlawful or unfair business act or practice that occurred within California, emanated from California, or harmed California residents in violation of the California Unfair Competition Law?

Yes ____√____          No_____

*Proceed to Question 17.*

17.    Has California proven, by a preponderance of the evidence, that Live Nation engaged in an unlawful or unfair business act or practice that occurred within California, emanated from California, or harmed California residents in violation of the California Unfair Competition Law?

Yes __√____          No_____

*Proceed to Question 18.*

### Florida Trade Practices Act

18.    Has Florida proven, by a preponderance of the evidence, that Ticketmaster engaged in an unfair method of competition in violation of the Florida Deceptive and Unfair Trade Practices Act?

Yes __√____          No_____

*Proceed to Question 19.*

19.    Has Florida proven, by a preponderance of the evidence, that Live Nation engaged in an unfair method of competition in violation of the Florida Deceptive and Unfair Trade Practices Act?

Yes __√____          No_____

*Proceed to Question 20.*

### Illinois Antitrust Act

20.    Has Illinois proven, by a preponderance of the evidence, that Ticketmaster engaged in unlawful conduct in violation of the Illinois Antitrust Act?

Yes __√____          No_____

7

*Proceed to Question 21.*

21.    Has Illinois proven, by a preponderance of the evidence, that Live Nation engaged in unlawful conduct in violation of the Illinois Antitrust Act?

Yes __✓__                No_____

*Proceed to Question 22.*

**Indiana Antitrust Act**

22.    Has Indiana proven, by a preponderance of the evidence, that Ticketmaster engaged in unlawful conduct after July 1, 2023 in violation of the Indiana Antitrust Act?

Yes __✓__                No_____

*Proceed to Question 23.*

23.    Has Indiana proven, by a preponderance of the evidence, that Live Nation engaged in unlawful conduct after July 1, 2023 in violation of the Indiana Antitrust Act?

Yes __✓__                No_____

*Proceed to Question 24.*

**Kansas Restraint Of Trade Act**

24.    Has Kansas proven, by a preponderance of the evidence, that Ticketmaster engaged in unlawful conduct in violation of the Kansas Restraint Of Trade Act?

Yes __✓__                No_____

*Proceed to Question 25.*

25.    Has Kansas proven, by a preponderance of the evidence, that Live Nation engaged in unlawful conduct in violation of the Kansas Restraint Of Trade Act?

Yes __✓__                No_____

*Proceed to Question 26.*

8

## New York – Donnelly Act

26.    Has New York proven, by a preponderance of the evidence, that Ticketmaster maintained monopoly power through anticompetitive conduct involving the use of contracts, agreements, arrangements, or combinations, in violation of New York's Donnelly Act?

Yes __√__          No_____

*Proceed to Question 27.*

27.    Has New York proven, by a preponderance of the evidence, that Live Nation maintained monopoly power through anticompetitive conduct involving the use of contracts, agreements, arrangements, or combinations, in violation of New York's Donnelly Act?

Yes __√__          No_____

*Proceed to Question 28.*

## South Carolina Unfair Trade Practices Act

28.    Has South Carolina proven, by a preponderance of the evidence, that Ticketmaster engaged in an unfair method of competition in violation of the South Carolina Unfair Trade Practices Act?

Yes __√__          No_____

*Proceed to Question 29.*

29.    Has South Carolina proven, by a preponderance of the evidence, that Live Nation engaged in an unfair method of competition in violation of the South Carolina Trade Practices Act?

Yes __√__          No_____

*Proceed to Question 30.*

## Tennessee Trade Practices Act

30.    Has Tennessee proven, by a preponderance of the evidence, that Ticketmaster engaged in unlawful conduct after April 23, 2024 in violation of the Tennessee Trade Practices Act?

Yes __√__          No_____

*Proceed to Question 31.*

9

31.    Has Tennessee proven, by a preponderance of the evidence, that Live Nation engaged in unlawful conduct after April 23, 2024 in violation of the Tennessee Trade Practices Act?

Yes ___✓___          No_____

*Proceed to Question 32.*

**Vermont Consumer Protection Act**

32.    Has Vermont proven, by a preponderance of the evidence, that Ticketmaster engaged in an unfair method of competition in violation of the Vermont Consumer Protection Act?

Yes ___✓___          No_____

*Proceed to Question 33.*

33.    Has Vermont proven, by a preponderance of the evidence, that Live Nation engaged in an unfair method of competition in violation of the Vermont Consumer Protection Act?

Yes ___✓___          No_____

Your deliberations are now complete. Sign this verdict form and notify the marshal that your deliberations are complete.

DATED:_____4/15/26_____

FOREPERSON SIGNATURE:__________