UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA, *et al.,*                  :
                                                     :
                              Plaintiffs,            :    Case No. 1:24-cv-03973-AS
                                                     :
   -against-                                         :
                                                     :    **<u>NOTICE OF APPEARANCE</u>**
LIVE NATION ENTERTAINMENT, INC.,                     :
and TICKETMASTER L.L.C.,                             :
                                                     :
                              Defendants.            :
                                                     :
-------------------------------------------------------------------X

PLEASE TAKE NOTICE that Tyler Maulsby, of Frankfurt Kurnit Klein & Selz, P.C.,

hereby appears for non-party Justin Bernick in the above-captioned proceeding.

Dated: New York, New York
       April 16, 2026

                         FRANKFURT KURNIT KLEIN & SELZ, P.C.


                         By:___/s/ Tyler Maulsby_____
                                 Tyler Maulsby
                              28 Liberty Street, 35th Floor
                              New York, New York 10005
                              (212) 980-0120

                              *Attorneys for Non-Party Justin Bernick.*