# United States of America and Plaintiff States v. Live Nation Entertainment and Ticketmaster

**OPENING STATEMENT**
**MARCH 2, 2026**





INTRODUCTION

# Live Nation / Ticketmaster have the <u>power</u> to control



1. **Price**

2. **Choice**

3. **Quality**

WHAT DID LIVE NATION / TICKETMASTER DO?

# Live Nation / Ticketmaster <u>misused</u> their power

 **Forced** customers to use Live Nation and Ticketmaster

 **Threatened** or **retaliated** against customers

 **Blocked** competition

**SECTION ONE**

# What is fair competition?

**WHAT IS FAIR COMPETITION?**



# The purpose of the Sherman Act is to **preserve free and unfettered competition in the marketplace.**



*N. Pac Ry. Co. v. United States*, 356 U.S. 1 (1958)

**OPENING OF THE UNITED STATES**

**WHAT IS FAIR COMPETITION?**

> "
>
> # Monopoly **power** is the power to **control prices** or **exclude competition.**

*United States v. E.I. du Pont de Nemours*, 351 U.S. 377, 391 (1956)



SECTION TWO

# LIVE NATION®

# +

# *ticketmaster*



LIVE NATION + TICKETMASTER

# Live Nation has 70% of All Shows in amphitheaters



Source: PX0620 at 9     9



LIVE NATION + TICKETMASTER

# Ticketmaster's market share

OPENING OF THE UNITED STATES

Source: *Dr. Hill Figure 46*    10

LIVE NATION + TICKETMASTER

# Market Power: "We alone can move the market"



**SECTION THREE**

# How does a concert happen?

HOW DOES A CONCERT HAPPEN?

# Step 1: Artist



ARTISTS

HOW DOES A CONCERT HAPPEN?

# Step 2: Artist hires promoter



ARTISTS

PROMOTIONS

HOW DOES A CONCERT HAPPEN?

# Step 3: Promoter books venue on behalf of artist



HOW DOES A CONCERT HAPPEN?

# Step 4: Venue selects ticketer



ARTISTS    PROMOTIONS    VENUES    TICKETING

HOW DOES A CONCERT HAPPEN?

# Step 5: Ticketer sells tickets to fans





HOW DOES A CONCERT HAPPEN?

# Step 6: Fans fund the process





HOW DOES A CONCERT HAPPEN?

# Step 6: Fans fund the process





HOW DOES A CONCERT HAPPEN?

# Live Nation / Ticketmaster control connection between artists and fans



HOW DOES A CONCERT HAPPEN?

# Live Nation / Ticketmaster have the <u>power</u> to control



**SECTION FOUR**

# Price

PRICE

# Ticketing fees are highest in the United States

- **Service fees**
- **Convenience fees**
- **Order fees**
- **Handling fees**
- **Facility fees**
- **Delivery fees**
- **Payment processing fees**
- **Dynamic pricing fees**
- **VIP fees**

OPENING OF THE UNITED STATES

26

PRICE

# Live Nation CEO wants higher prices

INTERVIEW WITH CNBC, 2025

"We have a lot of runway left"

"The concert is underpriced"



**Michael Rapino**
*CEO of Live Nation*

**Source:** *PX1241, Interview of Live Nation CEO Michael Rapino, Game Plan Sports Business Summit, hosted by CNBC and Boardroom in Los Angeles on September 16th, 2025.*

27

PRICE

# Live Nation: "robbing them blind baby"



PRICE

# Live Nation: Billions in profit

**2022**
$1,400,000,000

**2023F**
$1,600,000,000

**2024P**
$1,875,000,000

**SECTION FIVE**

# Choice