CHOICE

# Live Nation CEO: "how do we own buy more" amphitheaters



CHOICE

# Live Nation: "No reason to pay [artists] more because they don't have options"



**SECTION SIX**

# Quality

QUALITY

# Ticketmaster: "duct tape" and "significant outages" due to "underinvestment"



QUALITY

# Pain Points: Live Nation/Ticketmaster has "not historically prioritized fan challenges"



QUALITY

# Pain Points: Taylor Swift ticket on-sale "system…failures"



Source: *PX0555 at -495*    36

SECTION SEVEN

# Where do concerts happen?

WHERE DO CONCERTS HAPPEN?

# Where Do Concerts Happen?



CLUBS          THEATERS          LARGE AMPHITHEATERS          ARENAS          STADIUMS

**SECTION EIGHT**

# Major Concert Venues

MAJOR CONCERT VENUES

# Major concert venues around New York



**BARCLAYS CENTER**
19,000 capacity; 67 concerts (2024)



**MADISON SQUARE GARDEN**
19,500 capacity; 115 concerts (2024)



**PNC BANK ARTS CENTER**
17,500 capacity; 36 concerts (2024)



**JONES BEACH**
13,855 capacity; 24 concerts (2024)

OPENING OF THE UNITED STATES

**Source:** *Hill Rebuttal Report, Figure 163 (update to Hill Report, Figure 102).*    40

MAJOR CONCERT VENUES

# Major concert venues are important to artists

## 8,000+
**CAPACITY**

## 10+
**CONCERTS IN AT LEAST 1 YEAR**

 **63** MILLION
**CONCERT TICKETS**

 **$8.5** BILLION
**CONCERT REVENUE**

OPENING OF THE UNITED STATES

Source: *Hill Rebuttal Report, Figure 159 (update to Hill Report, Figure 14).*    41

MAJOR CONCERT VENUES

# Large amphitheaters:
# Live Nation's "standard cutoff" is "8,000" capacity

**SECTION NINE**

# What did Live Nation / Ticketmaster do?

WHAT DID LIVE NATION / TICKETMASTER DO?

# Live Nation / Ticketmaster <u>misused</u> their power

 **Forced** customers to use Live Nation and Ticketmaster

 **Threatened** or **retaliated** against customers

 **Blocked** competition

**SECTION TEN**

# Forced customers to use Live Nation / Ticketmaster

FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Customers are forced to use Live Nation / Ticketmaster



- Acquired and exclusively booked amphitheaters
- Artists forced to use Live Nation promotion services at controlled amphitheaters
- Converted amphitheaters to Ticketmaster
- Forced artists to use Live Nation and Ticketmaster for amphitheater tours

OPENING OF THE UNITED STATES

46

FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Live Nation outdoor amphitheaters span the United States

FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Artists "can only play amps" with Live Nation



FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Dark Days: Amphitheaters are empty 50% of Saturdays in the Summer



**SECTION ELEVEN**

# Threats and retaliation

THREATS AND RETALIATION

# Live Nation / Ticketmaster threaten and retaliate



- Use market power as leverage in ticketing negotiations

- Threaten and retaliate against venue customers that do not choose Ticketmaster

- Rival provided "retaliation insurance"

51

THREATS AND RETALIATION

# Barclays Center in Brooklyn, New York



THREATS AND RETALIATION

# Live Nation: "think about bigger relationship"



THREATS AND RETALIATION

# H-E-B Center in Cedar Park, Texas



THREATS AND RETALIATION

# Live Nation threatens HEB Center

