THREATS AND RETALIATION

# Xcel Energy Center in Saint Paul, Minnesota



THREATS AND RETALIATION

# Competitor must offer Live Nation "Retaliation Insurance"



- Competitor provides "Live Nation Concert Insurance" in an attempt to win customers

- Insurance protects venues from rerouted Live Nation Concerts

- Increases costs of winning new customers for rivals

**SECTION TWELVE**

# Block or buy competition

BUY OR BLOCK COMPETITION

# Live Nation uses market power to block or buy competition



- Long term and exclusive ticketing contracts
- Artists and fans have no choice but to use Ticketmaster
- Limited opportunity for rivals to bid for ticketing contracts
- Buys instead of competes

OPENING OF THE UNITED STATES

59

BUY OR BLOCK COMPETITION

# Exclusive contracts and long-term deals: Hedge Against Competition



BUY OR BLOCK COMPETITION

# Live Nation buys ticketers, venues, and promoters



BUY OR BLOCK COMPETITION

# Lower fees without Ticketmaster



BUY OR BLOCK COMPETITION

# Live Nation / Ticketmaster have harmed competition



BUY OR BLOCK COMPETITION

# Witnesses from across the industry



### PROMOTERS

 

 



### VENUES

 

 



### TICKETING COMPANIES

 TIXR

 

**SECTION THIRTEEN**

# A more competitive world

A MORE COMPETITIVE WORLD

# Closed Room: artists must use Live Nation promotions to access Live Nation amphitheater



A MORE COMPETITIVE WORLD

# Open Room: Artists can choose any promoter in amphitheaters



  

 

A MORE COMPETITIVE WORLD

# Open Ticket Distribution: Selling across a variety of ticket companies



**A MORE COMPETITIVE WORLD**



# The purpose of the Sherman Act is to **preserve free and unfettered competition in the marketplace.**



*N. Pac Ry. Co. v. United States*, 356 U.S. 1 (1958)

A MORE COMPETITIVE WORLD

# Live Nation / Ticketmaster maintain monopoly control of concert industry



SECTION FOURTEEN

# Conclusion



# States' Opening Statement

# Plaintiff States



# Real Choice of Exclusive Ticketers



# Real Choice of Exclusive Ticketers



# Real Choice of Exclusive Ticketers



# Open Ticketing



# No Choice of Ticketer

  

# Dr. Rosa Abrantes-Metz

- Managing Director, **Berkeley Research Group**

- Ph.D. in Economics, **University of Chicago**

- Associate Professor, Leonard N. Stern School of Business, **New York University**



# Finding the Overcharge

# Finding the Benchmark



# Finding the Overcharge

**Overcharge = $2.30**

TM KEEPS
$7.58

AXS FEE

# Finding the Overcharge

# Finding the Overcharge to Fans

TOTAL OVERCHARGE $2.30

Overcharge to **fans** = $1.56 - $1.72

Overcharge to **others** = $0.58 - $0.74