# How Does a Tour Happen?



Ex. No
PXD001
1:24-cv-03973