# Merriweather Post Pavilion

 

*Columbia, Maryland*

PXD002

1:24-cv-03973