# AEG stadiums





**CRYPTO.COM ARENA**
Los Angeles, CA

**O2 ARENA**
London, ENG

# Concert industry participants



# Concert industry participants



ARTISTS



VENUES



PROMOTIONS



TICKETING