

**Wharf Amphitheater,** Orange Beach, Alabama | https://www.gulfshores.com/events-calendar/concerts/     **PDX-03**





**Montage Mountain Amphitheater,** Scranton, Pennsylvania, https://atwoodmagazine.com/pmf23-the-peach-music-festival-2023-preview     **PDX-06**



Dos Equis Amphitheater, Dallas, Texas | https://www.dosequispavilion.com/visit     PDX-07

The Sunset Amphitheater, McKinney, Texas | https://collincounty.com/venu-sunset-amphitheater drawn PDX-08



**Toyota Music Factory,** Irving, Texas | https://www.livenation.com/venue/KovZ917A2Q7/the-pavilion-at-toyota-music-factory-events    PDX-09