*Case No: 1:23-cv-03973*

# *United States et al.*

# *v.*

# *Live Nation Entertainment Inc. and Ticketmaster LLC*

# Testimony of Dr. Nicholas Hill

March 23, 2026

# Background



**Nicholas D. Hill, PhD**

*Partner*
*Bates White Economic Consulting*

- **PhD in Economics from Johns Hopkins University**

- **Employment history:**
  – Economist at DOJ Antitrust Division (2006–2013)
  – Economist at FTC Bureau of Economics (2013–2014)
  – Assistant Section Chief at DOJ Antitrust Division (2014–2017)
  – Partner at Bates White Economic Consulting (2018–present)

- **Testified for either plaintiffs or defendants in 7 antitrust trials in the past 8 years**

- **Professional awards:**
  – DOJ Attorney General's Award for Distinguished Service (2017)
  – Who's Who List of Competition Economists (since 2020)
  – Global Elite Competition Thought Leader (since 2022)

# Assignment: Provide Expert Economic Analysis

**1** Determine the **relevant markets**

**2** Determine whether Live Nation has **substantial market power**

**3** Determine whether Live Nation's actions **reduced competition**

Hill Report, ¶ 9

PDX005.3

# Primary Conclusions

**1** There are **relevant markets** for: **primary concert ticketing, primary ticketing, large amphitheaters**

**2** Live Nation has **substantial market power (70+%)** in these markets

**3** Live Nation's conduct **reduces competition** and **impacts price, quality, and choice**

Hill Report, ¶¶ 13-17, 323, 370, 379, 392, Figure 1

PDX005.4

# A MARKET IS:

**A collection of products...**                **...in a given geography.**





Hill Report, ¶¶ 86-87                                                      PDX005.5

# A Market Does Not Include All Possible Substitutes



**Beverages**

**Sodas**

**Colas**

DDX-1.44

# Why Define Markets?

 **Identify a group of products that compete closely with one another**

 **Determine whether a firm has substantial market power over a product or set of products**

 **Analyze the impact of a firm's conduct on competition**

Hill Report, ¶¶ 85-86

PDX005.7

# Considerations in Defining Markets



## Reasonable substitutes

What products do customers view as being close substitutes?



## Peculiar characteristics

What sets the product apart from other products?



## Distinct or targeted customers

Are there customers with unique needs who are vulnerable?



## Industry recognition

Do industry participants and the public recognize these products are distinct?

Hill Report, ¶¶ 88 (fn. 171-172), 90, 103-104 (citing 2023 Merger Guidelines)          PDX005.8

# Relevant Economic Markets



## The Market for Primary Concert Ticketing
### to Major Concert Venues



## The Market for Use of Large Amphitheaters
### by Artists

# The Primary Concert Ticketing Market Includes...

**Primary concert ticketing services
for major concert venues in the United States**





PDX005.10

# What Is a Major Concert Venue?





Capacity: **8,000 or more**

**10+ concerts** in a year



**Amphitheater** or **Arena**



Hill Report, ¶ 139

PDX005.11

# Major Concert Venues In or Around New York City

## Barclays Center



**19,000** capacity

**67** concerts (2024)

Brooklyn, NY

## Madison Square Garden



**19,500** capacity

**115** concerts (2024)

Midtown Manhattan, NY

## PNC Bank Arts Center



**17,500** capacity

**36** concerts (2024)

Holmdel, NJ

## Jones Beach Theater



**13,855** capacity

**24** concerts (2024)

Wantagh, NY

Hill Rebuttal Report, Figure 163 (update to Hill Report, Figure 102)

PDX005.12

# Amphitheaters and Arenas Are Different Than Stadiums



**Average Capacity**

**Average Number of Concerts Per Year**

Hill Report, ¶ 150; Hill Rebuttal Report, Figure 156 (update to Hill Report, Figure 10) (2023*)

PDX005.13

# Venues Depend on Concert Revenue



**John Abbamondi**

*Former Chief Executive Officer, BSE Global*

> very profitable part of our business. We were actually at the time losing money on the Nets because we had quite a large payroll, so ==concerts were our main source of profitability==.

Abbamondi Trial Tr. 213:15-17



**Mitchell Helgerson**

*Chief Revenue Officer, Xcel Center / Minnesota Wild*

> they saw fit. Those shows are so vital to our business and our venue, but not just us but also the City of St. Paul, our employee base; ==losing those shows would be almost catastrophic to our organization==.

