*Case No: 1:23-cv-03973*

# *United States and Plaintiff States*

# *v.*

# *Live Nation Entertainment Inc. and Ticketmaster LLC*

# Testimony of Dr. Rosa Abrantes-Metz

March 24, 2026

PDX006.1

# Dr. Rosa Abrantes-Metz: Qualifications and Selected Experience

## Education

- **University of Chicago,** Ph.D. & M.A. in Economics
- **Universitat Pompeua Fabra,** M.A. in Economics
- **Universidade Catolica Portuguesa,** Licenciatura in Economics

## Selected Experience

- **Global Leader for the Digital Economy & Platform Markets, and Managing Director at Berkeley Research Group**, 2023 – Present
- **Principal & Chair Global Antitrust and Competition at the Brattle Group**, 2020 – 2023
- **Adjunct Professor at the Stern School of Business at New York University**, 2009 – 2020
- **Economist, Federal Trade Commission,** 2002 – 2004
- **Lecturer, University of Chicago,** 1996 – 2002

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 1-17 and Exhibit A

PDX006.2

# Damages (Overcharge) States



Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 20 and footnote 7
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶ 3 and footnote 3

PDX006.3

# Basis for Opinions

**Data from primary ticketers**
- From Ticketmaster, AXS, SeatGeek, and others

**Contracts for ticketing services**
- Between ticketers and venues

**Witness testimony and internal documents**

**Academic and industry research**

**Other expert reports**

Abrantes-Metz Opening Report (Aug. 15, 2025), Exhibits B, H.1, and H.2
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Exhibit A

PDX006.4

# Summary of Opinion

## Part I – The Excess Retained Fees Charged by Ticketmaster:

- As a result of the conduct at issue, Ticketmaster charges **$2.30 more per ticket** than its closest competitor, AXS

## Part II – The Fan Overcharge:

- Fans pay most of the **$2.30 per ticket — $1.56 to $1.72 in higher fees per ticket**
- Venues pay the rest

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 37, 62, 110, 182, and 211, and Figures 2 and 33
Abrantes-Metz Rebuttal Report, Attachment 1: Figures 2 and 33

PDX006.5

# Components of Ticket Price Paid by Fans



Abrantes-Metz Opening Report (Aug. 15, 2025), Figure 8
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figure 8

PDX006.6

# Roadmap: What You Will Hear Today

**1** — **The Conduct** — The two types of Live Nation and Ticketmaster conduct that drive the overcharge

**2** — **The Toolkit** — What a regression model is and why economists use it to make apples-to-apples comparisons

**3** — **The Benchmark** — Why AXS is the right company to compare against Ticketmaster

**4** — **The Fees** — How a ticket's price breaks down and which piece Ticketmaster charges

**5** — **The Excess Retained Fees Charged by Ticketmaster** — How Ticketmaster charges $2.30 more per ticket than AXS, even after controlling for relevant factors (apples-to-apples)

**6** — **The Fan Overcharge** — How 68%–75% of those excess retained fees charged by Ticketmaster are passed on to fans, resulting in an overcharge of $1.56 to $1.72 per ticket

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 33-35, 60-65, 101, 111, 121-125, and 211, and Figures 8, 21, and 33
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figures 8, 21, and 33

PDX006.7

# Hypothetical Example of Actual vs. Competitive World

|  | Actual World | Competitive World |
|---|---|---|
| **What Happens** | Only MegaCable can provide access to its regional sports network | Both MegaCable and other cable companies can provide access to MegaCable's regional sports network |
| **Price** | **$100** | **$80** |

**$100** (Actual Price) - **$80** (Competitive Price) = **$20 Overcharge**

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 108, 126, 129, 132

PDX006.8

# Regression Models

Suppose you are trying to figure out how much of the rent difference between the two apartments below is due to the proximity to the subway

| Measure | Apartment A | Apartment B |
| --- | --- | --- |
| Proximity to the subway | 1 block | 8 blocks |
| Neighborhood | Manhattan | Queens |
| Rent | $4,000 | $2,500 |

Attributing **the whole difference of $1,500** to the distance to the subway **would likely be incorrect**

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 121 and footnotes 233-234

PDX006.9

# Regression Models and the Meaning of "Controlling For"

## Regression models:
Study relationships between factors and isolate the impact of each one

**A regression model allows us to answer the hypothetical:**

If these two apartments **were equal in all the ways but one was closer to the subway than the other (apples-to-apples)**, how much is that difference worth?

