*Case No: 1:24-cv-03973-AS*

# *United States et al.*

# *v.*

# *Live Nation Entertainment Inc. and Ticketmaster LLC*

# Closing Presentation

April 9, 2026

PDX009.1



| |
|---|
| Arizona |
| California |
| Colorado |
| Connecticut |
| Washington, D.C. |
| Florida |
| Illinois |
| Indiana |
| Kansas |
| Louisiana |
| Maryland |
| Massachusetts |
| Michigan |
| Minnesota |
| Nevada |
| New Hampshire |
| New Jersey |
| New Mexico |
| New York |
| North Carolina |
| Ohio |
| Oregon |
| Pennsylvania |
| Rhode Island |
| South Carolina |
| Tennessee |
| Texas |
| Utah |
| Vermont |
| Virginia |
| Washington |
| West Virginia |
| Wisconsin |
| Wyoming |

PDX009.2

# The Burden of Proof Is Only a Preponderance of the Evidence



# The Burden of Proof Is Only a Preponderance of the Evidence



## PX0735 at -096 – Feb. 2021 Ticketmaster-TD Garden Deal Restructure Considerations Deck



- Given that our current deal is quite expensive, we'd like to take the opportunity to rebalance the deal economics by:
  - Extending the term for an additional 5 years (to 2029), which protects against competitive pressure during renewals

HIGHLY CONFIDENTIAL                                    LNE-LIT24-000946096

PX0735 at -096



**Jennifer Johnson**

*Vice President of Commercial Strategy, Ticketmaster*

Q.  And extending the term was good for Ticketmaster because it would protect against competitive pressure during renewals, yes?

A.  It protected the economics of the loan that we were making with them.

Q.  Protected the economics against competitive pressure, right?

A.  No.  Competitors can provide pressure at any point of the contract life cycle.

Q.  But you wrote "protects against competitive pressure," didn't you?

A.  That is what I wrote, yes.

Johnson Trial Tr. 3920:21-3921:7

PDX009.5

**PX0326 at -543 – Sept. 27, 2018 Live Nation Board of Directors Meeting Deck**





**Matthew Hansen**

*Chief Strategy Officer,
Live Nation*

Q. Well, is it not fair to say, Mr. Hansen, that Live Nation itself has used approximately 8,000 as the dividing line between large amphitheaters and boutique amphitheaters at least since 2018?

A. No.  I would not say that.

Hansen Trial Tr. 3443:19-23

Notes:

- Large amphitheater defined as having capacity of 8,000 or greater; small amphitheater defined as having less than 8,000 capacity

PX0326 at -543

PDX009.6



**PX0893 at -866 – Nov. 16, 2018 Email From Bob Roux**



**Bob Roux**

*President of U.S. Concerts, Live Nation*

Q. And, Mr. Roux, when you were instructing your team about what to do, you said, "Use the leverage," and when you were talking to this jury yesterday, you said there is no leverage, correct?

A. Right. There is no leverage.

Roux Trial Tr. 1404:8-12

- We should additionally book those Arena markets, and "use the leverage" of your Amphitheater Offer to get the Arenas you want booked at the same time (even if two distinct time frames).

PX0893 at -866

PDX009.7



**Michael Rapino**

*CEO,*
*Live Nation*

Q.   Now, let me ask you this:  Do you remember, in 2019, saying that you thought you had built an incredible moat around the castle of Live Nation?

A.   I don't know where you're -- where that was from, no.

Rapino Trial Tr. 1799:23-1800:1

Q.   Does that refresh your recollection that you had made statements that Live Nation is a business model --

          MR. KESSLER:  Keep it up, please.

Q.   -- a business model that has an incredible moat around the castle?

A.   Yeah, I read that, yes.

Rapino Trial Tr. 1803:13-18

**PX0451 at -497 – Jan. 20, 2018 Email From Bob Roux**



From: Jordan Zachary
Sent: Saturday, January 20, 2018 9:57 PM
To: Brad Wavra

That's kind of the messaging we sent to Coran and Red Mountain. Either we are together or we are competitors. Seemed to work, as they had 3 venues, 2 festivals and another venue coming on line in 18, and wanted the content flow on artists where we had touring rights to in the U.S. Velvet Hammer.

