

**Eric Budish, PhD**

*Defendants' Expert*

Q.  And in that article ==you studied an auction mechanism that Ticketmaster had developed, which you found was an effective means to reduce the sale of high-priced tickets on the secondary market, correct?==

A.  ==Yes.  To eliminate the rent of Bob the broker, so yes.==

Budish Trial Tr. 3224:15-19

Q.  Right.  Now, these auctions by Ticketmaster were used in the mid-2000s and ended in 2011, correct?

A.  I don't think that's quite the right end date, but, yes, they haven't been used for a while.

Q.  Okay.  And you pointed out in your article that Ticketmaster had expanded in the secondary market with its high fees, correct?

A.  Yes, I did.

Budish Trial Tr. 3226:5-12

Q.  ==Okay.  You thought that Ticketmaster decided to take a cut of the profits, correct?  Yes or no.  Yes or no.==

A.  ==A cut of the profits in the secondary market, correct.==

Budish Trial Tr. 3227:10-12

PDX009.66



**Romy Abrantes-Metz, PhD**

*Managing Director,
Berkeley Research Group*

A.  Well, the upfront payment -- so my analysis relates to the following:  My analysis is determining whether if fees change, the excess fees, the fees charged by Ticketmaster, whether they're going to be passed on to the fans.  That was my analysis.  And in order to do so, I showed yesterday what are the various components of the prices — the fee space, the part that is retained by Ticketmaster, that bar chart with all the colors, the face value, the fees that are paid to the venues, et cetera.  Nowhere there are upfront payments.  Upfront payments are not part of the price; they are part of the profitability.

        So, to the extent that they are payments for something else in an agreement between the venues and the ticketer, they're not part of the price of the ticketing service that the fans are paying, and, therefore, they should not be subtracted.

Abrantes-Metz Trial Tr. 2579:18-2580:7

PDX009.67



**Eric Budish, PhD**

*Defendants' Expert*

> Some portion of the upfront payments are payments by Ticketmaster for sponsorship rights, correct?
> A.  I believe that's correct.

Budish Trial Tr. 3249:21-23

> A.  So the question is do sponsorship rights have value?
> Q.  Yes.
> A.  Yes.

Budish Trial Tr. 3250:2-4

> Q.  You don't do any adjustment for sponsorship value, right?
> A.  I believe that's correct.

Budish Trial Tr. 3250:10-11

PDX009.68

# Ticketmaster Overcharges by Year



**Romy Abrantes-Metz, PhD**

Chart: Ticketmaster Overcharges by Year

- 2018: $1.81
- 2019: $1.83
- 2021: $2.03
- 2022: $2.54
- 2023: $2.48
- 2024: $2.48

# Dr. Abrantes-Metz Concluded That Live Nation's Conduct Resulted in Fans Paying Overcharges



**Romy Abrantes-Metz, PhD**

**Overcharge to Fans: $1.72**



## Verdict Form No. 15

15.     Please state the amount (if any) that each Plaintiff State proved, by a preponderance of the evidence, that residents in its specific State were overcharged per ticket for primary concert tickets to events at the venues Plaintiffs call "major concert venues" because of Ticketmaster's alleged anticompetitive conduct.

| State | | | | | |
|---|---|---|---|---|---|
| Arizona | $ | 1.72 | New Hampshire | $ | 1.72 |
| California | $ | 1.72 | New Jersey | $ | 1.72 |
| Colorado | $ | 1.72 | New York | $ | 1.72 |
| Connecticut | $ | 1.72 | North Carolina | $ | 1.72 |
| District of Columbia | $ | 1.72 | Pennsylvania | $ | 1.72 |
| Florida | $ | 1.72 | Rhode Island | $ | 1.72 |
| Illinois | $ | 1.72 | South Carolina | $ | 1.72 |
| Indiana | $ | 1.72 | Utah | $ | 1.72 |
| Michigan | $ | 1.72 | Washington | $ | 1.72 |
| Minnesota | $ | 1.72 | West Virginia | $ | 1.72 |
| Nevada | $ | 1.72 | Wisconsin | $ | 1.72 |

