**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs,* | |
| v. | Case No. 1:24-cv-03973-AS |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C, | **NOTICE OF APPEARANCE** |
| *Defendants.* | |

PLEASE TAKE NOTICE that Jacob M. Kaplan, attorney at the law firm of Baker & McKenzie LLP, hereby appears on behalf of Non-Party Anschutz Entertainment Group, Inc. in the above-captioned matter.  I certify that I am admitted or otherwise authorized to practice in this Court.

Dated: New York, New York
        April 16, 2026

                          BAKER & MCKENZIE LLP

                           /s/ *Jacob M. Kaplan*
                          Jacob M. Kaplan
                          452 Fifth Avenue
                          New York, NY 10018
                          Tel. +1 212 626-4100
                          Fax: +1 212 310 1600
                          jacob.kaplan@bakermckenzie.com

                          *Attorneys for Non-Party*
                          *Anschutz Entertainment Group, Inc.*