# Frankfurt Kurnit Klein + Selz PC

**Tyler Maulsby**

28 Liberty Street, New York, New York 10005

T (212) 705-4893    F (347) 438-2152

tmaulsby@fkks.com

April 17, 2026

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Room 15A
New York, New York 10007

Re:    United States et. al. v. Live Nation Entertainment Inc., et. al. No. 1:24-cv-3973
April 8, 2026, Order to Show Cause

Dear Judge Subramanian:

We represent non-party Justin Bernick, Esq., in the above referenced matter in connection with the Court's Order to Show Cause dated April 8, 2026 ("Order," Dkt. No. 1401). The Order directs Mr. Bernick and non-party Anschutz Entertainment Group, Inc. ("AEG") to respond within ten (10) days of the date of the Order, which is April 18, 2026. Because April 18, 2026, falls on a weekend, Fed. R. Civ. P. 6(a)(1)(c) would make Mr. Bernick's and AEG's response due on Monday, April 20, 2026. However, to ensure full compliance with the Court's Order, we respectfully request confirmation that Mr. Bernick and AEG may file on Monday April 20, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

Tyler Maulsby

FKKS:12080473.2                                                                                          34358.300