# EXHIBIT  A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., <br> and TICKETMASTER L.L.C, <br><br> *Defendants.* | Case No. 1:24-cv-03973-AS |

### <u>DECLARATION OF JEFF BELLOLI</u>

I, Jeff Belloli, declare and state under oath and under penalty of perjury that:

1.      I am Vice President of Human Resources for AEG Presents LLC ("AEG Presents"), a subsidiary of non-party Anschutz Entertainment Group, Inc. ("AEG"). I have held this position at all times relevant to the matters described in this declaration. In my role, I am responsible for overseeing human resource matters for AEG Presents, including employee relations, internal investigations, hiring and onboarding, separations from employment, and the preparation and maintenance of personnel records, employment-related agreements, and company policies, procedures, and notices. I respectfully submit this declaration in support of AEG's Response to the Court's Order to Show Cause (Dkt. No. 1401). The information contained in this declaration is based upon my personal knowledge and my review of AEG Present's business records maintained in the ordinary course of business, and if called upon as a witness, I could and would testify competently thereto.

2.      Rick Mueller was employed by AEG Presents for approximately thirteen years. At the time of his separation, he held the position of President for AEG Presents, North America.

3.      In late November 2023, Mr. Mueller informed me that ███████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████ On

November 29, 2023, Mr. Mueller sent me an email summarizing ████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████ Mr. Mueller's November 29, 2023 email is

a business record maintained and kept by AEG Presents in the course of the regularly conducted

activity of maintaining intracompany communications and employee emails.

4.      In the weeks that followed, the company ████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████ on behalf of

the company.

5.      On the afternoon of April 1, 2024, I met with Mr. Mueller in his office. ████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████ Shortly after the meeting, I prepared a contemporaneous written summary of this

conversation, which has been maintained and kept by AEG Presents in the course of the regularly

conducted activity of maintaining personnel records and internal investigation files.

2

6. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

7. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████ I

thanked him for his time, and he ended the call. I prepared a contemporaneous written summary of this conversation shortly after it occurred, which has been maintained and kept by AEG Presents in the course of the regularly conducted activity of maintaining personnel records and internal investigation files.

8. Following ██████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

3

████████████████████████████████████████████████████████

These materials have been maintained and kept by AEG Presents in the course of the regularly conducted activity of maintaining personnel records and internal investigation materials.

9.     Based on the ███████████████████████████████ the company concluded that ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████

10.     On May 7, 2024, I provided Mr. Mueller ████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████ The ████████████ was addressed to Mr. Mueller, from me, and copied to Jay Marciano, Chairman and CEO of AEG Present LLC, and Shawn Trell, Executive Vice President, Chief Operating Officer, and General Counsel of AEG Presents.

11.     Mr. Mueller's separation from his employment with AEG Presents was effective as of May 9, 2024.

12.     Throughout Mr. Mueller's employment with AEG Presents, the company maintained a human resources privacy notice (the "HR Privacy Notice") that was published to the company's employee intranet site, known as "Backstage," and made available to all employees, including Mr. Mueller. The version of the HR Privacy Notice in effect during the period relevant to Mr. Mueller's separation was revised December 15, 2022, and effective December 29, 2022. The HR Privacy Notice expressly disclosed to employees that their Personal Data—including disciplinary records, performance and evaluation records, records relating to internal

4

investigations, and compliance and governance materials—may be used and disclosed by the company for legal and regulatory compliance, external accountability, litigation-related purposes, and the establishment and defense of legal claims. The HR Privacy Notice further stated that records relating to internal investigations, including compliance hotline reports, may be used, among other things, for demonstrating compliance and accountability externally and as needed for litigation and the defense of claims. The HR Privacy Notice has been maintained and kept by AEG Presents in the course of the regularly conducted activity of maintaining employee notices and policies. A true and correct copy of the HR Privacy Notice is attached to AEG's concurrently filed Response as Exhibit E.

13.     The  the Separation Agreement, and the November 29, 2023 email —are records of the company that were created and are maintained by AEG Presents in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of April 2026, in Indio, California.

DocuSigned by:

1F109A8CAE5F473...

Jeff Belloli

5