UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                             :
UNITED STATES OF AMERICA, *et al.,*                          :   Case No. 1:24-cv-03973-AS
                                                             :
                                      Plaintiffs,            :   **MOTION FOR ADMISSION PRO HAC**
                                                             :   **VICE**
                    -against-                                :
                                                             :
LIVE NATION ENTERTAINMENT, INC.,                             :
and TICKETMASTER L.L.C.,                                     :
                                                             :
                                      Defendants.            :
                                                             :
------------------------------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, Rachel Banks, hereby move this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for non-party Justin Bernick in the

above-captioned action.

I am in good standing of the bar of the state of New York and there are no pending

disciplinary proceedings against me in any state or federal court. I have never been convicted of

a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission

by any court.  Please find my declaration pursuant to Local Rule 1.3 attached hereto.

Dated:  New York, New York
         April 20, 2026

                                      Respectfully submitted,

                                      By:    */s/ Rachel Banks*

                                      Rachel Banks
                                      FRANKFURT KURNIT KLEIN & SELZ,
                                       P.C.
                                      28 Liberty Street, 35th Fl.
                                      New York, NY 10005
                                      Telephone: (646) 438-6762
                                      Email: rbanks@fkks.com