UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                 :

UNITED STATES OF AMERICA, *et al.,*     :   Case No. 1:24-cv-03973-AS

                 Plaintiffs,       :

              -against-         :   **DECLARATION OF RACHEL BANKS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C.,

              Defendants.

------------------------------------------------------------- x

I, Rachel Banks, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a lawyer with the law firm of Frankfurt Kurnit Klein & Selz, P.C., and have personal knowledge of the facts stated herein.

2.      I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel for non-party Justin Bernick.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of New York.

3.      I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Executed on this 20th day of April 2026.

                                       FRANKFURT KURNIT KLEIN & SELZ,
                                         P.C.

By:   */s/ Rachel Banks*

Rachel Banks
28 Liberty Street, 35th Fl.
New York, NY 10005
Telephone: (646) 438-6762
Email: rbanks@fkks.com