UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                :

UNITED STATES OF AMERICA, *et al.,*    :  Case No. 1:24-cv-03973
                                :

            Plaintiffs,       :

                                :  **[PROPOSED] ORDER FOR**
      -against-          :  **ADMISSION PRO HAC VICE**
                                :

LIVE NATION ENTERTAINMENT, INC.,  :
and TICKETMASTER L.L.C.,        :
                                :

           Defendants.      :
------------------------------------------------------------ x

The motion of Rachel Banks for admission to practice Pro Hac Vice in the above-captioned action is granted.

Rachel Banks has declared that she is a member in good standing of the bar of the state of New York and that her contact information is as follows:

> Rachel Banks
> FRANKFURT KURNIT KLEIN & SELZ, P.C.
> 28 Liberty Street, 35th Fl.
> New York, NY 10005
> Telephone: (646) 438-6762
> Email: rbanks@fkks.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for non-party Justin Bernick in the above entitled action;

**IT IS HEREBY ORDERED** that Rachel Banks is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
U.S.D.J.