UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, et al.,

Plaintiff,

-against-

Live Nation Entertainment, Inc. and
Ticketmaster, LLC          Defendant.

1:24 cv 03973 ( AS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____Rose Levine_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____Connecticut_____; and that his/her contact information is as follows

(please print):

Applicant's Name: Rose Levine

Firm Name: Connecticut Office of the Attorney General

Address: 165 Capitol Ave., 5th Floor

City / State / Zip: Hartford, CT 06106

Telephone / Fax: 860-808-5030

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____State of Connecticut_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: April 22, 2026

_____

United States District / Magistrate Judge