**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, *et al.*,

        *Plaintiffs,*

    v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C,

        *Defendants.*

Case No. 1:24-cv-03973-AS

**ORDER FOR ADMISSION *PRO HAC VICE***

1

The motion of Robin Samuel for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the State Bar of California and that his contact information is as follows:

Robin Samuel
Baker & McKenzie LLP
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Tel.: +1 310 201 4706
Fax: +1 310 201 4721
Email: Robin.Samuel@bakermckenzie.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Non-Party Anschutz Entertainment Group, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 22, 2026

_____
HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

2