**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-(AS) |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Civil Rule 1.4, the undersigned counsel respectfully moves this Court

for an order granting leave to withdraw as counsel of record for Plaintiff United States of

America. The United States will continue to be represented by counsel who have entered

appearances in this case. Application GRANTED. The Clerk of Court is respectfully directed to remove Ms. Murdock-Park as counsel in this case.

SO ORDERED.

Date: April 7, 2026

Arun Subramanian, U.S.D.J.
Dated: April 22, 2026

Respectfully submitted,

*/s/ Erin Murdock-Park*
Erin Murdock-Park
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (202) 445-8082
erin.murdock-park@usdoj.gov

*Attorney for Plaintiff United States of America*

1

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will notify all counsel and parties of record of this filing.


Date: April 7, 2026                                    */s/ Erin Murdock-Park*
                                                       Erin Murdock-Park