**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, *et al.*,

          *Plaintiffs,*

      v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C.,

         *Defendants.*

Case No. 1:24-cv-03973-(AS)

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Brian A. White respectfully moves this Court for an order granting leave to withdraw as counsel of record for Plaintiff United States of America. The United States will continue to be represented by existing counsel who have entered appearances in this case.

Date: April 16, 2026

Respectfully submitted,

*/s/ Brian A. White*
Brian A. White
Senior Litigation Counsel
United States Department of Justice, Antitrust Division
450 Fifth St NW, Suite 3000
Washington, DC 20530
Tel. No. (202) 826-8795
Fax:  (202) 514-7308
Brian.White6@usdoj.gov

*Attorney for Plaintiff United States of America*

Application GRANTED. The Clerk of Court is respectfully directed to remove Mr. White as counsel in this case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 22, 2026

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will notify all counsel and parties of record of this filing.


Date: April 16, 2026                                      */s/ Brian A. White*
                                                          Brian A. White