**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA, *et al.*,

       *Plaintiffs,*

    v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C.,

       *Defendants.*

Case No. 1:24-cv-03973-(AS)

---

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, John R. Thornburgh II respectfully moves this Court for an order granting leave to withdraw as counsel of record for Plaintiff United States of America. The United States will continue to be represented by existing counsel who have entered appearances in this case.

Date: April 16, 2026

Application GRANTED. The Clerk of Court is respectfully directed to remove Mr. Thornburgh as counsel in this case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 22, 2026

Respectfully submitted,

*/s/ John R. Thornburgh II*
John R. Thornburgh II
Assistant Chief, Chicago Office

United States Department of Justice
Antitrust Division
209 South LaSalle Street
Telephone: (202) 803-1168
John.Thornburgh@usdoj.gov

*Attorney for Plaintiff United States of America*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will notify all counsel and parties of record of this filing.


Date: April 16, 2026                                      */s/ John R. Thornburgh II*
                                                         John R. Thornburgh II