**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs,* | |
| v. | Case No. 1:24-cv-03973-(AS) |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., | |
| *Defendants.* | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Catherine K. Dick respectfully moves this Court for an

order granting leave to withdraw as counsel of record for Plaintiff United States of America

because she is leaving the United States Department of Justice. The United States will continue

to be represented by existing counsel who have entered appearances in this case.

Application GRANTED. The Clerk of Court is respectfully directed to remove Ms. Dick as counsel in this case.

Date: April 16, 2026   SO ORDERED.

Arun Subramanian. U.S.D.J.
Dated: April 22, 2026

Respectfully submitted,

*/s/ Catherine K. Dick*
Catherine K. Dick
Acting Director of Litigation, Antitrust Division

United States Department of Justice
950 Pennsylvania Ave, NW
Room 3119
Washington DC 20530
Phone: (202) 361-2533
catherine.dick@usdoj.gov
*Attorney for Plaintiff United States of America*

1

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will notify all counsel and parties of record of this filing.


Date: April 16, 2026                                    */s/ Catherine K. Dick*
                                                        Catherine K. Dick

2