**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, *et al.*,

        *Plaintiffs,*

    v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER L.L.C.,

        *Defendants.*

Case No. 1:24-cv-03973-(AS)

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, David E. Dahlquist respectfully moves this Court for an order granting leave to withdraw as lead counsel as well as counsel of record for Plaintiff United States of America because he is leaving the United States Department of Justice. The United States will continue to be represented by existing counsel who have entered appearances in this case and Andrew Kline requests to be appointed as new lead counsel for the United States.

Date: April 16, 2026

Application GRANTED. The Clerk of Court is respectfully directed to remove Mr. Dahlquist as counsel in this case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 22, 2026

Respectfully submitted,

*/s/ David E. Dahlquist*
David E. Dahlquist
Acting Deputy Director of Litigation
Antitrust Division

United States Department of Justice
209 South LaSalle Street
Telephone: (202) 805-8563
david.dahlquist@usdoj.gov

*Attorney for Plaintiff United States of America*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will notify all counsel and parties of record of this filing.

Date: April 16, 2026          */s/ David E. Dahlquist*
                                            David E. Dahlquist