**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., | |
| *Plaintiffs*, | |
| v. | Civil No. 1:24–cv–3973-AS |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., | |
| *Defendants*. | |

**QUESTIONS FOR JURORS**

Please indicate if your answer to any of the following questions is "**yes**" by circling the number of that question.  If your answer to a question is "no," you do not need to do anything.  **Do not write your name or make any <u>other</u> marks on the questionnaire**; the only marks you should make are circles around the questions for which the answer is "yes."  If, when asked about a "yes" answer, you prefer not to elaborate in open court, please say so and we will talk at the bench.

1. Do you have any changes to make from your questionnaire answers from last week?

2. Do you have any ideas or prejudices that would prevent or hinder you from following my instructions as to the law?

3. Do you have any doubt that you will be able to apply the law as I explain it even if you disagree with it?

4. Do you have any religious, ethical, or personal beliefs that would prevent you from passing judgment on another person or entity or awarding damages to a person or entity?

5. Do you have any personal knowledge of the claims in this case as I have described them?

6. Do you have any opinions regarding this case based on my description that would impact your ability to serve as a fair and impartial juror in this case?

7. The government agencies involved in this case are:

   *The U.S. Department of Justice Antitrust Division, and the Attorneys General*

1

*of the States of Arizona, Arkansas, California, Colorado, Connecticut, Florida, Illinois, Indiana, Iowa, Kansas, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Washington, West Virginia, Wisconsin, and Wyoming, the Commonwealths of Massachusetts, Pennsylvania, and Virginia, and the District of Columbia.*

The lawyers representing the Plaintiffs are:

*United States: Seana Buzbee, Alex Cohen, David Dalquist, Danielle Drory, Jonathan Goldsmith, Matthew Jones, Collier Kelley, Arianna Markel, Chinita Sinkler, Curtis Strong, Bonny Sweeney, David Teslicko, John Thornburgh and Lorraine Van Kirk*

*Plaintiff States: Jonathan Hatch, Adam Gitlin, Brent Nakamura, Pratik Agarwal, Anne Champion, Matthew Delgado, Luisa di Lauro, Henry Hauser, Elinor Hoffmann, Ashley Kaplan, Juliana Karp, Conor May, Amy McFarlane, Anchit Nayyar*

The law firms, lawyers, and corporate representative representing the Defendants are:

*Latham & Watkins, Cravath Swaine & Moore, Al Pfeiffer, David Marriott, Tim O'Mara, Jennifer Giordano, Andrew Gass, Lauren Moskowitz, and Dan Wall*

Do you or someone close to you, such as a spouse, child, parent, or sibling, know any of the individuals, law firms, or government agencies I have just named?

8.    Have you or someone close to you had any business dealings with, or been employed by, any of these attorneys, law firms, or government agencies?

9.    The potential witnesses in this case are:

*John Abbamondi*
*Dr. Rosa Abrantes-Metz*
*Brad Alberts*
*Omar Al-joulani*
*Carlos Alvarez*
*Dr. Shannon W. Anderson*
*Irving Azoff*
*Benjamin Baker*
*Christian Barney*
*Valerie Barone*
*Joe Berchtold*
*Tad Bowman*
*Callie Brennan*

2

*Brandon Briggs*
*Dave Brown*
*Dr. Eric Budish*
*Caroline Burdick*
*Matthew Caldwell*
*Mark Campana*
*Coran Capshaw*
*Dr. Dennis Carlton*
*Oliver Chi*
*Joe Choti*
*Becky Colwell*
*Russell D'Souza*
*Robert Davari*
*Kay Day*
*Russell Doussan*
*Darryl Eaton*
*Michael Evans*
*Larry Freedman*
*Marc Geiger*
*Stacie George*
*Todd Glickman*
*Chris Granger*
*Jack Groetzinger*
*Grant Hall*
*Howard Handler*
*George Hanna*
*Matthew Hansen*
*Mitch Helgerson*
*Robert Henson*
*Dr. Nicholas Hill*
*Seth Hurwitz*
*Jeff Ianello*
*Laurie Jacoby*
*Jenny Johnson*
*Walter Allen Johnson*
*Paul Kavanaugh*
*Lori Kelly*
*Edward Khoury*
*Greg Klippert*
*Jack Larson*
*Amy Latimer*
*Anthony Lazzaro*
*Christian Lewis*
*Colin Lewis*
*Ben Lovett*
*Brooke Lowery*

