# United States of America and Plaintiff States v. Live Nation Entertainment and Ticketmaster

**OPENING STATEMENT**
**MARCH 2, 2026**





INTRODUCTION

# Live Nation / Ticketmaster have the <u>power</u> to control



1. **Price**

2. **Choice**

3. **Quality**

INTRODUCTION

# Live Nation / Ticketmaster <u>misused</u> their power

 Forced customers to use Live Nation

 **Threatened** or **retaliate** against customers

 **Blocked** competition

OPENING OF THE UNITED STATES

3

**SECTION ONE**

# What is fair competition?

OPENING OF THE UNITED STATES

**WHAT IS FAIR COMPETITION?**



The purpose of the Sherman Act is to **preserve free and unfettered competition in the marketplace.**



*N. Pac Ry. Co. v. United States*, 356 U.S. 1 (1958)

**OPENING OF THE UNITED STATES**                                                                    5

**WHAT IS FAIR COMPETITION?**

> " Monopoly **power** is the power to **control prices** or **exclude competition.**

*United States v. E.I. du Pont de Nemours*, 351 U.S. 377, 391 (1956)



**SECTION TWO**



LIVE NATION + TICKETMASTER

# Live Nation has "70% of All Shows" in amphitheaters

**VENUE EXPERIENCE — AMPS — LIVE NATION**

**AMPHITHEATERS**

Amphitheaters are generally outdoor venues with between 5,000 and 30,000 seats that are used primarily in the summer season. We believe they are popular because they are designed specifically for concert events, with premium seat packages and better lines of sight and acoustics.

Given our extensive presence in amphitheaters, we are the largest buyer of national amphitheater tours each year, accounting for approximately 70% of all shows

**WE ACCOUNT FOR 70% OF ALL AMPHITHEATER SHOWS ANNUALLY IN THE U.S.**

**WE ACCOUNT FOR 70% OF ALL AMPHITHEATER SHOWS ANNUALLY IN THE U.S.**

OPENING OF THE UNITED STATES

Source: PX0620 at 9     9



LIVE NATION + TICKETMASTER

# Market Power: "We alone can move the market"

| From: | David Marcus |
|---|---|
| Sent: | Thursday, June 22, 2017 6:53 PM |
| To: | Matt Shearer; Zeeshan Zaidi; Geoff Carns |
| Subject: | Notes on TM Music |
| Attachments: | DM TM Music Notes.docx |

These are just my thoughts captured kind of stream of consciousness in a word doc. I don't think anything in here is revolutionary, but I do think the major theme is that we are going to pursue a strategy that capitalizes on scale, which sets us apart in the market. We are the only company with the reach across artists, venues and fans to influence retail ticketing in a way that creates industry-wide impact. We alone can move the market.

**David Marcus | EVP, Head of Music**
**Ticketmaster**

OPENING OF THE UNITED STATES

**SECTION THREE**

# How does a concert happen?

HOW DOES A CONCERT HAPPEN?

# Step 1: Artist



ARTISTS

HOW DOES A CONCERT HAPPEN?

# Step 2: Artist hires promoter





HOW DOES A CONCERT HAPPEN?

# Step 3: Promoter books venue on behalf of artist



HOW DOES A CONCERT HAPPEN?

# Step 5: Ticketer sells tickets to fans



OPENING OF THE UNITED STATES

17







HOW DOES A CONCERT HAPPEN?

# Step 6: Fans fund the process







HOW DOES A CONCERT HAPPEN?

# Live Nation / Ticketmaster have the <u>power</u> to control



1. Price

2. Choice

3. Quality

**SECTION FOUR**

# Price

PRICE

# Ticketing fees are highest in the United States





Source: *PX0833 at -679*

- Service fees
- Convenience fees
- Order fees
- Handling fees
- Facility fees
- Delivery fees
- Payment processing fees
- Dynamic pricing fees
- VIP fees

OPENING OF THE UNITED STATES

PRICE

# Live Nation CEO wants higher prices

INTERVIEW WITH CNBC, 2025



"We have a lot of runway left."

