Your Honor

I just have a question, yesterday I was told by my supervisor that I will be only getting paid for 10 days of jury duty. I was not aware that I would not get paid for the entire 6 weeks. My question is that how does it work as far as payment when you do jury duty. I was just under the impression that I would get paid in full from the job. Just concern because that would probably mean they will tap into my PTO. Thank you for taking the time to read my concern.