Dear Honorable Judge,                    3/16

By the present letter, I would like to ask you the permission to remove myself from my duty as a juror.

Unfortunately, my personal situation does not allow me to continue as I am a single parent solely responsible for all my family expenses.

Additionally, my professional situation has worsen as my employer refuses to pay my salary while I am on jury duty. Furthermore, my employer requested me to return my paycheck for the week of March 2nd to March 6th.

I hope you understand my very difficult position and you would release me from this trial.

Best Regards,