3/27/26

Dear Mr. Hernandez + His Honor,

I have a challenge continuing to serve after April 10th. Specifically regarding childcare. My husband leaves the country on Monday, April 13th. I do not have anyone to take my son to school and I cannot get here on time if I have to do everything in the morning. It has already been a burden in the morning for my family and my husband has to be abroad for work. I will be out of the country starting the evening of April 15th as I shared during jury selection.

Thank you for understanding.

Sincerely,