April 3, 2026

Dear His Honor, Mr. Hernandez, and counsel,

Thank you, again, for your willingness to continue dialogue about the duration of this trial and my continued ability to serve as a juror. I want to provide some additional details that help describe my situation and my inability to commit past the originally communicated end date of April 10.

My family spent time looking into the refundability of the international trip I have beginning on April 15. The last day to receive a refund (for the hotel) was April 2. However, we have additional time and money invested in the trip (airfare, childcare, dog care, and planned time off from work). This trip is a life milestone trip that has been planned since December 2025 – me and my husband's 5 year wedding anniversary. We did not request a refund given our conversation earlier this week regarding staying late next week to end on time (by April 10) and the fact that there is not another time for us to take this trip. My in-laws, who both work full time, have carved out time from their schedule to take care of our son and there is not another opportunity for this to occur as they are potentially moving cities soon for my mother-in-law's career. Our schedule is such that we (my husband and I separately) are traveling for business the week of April 13 (my husband), April 20 (me), April 27 (my husband), May 4 (me), May 18 (my husband). The week of May 11, I have a prior commitment that I cannot miss for the annual fundraiser for a non-profit I am on the board of; I am on the host committee and I will be speaking (an audience of 700 people).

Separate from the trip, serving as a juror for this long has caused stress for my family and in my career.

I have had to manage 2 health concerns for myself around this trial (I was seen at 7:30 am by one doctor and have had to been squeezed into the afternoon by another). As I have been serving, my husband has had to cancel multiple work trips that ultimately have impacted his opportunity for business (his career is 100% commission based). It has not only impacted my schedule, but his as well. We do not have family close to us to help with school drop off, pick up, and to be available in an emergency scenario where we are not available. As you know, I am not available via phone while serving. We have had to arrange (and pay for) additional care for our dog throughout the days when I am serving.

As I expressed during jury selection, my company closed a merger deal (while I have been serving) and diligence is in full swing. As the Head of Product, my team depends on me to set strategy, participate in diligence calls, and manage day-to-day execution of our strategy. I had to push out a critical offsite for my team (11 people with travel booked) to the week of April 20 (when we would have originally liked to have it in March). This requires planning and I need to spend the week of April 13 (Monday, Tuesday, and Wednesday) doing so. It has also caused undue stress on me (and my team) as I am managing emails and calls during my commute to / from the courthouse (some of my team members take calls from me at 6 am local time). I have had to rush out of the courthouse to make calls that last into the evening. My company and team have been extremely accommodating but it is not sustainable past April 10.

I appreciate the opportunity to serve and understand the importance of trial processes. I am willing to continue serving with complete commitment and focus but cannot do so past April 10.

Thank you for your continued understanding.

Sincerely,