We choose



as our foreperson



Date: 4/10/26
Time: 9:46
Court Exhibit: 8