Would the jury be able
to see:

 *  the presentation material
of each expert witness?
and
 * the testimony transcript
of each expert witness?

Date: 4/10/26
Time: 10:14
Court Exhibit: 9