In relation to Question 1: Part 1

Could we get clarification on what is meant by "relevant antitrust market"

vs relevant market in an antitrust situation.



Date: 4/10/26
Time: 12:59
Court Exhibit: 10