We would like to see

\* Chris
Grainger Transcript

\* The list of the 257 venues

Date: 4/10/26
Time: 2:20 PM
Court Exhibit: 11