Page 42 of Jury Instructions

- clarify (ii) substantial foreclosure of the market, ..., ... Market's ambit

↑

please define

~ also ~

Must Plaintiff's prove (all) 4 (i) → (iv)
or just a few
or at least one