Your Honor,

We would like to end at __4pm__ today.

Thank you!

Monday, 4/13 we would like to start at $9^{30}$am.

Date: 4/10/26
Time: 3:33
Court Exhibit: 13