Your Honor,

May we please have the testimony of the following:

* Ben Lovett

* Oliver Chi

April 13, 2026
11:25am



Date: 4/13/26
Time: 11:28 AM
Court Exhibit: 14