Your Honor -

May we please have the testimony of:

* Michael Rapino

* Mike Evans

April 13, 2026
12 noon

[redacted]

[redacted]

Date: 4/13/26
Time: 12:02 PM
Court Exhibit: 15