Your honor,

We need clarification concerning the question of State Impact:

* is there more guidance that you can give us to be able to assess Part V?

Specifically, how to assess states that we haven't specifically heard about.

* Could we get a DIGITAL copy of all of the testimony?

* We would like to leave by 4pm today?

* We would like to start tomorrow

at 9:15 am.

Thank you!

Date: 4/13/26
Time: 2:53 PM
Court Exhibit: 16