April 14, 2026
9:55am

Your honor,

May we please have

Date: 4/14/26
Time: 10:02 AM
Court Exhibit: 17

all of the JX documents?