April 14, 2026
1pm

Your honor,

Can you please share your instructions that were given right before closing arguments?

Ⓧ We can't seem to find them in the record. Ⓧ



Date: 4/14/26
Time: 1:08 PM
Court Exhibit: 18

Thank you,