Your honor,

\* We would like to

leave today at 4pm.

April 14, 2026                    Thank you,
3³⁰pm.

\* We would like to start at

9¹⁵am tomorrow.

Date: 4/14/26
Time: 3:36 PM
Court Exhibit: 19