Dear His Honor,

As I Previously expressed, I am experiencing a huge challenge continuing to serve.

Can you please shove what happens if you were to excuse me? at what point would you make the decision to excuse me?

I was not able to change my travel plans and I have a flight out of the county tomorrow.



Date: 4/14/26
Time: 4:01 PM
Court Exhibit: 20