04/15/2026

Your honor,
Can I request an updated
letter for my employer
to state that Jury Duty
is still in session?

Date: 4/15/26
Time: 9:30 AM
Court Exhibit: 21