April 15, 2026
11:20am

Your honor,

Does "unfair"

mean "unlawful"?

Thank you,



Date: 4/15/26
Time: 11:25 AM
Court Exhibit: 22