April 15, 2026
11:20am

Your Honor,

May we please have a copy of the opening and closing statements?

Thank you,

▮▮▮▮▮▮▮▮▮

▮▮▮▮

Date: 4/15/26
Time: 11:25 AM
Court Exhibit: 23