April 15, 2025
11:35 am

Your honor,

We would like to have a copy of the demonstratives for all of the expert witnesses?

Thank you,



Date: 4/15/26
Time: 11:35 AM
Court Exhibit: 24