Your honor,

4/15/26
1:50pm

We have _not_ yet
we have reached at verdict,
but once we do, how long
(approx) will ~~it~~ it take
for the reading of the verdict?
(TODAY - some of us must leave
the courthouse NO LATER THAN 4pm)

Date: 4/15/26
Time: 1:50 PM
Court Exhibit: 25

Thank you