4/15/26
2:36pm

Your Honor,

We have reached a verdict and are ready to return to the courtroom.

Thank you,

Date: 4/15/26
Time: 2:36 PM
Court Exhibit: 26