

## *U.S. et al. v. Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

# Live Nation & Ticketmaster Opening Statement

*March 2026*

# What the Evidence Will Show



- ✓ **Intense Competition**

- ✓ **Vibrant Marketplace**

- ✓ **Competitive Pricing**

- ✓ **Reasonable Profits**

- ✓ **Increased Quality**

- ✓ **Relentless Pursuit Of Excellence**



**DDX-1.2**

# Roadmap



**The Industry**

**Who We Are**

**No Monopoly Power**

**Made Up Markets**

**Competitive Conduct**

**No Harm to Competition**

**Zero Damages**

DDX-1.3

# Roadmap



**The Industry**

Who We Are

No Monopoly Power

Made Up Markets

Competitive Conduct

No Harm to Competition

Zero Damages

# The Key Players



## Artists
**(Agents & Managers)**




## Promoters

## Venues


**Arena**


**Stadium**


**Amphitheater**


**Theater**

## Ticketers




## Fans



DDX-1.5



# Who Makes the Money



$78 *Face Value*
to Artist and Promoter

$15
Venue

$5
Ticketmaster

→ $2
Credit Card

ADMIT ONE

TICKET

MARCH 3, 2026
DOORS OPEN AT 7 PM

ADMIT ONE

$74
95% to Artist

$4
5% to Promoter

DDX-1.7

# Do Not Confuse Primary with Secondary Ticketing





**Fan Buys Direct from Primary Ticketer**

Primary Ticketer Keeps ≈ **$5**

Fan Buys Ticket for **$100**



**Broker Buys Ticket and Resells It in a Secondary Transaction**

Primary Ticketer Keeps ≈ **$5**

Broker Buys Ticket for **$100**

Fan Buys Ticket for **$500** in *Secondary Transaction*

Secondary Ticketer Gets ≈ **$125**

Broker Gets ≈ **$275**

DDX-1.8

# Roadmap



The Industry

**Who We Are**

No Monopoly Power

Made Up Markets

Competitive Conduct

No Harm to Competition

Zero Damages



- **Formed in 2005**
  - World's *biggest supporter* of musical artists
  - Over *$15 billion* spent on artists in 2025

- **As of 2024**
  - *150+ million* global fan connections
  - *11,000+ artists*
  - *54,000+ concerts*

- **Mission**
  - *Artist-centric* to the core

- **Focus**
  - *Growing the concert industry* by *serving artists* & creating *memorable* concert experiences for fans

DDX-1.10

# The Company We Keep















DDX-1.11

# Stiff Competition from AEG Presents and Others















DDX-1.12



DDX-1.13

# Live Nation Venue Business



- Live Nation owns, operates, or leases *very few* stadiums, arenas, and amphitheaters

| | Owns | Operates | Leases |
|---|---|---|---|
| **Stadiums** | 0 | 1 | 0 |
| **Arenas** | 1 | 0 | 2 |
| **Amphitheaters** | 10 | 1 | 48 |

DDX-1.14

# Live Nation's Amphitheaters



We are, proudly, **the premier developer and operator of outdoor amphitheaters** in the United States

    

    

    

DDX-1.15

# Live Nation Invests in Venues and Communities



- 2022 – 2025: **$450 million spent to upgrade amphitheaters**

- **Community focus**

  - Donates tickets to the military and veteran community

  - Takes sustainability & environmental action

  - Encourages community engagement

- **Creates jobs and increases revenues for local communities**

## Jones Beach Theater





DDX-1.16



DDX-1.17

# Venue Clients Are Sophisticated





Owner: **Joe Lacob**



Owner: **Steve Ballmer**

Owner: **Josh Harris**



Owner: **Philip Anschutz**



Owner: **James Dolan**



Owner: **Ted Leonsis**



Owner: **Ryan Smith**



Owner: **Jeremy Jacobs**



Owner: **Joe Tsai**

DDX-1.18

# Venues Have More Ticketing Options Than Ever





- Founded in 2009
- One of the largest resale marketplaces
- Entered primary ticketing in 2016

- Ticketing division of AEG
- Ticketmaster's strongest competitor
- Launched in the U.S. at the Staples Center in 2013

- Founded in 1980
- Category leader in college athletics

**DDX-1.19**

# What Sets Ticketmaster Apart





**Tad Bowman**






**Walter Johnson**





**Michael Marion**





**Sharif Talukder**





**Marney Smith**





**Robert Henson**





**Brooke Lowery**






**Paul Kavanaugh**





**Dave Brown**



DDX-1.20

# Competition Is Intense



## Competitive Bidding & Negotiations Process

RFP          Bidding          Negotiation          Deal

# Losses to Competitors



   

   

   

 

# Promoters and Artists Prefer Ticketmaster







- Messina told a venue that it was a ***major mistake*** to switch from Ticketmaster to SeatGeek

- Messina had George Strait, Taylor Swift, and Ed Sheeran playing at the venue and told the venue unless it ***guaranteed that Tickemaster did all 3 from beginning to end*** he would pull all shows

- AEG promoters felt ***use of Ticketmaster*** was ***instrumental in being able to achieve high sales***

DDX-1.23

# Venues, Artists, and Promoters All Do Better with Ticketmaster





DDX-1.24

# Live Nation & Ticketmaster Employees





**Omar Al-joulani**
*VP of Touring & Co-President of U.S. Concerts, Live Nation*



**Joe Berchtold**
*Co-President and Chief Financial Officer, Live Nation*



**Stacie George**
*Senior Vice President of Concerts, Live Nation*



**Michael Rapino**
*Chief Executive Officer, Live Nation*



**Jordan Zachary**
*Global President of Venues & Co-President of U.S. Concerts, Live Nation*



**David Marcus**
*Head of Music, Ticketmaster*



**Marla Ostroff**
*Managing Director North America, Ticketmaster*



**Michael Wichser**
*Chief Operating Officer, Ticketmaster*

DDX-1.25

# Roadmap



The Industry

Who We Are

**No Monopoly Power**

Made Up Markets

Competitive Conduct

No Harm to Competition

Zero Damages

**DDX-1.26**

# Ticketing: More Competition Than Ever



## Ticketers









---

**& Others**

If you consider all of the competition, Ticketmaster's share is

# 40%

# Ticketmaster's "Take Rate" and Profits



On a $100 ticket, Ticketmaster keeps about $5 from the service charges



Ticketmaster's net profit margin is ~25%



*Ticketmaster's profit is ~$1.41 per ticket*

# Ticketmaster's Profitability per Ticket



**DDX-1.29**

# Venues: More Competition Than Ever





### Venues

& Hundreds More

If you consider all of the competition, Live Nation's share is

## 18%

DDX-1.30

# Low Operating Margins



- Monopolists earn abnormally high profits

- Operating profits are:

