April 27, 2026

**<u>VIA ECF</u>**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    ***United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS**

Dear Judge Subramanian:

   We write on behalf of Defendants Live Nation Entertainment, Inc. and Ticketmaster, L.L.C. regarding the document filed as Court Exhibit 2 on April 24, 2026 (ECF No. 1447).  Plaintiffs previously filed their opening demonstratives as Court Exhibit 2 on March 8, 2026 (ECF No. 1163-1).  That filing reflected the final version of the demonstratives—with redactions as ordered by the Court—presented to the jury.  *See id*.  The version the Court filed on April 24, 2026 (ECF No. 1447) does not appear to be the final version of Plaintiffs' opening demonstratives—e.g., it does not contain the redactions ordered by the Court.

   Defendants respectfully request that the Court remove ECF No. 1447 from the docket, or replace it with the final, redacted version (*see* ECF No. 1163-1).  Defendants thank the Court for its attention to this matter.

*[signatures on following page]*

Dated:  April 27, 2026

Respectfully submitted,

LATHAM & WATKINS LLP                      CRAVATH, SWAINE & MOORE LLP

_____                   _____
Alfred C. Pfeiffer (admitted *pro hac vice*)    Lauren A. Moskowitz
   *Co-Lead Trial Counsel*              Jesse M. Weiss
David R. Marriott                         Nicole M. Peles
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)      Two Manhattan West
Timothy L. O'Mara (admitted *pro hac vice*)   375 Ninth Avenue
Jennifer L. Giordano                      New York, NY 10001
Kelly S. Fayne (admitted *pro hac vice*)      (212) 474-1000
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)    lmoskowitz@cravath.com
                                          jweiss@cravath.com
505 Montgomery Street, Suite 2000         npeles@cravath.com
San Francisco, CA 94111
(415) 391-0600                            *Attorneys for Defendants Live Nation*
                                          *Entertainment, Inc. and Ticketmaster L.L.C.*
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc:    All counsel of record (via ECF)

2