UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States et al.,<br><br>                              Plaintiffs,<br><br>          -against-<br><br>Live Nation Entertainment Inc. and<br>Ticketmaster LLC,<br><br>                              Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties' proposed briefing schedule for defendants' Rule 50(b) motions is approved. The word limits are approved too, but plaintiffs may have up to an additional 1,000 words in their opposition brief to address any remaining issues concerning Dr. Abrantes Metz. Defendants will have an additional 500 words on reply to address any points that plaintiffs raise.

The Court will hold a conference on **May 7, 2026** at **11:00 am** in Courtroom 15A of the 500 Pearl Street Courthouse to address the schedule with respect to the Tunney Act and remedies  proceedings. If that date and time doesn't work, please let the Court know.

The states and defendants should have someone involved in the parties' prior settlement negotiations there so they can let the Court know if any discussions are ongoing, and if there's a further way that the Court can be of assistance (without telling the Court the substance of any terms being discussed).

          SO ORDERED.

Dated:  April 28, 2026
        New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge