April 29, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    *United States et al. v. Live Nation Entertainment, Inc. et al.***; 1:24-cv-03973-AS**

Dear Judge Subramanian:

        We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter.  We write on behalf of all parties to ensure that the submissions to the Court relating to exhibit and deposition designation disputes are filed on the public docket.  Attached (and detailed below) please find such submissions.

- Ex. 1: March 2, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 2: March 4, 2026 joint submission regarding exhibit-related disputes.

- Ex. 3: March 5, 2026 joint submission regarding exhibit-related disputes.

- Ex. 4: March 8, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 5: March 15, 2026 joint submission regarding exhibit-related disputes.

- Ex. 6: March 16, 2026 joint submission regarding exhibit-related disputes.

- Ex. 7: March 17, 2026 joint submission regarding exhibit-related disputes.

- Ex. 8: March 18, 2026 joint submission regarding exhibit-related disputes.

- Ex. 9: March 19, 2026 joint submission regarding exhibit-related disputes.

- Ex. 10: March 22, 2026 joint submission regarding exhibit-related disputes.

- Ex. 11: March 23, 2026 joint submission regarding exhibit-related disputes.

- Ex. 12: March 24, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 13: March 25, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 14: March 29, 2026 joint submission regarding exhibit-related disputes.

- Ex. 15: March 30, 2026 joint submission regarding exhibit-related disputes.

- Ex. 16: April 2, 2026 joint submission regarding exhibit-related disputes.

- Ex. 17: April 5, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 18: April 6, 2026 joint submission regarding exhibit-related disputes.

- Ex. 19: April 8, 2026 joint submission regarding exhibit-related disputes.

Additionally, to ensure they are included as part of the record, on behalf of Defendants, attached (and detailed below) please find certain exhibits that Defendants believe should have been admitted at trial, but which were not admitted because the Court sustained Plaintiffs' objections to the exhibits:

- Ex. 20: DX-0447

- Ex. 21: DX-0456

- Ex. 22: DX-0465

- Ex. 23: DX-0473

- Ex. 24: DX-0475

- Ex. 25: DX-0476

- Ex. 26: DX-0608

- Ex. 27: DX-0715

- Ex. 28: DX-1045

- Ex. 29: DX-1430

- Ex. 30: DX-1506

- Ex. 31: PX0090

On behalf of Plaintiffs, attached (and detailed below) please find certain exhibits that Plaintiffs believe should have been admitted at trial, but which were not admitted (or were admitted with redactions) because the Court sustained Defendants' objections to the exhibits:

- Ex. 32: JX-144

- Ex. 33: PX0315

- Ex. 34: PX0330

- Ex. 35: PX0332

- Ex. 36: PX0339

- Ex. 37: PX0386

- Ex. 38: PX0441

- Ex. 39: PX0917

- Ex. 40: PX1196A

- Ex. 41: PX1197A

- Ex. 42: PX1198A

- Ex. 43: PX1199A

- Ex. 44: PX1226

- Ex. 45: PX1403A

- Ex. 46: PX1406

- Ex. 47: PX1409

- Ex. 48: PX1411

- Ex. 49: PX1412

- Ex. 50: PX1414

- Ex. 51: PX1415

- Ex. 52: PX1507

Finally, to ensure they are included as part of the record, on behalf of Defendants, attached (and detailed below) please find certain exhibits that Defendants believe should have been admitted at trial in connection with Defendants' Motion for Sanctions (*see* ECF Nos. 1378 and 1378-1), but which were not admitted:

- Ex. 53: DX-0396

- Ex. 54: DX-0416

- Ex. 55: DX-0459

- Ex. 56: DX-0893

- Ex. 57: DX-0909

- Ex. 58: DX-1043

The parties thank the Court for its attention to this matter.

*[signatures on following page]*

Dated:  April 29, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

_____

Alfred C. Pfeiffer (admitted *pro hac vice*)
  *Co-Lead Trial Counsel*
David R. Marriott
  *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

_____

Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

cc:    All counsel of record (via ECF)

5