# EXHIBIT 4

*United States et al. v. Live Nation Entertainment, Inc. et al.*, Case No. 1:24-cv-03973-AS

**Parties' Joint Submission of Outstanding Disputes for March 9, 2026**

**Defendants' Objections to Plaintiffs' Exhibits**

| Exhibit Number | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|
| PX1226 (Lewis Deposition Designations) | Hearsay | ████████████████████████ | This is made clear in the last-in-time email from Mr. Lewis, to which Defendants do not object, wherein Mr. Lewis assesses the likelihood of success of winning future business and proposes adjustments to their revenue projections.<br><br>Mr. Lewis later describes in designated testimony how Paciolan adjusted their forward-looking projections in reaction to what they were experiencing in the marketplace (Lewis Dep., 136:18-137:4).<br><br>If the court ultimately agrees with Defendants' position, the parties have agreed on the attached redacted version of PX1226 for admission, as there is other testimony relating to the exhibit that does not have outstanding objections. |

**Defendants' Objections to Plaintiffs' Deposition Designations**

| Witness (Last, First) | Page:Line Range | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|---|
| (Accompanying Exhibit PX1226 Shown Above) | 111:19-113:17; 116:21-117:17 | Hearsay | | |

2

| Witness (Last, First) | Page:Line Range | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|---|
| | | | | |

3

| Witness (Last, First) | Page:Line Range | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|---|
| | | | | |

4

| Witness (Last, First) | Page:Line Range | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|---|
| | | | ████████████████ ████████████ ██████████ ████████████ ██████████████ ██████████████ ███████████ ████████████ ████████████ ███████ | |