# EXHIBIT 5

*United States et al. v. Live Nation Entertainment, Inc. et al.*, Case No. 1:24-cv-03973-AS

**Parties' Joint Submission of Outstanding Disputes for March 15, 2026**

**Defendants' Objections to Plaintiffs' Exhibits**

| Exhibit Number | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|
| PX0415 (Roux) | Relevance, Prejudice | As the Court has explained, pre-limitations period (here, pre-May 2020) evidence "might be relevant to the defendant's liability, even if the evidence might not itself fit within the relevant limitations period." ECF No. 1094 at 7 (order on Defendants' motion to bifurcate); see also ECF No. 1079 at 5 (order on Defendants' motion in limine No. 5). But the evidence still must be "relevant to events during the period." *See Fitzgerald v. Henderson*, 251 F.3d 345, 365 (2d Cir. 2001). PX0415 is an internal Live Nation email from January 2016—four years before the limitations period—about potential business dealings with Red Mountain Entertainment, a promotion company based in Alabama. Plaintiffs contend that this document is probative of evidence during the limitations period, pointing to the supposed intent behind Live Nation's acquisition of Red Mountain Entertainment, but they cannot identify any event during the limitations period that this document is relevant to. This email from 2016 was two years before Live Nation even acquired Red Mountain in 2018, and that acquisition itself was two years before the limitations period. And even if there were some marginal probative value to the document, it would be severely limited due to the age of the alleged conduct and the risk of confusing the jury. | The Court has already rejected Defendants' attempts to exclude evidence related to their pre-2020 conduct. *See* Dkt. 1079 at 5; *Fitzgerald v. Henderson*, 251 F.3d 345, 365 (2d Cir. 2001)); *see also Kansas City Star Co. v. United States*, 240 F.2d 643, 651 (8th Cir. 1957). Here, the referenced exhibits are directly related to show Live Nation's course of anticompetitive conduct—which are a continuing violation—and many other disputed issues in the case, including market definition and market power in the amphitheater market. There is also no statute of limitations bar with respect to injunctive relief. |
| PX0422 (Roux) | Relevance, Prejudice | PX0422 should be excluded for the same reasons as PX0415, except the case for excluding PX0422 is even stronger than for PX0415 because, on its face, it has no even arguable relevance to anything in the limitations period. PX0422 is an internal Live Nation email from June 2015—nearly five years before the limitations period—about Live Nation's strategy for the 2016 tour season. The document | Same response as above |

| Exhibit Number | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|
| | | discusses whether to give particular guidance to promoters as a result of specific financial and industry conditions at that particular time in 2015. It is clear from the face of the document that it relates to a unique set of circumstances that existed at that time—circumstances that Plaintiffs do not and could not contend have any relevance to a post-limitations period. Plaintiffs contend that this document is relevant to Live Nation's supposed market power and their tying claim, but they have not identified any event during the limitations period that this particular document is relevant to. See *Fitzgerald*, 251 F.3d at 365. And as with PX0415, any marginal probative value of the document is severely limited due to the age of the events discussed in the document. | |
| PX0441 ▆ | Relevance, Prejudice | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | ▆▆▆▆ |

**Defendants' Objections to Plaintiffs' Deposition Designations**

| Witness (Last, First) | Page:Line Range | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|---|
| ███████ | 93:20-24, 94:2-4 | F | ████████████ ██████████ ████████ ████████ ██████ ████ | ██████████████ ████████████ ██████████ █████████ █████████ █████████ ████████ █████████ █████████ ████████ ███████ |

3