# EXHIBIT 17

*United States et al. v. Live Nation Entertainment, Inc. et al.*, Case No. 1:24-cv-03973-AS

**Parties' Joint Submission of Outstanding Disputes for April 5, 2026**

**Defendants' Objections to Plaintiffs' Exhibits**

| Exhibit Number | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|
| PDX008.2 | P | ██████████████████████ █████████████ █████████████ ██████████████ ██████████████ ████████████████ █████████████████ ██████████████████ █████████████ █████████████ ███████████████ ███████████████ ████████████ ███████████ █████████████ █████████████ ███████████████ █████████████ █████████████ █████████ | ██████████████████████ ████████████████ ███████████████████ ████████████████████ ██████████████████ ████████████████████ █████████████████ ████████████████ ██████████████████ █████████████████ ██████████████████ ███████████████████ █████████████ ████████████████████ █████████████████ ███████████████ ██████████████████ █████████████████ ████████████████ █████████████████ |

1



| | | | |
|---|---|---|---|
| PDX008.3 | P | | |

| | | |
|---|---|---|
| | | ████████████████████ |
| PDX008.4 | P, H | ████████████████████ |













| PDX008.5 | P | | |



| | | | |
|---|---|---|---|
| | | | ███████████████ ████ ████████████ ████████████ ████████████ ██████ |
| PDX008.6 | P, R, I | ████████████ ████████████ ████████████ ████████████ ████████████ ████████ ████████ ██████ ██████ ████████ █ ████████ ██████████ ██████ | ████████████ ████████████ ████████████ ████████████ ████████████ ██████ ██████████ ██████████ ████████████ |
| PDX008.7 | P, R, I | ████████ ████████████ ████████████ ████████████ ████████████ ████████ ██████████ █ ████████ ██████████ ████████ ████████ | ████████████ ████████████ ████████████ ████████████ ████████████ ██████████ ████████████ ████████████ ██████████ ████████████ ████████████ ████████████ |

| | | | |
|---|---|---|---|
| PDX008.8 | P | | |

| | | | |
|---|---|---|---|
| | | | |
| PDX008.9 | P | | |



| | | | |
|---|---|---|---|

**Plaintiffs' Objections to Defendants' Exhibits**

| Exhibit Number | Plaintiffs' Objections | Bases for Objections | Defendants' Responses |
|---|---|---|---|
| DDX-0022.13 | Undisclosed Opinion | **Undisclosed opinion:** Slide DDX-0022.13 contains an entirely new scatterplot transformation of the data underlying Table 8 from Dr. Carlton's sur-rebuttal report, which corresponds to Table 3 in Dr. Carlton's initial report. Table 8 presents only the raw results produced by Dr. Carlton's regression analysis of Ticketmaster's margins and take rates inside of Dr. Hill's primary concert ticketing market. In his initial report, Dr. Carlton discussed the earlier version of this analysis, and he simply referred to the regression results and concluded that "there is a negative (though statistically insignificant) relationship between Ticketmaster's take rate and a venue's reliance on Live Nation-promoted content." (Carlton Rep. ¶ 102.) The entire description of this analysis is contained in a single paragraph, and Dr. Carlton provides no substantive discussion beyond providing his finding of a "negative (though statistically insignificant) relationship." (*Id.*) Yet Slide DDX-0022.13 now introduces a new visual depiction of the *data* underlying Dr. Carlton's regression analysis, and that depiction is not included anywhere in either of his reports. Accordingly, Defendants cannot identify any paragraph number in Dr. Carlton's reports that contain or even refer to this kind of scatterplot analysis that they now seek to show to the jury, and so slide DDX-0022.13 is an undisclosed opinion outside the permissible scope of Dr. Carlton's testimony. | There is no undisclosed opinion in this slide. This slide is merely a graphical presentation of the regression table disclosed in Carlton Sur-Rebuttal Report Table 8—the horizontal bar corresponds precisely to the regression coefficient of -0.77, as fully disclosed in Prof. Carlton's report. The dots plotted on this slide are the 1018 venue-year observations shown in Carlton Sur-Rebuttal Report Table 8 and included in the backup data of Carlton Sur-Rebuttal Report. Again, it's just already disclosed information depicted in graphical form.<br><br>On the parties' meet and confer, Plaintiffs explained their position to be that for a graphic to be used in an expert's direct exam demonstrative slide, it must have been included in precisely the same graphical form in the expert report, which is not what the disclosure rules require, as Plaintiffs' own demonstrative slides for Dr. Hill illustrate; in their demonstrative slides for Dr. Hill, Plaintiffs included graphical depictions of data in Dr. Hill's report even though those graphical depictions were not disclosed in Dr. Hill's report. For example:<br>• PDX005.13, which is a bar chart, is a different graphic than its source at Hill Rebuttal Report Figure 156, which is a grid chart with x and y axes.<br>• PDX005.15, which is a bar chart, is a different graphic than its source at Hill Rebuttal Report Figure 167, which is a table.<br>• PDX005.43, which is a bar chart, is a different graphic than its source at Hill Rebuttal Report Figure 52, which is a table.<br>• PDX005.57, which is a bar chart, is a different graphic than its source at Hill Rebuttal Report Figure 17, which is a circle chart. |

| Exhibit Number | Plaintiffs' Objections | Bases for Objections | Defendants' Responses |
|---|---|---|---|
| | | | • PDX005.71, which is a bar chart, is a different graphic than its source at Hill Rebuttal Report Figure 242, which is a line chart. <br><br> The disclosure rules require that the opinions and the bases for them be disclosed. Consistent with Dr. Hill's own demonstratives, it is perfectly consistent with those rules to disclose data in an expert report and present a graphical depiction of that data in the expert's demonstratives. That is all that Prof. Carlton has done here. |

18

Defendants' Objections to Plaintiffs' Counter-Designations Adel Nur

| Witness (Last, First) | Page:Line Range | Defendants' Objections | Bases for Objections | Plaintiffs' Responses |
|---|---|---|---|---|
| ███████ | 108:7-114:22 | SCOPE, R, P, H (as to 110:2-113:10), L (as to 109:11-110:1, 110:7-18, 110:19-111:13, 111:17-19, 111:22-112:3, 112:18-113:10, 113:11-15, 113:23-25, 114:1-6, 114:9-12, 114:18-22) | | |

---

[1] Defendants' Initial Disclosure of "Artists and their agents and managers" should not be taken as sufficient notice of the possibility that ███████ possessed discoverable information or that Defendants may call him at trial

19





| | | | | |
|---|---|---|---|---|
| | | | | ████████████████████ |

| | | | | |
|---|---|---|---|---|
| ███████ | PX1507 | **SCOPE, R, P, H** | ██████████ | ████████ |



