# EXHIBIT 40

# Parts 1 - 5

# Filed Under Seal