# EXHIBIT 41

# Parts 1 - 4

# Filed Under Seal