# EXHIBIT 43

# Parts 1 - 3

# Filed Under Seal