**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LIVE NATION ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No.: 1:24-CV-03973-AS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Thomas York, hereby apply for admission to appear before this Court *pro hac vice*, in order to represent Plaintiff State of Texas in this action. In support of this application, I declare under penalty of perjury as follows:

1.    I am admitted to practice before the courts of the States of Texas and I am an attorney for the State of Texas at the Texas Office of the Attorney General located at 300 West 15th Street, Austin, Texas 78701. A copy of the Certificate of Good Standing is attached hereto.

2.    I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.    I have never been convicted of a felony.

4.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.    I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: April 28, 2026

Respectfully Submitted,

Thomas D. York
Chief, Antitrust Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-2334
Thomas.York@oag.texas.gov

*Counsel for Plaintiff State of Texas*

State of Texas
County of _Dallas_

This instrument was acknowledged before me this _29_ day of _April_ 20 _26_
by _Joann E. Farris_.

JOANN E. FARRIS
Notary Public-State of Texas
Notary ID #13442612-9
Commission Exp. JUNE 19, 2027
Notary without Bond

Notary Public, State of Texas