**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       *Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>       *Defendants.* | Case No. 1:24-cv-03973-AS |

**<u>CERTIFICATE OF SERVICE</u>**

I, Robin L. Gushman, hereby certify and state that on April 28, 2026, I caused a true and correct copy of the following documents, which were filed under seal, to be served on all counsel of record via electronic transmission, as agreed upon by counsel:

- Ex. 1: March 2, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 2: March 4, 2026 joint submission regarding exhibit-related disputes.

- Ex. 3: March 5, 2026 joint submission regarding exhibit-related disputes.

- Ex. 4: March 8, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 5: March 15, 2026 joint submission regarding exhibit-related disputes.

- Ex. 6: March 16, 2026 joint submission regarding exhibit-related disputes.

- Ex. 7: March 17, 2026 joint submission regarding exhibit-related disputes.

- Ex. 8: March 18, 2026 joint submission regarding exhibit-related disputes.

- Ex. 9: March 19, 2026 joint submission regarding exhibit-related disputes.

- Ex. 10: March 22, 2026 joint submission regarding exhibit-related disputes.

- Ex. 11: March 23, 2026 joint submission regarding exhibit-related disputes.

- Ex. 12: March 24, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 13: March 25, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 14: March 29, 2026 joint submission regarding exhibit-related disputes.

- Ex. 15: March 30, 2026 joint submission regarding exhibit-related disputes.

- Ex. 16: April 2, 2026 joint submission regarding exhibit-related disputes.

- Ex. 17: April 5, 2026 joint submission regarding disputes related to exhibits and deposition designations.

- Ex. 18: April 6, 2026 joint submission regarding exhibit-related disputes.

- Ex. 19: April 8, 2026 joint submission regarding exhibit-related disputes.

- Ex. 20: DX-0447

- Ex. 21: DX-0456

- Ex. 22: DX-0465

- Ex. 23: DX-0473

- Ex. 24: DX-0475

- Ex. 25: DX-0476

- Ex. 26: DX-0608

- Ex. 27: DX-0715

- Ex. 28: DX-1045

- Ex. 29: DX-1430

- Ex. 30: DX-1506

- Ex. 31: PX0090

- Ex. 32: JX-144

- Ex. 33: PX0315

- Ex. 34: PX0330

- Ex. 35: PX0332

- Ex. 36: PX0339

- Ex. 37: PX0386

- Ex. 38: PX0441

- Ex. 39: PX0917

- Ex. 40: PX1196A

- Ex. 41: PX1197A

- Ex. 42: PX1198A

- Ex. 43: PX1199A

- Ex. 44: PX1226

- Ex. 45: PX1403A

- Ex. 46: PX1406

- Ex. 47: PX1409

- Ex. 48: PX1411

- Ex. 49: PX1412

- Ex. 50: PX1414

- Ex. 51: PX1415

- Ex. 52: PX1507

- Ex. 53: DX-0396

- Ex. 54: DX-0416

- Ex. 55: DX-0459

- Ex. 56: DX-0893

- Ex. 57: DX-0909

- Ex. 58: DX-1043

Dated: April 29, 2026

Respectfully submitted,

Robin L. Gushman