**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA et al.,

Plaintiffs,

vs.

LIVE NATION ENTERTAINMENT, INC.,
Et al.,

Defendants.

Case No.: 1:24-CV-03973-AS

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Thomas York, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the Plaintiff State of Texas in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 28, 2026                           Respectfully Submitted,


                                                /s/ Thomas York
                                                Thomas D. York
                                                Chief, Antitrust Division
                                                Office of the Attorney General of Texas
                                                P.O. Box 12548
                                                Austin, TX 78711-2548
                                                (512) 936-2334
                                                Thomas.York@oag.texas.gov

                                                *Counsel for Plaintiff State of Texas*