**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA et al.,

                Plaintiffs,

      vs.

LIVE NATION ENTERTAINMENT, INC.,
et al.,

                Defendants.

Case No.: 1:24-CV-03973-AS

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Thomas York for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that se is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

Thomas York
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-2334
Thomas.York@oag.texas.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff State of Texas in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____

United States District / Magistrate Judge