UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al.,

                        Plaintiffs,

        -against-                                   24-CV-3973 (AS)

Live Nation Entertainment, Inc. et al.,             ORDER

                        Defendants.

ARUN SUBRAMANIAN, United States District Judge:

        The document uploaded at Dkt. 1447 was filed in error. The Clerk of Court is respectfully directed to strike Dkt. 1447 from the docket.

        SO ORDERED.

Dated:  April 30, 2026
        New York, New York

                                        _____
                                            ARUN SUBRAMANIAN
                                            United States District Judge