UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al.,

                              Plaintiffs,

              -against-

Live Nation Entertainment, Inc. and
Ticketmaster LLC,

                              Defendants.

24-CV-3973 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

   The Court will host a public line to listen to tomorrow's hearing. Anybody may dial-in by calling 646-453-4442 and entering conference ID 433 078 079.

   Any member of the public attempting to dial in should not reach out to chambers, including via telephone or email, to inquire with technical-assistance questions, or to ask logistical questions such as if the hearing has started yet or to ask if it will start soon. Inquiries should instead be directed to media_inquiries@nysd.uscourts.gov.

              SO ORDERED.

Dated: May 6, 2026
         New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge