UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS,
            *Plaintiff*,

v.                                                      CIVIL ACTION NO. 6:23-CV-00001

MULLINS, et al.,
            *Defendants.*

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Plaintiff State of Texas, by and through the Office of the Attorney General of Texas, hereby files this Unopposed Motion to Withdraw Ali M. Thorburn as counsel of record in this matter.

Ms. Thorburn has accepted a position outside of the Office of the Attorney General of Texas, and Texas respectfully requests that she be withdrawn as counsel of record in this matter. Texas will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

Date: May 8, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

**ZACHARY L. RHINES**
Special Counsel
S.D. Tex. No. 3688738
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

*/s/ Ali M. Thorburn*
**ALI M. THORBURN**
Special Counsel
Texas State Bar No. 24125064
S.D. Tex. No. 3874024
ali.thorburn@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR PLAINTIFF

1

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 6, 2026, Plaintiff's counsel conferred by electronic mail with counsel for Defendants, including Andrew Warden, who stated Defendants are unopposed to this Motion.

/s/ Ali M. Thorburn

**ALI M. THORBURN**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on May 8, 2026, a true and correct copy of the above and foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

**ALEXANDER V. SVERDLOV**
N.Y. Bar No. 4918793
Attorney-in-Charge / Admitted PHV
alexander.v.sverdlov@usdoj.gov

**CHRISTOPHER A. EISWERTH**
D.C. Bar No. 1029490
Admitted Pro Hac Vice
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005
Tel: (202) 305-8550 / Fax: (202) 616-8460
christopher.a.eiswerth@usdoj.gov

**LANCE DUKE**
Assistant United States Attorney
Southern District of Texas No. 21949
Texas State Bar No. 00798157
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, TX 78401
Tel: (361) 903-7911 / Fax: 361/888-3200
lance.duke@usdoj.gov

**ANDREW I. WARDEN**
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

COUNSEL FOR DEFENDANTS

/s/ Ali M. Thorburn
ALI M. THORBURN