UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS,
      *Plaintiff*,

v.

MULLINS, et al.,
      *Defendants.*

CIVIL ACTION NO. 6:23-CV-00001

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO WITHDRAW COUNSEL**

On this date, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Ali M. Thorburn as counsel of record. After considering the motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Ali M. Thorburn is hereby withdrawn as counsel of record for Plaintiff State of Texas.

SO ORDERED.

SIGNED on _____.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE

1