UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al.,<br><br>                         Plaintiffs,<br><br>        -against-<br><br>Live Nation Entertainment, Inc. and<br>Ticketmaster LLC,<br><br>                       Defendants. | 24-CV-3973 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record at the May 7, 2026 hearing, the plaintiff states will submit a filing to the Court on or before May 21, 2026, with a preliminary description of the remedies that they will seek and what discovery that they plan to take with respect to the remedies phase of this case. Once that is filed, the Court will enter a schedule that will govern the timing of the proceedings going forward.

However, the parties should note that the Court intends to for the most part adopt defendants' proposed schedule, but has yet to decide the date at which discovery into the remedies phase should start.

The Court will hold a hearing on defendants' motions for relief under Fed. R. Civ. P. 50(b) and 59 on July 30, 2026, at 11:00 a.m., in Courtroom 15A of the 500 Pearl Street Courthouse.

        SO ORDERED.

Dated: May 8, 2026
       New York, New York

                                    ARUN SUBRAMANIAN
                                United States District Judge