GRANTED. The hearing is rescheduled to July 29, 2026 at 11:00 AM.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 1492.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 14, 2026

May 13, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:** ***United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS**
**Letter-Motion to Reschedule Hearing on Defendants' Post-Trial Motions**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. in the above-referenced matter. Pursuant to Paragraph 3(E) of Your Honor's Individual Practices in Civil Cases ("Individual Practices"), Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively "Defendants") respectfully request that the Court reschedule the hearing currently set for July 30, 2026 at 11 am to July 29, 2026 at the same time or at such time as is convenient for the Court. In support of this request, Defendants state as follows:

The Court's Order dated May 8, 2026 currently sets the hearing on Defendants' motions for relief under Fed. R. Civ. P. 50(b) and 59 for July 30, 2026 at 11 am. ECF No. 1490. Due to an unavoidable scheduling conflict, Defendants' co-lead trial counsel is unable to attend a hearing on July 30, 2026. Moving the hearing one day earlier, to July 29, 2026, would resolve this conflict while preserving the Court's intended timeline for addressing the pending post-trial motions. *See* May 7, 2026 Hr'g Tr. 4:20-25 ("We will set a hearing for July 30, 2026 at 11:00 a.m. . . . If that poses a difficulty for either side. Just let me know, and with this much lead time we can certainly reschedule that if there is a need to.").

The Plaintiff States consent to this request. Counsel for the Plaintiff States have confirmed that they are available on July 29, 2026, and do not object to rescheduling the hearing to that date.

This is the first time any party is seeking to reschedule this hearing, and the requested one-day difference in the hearing date will not affect any other deadlines in this case. Other than the hearing on Defendants' post-trial motions, the parties' next scheduled appearance before the Court and any other deadlines will be governed by the forthcoming remedies-phase schedule referenced in the Court's May 8, 2026 Order. ECF No. 1490.

We thank the Court for its attention to this matter.

Respectfully submitted,

LATHAM & WATKINS LLP

*David R. Marriott*

—————————————————
David R. Marriott
   *Co-Lead Trial Counsel*
Alfred C. Pfeiffer (admitted *pro hac vice*)
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

CRAVATH, SWAINE & MOORE LLP

*Lauren*

—————————————————
Lauren A. Moskowitz
Jesse M. Weiss
Nicole M. Peles

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

lmoskowitz@cravath.com
jweiss@cravath.com
npeles@cravath.com

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

cc:     All Counsel of Record (via ECF)

2