May 20, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:    *United States et al. v. Live Nation Entertainment, Inc. et al.*, **1:24-cv-03973-AS**

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. We write on behalf of all parties to ensure that the clip reports associated with the deposition designation videos that the parties presented at trial are filed on the public docket.

Clip reports for witnesses presented in Defendants' case are attached hereto as Exhibits 1 through 14. *See* Ex. 1 (Michael Marion); Ex. 2 (George Hanna); Ex. 3 (Dave Brown); Ex. 4 (Robert Henson); Ex. 5 (Valerie Barone); Ex. 6 (John Marchant); Ex. 7 (Marney Smith); Ex. 8 (Elizabeth Paul); Ex. 9 (Walter Allen Johnson); Ex. 10 (Todd Glickman); Ex. 11 (Matthew Caldwell); Ex. 12 (Robert Mudd); Ex. 13 (Brandon Briggs); Ex. 14 (Adel Nur).

Clip reports for witnesses presented in Plaintiffs' case are attached hereto as Exhibits 15 through 18. *See* Ex. 15 (Ben Lovett); Ex. 16 (Clay Luter); Ex. 17 (Christian Lewis); Ex. 18 (Patrick Nagle).

We thank the Court for its attention to this matter.

*[signatures on following page]*

Respectfully submitted,

LATHAM & WATKINS LLP                    CRAVATH, SWAINE & MOORE LLP

David R. Marriott                       Lauren A. Moskowitz
   *Co-Lead Trial Counsel*              Jesse M. Weiss
Alfred C. Pfeiffer (admitted *pro hac vice*)   Nicole M. Peles
   *Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)    Two Manhattan West
Jennifer L. Giordano                    375 Ninth Avenue
Andrew M. Gass (admitted *pro hac vice*)       New York, NY 10001
Kelly S. Fayne (admitted *pro hac vice*)       (212) 474-1000
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)     lmoskowitz@cravath.com
                                        jweiss@cravath.com
505 Montgomery Street, Suite 2000       npeles@cravath.com
San Francisco, CA 94111
(415) 391-0600                          *Attorneys for Defendants Live Nation*
                                        *Entertainment, Inc. and Ticketmaster L.L.C.*
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc:     All Counsel of Record (via ECF (with enclosures))