# Exhibit 1

# Marion, Michael Designations cut 03-25-26

## Designation List Report

**Marion, Michael**                                    **2025-05-16**

| | |
|---|---|
| Defense Affirmative Designations | 00:41:12 |
| Plaintiff Counters | 00:02:39 |
| Defense Counter Counters | 00:02:34 |
| **TOTAL RUN TIME** | **00:46:26** |



**ID: MM-2**

**MM-2 - Marion, Michael Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:04 - 7:07 | **Marion, Michael 2025-05-16** | 00:00:06 | **MM-2.1** |

7:04  Q.  Full name would be great.  Thank
        you.
7:06  A.  David Michael Marion,
7:07        M-a-r-i-o-n.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:17 - 9:25 | **Marion, Michael 2025-05-16** | 00:00:18 | **MM-2.2** |

9:17  Q.  Mr. Marion, who is your current
        employer?
9:19  A.  The Pulaski County Multipurpose
        Facilities Board.
9:21  Q.  And what is your current title?
9:22  A.  I'm the general manager of the
        Simmons Bank Arena.
9:24  Q.  And where is the Simmons Bank
        Arena located?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:02 - 11:20 | **Marion, Michael 2025-05-16** | 00:01:58 | **MM-2.3** |

10:02  A.  The arena is located in North
         Little Rock, Arkansas.
10:04  Q.  Has the arena gone by any other
         names?
10:06  A.  Yes, it has.
10:07  Q.  And what are those?
10:08  A.  Alltel Arena, Verizon Arena.
10:09  Q.  Any others?
10:10  A.  No.
10:11  Q.  And the Pulaski County Board,
         that owns and operates the arena?
10:13  A.  Yes.
10:14  Q.  At a high level could you please
         describe your responsibilities as the
         general manager of the arena.
10:17  A.  I book the arena.  I manage the
         25 staff members ensuring the operation of
         the building.
10:20  Q.  And how long have you been the
         general manager?
10:22  A.  I've been the general manager
         for 27 years.
10:24  Q.  And what did you do before
         working at the arena?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 11:01    M. MARION | | |
| | 11:02    A.  Before working at the arena I | | |
| | 11:03         was a general manager of the Tupelo | | |
| | 11:04         Coliseum in Tupelo, Mississippi. | | |
| | 11:05    Q.  Is that also an arena? | | |
| | 11:06    A.  Yes.  It's also an arena. | | |
| | 11:07    Q.  How long were you in that role? | | |
| | 11:08    A.  I was in that role about eight | | |
| | 11:09         years. | | |
| | 11:10    Q.  And what were your | | |
| | 11:11         responsibilities in that position? | | |
| | 11:12    A.  Very similar to the ones in | | |
| | 11:13         Simmons Bank Arena, overseeing the staff, | | |
| | 11:14         booking the building, ensuring the | | |
| | 11:15         operation of the arena. | | |
| | 11:16    Q.  And did you have any prior | | |
| | 11:17         positions before working at the Tupelo | | |
| | 11:18         Coliseum? | | |
| | 11:19    A.  No.  I had no other prior | | |
| | 11:20         positions. | | |
| 11:21 - 12:14 | **Marion, Michael 2025-05-16** | 00:00:47 | **MM-2.56** |
| | 11:21    Q.  Did you have any other jobs | | |
| | 11:22         before working at the coliseum? | | |
| | 11:23    A.  Yes, I did. | | |
| | 11:24    Q.  And what were those? | | |
| | 11:25    A.  I was an agent at Triad Artists | | |
| | 12:01         M. MARION | | |
| | 12:02         in Los Angeles, California. | | |
| | 12:03    Q.  And what did your | | |
| | 12:04         responsibilities as an agent entail? | | |
| | 12:05    A.  I was booking a territory from | | |
| | 12:06         Virginia down to Texas for the artists | | |
| | 12:07         that Triad represented. | | |
| | 12:08    Q.  And who were some of the artists | | |
| | 12:09         that you helped book for? | | |
| | 12:10    A.  Tina Turner, Whitney Houston, | | |
| | 12:11         Steve Winwood are some of the artists that | | |
| | 12:12         we represented. | | |
| | 12:13    Q.  Some pretty big names. | | |
| | 12:14    A.  Yes.  We had some big names. | | |

**MM-2 - Marion, Michael Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:06 - 14:16 | **Marion, Michael 2025-05-16** | 00:00:23 | **MM-2.4** |

Q. And so fair to say that you've been deeply involved in the live events industry for the last several decades?

A. Yes. I've been involved for 49 years.

Q. 49 years. And across several different aspects of the industry?

A. That is correct. I've been on different sides of the business.

Q. So you know it pretty well?

A. Yes, I do.

| | | | |
|---|---|---|---|
| 14:17 - 15:17 | **Marion, Michael 2025-05-16** | 00:01:14 | **MM-2.57** |

Q. What kind of live events does the Simmons Bank Arena host?

A. We host a wide variety of events: family shows like Disney on Ice, Monster Trucks, large concerts like Paul McCartney, The Rolling Stones, Bruce Springsteen, Garth Brooks. We also do a few trade shows. We do a large banquet each year, comedy shows. A wide variety

M. MARION
of events.

Q. Does the arena host any sporting events?

A. We do if you count Globe Trotters, which is probably more a family show than a sporting event. We also do one Razorback basketball game each year.

