# Exhibit 2

# Hanna, George Designations cut 03-25-26

Designation List Report

**Hanna, George**                              **2025-06-16**

| | |
|---|---|
| Defense Affirmative Designations | 00:14:13 |
| Plaintiff Counters | 00:04:35 |
| Defense Counter Counters | 00:02:31 |
| **TOTAL RUN TIME** | **00:21:20** |



**ID: GHan-4**

**GHan-4 - Hanna, George Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:01 - 17:04 | **Hanna, George 2025-06-16** | 00:00:13 | **GHan-4.1** |

Will you please state and spell your full name for the record?

A. George Mike Hanna, G-E-O-R-G-E, M-I-K-E, H-A-N-N-A.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:15 - 20:16 | **Hanna, George 2025-06-16** | 00:01:02 | **GHan-4.2** |

Q. Okay. So, Mr. Hanna, who is your current employer?

A. I work for the LA Clippers.

Q. And when did you join the Clippers organization?

A. I joined in June of 2021.

Q. And what is your current position with the Clippers?

A. I am the chief technology and digital officer.

Q. And what are your responsibilities as the chief technology and digital officer?

A. I have -- I have many. Can you clarify?

Q. Yeah. Well, why don't you -- at a high level, what are your job responsibilities in your role?

A. I was primarily brought on to support the -- the building of a new -- new venue, Intuit Dome, here in Inglewood. So while I have responsibilities for the Clippers and other entities, like The Forum, my primary responsibilities are around the Intuit Dome.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:17 - 20:19 | **Hanna, George 2025-06-16** | 00:00:11 | **GHan-4.3** |

Q. And did your job responsibilities include anything related to selection of a primary ticketer for the Intuit Dome?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:21 - 20:21 | **Hanna, George 2025-06-16** | 00:00:01 | **GHan-4.4** |

THE WITNESS: Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:02 - 21:17 | **Hanna, George 2025-06-16** | 00:00:52 | **GHan-4.5** |

Q. And what were your job -- job responsibilities related to the selection of a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

21:04      primary ticketer for the Intuit Dome?
21:05   A.   Well, one of them was -- was around
21:06      evaluating the technology for the players in the
21:07      market.
21:08   Q.   Anything else?
21:09   A.   Yeah, quite a few other things.
21:10   Q.   What are those?
21:11   A.   Another one was around documenting
21:12      our requirements for -- for what we wanted a
21:13      ticketing provider to be able to provide to us.
21:14   Q.   Anything else?
21:15   A.   Another one was evaluating those
21:16      ticketing providers and their ability to meet our
21:17      documented requirements.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 29:15 - 29:16 | **Hanna, George 2025-06-16** | 00:00:12 | **GHan-4.6** |

29:15   Q.   Okay. So did the Clippers issue an
29:16      RFP for selecting a ticketer for the Intuit Dome?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 29:19 - 29:19 | **Hanna, George 2025-06-16** | 00:00:01 | **GHan-4.7** |

29:19      THE WITNESS: Yeah.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:02 - 30:13 | **Hanna, George 2025-06-16** | 00:00:37 | **GHan-4.8** |

30:02   Q.   What do you understand an "RFP" to
30:03      mean?
30:04   A.   A request for proposal.
30:05   Q.   Did the Clippers submit an RFP?
30:06   A.   We submitted -- yeah, we submitted
30:07      our requirements. I've been in places where it
30:08      was a very, very formal process. This maybe was
30:09      a little less formal than that. But we did
30:10      submit requirements and -- and request proposals
30:11      and quotes from -- from partners.
30:12   Q.   And to which ticketers did the
30:13      Clippers submit ticketing requirements to?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:16 - 31:04 | **Hanna, George 2025-06-16** | 00:00:30 | **GHan-4.9** |

30:16      THE WITNESS: Ticketmaster,
30:17      SeatGeek, AXS and Tixr.
30:18      There may have been -- they --
30:19      there may have been more, but -- but I
30:20      don't -- I don't -- I don't remember if
30:21      there were any more than that.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

BY ATTORNEY MARKEL:

Q. And did all four of those ticketers that you named provide responses to the Clippers?

A. I believe they all did, yes.

| | | | |
|---|---|---|---|
| 31:14 - 33:03 | **Hanna, George 2025-06-16** | 00:01:38 | **GHan-4.10** |

Q. Well, what were the primary objectives that you were seeking from the ticketers that you reached out to?

A. We had a vision of the fan experience for Intuit Dome to be -- to be different than most other teams and venues. Most other teams and venues have the sort of ticket -- what we say -- the ticket as the center of the universe, where the ticketing provider generally owns that identity. Whereas for Intuit Dome, we wanted -- we wanted to own sort of the fan identity. We wanted the fan identity to be the center of our universe, and we wanted ticketing to be one aspect of it. So that -- that sort of vision im- -- implied -- implied many -- many technical differences between sort of current standard implementations and what we wanted.

