# Exhibit 3

# Brown, Dave Designations cut 03-25-26

Designation List Report

**Brown, Dave**                                    **2025-05-21**

| | |
|---|---|
| Defense Affirmative Designations | 00:10:09 |
| Plaintiff Counters | 00:05:41 |
| Defense Counter Counters | 00:00:36 |
| **TOTAL RUN TIME** | **00:16:26** |



**ID: DB-2**

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:16 - 7:18 | **Brown, Dave 2025-05-21** | 00:00:06 | **DB-2.1** |

7:16 Could you please state your name
7:17 for the record?
7:18 A. Dave Brown.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:10 - 10:16 | **Brown, Dave 2025-05-21** | 00:00:12 | **DB-2.2** |

10:10 Q. Mr. Brown, who is your current
10:11 employer?
10:12 A. Center Operating Company.
10:13 Q. And what is your current title
10:14 with the Center Operating Company?
10:15 A. Chief operating officer and
10:16 general manager.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:09 - 13:18 | **Brown, Dave 2025-05-21** | 00:00:21 | **DB-2.3** |

13:09 Q. What is the American Airlines
13:10 Center?
13:11 A. A sports and entertainment
13:12 arena.
13:13 Q. And what role does the Center
13:14 Operating Company play with respect to the
13:15 American Airlines Center?
13:16 A. We have a lease to operate the
13:17 building on behalf of the city and the
13:18 partnership.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:19 - 13:22 | **Brown, Dave 2025-05-21** | 00:00:08 | **DB-2.4** |

13:19 Q. Where is the American Airlines
13:20 Center located?
13:21 A. Dallas, Texas, 2500 Victory
13:22 Avenue.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:02 - 14:07 | **Brown, Dave 2025-05-21** | 00:00:11 | **DB-2.5** |

14:02 Q. Do any professional sports team
14:03 play at the American Airlines Center?
14:04 A. Yes.
14:05 Q. Which ones?
14:06 A. NBA Dallas Mavericks and NHL
14:07 Dallas stars.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:18 - 22:21 | **Brown, Dave 2025-05-21** | 00:00:05 | **DB-2.6** |

22:18 Does the American Airlines
22:19 Center use Ticketmaster as its primary
22:20 ticketer?

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 22:21   A.  Yes. | | |
| 22:22 - 24:12 | **Brown, Dave 2025-05-21** | 00:01:13 | **DB-2.7** |

22:22   Q.  And you've been at the American
22:23       Airlines Center since it opened in 1999, is
22:24       that right?
22:25   A.  2001, yes.
23:01       D. Brown - Confidential
23:02   Q.  2001.
23:03       Has the American Airlines Center
23:04       used Ticketmaster as its primary ticketer
23:05       the entire time since then?
23:06   A.  Yes.
23:07   Q.  The American Airlines Center
23:08       agreement with Ticketmaster has been
23:09       extended several times since 2001, is that
23:10       right?
23:11   A.  Yes.
23:12   Q.  Do you recall how many times?
23:13   A.  No, not exactly.  I'd say
23:14       approximately four.
23:15   Q.  Do you recall when?
23:16   A.  No.
23:17   Q.  There was a license user
23:18       agreement signed in 2005.
23:19       Does that sound about right?
23:20   A.  Yes.
23:21   Q.  And that agreement was extended
23:22       in 2010.
23:23       Does that sound about right?
23:24   A.  Yes.
23:25   Q.  The agreement was extended again
24:01       D. Brown - Confidential
24:02       in 2014.
24:03       Does that sound about right?
24:04   A.  Yes.
24:05   Q.  And it was extended in 2018.
24:06       Does that sound about right?
24:07   A.  Yes.
24:08   Q.  And, most recently, the
24:09       agreement with Ticketmaster was extended in

