# Exhibit 4

# Henson, Robert Affirmative Designations cut 03-24-26

Designation List Report

**Henson jr, Robert**                                      **2025-07-08**

| | |
|---|---|
| Defense Affirmative Designations | 00:24:35 |
| Plaintiff Counters | 00:03:28 |
| Defense Counter Counters | 00:00:55 |
| **TOTAL RUN TIME** | **00:28:58** |



**ID: RH-2**

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:19 - 6:22 | **Henson jr, Robert 2025-07-08** | 00:00:09 | **RH-2.1** |

6:19 Could you please state and
6:20 spell your name for the record.
6:21 A. Rob, R-O-B. Henson,
6:22 H-E-N-S-O-N.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:03 - 9:11 | **Henson jr, Robert 2025-07-08** | 00:00:23 | **RH-2.2** |

9:03 Mr. Henson, where are you
9:04 currently employed?
9:05 A. City of Norfolk. I'm the
9:06 director of the department of cultural
9:07 facilities, arts, and entertainment.
9:08 Q. And how long have you been
9:09 employed by the City of Norfolk?
9:10 A. Since July 1, 2014, going into
9:11 year 11.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:09 - 11:04 | **Henson jr, Robert 2025-07-08** | 00:01:10 | **RH-2.3** |

10:09 Q. Could you please describe for
10:10 us just at a high level what your
10:11 responsibilities are as the director of the
10:12 department of cultural facilities, arts,
10:13 and entertainment?
10:14 A. My responsibilities include but
10:15 are not limited to managing the facilities
10:16 for the City. We have seven public
10:17 assembly facilities. Regarding management,
10:18 upkeep, maintenance, booking, programming,
10:19 and revenue generation.
10:20 Q. And are those what's -- I've
10:21 seen referred to as the SevenVenues?
10:22 A. That is correct.
10:23 Q. And what are those SevenVenues?
10:24 A. Okay. From largest to
10:25 smallest: Scope Arena, Chrysler Hall,
11:01 -
11:02 Harrison Opera House, Harbor Park, Wells
11:03 Theatre, Attucks Theatre and Town Point
11:04 Park.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:14 - 24:13 | **Henson jr, Robert 2025-07-08** | 00:01:22 | **RH-2.4** |

23:14 Q. And do you have -- do you have

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

a sense of when that relationship between
Ticketmaster and the City of Norfolk began?

A. That was before I got here, so
it generally -- I would have to say it's
five-year increments, then options and then
per municipal code, we have to go out to
bid, so that's -- I would -- let's see, 14
-- maybe they were three years, four years
before -- into the agreement when I got
here.  I'm not sure.

Q. That's all right.

-

A. Okay.

Q. You mentioned that the
agreements are generally five-year
increments with options.  What do you mean
by that?

A. Well, so most of the agreements
we do at the City of Norfolk and other
municipalities I've been in, generally,
it's a five-year agreement with five
one-year options, mutually agreeable
extended, either party can either say yes
or no.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:07 - 25:20 | **Henson jr, Robert 2025-07-08** | 00:00:48 | **RH-2.5** |

Q. And about when was the last
time the City issued an RFP for ticketing
services, if you recall?

A. I want to say 20- -- for some
reason, 2016 -- I think it's 2016.  I'm not
sure though.  I could check.

Q. Sure.  But about 2016 or so?

A. Yes.  So I'm doing the
five-year plus the options and I'm backing
up the dates to try to think, because I
know when I got here in '14, we did go out
to bid shortly, like two or three years
after I got here because that was winding
down, so yeah.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 26:06 - 26:25 | **Henson jr, Robert 2025-07-08** | 00:01:10 | **RH-2.6** |

