# Exhibit 5

# Barone, Valerie Designations cut 03-23-26

Designation List Report

**Barone, Valerie**                                    **2025-05-30**

| | |
|---|---|
| Defense Affirmative Designations | 00:08:30 |
| Plaintiff Counters | 00:00:12 |
| **TOTAL RUN TIME** | **00:08:42** |



**ID: VB-3**

**VB-3 - Barone, Valerie Designations cut 03-23-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:03 - 7:06 | **Barone, Valerie 2025-05-30** | 00:00:10 | **VB-3.1** |

7:03 Could you please state and
7:04 spell your name for the record.
7:05 A. Valerie Barone. Valerie,
7:06 V-a-l-e-r-i-e, Barone, B-a-r-o-n-e.

| | **Barone, Valerie 2025-05-30** | 00:00:10 | **VB-3.2** |
|---|---|---|---|
| 9:20 - 9:25 | | | |

9:20 Q. And about how long have you been
9:21 employed by the City of Concord?
9:22 A. 16 years.
9:23 Q. What's your current title with
9:24 the City of Concord?
9:25 A. City manager.

| | **Barone, Valerie 2025-05-30** | 00:00:48 | **VB-3.3** |
|---|---|---|---|
| 11:06 - 11:23 | | | |

11:06 Q. I'd like to ask a few questions
11:07 about the Toyota Pavilion at Concord. Are
11:08 you familiar with the Toyota Pavilion?
11:09 A. Yes.
11:10 Q. Could you give me a high-level
11:11 description of the Toyota Pavilion and its
11:12 history, what it is, where it's located?
11:13 A. So it's located in the hills
11:14 above Concord. We have had it. We
11:15 started it as a city-run facility many
11:16 decades ago, and it has -- we transitioned
11:17 to having it run by a private partner,
11:18 again many decades ago. I don't have
11:19 exact dates for any of that.
11:20 And it's currently leased
11:21 out to Live Nation to run it as a -- under
11:22 an agreement with the City of Concord as
11:23 an entertainment venue.

| | **Barone, Valerie 2025-05-30** | 00:00:13 | **VB-3.4** |
|---|---|---|---|
| 12:21 - 13:02 | | | |

12:21 Q. And the City of Concord entered
12:22 into its current relationship with Live
12:23 Nation in around 2013. Does that sound
12:24 about right?
12:25 A. It sounds close. I haven't gone
13:01 back to look when the agreement was
13:02 entered into.

**VB-3 - Barone, Valerie Designations cut 03-23-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:09 - 13:17 | **Barone, Valerie 2025-05-30** | 00:00:28 | **VB-3.5** |

Q. And as the city manager, were you involved in the decision-making process with respect to entering into its current relationship with Live Nation?

A. Yes. As I was -- the decision's made by the council, but I supported the effort through the competitive bid process and the council deliberation process and the negotiations once council decided.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:23 - 16:08 | **Barone, Valerie 2025-05-30** | 00:00:21 | **VB-3.6** |

Q. Do you have a recollection of why the city council ultimately voted to select Live Nation to operate the Toyota Pavilion?

A. They offered us the most competitive package in terms of achieving the goals that council put out in the bid. I mean, that would be the only reason they would select them is that they were the best of the choices they had to choose between.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:09 - 17:09 | **Barone, Valerie 2025-05-30** | 00:01:05 | **VB-3.7** |

Q. So at any point in the process did you or anyone else at the City feel coerced into choosing Live Nation?

A. No. I should speak for myself. I am not aware of anyone in the City feeling coerced. I know I had no coercion.

Q. Would you say that your recommendation, to the extent you made a recommendation, would have been based solely on the merits of Live Nation's proposal?

