# Exhibit 6

# Marchant, John Designations cut 04-01-26

Designation List Report

**Marchant, John**                                **2025-06-10**

| | |
|---|---|
| Defense Affirmative Designations | 00:07:54 |
| Plaintiff Counters | 00:04:55 |
| Defense Counter Counters | 00:02:56 |
| **TOTAL RUN TIME** | **00:15:45** |



**ID: JM-5**

**JM-5 - Marchant, John Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:23 - 7:01 | **Marchant, John 2025-06-10** | 00:00:10 | **JM-5.1** |

6:23      Can you please state and
6:24      spell your name for the record.
6:25   A.   John Marchant, J-o-h-n,
7:01      Marchant, M-a-r-c-h-a-n-t.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:22 - 9:03 | **Marchant, John 2025-06-10** | 00:00:12 | **JM-5.2** |

8:22   Q.   Mr. Marchant, where are you
8:23      employed?
8:24   A.   City of Mountain View.
8:25   Q.   And where is the city of
9:01      Mountain View located?
9:02   A.   In between San Francisco and San
9:03      Jose, California.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:13 - 9:15 | **Marchant, John 2025-06-10** | 00:00:05 | **JM-5.3** |

9:13   Q.   And what's your title today?
9:14   A.   I am the community services
9:15      director.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:24 - 11:06 | **Marchant, John 2025-06-10** | 00:00:21 | **JM-5.4** |

10:24      Does the division that you
10:25      oversee have any role in managing the
11:01      amphitheater?
11:02   A.   Yes.
11:03   Q.   What's that role?
11:04   A.   So within the department of
11:05      community services we are responsible for
11:06      overseeing the lease with Live Nation.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:05 - 12:15 | **Marchant, John 2025-06-10** | 00:00:34 | **JM-5.5** |

12:05   Q.   And just generally what does
12:06      your department do with respect to
12:07      ensuring compliance with the lease or
12:08      overseeing compliance with the lease?
12:09   A.   So we do meet with
12:10      representatives of Live Nation regularly
12:11      and discuss what the most recent topics
12:12      may be and then ensuring that the type of
12:13      paperwork and otherwise is complete
12:14      according to -- and payment is completed
12:15      by Live Nation.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:17 - 13:04 | **Marchant, John 2025-06-10** | 00:00:36 | **JM-5.6** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 12:17   Generally what are the | | JM-5.6 |
| | 12:18   nature of those meetings?  In other words, | | |
| | 12:19   what's the objective? | | |
| | 12:20  A.  Yeah.  So typically it's the | | |
| | 12:21   upcoming concerts, any special events and | | |
| | 12:22   any additional requirements that may be | | |
| | 12:23   needed for those. | | |
| | 12:24   It could be, depending on | | |
| | 12:25   the circumstance, learning about what new | | |
| | 13:01   technology they are bringing in and how | | |
| | 13:02   that improves the overall experience and | | |
| | 13:03   also helps our community, whether it's | | |
| | 13:04   related to sound or otherwise. | | |
| 13:05 - 14:19 | **Marchant, John 2025-06-10** | 00:02:00 | **JM-5.7** |
| | 13:05  Q.  And I think the last thing you | | |
| | 13:06   said was addressing questions and concerns | | |
| | 13:07   from the community.  Can you speak to you | | |
| | 13:08   and your role -- sorry.  Can you speak to | | |
| | 13:09   you and your department's role in that | | |
| | 13:10   regard? | | |
| | 13:11  A.  Yeah.  So whether we receive | | |
| | 13:12   sound complaints, complaints related to | | |
| | 13:13   any incidents that have been viewed and we | | |
| | 13:14   receive concerns, we then -- as well as | | |
| | 13:15   sound complaints, we will then speak with | | |
| | 13:16   Live Nation and, as necessary, our own | | |
| | 13:17   police department, fire department and | | |
| | 13:18   then, depending on what happens, be able | | |
| | 13:19   to have a meeting with Live Nation, | | |
| | 13:20   discuss what happened and try to find | | |
| | 13:21   solutions. | | |
| | 13:22  Q.  And how would you assess Live | | |
| | 13:23   Nation's cooperation in trying to find | | |
| | 13:24   solutions to those types of issues? | | |
| | 13:25  A.  Overall they have been a good | | |
| | 14:01   tenant and worked with us collaboratively. | | |
| | 14:02  Q.  You mentioned new technologies | | |
| | 14:03   that can come up in these meetings with | | |
| | 14:04   Live Nation.  Do you recall any specific | | |
| | 14:05   technologies that you discussed with them, | | |

