# Exhibit 7

# Smith, Marney Designations cut 04-03-26

Designation List Report

**Smith, Marney**                                   **2025-05-29**

| Defense Affirmative Designations | 00:19:31 |
|---|---|
| Plaintiff Counters | 00:02:55 |
| Defense Counter Counters | 00:03:12 |
| **TOTAL RUN TIME** | **00:25:39** |



**ID: MS-5**

**MS-5 - Smith, Marney Designations cut 04-03-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:11 - 7:14 | **Smith, Marney 2025-05-29** | 00:00:09 | **MS-5.1** |

7:11    Can you please state and spell your name for
7:12    the record.
7:13  A. You bet.  It's Marney Smith; M-a-r-n-e-y;
7:14    last name, S-m-i-t-h.

| 9:01 - 9:06 | **Smith, Marney 2025-05-29** | 00:00:10 | **MS-5.2** |

9:01  Q. Where are you employed?
9:02  A. I'm employed at Deschutes River
9:03    Amphitheater.
9:04  Q. Is that also known as Hayden Homes
9:05    Amphitheater?
9:06  A. It is.

| 9:14 - 9:23 | **Smith, Marney 2025-05-29** | 00:00:25 | **MS-5.3** |

9:14    Where is Hayden Homes Amphitheater located?
9:15  A. Bend, Oregon.
9:16  Q. And what's the current approximate capacity
9:17    of the amphitheater?
9:18  A. The capacity is 8,000 guests.
9:19  Q. About how long have you been employed at
9:20    Hayden Homes?
9:21  A. Since 2003.
9:22  Q. What's your title today?
9:23  A. General manager.

| 11:13 - 11:14 | **Smith, Marney 2025-05-29** | 00:00:05 | **MS-5.4** |

11:13  Q. And who owns the amphitheater?
11:14  A. River Bend Limited Partnership.

| 13:14 - 14:05 | **Smith, Marney 2025-05-29** | 00:00:46 | **MS-5.5** |

13:14  Q. You mentioned Hayden Homes has a
13:15    relationship with Live Nation; is that right?
13:16  A. We do.
13:17  Q. And also with Ticketmaster?
13:18  A. Correct.
13:19  Q. Can you give us a general overview of that
13:20    relationship with Live Nation and Ticketmaster?
13:21  A. Yes.  We've got an agreement with Live
13:22    Nation.  We're in a partnership with them to
13:23    bring -- as the promoter for the venue.  They book
13:24    the talent and bring it in, and we manage it for
13:25    them on site.  Separate from that, I've got an

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

14:01  agreement with Ticketmaster to sell, to be the

14:02  ticketing service so we can sell tickets online and

14:03  in person.

14:04  Q.  About when did Hayden Homes' relationship

14:05  with each of Live Nation and Ticketmaster begin?

| 14:08 - 14:25 | **Smith, Marney 2025-05-29** | 00:01:03 | **MS-5.6** |
|---|---|---|---|

14:08  THE WITNESS:  So we started -- our first

14:09  promoter was -- out of Portland, Oregon, was not

14:10  Live Nation, and they had an agreement with

14:11  Ticketmaster; but I began working with Ticketmaster

14:12  in 2003.  That ticketing company changed a few

14:13  different times, but my first experience working

14:14  with Ticketmaster was in 2003.  Partnership with

14:15  Live Nation began in 2019, was paused for the

14:16  pandemic, and became a partnership officially in

14:17  2021.

14:18  BY MR. WEISS:

14:19  Q.  Was that local promoter -- was that Monqui?

14:20  A.  Monqui.

14:21  Q.  Okay.  What was the relationship between the

14:22  venue and Monqui before the Live Nation partnership?

14:23  A.  They were our promoter for the venue.  So

14:24  they brought in the concerts; in that arrangement,

14:25  they also managed the ticketing.

| 15:16 - 16:18 | **Smith, Marney 2025-05-29** | 00:01:25 | **MS-5.7** |
|---|---|---|---|

15:16  Q.  Were you involved in the decision to switch

15:17  from -- to move away from the Monqui relationship

15:18  and entering into the Live Nation partnership that

15:19  exists today?

15:20  A.  Yes.

