# Exhibit 8

# Paul, Elizabeth Designaitons cut 03-26-26

Designation List Report

**Paul, Elizabeth**                                      **2025-05-12**

| | |
|---|---|
| Defense Affirmative Designations | 00:20:54 |
| Plaintiff Counters | 00:01:20 |
| Defense Counter Counters | 00:00:50 |
| **TOTAL RUN TIME** | **00:23:04** |



**ID: EP-3**

EP-3 - Paul, Elizabeth Designaitons cut 03-26-26

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:06 - 6:08 | **Paul, Elizabeth 2025-05-12** | 00:00:14 | **EP-3.1** |

6:06    Just to begin, could you please state and
6:07    spell your name for the record.
6:08    A.  Elizabeth Paul, E-l-i-z-a-b-e-t-h P-a-u-l.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:22 - 8:08 | **Paul, Elizabeth 2025-05-12** | 00:00:26 | **EP-3.2** |

7:22    Q.  Ms. Paul, who is your current employer?
7:23    A.  Greenville Arena District.
7:24    Q.  And what is the Greenville Arena District?
7:25    A.  The owner and operator of the Bon Secours
8:01    Wellness Arena.
8:02    Q.  And where is the Bon Secours Wellness Arena
8:03    located?
8:04    A.  Greenville, South Carolina.
8:05    Q.  And what's your current title with the
8:06    Greenville Arena District?
8:07    A.  General manager of the Bon Secours Wellness
8:08    Arena.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:10 - 16:15 | **Paul, Elizabeth 2025-05-12** | 00:00:14 | **EP-3.3** |

16:10    Q.  Does the arena have a relationship with
16:11    Ticketmaster?
16:12    A.  Yes.
16:13    Q.  And what is the nature of that relationship?
16:14    A.  Ticketmaster is the arena's ticketing
16:15    platform that we use.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:18 - 16:21 | **Paul, Elizabeth 2025-05-12** | 00:00:06 | **EP-3.4** |

16:18    Q.  Has the agreement been -- or has the
16:19    relationship been extended several times over the
16:20    years?
16:21    A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:22 - 17:03 | **Paul, Elizabeth 2025-05-12** | 00:00:21 | **EP-3.5** |

16:22    Q.  Do you recall when?
16:23    A.  No.  Not exactly.
16:24    Q.  Do you recall approximately when?
16:25    A.  We've got a series of renewals so like the
17:01    key -- the dates -- the renewal years -- I do not
17:02    recall the exact renewal year.
17:03    Q.  Do you recall when the last renewal was?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:04 - 17:04 | **Paul, Elizabeth 2025-05-12** | 00:00:04 | **EP-3.6** |

17:04    A.  No.  Not exactly.

**EP-3 - Paul, Elizabeth Designaitons cut 03-26-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:05 - 17:12 | **Paul, Elizabeth 2025-05-12** | 00:00:21 | **EP-3.7** |

Q. Were you involved in any of the negotiations
with Ticketmaster?
A. Yes.
Q. What was your role?
A. I'm the signer on the agreement.  So we
would have negotiated -- I would have negotiated
with Ticketmaster to come to the final deal points
of the renewal agreement.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:15 - 19:17 | **Paul, Elizabeth 2025-05-12** | 00:00:07 | **EP-3.8** |

Q. Are there particular individuals at
Ticketmaster that you've interacted with?
A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:25 - 20:11 | **Paul, Elizabeth 2025-05-12** | 00:00:42 | **EP-3.9** |

Q. In your experience, have you found those
individuals to be good business partners?
A. Yes.
Q. Why do you say that?
A. The product itself has been very successful
for us.  I know that our ticketing team has a strong
relationship with the Ticketmaster, you know,
account services department.  We've always had good
customer service, good client service, and then, you
know, from my perspective, they've always been
incredibly responsive when and if I've ever needed
anything.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:12 - 20:14 | **Paul, Elizabeth 2025-05-12** | 00:00:07 | **EP-3.10** |

Q. And do any examples come to mind of the
responsiveness of individuals that you work with at
Ticketmaster?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:16 - 20:17 | **Paul, Elizabeth 2025-05-12** | 00:00:03 | **EP-3.11** |

