# Exhibit 9

# Johnson, Walter Designations cut 04-02-26-2

## Designation List Report

**Johnson, Walter**                          **2025-06-03**

| | |
|---|---:|
| Defense Affirmative Designations | 00:21:07 |
| Plaintiff Counters | 00:05:44 |
| **TOTAL RUN TIME** | **00:26:51** |



**ID: WJ-2**

**WJ-2 - Johnson, Walter Designations cut 04-02-26-2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:02 - 8:11 | **Johnson, Walter 2025-06-03** | 00:00:21 | **WJ-2.1** |

8:02　Q.　Good morning, Mr. Johnson.
8:03　　　As I said off the record, my
8:04　　　name is Jesse Weiss, and I represent the
8:05　　　defendants Live Nation and Ticketmaster in
8:06　　　this case.
8:07　　　Can you please state and spell
8:08　　　your name for the record?
8:09　A.　Full name is Walter Allen
8:10　　　Johnson, W-A-L-T-E-R, A-L-L-E-N,
8:11　　　J-O-H-N-S-O-N.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:14 - 11:06 | **Johnson, Walter 2025-06-03** | 00:00:50 | **WJ-2.2** |

10:14　Q.　Mr. Johnson, who is your current
10:15　　　employer?
10:16　A.　City of Orlando.
10:17　Q.　And what's your title with the
10:18　　　City of Orlando?
10:19　A.　Chief venues officer.
10:20　Q.　At a high level, could you
10:21　　　please describe your job responsibilities
10:22　　　as the chief venue officer of the City?
10:23　A.　Oversee the operation, which
10:24　　　includes everything, bookings, marketing,
10:25　　　advertising, setup of all events and
11:01　　　activities in the Kia Center, Camping World
11:02　　　Stadium, Tinker Field, Leu Gardens,
11:03　　　Mennello Museum and public art.
11:04　Q.　How long have you been in your
11:05　　　role?
11:06　A.　21 years.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:14 - 15:17 | **Johnson, Walter 2025-06-03** | 00:01:07 | **WJ-2.3** |

14:14　Q.　You mentioned a handful of
14:15　　　venues that you had responsibility for or
14:16　　　are involved with.
14:17　　　Are there venues owned by the
14:18　　　City?
14:19　A.　Yes, sir, all of them are owned
14:20　　　and operated by the City on behalf of our
14:21　　　citizens.
14:22　Q.　And the Kia Center, is that a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

basketball arena?

A.  It is.  Home of the NBA Orlando Magic, the ECHL Orlando Solar Bears, and numerous concerts and other activities, graduations, meetings, conferences.  So a host of events.

Q.  And do you have responsibility for non-sporting events that are hosted at the Kia Center?

A.  Yes, sir.

Q.  What about Orlando Magic games, do you have involvement in those?

A.  So pretty much everything except what's on the court is the City's responsibility, security, the gate, entrances, ticket scanners.  So everything other than what activity takes on the, you know, four corners of the court, we are responsible for.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:18 - 20:15 | **Johnson, Walter 2025-06-03** | 00:01:15 | **WJ-2.4** |

Q.  What promoters have you dealt with?

A.  Probably easier to find who I haven't, but we'll still with who we have, of course.  Live Nation, AEG and the various divisions of AEG, LiveNLoud, CMN and Feld Entertainment, Cirq, UFC, WWE.  There's probably a few one-offs that I'm not thinking of, but -- oh, Gelb Productions, Bocelli.  That's probably the biggest group there.

Q.  Which of those have promoted concerts at your Orlando venues in event years?

A.  All of them except for the spectacle shows.  You know, of course, UFC doesn't do concerts.  WWE, they might have music, but it's not a concert.  Feld is

**WJ-2 - Johnson, Walter Designations cut 04-02-26-2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | spectacle performances as well. | | |
| | So Live Nation, AEG, LiveNLoud, | | |
| | CMN, all those are the promoters that we | | |
| | usually have in the venue. | | |
| 20:16 - 22:04 | **Johnson, Walter 2025-06-03** | 00:01:39 | **WJ-2.5** |

Q. Have any of the venues owned by the City undergone significant renovations in recent years?

A. We're just now starting on the Kia Center. It's 15 years old, and we're undertaking new video board and sound equipment and control room this summer. It's about a $30 million job inside there. For the most part, it's been maintenance and repairs and that, but we already do have a plan to start beginning this year with major enhancements. Most of it is replacements and upgrades to the current systems, but there are going to be some enhancements inside the Kia Center. Camping World Stadium is under design right now with an architect, DLR, and the construction team of Barton Malow, AECOM Hunt, and we're in schematic design for a $400 million reconstruction -- redevelopment is the word I'm going to start using -- redevelopment of the Camping World Stadium.

