# Exhibit 10

# Glickman, Todd Designations cut 04-02-26-3

Designation List Report

**Glickman, Todd**                                    **2025-07-21**

| | |
|---|---:|
| Defense Affirmative Designations | 00:10:44 |
| Plaintiff Counters | 00:14:42 |
| Defense Counter Counters | 00:03:02 |
| **TOTAL RUN TIME** | **00:28:28** |



**ID: TG-4**

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:17 - 10:19 | **Glickman, Todd 2025-07-21** | 00:00:09 | **TG-4.1** |

Could you please state and spell your name for the record.

A. T-o-d-d, G-l-i-c-k-m-a-n.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:24 - 14:10 | **Glickman, Todd 2025-07-21** | 00:01:35 | **TG-4.2** |

Q. Mr. Glickman, where are you currently employed?

-

A. Comcast Spectacor in Philadelphia.

Q. And what is your current role with Comcast Spectacor?

A. Chief revenue and business officer.

Q. Could you please describe at a high level what your responsibilities are in that role?

A. I oversee our -- all of our sales operations, marketing operations, branding, business analytics, corporate partnerships, premium seating, ticketing for both Comcast Spectacor and the Philadelphia Flyers.

Q. Does Comcast Spectacor own any live events venues?

A. No. Well, I take that back. The Wells Fargo Center.

Q. And what is the Wells Fargo Center?

A. That is the home to the Philadelphia Flyers and the 76ers. It's a 19,000-seat public assembly facility in Philadelphia.

-

Q. And does the Wells Fargo Center host any sort -- any types of live events besides Flyers and 76ers games?

A. Yes.

Q. And what types of live events does Wells Fargo Center host?

A. We do sporting events, concerts,

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 14:09  family shows, comedy and some instances, | | |
| | 14:10  conventions, conferences. | | |
| 16:02 - 16:09 | **Glickman, Todd 2025-07-21** | 00:00:21 | **TG-4.3** |

16:02  Q.  And how long have you been in

16:03  your current role with Comcast Spectacor?

16:04  A.  I will answer that two ways.

16:05  I've been with the organization 35 years,

16:06  and I've been in this current role, I'm

16:07  coming up on my third season in this role.

16:08  Actually, take that back.  Second

16:09  season, to be exact.

| 24:23 - 25:07 | **Glickman, Todd 2025-07-21** | 00:00:25 | **TG-4.4** |

24:23  Do you have an understanding of

24:24  what ticketing system or systems Spectacor

24:25  used for live events at the Wells Fargo

25:01  -

25:02  Center prior to 2023?

25:03  A.  They were utilizing Paciolan.

25:04  Q.  And did there come a time when

25:05  Spectacor considered switching to a

25:06  different primary ticketing system?

25:07  A.  Yes.

| 25:08 - 27:02 | **Glickman, Todd 2025-07-21** | 00:01:26 | **TG-4.5** |

25:08  Q.  Do you have an understanding of

25:09  about when those discussions began?

25:10  A.  I was not at the building then,

25:11  but I would -- you know, this is

25:12  speculative.

25:13  You know, we were owned and

25:14  operated by Spectacor prior to the sale,

25:15  just so, you know, everybody has a full

25:16  understanding.  We were physically located,

25:17  you know, at the Navy Yard, which was, you

25:18  know, a couple miles, you know, down the

25:19  road from the arena.

25:20  I also think, you know, very

25:21  important for understanding while you

25:22  owned -- you know, we owned -- Spectacor

25:23  owned and operated the venue management

25:24  company, you know, it really was a

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 25:25  standalone organization. | | |
| | 26:01  - | | |
| | 26:02  And you were -- you were | | |
| | 26:03  managing -- we were managing facilities | | |
| | 26:04  throughout the United States both | | |
| | 26:05  domestically and internationally. | | |
| | 26:06  So, you know, we weren't involved | | |
| | 26:07  in the day-to-day of the arena.  While I | | |
| | 26:08  drove by the arena every day, you know, I | | |
| | 26:09  wasn't, you know, there.  My real home was | | |
| | 26:10  probably the airport, because I was doing | | |
| | 26:11  about a hundred flights a year. | | |
| | 26:12  So to answer your question, you | | |
| | 26:13  know, around understanding, it was in that | | |
| | 26:14  timeframe specifically that, you know, I'm | | |
| | 26:15  guessing that discussions started taking | | |
| | 26:16  place about an RFP for a ticketing | | |
| | 26:17  provider. | | |
| | 26:18  Q.  Sorry.  When you say "in that | | |
| | 26:19  timeframe," do you have an approximate year | | |
| | 26:20  that you had in mind? | | |
| | 26:21  A.  I'm guessing -- you know, the | | |
| | 26:22  contract starts -- started in '23, so | | |
| | 26:23  probably sometime in '22 I imagine | | |
| | 26:24  getting -- those conversations typically | | |
| | 26:25  start 12 to 14 months prior to a contract | | |
| | 27:01  - | | |
| | 27:02  expiring. | | |
| 27:03 - 27:20 | **Glickman, Todd 2025-07-21** | 00:00:40 | **TG-4.6** |
| | 27:03  Q.  And do you have an understanding | | |
| | 27:04  just from what you know of why Spectacor | | |
| | 27:05  decided to switch away from using Paciolan | | |
| | 27:06  as the primary ticketing system for the | | |
| | 27:07  Wells Fargo Center? | | |
| | 27:08  A.  Yeah.  I mean, look, since I've | | |
| | 27:09  been, you know, in the role and -- yes, I | | |
| | 27:10  have an understanding. | | |
| | 27:11  Q.  And what's your understanding? | | |
| | 27:12  A.  You know, I would say as they | | |
| | 27:13  went through the process, you know, the | | |

