# Exhibit 11

# Caldwell, Matthew Designations cut 04-05-26

Designation List Report

**Caldwell, Matthew**                                              **2025-04-10**

| | |
|---|---|
| Defense Affirmative Designations | 00:40:07 |
| Plaintiff Counters | 00:20:03 |
| Defense Counter Counters | 00:03:10 |
| **TOTAL RUN TIME** | **01:03:20** |

Documents linked to video:

D913

D963

P1295



**ID: MC-6**

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:10 - 10:13 | **Caldwell, Matthew 2025-04-10** | 00:00:12 | **MC-6.1** |

10:10 Can you please state and spell your name for
the record.
A. It's Matthew Caldwell, M-a-t-t-h-e-w.
C-a-l-d-w-e-l-l.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:10 - 12:24 | **Caldwell, Matthew 2025-04-10** | 00:00:47 | **MC-6.2** |

Mr. Caldwell, where are you currently
employed?
A. I'm employed by the Florida Panthers in
Florida; Sunrise, Florida.
Q. And how long have you worked with the
Panthers?
A. I've been the CEO since 2016 and then I was
also the chief operating officer for two years prior
to that.  So 2014.
Q. What other names has -- or what names has
the arena where the Panthers play gone by during the
time you've been there.
A. It was initially the BB&T Center and then
for a short time, it was like one year, it was FLA
Live and it's currently the Amerant Bank Arena.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:25 - 13:16 | **Caldwell, Matthew 2025-04-10** | 00:01:01 | **MC-6.3** |

Q. What are your role -- or what are your
responsibilities as president and CEO of the
Panthers?
A. I am the leader of the franchise.  I oversee
all the operations of the hockey team, for the
business side, for the arena.  I report to the
ownership of the Florida Panthers.
Q. What's your role in the Panthers' and the
arena's decision-making with regard to ticketing?
A. I am the -- you know, the executive that
makes the final decision.
Q. And what's your role in the arena's
decision-making with regard to putting on shows like
music concerts?
A. The same.  I'm the final decision-maker.  I
do want to mention that I get -- blessing of
ownership and I am the final decision on the ground.

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:07 - 14:11 | **Caldwell, Matthew 2025-04-10** | 00:00:15 | **MC-6.4** |

14:07    And in addition to Amerant Bank Arena, the
14:08    Panthers organization also owns and operates other
14:09    venues; is that right?
14:10    A.  Yes.  The other one is the War Memorial
14:11    Benefit Corporation.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:07 - 15:11 | **Caldwell, Matthew 2025-04-10** | 00:00:20 | **MC-6.5** |

15:07    Q.  What type of events does Amerant Bank Arena
15:08    host besides Panthers' games?
15:09    A.  We have concerts, family shows, graduations,
15:10    certain, like, one-off private events.  That's the
15:11    bulk of it.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:12 - 15:15 | **Caldwell, Matthew 2025-04-10** | 00:00:11 | **MC-6.6** |

15:12    Q.  And how many -- I guess we'll start with the
15:13    Panthers game.  How many Panthers games are hosted
15:14    at the arena each year, I guess the regular season?
15:15    A.  Regular season is 41.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:16 - 15:19 | **Caldwell, Matthew 2025-04-10** | 00:00:17 | **MC-6.7** |

15:16    Q.  Okay.  And what's the range of games that
15:17    might be hosted for playoffs?
15:18    A.  The range would be 2 to 16 if we win the cup
15:19    like we did last year.  Sorry, Cheryl.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:20 - 15:23 | **Caldwell, Matthew 2025-04-10** | 00:00:12 | **MC-6.8** |

15:20    Q.  And how many events other than Panthers
15:21    games are held in a typical year at Amerant Bank
15:22    Arena?
15:23    A.  We typically are between 50 and 60 events.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:02 - 16:07 | **Caldwell, Matthew 2025-04-10** | 00:00:26 | **MC-6.9** |

16:02    Q.  Okay.  Of those 50 or 60 events, could you
16:03    break them down in each of the categories you
16:04    described?
16:05    A.  Sure.  It's about 20 concerts, about 20
16:06    family shows, and then, you know, 10 to 15 kind of
16:07    private events, graduations, one-off events.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:08 - 16:22 | **Caldwell, Matthew 2025-04-10** | 00:01:01 | **MC-6.10** |

16:08    Q.  Is concert revenue important to Amerant Bank
16:09    Arena?
16:10    A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Why is that?

A. Well, the concert revenue helps us generate, you know, more revenue for the entire franchise.  We also operate the arena which means we, you know, cover all the operating expenses and hold the upkeep of the arena, so we're always looking for ways to have revenue in addition to the Panthers games so the concerts are a great example of that.

Q. About how much revenue does the arena make in a typical year from the concerts?

A. I think we're about 40 million in total revenue from concerts.

| 16:23 - 17:09 | **Caldwell, Matthew 2025-04-10** | 00:00:46 | **MC-6.11** |
|---|---|---|---|

Q. And would you say that's a significant portion of the revenue that the organization brings in?

A. It's less than half.  It's probably about 30 percent, but still important.

Q. How does the revenue for a particular concert compare to the revenue from a typical Panthers hockey game?

A. The average concert is less than our average Panthers game, but we do have some kind of top-tier shows that will come in that will be comparable to the average Panthers game.

| 17:10 - 17:17 | **Caldwell, Matthew 2025-04-10** | 00:00:35 | **MC-6.12** |
|---|---|---|---|

Q. From your perspective, what is the role of a promoter in putting on concerts at the arena?

A. From our perspective, they're a partner of ours that help us market, you know -- get shows, explain, you know, to artists and agents that we're a great venue for shows and then, you know, work with us as a partner to help make sure that we get shows and also execute properly.

| 17:18 - 17:24 | **Caldwell, Matthew 2025-04-10** | 00:00:26 | **MC-6.13** |
|---|---|---|---|

Q. And which promoters bring concerts to Amerant Bank Arena?

A. So we have Live Nation, AEG, and Feld Entertainment; and after that, there's a whole list of promoters that my -- you know, concert booker,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

17:23    you know, works with, but those are the biggest
17:24    three.

| 17:25 - 18:13 | **Caldwell, Matthew 2025-04-10** | 00:00:43 | **MC-6.14** |

17:25    Q.    Does Feld Entertainment typically bring
18:01         family shows to the arena?
18:02    A.    Yes.
18:03    Q.    Outside of family shows, do they also bring
18:04         concerts to the arena?
18:05    A.    I don't think so, but I'm not entirely
18:06         accurate.
18:07    Q.    So focusing on the 20 or so concerts at the
18:08         arena each year, how many of those in a typical year
18:09         are promoted by Live Nation?
18:10    A.    Typically about ten.
18:11    Q.    And how many in a typical year are promoted
18:12         by AEG?
18:13    A.    I'd say one to three.

| 19:10 - 19:17 | **Caldwell, Matthew 2025-04-10** | 00:00:31 | **MC-6.15** |

19:10    Q.    Does Amerant Bank Arena compete with other
19:11         venues to attract concerts to the arena?
19:12    A.    Yes.
19:13    Q.    Which venues are those?
19:14    A.    The main one is the Kaseya Center where the
19:15         Miami Heat play and then we also compete with the
19:16         Hard Rock Guitar & Hotel which is a hotel and casino
19:17         that has a pretty major concert venue.

| 19:18 - 20:04 | **Caldwell, Matthew 2025-04-10** | 00:00:56 | **MC-6.16** |

19:18    Q.    Are there any other venues that you would
19:19         say you compete with to attract concerts?
19:20    A.    Those are the two biggest ones.  Once in a
19:21         while, there's an amphitheater, I think it's called
19:22         iTHINK Financial in Palm Beach, but that's a bit of
19:23         a different venue.  But it's typically the Miami
19:24         Heat arena and then the Hard Rock.
19:25    Q.    Do you know what the typical capacity is for
20:01         a concert at the Hard Rock venue that you mentioned?
20:02    A.    Yeah, I believe it's about 10,000.
20:03    Q.    And what's the typical sellable capacity for
20:04         a concert at Amerant Bank Arena?

