# Exhibit 12

# Mudd, Robert Designations cut 04-05-26

Designation List Report

**Mudd, Robert**                                    **2025-06-24**

| Defense Affirmative Designations | 00:07:50 |
|---|---|
| Plaintiff Counters | 00:02:39 |
| Defense Counter Counters | 00:02:20 |
| **TOTAL RUN TIME** | **00:12:50** |



**ID: RM-9**

**RM-9 - Mudd, Robert Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:05 - 9:08 | **Mudd, Robert 2025-06-24** | 00:00:11 | **RM-9.1** |

9:05 Would you please state and spell
9:06 your full name for the record?
9:07 A. Robert B. Mudd, R-O-B-E-R-T,
9:08 middle initial B, last name M-U-D-D.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:05 - 12:14 | **Mudd, Robert 2025-06-24** | 00:00:34 | **RM-9.2** |

12:05 Q. Mr. Mudd, where are you
12:06 currently employed?
12:07 A. I am currently employed by a
12:08 company called DCCM. I contract with Venu
12:09 as a subcontractor. I was employed with
12:10 Venu until June 1st.
12:11 Q. And is Venu also known as
12:12 Notes Live?
12:13 A. It is formerly known as
12:14 Notes Live. Venu is a name change.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:21 - 12:23 | **Mudd, Robert 2025-06-24** | 00:00:08 | **RM-9.3** |

12:21 Q. And when did you start working
12:22 with Notes Live?
12:23 A. June of 2021.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:04 - 14:09 | **Mudd, Robert 2025-06-24** | 00:00:10 | **RM-9.4** |

14:04 Q. And does Notes Live own outdoor
14:05 amphitheaters?
14:06 A. We do.
14:07 Q. And did Notes Live build those
14:08 amphitheaters?
14:09 A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:06 - 21:08 | **Mudd, Robert 2025-06-24** | 00:00:05 | **RM-9.5** |

21:06 Q. Who owns amphitheaters in the
21:07 industry, in the live entertainment
21:08 industry?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:10 - 21:13 | **Mudd, Robert 2025-06-24** | 00:00:17 | **RM-9.6** |

21:10 A. Municipalities, promoters like
21:11 Live Nation and AEG, private developers,
21:12 port authorities, there's a lot of --
21:13 there's a variance of ownership.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 24:13 - 24:16 | **Mudd, Robert 2025-06-24** | 00:00:14 | **RM-9.7** |

24:13 Q. And when did Notes Live start

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:14    the process of building Ford Amphitheater?<br>24:15    A.  Early 2023, in terms of<br>24:16    construction. | | |
| 24:24 - 24:25 | **Mudd, Robert 2025-06-24**<br>24:24    Q.  And when did Notes Live host its<br>24:25    first show at Ford Amphitheater? | 00:00:05 | **RM-9.8** |
| 25:02 - 25:03 | **Mudd, Robert 2025-06-24**<br>25:02    A.  First paid show was August the<br>25:03    6th of 2024. | 00:00:05 | **RM-9.9** |
| 25:14 - 25:18 | **Mudd, Robert 2025-06-24**<br>25:14    Q.  Is Notes Live the operator of<br>25:15    this amphitheater?<br>25:16    A.  No.<br>25:17    Q.  Who is?<br>25:18    A.  AEG. | 00:00:08 | **RM-9.10** |
| 26:11 - 26:13 | **Mudd, Robert 2025-06-24**<br>26:11    Q.  Okay.  Who is the promoter for<br>26:12    Ford Amphitheater?<br>26:13    A.  AEG. | 00:00:05 | **RM-9.11** |
| 26:17 - 26:19 | **Mudd, Robert 2025-06-24**<br>26:17    Q.  Who is the ticketer for Ford<br>26:18    Amphitheater?<br>26:19    A.  AXS. | 00:00:05 | **RM-9.12** |
| 26:20 - 26:21 | **Mudd, Robert 2025-06-24**<br>26:20    Q.  Does Ford Amphitheater compete<br>26:21    with other amphs for artists? | 00:00:03 | **RM-9.13** |
| 26:23 - 26:23 | **Mudd, Robert 2025-06-24**<br>26:23    A.  Yes. | 00:00:02 | **RM-9.14** |
| 27:24 - 27:25 | **Mudd, Robert 2025-06-24**<br>27:24    Q.  Okay.  You also mentioned an<br>27:25    amphitheater in Oklahoma, is that right? | 00:00:05 | **RM-9.15** |
| 28:02 - 28:02 | **Mudd, Robert 2025-06-24**<br>28:02    A.  Correct. | 00:00:01 | **RM-9.16** |
| 28:03 - 28:23 | **Mudd, Robert 2025-06-24**<br>28:03    Q.  And what is the capacity --<br>28:04    well, first, where is that amph located?<br>28:05    A.  Broken Arrow, Oklahoma. | 00:00:52 | **RM-9.17** |

