# Exhibit 13

# Briggs, Brandon Designations cut 04-01-26

Designation List Report

**Briggs, Brandon**                                    **2025-06-04**

| | |
|---|---:|
| Defense Affirmative Designations | 00:12:45 |
| Plaintiff Counters | 00:01:14 |
| Defense Counter Counters | 00:02:01 |
| **TOTAL RUN TIME** | **00:16:01** |



**ID: BB-7**

**BB-7 - Briggs, Brandon Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:17 - 8:20 | **Briggs, Brandon 2025-06-04** | 00:00:11 | **BB-7.1** |

8:17    Can you please state and
8:18    spell your name for the record?
8:19    A.  Yes.  My name is Brandon
8:20    Briggs, B-R-A-N-D-O-N, B-R-I-G-G-S.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:22 - 10:24 | **Briggs, Brandon 2025-06-04** | 00:00:06 | **BB-7.2** |

10:22    Q.  Mr. Briggs, who is your
10:23    current employer?
10:24    A.  Inter Miami.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:10 - 11:13 | **Briggs, Brandon 2025-06-04** | 00:00:06 | **BB-7.3** |

11:10    Q.  What's your current title
11:11    at Inter Miami?
11:12    A.  Vice president of legal and
11:13    human resources.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:21 - 12:09 | **Briggs, Brandon 2025-06-04** | 00:00:23 | **BB-7.4** |

11:21    Q.  What is the general scope
11:22    of your -- of your role at Inter Miami?
11:23    A.  So I oversee -- on the
11:24    legal side, I oversee the legal
12:01    department day-to-day affairs, as well
12:02    as the human resource department.  I
12:03    also play a key strategic role in our
12:04    business affairs and the advising of
12:05    high-level decisionmaking.
12:06    Q.  About how long have you
12:07    been with Inter Miami?
12:08    A.  Almost four years.  It will
12:09    be four years in August.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:07 - 13:24 | **Briggs, Brandon 2025-06-04** | 00:00:35 | **BB-7.5** |

13:07    Q.  What is Inter Miami?
13:08    A.  Inter Miami is a
13:09    professional soccer club.
13:10    Q.  And who owns Inter Miami?
13:11    A.  Jorge Mas, Josi Mas, and
13:12    David Beckham.
13:13    Q.  Where does Inter Miami play
13:14    today?
13:15    A.  Inter Miami currently plays
13:16    at Chase Stadium in Fort Lauderdale,

**BB-7 - Briggs, Brandon Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 13:17    Florida. | | |
| | 13:18  Q.  And that stadium opened in | | |
| | 13:19    2020; is that right? | | |
| | 13:20  A.  Yes. | | |
| | 13:21  Q.  Does Chase Stadium host | | |
| | 13:22    concerts? | | |
| | 13:23  A.  It has not hosted a concert | | |
| | 13:24    at this point. | | |
| 14:14 - 14:21 | **Briggs, Brandon 2025-06-04** | 00:00:12 | **BB-7.6** |
| | 14:14  Q.  And the team is building a | | |
| | 14:15    new stadium in Miami; is that correct? | | |
| | 14:16  A.  Yes. | | |
| | 14:17  Q.  Is that called Miami | | |
| | 14:18    Freedom Park? | | |
| | 14:19  A.  The totality of the | | |
| | 14:20    ecosystem is called Miami Freedom Park. | | |
| | 14:21    There will be a stadium on that site. | | |
| 19:09 - 19:12 | **Briggs, Brandon 2025-06-04** | 00:00:08 | **BB-7.7** |
| | 19:09  Q.  When you joined Inter Miami | | |
| | 19:10    in 2021, what ticketing system did the | | |
| | 19:11    team use? | | |
| | 19:12  A.  Ticketmaster. | | |
| 19:13 - 19:17 | **Briggs, Brandon 2025-06-04** | 00:00:08 | **BB-7.8** |
| | 19:13  Q.  And did Inter Miami have -- | | |
| | 19:14    to your knowledge, did Inter Miami have | | |
| | 19:15    an exclusive agreement with Ticketmaster | | |
| | 19:16    at that time? | | |
| | 19:17  A.  Yes. | | |
| 19:18 - 19:22 | **Briggs, Brandon 2025-06-04** | 00:00:13 | **BB-7.9** |
| | 19:18  Q.  And do you recall when that | | |
| | 19:19    agreement with Ticketmaster, that was in | | |
| | 19:20    place when you joined the team, was set | | |
| | 19:21    to expire? | | |
| | 19:22  A.  December 31st of 2024. | | |
| 20:18 - 20:24 | **Briggs, Brandon 2025-06-04** | 00:00:10 | **BB-7.10** |
| | 20:18    Did there come a time when | | |
| | 20:19    Inter Miami and Ticketmaster began | | |
| | 20:20    discussing a potential renewal of that | | |
| | 20:21    agreement? | | |

