# Exhibit 15

# Lovett, Ben v3_EXHIBITS

Designation List Report

**Lovett, Ben**                                           **2025-09-11**

| | |
|---|---|
| US Affirmative | 00:28:19 |
| Defendant Affirmative | 00:09:27 |
| US Counter-Counter | 00:00:20 |
| Defendant Counter-Counter | 00:05:07 |
| Overlaps | 00:10:33 |
| **TOTAL RUN TIME** | **00:53:46** |

Documents linked to video:

P806



| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:09 - 9:11 | **Lovett, Ben 2025-09-11** | 00:00:05 | **Lovett_v3.1** |

9:09      Can you please state your full
9:10      name for the record.
9:11    A. Yes. Benjamin Lovett.

| | | | |
|---|---|---|---|
| 11:21 - 12:18 | **Lovett, Ben 2025-09-11** | 00:00:51 | **Lovett_v3.2** |

11:21   Q. Mr. Lovett, you are a musician,
11:22      correct?
11:23   A. Yes.
11:24   Q. Okay. Can you please provide a
11:25      little bit of background on how your career
12:01      B. LOVETT - 09/11/2025
12:02      as a musician started?
12:03   A. My career as a musician, I guess,
12:04      started when I was about 18 years old in
12:05      London. And I was partnering up with a
12:06      bunch of friends, and one of those friends
12:07      ended up being a -- someone I started a
12:08      band with.
12:09      And I have been in a band,
12:10      amongst other musical endeavors for the
12:11      last 20 years.
12:12   Q. And your band is Mumford & Sons;
12:13      is that correct?
12:14   A. Yes, that's right.
12:15   Q. And so when did Mumford & Sons
12:16      come together?
12:17   A. I think officially we put the
12:18      date at 2007.

| | | | |
|---|---|---|---|
| 13:05 - 13:07 | **Lovett, Ben 2025-09-11** | 00:00:07 | **Lovett_v3.3** |

13:05   Q. And when the band first started
13:06      performing, was that in London?
13:07   A. Yeah, yeah.

| | | | |
|---|---|---|---|
| 13:08 - 13:17 | **Lovett, Ben 2025-09-11** | 00:00:31 | **Lovett_v3.4** |

13:08   Q. And at the beginning, what types
13:09      of venues did Mumford & Sons perform at?
13:10   A. Small clubs, basement venues.
13:11      You know, the beginning.
13:12   Q. And when did Mumford & Sons do
13:13      their first tour?

**US Affirmative Overlaps**    **Defendant Affirmative**    **US Counter-Counter**    **Defendant Counter-Counter**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. I think it was probably within the first year. Maybe -- maybe 2007. Very latest, spring 2008. And it would have been a national UK tour.

| 13:18 - 13:22 | **Lovett, Ben 2025-09-11** | 00:00:11 | **Lovett_v3.5** |

Q. And on that national UK tour, what types of venues were you performing in?
A. Small venues. I mean, it's -- anything from pubs to clubs.

| 13:23 - 14:05 | **Lovett, Ben 2025-09-11** | 00:00:28 | **Lovett_v3.6** |

Q. Okay. And when did Mumford & Sons first tour in the United States?
A. I think it was -- I think it was

B. LOVETT - 09/11/2025

2009. If I -- if I remember correctly. It's a bit -- a bit blurry. Those are the years, but I think maybe early 2009, let's say.

| 14:06 - 14:10 | **Lovett, Ben 2025-09-11** | 00:00:06 | **Lovett_v3.7** |

Q. Fair enough. And I'm not going to hold you to a specific, you know, day. I'm just trying to get a ballpark understanding here.
A. Yeah.

| 14:11 - 14:20 | **Lovett, Ben 2025-09-11** | 00:00:27 | **Lovett_v3.8** |

Q. And so when Mumford & Sons first toured in the United States, what types of venues did the band play at?
A. Similar to where we started in the UK. Maybe one rung higher up. But, you know, a lot of small clubs around the country. And I think South by Southwest musical festival in Austin, Texas, you know, I think that was part of the original trips that we made.

| 14:21 - 15:12 | **Lovett, Ben 2025-09-11** | 00:00:48 | **Lovett_v3.9** |

Q. And when you say, you know, "maybe one rung higher up," can you explain

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | what you mean by that? | | |
| | A. Yeah. Just local, you know, | | |
| | small listening room type venues that only | | |
| | B. LOVETT - 09/11/2025 | | |
| | have -- you know, can be anywhere from 50 | | |
| | to 150 people. | | |
| | But those size rooms don't | | |
| | support a tour, especially for a foreign | | |
| | artist. So it was really once we had | | |
| | enough momentum going through building a | | |
| | fan base online that we could come and play | | |
| | one rung higher than that, which was more | | |
| | like 3- to 500 people a night. | | |
| | So the ticket sales could support | | |
| | us during a tour. | | |
| 15:13 - 15:18 | **Lovett, Ben 2025-09-11** | 00:00:15 | **Lovett_v3.10** |
| | Q. That makes sense. And so as the | | |
| | band became even more popular, did the | | |
| | types of venues that the band performed at | | |
| | in the United States change? | | |
| | A. Yeah. We grew in popularity and | | |
| | the rooms got bigger. | | |
| 16:09 - 16:13 | **Lovett, Ben 2025-09-11** | 00:00:13 | **Lovett_v3.11** |
| | Q. And so in approximately 2012, | | |
| | what size of venues in the United States | | |
| | was the band performing at? | | |
| | A. Like basketball arena size, so | | |
| | 10- to 15,000 tickets. | | |
| 17:20 - 17:25 | **Lovett, Ben 2025-09-11** | 00:00:11 | **Lovett_v3.12** |
| | Q. So, Mr. Lovett, you are also the | | |
| | CEO of the business called The Venue Group; | | |
| | is that correct? | | |
| | A. Yeah. My title's actually | | |
| | managing partner now. But ostensibly the | | |
| | same thing. | | |
| 19:03 - 19:11 | **Lovett, Ben 2025-09-11** | 00:00:28 | **Lovett_v3.13** |
| | Q. Okay. So what is The Venue | | |
| | Group? | | |
| | A. The Venue Group is an a small | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

19:06 independent business that was founded out
19:07 of London originally where we build -- we
19:08 sort of designed, build and operate music
19:09 venues. And currently we are doing so here
19:10 in the U.S. and -- and intend to do more of
19:11 it.

| 19:12 - 20:05 | **Lovett, Ben 2025-09-11** | 00:00:50 | **Lovett_v3.14** |

19:12 Q. And when you say the group "was
19:13 founded out of London," did you found the
19:14 group?
19:15 A. Yes.
19:16 Q. And why did you found The Venue
19:17 Group?
19:18 A. I saw there being an opportunity
19:19 to learn -- I'm a very curious person, I
19:20 guess. And I don't understand much beyond
19:21 the music industry. And I wanted to add
19:22 good rooms to the landscape.
19:23 There weren't many people
19:24 building rooms, so I wanted to add
19:25 inventory and do it in a way that was done
20:01 B. LOVETT - 09/11/2025
20:02 from an artist's perspective and tastefully
20:03 done and a way that, you know -- I just
20:04 felt like it was an opportunity to give
20:05 back.

| 20:06 - 20:10 | **Lovett, Ben 2025-09-11** | 00:00:09 | **Lovett_v3.15** |

20:06 Q. So let's talk a little bit more
20:07 about the -- I'm sorry, if I refer The
20:08 Venue Group as TVG; is that -- is that
20:09 fair?
20:10 A. Fine with me, yeah.

| 20:21 - 20:24 | **Lovett, Ben 2025-09-11** | 00:00:08 | **Lovett_v3.16** |

20:21 Q. Is there a distinction,
20:22 Mr. Lovett, in your mind between TVG and
20:23 The Venue Group?
20:24 A. No, there isn't.

| 21:23 - 22:04 | **Lovett, Ben 2025-09-11** | 00:00:17 | **Lovett_v3.17** |

21:23 What venues does The Venue Group

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

21:24 manage or operate?

