# Exhibit 16

# Luter, Clay v2_EXHIBITS

Designation List Report

**Luter, Clay**                                           **2025-06-05**

| | |
|---|---|
| US Affirmative | 00:17:44 |
| Defendant Counter | 00:10:20 |
| US Counter-Counter | 00:01:14 |
| **TOTAL RUN TIME** | **00:29:17** |

Documents linked to video:
P1275
P1276
P1277



**ID: Luter_v2**

2026-03-16

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:23 - 11:01 | **Luter, Clay 2025-06-05** | 00:00:03 | **Luter_v2.1** |

10:23     Could you please state your
10:24     first and last name for the record?
11:01  A.  Clay Luter.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:08 - 14:07 | **Luter, Clay 2025-06-05** | 00:00:43 | **Luter_v2.2** |

13:08  Q.  You're currently employed
13:09     at Ticketmaster; is that correct?
13:10  A.  Correct.
13:11  Q.  Is your title executive
13:12     vice president and co-head of sports?
13:13  A.  Yes.
13:14  Q.  And what are your job
13:15     responsibilities?
13:16  A.  To oversee one of the
13:17     sports segments for Ticketmaster.  And
13:18     my job is to go retain clients and seek
13:19     new business.
13:20  Q.  What -- and what is the
13:21     segment that you oversee?
13:22  A.  We call it SOC sports.  And
13:23     it's stadium, outdoor, and college
13:24     sports.
14:01  Q.  And what are the other
14:02     segments besides that one?
14:03  A.  Other sports segments?
14:04  Q.  The other sports segments
14:05     besides SOC, yes.
14:06  A.  There's one other, and it's
14:07     the NBA and NHL.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:08 - 15:11 | **Luter, Clay 2025-06-05** | 00:01:06 | **Luter_v2.3** |

14:08  Q.  Okay.  Do you have an
14:09     understanding why the head of sports
14:10     positions are split between SOC and NBA
14:11     and NHL arenas?
14:12  A.  Yes.
14:13  Q.  Why is that?
14:14  A.  Different types of
14:15     business, and just the quantity of
14:16     clients we have.
14:17  Q.  What do you mean different

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

types of business?

A. The ticketing needs and priorities for a stadium, for a college, differ from what an NBA or NHL arena would need.

Q. Could you explain what the different ticketing needs and priorities are for a stadium or college and how that differs from an NBA or NHL arena?

A. It starts with capacity. Because the stadium is 60-, 70,000 tickets, versus a 20,000-seat arena. Just seasonality. Colleges require a bunch of different components for student ticketing, donors and alumni, et cetera. So different sets of product needs and implementation for those clients.

| 15:12 - 15:13 | **Luter, Clay 2025-06-05** | 00:00:05 | **Luter_v2.4** |

Q. Anything else?

A. Those are the major things.

| 15:14 - 15:19 | **Luter, Clay 2025-06-05** | 00:00:13 | **Luter_v2.5** |

Q. Do arenas tend to host more concerts on average than stadiums?

A. Yes.

Q. Why is that?

A. They're not beholden to weather and seasonality, et cetera.

| 15:20 - 15:22 | **Luter, Clay 2025-06-05** | 00:00:04 | **Luter_v2.6** |

Q. Who do you report to in your position?

A. Marla Ostroff.

| 16:20 - 17:01 | **Luter, Clay 2025-06-05** | 00:00:09 | **Luter_v2.7** |

Q. And how long have you been at Ticketmaster?

A. 37 years.

Q. Have you had any other place of employment before Ticketmaster?

A. No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:09 - 22:23 | **Luter, Clay 2025-06-05** | 00:00:30 | **Luter_v2.8** |

22:09  Q.  What are your key selling
points when making a pitch for
Ticketmaster to a current or prospective
client?
22:13  A.  We talk about the
advantages of Ticketmaster being the
leader of technology.  We have the
largest marketplace.  We have the most
comprehensive marketing and data and
analytics tools.  We have the most
comprehensive pricing tools.
Those are all highlights.
But it's a comprehensive story we can
tell of where we lead in many, many
categories.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:24 - 23:10 | **Luter, Clay 2025-06-05** | 00:00:21 | **Luter_v2.9** |

22:24  Q.  What do you mean the
largest marketplace?
23:02  A.  We have the most consumer
traffic in -- you know, the most
consumers coming across our marketplace
looking for tickets.
23:06  Q.  All right.  And why is that
part of the pitch?
23:08  A.  Because it's important --
traffic is important to help our clients
sell tickets.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:11 - 23:14 | **Luter, Clay 2025-06-05** | 00:00:07 | **Luter_v2.10** |

23:11  Q.  Do you agree with -- do you
agree that Ticketmaster's rivals can't
compete with Ticketmaster's reach and
scale?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:16 - 23:17 | **Luter, Clay 2025-06-05** | 00:00:02 | **Luter_v2.11** |

23:16  THE WITNESS:  I don't
think that's true.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:19 - 23:22 | **Luter, Clay 2025-06-05** | 00:00:11 | **Luter_v2.12** |

