# Exhibit 17

# Lewis, Christian v6_EXHIBITS

Designation List Report

**Lewis, Christian**                                   **2025-05-19**

| | |
|---|---|
| US Affirmative | 00:22:26 |
| Defendant Affirmative | 00:25:12 |
| **TOTAL RUN TIME** | **00:47:39** |

Documents linked to video:
P1226R
P1228



| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:08 - 8:10 | **Lewis, Christian 2025-05-19** | 00:00:08 | **Lewis_v6.1** |

8:08      Could you please state your full name and

8:09      record -- full name for the record.

8:10   A.   Christian Alexander Lewis.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:12 - 17:14 | **Lewis, Christian 2025-05-19** | 00:00:11 | **Lewis_v6.2** |

17:12   Q.   Have you had any communications with other

17:13      ticketing providers about the issues in this case?

17:14   A.   It will come up on occasion, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:15 - 17:18 | **Lewis, Christian 2025-05-19** | 00:00:08 | **Lewis_v6.94** |

17:15   Q.   And do you recall any particular ticketing

17:16      companies with whom you've discussed the issues in

17:17      this litigation?

17:18   A.   SeatGeek.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:05 - 19:11 | **Lewis, Christian 2025-05-19** | 00:01:31 | **Lewis_v6.3** |

18:05   Q.   Are you currently employed at Paciolan?

18:06   A.   Yes.

18:07   Q.   And how long have you been employed at

18:08      Paciolan?

18:09   A.   Just short of 13 years.  So 12 years

18:10      and 10 months.

18:11   Q.   And did you start at Paciolan in about 2013?

18:12   A.   Correct.

18:13   Q.   And your current role is chief revenue

18:14      officer; is that right?

18:15   A.   That's correct.

18:16   Q.   And how long have you been in that role?

18:17   A.   Three years.

18:18   Q.   And what are your responsibilities as chief

18:19      revenue officer?

18:20   A.   I have oversight of various teams

18:21      responsible for new business, renewal of our current

18:22      clients, organic growth of our relationships with

18:23      our current clients, our third-party partnership

18:24      program, some of the work that we do with other

18:25      parts of Learfield and then various other

19:01      executive-level functions, overall strategy,

19:02      et cetera.

19:03   Q.   As part of your current role, do you

19:04      communicate with Paciolan's current ticketing

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 19:05  clients? | | |
| | 19:06  A.  Yes, I do. | | |
| | 19:07  Q.  And as part of your current role, do you | | |
| | 19:08  communicate with prospective ticketing clients? | | |
| | 19:09  A.  Yes, I do. | | |
| | 19:10  Q.  And who do you report to? | | |
| | 19:11  A.  Deana Barnes, our president. | | |
| 23:04 - 23:08 | **Lewis, Christian 2025-05-19** | 00:00:14 | **Lewis_v6.4** |
| | 23:04  Q.  Now, Paciolan is a leader in ticketing, | | |
| | 23:05  fundraising, marketing, and analytic solutions; | | |
| | 23:06  correct? | | |
| | 23:07  A.  We would claim to be for specific markets we | | |
| | 23:08  participate in, yes. | | |
| 23:16 - 23:24 | **Lewis, Christian 2025-05-19** | 00:00:27 | **Lewis_v6.5** |
| | 23:16  Q.  And Paciolan describes itself as a one-stop | | |
| | 23:17  shop for ticketing, fundraising, marketing | | |
| | 23:18  solutions, and customer engagement; is that correct? | | |
| | 23:19  A.  Those are all services and solutions we | | |
| | 23:20  provide. | | |
| | 23:21  Q.  And Paciolan supports over 500 live | | |
| | 23:22  entertainment organizations to sell more than 120 | | |
| | 23:23  million tickets; is that correct? | | |
| | 23:24  A.  Correct. | | |
| 30:23 - 31:06 | **Lewis, Christian 2025-05-19** | 00:00:29 | **Lewis_v6.6** |
| | 30:23  Q.  Are you familiar with the term "primary | | |
| | 30:24  ticketing"? | | |
| | 30:25  A.  I am. | | |
| | 31:01  Q.  And, you know, put simply, primary ticketers | | |
| | 31:02  handle the first sale of tickets to an event? | | |
| | 31:03  A.  That's a fair description, yes. | | |
| | 31:04  Q.  And Paciolan provides primary ticketing | | |
| | 31:05  services; correct? | | |
| | 31:06  A.  Yes. | | |
| 31:07 - 32:02 | **Lewis, Christian 2025-05-19** | 00:01:01 | **Lewis_v6.7** |
| | 31:07  Q.  And Paciolan doesn't have its own | | |
| | 31:08  marketplace where fans can purchase primary tickets | | |
| | 31:09  to Paciolan client events; correct? | | |
| | 31:10  A.  I don't believe that's correct.  When you | | |
| | 31:11  say "marketplace," can you clarify? | | |

**Lewis_v6 - Lewis, Christian v6_EXHIBITS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. So in other words, fans cannot log onto, let's say a Paciolan.com to buy tickets; correct?

A. Correct. Paciolan is not a consumer facing marketplace. It is a white label technology provider.

Q. And Paciolan doesn't offer its own mobile app that fans can log onto to buy tickets?

A. Again, Paciolan is not a consumer facing marketplace. So we integrate our technology into our customers' mobile apps to allow our ticketing system to live in their mobile apps as opposed to creating our own.

Q. Right. So Paciolan helps clients develop their own marketplaces, either mobile apps or websites; correct?

A. Correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 38:22 - 39:06 | **Lewis, Christian 2025-05-19** | 00:00:38 | **Lewis_v6.8** |

Q. Do you segment your Paciolan's primary ticketing business by particular venue types?

A. Not venue types. We have certain market segments that we have, I guess, not specific venue types.

Q. And what are the segments that you have?

A. Sure. Colleges and universities, performing arts, and then a, what we would refer to as arenas which sort of encompasses the traditional arena -- and then some ancillary components to it.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 39:13 - 39:19 | **Lewis, Christian 2025-05-19** | 00:00:27 | **Lewis_v6.9** |

Q. Okay. So focusing on Paciolan's colleges and university segment. Do Paciolan's clients in that segment include the colleges and universities, as well as the venues that they own or operate; correct?

