# Exhibit 18

# Nagle, Patrick v5_EXHIBITS

Designation List Report

**Nagle, Patrick**        **2025-06-16**

| | |
|---|---:|
| US Affirmative | 00:12:43 |
| Defendant Affirmative | 00:12:53 |
| **TOTAL RUN TIME** | **00:25:36** |

Documents linked to video:

J1195



**ID: Nagle_v5**

2026-03-15

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:14 - 9:16 | **Nagle, Patrick 2025-06-16** | 00:00:08 | **Nagle_v5.1** |

9:14    Could you please state and spell
9:15    your name for the record.
9:16    A.  Patrick Nagle, N-a-g-l-e.

| | | | |
|---|---|---|---|
| 11:20 - 11:25 | **Nagle, Patrick 2025-06-16** | 00:00:10 | **Nagle_v5.2** |

11:20    Q.  Mr. Nagle, where are you
11:21    currently employed?
11:22    A.  With the Village of Rosemont.
11:23    Q.  And where is the Village of
11:24    Rosemont located?
11:25    A.  Illinois.

| | | | |
|---|---|---|---|
| 12:01 - 12:10 | **Nagle, Patrick 2025-06-16** | 00:00:17 | **Nagle_v5.3** |

12:01    P. NAGLE - 06/16/2025
12:02    Q.  About how far outside of Chicago
12:03    is the village located?
12:04    A.  About 20 miles.
12:05    ATTORNEY DONAHUE:  From downtown.
12:06    THE WITNESS:  From downtown.
12:07    BY ATTORNEY LI:
12:08    Q.  And how long have you been
12:09    employed by the Village of Rosemont?
12:10    A.  About 33 or 34 years.

| | | | |
|---|---|---|---|
| 12:11 - 12:22 | **Nagle, Patrick 2025-06-16** | 00:00:25 | **Nagle_v5.4** |

12:11    Q.  What's your current title with
12:12    the village?
12:13    A.  Director of entertainment
12:14    facilities.
12:15    Q.  And what are the entertainment
12:16    facilities that that role covers?
12:17    A.  The Allstate Arena and the
12:18    Rosemont Theater.
12:19    Q.  About how long have you been the
12:20    director of entertainment facilities for
12:21    the Village of Rosemont?
12:22    A.  18 years.

| | | | |
|---|---|---|---|
| 12:23 - 12:25 | **Nagle, Patrick 2025-06-16** | 00:00:04 | **Nagle_v5.5** |

12:23    Q.  And who do you report to in that
12:24    position?
12:25    A.  The mayor of Rosemont.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:16 - 13:16 | **Nagle, Patrick 2025-06-16** | 00:00:02 | **Nagle_v5.6** |

13:16  Q.  You mentioned the Allstate Arena.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:17 - 14:12 | **Nagle, Patrick 2025-06-16** | 00:01:03 | **Nagle_v5.7** |

13:17      Could you give me a general
13:18      overview of what the Allstate Arena is, its
13:19      history, sort of the facility as a whole?
13:20  A.  It's an 18,000-seat arena.  It
13:21      was originally opened in 1980.  And in the
13:22      year 2000, we did some rehab on it and got
13:23      a sponsor from Allstate Insurance, and
13:24      we've been Allstate Arena since.
13:25  Q.  And could you please describe
14:01      P. NAGLE - 06/16/2025
14:02      what the Rosemont Theater is?
14:03  A.  Yes.  Rosemont Theater is a 4,400
14:04      seat theater located about a mile from the
14:05      Allstate Arena.
14:06  Q.  And what are your
14:07      responsibilities just at a high level as
14:08      the director of entertainment facilities?
14:09  A.  Booking both facilities and then
14:10      dealing with unions, dealing with food and
14:11      beverage, parking.  Pretty much everything
14:12      that goes through putting a show together.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:13 - 15:06 | **Nagle, Patrick 2025-06-16** | 00:00:58 | **Nagle_v5.8** |

14:13  Q.  And when you say "booking both
14:14      facilities," what does that entail?
14:15  A.  I create or go out and get acts
14:16      to fill the buildings, both places.
14:17  Q.  Could you describe for me sort of
14:18      what the process of getting acts looks
14:19      like?  Are there people that you interact
14:20      with?  What's the sort of just general
14:21      process?
14:22  A.  We have some basic staples like
14:23      Feld productions does monster trucks,
14:24      Disney on Ice, circus.  We have an American
14:25      Hockey League hockey team in the arena, so
15:01      P. NAGLE - 06/16/2025
15:02      those are -- like, staples.  WWE is a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

staple.

