# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br><br> and <br><br> TICKETMASTER L.L.C. <br><br> *Defendants.* | Case No.: 1:24-cv-3973 (AS) (SLC) |

## **MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that William E. Kalema of Cohen & Gresser LLP hereby withdraws as attorney of record for SeatGeek, Inc. in the above-captioned matter.

SeatGeek, Inc. will continue to be represented by Melissa H. Maxman, Ronald F. Wick, and Derek Jackson, who have filed appearances in this matter.

Date: June 3, 2026

Respectfully submitted,

*/s/ William E. Kalema*
William E. Kalema
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 324-3523
wkalema@cohengresser.com

*Attorney for Non-Party SeatGeek. Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel and parties of record of this filing.

Date: June 3, 2026

*/s/ William E. Kalema*
William E. Kalema