**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br><br> and <br><br> TICKETMASTER L.L.C. <br><br> *Defendants.* | Case No.: 1:24-cv-3973 (AS) (SLC) |

## <u>MOTION TO WITHDRAW APPEARANCE</u>

PLEASE TAKE NOTICE that William E. Kalema of Cohen & Gresser LLP hereby

withdraws as attorney of record for SeatGeek, Inc. in the above-captioned matter.

SeatGeek, Inc. will continue to be represented by Melissa H. Maxman, Ronald F. Wick,

and Derek Jackson, who have filed appearances in this matter.

Date: June 3, 2026

Application GRANTED. The Clerk of Court is respectfully directed to remove Mr. Kalema as counsel in this case, and to terminate the motion at Dkt. 1508.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: June 3, 2026

Respectfully submitted,

*/s/ William E. Kalema*
William E. Kalema
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 324-3523
wkalema@cohengresser.com

*Attorney for Non-Party SeatGeek. Inc.*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will notify all counsel and parties of record of this filing.


Date: June 3, 2026                    */s/ William E. Kalema*
                                      William E. Kalema