# EXHIBIT 1

▦11/15/2022 ♟2 💬5 📎0

**Participants:** ████████  **Jack Groetzinger (Owner);** ████████████████
**First Message:** 11/15/2022 5:11:31 PM
**Last Message:** 11/15/2022 5:12:56 PM

████████████  **Jack Groetzinger (Owner)** 11/15/2022 5:11:31 PM

Quick question...the DOJ is currently investigating Ticketmaster. We've been working with them to try to help them build the case. Today they asked us if we know of any cases where Oak View Group Alliance/Azoff made content threats. Any chance you'd be willing to speak with them on an anonymous basis?

████████████  **Jack Groetzinger (Owner)** 11/15/2022 5:11:40 PM

(Totally understand if you'd prefer not to, but I couldn't help but ask :))

████████████████  11/15/2022 5:12:21 PM

Hey there... That's crazy... Mine wasn't a threat

████████████████  11/15/2022 5:12:44 PM

They've been actually pretty cool even congratulating on the announcement

████████████  **Jack Groetzinger (Owner)** 11/15/2022 5:12:56 PM

Ah cool, okay, makes sense 👍

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0715**

HIGHLY CONFIDENTIAL

SG-USVLN-00518838