# EXHIBIT 2

No. 1:24-cv-03973-AS

**Defs' Trial Exhibit**

## DX-1430

Message

| | |
|---|---|
| **From:** | Andy Rentmeester [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=546249B138B24A40B826257210C03E8C-ARENTMEESTE] |
| **Sent:** | 6/23/2023 10:36:03 AM |
| **To:** | Keller Taylor [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c92439a01f154abaaeadbe023493378b-Keller.Tayl]; Chris Granger [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae834b9b52e94405aa6f53dde5179946-cgranger]; Greg O'Dell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a605c75ba8b44670aa788e0f0d9306d4-godell]; Rick Hontz [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c257a02cd37546a886be6e4f3f4bfd10-Rick.Hontz] |
| **Subject:** | Re: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction |

Good morning gents – I just spoke to Carns at TM and told him the news. He understood the decision to go with AXS, no hard feelings on their side. He will communicate the decision to Sarah M.

Thank you for the continual analysis and pushing this to conclusion Keller!

AR

---

**From:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Date:** Thursday, June 22, 2023 at 4:01 PM
**To:** Keller Taylor <Keller.Taylor@oakviewgroup.com>, Chris Granger <cgranger@oakviewgroup.com>, Greg O'Dell <godell@oakviewgroup.com>, Rick Hontz <Rick.Hontz@oakviewgroup.com>
**Subject:** Re: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Thanks Keller. I'll call Geoff so it can come down from him. As soon as Geoff and I talk (I'll try him first thing tomorrow), I'll update you.

Andy

---

**From:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Date:** Thursday, June 22, 2023 at 3:10 PM
**To:** Chris Granger <cgranger@oakviewgroup.com>, Andy Rentmeester <arentmeester@oakviewgroup.com>, Greg O'Dell <godell@oakviewgroup.com>, Rick Hontz <Rick.Hontz@oakviewgroup.com>
**Subject:** RE: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

All,
Given my CA was in the office today, still on Paternity Leave until July 17th, I was able to discuss this decision with him. He directed us to go with Axs. Certainly, respected the TM proposal and understands the platform differences at a high level, but given the economics and AEG relationship (as well as tenant team feedback of Axs preference) he advised he thought we should go that way. Appreciate everyone's time and effort here. Unique situation.

@Andy Rentmeester – would you like me to inform Sarah Miskew or would you prefer to let Geoff know and have it come down from him?

**KELLER TAYLOR | OVG360 | 970.518.5131**

**From:** Chris Granger <cgranger@oakviewgroup.com>
**Sent:** Wednesday, June 21, 2023 3:13 PM



JX1887

A. RENTMEESTER
July 3, 2025

CHERYL ASADA, CSR 13496

Highly Confidential – Business and Trade Secrets

OVG LLC_00012893

**To:** Keller Taylor <Keller.Taylor@oakviewgroup.com>; Andy Rentmeester <arentmeester@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>
**Subject:** Re: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Keller, will call you in an hour or so when I land.

Get Outlook for iOS

**From:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Sent:** Wednesday, June 21, 2023 3:48:00 PM
**To:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>; Chris Granger <cgranger@oakviewgroup.com>
**Subject:** RE: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Thank you for that clarification. Below is the new analysis rollup, using ▌▌▌ sponsorship from TM. Showing ▌▌▌ (compared to the ▌▌▌ previously) per year difference between Axs and TM. Thanks for all of your efforts and let me know next steps here.

| Vendor | Total Annual Venue Value | Difference to Best |
|--------|--------------------------|--------------------|
| AXS | $ ▌▌▌ | |
| TM | $ ▌▌▌ | $ ▌▌▌ |
| PAC | $ ▌▌▌ | $ ▌▌▌ |

**KELLER TAYLOR | OVG360 | 970.518.5131**

**From:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Sent:** Wednesday, June 21, 2023 2:38 PM
**To:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>; Chris Granger <cgranger@oakviewgroup.com>
**Subject:** Re: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

The additional ▌▌▌ is from Corp. OVG is matching TM's initial ▌▌▌

**From:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Date:** Wednesday, June 21, 2023 at 1:36 PM
**To:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>, Rick Hontz <Rick.Hontz@oakviewgroup.com>, Chris Granger <cgranger@oakviewgroup.com>
**Subject:** RE: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

So, up TM to ▌▌▌ and should I include anything from corporate?

