# EXHIBIT 3

From:     Kurt Schwartzkopf <kurt.schwartzkopf@ticketmaster.com>
Sent:     Fri 12/11/2020 6:16 PM (GMT-05:00)
To:       John Abbamondi <jabbamondi@bseglobal.net>
Cc:
Bcc:
Subject: Re: BSE/TM renewal

[External Email]

Thanks John...appreciate the first swing and kind words, the admiration and respect is mutual as you well know.  As you said earlier, ok to be tough on the issues, yet easy on each other.

With that, there is definitely some work to do on the proposal below in a key few areas (while also managing a ███████ which you are obviously well aware of), but optimistic that we can find the win/win and continue our great partnership for years to come.  I will work extremely hard to accomplish that.

As for the contract dates, I also appreciate the edit below from June to September, however, we clearly still agree to disagree on the contract extension language.  Regardless, nothing has changed from my note last week that we will continue to work toward to same goal of finding that right formula on this new agreement before we really worry about connecting Jeff and Kyle.

Have a great weekend and stay well.

Best,
Kurt


**From:** John Abbamondi <jabbamondi@bseglobal.net>
**Date:** Friday, December 11, 2020 at 8:23 AM
**To:** Microsoft Office User <kurt.schwartzkopf@ticketmaster.com>
**Subject:** Re: BSE/TM renewal


**[EXTERNAL]**

Apologies for the typo – obviously our agreements end on 9/30/21 not 6/30/21. Of course, time is still of the essence and we look forward to engaging with you at your earliest convenience and completing a new agreement next month.

**From:** John Abbamondi <jabbamondi@bseglobal.net>
**Date:** Thursday, December 10, 2020 at 2:41 PM
**To:** Kurt Schwartzkopf <Kurt.Schwartzkopf@Ticketmaster.com>
**Subject:** BSE/TM renewal

Kurt-

**Ex. No PX0090**

1:24-cv-03973

CONFIDENTIAL TREATMENT REQUESTED

It was great catching up with you the other day—congratulations on your expanded role, it's so well-deserved. I can't think of many people in our industry who are as universally admired and liked as you are.

I'm glad we're getting to work together on this, given our long relationship...I just wish we could be hashing it out over a couple of old fashioneds somewhere!

Alright, I'll get to it...

As you know, we actually have two separate agreements: one for ticketing and one for the marketing partnership. Per our discussion, we'd like to first focus exclusively on the ticketing deal. Once that is locked in place, we'd welcome the opportunity to discuss how we can more fully bring our partnership to life via advertising and hospitality assets, with the premise from our side being that we will always seek to deliver more in value to you than we receive in sponsorship revenues.

Here is where we feel we need to be on the ticketing side:

1) Brooklyn Nets/NY Liberty games
   a. Primary
      i. ███████████████████████████
         ████████████████████
      ii. ███████████████████████████
         █████████████████
   b. Secondary
      i. ███████████████████████
      ii. ██████████████████████████
         ████████████
2) All Other Barclays Center Events
   a. Primary
      i. ███████████████████████████
         ████████████████████
      ii. ██████████████████████████
         ███████████████
   b. Secondary
      i. ███████████████████████
      ii. ██████████████████████████
         ████████████

We trust that these terms can serve as the basis of a new contact beginning in Fall 2021.

Because our existing agreement expires on June 30, 2021, it is our strong desire to have a new agreement in place no later than January 15, 2021. Given the short window we have in front of us, my team and I are prepared to work around the clock with you and your colleagues to

CONFIDENTIAL TREATMENT REQUESTED

finalize a new agreement in the coming weeks. We will literally go into full lockdown mode with you guys to get it done.

My best,
John

**John Abbamondi**
*Chief Executive Officer*
BSE Global

CONFIDENTIAL TREATMENT REQUESTED

Please consider the environment before printing this e-mail

CONFIDENTIAL TREATMENT REQUESTED

BSE-DOJ-00001070