# EXHIBIT 4

Message
_____

**From:**      Bryan Perez [bperez@axs.com]
**Sent:**      5/10/2021 12:41:01 PM
**To:**        Jason Boxer [JBoxer@axs.com]
**Subject:**   Fw: AXS Return to Work Request (Batch)

**From:** Rob Reed <rreed@aegworldwide.com>
**Sent:** Monday, May 10, 2021 11:49 AM
**To:** Bryan Perez <bperez@axs.com>
**Subject:** RE: AXS Return to Work Request (Batch)

This is helpful and makes more sense....and I'd still really like to walk through the analysis with you whenever you have a chance.

Thanks for the clarification.

**From:** Bryan Perez <bperez@axs.com>
**Sent:** Monday, May 10, 2021 11:47 AM
**To:** Rob Reed <rreed@aegworldwide.com>
**Subject:** Fw: AXS Return to Work Request (Batch)

EXTERNAL

Hi Rob - wanted to give a little background on the two new headcount.  Early 2020 we identified that the #1 gap we still had vs. TM was not having any answer to their Pricemaster tool, which clients were using to dynamically price tickets (think Marc Feinberg's group but for the whole house),  We needed to start to build this to catch up and had a plan in place for new headcount with Jay and then Covid hit, so we tabled, and tried to build what we could in the interim.

These two positions aren't pricing consultants, but technical staff to help build the algorithms and tool to make all this work.  The positions are highly specialized.  There's tremendous upside for both the client and us.  For example, this is the #1 request of us from the AEGP Resorts World team (and they voiced this firmly to Jay), as well as from Messina Group and Rick Mueller, and should also be used by the Kings and Galaxy.  Ultimately we have an advantage vs. TM in that their tool only recommends and adjusts at the entire price level, while our platform allows it down to the seat level, giving more granularity to maximize yield.  Depending on the pricing model we deploy for the tool, there's ██████████████████ to AXS once it's widely deployed - happy to take you through the analysis.

**From:** Jason Boxer <JBoxer@axs.com>
**Sent:** Monday, May 10, 2021 11:22 AM
**To:** Bryan Perez <bperez@axs.com>
**Subject:** FW: AXS Return to Work Request (Batch)

FYI

No. 1:24-cv-03973-AS
**Defs' Trial Exhibit**
**DX-0396**

Highly Confidential

AEG-CID-0000462291

DX-0396.0001

**From:** Rob Reed <rreed@aegworldwide.com>
**Sent:** Monday, May 10, 2021 11:20 AM
**To:** Jason Boxer <JBoxer@axs.com>
**Subject:** RE: AXS Return to Work Request (Batch)

CAUTION: This email originated from a non AXS domain. Please use caution when reviewing the links or attachments unless you verify the sender and know the content is safe.

I don't know that I fully understand the point of spending that kind of money on pricing consultants, but presumably this has been vetted and approved by both Jay and Bryan and they're both: a) recommending it, and b) confident it will have a good ROI. So I am OK moving forward, and am hopeful you will try to assess whether this investment in headcount pencils out.

**From:** Jason Boxer <JBoxer@axs.com>
**Sent:** Monday, May 10, 2021 8:51 AM
**To:** Rob Reed <rreed@aegworldwide.com>
**Subject:** RE: AXS Return to Work Request (Batch)

> **EXTERNAL**

Good morning Rob,

Sorry for so many emails on this. I know you're busy, but wanted to be sure this is on top of your inbox. Please let me know if there's any other bits of information that I can send over to make you feel comfortable with this.

I'm happy to get with Tanya to find some time on your calendar to discuss if you'd like. I can also include Bryan/Tom if you'd like to hear more on the operations side of the request.

Thank you,
Jason

**From:** Jason Boxer
**Sent:** Friday, May 07, 2021 7:44 AM
**To:** Rob Reed <rreed@aegworldwide.com>
**Subject:** RE: AXS Return to Work Request (Batch)

Hello Rob,

I'm checking in to see if you had any further questions. Our various teams are anxious to start the recruiting process. Of the 50 in the current request, only 7 are returns from furlough. The remaining (43) will need to be recruited, which will take some time/effort to complete.

