# EXHIBIT 5

JX-594
5/23/2025
Cody Knacke CSR 13691

Message

From:       Louis Messina [Louis@messinatouring.com]
Sent:       9/22/2021 10:54:26 AM
To:         Jay Marciano [jmarciano@aegworldwide.com]; Dan Beckerman [beckerd@aegworldwide.com]
Subject:    Fwd: ASM on AXS
Attachments: ASM on AXS.docx

As promised I did have LeeAnn along with Mike Dugan do a report for me as you hopefully know I try to do my best to be a great partner but as you know me and how I operate I'm always going to do what's best for the artists that I work for and those artists trust in me to make the right decisions on their behalf that's why I don't pay the ridiculous fees that other tour promoters pay
Please review the report and I'm happy to discuss but until everything is on a equal playing field I can't make the change for now
Thanks
Louie

Louis Messina

███████████
███████████

Messina Touring Group.
6836 Bee Caves Rd
Bldg. 3 Ste. 300
Austin, TX 78746

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
DX-0459

Begin forwarded message:

**From:** LeeAnn Gibbons <leeann@messinatouring.com>
**Date:** September 22, 2021 at 10:12:17 AM CDT
**To:** Louis Messina <Louis@messinatouring.com>
**Cc:** Mike Dugan <Mike@messinatouring.com>, LeeAnn Gibbons <leeann@messinatouring.com>
**Subject: ASM on AXS**

Hi Louie,

After our discussion, I wanted to circle back on some reasons why I recommend us waiting to use AXS in all ASM venues. The most important one is our ability to dynamically price our tickets. AXS has included me on workshops to discuss their future pricing tool and features like the sold maps and the mobile app. I'm thankful to be part of the conversation and looking forward to them building a great system for us to use across many more venues but we need to have promoter tools that save us time and make us more efficient, while generating more revenue for our company. Not all AEG offices utilize these Ticketmaster tools, so this move to AXS may not be as impactful for them, but that's not the case for us.

Ticketmaster Promoter Tools:
-       **Scaling Tool:** Even before production is confirmed we're able to use previous seating charts for each venue on the tour and create scenarios for initial scaling. All departments collaborate and changes are automatically saved so we're all working off the latest draft. This saves us so much crucial time before the show goes onsale.
-       **Reports Tool:** Prior to onsale and throughout the life of the show, we're able to pull reports in real-time to review inventory and pricing. We pull side by side sales comparisons for each venue which is necessary during onsales. We can see sold maps to make sure the sell patterns are consistent and to make sure we're filling all the seats. VIP, Platinum, Refunds, Resale and Sales by Location (zipcode) Reports can all be pulled from our dashboard. We don't have

AEG-CID-0000735774

to wait to get this information from the box offices. We also use these reports to go back to a certain date if we need to track patterns during discount offers. The mobile app version has all the features available through the desktop and very helpful while traveling to make quick decisions.

- **Events Tool:** This interactive map allows us to change ticket prices and shift inventory. We no longer have to send countless emails to the box offices to release seats. We can highlight the ones we want to change and then submit all online. The box office then just approves the request. Price changes can also happen this way but we use Pricemaster for most tours. It saves so much back and forth and time normally spent waiting for the box office to do the manual changes on the system.
- **Pricemaster Tool:** This pricing tool lets us directly change prices on the Ticketmaster system in seconds with no middle man. We utilize it on almost every tour and on average generate 30% more incremental revenue. It offers recommendations based on maximizing revenue and/or maximizing sales. We use it daily to manage the inventory and analyze sales.

It's not really fair to do a side by side comparison of both systems but I did want to explain the process of how it currently works on AXS.

AXS System:
- **Scaling:** We work with the box office to get a TixTrack map of our initial scaling and email revisions back and forth until confirmed.
- **Reports:** There's not an AXS dashboard for us to use. We get portal links from each box office to download a real-time audit. There's also not a way to view sales for multiple venues across the AXS system or any additional stats like demographics for us to easily retrieve. Any reports like this would need to be requested through the box office. The mobile app has some glitches with reporting inconsistent grosses, depending on what lifts are included, but they're working on it. I need to follow up. Many of our shows like T-Mobile Arena in Las Vegas are not available on the app. It's not an AXS issue, but there's not a lot of consistency with the AXS venues in granting permissions and reporting.
- **Status Maps:** This has been the biggest concern of mine for years. We really need to be able to view the seat status of a show in real-time. If the show is selling well we need to dynamically price. If it's not, we need to plan on dressing it so it doesn't appear the show is selling poorly once the interactive seat map has been enabled. Without the real-time maps it's very difficult to make the right choice. TixTrack will update a few times a day but it's not enough during sensitive times of the sales cycle. It's my understanding that the box office can push through a refresh but it's not automatic and some are limited to the number of refreshes per day.
- **Dynamic Pricing:** Prior to onsale we send the box office a breakdown of a dozen or so price level breaks on the map so we can make price changes quickly, if needed. This helps identify the seats we want to change in advance (similar to Pricemaster) but the box office has to manually make the change. Most box offices are quick but some are not and depending on workload may not get to it for hours, sometimes days. The setup is also different for each venue. Some box offices prefer to change prices one way over another which leaves the audits inconsistent and difficult to track sales.

