# EXHIBIT 6

Message

**From:**     John Meglen [john@concertswest.com]
**Sent:**     5/27/2021 5:59:58 PM
**To:**       Jay Marciano [jmarciano@aegworldwide.com]
**CC:**       Paul Gongaware [paul@concertswest.com]
**Subject:**  Re: AXS/Stones

The rescheduled shows will have to operate under the ticketing system they originally went on sale with. That would leave Vegas as the only new show. LA is obviously TM only.
Personally after the vegas on sales and the slow process it takes to buy a ticket, I am very nervous about using AXS.
Sorry, but it's just not ready yet.
John
Sent from my iPhone

On May 27, 2021, at 6:09 PM, Jay Marciano <jmarciano@aegworldwide.com> wrote:

Gents -

Wanted to share some good news.

Although it won't be announced for a couple more days (so please keep confidential between us) the ASM/TM/AXS ticketing deal has been signed, which will allows us to use AXS for AEG Presents shows in nearly all ASM managed venues.

This happens to apply to the Stadium in Minneapolis - where the Stones are routed. (Also applies to Soldiers Field, where Elton is playing).

Additionally, it is our understanding that the stadiums in Dallas (Cotton Bowl) and Raymond James in Tampa are non-exclusive to TM and promoter (us!) can use their own ticketing.

This means AXS can potentially ticket 3 of the Stones shows on this tour. Big win and (over time) enormously helps us in competing with LN/TM.

Am certain Bryan will want to discuss further with you, but wanted to give you the heads up.

Jay

**Jay Marciano**

Chief Operating Officer, AEG
Chairman & CEO, AEG Presents
Los Angeles, CA 90015
jmarciano@aegworldwide.com



CONFIDENTIAL                                                                           AEG-CID-0000161918

**DX-0416.0001**

Sent from my iPhone
Please excuse typos

CONFIDENTIAL

AEG-CID-0000161919

**DX-0416.0002**