# EXHIBIT 7

Message
_____

| From: | Jay Marciano [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6F7D85B8170F4381894081D5165F3BC9-JAY MARCIAN] |
|---|---|
| Sent: | 5/8/2024 7:47:24 AM |
| To: | Bryan Perez [bperez@axs.com] |
| Subject: | Re: Coachella On Sale |

Let's get on a quick call to discuss
today.

**Jay Marciano**

Chief Operating Officer, AEG
Chairman & CEO, AEG Presents
Los Angeles, CA 90015
jmarciano@aegworldwide.com
████████████



Sent from my iPhone
Please excuse typos

On May 8, 2024, at 7:09 AM, Bryan Perez <bperez@axs.com> wrote:

Hi – I wanted to check in and see if you had any guidance here as I'd like to communicate to them this morning.  I was leaning towards waiving all fees for the current sales as that's where the impact was it and it feels like a ████ penalty is pretty large, but I'm not sure how others are thinking of it.

**From:** Bryan Perez <bperez@axs.com>
**Date:** Tuesday, May 7, 2024 at 2:20 PM
**To:** Jay Marciano <jmarciano@aegworldwide.com>
**Subject:** Re: Coachella On Sale

I had originally considered offering to buy-in all the tickets from customers with duplicate orders at face value, but since 84% of them have already re-purchased (and continue to do so), that doesn't feel like enough of an offer anymore.

I'm open to your suggestion and do want to make a pre-emptive offer.  If we returned all our retained fees from last week, it would amount to ████████  If you are saying we should waive the fees for next January and through to the festival as well, including waitlist releases between now and then, that's another ████.

**From:** Jay Marciano <jmarciano@aegworldwide.com>
**Date:** Monday, May 6, 2024 at 8:50 PM
**To:** Bryan Perez <bperez@axs.com>
**Subject:** Re: Coachella On Sale

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-1043**

Highly Confidential

AEG-LIT-000007597

DX-1043.0001

I appreciate the detailed response consummation but given that AXS has failed GV on the Stagecoach on sale, failed GV on the No Values on sale and now failed GV on the Coachella on sale, I think maybe you should consider waiving all your fees for Coachella for all of Coachella 2025? Maybe you should preempt their ask?

Thoughts?

As for the continued failures, it does seem to me that our QA team is very weak.

Still requires a much deeper conversation but need to sort this out or AXS is losing the room.

Jay


**Jay Marciano**


Chief Operating Officer, AEG
Chairman & CEO, AEG Presents
Los Angeles, CA 90015
jmarciano@aegworldwide.com



Sent from my iPhone
Please excuse typos



On May 6, 2024, at 7:06 PM, Bryan Perez <bperez@axs.com> wrote:



**From:** Jack McCarty <jmccarty@axs.com>
**Date:** Monday, May 6, 2024 at 5:13 PM
**To:** Melissa Ormond <melissa@goldenvoice.com>
**Cc:** Bill Fold <fold@coachella.com>, Chad Holden <chadh@goldenvoice.com>, Amanda Gray <amanda@goldenvoice.com>, Clarissa DeMarquez <clarissa@goldenvoice.com>, Bryan Perez <bperez@axs.com>, Tom Andrus <tandrus@axs.com>, Victoria Smith <vsmith@axs.com>, Brooke Michael Kain <bkain@aegpresents.com>
**Subject:** Re: Coachella On Sale

All,

Thanks for your patience. In order to be as transparent and detailed a possible, we have gone into more technical details around the database issue in addition to answering your questions.

First, we want to provide additional information from our investigation and review of Friday.

The first item was related to Queue IT. QueueIT is still investigating the root cause, but has told us the issue was limited to the specific "skin" or "theme" which is a custom festival template. The items they have questioned on the theme are 1) the two waiting room videos (pre-waiting room and actual waiting room) and 2) the tracking pixel link. The template has been in use for months on previous on sales without issue. We just

Highly Confidential

AEG-LIT-000007598

**DX-1043.0002**

ran another test with the same template and were not able to reproduce the issue, so we need Queue IT to continue their investigation.  We also need to coordinate with AEG Presents on the pixel itself to see if there are any recent changes. Once the Queue IT bot protection was disabled, the issue was resolved.

The second and main item was a database update put in place two weeks ago to support an ongoing financial settlement automation project via Salesforce. The database setting is a standard Oracle option that allows for a "summary view" of underlying data, which would be leveraged for the settlement automation. As data is written to the database the "summary view" auto recalculates.  While Oracle recalculates it does not allow for updates to the record being referenced (data lock).  In this instance, it went beyond the single record and escalated to a larger dataset.  Lock escalation is where the system consolidates multiple locks into a higher level one (for example consolidating multiple row locks to a partition or the whole table) typically to recover resources taken up by large numbers of fine-grained locks.  The resulting impact was decreased database response time despite plenty of available capacity, fans experienced latency, and incomplete orders recorded as sales.

