# EXHIBIT 8

**From:**     Laurie Jacoby <ljacoby@bseglobal.net>
**Sent:**     Mon, 26 Jul 2021 17:47:13 -0400 (EDT)
**To:**       Danielle du Toit <ddutoit@seatgeek.com>; John Abbamondi<jabbamondi@bseglobal.net>
**Subject:**  RE: SG map

---

Hi Danielle,

Just checking back in on this.

I'd love to be able to be able to speak to our ability to provide transparency across all of our on sales. It's not simply about turning off secondary sales.

I've attached the current "Springsteen on Broadway" screen grab where the tickets being sold are clearly denoted as "verified resale" . There was also a quick pop up banner that shows up stating the same when you hit a certain event page for this run of shows. Ideally we would be able to have a color coded map when primary and secondary sales are both active as well as this type of treatment you're set up to do on Springsteen on Broadway.

Case in point: the Springsteen camp are weighing options as far as an on sale period for their 2022 shows. They're asking us for transparency on the Seat Geek website for any show they put on sale for Barclays Center. If this can't be achieved they're considering going on sale prior to October 1st.

Please let us know what next steps are in this process and set up.

Thank you!
Laurie

No. 1:24-cv-03973-AS
**Defs' Trial Exhibit**
**DX-0447**

HIGHLY CONFIDENTIAL                                                    SG-CID-00011109



# $1,613/ea

Excl. $323 fees

---

Get in with your phone

Springsteen on Broadway
Sat, Sep 4 at 8pm

Seats 109–110

HIGHLY CONFIDENTIAL                                    SG-CID-00011110

**DX-0447.0002**

**From:** Danielle du Toit <ddutoit@seatgeek.com>
**Sent:** Thursday, July 22, 2021 1:56 PM
**To:** John Abbamondi <jabbamondi@bseglobal.net>
**Cc:** Laurie Jacoby <ljacoby@bseglobal.net>
**Subject:** Re: SG map

**[External Email]**

Hello John

I have no idea how I missed this email. I will get onto this right now.

Soon in the process you will be assigned a Program Manager who will be your dedicated point person for the full program, to finish off Implementation and going forward so emails won't be dropped. My apologies!

DdT

**Danielle du Toit**
President, SeatGeek Enterprise
SeatGeek

████████████

Yip - We are hiring! Have a look at open roles here: https://seatgeek.com/jobs

On Thu, Jul 22, 2021 at 1:53 PM John Abbamondi <jabbamondi@bseglobal.net> wrote:

Any thoughts? This is a live issue with Springsteen rn. Thx

Get Outlook for iOS

**From:** John Abbamondi <jabbamondi@bseglobal.net>
**Sent:** Tuesday, July 20, 2021 12:56:13 PM
**To:** Danielle du Toit <ddutoit@seatgeek.com>
**Subject:** FW: SG map

Danielle-

Wanted to flag this for you. One of the things we're starting to hear from certain promoters is that they prefer transparency on primary v secondary so that their fans know, for example, that a $500 floor seat is a resale ticket rather than the artist being "greedy". It's a legitimate brand concern that many artists have. That would of course be a new feature for SG but one I'd encourage you to consider. Kendyl's alternative – the promoter simply tells us to turn off resale—isn't in the best interest of SG, BSE or the fans. I do think we'll get more promoters turning on resale if we can provide them with this brand protection.

Thanks,

John

**From:** Laurie Jacoby <ljacoby@bseglobal.net>
**Date:** Tuesday, July 20, 2021 at 12:52 PM
**To:** John Abbamondi <jabbamondi@bseglobal.net>
**Subject:** SG map

HIGHLY CONFIDENTIAL

SG-CID-00011111

**DX-0447.0003**

Per our conversation yesterday.. I asked about the color coded map..

---

**From:** Kendyl Dunn <kdunn@seatgeek.com>
**Sent:** Tuesday, July 20, 2021 12:00 PM
**To:** Laurie Jacoby <ljacoby@bseglobal.net>
**Cc:** Matt Jordan <mjordan@seatgeek.com>
**Subject:** Re: quick ?

[External Email]

Sounds good!

SeatGeek doesn't have color coded maps to denote secondary vs primary on the event page, mostly because philosophically we'd say a blended marketplace best serves fans. I'll incorporate into our next meeting more detail on *why* we believe that's the case as I fully realize it's different than what some promoters are used to. However, it hasn't ended up being an issue for our clients to date since we ultimately leave the decision to turn transfer/resale on in the hands of the promoter.

Please consider the environment before printing this e-mail

HIGHLY CONFIDENTIAL                                        SG-CID-00011112

**DX-0447.0004**



Please consider the environment before printing this e-mail

HIGHLY CONFIDENTIAL

SG-CID-00011113

**DX-0447.0005**