# EXHIBIT 9

From:        Chris Smith <chris.smith@icmpartners.com>
Sent:        Mon 10/25/2021 4:22 PM (GMT-04:00)
To:          Jesse Stoll <jstoll@aegpresents.com>
Cc:          Corey Humpage <chumpage@bseglobal.net>;Laurie Jacoby
             <ljacoby@bseglobal.net>;Josh Lanham (Assistant) <josh.lanham@icmpartners.com>
Bcc:
Subject:     Re: MARTIN LAWRENCE / BARCLAYS CENTER / OCTOBER 30, 2021 / SEATGEEK
Attachments: image001.png; image002.png

[External Email]

Let me be more clear.  We're so angry about this ticket company change we are discussing cancelling !! I
need a lot more financial help from venue now. A big rent deduction !
Thank you

Chris Smith
Partner
10250 Constellation Blvd.
Los Angeles, CA 90067
T: (310-550-4245)
F:(310-228-6395)
M: ▮▮▮▮▮▮▮▮
www.icmpartners.com
Chris_smith@icmpartners.com


On Oct 25, 2021, at 1:07 PM, Jesse Stoll <jstoll@aegpresents.com> wrote:


+Chris and his office as well – Martin's team is keeping a very close eyes on this as we near the date
this Saturday and with wraps slow for the market, there is a lot of concern on how short we will be
falling on this date..


**JESSE STOLL**
**AEG PRESENTS – SENIOR TALENT BUYER & PRODUCER**
**1800 AUSTRALIAN AVE SOUTH – STE 201**
**WEST PALM BEACH, FL 33409**
*WORK:* **(561) 681–5627 I** *CELL:* ▮▮▮▮▮▮▮▮
*EMAIL:* **JSTOLL@AEGPRESENTS.COM**

<image001.png>


**From:** Jesse Stoll
**Sent:** Monday, October 25, 2021 1:19 PM
**To:** Corey Humpage <chumpage@bseglobal.net>
**Cc:** Laurie Jacoby <ljacoby@bseglobal.net>
**Subject:** RE: MARTIN LAWRENCE / BARCLAYS CENTER / OCTOBER 30, 2021 / SEATGEEK

CONFIDENTIAL TREATMENT REQUESTED

Corey / Laurie,

I am seeing current count as 7627 – Is that a live accurate count (with all other tickets now imported fully from Ticketmaster)?

Just want to confirm, as 90 tickets sold over the weekend is super weak (compared to over 200 wrapped in Philly for the day before)..

Jesse


**JESSE STOLL**
**AEG PRESENTS – SENIOR TALENT BUYER & PRODUCER**
**1800 AUSTRALIAN AVE SOUTH – STE 201**
**WEST PALM BEACH, FL 33409**
**WORK: (561) 681–5627 I CELL:** ▓▓▓▓▓▓▓▓
**EMAIL: JSTOLL@AEGPRESENTS.COM**

\<image001.png>


**From:** Corey Humpage <chumpage@bseglobal.net>
**Sent:** Friday, October 15, 2021 10:26 PM
**To:** Josh Lanham (Assistant) <josh.lanham@icmpartners.com>
**Cc:** Jesse Stoll <jstoll@aegpresents.com>; Chris Smith <chris.smith@icmpartners.com>; Laurie Jacoby <ljacoby@bseglobal.net>; Kelsey Danca <kdanca@aegpresents.com>
**Subject:** Re: MARTIN LAWRENCE / BARCLAYS CENTER / OCTOBER 30, 2021 / SEATGEEK

EXTERNAL

Thanks.   Have a good weekend everyone.


On Oct 15, 2021, at 9:52 PM, Josh Lanham (Assistant) <josh.lanham@icmpartners.com> wrote:


[External Email]

This works for Chris as well. Please find the dial in below and please let me know if you have any questions.

Dial in: **(602) 580-9434**
Code: **7252438#**

Best,

**Josh Lanham**
*Office of Chris Smith | Partner*
\<image002.png>

CONFIDENTIAL TREATMENT REQUESTED

10250 Constellation Blvd.
Los Angeles, CA 90067
Josh.lanham@icmpartners.com
O: 310-550-4245 ███████████

**Click HERE to access ICM Partners full roster**

**From:** Jesse Stoll <jstoll@aegpresents.com>
**Sent:** Friday, October 15, 2021 6:43 PM
**To:** Corey Humpage <chumpage@bseglobal.net>
**Cc:** Chris Smith <chris.smith@icmpartners.com>; Laurie Jacoby <ljacoby@bseglobal.net>; Josh
Lanham (Assistant) <josh.lanham@icmpartners.com>; Kelsey Danca <kdanca@aegpresents.com>
**Subject:** Re: MARTIN LAWRENCE / BARCLAYS CENTER / OCTOBER 30, 2021 / SEATGEEK

Works good for me, Chris?

Sent from my iPhone

On Oct 15, 2021, at 8:10 PM, Corey Humpage <chumpage@bseglobal.net> wrote:

EXTERNAL

Jesse and Chris,

How does 5:30PM Eastern on Monday look for you?

On Oct 14, 2021, at 6:05 PM, Jesse Stoll <jstoll@aegpresents.com> wrote:

[External Email]

I'm free Monday anytime really to jump ahead of this - Corey / Laurie, Chris and the Martin tour
team are concerned about the way our tickets have been moving ever since the transition to Seat
Geek. We should be starting to shift and wrap heavily I.e. 50-80 tickets a day and more in the
closing 10-14 days. Whatever support we need from this ticketing company needs to be clearly
defined and outlined and in sync with our marketing manager Kelsey. Brooklyn is our biggest

BSE-DOJ-00078325

market in the country by a mile and we cannot afford to fall short because of a ticketing company transition. Just to note in comparison, we did over 11k tickets paid last time in 2018.

Sorry to sound curt or stern, it's just uber important we get out ahead of it all now while we can.

Thank you!

Jesse

Sent from my iPhone

On Oct 14, 2021, at 4:52 PM, Chris Smith <chris.smith@icmpartners.com> wrote:

EXTERNAL

Laurie & Corey – I hope all is well with the both of you. I wanted to reach out to set up a conference call regarding my Martin Lawrence LIT AF show I have here in two weeks. Would need to do this as soon as possible as we have issues we need to address.

Thanks,

**Chris Smith**
*Partner*
<image001.png>
10250 Constellation Blvd.
Los Angeles, CA 90067
chris.smith@icmpartners.com
O: (310) 550-4245 ███████

**Click HERE to access ICM Partners full roster**

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.

ICM Partners
10250 Constellation Boulevard, Los Angeles, CA 90067 (TA000229129)
65 E. 55th Street, New York, NY 10022 (1474108-DCA)

BSE-DOJ-00078326

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.

ICM Partners
10250 Constellation Boulevard, Los Angeles, CA 90067 (TA000229129)
65 E. 55th Street, New York, NY 10022 (1474108-DCA)

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.

ICM Partners
10250 Constellation Boulevard, Los Angeles, CA 90067 (TA000229129)
65 E. 55th Street, New York, NY 10022 (1474108-DCA)

CONFIDENTIAL TREATMENT REQUESTED

BSE-DOJ-00078327