# EXHIBIT 10

From:     Coran Capshaw ████████████████████████

Sent:     10/26/2021 3:28:12 PM

To:     Marsha Vlasic ████████████████ ; Laurie Jacoby ████████████ ; Stacie George [staciegeorge@livenation.com]; Marc Allan ████████████████

Subject:     Re: SEAT GEEK

[EXTERNAL]

This is not good at all. We need help and support here

  Original Message
From: Marsha Vlasic
Sent: Tuesday, October 26, 2021 8:26 AM
To: Laurie Jacoby; Stacie; Marc Allan; Coran Capshaw
Subject: SEAT GEEK

HELLO:

This morning was very much a disaster!!!! The rep from SG Molly was cool as a cucumber but that actually aggravated the situation.  Why wasn't more people from her engineering team on the call? At each problem she had to go and search for help, she had no answers!!!!!! We feel SG definitely cost us approximately 2500 tickets in the first hour.  2019 first day of presale we did 5269 and we are at 2692!!!! We are off over $300k in revenue!!!! Someone is going to have to account for this!

Marsha Vlasic
President
Artist Group International
150 E 58th St.
NY NY 10155
Main ████
Direct ████
Fax ████████

No. 1:24-cv-03973-AS
**Defs' Trial Exhibit**
**DX-0475**

HIGHLY CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT
**DX-0475.0001**

LNE22-000768927