# EXHIBIT 11

From:     Laurie Jacoby </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C6A4BF8D52CA445DA2D48E54BEE0868A-
              LAURIE JACO>
Sent:     Tue 10/26/2021 1:47 PM (GMT-04:00)
To:       John Abbamondi <jabbamondi@bseglobal.net>
Cc:
Bcc:
Subject: FW: SEAT GEEK

I'm looking to get some answers from SG, but this what I woke up to. Aaron was on the call so I asked to let me know what he thought the issues were. In the meantime this is elevated up to Coran now. Marsha is their agent and for the last week I had to convince her to keep the show because she was nervous about SG.
For the record I had to beg to get someone from SG to even be on the sales monitoring call with LN, management and their agent. I was rightfully concerned that there could be issues that needed addressing.
Once I find out more info from SG, this may need Russ with us calling Coran and Marsha.
thx

**From:** Aaron Jakubovitz <ajakubovitz@bseglobal.net>
**Sent:** Tuesday, October 26, 2021 1:20 PM
**To:** Laurie Jacoby <ljacoby@bseglobal.net>
**Subject:** RE: SEAT GEEK

Oh god. Yeah aisle seats weren't showing up as an option at first. Molly said this was due to the instructions in the ticketing letter.

There was also some issue around allocations with floor tickets but I'm not exactly sure what the problem was. I asked Molly if she could help clarify. Not sure if it was a SeatGeek issue or something else.

The call overall was very civil until the very end where Stacie laid into Molly and said that SG made her lose out on revenue.

FWIW I actually thought Molly was helpful on the call. It was just her, so that was tough – definitely would have been better if there was at least one more person from SG. But her + Sarah McCoy were able to help fix anything that came up.

**From:** Laurie Jacoby <a href="mailto:ljacoby@bseglobal.net">ljacoby@bseglobal.net>
**Sent:** Tuesday, October 26, 2021 1:05 PM
**To:** Aaron Jakubovitz <a href="mailto:ajakubovitz@bseglobal.net">ajakubovitz@bseglobal.net>
**Subject:** Fwd: SEAT GEEK



No. 1:24-cv-03973-AS
Defs' Trial Exhibit
**DX-0476**

CONFIDENTIAL TREATMENT REQUESTED

BSE-DOJ-00199638

This is what I woke up to. What happened? The aisle seats ? They're looking for blood.


Begin forwarded message:

**From:** Coran Capshaw <a href="mailto:coran.capshaw@redlightmanagement.com">coran.capshaw@redlightmanagement.com>
**Date:** October 26, 2021 at 5:28:18 AM HST
**To:** Marsha Vlasic <a href="mailto:Marsha.Vlasic@artistgrp.com">Marsha.Vlasic@artistgrp.com>, Laurie Jacoby <a href="mailto:ljacoby@bseglobal.net">ljacoby@bseglobal.net>, Stacie <a href="mailto:StacieGeorge@livenation.com">StacieGeorge@livenation.com>, Marc Allan <a href="mailto:marc.allan@redlightmanagement.com">marc.allan@redlightmanagement.com>
**Subject: Re: SEAT GEEK**

Email]

This is not good at all. We need help and support here

Original Message
From: Marsha Vlasic
Sent: Tuesday, October 26, 2021 8:26 AM
To: Laurie Jacoby; Stacie; Marc Allan; Coran Capshaw
Subject: SEAT GEEK


HELLO:

This morning was very much a disaster!!!! The rep from SG Molly was cool as a cucumber but that actually aggravated the situation. Why wasn't more people from her engineering team on the call? At each problem she had to go and search for help, she had no answers!!!!!! We feel SG definitely cost us approximately 2500 tickets in the first hour. 2019 first day of presale we did 5269 and we are at 2692!!!! We are off over $300k in revenue!!!! Someone is going to have to account for this!


Marsha Vlasic
President
Artist Group International
150 E 58th St.
NY NY 10155
Main 212.813.9292
Direct ▮▮▮▮▮▮
Fax 212.813.1972

CONFIDENTIAL TREATMENT REQUESTED

BSE-DOJ-00199639

**DX-0476.0002**