# EXHIBIT 12

To: ████████████
Date: 06/17/2022 18:49:53

Not today but next week I really want to dive into some things re Seat Geek.  So odd to me that we didn't sell more for Jack Harlow among other shows.  I'm  wondering If they're throttling sales too much for fear that the system can't handle it.  Do they suppress certain accounts because they don't want comp in the secondary ?  A whole host of concerns. I really don't trust them.  Sorry to rant but I have to get this down. It's clear they only care about secondary sales on everything they do. They're killing our business and reputation.  Ok go back to your Vacation day. 😅_

No. 1:24-cv-03973-AS
Defs' Trial Exhibit
DX-0608

Highly Confidential

BSE-DOJ-00130173

DX-0608.0001