# EXHIBIT 13



Chat with "Louis Messina" <​████████​> on September 20, 2022
David Marcus <​████████​>
Louis Messina <​████████​>

Earliest item: 2022-09-20 01:34:19
Latest item: 2022-09-20 02:11:49

**Tuesday 20 September 2022**

Instant Message : Native Messages
From                                                                01:34:19
    Louis Messina <​████████​>

Just a heads up I was on the phone with the Denver Stadium they are getting close to a deal with seatgeek



Instant Message : Native Messages
From                                                                02:05:11
    David Marcus <​████████​>

Ugh

Instant Message : Native Messages
From                                                                02:05:26
    David Marcus <​████████​>

But isn't that kronke?

Instant Message : Native Messages
From                                                                02:05:56
    David Marcus <​████████​>

No. They are avalanche and rems

Instant Message : Native Messages
From                                                                02:06:00
    David Marcus <​████████​>

Shit. Ok

Instant Message : Native Messages
From                                                                02:11:00
    Louis Messina <​████████​>

I'm talking to John Applegate the team and stadium is owned by the Walton Family "Walmart"

I told them it's a major mistake your contact is up in March between Michael and Myself pushing him will make them think twice

I have George Taylor and Ed playing there I did tell him unless they guarantee me that TM does all 3 from beginning to end I will pull all 3 shows



No. 1:24-cv-03973-AS
Defs' Trial Exhibit

**DX-1506**

HIGHLY CONFIDENTIAL                                                                LNE-LIT24-000303753



HIGHLY CONFIDENTIAL

LNE-LIT24-000303754

**DX-1506.0002**