**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-AS |

**CERTIFICATE OF SERVICE**

I, Robin L. Gushman, hereby certify and state that on June 3, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Ex. 14: March 2, 2026 joint submission regarding disputes related to exhibits and deposition designations (formerly ECF No. 1478-1).

- Ex. 15: March 18, 2026 joint submission regarding exhibit-related disputes (formerly ECF 1478-8).

- Ex. 16: March 24, 2026 joint submission regarding disputes related to exhibits and deposition designations (formerly ECF 1478-12).

Dated: June 3, 2026

Respectfully submitted,

Robin L. Gushman
_____
Robin L. Gushman