UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America, et al.

                Plaintiff,

Case No.  1:24-cv-03973-AS

      -against-

Live Nation Entertainment, Inc.,
et al.

              Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending        ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Eva W. Cole
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_EC5005_____  My State Bar Number is _4228284_____

I am,

☑ An attorney

☐ A Government Agency attorney

☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:_Winston & Strawn LLP_____
                FIRM ADDRESS:_200 Park Avenue, New York, NY 10166_____
                FIRM TELEPHONE NUMBER:_(212) 294-6700_____
                FIRM FAX NUMBER:_(212) 294-4700_____

NEW FIRM:    FIRM NAME:_Winston Taylor LLP_____
                FIRM ADDRESS:_200 Park Avenue, New York, NY 10166_____
                FIRM TELEPHONE NUMBER:_(212) 294-6700_____
                FIRM FAX NUMBER:_(212) 294-4700_____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: 6/3/2026

s/ Eva W. Cole
_____
ATTORNEY'S SIGNATURE