UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America, et al.

               Plaintiff,

      -against-

Live Nation Entertainment, Inc., et al.

               Defendant.
--------------------------------------------------------

Case No.  1:24-cv-03973-AS

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Johanna Rae Hudgens
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JH0769_____ My State Bar Number is 5316070_____

I am,

[✓] An attorney

[ ] A Government Agency attorney

[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Winston & Strawn LLP_____
                FIRM ADDRESS: 200 Park Avenue, New York, NY 10166_____
                FIRM TELEPHONE NUMBER: (212) 294-6700_____
                FIRM FAX NUMBER: (212) 294-4700_____

NEW FIRM:    FIRM NAME: Winston Taylor LLP_____
                FIRM ADDRESS: 200 Park Avenue, New York, NY 10166_____
                FIRM TELEPHONE NUMBER: (212) 294-6700_____
                FIRM FAX NUMBER: (212) 294-4700_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/3/2026

                s/ Johanna Rae Hudgens_____
                _____
                ATTORNEY'S SIGNATURE