UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America, et al.          Case No.  1:24-cv-03973-AS

        Plaintiff,

     -against-

Live Nation Entertainment, Inc.,
et al.          Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jeffrey L. Kessler
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JK7891_____  My State Bar Number is 1539865_____

I am,

[✓]  An attorney

[ ]  A Government Agency attorney

[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Winston & Strawn LLP_____
               FIRM ADDRESS: 200 Park Avenue, New York, NY 10166_____
               FIRM TELEPHONE NUMBER: (212) 294-6700_____
               FIRM FAX NUMBER: (212) 294-4700_____

NEW FIRM:    FIRM NAME: Winston Taylor LLP_____
               FIRM ADDRESS: 200 Park Avenue, New York, NY 10166_____
               FIRM TELEPHONE NUMBER: (212) 294-6700_____
               FIRM FAX NUMBER: (212) 294-4700_____

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated: 6/3/2026

                         s/ Jeffrey L. Kessler
                         _____
                         ATTORNEY'S SIGNATURE