UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America, et al.

          Plaintiff,

Case No.  1:24-cv-03973-AS

    -against-

Live Nation Entertainment, Inc., et al.

          Defendant.

--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending      [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jeanifer E. Parsigian
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: n/a_____  My State Bar Number is 289001_____

I am,

[ ]    An attorney

[ ]    A Government Agency attorney

[✓]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Winston & Strawn LLP_____
                FIRM ADDRESS: 101 California St., Fl. 21, San Francisco, CA 94111____
                FIRM TELEPHONE NUMBER: (415) 591-1000_____
                FIRM FAX NUMBER: (415) 591-1400_____

NEW FIRM:    FIRM NAME: Winston Taylor LLP_____
                FIRM ADDRESS: 101 California St., Fl. 21, San Francisco, CA 94111____
                FIRM TELEPHONE NUMBER: (415) 591-1000_____
                FIRM FAX NUMBER: (415) 591-1400_____

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/3/2026

                                  s/ Jeanifer E. Parsigian_____
                                  ATTORNEY'S SIGNATURE