**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7164**

WRITER'S EMAIL ADDRESS
**georgephillips@quinnemanuel.com**

June 12, 2026

**Via CM/ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007-1312

> Re:  *United States, et al. v. Live Nation Entm't, Inc., et al.*, No. 1:24-cv-3973 (AS)

Dear Judge Subramanian:

I write on behalf of non-party LA Clippers LLC (the "Clippers") pursuant to Rule 11, subparts (B), (C)(ii), and (C)(iv), of the Court's Individual Practices in Civil Cases and Section XV of the Pretrial order (ECF No. 1031; *see* ECF No. 1053), to request that Exhibits PX1196A through PX1199A of Defendants' letter motion to seal (*see* ECF No. 1474) (the "Exhibits") continue to remain under seal, or, alternatively, be redacted.

The Exhibits are excerpts of a ticketing agreement the Clippers produced as HIGHLY CONFIDENTIAL in response to a subpoena issued by Plaintiffs.  At all relevant times, the Clippers have preserved the Exhibits' confidentiality on the grounds that they discuss the Clippers' sensitive and confidential business decisions, and constitute a highly confidential, active, and operative agreement.  (*See* ECF Nos. 916, 1068.)  The Court previously adopted the Clippers' requests and ordered the Exhibits to remain sealed.  (*See* ECF Nos. 1054, 1147.)  The Clippers hereby incorporate the prior letter motions to seal herein and request that the Court maintain the Exhibits' confidentiality by ordering they remain sealed.

Respectfully submitted,

George T. Phillips
*Counsel for Non-Party LA Clippers LLC*

cc:  Counsel of Record (via CM/ECF and email)

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI |
SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH