**Exhibit No. PX0223** with proposed redactions from Memphis Basketball, LLC


Provided to the Court under seal via email to
SubramanianNYSDChambers@nysd.uscourts.gov, copying the parties' counsel of
record, on June 15, 2026