**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, *et al.,*

*Plaintiffs,*

v.

LIVE NATION ENTERTAINMENT, INC.,
and TICKETMASTER LLC,

*Defendants*

Case No. 1:24-cv-03973-(AS)

## ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF ECONOMISTS AS *AMICI CURIAE* IN OPPOSITION TO DEFENDANTS' RULE 50(b) MOTION FOR JUDGEMENT AS A MATTER OF LAW ON DAMAGES

Before the Court is a motion for leave to appear and file the brief of Economists as *amici curiae* in Opposition to the Defendants' Rule 50(b) Motion for Judgement as a Matter of Law on Damages. Having considered the motion for leave and the accompanying proposed brief, the Court hereby GRANTS the motion, finding that the motion and proposed brief satisfy the relevant provisions of Fed. R. App. P 29, and because *amici* economists can offer perspectives that could be helpful to the Court. The Court further directs that the proposed brief of economists (Exhibit A) be deemed filed.

IT IS SO ORDERED.

_____

**THE HONORABLE**
**ARUN SUBRAMANIAN**

DATED: June 22, 2026