# DX-4054(6)

# Part 1 of 2













Case 1:24-cv-03973-AS    Document 1542-1    Filed 06/30/26    Page 67 of 390











Case 1:24-cv-03973-AS   Document 1542-1   Filed 06/30/26   Page 228 of 390

















