# DX-4054(6)

# Part 2 of 2





































Case 1:24-cv-03973-AS    Document 1542-2    Filed 06/30/26    Page 252 of 333







