June 30, 2026

**<u>VIA ECF</u>**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

**Re:**    ***United States et al. v. Live Nation Entertainment, Inc. et al.*; 1:24-cv-03973-AS**

Dear Judge Subramanian:

　　We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter.  Pursuant to the Court's May 6, 2026 ruling (ECF No. 1488) granting Defendants' motion to seal portions of trial exhibit DX-4054 (*see* ECF No. 1373), Defendants are filing a redacted version of DX-4054 on the public docket, and an unredacted version of DX-4054 under seal.

*[signatures on following page]*

Dated:  June 30, 2026

Respectfully submitted,

LATHAM & WATKINS LLP                         CRAVATH, SWAINE & MOORE LLP


*David R. Marriott* (signature)                *Lauren* (signature)

_____                  _____
David R. Marriott                            Lauren A. Moskowitz
   *Co-Lead Trial Counsel*                    Jesse M. Weiss
Alfred C. Pfeiffer (admitted *pro hac vice*)   Nicole M. Peles
   *Co-Lead Trial Counsel*
Andrew M. Gass (admitted *pro hac vice*)       Two Manhattan West
Timothy L. O'Mara (admitted *pro hac vice*)    375 Ninth Avenue
Jennifer L. Giordano                         New York, NY 10001
Kelly S. Fayne (admitted *pro hac vice*)       (212) 474-1000
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)     lmoskowitz@cravath.com
                                             jweiss@cravath.com
505 Montgomery Street, Suite 2000            npeles@cravath.com
San Francisco, CA 94111
(415) 391-0600                               *Attorneys for Defendants Live Nation*
                                             *Entertainment, Inc. and Ticketmaster L.L.C.*
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Andrew.Gass@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Ticketmaster L.L.C.*

cc:    All counsel of record (via ECF)