# DX-4054(11)

# Part 3 of 6







| std_artist | event_date | bw_venue_id | f_mcv_8k_aa | std_venue_type_grouped | f_con_com | event_category_grouped | ticketer | ticketer_parent | event_year | event_month | f_amp_season | f_mcv_5k_aa | f_mcv_8k_all | f_mcv_10k_aa | f_mcv_5_events_aa | f_mcv_15_events_aa | f_mcv_500_2023 | std_venue_name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/14/2019 | THOMASTHEATERATTHEMERRYGOROUNDPLAYHOUSE_AUBURN | 0 | THEATER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | THOMAS THEATER AT THE MERRY-GO-ROUND PLAYHOUSE |
| | 9/14/2019 | TRINITYHEALTHSTADIUM_HARTFORD_CT | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | TRINITY HEALTH STADIUM |
| | 9/14/2019 | CHOCTAWSTADIUM_ARLINGTON_TX | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | CHOCTAW STADIUM |
| | 9/14/2019 | WRIGLEYFIELD_CHICAGO_IL | 0 | STADIUM | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | WRIGLEY FIELD |
| | 9/14/2019 | PREGAMESPACE_SANFRANCISCO_CA | 0 | OTHER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | PRE-GAME SPACE |
| | 9/14/2019 | DOLLYPARTONSSTAMPEDE_BRANSON_MO | 0 | ARENA | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | DOLLY PARTON'S STAMPEDE |
| | 9/15/2019 | ANGELSTADIUM_ANAHEIM_CA | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | ANGEL STADIUM |
| | 9/15/2019 | CLIPPERMAGAZINESTADIUM_LANCASTER_PA | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | CLIPPER MAGAZINE STADIUM |
| | 9/15/2019 | KAUFFMANSTADIUM_KANSASCITY_MO | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | KAUFFMAN STADIUM |
| | 9/15/2019 | BUSCHSTADIUM_STLOUIS_MO | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | BUSCH STADIUM |
| | 9/15/2019 | COMERICAPARK_DETROIT_MI | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | COMERICA PARK |
| | 9/15/2019 | CITIFIELD_NEWYORK_NY | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | CITI FIELD |
| | 9/15/2019 | CHOCTAWSTADIUM_ARLINGTON_TX | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | CHOCTAW STADIUM |
| | 9/15/2019 | CITIZENSBANKPARK_PHILADELPHIA_PA | 0 | STADIUM | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | CITIZENS BANK PARK |
| | 9/15/2019 | ORACLEPARK_SANFRANCISCO_CA | 0 | STADIUM | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | ORACLE PARK |
| | 9/15/2019 | DODGERSTADIUM_LOSANGELES_CA | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | DODGER STADIUM |
| | 9/15/2019 | NATIONALSPARK_WASHINGTON_DC | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | NATIONALS PARK |
| | 9/15/2019 | OBSQUALITYHILLPLAYHOUSE_KANSASCITY_MO | 0 | OTHER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | OBS:QUALITY HILL PLAYHOUSE |
| | 9/15/2019 | DOLLYPARTONSSTAMPEDE_BRANSON_MO | 0 | ARENA | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | DOLLY PARTON'S STAMPEDE |
| | 9/15/2019 | FENWAYPARK_BOSTON_MA | 0 | STADIUM | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | FENWAY PARK |
| | 9/15/2019 | COVEDALECENTERFORTHEPERFORMINGARTS_CINCINNATI_OH | 0 | OTHER | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | COVEDALE CENTER FOR THE PERFORMING ARTS |
| | 9/15/2019 | GEORGEEASTMANMUSEUM_ROCHESTER_NY | 0 | OTHER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | GEORGE EASTMAN MUSEUM |
| | 9/15/2019 | TOBYESTUDIOTHEATRE_NAPLES_FL | 0 | THEATER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | TOBYE STUDIO THEATRE |
| | 9/15/2019 | LIDDYDOENGESTHEATRE_TULSA_OK | 0 | OTHER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | LIDDY DOENGES THEATRE |
| | 9/15/2019 | STUDIOKATTULSABALLETSTUDIOS_TULSA_OK | 0 | OTHER | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | STUDIO K AT TULSA BALLET STUDIOS |
| | 9/15/2019 | GREATSOUTHERNBANKARENA_SPRINGFIELD_MO | 1 | ARENA | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | GREAT SOUTHERN BANK ARENA |
| | 9/15/2019 | CITIFIELD_NEWYORK_NY | 0 | STADIUM | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | CITI FIELD |
| | 9/15/2019 | ONEOKFIELD_TULSA_OK | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | ONEOK FIELD |
| | 9/15/2019 | DAYTONAINTERNATIONALSPEEDWAY_DAYTONABEACH_FL | 0 | OTHER | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | DAYTONA INTERNATIONAL SPEEDWAY |
| | 9/15/2019 | PROGRESSIVEFIELD_CLEVELAND_OH | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | PROGRESSIVE FIELD |
| | 9/15/2019 | DAIKINPARK_HOUSTON_TX | 0 | STADIUM | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | DAIKIN PARK |
| KEB' MO' | 9/15/2019 | MEMORIALHALL_CINCINNATI_OH | 0 | THEATER | 1 | CONCERT/COMEDY | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | MEMORIAL HALL |
| | 9/15/2019 | CENTERSTAGE_RESTON_VA | 0 | OTHER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | CENTERSTAGE |
| | 9/15/2019 | SKYLANDSSTADIUM_AUGUSTA_NJ | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | SKYLANDS STADIUM |
| | 9/15/2019 | PROFOOTBALLHALLOFFAME_CANTON_OH | 0 | OTHER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | PRO FOOTBALL HALL OF FAME |
| | 9/15/2019 | PYRLETHEATRE_GREENSBORO_NC | 0 | OTHER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | PYRLE THEATRE |
| | 9/15/2019 | PREGAMESPACE_SANFRANCISCO_CA | 0 | OTHER | 0 | OTHER | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | PRE-GAME SPACE |
| | 9/15/2019 | ORACLEPARK_SANFRANCISCO_CA | 0 | STADIUM | 0 | SPORTS | TICKETS.COM | TICKETS.COM | 2019 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | ORACLE PARK |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[redacted]