# DX-4054(11)

# Part 4 of 6













