# DX-4054(11)

# Part 5 of 6



















