# DX-4054(11)

# Part 6 of 6





