**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        *Plaintiffs,*<br><br>        v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>        *Defendants.* | Case No. 1:24-cv-03973-AS |

## <u>CERTIFICATE OF SERVICE</u>

I, Robin L. Gushman, hereby certify and state that on June 30, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- DX-4054(1), parts 1–2

- DX-4054(2)

- DX-4054(3)

- DX-4054(4)

- DX-4054(5)

- DX-4054(6), parts 1–3

- DX-4054(7)

- DX-4054(8)

- DX-4054(9)

- DX-4054(10), parts 1–13

- DX-4054(11), parts 1–6

- DX-4054(12)

Dated: June 30, 2026

Respectfully submitted,

Robin L. Gushman
_____
Robin L. Gushman