# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>        *Defendants.* | Case No. 1:24-cv-03973-AS |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, the undersigned counsel moves the Court to withdraw as counsel of record for the District of Columbia. Adam Gitlin and Cole Niggeman, who have been admitted pro hac vice in this matter and entered an appearance, will continue to represent the District of Columbia.

Dated: July 10, 2026

/s/ Elizabeth G. Arthur
Elizabeth G. Arthur
Senior Assistant Attorney General
Antitrust and Nonprofit Enforcement Section
Office of the Attorney General for the
District of Columbia
400 6th Street N.W., 9th Floor
Washington, D.C. 20001
Elizabeth.Arthur@dc.gov

*Attorney for Plaintiff District of Columbia*

<u>CERTIFICATE OF SERVICE</u>

I, Elizabeth G. Arthur, hereby certify that on July 10, 2026 I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.

<u>/s/ Elizabeth G. Arthur</u>
Elizabeth G. Arthur