UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America, et al.

       Plaintiff,

    -against-

Live Nation Entertainment, Inc.
and Ticketmaster LLC

       Defendant.

Case No.  1:24-cv-03973-AS

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑   I have cases pending       ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Justin Bernick
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _Washington, DC-988245

I am,

☐   An attorney

☐   A Government Agency attorney

☑   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:   FIRM NAME:_Hogan Lovells US LLP_____
              FIRM ADDRESS:_555 13th Street, N.W., Washington, D.C. 20004_____
              FIRM TELEPHONE NUMBER:_(202) 637-5600_____
              FIRM FAX NUMBER:_(202) 637-5910_____

NEW FIRM:   FIRM NAME:_Hogan Lovells Cadwalader US LLP_____
              FIRM ADDRESS:_555 13th Street, N.W., Washington, D.C. 20004_____
              FIRM TELEPHONE NUMBER:_(202) 637-5600_____
              FIRM FAX NUMBER:_(202) 637-5910_____

☑   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: 07/14/2026

           /s/ Justin Bernick_____
           ATTORNEY'S SIGNATURE