UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America, et al.          Case No.  1:24-cv-03973-AS

                                Plaintiff,

        -against-

Live Nation Entertainment, Inc.
 and Ticketmaster LLC              Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔]  I have cases pending              [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Molly Pallman
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is Washington DC 1617494

I am,

        [ ]    An attorney
        [ ]    A Government Agency attorney
        [✔]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Hogan Lovells US LLP_____
              FIRM ADDRESS: 555 13th Street, N.W., Washington, D.C. 20004_____
              FIRM TELEPHONE NUMBER: (202) 637-5600_____
              FIRM FAX NUMBER: (202) 637-5910_____

NEW FIRM:     FIRM NAME: Hogan Lovells Cadwalader US LLP_____
              FIRM ADDRESS: 555 13th Street, N.W., Washington, D.C. 20004_____
              FIRM TELEPHONE NUMBER: (202) 637-5600_____
              FIRM FAX NUMBER: (202) 637-5910_____

        [✔]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        [ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
               was entered on _____ by Judge_____.

Dated: 7/15/2026                    /s/ Molly Pallman_____
                                    ATTORNEY'S SIGNATURE