# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC,**<br><br>**Defendants.** | **Case No. 1:24-cv-3973-AS** |

## ORDER

**AND NOW**, this ___ day of July, 2026, it is hereby **ORDERED** that the Notice of Withdrawal of Appearance of Jesse Moore as counsel for the State of Indiana is Granted and the appearance is **WITHDRAWN**. Counsel are reminded that as long as other counsel remain of record for a party, withdrawal may be effected by filing a notice and leave of court is not required.

It is so **ORDERED**.

BY THE COURT:

_____
HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

DATED: