**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-(AS) |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Civil Rule 1.4, the undersigned counsel respectfully moves this Court for an order granting leave to withdraw as counsel of record for Plaintiff United States of America. The United States will continue to be represented by counsel who have entered appearances in this case.

Date: June 24, 2026

Application GRANTED. The Clerk of Court is respectfully directed to remove Mr. Cohen as counsel in this case, and to terminate the motion at Dkt. 1535.

SO ORDERED.

Arun Subramanian. U.S.D.J.
Dated: July 17, 2026

Respectfully submitted,

*/s/ Alex Cohen*
Alex Cohen
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (347) 244-2502
alex.cohen@usdoj.gov

*Attorney for Plaintiff United States of America*

1

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will notify all counsel and parties of record of this filing.


Date: June 24, 2026                          */s/ Alex Cohen*
                                             Alex Cohen

2