UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, et al.

        Plaintiffs,

v.

LIVE NATIONAL ENTERTAINMENT, INC. and
TICKETMASTER L.L.C.,

        Defendants

Civil Action No.
1:24-cv-03973 (AS)

---

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR
NON-PARTY ARTPARK & COMPANY, INC.**

The undersigned hereby moves that his appearance as counsel of record herein for non-party Artpark & Company, Inc. ("Artpark") be withdrawn and terminated for the following reasons:

1.      I filed a notice of appearance on behalf of Artpark in this case on February 28, 2025 (Dkt. No. 434) for purposes of certain discovery proceedings herein, including in particular to participate on behalf of Artpark in the case's confidentiality order in connection with discovery Artpark was providing in response to a non-party subpoena it received.

2.      Discovery in the matter has now concluded and the case has gone to trial, and Artpark does and will not have any further involvement in the case unless and until it would be served with additional process which would provide it with notice of any additional obligations on its part herein.

3.      Accordingly, there is no purpose served by Artpark continuing to monitor the numerous filings made in the case which it still receives notwithstanding its lack of ongoing

-2-

involvement in the case and which are otherwise irrelevant to it, thereby placing a wholly unnecessary and thus undue burden on Artpark.

4.      Finally, I recently retired from the practice of law (effective December 31, 2025), and if Artpark is indeed served with a additional process herein it would require the appearance of different counsel on its behalf in all events.

WHEREFORE, the undersigned hereby requests that his appearance as counsel of record for non-party Artpark & Company, Inc. be withdrawn and terminated.

DATED:   Buffalo, New York
         June 24, 2026

Application GRANTED. The Clerk of Court is respectfully directed to remove Mr. Banas Jr. as counsel in this case, and to terminate the motion at Dkt. 1536.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: July 17, 2026

SO ORDERED:

_____

**BOND, SCHOENECK & KING, PLLC**

By:   /s/ Mitchell J. Banas, Jr.
      Mitchell J. Banas, Jr., Esq.
*Attorneys for Non-Party Artpark & Company, Inc.*
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, New York   14202-2107
(716) 416-7000
mbanas@bsk.com

-2-

23737908