UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al,

                              Plaintiffs,

              -against-

Live Nation Entertainment Inc. and
Ticketmaster LLC,

                              Defendants.

24-CV-3973 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the motion for Tunney Act discovery filed by a group of the states. Any opposition should be filed by **July 24, 2026.**

SO ORDERED.

Dated: July 17, 2026
       New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge