# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-(AS) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Before the Court is The Motion of Matthew Michaloski to withdraw as counsel for the Plaintiff State of Utah in the above-captioned matter. Having considered the motion, the Court concludes that it should be granted.

It is so **ORDERED**.


Dated: _____

_____
Hon. Arun Subramanian
United States District Judge