UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | |
| -against- | 24-cv-3973 (AS) |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC, | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

Wednesday's hearing will be held in Courtroom 23B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Non-speaking attorneys and members of the public may join remotely on the audio-only line by dialing (646) 453-4442 and entering the Conference ID: 626 185 104, followed by the pound (#) key.

SO ORDERED.

Dated: July 24, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge