# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al., | Civil Action No.: 1:24-cv-03973-AS-SLC |
| Plaintiffs, | Hon. Arun Subramanian |
| v. | |
| Live Nation Entertainment, Inc. et al., | |
| Defendants. | |

## <u>NOTICE OF FIRM NAME CHANGE</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Axinn, Veltrop & Harkrider LLP (the "Firm") has changed its name to Axinn LLP.  The Firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system, including PACER where applicable, of the change from Axinn, Veltrop & Harkrider LLP to Axinn LLP.

Dated:  July 27, 2026

Respectfully submitted,

/s/ Audrey van Duyn

Audrey van Duyn
Leandra Ipiña
Axinn LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Tel: 212.728.2200
Fax: 212.728.2201
avanduyn@axinn.com
lipina@axinn.com

*Counsel for Non-party Brandon ("Randy") Phillips*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on July 27, 2026, the foregoing document was electronically filed with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all

counsel of record in this matter.

July 27, 2026                                        <u>/s/ Audrey van Duyn</u>

Audrey van Duyn
Leandra Ipiña
Axinn LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Tel: 212.728.2200
Fax: 212.728.2201
avanduyn@axinn.com
lipina@axinn.com

*Counsel for Non-party Brandon ("Randy")*
*Phillips*