**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-(AS) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Before the Court is The Motion of Matthew Michaloski to withdraw as counsel for the Plaintiff State of Utah in the above-captioned matter. Having considered the motion, the Court concludes that it should be granted.

It is so **ORDERED**.

Dated: July 27, 2026

Hon. Arun Subramanian
United States District Judge