**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* | |
| *Plaintiffs,* | |
| v. | Case No. 1:24-cv-03973 |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, L.L.C., | |
| *Defendants* | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Attorney Noah Hoffman respectfully requests leave to withdraw his appearance as attorney for Plaintiff State of Colorado. Pursuant to Local Civil Rule 1.4(b), Mr. Hoffman states that he is withdrawing in this case because his employment at the Colorado Department of Law is ending in July 2026. Plaintiff State of Colorado will continue to be represented by Conor May, Bryn Williams, and Aric Smith and Mr. Hoffman's withdrawal will not result in any delay or prejudice the administration of this matter.

WHEREFORE, Noah Hoffman requests that he be granted leave to withdraw his appearance in this matter.

Respectfully submitted this 29th day of July, 2026.

                                    **FOR PLAINTIFF STATE OF COLORADO**

                                    PHILIP J. WEISER
                                    Attorney General

                                    */s/ Noah Hoffman*
                                    Noah Hoffman (admitted *pro hac vice*)
                                    Assistant Attorney General Fellow
                                    Conor J. May (admitted *pro hac vice*)
                                    Assistant Attorney General

1

Bryn A. Williams (admitted *pro hac vice*)
First Assistant Attorney General
Aric Smith, (admitted *pro hac vice*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Email: Noah.Hoffman@coag.gov
      Conor.May@coag.gov
      Bryn.Williams@coag.gov
      Aric.Smith@coag.gov

## CERTIFICATE OF SERVICE

I certify that on July 29, 2026, the foregoing was filed with the Court and served on all parties of record via the ECF System.

/s/ Rick VanWie
Rick VanWie, Paralegal

2