**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>and TICKETMASTER, L.L.C.,<br><br>*Defendants* | Case No. 1:24-cv-03973 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Attorney Noah Hoffman respectfully requests leave to withdraw his appearance as attorney for Plaintiff State of Colorado. Pursuant to Local Civil Rule 1.4(b), Mr. Hoffman states that he is withdrawing in this case because his employment at the Colorado Department of Law is ending in July 2026. Plaintiff State of Colorado will continue to be represented by Conor May, Bryn Williams, and Aric Smith and Mr. Hoffman's withdrawal will not result in any delay or prejudice the administration of this matter.

WHEREFORE, Noah Hoffman requests that he be granted leave to withdraw his appearance in this matter.

Respectfully submitted this 29th day of July, 2026.

Application GRANTED. The Clerk of Court is respectfully directed to remove Mr. Hoffman as counsel in this case, and to terminate the motion at Dkt. 1575.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J
Dated: July 31, 2026

**FOR PLAINTIFF STATE OF COLORADO**

PHILIP J. WEISER
Attorney General

*/s/ Noah Hoffman*
Noah Hoffman (admitted *pro hac vice*)
Assistant Attorney General Fellow
Conor J. May (admitted *pro hac vice*)
Assistant Attorney General

Bryn A. Williams (admitted *pro hac vice*)
First Assistant Attorney General
Aric Smith, (admitted *pro hac vice*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Email: Noah.Hoffman@coag.gov
       Conor.May@coag.gov
       Bryn.Williams@coag.gov
       Aric.Smith@coag.gov

## CERTIFICATE OF SERVICE

I certify that on July 29, 2026, the foregoing was filed with the Court and served on all parties of record via the ECF System.

/s/ Rick VanWie
Rick VanWie, Paralegal