UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America et al.,

               Plaintiffs,

       -against-

Live Nation Entertainment, Inc.; Ticketmaster
L.L.C.,

              Defendants.

24-CV-3973 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The states' request for discovery relating to the Tunney Act proceeding is DENIED without prejudice. While the states certainly may seek relevant and proportional discovery as to the United States' settlement with Live Nation, the Court has no actual requests for testimony or documents to review, and so the precise scope of what the states are asking for is unclear.

The states should prepare narrow and targeted requests for information, send those to the United States and Live Nation, and meet and confer as to whether some or all the discovery can be agreed upon. If not, then the Court will review any disputed requests in a subsequent application.

The states should make sure their requests are narrow and targeted, and the United States and Live Nation should entertain these requests in good faith, with an understanding that the Court, having reviewed the statute and relevant authorities, believes that requests for discovery in this context are cognizable if within reasonable bounds.

The Clerk of Court is respectfully requested to terminate Dkt. 1558.

SO ORDERED.

Dated: August 4, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge