**EXHIBIT A**

**Plaintiffs' Citations to Record Evidence of Live Nation Amphitheater Acquisitions Within the Statute of Limitations Period**

*Based on Oral Argument Transcript, July 31, 2026 (46:2-48:20)*

| Amphitheater Name/Location | Plaintiffs' Trial Record Citation | Type of Control Indicated | Timing of Acquisition or First Control | "Large Amp" Status |
|---|---|---|---|---|
| Ford Idaho Center Amphitheater (Nampa, Idaho) | Trial Tr. 1243:7-10 (Roux) | When asked whether Live Nation "exclusively books" the amphitheater, Mr. Roux answered only, "I know we book into it," without adopting the word "exclusively." Trial Tr. 1243:7-10. | Plaintiffs' counsel represented at the hearing that this agreement "was entered into as of 2023." July 31, 2026 Hr'g Tr. ("Hr'g Tr.") 47:2-3. At trial, when Mr. Roux was asked Live Nation exclusively booked the amphitheater "as of 2023," he responded "I know we book into it" without confirming the year. Trial Tr. 1243:7-10. | Not indicated in cited evidence. |
| An amphitheater in McKinney, Texas; the amphitheater's specific name is not stated in this testimony | Trial Tr. 1271:6-11 (Roux) | When asked whether "Live Nation will be the exclusive operator for the amphitheater [in] McKinney," Mr. Roux responded that "[t]here is a signed operating agreement," without | According to the questioning attorney, VENU announced in December 2025 that Live Nation would be the exclusive operator. Mr. Roux confirmed a signed operating | Not indicated in cited evidence. |

| Amphitheater Name/Location | Plaintiffs' Trial Record Citation | Type of Control Indicated | Timing of Acquisition or First Control | "Large Amp" Status |
|---|---|---|---|---|
| | | adopting the word "exclusive." Trial Tr. 1271:6-11. | agreement existed as of his March 2026 testimony, and suggested VENU "may have jumped the gun" in its announcement. Trial Tr. 1271:6-11. | |
| Hayden Homes Amphitheater (Bend, Oregon) | Trial Tr. 1386:3-10 (Roux)<br><br>Trial Tr. 3594:16-20 (Weeden)<br><br>Trial Tr. 2267:5-23 (Hill) | Not indicated within the cited portions, but Mr. Roux elsewhere testified that the amphitheater is "exclusively operated" by Live Nation. Trial Tr. 1242:19-23. | Plaintiffs' counsel represented that this was "a new one in 2021." Hr'g Tr. 47:8-9. But that is not supported by any of the cited evidence. | Mr. Roux testified that he as well as "probably most people in the music industry, live entertainment industry" would refer to it as a *boutique* amphitheater. Trial Tr. 1386:3-10. Mr. Weeden also testified that it's a *boutique* amphitheater. Trial Tr. 3594:16-20. |
| Riverside Amphitheater (Kansas City, Missouri) | Trial Tr. 2267:5-23 (Hill) | Not indicated within the cited portion. Dr. Hill's only specific testimony about it is that he did not know how much Live Nation "invested at the Riverside Amphitheater." Trial Tr. 2267:13-15. | Not indicated in cited evidence. | Not indicated in cited evidence. |

2

| Amphitheater Name/Location | Plaintiffs' Trial Record Citation | Type of Control Indicated | Timing of Acquisition or First Control | "Large Amp" Status |
|---|---|---|---|---|
| TD Pavilion at the Mann Center (Philadelphia, Pennsylvania) | Trial Tr. 2267:5-23 (Hill) <br><br> Trial Tr. 1457:22-1458:15 (Campana) | Mr. Campana testified that he "believe[s]" Live Nation "has the exclusive promotion rights" at the venue.  Trial Tr. 1458:4-6. | The cited testimony confirms only that AEG held the promotion rights as of 2016 and that Live Nation held them as of the March 2026 trial.  1458:1-3.  No specific date for the transition was given. | Not indicated in cited evidence. |
| American Family Insurance Amphitheater (Milwaukee, Wisconsin) | PX0592 | PX0592 (at -463) includes a list of the "Top 100 Amphitheatre Venues" according to Pollstar and highlights the venues that "Live Nation owns, leases, operates and/or exclusively books."  It does not distinguish between the different types of "control." <br><br> When asked whether this amphitheater "is exclusively booked by Live Nation," Mr. Roux testified, "I'm not sure about that one."  Trial Tr. 1242:4-10. | Not indicated in cited evidence. | Not indicated in cited evidence. |

| Amphitheater Name/Location | Plaintiffs' Trial Record Citation | Type of Control Indicated | Timing of Acquisition or First Control | "Large Amp" Status |
|---|---|---|---|---|
| Glen Helen Amphitheater (San Bernardino, California) | Trial Tr. 3637:1-8, 3645:19-25 (Weeden) | Lease extension | Mr. Weeden testified that Live Nation had "been with them for over 20 years."  Trial Tr. 3591:8-11.<br><br>He also testified that Live Nation's "base lease term came up at the end of last year," and that Live Nation "signed a one-year extension because we had some shows booked, but the county will be sending out an RFP for what I understand is to be a master plan for the entire park area."  Trial Tr. 3590:22-3591:4. | Mr. Weeden acknowledged it was a "large amphitheater," Trial Tr. 3637:4-6, but he also testified that Live Nation does only about five shows per year in the venue, Trial Tr. 3645:19-3646:6. |
| The Pavilion at Montage Mountain (Scranton, Pennsylvania) | PX0885 (email dated November 30, 2022)<br><br>Trial Tr. 1260:11-1263:6 (Roux)<br><br>Trial Tr. 3591:23-3592:12, 3648:20-3649:14 (Weeden) | Lease extension | Mr. Weeden testified the "base lease was up at the end of 2021," and that Live Nation "agreed on one year extensions for the past probably three years, four years" (i.e., extensions in approximately 2022 | Mr. Weeden testified that The Montage is approximately 18,000-seat capacity.  However, he also testified that it "get[s] five to maybe ten shows a year."  Trial Tr. 3591:23-3592:3. |

| Amphitheater Name/Location | Plaintiffs' Trial Record Citation | Type of Control Indicated | Timing of Acquisition or First Control | "Large Amp" Status |
|---|---|---|---|---|
|  |  |  | through 2025).  Trial Tr. 3592:4-7.<br><br>Mr. Roux testified that, as of March 2026, Live Nation was in the process of trying to extend another lease on this amphitheater, though he was not sure if it had been signed yet. Trial Tr. 1262:24-1263:2. |  |