# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC,**<br><br>**Defendants.** | **Case No. 1:24-cv-3973-AS** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jacob Patterson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the State of Indiana in the above captioned action.

I am in good standing of the bar of the State of Indiana and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 6, 2026

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney Reg. No. 18857-49

By: */s/ Jacob Patterson*
Jacob Patterson
Deputy Attorney General
Attorney Reg. No. 38302-29

## CERTIFICATE OF SERVICE

I, Jacob Patterson, hereby certify that on August 6, 2026, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

*/s/ Jacob Patterson*
Jacob Patterson
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington St., IGCS 5th Fl.
Indianapolis, IN 46204
Telephone: (317) 232-66186
Email: Jacob.Patterson@atg.in.gov