## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC,<br><br>Defendants. | Case No. 1:24-cv-3973-AS |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Jacob Patterson, hereby state:

1.      I am admitted to practice before the courts of the State of Indiana and am an attorney for the State of Indiana through the Indiana Office of the Attorney General, a Plaintiff in this proceeding. A copy of the Certificate of Good Standing is Attached hereto.

2.      I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.      I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: August 6, 2026

Respectfully submitted,

By: _____

Jacob Patterson
Deputy Attorney General
Attorney Reg. No. 38302-29
Indiana Office of the Attorney General
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204
Telephone: 317-232-6186
Jacob.Patterson@atg.in.gov

Sworn to and subscribed before me this ___ day of August, 2026.

_____
Notary Public

EMILY JEAN TRENT
Notary Public, State of Indiana
Marion County
Commission Number NP0752044
My Commission Expires
October 5, 2031

SEAL