

**INDIANA SUPREME COURT**
**ATTORNEY ANNUAL REGISTRATION**
**PROFILE REPORT**
**07/22/2026**

**The following information is what you or your account administrator has certified, with the Roll of Attorneys:**

## Personal Information

| | |
|---|---|
| **Name:** Jacob Riley Patterson | **Attorney Number:** 38302-29 |
| | **Gender:** Male |
| **Date of Birth:** 4/27/1998 | **Race:** Caucasian |

## Contact Information

**Primary Email:** jpatterson271@gmail.com
**Alternate Email:** jacob.patterson@atg.in.gov
**Phone:** 317-232-6201
**Cell Phone:**
**Firm/Business Name:** Office of the Indiana Attorney General

**Home Address:**
302. W. Washington St.
5th Floor
Indianapolis, Indiana  46204
United States

**Business Address:**
302 W. Washington St.
5th Floor
Indianapolis, Indiana  46204
United States

## Contact Preferences

| | | | |
|---|---|---|---|
| **Address for Public Roll of Attorneys:** | Business address | **Phone for Public Roll of Attorneys:** | Primary phone |
| **Email for Public Roll of Attorneys:** | Alternate email | **Appellate Clerk Notices/Public E-service:** | Business address<br>Primary email |

## Bar Status

| | | | |
|---|---|---|---|
| **Admit Date:** | 10/11/2023 | **Annual Registration Status:** | NOT YET COMPLETED |
| **License Status:** | Active In Good Standing | **Annual Registration Status Date:** | |
| **Status Date:** | 10/11/2023 | | |

## IOLTA

| | |
|---|---|
| **Participation:** | Exempt |
| **Exempt Reason:** | I am a judge; an attorney employed by a local, state, or federal government; on duty with the armed services; a corporate counsel; or a teacher of law; and I am not otherwise engaged in the private practice of law. |
| **Bank:** | You do not have any IOLTA Accounts |

## Attorney Surrogate

| | |
|---|---|
| **Surrogate:** | No Surrogate selected |

**NOT AN INVOICE - DO NOT PAY**

IMPORTANT: Any change of address or other contact information must be reported to the Indiana Office of Admissions & Continuing Education within 30 days of such change.  You can do so through the Courts Portal at portal.courts.in.gov.  Failure to do so shall be a waiver of notice involving attorney licensure and/or disciplinary matters.

Office of Admissions and Continuing Education
Roll of Attorney Administrator
251 N. Illinois Street, Suite 550
Indianapolis, IN 46204
PHONE: 317-232-2552
rollatty@courts.IN.gov

Bradley Skolnik
Executive Director


Attorney cards are available when attorney registration has been completed.

7/22/2026 9:39 AM

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### JACOB RILEY PATTERSON

is a member of the bar of the Supreme Court of Indiana since admission on _____ October 11, 2023 _____ , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 22nd day of July, 2026.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court