# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC,**<br><br>**Defendants.** | **Case No. 1:24-cv-3973-AS** |

## ORDER FOR ADMISSION PRO HAC VICE

The motion for Jacob Patterson for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Indiana; and that his contact information is as follows:

> Jacob Patterson
> Deputy Attorney General
> Office of the Indiana Attorney General
> 302 W. Washington St., Fifth Floor
> Indianapolis, IN 46204
> Telephone: 317-232-6186
> Email: Jacob.Patterson@atg.in.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel to Plaintiff State of Indiana in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

BY THE COURT:

_____

HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

DATED: August 7, 2026