HOGAN LOVELLS CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hlc.com

September 3, 2026

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Room 15A
New York, New York 10007

**Re: *United States et al. v. Live Nation Entertainment, Inc., et al.*, No. 1:24-cv-3973-AS**

Dear Judge Subramanian:

In response to the Department of Justice's Proposed Final Judgment against Defendants (ECF No. 1523) and Competitive Impact Statement (ECF No. 1539), non-party Anschutz Entertainment Group, Inc. ("AEG") and its affiliate, Louis Messina, respectfully submit these public comments pursuant to the Tunney Act. AEG's public comments are attached as **Exhibit A**, and Mr. Messina's comments are attached as **Exhibit B**. AEG is also submitting these comments separately to the Department of Justice pursuant to the process prescribed in the Competitive Impact Statement.

Sincerely,

*/s/ Justin Bernick*

HOGAN LOVELLS CADWALADER US LLP

Justin W. Bernick (admitted pro hac vice)
Molly Pallman (admitted pro hac vice)
555 13th St. NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hlc.com
molly.pallman@hlc.com

Claude G. Szyfer
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
claude.szyfer@hlc.com