**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>Plaintiffs,<br>v.<br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, L.L.C.,<br>Defendants. | Case No. 1:24-cv-03973-(AS)<br><br>**MOTION TO WITHDRAW** |

PLEASE TAKE NOTICE that Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. move this Court for an order pursuant to Local Civil Rule 1.4 permitting the withdrawal of the following attorney in the above-captioned action:

Alfred C. Pfeiffer
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. will continue to be represented by counsel who have entered appearances on behalf of Defendants in this action. No party will be prejudiced if this Motion is granted.

Dated: September 8, 2026
San Francisco, CA

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Alfred C. Pfeiffer*
Alfred C. Pfeiffer (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

*Attorneys for Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

SO ORDERED:

Arun Subramanian, U.S.D.J.
Date: September 9, 2026