# EXHIBIT E

**Requesting States' Letter Motion To Compel Discovery**

**Sep. 24, 2026**

SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 16, 2026

Via E-mail

Re: *United States and Plaintiff States* v. *Live Nation Entertainment, Inc.*

Counsel,

Following up on our letter correspondence and meet-and-confer discussions, we write to provide Live Nation's proposal to address the Requesting States' proposed Tunney Act discovery. While Live Nation expressly reserves its position that the Requesting States' proposed discovery would go beyond the Court's public interest inquiry under the Tunney Act, Live Nation makes this proposal as a good-faith compromise to resolve its objections to the proposed discovery. Live Nation further reserves all rights and objections.

**Document Production**. Live Nation will collect and produce the following categories of documents:

1. All nonprivileged written communications exchanged from October 22, 2025 to June 12, 2026, between the Live Nation Custodians (as set forth below) and officers or employees of the U.S. Executive Branch related to the substantive negotiations or terms of the Proposed Final Judgment ("PFJ").

2. To the extent such documents exist, all nonprivileged documents presented to the Live Nation Board of Directors related to the negotiation or terms of the PFJ dated from October 22, 2025 to June 12, 2026.

3. Nonprivileged documents sufficient to show how eligible third-party providers are expected to integrate with the open distribution and ticket authentication system described in Section IV of the PFJ and the functionalities to which those third-party providers will have access.

4. To the extent such documents exist, final, nonprivileged policies issued to implement (1) the Nondiscriminatory Calendar Procedures referenced in Section V.C of the PFJ; (2) the Anti-Conditioning, Anti-Retaliation, Anti-Content Steering, and similar provisions

referenced in Section VI of the PFJ; (3) the Firewalls referenced in Section VII of the PFJ; and (4) the Artist Transparency provisions referenced in Section IX of the PFJ.

**Written Discovery**. Live Nation will provide the following written discovery:

1. A narrative description of the substantive negotiations that led to the final PFJ, including alternative settlement terms presented to the United States during the time period of October 22, 2025 to June 12, 2026.

2. A narrative description of Live Nation's current ownership, operating, and booking rights at each Divestiture Venue.

3. A narrative description of the expected operation of the procedures implementing (1) the Nondiscriminatory Calendar Procedures referenced in Section V.C of the PFJ; (2) the Anti-Conditioning, Anti-Retaliation, Anti-Content Steering, and similar provisions referenced in Section VI of the PFJ; (3) the Firewalls referenced in Section VII of the PFJ; and (4) the Artist Transparency provisions referenced in Section IX of the PFJ, along with the compliance and monitoring measures for those procedures and the consequences of noncompliance.

**Witness Testimony**. Live Nation will produce the following witnesses:

1. A Rule 30(b)(6) witness to provide testimony related to nonprivileged information related to the negotiation of the PFJ and alternative terms that were presented to the United States. This would include considerations related to the selection of the Divestiture Venues and the reappointment of the Monitor. This would also include the expected operation of the procedures implementing (1) the Nondiscriminatory Calendar Procedures referenced in Section V.C of the PFJ; (2) the Anti-Conditioning, Anti-Retaliation, Anti-Content Steering, and similar provisions referenced in Section VI of the PFJ; (3) the Firewalls referenced in Section VII of the PFJ; and (4) the Artist Transparency provisions referenced in Section IX of the PFJ, along with the compliance and monitoring measures for those procedures and the consequences of noncompliance.

2. A technical witness with knowledge of Live Nation's ticketing systems to provide testimony related to the structure and operation of Section IV of the PFJ, including the architecture and functionality of the open distribution and authentication systems, eligibility criteria, and the timing and status of completing these systems. This witness would additionally provide testimony related to existing or prior third-party integrations sufficient to explain the functionality of those integrations, and how those integrations compare to the open distribution and authentication systems described in Section IV of the PFJ.

**Live Nation Custodians**.

1. Michael Rapino (Live Nation President and Chief Executive Officer)

2. Joe Berchtold (Live Nation President and Chief Financial Officer)

3. Dan Wall (Live Nation Executive Vice President, Corporate and Regulatory Affairs)

*[signatures on following page]*

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ David R. Marriott*
David R. Marriott
*Co-Lead Trial Counsel*
Alfred C. Pfeiffer (admitted *pro hac vice*)
*Co-Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

**SULLIVAN & CROMWELL LLP**

*/s/ Adam S. Paris*
Adam S. Paris
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Fax: (310) 712-8800
Email: parisa@sullcrom.com

Kyle W. Mach (admitted *pro hac vice*)
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Fax: (650) 461-5700
Email: machk@sullcrom.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*