# EXHIBIT F

**Requesting States' Letter Motion To Compel Discovery**

**Sep. 24, 2026**

**From:** Conor May
**To:** "Ciafone, Jacob W."; Paris, Adam S.
**Cc:** Mach, Kyle W.; Orlich, Frank P.; David Marriott (NY; Jokelson, Max A.; Teslicko, David (ATR; Kline, Andrew (ATR; Locke, Ashley (ATG); Adam Gitlin; Aric Smith; Hatch, Jonathan; Cole.Niggeman@dc.gov; Weber, Allison
**Subject:** RE: U.S. v. Live Nation - Requesting States" First Sets of RFPs and Interrogatories for Tunney Proceeding
**Date:** Thursday, September 24, 2026 7:06:00 AM
**Attachments:** image001.png

---

Jacob,

Thank you for the response. We understand that the States and Defendants remain at impasse on RFPs 2-3, 7, 9-13, and 17, and on interrogatories 7 and 12.

Best-

- CJM

Conor May
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Ciafone, Jacob W. <ciafonej@sullcrom.com>
**Sent:** Wednesday, September 23, 2026 4:49 PM
**To:** Conor May <Conor.May@coag.gov>; Paris, Adam S. <Parisa@sullcrom.com>
**Cc:** Mach, Kyle W. <machk@sullcrom.com>; Orlich, Frank P. <orlichf@sullcrom.com>; David Marriott (NY <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>; Teslicko, David (ATR <david.teslicko@usdoj.gov>; Kline, Andrew (ATR <andrew.kline@usdoj.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Aric Smith <Aric.Smith@coag.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Cole.Niggeman@dc.gov; Weber, Allison <Allison.Weber@azag.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Conor,

We write to provide the following updates:

1. **Communications with the United States.** For the three custodians listed in its September 16 letter, Live Nation is willing to expand scope of its production to include all nonprivileged written communications exchanged from July 1, 2025, to June 12, 2026, with officers or employees of the U.S. Executive Branch related to the negotiations or terms of the Proposed Final Judgement, with the sole exception of communications

exclusively related to the scheduling of calls and meetings.

2. **Final Implementation Policies.** Live Nation's implementation policies are still being drafted.

Live Nation continues to retain all rights.

Regards,
Jacob Ciafone

**Jacob W. Ciafone**
+1 212 558 1802 (T) | +1 303 995 1285 (M)

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Friday, September 18, 2026 5:44 PM
**To:** Ciafone, Jacob W. <ciafonej@sullcrom.com>; Paris, Adam S. <Parisa@sullcrom.com>
**Cc:** Mach, Kyle W. <machk@sullcrom.com>; Orlich, Frank P. <orlichf@sullcrom.com>; David Marriott (NY <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>; Teslicko, David (ATR <david.teslicko@usdoj.gov>; Kline, Andrew (ATR <andrew.kline@usdoj.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Aric Smith <Aric.Smith@coag.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Cole.Niggeman@dc.gov; Weber, Allison <Allison.Weber@azag.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Adam,
Thanks for the call today. We are emailing to memorialize the primary issues discussed on today's call. With respect to proposals in Defendants' September 16 letter:

*Document Productions*

1. *Communications with the U.S.:* Our understanding is that for the three custodians Live Nation has identified, Michael Rapino, Joe Berchtold, and Dan Wall, it will collect and produce responsive documents from both work and personal devices, and this will include text messages, chats, and similar communications in addition to emails. But as discussed, the States believe that the inclusion of "substantive" is unnecessary overly subjective. Similarly, we believe that based on Defendants' 16(g) disclosures, the full time period of negotiations should be searched. Finally, given the representation in that disclosure that the listed individuals each substantively participated in communications with the United States, we do not see a basis for excluding any of those individuals from the custodian list.

