September 28, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re: *United States et al.* v. *Live Nation Entertainment, Inc., et al.*; 1:24-cv-03973-AS**

Dear Judge Subramanian,

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter. We write in connection with the Requesting States' motion to compel discovery (the "Motion") (ECF No. 1590), which was filed on September 24, 2026. Under Rule 5(E) of the Court's Individual Practices in Civil Cases, Defendants' opposition to the Motion would be due on September 28, 2026. Defendants respectfully request that the Court extend Defendants' deadline to respond to the Motion to October 1, 2026.

This is the first request for an extension to respond to the Motion. The Requesting States do not oppose this request. This extension will not affect any other deadlines in this case. No upcoming hearings are currently scheduled. Defendants understand that the Requesting States intend to file a reply within three business days after Defendants file their opposition. Defendants take no position on their request to do so.

*[signatures on following page]*

GRANTED nunc pro tunc.

Defendants should file a response to the motion to compel discovery, Dkt. 1590, on or before October 1, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF 1591.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 29, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ David R. Marriott*
David R. Marriott
*Lead Trial Counsel*
Timothy L. O'Mara (admitted *pro hac vice*)
Jennifer L. Giordano
Andrew M. Gass (admitted *pro hac vice*)
Kelly S. Fayne (admitted *pro hac vice*)
Lindsey S. Champlin (admitted *pro hac vice*)
Robin L. Gushman (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

SULLIVAN & CROMWELL LLP

*/s/ Adam S. Paris*
Adam S. Paris
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Fax: (310) 712-8800
Email: parisa@sullcrom.com

Kyle W. Mach (admitted *pro hac vice*)
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Fax: (650) 461-5700
Email: machk@sullcrom.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc: All counsel of record (via ECF)