**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs,* -against- LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C. *Defendants.* | 1:24-cv-03973 |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Leonard Giarrano IV for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that they are a member in good standing of the bar of the state of Rhode Island; and that their contact information is as follows:

Applicant's Name: Leonard Giarrano IV
Firm Name: Rhode Island Office of the Attorney General
Address: 150 South Main Street
City/State/Zip: Providence, RI 02903
Telephone: (401) 274-4400, Ext. 2062
Fax: (401) 222-3016
Email: lgiarrano@riag.ri.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the State of Rhode Island in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 22, 2026

United States District/Magistrate Judge