AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America, et al.,
*Plaintiff*
v.
Live Nation Entertainment, Inc., et al.,
*Defendant*

Case No. 1:24-cv-03973-AS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Rhode Island .

Date: 10/22/2026

/s/ Leonard Giarrano IV
*Attorney's signature*

Leonard Giarrano IV (R.I. Bar No. 10731)
*Printed name and bar number*

150 South Main Street
Providence, RI 02903
*Address*

lgiarrano@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-2995
*FAX number*