UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES, et al.,<br><br>Plaintiff,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT INC., et al.,<br><br>Defendants. | X: | CASE NO. 1:24-CV-03973-AS-SLC |

**APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Jacob Miller, who is admitted to practice in this court, appears in this case as counsel for non-party Cavaliers Operating Company, LLC.

Dated: November 18, 2026

Respectfully submitted,

*/s/ Jacob Miller*

Jacob Miller
S.D.N.Y. Bar No. 5529573
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: 212.326.3939
Facsimile: 212.755.7306
jakemiller@jonesday.com

*Counsel for Non-Party Cavaliers Operating Company, LLC*