UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES, et al.,<br><br>Plaintiff,<br><br>-against-<br><br>LIVE NATION ENTERTAINMENT INC., et al.,<br><br>Defendants. | CASE NO. 1:24-CV-03973-AS-SLC |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF THADDEUS LOPATKA**

Pursuant to Local Civ. Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thaddeus Lopatka applies for leave to withdraw as counsel for non-party Cavaliers Operating Company, LLC ("Cavaliers"), in the captioned case, and in support of this Motion states as follows:

1. On January 16, 2026, Thaddeus Lopatka filed an appearance in this matter on behalf of Cavaliers. *See* ECF 903.

2. Thaddeus Lopatka's last day of employment with JONES DAY will be November 19, 2026. After that date, Thaddeus Lopatka will no longer be representing Cavaliers.

3. Cavaliers will continue to be represented by Jacob Miller of JONES DAY.

4. Thaddeus Lopatka's withdrawal as counsel will not prejudice any party to this matter.

5. Thaddeus Lopatka does not assert a retaining or charging lien in connection with his departure.

WHEREFORE, Thaddeus Lopatka respectfully moves this Court to enter an Order granting him leave to withdraw as counsel of record for non-party Cavaliers. The clerk is requested to remove Thaddeus Lopatka from the CM/ECF service list.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Thaddeus Lopatka*

Thaddeus Lopatka, No. 5602503
tlopatka@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3635

**CERTIFICATE OF SERVICE**

I, Thaddeus Lopatka, certify that on November 19, 2026, I caused the foregoing MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF THADDEUS LOPATKA to be emailed to Cavaliers Operating Company, LLC and filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: November 19, 2026

*/s/ Thaddeus Lopatka*
Thaddeus Lopatka