UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, et al., Plaintiff,

-against-

LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., Defendant.

Case No. 1:24-cv-03973-AS-SLC

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Eyitayo St. Matthew-Daniel
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ES1212 My State Bar Number is 4443842

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison LLP
FIRM ADDRESS: 1285 Avenue of the Americas, New York, NY 10019
FIRM TELEPHONE NUMBER: (212) 373-3000
FIRM FAX NUMBER: (212) 373-3990

NEW FIRM:
FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison LLP
FIRM ADDRESS: 1345 Avenue of the Americas New York, NY 10105
FIRM TELEPHONE NUMBER: (212) 373-3000
FIRM FAX NUMBER: (212) 373-3990

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ______________ by Judge_________________________.

Dated: November 20, 2026

/s/ Eyitayo St. Matthew-Daniel
ATTORNEY'S SIGNATURE