Helgerson Trial Tr. 398:6-9

Hill Report, ¶ 133; Hill Rebuttal Report, ¶¶ 309 (fn. 468), 312

PDX005.14

# Amphitheaters and Arenas Attract Different Artists





# Major Concert Venues Attract Different Artists



**Marc Geiger**

*Chief Executive Officer and
Founder of SaveLive (now Gate 52)*

A.   An artist's popularity is a core demand factor, and the size of the venue that an artist plays is supposed to be matched to their demand and their fan base. So the largest

Geiger Trial Tr. 484:22-24



**Jay Marciano**

*Chief Executive Officer,
AEG*

A.   It's mostly over the amount of activity.  It takes an artist -- the amount of artists that can play at 50,000 to 80,000 seats is usually a limited amount of artists every year that have the kind of popularity. It gets dramatically

Marciano Trial Tr. 947:24-948:2

PDX005.16

# The Primary Concert Ticketing Market Is Significant

## MAJOR CONCERT VENUES IN 2024

**63 MILLION**

Concert Tickets



**$8.5 BILLION**

Concert Revenue



Hill Report, ¶ 147; Hill Rebuttal Report, Figure 159 (update to Hill Report, Figure 14)    PDX005.17

# Major Concert Venues Overwhelmingly Use Primary Concert Ticketers



Not served by a primary concert ticketer

**2%**

Served by a primary concert ticketer

**98%**

Hill Report, ¶ 232; Hill Rebuttal Report, Figure 189 (update to Hill Report, Figure 40) (2024)

PDX005.18

# Assignment: Provide Expert Economic Analysis

**1** Determine the **relevant markets**

**2** Determine whether Live Nation has **substantial market power**

**3** Determine whether Live Nation's actions **reduced competition**

Hill Report, ¶ 9

PDX005.19

# Ticketmaster's Market Share Is High



86%
*ticketmaster*

Other
**1%**

SeatGeek
**1%**

Paciolan
**2%**

AXS
**9%**

# All Venue Types: Ticketmaster's Share Is High



# Higher/Lower Capacity: Ticketmaster's Share Is High



# Fewer/More Concerts: Ticketmaster's Share Is High



# Ticketmaster's Market Share Has Been High for Many Years



# All Tickets: Ticketmaster's Share Is High



# Barriers to Entry and Expansion Protect Ticketmaster's Market Power

 **High fixed costs**

 **Importance of track record**

 **Switching costs**

# Barriers to Entry and Expansion Protect Ticketmaster's Market Power



**John Groetzinger**

*Chief Executive Officer, SeatGeek*



**John Abbamondi**

*Former Chief Executive Officer, BSE Global*

## High fixed costs

secondary product we built.  We invested a very large amount of money.  We were lucky to have investors that supported that and allowed us to do it.

We also bought a company for $57 million that served as the starting point for the primary product.  And many

Groetzinger Trial Tr. 748:17-21

## Importance of track record

One, it means that we have very few references because when a new prospect is thinking about moving to SeatGeek, they generally want to talk to every other similar arena who uses SeatGeek, and if you have very few currently using you that do arenas, then there's very few people to talk to.  It also makes them feel like they're taking more of a risk because there's fewer proof points that this is being really successful and it going really well.

Groetzinger Trial Tr. 758:4-11

## Switching costs

A.   I'm going from memory here, but one was that the transition itself is not an easy lift.  As I mentioned before, there's staff that need to be retrained, there's technology that needs to be swapped out.  A lot of the software, some of it's

Abbamondi Trial Tr. 237:15-18

Hill Report, ¶¶ 255-258

PDX005.27

# Assignment: Provide Expert Economic Analysis

**1** Determine the **relevant markets**

**2** Determine whether Live Nation has **substantial market power**

**3** Determine whether Live Nation's actions **reduced competition**

Hill Report, ¶ 9

PDX005.28

# Live Nation's Alleged Conduct

**1** **Locked up venues with long-term, exclusive contracts**

**2** Conditioned Live Nation concerts on use of Ticketmaster

**3** Used acquisitions and new control agreements to expand its share of Large Amphitheaters

**4** Used its control over Large Amphitheaters to pressure artists to use Live Nation for promotion

Hill Report, ¶ 20

PDX005.29

# How Can Long-Term Exclusive Contracts Reduce Competition?

 **Developing a competitive product is costly**

 **Firms need to win customers to cover those costs**

 **Long-term exclusive contracts limit available customers**

 **Firms have reduced incentive to compete**

Hill Report, ¶¶ 255, 369

PDX005.30

# The Data Are Consistent with Ticketmaster Having Long-Term, Exclusive Contracts with Most Major Concert Venues





## 72%

**of Major Concert Venues Are Exclusively Ticketed by Ticketmaster**

## 5.6 Years

**Average Ticketmaster Contract Length for Major Concert Venues**

Hill Report, ¶ 372; Hill Rebuttal Report, ¶ 370, Figure 60 (2024), Figure 219 (update to Hill Report, Figure 77) (2024)    PDX005.31