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 121 and footnotes 233-234

PDX006.10

PDX006.11

# Ticketmaster and AXS Are Comparable

| | ticketmaster | axs |
|---|:---:|:---:|
| Full-service ticketer? | ✓ | ✓ |
| Focused on primary ticketing? | ✓ | ✓ |
| Integrated with promoter? | ✓ | ✓ |
| Similarly priced events (face value)? | ✓ | ✓ |
| Similar quality services? | ✓ | ✓ |
| **Engaged in conduct at-issue?** | ✓ | ✗ |

Abrantes-Metz Opening Report (Aug. 15, 2025), §§ III.A.4 and V.A.1-2, ¶¶ 21, 44, 53-54, 101, 111-113, and Figure 17
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 22-36 and Attachment 1: Figure 17

PDX006.12

# Percentage of MCV Concert Events by Primary Ticketer

**Out of over 29,000 primary ticketing events:**

- **Ticketmaster:** 25,900
- **AXS:** 2,747
- **Paciolan:** 623
- **SeatGeek:** 138



9.3%   2.1%   0.5%

Ticketmaster
AXS
Paciolan
SeatGeek

88.1%

Abrantes-Metz Opening Report (Aug. 15, 2025), Exhibits G-1–G-3
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Exhibits G-1–G-3

PDX006.13

# Types of Materials Reviewed Related to Quality



**Internal documents from:**
- **Ticketmaster, AXS, and other ticketers**
- **Live Nation, AEG, and other promoters**
- **Venues, artists, and other third parties**



**Ticketer presentations related to bidding opportunities**



**Ticketer surveys of venues**



**Trial and deposition testimony**

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 111-113
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 22-36

PDX006.14

# Testimony Supports AXS as a Reasonable Benchmark



**Callie Brennan**

*Fan Witness*

Q.  From your perspective as a fan purchasing tickets, how would you compare Ticketmaster and AXS's platforms?

A.  I think they are extremely similar.

Q.  Do you find one is easier to use than the other?

A.  No.

Brennan Trial Tr. 142:11-15



**Jay Marciano**

*Chief Executive Officer, AEG*

engineering, and I believe today on a side-by-side comparison, we're equal to Ticketmaster.

Marciano Trial Tr. 1117:25-1118:1

Q.  And you said, I think, that your view is that now, as of March 2026, that Ticketmaster and AXS are comparable.  That's what you said, right?

A.  I do.

Marciano Trial Tr. 1168:5-8

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 111-113
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 22-27 and 42-43

PDX006.15

# Ticketmaster and AXS's Win-Loss Data Analysis



**Percentage of Losses to Competitors Due to Technology/Marketing**

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 61-62 and Figures 2-3

PDX006.16

# Ticketmaster and AXS's Win-Loss Data Analysis

## Percentage of Losses to Each Other Due to Technology/Marketing



Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 61-62 and Figures 2-3

PDX006.17

# There Is No Reliable Statistical Evidence That Ticketmaster Sells More Tickets

**Ticketmaster does not sell more tickets through its web platform than AXS, based on an apples-to-apples comparison**

- There is **no reliable statistical evidence that Ticketmaster sells more tickets** than AXS (after controlling for event-related factors, meaning, on an apples-to-apples comparison)

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶ 71(a) and Figure 4

PDX006.18

# AXS Sells a Larger Share of Available Tickets Through Its Web Platform

**Percentage of Total Tickets Sold Through Web Platform**



A higher-quality primary ticketer is expected to sell a bigger slice of the tickets available for each event through its web platform: **AXS does**

**Notes:**
When controlling for event factors, Ticketmaster sells between 2.48% and 5.81% fewer tickets through its web platform as a percentage of total tickets than AXS does.

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 65-66 and Figure 4

PDX006.19

# At the Same Venues, Different Events Ticketed by AXS Have Higher Sell-Through Rates for Web Tickets

## Higher Sell-Through Rate for Web Tickets
### Overlapping Venues



Out of **32 venues** that used both Ticketmaster and AXS **62.5% had higher sell-through rates with AXS**

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 76-78 and Figure 8

PDX006.20

# For the Same Artists, Different Events Ticketed by AXS Have Higher Sell-Through Rates for Web Tickets

## Higher Sell-Through Rate for Web Tickets
### Overlapping Artists



Out of **667 artists** whose events were ticketed by both Ticketmaster and AXS, **59.2% had higher sell-through rates with AXS**