On Jan 20, 2018, at 12:38 PM, Bob Roux
<BobRoux@LiveNation.com> wrote:

That's kind of the messaging we sent to Coran and Red Mountain. Either we are together or we are competitors. Seemed to work, as they had 3 venues, 2 festivals and another venue coming on line in 18, and wanted the content flow on artists where we had touring rights to in the U.S. Velvet Hammer.

1

Ex. No
PX0451
1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION            LNE2019-CID-0277497

PDX009.9



**From:** Mark Yovich [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F9662F5956684F8A951CB52C1C6D6AE0-YOVICH, MAR]
**Sent:** 8/29/2022 1:20:12 AM
**To:** David Marcus [david.marcus@ticketmaster.com]; Michael Wichser [michael.wichser@ticketmaster.com]
**Subject:** Re: Plat strategy

Great. All good then.

**From:** David Marcus <david.marcus@ticketmaster.com>
**Sent:** Sunday, August 28, 2022 6:36:43 AM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>; Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Plat strategy

And the approach we agreed to take - and socialized w MR - was to "boil the frog" . . . I.e., grow the biz to a point where our $$ volume is significant enough that venues begin to object (eating into their % of outside fee)

## PX1106 at -864 — Aug. 28, 2022 Email From David Marcus

And the approach we agreed to take - and socialized w MR - was to "boil the frog" . . . I.e., grow the biz to a point where our $$ volume is significant enough that venues begin to object (eating into their % of outside fee) and we can negotiate down from strength driven by product adoption.

2 different customers: We charge promoters to capture the upside and consumers to use our marketplace.

Pricemaster has inside and outside fees.

VIP has inside and outside fees

Travel packages have inside and outside fees

I don't think the structure is hard to defend. I think the dollar volume will become harder to defend as allocations balloon.

David Marcus
EVP, Global Music
310-500-5253

Ex. No
PX1106
1:24-cv-03973

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Sunday, August 28, 2022 4:32:04 AM
**To:** Michael Wichser <michael.wichser@ticketmaster.com>; David Marcus <david.marcus@ticketmaster.com>
**Subject:** Re: Plat strategy

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-000118864

PDX009.10

PX0719 at 4-5 – Jan. 12, 2022 Messages Between Ben Baker and Jeff Weinhold





**Michael Rapino**

*CEO,*
*Live Nation*

Q.  Do you think it's correct if I were to say that at Live Nation, for the past 21 years, the buck stops with you?

A.  Generally I'm the boss, yes.

Q.  Do you take responsibility for all the major decisions made at Live Nation, good or bad?

A.  Yes.

Rapino Trial Tr. 1764:10-15

# What Is a Major Concert Venue?



**Nicholas D. Hill, PhD**



Capacity: **8,000 or more**

**10+ concerts** in a year



**Amphitheater**
or **Arena**



# Amphitheaters and Arenas Are Different Than Stadiums



Nicholas D. Hill, PhD

# Amphitheaters and Arenas Attract Different Artists



# All Venue Types: Ticketmaster's Share Is High



**Nicholas D. Hill, PhD**

ticketmaster

86%       84%

**Major Concert Venues**      **All Venue Types**

# How to Prove Monopoly Power



**Nicholas D. Hill, PhD**

*Partner,*
*Bates White Economic Consulting*

A.  Yeah, so typically if you see a high market share, that market share is persistent over time, and you identified significant barriers to entry or expansion, then economists conclude that there's likely substantial market power.  And

Hill Trial Tr. 2103:23-2104:1

A.  Yes, economists often use those terms synonymously.  So if I say substantial market power or monopoly power, they can be taken to be the same thing.  I will typically say "substantial market power."  That's how economists think about it, but I may slip and say "monopoly power."