## PX0475 at -382 – Live Nation Nov. 2018 Investor Deck



PDX009.72

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**PX1013 at 38 – Live Nation 2024 Form 10-K**

**Ticketing**

Our Ticketing segment operating results were, and discussions of significant variances are, as follows:

**Ticketing**

| | Year Ended December 31, | | | | | | | % Change 2024 vs 2023 | % Change 2023 vs 2022 |
|---|---|---|---|---|---|---|---|---|---|
| | | 2024 | | 2023 As Revised | | 2022 As Revised | | | As Revised |
| | | | | (in thousands) | | | | | |
| Revenue | $ | 2,988,685 | $ | 2,959,477 | $ | 2,238,618 | | 1% | 32% |
| Direct operating expenses [(1)] | | 1,089,608 | | 1,067,937 | | 809,173 | | 2% | 32% |
| Selling, general and administrative expenses | | 888,198 | | 855,070 | | 711,574 | | 4% | 20% |
| Depreciation and amortization | | 100,329 | | 105,256 | | 109,778 | | (5)% | (4)% |
| Loss (gain) on disposal of operating assets | | 41 | | 39 | | (197) | | 5% | * |
| Operating income [(2)] | $ | 910,509 | $ | 931,175 | $ | 608,290 | | (2)% | 53% |
| Operating margin | | 30.5% | | 31.5% | | 27.2% | | | |
| AOI [(2)] | $ | 1,123,588 | $ | 1,140,133 | $ | 812,714 | | (1)% | 40% |
| AOI margin | | 37.6% | | 38.5% | | 36.3% | | | |

\*    Percentages are not meaningful.

[(1)]    See further discussion in Part II    Financial Information    Item 8    Financial Statements and Supplementary Data    Note 2    Correction of Errors in Previously Reported Consolidated Financial Statements.

| AOI margin | 37.6% | 38.5% | 36.3% |
|---|---|---|---|

*Revenue*

Ticketing revenue increased $29.2 million during the year ended December 31, 2024 as compared to the prior year. Ticket sales and gross transaction value for concerts, sporting and family & arts events were largely in line with 2023. For concert events, higher sales for arena and amphitheater shows were mostly offset by a reduction in stadium shows, coming off a record year of stadium activity in 2023.

*Operating results*

Ticketing AOI decreased $16.5 million and operating income decreased $20.7 million during the year ended December 31, 2024 as compared to the prior year primarily driven by higher selling, general and administrative expenses attributable to improving the user experience and reducing friction during high demand on-sales.

1:24-cv-03973

PDX009.73

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**PX1013 at 39 – Live Nation 2024 Form 10-K**

### Sponsorship & Advertising

Our Sponsorship & Advertising segment operating results were, and discussions of significant variances are, as follows:

**Sponsorship & Advertising**

| | Year Ended December 31, | | | | | | % Change 2024 vs 2023 | % Change 2023 vs 2022 |
|---|---|---|---|---|---|---|---|---|
| | 2024 | | 2023 | | 2022 | | | |
| | | | (in thousands) | | | | | |
| | 1,195,019 | $ | 1,095,217 | $ | 968,146 | | 9% | 13% |
| | 242,536 | | 245,297 | | 225,724 | | (1)% | 9% |
| Selling, general and administrative expenses | 197,565 | | 184,158 | | 155,305 | | 7% | 19% |
| Depreciation and amortization | 62,934 | | 72,969 | | 60,318 | | (14)% | 21% |
| Loss on sale of operating assets | 38 | | | | | | * | * |
| Operating income | $ 691,946 | $ | 592,793 | $ | 526,799 | | 17% | 13% |
| Operating margin | 57.9% | | 54.1% | | 54.4% | | | |
| AOI | $ 763,777 | $ | 675,137 | $ | 591,972 | | 13% | 14% |
| AOI margin | 63.9% | | 61.6% | | 61.1% | | | |

\* Percentages are not meaningful.

| AOI margin | | 63.9% | 61.6% | 61.1% |
|---|---|---|---|---|

**Operating results**

Sponsorship & Advertising AOI increased $88.6 million and operating income increased $99.2 million during the year ended December 31, 2024 as compared to the prior year. These increases were primarily due to increased revenues from sponsorship activity discussed above.