*Clay Luter*
*John Marchant*
*Jay Marciano*
*David Marcus*
*Michael Marion*
*Walter McDonald*
*Louis Messina*
*Paul Meyer*
*Cristopher Miller*
*Robert Mudd*
*Rick Mueller*
*Patrick Nagle*
*Adel Nur*
*Marla Ostroff*
*Beth Paul*
*Bryan Perez*
*Larry Plawsky*
*Michael Rapino*
*Bob Roux*
*Kurt Schwartzkopf*
*Jared Smith*
*Marney Smith*
*Sharif Talukder*
*Doug Thornton*
*Josephine Vaccarello*
*Jim Van Stone*
*Ronald VanDeVeen*
*Dana Warg*
*Ben Weeden*
*Michael Wichser*
*Tom Wilson*
*Jason Wright*
*Dr. Ali Yurukoglu*
*Jordan Zachary*

Do you personally know any of the potential witnesses I have just named?

10. Have you or someone close to you had any business dealings with, or been employed by, any of these attorneys, law firms, or government agencies?

11. Have you or someone close to you ever been employed by Live Nation or Ticketmaster?

12. Have you or someone close to you ever had a business relationship with Live Nation or Ticketmaster, other than purchasing a ticket through Ticketmaster or

attending an event promoted or hosted by Live Nation?

13.  Have you, or someone close to you, had any good experience purchasing a ticket using Ticketmaster that would cause you to be biased in favor of the defense in this case?

14.  Have you, or someone close to you, had any bad experience purchasing a ticket using Ticketmaster that would cause you to be biased in favor of the government and the states in this case?

15.  Have you, or someone close to you, had any good experience attending an event promoted or hosted by Live Nation that would cause you to be biased in favor of the defense in this case?

16.  Have you, or someone close to you, had any bad experience attending an event promoted or hosted by Live Nation that would cause you to be biased in favor of the government and the states in this case?

17.  Do you own stock in Live Nation or Ticketmaster, other than through a mutual fund or other diversified investment?

18.  Have you or someone close to you been employed by the federal government, the state government, or by a law enforcement or regulatory agency?

19.  Have you or someone close to you had any experience, good or bad, with the federal government or state government that might affect your ability to be a fair and impartial juror in this case?

20.  Do you have any opinions, positive or negative, about Live Nation or Ticketmaster that might affect your ability to be a fair and impartial juror in this case?

21.  Do you have any strong opinions, positive or negative, toward large corporations in general?

22.  Do you have any strong opinions, positive or negative, about the federal government or state government that might affect your ability to be a fair and impartial juror in this case?

23.  Do you have any education, training, or work experience in any of the following: the live entertainment industry; economics; statistics; accounting, finance or banking; marketing or sales; promotions or ticket sales; media or communications; computers or software; law or the courts?

24.  Have you ever been employed in the live entertainment industry?

25.     Have you had any experience with ticketing websites or apps (such as Ticketmaster, AXS, SeatGeek, Etix, etc.) that would affect your ability to be a fair and impartial juror in this case?

26.     Have you or someone close to you ever been involved in a lawsuit or claim, or been a witness in a lawsuit or claim?

27.     Have you ever had an experience with the legal system that might affect your ability to be a fair and impartial juror in this case?

28.     Does the number of governmental entities bringing this case cause you to be biased in favor of the government?

29.     Does the fact that neither you nor any member of your family will be eligible to receive any monetary recovery in this case affect your ability to be fair and impartial in this case?

30.     Is there anything, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

31.     Is there anything else, including something you have remembered in connection with one of the earlier questions on your questionnaire, that you think you would like to tell me in connection with your service as a juror in this case?

## **QUESTIONS FOR INDIVIDUAL JURORS**

1. State your name, and county of residence.  If you have lived in a different county at some point in the last five years, please state the other counties you have resided in during that time.

2. State your age.

3. What is the highest level of education you completed?

4. Do you have any educational or professional degrees?  If so what are they?

5. If you had a major in college, what was it?

6. Where are you employed?

7. If you have been at this job for less than five years, where else have you been employed over the last five years?

8. If you are not employed or are retired, what was your last job?

9. Who are the members of your household and for whom do they work?

10. What newspapers or magazines do you read on a regular basis, or podcasts you listen to?

11. What books do you read?

12. What television shows do you watch?

13. Where do you get your news?

14. What social media do you use?

15. What organizations or clubs do you belong to, if any?

16. What do you do in your spare time?

17. Have you ever served as a juror?  If so, was it a trial jury or a grand jury?  When did you serve?

18. If a trial jury, did you reach a verdict? **(Do not tell us what the verdict was.)**

19. Is there anything in your personal history or life experience, whether I've specifically asked about it or not, that would affect your ability to reach a fair and impartial verdict in this case?