"The concert is underpriced"

**Michael Rapino**
*CEO of Live Nation*

Source: *PX1241, Interview of Live Nation CEO Michael Rapino, Game Plan Sports Business Summit, hosted by CNBC and Boardroom in Los Angeles on September 16th, 2025.*

27

PRICE

# Live Nation: "robbing them blind baby"

Slack Messages Between Live Nation Head of Ticketing (Venues) and Senior Director - Ticketing:



PRICE

# Live Nation: Billions in profit

**2022**
$1,400,000,000

**2023**
$1,600,000,000

**2024**
$1,875,000,000



Source: *PX0762 at -978*    29

SECTION FIVE

# Choice

CHOICE

# Live Nation CEO: "how do we own" & "buy more"

| | |
|---|---|
| From: | Michael Rapino |
| Sent: | Monday, January 11, 2016 9:42 PM |
| To: | Bob Roux; Mark Campana |
| Subject: | Re: <no subject> |

We are the number one company and amp company in the world but don't own the top 5.... We should be leading

From: Bob Roux <BobRoux@LiveNation.com>
Date: Monday, January 11, 2016 at 1:39 PM
To: MR <Michael@LiveNation.com>, Mark Campana <MarkCampana@LiveNation.com>
Subject: RE: <no subject>

ok

From: Michael Rapino
Sent: Monday, January 11, 2016 3:39 PM
To: Bob Roux; Mark Campana
Subject: Re: <no subject>

Treat it as Bus Dev document and how do we own buy more

OPENING OF THE UNITED STATES

CHOICE

# Live Nation: "No reason to pay them more because they don't have options"

From: Colin Lewis <ColinLewis@LiveNation.com>
Sent: Wednesday, November 10, 2021 12:43 PM
To: Terry Burke <TerryBurke@LiveNation.com>; John Schalk <JohnSchalk@LiveNation.com>; John Innamorato <JohnInnamorato@LiveNation.com>; Greg Siegel <GregSiegel@LiveNation.com>
Subject: FW: Snoop + Wiz 2022 Guarantee Summary

Team, when we are doing an aggerated tour like this one, we need to be aligned on money.

Sarah Tehrani is telling our local buyers you guys sent revised offers with more money and she's using it to beat everyone else up. These guarantees are historically what we paid in the past and there's no reason to pay them more because they don't have options to play other amps.

OPENING OF THE UNITED STATES

Source: PX777    32

SECTION SIX

# Quality

QUALITY

# Ticketmaster: "duct tape" and "significant outages"

From: Mark Yovich <mark.yovich@ticketmaster.com>
Sent: Saturday, March 6, 2021 12:58 AM
To: Carlos Alvarez; Troy Suda; Peter Quinlan; Larry Plawsky; Brendan Lynch; Patti-Anne Tarlton; Michael Wichser
Subject: Fwd: <no subject>

We know this is huge opp
PQ driving and plan coming together

I will help manage him on timing (so we stop adding duct tape and do across entire biz ;)

But loud and clear message

- TM spending ~$55–70M in annual Capex over past 5 years
  - Deferred investment in stabilizing and maintaining infrastructure in favor of new development/growth
  - Significant outages have occurred due to underinvestment

OPENING OF THE UNITED STATES

Sources: *PX1207 Slide  PX 521 at 283*    34

QUALITY

# Pain Points: "not historically prioritized fan[s]"



Source: PX 802 PX 1261    35

QUALITY

# Pain Points: Taylor Swift ticket sale "system...failures"

From: Mark Yovich <mark.yovich@ticketmaster.com>
Sent: Tuesday, November 15, 2022 6:40 pm
To: Michael Rapino <Michael@LiveNation.com>; David Marcus <david.marcus@ticketmaster.com>
Cc: Joe Berchtold <JoeBerchtold@LiveNation.com>; Kaitlyn Henrich <KaitlynHenrich@LiveNation.com>;
Jonathan Lamy <JonathanLamy@LiveNation.com>; Michael Wichser <michael.wichser@ticketmaster.com>;
Emily Wofford <emily.wofford@ticketmaster.com>
Subject: Re: AOC

Will have clearer picture tomorrow but several areas of the system had failures and until we have full
retrospective won't know root cause.