  > Revenue from operations

  ——— *LESS* ———

  > All direct, operational,
  > *and*
  > fixed costs
  > *before*
  > interest and taxes

**U.S. Operating Profitability – Live Nation**

| Year | Operating Margin |
|---|---|
| 2015 | 2.8% |
| 2016 | 3.7% |
| 2017 | 0.7% |
| 2018 | 3.2% |
| 2019 | 3.1% |
| 2020 | **(102.5)%** |
| 2021 | **(3.6)%** |
| 2022 | 5.1% |
| 2023 | 4.4% |
| 2024 | 5.4% |
| ***Total Operating Margin 2015-2024*** | **1.8%** |

DDX-1.31

# Roadmap



The Industry

Who We Are

No Monopoly Power

**Made Up Markets**

Competitive Conduct

No Harm to Competition

Zero Damages

## What Plaintiffs Do with Ticketing Competition



# How 40% Becomes 86%

**DDX-1.33**

# They Take Sports Out

DDX-1.34

# They Take Sports Out



| Venue | Team | # Sports | # Concerts |
|---|---|---|---|
| American Airlines Center | Dallas Mavericks (NBA)<br>Dallas Stars (NHL) | 431 | 68 |
| Little Caesars Arena | Detroit Pistons (NBA)<br>Detroit Red Wings (NHL) | 206 | 105 |
| United Center | Chicago Bulls (NBA)<br>Chicago Blackhawks (NHL) | 169 | 149 |
| Madison Square Garden | New York Knicks (NBA)<br>New York Rangers (NHL) | 157 | 153 |
| Xfinity Mobile Arena | Philadelphia 76ers (NBA)<br>Philadelphia Flyers (NHL) | 154 | 66 |
| TD Garden | Boston Celtics (NBA)<br>Boston Bruins (NHL) | 145 | 70 |

# They Limit to 257 Venues





**257**
**Venues That Plaintiffs Focus On**

**1,939 Venues with 2,000+ Capacity & at Least 1 Concert**

## They Do Not Count:


**Stadiums and Most Arenas**


**Thousands of Concerts Played in Excluded Venues**


**Tickets for Excluded Concerts**

DDX-1.36

# Cherry-Picked Venues



| Artist | "MCV" | Non-"MCV" |
|---|---|---|
| Ateez | Prudential Center, NJ | Citi Field, NY |
| BLACKPINK | Prudential Center, NJ | MetLife Stadium, NJ |
| Blink-182 | UBS Arena, NY | Citi Field, NY |
| Bruce Springsteen | Madison Square Garden, NY | MetLife Stadium, NJ |
| Elton John | Madison Square Garden, NY | MetLife Stadium, NJ |
| Karol G | Madison Square Garden, NY | MetLife Stadium, NJ |
| Los Tigres Del Norte | UBS Arena, NY | The Theater at Madison Square Garden, NY |
| Morgan Wallen | Madison Square Garden, NY | MetLife Stadium, NJ |
| Nick Cannon | Madison Square Garden, NY | Palladium Time Square, NY |
| Pepe Aguilar | Prudential Center, NJ | The Theater at Madison Square Garden, NY |
| Travis Scott | Madison Square Garden, NY | MetLife Stadium, NJ |
| Twice | UBS Arena, NY | MetLife Stadium, NJ |



# Among the Missing Venues



       

     

       

     

      

      

DDX-1.38

# Never Before

DDX-1.39

# No Targeted-Customer Markets



## Alleged Targeted-Customer Markets



"MCVs"

## No Evidence of Targeting

*supposedly targeted venues were not subject to worse terms (e.g., higher prices)*

DDX-1.40

# Ticketmaster Makes Less at Plaintiffs' 257 Venues



- **Monopolization _should_ lead to higher prices; but Ticketmaster's take rate is _lower_ in the alleged market**

**Number of Venues & Take Rate**



2,000+
6.4%

← 257
5.3%

DDX-1.41

# Ticketers Compete for All Large Venues





**Stadiums**

**Amphitheaters**

**Theaters**

**TICKETS**

**Arenas**

## What Plaintiffs Do with Competition in Venues



# How 18% Becomes 79%

DDX-1.43

# What Is a Market?












DDX-1.44

# Plaintiffs' Made-Up Markets





**87 Amps**

# The Evidence Regarding Plaintiffs' 87 Amphitheaters



- **No industry recognition**

- **No peculiar characteristics**

- **No unique production facilities**

- **No distinct customers or sensitivity to prices**

DDX-1.46

# Artists Who Play the 87 Amphitheaters Mostly Play Other Venues





"MCAs"
*19%*

87 Amps

**Theaters**
**30%**



**Arenas**
**20%**



**Amphitheaters Outside the 87**
**14%**



**Other Venues**
**15%**



DDX-1.47

# Chris Stapleton 2024 *All American Road Show* Tour



**Chris Stapleton**

*All American Road Show Tour (2024)*

△ **Among the "87"**

● **Not Among the "87"**



DDX-1.48



Plaintiffs' Expert

Dr. Nicholas Hill

# Defendants' Experts





**Prof. Dennis Carlton**
Professor Emeritus at
University of Chicago



**Prof. Ali Yurukoglu**
Professor at Stanford
University

DDX-1.50

# Roadmap



The Industry

Who We Are

No Monopoly Power

Made Up Markets

**Competitive Conduct**

No Harm to Competition

Zero Damages

# No Anticompetitive Conduct



## Ticketing Exclusives

## No Conditioning Promotions on Ticketing

## No Tying

## Amphitheater Acquisitions

DDX-1.52



# Ticketing Exclusives

DDX-1.53

# Exclusive Contracts: Common in Many Industries









DDX-1.54

# Venue Clients Are Sophisticated





*Owner*: **Joe Lacob**



*Owner*: **Steve Ballmer**



*Owner*: **Josh Harris**




*Owner*: **Philip Anschutz**



*Owner*: **James Dolan**



*Owner*: **Ted Leonsis**



*Owner*: **Ryan Smith**



*Owner*: **Jeremy Jacobs**



*Owner*: **Joe Tsai**

DDX-1.55

# Benefits of Exclusive Contracts





Offer Upfront Payments and a *Guaranteed* Revenue Stream



Facilitate Operational *Efficiency*



*Encourage* Relationship-Specific Investments



*Reduce* Transaction Costs

DDX-1.56

# Upfront Payments & Guaranteed Revenue Streams





**Tad Bowman**

**Walter Johnson**





**Michael Marion**





DDX-1.57

# Facilitate Operational Efficiency





**Sharif Talukder**







**Marney Smith**





**Robert Henson**



DDX-1.58

# Reduce Transaction Costs





**Brooke Lowery**







**Paul Kavanaugh**





**Dave Brown**



DDX-1.59



# No Conditioning Promotions on Ticketing

## Artists, Not Promoters, Choose Venues



- The artist's team (manager, agent) provides competing promoters with the broad outline of how many shows the artist wants to play and where