Q. And you said you're involved in booking shows at the arena?

A. Yes. I'm involved with booking shows at the arena.

Q. And based on some of those names that you listed earlier, would it be fair to say that you've had some pretty good success in bringing major shows to the arena?

| | | | |
|---|---|---|---|
| 15:19 - 16:20 | **Marion, Michael 2025-05-16** | 00:01:06 | **MM-2.5** |

**MM-2 - Marion, Michael Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | A. Yes.  We've had good success. | | **MM-2.5** |
| | BY QUESTIONER: | | |
| | Q. Does that include concerts that are promoted by a range of different promoters? | | |
| | A. Our concerts are promoted by a range of different promoters. | | |
| | M. MARION | | |
| | Q. Does that include concerts promoted by AEG? | | |
| | A. Yes.  AEG is one of our promoters. | | |
| | Q. Is Live Nation also one of the promoters? | | |
| | A. Live Nation is also one of our promoters. | | |
| | Q. Are there other promoters that come to mind? | | |
| | A. Yes. | | |
| | Q. What are they? | | |
| | A. Outback Concerts comes to mind. North American Entertainment, Bieber Productions.  Feld Entertainment does family shows.  PBR, Professional Bull Riding. That's the ones that come to mind immediately. | | |
| 17:21 - 18:22 | **Marion, Michael 2025-05-16** | 00:01:18 | **MM-2.6** |
| | Q. Does the Simmons Bank Arena have a relationship with Ticketmaster? | | |
| | A. Simmons Bank Arena has a relationship with Ticketmaster. | | |
| | Q. And what is the nature of that M. MARION relationship? | | |
| | A. Ticketmaster is our exclusive ticketing services provider. | | |
| | Q. And when did that relationship begin, if you can recall? | | |
| | A. 25 years ago when we opened. | | |

**MM-2 - Marion, Michael Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. And the agreement has been extended with Ticketmaster over the years?
A. The agreement has been extended with Ticketmaster over the years.
Q. Do you recall when those extensions happened?
A. Well, we had a -- I believe it was 2015 and 2022 come to mind. I'm not sure about before that.
Q. And were you involved in the negotiation process with Ticketmaster?
A. I was involved with the negotiation with Ticketmaster.
Q. What was your role?
A. I was the main negotiator.

| 19:04 - 19:08 | **Marion, Michael 2025-05-16** | 00:00:15 | **MM-2.7** |

Q. Besides negotiating the agreements with Ticketmaster, have you worked with Ticketmaster?
A. Yes. I have worked with Ticketmaster.

| 20:12 - 20:16 | **Marion, Michael 2025-05-16** | 00:00:10 | **MM-2.8** |

Q. Are there particular individuals at Ticketmaster that you've interacted with?
A. Yes. There are particular individuals I've interacted with.

| 22:11 - 22:13 | **Marion, Michael 2025-05-16** | 00:00:04 | **MM-2.9** |

In your experience, have you found those individuals from Ticketmaster to be good business partners?

| 22:15 - 22:25 | **Marion, Michael 2025-05-16** | 00:00:26 | **MM-2.10** |

A. Yes. I have found them to be good business partners.
BY MR. LI:
Q. And why do you say that?
A. They provide a solid software. They provide a good financial arrangement for the arena.

**MM-2 - Marion, Michael Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

22:22   Q.  And do you have a view as to the
22:23       responsiveness of the individuals that you
22:24       work with at Ticketmaster?
22:25   A.  Yes, I do.

| 23:02 - 23:22 | **Marion, Michael 2025-05-16** | 00:00:57 | **MM-2.11** |
|---|---|---|---|

23:02   Q.  And what's your view?
23:03   A.  They're always very quick to
23:04       respond to any issues that we might have.
23:05   Q.  Do you have a view as to the
23:06       work ethic of the individuals that you
23:07       work with at Ticketmaster?
23:08   A.  Yes, I do.
23:09   Q.  And what is your view?
23:10   A.  Solid people that do a great job
23:11       tending to their customers.
23:12   Q.  Are you familiar with the
23:13       ticketing products and services that are
23:14       offered by Ticketmaster and used by the
23:15       Simmons Bank Arena?
23:16   A.  I am familiar with the services
23:17       that they offer.
23:18   Q.  And do you have an assessment of
23:19       those products and services?
23:20   A.  I do have an assessment of
23:21       those.
23:22   Q.  And what is your assessment?

| 23:24 - 24:02 | **Marion, Michael 2025-05-16** | 00:00:10 | **MM-2.12** |
|---|---|---|---|

23:24   A.  That the offerings that they
23:25       have are very helpful in our operation and
24:01       M. MARION
24:02       they're just very solid.

| 24:04 - 24:12 | **Marion, Michael 2025-05-16** | 00:00:27 | **MM-2.13** |
|---|---|---|---|

24:04   Q.  And what's the basis for your
24:05       assessment?
24:06   A.  My basis is that I use their
24:07       services regularly and find them to be
24:08       very helpful in making my day more
24:09       efficient.
24:10   Q.  Could you elaborate on that?  In
24:11       what ways does it make your day more

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:12    efficient? | | |
| 24:14 - 25:08 | **Marion, Michael 2025-05-16** | 00:00:52 | **MM-2.14** |

24:14   A.   They have an offering called
24:15        TM1.  It allows me to build a map of a
24:16        show, what is known as a scaling, to show
24:17        how tickets are to be priced.  And there
24:18        was a time where we used to have to do
24:19        that manually with a calculator and a
24:20        Magic Marker.  Now we can do that online,
24:21        do it very quickly, make changes.
24:22        They also have a variety of
24:23        analytics that allow us to understand
24:24        what -- our customers, who they are, what
24:25        their preferences are, how best to market
25:01        M. MARION
25:02        to them.
25:03        And the other piece on TM1
25:04        is the fact they have an app that allows
25:05        me on the day of a show to look and see
25:06        how many people are in the building no
25:07        matter where I am in the building.  And
25:08        that kind of information is really vital.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 29:02 - 29:11 | **Marion, Michael 2025-05-16** | 00:00:22 | **MM-2.15** |

29:02        Do you have an assessment
29:03        of Ticketmaster's user interface from your
29:04        perspective as a manager?
29:05   A.   Yes.  I have a perspective of
29:06        Ticketmaster's user interface.
29:07   Q.   And what is your assessment from
29:08        that perspective?
29:09   A.   What I see and work with, it's
29:10        gotten better over the years and is very
29:11        user friendly.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:02 - 30:11 | **Marion, Michael 2025-05-16** | 00:00:29 | **MM-2.16** |

30:02   Q.   And you said that it's user
30:03        friendly.  Why do you say that?
30:04   A.   Because it's very straight
30:05        ahead.  I think about the old days when
30:06        there was command lines and backward
30:07        slashes and all this DOS-looking mess.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 30:08  And now it's a nice graphic | | |
| | 30:09  interface.  You can click on it.  The | | |
| | 30:10  thing you expect to happen is going to | | |
| | 30:11  happen. | | |
| 30:23 - 32:06 | **Marion, Michael 2025-05-16** | 00:01:21 | **MM-2.17** |