Q. And why did you want the fan identity to be the center of the universe, so to speak?

A. Yeah. We have this -- we have this vision of home court advantage in our new arena, rewarding fans for their behavior, incentivizing certain behavior. And -- and you can't really do that unless you know who's coming to your venue. And without sort of the fan identity and every fan having their own ticket and their own account, it was hard for us to envision being able to do the things that we wanted to do. So we wanted every fan to have their own identity, have their own ticket, and -- and that allowed us to, again, do -- do the other things that we wanted to do downstream.

**GHan-4 - Hanna, George Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 38:07 - 38:19 | Hanna, George 2025-06-16 | 00:00:36 | **GHan-4.11** |

Okay.  I'd like to focus on the
Clippers' negotiations with AXS.
You attended multiple meetings
with AXS, right?
A.  I did, yes.
Q.  And were you involved in any of the
negotiations with AXS then?
A.  Yes.  "Negotiations" is a strong
word, but -- conversations with AXS.
Q.  Okay.  And when you started working
with the Clippers, the Clippers were actually
using AXS at Crypto.com, right?
A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 209:15 - 210:01 | Hanna, George 2025-06-16 | 00:00:25 | **GHan-4.12** |

Q.  Did any of the ticketers who
submitted proposals check all the boxes that you
were looking for?
A.  Within those requirements, we had
what we sort of considered showstoppers, meaning
we -- we weren't going to proceed unless they met
those needs.  And -- and, yes, we did have
ticketing providers that met those showstopping
requirements.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 244:08 - 244:14 | Hanna, George 2025-06-16 | 00:00:24 | **GHan-4.13** |

Q.  What do you recall at a high level
about SeatGeek's proposal from a technical
perspective?
A.  I remember thinking that they were
going to be more either capable or willing to
address our requirements than they ended up
committing to.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 245:07 - 245:21 | Hanna, George 2025-06-16 | 00:00:47 | **GHan-4.14** |

Q.  At -- at the start of the process
or -- or in the early stages of the process, do
you recall SeatGeek promising to deliver on your
showstoppers?
A.  I don't recall that, no.
Q.  By the end of the process, did you
have confidence that SeatGeek could have

**GHan-4 - Hanna, George Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

245:14    successfully executed on your showstoppers?

245:15  A.  No.

245:16  Q.  You did not have that confidence?

245:17  A.  I did not.

245:18  Q.  Why is that?

245:19  A.  I believe there were a couple of

245:20    them that they did not commit to meeting those

245:21    requirements.

| 249:05 - 249:08 | **Hanna, George 2025-06-16** | 00:00:08 | **GHan-4.15** |
|---|---|---|---|

249:05    And were you involved in the

249:06    conversations and the -- around the

249:07    decision-making process as to whether to go with

249:08    SeatGeek or not?

| 249:11 - 249:22 | **Hanna, George 2025-06-16** | 00:00:31 | **GHan-4.16** |
|---|---|---|---|

249:11    THE WITNESS:  Similarly, I was

249:12    involved with sharing my -- my perspective

249:13    on the technology and their capabilities.

249:14    BY ATTORNEY WEISS:

249:15  Q.  And I'm asking an obvious question,

249:16    but what was your -- what was your recommendation

249:17    with respect to the SeatGeek proposal?

249:18  A.  They could not meet all of our

249:19    showstopping recommendations.  And we had two

249:20    providers who could meet our showstopping

249:21    recommendations.  So my -- my recommendation was

249:22    that we don't select them.

| 258:04 - 258:16 | **Hanna, George 2025-06-16** | 00:00:38 | **GHan-4.17** |
|---|---|---|---|

258:04  Q.  Do you recall leaving any meetings

258:05    with SeatGeek feeling a lack of confidence in

258:06    their technology proposal?

258:07  A.  Yes.

258:08  Q.  What -- what do you recall about

258:09    that?

258:10  A.  We had to explain a couple different

258:11    times what we were looking for.  And on an

258:12    occasion or two, they described how they thought

258:13    they could meet our needs.

258:14    And we then had to describe again

258:15    how what they were describing didn't meet our

258:16    needs and reiterate what we were looking for.