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 2021. | | |
| | Does that sound about right? | | |
| | A. Yes. | | |
| 24:24 - 25:19 | **Brown, Dave 2025-05-21** | 00:00:41 | **DB-2.8** |
| | Q. What events does the American | | |
| | Airlines Center's agreement with | | |
| | D. Brown - Confidential | | |
| | Ticketmaster cover? | | |
| | A. Anything that we agreed -- | | |
| | booked together. | | |
| | I'm sorry, let me -- I was | | |
| | thinking of Live Nation. | | |
| | It covers all events that we | | |
| | host in the building. | | |
| | Q. Are Mavs and Stars games also | | |
| | ticketed by Ticketmaster? | | |
| | A. Yes. | | |
| | Q. Do the Mavs and Stars each have | | |
| | their own agreements with Ticketmaster | | |
| | separate from the American Airlines Center | | |
| | agreement with Ticketmaster? | | |
| | A. Yes. | | |
| | Q. Have those agreements also been | | |
| | extended multiple times, if you know? | | |
| | A. Yes. | | |
| 27:13 - 27:21 | **Brown, Dave 2025-05-21** | 00:00:22 | **DB-2.9** |
| | Q. Do you have an understanding of | | |
| | why the American Airlines Center has chosen | | |
| | to extend its contract with Ticketmaster | | |
| | multiple times over the years? | | |
| | A. Yes, I do. | | |
| | Q. And could you explain your | | |
| | understanding at a high level? | | |
| | A. Again, I use the word | | |
| | "effective." It works for us. | | |
| 27:22 - 28:07 | **Brown, Dave 2025-05-21** | 00:00:14 | **DB-2.10** |
| | Q. Would you say that the quality | | |
| | of Ticketmaster's ticketing system has | | |
| | played a role in that decision-making | | |
| | process? | | |

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

28:01    D. Brown - Confidential
28:02    A.  Yes.
28:03    Q.  Do you think that the support
28:04        services that Ticketmaster offers has
28:05        played a role in that decision-making
28:06        process?
28:07    A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 28:10 - 28:13 | **Brown, Dave 2025-05-21** | 00:00:21 | **DB-2.11** |

28:10    Q.  And why do you say that?
28:11    A.  Our job is to run an effective,
28:12        efficient ticketing operation, and they
28:13        provided us the system to do that.

| 28:25 - 29:02 | **Brown, Dave 2025-05-21** | 00:00:05 | **DB-2.12** |
|---|---|---|---|

28:25    Q.  Can you elaborate on what you
29:01        D. Brown - Confidential
29:02        mean by "effective"?

| 29:04 - 29:05 | **Brown, Dave 2025-05-21** | 00:00:09 | **DB-2.13** |
|---|---|---|---|

29:04    A.  The system works.  It's a very
29:05        robust, dependable, tried-and-true system.

| 29:14 - 29:18 | **Brown, Dave 2025-05-21** | 00:00:09 | **DB-2.14** |
|---|---|---|---|

29:14    Q.  Would you say that the American
29:15        Airlines Center chose to extend its
29:16        agreement with Ticketmaster based upon the
29:17        technical and financial merits of
29:18        Ticketmaster's offer?

| 29:20 - 29:25 | **Brown, Dave 2025-05-21** | 00:00:08 | **DB-2.15** |
|---|---|---|---|

29:20    A.  Yes.
29:21    Q.  And was that the case on each
29:22        occasion that the American Airlines Center
29:23        has extended its agreement with
29:24        Ticketmaster?
29:25    A.  Yes.

| 31:06 - 31:15 | **Brown, Dave 2025-05-21** | 00:00:23 | **DB-2.16** |
|---|---|---|---|

31:06    Q.  In connection with any of the
31:07        extensions of the Ticketmaster agreement
31:08        that we've discussed for the American
31:09        Airlines Center, did anyone at Ticketmaster
31:10        or Live Nation say anything to you that
31:11        suggested Live Nation would route concerts

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

31:12 away from the American Airlines Center if
31:13 the American Airlines Center did not choose
31:14 Ticketmaster as its primary ticketer?
31:15 A. No.

| | | | |
|---|---|---|---|
| 31:16 - 31:24 | **Brown, Dave 2025-05-21** | 00:00:18 | **DB-2.17** |