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 26:06  Q. And who evaluates the | | **RH-2.6** |
| | 26:07      respondents after procurement advertises | | |
| | 26:08      the RFP? | | |
| | 26:09  A. In conjunction with the | | |
| | 26:10      procurement department, we set up a panel, | | |
| | 26:11      usually of five or more, to review all the | | |
| | 26:12      respondents and we grade them and, you | | |
| | 26:13      know, sometimes we'll narrow down, like | | |
| | 26:14      let's say we get four or five or six, we | | |
| | 26:15      will narrow down to maybe two or three that | | |
| | 26:16      we will call in to do a live presentation | | |
| | 26:17      to the group. | | |
| | 26:18      We ask questions, get more | | |
| | 26:19      feedback, and then the team will | | |
| | 26:20      independently rank each of the presenters. | | |
| | 26:21      And then it's all done in a blind -- you | | |
| | 26:22      know, blindly, and then those are all | | |
| | 26:23      submitted to the procurement department. | | |
| | 26:24      They review everything.  And then they | | |
| | 26:25      award the contract based on the ranking. | | |
| 27:02 - 27:04 | **Henson jr, Robert 2025-07-08** | 00:00:08 | **RH-2.7** |
| | 27:02  Q. And were you involved at all in | | |
| | 27:03      the RFP process in 2016 or 2017 or so? | | |
| | 27:04  A. Yes, I was. | | |
| 27:07 - 27:24 | **Henson jr, Robert 2025-07-08** | 00:00:58 | **RH-2.8** |
| | 27:07  Q. And did you play a part in the | | |
| | 27:08      -- in the panel? | | |
| | 27:09  A. Yes. | | |
| | 27:10  Q. Sorry, just to be clear, were | | |
| | 27:11      you on the panel? | | |
| | 27:12  A. Yes. | | |
| | 27:13  Q. Do you recall if there were | | |
| | 27:14      multiple respondents to the RFP? | | |
| | 27:15  A. Yes, there were. | | |
| | 27:16  Q. And who were the respondents? | | |
| | 27:17  A. Let's see.  We had | | |
| | 27:18      Ticketmaster.  We had A-X-S, AXS tickets. | | |
| | 27:19      We had -- we had like two or more other | | |
| | 27:20      ticketing like smaller platform ticketing | | |
| | 27:21      companies.  I can't recall their name, like | | |

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:22  Eventbright, you know, something like that, | | |
| | 27:23  smaller. I think -- I think we had four | | |
| | 27:24  respondents, yeah. | | |
| 27:25 - 29:10 | **Henson jr, Robert 2025-07-08** | 00:02:15 | **RH-2.30** |

Q. And was there a -- was there a
-
set of criteria that the -- that the panel
used to evaluate the respondents on?

A. Yes.

Q. And do you recall what the
criteria was?

A. Something to the effect of
there was like five key criteria.
Experience, you know, proof of experience
of handling large scale volume of ticket
sales, number of venues that they were in.
I guess that goes to experience.
The financial solvency of the
company. Their bandwidth to, you know,
perform, and a couple other little things
like that. Just the general -- it's a real
general questionnaire that we're rating
them on because in the past -- I'm sorry,
not in the past.
What we don't want is to get a
ticketing provider who wants to do the --
who wants the contract, who wants to do the
job, that does not have the capacity to
sell the quantity of tickets all at once
without, you know, crashing or customer
-
service, you know, et cetera. I have had
that experience before when I was in --
when I was in Tupelo.
So we're looking for bandwidth.
We're looking for somebody who can sell a
lot of tickets all at once, and their
system is robust enough to handle the type
of -- the type and quantity of traffic that
we require.

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 29:18 - 30:06 | **Henson jr, Robert 2025-07-08** | 00:00:33 | **RH-2.9** |

Q.  Do you have a recollection of which respondent the panel ranked highest according to these criteria?

A.  Ticketmaster.

Q.  And based on your experience, why did the panel rank Ticketmaster the highest?

A.  For all of the reasons I gave - you about what the criteria was.

Q.  So to your recollection, was Ticketmaster ranked the highest for each criteria?

A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 31:08 - 31:25 | **Henson jr, Robert 2025-07-08** | 00:01:09 | **RH-2.10** |

Q.  Do you recall why AXS was not selected?

A.  Well, obviously their ranking was not as high as Ticketmaster.  A lot of -- a lot of that was because AXS had had some issues in the past about not being able to sell tickets fast enough with the capacity that we were looking for, several onsets. I believe it was the Jimmy Buffett tour.  They had crashed that several times.  This was early in AXS' career.  And to the panel's mind, they had not given good reason as to how they had insured that they would not be -- that they would not crash again.  So that -- that was probably the major -- one of the major issues.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 32:08 - 33:17 | **Henson jr, Robert 2025-07-08** | 00:01:37 | **RH-2.11** |

Q.  In your experience, has Live Nation ever threatened to withhold concerts from the City of Norfolk's venues if the City didn't choose Ticketmaster as its ticketing provider?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. No.