A. Yes, clearly.

Q. And would you say that the city council's decision was based solely on the merits of Live Nation's proposal?

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 17:01  Q.  Has the City of Concord been | | |
| | 17:02      happy with Live Nation as the operator of | | |
| | 17:03      the Toyota Pavilion? | | |
| | 17:04  A.  As the city manager, I've been | | |
| | 17:05      happy with Live Nation as the operator of | | |
| | 17:06      the Toyota Pavilion.  They've met their | | |
| | 17:07      contract obligations except for during | | |
| | 17:08      COVID, but that was an insane time period. | | |
| | 17:09      They've worked effectively with the City. | | |
| 17:10 - 18:18 | **Barone, Valerie 2025-05-30** | 00:01:24 | **VB-3.8** |
| | 17:10  Q.  And when you say they've worked | | |
| | 17:11      effectively with the City, could you | | |
| | 17:12      elaborate on what you mean by that. | | |
| | 17:13  A.  They submit their lease payment | | |
| | 17:14      to us timely.  They submit their ticket | | |
| | 17:15      revenues when they exceed the sale of -- I | | |
| | 17:16      think it's a hundred thousand tickets we | | |
| | 17:17      get an extra bonus payment.  They submit | | |
| | 17:18      that timely. | | |
| | 17:19      We work collaboratively on | | |
| | 17:20      an annual basis to define some capital | | |
| | 17:21      investments that have to occur at the | | |
| | 17:22      pavilion based on the contract with both | | |
| | 17:23      sides putting revenue into the effort. | | |
| | 17:24      They collaborate with us on those issues. | | |
| | 17:25      We meet annually to talk about safety and | | |
| | 18:01      security and traffic management before the | | |
| | 18:02      season starts, and they're always willing | | |
| | 18:03      to be a part of that. | | |
| | 18:04      They support our, as they | | |
| | 18:05      have to by contract but they do it | | |
| | 18:06      willingly, they support our -- I forget | | |
| | 18:07      what it's called, but there's a | | |
| | 18:08      council-appointed pavilion advisory board | | |
| | 18:09      that meets three or four times a year. | | |
| | 18:10      They support that effort.  Those types of | | |
| | 18:11      examples. | | |
| | 18:12      They make an annual | | |
| | 18:13      presentation to the council where they | | |
| | 18:14      talk about the success or challenges of | | |

### VB-3 - Barone, Valerie Designations cut 03-23-26

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 18:15    the past year and what's coming for the | | |
| | 18:16    next year so that the community can hear | | |
| | 18:17    it and the council can hear directly from | | |
| | 18:18    them. | | |
| 21:04 - 21:14 | **Barone, Valerie 2025-05-30** | 00:00:22 | **VB-3.9** |
| | 21:04  Q.  From your perspective was it | | |
| | 21:05    important for the City to choose an | | |
| | 21:06    operator who would be sensitive to the | | |
| | 21:07    needs of the local community for the City | | |
| | 21:08    of Concord? | | |
| | 21:09  A.  Yes, as expressed through the | | |
| | 21:10    Concord city council. | | |
| | 21:11  Q.  And do you think Live Nation has | | |
| | 21:12    operated the Toyota Pavilion in a manner | | |
| | 21:13    consistent with that priority? | | |
| | 21:14  A.  Yes. | | |
| 21:15 - 22:22 | **Barone, Valerie 2025-05-30** | 00:01:16 | **VB-3.10** |
| | 21:15  Q.  Why do you say that? | | |
| | 21:16  A.  Again, they meet their | | |
| | 21:17    contractual obligations. | | |
| | 21:18  Q.  Are there any examples that come | | |
| | 21:19    to mind of Live Nation doing things that | | |
| | 21:20    you believe are consistent with the | | |
| | 21:21    commitment to the local community? | | |
| | 21:22  A.  They coordinate with the school | | |
| | 21:23    district to host graduation ceremonies at | | |
| | 21:24    the pavilion.  We had a council member who | | |
| | 21:25    was beloved within the city who had served | | |
| | 22:01    decades ago and then was back on council | | |
| | 22:02    when we were negotiating with Live Nation | | |
| | 22:03    for the new contract, Colonel Dan Helix, | | |
| | 22:04    who when he passed his family wanted to do | | |
| | 22:05    a celebration at the pavilion; and they | | |
| | 22:06    worked with his family to do that. | | |
| | 22:07    They've hosted some -- I | | |
| | 22:08    can't remember exactly whose anymore but | | |
| | 22:09    at times when a police officer dies in the | | |
| | 22:10    line of duty in the Bay Area and they know | | |
| | 22:11    it's going to be a very large event and | | |
| | 22:12    they need a big venue, Live Nation has | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

22:13    always worked with the community to

22:14    facilitate those events as well.