**JM-5 - Marchant, John Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 14:06    and have they been implemented? | | |
| | 14:07    A.  Yeah.  So they did install new | | |
| | 14:08    visual aids within the grass area of the | | |
| | 14:09    amphitheater.  That was in approximately | | |
| | 14:10    2021/2022.  Those were previously canvas | | |
| | 14:11    visuals.  They put in actual screens, | | |
| | 14:12    which have improved the visual aspect for | | |
| | 14:13    those in the lawn. | | |
| | 14:14    And then more recently they | | |
| | 14:15    installed some new sound equipment, | | |
| | 14:16    speakers that actually control the sound | | |
| | 14:17    within that environment and control it | | |
| | 14:18    from going beyond the venue as best they | | |
| | 14:19    can. | | |
| 14:20 - 15:01 | **Marchant, John 2025-06-10** | 00:00:20 | **JM-5.8** |
| | 14:20    Q.  Do you know when the lease | | |
| | 14:21    agreement with Live Nation was signed? | | |
| | 14:22    A.  In 2006. | | |
| | 14:23    Q.  And has that lease agreement | | |
| | 14:24    been amended from time to time? | | |
| | 14:25    A.  It has been extended according | | |
| | 15:01    to the lease guidelines. | | |
| 16:23 - 17:01 | **Marchant, John 2025-06-10** | 00:00:06 | **JM-5.9** |
| | 16:23    Q.  What's its capacity?  What's the | | |
| | 16:24    amphitheater's capacity? | | |
| | 16:25    A.  According to the lease, it's | | |
| | 17:01    25,000. | | |
| 17:10 - 17:15 | **Marchant, John 2025-06-10** | 00:00:18 | **JM-5.10** |
| | 17:10    Q.  And how would you assess the | | |
| | 17:11    Live Nation personnel with whom you've | | |
| | 17:12    interacted as commercial partners? | | |
| | 17:13    A.  They are professional, | | |
| | 17:14    collaborative, responsive and communicate | | |
| | 17:15    well. | | |
| 18:14 - 18:18 | **Marchant, John 2025-06-10** | 00:00:12 | **JM-5.11** |
| | 18:14    Q.  What's been, if you know, the | | |
| | 18:15    community feedback about the amphitheater | | |
| | 18:16    and its quality? | | |
| | 18:17    A.  Overall considered a quality | | |

**JM-5 - Marchant, John Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 18:18    venue within the community. | | |
| 27:16 - 28:02 | **Marchant, John 2025-06-10** | 00:00:37 | **JM-5.12** |

27:16   Q.  Can you speak to the diversity
27:17       and quality of the shows that are put on
27:18       at the Shoreline Amphitheater?
27:19   A.  Yes.  We have worked with Live
27:20       Nation; and they provide different types
27:21       of concerts, everything from country.
27:22       They bring some of the classic rock and
27:23       roll, would be considered even yacht rock
27:24       at times, kids' events, Kidz Bop.
27:25       So there is a range of
28:01       performances that are brought to the
28:02       venue.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 33:13 - 33:16 | **Marchant, John 2025-06-10** | 00:00:09 | **JM-5.13** |

33:13   Q.  Do you think the amphitheater
33:14       has supported local jobs and contributed
33:15       positively to labor income?
33:16   A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 33:20 - 33:20 | **Marchant, John 2025-06-10** | 00:00:02 | **JM-5.14** |

33:20   A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 33:21 - 33:23 | **Marchant, John 2025-06-10** | 00:00:06 | **JM-5.15** |

33:21   Q.  Generally are you happy with the
33:22       partnership with Live Nation?
33:23   A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 34:01 - 34:07 | **Marchant, John 2025-06-10** | 00:00:16 | **JM-5.16** |

34:01       Do you have a view as to
34:02       whether the City of Mountain View's
34:03       relationship with Live Nation has overall
34:04       been a success for the City?
34:05   A.  Live Nation has been a good
34:06       tenant and has worked collaboratively and
34:07       cooperatively with us, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:23 - 38:04 | **Marchant, John 2025-06-10** | 00:01:32 | **JM-5.17** |

36:23   Q.  Is booking of artists and shows
36:24       completely within the discretion of Live
36:25       Nation?
37:01   A.  Yes.
37:02   Q.  I'd like to ask some questions

**JM-5 - Marchant, John Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

37:03    about the decision to extend the lease
37:04    because that came up earlier, but I didn't
37:05    really follow that it was completely
37:06    clear.
37:07    So let's -- you mentioned
37:08    the lease was entered in 2006. Is that
37:09    right?
37:10  A.  Yes.
37:11  Q.  And when was it due to expire
37:12    under the terms of the lease?
37:13  A.  December 2020.
37:14  Q.  So the lease was extended beyond
37:15    2020. And what was that extension?
37:16  A.  Five years.
37:17  Q.  And when was that extension
37:18    decided or agreed to?
37:19  A.  I don't have a specific date,
37:20    but it met the requirements of the timing
37:21    within the lease.
37:22  Q.  And was that extension something
37:23    that the City of Mountain View agreed to,
37:24    or was it a unilateral decision by Live
37:25    Nation?
38:01  A.  So Live Nation has the ability
38:02    to extend. There were conversations with
38:03    the City of Mountain View, and in turn we
38:04    did agree with that extension.