15:21  Q.  And can you briefly explain your

15:22  understanding as to why the amphitheater decided to

15:23  make that change?

15:24  A.  Yes.  So the 8 acres where the amphitheater

15:25  sits, as I mentioned before, was impacted by a power

16:01  line going over it.  The River Bend Limited

16:02  Partnership is tasked with being responsible

16:03  stewards of the property and the investment.  And

16:04  originally having an amphitheater in that location

16:05  served to bring tourists and people -- and locals

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

down to the Old Mill District.
Hosting between 10 and 12 concerts a year
was effective in the beginning and was too expensive
to maintain.  It didn't pay for itself.  So we
needed to find the highest and best use for the
land.  And it was important to the partnership that
we attempt to keep it a music venue, so we put out
an RFP and received responses.  We put out an RFP
specifically to three different entities and got
those responses and chose Live Nation.
Q.  Do you recall to whom else you issued the
RFP to?
A.  Monqui Presents and AEG.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:19 - 17:04 | **Smith, Marney 2025-05-29** | 00:00:39 | **MS-5.8** |

Q.  And do you recall why ultimately you
selected Live Nation over those other two?
A.  Yes.
Q.  Monqui and AEG?
A.  Yes.  Their response was the best and
offered to partner with us in a way that felt like
it was best for River Bend Limited Partnership.
They were offering to invest in the property and
increase the number of shows that we had, while
allowing us to maintain control of the day-to-day
operations.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:23 - 18:13 | **Smith, Marney 2025-05-29** | 00:00:45 | **MS-5.9** |

Q.  And since then, have you been happy with
Live Nation as a partner with the venue?
A.  Yes.
Q.  How would you grade their performance over
the years ago?
A.  What's my scale?
Q.  F to A.
A.  A.
Q.  Why is that?
A.  We make money.  So we have enough concerts
to justify using that property as a music venue.  It
pays for itself.  It pays for our staff.  It drives
traffic to the Old Mill District and to Bend as a
whole, so it generates -- it is an economic driver

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | for the community and it can remain a music venue because of the partnership. | | |
| 20:13 - 20:16 | **Smith, Marney 2025-05-29** | 00:00:08 | **MS-5.10** |

Q. Is it fair to say that environmental sustainability has long been important to you and your staff in operating the amphitheater?

A. Yes.

| | | | |
|---|---|---|---|
| 21:08 - 22:01 | **Smith, Marney 2025-05-29** | 00:00:56 | **MS-5.11** |

Q. Would you say the amphitheater has been successful in its -- in its sustainability initiatives?

A. Yes.

Q. And how would you assess Live Nation as a partner in facilitating the amphitheater's commitment to environmental sustainability?

A. They've been extremely supportive. I think I may have misanswered the last question for -- for concerts as well -- or I missed something. For concerts, we have a significant sustainability effort as well. When we -- when we host people at the amphitheater, we've got recycle stations throughout the venue and make sure that we reduce the amount of products we need to use. We recycle and compost everything possible and then limit, to the extent possible, the amount of waste that goes actually into the landfill and that program is completely supported by Live Nation.

| | | | |
|---|---|---|---|
| 26:23 - 27:01 | **Smith, Marney 2025-05-29** | 00:00:07 | **MS-5.12** |

Q. Does the amphitheater engage in any promotional offerings like ticketing giveaways from time to time?

A. Yes.

| | | | |
|---|---|---|---|
| 27:02 - 27:10 | **Smith, Marney 2025-05-29** | 00:00:34 | **MS-5.13** |

Q. Can you identify some recent examples?

A. We have a charitable giving team that partners with local nonprofits primarily to ensure that we're supporting the community. So our person in charge of the charitable giving team donates tickets to the Central Oregon Community College, for

**MS-5 - Smith, Marney Designations cut 04-03-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

27:08    example.  The Bend Pride organization, the Latino
27:09    community organization, and we give them tickets
27:10    frequently.

| | | | |
|---|---|---|---|
| 27:11 - 27:13 | **Smith, Marney 2025-05-29** | 00:00:05 | **MS-5.14** |

27:11  Q.  Has Live Nation been supportive of those
27:12    types of initiatives?
27:13  A.  Yes.