THE WITNESS:  Not specifically at the
moment.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:03 - 21:05 | **Paul, Elizabeth 2025-05-12** | 00:00:05 | **EP-3.12** |

Q. And do you have a view as to the
dependability of the individuals that you work with
at Ticketmaster?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:07 - 21:08 | **Paul, Elizabeth 2025-05-12** | 00:00:03 | **EP-3.13** |

**EP-3 - Paul, Elizabeth Designaitons cut 03-26-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 21:07    THE WITNESS: Yes, always responsive and | | **EP-3.13** |
| | 21:08    reliable. | | |
| 21:16 - 22:05 | **Paul, Elizabeth 2025-05-12** | 00:00:55 | **EP-3.14** |

21:16  Q.  And do you have an assessment of the
products and services offered by Ticketmaster that
are used by the arena?
21:19  A.  Yes.
21:20  Q.  What's your assessment?
21:21  A.  The marketing platform.  Mail manager may
not be the exact title, but the marketing platform
where we do our e-mails, our e-blasts, the database,
et cetera, has always been an important part of our
business and a strong marketing tool.  The website.
The customer-facing website is generally very user
friendly.  It's clear.  Has a nice map of the arena.
And then on the back end, building events is a
simple process and one that is -- you know, that our
team uses on a regular basis.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:20 - 23:14 | **Paul, Elizabeth 2025-05-12** | 00:01:06 | **EP-3.15** |

22:20  Q.  And you mentioned "event build" earlier.
What is an event build?
22:22  A.  The event management tool when we received
information from promoters of events, not just
concerts but any events, they'll send us information
on how they would like the event built.  Ticket
pricing, scaling, holds, production holds,
et cetera.  And they send the information to our
marketing team and then our ticketing team builds
the event with Ticketmaster.
23:05  Q.  And are you familiar with Ticketmaster's
event build capabilities?
23:07  A.  Familiar, but certainly not proficient.
23:08  Q.  What's your assessment of Ticketmaster's
event build capabilities based on your
understanding?
23:11  A.  Based on my understanding, it serves its
purpose very well.
23:13  Q.  Are you familiar with the term "high demand
onsale" in the context of primary ticketing?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:16 - 24:03 | **Paul, Elizabeth 2025-05-12** | 00:00:37 | **EP-3.16** |

**EP-3 - Paul, Elizabeth Designaitons cut 03-26-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | THE WITNESS:  Yes. | | **EP-3.16** |
| | BY MR. LI: | | |
| | Q.  What's your understanding of the term? | | |
| | A.  Anticipated demand for a ticket or ticket to a specific show is going to be very high. | | |
| | Q.  And do you have an assessment of Ticketmaster's ability to handle high demand onsales? | | |
| | A.  Yes. | | |
| | Q.  And what's your assessment? | | |
| | A.  At the arena, we have -- they've been able to meet the demand of our shows and of our ticketing needs. | | |
| 24:04 - 24:22 | **Paul, Elizabeth 2025-05-12** | 00:00:59 | **EP-3.17** |
| | Q.  Are you familiar with the term "fraudulent tickets"? | | |
| | A.  Yes. | | |
| | Q.  And what are fraudulent tickets? | | |
| | A.  Tickets -- well, not actually tickets. Something that is represented as a ticket that does not actually allow access to the building, access to the show. | | |
| | Q.  And do you have any experience -- any experience with fraudulent tickets? | | |
| | A.  Yes. | | |
| | Q.  And what's been your experience? | | |
| | A.  That during certain -- during shows, you know, customer wills appear at the box office or at the doors and attempt to access the building using their ticket and then the system will alert us that it is fraudulent; and then we do a -- you know, we have a customer resolution process that would take place after that. | | |
| 25:04 - 25:15 | **Paul, Elizabeth 2025-05-12** | 00:00:43 | **EP-3.18** |
| | Q.  Sure.  In your view, are fraudulent tickets a problem for venues? | | |
| | A.  Yes. | | |
| | Q.  And why do you say that? | | |
| | A.  Because customers who arrive at the arena think they are going to have a great experience, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

only to learn that they purchased and spent money on
a ticket that is fraudulent; and again, it creates a
really, really unpleasant customer service issue.
It's very confusing to the customer.  And it can
create problems, certainly, on a show if we don't
have any other tickets available.