Q. And if you know, where does the City get the funds to undertake those renovations?

A. The funding for these two projects comes from the Orange County Tourist Development Tax.

Q. And what about the Kia Center, is that also from the tax space?

A. So it's a combination between some City funding, the Magic fund, some of their improvements that are in their private areas or their owned areas, and

**WJ-2 - Johnson, Walter Designations cut 04-02-26-2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 22:01   then the bulk comes from the Tourist | | |
| | 22:02   Development Tax. | | |
| | 22:03   Q.  Does the City of Orlando have a | | |
| | 22:04   relationship with Live Nation? | | |
| 22:06 - 22:13 | **Johnson, Walter 2025-06-03** | 00:00:17 | **WJ-2.31** |
| | 22:06   A.  So I'm going to take it in this | | |
| | 22:07   case, I'm the City of Orlando, and I'm | | |
| | 22:08   going to say yes. | | |
| | 22:09   Q.  And just at a high level, what's | | |
| | 22:10   the nature of that relationship? | | |
| | 22:11   A.  We have a promoter agreement | | |
| | 22:12   that covers their events inside the Kia | | |
| | 22:13   Center. | | |
| 22:22 - 23:01 | **Johnson, Walter 2025-06-03** | 00:00:13 | **WJ-2.6** |
| | 22:22   Q.  Has there been a relationship | | |
| | 22:23   with Live Nation for as long as you've been | | |
| | 22:24   the chief venue officer? | | |
| | 22:25   A.  Yes.  And I was thinking about | | |
| | 23:01   how far back you wanted to go.  But yes. | | |
| 26:23 - 26:25 | **Johnson, Walter 2025-06-03** | 00:00:05 | **WJ-2.7** |
| | 26:23   Q.  Based on your experience, do you | | |
| | 26:24   think Live Nation has acted professionally | | |
| | 26:25   in its dealings with the City? | | |
| 27:02 - 29:14 | **Johnson, Walter 2025-06-03** | 00:02:33 | **WJ-2.8** |
| | 27:02   A.  Yes, they have. | | |
| | 27:03   Q.  Why do you say that? | | |
| | 27:04   A.  I guess I'm just too old for BS. | | |
| | 27:05   So, you know, I've been around a | | |
| | 27:06   long time, and I have a reputation.  You | | |
| | 27:07   can't stay in this business this many years | | |
| | 27:08   without having a good reputation because | | |
| | 27:09   you don't stay long.  You won't last long. | | |
| | 27:10   And for me to have 17 years at | | |
| | 27:11   my last place of employment and 21 years | | |
| | 27:12   here, hopefully it means that I've treated | | |
| | 27:13   people fair and transparent and done the | | |
| | 27:14   best job for my employer as well as for the | | |
| | 27:15   people who bring business to us. | | |
| | 27:16   Q.  And you think that's been a | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

27:17    reciprocal relationship with Live Nation?

27:18  A.  Yes.

27:19  Q.  In other words, the

27:20    professionalism that you just described

27:21    that warrants a reputation, and you think

27:22    Live Nation has reciprocated that?

27:23  A.  Yes.

27:24    Again, I've been in this

27:25    business a long time, and the old days are

28:01    no longer around today where it's much more

28:02    of a business versus a, you know,

28:03    fly-by-night operation.

28:04    It's professional.  You know

28:05    what you're getting.  Everyone's getting

28:06    paid.  You know that there's going to be

28:07    insurance.  You know that people are going

28:08    to put on their best effort to put the best

28:09    show on for the fans.

28:10    And our number one job is safety

28:11    and security, and everyone has that at the

28:12    first -- forefront of their minds.