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:14 main drivers, you know, you're talking | | |
| | 27:15 about technology, the technology stack, | | |
| | 27:16 database, marketing, super important data | | |
| | 27:17 privacy, super important. | | |
| | 27:18 So I think there were probably | | |
| | 27:19 three to four key drivers that would go | | |
| | 27:20 into a decision like that. | | |
| 27:21 - 28:12 | **Glickman, Todd 2025-07-21** | 00:00:41 | **TG-4.7** |

27:21 Q. Is it your understanding that
27:22 Spectacor was dissatisfied with Paciolan
27:23 along these dimensions?
27:24 A. You know, I wasn't in the offices
27:25 at that point, so, you know -- because, you
28:01 -
28:02 know, whether it's dissatisfying or not.
28:03 Because when you make a change like that,
28:04 sometimes with an incumbent, it can -- it
28:05 can just -- it can just be fine and you
28:06 make a change, because something better
28:07 comes along.
28:08 I would believe, you know, my
28:09 sense now being in the role for the last
28:10 two years is that there's functionality
28:11 issues that Paciolan was unable to deliver
28:12 to us.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 28:18 - 29:10 | **Glickman, Todd 2025-07-21** | 00:00:43 | **TG-4.8** |

28:18 Q. Were there specific features or
28:19 components or attributes that Spectacor
28:20 wanted that Paciolan couldn't deliver?
28:21 A. Yes.  Yes.  You know, I think
28:22 first and foremost, you know, from a mobile
28:23 app perspective, you know, Ticketmaster
28:24 delivers a state of the art mobile app that
28:25 is one that is expected to be had for our
29:01 -
29:02 forward-facing fans.
29:03 I think one of the features is
29:04 Pricemaster for us, which gives us the
29:05 ability to dynamic price is very key for
29:06 us.

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

29:07 So from a technology

29:08 standpoint -- and then around data privacy

29:09 and fraud protection, those were big

29:10 drivers for our decision.

| 29:11 - 29:15 | **Glickman, Todd 2025-07-21** | 00:00:10 | **TG-4.9** |

29:11 Q. Do you have an understanding

29:12 around that timeframe, '21, '22, how many

29:13 years were left in Spectacor's agreement

29:14 with Paciolan?

29:15 A. Do not.

| 29:16 - 30:15 | **Glickman, Todd 2025-07-21** | 00:01:00 | **TG-4.10** |

29:16 Q. After Spectacor began considering

29:17 switching primary ticketing providers, did

29:18 Spectacor issue a request for proposal to

29:19 evaluate potential partners?

29:20 A. My understanding is yes.

29:21 Q. And was that around 2023?

29:22 A. Well, again, it would have to be

29:23 the contract that was executed in July of

29:24 '23, so the RFP would have had to have come

29:25 out prior to that.

30:01 -

30:02 Q. Can you please describe at a high

30:03 level the RFP process.

30:04 A. In general?

30:05 Q. Specific to this one, if you

30:06 know.

30:07 A. I was not a part of the process,

30:08 you know, that they ran at all. I can tell

30:09 you, you know, how RFP processes work

30:10 generally, because, you know, our venue

30:11 management business was a -- you know, a

30:12 public-facing business that was driven by

30:13 RFPs.

30:14 This specific RFP, I was not part

30:15 of the process.

| 32:05 - 32:22 | **Glickman, Todd 2025-07-21** | 00:00:41 | **TG-4.11** |

32:05 Q. And who did Spectacor ultimately

32:06 select to be the primary ticketer out of

32:07 this RFP?