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:05 - 20:09 | **Caldwell, Matthew 2025-04-10** | 00:00:17 | **MC-6.17** |

20:05   A.   And you said for a concert; right?
20:06   Q.   Yes, a concert.  Not a Panthers game.
20:07   A.   Right.  All the shows are different, but i
20:08        think typically -- depends on, like, the stage
20:09        setup, but typically, we're about 12, 13,000.

| | | | |
|---|---|---|---|
| 20:17 - 21:05 | **Caldwell, Matthew 2025-04-10** | 00:00:45 | **MC-6.18** |

20:17   Q.   And do you know what the sellable capacity
20:18        -- the typical sellable capacity is for a concert at
20:19        the Kaseya Center?
20:20   A.   I think it's a little bit lower, but not
20:21        material.
20:22   Q.   You mentioned that you sometimes compete
20:23        with an amphitheater in Palm Beach, but it's a
20:24        different venue.
20:25        What makes it different?
21:01   A.   Well, they -- it's an outside theater.  I
21:02        don't think they have as many seats as we have in
21:03        the arena.  And, you know, I just don't see them as
21:04        much when we're, you know, competing for certain --
21:05        certain shows.

| | | | |
|---|---|---|---|
| 21:06 - 21:11 | **Caldwell, Matthew 2025-04-10** | 00:00:16 | **MC-6.19** |

21:06   Q.   Okay.  What is the current ticketing
21:07        provider for events at Amerant Bank Arena?
21:08   A.   SeatGeek.
21:09   Q.   And does that cover both sports events and
21:10        nonsports events?
21:11   A.   Yes.

| | | | |
|---|---|---|---|
| 21:12 - 21:20 | **Caldwell, Matthew 2025-04-10** | 00:00:33 | **MC-6.20** |

21:12   Q.   Are there any types of events, sometimes
21:13        referred to as carveouts, that might utilize a
21:14        different ticketer in the arena?
21:15   A.   Not typically.  You know, potentially, if
21:16        there's, like, an NHL event, like, an all-star game,
21:17        and if the, you know, someone, like, the NHL comes
21:18        in and they need use the ticketing -- their own
21:19        ticketing provider we're able to do that, but in our
21:20        normal operations, it's just SeatGeek.

| | | | |
|---|---|---|---|
| 23:01 - 23:05 | **Caldwell, Matthew 2025-04-10** | 00:00:22 | **MC-6.21** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 23:01  Q.  When did Amerant Bank Arena and the Panthers<br>23:02      start ticketing with SeatGeek?<br>23:03  A.  We started in the '23/'24 fiscal season.  So<br>23:04      early July, July 1st of 2023.  Our fiscal year, it<br>23:05      goes from July 1st to June 30th. | | **MC-6.21** |
| 23:11 - 23:13 | **Caldwell, Matthew 2025-04-10**<br>23:11  Q.  And who was the ticketing provider for the<br>23:12      arena prior to the switch?<br>23:13  A.  It was Ticketmaster. | 00:00:08 | **MC-6.22** |
| 24:07 - 24:10 | **Caldwell, Matthew 2025-04-10**<br>24:07  Q.  Who did you consider when you were<br>24:08      evaluating ticketers in 2021 to 2022?<br>24:09  A.  We considered Ticketmaster, SeatGeek, and<br>24:10      AXS. | 00:00:12 | **MC-6.23** |
| 24:11 - 24:14 | **Caldwell, Matthew 2025-04-10**<br>24:11  Q.  Are there any other ticketers besides those<br>24:12      three who, in your opinion, have the capability to<br>24:13      be the primary ticketer for the Panthers?<br>24:14  A.  Not that I'm aware of. | 00:00:13 | **MC-6.24** |
| 31:01 - 31:19 | **Caldwell, Matthew 2025-04-10**<br>31:01  Q.  Yes.  Were you taking into -- were you<br>31:02      taking the ability to attract concerts to the venue<br>31:03      into consideration when you were deciding which<br>31:04      ticketing provider?<br>31:05  A.  Yes.<br>31:06  Q.  And why is that?<br>31:07  A.  Well, we sell tickets for both hockey games<br>31:08      and concerts, so we wanted to make sure that both<br>31:09      sides of those business -- those fans got a good<br>31:10      experience.<br>31:11  Q.  Did you consider whether switching away from<br>31:12      Ticketmaster might impact the arena's ability to get<br>31:13      concerts from Live Nation?<br>31:14  A.  Not necessarily from just Live Nation.  It's<br>31:15      just that Ticketmaster works with a lot of promoters<br>31:16      and obviously concerts and all sporting events so,<br>31:17      you know, we definitely considered whether or not<br>31:18      artists would still choose our venue with the new<br>31:19      platform. | 00:01:06 | **MC-6.25** |

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 32:21 - 32:23 | **Caldwell, Matthew 2025-04-10** | 00:00:08 | **MC-6.26** |

Q. Is it right that the Panthers were the first NHL team to use SeatGeek as its primary ticketer?

A. Yes.

| 34:24 - 35:13 | **Caldwell, Matthew 2025-04-10** | 00:00:47 | **MC-6.27** |

Q. You said earlier that there's -- that there was some perception that SeatGeek cannot execute well on the concert side. Do you recall that?

A. Yes.

Q. What do you mean by that?

A. Right. I remember Peter had mentioned this, that there's a mechanism called Dynamic Lift is the name of it, which is I believe Ticketmaster calls, you know, their ability to dynamically price when there's demand, you know, for shows. And I remember Peter mentioning that SeatGeek didn't have that ability or their ability to, you know, vary pricing and react to demand, it wasn't as efficient as Ticketmaster.

| 35:14 - 35:20 | **Caldwell, Matthew 2025-04-10** | 00:00:36 | **MC-6.28** |

Q. And has that feature been improved with SeatGeek since 2021-2022?

A. Well, we started with them in 2023. So it was later than that period. I definitely voiced that feedback to SeatGeek; and off my memory, we haven't had trouble with adjusting pricing to market demand.

| 35:21 - 36:10 | **Caldwell, Matthew 2025-04-10** | 00:01:06 | **MC-6.29** |

Q. Are there any other features of ticketing concerts that you associate with what you were saying earlier, that SeatGeek could not execute well on the concert side?

A. I think ultimately, having targeted marketing, driving pay tickets and attendance. Like I mentioned earlier, we want our fans to come and have a good time in hockey games and have no friction. Artists and promoters are the same way. They want them to come to purchase tickets, come and enjoy the night. So, you know, ultimately you just

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

36:07      don't want any friction.  It's a new provider for a
36:08      lot of artists so there is some questions, like can
36:09      they perform, can they execute, you know, just drive
36:10      pay tickets and revenue.

| 36:14 - 36:20 | **Caldwell, Matthew 2025-04-10** | 00:00:16 | **MC-6.30** |

36:14   Q.   Have you heard -- going back to the Dynamic
36:15      pricing discussion we were just having, is that a
36:16      SeatGeek feature called Prime?  Are you familiar
36:17      with that?
36:18   A.   Yeah, I'm pretty sure that's their
36:19      equivalent.  They definitely had a Dynamic pricing
36:20      feature, and I'm pretty sure it's called Prime.

| 36:21 - 36:25 | **Caldwell, Matthew 2025-04-10** | 00:00:13 | **MC-6.31** |

36:21   Q.   So turning to your negotiations with
36:22      SeatGeek in 2021-2022, did you seek certain
36:23      protections from SeatGeek regarding Live Nation
36:24      content?
36:25   A.   Yes.