**RM-9 - Mudd, Robert Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

28:06    Q.  And what is the capacity of that
28:07        amph?
28:08    A.  12,500.
28:09    Q.  And when did you start the
28:10        planning process for Broken Arrow?
28:11    A.  Late 2023.
28:12    Q.  And have you started
28:13        construction on Broken Arrow?
28:14    A.  Yes.
28:15    Q.  When did you break ground and
28:16        start construction for Broken Arrow?
28:17    A.  I do not recall specifically.
28:18    Q.  Do you know if it was last year
28:19        in 2024?
28:20    A.  Yes.
28:21    Q.  When do you expect Broken Arrow
28:22        to open?
28:23    A.  Mid '26.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 28:24 - 29:02 | **Mudd, Robert 2025-06-24** | 00:00:04 | **RM-9.18** |

28:24    Q.  Have you started booking shows
28:25        for Broken Arrow?
29:01        -
29:02    A.  Not to my knowledge.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 29:03 - 29:08 | **Mudd, Robert 2025-06-24** | 00:00:09 | **RM-9.19** |

29:03    Q.  Have you selected a promoter for
29:04        Broken Arrow?
29:05    A.  Not to my knowledge.
29:06    Q.  Have you selected a ticketer for
29:07        Broken Arrow?
29:08    A.  Not to my knowledge.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 29:22 - 30:18 | **Mudd, Robert 2025-06-24** | 00:00:48 | **RM-9.20** |

29:22    Q.  All right.  Let's turn to the
29:23        amph that you noted in McKinney, Texas.
29:24        What is the capacity of that amph?
29:25    A.  20,000.
30:01        -
30:02    Q.  And when did you start the
30:03        planning process for McKinney?
30:04    A.  2023.
30:05    Q.  And has construction started on

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

McKinney?

A.  Very initial stages, yes.

Q.  I take it that it's not open

yet.

A.  No.

Q.  When do you expect it to open?

A.  Late in 2026.

Q.  And have you selected a promoter

for McKinney?

A.  Not to my knowledge.

Q.  Have you selected a ticketer for

McKinney?

A.  Not to my knowledge.

| 30:19 - 31:03 | **Mudd, Robert 2025-06-24** | 00:00:27 | **RM-9.21** |

Q.  Great.

And then you had mentioned

El Paso as well.  What is the ownership

structure for El Paso?

A.  I am not -- I don't have the

specifics of the ownership structure

committed to my mind, but we will be

-

selling fire pit suites there, and Venu

will be the controlling entity.

| 31:04 - 31:08 | **Mudd, Robert 2025-06-24** | 00:00:13 | **RM-9.22** |

Q.  Okay.  And what is the capacity?

A.  12,500.

Q.  And when did you start the

planning process for El Paso?

A.  2024, early.

| 31:14 - 31:24 | **Mudd, Robert 2025-06-24** | 00:00:28 | **RM-9.23** |

And has construction started in

El Paso?

A.  No.  It will start in the fourth

quarter of 2025.

Q.  When do you anticipate El Paso

opening?

A.  December 2026 or first quarter

2027.