**BB-7 - Briggs, Brandon Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 20:22  A.  Yes. | | |
| | 20:23  Q.  And do you recall about | | |
| | 20:24      when that was? | | |
| 21:02 - 21:16 | **Briggs, Brandon 2025-06-04** | 00:00:33 | **BB-7.11** |

21:02      It would have been, you
21:03      know, late '23 or early '24.
21:04  Q.  Were you involved in those
21:05      renewal discussions?
21:06  A.  Yes.
21:07  Q.  At a high level, what was
21:08      your role in the negotiations of the
21:09      renewal of Inter Miami's ticketing
21:10      agreement with Ticketmaster?
21:11  A.  It was assisting the teams,
21:12      and strategizing and analyzing what the
21:13      best collective deal would be moving
21:14      forward.  And then once the final
21:15      business terms were agreed upon,
21:16      memorializing that in an agreement.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:17 - 22:01 | **Briggs, Brandon 2025-06-04** | 00:00:17 | **BB-7.12** |

21:17  Q.  And in that timeframe of
21:18      2023-2024, was the team also considering
21:19      alternative ticketing partners besides
21:20      Ticketmaster?
21:21  A.  Yes.
21:22  Q.  Were there discussions with
21:23      SeatGeek in that timeframe as a
21:24      potential alternative ticketing partner?
22:01  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:02 - 22:11 | **Briggs, Brandon 2025-06-04** | 00:00:16 | **BB-7.13** |

22:02  Q.  Were there discussions with
22:03      a company called SecuTix at -- in that
22:04      timeframe?
22:05  A.  Yes.
22:06  Q.  Do you recall if there were
22:07      any other companies that the team was
22:08      looking at as a potential alternative to
22:09      Ticketmaster?
22:10  A.  We also received
22:11      solicitation from Fever.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:12 - 22:19 | **Briggs, Brandon 2025-06-04** | 00:00:16 | **BB-7.14** |

Q. Okay. Any others that you know of?

A. Not that I'm aware of. I believe, you know, just as at any point, there -- you know, there are numerous people reaching out. But I think that as far as material conversations, that's what it would be.

| 23:21 - 24:07 | **Briggs, Brandon 2025-06-04** | 00:00:20 | **BB-7.15** |

Q. And ultimately the team decided to renew its contract with Ticketmaster; is that right?

A. Correct.

Q. And you said that was in December of 2024?

A. It was executed -- yeah. It was executed in December of '24.

Q. And do you know the duration of the renewed contract?

A. I believe it's five years.

| 24:21 - 27:05 | **Briggs, Brandon 2025-06-04** | 00:02:01 | **BB-7.16** |

Q. Okay. During the course of the negotiation process leading to the execution of the December '24 agreement, do you know whether Ticketmaster improved its offer to Inter Miami in any way?

A. Yes.

Q. Are there any notable improvements or concessions that come to mind sitting here that you recall?

A. Yeah, I think during the extension process, we were able to increase some of the financials from a sponsorship standpoint, as well as affording flexibility for international events that may come with it, requirements and other ticketing providers.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. To your knowledge, does the contract call for a signing bonus to be paid by Ticketmaster to Inter Miami?

A. Yes.

Q. And did the size of that signing bonus increase over the course of the negotiations?

A. I believe there was a fluctuation of -- of -- in negotiations, of how much we wanted upfront as opposed to over the -- over the term.  But collectively the financials did increase from the initial offer as a collective deal.

Q. And in connection with those renewal negotiations with Ticketmaster, do you recall there being discussions relating -- with Ticketmaster relating to ticket resale best practices?