21:25 A. We manage and operate the Orion

22:01 B. LOVETT - 09/11/2025

22:02 theater through our subsidiary HVGA, which

22:03 is a different entity, obviously. It's a

22:04 subsidiary group of TVG.

| 22:20 - 23:07 | **Lovett, Ben 2025-09-11** | 00:00:36 | **Lovett_v3.18** |
|---|---|---|---|

22:20 Q. I want to go back to one of your

22:21 prior answers and just talk about the Orion

22:22 Amphitheater and HVGA.

22:23 Is HVGA a wholly owned subsidiary

22:24 of TVG?

22:25 A. Yes.

23:01 B. LOVETT - 09/11/2025

23:02 Q. Okay. I want to just kind of

23:03 zoom out and talk about HVGA as a whole and

23:04 the ownership of it.

23:05 Do you, Mr. Lovett, personally

23:06 own a part of TVG?

23:07 A. Yes.

| 28:10 - 28:12 | **Lovett, Ben 2025-09-11** | 00:00:07 | **Lovett_v3.19** |
|---|---|---|---|

28:10 Q. Who is the manager, the current

28:11 manager for Mumford & Sons, Mr. Lovett?

28:12 A. Coran Capshaw.

| 29:13 - 30:06 | **Lovett, Ben 2025-09-11** | 00:00:28 | **Lovett_v3.20** |
|---|---|---|---|

29:13 ATTORNEY ROSENGART: John, the

29:14 witness just wanted to clarify a

29:15 response to, I think, your last

29:16 question --

29:17 ATTORNEY THORNBURGH: Sure.

29:18 ATTORNEY ROSENGART: -- in part,

29:19 to the manager.

29:20 THE WITNESS: Yeah, sorry. It

29:21 was the way we were rolling the

29:22 conversation. Our management is

29:23 technically split between Coran Capshaw

29:24 and Izzy Zivkovic.

29:25 ///

30:01 B. LOVETT - 09/11/2025

30:02 BY ATTORNEY THORNBURGH:

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 30:03 Q. Got it. | | |
| | 30:04 You're talking about the | | |
| | 30:05 management for Mumford & Sons? | | |
| | 30:06 A. Yeah, thank you. | | |
| 30:21 - 31:03 | **Lovett, Ben 2025-09-11** | 00:00:22 | **Lovett_v3.21** |
| | 30:21 Okay. I want to now ask you some | | |
| | 30:22 questions specifically about the Orion | | |
| | 30:23 Amphitheater in Huntsville, Alabama. | | |
| | 30:24 So first of all, Mr. Lovett, what | | |
| | 30:25 is an amphitheater? | | |
| | 31:01 B. LOVETT - 09/11/2025 | | |
| | 31:02 A. A large outdoor theater, for the | | |
| | 31:03 most part. | | |
| 31:04 - 31:07 | **Lovett, Ben 2025-09-11** | 00:00:10 | **Lovett_v3.22** |
| | 31:04 Q. And in your experience, is there | | |
| | 31:05 a typical capacity of an amphitheater? | | |
| | 31:06 A. It can be anywhere from 2- to | | |
| | 31:07 20,000. | | |
| 31:08 - 31:13 | **Lovett, Ben 2025-09-11** | 00:00:13 | **Lovett_v3.23** |
| | 31:08 Q. And as an artist, have you | | |
| | 31:09 performed in amphitheaters? | | |
| | 31:10 A. Yes. | | |
| | 31:11 Q. What is the capacity of Orion | | |
| | 31:12 Amphitheater? | | |
| | 31:13 A. Around about 8,000. | | |
| 31:14 - 32:09 | **Lovett, Ben 2025-09-11** | 00:00:53 | **Lovett_v3.24** |
| | 31:14 Q. In your experience, Mr. Lovett, | | |
| | 31:15 is -- what distinguishes an amphitheater | | |
| | 31:16 from other types of convert venues? | | |
| | 31:17 A. Well, I think, for the most part, | | |
| | 31:18 they're outdoors. I'd say that's the | | |
| | 31:19 biggest distinction. | | |
| | 31:20 Q. And -- I know this may seem like | | |
| | 31:21 a silly question. | | |
| | 31:22 In your mind, is that a | | |
| | 31:23 meaningful distinction, that amphitheaters | | |
| | 31:24 are outdoors as compared to other concert | | |
| | 31:25 venues? | | |
| | 32:01 B. LOVETT - 09/11/2025 | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:02  A.  Yeah.  It makes for a different | | |
| | 32:03      type of show. | | |
| | 32:04  Q.  Can you explain what you mean by | | |
| | 32:05      that? | | |
| | 32:06  A.  Watching a show indoors versus | | |
| | 32:07      being outdoors changes the experience for | | |
| | 32:08      fans and artists.  It's just, like, a | | |
| | 32:09      different flavor. | | |
| 32:10 - 32:22 | **Lovett, Ben 2025-09-11** | 00:00:34 | **Lovett_v3.25** |
| | 32:10  Q.  Is the production setup for a | | |
| | 32:11      concert at an outdoor amphitheater | | |
| | 32:12      different than the production setup for an | | |
| | 32:13      indoor show at another type of venue? | | |
| | 32:14  A.  Not necessarily, but, yeah, it | | |
| | 32:15      can be. | | |
| | 32:16  Q.  And when you say "it can be," can | | |
| | 32:17      you explain what you mean by that? | | |
| | 32:18  A.  Sometimes the limitations of the | | |
| | 32:19      amphitheater, depending on where it is, | | |
| | 32:20      prevent the availability to be able to rig | | |
| | 32:21      certain types of things that you could do | | |
| | 32:22      indoors.  Pros and cons, you know. | | |
| 32:23 - 33:15 | **Lovett, Ben 2025-09-11** | 00:00:49 | **Lovett_v3.26** |
| | 32:23  Q.  As an artist, do you think that | | |
| | 32:24      there are pros associated with performing | | |
| | 32:25      at amphitheaters? | | |
| | 33:01      B. LOVETT - 09/11/2025 | | |
| | 33:02  A.  Yes. | | |
| | 33:03  Q.  And what are those pros? | | |
| | 33:04  A.  As an artist, I enjoy being | | |
| | 33:05      outdoors.  It feels more natural as an | | |
| | 33:06      environment.  A lot of the time, | | |
| | 33:07      amphitheaters are built with concerts in | | |
| | 33:08      mind, acoustically but also experientially. | | |
| | 33:09      And arenas often have other purposes. | | |
| | 33:10  Q.  And you just kind of contrasted | | |
| | 33:11      amphitheaters with arenas. | | |
| | 33:12      Is that because arenas are kind | | |
| | 33:13      of the closest venue type in size typically | | |
| | 33:14      to amphitheaters? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 33:15  A.  Yes.  For the most part, yeah. | | |
| 35:23 - 36:03 | **Lovett, Ben 2025-09-11** | 00:00:13 | **Lovett_v3.27** |

35:23  Q.  In your experience, does the
35:24      capacity of an amphitheater impact the
35:25      artists that perform at the venue?
36:01      B. LOVETT - 09/11/2025
36:02  A.  It can do.  Depending on the
36:03      market.

| 36:04 - 36:12 | **Lovett, Ben 2025-09-11** | 00:00:32 | **Lovett_v3.28** |

36:04  Q.  And can you explain why that's
36:05      the case?
36:06  A.  Larger -- artists with large
36:07      audiences can play smaller cap
36:08      amphitheaters in smaller markets, but in
36:09      larger cities, if there are larger venues
36:10      that they could play, sometimes they'll
36:11      take that opportunity to play to more
36:12      people.

| 36:13 - 37:02 | **Lovett, Ben 2025-09-11** | 00:00:48 | **Lovett_v3.29** |

36:13  Q.  What are TVG's responsibilities
36:14      at the Orion Amphitheater today?
36:15  A.  We manage and operate on behalf
36:16      of the City of Huntsville the amphitheater.
36:17  Q.  And just to drill down maybe a
36:18      level deeper, can you just describe at a
36:19      high level what the responsibilities are of
36:20      TVG when it comes to managing and operating
36:21      the amphitheater?
36:22  A.  Yeah.  We look after the
36:23      facility.  We rent the room out to
36:24      promoters.  And we take care of the patron
36:25      experience.  You know, that's the -- we're
37:01      B. LOVETT - 09/11/2025
37:02      a facility.