23:19  Q.  Why not?
23:20  A.  Because they can spend

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 23:21    money to market and pursue consumers. | | |
| | 23:22    There's no limitation for them. | | |
| 23:23 - 23:24 | **Luter, Clay 2025-06-05** | 00:00:05 | **Luter_v2.13** |
| | 23:23    Q.  Ticketmaster has more reach | | |
| | 23:24        and scale than its competitors, right? | | |
| 24:02 - 24:16 | **Luter, Clay 2025-06-05** | 00:00:36 | **Luter_v2.14** |
| | 24:02        THE WITNESS:  We have more | | |
| | 24:03        traffic which creates the scale, | | |
| | 24:04        yes. | | |
| | 24:05        BY MR. GOLDSMITH: | | |
| | 24:06    Q.  Ticketmaster's scale is a | | |
| | 24:07        competitive advantage? | | |
| | 24:08    A.  The amount of -- sure.  The | | |
| | 24:09        amount of traffic that comes through, | | |
| | 24:10        yeah.  It benefits our strategic | | |
| | 24:11        partners by helping them sell more | | |
| | 24:12        tickets and reach more fans. | | |
| | 24:13    Q.  And is part of that the | | |
| | 24:14        database of -- the database that | | |
| | 24:15        Ticketmaster maintains for marketing, is | | |
| | 24:16        that part of the scale advantage? | | |
| 24:18 - 24:19 | **Luter, Clay 2025-06-05** | 00:00:01 | **Luter_v2.15** |
| | 24:18        THE WITNESS:  It's part of | | |
| | 24:19        it. | | |
| 24:21 - 25:06 | **Luter, Clay 2025-06-05** | 00:00:27 | **Luter_v2.16** |
| | 24:21    Q.  Could you explain what that | | |
| | 24:22        database is and what the advantage is? | | |
| | 24:23    A.  It's a database of | | |
| | 24:24        consumers that have opted in to hear | | |
| | 25:01        from Ticketmaster about what acts, | | |
| | 25:02        teams, venues, they set their list of | | |
| | 25:03        favorites and then opt in to say, please | | |
| | 25:04        tell me when any of these things that | | |
| | 25:05        are relevant to me are coming to my | | |
| | 25:06        town, so I'm aware of the event. | | |
| 25:21 - 26:04 | **Luter, Clay 2025-06-05** | 00:00:17 | **Luter_v2.17** |
| | 25:21    Q.  And would that also be true | | |
| | 25:22        for fans transferring a ticket to one | | |
| | 25:23        another?  So even if they are not the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

original purchaser but they received a
ticket transferred to them through
Ticketmaster, their information would
also go into the database; is that
correct?

| 26:06 - 26:08 | **Luter, Clay 2025-06-05** | 00:00:04 | **Luter_v2.18** |

THE WITNESS:  That all
resides in the client's
database, yes.

| 27:06 - 27:11 | **Luter, Clay 2025-06-05** | 00:00:05 | **Luter_v2.19** |

🔗 P1275.1

MR. GOLDSMITH:  So this
will be a document that will be
marked as JX-766.
(Document marked for
identification as Exhibit
JX-766.)

| 28:17 - 29:19 | **Luter, Clay 2025-06-05** | 00:00:53 | **Luter_v2.20** |

Q.  Do you recognize this
document?
A.  I recognize what it is.
But I don't recognize this particular
one.
Q.  Sure.  What is it?

🔗 P1275.1.1

A.  It's -- looks -- it's a
pitch presentation deck to Oklahoma
University State athletics.
Q.  Do you regularly create --
or just -- do you or your team regularly
create pitch decks like this for
prospective clients?
A.  Yes.
Q.  Who puts these kind of
pitch decks together?
A.  We have a dedicated group
that builds the decks.
Q.  And you review them?
A.  Yes.
Q.  Do you help determine what
goes into the pitch decks?
A.  Part of a group, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:16  Q.  And you keep these in your | | |
| | 29:17      files in the regular course of your | | |
| | 29:18      business? | | |
| | 29:19  A.  Yes. | | |
| 30:04 - 30:07 | **Luter, Clay 2025-06-05** | 00:00:06 | **Luter_v2.21** |
| 🔗 P1275.3 | 30:04  Q.  On the bottom right-hand | | |
| | 30:05      corner it ends in 771.  You are looking | | |
| | 30:06      at that page? | | |
| | 30:07  A.  Yes. | | |
| 30:08 - 30:22 | **Luter, Clay 2025-06-05** | 00:00:22 | **Luter_v2.22** |
| 🔗 P1275.3.1 | 30:08  Q.  And you see at the top it | | |
| 🔗 P1275.3.2 | 30:09      says, "Ticketmaster's scale is unmatched | | |
| | 30:10      by any other competitor." | | |
| | 30:11      Do you see that? | | |
| | 30:12  A.  Yes. | | |
| | 30:13  Q.  Would you agree with that | | |
| | 30:14      statement? | | |
| | 30:15  A.  Yes. | | |
| | 30:16  Q.  And under that, on the | | |
| 🔗 P1275.3.3 | 30:17      right-hand side it says, "117M | | |
| | 30:18      marketable names in database." | | |
| | 30:19      You understand that to be | | |
| | 30:20      117 million marketable names in the | | |
| | 30:21      database, right? | | |
| | 30:22  A.  Yes. | | |
| 30:23 - 31:15 | **Luter, Clay 2025-06-05** | 00:00:35 | **Luter_v2.23** |
| | 30:23  Q.  So this is what I was kind | | |
| | 30:24      of trying to ask about earlier. | | |
| | 31:01      So what -- what is this | | |
| | 31:02      database that has the 117 million | | |
| | 31:03      marketable names? | | |
| | 31:04  A.  I'm assuming this is the | | |
| | 31:05      opt-in portion of the database. | | |
| | 31:06  Q.  And in these speaker notes, | | |
| | 31:07      the third sentence in the second line, | | |
| 🔗 P1275.3.4 | 31:08      it says, "Our database is something that | | |
| | 31:09      we are incredibly proud of and gives us | | |
| | 31:10      access to a large swath of fans.  This | | |
| | 31:11      is just North America." | | |
| | 31:12      Do you see that? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

31:13  A.  Yes.