A. The customers are typically the universities or departments within the universities.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 39:20 - 40:12 | **Lewis, Christian 2025-05-19** | 00:00:53 | **Lewis_v6.84** |

Q. And those universities or departments have venues that they need primary ticketing services for; correct?

A. They would have what we would call

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

facilities, yes.

Q. Okay. So you use the term facilities rather than venues?

A. Correct.

Q. And do those facilities include stadiums?

A. If it's a college athletics client, yes, it does.

Q. And do those facilities include arenas?

A. Typically, yes.

Q. And do those facilities include theaters that are owned and operated by colleges and universities?

A. It can. It is not always the case with all of our college relationships.

| 41:21 - 41:24 | **Lewis, Christian 2025-05-19** | 00:00:13 | **Lewis_v6.10** |

Q. And does Paciolan's arena segment include any stadiums?

A. Most of our stadiums would likely fall under our college market segment.

| 41:25 - 42:04 | **Lewis, Christian 2025-05-19** | 00:00:11 | **Lewis_v6.85** |

Q. Right. So understanding that most of the stadiums would fall under the college segment, I think my question is more, do you have any stadiums within the arena segment?

A. Not to my knowledge.

| 42:05 - 42:11 | **Lewis, Christian 2025-05-19** | 00:00:24 | **Lewis_v6.11** |

Q. And are there any amphitheaters in Paciolan's arena segment?

A. I can think of one.

Q. And what amphitheater is that?

A. It would be in Nampa, Idaho, and it is an amphitheater that is connected to the Ford Idaho Center.

| 43:04 - 43:10 | **Lewis, Christian 2025-05-19** | 00:00:34 | **Lewis_v6.12** |

Q. And in Paciolan's arena segment, who are Paciolan's main competitors for primary ticketing services?

A. Most ticketing companies compete in that market segment. So I would say we compete with

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:09    many.  The most common that we might compete with | | |
| | 43:10    would be Ticketmaster, AXS, Tickets.com, SeatGeek. | | |
| 43:11 - 43:14 | **Lewis, Christian 2025-05-19** | 00:00:14 | **Lewis_v6.86** |

43:11    Q.  Any others you can think of?

43:12    A.  As I said earlier, most ticketing companies

43:13        participate in the arena market segment.  So yes,

43:14        you could name many more ticket companies.

| | | | |
|---|---|---|---|
| 43:15 - 43:20 | **Lewis, Christian 2025-05-19** | 00:00:16 | **Lewis_v6.87** |

43:15    Q.  Have you heard the term "major concert

43:16        venue"?

43:17    A.  Yes.

43:18    Q.  And is that a term that Paciolan uses in the

43:19        ordinary course of business?

43:20    A.  No.

| | | | |
|---|---|---|---|
| 44:07 - 44:10 | **Lewis, Christian 2025-05-19** | 00:00:12 | **Lewis_v6.13** |

44:07    Q.  And I think you anticipated my next

44:08        question, which is "How would you define the term,

44:09        'major concert venue'"?

44:10    A.  A venue capable of hosting a major concert.

| | | | |
|---|---|---|---|
| 44:11 - 44:20 | **Lewis, Christian 2025-05-19** | 00:00:48 | **Lewis_v6.88** |

44:11    Q.  In your view, does a major concert venue

44:12        need to have a particular capacity?

44:13    A.  Not necessarily.

44:14    Q.  In your view, does a major concert venue

44:15        need to do a particular number of concerts or shows?

44:16    A.  Not necessarily.

44:17    Q.  In your view, are there particular types of

44:18        artists that play concerts at major concert venues?

44:19    A.  No.  There's a wide variety of artists who

44:20        do so.

| | | | |
|---|---|---|---|
| 47:03 - 47:09 | **Lewis, Christian 2025-05-19** | 00:00:20 | **Lewis_v6.14** |

47:03    Q.  In the United States, most primary ticketing

47:04        contracts with large venues are exclusive with just

47:05        one primary ticketing company; correct?

47:06    A.  That's correct.

47:07    Q.  And it's true that many large venues in the

47:08        United States prefer to work with just one primary

47:09        ticketing contract -- company?

| | | | |
|---|---|---|---|
| 47:14 - 47:19 | **Lewis, Christian 2025-05-19** | 00:00:24 | **Lewis_v6.15** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 47:14    Yes, that's correct. | | **Lewis_v6.15** |
| | 47:15    Q.  Does Paciolan have contracts where some | | |
| | 47:16        events at a given venue use Paciolan as the primary | | |
| | 47:17        ticketing company and other events might use a | | |
| | 47:18        different ticketing company? | | |
| | 47:19    A.  It's rare, but it does exist, yes. | | |
| 48:01 - 48:11 | **Lewis, Christian 2025-05-19** | 00:00:35 | **Lewis_v6.16** |
| | 48:01    Q.  I think you mentioned that it is rare for | | |
| | 48:02        Paciolan to have contracts where some events at a | | |
| | 48:03        venue use Paciolan as the primary ticketing company, | | |
| | 48:04        and other events use a different primary ticketing; | | |
| | 48:05        correct? | | |
| | 48:06    A.  Correct. | | |
| | 48:07    Q.  And why is that rare? | | |
| | 48:08    A.  Most of our agreements are between the | | |
| | 48:09        customer and the events and facilities that that | | |
| | 48:10        customer controls, and that governs the vast | | |
| | 48:11        majority of our agreements. | | |
| 48:12 - 48:12 | **Lewis, Christian 2025-05-19** | 00:00:04 | **Lewis_v6.89** |
| | 48:12    Q.  And do you have an understanding as to | | |
| 48:13 - 48:14 | **Lewis, Christian 2025-05-19** | 00:00:08 | **Lewis_v6.90** |
| | 48:13        whether that contractual arrangement you just | | |
| | 48:14        described is preferred by your venue clients? | | |
| 48:16 - 48:20 | **Lewis, Christian 2025-05-19** | 00:00:11 | **Lewis_v6.17** |
| | 48:16        THE WITNESS:  We have that model in place | | |
| | 48:17        with just about all of our current clients, and | | |
| | 48:18        that's been a pretty consistent approach.  So I | | |
| | 48:19        would say on behalf of them, yes. | | |
| | 48:20        BY MS. PELES: | | |
| 48:21 - 49:03 | **Lewis, Christian 2025-05-19** | 00:00:32 | **Lewis_v6.91** |
| | 48:21    Q.  Paciolan does not have any contracts with | | |
| | 48:22        large venues where more than one primary ticketing | | |
| | 48:23        company tickets the same show or event; correct? | | |
| | 48:24    A.  Correct. | | |
| | 48:25    Q.  And you are not aware of any large venue | | |
| | 49:01        that has ever asked for a contractual arrangement by | | |
| | 49:02        which more than one primary ticketing company would | | |
| | 49:03        ticket the same show or event; correct? | | |
| 49:08 - 49:12 | **Lewis, Christian 2025-05-19** | 00:00:19 | **Lewis_v6.18** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | A.  Correct. | | **Lewis_v6.18** |
| | Q.  And Paciolan generally wants to be the exclusive primary ticketing partner for its venue clients; correct? | | |
| | A.  Correct. | | |
| 50:25 - 51:12 | **Lewis, Christian 2025-05-19** | 00:00:42 | **Lewis_v6.19** |