And then we go off and get

concerts, comedians, basketball games,

comedian -- a little bit of everything.

| 15:07 - 15:12 | **Nagle, Patrick 2025-06-16** | 00:00:16 | **Nagle_v5.49** |
|---|---|---|---|

Q. And I think sort of what you just

said covers it a bit, but could you sort of

describe the types of live events that the

Allstate Arena generally hosts?

A. Yes. Family shows, concerts and

sporting events.

| 15:13 - 15:22 | **Nagle, Patrick 2025-06-16** | 00:00:27 | **Nagle_v5.54** |
|---|---|---|---|

Q. And about how many family shows

does the Allstate Arena host each year? Do

you have a rough estimate?

A. Approximately 50 to 60.

Q. And how many concerts? Do you

have an estimate?

A. Probably another 50 to 60.

Q. And how many sporting events does

the Allstate Arena host roughly each year?

A. About 40 to 45.

| 16:08 - 16:13 | **Nagle, Patrick 2025-06-16** | 00:00:10 | **Nagle_v5.9** |
|---|---|---|---|

Q. My understanding is that the

Allstate Arena has been on several

occasions considered one of the 10 busiest

arenas in the country according to

Pollstar?

A. That is correct.

| 17:02 - 17:20 | **Nagle, Patrick 2025-06-16** | 00:00:44 | **Nagle_v5.10** |
|---|---|---|---|

Q. Does the Village of Rosemont have

a relationship with Ticketmaster?

A. We do.

Q. And could you describe for me the

-- sort of the nature of that relationship?

A. I think the first two years I was

at the building in '90 and '91, we were

Ticketron. And then we had a bidding

process between Ticketron and Ticketmaster,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

and we went with Ticketmaster.  And we've
been with them ever since.

Q. And when you say you've "been
with Ticketmaster ever since," what does
that mean exactly?

A. They're the only ticketing
service we have at both buildings.

Q. And that's for -- is that for
primary ticketing?

A. Correct.

| **17:21 - 18:07** | **Nagle, Patrick 2025-06-16** | 00:00:25 | **Nagle_v5.11** |

Q. And are there other ticketers
that could sell secondary tickets for the
buildings?

A. I think it's illegal, but people
do.

P. NAGLE - 06/16/2025

Q. And it's illegal, is that under
Illinois law?

A. I think when people sell tickets
on their own to a third party, it might be
legal, but it's -- just doesn't seem to
work out.

| **18:08 - 20:02** | **Nagle, Patrick 2025-06-16** | 00:02:07 | **Nagle_v5.12** |

Q. And when you say "it doesn't seem
to work out," can you elaborate on what you
mean by that?

A. Sure.  There's a lot of scammers
out there, so they will sell tickets that
are not real, and then we have moms and
kids showing up for events with tickets
that are not real and you have to turn them
away and see crying kids.  And it's just
not right.