**KELLER TAYLOR | OVG360 | 970.518.5131**

**From:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Sent:** Wednesday, June 21, 2023 2:29 PM
**To:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>; Chris Granger <cgranger@oakviewgroup.com>
**Subject:** Re: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Highly Confidential – Business and Trade Secrets

OVG LLC_00012894

**DX-1430.0002**

Gents - I got feedback from TM and they want to increase their sponsorship by ▮▮▮▮ for the Loveland offer

Keller can you please update the analysis and re-send?

—

Andrew Rentmeester
Oak View Group
(646) 477-7059

**From:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Sent:** Tuesday, June 20, 2023 2:58:45 PM
**To:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>; Chris Granger <cgranger@oakviewgroup.com>
**Subject:** RE: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Appreciate it!

**KELLER TAYLOR | OVG360 | 970.518.5131**

**From:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Sent:** Tuesday, June 20, 2023 3:57 PM
**To:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>; Chris Granger <cgranger@oakviewgroup.com>
**Subject:** Re: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Just spoke to TM again... they are pushing for an answer asap

—

Andrew Rentmeester
Oak View Group
(646) 477-7059

**From:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Sent:** Tuesday, June 20, 2023 5:40:52 AM
**To:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>; Chris Granger <cgranger@oakviewgroup.com>
**Subject:** Re: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

I'll chase them today

—

Andrew Rentmeester
Oak View Group
(646) 477-7059

**From:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Sent:** Tuesday, June 20, 2023 5:28:43 AM
**To:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>; Chris Granger

Highly Confidential – Business and Trade Secrets

OVG LLC_00012895

**DX-1430.0003**

<cgranger@oakviewgroup.com>
**Subject:** RE: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Andy,

Morning! Have we heard back from TM? My client is actually going to be in the office a few days this week (he is currently still on paternity leave but popping in this week) and we really need to present the final proposals received as this item is on his list of requested updates. Appreciate your support and let me know if you need anything from me. Thanks.

**KELLER TAYLOR | OVG360 | 970.518.5131**

**From:** Andy Rentmeester <arentmeester@oakviewgroup.com>
**Sent:** Wednesday, June 14, 2023 11:27 AM
**To:** Keller Taylor <Keller.Taylor@oakviewgroup.com>; Chris Granger <cgranger@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>; Rick Hontz <Rick.Hontz@oakviewgroup.com>
**Subject:** Re: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Based on my discussions w/TM, they were under the impression (from other convos they had) that they were ▮▮▮ short BEFORE the additional sponsorship... looks like that assumption was pretty far off. Chat later today

AR

**From:** Keller Taylor <Keller.Taylor@oakviewgroup.com>
**Date:** Tuesday, June 13, 2023 at 9:03 PM
**To:** Chris Granger <cgranger@oakviewgroup.com>, Andy Rentmeester <arentmeester@oakviewgroup.com>
**Cc:** Greg O'Dell <godell@oakviewgroup.com>, Rick Hontz <Rick.Hontz@oakviewgroup.com>
**Subject:** RE: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Chris / Andy,

See attached updated analysis, using the new TM proposal (added ▮▮▮ per year annual sponsorship) we just received as well as both TM and Axs latest proposals. Snapshot is below. We have a call set for tomorrow afternoon to review as Andy mentioned you two were together and would have a few minutes to connect. Thanks in advance for your time.

| Vendor | Total Annual Venue Value | Difference to Best |
|---|---|---|
| AXS | $ ▮▮▮ | |
| PAC | $ ▮▮▮ | $ ▮▮▮ |
| TM | $ ▮▮▮ | $ ▮▮▮ |

*This does not take into effect the order fee revenue – TM is ▮ min and ▮ split and Axs is ▮ charge and we retain ▮ above
*Also does not take into effect, while not huge, additional TM per ticket charges for season tickets, mini plans, etc

**KELLER TAYLOR | OVG360 | 970.518.5131**

**From:** Keller Taylor
**Sent:** Friday, June 2, 2023 10:04 AM
**To:** Chris Granger <cgranger@oakviewgroup.com>
**Subject:** FW: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

See attached raw data and additional information on the Loveland Ticketing situation below, that we discussed but might be helpful. I used the average amount sold online ▮▮▮ compared to the total number which includes all the tenant team sales. Also used ▮ of face value as the standard conv fee to compare against at ▮ different levels of

Highly Confidential – Business and Trade Secrets

OVG LLC_00012896

**DX-1430.0004**

tickets, using our average number of tickets sold per year per ticket price. Let me know if I can provide any other information. Thanks.