I think we'll definitely have further upside in the forecast for this. You'll see in the detail how our latest forecast date compares to the effective date of the ask. I doubt we'll be able to recruit as fast as we've asked/forecasted.

Thank you,
Jason

**From:** Rob Reed <rreed@aegworldwide.com>
**Sent:** Thursday, May 06, 2021 9:44 AM
**To:** Jason Boxer <JBoxer@axs.com>
**Subject:** RE: AXS Return to Work Request (Batch)

AEG-CID-0000462292

**DX-0396.0002**

CAUTION: This email originated from a non AXS domain. Please use caution when reviewing the links or attachments unless you verify the sender and know the content is safe.

OK  Those make sense.

Curious....are these pure adds (i.e. AXS headcount is increasing), or are there any positions in the organization that were eliminated?

**From:** Jason Boxer <JBoxer@axs.com>
**Sent:** Thursday, May 6, 2021 9:34 AM
**To:** Rob Reed <rreed@aegworldwide.com>
**Subject:** RE: AXS Return to Work Request (Batch)

EXTERNAL

The two new heads will be a part of our Data team and are needed to further advance our pricing recommendation strategy (which will ultimately lead to being a profit center).  See below for more detail on each specific role.



Jason

**From:** Rob Reed <rreed@aegworldwide.com>
**Sent:** Thursday, May 06, 2021 9:30 AM
**To:** Jason Boxer <JBoxer@axs.com>
**Subject:** RE: AXS Return to Work Request (Batch)

CAUTION: This email originated from a non AXS domain. Please use caution when reviewing the links or attachments unless you verify the sender and know the content is safe.

Sorry for the delay.  Just curious...what are the two new headcount related to?

**From:** Jason Boxer <JBoxer@axs.com>
**Sent:** Thursday, May 6, 2021 9:27 AM
**To:** Rob Reed <rreed@aegworldwide.com>
**Subject:** RE: AXS Return to Work Request (Batch)

EXTERNAL

Hello Rob,

I realize this is a sizeable (and detailed) request.  Let me know if you have any questions or if you'd like me to get with Tanya to find some time to discuss.

Thank you,
Jason

Highly Confidential

AEG-CID-0000462293

**DX-0396.0003**

**From:** Jason Boxer
**Sent:** Tuesday, May 04, 2021 3:20 PM
**To:** Rob Reed <rreed@aegworldwide.com>
**Subject:** AXS Return to Work Request (Batch)

Hello Rob,

We put together the attached plan that should cover all of our return to work requests for the next couple of months. Our clients are ramping up much quicker than we ever expected. You saw a significant decrease in cash needs in the latest forecast due to our results in March. You'll see much better than expected revenues in April and I can't imagine the trend not continuing through the end of the year. Bryan has already reviewed with Jay and has his approval. In total, this plan comes in $144k worse than the latest forecast that was submitted (from a pure labor perspective). This value is more than offset by the amount of revenues we've seen in the month of April alone (vs forecast).

Aside from looking at the YTG Forecast, this plan includes two new headcount and an increase in base salary on another. The total amount of those overages come to an annual base of $313k per year. This will be the true YOY overage versus our pre-covid budget.

See below for a couple summary views and attached for the per-head detail.

### Current Ask + forecasted outstanding Return-to-work vs Forecast

Current Ask
Outstanding
Total

Latest Forecast
B/(W)

### Base Wage Su

| Type | Category | |
|---|---|---|
| | Budgeted | |
| | Furlough | |
| Current Request | New Business | |
| | Replacement | |
| | Other | |
| | **Subtotal** | |
| | Budgeted | |
| Remaining Open | Replacement | |
| | **Subtotal** | |
| | **Grand Total** | |

Let me know if you'd prefer to hop on a call to discuss prior to approving.

Thank you,
Jason

Jason Boxer
**AXS** | SVP, Accounting and Finance

425 West 11th Street, Suite 200

Highly Confidential

AEG-CID-0000462294

**DX-0396.0004**

Los Angeles, CA 90015

██████████ ▌ ██████████

**axs.com** | jboxer@axs.com

Highly Confidential

AEG-CID-0000462295

**DX-0396.0005**