Other AXS concerns:
- We have to wait 2 hrs after onsale to turn on the interactive seat map for fans to choose their seats on a map. We request to turn it on for the first presale but there are concerns with the high volume of visitors. We are able to turn it on when requested with Ticketmaster. Having this enabled for presales and onsales has been proven to increase ticket sales.
- AXS Resale is typically turned on at first presale, then selling on the same map with primary at 90% sold. TM+ is typically turned on at 98% selling on same map. We've always been concerned about primary competing with secondary and we've not been able to wait on AXS Resale going live at first presale or adjusting that sold percentage.
- Historically, Premium sales have not been as strong as Platinum on Ticketmaster, along with VIP sales.

Marketing support from Ticketmaster has also been a great contributor to sales. Below is an outline of what was offered on Eric Church's current tour:
- $20K Paid Social (FB/IG) budget
- Organic social marketing
- Comped Premium omni-channel (e-mail, TM app push + inbox message) direct marketing Campaign

Highly Confidential

AEG-CID-0000735775

DX-0459.0002

- Monthly dedicated emails "CENs" and PUSH notifications
- Inclusion in bi-weekly ticket guide ads
- Retargeting emails
- Secondary retargeting emails
- Last call performer alerts
- Home Page web spotlight and advertising across Ticketmaster
- Search page leaderboard ads
- Remnant advertising inventory across Ticketmaster.com
- Support from TM full suite of fan-driven e-mail alerts and mobile app PUSH notifications

From what I've gathered, AXS is currently creating the seating manifests for the ASM venues. Until the box office is comfortable using the AXS system, AXS staff will be building the shows and managing the inventory for them. This could take a year, maybe more before we can work directly with the box office staff on changes to the events. While I'm confident in AXS support and putting the shows onsale, I do worry that having to communicate through another party is going to create delays in workflow. Everything is fast paced when we're putting a full tour onsale and we rely so much on our box offices to make things happen.

Please let me know if you need clarification on any of this.

Thanks,

Lee Ann Gibbons
Director of Ticketing
Messina Touring Group

Highly Confidential

AEG-CID-0000735776

DX-0459.0003

Hi Louie,

After our discussion, I wanted to circle back on some reasons why I recommend us waiting to use AXS in all ASM venues. The most important one is our ability to dynamically price our tickets. AXS has included me on workshops to discuss their future pricing tool and features like the sold maps and the mobile app. I'm thankful to be part of the conversation and looking forward to them building a great system for us to use across many more venues but we need to have promoter tools that save us time and make us more efficient, while generating more revenue for our company. Not all AEG offices utilize these Ticketmaster tools, so this move to AXS may not be as impactful for them, but that's not the case for us.

Ticketmaster Promoter Tools:
- **Scaling Tool:** Even before production is confirmed we're able to use previous seating charts for each venue on the tour and create scenarios for initial scaling. All departments collaborate and changes are automatically saved so we're all working off the latest draft. This saves us so much crucial time before the show goes onsale.
- **Reports Tool:** Prior to onsale and throughout the life of the show, we're able to pull reports in real-time to review inventory and pricing. We pull side by side sales comparisons for each venue which is necessary during onsales. We can see sold maps to make sure the sell patterns are consistent and to make sure we're filling all the seats. VIP, Platinum, Refunds, Resale and Sales by Location (zipcode) Reports can all be pulled from our dashboard. We don't have to wait to get this information from the box offices. We also use these reports to go back to a certain date if we need to track patterns during discount offers. The mobile app version has all the features available through the desktop and very helpful while traveling to make quick decisions.
- **Events Tool:** This interactive map allows us to change ticket prices and shift inventory. We no longer have to send countless emails to the box offices to release seats. We can highlight the ones we want to change and then submit all online. The box office then just approves the request. Price changes can also happen this way but we use Pricemaster for most tours. It saves so much back and forth and time normally spent waiting for the box office to do the manual changes on the system.
- **Pricemaster Tool:** This pricing tool lets us directly change prices on the Ticketmaster system in seconds with no middle man. We utilize it on almost every tour and on average generate 30% more incremental revenue. It offers recommendations based on maximizing revenue and/or maximizing sales. We use it daily to manage the inventory and analyze sales.