The setting change was reviewed by our lead DBA and tested successfully against sales volume and back office/admin volume but did not have scanning volume as part of the test.  The update has since been removed and will not be re-implemented.

A byproduct of the database backup was that the sweeper (a routine task that removes incomplete sales) did not process in real time.  The sweeper itself was not the issue.  The latency created a large backlog that it was not able to work through for some time, eventually processing them starting around 2pm.

**How does your team prevent this in the future?**

*How do we prevent the QueueIT issue?*
While we continue to work with QueueIt to isolate the root cause, in the short term, we propose disabling the Queue IT bot protection.  The impact of this may be more bots in the queue numbers, and potentially skewing conversion stats vs. historicals, but should not increase risk.

*How do we prevent the database issue?*
We have removed the setting added as part of the financial settlement project and it will not be re-introduced.  A new solution will be developed in the future.

*How do we prevent the sweeper order issue?*
The issue wasn't with the sweeper itself, but rather the database issue described above.  However, we plan to build alerts to create awareness of a building backlog and potential misappropriation of sales.

*How do we prevent more "general" on sale issues?*
In the short term, we will execute manual scripts to generate the "side load" on the database for critical path (i.e. anything on the database) releases and test these as part of our pre-onsale load testing efforts.  In the longer term, we must create a QA environment that fully replicates the production environment including sanitized customer data and real-time synchronizing of client configurations across the portfolio to enable more efficient and comprehensive automated load testing.  This is a multi-month project.

**What's the cause and fix on the queue-it side?**
See note above.  They have pointed to custom items, such as the YouTube video and tracking pixel, that were unique to the Coachella waiting room but we are still confirming whether there were any changes to any of those elements before we accept their analysis.

**How do we ensure scanning for Hangout doesn't cause an issue for the Portola o/s?**

Highly Confidential

AEG-LIT-000007599

**DX-1043.0003**

These two events are on separate and unique databases: Hangout (Context - Winter Circle is on RDS6), and Portola (Context - GV Regional Festivals is on RDS1). Additionally, the financial settlement function has been disabled.  Last, as part of our on-sale preparation we will simulate the scanning activity during an on sale load test.

**I recall the new CTO and CPO on the AXS side assuring us they had created enough headroom for the database that we wouldn't have these issues going forward?**
The issue was not capacity, it was throughput.  The locking is not related to the total capacity of the database and can be likened to adding speed bumps on a freeway, causing traffic to slow down even when the road isn't congested. And despite the database having ample capacity, the locking significantly impacted processing performance.

**And the "sweeper"…losing all these sales we thought we had is a punch in the gut after the preceding issues.  How do we trust the numbers going forward?**
The sweeper is supposed to be managing orders as close to real-time as possible, thus portraying an accurate picture of sales.  This was a unique situation because of the database issue.  We are modifying the sweeper in the short-term to alert us of situations where it is backed up; and have longer-term plans to redesign it.

**Of the ~12,000 tickets that have already been "swept" and canceled, how many were:**
  **-fraud**
  **-duplicate orders**
  **-is there another category here?**
The other category is orders that do not have any payment attempt.  This scenario is unique to the Coachella on sale and occurred when the database was under duress.

**Is there anyone associated with the 12k tickets that can be retargeted for purchase?**
84% of these fans were able to repurchase tickets (i.e. duplicated orders) between Friday and now.
16% of these fans have not purchased and will be targeted (see below)

**What are strategy and timing for communication on the ~2500 tickets for which purchasers need to complete their purchases?**
This number is now closer to 2000 tickets as fans have returned to purchase over the weekend.  These tickets currently sit on the customer account as a valid order.  We will communicate to the fan that a) the order is incomplete and requires payment, or b) create an account level restricted offer to invite them back to purchase a ticket.  This message is queued and will send today.

**12k tickets canceled of ~80k seems like a high percentage of the total "sold" tickets.  What is the average number typically canceled during an on-sale?**
Historically, we have seen ~13% of orders result in an incomplete sale which are reversed in near real time during the on sale.  On Friday, the number is higher than normal, and is attributed to the database issues and duplicate attempts.  However, as noted above 84% of those fans were able to return to make a successful purchase.

We will follow tomorrow with a detailed on-sale preparation plan for Portola.

Please let me know if you have any questions.