   We therefore understand that we are currently at impasse on these documents. To the extent Live Nation will agree to produce all nonprivileged written

communications exchanged from February 1, 2025 to June 12, 2026, between any of the eleven representatives listed in Defendants' 16(g) disclosure and officers or employees of the U.S. Executive Branch related to the negotiations or terms of the Proposed Final Judgment ("PFJ"), please let us know by **Wednesday, September 23**. To the extent that Live Nation maintains its position, we ask that by Tuesday you inform us:

a. Whether it contends that it does not have possession, custody, or control of the documents of any of these individuals, and that is a basis for declining to produce documents from that custodian. If so, the States may wish to promptly pursue other options.
b. If there are any categories of these documents Defendants contend are privileged.

2. *Board materials*: as with #1, to the extent any materials relating to the negotiation or terms of the PFJ were presented to Live Nation's Board of Directors between February 1 and October, 2025, the States believe those should be produced. We understand we are also at impasse on these documents. If Live Nation changes it position, please let us know by Wednesday, September 23.

3. *Back-end integration and functionality:* We can agree to this as presented in your letter.

4. *Policies to implement PFJ:* We can agree to this as presented in your letter, provided Defendants can first confirm that there are documents that can be produced for each of the four listed policies. If, for one or more of those policies, the relevant documents are still being written, please provide a timeframe on which they could be produced.

*Written Discovery:* the States agree to Defendants' proposals for written discovery.

*Witness Testimony:* the States agree to Defendants' proposals for witness testimony, provided that the necessary documents to inform the examination can be produced prior to the testimony being taken.

For those areas where the parties have reached agreement, we expect that Defendants will begin the process of collecting and producing documents on a rolling basis beginning by October 9. In your response, please provide a timeline by which Defendants expect to be able to complete productions, and separately, a proposed timeline for production of the privilege log.

Thank you, and best-
CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Conor May
**Sent:** Thursday, September 17, 2026 3:15 PM
**To:** Ciafone, Jacob W. <ciafonej@sullcrom.com>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Cc:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; Orlich, Frank P. <orlichf@sullcrom.com>; David Marriott (NY <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>; Teslicko, David (ATR <david.teslicko@usdoj.gov>; Kline, Andrew (ATR <andrew.kline@usdoj.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Thanks Jacob. We can do 3pm ET tomorrow. I will circulate an invite.

Best-

- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Ciafone, Jacob W. <ciafonej@sullcrom.com>
**Sent:** Thursday, September 17, 2026 2:49 PM
**To:** Conor May <Conor.May@coag.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Cc:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; Orlich, Frank P. <orlichf@sullcrom.com>; David Marriott (NY <david.marriott@lw.com>; Jokelson, Max A.

<jokelsonm@sullcrom.com>; Teslicko, David (ATR <david.teslicko@usdoj.gov>; Kline, Andrew (ATR <andrew.kline@usdoj.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

> You don't often get email from ciafonej@sullcrom.com. Learn why this is important [aka.ms]

Conor,

We are available to discuss tomorrow from 3:00-4:00 PM ET or from 6:00-8:00 PM ET. Let us know if one of those windows works.

**Jacob W. Ciafone**
+1 212 558 1802 (T) | +1 303 995 1285 (M)

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Thursday, September 17, 2026 2:28 PM
**To:** Ciafone, Jacob W. <ciafonej@sullcrom.com>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Cc:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; Orlich, Frank P. <orlichf@sullcrom.com>; David Marriott (NY <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>; Teslicko, David (ATR <david.teslicko@usdoj.gov>; Kline, Andrew (ATR <andrew.kline@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Thank you Jacob. Can Defendants provide some times tomorrow or Monday to meet and confer regarding Defendants' response? We are available for the remainder of today, tomorrow (Friday 9/18) 12:30-3pm ET, or any time on Monday.

One of the things we would like to discuss on the conferral, and are flagging now for your awareness and planning, is Live Nation's position as to whether custodial files of each of the other individuals listed in Defendants' 16(g) Disclosure are within Live Nation's possession, custody, or control.