# The Data Are Consistent with Ticketmaster Having 100% Ticketing at Many Major Concert Venues From 2017-2024



**92%**
*ticketmaster*

Tickets.com
**2%**

Paciolan
**2%**

AXS
**2%**

# Ticketmaster's Long-Term, Exclusive Contracts Reduced Competition in the Market for Primary Concert Ticketing

 **Forecloses competition from rivals by locking up most major concert venues**

 **Harms venues who see less intense competition to serve them**

 **Harms fans who are likely to face higher fees and a lower quality product**

 **Protects Ticketmaster's large market share and market power**

Hill Report, ¶¶ 15, 369-370, 376

PDX005.33

# Long-Term Exclusive Contracts Can Block Smaller Competitors



**John Groetzinger**

*Chief Executive Officer,
SeatGeek*

exclusivity of the existing contracts.  The average exclusive contract for a major venue is around five years, if not longer, which means that ==even if we had a product that everyone thought was 20 times better than anything else out there== and everyone wanted to move to tomorrow, for the most part, ==a substantial majority of venues could not because they are locked into a very long-term exclusive deal==.

Groetzinger
Trial Tr. 762:11-17



**Jay Marciano**

*Chief Executive Officer,
AEG*

Q.  And in your role as supervising AXS, how did Ticketmaster's exclusive contracts impact AXS's ability to compete for ticketing contracts?

A.  Well, as I said a moment ago, it's mostly ==we're blocked because of exclusive ticketing agreements that Ticketmaster has with the major concert venues==.

Marciano
Trial Tr. 1103:3-8

Hill Report, ¶ 376

PDX005.34

# Live Nation's Alleged Conduct

**1** Locked up venues with long-term, exclusive contracts

**2** **Conditioned Live Nation concerts on use of Ticketmaster**

**3** Used acquisitions and new control agreements to expand its share of Large Amphitheaters

**4** Used its control over Large Amphitheaters to pressure artists to use Live Nation for promotion

Hill Report, ¶¶ 20, 323

PDX005.35

# Live Nation Concerts Decreased at Barclays Center After Switching to SeatGeek



**Number of Live Nation Concerts**

Barclays Center Announces
Switch to SeatGeek in Mid-2021

23

14

2019

2022



# Live Nation Concerts Did Not Decrease at Other NBA and NHL Arenas Over the Same Time Period

**Number of Live Nation Concerts**

Barclays Center Announces Switch to SeatGeek in Mid-2021

20 — 2019

20 — 2022

# The Data Do Not Support the Decrease in Live Nation's Shows at Barclays Center Being Due to the Opening of UBS



Number of Live Nation Concerts

Barclays Center Announces Switch to SeatGeek in Mid-2021

Barclays Center Signs New Ticketmaster Contract in Late 2022

Legend:
- Barclays Center
- Nassau Coliseum
- UBS Arena

2019: Barclays Center 23, Nassau Coliseum 8
2022: Barclays Center 14, UBS Arena 21
2023: Barclays Center 28, UBS Arena 13
2024: Barclays Center 34, UBS Arena 13

Hill Report, ¶¶ 336-337; Hill Rebuttal Report, Figure 214 (update to Hill Report, Figure 69)

PDX005.38

# Non-Live Nation Concerts Increased at Barclays Center



**Number of Non-Live Nation Concerts**

Barclays Center Announces Switch to SeatGeek in Mid-2021

PDX005.39

# Live Nation Concerts Decreased at NBA/NHL Arenas that Switched Away from Ticketmaster



**Average Number of Live Nation Concerts Per Year**

**Before switch** — 17
**After switch** — 11 (Other Primary Ticketer)

# Live Nation Concerts Increased at NBA/NHL Arenas that Switched To Ticketmaster



**Average Number of Live Nation Concerts Per Year**

# Live Nation Conditioning Concerts on Use of Ticketmaster Reduced Competition in the Market for Primary Concert Ticketing