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶ 79

PDX006.21

# Components of Average Ticketmaster Ticket Price Paid by Fans for Primary Concert Ticketing at MCVs (2017-2024)

Average calculated from over **237 million tickets** sold by *ticketmaster*



Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 60-65, 72, and 110, footnotes 138, 173, and 177, and Figures 6-8 and workpapers
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figures 6-8 and workpapers

PDX006.22

# Ticketmaster vs. AXS Face Value – Amphitheaters (2018-2024)



Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 111 and Figure 17

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figure 17

PDX006.23

# Ticketmaster vs. AXS Face Value – Amphitheaters (2018-2024)



*ticketmaster*
**3.8% higher than AXS**

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 111 and Figure 17
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figure 17

PDX006.24

# Ticketmaster vs. AXS Retained Fees – Amphitheaters (2018-2024)



Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 111 and Figures 18-19

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figures 18-19

PDX006.25

# Ticketmaster vs. AXS Retained Fees – Amphitheaters (2018-2024)



Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 111 and Figures 18-19
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figures 18 and 19

PDX006.26

# Ticketmaster vs. AXS Face Value – Arenas (2018-2024)



*ticketmaster*

**1.9% higher than AXS**

Abrantes-Metz Report (Aug. 15, 2025), ¶ 111 and Figure 17
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figure 17

PDX006.27

# Ticketmaster vs. AXS Retained Fees – Arenas (2018-2024)



*ticketmaster*
**61.8% higher than AXS**

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 111 and Figures 18-19
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figures 18-19

PDX006.28

# Factors Controlled for in Retained Fees Regression: Ticketmaster vs. AXS

| | Controlled for? |
|---|---|
| Face value of the ticket | ✅ |
| Event venue | ✅ |
| Artist genre | ✅ |
| Year, month, and day of week | ✅ |

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 124-125 and Figure 21
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figure 21

PDX006.29

PDX006.30

# AXS Is a Conservative Benchmark Leading to Conservative Overcharge

**Follow-the-leader pricing**
- Competing companies' prices commonly follow the market leader, leading to higher prices than those under competition

**AXS would have benefited from economies of scale**, leading to lower costs (and prices)

**Self-service ticketing could have become more prevalent** in a competitive world
- A lower-cost option to full-service ticketing

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 126-131 and 211
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶ 15

PDX006.31

# Calculating Fan Overcharge per Ticket



Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 145 and 175-176 and Figures 27 and 33
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figures 27 and 33

PDX006.32

# Who Would Be Paying Ticketmaster in a Competitive Market



## Excess Paid per Ticket
*For Ticketmaster's Services by*

**Venues** + **Fans**

| | Venues | | Fans |
|---|---|---|---|
| **LOW** | $0.74 | + | $1.56 |
| **HIGH** | $0.58 | + | $1.72 |

= **$2.30**

*ticketmaster*

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 133, 145, 154, and Figure 27
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figure 27

PDX006.33

# Did Ticketmaster Serve as the Primary Ticketer for Any MCV Concert Event (by State and Year)?

| State | | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|
| Arizona | AZ | Yes | Yes | Yes | Yes |
| California | CA | Yes | Yes | Yes | Yes |
| Colorado | CO | Yes | Yes | Yes | Yes |
| Connecticut | CT | Yes | Yes | Yes | Yes |
| District of Columbia | DC | Yes | Yes | Yes | Yes |
| Florida | FL | Yes | Yes | Yes | Yes |
| Illinois | IL | Yes | Yes | Yes | Yes |
| Indiana | IN | Yes | Yes | Yes | Yes |
| Michigan | MI | Yes | Yes | Yes | Yes |
| Minnesota | MN | Yes | Yes | Yes | Yes |
| Nevada | NV | Yes | Yes | Yes | Yes |
| New Hampshire | NH | Yes | Yes | Yes | Yes |
| New Jersey | NJ | Yes | Yes | Yes | Yes |
| New York | NY | Yes | Yes | Yes | Yes |
| North Carolina | NC | Yes | Yes | Yes | Yes |
| Pennsylvania | PA | Yes | Yes | Yes | Yes |
| Rhode Island | RI | No | Yes | Yes | Yes |
| South Carolina | SC | Yes | Yes | Yes | Yes |
| Utah | UT | Yes | Yes | Yes | Yes |
| Washington | WA | Yes | Yes | Yes | Yes |
| West Virginia | WV | Yes | Yes | Yes | Yes |
| Wisconsin | WI | Yes | Yes | Yes | Yes |

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 76 and Figures 35 (PX1003) and 36-37
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 107-120 Attachment 1: Figures 35 (PX1003) and 36-37