Hill Trial Tr. 2094:21-25

PDX009.17

# Ticketmaster's Market Share Is High



**Nicholas D. Hill, PhD**

**86%**
*ticketmaster*

Other
**1%**

SeatGeek
**1%**

Paciolan
**2%**

AXS
**9%**

Hill Report, ¶¶ 246, 248-249; Hill Rebuttal Report, Figure 196 (update to Hill Report, Figure 122) (2023 tickets sold); PDX005.20

PDX009.18

## PX0508 at Slide 11 — Summer 2020 Ticketmaster Global Strategy Deck



# All Tickets: Ticketmaster's Share Is High



**Nicholas D. Hill, PhD**

Hill Report, ¶¶ 246, 248-249, 447, 450; Hill Rebuttal Report, Figure 192 (update to Hill Report, Figure 48) (2023*), Figure 202 (update to Hill Report, Figure 128) (2023*); PDX005.25

PDX009.20

# Ticketmaster's Market Share Has Been High for Many Years

*ticketmaster*



**Nicholas D. Hill, PhD**

| Year | Market Share |
|------|------|
| 2017 | 83% |
| 2018 | 84% |
| 2019 | 84% |
| 2022 | 85% |
| 2023 | 86% |
| 2024 | 87% |

# Barriers to Entry and Expansion Protect Ticketmaster's Market Power



**Nicholas D. Hill, PhD**

 **High fixed costs**

 **Importance of track record**

 **Switching costs**

                        PDX009.22



**Michael Rapino**

*CEO,*
*Live Nation*

correctly: "I mean, with the frontline assets, with Live Nation concerts, the largest in the world, and although we didn't brag about this, during the DOJ years, we're larger than every other promoter in the world combined, so we have incredible market power around the world. And you put together

\* \* \*

Q. Did I read it accurately through there?

A. Yes.

Rapino Trial Tr. 1799:1-11 (colloquy omitted)

PDX009.23

**PX0406 at -989**

| | |
|---|---|
| From: | David Marcus |
| Sent: | Thursday, June 22, 2017 6:53 PM |
| To: | Matt Shearer; Zeeshan Zaidi; Geoff Carns |
| Subject: | Notes on TM Music |
| Attachments: | DM TM Music Notes.docx |

These are just my thoughts captured kind of stream of consciousness in a word doc. I don't think anything in here is revolutionary, but I do think the major theme is that we are going to pursue a strategy that capitalizes on scale, which sets us apart in the market. We are the only company with the reach across artists, venues and fans to influence retail ticketing in a way that creates industry-wide impact. We alone can move the market.

Ex. No
PX0406
1:24-cv-03973

LNE CONFIDENTIAL BUSINESS INFORMATION          LNE-01831989

PDX009.24



**Eric Budish, PhD**

*Defendants' Expert*

> Now, it is your opinion that Live Nation has market power as you understand economists use that term, correct?
>
> A.  As I understand economists use that term, correct.

Budish Trial Tr. 3204:16-18

PDX009.25

# Live Nation's Alleged Conduct



**Nicholas D. Hill, PhD**

*Partner,*
*Bates White Economic Consulting*

**1** Locked up venues with long-term, exclusive contracts

**2** Conditioned Live Nation concerts on use of Ticketmaster

**3** Used acquisitions and new control agreements to expand its share of Large Amphitheaters

**4** Used its control over Large Amphitheaters to pressure artists to use Live Nation for promotion

# The Data Are Consistent with Ticketmaster Having Long-Term Exclusive Contracts with Most Major Concert Venues







**Nicholas D. Hill, PhD**

**72%**

**of Major Concert Venues Are Exclusively Ticketed by Ticketmaster**

**5.6 Years**

**Average Ticketmaster Contract Length for Major Concert Venues**

Hill Report, ¶ 372; Hill Rebuttal Report, ¶ 370, Figure 60 (2024), Figure 219 (update to Hill Report, Figure 77) (2024); PDX005.31

PDX009.27



**Michael Rapino**

*CEO,*
*Live Nation*

Q.   So fans who want to buy tickets in venues you own have no choice for primary tickets other than Ticketmaster, correct?

A.   Correct.

Q.   Okay.

It is also true that it is your policy for Ticketmaster to enter into exclusive ticketing arrangements with venues that you don't own, correct?