Ex. No
PX1013
1:24-cv-03973

# What Is a Large Amphitheater?







**Nicholas D. Hill, PhD**

Capacity:
**8,000 or more**

**10+ concerts**
in a year



**Amphitheater**

Hill Report, ¶¶ 139, 272; PDX005.54

PDX009.75



**Seth Hurwitz**

*Owner and Founder,
IMP*

> A. Well, they are a unique animal, in that during the warmer months, people want to be outside, and the unique part about the amphitheater is probably the lawn. Every other venue has

Hurwitz Trial Tr. 665:5-7



**Marc Geiger**

*CEO and Founder,
Gate 52*

> A. Jimmy Buffett, Dave Matthews; Tom Petty used to go out and play summer -- every summer. Their audience loved being outdoors and being on the lawns. And it was a preference for many artists.

Geiger Trial Tr. 495:22-25



## Colin Lewis

*Senior Vice President of Global Touring,
Live Nation*



## Omar Al-Joulani

*President of Touring,
Live Nation*

Q.  Are you also familiar with the term "boutique amphitheater"?

A.  I am.

Q.  And you consider a boutique amphitheater to be an outdoor venue that has a capacity of 8,000 or less, correct?

A.  Yes, around that.

Q.  And Live Nation has a separate line of business for boutique amphitheaters, correct?

A.  That is correct.

Lewis Trial Tr. 1987:14-22

Q.  So you disagree that large amphitheaters typically have a capacity of more than 8,000?

A.  Yes.                         * * *

Q.  If we pull that up back, at your deposition were you asked:

"Q.  And large amphitheaters typically have a capacity more than 8,000, don't they?

"A.  Typically."

        Were you asked that question and did you give that answer?

A.  I did.

Al-Joulani Trial Tr. 3001:11-13, 16-22 (procedural request omitted)



**PX0326 at -543 – Sept. 27, 2018 Live Nation Board of Directors Meeting Deck**

Large amphitheater defined as having capacity of 8,000 or greater; small amphitheater defined as having less than 8,000 capacity



PDX009.78



**Bob Roux**

*President of U.S. Concerts,*
*Live Nation*

Q.  And out of the top 50, Live Nation, as of the end of 2018, controlled 42 of the top 50 amphitheaters, is that correct?

A.  I would use the same vernacular.  We either own them or we book them exclusively or we're operating them.

Roux Trial Tr. 1241:11-14

Q.  And, Mr. Roux, today does Live Nation own or operate 23 of the top 25 amphitheaters by concert tickets sold in the United States?

A.  I could look at a chart if you have it, but directionally that's probably right.

Roux Trial Tr. 1229:3-7

PDX009.79



**Michael Rapino**

*CEO,*
*Live Nation*

Q.   Okay.  Do you agree with me, if an artist wanted to do a national tour at amphitheaters that were 8,000 or more — let's just say that size or more — if an artist wanted to do that nationally, they would have to come to some Live Nation venues, right?  You can't cover the country without Live Nation on that?

\* \* \*

THE WITNESS:   Most likely.