---

Apigee started rate limiting, which manages access to the front door, this meant too much traffic was able to get
through and that crippled Discovery, which struggled to recover. Discovery is old, we have been consolidating
to new but still many pages to be migrated through 23.
We also had a Password Server outage for around 45mins due to load, + TMOL RCO (responsive checkout)
which is old legacy pages went down.
TMOL RCO is not in cloud but on prem so as we had issues on our East Coast data centre where RCO is
housed that compounded the problem.

OPENING OF THE UNITED STATES

Source: *PX0555 at -495*   36

**SECTION SEVEN**

# Where do concerts happen?

WHERE DO CONCERTS HAPPEN?

# Where Do Concerts Happen?



SMALL VENUES  THEATERS  LARGE AMPHITHEATERS  ARENAS  STADIUMS

**SECTION EIGHT**

# Major Concert Venues

MAJOR CONCERT VENUES

# Major Concert Venues around New York



## BARCLAYS CENTER
19,000 capacity; 67 concerts (2024)



## MADISON SQUARE GARDEN
19,500 capacity; 115 concerts (2024)



## PNC BANK ARTS CENTER
17,500 capacity; 36 concerts (2024)



## JONES BEACH
13,855 capacity; 24 concerts (2024)

OPENING OF THE UNITED STATES

Source: *Hill Rebuttal Report, Figure 163 (update to Hill Report, Figure 102).*    40

MAJOR CONCERT VENUES

# Major Concert Venues are important to artists

## 8,000+
**CAPACITY**

## 10+
**CONCERTS IN AT LEAST 1 YEAR**



**63** MILLION
**CONCERT TICKETS**



**$8.5** BILLION
**CONCERT REVENUE**

OPENING OF THE UNITED STATES

Source: *Hill Rebuttal Report, Figure 159 (update to Hill Report, Figure 14).*     41

MAJOR CONCERT VENUES

# Large Amphitheaters:
# "standard cutoff" is "8,000" capacity

From: Joe Taylor <JoeTaylor@LiveNation.com>
Sent: Friday, September 1, 2023 7:31 AM
To: Gregory LeMay <GregLeMay@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
Cc: Matthew Hansen <MatthewHansen@LiveNation.com>
Subject: RE: Financial system -- venue types

Good here

The standard cutoff for us between Boutique/Large Amp for us is 8000 cap -however- we do have a couple exceptions

OPENING OF THE UNITED STATES

Source: *PX0867 at 697*    42

**SECTION NINE**

# What did Live Nation / Ticketmaster do?

WHAT DID LIVE NATION / TICKETMASTER DO?

# Live Nation / Ticketmaster <u>misused</u> their power

 Forced customers to use Live Nation

 **Threatened** or **retaliate** against customers

 **Blocked** competition

OPENING OF THE UNITED STATES                                                                            44

**SECTION TEN**

# Force customers to use Live Nation / Ticketmaster

FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Customers are forced to use Live Nation / Ticketmaster



- Acquire or exclusively book amphitheaters
- Artists forced to use Live Nation promotion services at controlled amphitheaters
- Convert amphitheaters to Ticketmaster
- Forces artists to use Live Nation and Ticketmaster for amphitheater tours

OPENING OF THE UNITED STATES

46

FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Live Nation outdoor amphitheaters



FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Artists "can only play amps" with Live Nation

From:        Colin Lewis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59E503A1342C46549E944DF4B2355D1E-COLIN LEWIS]
Sent:        8/4/2021 10:51:44 PM
To:          Omar Al-Joulani [omaral-joulani@livenation.com]
Subject:     FW: Jeff Sharpe


On 8/4/21, 3:49 PM, "Jodi Goodman" <JodiGoodman@LiveNation.com> wrote:

    He would do it with us but he also has history as we do with the black promoter who wants to partner
with me at Concord where we do all our shows together.