 

- In bidding for the tour, promoters suggest routing

- After the artist selects the promoter, she and her team review the proposed routing carefully and decide what to do

 

- **Promoters cannot re-route shows against the artist's wishes**

 

DDX-1.61

# It Is Against Live Nation Policy to Do What Plaintiffs Claim





- The promoter's job is to do what is best for the artist

- Every show should play where the artist wants to play

- If the artist does not have a preference between two competing buildings, the promoter picks the building with the most attractive economics

- Promoters do not recommend a second-best building because the better building uses a different ticketing company

- Promoters do not make any routing decision to "settle scores" for Ticketmaster

DDX-1.62

## Live Nation Promotes Many Shows Without Ticketmaster





# Live Nation Promotes Many Shows Without Ticketmaster



311 ★ $NOT ★ $UICIDEBOY$ ★ +LIVE+ ★ 2 CHAINZ ★ 21 SAVAGE ★ 2CELLOS ★ 3 DOORS DOWN ★ 3OH!3 ★ 5 SECONDS OF SUMMER ★ 50 CENT ★ A DAY TO REMEMBER ★ A PERFECT CIRCLE ★ AARON LEWIS ★ AARON WATSON ★ ABOVE & BEYOND ★ ADAM SANDLER ★ AEROSMITH ★ AESPA ★ AGAINST THE ODDS ★ AIR SUPPLY ★ AJR ★ AL GREEN ★ ALABAMA ★ ALAN WALKER ★ ALEC BENJAMIN ★ ALEJANDRO FERNANDEZ ★ ALEJANDRO SANZ ★ ALESSIA CARA ★ ALESSO ★ ALEXIS Y FIDO ★ ALGERNON CADWALLADER ★ ALI WONG ★ ALICE COOPER ★ ALICE GAS ★ ALICE IN CHAINS ★ ALICIA KEYS ★ ALICIA VILLARREAL ★ ALISON KRAUSS ★ ALL THAT REMAINS ★ ALL TIME LOW ★ ALTER BRIDGE ★ ALY & AJ ★ AMON AMARTH ★ AMOS LEE ★ AMY SCHUMER ★ ANA GABRIEL ★ ANDERSON .PAAK ★ ANDREW BIRD ★ ANDREW DICE CLAY ★ ANDREW MCMAHON ★ ANDREW SCHULZ ★ ANDY BLACK ★ ANDY GRAMMER ★ ANDY MINEO ★ ANGELA AGUILAR ★ ANIMALS AS LEADERS ★ ´ANITA BAKER ★ ANJELAH JOHNSON-REYES ★ ANTHONY JESELNIK ★ ANTHRAX ★ ARCADE FIRE ★ ARIANA GRANDE ★ ARMIN VAN BUUREN ★ AS I LAY DYING ★ ASAKE ★ ASHLEY MCBRYDE ★ ATREYU ★ AUGUST BURNS RED ★ AVATAR ★ AVENGED SEVENFOLD ★ AVENTURA ★ AVRIL LAVIGNE ★ AWOLNATION ★ AZIZ ANSARI ★ BABYTRON ★ BACHMAN-TURNER OVERDRIVE ★ BACKSTREET BOYS ★ BAD BUNNY ★ BAD FRIENDS ★ BAD OMENS ★ BAD RELIGION ★ BADBADNOTGOOD ★ BADFLOWER ★ BAHAMAS ★ BAND OF HORSES ★ BANDA MS ★ BANDA MS DE SERGIO LIZARRAGA ★ BANKS ★ BARAK ★ BARENAKED LADIES ★ BARRY MANILOW ★ BASSEM YOUSSEF ★ BASTILLE ★ BAZZI ★ BEARTOOTH ★ BEATS ANTIQUE ★ BECK ★ BEHEMOTH ★ BELLE AND SEBASTIAN ★ BEN FOLDS ★ BEN HOWARD ★ BEN RECTOR ★ BEN SCHWARTZ ★ BENSON BOONE ★ BERT KREISCHER ★ BEYONCÉ ★ BIG GIGANTIC ★ BIG HEAD TODD AND THE MONSTERS ★ BIG THIEF ★ BIG TIME RUSH ★ BILL BURR ★ BILL MAHER ★ BILLIE EILISH ★ BILLY IDOL ★ BILLY JOEL ★ BLACK COFFEE ★ BLACK COUNTRY, NEW ROAD ★ BLACK MARBLE ★ BLACK PUMAS ★ BLACK VEIL BRIDES ★ BLACKBEAR ★ BLACKBERRY SMOKE ★ BLINK-182 ★ BLONDIE ★ BLUE OCTOBER ★ BLUES TRAVELER ★ BOB DYLAN ★ BOB SEGER ★ BOB SEGER & THE SILVER BULLET BAND ★ BOBBY WEIR AND WOLF BROS ★ BON JOVI ★ BONES ★ BONNIE RAITT ★ BOOGARINS ★ BOOGIE T ★ BORIS BREJCHA ★ BOWLING FOR SOUP ★ BOYZ II MEN ★ BOZ SCAGGS ★ BRAD PAISLEY ★ BRANDI CARLILE ★ BRANTLEY GILBERT ★ BRASSTRACKS ★ BREAKING BENJAMIN ★ BRETT ELDREDGE ★ BRETT GOLDSTEIN ★ BRIAN REGAN ★ BRIGHT EYES ★ BRING ME THE HORIZON ★ BRISCOE ★ BRIT FLOYD ★ BRITTANY HOWARD ★ BROADWAY RAVE ★ BROCKHAMPTON ★ BRONCO ★ BROOKS & DUNN ★ BROTHERS OSBORNE ★ BRUCE DICKINSON ★ BRUCE SPRINGSTEEN ★ BRUNO MARS ★ BRYAN ADAMS ★ BRYSON TILLER ★ BUDDY GUY ★ BURNA BOY ★ BUSH ★ CAGE THE ELEPHANT ★ CAIFANES ★ CAKE ★ CALONCHO ★ CAMILA CABELLO ★ CARIN LEON ★ CARL COX ★ CATFISH AND THE BOTTLEMEN ★ CELTIC WOMAN ★ CHANCE THE RAPPER ★ CHAPPELL ROAN ★ CHARLI XCX ★ CHARLIE PUTH ★ CHARLIE WILSON ★ CHASE ATLANTIC ★ CHEAP TRICK ★ CHELSEA HANDLER ★ CHER ★ CHEVELLE ★ CHICAGO ★ CHILDISH GAMBINO ★ CHRIS BROWN ★ CHRIS LANE ★ CHRIS RENZEMA ★ CHRIS ROCK ★ CHRIS STAPLETON ★ CHRIS TUCKER ★ CHRIS YOUNG ★ CHRISTINA AGUILERA ★ CHRISTINE AND THE QUEENS ★ CHRISTINE MCVIE ★ CHROME SPARKS ★ CHROMEO ★ CIGARETTES AFTER SEX ★ CINDERELLA ★ CIRCLE JERKS ★ CITIZEN COPE ★ CITY AND COLOUR ★ CLAIRO ★ CLAUDIA OSHRY ★ CLOZEE ★ CLUTCH ★ COBRA KAI ★ CODY JINKS ★ CODY JOHNSON ★ COHEED AND CAMBRIA ★ COIN ★ COLDPLAY ★ COLE SWINDELL ★ COLLECTIVE SOUL ★ COLONY HOUSE ★ COLTER WALL ★ CORY WONG ★ COUNTING CROWS ★ CREED ★ CROWDED HOUSE ★ CUCO ★ CULTURE CLUB ★ CYPRESS HILL ★ DAMIAN MARLEY ★ DAN + SHAY ★ DANCE GAVIN DANCE ★ DANCES WITH WHITE GIRLS ★ DANE COOK ★ DANIEL CAESAR ★ DANIEL SLOSS ★ DANIEL TOSH ★ DARIUS RUCKER ★ DARYL HALL ★ DARYL HALL & JOHN OATES ★ DASHBOARD CONFESSIONAL ★ DAUGHTRY ★ DAVE ★ DAVE CHAPPELLE ★ DAVE MATTHEWS BAND ★ DAVID BLAINE ★ DAVID BYRNE ★ DAVID KUSHNER ★ DAVID STARFIRE ★ DAVIDO ★ DAWES ★ DAYGLOW ★ DE LA GHETTO ★ DE LA SOUL ★ DEAD & COMPANY ★ DEAD AND COMPANY ★ DEADMAU5 ★ DEATH CAB FOR CUTIE ★ DEATH GRIPS ★ DEEP PURPLE ★ DEF LEPPARD ★ DEFTONES ★ DEMI LOVATO ★ DEPECHE MODE ★ DERMOT KENNEDY ★ DESI BANKS ★ DEVENDRA BANHART ★ DIANA KRALL ★ DIANA ROSS ★ DIARRHEA PLANET ★ DIEGO VERDAGUER ★ DIERKS BENTLEY ★ DIRTY HEADS ★ DISCO BISCUITS ★ DISCO FRIES ★ DISPATCH ★ DISTURBED ★ DJ DIESEL ★ DJ ESCO ★ DJ RUCKUS ★ DJ SNAKE ★ DOJA CAT ★ DOKKEN ★ DOMINIC FIKE ★ DON FELDER ★ DON TOLIVER ★ DONAVON FRANKENREITER ★ DONNIE IRIS ★ DONNY OSMOND ★ DOO WOP ★ DPR ★ DR. DOG ★ DR. NEIL DEGRASSE TYSON ★ DRAKE ★ DREAMCATCHER ★ DREW HOLCOMB & THE NEIGHBORS ★ DROPKICK MURPHYS ★ DUA LIPA ★ DUMPSTAPHUNK ★ DUNGEON FAMILY ★ DURAN DURAN ★ DVSN ★ DWIGHT YOAKAM ★ EAGLES ★ EARTH, WIND & FIRE ★ EDDIE GRIFFIN ★ EL MUNDO ★ EL TEN ELEVEN ★ ELECTRIC CALLBOY ★ ELECTRIC LIGHT ORCHESTRA ★ ELTON JOHN ★ ELVIS COSTELLO ★ ELVIS COSTELLO & THE IMPOSTERS ★ EMILY KING ★ EMMYLOU HARRIS ★ ENRIQUE IGLESIAS ★ EPROM ★ EPTIC ★ ERASURE ★ ERIC CHURCH ★ ERIC CLAPTON ★ ETHAN TASCH ★ EVANESCENCE ★ EXCISION ★ FALL OUT BOY ★ FALLING IN REVERSE ★ FATHER JOHN MISTY ★ FEID ★ FIRST AID KIT ★ FIT FOR A KING ★ FITZ AND THE TANTRUMS ★ FIVE FINGER DEATH PUNCH ★ FLATBUSH ZOMBIES ★ FLATLAND CAVALRY ★ FLEET FOXES ★ FLEETWOOD MAC ★ FLOGGING MOLLY ★ FLORENCE + THE MACHINE ★ FLORIDA GEORGIA LINE ★ FOO FIGHTERS ★ FOR KING & COUNTRY ★ FOREIGNER ★ FRANCO ESCAMILLA ★ FRANK TURNER & THE SLEEPING SOULS ★ FRANKIE VALLI & THE FOUR SEASONS ★ FRONT COUNTRY ★ FUERZA REGIDA ★ FUTUREBIRDS ★ GABRIEL IGLESIAS ★ GAME OF THRONES ★ GAVIN ADCOCK ★ G-EAZY ★ GEORGE CLANTON ★ GEORGE EZRA ★ GEORGE LOPEZ ★ GHOST ★ GIANT ROOKS ★ GIMME GIMME DISCO ★ GIPSY KINGS ★ GIRL ULTRA ★ GIVēON ★ GLADYS KNIGHT ★ GLASS ANIMALS ★ GLORIA TREVI ★ GLORILLA ★ GODSMACK ★ GODSPEED YOU! BLACK EMPEROR ★ GOO GOO DOLLS ★ GOOD CHARLOTTE ★ GOOSE ★ GORDON LIGHTFOOT ★ GORILLAZ ★ GOTH BABE ★ GOVT MULE ★ GRAMATIK ★ GRANGER SMITH ★ GREEN DAY ★ GREGORY ALAN ISAKOV ★ GREGORY PORTER ★ GRETA VAN FLEET ★ GRIZ ★ GRUPO FIRME ★ GRUPO FRONTERA ★ GUNNA ★ GUNS N ROSES ★ H.E.R. ★ HALESTORM ★ HALL & OATES ★ HALSEY ★ HANK WILLIAMS, JR. ★ HANSON ★ HARDY ★ HARRY STYLES ★ HASAN MINHAJ ★ HAWTHORNE HEIGHTS ★ HAYLEY KIYOKO ★ HIGHLY SUSPECT ★ HILLSONG WORSHIP ★ HIPPIE SABOTAGE ★ HIPPO CAMPUS ★ HOBO JOHNSON ★ HOME FREE ★ HOOTIE & THE BLOWFISH ★ HOWARD JONES ★ HOZIER ★ I PREVAIL ★ IBEYI ★ ICE NINE KILLS ★ IGGY AZALEA ★ IL DIVO ★ ILIZA SHLESINGER ★ IMAGINE DRAGONS ★ IMPRACTICAL JOKERS ★ IN THIS MOMENT ★ INCUBUS ★ INDIGO GIRLS ★ INTERPOL ★ INVASION ★ IRON & WINE ★ IRON MAIDEN ★ ITZY ★ IVAN CORNEJO ★ IVY QUEEN ★ J BALVIN ★ J. COLE ★ JACK HARLOW ★ JACK JOHNSON ★ JACK WHITE ★ JACK WHITEHALL ★ JACKSON BROWNE ★ JACOB SARTORIUS ★ JAKE BUGG ★ JAKE OWEN ★ JAKE PAUL ★ JAKE WESLEY ROGERS ★ JAMES BLAKE ★ JAMES TAYLOR ★ JAMEY JOHNSON ★ JAN VOGLER ★ JANELLE MONáE ★ JANE'S ADDICTION ★ JANET JACKSON ★ JASON ALDEAN ★ JASON BONHAM ★ JASON ISBELL ★ JASON ISBELL AND THE 400 UNIT ★ JASON MRAZ ★ JAY WHEELER ★ JAY-Z ★ JEFF BECK ★ JEFF FOXWORTHY ★ JEFF LYNNE ★ JEFF TWEEDY ★ JELLY ROLL ★ JENNIFER LOPEZ ★ JERRY DOUGLAS ★ JERRY RIVERA ★ JESSE MCCARTNEY ★ JESSIE WARE ★ JID ★ JILL SCOTT ★ JIM GAFFIGAN ★ JIMMY BUFFETT ★ JIMMY EAT WORLD ★ JINGLE BALL ★ JJ GREY & MOFRO ★ JO KOY ★ JOE ROGAN ★ JOE RUSSO'S ALMOST DEAD ★ JOE SATRIANI ★ JOHN BUTLER TRIO ★ JOHN FOGERTY ★ JOHN LEGEND ★ JOHN MAYER ★ JOHN MULANEY ★ JOHN OLIVER ★ JOHN PETRUCCI ★ JOHN PRINE ★ JOHNNY MARR ★ JOHNNYSWIM ★ JON BELLION ★ JON MCLAUGHLIN ★ JON PARDI ★ JONAS BROTHERS ★ JONATHAN DAVIS ★ JONATHAN MCREYNOLDS ★ JORDAN DAVIS ★ JOSH GROBAN ★ JOSH RITTER ★ JOSHUA BASSETT ★ JOURNEY ★ JUDAH & THE LION ★ JUDAS PRIEST ★ JUDY COLLINS ★ JUICE WRLD ★ JUNGLE ★ JUNIOR H ★ JUSTIN MOORE ★ JUSTIN TIMBERLAKE ★ JUSTIN WILLMAN ★ KALEO ★ KALI UCHIS ★ KANE BROWN ★ KAROL G ★ KASBO ★ KASKADE ★ KATATONIA ★ KATE NASH ★ KATHLEEN MADIGAN ★ KATHY GRIFFIN ★ KAYTRANADA ★ KAYZO ★ KEHLANI ★ KEITH URBAN ★ KEN CARSON ★ KENDRICK LAMAR ★ KENNY CHESNEY ★ KERRY KING ★ KESHA ★ KEVIN GATES ★ KEVIN HART ★ KEVIN JAMES ★ KEVIN KAARL ★ KEVIN MORBY ★ KEY GLOCK ★ KHALID ★ KHRUANGBIN ★ KID ROCK ★ KIDZ BOP ★ KILLER MIKE ★ KILLSWITCH ENGAGE ★ KIM DRACULA ★ KIM PETRAS ★ KIMBRA ★ KING DIAMOND ★ KING OF HEARTS ★ KINGS OF LEON ★ KIP MOORE ★ KIRK FRANKLIN ★ KISS ★ KNOCKED LOOSE ★ KOE WETZEL ★ KORN ★ KOUNTRY WAYNE ★ KURT VILE ★ KYGO ★ LADY A ★ LADY GAGA ★ LAINEY WILSON ★ LAKE STREET DIVE ★ LAMB OF GOD ★ LANA DEL REY ★ LANCO ★ LANY ★ LARRY JUNE ★ LAUV ★ LEA MICHELE ★ LEDISI ★ LEE BRICE ★ LEON BRIDGES ★ LES CLAYPOOL ★ LESS THAN JAKE ★ LETTUCE ★ LEWIS BLACK ★ LEWIS CAPALDI ★ LIDO ★ LIL BABY ★ LIL PUMP ★ LIL UZI VERT ★ LIL WAYNE ★ LIL YACHTY ★ LINDSEY STIRLING ★ LIONEL RICHIE ★ LITTLE BIG TOWN ★ LITTLE FEAT ★ LITTLE STEVEN & THE DISCIPLES OF SOUL ★ LIVE ★ LIZ PHAIR ★ LIZZO ★ LIZZY MCALPINE ★ LL COOL J ★ LOCAL NATIVES ★ LOGIC ★ LORNA SHORE ★ LOS ANGELES AZULES ★ LOS ÁNGELES AZULES ★ LOTUS ★ LOUIS FUTON ★ LOVELYTHEBAND ★ LOVERBOY ★ LUCERO ★ LUDACRIS ★ LUIS MIGUEL ★ LUKE BRYAN ★ LUKE COMBS ★ LYKKE LI ★ LYLE LOVETT ★ LYLE LOVETT AND HIS LARGE BAND ★ LYNYRD SKYNYRD ★ MAC DEMARCO ★ MACHEL MONTANO ★ MACHINE GUN KELLY ★ MACKLEMORE ★ MADONNA ★ MAGGIE ROGERS ★ MALUMA ★ MANA ★ MANá ★ MǎNESKIN ★ MARAUDA ★ MARC ANTHONY ★ MARCO ANTONIO SOLÍS ★ MARCO ANTONIO SOLÍS ★ MARCUS KING ★ MARCUS MUMFORD ★ MAREN MORRIS ★ MARGO PRICE ★ MARIAH CAREY ★ MARILYN MANSON ★ MARK KNOPFLER ★ MAROON 5 ★ MARTIN GARRIX ★ MARY CHAPIN CARPENTER ★ MARY J. BLIGE ★ MAT KEARNEY ★ MATCHBOX TWENTY ★ MATT MAESON ★ MATT NATHANSON ★ MATT RIFE ★ MAVERICK CITY MUSIC ★ MAXWELL ★ MAZE ★ MEEK MILL ★ MEGADETH ★ MEGAN MORONEY ★ MEGAN THEE STALLION ★ MEGHAN TRAINOR ★ MELANIE MARTINEZ ★ MELISSA ETHERIDGE ★ MEN AT WORK ★ METALLICA ★ METRIC ★ METRO BOOMIN ★ MICHAEL CHE ★ MICHAEL FRANTI & SPEARHEAD ★ MICHAEL MARTIN MURPHEY ★ MIDLAND ★ MIGUEL ★ MIKE BIRBIGLIA ★ MIKE SHINODA ★ MILKY CHANCE ★ MINISTRY ★ MIRANDA LAMBERT ★ MISSY ELLIOTT ★ MODEST MOUSE ★ MOGWAI ★ MOLUSCO ★ MONSTA X ★ MOON TAXI ★ MORA ★ MORAT ★ MORGAN PAGE ★ MORGAN WALLEN ★ MORRISSEY ★ MOTHER MOTHER ★ MS. LAURYN HILL ★ MT. JOY ★ MUMFORD & SONS ★ MUSE ★ MY CHEMICAL ROMANCE ★ MY MORNING JACKET ★ NAHKO AND MEDICINE FOR THE PEOPLE ★ NAS ★ NATALIE GRANT ★ NATHANIEL RATELIFF ★ NATHANIEL RATELIFF & THE NIGHT SWEATS ★ NAV ★ NEEDTOBREATHE ★ NEIL DIAMOND ★ NEIL YOUNG ★ NELLY ★ NETSKY ★ NEW FOUND GLORY ★ NEW KIDS ON THE BLOCK ★ NEW POLITICS ★ NF ★ NIALL HORAN ★ NICK KROLL ★ NICK OFFERMAN ★ NICK SWARDSON ★ NICKELBACK ★ NICKI MINAJ ★ NIKKI GLASER ★ NILE RODGERS ★ NINE INCH NAILS ★ NO QUARTER ★ NOAH CYRUS ★ NOAH KAHAN ★ NOFX ★ NOIZU ★ NONPOINT ★ NORAH JONES ★ NOTHING MORE ★ OASIS MINISTRY ★ ODESZA ★ OFF THE RECORD ★ OHGEESY ★ OLD CROW MEDICINE SHOW ★ OLIVIA DEAN ★ OLIVIA RODRIGO ★ OMAR APOLLO ★ ONE OK ROCK ★ ONEREPUBLIC ★ ONEUS ★ ORVILLE PECK ★ OUTCRY ★ OWL CITY ★ OZZY OSBOURNE ★ P!NK ★ P1HARMONY ★ PANIC! AT THE DISCO ★ PANTERA ★ PAPA ROACH ★ PAPADOSIO ★ PARAMORE ★ PARKER MCCOLLUM ★ PARKWAY DRIVE ★ PASSION PIT ★ PAT BENATAR & NEIL GIRALDO ★ PATTON OSWALT ★ PAUL MCCARTNEY ★ PAUL RUSSELL ★ PAUL SIMON ★ PEARL JAM ★ PENTATONIX ★ PEPE AGUILAR ★ PERIPHERY ★ PESO PLUMA ★ PETER FRAMPTON ★ PETER GABRIEL ★ PHANTOGRAM ★ PHIL COLLINS ★ PHILLIP PHILLIPS ★ PHISH ★ PHOENIX ★ PIERCE THE VEIL ★ PINK ★ PITBULL ★ PIXIES ★ PJ MORTON ★ POISON ★ POP EVIL ★ PORCUPINE TREE ★ PORTER ROBINSON ★ PORTUGAL. THE MAN ★ POST MALONE ★ POUYA ★ POWER HOUSE ★ POWERHOUSE ★ PRETTY LIGHTS ★ PRIMUS ★ PUSCIFER ★ PVRIS ★ QUEEN ★ QUEENS OF THE STONE AGE ★ QUINN XCII ★ RAGE AGAINST THE MACHINE ★ RAILROAD EARTH ★ RAINBOW KITTEN SURPRISE ★ RANDY RAINBOW ★ RASCAL FLATTS ★ RAUW ALEJANDRO ★ RAY LAMONTAGNE ★ RBD ★ REALITY CHECK ★ REBA MCENTIRE ★ REBELUTION ★ RED CLAY STRAYS ★ RED HOT CHILI PEPPERS ★ REDIMIDO ★ REEL BIG FISH ★ REGINA SPEKTOR ★ REO SPEEDWAGON ★ REX ORANGE COUNTY ★ RICARDO ARJONA ★ RICK SPRINGFIELD ★ RICK WONDER ★ RILEY GREEN ★ RINGO STARR ★ RISE AGAINST ★ ROB ZOMBIE ★ ROBERT EARL KEEN ★ ROBERTO CARLOS ★ ROCK HART ★ ROCKSTAR ENERGY DRINK DISRUPT FESTIVAL ★ ROD STEWART ★ RODRIGO Y GABRIELA ★ ROMEO SANTOS ★ RON GALLO ★ ´ROONEY ★ ROSALÍA ★ ROTIMI ★ ROYAL BLISS ★ RÜFÜS DU SOL ★ RUPAUL ★ RUSS ★ RUSSELL PETERS ★ RY X ★ RYAN ADAMS & THE CARDINALS ★ RYAN BINGHAM ★ RYAN HAMILTON ★ RYAN HURD ★ SABATON ★ SABRINA CLAUDIO ★ SAM HARRIS ★ SAM HUNT ★ SAM SMITH ★ SAMMY HAGAR ★ SAN HOLO ★ SANTA FE KLAN ★ SANTANA ★ SARA BAREILLES ★ SARAH BRIGHTMAN ★ SARAH MCLACHLAN ★ SAWEETIE ★ SCORPIONS ★ SCOTT BRADLEE'S POSTMODERN JUKEBOX ★ SCOTTY MCCREERY ★ SEBASTIAN MANISCALCO ★ SECOND BEST ★ SEETHER ★ SEVEN LIONS ★ SEVENTEEN ★ SHAKEY GRAVES ★ SHAKIRA ★ SHANIA TWAIN ★ SHARON VAN ETTEN ★ SHE & HIM ★ SHENG WANG ★ SHERYL CROW ★ SHINEDOWN ★ SHIRIN DAVID ★ SHOW ME THE BODY ★ SICK OF IT ALL ★ SIDEPIECE ★ SILVERSTEIN ★ SIMPLE MINDS ★ SIMPLE PLAN ★ SKINNY PUPPY ★ SLANDER ★ SLASH ★ SLAYER ★ SLIGHTLY STOOPID ★ SLIPKNOT ★ SLOWDIVE ★ SLUSHII ★ SMINO ★ SMOKEY ROBINSON ★ SNOH AALEGRA ★ SNOOP DOGG ★ SO DOPE ★ SOCIAL DISTORTION ★ SOFI