30:23  Q.  Are you familiar with the term
30:24  "high demand on-sale" in the context of
30:25  primary ticketing?
31:01  M. MARION
31:02  A.  I am familiar with high demand
31:03  on-sale.
31:04  Q.  And what is your understanding
31:05  of the term?
31:06  A.  When we have a show that's going
31:07  on sale, that we expect a lot of people to
31:08  go online immediately and buy tickets.
31:09  Q.  And do you have an assessment of
31:10  Ticketmaster's ability to be able to
31:11  handle high demand on-sales?
31:12  A.  Yes.  I have an opinion about
31:13  the ability to handle -- I'm sorry.
31:14  Q.  No.  I'll let you finish.
31:15  A.  To handle high demand.
31:16  Q.  And what is your assessment?
31:17  A.  It's very good.
31:18  Q.  And why do you say that?
31:19  A.  I've sat through Garth Brooks
31:20  on-sales where there's -- I can't tell you
31:21  the exact number.  My thought is to be
31:22  hyperbolic and say a zillion.  But there's
31:23  a lot of people online trying to buy
31:24  tickets.  The system is able to handle it
31:25  and to process the transactions.
32:01  M. MARION
32:02  I think about when we did
32:03  Harry Styles.  That show went on sale.  We
32:04  had a whole lot of people trying to buy
32:05  tickets, and the system was able to handle
32:06  that.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 32:07 - 33:03 | **Marion, Michael 2025-05-16** | 00:00:56 | **MM-2.18** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:07  Q.  Are you familiar with | | **MM-2.18** |
| | 32:08       Ticketmaster's marketing capabilities? | | |
| | 32:09  A.  I am familiar with their | | |
| | 32:10       marketing capabilities. | | |
| | 32:11  Q.  And do you have an assessment of | | |
| | 32:12       Ticketmaster's marketing capabilities? | | |
| | 32:13  A.  I do have an assessment of their | | |
| | 32:14       marketing capabilities. | | |
| | 32:15  Q.  And what is your assessment? | | |
| | 32:16  A.  I would say it's quite good. | | |
| | 32:17  Q.  And what's the basis for that | | |
| | 32:18       assessment? | | |
| | 32:19  A.  They send out regular e-mails | | |
| | 32:20       about what shows we have on sale. | | |
| | 32:21       Getting back to TM1, they | | |
| | 32:22       provide some analytics that give us some | | |
| | 32:23       sense of where we're selling tickets, | | |
| | 32:24       which gives us some guidance as to where | | |
| | 32:25       to market that show. | | |
| | 33:01       M. MARION | | |
| | 33:02       So there's some real solid | | |
| | 33:03       information there that we find useful. | | |
| 33:13 - 33:17 | **Marion, Michael 2025-05-16** | 00:00:09 | **MM-2.19** |
| | 33:13       Are you familiar with the | | |
| | 33:14       customer service that Ticketmaster | | |
| | 33:15       provides to the arena? | | |
| | 33:16  A.  I am familiar with the customer | | |
| | 33:17       service they provide the arena. | | |
| 33:24 - 34:03 | **Marion, Michael 2025-05-16** | 00:00:08 | **MM-2.20** |
| | 33:24  Q.  And what is your assessment? | | |
| | 33:25  A.  I would say it's been very good. | | |
| | 34:01       M. MARION | | |
| | 34:02       They've been very attentive to our various | | |
| | 34:03       needs. | | |
| 37:22 - 38:21 | **Marion, Michael 2025-05-16** | 00:00:57 | **MM-2.21** |
| | 37:22  Q.  Are you familiar with | | |
| | 37:23       Ticketmaster's antifraud tools? | | |
| | 37:24  A.  I am familiar with | | |
| | 37:25       Ticketmaster's antifraud tools. | | |
| | 38:01       M. MARION | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

38:02  Q.  And what do those include?

38:03  A.  Well, there's the rotating

38:04      barcode, which (transmission interference)

38:05      to thwart scalpers.

38:06      There's also digital delay,

38:07      which we use on a regular basis.  It's

38:08      where if you buy a ticket from

38:09      Ticketmaster, we don't deliver the ticket

38:10      until 24 hours in advance.

38:11      So that's the two that come

38:12      to mind.

38:13  Q.  And do you have an assessment of

38:14      the effectiveness of those tools in terms

38:15      of fraud prevention?

38:16  A.  Yes.  I do have an assessment of

38:17      those tools.

38:18  Q.  And what is your assessment?

38:19  A.  I find them to be effective

38:20      because we have scalpers that complain

38:21      about them.

| 38:22 - 39:02 | **Marion, Michael 2025-05-16** | 00:00:12 | **MM-2.58** |

38:22  Q.  Based on your experience, does

38:23      Ticketmaster's fraud prevention tools

38:24      benefit fans?

38:25  A.  Ticketmaster's fraud prevention

39:01      M. MARION

39:02      tools benefit fans definitely.

| 39:06 - 39:11 | **Marion, Michael 2025-05-16** | 00:00:19 | **MM-2.22** |

39:06  Q.  How so?

39:07  A.  So the goal is to get the fans

39:08      the tickets in their hands at the price

39:09      that the artist wants and not what the

39:10      scalpers want.  And anything that can be

39:11      done to achieve that benefits the fans.

| 39:12 - 39:23 | **Marion, Michael 2025-05-16** | 00:00:29 | **MM-2.23** |

39:12  Q.  And is there a difference

39:13      between the price that the artist wants

39:14      and the price that a scalper wants?

39:15  A.  There's a difference between the

39:16      price that the artist wants and the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

scalper wants.

Q. And what is that difference?

A. That varies according to the show and the show demand, but it can be -- we can have $50 tickets; the scalper is selling them for $300.  It just depends. But it's a significant difference.

| 40:02 - 40:11 | **Marion, Michael 2025-05-16** | 00:00:31 | **MM-2.24** |
|---|---|---|---|

So based on your understanding, how do fraud prevention tools affect the prices that fans pay?