**GHan-4 - Hanna, George Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 263:02 - 265:13 | **Hanna, George 2025-06-16** | 00:02:36 | **GHan-4.18** |

Q.  I said, My -- my understanding was that you had some familiarity with AXS's ticketing product when this RFP process kicked off.

Is that fair?

A.  That's correct.

Q.  Because they ticketed, as you testified, the Clippers when the Clippers played at Crypto?

A.  Correct.

Q.  And based on that understanding, did you have an assessment of the AXS ticketing system at this time from a technological perspective?

A.  I had an opinion.

Q.  What was your opinion?

A.  That they would not be able to meet the needs that we had for Intuit Dome.

Q.  Why did you hold that opinion?

A.  Why did I hold that opinion? The -- the number of, I -- I'd say, challenges that we faced contributed to that, me forming that opinion.

Q.  Can you elaborate on -- on the types of challenges you faced?

A.  For example, number of people who would have a hard time transferring a ticket either on the sender's side or the receiver's side and being -- waiting in line at our box office before a game to help -- get help with their ticket situation.

Q.  That's something you experienced on the AXS system when they were ticketing the Clippers at the Crypto Arena?

A.  Yes.

Q.  Are there any other issues that stand out in your mind relating to AXS from a technology perspective, based on your experience with them?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

264:19  A.  At the time, we had faced a couple
-- or what we call "venue-wide outages," where
tickets -- tickets couldn't be redeemed at all
across -- across the venue.  So we -- obviously,
when you have a event, ticketing, getting people
in the door, is pretty mission-critical for that
event, so we considered that a pretty broad
outage.

Q.  Anything else that comes to mind?
A.  This was -- your question is
specific to leading -- leading into or starting
the RFP process?
Q.  Yeah, based on your --
A.  Yes.
Q.  -- experience with AXS.
A.  Yeah.  Those were probably the two
-- two primary things.

| 265:22 - 266:10 | **Hanna, George 2025-06-16** | 00:00:26 | **GHan-4.19** |

Q.  And while the Clippers were still
being ticketed by the -- by AXS, did -- are you
aware of whether AXS did anything to fix those
issues -- those issues, make sure they didn't
happen again?
A.  Sure, they made -- made -- made
attempts to fix and resolve the issues that we
raised.
Q.  Were those attempts successful, in
your view?
A.  In some ways, yes; in some ways, no.

| 267:01 - 267:11 | **Hanna, George 2025-06-16** | 00:00:42 | **GHan-4.20** |

Q.  And what was your ultimate
assessment, if you recall, of AXS's proposal from
a technological perspective?
A.  If I recall, they did not say they
-- they didn't commit -- well, they didn't say
they couldn't meet our showstopping needs.  But I
didn't have sufficient confidence that they would
actually be able to.
Q.  Is that because of the issues that
you experienced at these -- I was going to say

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 267:11    the Staples Center, but at the Crypto Arena? | | |
| 267:14 - 268:19 | **Hanna, George 2025-06-16** | 00:01:11 | **GHan-4.21** |

267:14    THE WITNESS:  That -- that was --
267:15    that was a factor, yes.
267:16    BY ATTORNEY WEISS:
267:17  Q.  What were some of the other reasons
267:18    that you didn't have confidence in their being
267:19    able to meet the showstoppers?
267:20  A.  Through the -- through the, you
267:21    know -- what we're calling the "RFP process"
267:22    and -- and their responses, they -- they just
268:01    didn't -- they just weren't able at the time
268:02    to -- to give me sufficient confidence, whether
268:03    it be experts on their end or demos or
268:04    documentation on how or a plan to get there, so I
268:05    just didn't build the confidence.
268:06  Q.  And did you make -- ultimately make
268:07    a recommendation with respect to AXS to the --
268:08    the team deliberating on which ticketing system
268:09    to go with?
268:10  A.  I shared my opinion on their
268:11    technological capabilities and -- and whether I
268:12    believe they can meet our showstopping needs.
268:13  Q.  And just to close the loop and ask
268:14    an obvious question, what -- what was -- what was
268:15    your recommendation or -- or opinion that you
268:16    shared with that -- that group?
268:17  A.  That they would not be able to meet
268:18    our showstopping needs and, therefore, we should
268:19    not select them.

| 288:20 - 288:22 | **Hanna, George 2025-06-16** | 00:00:06 | **GHan-4.22** |

288:20  Q.  Okay.  And -- and do you have an
288:21    understanding as to the reasons why the
288:22    organization chose Ticketmaster?