31:16 Q. In connection with any of the
31:17 extensions we discussed for the American
31:18 Airlines Center, did anyone at Ticketmaster
31:19 or Live Nation communicate any threats to
31:20 you or anyone at the American Airlines
31:21 Center as far as you're aware relating to
31:22 the American Airlines Center's choice of
31:23 its primary ticketer?
31:24 A. No.

| | | | |
|---|---|---|---|
| 34:04 - 34:07 | **Brown, Dave 2025-05-21** | 00:00:06 | **DB-2.18** |

34:04 Q. Do you feel like the American
34:05 Airlines Center was coerced in any way to
34:06 choose Ticketmaster as its primary
34:07 ticketer?

| | | | |
|---|---|---|---|
| 34:09 - 34:14 | **Brown, Dave 2025-05-21** | 00:00:11 | **DB-2.19** |

34:09 A. No.
34:10 Q. Do you feel like the American
34:11 Airlines Center has been coerced to
34:12 continue choosing Ticketmaster as its
34:13 primary ticketer over the years?
34:14 A. No.

| | | | |
|---|---|---|---|
| 34:21 - 35:03 | **Brown, Dave 2025-05-21** | 00:00:14 | **DB-2.20** |

34:21 Q. In connection with any of the
34:22 renewals of the Ticketmaster agreement that
34:23 we just discussed for the American Airlines
34:24 Center, did the American Airlines Center
34:25 consider any other primary ticketing
35:01 D. Brown - Confidential
35:02 platforms?
35:03 A. Yes.

| | | | |
|---|---|---|---|
| 35:08 - 35:12 | **Brown, Dave 2025-05-21** | 00:00:16 | **DB-2.21** |

35:08 Q. And do you recall which other
35:09 providers the American Airlines Center has
35:10 considered?

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

35:11    A.    AXS -- A-X-S.  And I believe we
35:12          took a meeting with StubHub.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:13 - 35:15 | **Brown, Dave 2025-05-21** | 00:00:05 | **DB-2.22** |

35:13    Q.    Do you recall what the American
35:14          Airlines Center's valuation of AXS was?
35:15    A.    No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:16 - 35:17 | **Brown, Dave 2025-05-21** | 00:00:04 | **DB-2.61** |

35:16    Q.    Has the American Airlines Center
35:17          considered SeatGeek?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:18 - 35:23 | **Brown, Dave 2025-05-21** | 00:00:14 | **DB-2.64** |

35:18    A.    I don't remember.  I know we've
35:19          talked about them.  I don't know if we ever
35:20          took a meeting or got a proposal.
35:21          We may or may not have.  It's
35:22          been a while since that might have
35:23          occurred.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:08 - 36:12 | **Brown, Dave 2025-05-21** | 00:00:16 | **DB-2.23** |

36:08    Q.    Do you have an understanding of
36:09          why the American Airlines Center ultimately
36:10          chose to stick with Ticketmaster?
36:11    A.    It was just our confidence in
36:12          Ticketmaster, plus the revised deal points.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:11 - 37:13 | **Brown, Dave 2025-05-21** | 00:00:04 | **DB-2.24** |

37:11    Q.    Do you have an assessment of the
37:12          quality of Ticketmaster's products and
37:13          services?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:15 - 37:17 | **Brown, Dave 2025-05-21** | 00:00:10 | **DB-2.25** |

37:15    A.    Yes.
37:16    Q.    What is your assessment?
37:17    A.    Highly effective.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:07 - 41:13 | **Brown, Dave 2025-05-21** | 00:00:14 | **DB-2.26** |

41:07    Q.    Are you familiar with
41:08          Ticketmaster's rotating bar code feature?
41:09    A.    Yes.
41:10    Q.    Are you aware that that -- the
41:11          Ticketmaster's rotating bar code feature is
41:12          called SafeTix?
41:13    A.    Yes.  That's part of it, yes.