Q. Given your role, would you have been made aware if Live Nation ever made such a threat to the City of Norfolk?

A. Absolutely.

Q. And based on your involvement in the process, did the City of Norfolk choose Ticketmaster in 2017 because of concerns that Live Nation might retaliate by withholding concerts from the City's venues if the City did not choose Ticketmaster?

A. No.  Live Nation, the majority

-- look, we do 700 and whatever plus shows a year.  Live Nation does not even do the majority of those.  They probably account for maybe 25 percent, 30 percent of the shows we do.

Q. Did the City of Norfolk recently renew or exercise an option in its agreement with Ticketmaster?

A. Yes.

Q. And when did that occur?

A. I think it -- June 30th was the day, so yes, it was just recently, yes.

Q. I'm sorry, when did that occur?

A. Their agreement with the City was up June 30, 2025, so we just did that just recently.

| 33:21 - 34:16 | **Henson jr, Robert 2025-07-08** | 00:01:14 | **RH-2.12** |

Q. And did you have a role in the -- in making the decision to renew the agreement?

A. Yes.

Q. And what was your role?

A. As the director, it's our -- it's my role to determine whether or not we activate any extension or not.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

34:05   Q.  So you were the decision-maker?
34:06   A.  Well, yeah, kind of.  Yeah, I
34:07       guess, with the team, but yeah.
34:08   Q.  So why did the -- why did you
34:09       and your team decide to exercise the
34:10       extension?
34:11   A.  In my professional opinion, my
34:12       team's professional opinion, Ticketmaster
34:13       for us over the years has proven to be the
34:14       most reliable ticketing platform to do the
34:15       volume of business that we have done and
34:16       for that, you know, they got the renewal.

| 35:15 - 35:17 | **Henson jr, Robert 2025-07-08** | 00:00:05 | **RH-2.13** |

35:15   Q.  Based on your experiences, how
35:16       do you assess those individuals as -- as
35:17       business partners?

| 35:21 - 36:09 | **Henson jr, Robert 2025-07-08** | 00:00:40 | **RH-2.14** |

35:21   A.  They're -- they're some of the
35:22       best partners we've ever had.
35:23   Q.  Why do you say that?
35:24   A.  Well, from a customer service
35:25       standpoint, Ticketmaster understands and
36:01       -
36:02       tries to help us find solutions to any
36:03       problems we're having as far as if, you
36:04       know, ticket sales, any kind of issues,
36:05       any -- you know, anything, they're always
36:06       there to help us find a solution, and
36:07       that's -- that's invaluable in a business
36:08       like ours where we're doing 700 a year, you
36:09       know.

| 39:07 - 39:11 | **Henson jr, Robert 2025-07-08** | 00:00:10 | **RH-2.15** |

39:07       Setting aside that donor,
39:08       sponsorship, endowment piece, would you say
39:09       that the ticketing needs are similar cross
39:10       venue types?
39:11   A.  Yes.

| 39:22 - 39:25 | **Henson jr, Robert 2025-07-08** | 00:00:10 | **RH-2.16** |

39:22   Q.  Do you need robustness in your

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

39:23    platform, in your ticketing platform
39:24    regardless of venue type?
39:25  A.  Yes.

| 40:02 - 40:08 | **Henson jr, Robert 2025-07-08** | 00:00:15 | **RH-2.17** |

40:02  Q.  Do you need stability and
40:03    reliability in your ticketing platform
40:04    regardless of venue type?
40:05  A.  Yes.
40:06  Q.  Do you need the ability to
40:07    build a manifest for reserve seating
40:08    regardless of venue type?

| 40:10 - 40:21 | **Henson jr, Robert 2025-07-08** | 00:00:28 | **RH-2.18** |

40:10  A.  Yes.
40:11  Q.  Is security in the ticketing
40:12    platform important regardless of venue
40:13    type?
40:14  A.  Yes.
40:15  Q.  Do you want quality client
40:16    support regardless of the venue type?
40:17  A.  Yes.
40:18  Q.  Do you want a quality user
40:19    interface and fan experience for purchasing
40:20    tickets regardless of venue type?
40:21  A.  Yes.