22:15    And they for a while hosted

22:16    one of the high schools doing theater

22:17    performances out there. So it's not only

22:18    the profit-making performances that they

22:19    facilitate, but they'll facilitate

22:20    community performances and community needs

22:21    events out at the pavilion, you know, when

22:22    it's feasible.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:23 - 22:25 | **Barone, Valerie 2025-05-30** | 00:00:06 | **VB-3.11** |

22:23   Q. Are you aware of Live Nation

22:24    offering any promotional offerings for

22:25    tickets to events at the Concord Pavilion?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:04 - 23:17 | **Barone, Valerie 2025-05-30** | 00:00:35 | **VB-3.12** |

23:04   A. Oh, yes. So Live Nation does

23:05    two things. Under their contract they

23:06    have to make tickets available without the

23:07    extra surcharge to residents within the

23:08    City of Concord before certain

23:09    performances, and they do that. So that's

23:10    contractually obligated.

23:11    At other times when they

23:12    have, I'm guessing, tickets they haven't

23:13    sold for a concert and they want to try to

23:14    get more attendance into the facility,

23:15    they, through the Chamber of Commerce and

23:16    other organizations, put free tickets out

23:17    into the community.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:21 - 36:01 | **Barone, Valerie 2025-05-30** | 00:00:11 | **VB-3.13** |

35:21   Q. And has Live Nation been

35:22    responsive to any negative feedback

35:23    from --

35:24   A. When staff brings up requests to

35:25    address issues, they've always been

36:01    responsive.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:17 - 36:20 | **Barone, Valerie 2025-05-30** | 00:00:06 | **VB-3.14** |

36:17   Q. Do you think Live Nation has

36:18    been a trustworthy business partner in

**VB-3 - Barone, Valerie Designations cut 03-23-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:19    your dealings with them? | | |
| | 36:20    A.  Yes. | | |
| 37:08 - 37:10 | **Barone, Valerie 2025-05-30** | 00:00:05 | **VB-3.15** |
| | 37:08    Q.  Would you say that the people | | |
| | 37:09        that you've worked with at Live Nation | | |
| | 37:10        have been dependable business partners? | | |
| 37:12 - 37:12 | **Barone, Valerie 2025-05-30** | 00:00:01 | **VB-3.16** |
| | 37:12    A.  Yes. | | |
| 37:14 - 37:24 | **Barone, Valerie 2025-05-30** | 00:00:28 | **VB-3.17** |
| | 37:14    Q.  And why do you say that? | | |
| | 37:15    A.  Again, they solve problems with | | |
| | 37:16        us when we have them.  They respond to my | | |
| | 37:17        phone calls in a timely manner and they | | |
| | 37:18        live up to the commitments they've agreed | | |
| | 37:19        to in their contract and I don't have to | | |
| | 37:20        hound them for their payments. | | |
| | 37:21        I mean, they do what one | | |
| | 37:22        would expect a trustworthy partner in a | | |
| | 37:23        legal agreement like we have with them to | | |
| | 37:24        do. | | |
| 41:10 - 41:24 | **Barone, Valerie 2025-05-30** | 00:00:41 | **VB-3.18** |
| | 41:10    Q.  Do you have a view as to whether | | |
| | 41:11        the City of Concord's relationship with | | |
| | 41:12        Live Nation has overall been a success for | | |
| | 41:13        the City? | | |
| | 41:14    A.  My view is that it has been a | | |
| | 41:15        success for the City. | | |
| | 41:16    Q.  And why do you say that? | | |
| | 41:17    A.  Because we've gone from having | | |
| | 41:18        the pavilion be a financial albatross, | | |
| | 41:19        pulling down our general fund, causing us | | |
| | 41:20        challenges, to achieving an amount of | | |
| | 41:21        revenue supporting our general fund and, | | |
| | 41:22        concurrently, having a much more active | | |
| | 41:23        event center than we had before the most | | |
| | 41:24        current agreement with Live Nation. | | |
| 50:15 - 50:19 | **Barone, Valerie 2025-05-30** | 00:00:12 | **VB-3.19** |
| | 50:15    Q.  Is it fair to say that the City | | |
| | 50:16        of Concord's not involved in the ticketing | | |

**VB-3 - Barone, Valerie Designations cut 03-23-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 50:17     process for concerts that are held at the | | |
| | 50:18     Concord Pavilion? | | |
| | 50:19   A.  Yes.  That's fair to say. | | |

| | |
|---|---|
| Defense Affirmative Designations | 00:08:30 |
| Plaintiff Counters | 00:00:12 |
| **TOTAL RUN TIME** | **00:08:42** |