| 38:05 - 38:14 | **Marchant, John 2025-06-10** | 00:00:27 | **JM-5.18** |

38:05  Q.  Prior to that extension from
38:06    December 2020, did the City of Mountain
38:07    View conduct any analysis of whether the
38:08    lease continued to be in the best interest
38:09    of the City of Mountain View?
38:10  A.  The process taken was
38:11    discussions among different staff within
38:12    the City, different departments and then
38:13    making a recommendation to the city
38:14    manager.

| 38:15 - 38:18 | **Marchant, John 2025-06-10** | 00:00:08 | **JM-5.19** |

38:15  Q.  Were there any written analyses

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

38:16    prepared in connection with those
38:17    discussions?
38:18  A.  No.

| 38:19 - 38:25 | **Marchant, John 2025-06-10** | 00:00:17 | **JM-5.20** |

38:19  Q.  I'm not sure if you said.  Was
38:20    that a -- how long was that first
38:21    extension?
38:22  A.  Five years.
38:23  Q.  Has the lease been extended
38:24    again?
38:25  A.  Yes.

| 39:01 - 39:25 | **Marchant, John 2025-06-10** | 00:01:22 | **JM-5.21** |

39:01  Q.  Can you tell us more about the
39:02    circumstances of that extension.
39:03  A.  It was similar to the previous
39:04    review with city staff with a
39:05    recommendation to the city manager.
39:06  Q.  When did that take place?
39:07  A.  Within the last three months.
39:08  Q.  Okay.  So approximately April/
39:09    May of 2025?
39:10  A.  Yes.
39:11  Q.  And was there a written
39:12    recommendation to the city manager?
39:13  A.  No.
39:14  Q.  Who made that recommendation to
39:15    the city manager?  Was that you or someone
39:16    else?
39:17  A.  I was part of that, I'll call
39:18    it, committee or group, yes.
39:19  Q.  What was the substance of the
39:20    recommendation?
39:21  A.  That Live Nation has been
39:22    meeting the requirements of the lease.
39:23    They are good partners.  We've had a
39:24    positive relationship with them.  And,
39:25    therefore, we made that recommendation.

| 40:01 - 41:04 | **Marchant, John 2025-06-10** | 00:01:47 | **JM-5.22** |

40:01  Q.  Did you consider options for the
40:02    use of Shoreline Amphitheater aside from

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

40:03   extending the lease with Live Nation?
40:04   A. Within the discussion with the
40:05   group that I speak of, there's always an
40:06   opportunity to look at options.  However,
40:07   given the fact they have been a good
40:08   tenant and work well with us, we made that
40:09   recommendation.
40:10   Q. Could you identify the other
40:11   options that you thought about?
40:12   A. No.
40:13   Q. Why not?
40:14   A. It is a unique location for the
40:15   amphitheater on a closed landfill.
40:16   There's a lot of aspects of that property
40:17   specifically that lend itself to a live
40:18   performance venue of which, again, we've
40:19   had a good relationship with Live Nation.
40:20   Q. Could the City of Mountain View
40:21   have continued to use it as a live
40:22   performance venue but working with other
40:23   companies in the industry?
40:24   A. In the event Live Nation
40:25   terminated the lease, we would be able to.
41:01   If the extensions were not extended, then
41:02   we would not be able to utilize it as a
41:03   live performance venue during the time of
41:04   that extension.

| 42:23 - 43:03 | **Marchant, John 2025-06-10** | 00:00:18 | **JM-5.23** |

42:23   Q. So is it fair to say that if the
42:24   City of Mountain View chose not to extend
42:25   the lease past 2025, the Shoreline
43:01   Amphitheater would not have been able to
43:02   host any concerts for five years?
43:03   A. Correct.

| 43:04 - 43:11 | **Marchant, John 2025-06-10** | 00:00:33 | **JM-5.24** |

43:04   Q. What role did that play in the
43:05   City's decision to extend the lease?
43:06   A. From an operational standpoint,
43:07   the city staff did not look at that
43:08   specific provision.  It had to do with the