| | | | |
|---|---|---|---|
| 29:08 - 30:04 | **Smith, Marney 2025-05-29** | 00:01:04 | **MS-5.15** |

29:08    What do you attribute the difficulty of
29:09    ticketing hip-hop and metal acts in the amphitheater
29:10    to?
29:11  A.  Hip-hop plays in larger population bases.
29:12    It's less risky.  And metal tends to tour outside of
29:13    summer months in the United States, at least when
29:14    routing hits Oregon, so when metal is generally
29:15    available, it's colder weather where sound travels a
29:16    little bit farther and we might be able to get --
29:17    the booker might come to us and say hey, I can get
29:18    whatever metal act in October, in early October; but
29:19    we know that it's going to be very loud for the
29:20    neighbors, so we'll turn it down.
29:21    For the last three years, we've turned down
29:22    metal acts that were -- that wanted to play on the
29:23    first night of back to school, and that's just not a
29:24    good way to be part of the community.
29:25  Q.  Has Live Nation been supportive of turning
30:01    down those acts?
30:02  A.  Yes.
30:03  Q.  For those reasons?
30:04  A.  Yes.

| | | | |
|---|---|---|---|
| 30:05 - 30:15 | **Smith, Marney 2025-05-29** | 00:00:40 | **MS-5.16** |

30:05  Q.  And that because you just don't want a heavy
30:06    metal band playing loud on the first day of school?
30:07  A.  There's a tolerance that the community
30:08    allows or gives us -- it's not the right way to say
30:09    it.  We have a certain amount of grace afforded us
30:10    by the community.  And spending it on -- we want to
30:11    make sure that we, as Deschutes River Amphitheater,
30:12    and my impression of Live Nation's sentiment is
30:13    this:  That we want to make sure that we're good

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | partners in the community and that we maintain the | | |
| | support of the community to be a music venue. | | |
| 32:21 - 33:22 | **Smith, Marney 2025-05-29** | 00:01:29 | **MS-5.17** |

32:21  Has the Hayden Homes Amphitheater invested
32:22  in any projects over the last few years to improve
32:23  its facilities?
32:24  A.  Yes.
32:25  Q.  And are there any significant projects that
33:01  come to mind?
33:02  A.  We built a new stage.  Demolished the
33:03  original stage and built a new stage that has the
33:04  height capacity and the load capacity needed for
33:05  larger production shows, and we were able to add
33:06  accessible pathways throughout the venue.
33:07  Prior to our partnership with Live Nation,
33:08  we had not remodeled the venue and operated under
33:09  ADA Safe Harbor from the 2012 ADA; and with the
33:10  partnership, we regraded and remodeled the pathways
33:11  so that there's accessible paths of travel
33:12  throughout.
33:13  Q.  Has Live Nation played a role at all in any
33:14  of those improvements?
33:15  A.  Yes.
33:16  Q.  How so?
33:17  A.  Prior to doing any of the remodel, we talked
33:18  about what the highest needs were and what our main
33:19  goals were with the partnership.  What we -- what
33:20  the vision of the venue was and being able to bring
33:21  in more acts and make sure that we had a venue that
33:22  was accessible to all were the main two priorities.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:04 - 35:07 | **Smith, Marney 2025-05-29** | 00:00:07 | **MS-5.18** |

35:04  Q.  Am I right that the vast majority of
35:05  concerts held at Hayden Homes are promoted by Live
35:06  Nation?
35:07  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:08 - 35:21 | **Smith, Marney 2025-05-29** | 00:00:41 | **MS-5.19** |

35:08  Q.  There have been some exceptions to that; is
35:09  that right?
35:10  A.  Yes.  We've had co-promotions, I believe,
35:11  every year.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Chris Stapleton performed at the venue last
year on a tour promoted by AEG; is that right?
A. Might have been three years ago.
Q. Three years.
A. When we had fewer concerts a year, I could
remember every year that every artist came.  I don't
remember that now; but last year, we had
Anderson .Paak, which was a co-promotion.  We had
Sturgill Simpson, that was a co-promotion.  Bonnie
Raitt was a co-promotion.