| 26:17 - 26:19 | **Paul, Elizabeth 2025-05-12** | 00:00:04 | **EP-3.19** |

Q.  Are you familiar with Ticketmaster's fraud
prevention tools?
A.  Yes.

| 26:20 - 27:10 | **Paul, Elizabeth 2025-05-12** | 00:01:12 | **EP-3.20** |

Q.  And what tools are you familiar with?
A.  They may have changed the name to OTL, which
is "Over the Limit."  We go look at where tickets
were purchased from a geography perspective.  And we
look at big blocks of tickets that are purchased.
Q.  And do you have an assessment of
Ticketmaster's fraud prevention tools?
A.  Yes.
Q.  And what is your assessment?
A.  The tools that we use have been effective in
ensuring that there are no tickets that were
purchased over the limit, meaning we set a number of
tickets that someone can purchase -- or we don't,
the promoter will.  And it can be very effective --
and can be effective in ensuring the tickets remain
in the hands of the customers who purchased them.

| 30:16 - 31:08 | **Paul, Elizabeth 2025-05-12** | 00:01:04 | **EP-3.21** |

Q.  Are you familiar with Ticketmaster's
Verified Fan program?
A.  Yes.
Q.  And what is the Verified Fan program?
A.  Where a fan would register to -- creates an
account and registers to purchase tickets and then
once you are verified -- I'm not clear on the
verification process, but once you've been -- gone
through that step, it's kind of like a step one; and
once you are a Verified Fan, you're eligible to
enter the presale or onsale of a certain show.
Q.  Do you have an understanding of the purpose

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

31:03 of the Verified Fan program?

31:04 A. Yes.

31:05 Q. And what is your understanding?

31:06 A. To provide access to tickets to fans -- to

31:07 real fans, actual fans, to be able to purchase

31:08 tickets.

| 31:14 - 31:15 | **Paul, Elizabeth 2025-05-12** | 00:00:05 | **EP-3.22** |

31:14 Q. Do you have a view as to whether the

31:15 Verified Fan program benefits fans?

| 31:17 - 31:19 | **Paul, Elizabeth 2025-05-12** | 00:00:11 | **EP-3.23** |

31:17 THE WITNESS: It creates an environment

31:18 where the fan is the most likely consumer to get to

31:19 the tickets on a high demand onsale.

| 33:06 - 33:07 | **Paul, Elizabeth 2025-05-12** | 00:00:04 | **EP-3.24** |

33:06 Q. Are you familiar with how Ticketmaster's

33:07 technology has changed over time?

| 33:09 - 33:09 | **Paul, Elizabeth 2025-05-12** | 00:00:01 | **EP-3.25** |

33:09 THE WITNESS: Yes.

| 33:11 - 33:12 | **Paul, Elizabeth 2025-05-12** | 00:00:03 | **EP-3.26** |

33:11 Q. Are there any particular changes that come

33:12 to mind sitting here today?

| 33:14 - 34:09 | **Paul, Elizabeth 2025-05-12** | 00:01:23 | **EP-3.27** |

33:14 THE WITNESS: Yes.

33:15 BY MR. LI:

33:16 Q. Which ones?

33:17 A. The event builds or event management. You

33:18 know, when I was finance director, it was commonly

33:19 known as the blue screen, and that's how we built

33:20 events. That has certainly evolved over time where

33:21 it's a very different platform now. I'm unfamiliar

33:22 with the, you know, exact technology; but it is

33:23 certainly improved from a DOS-based system to more

33:24 of a web-based system now. Hard tickets, the

33:25 industry -- we no longer use hard tickets unless

34:01 it's a problem -- you know, unless it's a customer

34:02 resolution. So ticketing has evolved from hard

34:03 tickets to digital tickets or electronic tickets.