28:13  Q.  What are the old days?

28:14  A.  Case, pistol, cash and something

28:15    in a bag that I am not sure I knew what it

28:16    was.

28:17  Q.  What do you attribute those

28:18    changes in the industry to?

28:19  A.  The evolution of independent

28:20    small promoters that had territories that

28:21    was the wild, wild west versus now where

28:22    you have more professional -- "corporate"

28:23    might be the wrong word, but -- from one of

28:24    the companies -- but you have the -- it's

28:25    much more of a professional -- it's a

29:01    business.  It's not just a -- you know, a

29:02    shoebox operation.

29:03    So it's evolved to where, you

29:04    know, it's no longer -- those people who

29:05    were not like that, like the old days, are

29:06    no longer around.  They -- it's a new

29:07    generation, and it's a business,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

29:08      professional.
29:09      I'm sure there may be
29:10      disagreements, but not as heated and as
29:11      passionate as they used to be.
29:12    Q. And you think those are positive
29:13      changes?
29:14    A. Sure. I like my job.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 32:11 - 32:14 | **Johnson, Walter 2025-06-03** | 00:00:08 | **WJ-2.9** |

32:11    Q. Did the Orlando venues in your
32:12      portfolio use Ticketmaster as the primary
32:13      ticketing system?
32:14    A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 32:17 - 32:20 | **Johnson, Walter 2025-06-03** | 00:00:08 | **WJ-2.10** |

32:17    Q. And are you involved in the
32:18      relationship between Ticketmaster and the
32:19      Orlando venues?
32:20    A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:12 - 35:16 | **Johnson, Walter 2025-06-03** | 00:00:14 | **WJ-2.11** |

35:12    Q. If you know, about how long has
35:13      Ticketmaster been ticketing the Kia Center
35:14      and its predecessor?
35:15    A. So I've been here since 2004,
35:16      and it's been Ticketmaster since I started.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:17 - 36:22 | **Johnson, Walter 2025-06-03** | 00:01:13 | **WJ-2.12** |

35:17    Q. And are you familiar with the
35:18      products and services of Ticketmaster that
35:19      are used by the Kia Center and other
35:20      Orlando venues?
35:21    A. "Familiar" may be a strong word,
35:22      but aware, yes, for the most part. But,
35:23      you know, I don't get down too deep in the
35:24      weeds.
35:25    Q. Do you have a view on the
36:01      quality of Ticketmaster's primary ticketing
36:02      system?
36:03    A. I do. And it's robust. It can
36:04      handle -- when I put Stray Kids on sale for
36:05      45,000 tickets at the stadium and sell it
36:06      out in one hour, they can do that. They

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

don't crash.

Now, the same thing with Garth

Brooks.  Garth Brooks puts on four shows in

the arena in one morning, and it's a robust

system that can handle that.

The reporting is excellent.  The

team one that we use gives me a great

breadth of information on my phone, so I

don't have to carry even a computer on a --

on off time.  I can just look at my phone

and find, track where sales are going and

trends and such.

So they are the most robust

system that I know out there that can

handle the volume and tickets that we may

put on sale at one time.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:23 - 37:03 | **Johnson, Walter 2025-06-03** | 00:00:13 | **WJ-2.13** |

Q.  You said "the most robust."

Have you had opportunities to

compare Ticketmaster's system with other

primary ticketing platforms?

A.  I have not personally, but I

read the trades.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:17 - 38:10 | **Johnson, Walter 2025-06-03** | 00:00:54 | **WJ-2.14** |

Q.  What is the bot issue?

A.  So when you have a show go on

sale that's very popular, there's high

demand.  And, of course, nowadays there is

really not an on-sale date.  There's

presale dates.  They can be -- there can be

three or four presales for some shows.

You have the arts presale.  You

have a fan club presale.  You may have a

credit card, you know, or a sponsor

presale.  So there's really no one on-sale

date in today's world.

But the bots, you know, the

computer things are grabbing tickets and

getting in queue lines and really

disrupting the fans who really want to get

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 38:08    tickets.  They're competing with something | | |
| | 38:09    that can go a lot faster than they can and | | |
| | 38:10    snatch up tickets faster than they can. | | |
| 39:06 - 41:02 | **Johnson, Walter 2025-06-03** | 00:01:56 | **WJ-2.15** |

39:06    Q.    What's your assessment, if you

39:07    have one, of Ticketmaster's ability to

39:08    handle the bot issue that you've described?