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | A. Ticketmaster. | | |
| | Q. Do you have an understanding of why Spectacor selected Ticketmaster? | | |
| | A. Yes.  As we talked about I think a couple minutes ago, you know, being in this role and now I have an understanding, you know, kind of thought process in terms of what the group is looking for and whatnot and kind of what -- you know, how we view it today. | | |
| | Q. I think you mentioned earlier that there was the -- sort of the tech stack and functionality issues and database, data privacy and marketing? | | |
| | A. Uh-huh. | | |
| 33:10 - 34:18 | **Glickman, Todd 2025-07-21** | 00:01:27 | **TG-4.12** |
| | The question was just could explain what you meant by "database"? | | |
| | A. Yeah, I mean, Ticketmaster has, you know -- when we market to shows both digitally, electronically, Ticketmaster provides a very large marketing database that gives us the ability to segment by ZIP code, different regions that we can market to. And I think that's one of the functionalities that attracted us as an organization was their database and their -- you know, their overall platform. I believe you'd asked me about the others, but I think this originally -- the second question was just specifically - around database. | | |
| | Q. I was gonna go one by one -- | | |
| | A. Sure. | | |
| | Q. -- so I guess the second follow-up question is:  What did you mean by "data privacy"? | | |
| | A. You know, we have very, very | | |

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

34:09 strict data privacy rules being owned and
34:10 operated by Comcast.  So their ability
34:11 around data privacy to match some of our
34:12 needs I think were critical.
34:13 Their fraud protection package,
34:14 i.e., ticket -- fake tickets being sold on
34:15 the market, were tremendous, and our fraud
34:16 has really dropped down to zero.  So I
34:17 think that was a big, big piece for us as
34:18 well.

| 34:19 - 34:23 | **Glickman, Todd 2025-07-21** | 00:00:08 | **TG-4.13** |

34:19 Q.  Are there particular features or
34:20 components of their fraud protection
34:21 package that you have in mind?
34:22 A.  I can't speak to that
34:23 specifically.

| 34:24 - 35:25 | **Glickman, Todd 2025-07-21** | 00:01:08 | **TG-4.14** |

34:24 Q.  And then the last item I think
34:25 you mentioned is marketing?
35:01 -
35:02 A.  Yeah.  From a marketing sales
35:03 perspective, you know, I think, you know,
35:04 the user experience under Ticketmaster has
35:05 become seamless from ticket purchases to
35:06 ticket transfers to ticket reselling.
35:07 And the overall tech experience
35:08 from the fan engagement has been seamless,
35:09 so we've seen a real uptick, you know,
35:10 or -- not -- "uptick" is not the right
35:11 word.
35:12 We've seen, you know, just the
35:13 overall user experience from both our
35:14 in-house sales reps, representatives to our
35:15 external customer has been very good.
35:16 Venue entry, physically entering
35:17 the venue has become seamless for us via
35:18 Ticketmaster.
35:19 And then from a marketing
35:20 perspective, you know, both as I had
35:21 mentioned earlier, our digital -- our

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

35:22    digital advertising, our ticket email --
35:23    our ticketing emails through their database
35:24    and just really has been -- you know, has
35:25    been a big step forward for us.

| 37:07 - 37:09 | **Glickman, Todd 2025-07-21** | 00:00:07 | **TG-4.15** |

37:07    Q.  And do you have a view as to how
37:08    Ticketmaster has performed so far as the
37:09    primary ticketing platform for Spectacor?

| 37:20 - 37:20 | **Glickman, Todd 2025-07-21** | 00:00:02 | **TG-4.16** |

37:20    THE WITNESS:  Okay.  Yes, I do.

| 37:22 - 38:15 | **Glickman, Todd 2025-07-21** | 00:00:49 | **TG-4.17** |

37:22    Q.  And what's your view?
37:23    A.  They're extremely positive.
37:24    Q.  And what's the basis of your
37:25    view?
38:01    -
38:02    A.  Just, you know, the basis of the
38:03    view is our customer surveys.  The basis of
38:04    our view is that, again, we're providing to
38:05    our fans our -- the end users an experience
38:06    that they weren't able to have before.
38:07    The basis of the view is that our
38:08    marketers, our internal marketers in terms
38:09    of how we're marketing shows, have tools to
38:10    them that they did not have from our
38:11    previous ticketing provider.
38:12    The basis to the view is that our
38:13    fraud, you know, our ticketing fraud has
38:14    dropped down to near zero.  That's the
38:15    basis of our view.

| 38:20 - 39:05 | **Glickman, Todd 2025-07-21** | 00:00:15 | **TG-4.18** |

38:20    Q.  Are you familiar with
38:21    Ticketmaster's SafeTix feature?
38:22    A.  Yeah.  You're talking about
38:23    their -- are you talking about their
38:24    secondary market, you know, where their
38:25    resale...
39:01    -
39:02    Q.  I'm referring to a rotating