| 37:01 - 37:09 | **Caldwell, Matthew 2025-04-10** | 00:00:37 | **MC-6.32** |

37:01   Q.   What were those protections that you sought?
37:02   A.   What we relayed to SeatGeek is that this was
37:03      a big change for us.  We have a pretty good concert
37:04      business right now.  There's a perception out there
37:05      that we're not going to be able to deliver for shows
37:06      so, you know, as part of my negotiation with them, I
37:07      said that in addition to the partnership that we're
37:08      expecting that if that revenue declines, you know,
37:09      we want to be protected from them --

| 37:11 - 37:16 | **Caldwell, Matthew 2025-04-10** | 00:00:25 | **MC-6.33** |

37:11      THE WITNESS:  Through my negotiation with
37:12      SeatGeek, we expressed the concern that we had with
37:13      concerts and their ability to perform, given the
37:14      brand perception that's out there.  So we told them
37:15      that if concert revenue decreased, we wanted to have
37:16      a downside protection from them.

| 37:18 - 38:03 | **Caldwell, Matthew 2025-04-10** | 00:00:36 | **MC-6.34** |

37:18   Q.   Was that protection an important factor to
37:19      the Panthers' decision to switch ticketing
37:20      providers?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. I would say that the most important factor -- the most important thing was, you know, can they deliver? Would we have a good fan experience? Number two was, are they willing to do a major partnership with us for advertising dollars; and then we also expressed to them we want to make sure our concert revenue doesn't go down. So I made sure to negotiate that into the deal.

| 38:04 - 38:17 | **Caldwell, Matthew 2025-04-10** | 00:00:56 | **MC-6.35** |

Q. When you say brand perception about SeatGeek with regard to concerts, are you referring to SeatGeek's ability to sell tickets for concerts, or does it also involve the overall number of concerts hosted at venues that use SeatGeek?

A. For me, it was more their ability to sell tickets. You know, their ability to, you know, market with us, get the right consumers and by their ability to increase pricing based on demand and... .

Q. I think you also said the perception existed within promoters; is that right?

A. Yes.

Q. So is a concern that promoters with that perception might not bring shows to the arena?

| 38:19 - 39:01 | **Caldwell, Matthew 2025-04-10** | 00:00:27 | **MC-6.36** |

THE WITNESS: Yeah. For us, the promoters working with us, with the artist. So as I mentioned earlier, it's a competitor market in South Florida, so as we're competing with the Kaseya Center and Hard Rock, if a promoter and artist or anyone is trying to make a decision on whether to come to our venue, if they're worried about SeatGeek, you know, we didn't want to lose shows for that.

| 53:09 - 53:10 | **Caldwell, Matthew 2025-04-10** | 00:00:07 | **MC-6.37** |

So Appendix C and this is page 8. Yeah, I was referencing the "make-good." Yeah.

| 53:12 - 53:25 | **Caldwell, Matthew 2025-04-10** | 00:00:56 | **MC-6.38** |

Q. And what is the general -- how would you describe the provision in the make good?

A. I would describe it as -- we identified what

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

our revenue was in the '17/'18 fiscal year, and we
had communicated to SeatGeek of course we want to
make more revenue; but at the very least, we should
be exceeding the revenue that we had during this
year, but we also built in like a 15 percent buffer
just in case there's cyclical down year.
So ultimately we came up with a floor which
was 85 percent of the revenue in '17/'18.  And then,
if the revenue went below that floor, SeatGeek would
pay us the difference between that revenue amount
and the floor.

| 54:15 - 54:21 | **Caldwell, Matthew 2025-04-10** | 00:00:25 | **MC-6.39** |

Have the Panthers tracked Live Nation
events-related revenue since executing this term
sheet with SeatGeek?
A.  Well, we -- we executed the term sheet; but
we didn't start working with them until that
'23/'24 year.  So once we started working with them,
yes, we'd been tracking it.

| 54:22 - 54:24 | **Caldwell, Matthew 2025-04-10** | 00:00:11 | **MC-6.40** |

Q.  And have the Panthers found themselves to be
under this threshold yet since 2023?
A.  We have not.

| 55:11 - 55:15 | **Caldwell, Matthew 2025-04-10** | 00:00:23 | **MC-6.41** |
| 🔗 P1295.1 | | | |

MR. GOLDSMITH:  So this document, if the
court reporter can please mark it as JX145, it is a
document titled "Master services agreement" with the
Bates number FPHC-00000060.
(Plaintiff's Exhibit JX#145 was marked.)

| 55:23 - 56:01 | **Caldwell, Matthew 2025-04-10** | 00:00:15 | **MC-6.42** |

Q.  Okay.  So this is the final agreement with
SeatGeek for them to become the ticketing provider
for the Panthers?
A.  Correct.

| 59:25 - 60:16 | **Caldwell, Matthew 2025-04-10** | 00:01:05 | **MC-6.43** |
| 🔗 P1295.40.1 | | | |

more.  Why were the Make-Good and Performance
Incentive, the language focused only on Live Nation
and not AEG or any other promoter?
A.  I think it's because, you know, at least

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

60:04 half of our shows are from Live Nation.  And, you
60:05 know, after that, as I mentioned earlier, AEG, we
60:06 get a couple of shows from and there's a whole
60:07 litany of promoters so my guess is it would be
60:08 difficult for us to quantify because if -- you know,
60:09 what if promoter X brought us three shows one year
60:10 but then the next year they brought us zero but then
60:11 another promoter brought us three shows, it's hard
60:12 to have like apples to apples; but whereas Live
60:13 Nation, we've had a longstanding relationship with,
60:14 we have a booking agreement with, so -- you know,
60:15 that's -- that's who we do the majority of our
60:16 business with.

| 83:15 - 84:02 | **Caldwell, Matthew 2025-04-10** | 00:00:40 | **MC-6.44** |
|---|---|---|---|

✗ Clear

83:15 Q.  How would you compare the -- from your
83:16 experience using -- from your experience ticketing
83:17 the Panthers with both SeatGeek and previously
83:18 Ticketmaster, the consumer-facing technologies of
83:19 SeatGeek and Ticketmaster?
83:20 A.  Again, this is at a high level from my seat,
83:21 but I think we've been generally happier with
83:22 SeatGeek; and I base that off just some anecdotes
83:23 that I get back from fans.  I think our staff has
83:24 been -- really enjoyed working with them.
83:25 So we haven't done, like, a whole
84:01 side-by-side analysis of them, but we've been
84:02 generally happy with SeatGeek.

| 86:20 - 87:05 | **Caldwell, Matthew 2025-04-10** | 00:00:47 | **MC-6.45** |
|---|---|---|---|

86:20 Q.  Thinking back to previously when the arena
86:21 was using Ticketmaster, do you recall any issues
86:22 that the arena had with the back-end technology on
86:23 Ticketmaster?
86:24 A.  I've heard a few times where, you know,
86:25 there was just like a system shutdown, maybe an hour
87:01 before the game or fans showed up to the game, their
87:02 tickets weren't scanning.  I remember that happening
87:03 a few times but nothing -- nothing -- just kind of
87:04 glitches that happen over time, but nothing too
87:05 material that really affected our business.

| 87:09 - 88:13 | **Caldwell, Matthew 2025-04-10** | 00:01:56 | **MC-6.46** |
|---|---|---|---|

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

87:09 Q. What's the impact of a system shutdown an
87:10 hour before a game?
87:11 A. It can certainly hurt our, what we call
87:12 "walk up" tickets sales. Someone who says hey, I
87:13 don't want to go online and buy something ahead of
87:14 time; I just want to go to the arena and walk up,
87:15 just go to the box office. If your system cannot
87:16 transact, we can lose revenue. Or if someone just
87:17 wants to buy an hour before the game, they're
87:18 waiting to the last minute. They're trying to see
87:19 if they can get a certain price or a certain seat,
87:20 it can result in lost revenue, and ultimately if
87:21 that's system shutdown, our fans are going to be
87:22 frustrated and leads to lost revenue.
87:23 Q. And do you know if that would also impact a
87:24 customer or a fan who has purchased a ticket that is
87:25 digital only?
88:01 A. Certainly, yeah, if the purchase of a ticket
88:02 is digital and they couldn't get into the building
88:03 because a ticket provider can't scan their ticket,
88:04 you know, that would be a difficult situation.
88:05 Q. And do you recall from the time you were
88:06 ticketing with Ticketmaster, any particular issues
88:07 with the user interface, customer-facing technology
88:08 on Ticketmaster?
88:09 A. I think, you know, maybe a few anecdotes
88:10 that some people have had trouble transferring
88:11 tickets; but it's been a number of years now so I
88:12 don't kind of recall, you know, more specific fan
88:13 complaint.