Q.  Have you selected a promoter or

**RM-9 - Mudd, Robert Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 31:23    ticketer for El Paso? | | |
| | 31:24   A.  No. | | |
| 31:25 - 32:24 | **Mudd, Robert 2025-06-24** | 00:01:31 | **RM-9.24** |
| | 31:25   Q.  How does Notes Live decide where | | |
| | 32:01      - | | |
| | 32:02      to place an amph? | | |
| | 32:03   A.  There is a broad set of criteria | | |
| | 32:04      that we use to assess locations. | | |
| | 32:05   Q.  And what is that criteria? | | |
| | 32:06   A.  Whether or not there's a | | |
| | 32:07      competing asset, the total addressable | | |
| | 32:08      population, the nature and amount of the | | |
| | 32:09      municipal financial participation, the | | |
| | 32:10      visibility of the potential location to | | |
| | 32:11      large traffic counts, the ease of ingress | | |
| | 32:12      and egress for traffic, the availability of | | |
| | 32:13      collocated parking, and the impact of sound | | |
| | 32:14      on local neighborhoods.  Those would be | | |
| | 32:15      primary criteria. | | |
| | 32:16   Q.  When you say that you look at | | |
| | 32:17      competing assets, do you look at all venue | | |
| | 32:18      types? | | |
| | 32:19   A.  While we focus specifically on | | |
| | 32:20      amphitheaters, we do consider all venue | | |
| | 32:21      types. | | |
| | 32:22   Q.  How does having a competing | | |
| | 32:23      asset in the area affect where you decide | | |
| | 32:24      to place an amph? | | |
| 33:02 - 33:06 | **Mudd, Robert 2025-06-24** | 00:00:12 | **RM-9.25** |
| | 33:02   A.  Where there is significant | | |
| | 33:03      competition or in some cases radius clauses | | |
| | 33:04      that could impact our ability to program | | |
| | 33:05      our amphitheaters, it's taken into | | |
| | 33:06      consideration on where we place it. | | |
| 33:14 - 33:23 | **Mudd, Robert 2025-06-24** | 00:00:34 | **RM-9.26** |
| | 33:14      When you say radius clauses, | | |
| | 33:15      what is your understanding of what a radius | | |
| | 33:16      clause is? | | |
| | 33:17   A.  Either facilities and/or artists | | |
| | 33:18      and/or promoters can assert a radius clause | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

33:19 that protects artists from playing within a
33:20 certain distance from existing
33:21 entertainment venues and other
33:22 entertainment venues such as ours that we
33:23 may be developing.

| 42:04 - 42:08 | **Mudd, Robert 2025-06-24** | 00:00:13 | **RM-9.27** |

42:04 Q. Roughly, how much did it cost,
42:05 in total, to build Ford Amphitheater,
42:06 including all of that planning processes,
42:07 design processes, and then construction?
42:08 A. Nearly $100 million.

| 67:18 - 67:20 | **Mudd, Robert 2025-06-24** | 00:00:04 | **RM-9.28** |

67:18 Q. Is Live Nation a competitor of
67:19 Venu Holdings?
67:20 A. Yes.

| 68:13 - 68:16 | **Mudd, Robert 2025-06-24** | 00:00:08 | **RM-9.29** |

68:13 Q. You've had dealings with city
68:14 council members and city managers during
68:15 your time at Venu Holdings, is that right?
68:16 A. Yes.

| 69:18 - 69:25 | **Mudd, Robert 2025-06-24** | 00:00:13 | **RM-9.30** |

69:18 Q. Have you had the experience in
69:19 having council members express any negative
69:20 views or concerns about venues,
69:21 amphitheaters or its development plans?
69:22 A. Are you referring to city
69:23 council members?
69:24 Q. Yes.
69:25 A. Yes.

| 72:22 - 72:25 | **Mudd, Robert 2025-06-24** | 00:00:06 | **RM-9.31** |

72:22 Q. Have you ever had the experience
72:23 of a municipality rejecting your proposal
72:24 to build an amphitheater?
72:25 A. Yes.

| 77:25 - 78:09 | **Mudd, Robert 2025-06-24** | 00:00:23 | **RM-9.32** |

77:25 Q. Just because there's opposition
78:01 -
78:02 to development plans or concerns raised by
78:03 council members or people in the community