A. Yes.

Q. And at a general level what were those discussions about?

A. We wanted some additional flexibility to -- to operate how our ticket operations best deemed fit based on the market and the types of gains, as opposed to just operating by the typical standard Ticketmaster protocols.

Q. And at a general level, do you recall how that was resolved in the final agreement?

A. I believe there were some -- some additional concepts put in there that gave us the ability to work together to -- to operate in a way that was -- that -- mutually -- mutually beneficial to both, but gave us some additional flexibility.

| | | | |
|---|---|---|---|
| 27:19 - 29:04 | **Briggs, Brandon 2025-06-04** | 00:01:12 | **BB-7.17** |

**BB-7 - Briggs, Brandon Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:19   Q.  Do you recall if SeatGeek | | **BB-7.17** |
| | 27:20        ultimately made a formal proposal to | | |
| | 27:21        Inter Miami to replace Ticketmaster as | | |
| | 27:22        the team's ticketer? | | |
| | 27:23   A.  SeatGeek did not make a | | |
| | 27:24        final and formal proposal. | | |
| | 28:01   Q.  And do you have an | | |
| | 28:02        understanding as to why they did not | | |
| | 28:03        make a final formal proposal? | | |
| | 28:04   A.  I think, in discussions, I | | |
| | 28:05        felt like -- I think ultimately they | | |
| | 28:06        felt that we were going to continue | | |
| | 28:07        renewing with Ticketmaster. | | |
| | 28:08   Q.  Do you have an | | |
| | 28:09        understanding as to the reasons why the | | |
| | 28:10        team ultimately chose Ticketmaster over | | |
| | 28:11        SeatGeek in 2024? | | |
| | 28:12   A.  Yes.  Ultimately it was the | | |
| | 28:13        best technology for us where we are as | | |
| | 28:14        an organization. | | |
| | 28:15        You know, we're relocating, | | |
| | 28:16        as -- as you referenced, to our new | | |
| | 28:17        stadium in Miami.  We have our existing | | |
| | 28:18        customer database.  And, you know, and | | |
| | 28:19        selling a new stadium, while still | | |
| | 28:20        operating -- selling a new stadium as we | | |
| | 28:21        are right now, and then operating one in | | |
| | 28:22        the middle of the season as we are now, | | |
| | 28:23        and making that conversion, is a very | | |
| | 28:24        tricky process, and having multiple | | |
| | 29:01        systems within there, without the | | |
| | 29:02        back-end support that we received from | | |
| | 29:03        Ticketmaster would have been very | | |
| | 29:04        challenging. | | |
| 29:05 - 29:19 | **Briggs, Brandon 2025-06-04** | 00:00:35 | **BB-7.18** |
| | 29:05   Q.  To your knowledge, at any | | |
| | 29:06        point did Ticketmaster or Live Nation | | |
| | 29:07        say to anyone at Inter Miami that Live | | |
| | 29:08        Nation would retaliate against Inter | | |
| | 29:09        Miami if Inter Miami did not select | | |