| 37:03 - 37:18 | **Lovett, Ben 2025-09-11** | 00:00:54 | **Lovett_v3.30** |

37:03  Q.  Is TVG responsible for, you know,
37:04      food and beverage sales at the facility?
37:05  A.  Yes.  But not HVGA, but a
37:06      separate entity under TVG has got the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 37:07  concession contracts that runs the food and | | |
| | 37:08  beverage. | | |
| | 37:09  Q.  Does TVG promote shows at the | | |
| | 37:10  Orion Amphitheater? | | |
| | 37:11  A.  Very rarely.  It's not our | | |
| | 37:12  main -- it's not what we're there to do. | | |
| | 37:13  Q.  And when you say it's not what | | |
| | 37:14  you were there to do, what do you mean? | | |
| | 37:15  A.  Our core responsibility is not as | | |
| | 37:16  promoters inside that room.  But | | |
| | 37:17  occasionally we do promote often community | | |
| | 37:18  and cultural events.  So, yeah. | | |
| 37:21 - 38:13 | **Lovett, Ben 2025-09-11** | 00:00:49 | **Lovett_v3.31** |
| | 37:21  Occasionally you do promote for | | |
| | 37:22  community and culture events; is that | | |
| | 37:23  right? | | |
| | 37:24  A.  Yeah.  That's a category that | | |
| | 37:25  we -- it might be that the event is free to | | |
| | 38:01  B. LOVETT - 09/11/2025 | | |
| | 38:02  the public or small or -- it just might not | | |
| | 38:03  make sense to bring in a -- a major | | |
| | 38:04  third-party promoter to put the show | | |
| | 38:05  together. | | |
| | 38:06  Q.  And why does TVG not promote | | |
| | 38:07  concerts at Orion Amphitheater? | | |
| | 38:08  A.  Because there are already | | |
| | 38:09  promoters who can do that. | | |
| | 38:10  Q.  More broadly outside of the Orion | | |
| | 38:11  Amphitheater, does The Venue Group promote | | |
| | 38:12  concerts? | | |
| | 38:13  A.  We try not to. | | |
| 38:14 - 38:17 | **Lovett, Ben 2025-09-11** | 00:00:06 | **Lovett_v3.32** |
| | 38:14  Q.  And when you say "We try not to," | | |
| | 38:15  is that for the same reasons you testified | | |
| | 38:16  to earlier? | | |
| | 38:17  A.  Exactly, yeah. | | |
| 41:07 - 41:09 | **Lovett, Ben 2025-09-11** | 00:00:05 | **Lovett_v3.33** |
| | 41:07  Would you consider the Orion | | |
| | 41:08  Amphitheater to be a successful business | | |
| | 41:09  venture for TVG? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:14 - 41:21 | **Lovett, Ben 2025-09-11** | 00:00:19 | **Lovett_v3.34** |

THE WITNESS:  Yes.

BY ATTORNEY THORNBURGH:

Q.  And why do you -- why do you consider it to be a successful business venture for TVG?

A.  Because my intention with TVG is to build rooms that are enjoyed and used by artists and fans, and it is doing that.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:25 - 42:24 | **Lovett, Ben 2025-09-11** | 00:01:14 | **Lovett_v3.35** |

Q.  So do you think your background

B. LOVETT - 09/11/2025

as an accomplished musician has helped the Orion Amphitheater to be successful?

A.  Yes, I would say so.

Q.  And why?

A.  Because I've had a unique experience of seeing more of these rooms than most people have had the opportunity to and playing them and being a music fan. And it's more about my lived experience than the, I guess, implied leverage.

Q.  All right.  I just want to make sure I understand. Can you explain what you mean by it's more about your lived experience than the implied leverage?

A.  Yeah.  The reason why it's benefitted from my experience is because in the design and the operations, I can design and operate a great venue.  I understand them.  I understand how they work. But it isn't successful because of the fact that I have also got a successful career on stage.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 43:11 - 44:06 | **Lovett, Ben 2025-09-11** | 00:00:49 | **Lovett_v3.36** |

Q.  So you talked about the fact that TVG was -- was involved in the design and development process for the amphitheater. In that role, did you try to make

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:15  the venue appealing to artists? | | |
| | 43:16  A.  Yes. | | |
| | 43:17  Q.  And why? | | |
| | 43:18  A.  Reputation is important.  The | | |
| | 43:19    artists enjoy playing a venue so they want | | |
| | 43:20    to come back and make a recommendation to | | |
| | 43:21    other artists and to their representatives. | | |
| | 43:22  Q.  And so sort of switching now to | | |
| | 43:23    the present now that it's developed. | | |
| | 43:24    As the operator of the | | |
| | 43:25    amphitheater, does TVG try to make the | | |
| | 44:01    B. LOVETT - 09/11/2025 | | |
| | 44:02    venue still appealing to artists? | | |
| | 44:03  A.  Yes. | | |
| | 44:04  Q.  And is it for the same reasons | | |
| | 44:05    you articulated a moment ago? | | |
| | 44:06  A.  Yes. | | |
| 44:25 - 45:10 | **Lovett, Ben 2025-09-11** | 00:00:47 | **Lovett_v3.37** |
| | 44:25  Q.  Mr. Lovett, which venues would | | |
| | 45:01    B. LOVETT - 09/11/2025 | | |
| | 45:02    you consider to be the Orion's closest | | |
| | 45:03    competitors? | | |
| | 45:04  A.  As of today, I think it's just | | |
| | 45:05    the Coca-Cola Amphitheater in Birmingham, | | |
| | 45:06    Alabama. | | |
| | 45:07  Q.  And why do you identify that | | |
| | 45:08    amphitheater as the closest competitor? | | |
| | 45:09  A.  Because it's geographically close | | |
| | 45:10    and similar capacity, yeah. | | |
| 45:11 - 45:14 | **Lovett, Ben 2025-09-11** | 00:00:09 | **Lovett_v3.38** |
| | 45:11  Q.  So I want to drill down now, | | |
| | 45:12    Mr. Lovett, a little bit about how the | | |
| | 45:13    Orion Amphitheater operates and | | |
| | 45:14    specifically TVG's role there. | | |
| 47:16 - 47:17 | **Lovett, Ben 2025-09-11** | 00:00:03 | **Lovett_v3.39** |
| | 47:16  Q.  Can you explain what you meant | | |
| | 47:17    here by "open room model"? | | |
| 47:25 - 48:10 | **Lovett, Ben 2025-09-11** | 00:00:23 | **Lovett_v3.40** |
| | 47:25    THE WITNESS:  An open room is a | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

B. LOVETT - 09/11/2025
venue that various promoters can use.
BY ATTORNEY THORNBURGH:
Q. And when you say it's a "venue
that various promoters can use," can you
just explain a little bit more what you
mean by that?
A. Yeah. On a nonexclusive basis.
So the room is open to business to
different promoters.

| 48:11 - 49:05 | **Lovett, Ben 2025-09-11** | 00:00:43 | **Lovett_v3.41** |

Q. And so artists, regardless of who
they're promoted by, can perform at the
venue?
A. Yes.
Q. And is the Orion Amphitheater, in
fact, operated as an open room concept
today?
A. Yes.
Q. And why does TVG or its
subsidiaries operate the amphitheater as an
open room?
A. Because we think that's the most
successful way to run a room.
Q. And can you explain a little bit
more what you mean by "successful"?
B. LOVETT - 09/11/2025
A. Well, different promoters have
different relationships with artists. So
if you're open to all of them, then you get
more shows.

| 49:06 - 49:19 | **Lovett, Ben 2025-09-11** | 00:00:28 | **Lovett_v3.105** |

Q. Just looking for a ballpark
answer on this next question. I'm not
going to hold you to it.
But can you identify, as best as
you can recall sitting here today, which
promoters have promoted concerts at Orion
Amphitheater?
A. I think the list is in the teens.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

I can't give you a full list, but it's extensive and happy to provide it subsequently.