31:14  Q.  Is that your understanding?

31:15  A.  Yes.

| 31:16 - 31:24 | **Luter, Clay 2025-06-05** | 00:00:16 | **Luter_v2.24** |

🔗 P1275.3.5

31:16  Q.  Was this -- this database
31:17      with 117 million marketable names in
31:18      North America, is this data that was
31:19      accumulated over a long period of time?
31:20  A.  I don't know for sure, but
31:21      I would assume so, yes.
31:22  Q.  And it includes data from
31:23      many clients, right?
31:24  A.  Correct.

| 32:01 - 32:09 | **Luter, Clay 2025-06-05** | 00:00:20 | **Luter_v2.25** |

🔗 P1275.22
🔗 P1275.22.1

32:01  Q.  I want to look at one other
32:02      page.  It ends in 790, or if you want
32:03      the color version, it's Page 22.
32:04  A.  Okay.
32:05  Q.  Do you recognize this
32:06      slide?
32:07  A.  790 we're on?
32:08  Q.  Yes.
32:09  A.  Yes.

| 32:10 - 33:03 | **Luter, Clay 2025-06-05** | 00:00:43 | **Luter_v2.26** |

32:10  Q.  What does this slide
32:11      represent?
32:12  A.  It reads -- represents just
32:13      the chain of custody that a client would
32:14      get using our technology of knowing
32:15      where their tickets are being
32:16      transferred to.
32:17  Q.  And so the example provided
32:18      here shows a single ticket that is
32:19      bought by one, a fan, transferred to
32:20      another, then sold to another, and then
32:21      a fourth fan enters the building, and
32:22      all four of those names go into the
32:23      client database; is that right?
32:24  A.  Correct.
33:01  Q.  Is this a representation of

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 33:02    what's now SafeTix technology? | | |
| | 33:03    A.  Yeah. | | |
| 33:15 - 33:21 | **Luter, Clay 2025-06-05** | 00:00:14 | **Luter_v2.27** |
| ⊠ Clear | 33:15    Q.  When pitching venues on | | |
| | 33:16    Ticketmaster, when making a pitch to a | | |
| | 33:17    prospective or a current client, you | | |
| | 33:18    have included, as part of the pitch, a | | |
| | 33:19    greater ability for that venue to | | |
| | 33:20    attract Live Nation content; is that | | |
| | 33:21    right? | | |
| 33:23 - 34:06 | **Luter, Clay 2025-06-05** | 00:00:13 | **Luter_v2.28** |
| | 33:23    THE WITNESS:  No.  Our | | |
| | 33:24    pitch is that being with our | | |
| | 34:01    platform and having all these | | |
| | 34:02    leading services are going to | | |
| | 34:03    help you with not just Live | | |
| | 34:04    Nation, but with AEG, with Feld | | |
| | 34:05    Entertainment, with WWE, | | |
| | 34:06    every -- everybody. | | |
| 34:08 - 34:13 | **Luter, Clay 2025-06-05** | 00:00:17 | **Luter_v2.29** |
| | 34:08    Q.  You've included in your | | |
| | 34:09    pitch before that part of the | | |
| | 34:10    partnership that a venue or a team is | | |
| | 34:11    gaining by ticketing with Ticketmaster, | | |
| | 34:12    is the partnership with Live Nation, the | | |
| | 34:13    content provider; is that right? | | |
| 34:16 - 35:01 | **Luter, Clay 2025-06-05** | 00:00:17 | **Luter_v2.30** |
| | 34:16    THE WITNESS:  No.  We | | |
| | 34:17    wouldn't include a Live Nation | | |
| | 34:18    partnership. | | |
| | 34:19    BY MR. GOLDSMITH: | | |
| | 34:20    Q.  Why not?  Why wouldn't you | | |
| | 34:21    include that? | | |
| | 34:22    A.  I'm taking it that we're | | |
| | 34:23    selling the ticketing system and selling | | |
| | 34:24    the ticketing platform, not Live Nation | | |
| | 35:01    content. | | |
| 70:18 - 71:01 | **Luter, Clay 2025-06-05** | 00:00:16 | **Luter_v2.31** |
| | 70:18    You'd agree that MLS | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | stadiums traditionally don't host | | |
| | concerts; is that right? | | |
| | A.  That's a fair statement. | | |
| | Q.  Are there some MLS stadiums | | |
| | that have expressed an interest in | | |
| | hosting concerts? | | |
| | A.  Just about all of them. | | |
| 71:09 - 71:21 | **Luter, Clay 2025-06-05** | 00:00:32 | **Luter_v2.32** |
| | Q.  Are there any MLS stadiums | | |
| | that have actually hosted concerts? | | |
| | A.  Yes. | | |
| | Q.  Which are those? | | |
| | A.  Nashville SC has done some | | |
| | concerts.  I believe the Red Bulls have | | |
| | done some concerts.  Los Angeles has | | |
| | done concerts. | | |
| | Off the top of my head, | | |
| | that's -- | | |
| | Q.  And is that LAFC or LA | | |
| | Galaxy? | | |
| | A.  LAFC. | | |
| 71:22 - 72:10 | **Luter, Clay 2025-06-05** | 00:00:23 | **Luter_v2.33** |
| | Q.  When you were negotiating | | |
| | with Nashville SC -- oh, did you | | |
| | negotiate a contract with Nashville SC | | |
| | around 2019? | | |
| | A.  Yes. | | |
| | Q.  And did they bring up the | | |
| | desire to host a concert during that | | |
| | negotiation? | | |
| | A.  Yes. | | |
| | Q.  And did you discuss with | | |
| | them the greater value proposition of a | | |
| | combined Ticketmaster/Live Nation | | |
| | approach? | | |
| 72:12 - 72:14 | **Luter, Clay 2025-06-05** | 00:00:03 | **Luter_v2.34** |
| | THE WITNESS:  We | | |
| | introduced them to Live Nation, | | |
| | the local folks. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 72:16 - 72:19 | **Luter, Clay 2025-06-05** | 00:00:09 | **Luter_v2.35** |