Q.  And Paciolan has primary ticketing contracts with term lengths that are greater than five years; correct?

A.  Yes.  We have agreements that are shorter and longer.

Q.  And what is the longest term length for a primary ticketing contract that Paciolan has?

A.  For an initial term of an agreement, I don't recall seeing anything -- typically nothing longer than ten years.  There's some rare exceptions to that.  Our Wells Fargo Center agreement was extended 15 years.  But 10 years is probably the longest that I can recall.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 54:19 - 54:22 | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.20** |

Q.  All else being equal, Paciolan would prefer to be the exclusive primary ticketing provider to its clients; correct?

A.  Correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:03 - 55:06 | **Lewis, Christian 2025-05-19** | 00:00:11 | **Lewis_v6.21** |

Q.  What percentage of Paciolan's ticketing agreements provide Paciolan with exclusive rights for both primary and secondary ticketing?

A.  Almost all.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:07 - 56:01 | **Lewis, Christian 2025-05-19** | 00:01:02 | **Lewis_v6.92** |

Q.  And do you have an understanding as to why that is?

A.  Why that isn't a hundred percent?  Is that the question?

Q.  No.  Why almost all of them provide for exclusive rights for both primary and secondary ticketing.

A.  I do.

Q.  And what is that understanding?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. Multiple factors. One, exclusivity is industry standard for U.S.-based ticketing. Two would be the business model in which, you know, a ticketer like Paciolan is taking on initial or up-front cost. That could be capital. That could be waiving up-front implementation costs, and then the revenue model typically is variable in nature. So the business model is predicated on it, and then there's variety of sort of operational efficiencies, both for the users of the technology and the end consumer who is buying the ticket.

| 56:20 - 57:14 | **Lewis, Christian 2025-05-19** | 00:00:53 | **Lewis_v6.22** |

Q. And are you aware of whether other ticketing companies also offer venues upfront financial payments or inducements to try to win primary ticketing contracts?

A. Yes.

Q. And Ticketmaster does that?

A. To our knowledge, yes.

Q. And SeatGeek does that?

A. To our knowledge, yes.

Q. And AXS does that?

A. To our knowledge, yes.

Q. Any other ticketing companies that you're aware of that offer upfront payments to venues or clients?

A. Those would be the three most notable.

Q. And you would agree that Paciolan has sometimes had to increase the upfront financial payment it is willing to provide to a venue or client to try to win a ticketing contract?

A. We have done so in a bid process, yes.

| 57:15 - 57:17 | **Lewis, Christian 2025-05-19** | 00:00:07 | **Lewis_v6.93** |

Q. Would you agree that Paciolan's primary ticketing business is profitable?

A. Yes.

| 64:21 - 65:22 | **Lewis, Christian 2025-05-19** | 00:01:30 | **Lewis_v6.23** |

Q. And have you heard "dynamic pricing" sometimes referred to as "demand-based pricing"?

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. And the idea being that when there is more demand for a given event, a client might want to, for example, increase the price of the ticket?

A. Yes.

Q. And if there is less demand for a show or event, a client might want to reduce the price for a ticket; correct?

A. Yes, that's an example.

Q. And Paciolan's current products and services allow its clients to engage in this demand-based pricing?

A. We offer the functionality to our customers. It's our customers' discretion as to whether they utilize the functionality.

Q. And do you have an understanding as to why a client might choose to enable demand-based pricing functionality?

A. There's various use cases that we've heard from customers. Examples would be sometimes it's a requirement from a promoter. Other examples would be, you know, capturing incremental revenue if the demand is strong to be able to reprice seats to be more in line with the current market barometers of what those seats would sell for.

| | | | |
|---|---|---|---|
| 74:09 - 74:22 | **Lewis, Christian 2025-05-19** | 00:00:56 | **Lewis_v6.24** |

Q. Does Paciolan provide primary ticketing services to any NBA or NHL arenas?

A. Not currently. We have in the past.

Q. Why doesn't Paciolan provide ticketing services to any NBA or NHL arenas today?

A. Similar reason given to the previous line of questioning around professional stadiums. Lack of competitive opportunity relative to the chance to succeed and win.

Q. Does Paciolan bid today on any NBA or NHL arenas?

A. Not in recent memory. I also couldn't tell you the last time I saw an NBA or NHL arena issue a bid process that we would be able to bid on.