Q. And are there particular
ticketing platforms that in your experience
you've seen a lot of fraudulent tickets on?

A. I've seen them probably on
several different ones, but the new ones
pop up all the time.  They run somebody out

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | of business and they open up another one. | | |
| | Q. What are some of the different | | |
| | P. NAGLE - 06/16/2025 | | |
| | ticketing platforms that you've seen | | |
| | fraudulent tickets sold on? | | |
| | A. On SeatGeek and on -- I'm | | |
| | blanking out on the other big one. | | |
| | StubHub.  A lot of mom-and-pop little ones. | | |
| | Q. So you said that the Village of | | |
| | Rosemont has been with Ticketmaster since | | |
| | about 1992 or so; is that right? | | |
| | A. Correct. | | |
| | Q. And has that agreement been | | |
| | extended or amended from time to time since | | |
| | 1992? | | |
| | A. Yes.  Sometimes a 10 year, | | |
| | sometimes a seven year, sometimes five | | |
| | years. | | |
| | Q. Do you have a recollection of how | | |
| | many times give or take it's been amended | | |
| | or extended? | | |
| | A. I do not. | | |
| | Q. Do you have a rough recollection | | |
| | of when the last time it was amended or | | |
| | extended? | | |
| | A. I'm not 100 percent sure, but I | | |
| | think it was two years ago for a five-year | | |
| | P. NAGLE - 06/16/2025 | | |
| | deal. | | |
| 20:03 - 20:18 | **Nagle, Patrick 2025-06-16** | 00:00:31 | **Nagle_v5.13** |
| | Q. And were you involved in that | | |
| | decision in any way? | | |
| | A. Yes. | | |
| | Q. What was your role? | | |
| | A. I worked with my Ticketmaster | | |
| | counterpart for the deal and then I brought | | |
| | it to the mayor and gave him my thoughts on | | |
| | it. | | |
| | Q. So is it fair to say that you | | |
| | were negotiating the deal with | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 20:13    Ticketmaster? | | |
| | 20:14  A.  Correct. | | |
| | 20:15  Q.  And the final sign-off for the | | |
| | 20:16    deal has to go to the mayor of the Village | | |
| | 20:17    of Rosemont? | | |
| | 20:18  A.  Correct. | | |
| 20:21 - 22:24 | **Nagle, Patrick 2025-06-16** | 00:02:25 | **Nagle_v5.14** |
| | 20:21    You said you gave the mayor your | | |
| | 20:22    thoughts on the Ticketmaster renewal. | | |
| | 20:23    Is that -- was that a | | |
| | 20:24    recommendation one way or the other, or was | | |
| | 20:25    that just, here's my -- here's my general | | |
| | 21:01    P. NAGLE - 06/16/2025 | | |
| | 21:02    opinion on... | | |
| | 21:03  A.  I recommended to accept the deal. | | |
| | 21:04  Q.  And why did you recommend that | | |
| | 21:05    the mayor accept the deal? | | |
| | 21:06  A.  Because I don't think any | | |
| | 21:07    ticketing company out there holds anything | | |
| | 21:08    close to what Ticketmaster can do for the | | |
| | 21:09    public. | | |
| | 21:10  Q.  Can you elaborate more on what | | |
| | 21:11    you mean by that? | | |
| | 21:12  A.  Well, there's -- I would say | | |
| | 21:13    Ticketmaster probably has 80 to 90 percent | | |
| | 21:14    of the live ticketing events just in the | | |
| | 21:15    States. | | |
| | 21:16    And there's a reason for it. | | |
| | 21:17    Because they've invested a lot of money | | |
| | 21:18    into their research and development and | | |
| | 21:19    computers and making it easier for the | | |
| | 21:20    public and for the tour accountants to see | | |
| | 21:21    what the audit prepares. | | |
| | 21:22    If I bring a different company in | | |
| | 21:23    and have a different audit, it could throw | | |
| | 21:24    off and make a settlement last a lot longer | | |
| | 21:25    than people that are used to settling a | | |
| | 22:01    P. NAGLE - 06/16/2025 | | |
| | 22:02    Ticketmaster audit. | | |
| | 22:03  Q.  Could you explain just sort of at | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | a high level what a settlement is? | | |
| | A.  Sure.  There's -- of the total | | |
| | amount of tickets sold, say it's a million | | |
| | dollars and tickets sold for a show, I | | |
| | present at the settlement the night of the | | |
| | show, we present the expenses for the | | |
| | building.  And then we turn over the rest | | |
| | of it. | | |
| | And the settlement is usually | | |
| | with the promoter.  And then the promoter | | |
| | takes the money, and they do whatever they | | |
| | do with it themselves and the band. | | |
| | Q.  And is having a quick settlement | | |
| | process important to you as the director of | | |
| | entertainment facilities? | | |
| | A.  Not just the -- not just the | | |
| | quickness of it.  It's the correct -- the | | |
| | being correct and then not worrying about | | |
| | chasing after moneys because Ticketmaster | | |
| | has never failed to pay us the correct | | |
| | amounts. | | |
| 23:13 - 23:15 | **Nagle, Patrick 2025-06-16** | 00:00:06 | **Nagle_v5.15** |
| | Q.  Based on your experience, what's | | |
| | your assessment of the speed and accuracy | | |
| | of settlements using Ticketmaster? | | |
| 23:18 - 23:22 | **Nagle, Patrick 2025-06-16** | 00:00:10 | **Nagle_v5.16** |
| | THE WITNESS:  Very easy. | | |
| | BY ATTORNEY LI: | | |
| | Q.  And what's the basis of your | | |
| | assessment? | | |
| | A.  Just knowing -- | | |
| 23:25 - 24:07 | **Nagle, Patrick 2025-06-16** | 00:00:15 | **Nagle_v5.17** |
| | THE WITNESS:  -- what the | | |
| | P. NAGLE - 06/16/2025 | | |
| | documents are.  Using the same | | |
| | documents we've used over 30 years and | | |
| | the tour accountants that are out with | | |
| | the promoter or the band have seen them | | |
| | before.  You don't have to explain it. | | |
| | BY ATTORNEY LI: | | |

**Nagle_v5 - Nagle, Patrick v5_EXHIBITS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 24:08 - 24:23 | **Nagle, Patrick 2025-06-16** | 00:00:45 | **Nagle_v5.50** |

Q. You mentioned that in -- that Ticketmaster has invested a lot of money into research and development. Are you familiar with the ways in which Ticketmaster's products have changed over the years?