**KELLER TAYLOR** | OVG360 | 970.518.5131

**From:** Keller Taylor
**Sent:** Thursday, May 25, 2023 6:29 PM
**To:** Rick Hontz <Rick.Hontz@oakviewgroup.com>; Greg O'Dell <godell@oakviewgroup.com>
**Subject:** RE: Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Rick/Greg,
Please be advised that Axs sent me the attached today. They have added in ▮▮▮ per year in annual sponsorship, taking it up to ▮▮▮ annually. As well as waiving any rebrand fees with our upcoming naming rights change and all website hosting fees for our carbonhouse website – worth another ▮▮▮ over the term. Please let me know if we have received guidance so I can discuss with our CA who goes out on leave late next week. This takes our annual difference between proposals for Axs vs TM to the ▮▮▮ mentioned below + ▮▮▮ + any potential additional shows we would get from AEG in the venue.

Thanks!

**KELLER TAYLOR** | OVG360 | 970.518.5131

**From:** Keller Taylor
**Sent:** Thursday, March 23, 2023 1:36 PM
**To:** Rick Hontz <Rick.Hontz@oakviewgroup.com>
**Subject:** Budweiser Events Center (Loveland, CO) Ticketing Proposal Information - For Direction

Rick,
As requested, please see below regarding the ticketing situation in Loveland CO at Budweiser Events Center. Current deal with Pac expires Sept 2023 so we are looking to make a recommendation to Larimer County in the next few weeks ideally.

*In late 2022, Conor McGrath was hired as our CA and Director of The Ranch for Larimer County. He has not been in many (or any) sports venues previously and has quickly come to trust our judgement when we provide data to back up decisions.
*In early 2023 I discussed the upcoming ticketing contract end with Pac and informed him of our national deal with TM that was forthcoming. He was very clear that while the County nor us would have to send out an RFP, he did expect us to take proposals from multiple vendors and report back with the financial and system analysis for a decision.
*We received proposals from TM, AXS, Pac, and Tixr – first 3 are summarized below.
*Based upon financial analysis, AXS is a better financial deal to the venue than TM or Pac, by ▮▮▮ and ▮▮▮ respectively.
*Additional value should be credited to AXS given AEG Rocky Mountain is our primary concert promoter hosting ▮▮▮ shows a year and likely will lead to even more shows if we transitioned to AXS.
*Of note is that the TM deal would add substantially more expense to our AHL tenant side of season ticket / mini plans / etc that they will resist heavily, including potentially going straight to the County given their Owner's relationship with the Board of County Commissioners.

I am looking for support and direction on this situation as I respect and acknowledge national partners, such as TM.

Highly Confidential – Business and Trade Secrets                                                    OVG LLC_00012897

**DX-1430.0005**

| Vendor | Total Annual Venue Value | Difference to Best |
|---|---|---|
| AXS | $ ███████ | |
| PAC | $ ████ | $ ████ ) |
| TM | $ ████ | $ ████ |

*Based upon ██ conv fee at typical annual venue volumes at █ ticket prices
*No revenue from order fees included in this analysis

**Proposal Basics:**

**AXS** - ████ per ticket fee, ████ per order fee, ██ cc processing, and ██████ annual sponsorship. No charge for training, marketing platform, box office or tenant team purchases, software, or equipment.

**TM** – OVG deal – ██ royalty to venue on conv fee (██ required) and order fees (██ min on order fee), ██ cc processing, no sponsorship in deal. Additional ██ annually for software / marketing platform / training needs, plus a ██ charge for season tickets / mini plans and other various transactions. Equipment allowance of ██

**Pac** - ████ per ticket fee for under ██, █ per ticket for anything over ██, ██ cc processing, ██████ annual rebate annually ██ per ticket up to first ██ tickets). No charge for training, marketing platform, box office or tenant team purchases, software, or equipment.

**KELLER TAYLOR** *(he/him)*
*Regional Vice President*

OVG360
5290 Arena Circle, Loveland, CO 80538
O:970.619.4119 | C: 970.518.5131

Highly Confidential – Business and Trade Secrets

OVG LLC_00012898

**DX-1430.0006**