It's not really fair to do a side by side comparison of both systems but I did want to explain the process of how it currently works on AXS.

AXS System:
- **Scaling:** We work with the box office to get a TixTrack map of our initial scaling and email revisions back and forth until confirmed.
- **Reports:** There's not an AXS dashboard for us to use. We get portal links from each box office to download a real-time audit. There's also not a way to view sales for multiple venues across the AXS system or any additional stats like demographics for us to easily retrieve. Any reports like this would need to be requested through the box office. The mobile app has some glitches with reporting inconsistent grosses, depending on what lifts are included, but they're working on it. I need to follow up. Many of our shows like T-Mobile Arena in Las Vegas are not available on the

Highly Confidential

AEG-CID-0000735777

app. It's not an AXS issue, but there's not a lot of consistency with the AXS venues in granting permissions and reporting.

- **Status Maps:** This has been the biggest concern of mine for years. We really need to be able to view the seat status of a show in real-time. If the show is selling well we need to dynamically price. If it's not, we need to plan on dressing it so it doesn't appear the show is selling poorly once the interactive seat map has been enabled. Without the real-time maps it's very difficult to make the right choice. TixTrack will update a few times a day but it's not enough during sensitive times of the sales cycle. It's my understanding that the box office can push through a refresh but it's not automatic and some are limited to the number of refreshes per day.
- **Dynamic Pricing:** Prior to onsale we send the box office a breakdown of a dozen or so price level breaks on the map so we can make price changes quickly, if needed. This helps identify the seats we want to change in advance (similar to Pricemaster) but the box office has to manually make the change. Most box offices are quick but some are not and depending on workload may not get to it for hours, sometimes days. The setup is also different for each venue. Some box offices prefer to change prices one way over another which leaves the audits inconsistent and difficult to track sales.

Other AXS concerns:

- We have to wait 2 hrs after onsale to turn on the interactive seat map for fans to choose their seats on a map. We request to turn it on for the first presale but there are concerns with the high volume of visitors. We are able to turn it on when requested with Ticketmaster. Having this enabled for presales and onsales has been proven to increase ticket sales.
- AXS Resale is typically turned on at first presale, then selling on the same map with primary at 90% sold. TM+ is typically turned on at 98% selling on same map. We've always been concerned about primary competing with secondary and we've not been able to wait on AXS Resale going live at first presale or adjusting that sold percentage.
- Historically, Premium sales have not been as strong as Platinum on Ticketmaster, along with VIP sales.

Marketing support from Ticketmaster has also been a great contributor to sales. Below is an outline of what was offered on Eric Church's current tour:

- $20K Paid Social (FB/IG) budget
- Organic social marketing
- Comped Premium omni-channel (e-mail, TM app push + inbox message) direct marketing Campaign
- Monthly dedicated emails "CENs" and PUSH notifications
- Inclusion in bi-weekly ticket guide ads
- Retargeting emails
- Secondary retargeting emails
- Last call performer alerts
- Home Page web spotlight and advertising across Ticketmaster
- Search page leaderboard ads
- Remnant advertising inventory across Ticketmaster.com
- Support from TM full suite of fan-driven e-mail alerts and mobile app PUSH notifications

From what I've gathered, AXS is currently creating the seating manifests for the ASM venues. Until the box office is comfortable using the AXS system, AXS staff will be building the shows and managing the

Highly Confidential

AEG-CID-0000735778

DX-0459.0005

inventory for them. This could take a year, maybe more before we can work directly with the box office staff on changes to the events. While I'm confident in AXS support and putting the shows onsale, I do worry that having to communicate through another party is going to create delays in workflow. Everything is fast paced when we're putting a full tour onsale and we rely so much on our box offices to make things happen.

Please let me know if you need clarification on any of this.

Thanks,

Lee Ann Gibbons
Director of Ticketing
Messina Touring Group

Highly Confidential

AEG-CID-0000735779

**DX-0459.0006**