Thanks,
Jack

Highly Confidential                                                                 AEG-LIT-000007600

**DX-1043.0004**

**From:** Jack McCarty <jmccarty@axs.com>
**Date:** Sunday, May 5, 2024 at 3:44 PM
**To:** Melissa Ormond <melissa@goldenvoice.com>
**Cc:** Bill Fold <fold@coachella.com>, Chad Holden <chadh@goldenvoice.com>, Amanda Gray <amanda@goldenvoice.com>, Clarissa DeMarquez <clarissa@goldenvoice.com>, Bryan Perez <bperez@axs.com>, Tom Andrus <tandrus@axs.com>, Victoria Smith <vsmith@axs.com>, Brooke Michael Kain <bkain@aegpresents.com>
**Subject:** Re: Coachella On Sale

Hi Melissa,
I have been running around today but will have answers to all your questions later this evening and tomorrow.
Thanks
Jack

**From:** Melissa Ormond <melissa@goldenvoice.com>
**Sent:** Sunday, May 5, 2024 10:30 AM
**To:** Jack McCarty <jmccarty@axs.com>
**Cc:** Bill Fold <fold@coachella.com>; Chad Holden <chadh@goldenvoice.com>; Amanda Gray <amanda@goldenvoice.com>; Clarissa DeMarquez <clarissa@goldenvoice.com>; Bryan Perez <bperez@axs.com>; Tom Andrus <tandrus@axs.com>; Victoria Smith <vsmith@axs.com>; Brooke Michael Kain <bkain@aegpresents.com>
**Subject:** Re: Coachella On Sale

Hello all

Additional questions:
-of the ~12,000 tickets that have already been "swept" and canceled, how many were:
  -fraud
  -duplicate orders
  -is there another category here?
-is there anyone associated with the 12k tickets that can be retargeted for purchase?

-what are strategy and timing for communication on the ~2500 tickets for which purchasers need to complete their purchases?

-12k tickets canceled of ~80k seems like a high percentage of the total "sold" tickets. What is the average number typically canceled during an on-sale?

Melissa Ormond
COO, Goldenvoice
COO Festivals, AEG Presents
██████████

On May 4, 2024, at 4:12 PM, Melissa Ormond <melissa@goldenvoice.com> wrote:

+ Brooke

Highly Confidential

AEG-LIT-000007601

**DX-1043.0005**

Thanks for the email Jack

How does your team prevent this in the future?

What's the cause and fix on the queue-it side?

How do we ensure scanning for Hangout doesn't cause an issue for the Portola o/s?

I recall the new CTO and CPO on the AXS side assuring us they had created enough headroom for the database that we wouldn't have these issues going forward?

And the "sweeper"…losing all these sales we thought we had is a punch in the gut after the preceding issues. How do we trust the numbers going forward ?

We will appreciate detailed follow-up this week

Melissa


Melissa Ormond
COO, Goldenvoice
COO Festivals, AEG Presents


On May 4, 2024, at 1:32 PM, Jack McCarty <jmccarty@axs.com> wrote:


Hello,

We sincerely apologize for the difficulties during yesterdays on sale. Below is a brief account of the issues.

First, at approximately 11:09am some fans reported a 404-error page when trying to access the waiting room from coachella.com and axs.com. Our waiting room partner, QueueIT, promptly joined our call to investigate the issue. At 11:27am we temporarily disabled the standard QueueIT bot protections, which are typically in place for all sales, which eliminated the 404-error page display for those fans who received it. Fans experiencing the 404 were admitted into the queue once the page was refreshed. QueueIT is currently conducting further investigation.

We also experienced load on the database, leading us to reduce the queue throughput at 11:17am. Our team determined that the increased load was caused by an inefficient operation that became apparent with the surge in sales and scanning activity. The throughput was limited to 200 per minute and sales continued during this time. To return to higher throughput and database performance, we restricted the scanning volume on the database, allowing us to eliminate the inefficient operation. Following this adjustment, the database recovered, and we were able to restore normal throughput starting at 11:55am.

Lastly, around 2:39pm, we were alerted by a decrease in the sales audit. Investigation revealed that an internal process known as the "sweeper" was processing a backlog of orders. The sweeper operates at a frequency of ~5-minute intervals to remove sales without payments, often due to declined cards for fraud or other reasons. We paused the sweeper at 3:40pm to assess the backlog, identify customers who had purchased passes and those who had not. Orders for customers without a purchase were preserved (approximately 25% of the backlog), and the sweeper processing was resumed for customers who had made a purchase (approx 75% of the backlog) on another order. The sweeper was then resumed, and in total approximately 12k passes were returned that were duplicate orders. We believe that the database stress contributed to an increase in incomplete orders which the sweeper was not equipped to handle quickly.

Highly Confidential                                                          AEG-LIT-000007602

Our teams continue to investigate, and we will provide additional information soon.

Thanks,
Jack

Highly Confidential                                                        AEG-LIT-000007603

**DX-1043.0007**