Best-

- CJM

Conor May
Assistant Attorney General, Antitrust
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Ciafone, Jacob W. <ciafonej@sullcrom.com>
**Sent:** Wednesday, September 16, 2026 7:59 PM
**To:** Conor May <Conor.May@coag.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Cc:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; Orlich, Frank P. <orlichf@sullcrom.com>; David Marriott (NY <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>; Teslicko, David (ATR <david.teslicko@usdoj.gov>; Kline, Andrew (ATR <andrew.kline@usdoj.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

> You don't often get email from ciafonej@sullcrom.com. Learn why this is important [aka.ms]

Counsel,

Please see the attached correspondence.

Best,
Jacob Ciafone

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Tuesday, 15 September 2026 11:40:09
**To:** Paris, Adam S. <Parisa@sullcrom.com>; Orlich, Frank P. <orlichf@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Hey Adam,
We're checking in regarding Defendants' response re the discovery requests – can we expect that sometime today?

Thanks-

- CJM

Conor May
Assistant Attorney General, Antitrust
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Paris, Adam S. <Parisa@sullcrom.com>
**Sent:** Friday, September 11, 2026 9:14 AM
**To:** Conor May <Conor.May@coag.gov>; Orlich, Frank P. <orlichf@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

I don't think it will be today Conor, but we are aiming for Monday.

**Adam S. Paris**
**Sullivan & Cromwell**
+1 310 712 6663 (T) | +1 323 244 0908 (M)

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Friday, September 11, 2026 8:11 AM
**To:** Orlich, Frank P. <orlichf@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Hi Adam,
We are reaching out to touch base regarding Defendants' written response. Can we expect to receive that sometime today?

Thanks-

- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Conor May
**Sent:** Friday, September 4, 2026 12:15 PM
**To:** 'Orlich, Frank P.' <orlichf@sullcrom.com>; 'Mach, Kyle W.' <machk@sullcrom.com>; 'Paris, Adam S.' <Parisa@sullcrom.com>; 'David Marriott (NY)' <david.marriott@lw.com>; 'Jokelson, Max A.' <jokelsonm@sullcrom.com>
**Cc:** 'Teslicko, David (ATR)' <david.teslicko@usdoj.gov>; 'Kline, Andrew (ATR)' <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; 'Hatch, Jonathan' <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; 'Locke, Ashley (ATG)' <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Hi Frank,
Yes, the states can make 9am ET on Wednesday work. I just sent an invite.

Thanks-

- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Orlich, Frank P. <orlichf@sullcrom.com>
**Sent:** Friday, September 4, 2026 9:56 AM
**To:** Mach, Kyle W. <machk@sullcrom.com>; Conor May <Conor.May@coag.gov>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR)

<andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Conor,

Following up on the below. Please let us know if Wednesday at 9 am eastern works for you.

Best,
Frank

**Frank P. Orlich**
+1 212 558 4157 (T) | +1 347 267 2350 (M)

---

**From:** Orlich, Frank P.
**Sent:** Thursday, September 3, 2026 6:26 PM
**To:** Mach, Kyle W. <machk@sullcrom.com>; Conor May <Conor.May@coag.gov>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Conor,

Does Wednesday at 9 am eastern work?

Best,
Frank

**Frank P. Orlich**
+1 212 558 4157 (T) | +1 347 267 2350 (M)

---

**From:** Mach, Kyle W. <machk@sullcrom.com>
**Sent:** Thursday, September 3, 2026 12:30 AM
**To:** Conor May <Conor.May@coag.gov>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Orlich, Frank P. <orlichf@sullcrom.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan

<jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** Re: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Yes, of course. We will come back with some ideas.

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Wednesday, 02 September 2026 16:21:15
**To:** Mach, Kyle W. <machk@sullcrom.com>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Orlich, Frank P. <orlichf@sullcrom.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Thanks Kyle. Tuesday morning is difficult - if you can look at playing with schedules a little bit to see what other options might be available, that would be appreciated.