 **Imposes an additional cost on offers made by rival ticketers**

 **This additional cost makes a rival ticketer less competitive than it would be based upon its actual costs**

 **This weakens the ability of the rival ticketer to compete with Ticketmaster**

 **This reduces competitive pressure on Live Nation**

Hill Report, ¶ 323

PDX005.42

# AXS and SeatGeek Data Show Major Concert Venues Are Vulnerable to Concert Withholding



**Share of Losses to Ticketmaster Due to Concert Withholding Concerns**

# SeatGeek Offered Retaliation Insurance



**John Groetzinger**

*Chief Executive Officer, SeatGeek*

So we ==offered retaliation insurance==, or what we sometimes call like ==a make-good provision==, and have done that subsequently with other deals, as well.

Groetzinger Trial Tr. 764:20-22

A.    Yeah, yeah.  And this might be not obvious, but ==it's actually really expensive regardless of if we have to pay out==, because when we're doing a financial model to figure out what we can pay a venue and how much sponsorship we can give them, we have to assume that there is some expectation of cost behind the retaliation insurance, which means we can just -- ==we have to offer less in other places.  So the venue basically gets a worse deal== because we're reserving money for the retaliation insurance.  And related to that, we've also -- because venues

Groetzinger Trial Tr. 765:5-13

# Live Nation Concerts Are Important to Independent Major Concert Venues



**ONE OF EVERY TWO**

CONCERTS AT INDEPENDENT TICKETMASTER VENUES IN 2024 WERE PROMOTED BY

**LIVE NATION**®

# Non-Concerts Cannot Easily Replace More Profitable Live Nation Concerts



**Average Venue Profit Per Event at NBA/NHL Arenas that Produced Data**

Live Nation concert: $341,000

Non-concert event: $128,000

# Witness Testimony Is Consistent with Concert Withholding Reducing Competition



**John Groetzinger**

*Chief Executive Officer, SeatGeek*

> Given that venues with concerts had expressed such extreme concern about how your software's better, but we can't move because we'll lose concerts, ==we figured NFL would be relatively easier, given they were less dependent on concerts, and when they did have concerts, they were less skippable==.

Groetzinger Trial Tr. 754:15-19

Hill Rebuttal Report, ¶¶ 305, 313

PDX005.47

# Rival Sports Ticketers Have Failed to Expand in Primary Concert Ticketing at Major Concert Venues



**SPORTS AT NON-MAJOR CONCERT VENUES**

30%

40%

30%

**CONCERTS AT MAJOR CONCERT VENUES**

3%

0.3%

97%

TICKETS.COM

PACIOLAN

OTHER TICKETER

# Fans Pay Higher Fees at Ticketmaster Venues



# Concerts at All Major Concert Venues

| Measure | Year | Live Nation |
|---|---|---|
| Events | 2017 | 54% |
| | 2018 | 59% |
| | 2019 | 57% |
| | 2022 | 55% |
| | 2023 | 55% |
| | 2024 | 58% |
| Tickets sold | 2017 | 61% |
| | 2018 | 68% |
| | 2019 | 63% |
| | 2022 | 62% |
| | 2023 | 63% |
| | 2024 | 65% |

PDX005.50

# Relevant Economic Markets



## The Market for Primary Concert Ticketing
### to Major Concert Venues



## The Market for Use of Large Amphitheaters
### by Artists

PDX005.51

# Assignment: Provide Expert Economic Analysis

**1** Determine the **relevant markets**

**2** Determine whether Live Nation has **substantial market power**

**3** Determine whether Live Nation's actions **reduced competition**

PDX005.52

# The Large Amphitheater Market Includes...

**The Use of Large Amphitheaters
by Artists in the United States**



 



Hill Report, ¶¶ 272, 295

PDX005.53

# What Is a Large Amphitheater?



Capacity: **8,000 or more**



**10+ concerts** in a year



**Amphitheater**

# Large Amphitheaters In or Around New York City

## PNC Bank Arts Center



**17,500** capacity

**36** concerts (2024)

Holmdel, NJ

## Jones Beach Theater



**13,855** capacity

**24** concerts (2024)

Wantagh, NY

Hill Report, ¶ 139; ("I define a major concert venue to be an amphitheater or arena that has a capacity of 8,000 or more and that hosted 10 or more concerts in at least one year in the years for which I have ticketing data, 2017– 2024"