PDX006.34

# Ticketmaster Sells a Smaller Share of Available Tickets Through Its Web Platform than AXS

|  | Web Tickets Sold % of Total Tickets Sold |
|---|---|
| Constant | 0.8981*** |
|  | (0.0163) |
| Ticketer = TM | -0.0481*** |
|  | (0.0173) |
| Log(Spotify Listeners) |  |
| Log(Venue Capacity) |  |
| Observations | 27,945 |
| R-Squared | 0.010 |
| Day of Week FE | No |
| Month FE | No |
| Year FE | No |
| Artist FE | No |
| Venue FE | No |
| Artist Genre FE | No |
| Venue CBSA FE | No |
| Venue Type FE | No |
| Weighted by Tickets Sold | No |

Standard errors clustered by venue.

*** $p<0.01$, ** $p<0.05$, * $p<0.1$

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Figure 4

PDX006.35

# Overcharge Estimation in Three Steps

**1**

**I show that Ticketmaster's retained fees are larger than AXS's**
- This is true even after controlling for legitimate differences between the events they both ticket

**2**

**I estimate what percentage of Ticketmaster's excess retained fees is paid by the venues, and what percentage is paid by the fans, as reflected in higher fees**
- I also show that **total fees charged by Ticketmaster are higher than total fees charged by AXS**, consistent with higher retained fees for Ticketmaster leading to higher fees charged to consumers

**3**

**I show that face values set by artists/promoters do not change due to this change in excess retained fees (or a change in fees)**

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶¶ 171-176, 125-126, and 209, and Figures 27, 29, 31-32
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figures 27, 29, 31-32

PDX006.36

PDX006.37

# Upfront Payments Are Not Part of the Ticket Price

**Upfront payments are common in the industry**

- Both Ticketmaster and AXS make upfront payments to venues

Abrantes-Metz Opening Report (Aug. 15, 2025), ¶ 76
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 107-120

PDX006.38

PDX006.39

# Comparison of Average Fees

**Analysis comparing Ticketmaster and AXS's fees shows that Ticketmaster charges on average $3.19 more per ticket than AXS**
  - **This is higher than the $1.56 to $1.72 overcharge per ticket I calculate**



Abrantes-Metz Opening Report (Aug. 15, 2025), Figures 29; 33
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1 - Figures 29; 33

PDX006.40

# "Inside" vs. "Outside" Fees Classification



Abrantes-Metz Opening Report (Aug. 15, 2025), Figure 6

PDX006.41

# Ticketmaster and AXS Comparability Is Mostly Undisputed by Defendants' Experts



| | **ticketmaster** | **axs** |
|---|---|---|
| Full-service ticketer? | ✅ | ✅ |
| Focused on primary ticketing? | ✅ | ✅ |
| Integrated with promoter? | ✅ | ✅ |
| Similarly priced events (face value)? | ✅ | ✅ |
| Similar quality services? | ✅ | ✅ |
| **Engaged in conduct at-issue?** | ✅ | ❌ |

**Not disputed**

Abrantes-Metz Opening Report (Aug. 15, 2025), §§ III.A.4 and V.A.1-2, ¶¶ 21, 44, 53-54, 101, 111-113, and Figure 17
Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 16 and 22-36, and Attachment 1: Figure 17

PDX006.42

# Ticketmaster's Quality



**Michael Rapino**

*Chief Executive Officer,
Live Nation*

Rapino Trial Tr. 1862:11-15

Q. You, sir, yourself have at times described the ancient nature of the Ticketmaster technology, and said that it needed to be upgraded and it's being held together with duct tape, correct?

A. I've said that, probably, yes.

Rapino Trial Tr. 1862:22-25

Q. And it's correct that Mr. Yovich has written to you with problems with the Ticketmaster products, and has said it uses lots of old tech? Do you know that, have you ever heard that?

A. Yeah, it's pretty common, yes.

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 37-48

PDX006.43

# AXS's Web Sell-Through Rate Is Comparable to Ticketmaster's



Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Figure 8

PDX006.44

# AXS Is Comparable to Ticketmaster



**Jay Marciano**

*Chief Executive Officer, AEG*

Q.  And you believe that AXS reached the level of Ticketmaster

as of early 2024, late 2024, when exactly?