A.   Correct.

Rapino Trial Tr. 1844:10-17



**Mark Yovich**

*Global President,
Ticketmaster*

Q.  OK.  But in the United States, the model is for

Ticketmaster to have multiyear exclusive deals with its venues,

correct?

A.  Yes.

Yovich Trial Tr. 2733:17-20



**David Marcus**

*Executive Vice President of Global Music, Ticketmaster*

> Now, Mr. Marcus, Ticketmaster has a long history of not only having exclusive contracts, but enforcing those exclusive contracts in the market, correct?
>
> A.   That's right.

Marcus Trial Tr. 2853:17-20



**Dennis Carlton, PhD**

*Defendants' Expert*

Q.    Relative to something else, the gross margin in 2023 for Ticketmaster of 66 percent, was that higher than the gross margin of 2022 of 61 percent?    Yes or no.

A.    61 is lower than 66.    Is that --

Q.    Thank you, right?

       So the gross margin went up from 2022 to 2023, right?

A.    Yes.

Carlton Trial Tr. 4104:8-14

Q.    Okay.    So all those years — 2017, 2018, 2019, 2022, 2023 — Ticketmaster had a gross margin on its concerts over 60 percent, correct?    Yes or no.

A.    Every year on the chart, it's over 60.

Carlton Trial Tr. 4105:3-6

PDX009.31



**John Groetzinger**

*CEO, SeatGeek*

exclusivity of the existing contracts.   The average exclusive contract for a major venue is around five years, if not longer, which means that ==even if we had a product that everyone thought was 20 times better than anything else out there== and everyone wanted to move to tomorrow, for the most part, ==a substantial majority of venues could not because they are locked into a very long-term exclusive deal==.

Groetzinger
Trial Tr. 762:11-17



**Jay Marciano**

*CEO, AEG*

Q.   And in your role as supervising AXS, how did Ticketmaster's exclusive contracts impact AXS's ability to compete for ticketing contracts?

A.   Well, as I said a moment ago, it's mostly ==we're blocked because of exclusive ticketing agreements that Ticketmaster has with the major concert venues==.

Marciano
Trial Tr. 1103:3-8

PDX009.32

**PX0735 at -096 — Feb. 2021 Ticketmaster-TD Garden Deal Restructure Considerations Deck**



- Given that our current deal is quite expensive, we'd like to take the opportunity to rebalance the deal economics by:

  - Extending the term for an additional 5 years (to 2029), which protects against competitive pressure during renewals

HIGHLY CONFIDENTIAL

LNE-LIT24-000946096

PDX009.33

## PX0782 at -360 – 2024 North America Annual Incentive Compensation Plan

a. **Term-Length Multiplier:** Your renewal tickets will be subject to a multiplier based on contract term for the new deal. As indicated in the chart below, contracts with a 5 year term length will receive a multiplier of 125%, 4 years 100%, 3 years 90%, 2 years 75% and 1 year 60%. Term lengths with partial years will round to the nearest full year. For example, if a contract is for 2 years and 9 months, it will count as a 3-year term and receive an 90% multiplier. If a contract is 4 years and 1 month will count as 4 years and receive a 100% multiplier.

| Term Length | Multiplier |
|---|---|
| 5 | 125% |
| 4 | 100% |
| 3 | 90% |
| 2 | 75% |
| 1 | 60% |
| Auto Roll | 100% |

b. **Early Renewals:** For each "qualifying" renewal of a client in 2024 with a current agreement expiring in 2025 and beyond, we will boost your payout by adding the associated weighted tickets to your *actual* results, but we will not add the renewal's tickets to your Renewed Tickets Target. For example, assume

CONFIDENTIAL                    LNE-LIT24-001455357

PDX009.34

## PX1078 – Ticketmaster-OVG Ticketing Services Incentive Agreement



- 10-year agreement: July 1, 2022 – June 30, 2032

- OVG agreed to make Ticketmaster exclusive ticketer at all OVG-owned venues

- OVG agreed to advocate that Ticketmaster be selected as exclusive ticketer for 200+ venues OVG manages

- Ticketmaster's Payments to OVG: $20 million upfront payment; eligibility for annual $7.5 million incentive payment; sponsorship payments; split of net ticketing fees
  - Total paid by Ticketmaster to OVG to date: Over $40 million



**Christian Lewis**

*Chief Revenue Officer, Paciolan*

Q    Now, you referenced, I think, 13 venues that Paciolan has lost to Ticketmaster; is that right?