Rapino Trial Tr. 1854:7-12, 14 (objection omitted)

PDX009.80



**Bob Roux**

*President of U.S. Concerts,
Live Nation*

Q.    About 40 markets where if an artist wants to play that market, ==Live Nation is their only option, correct?==

A.    ==If they want to play in an amphitheater in that market, yes.==

Roux Trial Tr. 1405:11-14



**Jay Marciano**

*CEO, AEG*

Q.    Today, if an artist wants to play in an amphitheater, what are their options for a promoter?

A.    I don't know off the top of my head, but I'm going to say that I think Live Nation probably owns or operates or books or controls 40 to 50 amphitheaters in the United States; and so ==if an artist wants to play an amphitheater, they have to deal with Live Nation==.

Marciano Trial Tr. 948:23-949:4

# Live Nation's Alleged Conduct



**Nicholas D. Hill, PhD**

*Partner,
Bates White Economic Consulting*

**1** Locked up venues with long-term, exclusive contracts

**2** Conditioned Live Nation concerts on use of Ticketmaster

**3** Used acquisitions and new control agreements to expand its share of Large Amphitheaters

**4** Used its control over Large Amphitheaters to pressure artists to use Live Nation for promotion

Hill Report, ¶¶ 20, 378, 402; PDX005.67, 70

PDX009.82



**Michael Rapino**

*CEO,*
*Live Nation*

Q.  OK.  You've told your managers that they should look to acquire additional venues in various markets so that you can increase your national scope, correct?

A.  Yeah.  We're always looking to bolt on, for sure.

Rapino Trial Tr. 1897:11-14

PDX009.83



From: Jordan Zachary
Sent: Saturday, January 20, 2018 9:57 PM
To: Brad Wavra

**PX0451 at -497 – Jan. 20, 2018 Email From Bob Roux**

That's kind of the messaging we sent to Coran and Red Mountain. Either we are together or we are competitors. Seemed to work, as they had 3 venues, 2 festivals and another venue coming on line in 18, and wanted the content flow on artists where we had touring rights to in the U.S. Velvet Hammer.

On Jan 20, 2018, at 12:38 PM, Bob Roux <BobRoux@LiveNation.com> wrote:

That's kind of the messaging we sent to Coran and Red Mountain. Either we are together or we are competitors. Seemed to work, as they had 3 venues, 2 festivals and another venue coming on line in 18, and wanted the content flow on artists where we had touring rights to in the U.S. Velvet Hammer.

Ex. No
PX0451
1:24-cv-03973

1

LNE CONFIDENTIAL BUSINESS INFORMATION

LNE2019-CID-0277497

PDX009.84



**Bob Roux**

*President of U.S. Concerts,
Live Nation*

Q.   And the velvet hammer, Mr. Roux, is akin to the idiom the iron fist and the velvet glove; it's got a polite exterior, but there's a hammer beneath that, is that correct?

A.   I think you want to have a clear message is the way I look at it.

Q.   And the hammer beneath your velvet covering is access to Live Nation artists, correct?

A.   I think it was style.  Stylistically I wanted to make sure it was clear, firm, but that was it.

Q.   You wanted no confusion that if Red Mountain was going to be a competitor to Live Nation, they were not going to have access to Live Nation artists, correct?

A.   That is correct.

Roux Trial Tr. 1249:18-1250:5

PDX009.85

**PX0885 at -046**



| From: | Jordan Zachary [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59325f6d651b4d4fac7f5dded1875a2a-Jordan Zach] |
|---|---|
| Sent: | 11/30/2022 3:58:06 PM |
| To: | Bob Roux [bobroux@livenation.com]; John Ahrens [johnahrens@livenation.com]; David Codiga [davidcodiga@livenation.com] |
| CC: | Kristy Deutz [kristydeutz@livenation.com] |
| Subject: | Re: Can we discuss major cap x / design at Montage off line. |

Yes Ben ran CER and reviewed with Michael given extension. After discussion with Geoff and team, similar point made to yours below – these issues have been there forever and not sure best use for capital. More or less, it is Scranton and this venue is what it is.