    Sent from my iPhone

    > On Aug 4, 2021, at 3:32 PM, Colin Lewis <ColinLewis@livenation.com> wrote:
    >
    > We're not doing that
    >
    > Need the message to be, you can only play amps with us.
    >
    > I'm sure they'll try this other places
    >
    > Why wouldn't they play arenas like the rest of the tour?
    >
    > On 8/4/21, 3:22 PM, "Jodi Goodman" <JodiGoodman@LiveNation.com> wrote:
    >
    >    His tour with KEM and Babyface is being offered to the local urban promoter here we often
partner for our big Concord events. Lionel wants to co pro with me at Concord.
    >
    >    What is our position on working with  a Jeff tour in our venues.
    >
    >    Sent from my iPhone
    >

> Need the message to be, you can only play amps with us.

Source: PX0754 at -248    48

FORCE CUSTOMERS TO USE LIVE NATION / TICKETMASTER

# Dark Days: "Top 10 Venues are dark nearly 50%"

## Maximize Day of Week

When building routing, ensure we are maximizing weekends in our O/O Amps.

Insight: "Head to Head" on the Same Tours, Saturdays overperform the Tour Average by +1,328 tickets, but our Top 10 Venues are dark on nearly 50% of their Saturdays in the summer.

OPENING OF THE UNITED STATES

Source: PX0420    49

**SECTION ELEVEN**

# Threats and retaliation

THREATS & RETALIATION

# Live Nation / Ticketmaster threatens and retaliates



- Use market power as leverage in ticketing negotiations

- Threaten and retaliate against venue customers that do not choose Ticketmaster

- Forces rivals to provide "retaliation insurance"

THREATS & RETALIATION

# Barclays Center in Brooklyn, New York



THREATS & RETALIATION

# Live Nation: "think about bigger relationship"



Source: PX0654 at -348    53

THREATS & RETALIATION

# H-E-B Center in Cedar Park, Texas



THREATEN & RETALIATE

# Live Nation CEO will "NEVER" put shows on sale unless they use Ticketmaster

| | |
|---|---|
| **From:** | Kurt Schwartzkopf |
| **Sent:** | Saturday, June 10, 2017 7:47 PM |
| **To:** | Scott Wampold |
| **Subject:** | Re: HEB |

Yup - I told him that it's just business and he needs to understand that he is hurting our business as well and as we aren't holding it against him. No way AAC ever leaves TM.

I also told him he needs to understand that Michael Rapino will NEVER put one of his shows on sale thru a broker site (SG) ever and why should he?

Sent from my iPhone

On Jun 10, 2017, at 1:38 PM, Scott Wampold <scott.wampold@ticketmaster.com> wrote:

Quick note to you --- when I mentioned again to Brad that he wouldn't get any LN shows if they switch, he got very aggravated. He told me that he has no hard feelings now but if we hurt his business at HEB then we will have a battle in three years in Dallas. We are in a tough spot on this one.

THREATEN & RETALIATE

# Xcel Energy Center in Saint Paul, Minnesota



THREATEN & RETALIATE

# Competitors must offer Live Nation "Retaliation Insurance"

From:    Jake Kearns <jake@seatgeek.com>
Sent:    Tue 3/12/2019 10:05 AM (GMT-05:00)
To:      Helgerson, Mitch ;Larson, Jack
Cc:      Jeff Ianello
Bcc:
Subject: LN Retaliation Insurance

Mitch and Jack,

It is our belief that Xcel Energy Center is the preeminent concert venue in Minneapolis-St.Paul and look forward to helping make it an *even more attractive* destination in the future by providing superior economics (flexible fees) and technology (artist choice). Our partnership combined with great execution will result in more shows in St. Paul.