TUKKER ★ SPIRITBOX ★ SPOON ★ SQUEEZE ★ ST. PAUL & THE BROKEN BONES ★ STATE CHAMPS ★ STATIC-X ★ STAVROS HALKIAS ★ STAYIN' ALIVE ★ STEELY DAN ★ STEREOLAB ★ STEVE AOKI ★ STEVE LACY ★ STEVE MARTIN ★ STEVE MILLER BAND ★ STEVE VAI ★ STEVEN WILSON ★ STEVIE NICKS ★ STILL WOOZY ★ STING ★ STONE SOUR ★ STONE TEMPLE PILOTS ★ STRAIGHT NO CHASER ★ STRAIGHT UP ★ STS9 ★ STURGILL SIMPSON ★ STYX ★ SUBLIME ★ SUBLIME WITH ROME ★ SUBTRONICS ★ SUGARLAND ★ SULLIVAN KING ★ SUM 41 ★ SUPER DIAMOND ★ SUPER DUPER ★ SUPERM ★ SVDDEN DEATH ★ SWEDISH HOUSE MAFIA ★ SWITCHFOOT ★ SYLVAN ESSO ★ SYSTEM OF A DOWN ★ SZA ★ TAI VERDES ★ TASH SULTANA ★ TATE MCRAE ★ TAUREN WELLS ★ TAYLOR TOMLINSON ★ TBA ★ TBD ARTIST ★ TBD SUPPORT ★ TCHAMI ★ TECH N9NE ★ TEDDY SWIMS ★ TEDESCHI TRUCKS BAND ★ TEGAN AND SARA ★ TENACIOUS D ★ TENNIS COURTS ★ TERRAPIN FLYER ★ THE ALL-AMERICAN REJECTS ★ THE AQUABATS! ★ THE AUSTRALIAN PINK FLOYD SHOW ★ THE AVETT BROTHERS ★ THE B-52S ★ THE BACKSEAT LOVERS ★ THE BAND CAMINO ★ THE BAND PERRY ★ THE BEACH BOYS ★ THE BLACK CROWES ★ THE BLACK KEYS ★ THE CADILLAC THREE ★ THE CHAINSMOKERS ★ THE CHATS ★ THE CHICKS ★ THE CULT ★ THE CURE ★ THE DANDY WARHOLS ★ THE DECEMBERISTS ★ THE DEVIL MAKES THREE ★ THE DOOBIE BROTHERS ★ THE FAB FOUR ★ THE FAIM ★ THE FLAMING LIPS ★ THE FRONT BOTTOMS ★ THE GASLIGHT ANTHEM ★ THE GLITCH MOB ★ THE GO-GO'S ★ THE GOO GOO DOLLS ★ THE HEAD AND THE HEART ★ THE INTERRUPTERS ★ THE JUDDS ★ THE KILLERS ★ THE MACHINE ★ THE MAGNETIC FIELDS ★ THE MARCUS KING BAND ★ THE MARíAS ★ THE MENZINGERS ★ THE MONKEES ★ THE MOUNTAIN GOATS ★ THE NATIONAL ★ THE OFFSPRING ★ THE ORIGINAL MISFITS ★ THE POLISH AMBASSADOR ★ THE REVIVALISTS ★ THE REVOLUTION ★ THE SMASHING PUMPKINS ★ THE STORY SO FAR ★ THE STRING CHEESE INCIDENT ★ THE STROKES ★ THE STRUTS ★ THE SURFRAJETTES ★ THE SWELL SEASON ★ THE TESKEY BROTHERS ★ THE TRY GUYS ★ THE TWILIGHT SAD ★ THE USED ★ THE VOIDZ ★ THE WEEKND ★ THE WHO ★ THE ZOMBIES ★ THEY MIGHT BE GIANTS ★ THIEVERY CORPORATION ★ THIRD EYE BLIND ★ THIRTY SECONDS TO MARS ★ THOMAS RHETT ★ THREE DAYS GRACE ★ THREE DOG NIGHT ★ THRICE ★ TIFFANY HADDISH ★ TIM MCGRAW ★ TIMBALAND ★ TINA FEY ★ TODD RUNDGREN ★ TOM JONES ★ TOM PETTY ★ TOM PETTY AND THE HEARTBREAKERS ★ TOM SEGURA ★ TOMMY EMMANUEL ★ TOMORROW X TOGETHER ★ TONY BAKER ★ TOOL ★ TORI AMOS ★ TOVE LO ★ TOW'RS ★ TRAIN ★ TRAMPLED BY TURTLES ★ TRANS-SIBERIAN ORCHESTRA ★ TRANS-SIBERIAN ORCHESTRA - EAST ★ TRANS-SIBERIAN ORCHESTRA - WEST ★ TRAVIS ★ TRAVIS SCOTT ★ TRAVIS TRITT ★ TREVOR NOAH ★ TREY ANASTASIO ★ TRIVIUM ★ TROMBONE SHORTY ★ TROYE SIVAN ★ TURNSTILE ★ TWENTY ONE PILOTS ★ TWICE ★ TWO DOOR CINEMA CLUB ★ TWO FRIENDS ★ TYCHO ★ TYLER CHILDERS ★ TYLER HUBBARD ★ U2 ★ UMPHREY'S MCGEE ★ UNDEROATH ★ US THE DUO ★ USHER ★ VAMPIRE WEEKEND ★ VANCE JOY ★ VEIL OF MAYA ★ VICTOR MANUELLE ★ VOLBEAT ★ W.A.S.P. ★ WALK OFF THE EARTH ★ WALKER HAYES ★ WALLOWS ★ WANDA SYKES ★ WARD DAVIS ★ WARDRUNA ★ WARPED TOUR ★ WATCHHOUSE ★ WAXAHATCHEE ★ WEEZER ★ WEIRD AL YANKOVIC ★ WHISKEY MYERS ★ WHITNEY CUMMINGS ★ WHOMADEWHO ★ WHY DON'T WE ★ WIDESPREAD PANIC ★ WILLIE NELSON ★ WISIN & YANDEL ★ WITHIN TEMPTATION ★ WIZ KHALIFA ★ WOOLI ★ WOOSUNG ★ WYNONNA ★ X AMBASSADORS ★ XAVIER WULF ★ YEAH YEAH YEAHS ★ YEARS & YEARS ★ YEAT ★ YELAWOLF ★ YELLOW CLAW ★ YELLOWCARD ★ YES ★ YONDER MOUNTAIN STRING BAND ★ YOUNG NUDY ★ YOUNG THE GIANT ★ YOUNG THUG ★ YOVNGCHIMI ★ YUNGBLUD ★ ZAC BROWN BAND ★ ZEDS DEAD ★ ZHU ★ ZZ TOP ★ ZZ WARD