A. Well, the fraud prevention tools hopefully give the fans a lower price because they're paying the price the artist wants them to pay and not the elevated price that the scalpers charge. The less tickets the scalpers have the better off the fans are.

| 40:12 - 41:16 | **Marion, Michael 2025-05-16** | 00:01:21 | **MM-2.25** |
|---|---|---|---|

Q. Do you have an understanding of how a rotating barcode reduces fraud?

A. Yes.  I have an understanding of how a rotating barcode reduces fraud.

Q. What's your understanding?

A. That you can't take a screenshot of the ticket because the barcode's going to change, which is a problem that we used to have where scalpers would sell pictures of barcodes.  But they can't do that now because you've got a rotating barcode that changes regularly.

Q. And do you have an understanding of how digital delay reduces fraudulent

M. MARION

tickets?

A. Yes.  I have an understanding of how digital delay reduces fraudulent tickets.

Q. What is your understanding?

A. So when you buy a ticket, you'll

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

41:08    get a notification that you have the
41:09    ticket; but we don't actually deliver it
41:10    to you until 24 hours in advance.
41:11    The idea is to make it more
41:12    inconvenient for the scalpers to rip
41:13    people off earlier and that hopefully that
41:14    reduces the inventory that the scalpers
41:15    have and they will be less likely to sell
41:16    a fraudulent ticket or an overpriced one.

| **41:17 - 42:12** | **Marion, Michael 2025-05-16** | 00:00:55 | **MM-2.26** |

41:17    Q.    Based on your experience, does
41:18    Ticketmaster's fraud prevention tools
41:19    benefit artists?
41:20    A.    Yes.  Ticketmaster's fraud
41:21    prevention helps out the artist.
41:22    Q.    And how does it do that?
41:23    A.    By making sure that the -- or
41:24    trying to have the artist ticket price be
41:25    paid by the patron so that the patron will
42:01    M. MARION
42:02    think -- you know, we do a lot of these
42:03    shows every two years.
42:04    And if you pay $400 to see
42:05    an artist this year, you may not come back
42:06    in two years because you paid so much.
42:07    But if you pay the price the artist
42:08    wanted, which was $80, then you'll come
42:09    back and see them again.
42:10    Plus, hopefully you'll have
42:11    a good feeling about the artist and not
42:12    think that they're trying to rip you off.

| **42:23 - 47:15** | **Marion, Michael 2025-05-16** | 00:05:23 | **MM-2.27** |

42:23    Q.    Do you have any experience with
42:24    ticketing bots affecting sales for live
42:25    events at Simmons Bank Arena?
43:01    M. MARION
43:02    A.    I have experience with bots
43:03    buying tickets at the Simmons Bank Arena.
43:04    Q.    And what has been your
43:05    experience?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. We had a show with an artist years ago where the bots hit it real hard. And one of their strategies, it's not just -- they don't necessarily buy the tickets because when you go to buy the ticket, you know, the system holds it for a couple of minutes while you're debating whether you're going to buy that ticket or not. Bots will go in and hold up all those tickets so people will think, Oh, there's none left; and then they release the tickets. And we had a show where the seating chart looked like a checkerboard because the bots had held tickets and released them, held tickets and released them; and then people would buy all around them. I had never seen anything like it.

Q. Based on your experience, do you

M. MARION

have a view as to whether ticketing bots impact the fan experience?

A. Ticketing bots definitely affect the fan experience.

Q. And how so?

A. By preventing people from being able to buy a good seat at the price the artist wants.

Q. Do you have a view as to whether ticketing bots can cause higher ticket prices?

A. Ticketing bots can cause higher ticket prices, yes.

Q. And how does it do that?

A. Because ticketing bots are operated by scalpers, and those scalpers will take those tickets and mark them up multiple times and then turn around and sell them to consumers instead of the consumer having the chance -- I mean, the

**MM-2 - Marion, Michael Designations cut 03-25-26**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

44:22 bots break in the line basically by having
44:23 this ability to buy so many tickets all at
44:24 once.
44:25 So the consumer is left
45:01 M. MARION
45:02 with, quite often, having to go to the
45:03 scalpers and buy them.
45:04 Q. Are you familiar with
45:05 Ticketmaster's Verified Fan program?
45:06 A. I am familiar with
45:07 Ticketmaster's Verified Fan.
45:08 Q. And what is the Verified Fan
45:09 program?
45:10 A. The Verified Fan program is a
45:11 registration where before tickets go on
45:12 sale, you have to register with
45:13 Ticketmaster so that they can determine if
45:14 you're real or not.
45:15 And the hope is that they
45:16 are able to weed out the scalpers before a
45:17 show goes on sale.
45:18 Q. Do you have an understanding of
45:19 whether the Verified Fan program is
45:20 intended to address bot activity?
45:21 A. Yes. I understand that Verified
45:22 Fan, part of its function is to eliminate
45:23 the bots, or try to.
45:24 Q. Are you familiar with any other
45:25 Ticketmaster tools or efforts to eliminate
46:01 M. MARION
46:02 bot activity?
46:03 A. No. You know, I know they're
46:04 well aware of it; and that's something
46:05 they're constantly -- it's kind of a
46:06 Whack-A-Mole thing where they're
46:07 constantly trying to deal with them. The
46:08 scalpers are always coming up with some
46:09 way around it. That's what I know.
46:10 Q. Do you have an assessment of the
46:11 Verified Fan program?
46:12 A. Yes. I have an assessment of