| 289:03 - 289:07 | **Hanna, George 2025-06-16** | 00:00:10 | **GHan-4.23** |

289:03    THE WITNESS:  I don't know -- I
289:04    don't know all of the reasons.  I can only
289:05    speak to sort of the technical
289:06    capabilities that I -- I had and am in
289:07    weighing on.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 289:09 - 289:15 | **Hanna, George 2025-06-16** | 00:00:19 | **GHan-4.24** |

289:09  Q.  What -- what are the reasons that
289:10      Ticketmaster was selected, as you understand
289:11      them?
289:12  A.  Well, from a technical perspective,
289:13      they had the ability either because they already
289:14      did or they had committed to meeting all of our
289:15      showstopping ticketing requirements.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 303:06 - 303:08 | **Hanna, George 2025-06-16** | 00:00:04 | **GHan-4.25** |

303:06  Q.  Okay.  Do you think Ticketmaster has
303:07      been a good ticketing partner for the
303:08      organization?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 303:12 - 303:14 | **Hanna, George 2025-06-16** | 00:00:05 | **GHan-4.26** |

303:12      THE WITNESS:  I think they met a
303:13      lot of the -- our needs and a lot of the
303:14      things that they committed to.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 303:16 - 303:18 | **Hanna, George 2025-06-16** | 00:00:06 | **GHan-4.27** |

303:16  Q.  Do you think they worked hard to
303:17      help the organization achieve its objectives for
303:18      the Intuit Dome?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 303:21 - 303:21 | **Hanna, George 2025-06-16** | 00:00:02 | **GHan-4.28** |

303:21      THE WITNESS:  I think they did.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 306:08 - 306:11 | **Hanna, George 2025-06-16** | 00:00:07 | **GHan-4.29** |

306:08  Q.  Okay.  Do you think it was the
306:09      Clipper organization's goal, when implementing a
306:10      ticketing system at the Intuit Dome, to push the
306:11      envelope?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 306:15 - 306:19 | **Hanna, George 2025-06-16** | 00:00:11 | **GHan-4.30** |

306:15      THE WITNESS:  I think we had a
306:16      goal and a vision around the fan
306:17      experience, and I think in meeting that
306:18      goal, we had to push the envelope from a
306:19      technology perspective.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 306:21 - 307:03 | **Hanna, George 2025-06-16** | 00:00:15 | **GHan-4.31** |

306:21  Q.  And from a ticketing perspective?
306:22  A.  Yeah, I -- that's -- that's probably
307:01      safe to say.
307:02  Q.  Okay.  And has Ticketmaster been a

**GHan-4 - Hanna, George Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 307:03    partner with you in that -- in that endeavor -- | | |
| 307:06 - 307:06 | **Hanna, George 2025-06-16** | 00:00:01 | **GHan-4.32** |
| | 307:06  Q.  -- pushing the envelope? | | |
| 307:08 - 307:11 | **Hanna, George 2025-06-16** | 00:00:09 | **GHan-4.33** |
| | 307:08    THE WITNESS:  They have -- they have been a partner with us in -- in trying to meet our -- meet our -- meeting our objectives, yes. | | |
| 311:05 - 311:14 | **Hanna, George 2025-06-16** | 00:00:25 | **GHan-4.34** |
| | 311:05  Q.  Do you think Ticketmaster is effective at handling high-demand onsales for concerts?<br>311:08  A.  Generally speaking, I'd say yes.<br>311:09  Q.  Has Ticketmaster handled high-demand onsales for concerts at the Intuit Dome since it opened?<br>311:12  A.  Yes.<br>311:13  Q.  Do you know if those onsales went smoothly? | | |
| 311:18 - 311:18 | **Hanna, George 2025-06-16** | 00:00:01 | **GHan-4.35** |
| | 311:18    THE WITNESS:  They are. | | |
| 311:20 - 311:20 | **Hanna, George 2025-06-16** | 00:00:02 | **GHan-4.36** |
| | 311:20  Q.  Do you know if they were successful? | | |
| 312:01 - 312:15 | **Hanna, George 2025-06-16** | 00:00:47 | **GHan-4.37** |
| | 312:01    THE WITNESS:  Many measures of success.  From a technical perspective, they were successful.<br>312:04    BY ATTORNEY WEISS:<br>312:05  Q.  What is -- what's the technical perspective on -- on an onsale?<br>312:07  A.  It goes on sale when you announce people are able to access the system in a reasonable amount of time.  They're able to buy the tickets that they're trying to buy, and the system is able to perform stably and with adequate response times during that time.<br>312:13  Q.  And that's what you've seen -- or had in concerts at Intuit Dome since it opened?<br>312:15  A.  Yes. | | |