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:14 - 41:19 | **Brown, Dave 2025-05-21** | 00:00:16 | **DB-2.27** |

Q. Do you have an understanding of the purpose of SafeTix?
A. Yeah. It's to minimize fraud and duplication of tickets.
Q. Do you have an assessment of SafeTix as a fraud prevention tool?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:21 - 42:04 | **Brown, Dave 2025-05-21** | 00:00:25 | **DB-2.28** |

A. Yes.
Q. What is your assessment?
A. Very effective.
Q. What's the basis of your assessment?
D. Brown - Confidential
A. The amount of fraudulent tickets, duplicated tickets has virtually been eliminated.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 46:04 - 46:05 | **Brown, Dave 2025-05-21** | 00:00:03 | **DB-2.29** |

Q. Do you view Ticketmaster as an innovative company?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 46:07 - 46:08 | **Brown, Dave 2025-05-21** | 00:00:04 | **DB-2.30** |

A. Yes.
Q. Why do you say that?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 46:10 - 46:20 | **Brown, Dave 2025-05-21** | 00:00:55 | **DB-2.31** |

A. They are always trying to advance the technologies, protect the ticket buyer, you know, broaden accessibility to tickets to the right people, eliminate fraud, if I didn't say that already, expedite guest access into the building through the ticketing redemption validation process, adding value to tickets so that tickets serve multiple functions beyond admission -- that's what comes to mind.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:05 - 49:09 | **Brown, Dave 2025-05-21** | 00:00:10 | **DB-2.32** |

Q. Based on your experience, do you think Ticketmaster has had to compete and innovate to convince the American Airlines

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 49:08    Center to stick with Ticketmaster over all<br>49:09    these years? | | |
| 49:11 - 49:15 | **Brown, Dave 2025-05-21** | 00:00:13 | **DB-2.33** |
| | 49:11    A.  Yes.<br>49:12    Q.  Why do you say that?<br>49:13    A.  If they didn't, then someone<br>49:14        else would provide the things we've asked<br>49:15        for. | | |
| 51:09 - 51:13 | **Brown, Dave 2025-05-21** | 00:00:09 | **DB-2.34** |
| | 51:09    Q.  Do you have an understanding of<br>51:10        the different fees that a fan pays for<br>51:11        tickets to an event at the American<br>51:12        Airlines Center?<br>51:13    A.  Yes. | | |
| 51:14 - 51:22 | **Brown, Dave 2025-05-21** | 00:00:14 | **DB-2.35** |
| | 51:14    Q.  Is there a convenience charge<br>51:15        component?<br>51:16    A.  Yes.<br>51:17    Q.  Is there a facility charge<br>51:18        component?<br>51:19    A.  Yes.<br>51:20    Q.  Is there an order processing<br>51:21        charge component?<br>51:22    A.  Yes. | | |
| 51:23 - 51:25 | **Brown, Dave 2025-05-21** | 00:00:08 | **DB-2.36** |
| | 51:23    Q.  Are there any other fees that I<br>51:24        am missing?<br>51:25    A.  Not that I'm aware of. | | |
| 52:02 - 52:09 | **Brown, Dave 2025-05-21** | 00:00:16 | **DB-2.37** |
| | 52:02    Q.  Is the American Airlines Center<br>52:03        the ultimate decision maker on the amount<br>52:04        of the fees that are charged?<br>52:05    A.  Yes.<br>52:06    Q.  Does the American Airlines<br>52:07        Center keep the majority of the fees that<br>52:08        are charged?<br>52:09    A.  Yes. | | |
| 56:19 - 57:02 | **Brown, Dave 2025-05-21** | 00:00:27 | **DB-2.38** |
| | 56:19    Q.  Is it the American Airlines | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

56:20    Center's preference to have an exclusive
56:21    relationship with its primary ticketer?
56:22  A. Yes.
56:23  Q. Why do you say that?
56:24  A. To operate under different
56:25    systems, different equipment would be very
57:01    D. Brown - Confidential
57:02    burdensome.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 57:03 - 57:08 | **Brown, Dave 2025-05-21** | 00:00:21 | **DB-2.39** |