| 40:22 - 42:21 | **Henson jr, Robert 2025-07-08** | 00:02:56 | **RH-2.31** |

40:22  Q.  And I think you mentioned
40:23    bandwidth earlier as well.  Could you
40:24    explain again sort of what bandwidth means
40:25    in this context of ticketing platforms?
41:01    -
41:02  A.  So bandwidth to me is a -- is a
41:03    big scope.  So patrons, whether it's right,
41:04    wrong, indifferent, it doesn't matter.
41:05    Ticketmaster, the brand is a confidence
41:06    when you're buying tickets to know that
41:07    when you get to the facility, the ticket
41:08    will be good.
41:09    We see a lot of bad actors,
41:10    third-party ticketing companies that will
41:11    buy, you know, Google positioning on the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

41:12 Google sites, so tickets to Broadway
41:13 Norfolk, for instance, or tickets to the
41:14 Admirals, and their first three or four
41:15 choices, fans will click on there only to
41:16 find that they're being taken to a
41:17 third-party site, not a Ticketmaster site.
41:18 So when we have the patron show
41:19 up and we scan the ticket and it does not
41:20 work, then we have to turn them away.  So
41:21 that type of thing is what cost us the
41:22 bandwidth that we have because we want to,
41:23 you know, expand our reach.
41:24 So our advertising for the
41:25 protection of our fans and our patrons is
42:01 -
42:02 please, all of our tickets are sold on
42:03 Ticketmaster, do not get, you know,
42:04 suckered, if you will, by just clicking
42:05 tickets to Chrysler Hall or tickets to
42:06 Scope.  We're trying to keep a main line
42:07 connection with our patrons, and that's
42:08 bandwidth for us.  The happier the patrons,
42:09 the more successful everyone is.
42:10 Q. And does bandwidth with the
42:11 ticketing platform, important regardless of
42:12 venue type?
42:13 A. Yes, it is.  When you're --
42:14 when you're performing an on sale to any
42:15 event, whether it be national event or
42:16 whatever, you want to ensure that no matter
42:17 how quickly or, you know, if the show is
42:18 very popular, you want to make sure that
42:19 you can sell the tickets at any rate the
42:20 patrons are trying to buy at, that's very
42:21 important to any venue.

| 42:22 - 45:08 | **Henson jr, Robert 2025-07-08** | 00:03:37 | **RH-2.19** |

42:22 Q. Are you familiar with the term
42:23 "fraudulent ticketing" in the context of
42:24 live events?
42:25 A. If -- if your question relates

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

43:01 -

43:02 to third-party sites, yes.

43:03 Q. Sorry, just to be clear, what's

43:04 your understanding of the term "fraudulent

43:05 tickets"?

43:06 A. My understanding of fraudulent

43:07 tickets would be somebody posing as a

43:08 legitimate ticket seller to one of the

43:09 events that we are hosting on the

43:10 Ticketmaster site that sells a ticket that

43:11 is fraudulent and we find that out when the

43:12 patron comes to get into the show and the

43:13 ticket does not work, that in my

43:14 understanding is fraudulent.

43:15 Q. And you mentioned that there's

43:16 a relationship between fraudulent tickets

43:17 and third-party sites.  Could you explain

43:18 what you understand that relationship is?

43:19 A. Well, again, people will go

43:20 online to purchase tickets and sometimes

43:21 they're not as savvy as they should be and

43:22 they click on a link, a ticket link to buy

43:23 a Scope Arena show or a Chrysler Hall show

43:24 or whatever the show at whatever building

43:25 it is, only to find out that after they've

44:01 -

44:02 paid their money and received the ticket,

44:03 that it was a fraudulent ticket.

44:04 Q. Are there particular ticketing

44:05 platforms where you've seen -- where you've

44:06 had to deal with fraudulent tickets for

44:07 events at any of the City's venues?

44:08 A. Yes.

44:09 Q. And which platforms are those?