**JM-5 - Marchant, John Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:09   consistency of Live Nation as a lessee and | | |
| | 43:10   providing a good product to the City of | | |
| | 43:11   Mountain View and the community. | | |
| 43:12 - 43:16 | **Marchant, John 2025-06-10** | 00:00:15 | **JM-5.25** |
| | 43:12   Q.  Was there any discussion of | | |
| | 43:13   whether other firms or other live concert | | |
| | 43:14   promoters might have brought better | | |
| | 43:15   concerts or better terms to the Shoreline | | |
| | 43:16   Amphitheater? | | |
| 43:18 - 43:19 | **Marchant, John 2025-06-10** | 00:00:03 | **JM-5.26** |
| | 43:18   A.  That was not part of the | | |
| | 43:19   decision process, no. | | |
| 43:21 - 44:03 | **Marchant, John 2025-06-10** | 00:00:21 | **JM-5.27** |
| | 43:21   Q.  I apologize if this is seeming | | |
| | 43:22   repetitive, but I'd like to just make sure | | |
| | 43:23   I understand why. | | |
| | 43:24   Why is it that there were | | |
| | 43:25   no other concert promoters or other firms | | |
| | 44:01   in the industry that were considered as | | |
| | 44:02   possibly better for Shoreline Amphitheater | | |
| | 44:03   compared to Live Nation? | | |
| 44:05 - 44:09 | **Marchant, John 2025-06-10** | 00:00:13 | **JM-5.28** |
| | 44:05   A.  Given the fact that we have had | | |
| | 44:06   a good relationship with an opportunity to | | |
| | 44:07   extend for the additional five years and | | |
| | 44:08   given their standing with the City, that | | |
| | 44:09   was how that decision was made. | | |
| 46:22 - 47:01 | **Marchant, John 2025-06-10** | 00:00:13 | **JM-5.29** |
| | 46:22   Would you use the word | | |
| | 46:23   "terrific" to describe the relationship | | |
| | 46:24   today? | | |
| | 46:25   A.  It is a positive relationship, | | |
| | 47:01   yes. | | |
| 47:02 - 47:08 | **Marchant, John 2025-06-10** | 00:00:16 | **JM-5.30** |
| | 47:02   Q.  Does the City of Mountain View | | |
| | 47:03   track the amount that Live Nation spends | | |
| | 47:04   on maintenance at Shoreline? | | |
| | 47:05   A.  No. | | |
| | 47:06   Q.  And how about capital | | |

**JM-5 - Marchant, John Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 47:07 improvements? | | |
| | 47:08 A. No. | | |
| 47:09 - 47:12 | **Marchant, John 2025-06-10** | 00:00:13 | **JM-5.31** |
| | 47:09 Q. Approximately how many concerts | | |
| | 47:10 does Shoreline Amphitheater host each | | |
| | 47:11 year, if you know? | | |
| | 47:12 A. Average would be 35 to 40. | | |
| 48:03 - 48:10 | **Marchant, John 2025-06-10** | 00:00:35 | **JM-5.32** |
| | 48:03 Do you think Shoreline | | |
| | 48:04 Amphitheater could host more events in a | | |
| | 48:05 typical concert season? | | |
| | 48:06 A. The number of events is, I | | |
| | 48:07 believe, appropriate given the traffic | | |
| | 48:08 circulation and the other types of | | |
| | 48:09 elements that come with a venue this size | | |
| | 48:10 for our community. | | |
| 55:03 - 55:10 | **Marchant, John 2025-06-10** | 00:00:24 | **JM-5.33** |
| | 55:03 Q. Mr. Marchant, you testified | | |
| | 55:04 that, as far as you know, the City doesn't | | |
| | 55:05 track the capital improvements that Live | | |
| | 55:06 Nation makes to the amphitheater. Is that | | |
| | 55:07 correct? | | |
| | 55:08 A. We do not track expenses. Live | | |
| | 55:09 Nation will share some of the types of | | |
| | 55:10 improvements they are making. | | |
| 55:11 - 56:01 | **Marchant, John 2025-06-10** | 00:00:47 | **JM-5.34** |
| | 55:11 Q. Are you aware of whether Live | | |
| | 55:12 Nation has made capital improvements to | | |
| | 55:13 the Shoreline Amphitheater? | | |
| | 55:14 A. They have. | | |
| | 55:15 Q. Can you describe some of the | | |
| | 55:16 improvements that you're familiar with. | | |
| | 55:17 A. I already spoke to many of them. | | |
| | 55:18 That includes an improved sound system, | | |
| | 55:19 audiovisuals, the monitors throughout the | | |
| | 55:20 venue to provide messaging. | | |
| | 55:21 They have installed | | |
| | 55:22 additional security cameras, and they have | | |
| | 55:23 made improvements to the box office in the | | |

**JM-5 - Marchant, John Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 55:24    main entrance to improve the appearance. | | |
| | 55:25  Q.  Thank you.  Those are all my | | |
| | 56:01    questions. | | |

| | |
|---|---|
| Defense Affirmative Designations | 00:07:54 |
| Plaintiff Counters | 00:04:55 |
| Defense Counter Counters | 00:02:56 |
| **TOTAL RUN TIME** | **00:15:45** |