| 35:22 - 36:15 | **Smith, Marney 2025-05-29** | 00:00:57 | **MS-5.20** |

Q. Are you familiar with other operating
models, like open rooms?
A. Yes.
Q. And what do you understand an open room to
mean in the context of an amphitheater?
A. Essentially the venue is open to any
promoter that wants to come in and bring a show.
You have an old calendar with a set date by which
they need to submit an act, and then the venue
approves or disapproves the act.  We did not opt to
go with that method when we were putting out our RFP
because the capital investment for the equipment to
be able to be an open room was beyond our capacity.
Q. Do you think the model that you did go with
Live Nation is the right one for your amphitheater?
A. Yes.
Q. Do you have any regrets about entering into
the partnership with Live Nation?
A. No.

| 36:19 - 38:14 | **Smith, Marney 2025-05-29** | 00:02:27 | **MS-5.21** |

Q. You mentioned that Ticketmaster is the
ticketing platform used by the amphitheater today;
is that right?
A. Yes.
Q. Do you have a view on the amphitheater's
relationship with Ticketmaster?
A. Yes.
Q. What's your view?
A. They have been, in my experience, by far the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

37:03 best ticketing company to work with. One of our
37:04 most -- when the pandemic hit, we were not with
37:05 Ticketmaster. As the venue, it is very important to
37:06 us that if a show does not play out, the guest who
37:07 purchased the ticket receives a full refund. It was
37:08 not an easy procedure to get refunds for guests when
37:09 pandemic shows canceled. When I've needed to do a
37:10 similar type thing -- not pandemic related, but
37:11 because of a show cancellation with Ticketmaster, it
37:12 has been significantly easier.
37:13 Q. Are you familiar with the Ticketmaster
37:14 products and services utilized by the amphitheater?
37:15 A. Yes.
37:16 Q. Do you have a view on that, on the quality
37:17 and effectiveness of those products and services?
37:18 A. They're excellent.
37:19 Q. Why do you say that?
37:20 A. They're reliable, they're consistent. I
37:21 have full access to the information. I can log into
37:22 the website and see where we are at any given time
37:23 in real time. And we are -- we are one of the few
37:24 venues that maintains a local box office, so we have
37:25 a box office that operates 363 days out of the year.
38:01 And so we've -- we work with them daily, and it's
38:02 been an easy relationship.
38:03 Q. Why have you maintained a local box office?
38:04 Why do you buck the trend?
38:05 A. It doesn't necessarily pencil on paper, if
38:06 you just look at it by itself, but it is important
38:07 to us that the local community support is strong for
38:08 the amphitheater. We are a noisy neighbor, and we
38:09 want people to be able to get tickets for the least
38:10 amount of money possible, so we have a lesser
38:11 service fee if you buy the tickets in person. It's
38:12 called the local deal ticket, and it's an
38:13 arrangement that Ticketmaster has been supportive
38:14 of.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 39:09 - 41:01 | **Smith, Marney 2025-05-29** | 00:02:21 | **MS-5.22** |

39:09 Q. Hi, Ms. Smith, I have one more question for
39:10 I asked

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

you earlier about an open room and you said that the
amphitheater opted not to go with that method
because the capital investment for the equipment to
be able to be an open room was beyond our capacity.
Do you recall that?

A.  I do.

Q.  Can you just expand on what you mean by
"capital investment" in the context of that
question?

A.  In order to host a concert, we need to have
some equipment that's considered standard.  If we
don't own it on property, we need to rent it and
bring it in.  So Mojo Barricade is a good example,
which is the safety barricade you put in front of a
stage that is L-shaped and the fans stand on it.  It
keeps them from being able to access the stage but
also keeps crowds safe from crowd surges in some
circumstances depending on how you use it.  It is a
$50,000 investment for our venue to have the
appropriate amount of Mojo Barricade and if we want
to have a mixed position, that's another $100,000
investment.  If we need spotlight towers, that's
another $30,000 investment and just all of the
different pieces of equipment.
In our partnership with Live Nation, they
either purchased those for the venue or connected us
with vending partners to provide those, and that
would have been beyond our capacity to do that
without that partnership.

Q.  Got it.  So in an open model, the assumption
is that those would be capital costs that the
amphitheater would have to undertake itself?