34:04 The ticketing industry has evolved from how do you

34:05 even account for the number of people in the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

building, we scan tickets as opposed to we used to
tear tickets.  So there's been tremendous evolution
in the ticketing industry for arenas -- our arena
for sure.  Reporting is very different.

| 34:12 - 34:14 | **Paul, Elizabeth 2025-05-12** | 00:00:06 | **EP-3.28** |

Q.  Have the changes you've witnessed in
Ticketmaster's technology made for a better fan
experience?

| 34:16 - 35:22 | **Paul, Elizabeth 2025-05-12** | 00:01:59 | **EP-3.29** |

THE WITNESS:  Yes.

BY MR. LI:

Q.  How so?

A.  Certainly purchasing on the web base, on
Ticketmaster.com, that whole process has improved
over time.  You're able to -- if an ISM map is
enabled, you're able to choose your seat, your
specific seat.  I think that's a real improvement
for the fan.  I think the digital scanning and the
barcodes on the digital ticket is an improvement for
fans.  It is much more difficult to replicate or
duplicate or create fraud when you have those
rolling barcodes, so I think a lot of those
improvements help the fan.

Q.  Have the changes that you've witnessed with
Ticketmaster's technology benefited the arena?

A.  Yes.

Q.  How so?

A.  The actual sales transaction is much simpler
than it used to be so that your workhorse is -- it's
an easier -- there's easier training.  It's an
easier transaction, much easier on the front line
worker.  Our managers have additional tools that
they did not have before to build those events
sufficiently.

From a finance perspective, performing is
realtime.  Previously, you would wait on weekly
reports for ticket sales and now it's available
realtime; so all of those are improvements to the
arena and its staff.

Q.  Do you view Ticketmaster as an innovative

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

35:22    company?

| 35:24 - 36:19 | **Paul, Elizabeth 2025-05-12** | 00:01:02 | **EP-3.30** |

35:24    THE WITNESS:  Yes.

35:25    ///

36:01    BY MR. LI:

36:02    Q.    Why do you say that?

36:03    A.    For all the things I just referred to.  But again, the efficiency of Ticketmaster has improved and has innovated over time.  The actions for the customer have innovated whether it's digital tickets, being able to add them to your wallet. Being able to manage your accounts.  All of those innovations make it much easier for the fan.  You know, even scanning into the building, it's easier on the building to know exactly how many people are inside the building and when they're arriving, and we're not waiting on a count at the end of the night.  So all of those are innovations that have occurred over time.

36:16    Q.    Do you have a view as to whether Ticketmaster's marketing support has improved over the course of your time at Bon Secours Wellness Arena?

| 36:21 - 36:21 | **Paul, Elizabeth 2025-05-12** | 00:00:01 | **EP-3.31** |

36:21    THE WITNESS:  Yes.

| 36:23 - 37:08 | **Paul, Elizabeth 2025-05-12** | 00:00:38 | **EP-3.32** |

36:23    Q.    And what's your view?

36:24    A.    The database, our customer information is -- it's a powerful marketing tool for us, and the ability to analyze that data and segregate that data has improved over time.  Our ability to see, you know, customers, what shows they are buying for helps us market future shows.  And then the marketing on the website, the positioning of the shows that happen in Greenville on Ticketmaster within the region, I believe is a benefit to the arena.