39:09    A.    It's -- it's -- it's still a

39:10    struggle because it's out there, but

39:11    they're doing their best to fight it.

39:12    I think sometimes -- this is a

39:13    case where it may need some legislation to

39:14    help, as well as fraudulent websites

39:15    that -- we used to have one that, you know,

39:16    we -- I guess we didn't get smart enough

39:17    when we opened up the Amway Center,

39:18    someone, you know, got the website Amway

39:19    Center Tickets.  So you typed in Amway

39:20    Center Tickets, you went to their website

39:21    and then it was a secondary seller.

39:22    So it's a battle that we have to

39:23    stay on top of, and we work with

39:24    Ticketmaster to encourage them and to work

39:25    with them to combat this issue.

40:01    Q.    Do you think Ticketmaster has

40:02    been at the forefront of that battle?

40:03    A.    Yes.

40:04    Q.    Do you think Ticketmaster is an

40:05    innovative ticketing company?

40:06    A.    Yes.

40:07    Q.    Why do you say that?

40:08    A.    They're first to market with a

40:09    lot of things.  But, also, if somebody else

40:10    is doing something really well, they will

40:11    learn how to do that as well, if there's

40:12    something out there that, you know, needs

40:13    some help.  And they're genuinely concerned

40:14    about how to help both the ticket purchaser

40:15    as well as the venues.

40:16    So it's a two-way street.  It's

**WJ-2 - Johnson, Walter Designations cut 04-02-26-2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

40:17 not just -- you know, some people care
40:18 about selling tickets and don't care about
40:19 the venues.  They care about both because,
40:20 you know, they want us to be successful
40:21 with how we handle the customers.
40:22 Because the buildings never
40:23 move.  You know, the venue, if something
40:24 goes wrong, the venue is always there.  And
40:25 that's where people are going to blame or,
41:01 you know, call or email or blog about or
41:02 whatever.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 43:06 - 43:25 | **Johnson, Walter 2025-06-03** | 00:00:58 | **WJ-2.16** |

43:06 Q.  Has the Kia Center issued RFPs
43:07 for ticketing services over the years?
43:08 A.  Again, because the Magic were
43:09 the primary on the process, we did do in
43:10 2007-2008 an RFP process.  We had the
43:11 companies come in and make presentations at
43:12 the time.
43:13 AXS was not around during that
43:14 time, so they were not one of the ones that
43:15 came in.
43:16 Q.  Anything more recent, any RFP
43:17 processes more recent than that that you've
43:18 been involved in?
43:19 A.  No.  We've just done renewals.
43:20 We do -- the Magic and us, we
43:21 will go out and we'll talk about what's out
43:22 there, what else is there to look at.  And
43:23 every time we do that, we come back and we
43:24 end up agreeing that Ticketmaster is the
43:25 best choice for both of us at that time.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:02 - 45:08 | **Johnson, Walter 2025-06-03** | 00:00:17 | **WJ-2.32** |

45:02 Q.  What timeframe did you discuss
45:03 that -- I'm sorry, what timeframe did you
45:04 conduct that research in, if you recall?
45:05 A.  I'm going back from memory.  So
45:06 I believe it was probably 2023 --
45:07 Q.  Okay.
45:08 A.  -- '22-'23 was the last time.

**WJ-2 - Johnson, Walter Designations cut 04-02-26-2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 46:23 - 47:06 | **Johnson, Walter 2025-06-03** | 00:00:31 | **WJ-2.17** |

Q. And in your view, why ultimately did the Kia Center decide to stay with Ticketmaster in that timeframe?

A. We were pleased with the past performance, and the future performance was right, and you know what you know, and we were comfortable with the way they were handling our account, and the numbers made sense.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:07 - 48:08 | **Johnson, Walter 2025-06-03** | 00:01:01 | **WJ-2.18** |

Q. Did anyone ever -- from Live Nation or Ticketmaster or otherwise ever threaten you that if you moved away from Ticketmaster, you would not get Live Nation concerts?