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 39:03    barcode feature. | | |
| | 39:04    Are you familiar with that? | | |
| | 39:05  A.  Intentionally -- | | |
| 39:09 - 39:14 | **Glickman, Todd 2025-07-21** | 00:00:14 | **TG-4.19** |
| | 39:09  A.  I am familiar with it, but, you | | |
| | 39:10    know, not an expert on it by any stretch. | | |
| | 39:11  Q.  Do you have an understanding of | | |
| | 39:12    how the rotating barcode feature has | | |
| | 39:13    affected fraudulent tickets? | | |
| | 39:14  A.  I do. | | |
| 39:18 - 39:23 | **Glickman, Todd 2025-07-21** | 00:00:11 | **TG-4.20** |
| | 39:18    THE WITNESS:  Okay.  I know that | | |
| | 39:19    from the rotating bar -- you know, | | |
| | 39:20    we've been very happy with it.  But I | | |
| | 39:21    cannot, you know -- I cannot sit here | | |
| | 39:22    as an expert and make that correlation | | |
| | 39:23    for you. | | |
| 40:22 - 40:25 | **Glickman, Todd 2025-07-21** | 00:00:06 | **TG-4.21** |
| | 40:22    Do you view Ticketmaster as an | | |
| | 40:23    innovative company? | | |
| | 40:24  A.  Yes, I do. | | |
| | 40:25  Q.  Why do you say that? | | |
| 41:03 - 41:09 | **Glickman, Todd 2025-07-21** | 00:00:19 | **TG-4.22** |
| | 41:03    I say that, because I've been in | | |
| | 41:04    the industry for 35 years. | | |
| | 41:05    because, you know, I talk to people | | |
| | 41:06    throughout the industry, to other chief | | |
| | 41:07    business officers and presidents of teams | | |
| | 41:08    in terms of kind of what the user | | |
| | 41:09    experience is. | | |
| 41:10 - 42:08 | **Glickman, Todd 2025-07-21** | 00:00:55 | **TG-4.23** |
| | 41:10    I say that, because I understand | | |
| | 41:11    the capital that they put behind the | | |
| | 41:12    technology and how there's constant | | |
| | 41:13    upgrades. | | |
| | 41:14    I say that, because it's not | | |
| | 41:15    something that, you know, if I was in the | | |
| | 41:16    industry for five years I'd be able to | | |
| | 41:17    probably notice, but being in the industry | | |

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

41:18 for 35 years, I have an appreciation for it
41:19 in terms of what it is and what they are
41:20 doing, what they're accomplishing and how
41:21 they're doing it.
41:22 How they're able to handle large
41:23 on-sales without the system crashing or
41:24 when the system goes down, how quickly
41:25 they're able to fix it.
42:01 -
42:02 There's nuanced things that go
42:03 into that.  There's nuanced pieces that go
42:04 into your question that when I sit back and
42:05 look at really what's happening and what
42:06 they're processing and how they're
42:07 operating it, I would say they're extremely
42:08 innovative.

| 43:07 - 43:23 | **Glickman, Todd 2025-07-21** | 00:00:39 | **TG-4.24** |

43:07 Q. You mentioned earlier that you've
43:08 also worked a bit with AXS and SeatGeek.
43:09 Do you have a view as to how
43:10 AXS's access stacks up against Ticketmaster
43:11 in terms of the relative capabilities of
43:12 their primary ticketing platforms?
43:13 A. I don't.  It would just be very
43:14 speculative.
43:15 Q. What about SeatGeek?
43:16 A. I really -- I don't see much of
43:17 them, quite honestly.  So that would be
43:18 really speculative as well.  They were in
43:19 more venues than AXS was, but, you know, I
43:20 can only speak to it from not -- you know,
43:21 from a Wells Fargo perspective, really more
43:22 of an overarching comments from the
43:23 industry.

| 44:13 - 44:18 | **Glickman, Todd 2025-07-21** | 00:00:10 | **TG-4.25** |

44:13 To your understanding, did the
44:14 team come to a conclusion about how
44:15 SeatGeek stacked up against Ticketmaster in
44:16 terms of the relative capabilities of their
44:17 primary ticketing platforms during the RFP

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 44:18    process? | | |
| 44:21 - 45:11 | **Glickman, Todd 2025-07-21** | 00:00:36 | **TG-4.26** |

44:21    THE WITNESS:  I would believe,
44:22    you know, not having been in the room
44:23    for the -- you know, the intimate
44:24    discussions, I would believe that the
44:25    general feeling was that Ticketmaster's
45:01    -
45:02    technology was far superior to the
45:03    other ticketing providers.
45:04    And, again, that was from the --
45:05    you know, the buckets that I had
45:06    explained earlier: from a marketing
45:07    perspective, from a tech tack
45:08    perspective -- tech stack perspective,
45:09    from a fraud protection perspective,
45:10    you know, I think there was an overall
45:11    feeling of superiority from TM.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:13 - 46:07 | **Glickman, Todd 2025-07-21** | 00:00:49 | **TG-4.27** |