**MC-6.46**

| 88:14 - 89:09 | **Caldwell, Matthew 2025-04-10** | 00:01:36 | **MC-6.47** |

88:14 Q. When you were switching from Ticketmaster to
88:15 SeatGeek around 2023, do you recall any issues with,
88:16 like, winding down the contract with Ticketmaster to
88:17 make that change?
88:18 A. Yes. There was a disagreement on when our
88:19 contract expired with Ticketmaster, so we were
88:20 debating on -- with Ticketmaster on whether or not
88:21 they would have one more additional year.
88:22 Q. What do you -- what do you recall about that

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

disagreement?

A. So our contract was ending, you know, at least on paper, at the end of the '22/'23 fiscal year, but given that one of the seasons -- there was a COVID shutdown, there was some language -- I can't remember the exact language -- but, you know, at a high level, you know, Ticketmaster, if, you know, there were a certain number of games were canceled or played home games, they'd be able to get like an additional year so Ticketmaster was claiming that they should have been owed an additional year. And we read the language differently so we --

| 89:11 - 89:16 | **Caldwell, Matthew 2025-04-10** | 00:00:17 | **MC-6.48** |

THE WITNESS: I was just saying we made a disagreement with Ticketmaster on when the contract year was ending because Ticketmaster thought that they were entitled to an additional year given that COVID had, you know, canceled a number of our home games.

| 89:20 - 90:11 | **Caldwell, Matthew 2025-04-10** | 00:01:01 | **MC-6.49** |

How did the disagreement play out, what happened?

A. They -- we notified them that we were moving forward with SeatGeek; and Ticketmaster's legal counsel sent us a letter saying that they were entitled to one more additional year. So we sent them a letter back, disagreeing and explaining our side of how we read the contract. I believe there was just, you know, one letter from them, one letter from us, and then we just never heard anything again and then several months later, we started working with the Ticketmaster kind of client rep, started to work on the transition during the year that we believed we would start with another provider, '23/'24.

Q. You had to hire outside counsel to deal with that dispute with Ticketmaster?

| 90:13 - 90:13 | **Caldwell, Matthew 2025-04-10** | 00:00:02 | **MC-6.50** |

THE WITNESS: We did, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 90:16 - 91:10 | **Caldwell, Matthew 2025-04-10** | 00:01:07 | **MC-6.51** |

Did Ticketmaster create any difficulties
with regard to the date of the migration or what
shows would be migrated from Ticketmaster to
SeatGeek?

A. Are you saying once we started the
transition in the '23/'24 year, did that create any
difficulties for us?

Q. Yes.

A. No, they -- they worked with us.  There was
two or three shows that were already onsale with
Ticketmaster, so -- you know, they were like in
early July, I think maybe one in audit.  And they
allowed to have those shows continue to sell on
Ticketmaster.  We actually referred that for the fan
experience because if someone bought a ticket on
Ticketmaster and they thought they were good on the
show and then now it didn't transfer over, it's just
more friction.  But, then, ultimately, you know, we
fully transitioned sometime in August.  But they at
least worked with us for a couple of shows.

| | | | |
|---|---|---|---|
| 125:16 - 125:22 | **Caldwell, Matthew 2025-04-10** | 00:00:28 | **MC-6.52** |

What is the Panthers' relationship with Oak
View Group currently?

A. Well, currently, we're part of the Oak View
Group Alliance which is 2025 arenas that bid
together on certain tours, potential share in
sponsorship, and, you know, it's a network of net
venues that are in this relationship with Oak View.

| | | | |
|---|---|---|---|
| 126:02 - 126:15 | **Caldwell, Matthew 2025-04-10** | 00:00:51 | **MC-6.53** |

Q. What is your understanding of Oak View
Group's relationship with Live Nation?

A. My understanding is they work with them to
potentially -- you know, get shows to Oak View's
venues.

Q. So is that relationship one of the reasons
why Amerant Bank Arena works with Oak View Group?

A. No, we made a decision at the time.  As I
mentioned before, Peter would work with us and he
was going to be working there so we had a

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

126:12 relationship with him. I also mentioned we have a
126:13 very competitive market here in South Florida so any
126:14 kind of competitive advantage we can get, we thought
126:15 being in alliance with other venues would help us.

| 128:17 - 128:18 | **Caldwell, Matthew 2025-04-10** | 00:00:07 | **MC-6.54** |

128:17 Q. Why would pop stars like Harry Styles choose
128:18 the Kaseya Center over your arena?

| 128:20 - 129:03 | **Caldwell, Matthew 2025-04-10** | 00:00:32 | **MC-6.55** |

128:20 THE WITNESS: Typically, it's just like the
128:21 buzz of Miami -- you know, Miami's much more
128:22 attractive than Sunrise, Florida. A lot of these
128:23 artists, you know, whether they want to stay in the
128:24 hotels or just like the buzz of being in Miami.
128:25 They also have a downtown arena. It's in a very
129:01 urban environment right on Biscayne Boulevard and
129:02 we're more in the suburbs. So sometimes the pop
129:03 stars prefer the Miami market.

| 133:24 - 134:04 | **Caldwell, Matthew 2025-04-10** | 00:00:12 | **MC-6.56** |

133:24 Would you agree that Live Nation has been a
133:25 quality business partner to the Panthers over the
134:01 many years of their relationship?
134:02 A. Yes.
134:03 Q. And that continues to this day?
134:04 A. Yes.

| 134:05 - 134:23 | **Caldwell, Matthew 2025-04-10** | 00:00:42 | **MC-6.57** |

134:05 Q. Do you know Brittany Flores?
134:06 A. Yes.
134:07 Q. And who is Ms. Flores?
134:08 A. Brittany Flores is the president of the
134:09 Florida business for Live Nation, and she's our main
134:10 point of contact for our relationship with Live
134:11 Nation.
134:12 Q. You find her to be trustworthy?
134:13 A. Absolutely.
134:14 Q. Do you find her to be a dependable business
134:15 partner?
134:16 A. Yes.
134:17 Q. Do you find her to be a responsive business
134:18 partner?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

134:19  A.  She is, yes.
134:20  Q.  And would you say the same things about her
           team and those who work with her in the Panthers
           relationship?
134:23  A.  Yes.

| 135:10 - 135:18 | **Caldwell, Matthew 2025-04-10** | 00:00:23 | **MC-6.58** |

135:10  Q.  Now, Mr. Goldsmith earlier was asking you
           about show counts at Amerant and Kaseya earlier.
           Do you remember that testimony earlier and
           those questions?
135:14  A.  Yes.
135:15  Q.  And he represented to you there were certain
           number of shows played at Amerant versus Kaseya in
           2018-2019, 2019-2020, and so on.
           Do you recall all that?

| 135:19 - 135:19 | **Caldwell, Matthew 2025-04-10** | 00:00:01 | **MC-6.59** |

135:19  A.  Yes.