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 78:04    relating to Venu Holdings amphitheater |  |  |
|  | 78:05    development plans, does that mean that Venu |  |  |
|  | 78:06    Holdings is not a good partner to the |  |  |
|  | 78:07    communities in which it seeks to develop |  |  |
|  | 78:08    amphitheaters? |  |  |
|  | 78:09    A.  No. |  |  |
| 79:08 - 79:12 | **Mudd, Robert 2025-06-24** | 00:00:11 | **RM-9.33** |
|  | 79:08    Q.  Yeah.  Is it just the nature of |  |  |
|  | 79:09    the beast that concerns get raised when |  |  |
|  | 79:10    you're proposing to -- working to develop |  |  |
|  | 79:11    an amphitheater in a local community? |  |  |
|  | 79:12    A.  Yes. |  |  |
| 79:15 - 79:20 | **Mudd, Robert 2025-06-24** | 00:00:14 | **RM-9.34** |
|  | 79:15    Q.  And you think the fact that one |  |  |
|  | 79:16    of your development plans was rejected by a |  |  |
|  | 79:17    city council means that you're not a good |  |  |
|  | 79:18    partner to the communities in which you're |  |  |
|  | 79:19    proposing to develop amphitheaters? |  |  |
|  | 79:20    A.  No. |  |  |
| 94:21 - 95:06 | **Mudd, Robert 2025-06-24** | 00:00:20 | **RM-9.35** |
|  | 94:21    Q.  Does Venu ultimately believe it |  |  |
|  | 94:22    will be successful in its development |  |  |
|  | 94:23    endeavors for amphitheaters? |  |  |
|  | 94:24    A.  Yes. |  |  |
|  | 94:25    Q.  Venu expects it will be adding |  |  |
|  | 95:01    - |  |  |
|  | 95:02    more amphitheaters in the United States? |  |  |
|  | 95:03    A.  Yes. |  |  |
|  | 95:04    Q.  Have you -- is it fair to say |  |  |
|  | 95:05    that Venu's expansion engine is in full |  |  |
|  | 95:06    gear? |  |  |
| 95:08 - 95:16 | **Mudd, Robert 2025-06-24** | 00:00:24 | **RM-9.36** |
|  | 95:08    A.  We have aggressive expansion |  |  |
|  | 95:09    objectives. |  |  |
|  | 95:10    Q.  Expansion for amphitheaters? |  |  |
|  | 95:11    A.  Yes. |  |  |
|  | 95:12    Q.  In the United States? |  |  |
|  | 95:13    A.  Yes. |  |  |
|  | 95:14    Q.  Is it fair to say that Venu is |  |  |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

95:15  building a machine that will change and
95:16  disrupt music?

| 98:24 - 99:07 | **Mudd, Robert 2025-06-24** | 00:00:19 | **RM-9.37** |

98:24  Q.  Venu is putting a lot of money
98:25      into its amphitheater expansion efforts, is
99:01      -
99:02      that fair to say?
99:03  A.  Yes.
99:04  Q.  Would you say that Venu has a
99:05      lot of momentum in its plans to develop
99:06      amphitheaters?
99:07  A.  Yes.

| 101:10 - 101:18 | **Mudd, Robert 2025-06-24** | 00:00:19 | **RM-9.38** |

101:10  Q.  Does Venu believe that it's
101:11      redefining what live entertainment looks
101:12      like across the nation?
101:13  A.  Yes.
101:14  Q.  Does Venu believe that its
101:15      development plans are bigger, louder and
101:16      more world class than anything the live
101:17      entertainment industry has ever seen?
101:18  A.  I believe that to be true.

| 138:25 - 139:09 | **Mudd, Robert 2025-06-24** | 00:00:14 | **RM-9.39** |

138:25  Q.  Earlier you testified about
139:01      -
139:02      differences between amphitheaters and other
139:03      venue types.
139:04      Do you recall that, generally?
139:05  A.  Yes.
139:06  Q.  And there are differences
139:07      between one amphitheater and another
139:08      amphitheater, is that right?
139:09  A.  Yes.

| 139:13 - 139:16 | **Mudd, Robert 2025-06-24** | 00:00:05 | **RM-9.40** |

139:13  Q.  There could be two amphitheaters
139:14      that are of equal size and have very
139:15      different features and qualities, is that
139:16      true?