**BB-7 - Briggs, Brandon Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:10 Ticketmaster as a ticketing partner? | | |
| | 29:11 A. Not to my knowledge. | | |
| | 29:12 Q. And to your knowledge, at | | |
| | 29:13 any point did anyone from Ticketmaster | | |
| | 29:14 or Live Nation say to anyone at Inter | | |
| | 29:15 Miami that Live Nation would route | | |
| | 29:16 concerts away from Inter Miami's | | |
| | 29:17 stadium, be it Chase or the new stadium | | |
| | 29:18 in Miami, if Inter Miami did not select | | |
| | 29:19 Ticketmaster as a ticketing partner? | | |
| 30:01 - 30:02 | **Briggs, Brandon 2025-06-04** | 00:00:02 | **BB-7.19** |
| | 30:01 THE WITNESS: Not to my | | |
| | 30:02 knowledge. | | |
| 33:20 - 33:24 | **Briggs, Brandon 2025-06-04** | 00:00:07 | **BB-7.20** |
| | 33:20 Q. Do you believe Inter Miami | | |
| | 33:21 selected Ticketmaster as its ticketing | | |
| | 33:22 partner because of the financial and | | |
| | 33:23 technical merits of Ticketmaster's | | |
| | 33:24 offer? | | |
| 34:03 - 34:07 | **Briggs, Brandon 2025-06-04** | 00:00:07 | **BB-7.21** |
| | 34:03 THE WITNESS: Yes. In my | | |
| | 34:04 experience, that's why we made | | |
| | 34:05 the decision. It was the | | |
| | 34:06 technology and the overall | | |
| | 34:07 financial offer. | | |
| 34:09 - 34:22 | **Briggs, Brandon 2025-06-04** | 00:00:36 | **BB-7.22** |
| | 34:09 Q. All right. Is Inter | | |
| | 34:10 Miami's current agreement with | | |
| | 34:11 Ticketmaster an exclusive agreement? | | |
| | 34:12 A. It's exclusive for the | | |
| | 34:13 Chase Stadium in Fort Lauderdale and for | | |
| | 34:14 Miami Freedom Park, the soccer stadium | | |
| | 34:15 there. It's nonexclusive. It gives us | | |
| | 34:16 the ability to use it if we'd like to at | | |
| | 34:17 our small 5,000-capacity turf -- | | |
| | 34:18 artificial turf stadium in Fort | | |
| | 34:19 Lauderdale. And gives us the ability | | |
| | 34:20 to, if there are additional attractions | | |
| | 34:21 on any of our properties, utilize it if | | |

**BB-7 - Briggs, Brandon Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 34:22     mutually agreed upon. | | |
| 38:24 - 39:06 | **Briggs, Brandon 2025-06-04** | 00:00:10 | **BB-7.23** |
| | 38:24   Q.  I understand that SeatGeek<br>39:01        ultimately did not put in a formal<br>39:02        proposal.  Do you have an understanding<br>39:03        as to whether the discussions with<br>39:04        SeatGeek were around an exclusive<br>39:05        ticketing agreement or a nonexclusive<br>39:06        one? | | |
| 39:09 - 39:13 | **Briggs, Brandon 2025-06-04** | 00:00:06 | **BB-7.24** |
| | 39:09        THE WITNESS:  We never<br>39:10        received the formal proposal,<br>39:11        but discussions were surrounding<br>39:12        an exclusive ticketing<br>39:13        arrangement. | | |
| 41:01 - 41:04 | **Briggs, Brandon 2025-06-04** | 00:00:07 | **BB-7.25** |
| | 41:01   Q.  Do you have a view on<br>41:02        whether Ticketmaster acted<br>41:03        professionally and ethically in its<br>41:04        dealings with Inter Miami? | | |
| 41:07 - 41:14 | **Briggs, Brandon 2025-06-04** | 00:00:10 | **BB-7.26** |
| | 41:07        THE WITNESS:  Everything<br>41:08        during the negotiation process<br>41:09        was -- was standard business<br>41:10        protocol in my experience.<br>41:11        BY MR. WEISS:<br>41:12   Q.  Do you think Ticketmaster<br>41:13        has been a good ticketing partner to<br>41:14        Inter Miami? | | |
| 41:17 - 41:20 | **Briggs, Brandon 2025-06-04** | 00:00:05 | **BB-7.27** |
| | 41:17        THE WITNESS:  In our<br>41:18        experience, in my experience,<br>41:19        I've had -- we've had a good<br>41:20        experience with Ticketmaster. | | |
| 41:22 - 42:03 | **Briggs, Brandon 2025-06-04** | 00:00:17 | **BB-7.28** |
| | 41:22   Q.  You mentioned that SeatGeek<br>41:23        didn't put in a formal proposal.  Do you<br>41:24        have an understanding as to what was<br>42:01        communicated by Inter Miami to SeatGeek | | |

**BB-7 - Briggs, Brandon Designations cut 04-01-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

42:02    that resulted in them not putting in a
42:03    formal proposal?

| 42:06 - 42:13 | **Briggs, Brandon 2025-06-04** | 00:00:17 | **BB-7.29** |
|---|---|---|---|

42:06    THE WITNESS:  I think we
42:07    asked for a proposal, and -- and
42:08    then after having conversations
42:09    and understanding where we were,
42:10    and -- and the renewals and
42:11    expectations, that they did not
42:12    provide a formal offer, even
42:13    though we requested one.