Q. Is Live Nation one of those promoters?

A. Yes.

| 49:20 - 50:21 | **Lovett, Ben 2025-09-11** | 00:01:11 | **Lovett_v3.42** |

Q. Ballpark on this most -- in the current year, can you give me a sense of, you know, approximately what percentage of shows were promoted by Live Nation?

A. 20 percent.

Q. And can you provide the same

B. LOVETT - 09/11/2025

ballpark figure for AEG?

A. I think it's about 20 percent.

Q. And so then the other 60 or so percent, are those -- well -- I'm sorry. Let me ask you a different question. Has Louis Messina promoted any shows at Orion Amphitheater?

A. Yes.

Q. And, again, for the current year, ballpark percentage of how many shows he has promoted there?

A. I think maybe one.  He doesn't do that many shows.

Q. Are the other promoters that you mentioned in your answer a prior -- prior a minute ago, are those by and large local promoters?

A. I'd probably say regional.  But, yeah, for the most part.  Again, I can provide the list, if it's helpful.

| 52:07 - 52:10 | **Lovett, Ben 2025-09-11** | 00:00:07 | **Lovett_v3.43** |

Q. Okay.  Mr. Lovett, do you have an understanding as to whether other amphitheaters in the United States are typically operated as open rooms?

| 52:14 - 53:13 | **Lovett, Ben 2025-09-11** | 00:00:43 | **Lovett_v3.44** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | THE WITNESS: Yes, there are | | **Lovett_v3.44** |
| | some, yeah. | | |
| | BY ATTORNEY THORNBURGH: | | |
| | Q. And do you have that | | |
| | understanding because of your career as an | | |
| | artist? | | |
| | A. Yes. In part. And, in part, | | |
| | because I run an amphitheater. | | |
| | Q. Okay. Fair enough. | | |
| | Mr. Lovett, do you have an | | |
| | understanding as to whether | | |
| | Live Nation-owned or operated amphitheaters | | |
| | B. LOVETT - 09/11/2025 | | |
| | are operated as open rooms? | | |
| | A. Some are, yes. I don't have -- I | | |
| | don't know which, off the top of my head. | | |
| | But I don't think Live Nation is | | |
| | exclusively one way or another. | | |
| | Q. So you think that -- your | | |
| | understanding is there are some | | |
| | amphitheaters that are operated as open | | |
| | rooms and others that are not; is that | | |
| | correct? | | |
| | A. That's my belief or | | |
| | understanding, yes. | | |
| 54:06 - 54:19 | **Lovett, Ben 2025-09-11** | 00:00:40 | **Lovett_v3.45** |
| | Q. And when TVG or its subsidiaries | | |
| | rents the Orion Amphitheater to a promoter, | | |
| | is it with a particular artist concert in | | |
| | mind? | | |
| | A. Yes. | | |
| | Q. Would you ever rent the | | |
| | amphitheater for a particular date without | | |
| | an artist in mind? | | |
| | A. We try not to. I don't know if | | |
| | that's 100 percent been maintained, but we | | |
| | try not. | | |
| | Q. Okay. And, Mr. Lovett, just to | | |
| | switch -- go back to -- a little bit to a | | |
| | couple questions I asked you a minute ago. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 54:20 - 54:23 | **Lovett, Ben 2025-09-11** | 00:00:07 | **Lovett_v3.46** |

54:20   As a member of the band Mumford &
54:21   Sons, you've performed at Live Nation
54:22   amphitheaters previously, right?
54:23   A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 54:24 - 55:02 | **Lovett, Ben 2025-09-11** | 00:00:06 | **Lovett_v3.47** |

54:24   Q.  And for those shows at
54:25   Live Nation amphitheaters -- well, let me
55:01   B. LOVETT - 09/11/2025
55:02   just ask you a little bit more about that.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:03 - 55:06 | **Lovett, Ben 2025-09-11** | 00:00:09 | **Lovett_v3.48** |

55:03   Your most recent tour this year,
55:04   you played in some amphitheaters earlier
55:05   this summer; is that right?
55:06   A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:07 - 55:14 | **Lovett, Ben 2025-09-11** | 00:00:15 | **Lovett_v3.49** |

55:07   Q.  And some of those amphitheaters
55:08   were Live Nation amphitheaters; is that
55:09   right?
55:10   A.  I think it's important to be
55:11   specific when you say "Live Nation
55:12   amphitheaters."
55:13   Q.  Okay.  Fair enough.  Fair
55:14   clarification.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:15 - 56:16 | **Lovett, Ben 2025-09-11** | 00:01:17 | **Lovett_v3.50** |

55:15   So some of the amphitheaters that
55:16   you played this summer, you understand are
55:17   either owned or operated by Live Nation; is
55:18   that fair?
55:19   A.  Yes.
55:20   Q.  Okay.  And prior to this year,
55:21   Mumford & Sons has played at amphitheaters
55:22   that Live Nation either owns or operates;
55:23   is that fair?
55:24   A.  Yes.
55:25   Q.  And have you -- has Mumford &
56:01   B. LOVETT - 09/11/2025
56:02   Sons ever used a promoter other than
56:03   Live Nation to -- when performing at an

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:04    amphitheater that Live Nation owns or | | |
| | 56:05    operates? | | |
| | 56:06   A.   I can't recall, but I would | | |
| | 56:07    assume possible. | | |
| | 56:08   Q.   The shows this summer, who is | | |
| | 56:09    Mumford & Sons's promoter? | | |
| | 56:10   A.   Not exclusively, we've done a lot | | |
| | 56:11    of the shows with Live Nation. | | |
| | 56:12   Q.   For the shows that you are aware | | |
| | 56:13    of that were held at amphitheaters that | | |
| | 56:14    Live Nation owns or operates, was | | |
| | 56:15    Live Nation the promoter for those shows? | | |
| | 56:16   A.   Yes. | | |
| 59:05 - 59:07 | **Lovett, Ben 2025-09-11** | 00:00:07 | **Lovett_v3.51** |
| | 59:05    Do you think it's more | | |
| | 59:06    transparent to artists if those revenue | | |
| | 59:07    streams are not intermingled? | | |
| 59:10 - 59:10 | **Lovett, Ben 2025-09-11** | 00:00:01 | **Lovett_v3.102** |
| | 59:10    THE WITNESS: Yes. | | |
| 59:12 - 59:17 | **Lovett, Ben 2025-09-11** | 00:00:16 | **Lovett_v3.52** |
| | 59:12   Q.   Are you -- is it fair to say when | | |
| | 59:13    it comes to, you know, revenue streams, | | |
| | 59:14    from your perspective as an artist, you | | |
| | 59:15    think more transparency is, all else equal, | | |
| | 59:16    is better than less transparency? | | |
| | 59:17   A.   Yes. | | |
| 59:22 - 60:16 | **Lovett, Ben 2025-09-11** | 00:01:00 | **Lovett_v3.53** |
| | 59:22    When a show is performed at the | | |
| | 59:23    Orion Amphitheater, Mr. Lovett, are there | | |
| | 59:24    show costs associated with services that | | |
| | 59:25    the amphitheater provides for those shows? | | |
| | 60:01    B. LOVETT - 09/11/2025 | | |
| | 60:02   A.   Yes. | | |
| | 60:03   Q.   What are some of those show | | |
| | 60:04    costs? | | |
| | 60:05   A.   Security, cleaning, marketing, | | |
| | 60:06    artist hospitality. Just a few of them off | | |
| | 60:07    the top of my head. It's quite a long | | |
| | 60:08    list. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. And does TVG pass any of those show costs on to the artists that are performing at the venue?
A. Yes. Related to the deal that -- whatever the deal is that the artist is getting or the promoter is getting, we pass back costs. It does vary, though. That's a -- that's a commercial question really.