Q. And introducing them to
Live Nation, did that give Ticketmaster
a greater value proposition versus its
competitors?

| 72:21 - 72:23 | **Luter, Clay 2025-06-05** | 00:00:06 | **Luter_v2.36** |

THE WITNESS: No. Because
we were helping them with Live
Nation, AEG, all promoters.

| 78:16 - 81:03 | **Luter, Clay 2025-06-05** | 00:02:12 | **Luter_v2.37** |

Q. We spoke earlier that you
said the stadiums tend to host fewer
concerts annually than arenas, right?
A. Correct.
Q. And one of the reasons I
think you mentioned was that -- was
seasonality because stadiums tend to be
outdoors and arenas are indoors, right?
A. Correct.
Q. Would another reason be the
capacity difference between the two?
A. Yes.
Q. There are more -- is that
right, there are more artists who can
fill an arena than artists that could
fill a stadium?
A. Yes.
Q. Are there any other reasons
that you can think of for why stadiums
tend to host fewer concerts annually
than arenas?
A. I think you summarized it
well.
Q. And are there different
ticketing needs for the concert event
versus the sports team tenant for a
venue?
A. Yes.
Q. And what are those?
A. In -- in what regards?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Well, what are the different ticketing needs for a concert versus a sports game?

A. So a concert, you're going to have a set date and time for an on sale, where the system is going to get just crushed with traffic. A sporting team typically doesn't have that kind of initial -- again, some clubs do, but most don't. A sports team will go through a series of season ticket renewals, package sales, premium sales, ultimately single ticket sales.

Q. And so concerts don't go through that same series of season ticket sales, packages sales, premium sales?

A. No.

Q. Why not? Is there a reason why -- why --

A. You don't have a season ticket holder for a single concert, like a team would have a season ticket holder.

Q. And in a typical Ticketmaster ticketing contract, there are different fees outlined for sports versus concerts, right?

A. Typically, yes.

| 81:04 - 81:19 | **Luter, Clay 2025-06-05** | 00:00:50 | **Luter_v2.38** |

Q. In your role for collegiate venues, that part of your -- your portfolio, does that include both stadiums and arenas for college?

A. Yes.

Q. And one of the colleges in your portfolio would be Boston University, right?

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Do you recall a pitch for
them in June 2019 for a renewal?
A. Yes.
Q. Do you recall having a
discussion with them about Live Nation,
the Live Nation relationship and Live
Nation content?

**81:21 - 82:10**   **Luter, Clay 2025-06-05**   00:00:31   **Luter_v2.39**

THE WITNESS: What I
recall, and I cannot remember
the gentleman's name who is no
longer there, was concerned
about, like everyone else,
getting as much content into his
building as possible, and was
concerned that both Live Nation
and AEG were both building
venues near his venues. And he
was concerned that he was going
to lose both Live Nation and AEG
content because of these new
buildings.

**83:01 - 83:08**   **Luter, Clay 2025-06-05**   00:00:04   **Luter_v2.40**

🔗 P1276.1

MR. GOLDSMITH: I'm
handing the court reporter a
document that will be marked
JX-771.
(Document marked for
identification as Exhibit
JX-771.)
BY MR. GOLDSMITH:

🔗 P1276.1.2

**83:09 - 84:07**   **Luter, Clay 2025-06-05**   00:00:59   **Luter_v2.41**

Q. And it's a short e-mail
with Bates LNE2019-CID-0800094.
And this is -- this is an

🔗 P1276.1.2

e-mail that you wrote in June 2019 about
the BU ticketing renewal, right?
A. Yes.
Q. And you wrote it to Diana
Rainish. Who is Diana Rainish?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

83:17 A. She was kind of an analyst

83:18 for us at this time.