| | | | |
|---|---|---|---|
| 74:23 - 75:01 | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.25** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 74:23  Q. If an NBA or NHL arena did issue a bid | | **Lewis_v6.25** |
| | 74:24      process today, would Paciolan look at submitting a | | |
| | 74:25      bid? | | |
| | 75:01  A. We would review the opportunity. | | |
| 75:02 - 75:04 | **Lewis, Christian 2025-05-19** | 00:00:08 | **Lewis_v6.26** |
| | 75:02  Q. Paciolan believes that it could ticket NBA | | |
| | 75:03      and NHL arenas today? | | |
| | 75:04  A. From a functional point of view, absolutely. | | |
| 75:05 - 75:09 | **Lewis, Christian 2025-05-19** | 00:00:11 | **Lewis_v6.27** |
| | 75:05  Q. And you mentioned that Paciolan previously | | |
| | 75:06      ticketed an NBA or NHL arena. | | |
| | 75:07      Which one were you referring to? | | |
| | 75:08  A. Most recently the Wells Fargo Center in | | |
| | 75:09      Philadelphia. | | |
| 75:10 - 75:22 | **Lewis, Christian 2025-05-19** | 00:00:36 | **Lewis_v6.28** |
| | 75:10  Q. When did Paciolan first start ticketing the | | |
| | 75:11      Wells Fargo Center? | | |
| | 75:12  A. That relationship likely goes back 20-plus | | |
| | 75:13      years. | | |
| | 75:14  Q. When did Paciolan stop ticketing the Wells | | |
| | 75:15      Fargo Center? | | |
| | 75:16  A. 2023. | | |
| | 75:17  Q. Why did Paciolan stop ticketing the Wells | | |
| | 75:18      Fargo Center? | | |
| | 75:19  A. The Wells Fargo Center initiated a | | |
| | 75:20      discussion to ask us to consider a buyout of that | | |
| | 75:21      agreement, approximately nine years prior to the | | |
| | 75:22      term's conclusion. | | |
| 75:23 - 76:01 | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.29** |
| | 75:23  Q. And Paciolan chose not to consider the | | |
| | 75:24      buyout? | | |
| | 75:25  A. Ultimately, based on a variety of factors, | | |
| | 76:01      Paciolan did consider and accept the buyout offer. | | |
| 76:04 - 76:17 | **Lewis, Christian 2025-05-19** | 00:00:51 | **Lewis_v6.30** |
| | 76:04  Q. Who tickets the Wells Fargo Center today? | | |
| | 76:05  A. Ticketmaster. | | |
| | 76:06  Q. Do you have an understanding as to why the | | |
| | 76:07      Wells Fargo Center chose to use Ticketmaster for its | | |
| | 76:08      primary ticketing services? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. I can't speak to why they made that ultimate decision.  No, I cannot.

Q. Does Paciolan ticket any events at the Wells Fargo Center today?

A. We would ticket very few.  The ones that would come to mind would be Villanova basketball plays a handful of games in that arena each year, and our agreement with Villanova does give us rights to ticket some of those games.

| 76:19 - 76:22 | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.31** |

So sometimes Ticketmaster will ticket an event at Wells Fargo Center.  Other times, specifically Villanova games, Paciolan will ticket those events; is that right?

| 76:24 - 77:16 | **Lewis, Christian 2025-05-19** | 00:00:48 | **Lewis_v6.32** |

THE WITNESS:  The -- I would say the overwhelming majority of events in the Wells Fargo Center are ticketed by Ticketmaster.  The Villanova games, I believe, are three or four in a given year which probably makes up one or two percent of their overall events.

BY MR. COHEN:

Q. Has it been confusing for fans to have two ticketers at the same venues?

A. Yes, it is.

Q. Has that been an issue with respect to the Villanova games?

A. It's been a challenge, yes.

Q. Are there any interoperability issues with having two ticketers operate at the same venue?

A. There's various elements of friction that take place when you have two systems in place at one venue.

| 77:17 - 77:20 | **Lewis, Christian 2025-05-19** | 00:00:08 | **Lewis_v6.33** |

Q. Are there other NBA or NHL arenas where Paciolan tickets college basketball games but not other events?

A. There are.

| 78:18 - 79:07 | **Lewis, Christian 2025-05-19** | 00:00:56 | **Lewis_v6.34** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | Q. Earlier today, you testified that Paciolan mostly does not ticket amphitheaters with the exception of -- was it the Ford Idaho Center? | | **Lewis_v6.34** |

A. Ford Idaho Center is an arena complex, and there is an adjacent amphitheater, is the one example that came to mind based on that question.

Q. Why doesn't Paciolan provide ticketing services to other amphitheaters?

A. Similar to what we stated earlier, the opportunity relative to those venues to go in and openly compete is fairly limited.  So they do not come up that often, and when they do, obviously not having an existing footprint of those clients puts us at a competitive disadvantage if and when those opportunities might come up.

| 79:10 - 79:18 | **Lewis, Christian 2025-05-19** | 00:00:26 | **Lewis_v6.35** |

When you say not having an existing footprint with some of those clients puts you at a competitive disadvantage, what are you referring to?

A. Not having other amphitheaters to reference as successful amphitheater clients.

Q. So, now, by not ticketing an amphitheater today it makes it more difficult for Paciolan to gain amphitheater clients?

A. Correct.

| 79:19 - 79:21 | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.36** |

Q. Are there technological differences in ticketing amphitheaters versus other venues?

A. No, not to my knowledge.

| 87:09 - 88:05 | **Lewis, Christian 2025-05-19** | 00:01:33 | **Lewis_v6.37** |

Q. Does a ticketer's relationship with promoters play a role in the ticketer's ability to win venue clients?

A. Yes, I could see that having a role.

Q. What type of role would that play in a ticketer's ability to win venue clients?

A. The relationship that we would have with our customer could be negatively impacted if the customer's relationship with promoters is at odds based on who they do or do not ticket with.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Q. Have you experienced that at your time at Paciolan? | | |
| | A. Yes. | | |
| | Q. In what way? | | |
| | A. It is not uncommon for one of our customers to come to us with a request from a promoter to ticket on a different ticketing platform. | | |
| | Q. When you say "It's not uncommon for one of customers to come to us with a request from a promoter to ticket on a different ticketing platform," how often does that happen? | | |
| | A. The conversation happens fairly regularly. | | |
| 88:06 - 88:07 | **Lewis, Christian 2025-05-19** | 00:00:05 | **Lewis_v6.38** |
| | Q. Is there a specific ticketing platform that the request is coming from? | | |
| 88:09 - 88:10 | **Lewis, Christian 2025-05-19** | 00:00:03 | **Lewis_v6.39** |
| | THE WITNESS: It is almost always Ticketmaster. | | |
| 90:25 - 91:05 | **Lewis, Christian 2025-05-19** | 00:00:20 | **Lewis_v6.40** |
| | Q. I want to talk about the ticketing RFP process for a couple of minutes. How often does a venue put out a ticketing RFP? | | |
| | A. It varies by market segment and type of customer typically helps drive that factor. | | |
| 91:08 - 91:25 | **Lewis, Christian 2025-05-19** | 00:01:06 | **Lewis_v6.41** |
| | Do all venues put out ticketing RFPs? | | |
| | A. No. | | |
| | Q. Do you have any rough estimate of how many venues put out an RFP versus the ones that don't? | | |
| | A. Not necessarily. I think it's more driven by customers who are publicly owned and operated, so a public university that's part of a State system as an example; a City-run or operated arena as an example. Typically a public venue or entity has probably more unique procurement guidelines that necessitate RFPs over a set period of time. | | |
| | Q. So is it your understanding that publicly owned venues typically put out RFPs more than | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

private venues?