A. Sure. I've been with them for over 30 years.

Q. Are there particular changes that come to mind?

A. The biggest would just be the ease of a patron buying a ticket and getting it right to their phone instead of the old days of getting hard tickets and losing their hard tickets or things like that.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:06 - 25:09 | **Nagle, Patrick 2025-06-16** | 00:00:10 | **Nagle_v5.18** |

Q. Based on your experience, have the changes that you've seen with Ticketmaster's platform, have those been a benefit for you and your staff?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:12 - 25:17 | **Nagle, Patrick 2025-06-16** | 00:00:08 | **Nagle_v5.19** |

THE WITNESS: I believe they have.

BY ATTORNEY LI:

Q. Why do you say that?

A. Because I've never heard any complaints.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:21 - 25:24 | **Nagle, Patrick 2025-06-16** | 00:00:07 | **Nagle_v5.20** |

In your experience, how have the changes that you've seen with Ticketmaster's platform benefitted you and your staff?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 26:03 - 26:09 | **Nagle, Patrick 2025-06-16** | 00:00:15 | **Nagle_v5.21** |

THE WITNESS: Again, the ease of utilizing the same system for every single show, getting the same reports for every show so we know them inside

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | and out.  And if there's a problem or | | |
| | question, we make one phone call and | | |
| | it's either explained or fixed for us. | | |
| 27:06 - 27:16 | **Nagle, Patrick 2025-06-16** | 00:00:24 | **Nagle_v5.22** |
| | Q.  Do you have an understanding of | | |
| | whether your box office has an assessment | | |
| | the quality of Ticketmaster's support | | |
| | services? | | |
| | A.  I can't speak directly to that | | |
| | other than our box offices at both | | |
| | buildings never have a complaint.  And if | | |
| | there's something that they think is wrong, | | |
| | they've either tried to fix themselves or | | |
| | if they can't, I will get it fixed. | | |
| | But I can't remember of such. | | |
| 27:17 - 27:20 | **Nagle, Patrick 2025-06-16** | 00:00:09 | **Nagle_v5.51** |
| | Q.  And if your box office at either | | |
| | of the buildings had issues with | | |
| | Ticketmaster support services, do you think | | |
| | you would have been made aware? | | |
| 27:23 - 28:06 | **Nagle, Patrick 2025-06-16** | 00:00:10 | **Nagle_v5.23** |
| | THE WITNESS:  If their problem | | |
| | didn't get fixed, they would come to | | |
| | me. | | |
| | P. NAGLE - 06/16/2025 | | |
| | BY ATTORNEY LI: | | |
| | Q.  And in your experience, they have | | |
| | not come to you with issues with | | |
| | Ticketmaster support services? | | |
| | A.  Not in a long time. | | |
| 28:07 - 28:11 | **Nagle, Patrick 2025-06-16** | 00:00:09 | **Nagle_v5.24** |
| | Q.  Are you familiar with the | | |
| | products and services offered by any other | | |
| | primary ticketing platforms besides | | |
| | Ticketmaster? | | |
| | A.  No. | | |
| 29:16 - 29:19 | **Nagle, Patrick 2025-06-16** | 00:00:08 | **Nagle_v5.25** |
| | Q.  Has Ticketmaster helped the | | |
| | Village of Rosemont achieve its goals for | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:18  the Allstate Arena and the Rosemont<br>29:19  Theater? | | |
| 29:22 - 30:06 | **Nagle, Patrick 2025-06-16**<br>29:22  THE WITNESS:  Again, I believe<br>29:23  so.  They're the -- the only really<br>29:24  ticketing company out there, in my<br>29:25  eyes.<br>30:01  P. NAGLE - 06/16/2025<br>30:02  BY ATTORNEY LI:<br>30:03  Q.  All right.  The only really<br>30:04  ticketing company out there that offers the<br>30:05  services you need?  Or is there something<br>30:06  different that you had in mind? | 00:00:27 | **Nagle_v5.26** |
| 30:09 - 30:13 | **Nagle, Patrick 2025-06-16**<br>30:09  THE WITNESS:  I think they're the<br>30:10  only company that can handle the<br>30:11  numbers of tickets that we produce<br>30:12  every year.  I don't see any smaller<br>30:13  companies being able to handle it. | 00:00:08 | **Nagle_v5.27** |
| 30:15 - 30:18 | **Nagle, Patrick 2025-06-16**<br>30:15  Q.  Have you performed any<br>30:16  evaluations of other primary ticketing<br>30:17  companies?<br>30:18  A.  I have not. | 00:00:09 | **Nagle_v5.28** |
| 30:22 - 31:08 | **Nagle, Patrick 2025-06-16**<br>30:22  Q.  Have you worked with any<br>30:23  particular individuals from Ticketmaster?<br>30:24  A.  Yes.  I've dealt with one for the<br>30:25  last probably 20-plus years.<br>31:01  P. NAGLE - 06/16/2025<br>31:02  Q.  And who is that?<br>31:03  A.  His name is Ian McCoy.<br>31:04  Q.  And based on your experience, how<br>31:05  do you assess Mr. McCoy as a business<br>31:06  partner for the Village of Rosemont?<br>31:07  A.  Fantastic.  He's always there<br>31:08  when I need him, any questions. | 00:00:25 | **Nagle_v5.29** |
| 33:02 - 34:06 | **Nagle, Patrick 2025-06-16**<br>33:02  Q.  Do you have an understanding of | 00:01:04 | **Nagle_v5.30** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