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Mach, Kyle W. <machk@sullcrom.com>
**Sent:** Wednesday, September 2, 2026 4:33 PM
**To:** Conor May <Conor.May@coag.gov>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Orlich, Frank P. <orlichf@sullcrom.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Thanks Conor, we will study this. For the next call, how is Tuesday at 9am eastern time? I realize that's early for those on the west coast (including me and Adam) but I'm flying that day so my windows are limited. If that's too inconvenient, we can play with schedules a little bit to generate more options.

Kyle

**Kyle W. Mach**
+1 650 461 5787 (T) | 215-327-6175 (M)

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Wednesday, September 2, 2026 1:25 PM
**To:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>; Orlich, Frank P. <orlichf@sullcrom.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Adam,
Please find attached Requesting States' response to your 8/28 correspondence.

Thank you-
- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Paris, Adam S. <Parisa@sullcrom.com>
**Sent:** Friday, August 28, 2026 7:52 PM
**To:** Mach, Kyle W. <machk@sullcrom.com>; Conor May <Conor.May@coag.gov>; David Marriott (NY) <david.marriott@lw.com>; Orlich, Frank P. <orlichf@sullcrom.com>; Jokelson, Max A. <jokelsonm@sullcrom.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan

<jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Conor: Please see the attached correspondence. Thanks.

**Adam S. Paris**
**Sullivan & Cromwell**
(T) +1 310 712 6663
(M) +1 323 244 0908

---

**From:** Mach, Kyle W. <machk@sullcrom.com>
**Sent:** Thursday, August 27, 2026 9:02 AM
**To:** Conor May <Conor.May@coag.gov>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Hi Conor,

Yes, confirmed, you will have the proposals this week.

Kyle

**Kyle W. Mach**
+1 650 461 5787 (T) | 215-327-6175 (M)

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Thursday, August 27, 2026 9:00 AM
**To:** Mach, Kyle W. <machk@sullcrom.com>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Kyle,

We're just checking in to confirm that we can still expect this sometime soon.

Thank you. All the best-

- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Mach, Kyle W. <machk@sullcrom.com>
**Sent:** Tuesday, August 25, 2026 11:00 AM
**To:** Conor May <Conor.May@coag.gov>; Paris, Adam S. <Parisa@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Hi Conor,

Yes, we will have those written responses to you this week, hopefully not late in the week. Please feel free to give me a call if you'd like to discuss timing.

Kyle

**Kyle W. Mach**
+1 650 461 5787 (T) | 215-327-6175 (M)

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Tuesday, August 25, 2026 9:54 AM
**To:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories

for Tunney Proceeding

Counsel,
Are Defendants still intending to provide written proposals in response to Requesting States' discovery requests, as we discussed on our Thursday conferral? Please let us know when can we expect your responses.

Thank you-

- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Conor May
**Sent:** Wednesday, August 19, 2026 11:38 AM
**To:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Thanks Adam. 4pm tomorrow works – I can send an invite.

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Paris, Adam S. <Parisa@sullcrom.com>
**Sent:** Wednesday, August 19, 2026 10:34 AM
**To:** Conor May <Conor.May@coag.gov>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>

**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

It is a pure scheduling issue. How about 4p ET tomorrow? Kyle is in the throes of trial prep for a trial starting Monday, and I've been in witness prep/interviews all this week`, so we've just been jammed. Thanks.

**Adam S. Paris**
**Sullivan & Cromwell**
+1 310 712 6663 (T) | +1 323 244 0908 (M)

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Wednesday, August 19, 2026 9:03 AM
**To:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Adam,
Would it be possible for Defendants to find a time before next Tuesday? We are available on Tuesday from 10am – 2pm and 3-5pm ET but do not understand the necessity of waiting until next week, given that this conferral was requested on 8/13.