PDX005.55

# Large Amphitheaters Operate Primarily in the Summer



**Number of Concerts in Each Month**

Major concert amphitheaters

Major concert arenas

Month

Hill Report, ¶ 280; Hill Rebuttal Report, Figure 205 (update to Hill Report, Figure 52) (2024)

PDX005.56

# Artists Who Perform Large Amphitheater Tours Often Repeat Them



**Artist's Next Summer Tour After a Large Amphitheater Tour**

PDX005.57

# Amphitheaters Have Unique Characteristics



**Seth Hurwitz**

*Owner and Founder, IMP*

A.    Well, they are a unique animal, in that during the warmer months, people want to be outside, and the unique part about the amphitheater is probably the lawn.  Every other venue has

Hurwitz Trial Tr. 665:5-7



**Marc Geiger**

*Chief Executive Officer and Founder of SaveLive (now Gate 52)*

A.    Jimmy Buffett, Dave Matthews; Tom Petty used to go out and play summer -- every summer.  Their audience loved being outdoors and being on the lawns.  And it was a preference for many artists.

Geiger Trial Tr. 495:22-25

Hill Report, ¶ 282

PDX005.58

# Assignment: Provide Expert Economic Analysis

**1** Determine the **relevant markets**

**2** Determine whether Live Nation has **substantial market power**

**3** Determine whether Live Nation's actions **reduced competition**

Hill Report, ¶ 9

PDX005.59

# Live Nation Controls Most Large Amphitheaters



# Fewer/More Concerts: Live Nation's Share Is High



# Higher/Lower Capacity: Live Nation's Share Is High



# An 8,000 Capacity Cutoff Is Consistent with Testimony from A Live Nation Executive



**Colin Lewis**

*Events and Entertainment Consultant, Live Nation*

Q.  Are you also familiar with the term "boutique amphitheater"?

A.  I am.

Q.  And you consider a boutique amphitheater to be an outdoor venue that has a capacity of 8,000 or less, correct?

A.  Yes, around that.

Q.  And Live Nation has a separate line of business for boutique amphitheaters, correct?

A.  That is correct.

Lewis Trial Tr. 1987:14-22

Hill Report, ¶ 154

PDX005.63

# Live Nation Controls All the Large Amphitheaters in Many Major Metropolitan Areas Throughout The Country



# Live Nation Controls Many Large Amphitheaters



**Bob Roux**

*President of Live Concerts,
Live Nation*

Q.   About 40 markets where if an artist wants to play that market, ==Live Nation is their only option, correct==?

A.   ==If they want to play in an amphitheater in that market, yes.==

Roux Trial Tr. 1405:11-14



**Jay Marciano**

*Chief Executive Officer,
AEG*

Q.   Today, if an artist wants to play in an amphitheater, what are their options for a promoter?

A.   I don't know off the top of my head, but I'm going to say that ==I think Live Nation probably owns or operates or books or controls 40 to 50 amphitheaters in the United States; and so if an artist wants to play an amphitheater, they have to deal with Live Nation==.

Marciano
Trial Tr.
948:23-949:4

Hill Report, ¶ 305

PDX005.65

# Assignment: Provide Expert Economic Analysis

**1** Determine the **relevant markets**

**2** Determine whether Live Nation has **substantial market power**

**3** Determine whether Live Nation's actions **reduced competition**

# Live Nation's Alleged Conduct

**1** Locked up venues with long-term, exclusive contracts

**2** Conditioned Live Nation concerts on use of Ticketmaster

**3** **Used acquisitions and new control agreements to expand its share of Large Amphitheaters**

**4** Used its control over Large Amphitheaters to pressure artists to use Live Nation for promotion

Hill Report, ¶¶ 20, 378

PDX005.67

# Live Nation's Control of Large Amphitheaters Has Increased Over Time



**Live Nation's Share of Large Amphitheaters**

Increase in Live Nation's Share Due to Acquisitions or New Control Agreements

Actual — Without Additional Acquisitions and Control Agreements

# Live Nation's Acquisitions Have Outpaced Limited Entry



**Share of Tickets Sold**

# Live Nation's Alleged Conduct

**1** Locked up venues with long-term, exclusive contracts

**2** Conditioned Live Nation concerts on use of Ticketmaster

**3** Used acquisitions and new control agreements to expand its share of Large Amphitheaters

**4** **Used its control over Large Amphitheaters to pressure artists to use Live Nation for promotion**

Hill Report, ¶¶ 20, 402

PDX005.70



Hill Report, ¶¶ 393-396; Hill Rebuttal Report, Figure 242 (update to Hill Report, Figure 149) (2024)

PDX005.71

# Live Nation Excludes Third-Party Promoters at Large Amphitheaters They Control



**Michael Rapino**

*CEO*
*Live Nation*

> Q.   Let's talk about choice in your concert promotion business.
>
>      Is it the policy of Live Nation, at the venues that it owns or controls, that it is the exclusive promoter at those venues?
>
> A.   Yes.