A.  Coming out of COVID.

Q.  Can you be more precise?  Early '24?

A.  <mark>2021.</mark>

Marciano Trial Tr. 1168:18-22

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶ 57

PDX006.45

# Ticketmaster Overcharges by Year



Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Figure 1

PDX006.46

# Non-MCV Events Ticketed by AXS

| Venue Type | MCVs | | Non-MCVs | |
|---|---|---|---|---|
| | Ticketmaster | AXS | Ticketmaster | AXS |
| Amphitheater | 8,887 | 1,521 | 8,019 | 1,652 |
| Arena | 16,367 | 1,170 | 3,593 | 98 |
| Club | - | - | 59,643 | 1 |
| Other | - | - | 7,719 | - |
| Stadium | - | - | 909 | 21 |
| Theater | - | - | 65,654 | 4 |

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Figure 16

PDX006.47

# Dr. Carlton's Regression Model Generates Inconsistent Results

## Ticketmaster fans pay lower fees outside of the relevant MCV market

|  | **Retained Fees** | **Fees Paid by Consumers** |
|---|---|---|
| **MCVs** | Ticketmaster **Higher** than AXS | Ticketmaster **Higher** than AXS |
| **Non MCVs** | Ticketmaster **Higher** than AXS | Ticketmaster **Lower** than AXS |

Sources: Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Figure 17

PDX006.48

# Ticketmaster Overcharges by Year

| | (1) Retained Amount Per Ticket |
|---|---|
| Ticketer = TM x Year = 2018 | 1.8073*** |
| | (0.3959) |
| Ticketer = TM x Year = 2019 | 1.8344*** |
| | (0.4385) |
| Ticketer = TM x Year = 2021 | 2.0289*** |
| | (0.3223) |
| Ticketer = TM x Year = 2022 | 2.5413*** |
| | (0.3796) |
| Ticketer = TM x Year = 2023 | 2.4793*** |
| | (0.3251) |
| Ticketer = TM x Year = 2024 | 2.4765*** |
| | (0.3871) |
| FV Per Ticket | 0.0542*** |
| | (0.0018) |
| Observations | 27,939 |
| R-Squared | 0.772 |
| Day of Week FE | Yes |
| Month FE | Yes |
| Year FE | Yes |
| Artist Genre FE | Yes |
| Venue FE | Yes |
| Weighted by Tickets Sold | Yes |

Standard errors clustered by venue.

*** $p<0.01$, ** $p<0.05$, * $p<0.1$

Sources: Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Figure 1

PDX006.49

# Dr. Carlton's Differences-in-Differences — Inconsistent Fee Results

| | (1)<br>**Retained Amount Per Ticket** | (2)<br>**Total Fees Per Ticket** |
|---|---|---|
| Ticketer = TM \| MCV | 2.3030*** | 3.1912** |
| | (0.2899) | (1.4017) |
| Ticketer = TM \| Non-MCV | 2.4184*** | -2.0527* |
| | (0.8343) | (1.1380) |
| FV Per Ticket \| MCV | 0.0542*** | 0.1660*** |
| | (0.0018) | (0.0037) |
| FV Per Ticket \| Non-MCV | 0.0393*** | 0.1376*** |
| | (0.0016) | (0.0036) |
| | | |
| Observations | 175,117 | 175,117 |
| R-Squared | 0.804 | 0.880 |
| Year FE | Yes | Yes |
| Month FE | Yes | Yes |
| Day of Week FE | Yes | Yes |
| Artist Genre FE | Yes | Yes |
| Venue FE | Yes | Yes |
| Artist FE | No | No |
| Weighted by Tickets Sold | Yes | Yes |
| | | |
| Difference | -0.115 | 5.244 |
| S.E. | 0.883 | 1.805 |
| P-value | 0.896 | 0.004 |

Standard errors clustered by venue.

*** $p<0.01$, ** $p<0.05$, * $p<0.1$

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Figure 17

PDX006.50

# Ticketmaster and AXS Ticketing Fee Comparison

|  | (1) Total Fees Per Ticket |
| --- | --- |
| Ticketer = Ticketmaster | 3.1912** |
|  | (1.3996) |
| Face Value Per Ticket | 0.1660*** |
|  | (0.0037) |
| Observations | 27,939 |
| R-Squared | 0.848 |
| Day of Week FE | Yes |
| Month FE | Yes |
| Year FE | Yes |
| Artist Genre FE | Yes |
| Venue FE | Yes |
| Weighted by Tickets Sold | Yes |

Standard errors clustered by venue.

*** $p<0.01$, ** $p<0.05$, * $p<0.1$

Abrantes-Metz Opening Report (Aug. 15, 2025), Figure 29

Abrantes-Metz Rebuttal Report (Oct. 9, 2025), Attachment 1: Figure 29

PDX006.51