THE WITNESS:  Of the 14 OVG venues that we've lost since OVG acquired Spectra, 13 of those 14 have gone to Ticketmaster, to my knowledge.

Christian Lewis Dep. Tr. 113:19-24 (objection omitted)

PDX009.36



**Chris Granger**

*CEO,*
*Oak View Group*

Now, Mr. Granger, when venues hire OVG to help manage their venues, say it's an arena, they are hiring OVG to look out for that venue's best interest, right?

A.   Yes.

Q.   And you understand that OVG owed a fiduciary duty to those venues?

A.   Yes.

Q.   And under that fiduciary duty, OVG, you understand, was required to disclose to those venues any material information, including any conflicts of interest, correct?

A.   Yes.

Q.   And when OVG advocated for venues to switch to Ticketmaster, OVG did not disclose to those venues that it stood to gain tremendously financially from that advocacy, correct?

A.   We did not, at the time of recommendation, correct.

Q.   You didn't disclose that you had a financial conflict of interest, correct?

A.   Correct.

Granger
Trial Tr. 2632:10-2633:3

PDX009.37



**Nicholas D. Hill, PhD**

*Partner,
Bates White Economic Consulting*

Have you reached an overall opinion as to whether or not the use of long-term exclusive contracts has harmed competition?

A.   Yes.   I think those contracts have reduced competition.

Hill Trial Tr. 2111:6-8

PDX009.38



**Nicholas D. Hill, PhD**

*Partner,*
*Bates White Economic Consulting*

Now, did you reach a conclusion as to whether ==conditioning concerts on the use of Ticketmaster reduced competition in the relevant market== that you found?

A.  I did.

Q.  And what did you find?

A.  ==So what I found is this can reduce competition because it acts as an additional cost from other primary concert ticketers.== If a venue worries that it may lose shows as a

Hill Trial Tr. 2117:6-13

# Live Nation Concerts Decreased at NBA/NHL Arenas that Switched Away from Ticketmaster



**Nicholas D. Hill, PhD**

**Average Number of Live Nation Concerts Per Year**

Before switch

After switch
**Other Primary Ticketer**

# Live Nation Concerts Increased at NBA/NHL Arenas that Switched to Ticketmaster



**Average Number of Live Nation Concerts Per Year**

Nicholas D. Hill, PhD

Before switch
**Other Primary Ticketer**

After switch

Hill Report, ¶ 354-355 and Figure 73; Hill Rebuttal Report, Figure 217 (update to Hill Report, Figure 75) (2017-2024); PDX005.41

PDX009.41

# The Xcel Center Example



**Mitchell Helgerson**

*Chief Revenue Officer, Minnesota Wild*

Q.  How did you understand Mr. Schwartzkopf's statement?

A.  We took it as a credible threat.

Q.  What do you mean by that?

A.  Live Nation could absolutely move their content to wherever they saw fit.  Those shows are so vital to our business and our venue, but not just us but also the City of St. Paul, our employee base; losing those shows would be almost catastrophic to our organization.

Helgerson Trial Tr. 398:2-9

# The Xcel Center Example



**Mitchell Helgerson**

*Chief Revenue Officer,
Minnesota Wild*

A.  The potential loss of concerts was going to create an insurmountable challenge for us.  We, at that point, didn't notify anybody, but we pretty much made the decision internally that we couldn't change ticketing partners.  We wouldn't be able to.

Helgerson Trial Tr. 405:12-16



**Jay Marciano**

*CEO, AEG*

Q.  Why does AEG allow Ticketmaster at its own U.S. arenas?

A.  It's the business model we believe in.

Q.  Was there ever a time that AEG exclusively used AXS in its own arenas?

A.  There was a moment in time when we moved off of Ticketmaster to AXS.

Q.  And what happened?

A.  We started losing Live Nation shows.

Marciano Trial Tr. 1122:3-10



**Jay Marciano**

*CEO, AEG*

Q.  OK.  And today, AEG allows Ticketmaster at the Crypto.com Arena?

A.  We do.

Q.  And AEG also allows Live Nation to promote shows at its arenas?

A.  We do.

Q.  And why?

A.  It's just good business.  It's good for your business. More shows.  Good for the arena business.  More shows are good for fans.  More shows are good for the promotion business. Like I said, I think it's good business.