==But decision was made to not give up a venue which competitor could snap up. So extend lease.==

Ex. No
PX0885
1:24-cv-03973

HIGHLY CONFIDENTIAL                                                    LNE-LIT24-004730046

PDX009.86

**PX0918 at -241**



From: Jordan Zachary [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59325F6D651B4D4FAC7F5DDED1875A2A-JORDAN ZACH]
Sent: 4/26/2023 4:04:09 PM
To: Benjamin Weeden [benjaminweeden@livenation.com]
Subject: Re: Oak Mountain Amp.

==Yes plan is to sell for with condition buyer cannot use live entertainment in any form.==
The developer who is partnered with city has expressed interest historically.
But we would keep until we have real opening date so don't miss a season.

Ex. No
**PX0918**
1:24-cv-03973

HIGHLY CONFIDENTIAL                    LNE-LIT24-005934241

PDX009.87



**Michael Rapino**

*CEO,*
*Live Nation*

Q.  Let's talk about choice in your concert promotion business.

Is it the policy of Live Nation, at the venues that it owns or controls, that it is the exclusive promoter at those venues?

A.  Yes.

Rapino Trial Tr. 1852:14-18



**Bob Roux**

*President of Live Concerts,*
*Live Nation*

Q.  If an artist wants to play a Live Nation amphitheater, they need to sign up for Live Nation promotion, correct?

A.  They do.

Roux Trial Tr. 1298:6-8

PDX009.88



# Jay Marciano
*CEO, AEG*



# Marc Geiger
*CEO and Founder, Gate 52*

Q.  Has AEG ever promoted an amphitheater tour?

A.  We have not.

Q.  And why not?

A.  We don't have access to those amphitheaters.

Q.  Does AEG even bid for amphitheater tours?

A.  Agents know not to call us because they know we can't have access to those amphitheaters.

Marciano Trial Tr. 952:12-18

Q.  In your experience as an artist agent, if one of your artists wanted to play a Live Nation amphitheater, could they do so with the promoter of their choice?

A.  No.

Q.  Why not?

A.  Live Nation would handle their venues in-house.

Q.  In your experience, are there enough independent large amphitheaters that an artist could do a tour of large amphitheaters without performing in one that is operated by Live Nation?

A.  No.

Geiger Trial Tr. 497:22-498:7



**Michael Rapino**

*CEO,*
*Live Nation*

Q. Now, the jury has heard testimony about a Radio Disney show that wanted to go into one of your venues with a rival promoter, and you were the one, sir, who made the decision not to permit that, correct?

A. Correct.

Q. And what happened there is, Mr. Roux had said you can make a lot of money on that concert, and he thought it was a good thing to do with Disney, but you still said, you're not going to set that precedent, right, sir?

A. Correct.

Rapino Trial Tr. 1857:16-25

# PX1129 at 5 – Aug. 17, 2022 Text Messages Between Benjamin Weeden and Thomas See



PDX009.91

# PX1129 at 5 – Aug. 17, 2022 Text Messages Between Benjamin Weeden and Thomas See



PDX009.92

Chat with "Benjamin Weeden" <+13102205060> on June 8, 2022

+13102205060
    Thomas See <thomas.d.see@gmail.com>Benjamin Weeden
    <+13102205060>Tom See <+18183959889>

Earliest item: 2022-06-08 16:29:06

## PX0824 at 1 – June 8, 2022 Text From Benjamin Weeden to Thomas See



Instant Message : Native Messages

From                                                                        16:50:57

Benjamin Weeden ███████████████

Not to be an asshole but if we opened our rooms to all promoters and paid that rebate, we would probably be better off. Not going to happen so I'll shut up…