That stated, we realize that you have concern of the unknown. In an effort to keep the main thing the main thing (ticketing), plus our confidence that no data exists to validate the belief of lost shows occurring, we want to include some "insurance."

We believe this structure protects your organizations from potential retaliation by Live Nation / Ticketmaster in the form of rerouted Live Nation content. Please let us know your thoughts and I'm happy to hop on a call if any of the below is unclear.

---

**Live Nation Concert Insurance**

OPENING OF THE UNITED STATES

Source: *PX0230 at -268*    57

SECTION TWELVE

# Block or buy competition

BUY OR BLOCK COMPETITION

# Live Nation uses market power to block or buy competition



- Long term and exclusive ticketing contracts
- Artists and fans have no choice but to use Ticketmaster
- Limited opportunity for rivals to bid for ticketing contracts
- Buys instead of competes

BUY OR BLOCK COMPETITION

# Exclusive contracts and long-term deals

**NBA-NHL – Outlook & Plan**

GROWTH OPPORTUNITIES

*LONG TERM DEALS:*

- Long Term strategy providing we don't pay too much for the additional term and assuming the margin erosion on the 10 year deal is less than the erosion on two 5 year deals, then we are obviously better.

- Every time we renew the terms get worse, so by locking in for a longer term we avoid all the costs associated with a renewal, which to a lesser amount also includes staff time, T&E, approvals/process, LUA back-and-forth-and-back.

- We launch new products the client has the option to ask us to waive fees as part of their renewal negotiations; whereas, when these products are launched after the start of a contract, the client has to pay MSRP until the next renewal window...which can potentially be very accretive for TM over many years

- Hedge against significant improvements by the competition or even a new competitor (client is under contract for longer and not able to leave TM or price the competition's offer into our new deal for an extended time).

ticketmaster®    3 Year Strategy Plan - SEGMENT NAME - September 2014    34

OPENING OF THE UNITED STATES

BUY OR BLOCK COMPETITION

# Live Nation: Buying the competitors



BUY OR BLOCK COMPETITION

# Lower fees without Ticketmaster



OPENING OF THE UNITED STATES



BUY OR BLOCK COMPETITION

# Witnesses from across the industry



**PROMOTERS**









**VENUES**









**TICKETING COMPANIES**


TIXR

axs


OPENING OF THE UNITED STATES

64

SECTION THIRTEEN

# A more competitive world

OPENING OF THE UNITED STATES

A MORE COMPETITIVE WORLD

# Closed Room: artists must use Live Nation promotions to access Live Nation amphitheater



OPENING OF THE UNITED STATES

66



A MORE COMPETITIVE WORLD

# Open ticket distribution

"Open ticket distribution is the actual model of **selling tickets across a variety of marketplaces**, regardless of who the primary ticketer is."



A MORE COMPETITIVE WORLD

# Open ticket distribution: selling across a variety of ticket companies



OPENING OF THE UNITED STATES

A MORE COMPETITIVE WORLD



The purpose of the Sherman Act is to **preserve free and unfettered competition in the marketplace.**



*N. Pac Ry. Co. v. United States*, 356 U.S. 1 (1958)



**SECTION FOURTEEN**

# Conclusion



# States' Opening Statement

# Plaintiff States



# Real Choice of Exclusive Ticketers



# Real Choice of Exclusive Ticketers



# Real Choice of Exclusive Ticketers



# Open Ticketing



# No Choice of Ticketer

  

# Dr. Rosa Abrantes-Metz

- Managing Director, **Berkeley Research Group**

- Ph.D. in Economics, **University of Chicago**

- Associate Professor, Leonard N. Stern School of Business, **New York University**



# Finding the Overcharge

# Finding the Benchmark



# Finding the Overcharge

TM KEEPS
$7.58

AXS FEE

**Overcharge = $2.30**

# Finding the Overcharge



# Finding the Overcharge to Fans

**TOTAL OVERCHARGE $2.30**

Overcharge to **fans** = $1.56 - $1.72

Overcharge to **others** = $0.58 - $0.74