DDX-1.64

# Customers Want the Best Product





**Drake**





**Adel Nur**

*Drake's Manager*



**Michael Rapino**

*CEO of Live Nation*

DDX-1.65

# Ticketers Differentiate Themselves









DDX-1.66

**Competition Not Threats**



# Saying you're better

is not a THREAT!

DDX-1.67

# Context Matters

## 15 Years:

## Tens of Thousands of Ticketing Negotiations

DDX-1.68

# Venues Witnesses



      

       

       

      

      

DDX-1.69

# Delta Center / Utah Jazz







# Barclays







# No Tying

DDX-1.72



# Longstanding Industry Practice of Not Aiding Competitors



**Jordan Zachary**
*Global President of Venues & Co-President of U.S. Concerts*

**Omar Al-joulani**
*VP of Touring & Co-President of U.S. Concerts*

- **Common practice in the industry for venue-owning promoters to serve as the primary promoter for their venues**

- **Live Nation has historically taken a similar approach – consistent with industry practice – for Live Nation amphitheaters**

DDX-1.73

# Rivals Compete









DDX-1.74

# Rivals Compete









DDX-1.75

# Refusing to Deal with a Competitor Is NOT the Same Thing as Tying

DDX-1.76

# There Is No Evidence of Effect







## No Artists Switched Promoters Due to Policy





DDX-1.77



# Amphitheater Acquisitions

**DDX-1.78**

# Amphitheater "Acquisitions"



- From 2015 to 2024, only **2** amps were actually acquired:
  - **2 were leased**
  - **1 was operated**
  - **10 were booked**

- **14** were in new regions

- Procompetitive benefits:

  - A significant investment in capital expenditures, including renovating venues, in 2024 alone

  - **Increased output** (e.g., Hayden Homes saw more than 300% more shows after establishing LNE partnership)

| Venue Name | Start Year | Type | Location |
|---|---|---|---|
| Empower FCU Amphitheater at Lakeview | 2016 | Book | Syracuse, NY |
| Ameris Bank Amphitheatre | 2016 | Lease | Alpharetta, GA |
| Utah First Credit Union Amphitheatre | 2017 | Own | West Valley City, UT |
| Bank of New Hampshire Pavilion | 2017 | Own | Gilford, NH |
| Mercedes-Benz Amphitheater | 2018 | Book | Tuscaloosa, AL |
| BankPlus Amphitheater at Snowden Grove | 2018 | Book | Southaven, MS |
| Brandon Amphitheater | 2018 | Book | Brandon, MS |
| CCNB Amphitheater at Heritage Park | 2018 | Book | Simpsonville, SC |
| The Wharf Amphitheater | 2018 | Book | Orange Beach, AL |
| American Family Insurance Amphitheater | 2019 | Book | Milwaukee, WI |
| BMO Pavilion | 2019 | Book | Milwaukee, WI |
| The Walmart Amphitheater | 2019 | Book | Rogers, AR |
| TD Pavilion at the Mann | 2020 | Operate | Philadelphia, PA |
| Cascades Amphitheater | 2021 | Book | Ridgefield, WA |
| Hayden Homes Amphitheater | 2021 | Lease | Bend, Oregon |
| Maine Savings Amphitheater | 2023 | Book | Bangor, ME |
| Ford Idaho Center | 2023 | Book | Nampa, ID |

DDX-1.79

# Live Nation's Investments in Amphitheaters



## Invested over $450 million in amphitheaters from 2022–2025

| Across Live Nation Amphitheaters | |
|---|---|
| Fan Experience | $174.9M |
| Maintenance | $40.2M |
| Security & Safety | $30.5M |
| Artist Experience | $16M |
| Sustainability | $2.9M |
| Accessibility | $2.2M |

### New Venues & Renovations ($189M)







DDX-1.80

# Ticketmaster-OVG Ticketing Agreement





- OVG executives have a long history of working with Ticketmaster and prefer its ticketing technology

- Ticketmaster-provided sponsorship and incentive payments are standard across the industry

- OVG's role as a venue manager includes helping venues select ticketing providers, but venues make the ultimate decision on which ticketer to choose

- Numerous OVG-managed venues have selected other ticketing providers, like the XL Center (AXS) and Budweiser Event Center (AXS)

# Roadmap



The Industry

Who We Are

No Monopoly Power

Made Up Markets

Competitive Conduct

**No Harm to Competition**

Zero Damages

# Harm to Competitors is NOT Harm to Competition

DDX-1.83

# What the Evidence Will Show



| More Competition Than Ever | More Concerts Than Ever | More Tickets Sold Than Ever | Better Quality Than Ever |
| --- | --- | --- | --- |
| ↑ | ↑ | ↑ | ↑ |

| More Artists Than Ever | Lower Profit Margins | Better Artist Pay | Lower Ticketmaster Take Rates |
| --- | --- | --- | --- |
| ↑ | ↓ | ↑ | ↓ |

DDX-1.84

# More Tickets Sold Than Ever





*Note:  COVID-19 data omitted.  Dotted line is expected trend of 2020-2021 had COVID-19 not occurred.*

**DDX-1.85**

# More Concerts Than Ever



Note:  COVID-19 data omitted.  Dotted line is expected trend of 2020-2021 had COVID-19 not occurred.

**DDX-1.86**

# The Quality of Live Entertainment Is Better Than Ever



DDX-1.87

# More Artists Touring Than Ever







DDX-1.88

# Artists Are Doing Better Than Ever





## More Investment in Ticketing Than Ever



# $1 Billion in Total Investments

### Including...

 **Ticket Security**

 **Pricing and Marketing Tools**

 **Other New Tools**

DDX-1.90

# More Innovation Than Ever



     

**2013**
Reimagines Inventory with TM+

**2015**
Market-Leading Reporting

**2017**
Launch of Ticketmaster Presence

**2019**
Launch of Ticketmaster SafeTix

**2021**
TM1 Platform Evolution

**2023**
Ignite

**2014**
Consolidated New Platform

**2016**
Launch of New Mobile SDK

**2018**
New Account Manager

**2020**
Smart Event & Pandemic Tools

**2022**
Donation Tools in Account Manager

**2024**
SafeTix 2.0

     

DDX-1.91

# Roadmap



The Industry

Who We Are

No Monopoly Power

Made Up Markets

Competitive Conduct

No Harm to Competition

**Zero Damages**

# Zero
# Damages

DDX-1.93