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Verified Fan. | | |
| | Q. And what is your assessment? | | |
| | A. That it's a good program. It's | | |
| | a good tool to use against the scalpers. | | |
| | We've used it. And I feel like it's | | |
| | another good way to try to keep the | | |
| | tickets out of the scalpers' hands. | | |
| | Q. Based on your experience, does | | |
| | the Verified Fan program benefit fans? | | |
| | A. The Verified Fan program does | | |
| | benefit fans. | | |
| | Q. How so? | | |
| | A. By trying to get the tickets | | |
| | M. MARION | | |
| | into the hands of the fans and not the | | |
| | scalpers. | | |
| | Q. Based on your experience, does | | |
| | the Verified Fan program benefit the | | |
| | arena? | | |
| | A. Yes. The Verified Fan does | | |
| | benefit the arena. | | |
| | Q. How so? | | |
| | A. It's a program that, you know, | | |
| | is associated with us. And people know | | |
| | why they're doing Verified Fan, and they | | |
| | know that this is an anti-scalping tool. | | |
| | So it reflects well on the arena that | | |
| | we're participating in it. | | |
| 50:03 - 50:06 | **Marion, Michael 2025-05-16** | 00:00:10 | **MM-2.28** |
| | Q. Is combating scalpers an | | |
| | important priority for the arena? | | |
| | A. Yes. Combating scalpers is | | |
| | important to the arena. | | |
| 50:07 - 50:17 | **Marion, Michael 2025-05-16** | 00:00:43 | **MM-2.29** |
| | Q. As the arena's ticketing | | |
| | partner, has Ticketmaster assisted the | | |
| | arena in its efforts to combat scalpers? | | |
| | A. Yes. Ticketmaster has helped | | |
| | with their tools to combat scalping. | | |
| | Q. In what ways has Ticketmaster | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

50:13   helped the arena combat scalping?

50:14   A.   By the use of Platinum

50:15   ticketing, the use of -- I think we

50:16   already mentioned about the ticket

50:17   delivery delay, rotating barcode.

| 50:21 - 51:11 | **Marion, Michael 2025-05-16** | 00:00:45 | **MM-2.30** |
|---|---|---|---|

50:21   Q.   Could you elaborate on how

50:22   Platinum ticketing helps the arena combat

50:23   scalpers?

50:24   A.   Platinum ticketing allows us to

50:25   price tickets at a market level.  So now

51:01   M. MARION

51:02   we're pricing them close to what the

51:03   scalpers are charging.  So the scalpers

51:04   are not able to sell the tickets, and it

51:05   turns out that we're the ones selling the

51:06   tickets.

51:07   So the artist gets to

51:08   participate -- when it comes to scalping,

51:09   the artist doesn't participate in anything

51:10   that the scalpers are doing.  But when we

51:11   sell tickets, the artist is participating.

| 51:14 - 52:08 | **Marion, Michael 2025-05-16** | 00:00:48 | **MM-2.31** |
|---|---|---|---|

51:14   Based on your experience,

51:15   how has the use of Platinum ticketing

51:16   impacted the fan experience?

51:17   A.   I think it's had a positive

51:18   effect on the fan experience.

51:19   Q.   And why do you say that?

51:20   A.   Because they're able to buy

51:21   those tickets on our site and they're

51:22   not -- and they know they're not

51:23   fraudulent.  They know they're not going

51:24   to have any trouble getting in the

51:25   building.  They're not going to have the

52:01   M. MARION

52:02   problems that they might have with a

52:03   scalper.

52:04   Q.   Based on your experience, how

52:05   has the use of Platinum ticketing impacted

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 52:06    the artist experience? | | |
| | 52:07   A.   I think it's been positive for | | |
| | 52:08    the artist. | | |
| 53:04 - 54:11 | **Marion, Michael 2025-05-16** | 00:01:21 | **MM-2.32** |

53:04    Are there any other ways
53:05    besides what you had mentioned already
53:06    that Platinum ticketing could help
53:07    artists?
53:08   A.   Well, the other way that the
53:09    Platinum ticketing helps the artist is
53:10    that it ensures that the patrons are
53:11    getting a real ticket and not a fraudulent
53:12    ticket from a scalper.  So that gives them
53:13    that much better of a feeling about that
53:14    artist.
53:15    It makes going to the show
53:16    that much easier and enjoying the show.
53:17    It's all about being in the same room with
53:18    your favorite artist, and that's the goal
53:19    of all this.
53:20   Q.   And why is that better for the
53:21    artist?
53:22   A.   It's better for the artist
53:23    because, you know, they want to have a
53:24    long-term career.  And the more fans they
53:25    have, the more happy fans they have, the
54:01    M. MARION
54:02    more those fans are going to stick with
54:03    them during their career.  It's not just
54:04    about the one show.  It's about their
54:05    career.
54:06    So if, you know, Platinum
54:07    ticketing ensures that they get a
54:08    legitimate ticket to a show and they get
54:09    in seamlessly, then that's just something
54:10    else that, you know, is not a negative
54:11    toward the artist.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:02 - 55:08 | **Marion, Michael 2025-05-16** | 00:00:17 | **MM-2.33** |

55:02   Q.   Is your understanding of the
55:03    artist's perspective based on your

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

experience in the industry, including as

an artist's agent?

A. Yes. Agency experience has

given me some good knowledge of how things

work, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 57:16 - 59:02 | **Marion, Michael 2025-05-16** | 00:01:22 | **MM-2.34** |

Q. Are you familiar with how

Ticketmaster's technology has changed over

time?

A. Yes. I am familiar with how

Ticketmaster's technology has changed over

time.

Q. Are there any particular changes

that come to mind, sitting here today?

A. There are things that come to

mind as we sit here today.

M. MARION

Q. And what are those?

A. I remember when a show would

want to change a ticket price, and we'd

have to take it off sale for two days to

change that ticket price. So nobody

wanted to change ticket prices because

obviously it was -- you didn't want to

take it off sale.

Now we can change the

ticket price with the push of a button.

So technology has really changed, but

that's always the one that comes to mind

is the fact that we can change ticket

prices so quickly.

And then the other piece

is -- we've already alluded to it about

the event build, how easy it is to make a

different price on every seat almost. We

used to couldn't do that. You had to go

by sections.

I mean, when I first

started, the whole house was one price.