**GHan-4 - Hanna, George Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 317:02 - 317:07 | **Hanna, George 2025-06-16** | 00:00:15 | **GHan-4.38** |

317:02  Q.  Has Ticketmaster handled a sale of
317:03      tickets for a Clippers games since the
317:04      Intuit Dome opened?
317:05  A.  Yes.
317:06  Q.  And do you think they've done an
317:07      effective job with those sales?

| 317:10 - 317:10 | **Hanna, George 2025-06-16** | 00:00:02 | **GHan-4.39** |

317:10      THE WITNESS:  Yes.

| 328:12 - 328:18 | **Hanna, George 2025-06-16** | 00:00:23 | **GHan-4.40** |

328:12  Q.  Okay.  I think you were asked about
328:13      items that need to be improved upon from
328:14      Ticketmaster.  And I believe you noted there were
328:15      some items from a stability perspective and some
328:16      from a features and functions perspective.
328:17      Does that sound right?
328:18  A.  Yes.

| 328:22 - 331:08 | **Hanna, George 2025-06-16** | 00:02:59 | **GHan-4.41** |

328:22  Q.  And what are those items, in your
329:01      judgment, that need to be improved upon from
329:02      Ticketmaster with respect to the stability
329:03      perspective?
329:04  A.  Well, for example, we had an event a
329:05      week and a half ago, and for about a 15-minute
329:06      window, our system was getting a -- a -- what
329:07      appeared to be an inconsistent response from a
329:08      Ticketmaster system, essentially an error message
329:09      that we weren't expecting.  It wasn't for
329:10      everybody walking into the building, by any
329:11      means.  It was a -- it was a small percentage.
329:12      But it was inconsistent, and there was no pattern
329:13      that we can discern.
329:14      So for those people, when they
329:15      attempted to walk in the building, we had to send
329:16      them to the -- our -- our version of a -- you
329:17      know, the ticket booth.  And those people didn't
329:18      do anything different or wrong, nor could we
329:19      identify why they were getting an error.  And so
329:20      that's something that Ticketmaster is

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

investigating.

Q. Okay. And what are those items, in your judgment, that need to be improved upon from Ticketmaster with respect to features and functions?

A. Well, for example, our ability to customize the content and the look and feel of an e-mail a ticket purchaser gets if they buy a ticket from Ticketmaster.com or the Ticketmaster app. Generally speaking, it's a generic e-mail that they get with the details of the event they bought. And -- and we want the ability to customize that and make it look and feel more like our brand and our message with -- with the -- with the specific instructions we want to give in. And that isn't possible yet -- or the customizations are limited, I should say.

Q. Okay. Anything else that you can think of?

A. We have -- there -- there's additional features related to what we call "in-venue upgrades." So you -- you bought or you were given a ticket in the upper bowl, meaning bad seats, high seats, and you want, once you arrive, the ability to upgrade your ticket and get a better seat. And if we have that seat available, we want to offer that to you and essentially have that be a chain reaction, so that the seat that you just freed up and you -- you got an upgrade to a better one, that, now, seat may be better than somebody else's who can upgrade into that one.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 332:04 - 332:06 | **Hanna, George 2025-06-16** | 00:00:08 | **GHan-4.42** |

Q. Are there any nonshowstopper items that the Clippers have requested but that Ticketmaster has not yet delivered?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 332:08 - 333:11 | **Hanna, George 2025-06-16** | 00:01:06 | **GHan-4.43** |

THE WITNESS: Nonshowstopper items that we have requested that Ticketmaster has not yet delivered, yes.

**GHan-4 - Hanna, George Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

332:11    BY ATTORNEY MARKEL:

332:12  Q.  What are some of those?

332:13  A.  Well, for example, when -- we have
this new feature that's unique to our building
that Ticketmaster built for us called
"assignment."
So everybody in the industry and
generally knows what transferring a ticket means.
We have this new concept of assigning a ticket.
We want the ability when somebody goes and looks
at a ticket on -- on the Ticketmaster screen
within our app for the call to action, meaning
the buttons, to reference this assigned
functionality.  And right now, it just says
"transfer."
So you read about this assigned
functionality, and then you go to that screen and
you don't know how to get there because really,
it's sort of buried within the same transfer
button.  And we want the ability to customize the
messaging, the button labels to, again, provide a
little bit more clarity, a little less confusion
for fans.

| Defense Affirmative Designations | 00:14:13 |
|---|---|
| Plaintiff Counters | 00:04:35 |
| Defense Counter Counters | 00:02:31 |
| **TOTAL RUN TIME** | **00:21:20** |