57:03  Q. What is the burden that it would
57:04    impose?
57:05  A. The systems are complicated.  It
57:06    takes training, it takes knowledge, people
57:07    that know how to work the systems, and
57:08    they're -- they all operate differently.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 57:13 - 57:16 | **Brown, Dave 2025-05-21** | 00:00:07 | **DB-2.40** |

57:13  Q. So is it the American Airlines
57:14    Center's choice to have an exclusive
57:15    relationship with its primary ticketer?
57:16  A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 57:21 - 57:24 | **Brown, Dave 2025-05-21** | 00:00:07 | **DB-2.41** |

57:21    Do you have a view as to whether
57:22    it would be better or worse for fans if the
57:23    American Airlines Center had more than one
57:24    primary ticketer?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 58:02 - 58:03 | **Brown, Dave 2025-05-21** | 00:00:05 | **DB-2.42** |

58:02  A. Yes.  It would be worse.
58:03  Q. Why do you say that?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 58:05 - 58:07 | **Brown, Dave 2025-05-21** | 00:00:09 | **DB-2.43** |

58:05  A. The burden of operating under
58:06    different systems would create a less
58:07    efficient system, less effective.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 58:08 - 58:12 | **Brown, Dave 2025-05-21** | 00:00:10 | **DB-2.44** |

58:08  Q. If you could, would you prefer
58:09    to switch primary ticketing platforms from
58:10    event to event with the American Airlines
58:11    Center?
58:12  A. No.

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 58:16 - 58:20 | **Brown, Dave 2025-05-21** | 00:00:08 | **DB-2.45** |

58:16    If you could, would you prefer
58:17    to have multiple primary ticketing
58:18    platforms for a single event at the
58:19    American Airlines Center?
58:20  A.  No.

| | | | |
|---|---|---|---|
| 59:07 - 59:14 | **Brown, Dave 2025-05-21** | 00:00:18 | **DB-2.46** |

59:07  Q.  You also mentioned that the
59:08    American Airlines Center receives upfront
59:09    payments as part of its ticketing contract.
59:10    Would you expect that a venue
59:11    would receive more or less in upfront
59:12    payments if the venue had multiple
59:13    ticketers as opposed to an exclusive
59:14    ticketer?

| | | | |
|---|---|---|---|
| 59:17 - 59:19 | **Brown, Dave 2025-05-21** | 00:00:07 | **DB-2.47** |

59:17  A.  I would expect less.
59:18  Q.  Why do you say that?
59:19  A.  Scale.

| | | | |
|---|---|---|---|
| 59:20 - 59:25 | **Brown, Dave 2025-05-21** | 00:00:28 | **DB-2.62** |

59:20  Q.  Could you elaborate?
59:21  A.  If one is selling more tickets
59:22    and participating in more revenue, they're
59:23    going to have a better ability to pay a
59:24    higher upfront -- you know, upfront
59:25    payment.

| | | | |
|---|---|---|---|
| 62:21 - 63:05 | **Brown, Dave 2025-05-21** | 00:00:36 | **DB-2.48** |

62:21  Q.  If you didn't have an exclusive
62:22    ticketing partnership and the payments
62:23    associated with an exclusive ticketing
62:24    partnership, do you think the American
62:25    Airlines Center might have to increase
63:01    D. Brown - Confidential
63:02    ticketing fees?
63:03  A.  In order to maintain the revenue
63:04    streams from that revenue generator,
63:05    potentially, yes.

| | | | |
|---|---|---|---|
| 68:12 - 69:02 | **Brown, Dave 2025-05-21** | 00:00:55 | **DB-2.49** |

68:12  Q.  All right.  Great.  Thank you.

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

You mentioned earlier that
American Airlines Center hosts about 40
concerts a year, correct?