44:10 A. Oh, gosh, there's so many out

44:11 there.  It's various.  Some could be as --

44:12 I mean it could be like let's just say, you

44:13 know, you yourself could put up a ticket

44:14 link, pose as a legitimate ticket site for

44:15 a hard-to-get ticket at one of our

44:16 facilities.  Someone could click on your

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 44:17  site. You could transact the money and | | |
| | 44:18  then you could send them a ticket. | | |
| | 44:19  I mean it could be from that | | |
| | 44:20  level. We see it through StubHub. We can | | |
| | 44:21  see it through SeatGeek. I mean there's | | |
| | 44:22  just numerous third-party tickets, but we | | |
| | 44:23  have to -- our tickets we sell are verified | | |
| | 44:24  tickets. They're legitimate tickets and we | | |
| | 44:25  find it hard to help those that show up, | | |
| | 45:01  - | | |
| | 45:02  sometimes they drive in from a long way | | |
| | 45:03  away, only to find out that their tickets | | |
| | 45:04  are no good. | | |
| | 45:05  And there's a list. I can't | | |
| | 45:06  off the top of my head tell you every | | |
| | 45:07  single one of them that's out there, but | | |
| | 45:08  there's quite a few. | | |
| 45:17 - 45:23 | **Henson jr, Robert 2025-07-08** | 00:00:23 | **RH-2.20** |
| | 45:17  Are you familiar with | | |
| | 45:18  Ticketmaster's SafeTix feature? | | |
| | 45:19  A.  Yes. | | |
| | 45:20  Q.  What is SafeTix? | | |
| | 45:21  A.  It's designed to legitimize the | | |
| | 45:22  tickets to make sure that it's branded and | | |
| | 45:23  it's -- it's a real ticket. | | |
| 46:08 - 47:08 | **Henson jr, Robert 2025-07-08** | 00:01:16 | **RH-2.21** |
| | 46:08  Q.  Are you familiar with the | | |
| | 46:09  rotating barcode feature? | | |
| | 46:10  A.  Yes. | | |
| | 46:11  Q.  And in your experience, has the | | |
| | 46:12  rotating barcode feature helped reduce | | |
| | 46:13  ticket fraud? | | |
| | 46:14  A.  Yes, it has. | | |
| | 46:15  Q.  And why do you say that? | | |
| | 46:16  A.  There have been instances where | | |
| | 46:17  since we've gone to mobile, you know, | | |
| | 46:18  tickets being sent to your mobile phone, we | | |
| | 46:19  have seen where people, patrons will take a | | |
| | 46:20  picture, a screenshot of the barcode and | | |
| | 46:21  sell it ten, fifteen times down the road, | | |

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | same barcode.  First one to the door gets | | |
| | in.  The other 14 do not.  That's -- that's | | |
| | bad.  That's a bad actor there trying to | | |
| | just game people for their money. | | |
| | - | | |
| | Ticketmaster, part of what we | | |
| | like about them is that they saw this. | | |
| | We've complained about this.  I'm sure | | |
| | others, not just us, but -- and so with the | | |
| | rotating barcode, that will -- that has | | |
| | really put a dent in that, so we're very | | |
| | happy for that feature. | | |
| 50:13 - 53:02 | **Henson jr, Robert 2025-07-08** | 00:03:03 | **RH-2.22** |

Q.  Has the City ever considered using more than one primary ticketer for its venues?

A.  No.  It causes confusion in the marketplace.  Ticketmaster is a trusted brand.  People know the Ticketmaster brand and they know when they see that that their tickets are legit.

Now, consequently, we do allow our arts festival, our arts organizations to use their own ticketing platform Tessitura alongside Ticketmaster, that is a carveout.

-

Q.  And you said that using more than one primary ticketer can cause confusion in the marketplace, what did you mean by that?

A.  Well, think about it.  So you're trying to sell an event, a national show.  You go on sale.  If you're selling across multiple events -- I mean, I'm sorry, if you're selling across multiple platforms, who are you deriving your traffic to.  You know, you have to derive them to one specific site because marketing and advertisement of an announcement and

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

socials of the show, everyone, all of your methods have to point to the place where you go buy the ticket.  So to have multiple tickets, you're just creating a lot of confusion in the market.

Q.  And is that confusion for the fans or possible potential ticket buyers?

A.  Yes, that's correct.

Q.  Do you have a view as to whether it would be more efficient from an operations perspective to have more than -
one ticketer serve as a venue's ticketing partner?

A.  There's -- it serves no purpose whatsoever operationally.  It's a nightmare.

Q.  So if you could, would you prefer to switch primary ticketing platforms from event to event?

A.  No.

Q.  Why not?

A.  For what I just said.  It's a lot of internal work.  It's confusion and to switch back and forth, inevitably you're going to make a mistake or somebody is going to -- something will get lost in translation, which results in angry patrons who will try to do one thing and one thing only and that's to buy a ticket to go see the event they want to see.