A.  Correct.  The assumption is that you're able
to show up at a room turnkey and it's less of a --
the equipment doesn't move in and out with every
show, and we wouldn't have had the funds to purchase
all of the equipment needed for that.

Q.  And do you think in selecting the model that
you've gone with, you sacrificed anything in terms
of the quality or number of concerts that you're
putting on at the venue each year?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:03 - 41:04 | **Smith, Marney 2025-05-29** | 00:00:04 | **MS-5.23** |

41:03    THE WITNESS: I believe the quality has
41:04    increased and the number of shows has increased.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:05 - 41:07 | **Smith, Marney 2025-05-29** | 00:00:04 | **MS-5.24** |

41:05    MR. WEISS: Thank you. Those are all my
41:06    questions.
41:07    Mr. Ali, pass it to you.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:11 - 41:13 | **Smith, Marney 2025-05-29** | 00:00:05 | **MS-5.25** |

41:11  Q.  Thank you very much.
41:12    Good morning, Ms. Smith.
41:13  A.  Good morning.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 43:06 - 44:01 | **Smith, Marney 2025-05-29** | 00:01:07 | **MS-5.26** |

43:06  Q.  Are there any other amphitheaters of similar
43:07    size within 50 miles of the Hayden Homes
43:08    Amphitheater?
43:09  A.  No, not that I'm aware of.
43:10  Q.  Do you know where the closest amphitheater
43:11    of similar size is located?
43:12  A.  I could speculate. I believe the closest is
43:13    Edgefield in McMinnville [sic], Oregon. And if I'm
43:14    understanding you correctly, you mean specifically a
43:15    venue shaped like an amphitheater? Or do you mean a
43:16    venue that can accommodate the same number of
43:17    guests?
43:18  Q.  I meant an amphitheater. So something
43:19    shaped like an amphitheater that can accommodate the
43:20    same number of guests.
43:21  A.  I believe the closest is -- closest is
43:22    Edgefield in McMinnville, Oregon.
43:23  Q.  And do you know how far, approximately, that
43:24    would be from the Hayden Homes Amphitheater?
43:25  A.  I could look it up, but it's a three-hour
44:01    drive.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:07 - 45:15 | **Smith, Marney 2025-05-29** | 00:00:30 | **MS-5.27** |

45:07  Q.  I think you testified earlier that prior to
45:08    the license agreement with Live Nation, Hayden Homes
45:09    Amphitheater had a license agreement with a company
45:10    named Monqui; is that correct?
45:11  A.  Correct.

**MS-5 - Smith, Marney Designations cut 04-03-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

45:12  Q.  Do you remember what years, approximately,
45:13      your amphitheater had the license agreement with
45:14      Monqui for?
45:15  A.  2002 through 2019.

| | | | |
|---|---|---|---|
| 45:25 - 46:04 | **Smith, Marney 2025-05-29** | 00:00:17 | **MS-5.28** |

45:25  Q.  Under the Monqui relationship, was Hayden
46:01      Homes Amphitheater able to hold concerts that were
46:02      not promoted by Monqui at the Hayden Homes
46:03      Amphitheater?
46:04  A.  Yes.

| | | | |
|---|---|---|---|
| 46:05 - 46:22 | **Smith, Marney 2025-05-29** | 00:01:07 | **MS-5.29** |

46:05  Q.  Were there particular circumstances in which
46:06      Hayden Homes could do that?
46:07  A.  I'm not sure I understand the question.
46:08  Q.  Was Hayden Homes' ability to hold concerts
46:09      that were not promoted by Monqui limited to certain
46:10      circumstances?
46:11  A.  It was a conversation that we had with
46:12      Monqui.  So we hosted -- we hosted concerts on
46:13      Sundays that were free to the public and we did
46:14      not -- we attempted to do that on every Sunday where
46:15      there wasn't a ticketed show, but we had a
46:16      conversation with Monqui to make sure we weren't
46:17      choosing to host a concert that would have impeded
46:18      their ability to host a ticketed concert.
46:19  Q.  And are you able to do the same under the
46:20      license agreement that you have with Live Nation
46:21      now?
46:22  A.  Yes.