| 37:15 - 37:18 | **Paul, Elizabeth 2025-05-12** | 00:00:07 | **EP-3.33** |

37:15    Q.    Do you have a view as to whether

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 37:16 Ticketmaster's ability to handle high demand onsales | | |
| | 37:17 has improved over the course of your time at the | | |
| | 37:18 arena? | | |
| 37:20 - 38:03 | **Paul, Elizabeth 2025-05-12** | 00:00:49 | **EP-3.34** |
| | 37:20 THE WITNESS: Yes, it has improved. | | |
| | 37:21 BY MR. LI: | | |
| | 37:22 Q. Why do you say that? | | |
| | 37:23 A. Any time in the past, there was concern | | |
| | 37:24 about high-demand shows; we really are not concerned | | |
| | 37:25 with that in more recent time, where the system has | | |
| | 38:01 remained very reliable and the reliability is high | | |
| | 38:02 for the shows that we put on sale and we've had | | |
| | 38:03 very, very few, if any, issues within recent years. | | |
| 38:25 - 39:03 | **Paul, Elizabeth 2025-05-12** | 00:00:10 | **EP-3.35** |
| | 38:25 Q. Stepping back, do you have a view as to | | |
| | 39:01 whether, over the course of the relationship, | | |
| | 39:02 Ticketmaster has been a good commercial partner for | | |
| | 39:03 the Bon Secours Wellness Arena? | | |
| 39:05 - 39:18 | **Paul, Elizabeth 2025-05-12** | 00:00:41 | **EP-3.36** |
| | 39:05 THE WITNESS: Yes. | | |
| | 39:06 BY MR. LI: | | |
| | 39:07 Q. And what's your view? | | |
| | 39:08 A. Ticketmaster has always provided sound | | |
| | 39:09 client services. Our customers have a great | | |
| | 39:10 experience with Ticketmaster. Their -- our | | |
| | 39:11 relationship and the platform have all been -- have | | |
| | 39:12 always been reliable and, you know, our business is | | |
| | 39:13 performing well through a partnership with | | |
| | 39:14 Ticketmaster. | | |
| | 39:15 Q. You mentioned earlier that the arena has | | |
| | 39:16 renewed its agreement with Ticketmaster several | | |
| | 39:17 times? | | |
| | 39:18 A. Correct. | | |
| 39:19 - 40:02 | **Paul, Elizabeth 2025-05-12** | 00:00:34 | **EP-3.37** |
| | 39:19 Q. Do you have an understanding of why the | | |
| | 39:20 arena has chosen to extend its relationship with | | |
| | 39:21 Ticketmaster? | | |
| | 39:22 A. The platform is reliable. From a customer | | |
| | 39:23 perspective, it's well known. Customers know that | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | tickets can be purchased at Ticketmaster.com where<br>they can search for an artist or a building; and on<br>the business side, they've always, again, been good<br>partners. | | |
| 40:09 - 40:16 | **Paul, Elizabeth 2025-05-12** | 00:00:30 | **EP-3.38** |

Q. Have there been any other factors that have influenced the arena's decision to renew its agreement with Ticketmaster?

A. No.

Q. So would it be fair to say that you decide to renew with Ticketmaster based solely on the platform and business aspects of Ticketmaster's offer?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 40:18 - 40:18 | **Paul, Elizabeth 2025-05-12** | 00:00:01 | **EP-3.39** |

THE WITNESS:  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:06 - 49:12 | **Paul, Elizabeth 2025-05-12** | 00:00:27 | **EP-3.40** |

Q. So when I refer to an "exclusive ticketer," I'm referring to the concept of having one ticketing company sell all tickets to an event. And -- so do you have a view as to whether it is better for -- better or worse for the arena to have an exclusive ticketing partner or to have multiple ticketing partners?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:14 - 49:15 | **Paul, Elizabeth 2025-05-12** | 00:00:04 | **EP-3.41** |

THE WITNESS:  The benefit of an exclusive ticketing provider is --

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:17 - 50:04 | **Paul, Elizabeth 2025-05-12** | 00:00:54 | **EP-3.42** |

THE WITNESS:  The benefit of an exclusive ticketing agreement is for our managers -- they have one system to manage and build shows on so there's consistency.  From a fan perspective, there is general knowledge that Ticketmaster is the only platform where you can buy primary market tickets to arena shows, and so we -- without having -- if there was not an exclusive ticketing partner, it would create confusion in the marketplace and amongst the workforce about the best -- best way and the most appropriate platform to purchase tickets on.  So yes, having an exclusive arrangement is a benefit to

**EP-3 - Paul, Elizabeth Designaitons cut 03-26-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 50:04    the arena, in my opinion. | | |
| 58:10 - 58:16 | **Paul, Elizabeth 2025-05-12** | 00:00:25 | **EP-3.43** |

58:10    Q.    Does it sound right that Ticketmaster took

58:11          over as the primary ticketer around the year 2000?

58:12    A.    Yes, that sounds correct.

58:13    Q.    And so do you have any direct experience

58:14          working with other primary ticketing providers since

58:15          2000, other than Ticketmaster?

58:16    A.    No.

| 59:06 - 59:18 | **Paul, Elizabeth 2025-05-12** | 00:00:52 | **EP-3.44** |

59:06    Q.    Did the Bon Secours Wellness Arena renew its

59:07          agreement with Ticketmaster in 2022?