A. No, sir.

Q. And what's your overall assessment of Ticketmaster as the partner to the Orlando venues in your portfolio?

A. They're a good partner. They want us to be successful, and they want to find ways to help us be successful. I know that means them being successful as well, but that's what we're here for. And they're very responsive to any issues that we have that come up. They have an office here in Orlando, so we have benefits from that as well, so we have proximity. But the relationships I have with people, it's one phone call. I don't have to, you know, call three or four people or whatever. I call one person and the problem is -- it gets attention and gets solved. So that is something that we're really please with.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 50:03 - 51:19 | **Johnson, Walter 2025-06-03** | 00:01:37 | **WJ-2.19** |

Q. Have you observed changes to the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

50:04    Ticketmaster products over the years?

50:05  A.  Every year we're hoping they're

50:06    bringing something out new that helps us,

50:07    helps us do our job, helps the customers,

50:08    consumers.

50:09    So every year we push them to do

50:10    that, and they -- every year they have a

50:11    technology conference in Los Angeles or a

50:12    meeting, and we get invited to that to see

50:13    what's out there, to hear -- they want to

50:14    hear from us what we think they can do

50:15    better, and a two-way conversation.

50:16    And then they have conferences

50:17    for our -- our manager -- our box office

50:18    manager level, the people that are closer

50:19    to the front of the line.  And they have

50:20    those that say listen to both, upper

50:21    management as well as mid management, on

50:22    what the needs are and how they can do the

50:23    job better.

50:24  Q.  And have you seen them take that

50:25    feedback into account and implement it in

51:01    their products or services?

51:02  A.  Absolutely.  TM1 is a great

51:03    example, is that, you know, we had, you

51:04    know, iPhones, if you're an Android person,

51:05    and for years, I'd have to carry a -- you

51:06    know, a laptop with me or an iPad to be

51:07    able to access information because they

51:08    didn't have any mobile friendly app.  Now,

51:09    they do.

51:10    And so those are things that we

51:11    kept pushing and harping upon and wanted to

51:12    make sure we have safety and security,

51:13    which is -- the security of the system is

51:14    number one.

51:15    But convenience and ability to

51:16    say, Okay, how is Shakira -- how many

51:17    tickets did I sell to Shakira today?  I can

51:18    pull it up and see right now how many I'm

51:19    selling today.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 51:20 - 53:14 | **Johnson, Walter 2025-06-03** | 00:01:44 | **WJ-2.20** |

Q. What safety and security features have you seen from Ticketmaster?

A. Well, I think I need to reset my password every 3 hours -- no, I'm kidding. It seems it's that often and frequent, but they do that, and I mean, it's a pain, but it protects me, so I'm okay with that. I don't have a problem with that. So they're doing those kind of things that are making sure that the systems are safe, especially information that we have because we don't -- and information we have is, you know, important and, in some cases, proprietary to the promoters out there that, you know, they don't want that information out. And so I've seen them -- you know, they really do try to protect the consumer. I went through a process recently where I bought tickets and, believe or not, I needed to sell -- it was a parking ticket -- because somebody else was driving. So I had to go with the old process of ticketing, buy it from Ticketmaster. And then what happened was, the place I was going to, they set a limit on how much I could sell it for. So I actually lost $4 in the whole process, but that's okay, it's my problem. But it was -- you know, but they made me -- the money went back into a like bank account, didn't go to my credit card. So you can stop people from -- who are buying tickets and want fraudulent refunds to -- back to a credit card. They maybe not be theirs and they stole it or whatever.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

So I was able to -- it went
right to my account.  So I said, Okay, I'm
okay with that.  And then there's a way for
them to report the way people make profits
on, if they sell tickets, that -- you know,
for the IRS stuff.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 54:21 - 55:12 | **Johnson, Walter 2025-06-03** | 00:00:51 | **WJ-2.21** |

Q.  Is the relationship with
Ticketmaster an exclusive one?
A.  Yes.
Q.  To your knowledge, has the Kia
Center ever considered using more than one
primary ticketing company to sell tickets
to events at the Kia Center at the same
time?
A.  So we've been asked before,
especially if somebody has a different
relationship, but our contract is
exclusive.  So we don't allow that.
Q.  But has the Kia Center or any of
the Orlando venues evaluated moving to a
non-exclusive ticketing relationship, to
your knowledge?
A.  No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:13 - 57:09 | **Johnson, Walter 2025-06-03** | 00:01:39 | **WJ-2.22** |