45:13   Q.  Have you worked with any
45:14       particular individuals from Ticketmaster in
45:15       recent years?
45:16   A.  Yes.
45:17   Q.  Who are the key individuals that
45:18       you worked with?
45:19   A.  You know, Kurt Schwartzkopf,
45:20       David Shipitofsky really are my main
45:21       contacts within TM.
45:22   Q.  Based on your experience, how
45:23       would you assess those individuals as
45:24       business partners?
45:25   A.  Highly competent.  These are
46:01       -
46:02       industry leaders.  Been in the industry a
46:03       long time.  You know, I also worked with
46:04       their president, Marla Ostroff.
46:05   Q.  Do you have a view as to the
46:06       responsiveness of the individuals that you
46:07       worked with at Ticketmaster?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 46:10 - 46:22 | **Glickman, Todd 2025-07-21** | 00:00:30 | **TG-4.28** |

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 46:10 THE WITNESS: Yeah. Yes. | | **TG-4.28** |
| | 46:11 BY ATTORNEY LI: | | |
| | 46:12 Q. What's your view? | | |
| | 46:13 A. Very, very responsive. Look, | | |
| | 46:14 it's a business -- it's -- the ticketing | | |
| | 46:15 business, you know, as a vendor to us much | | |
| | 46:16 like, you know, other big vendors, that's | | |
| | 46:17 just a requirement. You know, this isn't, | | |
| | 46:18 like, hey, I'll return your phone call in | | |
| | 46:19 five hours. | | |
| | 46:20 This is, you know, the phone gets | | |
| | 46:21 called, the responsiveness -- the | | |
| | 46:22 responsiveness is almost near immediate. | | |
| 50:04 - 50:16 | **Glickman, Todd 2025-07-21** | 00:00:29 | **TG-4.29** |
| | 50:04 Q. Do you have an understanding of | | |
| | 50:05 the term "exclusivity" as it relates to | | |
| | 50:06 ticketing providers? | | |
| | 50:07 A. I do. | | |
| | 50:08 Q. What's your understanding of the | | |
| | 50:09 term? | | |
| | 50:10 A. That you are the exclusive | | |
| | 50:11 ticketing provider of that facility. | | |
| | 50:12 Q. Is Spectacor's contract with | | |
| | 50:13 Ticketmaster an exclusive agreement as to | | |
| | 50:14 Flyers games and concerts at the Wells | | |
| | 50:15 Fargo Center? | | |
| | 50:16 A. Yes. | | |
| 50:17 - 50:19 | **Glickman, Todd 2025-07-21** | 00:00:05 | **TG-4.30** |
| | 50:17 Q. Do you prefer having an exclusive | | |
| | 50:18 ticketer for Flyers games and concerts at | | |
| | 50:19 the Wells Fargo Center? | | |
| 50:22 - 51:03 | **Glickman, Todd 2025-07-21** | 00:00:20 | **TG-4.31** |
| | 50:22 THE WITNESS: That is -- you | | |
| | 50:23 know, that is standard expectation in | | |
| | 50:24 the industry. | | |
| | 50:25 So, yes, we would prefer for ease | | |
| | 51:01 - | | |
| | 51:02 of usage for our customers, for our | | |
| | 51:03 promoters. | | |

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 51:05 - 51:07 | **Glickman, Todd 2025-07-21** | 00:00:04 | **TG-4.32** |

Q. And when you say "ease of usage for our customers," what do you mean by that?

| | | | |
|---|---|---|---|
| 51:13 - 51:24 | **Glickman, Todd 2025-07-21** | 00:00:30 | **TG-4.33** |

THE WITNESS: Okay. Look, it's just, you know, for all of us when we are going to a venue and you live in a market and you're gonna go to a Flyers game or a 6ers game and/or you're going to go to multiple concerts or a family show, it can become -- you know, it becomes harder for the end user if there's multiple ticket -- ticketing providers in the building, because then it's different apps, it's different downloads and whatnot.

| | | | |
|---|---|---|---|
| 52:05 - 52:08 | **Glickman, Todd 2025-07-21** | 00:00:08 | **TG-4.34** |

Would having multiple primary ticketers for a single -- for a single event cause any operational difficulties for a venue?

| | | | |
|---|---|---|---|
| 52:11 - 53:02 | **Glickman, Todd 2025-07-21** | 00:00:29 | **TG-4.35** |

THE WITNESS: Yes. It could become problematic.

BY ATTORNEY LI:

Q. Why do you say that?

A. Because you'd have multiple ticket providers within the -- you know, in one event. It would -- it would -- you know, I would have to refer to my operators.

But it could be almost like a near impossibility, you know, depending on the event, the event size, the magnitude of the event. If you're having, you know, certain sections at one ticketing provider and other sections at another ticketing -

provider, it would be messy, very messy.