| 135:22 - 135:25 | **Caldwell, Matthew 2025-04-10** | 00:00:12 | **MC-6.60** |

135:22  Q.  Now, there are a range of reasons that an
           artist might play at one arena over another; is that
           right?
135:25  A.  Yes.  Absolutely.

| 136:01 - 136:04 | **Caldwell, Matthew 2025-04-10** | 00:00:07 | **MC-6.61** |

136:01  Q.  And there are a range of reasons why a show
           count might go up or down in a given year.
           Isn't that right?
136:04  A.  Yes, I agree.

| 136:10 - 136:18 | **Caldwell, Matthew 2025-04-10** | 00:00:33 | **MC-6.62** |

136:10  Q.  Did the Panthers make the playoffs in 2018
           or 2019?
136:12  A.  We did not make the playoffs in the '18/'19
           fiscal year or the '17/'18 fiscal year.  If you
           recall, it was -- with Mr. Goldsmith on the fiscal
           years.  In the 19-20 year, but the time March of '20
           hit, the season was paused and the venues were
           closed.  So those three years, we weren't in the
           playoffs.

| 137:09 - 137:20 | **Caldwell, Matthew 2025-04-10** | 00:00:30 | **MC-6.63** |

137:09      Now postCOVID in each of the fiscal years

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

that Mr. Goldsmith walked you there, the Panthers
did make the playoffs; right?
A.  They have, yes.  Yes.
Q.  Including in the last fiscal year, a run for
the Stanley Cup?
A.  Correct.
Q.  Which extends the post season and reduces
the number of available nights for nonsporting
events.
Isn't that right?
A.  Yes, it does.

| 137:21 - 137:25 | **Caldwell, Matthew 2025-04-10** | 00:00:08 | **MC-6.64** |

Q.  You talked earlier about the Hard Rock --
the venue at the Hard Rock Casino.
Do you recall that testimony about that
venue?
A.  Yes.

| 138:06 - 139:24 | **Caldwell, Matthew 2025-04-10** | 00:02:11 | **MC-6.65** |

Q.  And in your estimation, is that connected to
the fact that they're a casino?
A.  Yeah, I think ultimately their business
strategy is around, you know, increasing the amount
of money they invest to get an artist to their
property because they have a casino and a hotel.  So
-- you know, not speaking for them; but even if
they've lost money on a show, they would have
hopefully a couple of nights at the casino and hotel
rooms.
Q.  Now, that venue at the Hard Rock -- sorry,
the Hard Rock, was renovated in 2019; is that right?
A.  Yes.  I believe that's when it was, when
they built this music venue they have.
Q.  Okay.  In fact, the venue that exists now
was built in 2019?
A.  Yeah, exactly.
Q.  So that venue wasn't in the market in the
fiscal years that Mr. Goldsmith walked you through
prior to COVID.
Isn't that right?
A.  I think for that '17/'18 and '18/'19, I

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

don't think they were in the market. Maybe towards the end of calendar year '19, beginning of calendar year '19. I don't know exactly when they opened.

Q. Does October 2019 sound about right?

A. Yeah, that makes sense. So yeah, if that's the case, then they wouldn't have been open for the '17/'18 and the '18/'19. So they would have just been open for '19/'20.

Q. And shortly thereafter, COVID hit and everything shut down for some period of time?

A. Yeah.

Q. And then they come -- along with many other venues, they opened back up to the public after COVID; is that right?

A. Correct.

Q. And in your estimation, did that reopening after COVID and it being a new venue and it be a casino that paid a lot to artists, did that draw artists to want to play at the casino, in your estimation?

A. In my estimation, yes, it has been another challenge that we have to deal with.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 140:13 - 140:16 | **Caldwell, Matthew 2025-04-10** | 00:00:13 | **MC-6.66** |

Q. Is your view that any artist who played at Kaseya or Hard Rock did so because Live Nation was retaliating against the Panthers for choosing SeatGeek over Ticketmaster?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 140:18 - 140:23 | **Caldwell, Matthew 2025-04-10** | 00:00:19 | **MC-6.67** |

THE WITNESS: No, that's not my view. I think it's -- you know, in the casino's case, there's financial incentives that are hard for us to compete with; and in Miami, we've been dealing with the market there for a long time. I think those are bigger factors.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 140:25 - 141:06 | **Caldwell, Matthew 2025-04-10** | 00:00:17 | **MC-6.68** |

Q. We looked at some documents earlier during Mr. Goldsmith's examination relating to what I'll refer to as the "make-good clause" in the SeatGeek contract.

Do you recall those questions and your

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

testimony on that, generally?

A. Yes. Yup.

**141:07 - 141:14    Caldwell, Matthew 2025-04-10    00:00:21    MC-6.69**

Q. And in some of those documents, we saw words like "Live Nation protection." Do you recall that phrase coming up in one or two of the documents?

A. Like a Live Nation protection clause or something? Is that what you're asking?

Q. Yeah, exactly.

A. Yes.

**141:19 - 142:08    Caldwell, Matthew 2025-04-10    00:00:49    MC-6.70**

Q. Well, during the negotiations with SeatGeek, the Panthers team was trying to get the best deal it could for the organization; right?

A. Yes, absolutely.

Q. And it conveyed its position in terms and in ways that would maximize the likelihood of them getting -- achieving their commercial objectives in the deal. True?

A. Yes. Yes.

Q. And so when we see back and forth about a Live Nation protection; and that terminology, should we understand it to be in that context of the Panthers conveying its position in a way that would maximize the likelihood of getting the best deal from SeatGeek?

**142:10 - 142:16    Caldwell, Matthew 2025-04-10    00:00:23    MC-6.71**

THE WITNESS: Yeah, I mean, we use it. It's part -- it was part of our negotiation of trying to get our best deal; but it also was a concern of ours that SeatGeek would not be able to perform its shows and it was a big part of our revenue. So it was a valid concern. We were also negotiating to try to get as much as we can in our deal with them.

**146:01 - 146:08    Caldwell, Matthew 2025-04-10    00:00:26    MC-6.72**

If I were to characterize this language and the language, the make-good clause and the language that we saw that Live Nation protection as

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

reflecting a concern by the Panthers that its Live Nation partners such as Brittany, would punitively route concerts to other venues as retaliation for choosing SeatGeek, would that be an incorrect interpretation?

| 146:10 - 146:21 | **Caldwell, Matthew 2025-04-10** | 00:00:42 | **MC-6.73** |

THE WITNESS:  I would not characterize it as the way you said it.  It was the research that we've done, there was a perception that SeatGeek in particular had trouble getting the same volume of paid tickets in the concert industry so we expressed that to SeatGeek, and they were willing to do this make-good provision to give us protection in case -- in case -- for whatever reason, if we wanted to protect for whatever reason.  We were concerned about our bottom line and getting the best deal possible so that's why we placed it on a historical revenue threshold.

| 146:23 - 147:02 | **Caldwell, Matthew 2025-04-10** | 00:00:14 | **MC-6.74** |

Q.  Would I be taking this out of context if I interpreted it to mean that there was a specific concern that the Panthers had about drawing an adverse reaction from Live Nation as retaliation for choosing SeatGeek over Ticketmaster?

| 147:04 - 147:10 | **Caldwell, Matthew 2025-04-10** | 00:00:24 | **MC-6.75** |

THE WITNESS:  I think that's the same question.  You know, for me, we were just trying to protect the company from any drop in revenue for whatever reason it could be.  We were not specifying the rationale for it.  We just had concerns that we would lose concert revenue so that's why we pushed to have that provision in there.

| 147:17 - 147:21 | **Caldwell, Matthew 2025-04-10** | 00:00:10 | **MC-6.76** |

Q.  You articulated earlier that you had a concern in your mind as to how you might lose concert revenue from choosing SeatGeek that you were trying to protect yourself with these provisions.  Isn't that right?

| 147:24 - 148:16 | **Caldwell, Matthew 2025-04-10** | 00:00:52 | **MC-6.77** |

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | | | MC-6.77 |

A. Yes. We had a concern that we might lose concert revenue.

Q. And in your mind, you had a reason why that concern might come to fruition; right?

A. Not one specific reason but it's hard to forecast, you know, exactly what was going to happen; but we're going to do this major transition and from some of the research, we've done, some of the feedback that we were getting is that SeatGeek has had trouble hitting the same volumes as Ticketmaster. So -- you know, whether it was because they didn't market to enough people or whether it was because of some, you know, issues they had that, you know, bad perception of artists or whatever it is, it could be for a variety of reasons -- you know, we just view this as a risk so that's why we negotiated that provision of the contract.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 150:10 - 150:13 | **Caldwell, Matthew 2025-04-10** | 00:00:11 | MC-6.78 |

Q. Has your Live Nation team that you deal with ever implicitly or expressly threatened to steer concerts away from you based on your choice of a primary ticketer?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 150:15 - 150:19 | **Caldwell, Matthew 2025-04-10** | 00:00:15 | MC-6.79 |

THE WITNESS: No. No.