| 139:18 - 139:24 | **Mudd, Robert 2025-06-24** | 00:00:16 | **RM-9.41** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 139:18  A.  Yes. | | **RM-9.41** |
| | 139:19  Q.  That's your -- based on your | | |
| | 139:20       experience looking at amphitheaters? | | |
| | 139:21  A.  Yes. | | |
| | 139:22  Q.  Just because different venue | | |
| | 139:23       types have different features, does that | | |
| | 139:24       mean they don't compete, in your view? | | |
| 140:06 - 140:07 | **Mudd, Robert 2025-06-24** | 00:00:02 | **RM-9.42** |
| | 140:06  A.  No, that doesn't mean they don't | | |
| | 140:07       compete. | | |
| 150:23 - 150:25 | **Mudd, Robert 2025-06-24** | 00:00:04 | **RM-9.43** |
| | 150:23  Q.  You testified earlier about | | |
| | 150:24       radius clauses. | | |
| | 150:25       Do you recall that? | | |
| 151:02 - 151:02 | **Mudd, Robert 2025-06-24** | 00:00:02 | **RM-9.44** |
| | 151:02  A.  Yes. | | |
| 152:02 - 152:09 | **Mudd, Robert 2025-06-24** | 00:00:24 | **RM-9.45** |
| | 152:02  Q.  Do you have an understanding as | | |
| | 152:03       to why radius clauses are utilized, when | | |
| | 152:04       they're utilized? | | |
| | 152:05  A.  I have a general belief -- a | | |
| | 152:06       general understanding, I believe, to avoid | | |
| | 152:07       those artists from diluting the demand for | | |
| | 152:08       their acts in a regional area.  That's the | | |
| | 152:09       sum of my understanding. | | |
| 152:14 - 152:17 | **Mudd, Robert 2025-06-24** | 00:00:11 | **RM-9.46** |
| | 152:14  Q.  And what do you mean by diluting | | |
| | 152:15       demand? | | |
| | 152:16  A.  Avoiding an artist | | |
| | 152:17       oversaturating a market for ticket sales. | | |
| 170:07 - 170:18 | **Mudd, Robert 2025-06-24** | 00:00:26 | **RM-9.47** |
| | 170:07  Q.  And the American Airlines Center | | |
| | 170:08       is an arena, is that right? | | |
| | 170:09  A.  Yes. | | |
| | 170:10  Q.  Homes of the Dallas Mavericks? | | |
| | 170:11  A.  Yes. | | |
| | 170:12  Q.  Are you expecting McKinney to | | |
| | 170:13       compete with the American Airlines Center? | | |
| | 170:14  A.  I expect that the American | | |

**RM-9 - Mudd, Robert Designations cut 04-05-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 170:15  Airlines Center provides entertainment, and | | |
| | 170:16  as it relates to that consumers have a | | |
| | 170:17  certain amount to spend on entertainment. | | |
| | 170:18  So I see that as competitive, yes. | | |
| 180:20 - 180:23 | **Mudd, Robert 2025-06-24** | 00:00:13 | **RM-9.48** |
| | 180:20  Q.  Mr. Mudd, can you just state | | |
| | 180:21  again for the record how many amphitheaters | | |
| | 180:22  Notes Live currently has open at this time? | | |
| | 180:23  A.  One. | | |
| 188:17 - 188:22 | **Mudd, Robert 2025-06-24** | 00:00:14 | **RM-9.49** |
| | 188:17  Q.  Okay.  You talked about various | | |
| | 188:18  limits -- well, you talked about some | | |
| | 188:19  limits that apply to your ability to | | |
| | 188:20  execute on developing amphitheaters. | | |
| | 188:21  Do you recall that, generally? | | |
| | 188:22  A.  Yes. | | |
| 189:09 - 189:12 | **Mudd, Robert 2025-06-24** | 00:00:09 | **RM-9.50** |
| | 189:09  Q.  And notwithstanding those | | |
| | 189:10  limits, Venu Holding is projecting | | |
| | 189:11  aggressive expansion, is that right? | | |
| | 189:12  A.  Yes. | | |

| | |
|---|---|
| Defense Affirmative Designations | 00:07:50 |
| Plaintiff Counters | 00:02:39 |
| Defense Counter Counters | 00:02:20 |
| **TOTAL RUN TIME** | **00:12:50** |