| 42:15 - 42:19 | **Briggs, Brandon 2025-06-04** | 00:00:11 | **BB-7.30** |
|---|---|---|---|

42:15    Q.  What expectations do -- are
42:16        you referring to?
42:17    A.  Of what we wanted from
42:18        technology and what we wanted from a
42:19        financial partner.

| 42:20 - 43:08 | **Briggs, Brandon 2025-06-04** | 00:00:30 | **BB-7.31** |
|---|---|---|---|

42:20    Q.  Were you surprised that
42:21        they didn't put in a proposal?
42:22    A.  Yes.
42:23    Q.  Why is that?
42:24    A.  I would assume that they
43:01        would want to win the business.
43:02    Q.  Do you think they had a
43:03        fair shot of winning the business if
43:04        they put in a competitive proposal?
43:05    A.  Yes.
43:06    Q.  Do you know if there were
43:07        any concerns at that time with their --
43:08        with their ticketing platform?

| 43:11 - 43:21 | **Briggs, Brandon 2025-06-04** | 00:00:18 | **BB-7.32** |
|---|---|---|---|

43:11    THE WITNESS:  Yeah, I
43:12    think that -- that Seat -- that
43:13    SeatGeek just doesn't have the
43:14    long-term infrastructure and
43:15    back-end support that
43:16    Ticketmaster had.  I don't think
43:17    it was necessarily their system,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

43:18    their technology was poor.

43:19    We just felt that -- we

43:20    felt that Ticketmaster's

43:21    technology was better.

| 85:07 - 86:02 | **Briggs, Brandon 2025-06-04** | 00:00:50 | **BB-7.33** |
|---|---|---|---|

85:07    Q.    In your opinion, is

85:08    Ticketmaster a more costly ticketing

85:09    provider than others?

85:10    A.    There -- there could

85:11    certainly be providers with less fees.

85:12    Q.    And who are those

85:13    providers?

85:14    A.    I can't speak to the

85:15    specifics of what the names are on

85:16    those -- on those entities.

85:17    But I can speak to the fact

85:18    that we had a major league rugby team

85:19    that wanted to utilize a different

85:20    ticketing partner for that venue

85:21    because -- because they found partners

85:22    that offered lower cost -- lower-cost

85:23    opportunities, which is why in the

85:24    renewal we negotiated this concept in

86:01    and were able to obtain it for the -- to

86:02    provide flexibility for that venue.

| 86:04 - 86:10 | **Briggs, Brandon 2025-06-04** | 00:00:12 | **BB-7.34** |
|---|---|---|---|

86:04    And are you aware of what

86:05    ticketing partner they ultimately chose?

86:06    A.    I do not know off the top

86:07    of my head.

86:08    Q.    What is the name of this

86:09    major league rugby team?

86:10    A.    The Miami Sharks.

| 86:11 - 87:03 | **Briggs, Brandon 2025-06-04** | 00:00:34 | **BB-7.35** |
|---|---|---|---|

86:11    Q.    Why didn't you want the

86:12    same flexibility for Chase Stadium when

86:13    negotiating with Ticketmaster?

86:14    A.    Yeah, I think it's -- it's

86:15    very typical in the industry to have one

86:16    ticketing partner for a main stadium.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

For us, we're going to --
you know, we would be responsible for
all of our games and events.  And, you
know, having that single ticketing
structure, both from a financially
feasible opportunity for us for the
collective ecosystem of the deal that we
could offer, but also just operationally
as well.
So there are financial and
operational components to it.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 109:12 - 110:05 | **Briggs, Brandon 2025-06-04** | 00:00:32 | **BB-7.36** |

Q.  You mentioned in response
to some of Ms. Drory's questions that
there are providers with lower fees than
Ticketmaster.
Do you recall that
testimony?
A.  Yes.
Q.  To your understanding, is
SeatGeek one of those providers?
A.  I never saw the proposal of
what that would look like.  So I can't
speak to -- to which ones were.  I can
just speak to conversations I've had
with our teams that Ticketmaster is not
the lowest fee in the market.
Q.  Do you have any reason to
believe that SeatGeek has lower fees
than Ticketmaster?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 110:08 - 110:10 | **Briggs, Brandon 2025-06-04** | 00:00:05 | **BB-7.37** |