| 60:17 - 60:21 | **Lovett, Ben 2025-09-11** | 00:00:09 | **Lovett_v3.54** |

Q. And when you say it varies, you mean it varies depending on the show; is that fair?
A. Yeah, yeah. What's required to do the show varies.

| 60:22 - 60:25 | **Lovett, Ben 2025-09-11** | 00:00:11 | **Lovett_v3.55** |

Q. When an artist plays a show at Orion Amphitheater, do you view the artist as a client of the amphitheater?
A. Not really, no.

| 61:02 - 61:11 | **Lovett, Ben 2025-09-11** | 00:00:18 | **Lovett_v3.56** |

Q. Is -- when an artist performs at the amphitheater, do you want them to be happy with the experience?
A. Yes.
Q. Okay. And why do you want them to be happy with the experience?
A. For what I said earlier, which is that they have a positive takeaway and would come back and recommend it to other artists.

| 61:12 - 61:14 | **Lovett, Ben 2025-09-11** | 00:00:08 | **Lovett_v3.57** |

Q. Who is the primary ticketer for the Orion Amphitheater today, Mr. Lovett?
A. AXS ticketing.

| 61:15 - 62:04 | **Lovett, Ben 2025-09-11** | 00:00:49 | **Lovett_v3.58** |

Q. And was TVG or its subsidiaries involved in the decision to select AXS as the primary ticketer?
A. Yes. We made the recommendation,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

but we didn't make the final decision.

Q. And, again, just at a high level, do you recall why TVG or its subsidiaries made that recommendation?

A. We -- someone who works within TVG solicited a third-party professional to audit at that time the different providers

B. LOVETT - 09/11/2025

and the bids that were coming in and made a recommendation that AXS was the right ticketing partner at that time.

| 62:05 - 62:19 | **Lovett, Ben 2025-09-11** | 00:00:29 | **Lovett_v3.59** |

Q. Do you recall if Ticketmaster made a bid to ticket the Orion Amphitheater?

A. Yeah. I'm pretty sure they did, yeah.

Q. And has TVG been satisfied with AXS as the primary ticketer for Orion Amphitheater?

A. A mixed response.

Q. Can you explain what you mean "a mixed response"?

A. Some things it has done as well, and some things it hasn't done so well. And that's what happens with service providers.

| 62:20 - 62:23 | **Lovett, Ben 2025-09-11** | 00:00:09 | **Lovett_v3.60** |

Q. Any plans to change primary ticketers at the Orion Amphitheater?

A. We're currently up for renewal, so we're reviewing that.

| 63:05 - 64:06 | **Lovett, Ben 2025-09-11** | 00:01:07 | **Lovett_v3.61** |

Q. Okay. Fair enough. Okay. I want to kind of switch gears and -- and go back to your career as a musician, Mr. Lovett. Obviously, I understand your experience with TVG will -- may inform some of these answers, but I just want to give you that direction there.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Are you familiar with the term "amphitheater tour," Mr. Lovett?

A. It's two words that I understand. I don't know what the context is that you're trying to ascertain. But, yeah, a tour of amphitheaters, as I understand.

Q. In your experience, is that something that some artists do?

A. I guess so, yeah. It's a -- it's a little bit vague, honestly, on what you're asking.

Q. We talked a little bit already about the fact that Mumford & Sons is currently in the middle of a tour; is that

B. LOVETT - 09/11/2025

a fair way to characterize it?

A. At the beginning.

Q. You're at the beginning of a tour, you would say?

A. Yeah.

| 64:07 - 64:14 | **Lovett, Ben 2025-09-11** | 00:00:18 | **Lovett_v3.62** |

Q. Okay. Mumford & Sons was on a tour earlier this summer; is that fair?

A. Yes.

Q. And for the shows in the United States, is it fair to say that most of those venues that Mumford & Sons played were amphitheaters?

A. Most, but not all. But, yeah.

| 64:15 - 64:16 | **Lovett, Ben 2025-09-11** | 00:00:03 | **Lovett_v3.63** |

Q. And then Live Nation -- excuse me. Apologies.

| 64:17 - 64:25 | **Lovett, Ben 2025-09-11** | 00:00:23 | **Lovett_v3.64** |

Mumford & Sons has -- are performing some additional concerts, I believe, starting next month; is that right?

A. Yes.

Q. And for shows in the United States, those concerts are largely being

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 64:24    performed at arenas; is that fair? | | |
| | 64:25    A.  Yes. | | |
| 65:09 - 65:21 | **Lovett, Ben 2025-09-11** | 00:00:37 | **Lovett_v3.65** |

65:09    Was it a deliberate choice from
65:10    the band's perspective to play mostly
65:11    amphitheaters this summer and then arenas
65:12    later in the fall and into the winter?
65:13    A.  It was a recommendation made to
65:14    us by our agents, managers, yeah.
65:15    Q.  And why do you understand that
65:16    that recommendation was made?
65:17    A.  Because outdoors in the summer
65:18    tends to be where people want to be and
65:19    indoors in the fall/winter in the northern
65:20    hemisphere is where people want to be.  So
65:21    you kind of meet people where they're at.

| 65:22 - 66:05 | **Lovett, Ben 2025-09-11** | 00:00:26 | **Lovett_v3.66** |

65:22    Q.  And for the shows that are gonna
65:23    be occurring into the fall and into the
65:24    winter indoors, is Mumford & Sons utilizing
65:25    Live Nation as the promoter for those
66:01    B. LOVETT - 09/11/2025
66:02    shows?
66:03    A.  I believe for the most part, yes.
66:04    I don't -- again, I'm not sure if it's
66:05    exclusive.  I would be surprised if it is.

| 66:06 - 66:25 | **Lovett, Ben 2025-09-11** | 00:00:46 | **Lovett_v3.67** |

66:06    Q.  And is there a reason that
66:07    Live Nation's promoting most of those
66:08    shows?
66:09    A.  Yeah.  Someone's got to promote
66:10    those shows, you know.  And -- and they are
66:11    one of the best promoters, and the
66:12    relationship has served us well throughout
66:13    the course of the summer.
66:14    Q.  And when you say the relationship
66:15    served you well through the course of the
66:16    summer, you're referring to Live Nation
66:17    promoting the shows -- most of the shows
66:18    you did this summer that were in

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | amphitheaters, right? | | |
| | A.  Yeah.  Or in previous years. | | |
| | There's a longstanding relationship, | | |
| | various relationships, both locally and | | |
| | nationally with different Live Nation | | |
| | promoters.  And they are passionate and | | |
| | good at what they do. | | |
| 67:05 - 67:07 | **Lovett, Ben 2025-09-11** | 00:00:07 | **Lovett_v3.68** |
| | But in prior tours, has Mumford & | | |
| | Sons utilized Live Nation as the promoter? | | |
| | A.  Yes. | | |
| 67:13 - 68:05 | **Lovett, Ben 2025-09-11** | 00:00:47 | **Lovett_v3.69** |
| | Has Mumford & Sons utilized AEG | | |
| | as the promoter previously? | | |
| | A.  Yes. | | |
| | Q.  And on the current -- on the | | |
| | shows from this past summer, do you -- are | | |
| | you aware as to whether AEG promoted any of | | |
| | those shows? | | |
| | A.  They did, yes. | | |
| | Q.  Which shows? | | |
| | A.  Red Rocks in Colorado. | | |
| | Q.  And why did AEG promote the shows | | |
| | in Red Rocks, Colorado? | | |
| | A.  They have a very good | | |
| | B. LOVETT - 09/11/2025 | | |
| | relationship with that room, that facility, | | |
| | and a very unique -- that office of AEG has | | |
| | a very unique database of fans in that part | | |
| | of the country. | | |
| 69:12 - 69:19 | **Lovett, Ben 2025-09-11** | 00:00:16 | **Lovett_v3.70** |
| | Q.  Do you know -- do you know, | | |
| | Mr. Lovett, whether Red Rocks is operated | | |
| | as an open room? | | |
| | A.  It is. | | |
| | Q.  So Mumford & Sons could have | | |
| | chosen Live Nation or AEG or another | | |
| | promoter to promote the show at that venue? | | |
| | A.  Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 71:24 - 72:24 | **Lovett, Ben 2025-09-11** | 00:01:01 | **Lovett_v3.71** |