83:19 Q. And everyone on the cc,

83:20 it's all internal within Ticketmaster;

83:21 is that right?

83:22 A. Correct.

🔗 P1276.1.3    83:23 Q. Okay. And you say, in

83:24 regards to the renewal with BU, you

84:01 "want to include a narrative around

84:02 their LN relationship and the content

84:03 that LN brings to their arena," right?

84:04 A. Yes.

84:05 Q. Why did you -- does this

84:06 refresh your recollection of what the

84:07 part of the pitch was about Live Nation?

**84:09 - 85:10    Luter, Clay 2025-06-05    00:00:44    Luter_v2.42**

84:09 THE WITNESS: Best to my

84:10 recollection, again, I think

84:11 it's Peter, was his name, again,

84:12 was very concerned about just

84:13 not Live Nation, but all content

84:14 providers.

84:15 And I think through that

84:16 process was trying to educate

84:17 them on how much content they

84:18 are getting today and how much,

84:19 you know, they've benefited from

84:20 that.

🔗 P1276.1.2    84:21 As well as the second

🔗 P1276.1.4    84:22 bullet, where it was, you know,

84:23 rev share they're making from

84:24 additional events.

85:01 So just not limited to

85:02 Live Nation, but here's how

85:03 we've helped you across the

85:04 board with -- with a number of

85:05 third-party promoters.

85:06 BY MR. GOLDSMITH:

🔗 P1276.1.2    85:07 Q. But the narrative that you

85:08 discuss is limited to Live Nation

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | relationship and the content that Live | | |
| | Nation brings to the arena, right? | | |
| 85:12 - 86:01 | **Luter, Clay 2025-06-05** | 00:00:27 | **Luter_v2.43** |
| | THE WITNESS:  In the first | | |
| | bullet. | | |
| | But in the second bullet | | |
| | we also want to show the same | | |
| | benefits of the additional | | |
| | events at the -- at the arena. | | |
| | BY MR. GOLDSMITH: | | |
| | Q.  Did BU renew with | | |
| | Ticketmaster? | | |
| | A.  They did. | | |
| | Q.  If they hadn't renewed with | | |
| | Ticketmaster, do you think they would | | |
| | have received less Live Nation content? | | |
| | A.  I have no idea. | | |
| 86:02 - 86:16 | **Luter, Clay 2025-06-05** | 00:00:31 | **Luter_v2.44** |
| Clear | Q.  You can put that document | | |
| | aside. | | |
| | In your negotiations | | |
| | with -- with potential clients or | | |
| | potential renewals, have you heard | | |
| | concerns from venues that if they did | | |
| | not enter into an agreement or renew | | |
| | their agreement with Ticketmaster, they | | |
| | would receive fewer Live Nation shows? | | |
| | A.  No. | | |
| | Q.  Have you ever suggested to | | |
| | a venue that if they didn't enter into | | |
| | an agreement with Ticketmaster, they | | |
| | would receive fewer Live Nation shows? | | |
| | A.  No. | | |
| 90:10 - 90:16 | **Luter, Clay 2025-06-05** | 00:00:03 | **Luter_v2.45** |
| P1277.1 | MR. GOLDSMITH:  I'm | | |
| | handing you a document that will | | |
| | be marked as JX-772. | | |
| | (Document marked for | | |
| | identification as Exhibit | | |
| | JX-772.) | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 90:16    BY MR. GOLDSMITH: | | |
| 90:17 - 90:22 | **Luter, Clay 2025-06-05** | 00:00:10 | **Luter_v2.46** |
| 🔗 P1277.1.1 | 90:17  Q.  And this is a chat, and<br>90:18    then it has an attachment, but I'm --<br>90:19    I'll point you to the exact part of the<br>90:20    chat that I want to ask a question<br>90:21    about.  But you're free to look at the<br>90:22    document. | | |
| 90:23 - 91:04 | **Luter, Clay 2025-06-05** | 00:00:10 | **Luter_v2.47** |
| 🔗 P1277.1.2 | 90:23    And this is a chat in 2022,<br>90:24    between yourself, Jenny Johnson, and<br>91:01    Trevor Allin.<br>91:02    Do you see that?<br>91:03  A.  Hold on.  I'm trying to<br>91:04    figure out what this deck is. | | |
| 91:17 - 91:20 | **Luter, Clay 2025-06-05** | 00:00:07 | **Luter_v2.48** |
| | 91:17    So you see this is a chat<br>91:18    between yourself, Jenny Johnson, and<br>91:19    Trevor Allin?<br>91:20  A.  Yes. | | |
| 91:21 - 92:01 | **Luter, Clay 2025-06-05** | 00:00:10 | **Luter_v2.49** |
| | 91:21  Q.  Who is Jenny Johnson?<br>91:22  A.  She is part of our finance<br>91:23    team and does the deal analysis.<br>91:24  Q.  On the Ticketmaster side?<br>92:01  A.  Yes. | | |
| 92:02 - 93:04 | **Luter, Clay 2025-06-05** | 00:00:59 | **Luter_v2.50** |
| | 92:02  Q.  Who is Trevor Allin?<br>92:03  A.  Trevor oversees kind of our<br>92:04    B2B consumer business and our, like,<br>92:05    engagement with our clients.<br>92:06  Q.  Again, on the Ticketmaster<br>92:07    side, right?<br>92:08  A.  Yes. | | |
| 🔗 P1277.5 | 92:09  Q.  Okay.  On -- so I want to<br>92:10    direct you to the page ending in 997. | | |
| 🔗 P1277.5.1 | 92:11    Trevor asks if there are | | |
| 🔗 P1277.5.2 | 92:12    concerts in MLS venues, and Jenny | | |
| 🔗 P1277.5.3 | 92:13    Johnson says, "No, only in LAFC and | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 92:14 | | maybe one other." | | |
| | 92:15 | | Do you see that? | | |
| | 92:16 | A. | Where are you looking? | | |
| | 92:17 | Q. | In the middle of the page | | |
| | 92:18 | | ending in 997. | | |
| | 92:19 | A. | Not only -- okay. | | |
| | 92:20 | Q. | So that's consistent with | | |
| | 92:21 | | what you were saying earlier, that | | |
| | 92:22 | | there -- there, historically, haven't | | |
| | 92:23 | | been that many concerts in MLS -- | | |
| | 92:24 | A. | That's right. | | |
| 🔗 P1277.5.5 | 93:01 | Q. | And then Trevor replies, | | |
| 🔗 P1277.5.4 | 93:02 | | "Right, the Rufus shows." | | |
| | 93:03 | | You understand that to mean | | |
| | 93:04 | | the Rufus Du Sol shows at LAFC? | | |
| **93:06 - 93:12** | **Luter, Clay 2025-06-05** | | | 00:00:08 | **Luter_v2.51** |
| | 93:06 | | THE WITNESS:  I assume so. | | |
| | 93:07 | | BY MR. GOLDSMITH: | | |
| 🔗 P1277.5.6 | 93:08 | Q. | He says, "If was SG | | |
| | 93:09 | | building, we wouldn't have done those | | |
| | 93:10 | | though." | | |
| | 93:11 | | Do you see that? | | |
| | 93:12 | A. | Yes. | | |
| **94:06 - 94:10** | **Luter, Clay 2025-06-05** | | | 00:00:07 | **Luter_v2.54** |
| | 94:06 | Q. | You don't have any | | |
| | 94:07 | | independent understanding of it though, | | |
| | 94:08 | | just -- just what you're reading there? | | |
| | 94:09 | A. | No, it's what you're -- | | |
| | 94:10 | | you're saying. | | |
| **104:06 - 104:08** | **Luter, Clay 2025-06-05** | | | 00:00:06 | **Luter_v2.55** |
| ⊠ Clear | 104:06 | | Ticketmaster's primary | | |
| | 104:07 | | ticketing contracts are generally | | |
| | 104:08 | | exclusive, right? | | |
| **104:10 - 104:14** | **Luter, Clay 2025-06-05** | | | 00:00:03 | **Luter_v2.56** |
| | 104:10 | | THE WITNESS:  Primary? | | |
| | 104:11 | | BY MR. GOLDSMITH: | | |
| | 104:12 | Q. | Primary ticketing | | |
| | 104:13 | | contracts. | | |
| | 104:14 | A. | Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 104:15 - 104:17 | **Luter, Clay 2025-06-05** | 00:00:06 | **Luter_v2.57** |