A. Yes.

Q. What's your understanding as to why
privately owned venues don't put out RFPs as often?

A. They're not required to do so.

| 92:15 - 92:19 | **Lewis, Christian 2025-05-19** | 00:00:15 | **Lewis_v6.42** |

Q. If the ticketing company is not invited to
bid on the RFP, how does that affect the ticketer's
ability to win the venue contract?

A. There is no ability to win if that is the
only mechanism to bid on the business.

| 92:20 - 93:01 | **Lewis, Christian 2025-05-19** | 00:00:29 | **Lewis_v6.43** |

Q. What are some of the other mechanisms to bid
on a venue's business if there's no RFP?

A. The venue may do an informal process.  So an
RFI is typically a less formal version of an RFP, or
they may just select who do they want to engage with
and in what manner and control that process at their
discretion.

| 93:03 - 93:11 | **Lewis, Christian 2025-05-19** | 00:00:28 | **Lewis_v6.44** |

Paciolan had a relationship with the
Philadelphia 76ers; is that right?

A. That's correct.

Q. When was that?

A. It was concurrent to most of our
relationship with the Wells Fargo Center.  Although
the relationship ended in 2021, so a little bit
earlier than our -- Wells Fargo Center was
terminated in 2023.

| 96:21 - 98:02 | **Lewis, Christian 2025-05-19** | 00:01:55 | **Lewis_v6.45** |

Q. When the Paciolan and StubHub relationship
ended for the 76ers, did Paciolan try to get the
76ers on their own?

A. No.  We attempted to continue ticketing
under the same model in which we had in place
already.

Q. And did that work for some period of time or
what happened with that?

A. It did not.  Ultimately, the team was

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

demanding a significant sponsorship investment to continue the ticketing arrangement. Paciolan does not have its own sponsorship dollars; StubHub was not willing to spend above and beyond what they already were spending. And at the same time, Ticketmaster had rolled out similar functionality of a blended marketplace and, I believe, provided better financials to the team at that time.

Q. When you say "Paciolan does not have its own sponsorship dollars," what are you referring to?

A. Paciolan is a white label technology. So there is no Paciolan consumer-facing brand. So we do not budget sponsorship dollars to give to venues or our customers because we have nothing of our own to market or promote.

Q. Does Paciolan's lack of sponsorship dollars affect its ability to win venue-ticketing clients?

A. Yes.

Q. In what way?

A. The sponsorship revenue is often significant revenue for these teams and venues so it puts us at a competitive disadvantage if we cannot offer those dollars ourselves whereas our competitors can.

| 110:10 - 111:07 | **Lewis, Christian 2025-05-19** | 00:01:10 | **Lewis_v6.46** |

I'd like to ask you some questions about the Oak View Group.

A. Certainly.

Q. You're familiar with the Oak View Group; right?

A. Yes.

Q. Do you know when OVG started managing venues?

A. Our experience with them was part of their acquisition of Spectra. So I would tie it back to that date.

Q. And so Paciolan has had ticketing contracts with venues previously managed by Spectra that were then managed by OVG following OVG's acquisition of Spectra?

A. That's correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

111:01  Q.  As Paciolan's ticketing contracts have
expired under OVG's management, how often has
Paciolan succeeded in renewing its contract with
those OVG-managed venues?
111:05  A.  Around 20 to 25 percent.  We renew about 20
to 25 percent which means we lose about 75 to
80 percent of those contracts.

| **111:08 - 111:10** | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.47** |

111:08  Q.  Do you have an understanding as to why
Paciolan's win/loss rates are in the 28 [sic]
to 25 percent range?

| **111:12 - 111:18** | **Lewis, Christian 2025-05-19** | 00:00:23 | **Lewis_v6.48** |

111:12  THE WITNESS:  Specific to OVG, we've been
provided various feedback from various members of
OVG.  So if you speak to the staff that works at the
venue or the general managers versus maybe OVG
corporate, we've been provided various types of
feedback from those two groups.
111:18  BY MR. COHEN:

| **113:19 - 113:20** | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.49** |

113:19  Q.  Now, you referenced, I think, 13 venues that
Paciolan has lost to Ticketmaster; is that right?

| **113:22 - 113:24** | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.50** |

113:22  THE WITNESS:  Of the 14 OVG venues that
we've lost since OVG acquired Spectra, 13 of those
14 have gone to Ticketmaster, to my knowledge.

| **114:06 - 114:23** | **Lewis, Christian 2025-05-19** | 00:01:43 | **Lewis_v6.51** |

114:06  Q.  That's okay.  Which OVG-managed venues that
Paciolan has lost to Ticketmaster do you recall as
you sit here today?
114:09  A.  All right.  We're going to go Xcel Center.
We will go the PPL Center.  We'll go Liacouras
Center.  The Sandler Center.  The Crown Coliseum,
Augusta, Georgia, arena.  Leon County Civic Center
at Florida State University.  Bud Gardens, which is
a Canadian venue.  Budweiser Events Center out in
Colorado.  Casper Events Center in Wyoming.
Blanking -- the venue names change frequently.
There's one in Enid, Oklahoma.  The XFINITY Arena in

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Everett, Washington.

I'm sure I'm missing a couple, but that gets us started.