the term "exclusivity" as it relates to
ticketing platforms?

A. Sure.

Q. And what's your understanding of
the term?

A. That we are exclusive with
Ticketmaster. If some band or family show
wants to come in and use a different
ticketing company, we don't allow that,
because we have an exclusive deal with
Ticketmaster to sell our tickets.

Q. And has the Village of Rosemont
ever considered using more than one primary
ticketer for events at the Allstate Arena
instead of having an exclusive ticketer?

A. No.

Q. And why not?

A. It's easier to deal with one
person or company than it is with multiple.

Q. And in what ways would you say
it's easier to deal with one person or
company than it is with multiple?

A. Well, you have two or three

P. NAGLE - 06/16/2025

different ticketing companies, you have two
or three different accounting systems and
your moneys are getting commingled from
different ticketing companies. It's -- it
would just be too hard.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:04 - 36:08 | **Nagle, Patrick 2025-06-16** | 00:00:10 | **Nagle_v5.31** |

Q. Would you expect that the Village
of Rosemont would receive more or less in
upfront payments if its venues had multiple
ticketers as opposed to an exclusive
ticketer?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:11 - 36:11 | **Nagle, Patrick 2025-06-16** | 00:00:02 | **Nagle_v5.32** |

THE WITNESS: I don't know.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:19 - 48:04 | **Nagle, Patrick 2025-06-16** | 00:00:16 | **Nagle_v5.33** |

Q. Okay. Have you ever interacted
with anybody from AXS?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. I have not.

Q. What about SeatGeek?  Do you know anybody from SeatGeek?

A. I do not.

Q. Have you ever talked to anybody

P. NAGLE - 06/16/2025

from SeatGeek or AXS about their primary ticketing offerings?

A. I have not.

---

**50:04 - 50:09** — **Nagle, Patrick 2025-06-16** — 00:00:15 — **Nagle_v5.34**

Live Nation promotes shows at your venues; is that right?

A. They do.

Q. Are those shows important to the revenue at Allstate Arena?

A. Any show is, correct.

---

**51:02 - 51:05** — **Nagle, Patrick 2025-06-16** — 00:00:04 — **Nagle_v5.35**

🔗 J1195.1

(Whereupon, Exhibit JX-1195 is marked for identification.)

BY ATTORNEY WHITE:

Q. And so this will be JX-1195.

---

**51:10 - 52:07** — **Nagle, Patrick 2025-06-16** — 00:00:54 — **Nagle_v5.36**

Q. Okay.  And so this is RMT0001.

[As spoken].

🔗 J1195.5
🔗 J1195.5.1
🔗 J1195.5.2

And if we look at RMT0005 [as spoken], is that your signature, sir?

A. What page?

ATTORNEY DONAHUE:  5.