Thank you. Best-

- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Paris, Adam S. <Parisa@sullcrom.com>

**Sent:** Tuesday, August 18, 2026 5:43 PM
**To:** Conor May <Conor.May@coag.gov>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Can we aim for next Tuesday? Thank you.

**Adam S. Paris**
**Sullivan & Cromwell**
+1 310 712 6663 (T) | +1 323 244 0908 (M)

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Tuesday, August 18, 2026 1:51 PM
**To:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Adam,
Following up on your email from Saturday, are you able to propose times that Defendants are available for a meet & confer on the discovery requests?

Thank you-

- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Conor May
**Sent:** Tuesday, August 18, 2026 2:47 PM

**To:** Paris, Adam S. <parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Aric Smith <Aric.Smith@coag.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Paris, Adam S. <Parisa@sullcrom.com>
**Sent:** Thursday, August 13, 2026 3:50 PM
**To:** Conor May <Conor.May@coag.gov>; Mach, Kyle W. <machk@sullcrom.com>; andrew.gass@lw.com <andrew.gass@lw.com>; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Aric Smith <Aric.Smith@coag.gov>; Hatch, Jonathan <jonathan.hatch@ag.ny.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Thanks Conor – we will circle up internally and get back to you soon.

**Adam S. Paris**
**Sullivan & Cromwell**
(T) +1 310 712 6663
(M) +1 323 244 0908

---

**From:** Conor May <Conor.May@coag.gov>
**Sent:** Wednesday, August 12, 2026 6:49 PM
**To:** Paris, Adam S. <Parisa@sullcrom.com>; Mach, Kyle W. <machk@sullcrom.com>; andrew.gass@lw.com; David Marriott (NY) <david.marriott@lw.com>
**Cc:** Kline, Andrew (ATR) <andrew.kline@usdoj.gov>; Teslicko, David (ATR) <david.teslicko@usdoj.gov>; Aric Smith <Aric.Smith@coag.gov>; Hatch, Jonathan

<jonathan.hatch@ag.ny.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; Locke, Ashley (ATG) <ashley.locke@atg.wa.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Counsel,
Please let us know what times that you would be available to meet and confer regarding the requests included in my email below. We are available:

- Thursday 8/13: noon – 1pm ET
- Friday 8/14: 11am – 1pm or after 2pm ET
- Monday 8/17: any time before 1pm or from 4-5pm ET
- Tuesday 8/18: any time after 1pm ET

Thank you. Best regards-

- CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Conor May
**Sent:** Thursday, August 6, 2026 4:12 PM
**To:** 'Paris, Adam S.' <parisa@sullcrom.com>; 'Mach, Kyle W.' <machk@sullcrom.com>; 'andrew.gass@lw.com' <andrew.gass@lw.com>; 'David Marriott (NY)' <david.marriott@lw.com>
**Cc:** 'Kline, Andrew (ATR)' <andrew.kline@usdoj.gov>; 'Teslicko, David (ATR)' <david.teslicko@usdoj.gov>; Aric Smith <Aric.Smith@coag.gov>; 'Hatch, Jonathan' <jonathan.hatch@ag.ny.gov>; Adam Gitlin <Adam.Gitlin@dc.gov>; 'Locke, Ashley (ATG)' <ashley.locke@atg.wa.gov>
**Subject:** U.S. v. Live Nation - Requesting States' First Sets of RFPs and Interrogatories for Tunney Proceeding

Counsel,
In accordance with the Court's August 4 order, attached please find Requesting States' First Set of RFPs and First Set of Interrogatories for the Tunney Act proceeding.

We are available to meet and confer regarding these requests.

Best-

CJM

**Conor May**
**Assistant Attorney General, Antitrust**
Pronouns: He/Him

P: (720) 508-6199 | Conor.May@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

****This is an external message from:** Conor.May@coag.gov ****

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.

⚠ **EXTERNAL EMAIL:** This email has originated outside of the organization.