Rapino Trial Tr. 1852:14-18



**Bob Roux**

*President of Live Concerts, Live Nation*

> Q.   If an artist wants to play a Live Nation amphitheater, they need to sign up for Live Nation promotion, correct?
>
> A.   They do.

Roux Trial Tr. 1298:6-8

PDX005.72

# Live Nation's Documents Describe Leveraging Its Amphitheater Control to Promote More Arena Concerts





From: Bob Roux
Sent: Friday, November 16, 2018 11:12 AM
To: U.S. Touring Weekly Meeting <ustouringweeklymeeting@livenation.com>
Subject: FW: Extending Amphitheater Tours into Arena Tours

- We should additionally book those Arena markets, and "use the leverage" of your Amphitheater Offer to get the Arenas you want booked at the same time (even if two distinct time frames).

PX-0893 at 1-2

Hill Report, ¶ 410 (citing LNE-LIT24-005256865 at -866-867)

PDX005.73

# Artists Use Live Nation as Their Arena Promoter More During Amphitheater Season



# Live Nation's Amphitheater Conduct Reduced Competition In the Market for Large Amphitheaters and Harmed Artists



**Live Nation's control of Large Amphitheaters has led to less amphitheater choice for artists**



**Live Nation's requirement that artists use it as their promoter at Live Nation's large amphitheaters has reduced promoter competition**

# Live Nation's Large Amphitheater Conduct Reduces Artist Choice



**From:** Colin Lewis <ColinLewis@LiveNation.com>
**Sent:** Wednesday, November 10, 2021 12:43 PM
**To:** Terry Burke <TerryBurke@LiveNation.com>; John Schalk <JohnSchalk@LiveNation.com>; John Innamorato <JohnInnamorato@LiveNation.com>; Greg Siegel <GregSiegel@LiveNation.com>
**Subject:** FW: Snoop + Wiz 2022 Guarantee Summary

everyone else up. These guarantees are historically what we paid in the past and there's no reason to pay them more because they don't have options to play other amps.

PX-0777 at 1

# Live Nation's Large Amphitheater Conduct Reduces Competition



**Jay Marciano**

*Chief Executive Officer, AEG*

Q.  Has AEG ever promoted an amphitheater tour?

A.  We have not.

Q.  And why not?

A.  We don't have access to those amphitheaters.

Q.  Does AEG even bid for amphitheater tours?

A.  Agents know not to call us because they know we can't have access to those amphitheaters.

Marciano Trial Tr. 952:12-18

# Output Can Increase Even in Markets Courts Have Found to Be Monopolized



**Barrels of Crude Oil per Day (Thousands)**



**Personal Computer Shipments per Year (Millions)**



**General Search Engine Queries per Month (Billions)**

Hill Rebuttal Report, ¶¶ 422, 428-431, and Figures 66-69

PDX005.78

# Summary of Primary Conclusions

PDX005.79

# Live Nation Has Substantial Market Power in These Markets

**Market Share**



**The Market for Primary Concert Ticketing**
to Major Concert Venues

**86%**



**The Market for Primary Ticketing**
to Major Concert Venues

**73%**



**The Market for Use of Large Amphitheaters**
by Artists

**78%**

Hill Report, ¶¶ 13, 16, 248-249; Hill Rebuttal Report, Figure 192; Hill Report, ¶ 450; Hill Rebuttal Report, Figure 202; Hill Report, ¶¶ 301-302; Hill Rebuttal Report, Figure 208   **PDX005.80**

# Live Nation's Conduct Has Protected Live Nation's Substantial Market Power

**1** Locked up venues with long-term, exclusive contracts

**2** Conditioned Live Nation concerts on use of Ticketmaster

**3** Used acquisitions and new control agreements to expand its share of Large Amphitheaters

**4** Used its control over Large Amphitheaters to pressure artists to use Live Nation for promotion

Hill Report, ¶¶ 323, 369-371, 378, 390, 402

PDX005.81