Q.  Has AXS ever ticketed a concert at a Live Nation venue?

A.  Not that I'm aware of.

Q.  Why not?

A.  We're precluded from doing that.

Marciano Trial Tr. 1122:11-25

# The Barclays Center Example

## PX0654 at 1 – Apr. 9, 2021 Text From Patti Kim to John Abbamondi

Instant Message : Native Messages
From                                                    22:55:26
    Patti Kim ███████████████████
To
    John Abbamondi ████████████████
    Patti Kim <pattikimnyc@gmail.com>

Hi john!

I think Rapino back on. Monday. Apparently seatgeek are telling msg and others that they have a contract deal with you guys already??

Anyways should think about bigger relationship with LN not just who is writing a bigger sponsorship check 🙂

SUBJECT TO CONFIDENTIALITY STATUTES

PX0654
1:24-cv-03973

LNE22-001797348

PX0654.0001

**Abbamondi Trial Tr. 246:9-250:4**

PDX009.46

# The Barclays Center Example



**John Abbamondi**

*Former CEO,
BSE Global*

Q.   And how did Mr. Rapino's comments make you feel?

A.   It wasn't a good call.  I'm pretty hard on myself at times. I felt like I didn't do my job there, which was to land the plane smoothly.  I interpreted his comment as a veiled threat that it was going to be difficult for them to put concerts at -- maybe not so veiled threat, but it was going to be difficult for them to put concerts at Barclays Center.

Abbamondi Trial Tr. 260:24-261:5

# The Barclays Center Example



**John Abbamondi**

*Former CEO,
BSE Global*

> Q.  What, if anything, changed with respect to Barclays' concert business after SeatGeek became its primary ticketer?
>
> A.  We saw a dramatic decline in Live Nation shows that were booked at the arena.

Abbamondi Trial Tr. 265:6-9

> Q.  And so how does a decrease in the number of Live Nation shows affect Barclays' financially?
>
> A.  Significantly.  We made -- you know, we made, as I mentioned, essentially all of our profits from concerts.

Abbamondi Trial Tr. 267:20-23

# Live Nation Concerts Decreased at Barclays Center After Switching to SeatGeek



**Number of Live Nation Concerts**

Barclays Center Announces Switch to SeatGeek in Mid-2021

**Nicholas D. Hill, PhD**

23

14

2019

2022

# The Data Do Not Support the Decrease in Live Nation's Shows at Barclays Center Being Due to the Opening of UBS



**Number of Live Nation Concerts**

Nicholas D. Hill, PhD

Barclays Center Announces Switch to SeatGeek in Mid-2021

Barclays Center Signs New Ticketmaster Contract in Late 2022

- Barclays Center
- Nassau Coliseum
- UBS Arena

**2019** — 23, 8
**2022** — 14, 21
**2023** — 28, 13
**2024** — 34, 13

# The Barclays Center Example



**Laurie Jacoby**

*Executive Vice President &
Chief Entertainment Officer at
Brooklyn Sports & Entertainment*

> the discussion of Ms. Eilish's show.  You believe that the
>
> failure to book Billie Eilish at Barclays in 2022 was
>
> <mark>retaliation by Live Nation for switching from Ticketmaster to</mark>
>
> <mark>SeatGeek, right?</mark>
>
> A.    <mark>That was my impression.</mark>

Jacoby Trial Tr. 3551:15-19

## PX0715 at 1 – June 8, 2020 Texts Between Mark Campana and Mary Claire Bourjaily

Instant Message : Native Messages
From
Voicemail    **Mr. Campana**                                    23:15:07

Please do not send emails that state you want to "crush" a Competitor. Not the language we want to be seeing in emails when reviewed by the DOJ or anyone for that matter.