Ex. No
PX0824
1:24-cv-03973

CONFIDENTIAL                                              LNE-LIT24-002303694

PX0824.0001

PDX009.93



# PX0825 at -669 – Sept. 2022 Live Nation OO Amph Fri Sat Analysis

**2022 O/O Amps**

*Promoted shows + promo festivals*

*Sell Thru = Sold / Net Cap on YTD played off only*

**As of Sep 19, 2022**

**# Fri / Sat Available (Mem Day - Labor Day)**

| Friday | Saturday |
|--------|----------|
| 14 | 14 |

| Venue Name | Venue Designation | FY Shows | Total Show Count | Fri & Sat Show Count | Dark Fridays | Dark Saturdays | Total Dark Fri & Sat |
|------------|-------------------|----------|------------------|----------------------|--------------|----------------|----------------------|
| | | | | | **Between Memorial Day & Labor Day** | | |
| **Grand Total** | | 1,518 | 1,053 | *514* | 498 | 472 | 970 |
| | | | | *% of Days Dark* | 67% | 64% | |



PDX009.94

**PX0787 at -167 — Jan. 2024 Live Nation Planning - Venue Nation Deck**



## CM per Fan (Consolidated Talent + Venues)

- Large Amp CM per Fan, once the second lo...
- HOB has the next highest CM per Fan, driv...
- Club, Ballroom, and HOB margin impacted...



### CM per Fan ($)

Large Amp
HOB
Seated Th...
Ballrooms
Boutique
Clubs

2019   2022   2023   2024

*Promoted Shows Only*
*Source: 2019-2023 ROME Actual GL data, BPC Budget 2024*
*2023 contains pro-forma for TM rebates not flashed in shows*
*2024 Other is held flat to 2023*

HIGHLY CONFIDENTIAL



### CM per Fan ($)

Large Amp
HOB
Seated Theater
Ballrooms
Boutique
Clubs

2019   2022   2023   2024

HIGHLY CONFIDENTIAL

PDX009.95

**PX1145 at -227–28 – Oct. 2024 "2025 Venue Nation Business Plan"**

# KEY METRICS – PREMIER PARKING

- 19% growth in revenue driven by 11% increase in fans and 7% increase in Per Cap
- Average Price has increased 26% since 2022 without any pullback on Fan Penetration %
- 90% of sales in Advance / 10% Onsite

# KEY METRICS – LAWN CHAIRS

- 47% growth in revenue driven by 11% increase in fans and 33% increase in Per Cap
- Higher Fan Penetration from policy to no longer allow outside lawn chair in most venues
- Average Price has increased 45% since 2022 without any pullback on Fan Penetration %
- 40% of sales in Advance / 60% Onsite

HIGHLY CONFIDENTIAL

LNE-LIT24-006448210

PDX009.96

From: Matthew Hansen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=390D0443C090475BBE03C282051C3C1A-MATTHEW HAN]
Sent: 2/21/2024 12:05:18 AM
To: Garrett Nastarin [garrettnastarin@livenation.com]; Gregory LeMay [greglemay@livenation.com]
Subject: FW: Amp data follow-up
Attachments: 2022 Amp vs Arena Comparisons v3.xlsx; Venue Analysis 16-22.xlsx

**PX0811 at -452**

From: Joe Taylor <JoeTaylor@LiveNation.com>
Sent: Monday, September 19, 2022 10:18 PM
To: Matthew Hansen <MatthewHansen@LiveNation.com>; Benjamin Weeden <BenjaminWeeden@LiveNation.com>
Subject: Re: Amp data follow-up

a.    Data speaks for itself on Artist and LN earnings...we all win in the Amps.
  i. Artists make 18% more
 ii. LN makes 358% more

Tab 1 Shows
• Looking at show count, we are up and down each year so CAGR depends on your starting point
• We added 54 shows vs. our 2016-2019 4-year average in Same Store
• Our real show count growth comes from new venues
• Same Store show count CAGR is 0.2% vs. 2016 and actually slightly negative vs. 2018
• In 2016 we did 25.5 shows per Same Store (SS) venue / in 2022 we will do 26.5 ... that's minimal growth, but at least not backwards

Thanks

JT

Ex. No
PX0811
1:24-cv-03973

HIGHLY CONFIDENTIAL                                    LNE-LIT24-002066452

PDX009.97



**Colin Lewis**

*Senior Vice President of Global Touring, Live Nation*

> Who decides where an artist is going to play during a tour?
>
> A.  The artist decides.