But now we can make almost every seat a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 58:25  different price.  So those are some of the | | |
| | 59:01  M. MARION | | |
| | 59:02  changes that I've seen. | | |
| 60:08 - 61:25 | **Marion, Michael 2025-05-16** | 00:01:54 | **MM-2.35** |

60:08   Q.   Do you view Ticketmaster as an
60:09        innovative company?
60:10   A.   I do see them as an innovative
60:11        company, yes.
60:12   Q.   Why do you say that?
60:13   A.   Well, over the years they have
60:14        tried to make improvements, change
60:15        technology, take advantage of current
60:16        technology.
60:17        I go back to my comment
60:18        about doing scaling and doing it with a
60:19        Magic Marker and a map, a paper map.  I
60:20        went out there at one point with some
60:21        other building managers to talk about,
60:22        Here's the things we need, and that was
60:23        one of the things I brought up.
60:24        They took that seriously,
60:25        and now we have a scaling tool that is
61:01        M. MARION
61:02        really effective.
61:03        So yeah, I'd say they're
61:04        innovative.  They're trying to stay with
61:05        the current technology.
61:06   Q.   Do you have a view as to whether
61:07        Ticketmaster's marketing support has
61:08        improved over the course of your time at
61:09        the Simmons Bank Arena?
61:10   A.   Yes.  I would say it has
61:11        improved over my time at the arena.
61:12   Q.   Why do you say that?
61:13   A.   Well, they provided more tools.
61:14        I mentioned the e-mails, the interface
61:15        with Facebook, the interface with the
61:16        various social media platforms.  All of
61:17        those are marketing tools to sell tickets.
61:18        So I think they've taken a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | real positive approach to getting tickets out to the patrons, and that's certainly a big part of marketing. | | |
| | Q. Do you have a view as to whether Ticketmaster's customer service has improved over the course of your time at the Simmons Bank Arena? | | |
| 62:02 - 63:13 | **Marion, Michael 2025-05-16** | 00:01:36 | **MM-2.36** |

A. Yes.  I do have a thought on customer service since I've been there.

Q. And what is that?

A. I would say it's been consistently good.  Honestly, Angela takes good care of it.  So I would say their customer service is just consistently good.

Q. Do you have a view as to whether Ticketmaster's ability to handle high-demand on-sales has improved over the course of your time at the Simmons Bank Arena?

A. Yes.  I do have an opinion about their ability to handle on-sales.

Q. And what is that?

A. I tend to think it's gotten better.  I think of some times where years ago we'd put a show on sale; and if a whole bunch of on-sales are happening at the same time, the system would run a little slower.

I haven't noticed that in a long time.  Seems like whenever we put our

M. MARION

show on sale, it works fine.

So I think they've -- the term I like to use is "horsepower."

They've gotten more horsepower over the years.

Q. When is the last time, if you can recall, when that happened?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

63:09   A.   Over ten years ago.

63:10   Q.   So in your experience, you

63:11        haven't seen an issue with the high-demand

63:12        on-sale in the last ten years?

63:13   A.   That's correct.

| 65:05 - 65:11 | **Marion, Michael 2025-05-16** | 00:00:18 | **MM-2.37** |

65:05   Q.   During your time at the arena,

65:06        has the arena ever issued an RFP for

65:07        ticketing services?

65:08   A.   Yes.  The arena has issued RFPs

65:09        for ticketing services.

65:10   Q.   And when has the arena done so?

65:11   A.   Did one in '15 and one in '22.

| 66:06 - 66:09 | **Marion, Michael 2025-05-16** | 00:00:07 | **MM-2.38** |

66:06   Q.   With respect to the RFP in 2022,

66:07        did the arena receive responses to the

66:08        RFP?

66:09   A.   Yes, we did.

| 69:24 - 70:16 | **Marion, Michael 2025-05-16** | 00:00:41 | **MM-2.39** |

69:24   Q.   Has the arena ever considered

69:25        using more than one primary ticketer for

70:01        M. MARION

70:02        events instead of having an exclusive

70:03        ticketer?

70:04   A.   The arena has never considered

70:05        using more than one ticketing provider.

70:06   Q.   Why not?

70:07   A.   We don't want to confuse our

70:08        patrons as to where to find tickets.  We

70:09        want to make it easy.  They need one

70:10        location to go to, and that's -- to me

70:11        it's common sense.  You want one place for

70:12        them to go buy their tickets.

70:13        And whoever that ticketing

70:14        provider is, that's the one they need to

70:15        go to.  They don't need to have to look

70:16        around for tickets.

| 70:17 - 72:05 | **Marion, Michael 2025-05-16** | 00:01:28 | **MM-2.40** |

70:17   Q.   Do you have a view as to whether

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|

70:18   it would be better or worse for fans if
70:19   the arena had more than one primary
70:20   ticketer?
70:21   A.   I do have a view on whether
70:22   having more than one provider would be
70:23   good for our fans.
70:24   Q.   And what is your view?
70:25   A.   Our view is it would be bad for
71:01   M. MARION
71:02   our fans because, as I stated earlier, we
71:03   don't want them having to look for
71:04   tickets, deal with different interfaces.
71:05   It just -- we want to make it as easy and
71:06   seamless as possible for people to buy
71:07   tickets, and having one provider makes
71:08   that so.
71:09   Q.   Do you have a view as to whether
71:10   it would be more or less efficient from a
71:11   venue's operation perspective to have more
71:12   than one primary ticketer?
71:13   A.   Yes.  I do have an opinion about
71:14   the arena's operation when it comes to
71:15   having more than one ticketing provider.
71:16   Q.   And what is your view?
71:17   A.   Any box office would be very
71:18   impaired if they had to build maps on more
71:19   than one system.  I think it would affect
71:20   their efficiency if they have to learn two
71:21   systems or three or whatever number of
71:22   ticketing providers might be in the
71:23   building.
71:24   Right now they only have to
71:25   learn one that they're used to, that
72:01   M. MARION
72:02   they're comfortable with.  And I think it
72:03   would be a detriment to the building and
72:04   our operation if the box office had to
72:05   learn more than one.

| 72:06 - 72:09 | **Marion, Michael 2025-05-16** | | | 00:00:11 | **MM-2.41** |

72:06   Q.   During the RFP process did the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 72:07 responding ticketers offer the Simmons 72:08 Bank Arena any upfront payments as part of 72:09 their proposals? | | |
| 72:13 - 72:15 | **Marion, Michael 2025-05-16** | 00:00:11 | **MM-2.42** |