A. Correct.

Q. How many events do they host in
general over the year?

A. About 170.

Q. And how many of each type, on
average?

A. Professional sports, Mavericks
and Stars, NBA, NHL, about 100.  Concerts,
between 40 and 50.  And then family shows,
amateur sports, combat sports, other live

D. Brown - Confidential

entertainment make up the other 30 or so.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 69:12 - 69:25 | **Brown, Dave 2025-05-21** | 00:00:49 | **DB-2.50** |

Q. Thank you.
Not including revenue from
professional sports events, what proportion
of overall revenue do concert and comedy
events make up, on average?

A. I really don't know.
It's -- it's a large number.
It's a substantial part of our overall
revenue, but I'm just not that familiar
with the overall -- we have a lot of
revenue sources.
I don't know exactly how -- know
that fractional amount of business equates
to overall.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 70:20 - 71:03 | **Brown, Dave 2025-05-21** | 00:00:18 | **DB-2.51** |

Q. Thank you.
Do you have an understanding of
on average about what proportion of
concerts and comedy events hosted at the
arena are provided by Live Nation, the
promoter?

D. Brown - Confidential

A. Yes.

Q. What proportion would that be?

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 71:04 - 71:08 | **Brown, Dave 2025-05-21** | 00:00:18 | **DB-2.52** |

71:04  A.  Probably about 60% right now.
71:05  Q.  Frankly, if Live Nation stopped
71:06     bringing shows to the American Airlines
71:07     Center and nothing else changed, would that
71:08     adversely affect your arena's bottom line?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 71:10 - 71:19 | **Brown, Dave 2025-05-21** | 00:00:23 | **DB-2.53** |

71:10  A.  Yes.
71:11  Q.  Why?
71:12  A.  I would assume, if they're not
71:13     bringing, you know, 60% of the business
71:14     here, it would be hard for me to make that
71:15     up.
71:16  Q.  Would you be able to make up the
71:17     deficit by increasing the number of
71:18     professional sports events?
71:19  A.  No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 71:20 - 71:22 | **Brown, Dave 2025-05-21** | 00:00:05 | **DB-2.54** |

71:20  Q.  Would you be able to make it up
71:21     by increasing the number of family shows or
71:22     non-professional sports events?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 71:24 - 71:25 | **Brown, Dave 2025-05-21** | 00:00:03 | **DB-2.55** |

71:24  A.  That would not be my -- that
71:25     would be part of the solution.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 72:02 - 72:04 | **Brown, Dave 2025-05-21** | 00:00:04 | **DB-2.56** |

72:02  Q.  Would you be able to make up the
72:03     deficit by just working with other concert
72:04     promoters?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 72:06 - 72:07 | **Brown, Dave 2025-05-21** | 00:00:02 | **DB-2.57** |

72:06  A.  That would be part of the
72:07     solution.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 83:21 - 84:02 | **Brown, Dave 2025-05-21** | 00:00:13 | **DB-2.58** |

83:21  Q.  Does the American Airlines
83:22     Center currently have any long-term booking
83:23     agreements with any promoters?
83:24  A.  Yes.
83:25  Q.  Which promoters?
84:01     D. Brown - Confidential

**DB-2 - Brown, Dave Designations cut 03-25-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 84:02    A.   Live Nation. | | |
| 84:03 - 84:03 | **Brown, Dave 2025-05-21** | 00:00:01 | **DB-2.59** |
| | 84:03    Q.   Any others? | | |
| 84:04 - 84:05 | **Brown, Dave 2025-05-21** | 00:00:12 | **DB-2.63** |
| | 84:04    A.   Feld Entertainment. | | |
| | 84:05          I think that's the only one. | | |
| 84:20 - 84:22 | **Brown, Dave 2025-05-21** | 00:00:04 | **DB-2.60** |
| | 84:20    Q.   What type of content does Feld | | |
| | 84:21          provide? | | |
| | 84:22    A.   Family shows. | | |

| | |
|---|---|
| Defense Affirmative Designations | 00:10:09 |
| Plaintiff Counters | 00:05:41 |
| Defense Counter Counters | 00:00:36 |
| **TOTAL RUN TIME** | **00:16:26** |