Q.  And if you could, would you prefer to have multiple primary ticketing platforms for a single event?

A.  No.

Q.  Why not?
-
A.  For the reasons I just stated.

| 53:03 - 53:07 | **Henson jr, Robert 2025-07-08** | 00:00:15 | **RH-2.23** |

Q.  Does the City receive any

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 53:04   upfront payments as part of its ticketing | | |
| | 53:05   contract? | | |
| | 53:06   A.   In the past, I think so. I | | |
| | 53:07   think, yeah, they do. | | |
| 53:08 - 53:15 | **Henson jr, Robert 2025-07-08** | 00:00:26 | **RH-2.24** |
| | 53:08   Q.   Do you have an understanding | | |
| | 53:09   whether that's common in the industry? | | |
| | 53:10   A.   I think it's very common in the | | |
| | 53:11   industry. Equipment, you know, scanners, | | |
| | 53:12   computers, all that needs to be updated and | | |
| | 53:13   kept up to a certain level. So a lot of | | |
| | 53:14   that, I think, goes into -- into the | | |
| | 53:15   equipment to continue to operate. | | |
| 53:23 - 53:25 | **Henson jr, Robert 2025-07-08** | 00:00:11 | **RH-2.25** |
| | 53:23   Q.   Do fans pay fees on tickets for | | |
| | 53:24   live events at the City's venues? | | |
| | 53:25   A.   Yes. | | |
| 54:02 - 54:13 | **Henson jr, Robert 2025-07-08** | 00:00:44 | **RH-2.26** |
| | 54:02   Q.   And are you familiar with the | | |
| | 54:03   fees that fans pay? | | |
| | 54:04   A.   Yes. | | |
| | 54:05   Q.   What are the different | | |
| | 54:06   categories of fees that are charged on a | | |
| | 54:07   ticket for a live event at some venues? | | |
| | 54:08   A.   Okay. There are the admissions | | |
| | 54:09   tax is charged. There's a facility fee | | |
| | 54:10   that's charged. And then if a patron | | |
| | 54:11   chooses to buy tickets from the comfort of | | |
| | 54:12   their home or wherever online, there are | | |
| | 54:13   convenience fees. | | |
| 54:20 - 55:08 | **Henson jr, Robert 2025-07-08** | 00:00:56 | **RH-2.27** |
| | 54:20   Q.   And who sets the facility fees | | |
| | 54:21   and the convenience fees, if you know? | | |
| | 54:22   A.   The fees are set -- are laid | | |
| | 54:23   out in the agreement with Ticketmaster. It | | |
| | 54:24   graduates from ticket price, lower tickets, | | |
| | 54:25   lower fees, higher tickets, higher fees. | | |
| | 55:01   - | | |
| | 55:02   Q.   And who keeps the majority of | | |

**RH-2 - Henson, Robert Affirmative Designations cut 03-24-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 55:03        the fees? | | |
| | 55:04    A.  I think -- I don't know about | | |
| | 55:05        the splits, but the facility retains some | | |
| | 55:06        of that.  Ticketmaster retains some of | | |
| | 55:07        that.  I believe, yeah.  I'm not sure who | | |
| | 55:08        else. | | |
| 55:11 - 55:12 | **Henson jr, Robert 2025-07-08** | 00:00:05 | **RH-2.28** |
| | 55:11        What does the City do with the | | |
| | 55:12        revenues generated from ticket fees? | | |
| 55:16 - 55:21 | **Henson jr, Robert 2025-07-08** | 00:00:24 | **RH-2.29** |
| | 55:16    A.  All revenue generated by the | | |
| | 55:17        department of cultural facilities is also | | |
| | 55:18        known as SevenVenues, any revenue depending | | |
| | 55:19        on what source it's from goes -- is | | |
| | 55:20        remitted to the City and it goes into the | | |
| | 55:21        general fund to run the City. | | |

| | |
|---|---|
| Defense Affirmative Designations | 00:24:35 |
| Plaintiff Counters | 00:03:28 |
| Defense Counter Counters | 00:00:55 |
| **TOTAL RUN TIME** | **00:28:58** |