| | | | |
|---|---|---|---|
| 50:18 - 50:24 | **Smith, Marney 2025-05-29** | 00:00:29 | **MS-5.30** |

50:18  Q.  Okay.  And during the license agreement with
50:19      Monqui, did Monqui fund any improvements to the
50:20      amphitheater?
50:21  A.  I don't believe they did.  They did purchase
50:22      equipment used for producing shows, but I don't
50:23      believe they invested, specifically, in the
50:24      facility.

| | | | |
|---|---|---|---|
| 50:25 - 51:10 | **Smith, Marney 2025-05-29** | 00:00:34 | **MS-5.31** |

50:25  Q.  And as part of the current license agreement

**MS-5 - Smith, Marney Designations cut 04-03-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

with Live Nation, did Live Nation make a commitment
to invest a specific dollar amount in improvements
to the amphitheater?
A. They made a commitment to invest in specific
upgrades, and the dollar amount is in the documents
we provided.  I don't remember the exact amount, but
yes.
Q. Something in the neighborhood of about
$3 million sound accurate?
A. That sounds correct to me.

| 53:22 - 54:03 | **Smith, Marney 2025-05-29** | 00:00:21 | **MS-5.32** |

Q. And how long is the term of the license
agreement with Live Nation?
A. Original term is 15 years.  We're on year
five.
Q. Does the agreement allow for the term to be
extended at all?
A. One 15-year term.

| 65:04 - 66:08 | **Smith, Marney 2025-05-29** | 00:02:23 | **MS-5.33** |

Q. Do you remember whether your amphitheater
entered into this latest ticketing agreement with
Ticketmaster before it entered into the license
agreement with Live Nation?
A. I don't recall the exact dates.  I can look
it up if that's helpful.
Q. It's not necessary.  But would it be fair to
say that both agreements were entered into pretty
close in time?
A. Yes.  It was post pandemic, and we needed to
have -- we would have had to start a new promoter
agreement and a new ticketing agreement to launch
back out after the pandemic.
Q. Do you remember if you made a decision to
enter a license agreement with Live Nation before
selecting the ticketer?
A. The discussions that we had with Live Nation
once we had narrowed it down, after we did the RFP,
we eliminated Monqui from the finalists and then had
a discussion with both AEG and Live Nation; but it
was predicated on us being able to choose

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Ticketmaster as our ticketing company because of the experience that we had with them.

Q. Did you speak with anyone at Live Nation about whether or not you should choose Ticketmaster as your exclusive ticketer?

A. If you mean, did I ask them, was it okay to choose Ticketmaster? No. We -- we informed the promoters that we intended to use Ticketmaster and that's how we would like to proceed.

| 70:21 - 70:22 | **Smith, Marney 2025-05-29** | 00:00:06 | **MS-5.34** |

MR. ALI: Okay. Thank you, Ms. Smith. That's all the questions I have for now.

| 71:02 - 71:03 | **Smith, Marney 2025-05-29** | 00:00:06 | **MS-5.35** |

MR. WEISS: Yeah. Thank you, I just have a couple of questions. Just a few minutes.

| 72:10 - 73:06 | **Smith, Marney 2025-05-29** | 00:01:24 | **MS-5.36** |

Q. Would Hayden Homes prefer to have multiple ticketers ticket events at the amphitheater?

A. No.

Q. Why is that?

A. It's extremely confusing for the end user. My experience is that the prevalence of third-party scalpers online is predatory and it's damaging to the venues, the bands. And the general public doesn't understand -- I won't name company names, but the third-party resellers are not selling real tickets a lot of the time. And when you -- when you switch, it's extremely difficult to get the information out and let people know where purchasing a ticket is safe and where you can actually get a real ticket. It's the reason why we have a website that is independent, and bendconcerts.com is our website and we always link to the correct ticketing service, and we want to make sure that the customer experience is as seamless and easy as possible; and in my experience, that is having a single ticketing company and the single best I've worked with has been Ticketmaster.

| | |
|---|---|
| Defense Affirmative Designations | 00:19:31 |
| Plaintiff Counters | 00:02:55 |
| Defense Counter Counters | 00:03:12 |
| **TOTAL RUN TIME** | **00:25:39** |