59:08    A.    I don't remember the exact dates of the

59:09          renewal three years ago -- again, I don't remember

59:10          the exact dates.

59:11    Q.    Did you or anyone on your team consider any

59:12          alternatives to Ticketmaster for that 2022 renewal?

59:13    A.    We did not do an RFP process.

59:14    Q.    And why did you not do an RFP process in

59:15          2022?

59:16    A.    The relationship is a -- the overall

59:17          relationship was advantageous to the Greenville

59:18          Arena District.

| 60:04 - 60:10 | **Paul, Elizabeth 2025-05-12** | 00:00:16 | **EP-3.45** |

60:04    Q.    Yes.  You mentioned one of the reasons why

60:05          you renewed with Ticketmaster is because of the

60:06          overall relationship.

60:07          Do you consider your relationship with Live

60:08          Nation as part of that overall relationship with

60:09          Ticketmaster?

60:10    A.    No.

| 60:11 - 60:19 | **Paul, Elizabeth 2025-05-12** | 00:00:38 | **EP-3.46** |

60:11    Q.    Have you had any challenges working with

60:12          Ticketmaster?

60:13    A.    No.

60:14    Q.    None whatsoever?

60:15    A.    We have.  I mean, just normal day-to-day

60:16          interactions are always -- deliver results.  Have

60:17          there been times where we've had to go back and

**EP-3 - Paul, Elizabeth Designaitons cut 03-26-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 60:18    forth on issues?  Of course.  But no major | | |
| | 60:19    challenges. | | |
| 60:20 - 60:22 | **Paul, Elizabeth 2025-05-12** | 00:00:08 | **EP-3.47** |
| | 60:20   Q.  Have you experienced instances during which | | |
| | 60:21        Ticketmaster's systems could not keep up with a high | | |
| | 60:22        demand onsale? | | |
| 60:23 - 60:23 | **Paul, Elizabeth 2025-05-12** | 00:00:02 | **EP-3.48** |
| | 60:23   A.  Yes. | | |
| 60:24 - 61:06 | **Paul, Elizabeth 2025-05-12** | 00:00:42 | **EP-3.49** |
| | 60:24   Q.  Can you tell me about one of those? | | |
| | 60:25   A.  It's been many, many years, so that's why I | | |
| | 61:01        paused.  It's when I was the finance director and | | |
| | 61:02        oversaw the box office at the time, but I haven't | | |
| | 61:03        been the finance director since 2014.  That's why. | | |
| | 61:04        So I don't recall the exact show at the time, but | | |
| | 61:05        again, it was probably prior -- it was definitely | | |
| | 61:06        prior to 2014. | | |
| 66:23 - 66:25 | **Paul, Elizabeth 2025-05-12** | 00:00:09 | **EP-3.50** |
| | 66:23   Q.  And when ticket fees increase, who pays for | | |
| | 66:24        that increase in fees? | | |
| | 66:25   A.  The customer. | | |
| 80:01 - 80:04 | **Paul, Elizabeth 2025-05-12** | 00:00:20 | **EP-3.51** |
| | 80:01   Q.  Do you have an understanding of the | | |
| | 80:02        percentage of the total ticket price that is made up | | |
| | 80:03        of fees? | | |
| | 80:04   A.  Yes. | | |
| 80:10 - 80:11 | **Paul, Elizabeth 2025-05-12** | 00:00:03 | **EP-3.52** |
| | 80:10   Q.  And do you have an understanding of who sets | | |
| | 80:11        the fees? | | |
| 80:13 - 80:16 | **Paul, Elizabeth 2025-05-12** | 00:00:04 | **EP-3.53** |
| | 80:13        THE WITNESS:  Yes. | | |
| | 80:14        BY MR. LI: | | |
| | 80:15   Q.  And who sets the fees? | | |
| | 80:16   A.  The arena. | | |

| | | |
|---|---|---|
| Defense Affirmative Designations | 00:20:54 | |
| Plaintiff Counters | 00:01:20 | |

**EP-3 - Paul, Elizabeth Designaitons cut 03-26-26**

14 / 14

| Defense Counter Counters | 00:00:50 |
|---|---|
| **TOTAL RUN TIME** | **00:23:04** |