Q.  Do you have a view as to whether
it would be efficient from an operations
perspective to have more than one ticketer
serve as the Kia Center's primary ticketing
partner?
A.  I don't think it would be
beneficial because the consumer would be
confused about where to get tickets, which
outlet is authorized.
And then the other problem would
be if the systems aren't compatible and
they show up, we use ticket scanners, and
if the other platform doesn't have the
correct either bar code or rotating code,
QR code, whatever you use, then there's a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

56:03 whole problem of getting people inside the
56:04 venue and then there's frustration with the
56:05 consumer.
56:06 You know, it's -- I know the
56:07 European method is different where the
56:08 promoter picks the ticketing. They just
56:09 really didn't have arenas over there until,
56:10 you know, the last couple of decades. Most
56:11 of their things were festivals outside, so
56:12 it's a different beast.
56:13 But for us, it's -- the consumer
56:14 knows where to get tickets -- legitimate
56:15 tickets for the most part. The secondary
56:16 market is out there and thriving. You
56:17 know, I see advertisements every night for
56:18 Vivid Seats or Quick Ticks, or whatever you
56:19 want to -- what's out there, StubHub. So
56:20 there's -- there's outlets are there,
56:21 people are selling tickets.
56:22 So to me, it's better for us to
56:23 say, If you buy it from Ticketmaster, we
56:24 know we're going to get you in, and if
56:25 there is a problem, we know we are going to
57:01 get you money back.
57:02 For example, Shakira could play
57:03 in Boston last week, and you know if you
57:04 bought your ticket from Ticketmaster,
57:05 you're going to get a refund. You know
57:06 you're going to get it. No questions
57:07 asked.
57:08 I can't say that about every
57:09 other ticketing company.

| 59:21 - 60:18 | **Johnson, Walter 2025-06-03** | 00:00:55 | **WJ-2.23** |
|---|---|---|---|

59:21 Q. Are you familiar with the
59:22 upfront payments that Ticketmaster was paid
59:23 in connection with its primary ticketing
59:24 contract for Kia?
59:25 A. The marketing payment?
60:01 Q. The upfront payments that are
60:02 made under the contract.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 60:03  A.  Yes. | | |
| | 60:04  Q.  To your knowledge, have those | | |
| | 60:05      payments been used to benefit the Kia | | |
| | 60:06      Center? | | |
| | 60:07  A.  Yes, sir.  It goes into our | | |
| | 60:08      budget, and it provides marketing | | |
| | 60:09      opportunities, enhancements for the guest | | |
| | 60:10      experience. | | |
| | 60:11      It's enhancement for the artist | | |
| | 60:12      experience back stage.  We use some of that | | |
| | 60:13      marketing money to welcome the artist and | | |
| | 60:14      to make sure they want to come back to | | |
| | 60:15      Orlando again or have a good experience | | |
| | 60:16      that day. | | |
| | 60:17      So yes, it's been very | | |
| | 60:18      beneficial. | | |
| 61:05 - 62:03 | **Johnson, Walter 2025-06-03** | 00:01:04 | **WJ-2.24** |
| | 61:05      If the upfront payments at the | | |
| | 61:06      Kia Center has received under its contract | | |
| | 61:07      with Ticketmaster were substantially | | |
| | 61:08      reduced, would you expect the Kia Center to | | |
| | 61:09      make up for that shortfall in other ways? | | |
| | 61:10  A.  If there's budgeted items that | | |
| | 61:11      we don't have funding for, yes, we would | | |
| | 61:12      have to find a way to make up anything that | | |
| | 61:13      we felt that was mission critical for us to | | |
| | 61:14      continue. | | |
| | 61:15  Q.  Would one way to make up that | | |
| | 61:16      shortfall be to increase the ticket fees | | |
| | 61:17      that are charged to fans attending events | | |
| | 61:18      at the venue? | | |
| | 61:19  A.  I would look at all | | |
| | 61:20      opportunities to replace that revenue. | | |
| | 61:21  Q.  And that could be from ticketing | | |
| | 61:22      fees -- increased ticketing fees? | | |
| | 61:23  A.  Yes. | | |
| | 61:24  Q.  Would another opportunity | | |
| | 61:25      potentially be increasing the price of | | |
| | 62:01      concessions, like food and beverages, at | | |
| | 62:02      the venue? | | |