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 53:07 - 53:09 | **Glickman, Todd 2025-07-21** | 00:00:07 | **TG-4.36** |

53:07  Q.  Did SeatGeek also propose a
signing bonus or upfront payment to
Spectacor in consideration for exclusivity?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 53:18 - 53:22 | **Glickman, Todd 2025-07-21** | 00:00:09 | **TG-4.37** |

53:18  I did not review the other bids.
BY ATTORNEY LI:
Q.  Do you have an understanding of
whether upfront payments are common in the
industry?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 53:25 - 54:12 | **Glickman, Todd 2025-07-21** | 00:00:31 | **TG-4.38** |

53:25  THE WITNESS:  Yeah, I mean,
-
certainly there could be sign-on
bonuses, sponsorships, whatnot, very,
very, very common.  It's a part of the
overall economics of the deal.
BY ATTORNEY LI:
Q.  Would you expect that upfront
payments would still be on the table if a
venue's ticketing partner, whoever that
might be, were -- was a nonexclusive
ticketing partner as opposed to an
exclusive ticketing partner?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 54:16 - 54:17 | **Glickman, Todd 2025-07-21** | 00:00:03 | **TG-4.39** |

54:16  THE WITNESS:  There's a price for
exclusivity.  It would change.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:16 - 61:24 | **Glickman, Todd 2025-07-21** | 00:00:22 | **TG-4.40** |

61:16  Q.  In that role, do you deal
directly with primary ticketers when
negotiating ticketing contracts?
A.  I haven't negotiated any
ticketing contracts since I've been here in
the multitude.  So I'm not really dealing
-- when you say "dealing with primary
ticketing," you're saying that as a plural
other than our current vendor.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:25 - 62:11 | **Glickman, Todd 2025-07-21** | 00:00:20 | **TG-4.41** |

61:25  Q.  Well, let's get specific.

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 62:01   -<br>62:02   So did you negotiate the contract<br>62:03   with Ticketmaster --<br>62:04   A. No.<br>62:05   Q. -- in 2023?<br>62:06   A. That was in motion -- I'm sorry.<br>62:07   I didn't wait for the objection.<br>62:08   Okay.  That was in motion before<br>62:09   I came here, and it was in motion when I<br>62:10   first got here, because I was in a<br>62:11   different role. | | |
| 62:12 - 62:19 | **Glickman, Todd 2025-07-21** | 00:00:12 | **TG-4.42** |
| | 62:12   Q. We'll talk a little bit more<br>62:13   about the specifics of that contract in a<br>62:14   bit, but right now I just want to<br>62:15   understand more about your role.<br>62:16   Do you troubleshoot issues<br>62:17   related to the Wells Fargo Center's<br>62:18   ticketing platform in your role?<br>62:19   A. No. | | |
| 65:10 - 65:21 | **Glickman, Todd 2025-07-21** | 00:00:28 | **TG-4.43** |
| | 65:10   Q. What is your role with respect to<br>65:11   Wells Fargo Center's decision-making for<br>65:12   booking music shows like music concerts?<br>65:13   A. I don't oversee any of the<br>65:14   booking of the building.  We have a group<br>65:15   that does that led by Phil Laws, our chief<br>65:16   operating officer.  We have a head of<br>65:17   booking, a gentleman by the name of Brett<br>65:18   Reopell.  We have a general manager of the<br>65:19   building, Mike Sulkes.<br>65:20   There's a lot of folks, you know,<br>65:21   that go into the booking of the building. | | |
| 66:06 - 66:09 | **Glickman, Todd 2025-07-21** | 00:00:11 | **TG-4.44** |
| | 66:06   Q. Do you have any input on which<br>66:07   promoters the Wells Fargo Center uses?<br>66:08   A. I do not have input into which<br>66:09   promoters they use. | | |
| 70:05 - 70:09 | **Glickman, Todd 2025-07-21** | 00:00:14 | **TG-4.45** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Q. Okay. If the 76ers had a different primary ticketer at the time when the Wells Fargo Center was still using Paciolan, the Wells Fargo Center was still able to host events, right? | | **TG-4.45** |
| 70:11 - 70:14 | **Glickman, Todd 2025-07-21** | 00:00:05 | **TG-4.46** |
| | THE WITNESS: Yes.<br>BY ATTORNEY DRORY:<br>Q. And fans were still able to obtain tickets to attend concerts, right? | | |
| 70:16 - 70:19 | **Glickman, Todd 2025-07-21** | 00:00:06 | **TG-4.47** |
| | THE WITNESS: Yes.<br>BY ATTORNEY DRORY:<br>Q. And fans were able to attain tickets to attend sporting events, right? | | |
| 70:21 - 71:02 | **Glickman, Todd 2025-07-21** | 00:00:13 | **TG-4.48** |
| | THE WITNESS: Yes.<br>BY ATTORNEY DRORY:<br>Q. So there weren't any issues if the 76ers had a different primary ticketer than Wells Fargo Center's concerts; is that -<br>right? | | |
| 71:04 - 71:16 | **Glickman, Todd 2025-07-21** | 00:00:27 | **TG-4.49** |
| | THE WITNESS: Repeat the question.<br>BY ATTORNEY DRORY:<br>Q. Sure. Let me rephrase for clarity.<br>During your tenure as chief revenue officer, you weren't aware of any issues that the 70 -- that the Wells Fargo Center had where there were two different ticketers in the building and that caused an issue for the Wells Fargo Center while hosting events; is that right?<br>A. Correct. | | |
| 71:19 - 71:22 | **Glickman, Todd 2025-07-21** | 00:00:06 | **TG-4.50** |
| | Q. Did the Wells Fargo Center host | | |