BY MR. WEISS:

Q. Has your Live Nation team ever retaliated against the Panthers for choosing SeatGeek over Ticketmaster?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 150:21 - 150:21 | **Caldwell, Matthew 2025-04-10** | 00:00:02 | MC-6.80 |

THE WITNESS: Not that I'm aware of.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 150:23 - 150:23 | **Caldwell, Matthew 2025-04-10** | 00:00:02 | MC-6.81 |

Q. I'm going to switch gears here. Talk about

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 150:24 - 150:24 | **Caldwell, Matthew 2025-04-10** | 00:00:04 | MC-6.82 |

ticketing.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 151:20 - 152:03 | **Caldwell, Matthew 2025-04-10** | 00:00:19 | MC-6.83 |

Q. We talked earlier about how Ticketmaster used to be the primary ticketer for Amerant and its predecessors.

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 151:23  Do you recall that testimony? <br> 151:24  A.  Yes. <br> 151:25  Q.  And Ticketmaster was the primary ticketer <br> 152:01  for the Panthers going back to 1998. <br> 152:02  Isn't that right? <br> 152:03  A.  Yes. | | |
| 152:04 - 152:07 | **Caldwell, Matthew 2025-04-10** <br><br> 152:04  Q.  And then there came a time when the Panthers <br> 152:05  organization evaluated whether to switch to another <br> 152:06  primary ticketer.  True? <br> 152:07  A.  Correct. | 00:00:09 | **MC-6.84** |
| 153:03 - 153:05 | **Caldwell, Matthew 2025-04-10** <br><br> 153:03  Q.  Would you describe that process of <br> 153:04  evaluating or discussing offers with SeatGeek, <br> 153:05  Ticketmaster, and AXS as a competitive process? | 00:00:08 | **MC-6.85** |
| 153:07 - 153:08 | **Caldwell, Matthew 2025-04-10** <br><br> 153:07  THE WITNESS:  I would describe it as <br> 153:08  competitive, yes. | 00:00:03 | **MC-6.86** |
| 155:03 - 155:12 | **Caldwell, Matthew 2025-04-10** <br><br> 155:03  Q.  Over the course of that process, did <br> 155:04  Ticketmaster put in more than one proposal? <br> 155:05  A.  Yes. <br> 155:06  Q.  And did that proposal improve financially <br> 155:07  over the course of the process? <br> 155:08  A.  It did, yes. <br> 155:09  Q.  And specifically, did that proposal improve <br> 155:10  financially in favor of the Panthers during that <br> 155:11  process? <br> 155:12  A.  Yes. | 00:00:30 | **MC-6.87** |
| 155:16 - 156:01 | **Caldwell, Matthew 2025-04-10** <br><br> 155:16  Do you recall any of the ways in which <br> 155:17  Ticketmaster improved its offer during the course of <br> 155:18  the competitive process? <br> 155:19  A.  Yes.  They offered to increase the marketing <br> 155:20  sponsorship dollars they spent with us.  I believe <br> 155:21  they did two increases where they were currently.  I <br> 155:22  believe they offered a signing bonus if we extended <br> 155:23  with them and then I think they also offered some -- <br> 155:24  what we call product credit where we gave some | 00:00:40 | **MC-6.88** |

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

155:25   credit to add on some of their products, their
156:01   features that they have.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 157:13 - 157:20 | Caldwell, Matthew 2025-04-10 | 00:00:22 | **MC-6.89** |

Q.   SeatGeek proposed to be an exclusive
ticketer for both Amerant and the War Memorial; is
that true?
A.   Yeah.  They were interested in both.  They
were interested in both arenas -- you know, music
venue.
Q.   Interested in both on an exclusive basis?
A.   They were, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 160:16 - 160:20 | Caldwell, Matthew 2025-04-10 | 00:00:13 | **MC-6.90** |

Q.   So AXS at this time was proposing to be an
exclusive ticketing partner for the War Memorial; is
that right?
A.   Yes.  Yeah.  I know I mentioned before I
couldn't remember, but this makes sense.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 160:21 - 161:02 | Caldwell, Matthew 2025-04-10 | 00:00:24 | **MC-6.91** |

Q.   And AEG combined that offer with its
proposal to be the exclusive booker at the War
Memorial; is that right?
A.   Yes, it appears it was altogether.  It was
an exclusive booking agreement with the particulars
laid out, including using the AXS ticketing
provider.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 164:25 - 165:03 | Caldwell, Matthew 2025-04-10 | 00:00:11 | **MC-6.92** |

Q.   And what was the duration, if you recall, of
SeatGeek's proposal to be the exclusive ticketing
partner of the War Memorial and Amerant?
A.   Ten years as well.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 165:21 - 165:24 | Caldwell, Matthew 2025-04-10 | 00:00:14 | **MC-6.93** |

My question was, how did the Panthers assess
the proposal to be locked into an exclusive
ticketing arrangement for ten years at the War
Memorial and Amerant?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 166:01 - 166:06 | Caldwell, Matthew 2025-04-10 | 00:00:20 | **MC-6.94** |

THE WITNESS:  I mean, that is more of a
byproduct of the negotiation with SeatGeek and their
interests and investing in us and willing to do both

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

venues. So -- you know, they pursued -- they wanted a long-term deal; we wanted a lot of money per year, and that's where we landed.

| 166:08 - 166:14 | **Caldwell, Matthew 2025-04-10** | 00:00:22 | **MC-6.95** |

Q. And do you recall the duration of Ticketmaster's proposal?
A. I know the one extension that we did with them when I first took over as CEO was like a five-year extension. I think we had one year left, and we did five on top of that so my guess is somewhere in the five to seven range.

| 178:06 - 178:17 | **Caldwell, Matthew 2025-04-10** | 00:00:36 | **MC-6.96** |

You talked earlier about the contractual dispute with Ticketmaster relating to when their contract expired.
Do you recall that -- those questions and your testimony on that?
A. Yes.
Q. Commercial partners have contractual disputes from time to time.
Isn't that right?
A. Yes.
Q. Would you characterize this as a normal contractual dispute between two commercial partners?

| 178:20 - 179:03 | **Caldwell, Matthew 2025-04-10** | 00:00:21 | **MC-6.97** |

THE WITNESS: Generally, I would say partners don't talk about, like, the termination date. But, you know, it does -- you know, follow the realm of a different interpretation of a clause in a contract.
///
BY MR. WEISS:
Q. An interpretation of a clause of a contract in pretty unusual circumstances; right?

| 179:05 - 179:07 | **Caldwell, Matthew 2025-04-10** | 00:00:09 | **MC-6.98** |

THE WITNESS: Yes, definitely unusual because we were discussing the COVID season and whether that gave Ticketmaster an additional year.