THE WITNESS:  I haven't
seen the final proposal to be
able to speak to that.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 111:02 - 111:05 | **Briggs, Brandon 2025-06-04** | 00:00:10 | **BB-7.38** |

Q.  Do you know if AXS
ticketing is one of the providers that
has lower fees than Ticketmaster?
A.  I have no idea.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 114:03 - 114:13 | **Briggs, Brandon 2025-06-04** | 00:00:23 | **BB-7.39** |

114:03    I think in response to
114:04    Ms. Drory's questions, you testified
114:05    that during the considerations in 2024
114:06    of potential ticketing partners, there
114:07    were high-level conversations within
114:08    Inter Miami about all the systems under
114:09    consideration and experiences with
114:10    those -- those systems at other
114:11    facilities.
114:12    Do you recall that?
114:13  A.  Yes.

| | **Briggs, Brandon 2025-06-04** | 00:02:04 | **BB-7.40** |
|---|---|---|---|
| 114:14 - 116:19 | | | |

114:14  Q.  Do you recall, with respect
114:15    to Ticketmaster, what experiences at
114:16    other facilities came into play in those
114:17    discussions?
114:18  A.  Yeah.  Yeah.  I mean, my
114:19    experience with Ticketmaster at Hard
114:20    Rock Stadium came into play.
114:21    Each -- each one of us that
114:22    were involved in the high-level
114:23    decisionmaking of this -- of these
114:24    deals, right, bring their own
115:01    experiences, both good and bad, that --
115:02    that we talk about and discuss and those
115:03    factors, right.
115:04    And I think for us, we
115:05    had -- I had a positive experience at my
115:06    previous job, with Ticketmaster,
115:07    especially as we hosted other types of
115:08    events and added on different types of
115:09    events outside of the norm.
115:10    And -- and so I think that
115:11    certainly played a part in the
115:12    determination of -- of what the best
115:13    ecosystem was for us.
115:14  Q.  And in connection with
115:15    those conversations with regard to
115:16    SeatGeek, can you tell me what

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | experiences you recall coming into play | | |
| | in those discussions? | | |
| | A. Yeah. I've never worked at | | |
| | a venue with SeatGeek. But before I | | |
| | departed from my job at the Dolphins, I | | |
| | met with an individual in our ticketing | | |
| | team who had previously worked at a | | |
| | venue with SeatGeek, worked -- worked in | | |
| | Major League Soccer for a team. And I | | |
| | told him I was leaving for an MLS team. | | |
| | Whether he gave me any good advice to | | |
| | help me be successful in my career there | | |
| | and moving over. And he had just | | |
| | expressed some challenges that he had | | |
| | experienced with SeatGeek at his stop. | | |
| | So that was -- in fairness, | | |
| | that was brought up in the | | |
| | conversations. It's important to note | | |
| | good and bad experiences. | | |
| | Q. Are you able to tell me | | |
| | what venue that was? | | |
| | A. I don't recall the specific | | |
| | venue. But it was for the team LAFC. | | |
| | Q. Okay. | | |
| | A. I don't know if it was | | |
| | their new stadium or an old stadium or | | |
| | what facility that was. | | |
| 116:20 - 117:07 | **Briggs, Brandon 2025-06-04** | 00:00:28 | **BB-7.41** |
| | Q. Do you recall the nature of | | |
| | the challenges that he described? | | |
| | A. It was a broad stroke of do | | |
| | not use that system. It wasn't specific | | |
| | to operation. | | |
| | Q. Were they operational | | |
| | issues or technical issues? | | |
| | A. It was operational | | |
| | technical issues, right. | | |
| | I view that as one thing, | | |
| | just -- whether that's scanning or | | |
| | transferring, et cetera. | | |

**BB-7 - Briggs, Brandon Designations cut 04-01-26**

15 / 15

| | |
|---|---|
| Defense Affirmative Designations | 00:12:45 |
| Plaintiff Counters | 00:01:14 |
| Defense Counter Counters | 00:02:01 |
| **TOTAL RUN TIME** | **00:16:01** |