71:24 Am I correct in understanding,
71:25 though, that you view the shows that
72:01 B. LOVETT - 09/11/2025
72:02 Mumford & Sons performed earlier this
72:03 summer and the shows that Mumford & Sons is
72:04 going to perform starting next month as all
72:05 part of the same tour?
72:06 A. No.
72:07 Q. Okay. So you would consider them
72:08 different tours then?
72:09 A. Yes. I think -- again, it's -- I
72:10 need to understand the lens that you're
72:11 asking that. But creatively, yes, they
72:12 are.
72:13 And we aren't currently on tour,
72:14 so there's daylight between those legs.
72:15 And somebody buys a ticket in the summer is
72:16 not necessarily buying a ticket to the
72:17 fall; so...
72:18 Q. And when you say creatively
72:19 "there's daylight between those legs," can
72:20 you just explain a little bit more about
72:21 what you mean?
72:22 A. We have different production
72:23 going into the arenas than we had over the
72:24 summer, so it's a different type of show.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 73:16 - 74:03 | **Lovett, Ben 2025-09-11** | 00:00:30 | **Lovett_v3.72** |

73:16 Were there any other promoters
73:17 besides Live Nation and AEG that Mumford &
73:18 Sons considered to promote their shows this
73:19 past summer?
73:20 A. Yeah. At least one other
73:21 promoter did promote shows this summer;
73:22 Another Planet in San Francisco for a
73:23 couple of nights at The Greek in Berkeley.
73:24 And off the top of my head, I
73:25 can't think of any others. But, again, I
74:01 B. LOVETT - 09/11/2025
74:02 wouldn't be surprised if there were also

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 74:03    co-promoters along the road. | | |
| 75:15 - 76:11 | **Lovett, Ben 2025-09-11** | 00:00:48 | **Lovett_v3.73** |

75:15 Q. Yeah. Okay. Fair enough. Let's
unpack that for a moment, because I don't
think I explored that enough earlier.
So you've -- because you've
mentioned a few times now...
Who are the individuals outside
of the band itself typically involved in
making a recommendation to the band about a
tour or promoters, et cetera?

75:24 A. It's individuals from our
management company and it's the agents.

76:01 B. LOVETT - 09/11/2025
Those are the two most important people in
the room. And they are people that we --
they're our representatives.

76:05 Q. And I think we've talked about
your managers already today.
Who are the agents or agent for
Mumford & Sons?

76:09 A. We actually work with two
different companies. CAA, Creative Artists
Agency, and William Morris, WMA.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 77:10 - 78:06 | **Lovett, Ben 2025-09-11** | 00:00:55 | **Lovett_v3.74** |

77:10 Q. And so am I correct in
understanding that for -- when we're
talking about shows in the United States,
it would be CAA and your management for
the -- for Mumford & Sons that would be
involved in making a recommendation?

77:16 A. Yes.

77:17 Q. And you also mentioned earlier
that, you know, it's -- that these
individuals make a recommendation, and I
think in your words, you said, "It's not
like everything single thing gets through
to the band."
Can you explain what you meant by
"It's not like every single thing gets

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 77:25  through to the band"? | | |
| | 78:01  B. LOVETT - 09/11/2025 | | |
| | 78:02  A.  Not all details around deals and | | |
| | 78:03  offers and back-and-forths find their way | | |
| | 78:04  to come into the conversation.  It's a | | |
| | 78:05  filtering process.  That's why we pay our | | |
| | 78:06  management and our agents to do their job. | | |
| 78:11 - 79:13 | **Lovett, Ben 2025-09-11** | 00:01:14 | **Lovett_v3.75** |
| | 78:11  As a member of the band, do you | | |
| | 78:12  play a role in setting the face value of | | |
| | 78:13  tickets, ticket prices for Mumford & Sons's | | |
| | 78:14  concerts? | | |
| | 78:15  A.  No. | | |
| | 78:16  Q.  Do you trust the representatives | | |
| | 78:17  we've just been talking about today, your | | |
| | 78:18  management and your agents, to handle that? | | |
| | 78:19  A.  Yes. | | |
| | 78:20  Q.  Do you give them any guidance -- | | |
| | 78:21  does the band give them any guidance as to | | |
| | 78:22  what considerations or factors to keep in | | |
| | 78:23  mind for setting face-value ticket prices? | | |
| | 78:24  A.  You assume that we artists know | | |
| | 78:25  more than we do.  These people are the | | |
| | 79:01  B. LOVETT - 09/11/2025 | | |
| | 79:02  experts.  They make the recommendation.  We | | |
| | 79:03  follow their advice. | | |
| | 79:04  Q.  And I just want to make sure the | | |
| | 79:05  record's clear here. | | |
| | 79:06  Have there ever been any | | |
| | 79:07  instances in which Mumford & Sons, the | | |
| | 79:08  band, and you personally have gotten | | |
| | 79:09  involved in ticket prices or ticket fees | | |
| | 79:10  associated with Mumford & Sons's shows? | | |
| | 79:11  A.  Yes.  Often on a general | | |
| | 79:12  ideological level rather than the | | |
| | 79:13  specifics. | | |
| 79:14 - 79:22 | **Lovett, Ben 2025-09-11** | 00:00:30 | **Lovett_v3.76** |
| | 79:14  Q.  And on a general ideological | | |
| | 79:15  level, can you explain what involvement you | | |
| | 79:16  and the band have had in those decisions? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. When we play shows, we want the shows to be full, and we want people to feel like they're able to buy the tickets. So having a range of ticket prices gives people from all backgrounds the opportunity to be able to come and see us play.

| 79:23 - 80:20 | **Lovett, Ben 2025-09-11** | 00:00:53 | **Lovett_v3.77** |
|---|---|---|---|

Q. Has the band ever asked a promoter to lower the fees associated with tickets to their shows?

B. LOVETT - 09/11/2025

A. You're asking if we've directly said that to a promoter?

Q. Correct.

A. Maybe. But it should be going through the representatives. You know, it should be going through proper channels for that to be taken seriously. But, yeah, we've -- you know, over the years have built up these relationships, and sometimes the promoters go around the managers and agents and speak directly to me or the band, which is not how it's supposed to work.

Q. And when you say it's not supposed to work that way, you mean because you expect those conversations to happen through your manager or your agents; is that fair?

A. Yeah, that's right.

| 82:03 - 82:05 | **Lovett, Ben 2025-09-11** | 00:00:06 | **Lovett_v3.78** |
|---|---|---|---|

Q. Does Mumford & Sons have a fan club, Mr. Lovett?

A. Yes.

| 82:19 - 82:22 | **Lovett, Ben 2025-09-11** | 00:00:10 | **Lovett_v3.79** |
|---|---|---|---|

Do you know if tickets have ever been sold directly to members of the fan club?