Q. With the exception of one client, ASM, all ticketing deals with stadiums are exclusive; is that right?

| 104:19 - 104:22 | **Luter, Clay 2025-06-05** | 00:00:03 | **Luter_v2.58** |

THE WITNESS: I'm trying to think if there are any -- I think it's a true statement, yeah.

| 105:20 - 106:20 | **Luter, Clay 2025-06-05** | 00:00:52 | **Luter_v2.59** |

With the exception of ASM, all Ticketmaster primary ticketing deals with stadiums are exclusive; is that right?

A. Yes.

My confusion came -- there are what we call open venues. There are some venues that don't have a ticketing contract and they allow other providers to come in. So I was getting hung up on that term.

But if it's a Ticketmaster client, yes.

Q. Are there any -- what -- do you have examples of those kind of venues, open venues, you said?

A. Like Raymond James Stadium in Tampa.

So anybody bringing an event in, non -- we have an agreement with the Tampa Bay Bucs, which is a tenant. But any concert or other third party comes in there, they could -- any ticketing provider could be used, based on what the promoter's desire is.

| 107:04 - 107:07 | **Luter, Clay 2025-06-05** | 00:00:07 | **Luter_v2.60** |

Would you agree with the statement that it's Ticketmaster's fundamental business model to have exclusive ticketing agreements?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 107:09 - 107:13 | **Luter, Clay 2025-06-05** | 00:00:03 | **Luter_v2.61** |

THE WITNESS:  On the
primary side?
BY MR. GOLDSMITH:
Q.  Yes.
A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 107:14 - 107:17 | **Luter, Clay 2025-06-05** | 00:00:10 | **Luter_v2.62** |

Q.  Have any teams requested
nonexclusive ticketing contracts,
primary ticketing contracts?
A.  Primary, no.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 107:18 - 108:04 | **Luter, Clay 2025-06-05** | 00:00:26 | **Luter_v2.63** |