Q. Appreciate that.

A. Oh, sorry.  Tyson Events Center in Sioux City.  Add that to the list.

| | | | |
|---|---|---|---|
| 115:02 - 115:02 | **Lewis, Christian 2025-05-19** | 00:00:02 | **Lewis_v6.52** |
| 🔗 P1226R.1 | (Exhibit JX531 was marked.) | | |

| | | | |
|---|---|---|---|
| 115:06 - 115:18 | **Lewis, Christian 2025-05-19** | 00:00:56 | **Lewis_v6.53** |

Q. Mr. Lewis, do you recognize JX531?

A. Yes.  An e-mail string.

🔗 P1226R.1.1

🔗 P1226R.1.4

Q. You are at the top; is that right?

A. That's correct.

Q. What is JX531?

A. This is an e-mail correspondence internally between myself, at the time not in the role I'm in currently; our former chief revenue officer Steve Demots; our former president and CEO, Kim Damron; and our then at the time COO Deana Barnes.  And it is in reference to updates on Spectra/OVG contracts that were up for bid and renewal and the status of each.

| | | | |
|---|---|---|---|
| 115:19 - 116:20 | **Lewis, Christian 2025-05-19** | 00:01:22 | **Lewis_v6.54** |
| 🔗 P1226R.2 | | | |
| 🔗 P1226R.2.1 | | | |

Q. Turning to the last page, which is going to be the first e-mail in time.  It's the page ending in 5222.

A. Correct.

Q. This is an e-mail from Mr. Demots to you, Kim Damron, and Deana Barnes; is that right?

A. That's correct.

Q. And Mr. Demots was the former chief revenue officer of Paciolan?

A. That's correct.

Q. And he's writing to you and others at Paciolan about two venues; is that right?

A. Yes, it's relative to updates on two venues and then some summary details on some additional venues.

Q. He writes that these two venues, Liacouras and the Crown Complex, are both moving to

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 116:11    Ticketmaster; is that right? | | |
| | 116:12  A.  That's correct. | | |
| | 116:13  Q.  He then writes, quote -- well, excuse me. | | |
| | 116:14    Strike that. | | |
| | 116:15    There's a reference here to news that he | | |
| | 116:16    received from Trent Merritt. | | |
| | 116:17    Do you see that? | | |
| | 116:18  A.  I do. | | |
| | 116:19  Q.  Who is Mr. Merritt? | | |
| | 116:20  A.  He's their regional vice president at OVG. | | |
| 117:19 - 119:17 | **Lewis, Christian 2025-05-19** | 00:02:34 | **Lewis_v6.55** |
| | 117:19  Q.  Turning to the first page of the e-mail | | |
| 🔗 P1226R.1 | 117:20    chain, 5221. | | |
| | 117:21  A.  Yes. | | |
| | 117:22  Q.  This is an e-mail from you to your | | |
| 🔗 P1226R.1.2 | 117:23    colleagues at Paciolan; is that right? | | |
| | 117:24  A.  That's correct. | | |
| | 117:25  Q.  And turning to the second paragraph, you | | |
| | 118:01    write: | | |
| 🔗 P1226R.1.3 | 118:02    "1 for 6 is telling.  Not to mention that we | | |
| | 118:03    do not have a single chance to bid on a TM renewal | | |
| | 118:04    this year while all of ours went to RFP.  And the | | |
| | 118:05    one new Spectra/OVG building that went to RFP, we | | |
| | 118:06    did not even have a chance to present before they | | |
| | 118:07    awarded TM." | | |
| | 118:08    Do you see that? | | |
| | 118:09  A.  I do. | | |
| | 118:10  Q.  What does that refer to? | | |
| | 118:11  A.  So the majority of Spectra/OVG venues that | | |
| | 118:12    they manage are not ticketed by Paciolan.  The ones | | |
| | 118:13    that were up for expiration that year all went | | |
| | 118:14    through some type of process.  And again you can see | | |
| | 118:15    the string on the results. | | |
| | 118:16    Conversely, the venues that were currently | | |
| | 118:17    ticketed by Ticketmaster that were up for bid, none | | |
| | 118:18    of them went through a process to allow us to try | | |
| | 118:19    and compete and win that business.  The one that did | | |
| | 118:20    was a new venue under construction that went to a | | |
| | 118:21    bid process of which we responded, and we had zero | | |
| | 118:22    follow-up or correspondence with that venue or OVG | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

before the venue was awarded to Ticketmaster.

Q. So for OVG buildings on Ticketmaster that were coming up to their expiration dates, OVG did not invite Paciolan to bid on any of those contracts?

A. That's correct.

Q. Contrast that with Paciolan venues that were coming up for expiration at OVG-managed venues, OVG opened up those bidding opportunities to other ticketers including Ticketmaster?

A. Correct. And in some instances have only opened it up to Ticketmaster and not more broadly to other ticketing providers.

Q. In which instances are you aware of OVG only opening bidding opportunities to Ticketmaster and no other ticketer?

A. Specifically that we're aware of, the Augusta RFP process as well as the RFP process with the Xcel Center two years ago. There may be others that we're just not aware of.

| 119:18 - 119:21 | **Lewis, Christian 2025-05-19** | 00:00:09 | **Lewis_v6.56** |

Q. And referring to something you spoke about earlier today. If a ticketer is not invited to the RFP process, they don't have an opportunity to bid on that contract; is that right?

| 119:24 - 119:24 | **Lewis, Christian 2025-05-19** | 00:00:01 | **Lewis_v6.57** |

THE WITNESS: Correct.

| 136:18 - 137:04 | **Lewis, Christian 2025-05-19** | 00:00:40 | **Lewis_v6.58** |

Clear

Q. Has Paciolan made any forward-looking projections about the likelihood of renewing its contracts at OVG-managed venues?

A. Yes, we have.

Q. What do those projections show?

A. That we expect to lose every OVG contract when it comes up for renewal going forward.

Q. Why does Paciolan expect to lose every OVG contract for renewal going forward?

A. Based on the body of work over the past few years to show that when those contracts come up for renewal, we're already losing the vast majority.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 137:05 - 137:11 | **Lewis, Christian 2025-05-19** | 00:00:18 | **Lewis_v6.59** |

137:05  Q.  Okay.  Switching gears for a moment.  I'd
137:06      like to talk about exclusivity and waivers.
137:07  A.  Sure.
137:08  Q.  Now, Paciolan has an exclusivity provision
137:09      in its ticketing contracts with venues; is that
137:10      right?
137:11  A.  Yes, we do.

| 137:12 - 137:14 | **Lewis, Christian 2025-05-19** | 00:00:10 | **Lewis_v6.60** |

137:12  Q.  Has Paciolan ever been forced to waive that
137:13      exclusivity to allow the venue to bring a show to
137:14      that venue?