BY ATTORNEY WHITE:

Q. Page 5 of the document.

A. Yes.

🔗 J1195.1

Q. Okay.  So can you tell me what this document is?

A. This -- Live Nation came to us

🔗 J1195.1.1

and told us that we needed to give them rebates on shows they bring us.

🔗 J1195.1.2

Q. Okay.  So it says, "Multi-Event Incentive Agreement."

P. NAGLE - 06/16/2025

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

52:02 Is this a contract between
52:03 Live Nation and the Village of Rosemont?
52:04 A. Yes.
52:05 Q. Okay. And you signed this on
52:06 behalf of the Village of Rosemont?
52:07 A. Yes.

**52:08 - 54:11**    **Nagle, Patrick 2025-06-16**    00:01:56    **Nagle_v5.37**

52:08 Q. All right. And this contract
🔗 J1195.1.6 52:09 went into effect January 1, 2023; is that
52:10 right?
52:11 A. Yes.
52:12 Q. How did Live Nation approach you?
52:13 A. Phone call from the person at
52:14 Live Nation I deal with for most of my
52:15 concerts called up and said that they are
52:16 asking us to give them rebates on shows
52:17 they bring us.
52:18 Q. Okay. Who's the person you deal
52:19 with at Live Nation?
52:20 A. Jason Wright.
52:21 Q. Jason Wright.
🔗 J1195.5.3 52:22 And he's the person who signed
52:23 this agreement on behalf of Live Nation; is
52:24 that right?
52:25 A. Yes.
53:01 P. NAGLE - 06/16/2025
🔗 J1195.1 53:02 Q. Prior to executing this
53:03 agreement, did you pay rebates to
53:04 Live Nation in exchange for them bringing
53:05 content?
53:06 A. We did.
53:07 Q. Did you pay them more or less
53:08 than this agreement calls for before you --
53:09 A. Less.
53:10 Q. Okay. Did they give you any
53:11 reason for wanting to increase the rebates?
53:12 A. They just said they needed more
53:13 revenue.
53:14 Q. And are they bringing you more
53:15 content now that you've signed this

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

53:16 agreement?

53:17 A. No.

53:18 Q. Did they suggest that they would

53:19 bring you less content if you didn't sign

53:20 the agreement?

53:21 A. Not directly.

53:22 Q. But you inferred that?

53:23 A. Yes.

53:24 Q. Okay. Did you do anything to

53:25 determine whether the amount of the rebates

54:01 P. NAGLE - 06/16/2025

54:02 they were asking you for was market?

54:03 A. I was told by them that the

54:04 building downtown from us that's our main

54:05 competitor was paying more than we were

54:06 paying.

54:07 Q. Okay. Do you have any

54:08 independent way to verify whether you were

54:09 paying more than other venues are for

54:10 Live Nation content?

54:11 A. I do not.

| 54:13 - 56:13 | **Nagle, Patrick 2025-06-16** | | 00:01:59 | **Nagle_v5.52** |

🔗 J1195.1.3  54:13 I'm sorry. The rebate amounts, those are

54:14 shown in paragraph 1(a) on the first page

54:15 of the agreement; is that right?

54:16 A. Yes.

🔗 J1195.1.4  54:17 Q. So for 1 to 104,999 tickets per

54:18 year, you pay $10; is that right?

54:19 A. Correct.

🔗 J1195.1.5  54:20 Q. And then there's step increases

54:21 up to over 225,000 you're paying $14 per

54:22 ticket?

54:23 A. Correct. Correct.

54:24 Q. Okay. So these were numbers that

54:25 were provided to you by Live Nation, and

55:01 P. NAGLE - 06/16/2025

55:02 you accepted them?

55:03 A. Yes.

🔗 J1195.1.3  55:04 Q. Did you try and negotiate?