I will respond to the email but want you thinking differently about this sort of rhetoric.

Instant Message : Native Messages
From
Mary Clare Bourjaily                                          23:18:06

Crap. Ok. I'm sorry.

HIGHLY CONFIDENTIAL

PX0715
1:24-cv-03973

LNE-LIT24-000580356

PDX009.52

So we offered retaliation insurance, or what we sometimes call like a make-good provision, and have done that subsequently with other deals, as well.

Groetzinger Trial Tr. 764:20-22



**John Groetzinger**

*CEO,
SeatGeek*

A.    Yeah, yeah.  And this might be not obvious, but it's actually really expensive regardless of if we have to pay out, because when we're doing a financial model to figure out what we can pay a venue and how much sponsorship we can give them, we have to assume that there is some expectation of cost behind the retaliation insurance, which means we can just -- we have to offer less in other places.  So the venue basically gets a worse deal because we're reserving money for the retaliation insurance.  And related to that, we've also -- because venues

Groetzinger Trial Tr. 765:5-13

PDX009.53



**John Groetzinger**

*CEO,
SeatGeek*

> Have any of the clients that have one of these retaliation insurance provisions in their contract notified SeatGeek that the clause has been triggered?
>
> A.   Yes.   Of the four, two have.
>
> Q.   Which are those?
>
> A.   The Dallas Cowboys and the Florida Panthers.

Groetzinger Trial Tr. 768:9-14

# Fans Pay Higher Fees at Ticketmaster Venues



**Nicholas D. Hill, PhD**

## Switch



Other Primary Ticketer →

## Change in fees

**Fees Increase by**
**$4.33**



**Fees Decrease by**
**$3.82**



Hill Rebuttal Report, ¶¶ 473-474 and Figure 80 (update to Hill Report, Figure 50) (2017-2024); PDX005.49

PDX009.55

## PX1106 at -864-65 – Aug. 28, 2022 Emails from David Marcus and Mark Yovich

**From:** Mark Yovich <mark.yovich@ticketmaster.com>
**Sent:** Sunday, August 28, 2022 4:32:04 AM
**To:** Michael Wichser <michael.wichser@ticketmaster.com>; David Marcus <david.marcus@ticketmaster.com>
**Subject:** Re: Plat strategy

Hard to defend though

2 fees

Inside and out

I think we need options, not just defend

2 different customers: We charge promoters to capture the upside and consumers to use our marketplace.

**From:** David Marcus <david.marcus@ticketmaster.com>
**Sent:** Sunday, August 28, 2022 6:36:43 AM
**To:** Mark Yovich <mark.yovich@ticketmaster.com>; Michael Wichser <michael.wichser@ticketmaster.com>
**Subject:** Re: Plat strategy

And the approach we agreed to take - and socialized w MR - was to "boil the frog" . . . I.e., grow the biz to a point where our $$ volume is significant enough that venues begin to object (eating into their % of outside fee) and we can negotiate down from strength driven by product adoption.

HIGHLY CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY AGREEMENT                    LNE22-000118864

PDX009.56



**Mark Yovich**

*Global President,
Ticketmaster*

Q.  Right.  But if the fan wants to, they could go, in that situation, they could go to ticketing company A and see what seats they have available or they could go to ticketing company B to see what seats are available, correct?  Yes or no.

A.  That's correct.

Q.  OK.  And that system has existed for many years in the UK, correct?

A.  Yes.

Q.  And is it correct, sir, that the fees on tickets in the UK, the service fees, are lower in the UK than they are in the United States?  Yes or no.

A.  Yes.

Yovich Trial Tr. 2803:4-15

PDX009.57



**Bryan Perez**

*President and CEO, AXS*

Q. How do ticket fees in the United States compare with ticketing fees in markets like the UK and France?

A. Well, they're much higher. In the U.S., they can run around 25 percent of the face value of the ticket. In the UK, the market is really 12.5 percent. And in France, it's 10 percent.