Lewis Trial Tr. 2004:22-24



**Bob Roux**

*President of U.S. Concerts, Live Nation*

> Q.  And in terms of the actual venues, the buildings where the artist is going to play, who ultimately decides where they're going to play?
>
> A.  Artist does.

Roux Trial Tr. 1336:4-7



**Michael Rapino**

*CEO,*
*Live Nation*

Q.    And what that means is that if an artist wants to play at a venue you own, they have no choice, if they want access to those venues, they have to use you as the promoter, correct? Yes or no.

A.    If the artist wants to -- yeah, we don't let rival promoters, competitors, in our venues.

Q.    So the answer to my question is yes?

A.    Yes.

Rapino Trial Tr. 1852:22-1853:4

From:    Colin Lewis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
         (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59E503A1342C46549E944DF4B2355D1E-COLIN LEWIS]
Sent:    8/4/2021 10:51:44 PM
To:      Omar Al-Joulani [omaral-joulani@livenation.com]
Subject: FW: Jeff Sharpe

On 8/4/21, 3:49 PM, "Jodi Goodman" <JodiGoodman@LiveNation.com> wrote:

    He would do it with us but he also has history as we do with the ▮▮▮▮▮▮ who wants to partner with me at Concord where we do all our shows together.

        Sent from my iPhone

        > On Aug 4, 2021, at 3:32 PM, Colin Lewis <ColinLewis@livenation.com> wrote:
        >
        > We're not doing that
        >
        > Need the message to be, you can only play amps with us.
        >
        > I'm sure they'll try this other places

**PX0754 at -248 — Aug. 4, 2021 Email From Colin Lewis**



CONFIDENTIAL

Ex. No
PX0754
1:24-cv-03973

LNE-LIT24-001259248

PDX009.100

PX1293

## APPENDIX A – STIPULATED FACTS

## Ticketmaster Contracts with Provisions Labeled "Exclusivity"

| Location | Venue | Effective Date* | End Date (Before Autorenewal) | Automatic Renewal Provision |
|---|---|---|---|---|
| Alabama | Legacy Arena | 10/1/2020 | 9/30/2027 | ✓ |
| Alabama | Propst Arena | 9/1/2018<br>10/1/2021 (Amendment) | 9/30/2026 | |
| Alabama | The Wharf Amphitheater | 1/1/2020 (Amendment) | 12/31/2022 | |
| Arizona | Phoenix Arena | 10/1/2019<br>5/13/21 (Amendment)<br>7/1/2021 (Amendment)<br>7/1/2022 (Amendment) | 9/30/2030 | ✓ |
| Arkansas | Simmons Bank Arena | 1/1/2023 | 12/31/2032 | |
| California | Acrisure Arena | 10/1/2022 | 6/30/2032 | |
| California | Bill Graham Civic Auditorium | 1/1/2019<br>1/1/2023 (Amendment) | 12/31/2027 | |
| California | Chase Center | 7/1/2019 | 6/30/2025 | ✓ |
| California | Golden 1 Center | 7/1/2015<br>7/1/2023 (Amendment) | 6/30/2030 | ✓ |
| California | Hollywood Bowl | 1/1/2018 | 12/31/2027 | |
| California | Honda Center | 7/1/2024 | 6/30/2028 | |
| California | Intuit Dome | 3/1/2023 | 6/30/2034 | |
| California | Oakland Arena | 7/1/2017 | 6/30/2022 | |
| California | Sap Center at San Jose | 7/1/2013<br>7/1/2017 (Amendment)<br>10/1/2021 (Amendment) | 6/30/2025 | ✓ |
| California | The Kia Forum | 7/1/2017<br>7/1/2022 (Amendment) | 6/30/2024 | ✓ |
| California | The Rady Shell at Jacobs Park | 12/1/2023 | 11/30/2028 | ✓ |
| California | Viejas Arena | 7/1/2021 | 6/30/2028 | |
| Colorado | Ball Arena | 7/1/2021 | 6/30/2031 | |

1

*Where a date is followed by (Amendment), it indicates that the contract executed on that date was an amendment to an earlier contract.