72:13   A.   Yes.  We were offered a
financial arrangement with the ticketing
providers that responded to the RFP.

| 72:23 - 73:18 | **Marion, Michael 2025-05-16** | 00:00:38 | **MM-2.43** |

72:23   Q.   Would you expect that a venue
would receive more or less in upfront
payments if the venue had multiple
M. MARION
ticketers as opposed to a single exclusive
ticketer?
73:04   A.   If the building had more than
one ticketer, I would expect to have less
money offered.
73:07   Q.   And why do you say that?
73:08   A.   Because I think they're not
going to make as much money if they
don't -- they're not going to be able to
predict which shows they're going to -- if
you had two or three ticketing providers,
which one is going to get which show.
So they're not going to
have a sense of how much money they're
going to make, so they're not going to
have a sense of how much they can offer
you.

| 74:17 - 75:14 | **Marion, Michael 2025-05-16** | 00:01:01 | **MM-2.44** |

74:17   Would you expect arenas to
raise or lower ticket fees if they do not
receive a significant upfront payment from
ticketers?
74:21   A.   Yes.  I would expect arenas to
raise their ticket fees.  They might not
only raise their ticket fees; they might
raise their food and beverage prices.
Somewhere that revenue would have to be
M. MARION

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

75:02    generated.
75:03  Q.  Are there any other sources from
75:04    which an arena might generate lost
75:05    revenue?
75:06  A.  To generate lost revenue the
75:07    arena could raise their facility fee.
75:08    They could raise their food and beverage
75:09    prices.  They could raise their rent.
75:10    They could raise their suite prices.  They
75:11    could raise their loge box prices.
75:12    Basically, they'd look at
75:13    their ancillary revenues and figure out
75:14    which ones needed to be raised.

| 79:03 - 79:15 | **Marion, Michael 2025-05-16** | 00:01:07 | **MM-2.45** |

79:03  Q.  Were there any negotiations
79:04    about the financial terms between the
79:05    arena and Ticketmaster?
79:06  A.  Yes.  There were negotiations
79:07    about the financial terms between
79:08    Ticketmaster and the arena.
79:09  Q.  Speaking specifically about
79:10    2015, do you recall if over the course of
79:11    the negotiations the financial terms
79:12    improved for the arena?
79:13  A.  They improved from our previous
79:14    contract, yes.  The financial terms did
79:15    improve from our previous contract.

| 79:22 - 80:02 | **Marion, Michael 2025-05-16** | 00:00:14 | **MM-2.46** |

79:22  Q.  During the negotiations in 2022,
79:23    do you recall if the financial terms
79:24    improved for the arena?
79:25  A.  Financial terms improved for the
80:01    M. MARION
80:02    arena after the '22 RFP.

| 80:11 - 80:24 | **Marion, Michael 2025-05-16** | 00:00:31 | **MM-2.47** |

80:11  Q.  Do you have an understanding of
80:12    why Ticketmaster has agreed to financial
80:13    terms that are more favorable for the
80:14    arena?
80:15  A.  Yes.  I have an understanding of

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 80:16    why financial terms are more favorable to | | |
| | 80:17    the arena. | | |
| | 80:18  Q.  What's your understanding? | | |
| | 80:19  A.  I think they're trying to keep | | |
| | 80:20    our business.  They know that there's | | |
| | 80:21    other options out there; and those people | | |
| | 80:22    are offering money, too.  So they want to | | |
| | 80:23    make sure theirs is a good, solid offer | | |
| | 80:24    that we would accept. | | |
| 83:14 - 84:19 | **Marion, Michael 2025-05-16** | 00:01:12 | **MM-2.48** |
| | 83:14  Q.  What does the arena do with the | | |
| | 83:15    bonus payments it receives from | | |
| | 83:16    Ticketmaster? | | |
| | 83:17  A.  Well, that money goes to our | | |
| | 83:18    bottom line.  It goes to the capital | | |
| | 83:19    improvements in the building.  I mentioned | | |
| | 83:20    the roof.  That was $2 million. | | |
| | 83:21    Landscaping was a million dollars. | | |
| | 83:22    That kind of money, | | |
| | 83:23    Ticketmaster, it goes in with the rest of | | |
| | 83:24    our revenues to maintain and keep the | | |
| | 83:25    building going. | | |
| | 84:01    M. MARION | | |
| | 84:02  Q.  And has that benefited the fans? | | |
| | 84:03  A.  Yes.  It has benefited the fans. | | |
| | 84:04  Q.  And how so? | | |
| | 84:05  A.  Well, by maintaining a roof that | | |
| | 84:06    doesn't leak.  It leaked before we | | |
| | 84:07    replaced the roof.  The look of the | | |
| | 84:08    building is so much better now.  All the | | |
| | 84:09    landscaping that we've done. | | |
| | 84:10    We're able to maintain the | | |
| | 84:11    heating and air to make sure it works | | |
| | 84:12    properly.  You know, we've been able to | | |
| | 84:13    replace our lower bowl seats.  We've been | | |
| | 84:14    able to improve our concession stands. | | |
| | 84:15    Just a variety of things | | |
| | 84:16    that we kind of all take for granted when | | |
| | 84:17    we go into an arena but requires some | | |
| | 84:18    funding to make sure that they stay up to | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 84:19    date. | | |
| 87:12 - 87:21 | **Marion, Michael 2025-05-16** | 00:00:25 | **MM-2.49** |

87:12 Q. Do you have a view as to the
87:13 work ethic of the individuals that you
87:14 work with at Live Nation?
87:15 A. Yes. I have a view of the work
87:16 ethic of those I work with at Live Nation.
87:17 Q. What is your view?
87:18 A. They are hardworking folks,
87:19 trying to make the artists happy. You
87:20 know, trying to make a tour work takes a
87:21 lot of work; and they work hard at it.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 87:22 - 89:03 | **Marion, Michael 2025-05-16** | 00:01:36 | **MM-2.50** |