**WJ-2 - Johnson, Walter Designations cut 04-02-26-2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 62:03    A.  Yes. | | |
| 66:17 - 67:02 | **Johnson, Walter 2025-06-03** | 00:00:32 | **WJ-2.25** |
| | 66:17    Q.  On a yearly basis, does the Kia<br>Center earn more profit from sporting<br>events or from concerts?<br>66:20    A.  So I'm going to define the Kia<br>Center as the City of Orlando, the land of<br>venues.  So -- because I don't know what<br>the Magic earned.  That's proprietary for<br>them.<br>So on Magic nights, the City<br>earns less, but on concert nights, we earn<br>more. | | |
| 67:03 - 67:06 | **Johnson, Walter 2025-06-03** | 00:00:09 | **WJ-2.26** |
| | 67:03    Q.  Are concerts at the Kia Center<br>an important source of revenue for the City<br>of Orlando?<br>67:06    A.  Yes, sir. | | |
| 69:14 - 70:03 | **Johnson, Walter 2025-06-03** | 00:00:40 | **WJ-2.27** |
| | 69:14    Q.  And I think you testified<br>earlier about an RFP process for ticketing<br>at the Kia Center that occurred in<br>approximately 2007 or 2008, is that<br>correct?<br>69:19    A.  Yes, sir.<br>69:20    Q.  And was that before the venue<br>even opened?<br>69:22    A.  Yes, sir.  It was for the new<br>venue specifically.<br>69:24    Q.  And so since the venue opened,<br>has there been any other RFP processes to<br>select a ticketer for the tickets for the<br>Kia Center?<br>70:03    A.  Not that I recall. | | |
| 70:24 - 71:11 | **Johnson, Walter 2025-06-03** | 00:00:41 | **WJ-2.28** |
| | 70:24    So is it fair to say that the<br>Kia Center does not use an exclusive<br>promoter for concerts?<br>71:02    A.  Yes. | | |

**WJ-2 - Johnson, Walter Designations cut 04-02-26-2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

71:03  Q.  Can you explain why that is?
71:04  A.  First Amendment, we're owned and
71:05      operated by the city, so we are an open
71:06      venue and it's a competitive market.  So I
71:07      don't want to pick one promoter if the
71:08      other promoter has shows that we would want
71:09      as well.  So we'd done exclusive.  There is
71:10      no benefit for the city to have an
71:11      exclusive promoter.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 78:25 - 79:04 | **Johnson, Walter 2025-06-03** | 00:00:14 | **WJ-2.29** |

78:25  Q.  Do you see any benefits to
79:01      having multiple concert promoters for the
79:02      Kia Center?
79:03  A.  If they're bringing a multiple
79:04      of artists, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 79:15 - 80:08 | **Johnson, Walter 2025-06-03** | 00:00:53 | **WJ-2.30** |

79:15      Do you think the Kia Center is
79:16      able to work effectively with multiple
79:17      non-exclusive concert promoters?
79:18  A.  So what are you referring to in
79:19      non-exclusive?
79:20  Q.  Meaning that you work with
79:21      multiple promoters at the same time.
79:22      Nobody has the exclusive promotion for
79:23      concerts at the Kia Center.
79:24  A.  We work with the promoters who
79:25      have the artist, and we do not want to be
80:01      exclusive because we do not want to exclude
80:02      anybody from bringing shows.
80:03  Q.  Perhaps I could ask the question
80:04      a little bit differently.
80:05      Do you feel that the Kia Center
80:06      is able to work effectively with multiple
80:07      concert promoters in any given year?
80:08  A.  Yes.

| | | |
|---|---|---|
| Defense Affirmative Designations | 00:21:07 | |
| Plaintiff Counters | 00:05:44 | |
| **TOTAL RUN TIME** | **00:26:51** | |