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 71:20    any sporting events besides the Flyers and<br>71:21    76ers?<br>71:22  A.  Yes, we do. | | |
| 72:08 - 72:12 | **Glickman, Todd 2025-07-21**<br>72:08  Q.  Does Ticketmaster provide primary<br>72:09    ticketing for all of those events?<br>72:10  A.  All of them except, I want to<br>72:11    say, Villanova.  Villanova has a carve-out<br>72:12    where they use their ticketing system. | 00:00:13 | **TG-4.51** |
| 72:21 - 73:03 | **Glickman, Todd 2025-07-21**<br>72:21  Q.  Are you having any issues with<br>72:22    Villanova using a different ticketer than<br>72:23    other events at the Wells Fargo Center<br>72:24    during your tenure?<br>72:25  A.  I'm unaware of that, what the box<br>73:01    -<br>73:02    office issues -- you know, what box office<br>73:03    issues arise.  I would be speculating. | 00:00:19 | **TG-4.52** |
| 73:11 - 73:15 | **Glickman, Todd 2025-07-21**<br>73:11    Has anyone told you of any box<br>73:12    office issues that have come up during this<br>73:13    time with Villanova using a different<br>73:14    ticketer than Ticketmaster?<br>73:15  A.  No. | 00:00:09 | **TG-4.53** |
| 73:17 - 73:18 | **Glickman, Todd 2025-07-21**<br>73:17    THE WITNESS:  Sorry.<br>73:18    No. | 00:00:03 | **TG-4.54** |
| 79:25 - 80:07 | **Glickman, Todd 2025-07-21**<br>79:25    So you had mentioned -- and just<br>80:01    -<br>80:02    to be clear, let's talk a little bit about<br>80:03    your time at Wells Fargo Center during the<br>80:04    Paciolan switch.<br>80:05    What was your role in negotiating<br>80:06    the contract with Ticketmaster in 2023?<br>80:07  A.  Zero. | 00:00:20 | **TG-4.55** |
| 82:09 - 82:25 | **Glickman, Todd 2025-07-21**<br>82:09  Q.  Prior to Comcast signing the<br>82:10    ticketing contract with Ticketmaster in | 00:00:39 | **TG-4.56** |

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 2023, did you sit in on any meetings where | | |
| | Ticketmaster's technology was discussed? | | |
| | A. Not to my recollection. | | |
| | Q. Did you sit in on any meetings | | |
| | where Ticketmaster's database was | | |
| | discussed? | | |
| | A. Not to my recollection. | | |
| | Q. Did you sit in any meetings -- | | |
| | sit in on any meetings where Ticketmaster's | | |
| | marketing capabilities were discussed? | | |
| | A. Not to my recollection. | | |
| | Q. Did you sit in on any meetings | | |
| | where Ticketmaster's purchase of data | | |
| | privacy was discussed? | | |
| | A. Not to my recollection. | | |
| 83:12 - 83:22 | **Glickman, Todd 2025-07-21** | 00:00:29 | **TG-4.57** |
| | Q. And during that time, were you in | | |
| | any meetings where Paciolan's technology | | |
| | was discussed? | | |
| | A. I'm trying to think.  I mean, I | | |
| | knew, you know -- I knew that, you know, | | |
| | there were some issues around technology | | |
| | and whatnot. | | |
| | So never called to a meeting. | | |
| | But, you know, I knew, you know, when I | | |
| | came back to the building, there was some | | |
| | frustrations. | | |
| 84:05 - 85:06 | **Glickman, Todd 2025-07-21** | 00:00:57 | **TG-4.58** |
| | Q. Okay.  So you said April-May of | | |
| | 2022. | | |
| | At that time, you became aware of | | |
| | issues with Paciolan's technology; is that | | |
| | right? | | |
| | A. Yeah, just I think, you know, it | | |
| | was just a general sense there were some | | |
| | issues on the -- on their technology. | | |
| | Q. Who did you learn this from at | | |
| | Comcast? | | |
| | A. You know, look, it's -- you know, | | |
| | having done the roles that I've done, you | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

84:17     know, you get into -- you know, you're

84:18     just -- it's not a specific, you know -- I

84:19     think there was just probably some general

84:20     conversations that were taking place and

84:21     just general knowledge that, hey, there's

84:22     not, you know, the proper upgrades being

84:23     put in and whatnot.