| 179:10 - 179:13 | **Caldwell, Matthew 2025-04-10** | 00:00:17 | **MC-6.99** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. And ultimately, Ticketmaster didn't push
back on your position that the contract was
terminated at the end of June of 2023; is that
right? — **MC-6.99**

| 179:15 - 179:15 | Caldwell, Matthew 2025-04-10 | 00:00:02 | **MC-6.100** |

THE WITNESS: Yes.

| 179:17 - 179:24 | Caldwell, Matthew 2025-04-10 | 00:00:32 | **MC-6.101** |

Q. And even though the contract had ended, and
ended in a way that was -- was favorable to the
Panthers' position on that particular issue,
Ticketmaster for three concerts that were on its
platform, Ticketmaster kept them on its platform
after the contract was terminated and they had no
contractual obligations to the Panthers whatsoever.
Isn't that right?

| 180:03 - 180:04 | Caldwell, Matthew 2025-04-10 | 00:00:06 | **MC-6.102** |

Q. They didn't have to do that; right?
A. Contractually, they did not have to, no.

| 181:11 - 181:17 | Caldwell, Matthew 2025-04-10 | 00:00:24 | **MC-6.103** |

Q. Mr. Caldwell, who is Zane Collings?
A. He's our concert booker at the arena.
Q. Does he have significant industry
experience, would you say?
A. Yes, absolutely.
Q. You trust Mr. Collings's judgment?
A. I do, yes.

| 181:18 - 182:08 | Caldwell, Matthew 2025-04-10 | 00:00:56 | **MC-6.104** |

Q. Mr. Collings had responsibility for
documenting challenges that the Panthers were
encountering with SeatGeek's ticketing platform; is
that right?
A. I didn't give him that responsibility; but
he was just keeping his own internal notes, you
know, anticipating that there might be some
challenges in the transition in the beginning. So
he was just keeping kind of his own notes.
Q. And he did that on a regular basis for some
period of time?
A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. And Mr. Collings, would you say he's knowledgeable about any challenges that the Panthers might have encountered with the SeatGeek system?

A. Yes.

| 182:09 - 182:14 | **Caldwell, Matthew 2025-04-10** | 00:00:28 | **MC-6.105** |

🔗 D913.1

Q. If we can look at tab -- there's some confusion -- tab 17, but it's the latest document that will pop up in a second. We're going to label -- stamp this JX159. This is a document bearing the Bates number FPHC-0003168.
(Plaintiff's Exhibit JX#159 was marked.)

| 182:19 - 183:07 | **Caldwell, Matthew 2025-04-10** | 00:00:44 | **MC-6.106** |

Q. Do you recognize this as one of the documents that Mr. Collings prepared in the normal course of business to document issues with the SeatGeek platform?
A. I don't think he sent these notes to me. I don't remember seeing them, but I do remember talking about these issues because we'd been having -- especially initially, we were having weekly to biweekly calls with SeatGeek and I joined some of them, but I recall these topics.
Q. Do you have any reason to doubt that Mr. Collings prepared this document and did so in the normal course of business consistent with his responsibilities at the Panthers?

| 183:09 - 183:12 | **Caldwell, Matthew 2025-04-10** | 00:00:13 | **MC-6.107** |

THE WITNESS: Yeah, I believe that Zane was doing this in his normal course of business and was being accurate. I have no reason to doubt him, that we were facing some of these challenges.

| 183:14 - 184:10 | **Caldwell, Matthew 2025-04-10** | 00:01:01 | **MC-6.108** |

Q. This document is undated -- I'll represent to you that the metadata which is kind of the back-end data was available to us when it was produced says that this document was dated October 30th, 2023.
Is that roughly consistent with your understanding as to when this document may have been

Case 1:24-cv-03973-AS   Document 1496-11   Filed 05/20/26   Page 28 of 35

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

D913.1.1

183:21 prepared?
183:22 A. It would make sense.  We started in July of
183:23 '23.  In the '23/'24 fiscal year so that was just a
183:24 few months.  It was the first year with SeatGeek.
183:25 Q. If you go down, the first SeatGeek challenge
184:01 is under the umbrella of marketing.
184:02 Do you see that there, No. 1, "Marketing"?
184:03 A. Yes.
184:04 Q. The first SeatGeek challenge is inability to
184:05 sell tickets for middle-of-the-road shows; is that
184:06 right?
184:07 A. Yes.

D913.1.2

184:08 Q. Another SeatGeek marketing challenge is a
184:09 challenge in quantifying marketing from SeatGeek for
184:10 promoters?

| 184:13 - 184:17 | **Caldwell, Matthew 2025-04-10** | 00:00:10 | **MC-6.109** |
|---|---|---|---|

184:13 Q. Is that right?
184:14 A. Yes, that was another challenge.

D913.1.3

184:15 Q. And was another SeatGeek marketing challenge
184:16 that Deal Score was working against primary
184:17 ticketing goals?

| 184:19 - 185:23 | **Caldwell, Matthew 2025-04-10** | 00:01:48 | **MC-6.110** |
|---|---|---|---|

184:19 THE WITNESS: Yes.  This is all according to
184:20 Zane.  These were talking points that we went
184:21 through with SeatGeek, but these were topics that we
184:22 had some concern about.
184:23 BY MR. WEISS:
184:24 Q. What's your understanding of what Deal Score
184:25 is?
185:01 A. Deal Score is a rating that SeatGeek website
185:02 will have based on a certain seat in arena, if -- I
185:03 think basically the value of that seat is a good
185:04 deal or not.
185:05 Q. And do you have an understanding as to what
185:06 is meant here where it says "Deal Score working
185:07 against primary ticketing goals"?
185:08 A. Yeah.  I assume Zane is saying, you know, if
185:09 we have a ticket on the primary at a certain price
185:10 and if SeatGeek is saying it's a bad deal, the fan,
185:11 you know, may not buy that ticket in the primary.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

That's what I think he was trying to get at.

Q. Was that, in fact, an issue that the Panthers were experiencing with SeatGeek?

A. Well, I remember talking about this at one point and -- you know, my guidance to both teams were, we should be objectively having, you know, good value tickets and seats on our primary. If SeatGeek's algorithms are saying that it's not a good deal, why not? Who is right? So I challenged the team to not just -- you know, not try to avoid this but take the feedback and see could we be doing something better.

| 190:04 - 190:04 | **Caldwell, Matthew 2025-04-10** | 00:00:02 | **MC-6.111** |
| 🔗 D963.1 | | | |

Let's look at -- let's go to tab 23.

| 190:09 - 190:11 | **Caldwell, Matthew 2025-04-10** | 00:00:02 | **MC-6.112** |

(Plaintiff's Exhibit JX#160 was marked.)

MR. WEISS:  Just let me know when you have it up.

| 190:12 - 191:11 | **Caldwell, Matthew 2025-04-10** | 00:01:10 | **MC-6.113** |
| 🔗 D963.1.1 | | | |

THE WITNESS:  The SeatGeek challenges 12/20/23?

BY MR. WEISS:

Q. For the record, JX160 is a document titled "SeatGeek challenges 12/20/23," bearing the Bates number FPHC-00003171. Is that the document you have in front of you?

A. Yes.

Q. Is this another SeatGeek challenges document that Mr. Collings put together in the normal course of business?

A. Yes.

Q. And this one has a date on it, unlike the one that we looked at earlier, which is December 20th of '23?

A. Yes.

Q. And I won't go through all of these, but this documents, "Challenges," that we saw on the document we marked as JX159; is that right?