A. Yeah, I'm sure.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 83:04 - 83:06 | **Lovett, Ben 2025-09-11** | 00:00:09 | **Lovett_v3.80** |

83:04 Does -- on a regular basis, does
83:05 Mumford & Sons allocate tickets to their
83:06 concerts to their fan club?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 83:09 - 83:13 | **Lovett, Ben 2025-09-11** | 00:00:10 | **Lovett_v3.81** |

83:09 THE WITNESS:  Do we allocate?  I
83:10 don't think it works that way anymore.
83:11 To my knowledge, we're not living
83:12 through fan club allocations in the way
83:13 that you're inferring.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 83:15 - 83:25 | **Lovett, Ben 2025-09-11** | 00:00:24 | **Lovett_v3.82** |

83:15 Q. And you said -- you referenced in
83:16 that answer, "I don't think it works that
83:17 way anymore."
83:18 Was there a prior point in time
83:19 where you recall some tickets being
83:20 allocated to the Mumford & Sons fan club?
83:21 A. Many years ago.  That's -- it
83:22 used to be that the promoter would get a
83:23 certain allocation, and then the band would
83:24 be allowed to sell a certain number
83:25 directly to its fans.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 84:02 - 84:11 | **Lovett, Ben 2025-09-11** | 00:00:33 | **Lovett_v3.83** |

84:02 Q. And why -- sorry.
84:03 A. That has evolved to a much more
84:04 dynamic place now where it's not -- it's
84:05 not so -- it's not so controlled.
84:06 Q. Why did Mumford & Sons do that
84:07 previously?
84:08 A. Because even if it was
84:09 10 percent, it was still an opportunity to
84:10 ensure prioritization of certain people to
84:11 get into a show.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 85:17 - 86:13 | **Lovett, Ben 2025-09-11** | 00:00:58 | **Lovett_v3.84** |

85:17 First of all, what kind of music
85:18 does Mumford & Sons play?
85:19 A. Folk rock, for lack of a better
85:20 term.
85:21 Q. And, you know, Mumford & Sons has

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

received Grammy nominations, correct?

A. Yeah.

Q. And the band has won a Grammy,

correct?

B. LOVETT - 09/11/2025

A. Yes.

Q. Okay. When the band is

performing concerts, Mr. Lovett, ultimately

does the band decide or approve at which

venues they will perform?

A. Yes, I think so.

Q. You rely on -- is it fair to say

you rely on your representatives that we've

talked about earlier today to make a

recommendation and then ultimately the band

decides?

A. Absolutely.

| 86:14 - 86:19 | **Lovett, Ben 2025-09-11** | 00:00:15 | **Lovett_v3.85** |

Q. And in switching gears just

slightly for a moment back to TVG.

Does TVG have any specific plans

to operate any additional amphitheaters at

this point in time?

A. No.

| 87:03 - 87:07 | **Lovett, Ben 2025-09-11** | 00:00:04 | **Lovett_v3.86** |
| 🔗 P806.1 | | | |

ATTORNEY THORNBURGH: So,

Jennifer, if you could drop Tab 3 in

the chat, please.

(Whereupon, Exhibit JX-2541 is

marked for identification.)

| 87:08 - 87:13 | **Lovett, Ben 2025-09-11** | 00:00:18 | **Lovett_v3.103** |

THE WITNESS: Received. Just

give me a minute to read through it.

ATTORNEY ROSENGART: I'll look

over your shoulder.

ATTORNEY THORNBURGH: And this

will be JX-2541.

| 88:08 - 88:14 | **Lovett, Ben 2025-09-11** | 00:00:13 | **Lovett_v3.87** |
| 🔗 P806.1.1 | Q. Okay. So, Mr. Lovett, do you | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

88:09   recall this email exchange?

88:10   A.  I don't, actually.

88:11   Q.  Okay.  Do you have any reason to

88:12   doubt that you wrote the emails that are

88:13   depicted here?

88:14   A.  No.

| 88:15 - 88:25 | **Lovett, Ben 2025-09-11** | 00:00:38 | **Lovett_v3.88** |

88:15   Q.  And is it fair to say that the

88:16   email at the top of the first page here

88:17   that is depicted as you writing it, that's

88:18   an email that you would have written in

88:19   your role as CEO or as a partner with the

88:20   venture group -- The Venue Group, excuse

88:21   me?

88:22   A.  Yeah, I think that's primarily

88:23   the angle I'm coming at this from.  It's a

88:24   client of ours, Red Mountain Entertainment

88:25   who booked shows at Orion.

| 92:13 - 94:07 | **Lovett, Ben 2025-09-11** | 00:02:03 | **Lovett_v3.89** |

🔗 P806.1.2

92:13   Q.  And you write:  As an artist, I

92:14   know I'd want to play this amphitheater for

92:15   8 percent less walkout all day long.

🔗 P806.1.3

92:16   Nothing against the arena.  It's just a

92:17   totally different show.  And for artists

92:18   who want a first-class outdoor setting,

92:19   then this provides that.

92:20   Do you see that?

92:21   A.  Yeah.

92:22   Q.  And so what did you mean that as

92:23   an artist you would want to play this

92:24   amphitheater for 8 percent less walkout?

92:25   A.  I think I had reacted to the

93:01   B. LOVETT - 09/11/2025

93:02   numbers in Jay's email and on some napkin

93:03   maths, figured out that this artist in

93:04   question would be making 8 percent less

93:05   money by playing the Orion Amphitheater

93:06   instead of this other arena.

93:07   Q.  And you're saying -- and you were

93:08   indicating there that as an artist, even if

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

93:09    you were gonna make 8 percent less, you
93:10    would still want to play the amphitheater
93:11    over the arena?
93:12  A.  Yeah.  We do sometimes make those
93:13    decisions.  And sometimes those are also
93:14    recommendations to us from our
93:15    representatives.
93:16  Q.  And then you went on and you
93:17    wrote: Nothing against the arena.  It's
93:18    just a totally different show for artists
93:19    who want a first-class outdoor setting.
93:20    What did you mean "it's just a
93:21    totally different show"?
93:22  A.  Well, I referred to it earlier.
93:23    But the show that gets put into an arena is
93:24    inherently different to a show that is
93:25    playing with the elements.
94:01    B. LOVETT - 09/11/2025
94:02  Q.  And "with the elements," you mean
94:03    outdoors; is that -- is that right?
94:04  A.  Yeah.  Outdoors.  The stars, the
94:05    moon, the warm summer's night, you know.
94:06    Insert whatever part you want to.  But it's
94:07    the outdoors.

| 94:10 - 95:03 | **Lovett, Ben 2025-09-11** | 00:00:48 | **Lovett_v3.90** |

🔗 P806.1.4

94:10  Q.  You go on, Mr. Lovett, and you
94:11    say:  We make decisions like this all over
94:12    the world.
94:13    Do you see that?
94:14  A.  Yeah.
94:15  Q.  What did you mean by that?
94:16  A.  I think in this instance, I'm
94:17    referring to as an artist, we've made
94:18    decisions to take less money to play the
94:19    right room and not all artists do that, I
94:20    go on to say, but we do.
94:21  Q.  And in this -- as described in
94:22    your email here, you're indicating that the
94:23    right room was the Orion Amphitheater over
94:24    the arena that was nearby?

US Affirmative    Defendant Affirmative    US Counter-Counter    Defendant Counter-Counter
Overlaps

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. Yeah.  I'm obviously biased, and

B. LOVETT - 09/11/2025

I'm making a case -- I am making a case,

but that's what I was doing, yeah.

---

**103:10 - 104:17**    **Lovett, Ben 2025-09-11**    00:01:37    **Lovett_v3.91**

Clear

Q. So the document that you were
just looking at suggested that there are
many rooms in the U.S. that you would view
as not open rooms, right?

A. Yes.

Q. And is Live Nation the only
promoter that has rooms that aren't open?

A. No.

Q. Can you think of other promoters
that have rooms that aren't open?

A. Yeah.

Q. I mean, how many?  Like, two?
Three?  Four?  A dozen?  More?

A. At least a dozen.

Q. At least a dozen.
We spoke about in the prior
B. LOVETT - 09/11/2025
email, there was a back-and-forth -- I
think it was the prior email -- about the
Von Braun arena.
Do you recall that?

A. Yeah.

Q. What's the Von Braun arena?

A. It's the city-owned convention
center Downtown Huntsville.

Q. All right.  So that's an indoor
venue?

A. Yes.

Q. And do they have concerts there?

A. Yes.

Q. And do some people in the
industry view that as a competing venue to
host concerts with the Orion?

---

**104:22 - 105:21**    **Lovett, Ben 2025-09-11**    00:01:11    **Lovett_v3.92**

THE WITNESS:  Yes.

---

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

BY ATTORNEY GASS:

Q. Yeah. Do you consider it a competing venue to host concerts with the

B. LOVETT - 09/11/2025

Orion?