Q.  You are familiar with the
term "open distribution," right?
A.  Yes.
Q.  What is open distribution?
A.  I think a lot of people
have different opinions and definitions
of it, but open distribution, in my
interpretation, is the ability to use
multiple marketplaces, and especially
resale marketplaces, to help sell and
distribute tickets.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 108:05 - 108:08 | **Luter, Clay 2025-06-05** | 00:00:05 | **Luter_v2.64** |

Q.  Does Ticketmaster have a
form of open distribution that it offers
to clients today?
A.  We do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 110:02 - 110:04 | **Luter, Clay 2025-06-05** | 00:00:04 | **Luter_v2.65** |

You've had clients of yours
ask for open distribution, right?
A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 110:13 - 111:01 | **Luter, Clay 2025-06-05** | 00:00:23 | **Luter_v2.66** |

Q.  Do you have any
understanding of why it's less common
today?
A.  It -- it works when it's
facilitated, really, at a league level,
versus trying to do it as an individual

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

team or club.

Q. So is that, like, the current setup with the NFL?

A. Correct.

Q. And that's NFL Ticket Exchange, right?

A. Right.

| 111:02 - 111:04 | **Luter, Clay 2025-06-05** | 00:00:05 | **Luter_v2.67** |

Q. What's your understanding of why teams would seek open distribution?

| 111:06 - 111:20 | **Luter, Clay 2025-06-05** | 00:00:31 | **Luter_v2.68** |

THE WITNESS: It's giving them more exposure to sell more tickets across multiple platforms.

BY MR. GOLDSMITH:

Q. In your experience, do you understand there to be benefits to fans for open distribution?

A. Sure.

Q. What are those benefits?

A. Just it's -- to me, it's putting -- you know, more -- more on the shelves of other marketplaces, more doors to the stores to come get those tickets on behalf of our clients.

| 111:21 - 112:17 | **Luter, Clay 2025-06-05** | 00:00:48 | **Luter_v2.69** |

Q. Ticketmaster has certain requirements for the use of open distribution; is that right?

A. Yes.

Q. What are -- what are those requirements in order to enable open distribution for a client?

A. You need the required integration with some of those tools to set it up, and then there's just some parameters around percentage of inventory, et cetera. Pricing, et

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

cetera.

Q. So the parameter and percentage of inventory would be something like a cap on the -- on how much of the sellable capacity is available for sale on third-party sites?

A. Correct.

Q. And that's typically 20 percent, right?

| 112:19 - 113:01 | **Luter, Clay 2025-06-05** | 00:00:13 | **Luter_v2.70** |

THE WITNESS: It varies, yes.

BY MR. GOLDSMITH:

Q. Is there a standard cap for --

A. 20 is a good -- good ballpark for it.

| 113:03 - 113:16 | **Luter, Clay 2025-06-05** | 00:00:28 | **Luter_v2.71** |

BY MR. GOLDSMITH:

Q. And you mentioned a parameter on pricing. Would that be price parity?

A. Yes.

Q. And what is that?

A. Not -- for the NFL, a club cannot go put tickets on sale for less than on the NFL marketplace that we're powering.

Q. So it can't be on sale for less on a third-party site than it is on Ticketmaster, right?

A. Right.

| 113:17 - 113:20 | **Luter, Clay 2025-06-05** | 00:00:07 | **Luter_v2.72** |

Q. And that is also typically a requirement outside of NFL Ticket Exchange for other open distribution that Ticketmaster does, right?

| 113:22 - 113:22 | **Luter, Clay 2025-06-05** | 00:00:01 | **Luter_v2.73** |

THE WITNESS: Not always.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 114:11 - 114:15 | **Luter, Clay 2025-06-05** | 00:00:14 | **Luter_v2.74** |

Q. It's typically a parameter for open distribution, as Ticketmaster allows it with clients, that tickets for sale on a third-party site are co-listed on Ticketmaster's resale platform?

| 114:18 - 114:19 | **Luter, Clay 2025-06-05** | 00:00:01 | **Luter_v2.75** |

THE WITNESS:  For the NFL, yes.

| 114:21 - 114:23 | **Luter, Clay 2025-06-05** | 00:00:04 | **Luter_v2.76** |

Q. And is that true outside of the NFL Ticket Exchange?
A. Not always.

| 115:14 - 116:01 | **Luter, Clay 2025-06-05** | 00:00:27 | **Luter_v2.77** |

Are there teams -- outside of the NFL Ticket Exchange, are there teams within your portfolio that do open distribution through Ticketmaster?
A. The NFL does open distribution that we power as the league partnership. Major League Baseball is doing an open distribution model as well that our eight clubs participate in. But that is managed by Major League Baseball and their partner SeatGeek.

| 116:04 - 116:11 | **Luter, Clay 2025-06-05** | 00:00:21 | **Luter_v2.78** |

Q. At this time are there no individual clients of yours that have open distribution outside of a league-wide open distribution setup?
A. I'm not 100 percent sure, but confident, yeah, that -- again, the model hasn't worked at an individual club level.

| 116:12 - 116:24 | **Luter, Clay 2025-06-05** | 00:00:32 | **Luter_v2.79** |

Q. What experience are you drawing upon to say that the model hasn't worked at an individual club

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

116:15  level?

116:16  A.  Because the leagues have

116:17  been able to monetize those rights

116:18  across all the marketplaces.