| 137:16 - 138:06 | **Lewis, Christian 2025-05-19** | 00:00:54 | **Lewis_v6.61** |

137:16      THE WITNESS:  Yes, that does occur.
137:17      BY MR. COHEN:
137:18  Q.  How often does that occur?
137:19  A.  It happens frequently but in different
137:20      manners.  So there's everything from someone just
137:21      comes in and tickets an event on a different system
137:22      without providing notice or request, down to someone
137:23      asking or requesting or mandating, down to someone
137:24      asking or mandating but offering up some type of
137:25      buyout.  So it happens in various forms across our
138:01      venues.
138:02  Q.  And are those requests coming from the
138:03      venue, from a promoter, from a ticketer, or from
138:04      some other market participant?
138:05  A.  It usually comes from the promoter of the
138:06      event to our customers to us.

| 138:07 - 138:08 | **Lewis, Christian 2025-05-19** | 00:00:07 | **Lewis_v6.62** |

138:07  Q.  Do you get requests to waive the exclusivity
138:08      more often from one promoter versus others?

| 138:10 - 138:12 | **Lewis, Christian 2025-05-19** | 00:00:08 | **Lewis_v6.63** |

138:10      THE WITNESS:  I would say Live Nation is the
138:11      most common promoter that we see that requests come
138:12      from, but they're not the only one.

| 138:14 - 138:16 | **Lewis, Christian 2025-05-19** | 00:00:11 | **Lewis_v6.64** |

138:14  Q.  When Live Nation as a promoter comes to a
138:15      venue and seeks a waiver of exclusivity, which

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 138:16    ticketer are they seeking to get the waiver for? | | |
| 138:18 - 138:18 | **Lewis, Christian 2025-05-19** | 00:00:01 | **Lewis_v6.65** |
| | 138:18    THE WITNESS:  Always Ticketmaster. | | |
| 138:25 - 138:25 | **Lewis, Christian 2025-05-19** | 00:00:02 | **Lewis_v6.66** |
| 🔗 P1228.1 | 138:25    (Exhibit JX533 was marked.) | | |
| 139:03 - 139:08 | **Lewis, Christian 2025-05-19** | 00:00:17 | **Lewis_v6.67** |
| | 139:03  Q.  Mr. Lewis, do you recognize JX533? | | |
| | 139:04  A.  I do. | | |
| | 139:05  Q.  What is JX533? | | |
| 🔗 P1228.1.1 | 139:06  A.  It's an e-mail correspondence from our | | |
| | 139:07    client, the University of Minnesota, regarding a | | |
| | 139:08    Beyoncé concert through Live Nation. (edited) | | |
| 139:09 - 139:25 | **Lewis, Christian 2025-05-19** | 00:00:46 | **Lewis_v6.68** |
| | 139:09  Q.  And here, is this an example of Live Nation | | |
| | 139:10    as promoter coming in and requesting that | | |
| | 139:11    Ticketmaster be the ticketer for a show at a | | |
| | 139:12    Paciolan venue? | | |
| | 139:13  A.  I believe it's not just requesting.  I | | |
| | 139:14    believe it's mandating that Ticketmaster be the | | |
| | 139:15    ticketing provider and if not, they would not | | |
| | 139:16    recommend the show coming to their venue. | | |
| | 139:17  Q.  And did Paciolan provide the necessary | | |
| | 139:18    waiver in this case? | | |
| | 139:19  A.  We were not given a choice.  So this was | | |
| | 139:20    done regardless of our response. | | |
| | 139:21  Q.  Did the Beyoncé show take place at the (edited) | | |
| | 139:22    University of Minnesota? | | |
| | 139:23  A.  It did. | | |
| | 139:24  Q.  And it was ticketed by Ticketmaster? | | |
| | 139:25  A.  Correct. | | |
| 140:01 - 140:03 | **Lewis, Christian 2025-05-19** | 00:00:07 | **Lewis_v6.69** |
| | 140:01  Q.  Did Paciolan have the technical capability | | |
| | 140:02    to ticket the Beyoncé show at the University of (edited) | | |
| | 140:03    Minnesota? | | |
| 140:05 - 140:05 | **Lewis, Christian 2025-05-19** | 00:00:01 | **Lewis_v6.70** |
| | 140:05    THE WITNESS:  Absolutely. | | |
| 144:04 - 144:18 | **Lewis, Christian 2025-05-19** | 00:00:50 | **Lewis_v6.71** |
| ✗ Clear | 144:04  Q.  And you're aware that other ticketers | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

besides Ticketmaster compete for NFL stadiums and NBA and NHL arenas; correct?

A. Yes, I'm aware.

Q. And it's possible to compete for a venue's ticketing contract even if the venue does not issue a formal RFP; correct?

A. Yes. I'm aware.

Q. For example, the venue could run a more informal process; right?

A. Sure. Just to clarify the topic: I'm not saying we don't have those conversations. We are just not in formal competition to the level that we are in other markets. So hopefully that clarifies that topic a little bit.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 145:06 - 146:03 | **Lewis, Christian 2025-05-19** | 00:01:09 | **Lewis_v6.72** |

Q. Paciolan has chosen to focus its resources on other opportunities; correct?

A. Yes, we have prioritized other areas. It doesn't mean that we ignore others at the same time.

Q. Right. But you focus your resources on, for example, your college and university facilities in that segment of your business; correct?