55:05 A. Tried.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Q. And what happened when you tried | | |
| | to negotiate? | | |
| | A. There was no negotiation really. | | |
| | Q. All right. So Live Nation just | | |
| | imposed these numbers on you? | | |
| | A. Yes. | | |
| | Q. Did you talk to any other -- | | |
| | sorry. Let me back up. | | |
| | Do you use any promoters that | | |
| | aren't part of the Live Nation family? | | |
| | A. We do. | | |
| | Q. Who do you use besides | | |
| | Live Nation? | | |
| | A. AEG, Cardenas Marketing, Jam | | |
| | Productions. Several others. | | |
| | Q. And several others, okay. | | |
| | Have each of those organizations | | |
| | brought you one or more shows in the last | | |
| | five years? | | |
| | A. Yes. | | |
| | P. NAGLE - 06/16/2025 | | |
| | Q. How many shows do you think AEG | | |
| | has given you in the last five years? | | |
| | A. Honestly, I couldn't guess. I | | |
| | would said 80 percent of our stuff is -- | | |
| | concerts are Live Nation. | | |
| | Q. Okay. Do you pay rebates to AEG, | | |
| | Cardenas or Jam? | | |
| | A. We have started to do that, | | |
| | correct. | | |
| | Q. How do the rebates you pay to | | |
| | AEG, Cardenas and Jam compare to the | | |
| | rebates you pay to Live Nation? | | |
| 56:15 - 56:18 | **Nagle, Patrick 2025-06-16** | 00:00:07 | **Nagle_v5.38** |
| | THE WITNESS: Less. | | |
| | BY ATTORNEY WHITE: | | |
| | Q. Can you quantify how much less? | | |
| | A. Approximately half. | | |
| 56:19 - 58:14 | **Nagle, Patrick 2025-06-16** | 00:02:04 | **Nagle_v5.53** |
| | Q. Has AEG ever approached you about | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 56:20 | | providing your primary ticketing services? | | |
| | 56:21 | A. | No. | | |
| 🔗 J1195.2 | 56:22 | Q. | All right.  If we look at | | |
| | 56:23 | | Section 2 of the agreement that's in front | | |
| | 56:24 | | of you, that's the Tab 4, RMT000, | | |
| | 56:25 | | et cetera, 1. | | |
| | 57:01 | | P. NAGLE - 06/16/2025 | | |
| 🔗 J1195.2.1 | 57:02 | | On page 2 there's a Section 2 | | |
| 🔗 J1195.2.2 | 57:03 | | called "Incentive and Rental Terms." | | |
| | 57:04 | | Can you tell me what that's | | |
| | 57:05 | | about? | | |
| | 57:06 | A. | That they don't want to see | | |
| | 57:07 | | another promoter getting more money than | | |
| | 57:08 | | they're getting on the rebates. | | |
| | 57:09 | Q. | Have you heard this referred to | | |
| | 57:10 | | as a "most favored nation clause"? | | |
| | 57:11 | A. | I have. | | |
| | 57:12 | Q. | Okay.  Has that ever come into | | |
| | 57:13 | | effect?  Has any other promoter been | | |
| | 57:14 | | offered better terms than this agreement | | |
| | 57:15 | | has? | | |
| | 57:16 | A. | No. | | |
| 🔗 J1195.2.3 | 57:17 | Q. | All right.  Section 3 says, | | |
| 🔗 J1195.2.4 | 57:18 | | "Live Nation Affiliates." | | |
| | 57:19 | | Can you tell me what that one's | | |
| | 57:20 | | about? | | |
| | 57:21 | A. | Live Nation has purchased some | | |
| | 57:22 | | other smaller promoters, and they're | | |
| | 57:23 | | telling us that they want the same for them | | |
| | 57:24 | | that they -- that they get. | | |
| | 57:25 | Q. | Okay.  And have you received | | |
| | 58:01 | | P. NAGLE - 06/16/2025 | | |
| | 58:02 | | shows from any of the affiliates that are | | |
| | 58:03 | | listed here? | | |
| | 58:04 | A. | Just one.  NS2. | | |
| | 58:05 | Q. | Okay.  Who did they bring? | | |
| | 58:06 | A. | I'm not sure off the top of my | | |
| | 58:07 | | head.  I know I've dealt with them once or | | |
| | 58:08 | | twice a year. | | |
| | 58:09 | Q. | Okay.  Is it your understanding | | |
| | 58:10 | | that if Live Nation acquires a new | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

58:11    promoter, that that promoter will be
58:12    covered by the Section 3 affiliates clause?
58:13  A.  They make -- they make it known
58:14    when they book the show, yes.

| 66:08 - 66:24 | **Nagle, Patrick 2025-06-16** | 00:00:40 | **Nagle_v5.39** |

🔗 J1195.1

66:08  Q.  So, Mr. Nagle, I'll be brief, but
66:09    I did have a few follow-up questions about
66:10    the multi-event incentive agreement which
66:11    was behind Tab 4.  You're welcome to pull
66:12    that back up.  You may not need to.
66:13    The first question was just gonna
66:14    be:  Did you negotiate the provisions of
66:15    this agreement, or is this a form that
66:16    Live Nation gave you and you signed what
66:17    they gave you?
66:18  A.  Pretty much we were given that.
66:19  Q.  When -- I believe you indicated
66:20    earlier that the rebates for Live Nation in
66:21    this agreement are higher than the rebates
66:22    you were paying prior to this agreement; is
66:23    that right?
66:24  A.  Yes.