Perez Trial Tr. 2338:2-7

# PX0878 at -866 – Jan. 2024 Ticketmaster Product Priorities



# Dr. Abrantes-Metz Concluded That Live Nation's Conduct Resulted in Fans Paying Overcharges

**Overcharge to Fans: $1.72**



**Romy Abrantes-Metz, PhD**



Venues    Fans

$2.30 = $0.58 + $1.72

# Ticketmaster and AXS Are Comparable

| | ticketmaster | axs |
|---|:---:|:---:|
| Full-service ticketer? | ✓ | ✓ |
| Focused on primary ticketing? | ✓ | ✓ |
| Integrated with promoter? | ✓ | ✓ |
| Similarly priced events (face value)? | ✓ | ✓ |
| Similar quality services? | ✓ | ✓ |
| **Engaged in conduct at-issue?** | ✓ | ✗ |



**Romy Abrantes-Metz, PhD**

Abrantes-Metz Opening Report (Aug. 15, 2025), §§ III.A4 and V.A. 1-2, ¶¶ 21, 44, 53-54, 101, 111-113, and Figure 17; Abrantes-Metz Rebuttal Report (Oct. 9, 2025), ¶¶ 22-36 and Attachment 1: Figure 1; PDX006.12

PDX009.61



**Callie Brennan**

*Fan Witness*

Q.    From your perspective as a fan purchasing tickets, how would you compare Ticketmaster and AXS's platforms?

A.    I think they are extremely similar.

Q.    Do you find one is easier to use than the other?

A.    No.

Brennan Trial Tr. 1423:11-15



**Jay Marciano**

*CEO, AEG*

engineering, and I believe today on a side-by-side comparison, we're equal to Ticketmaster.

Marciano Trial Tr. 1117:25-1118:1

Q.    And you said, I think, that your view is that now, as of March 2026, that Ticketmaster and AXS are comparable.  That's what you said, right?

A.    I do.

Marciano Trial Tr. 1168:5-8

PDX009.62



**Eric Budish, PhD**

*Defendants' Expert*

Q.   You also don't dispute that AXS has won venues from Ticketmaster throughout the period 2018 to today?

A.   That is correct.

Q.   And you've agreed — I think we covered this earlier — that for at least that 9 percent of the market, those customers like the AXS product and find it to be of a comparable quality, correct?

A.   I'd put slightly differently.  Those customers with choosing the AXS product based on its quality and price.

Q.   They found it to be acceptable, correct?

A.   Acceptable, sure.

Q.   Now, it is also true that those customers who chose AXS did so despite your conclusion that Ticketmaster was able to sell a larger number of tickets, correct?  That didn't impact their decision to cause them to go to Ticketmaster, right?

A.   That's correct.  Those customers chose AXS.

Budish Trial Tr. 3244:10-25

PDX009.63

**PX0231 at -164 – 2015 Monumental Sports Ticket Partner Review**



# Market Competition

**AXS**: Provides a user-friendly ticketing interface allowing fans the opportunity to purchase tickets directly from their favorite venues. AXS serves all phases of the event life-cycle beyond just ticketing, through its consumer facing website, and the AXS App, as well as its portfolio of investment companies, including Carbonhouse, a leading website developer for venues, Frontgate Ticketing, a festival oriented ticketing platform owned in partnership with C3 Presents, and Bypass, the venue industry's leading supplier of cloud-based food and beverage point-of-sale systems

- Other venues utilizing the AXS Ticketing include Staples Center, Target Center, Sprint Center, and the O2 Arena

Ex. No
PX0231
1:24-cv-03973

Highly Confidential

MSE-00005148

PDX009.64



**DX-0790 at 3 – Feb. 2023 Ticketmaster Tech Abuse Strategy Deck**

## Executive Summary

- Our current approach to Abuse and technical solutions were conceived ==at a time when bad actor tactics and strategies were less sophisticated than they are today==

- ==Abuse has not been a priority from either an investment or improvement point of view==, and without a unified company stance or policy to enforce this, we have quietly fallen behind in the arms race

- The current abuse team is heavily relied upon for manual analysis, system updates etc. ==They lack the tools and skillset to identify and manage sophisticated bots==

Ticketmaster confidential. Do not distribute.

CONFIDENTIAL

LNE-LIT24-001626209

DX-0790.0002

PDX009.65