PDX009.101

# Stipulated Facts

At some time between May 20, 2019, and the present, ==Ticketmaster provided the primary ticketing services to one or more major concert venues==, which is defined by Dr. Nicholas Hill as an amphitheater or arena that has a capacity of 8,000 or more and that hosted ten or more concerts in at least one year during 2017 to 2024 located ==in each of the remaining plaintiff states except for Vermont==.

At some time between May 20, 2019, and the present, ==Ticketmaster provided primary tickets for live entertainment events for more than one live music concert or comedy show at major concert venue==, which is defined by Dr. Nicholas Hill as an amphitheater or arena that has a capacity of 8,000 or more and that hosted ten or more concerts in at least one year during 2017 to 2024 located ==in each of the remaining plaintiff states except for Vermont==.

Trial Tr. 3272:10-24

PDX009.102

# Stipulated Facts

At some time between May 20, 2019, and the present, Live Nation owned, operated and/or leased one or more major concert amphitheater, which is defined by Dr. Nicholas Hill as an amphitheater that has a capacity of 8,000 or more and that hosted ten or more concerts in at least one year during 2017 to 2024 located in each of the following states: Arizona, California, Florida, Illinois, Indiana, Massachusetts, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Texas, Utah, Virginia, Washington, and Wisconsin.

Since May 20, 2019, Live Nation has promoted at least one show at a major concert venue, which is defined Dr. Nicholas Hill as an amphitheater or arena that has the capacity 8,000 or more and that hosted ten or more concerts in at least one during 2017 to 2024 located in each remaining plaintiff state except Vermont.

Trial Tr. 3272:25-3273:15

PDX009.103



**Dennis Carlton, PhD**

*Defendants' Expert*

Q.  OK.  So if Ticketmaster was of a higher quality and preferred by venues, it could keep its market share by just having a one-year exclusive agreement, then it would be picked every year by the venue, right?

A.  My assumption is --

Q.  Yes or no?

A.  Ticketmaster could do whatever it wanted.

Carlton Trial Tr. 4127:11-21 (objection omitted)

PDX009.104

# Higher/Lower Capacity: Ticketmaster's Share Is High

Case 1:24-cv-03973-AS    Document 1424-11    Filed 04/16/20    Page 40 of 44





**Nicholas D. Hill, PhD**

84% — Capacity Threshold of 5,000
86% — Major Concert Venues
88% — Capacity Threshold of 10,000

Anchor Cite

PDX009.105

# Fewer/More Concerts: Ticketmaster's Share Is High





**Nicholas D. Hill, PhD**

85%  — Concert Threshold of 5

86%  — Major Concert Venues

86%  — Concert Threshold of 15

Anchor Cite

PDX009.106

# Fewer/More Concerts: Live Nation's Share Is High



**Nicholas D. Hill, PhD**

**LIVE NATION**®

| | 77% | 78% | 78% |

Chart axis: 100%, 90%, 80%, 70%, 60%, 50%, 40%, 30%, 20%, 10%, 0%

**Concert Threshold of 5** — **Large Ampitheaters** — **Concert Threshold of 15**

Anchor Cite

PDX009.107

# Higher/Lower Capacity: Live Nation's Share Is High



**Nicholas D. Hill, PhD**

Chart showing Live Nation's share:
- Capacity Threshold of 5,000: 71%
- Large Ampitheaters: 78%
- Capacity Threshold of 10,000: 90%

Anchor Cite

PDX009.108



PDX009.109