87:22 Q. What is the nature of the
87:23 relationship between the Simmons Bank
87:24 Arena and Live Nation?
87:25 A. Live Nation and Simmons Bank
88:01 M. MARION
88:02 Arena have a co-pro relationship, which is
88:03 an industry term for when they are putting
88:04 out a show, putting out a tour, the arena
88:05 will be a partner on the show as opposed
88:06 to a rental facility.
88:07 In that case we will split
88:08 some of our revenues with them. They will
88:09 split whatever they make on the show with
88:10 us. So it is called a co-promotion, and
88:11 we call it co-pro for short.
88:12 Q. And when did that agreement
88:13 begin, if you recall?
88:14 A. Oh, gosh. Maybe 20 years ago,
88:15 somewhere around there.
88:16 Q. Has that agreement been extended
88:17 over the years?
88:18 A. Yes. It has been extended.
88:19 Q. When, if you recall?
88:20 A. Well, the last time we did it we
88:21 put a clause in there that said either
88:22 party could end it in 30 days. So we
88:23 didn't to have to keep wondering about

**MM-2 - Marion, Michael Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 88:24　these renewals. | | |
| | 88:25　Q.　And when was that? | | |
| | 89:01　　　M. MARION | | |
| | 89:02　A.　It was pre-COVID.  I'd guess ten | | |
| | 89:03　　　years ago. | | |
| 89:08 - 89:13 | **Marion, Michael 2025-05-16** | 00:00:21 | **MM-2.51** |
| | 89:08　A.　It was 2015 that we did the | | |
| | 89:09　　　(inaudible.)  And yes, as I said, we did | | |
| | 89:10　　　one somewhere in there that just gave each | | |
| | 89:11　　　of us the ability to get out of it instead | | |
| | 89:12　　　of having to -- having to renew it every | | |
| | 89:13　　　two or three years. | | |
| 89:15 - 90:19 | **Marion, Michael 2025-05-16** | 00:01:25 | **MM-2.52** |
| | 89:15　Q.　Do you have an assessment of the | | |
| | 89:16　　　quality of the shows that Live Nation has | | |
| | 89:17　　　brought to the Simmons Bank Arena? | | |
| | 89:18　A.　Yes.  I have an assessment of | | |
| | 89:19　　　the shows that Live Nation has brought to | | |
| | 89:20　　　the arena. | | |
| | 89:21　Q.　What is your assessment? | | |
| | 89:22　A.　They've been solid shows over | | |
| | 89:23　　　the years, a lot of big ones, some small | | |
| | 89:24　　　ones.  Most of them have been financially | | |
| | 89:25　　　successful.  All in all, it's been shows | | |
| | 90:01　　　M. MARION | | |
| | 90:02　　　that have been well attended that our | | |
| | 90:03　　　patrons really enjoy. | | |
| | 90:04　Q.　Do you have an assessment of the | | |
| | 90:05　　　volume of shows that Live Nation has | | |
| | 90:06　　　brought to the arena? | | |
| | 90:07　A.　Yes.  I do have an assessment of | | |
| | 90:08　　　the volume of shows that Live Nation | | |
| | 90:09　　　brings us. | | |
| | 90:10　Q.　What is your assessment? | | |
| | 90:11　A.　It varies from year to year | | |
| | 90:12　　　depending on what artists are touring, | | |
| | 90:13　　　what tours they secured, what -- you know, | | |
| | 90:14　　　if it's a major market tour, we're not a | | |
| | 90:15　　　major market. | | |
| | 90:16　　　So I would say it | | |

Case 1:24-cv-03973-AS    Document 1496-1    Filed 05/20/26    Page 30 of 31

MM-2 - Marion, Michael Designations cut 03-25-26

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | fluctuates, some years more than others. | | |
| | But, you know, again, I feel like they | | |
| | give us a shot at just about everything. | | |
| 90:20 - 91:12 | **Marion, Michael 2025-05-16** | 00:00:36 | **MM-2.53** |
| | Q. Has the Simmons Bank Arena ever considered terminating the co-pro agreement with Live Nation? | | |
| | A. No.  Simmons Bank Arena has never considered ending the co-pro agreement with Live Nation. | | |
| | M. MARION | | |
| | Q. And do you have an understanding of why the Simmons Bank Arena has never considered ending the co-pro agreement with Live Nation? | | |
| | A. Yes.  I have an opinion about why we haven't. | | |
| | Q. And why is that? | | |
| | A. Because every other building in the country has got one with them.  If we don't have one, we're not going to get the shows.  It's a competitive thing. | | |
| 91:13 - 92:09 | **Marion, Michael 2025-05-16** | 00:00:45 | **MM-2.54** |
| | Q. Do you have a view as to whether over the course of the relationship Live Nation has been a good business partner for the Simmons Bank Arena? | | |
| | A. Yes.  I do have an opinion about whether they've been a good business partner. | | |
| | Q. And what is your view? | | |
| | A. I would say yes, they've been a good business partner. | | |
| | Q. Why do you say that? | | |
| | A. Because over the years they've brought us shows that normally wouldn't | | |
| | M. MARION | | |
| | play in a market like this.  In some cases, if we had a show that didn't do too well, they would make a special effort to | | |

**Defense Affirmative Designations**    **Plaintiff Counters**    **Defense Counter Counters**    **29 / 30**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 92:05    bring us one that did do well so that we | | |
| | 92:06    could make up what we lost on the other | | |
| | 92:07    one. | | |
| | 92:08    So no, they've been a -- | | |
| | 92:09    they've been real solid. | | |
| 114:15 - 114:25 | **Marion, Michael 2025-05-16** | 00:00:40 | **MM-2.55** |

114:15   Q.   In your decades of experience in
114:16      the industry, would you say that it is
114:17      industry knowledge that Live Nation is
114:18      less likely to bring concerts to buildings
114:19      that are not ticketed by Ticketmaster?
114:20   A.   No. I would not say that.
114:21   Q.   Did Live Nation shows and the
114:22      importance of Live Nation shows play any
114:23      role in your assessment of whether to sign
114:24      this agreement with Ticketmaster?
114:25   A.   No.

| | |
|---|---|
| Defense Affirmative Designations | 00:41:12 |
| Plaintiff Counters | 00:02:39 |
| Defense Counter Counters | 00:02:34 |
| **TOTAL RUN TIME** | **00:46:26** |