84:24   Q.   Can you recall anyone

84:25     specifically telling you that there was an

85:01     -

85:02     issue with Paciolan's technology during

85:03     this time?

85:04   A.   No.  Nobody -- I cannot recall

85:05     any, like, hey, this meeting on this day or

85:06     this person said that.

| **85:07 - 85:18** | **Glickman, Todd 2025-07-21** | 00:00:42 | **TG-4.59** |

85:07   Q.   Can you recall any specifics

85:08     about Comcast's -- Comcast's ticketing

85:09     teams issues with Paciolan's technology?

85:10   A.   Repeat the question.

85:11   Q.   Yeah, can you recall any

85:12     specifics about Comcast ticketing team's

85:13     issues with Paciolan's technology around

85:14     this time?

85:15   A.   Not -- you know, just generally,

85:16     but really more so when I took the role.  I

85:17     had a much better insight into kind of what

85:18     the thinking was and whatnot.

| **90:17 - 90:25** | **Glickman, Todd 2025-07-21** | 00:00:24 | **TG-4.60** |

90:17   Q.   So we talked a little bit about

90:18     Paciolan and Ticketmaster's technology.

90:19     Do you have any opinion as to

90:20     technology advances that AXS has made in

90:21     recent years?

90:22   A.   I do not.

90:23   Q.   Did the Wells Fargo Center

90:24     consider AXS during the RFP process?

90:25   A.   I do not know if they bid.

| **91:14 - 91:17** | **Glickman, Todd 2025-07-21** | 00:00:06 | **TG-4.61** |

91:14   Q.   Do you have anything else as to

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | the technology advances that SeatGeek has | | |
| | made in recent years? | | |
| | A. I do not. | | |
| 93:15 - 94:04 | **Glickman, Todd 2025-07-21** | 00:00:22 | **TG-4.62** |
| | Q. Do you have a sense of how much | | |
| | SeatGeek has invested in its | | |
| | back-of-the-house technology? | | |
| | A. I do not. | | |
| | Q. Do you have a sense of how much | | |
| | AXS has invested in its back-of-the-house | | |
| | technology? | | |
| | A. I do not. | | |
| | Q. Do you have a sense of how AXS's | | |
| | mobile app works? | | |
| | A. I do not. | | |
| | - | | |
| | Q. Do you have a sense of how | | |
| | SeatGeek's mobile app works? | | |
| | A. I do not. | | |
| 100:18 - 100:24 | **Glickman, Todd 2025-07-21** | 00:00:19 | **TG-4.63** |
| | Q. Are you aware of any complaints | | |
| | about venue entry with respect to Villanova | | |
| | games at the Wells Fargo Center? | | |
| | A. I am not. They would not rise -- | | |
| | they would not come to me. | | |
| | Q. So ticketing issues generally | | |
| | don't come to you? | | |
| 101:08 - 101:18 | **Glickman, Todd 2025-07-21** | 00:00:24 | **TG-4.64** |
| | You know, look, we move with | | |
| | speed of service. So when there is an | | |
| | issue, if somebody's got a complaint | | |
| | and they're at guest services, we're | | |
| | dealing with it in the here and the | | |
| | now. | | |
| | So -- and then so the complaint | | |
| | would not be routed through me. We | | |
| | would take care of it on the spot. And | | |
| | then if it did come in after the fact, | | |
| | it would get routed through. | | |

**TG-4 - Glickman, Todd Designations cut 04-02-26-3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 124:25 - 125:03 | **Glickman, Todd 2025-07-21** | 00:00:08 | **TG-4.65** |

124:25  Q.  Would you say on average,
-
Live Nation brings the most concerts to the
Wells Fargo Center; is that right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 125:05 - 125:07 | **Glickman, Todd 2025-07-21** | 00:00:03 | **TG-4.66** |

125:05  THE WITNESS:  I would say on
average -- I'm sorry -- on average,
yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 131:23 - 132:19 | **Glickman, Todd 2025-07-21** | 00:00:56 | **TG-4.67** |

131:23  Q.  From your perspective, why is
exclusivity standard expectation?
131:25  A.  Well, I mean, first off, from --
-
you know, operationalizing -- you know, I
can only speak for our box office.  You
know, it's our physical box office -- I'm
not gonna get into a point that you're not
asking me.
But for ease and purpose for our
box office, the Wells Center and Flyers box
office which, in essence, is one, different
staff, but one box office, having the one
ticketer provider, one exclusive provider
is -- is critical for us -- for our
forward-facing customers.
So now from a vendor perspective,
I can speak to, you know, having been on
that side of it, chasing that type of
business, you know -- you know, being the
exclusive provider is something that these
vendors look to be.

| | | |
|---|---|---|
| Defense Affirmative Designations | 00:10:44 | |
| Plaintiff Counters | 00:14:42 | |
| Defense Counter Counters | 00:03:02 | |
| **TOTAL RUN TIME** | **00:28:28** | |