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 D963.1.2 | 191:08  Q.  Including Deal Score working against primary<br>191:09        ticketing goals.<br>191:10        Do you see that under 1C?<br>191:11  A.  Yes. | | |
| 191:15 - 191:19<br>🔗 D963.1.3 | **Caldwell, Matthew 2025-04-10**<br>191:15        If you look at No. 4E, it says:<br>191:16        "Fee review, 27 percent is highest in the<br>191:17        industry."<br>191:18        Do you see that?<br>191:19  A.  Yes. | 00:00:12 | **MC-6.114** |
| 191:24 - 192:15 | **Caldwell, Matthew 2025-04-10**<br>191:24  Q.  What's your understanding as to if you have<br>191:25        one as to what Mr. Collings meant here when he wrote<br>192:01        "Fee review, 27 percent is highest in the industry<br>192:02        as a tactical step"?<br>192:03  A.  So I believe Zane was wanting to relook at<br>192:04        the fees we agreed to with SeatGeek.  I remember him<br>192:05        bringing this to me, that the percentage of<br>192:06        27 percent was high, you know, relative to other<br>192:07        providers in the industry.<br>192:08        But I also remember giving him feedback that<br>192:09        at least when we were at Ticketmaster, we didn't<br>192:10        have, like, a hard set percentage like we do here.<br>192:11        We just had a $10, $14 fee, you know, for tickets,<br>192:12        25 and below.  So anyway, I remember giving him some<br>192:13        feedback that I'd look into it at SeatGeek; but they<br>192:14        ultimately came back to me and said they want to<br>192:15        stick with the 27 percent. | 00:00:59 | **MC-6.115** |
| 192:16 - 192:22<br>🔗 D963.1.4 | **Caldwell, Matthew 2025-04-10**<br>192:16  Q.  And in the next enumerated SeatGeek<br>192:17        challenge, is that:<br>192:18        "Historical sales comparison LN equals<br>192:19        3 percent above average.  Other promoters equal<br>192:20        11 percent above average."<br>192:21        Do you see that?<br>192:22  A.  Yes. | 00:00:14 | **MC-6.116** |
| 192:23 - 193:11 | **Caldwell, Matthew 2025-04-10**<br>192:23  Q.  Do you know what that's referring to?<br>192:24  A.  Yeah.  We were looking into -- you know, by | 00:00:47 | **MC-6.117** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

December, I think we had about seven or eight shows

at this point because they were getting close to

about halfway through the year.  I'm just

approximating.

So we were concerned that some of our pay

tickets were down for certain shows and it was our

first year with SeatGeek, so I was asking the team,

you know, let's look at historicals.  Let's see how

we did when we -- the Live Nation shows at

Ticketmaster, but also look at how we did with other

promoters.  So Zane was listing where we were versus

the average.

---

**193:12 - 194:09**

🔗 D963.1.5

**Caldwell, Matthew 2025-04-10** — 00:01:18 — **MC-6.118**

Q.  And No. 6 is:

"Ticket sales comparison equals 30 percent

below average."

Do you see that there?

A.  Yes.

Q.  Do you know what that's referring to?

A.  Yes, I believe at least in the initial show

is, the first couple months our paid tickets were

either trending at 30 percent below the average

or -- I can't remember if they actually finished

30 percent below so we had some -- we had forecasted

some initial growing pains.  Just had to find a new

site, new app.  We were highlighting this in the

beginning because we felt we were materially behind.

Q.  Just so I'm clear:  This is referring to a

-- the onsales for particular shows being below the

average of onsales for like shows, in other words?

A.  Yeah, it was either -- I believe it was the

onsales, you know, below the industry average for

the shows that we had so far in this fiscal year.

Q.  And that was another SeatGeek challenge that

was documented by Mr. Collings in December of 2023?

A.  Yes.

---

**194:17 - 194:20**

**Caldwell, Matthew 2025-04-10** — 00:00:12 — **MC-6.119**

In your estimation, if an artist performs at

Amerant and the onsale for that performance is

30 percent below average, is that -- is that an

---

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

194:20     issue for the artist?

| 194:22 - 195:12 | **Caldwell, Matthew 2025-04-10** | 00:00:51 | **MC-6.120** |

THE WITNESS: You know, the artist is -- it might have been. I don't want to speak for every artist. But if they want -- they want to make money; right? Everyone's in this business. They want to have a lot of people in the arena. So especially at onsale, if we're below average, you know, the artist and their agent can be concerned on whether or not we're going to hit the targets that we set out. What we noticed is we definitely had some early growing pains; but as we grew our database and as we worked on this with SeatGeek, we noticed, you know, later in the fiscal year that people on SeatGeek were just buying later, hitting the sales patterns so we wound up getting closer to our long-term averages but definitely the onsale, we were behind and we had some concerns about this.

| 195:19 - 196:17 | **Caldwell, Matthew 2025-04-10** | 00:01:33 | **MC-6.121** |

Is this comparison limited to onsales?

A. I don't know exactly. I think it was a combination, actually, between the onsale and where we were and where we landed; but I do recall as we got later into the fiscal year, we were able to improve with SeatGeek. And our final pay ticket sales have gotten closer to where we were in the past.

But bottom line is the first six months or so, I remember having a lot of growing pains where, you know, either for onsale or even where we ended finally, we were well below where we were in the past.

Q. Do you know if on average, your -- the total sales are still below average?

A. No, I think -- I confirmed this with Zane as well because I remember we did this -- we were doing these weekly calls and stuff in the first six months or so, but as we got to later in the year, Zane had informed me that we've been catching up amounts to where we were in the past. So we're comfortable now

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

that we've gotten at historical averages or close,

but there's definitely some growing pains in the

first half of the year.

---

**221:16 - 221:18**

🗙 Clear

**Caldwell, Matthew 2025-04-10**　　00:00:10　　**MC-6.122**

Do you recall being asked about the

Panthers' relationship with Oak View Group or OVG?

A.　Yes.

---

**221:19 - 221:22**

**Caldwell, Matthew 2025-04-10**　　00:00:18　　**MC-6.123**

Q.　Has Oak View Group, to your knowledge, ever

implicitly or explicitly threatened to route

concerts away from Amerant on Ticketmaster's behalf

or Live Nation's behalf?

---

**221:25 - 221:25**

**Caldwell, Matthew 2025-04-10**　　00:00:02　　**MC-6.124**

THE WITNESS:  Not that I'm aware.

---

**230:11 - 230:14**

**Caldwell, Matthew 2025-04-10**　　00:00:13　　**MC-6.125**

Q.　So with Mr. Weiss, you had looked at some

documents that your colleague put together.  They

were called "SeatGeek challenges"; right?

A.　Yes.

---

**232:06 - 233:05**

**Caldwell, Matthew 2025-04-10**　　00:01:28　　**MC-6.126**

last -- do you recall the last challenge document

that you looked that was dated April 2024?  It was

JX164.

A.　Yes.

Q.　Is that the most recent documentation like

this listing SeatGeek challenges?

A.　I believe so.  Yes.

Q.　Why did the Panthers organization stop

putting together this kind of documentation?

A.　Well, these were Zane's internal notes that

he was using to provide feedback to SeatGeek.  And I

don't recall telling him to stop, but I do remember

that we made progress on a lot of the feedback

areas.  We were comfortable that we were achieving

the ticket -- the paid tickets that we were

receiving previously on Ticketmaster.  So I know

that -- we continued to speak to SeatGeek and have

biweekly calls but, you know, I think we got to a

point where we felt that we didn't have to keep

---

**MC-6 - Caldwell, Matthew Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 232:25   going over challenges. | | |
| | 233:01  Q.  As the final decision-maker on the selection | | |
| | 233:02       of ticketing provider for Amerant Bank Arena, have | | |
| | 233:03       you been satisfied with your experience working with | | |
| | 233:04       SeatGeek so far? | | |
| | 233:05  A.  Yes, generally. | | |

| | |
|---|---|
| Defense Affirmative Designations | 00:40:07 |
| Plaintiff Counters | 00:20:03 |
| Defense Counter Counters | 00:03:10 |
| **TOTAL RUN TIME** | **01:03:20** |

Documents linked to video:

D913

D963

P1295