A. Yeah, I think you could say that.

Q. Mr. Thornburgh asked you a very specific question about whether the Orion ever, like, actually rents the venue to a promoter without a particular artist in mind.

Do you remember that question?

A. Yes.

Q. And I think you said, like, we try not to do that, or something to that effect?

A. Yeah.

Q. Do you -- does the Orion, rather, or TVG or any of the other entities -- ever have a kind of broader understanding with a promoter that when you bring shows in here, by and large, the terms are gonna look like this?

Is that a practice that happens?

| 105:24 - 105:24 | **Lovett, Ben 2025-09-11** | 00:00:02 | **Lovett_v3.93** |

THE WITNESS: Yes.

| 106:03 - 106:05 | **Lovett, Ben 2025-09-11** | 00:00:05 | **Lovett_v3.104** |

Q. And that's independent of any particular artist?

A. Yes.

| 106:10 - 107:02 | **Lovett, Ben 2025-09-11** | 00:00:52 | **Lovett_v3.94** |

Q. And you mentioned that to date, AXS has been the ticketing company; is that right?

A. Yes.

Q. Is that an exclusive ticketing contract?

A. I don't know actually.

Q. Since y'all selected AXS as the ticketing company, are you aware of any

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | shows that have played at the Orion that | | |
| | haven't used AXS? | | |
| | A.  No.  But I hesitate, because | | |
| | it -- I think that there's always a | | |
| | conversation.  Even if it was exclusive to | | |
| | carve things out, I just don't know the | | |
| | details of the deal.  I don't, you know, do | | |
| | B. LOVETT - 09/11/2025 | | |
| | the day-to-day on that. | | |
| 107:03 - 107:11 | **Lovett, Ben 2025-09-11** | 00:00:28 | **Lovett_v3.95** |
| | Q.  So you don't know whether -- when | | |
| | there was sort of an original request for | | |
| | proposals, whether the original RFP asked | | |
| | for bids for an exclusive contract or a | | |
| | nonexclusive, you don't know any of that? | | |
| | A.  Even if it was exclusive, I think | | |
| | we may have found a way to be able to carve | | |
| | out for certain shows, because the show is | | |
| | more important than the ticketing provider. | | |
| 107:12 - 107:17 | **Lovett, Ben 2025-09-11** | 00:00:11 | **Lovett_v3.96** |
| | Q.  All right.  When Mr. Thornburgh | | |
| | asked about the performance of AXS under | | |
| | this deal, the word you used, I think, was | | |
| | it was "mixed." | | |
| | Do you recall that? | | |
| | A.  Yes. | | |
| 107:18 - 107:24 | **Lovett, Ben 2025-09-11** | 00:00:25 | **Lovett_v3.97** |
| | Q.  What have they done well? | | |
| | A.  They've been stable.  The system | | |
| | has stood up to hundreds of thousands of | | |
| | tickets sold.  And we find their generally | | |
| | accounting practices and how they report | | |
| | information to be, you know, sufficient and | | |
| | workable. | | |
| 108:07 - 108:20 | **Lovett, Ben 2025-09-11** | 00:00:48 | **Lovett_v3.98** |
| | What have they done not well? | | |
| | A.  There's really two principal | | |
| | issues.  One is around marketing.  And the | | |
| | other is about segmentation of | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 108:11  premiumization of tickets, and increasingly | | |
| | 108:12  people are seeking out a wide range of | | |
| | 108:13  options when they're buying tickets. | | |
| | 108:14  And the AXS platform is slightly | | |
| | 108:15  less developed technologically than I | | |
| | 108:16  understand the Ticketmaster platform to be | | |
| | 108:17  on that basis. | | |
| | 108:18  Q.  And why is that a problem? | | |
| | 108:19  A.  The artist makes less money, the | | |
| | 108:20  fans have less choice. | | |
| 109:09 - 109:17 | **Lovett, Ben 2025-09-11** | 00:00:19 | **Lovett_v3.99** |
| | 109:09  Q.  Since the Orion selected AXS to | | |
| | 109:10  be the ticketing company, Live Nation has | | |
| | 109:11  still put shows in the Orion as a concert | | |
| | 109:12  promoter, right? | | |
| | 109:13  A.  Yep. | | |
| | 109:14  Q.  Did Live Nation retaliate against | | |
| | 109:15  the Orion by sending it fewer shows because | | |
| | 109:16  the Orion selected AXS? | | |
| | 109:17  A.  No. | | |
| 109:21 - 112:03 | **Lovett, Ben 2025-09-11** | 00:02:22 | **Lovett_v3.100** |
| | 109:21  Q.  We talked a little bit -- or you | | |
| | 109:22  talked a little bit with Mr. Thornburgh | | |
| | 109:23  about the current year's tour or perhaps | | |
| | 109:24  tours that Mumford & Sons has embarked on. | | |
| | 109:25  Do you recall that? | | |
| | 110:01  B. LOVETT - 09/11/2025 | | |
| | 110:02  A.  Yeah. | | |
| | 110:03  Q.  And I think that you -- you | | |
| | 110:04  mentioned that for the shows that have | | |
| | 110:05  played off to date in 2025, the band has | | |
| | 110:06  used a couple of different promoters. | | |
| | 110:07  Do you recall that? | | |
| | 110:08  A.  Yes. | | |
| | 110:09  Q.  Is it fair to say that | | |
| | 110:10  Live Nation has been the main promoter so | | |
| | 110:11  far? | | |
| | 110:12  A.  In 2025, yes. | | |
| | 110:13  Q.  Yeah.  And there are a few tours | | |
| | 110:14  coming up -- excuse me, a few shows coming | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

110:15    up in the balance of 2025 that I think you
110:16    said are gonna play out in arenas; is that
110:17    right?
110:18  A.  Yes.
110:19  Q.  And you've mentioned that
110:20    Live Nation will promote a number of those,
110:21    though, there may be other promoters
110:22    involved as well.
110:23    Do you recall that?
110:24  A.  Yes.
110:25  Q.  Was Mumford & Sons coerced in any

B. LOVETT - 09/11/2025

way to use Live Nation for those arena
shows in 2025?
A.  No.
Q.  Mr. Thornburgh asked you whether
Louis Messina had been among the
proprietors vying for the business of
promoting Mumford for some of the shows
this year.
Do you recall that?
A.  I don't think he quite put it
that way, but, yeah, he brought up Louis
Messina.
Q.  Is it indeed fair to say Louis
Messina had been a promotor vying for some
of the business of promoting Mumford this
year?
A.  Yes.
Q.  And Mumford didn't select
Mr. Messina, right?
A.  Not this time.
Q.  Why not?
A.  We just haven't got any history
with him.  We didn't have a relationship
enough at this juncture to go on such a big

B. LOVETT - 09/11/2025

tour.  But he makes a good case, and we
listened to it.

| 112:18 - 113:17 | **Lovett, Ben 2025-09-11** | 00:00:59 | **Lovett_v3.101** |

Lovett_v3 - Lovett, Ben v3_EXHIBITS

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

**Lovett_v3.101**

Q. Okay. So, Mr. Lovett, just a few more questions for you. For the shows that Mumford & Sons performed this past summer, did your representatives, your agent and manager that we've spoken about earlier today make a recommendation to the band on which promoter to use for the shows?

B. LOVETT - 09/11/2025

A. Yes.

Q. Are they typically -- and by "they," I mean your representatives, your agent and your manager, typically the ones on the frontlines of negotiating with promoters?

A. Yeah.

Q. We've talked a lot about -- that Mumford & Sons ultimately did play shows and amphitheaters outdoors this summer. Did the band want to play shows outdoor as part of this tour?

A. Absolutely, yes.

Q. That was something that was important to the band?

A. Creatively, yeah.

| | |
|---|---|
| US Affirmative | 00:28:19 |
| Defendant Affirmative | 00:09:27 |
| US Counter-Counter | 00:00:20 |
| Defendant Counter-Counter | 00:05:07 |
| Overlaps | 00:10:33 |
| **TOTAL RUN TIME** | **00:53:46** |

Documents linked to video:
P806