116:19  So the NFL can -- can

116:20  negotiate on behalf of 32 clubs, which

116:21  is a lot more powerful than one soccer

116:22  club or one college trying to go

116:23  negotiate across those marketplaces.

116:24  The value is not there.

| 117:01 - 117:12 | **Luter, Clay 2025-06-05** | 00:00:32 | **Luter_v2.80** |

117:01  Q.  All right.  These open

117:02  distribution systems are limited to

117:03  sports tickets, right?

117:04  A.  Yes.

117:05  Q.  Why is that?

117:06  A.  There's a lot of inventory

117:07  across a season for sports teams.

117:08  Q.  So for concerts at the same

117:09  venues, there is -- they don't have the

117:10  same kind of open distribution

117:11  available?

117:12  A.  Right.

| 117:15 - 118:17 | **Luter, Clay 2025-06-05** | 00:00:54 | **Luter_v2.81** |

117:15  Q.  The NFL Ticket Exchange is

117:16  an example of open distribution through

117:17  a strategic partnership, right?

117:18  A.  Yes.

117:19  Q.  And who is that strategic

117:20  partnership between?

117:21  A.  Between Ticketmaster and

117:22  the National Football League.

117:23  Q.  As the lead ticketing

117:24  partner to the NFL, Ticketmaster

118:01  receives elevated rights, right?

118:02  A.  Yes.

118:03  Q.  What are those elevated

118:04  rights?

118:05  A.  The official resale

118:06  marketplace for NFL Ticket Exchange.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. And one of the elevated rights is direct automatic integration of season ticket holder inventory posted for resale, right?
A. Correct.
Q. And another one of the elevated rights is links to secondary exchange for all teams regardless of primary ticketing partner; is that right?
A. Yes.

| 119:07 - 119:17 | **Luter, Clay 2025-06-05** | 00:00:30 | **Luter_v2.82** |

Q. Is there a TM -- is there -- as -- are there certain terms in the Ticketmaster-NFL league agreement that deal with team's choice of primary ticketer?
A. Yeah. The team -- team can choose their own primary provider. Primary ticketing decisions are at the club level. The open distribution resale marketplace is at the league level.

| 119:18 - 119:21 | **Luter, Clay 2025-06-05** | 00:00:08 | **Luter_v2.83** |

Q. And are there certain penalties paid by teams that, at the club level, don't select Ticketmaster as their primary ticket provider?

| 119:23 - 120:01 | **Luter, Clay 2025-06-05** | 00:00:02 | **Luter_v2.84** |

THE WITNESS: There are, and that's handled at the league level.

| 120:03 - 120:05 | **Luter, Clay 2025-06-05** | 00:00:05 | **Luter_v2.85** |

Q. What are those penalties?
A. It's a reduction in the annual guarantee.

| 120:09 - 120:13 | **Luter, Clay 2025-06-05** | 00:00:12 | **Luter_v2.86** |

Q. Would you be able to provide an estimate?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A.  I can't.  We're somewhere between a million and a half and two, I think, in the -- the new agreement.

| 136:01 - 136:09 | **Luter, Clay 2025-06-05** | 00:00:19 | **Luter_v2.87** |

Have clients expressed to you that Ticketmaster's technology is outdated?

A.  No.  I think clients have sought certain solutions and tools.  But I think we've been the most innovative ticketing company in the industry and have a track record of delivering upgrades and new technology every year.

| 136:10 - 136:24 | **Luter, Clay 2025-06-05** | 00:00:39 | **Luter_v2.88** |

Q.  Clients have experienced issues with on-sales on Ticketmaster, right?

A.  Yes.

Q.  Are there any examples that come to mind?

A.  Biggest challenge we face today on concert on-sales is just not only the actual fans trying to buy tickets, it's all the automated bots that hit the system at the same time trying to get those tickets.

Q.  Are there any particular concert on-sales that faced issues that clients experienced on Ticketmaster?

| 137:02 - 137:03 | **Luter, Clay 2025-06-05** | 00:00:03 | **Luter_v2.89** |

THE WITNESS:  There's been several through the years, sure.

| 142:22 - 143:06 | **Luter, Clay 2025-06-05** | 00:00:21 | **Luter_v2.90** |

Q.  Do you recall issues that the San Diego Padres expressed to you regarding Ticketmaster technology?

A.  There have been issues with the Padres, yes.

Q.  What issues did the Padres

**Luter_v2 - Luter, Clay v2_EXHIBITS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 143:04    face with Ticketmaster technology? | | |
| | 143:05  A.  I think it -- they've had | | |
| | 143:06    pricing and some on-sale issues. | | |
| 143:07 - 143:09 | **Luter, Clay 2025-06-05** | 00:00:06 | **Luter_v2.91** |
| | 143:07  Q.  And you found those -- the | | |
| | 143:08    frustrations around those issues to be | | |
| | 143:09    legitimate, right? | | |
| 143:11 - 143:11 | **Luter, Clay 2025-06-05** | 00:00:01 | **Luter_v2.92** |
| | 143:11    THE WITNESS:  Yes. | | |

| | |
|---|---|
| US Affirmative | 00:17:44 |
| Defendant Counter | 00:10:20 |
| US Counter-Counter | 00:01:14 |
| **TOTAL RUN TIME** | **00:29:17** |

Documents linked to video:

P1275

P1276

P1277