A. We put more focus on college and universities than we do over pro arena and stadium.

Q. And that's a choice that Paciolan has made?

A. It's a choice that we made based on opportunity and use of our resources.

Q. And that's -- ultimately, that's been a successful strategy for Paciolan, has it not?

A. Yes, we've been successful in the areas that we've chosen to focus.

Q. You're the number one ticketing provider in college athletics; correct?

A. Yeah. That, we are.

Q. And that focus aligns with the strategic focus of your parent company, Learfield; is that correct?

A. We overlap both in the college market, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 146:04 - 146:10 | **Lewis, Christian 2025-05-19** | 00:00:17 | **Lewis_v6.73** |

Q. And you're continuing to invest in ticketing

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | services for college venues? | | |
| | A. We continue to invest in ticketing services | | |
| | for all of our clients. | | |
| | Q. And you're growing in that market segment? | | |
| | A. We are growing in that market segment and | | |
| | attempting to grow in others as well. | | |
| 149:16 - 150:04 | **Lewis, Christian 2025-05-19** | 00:00:31 | **Lewis_v6.74** |

Q. So just to make sure my question is clear:
    The Budweiser Events Center is a venue that is
    managed by OVG; correct?
A. That's correct.
Q. And it was formerly ticketed by Paciolan;
    correct?
A. That's correct.
Q. And now it's ticketed by AXS; is that
    correct?
A. That is correct.
Q. And you don't have any understanding as to
    why the Budweiser event center ultimately chose AXS
    as its primary ticketing company, do you?
A. No, I do not.

| | | | |
|---|---|---|---|
| 150:08 - 150:24 | **Lewis, Christian 2025-05-19** | 00:00:52 | **Lewis_v6.75** |

Do you recall DOJ asked you some questions
about OVG-managed venues whose business Paciolan
lost to Ticketmaster?
A. I do, yes.
Q. And you mentioned specifically a list of, I
    think, 12 or 13 venues; is that correct?
A. That's correct.
Q. And to be clear: You don't know why any of
    those venues ultimately made the choice to go with
    Ticketmaster as their primary ticketing company;
    correct?
A. I believe in my response as I shared
    feedback that we were given from the people we spoke
    with.
Q. Right. So you know what the people you
    spoke with told you; correct?
A. That's correct.

| | | | |
|---|---|---|---|
| 151:05 - 151:09 | **Lewis, Christian 2025-05-19** | 00:00:11 | **Lewis_v6.76** |

**Lewis_v6 - Lewis, Christian v6_EXHIBITS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 151:05 Q. I'm just asking a question which is whether | | **Lewis_v6.76** |
| | 151:06    you know what they said behind closed doors as to | | |
| | 151:07    what was really driving their decision? | | |
| | 151:08 A. If it was behind closed doors, I would not | | |
| | 151:09    have information privy to it. | | |
| 151:10 - 151:20 | **Lewis, Christian 2025-05-19** | 00:00:44 | **Lewis_v6.77** |
| | 151:10 Q. So you don't know, for example, if they | | |
| | 151:11    thought Ticketmaster's terms were better | | |
| | 151:12    financially? | | |
| | 151:13 A. I was not given that feedback by anyone I | | |
| | 151:14    spoke with.  And, in fact, on that type of question, | | |
| | 151:15    if I use the Xcel Center as a reference point, I was | | |
| | 151:16    told our financials were almost identical; yet a | | |
| | 151:17    decision was still made to change.  So, | | |
| | 151:18    occasionally, financial feedback was given.  I was | | |
| | 151:19    never once told that the Ticketmaster financials | | |
| | 151:20    were more competitive. | | |
| 153:21 - 154:05 | **Lewis, Christian 2025-05-19** | 00:00:27 | **Lewis_v6.78** |
| | 153:21 Q. So with respect to the PPL Center, you | | |
| | 153:22    mentioned there were owners who owned the building | | |
| | 153:23    and owned the tenant hockey team who were involved | | |
| | 153:24    in the process; is that correct? | | |
| | 153:25 A. Correct. | | |
| | 154:01 Q. And did you have any direct conversation | | |
| | 154:02    with those owners as to why they ultimately made a | | |
| | 154:03    decision to go with Ticketmaster versus Paciolan? | | |
| | 154:04 A. No, not a direct conversation on the final | | |
| | 154:05    decision, no. | | |
| 156:19 - 157:05 | **Lewis, Christian 2025-05-19** | 00:00:37 | **Lewis_v6.79** |
| | 156:19    With respect to the feedback you received | | |
| | 156:20    from OVG employees as to why certain venues | | |
| | 156:21    ultimately moved from Paciolan to Ticketmaster, you | | |
| | 156:22    or others on your team were told that other factors | | |
| | 156:23    such as the fact that Ticketmaster has a larger | | |
| | 156:24    database were also relevant factors; correct? | | |
| | 156:25 A. Yes. | | |
| | 157:01 Q. And you were told that Ticketmaster's | | |
| | 157:02    ability to sell more tickets to shows was also a | | |
| | 157:03    relevant factor; correct? | | |
| | 157:04 A. The belief that Ticketmaster would sell more | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 157:05     tickets to shows was a factor. | | |
| 160:05 - 160:20 | **Lewis, Christian 2025-05-19** | 00:00:58 | **Lewis_v6.80** |

160:05 Q. You would agree that ultimately, it's a
160:06 venue's choice who to invite to respond to an RFP?
160:07 A. I would not agree with that statement.
160:08 Q. Why not?
160:09 A. I think it depends on the circumstances. So
160:10 my response to that question earlier was if it is a
160:11 public entity and a publicly run RFP, typically the
160:12 procurement guidelines will dictate the openness of
160:13 the process. I then stated that in some of these
160:14 instances, the venue management company -- in this
160:15 instance, OVG, was acting as an agent on behalf of
160:16 these entities, and in that setting, I believe that
160:17 that will sometimes either circumvent certain
160:18 regulations such as the openness of the process or
160:19 carry with it its own set of regulations as governed
160:20 by the management company.

| 164:16 - 164:17 | **Lewis, Christian 2025-05-19** | 00:00:04 | **Lewis_v6.81** |

164:16 Q. So that wasn't what OVG told you; correct?
164:17 A. Correct.

| 169:21 - 169:25 | **Lewis, Christian 2025-05-19** | 00:00:15 | **Lewis_v6.82** |

169:21 requirements. I think my question was more, you
169:22 don't have visibility into Beyoncé's agreement with (edited)
169:23 Live Nation; correct?
169:24 A. I do not have visibility into her agreement
169:25 with Live Nation. That's correct.

| 170:07 - 170:11 | **Lewis, Christian 2025-05-19** | 00:00:14 | **Lewis_v6.83** |

170:07 Q. You don't know whether -- you don't know
170:08 whether she expressed any kind of preference to use
170:09 Ticketmaster as her primary ticketer for this
170:10 particular show; correct?
170:11 A. I do not.

| US Affirmative | 00:22:26 |
|---|---|
| Defendant Affirmative | 00:25:12 |
| **TOTAL RUN TIME** | **00:47:39** |

Documents linked to video:

P1226R

P1228