| 66:25 - 67:05 | **Nagle, Patrick 2025-06-16** | 00:00:12 | **Nagle_v5.40** |

66:25  Q.  Did you do anything to offset the
67:01    P. NAGLE - 06/16/2025
67:02    cost of those higher rebates, for example,
67:03    by increasing ticket prices or ticket fees?
67:04  A.  We don't do that.  We can't.  We
67:05    don't have any say-so on ticket prices.

| 67:10 - 67:12 | **Nagle, Patrick 2025-06-16** | 00:00:05 | **Nagle_v5.41** |

67:10  Q.  What about ticket fees?  Do you
67:11    have a say-so in that?
67:12  A.  Our ticket fees are standard.

| 67:13 - 67:19 | **Nagle, Patrick 2025-06-16** | 00:00:14 | **Nagle_v5.42** |

67:13  Q.  And who decides what the ticket
67:14    fees will be?
67:15  A.  We -- our building and
67:16    Ticketmaster.
67:17  Q.  Your building negotiates those

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 67:18     fees with Ticketmaster? | | |
| | 67:19     A.  Correct. | | |
| 67:20 - 67:23 | **Nagle, Patrick 2025-06-16** | 00:00:05 | **Nagle_v5.43** |
| | 67:20     Q.  All right.  And did you ask for | | |
| | 67:21         them to be increased when you increased the | | |
| | 67:22         promoter rebate? | | |
| | 67:23     A.  No. | | |
| 68:15 - 68:17 | **Nagle, Patrick 2025-06-16** | 00:00:07 | **Nagle_v5.44** |
| | 68:15     Q.  What about food and beverage | | |
| | 68:16         costs?  Who sets those? | | |
| | 68:17     A.  We do. | | |
| 68:20 - 68:25 | **Nagle, Patrick 2025-06-16** | 00:00:11 | **Nagle_v5.45** |
| | 68:20     Q.  You as the venue set those? | | |
| | 68:21     A.  Correct. | | |
| | 68:22     Q.  Did you do anything to increase | | |
| | 68:23         those when you signed the promotions | | |
| | 68:24         agreement with Live Nation? | | |
| | 68:25     A.  No. | | |
| 69:02 - 69:10 | **Nagle, Patrick 2025-06-16** | 00:00:26 | **Nagle_v5.46** |
| | 69:02     Q.  What about facility fees?  Who | | |
| | 69:03         sets those? | | |
| | 69:04     A.  The arena or the theater would. | | |
| | 69:05     Q.  Okay.  And were those increased | | |
| | 69:06         when the promotions agreement was entered | | |
| | 69:07         into? | | |
| | 69:08     A.  We've never had any at the arena. | | |
| | 69:09         We've always had a $2 facility fee for a | | |
| | 69:10         long time at the theater, but they -- | | |
| 69:15 - 69:16 | **Nagle, Patrick 2025-06-16** | 00:00:01 | **Nagle_v5.47** |
| | 69:15         THE WITNESS:  -- have not | | |
| | 69:16         changed. | | |
| 69:18 - 70:04 | **Nagle, Patrick 2025-06-16** | 00:00:29 | **Nagle_v5.48** |
| | 69:18     Q.  Okay.  And then do the venues | | |
| | 69:19         charge rent to the artists who play -- who | | |
| | 69:20         do shows there? | | |
| | 69:21     A.  It's not to the artist.  It's to | | |
| | 69:22         the promoter. | | |
| | 69:23     Q.  Okay.  And did you increase your | | |
| | 69:24         rental amounts when you entered into the | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 69:25 | promotion agreement with Live Nation? | | |
| | 70:01 | P. NAGLE - 06/16/2025 | | |
| Clear | 70:02 | A.  Not because of that.  But we | | |
| | 70:03 | periodically will raise it every year a | | |
| | 70:04 | little bit or every other year. | | |

| US Affirmative | 00:12:43 |
|---|---|
| Defendant Affirmative | 00:12:53 |
| **TOTAL RUN TIME** | **00:25:36** |

Documents linked to video:

J1195